# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | CIVIL ACTION NO. 4:21-cv-01997 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CHRIS GONZALEZ, PAM GOODSON, KAREN PECK, JOSEF D. KLAM, MINDA CAESAR, CHRIS EARNEST, J. CARTER BREED, in their official capacity as members of the Board of Trustees of Spring Branch ISD. | § § § § § § § § | |
| *Defendants.* | § § | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     Barry Abrams, counsel for Plaintiff.

I have received your request that the Defendants waive service of a summons in this action along with a copy of the original and first amended complaint.

The Defendants agree to save the expense of serving a summons and complaint in this case.

I understand that the Defendants will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that they hereby waive any objections to the absence of a summons or of service.

I also understand that the Defendants must file and serve an answer or a motion under Rule 12 within 60 days from today, June 22, 2021, and that if they fail to do so, absent further agreement, a default judgment will be entered against them.

Date:     June 22, 2021

*Lisa R. McBride*
_____
Lisa McBride
Thompson & Horton LLP
3200 Southwest Freeway
Houston, Texas 77027
lmcbride@thompsonhorton.com

713.554.6747

COUNSEL FOR DEFENDANTS SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CHRIS GONZALEZ, PAM GOODSON, KAREN PECK, JOSEF D. KLAM, MINDA CAESAR, CHRIS ERNEST AND J. CARTER BREED, IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE BOARD OF TRUSTEES OF SBISD