IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 4:21-CV-01997 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, *ET AL.*, | § § § § | |
| *Defendants*. | § § § | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Pursuant to FED. R. CIV. P. 7.1 and the Court's Order for Conference (ECF No. 2), Plaintiff Virginia Elizondo ("Plaintiff") files her corporate disclosure statement and certificate of interested persons:

1. There are no nongovernmental corporate parties.

2. The following are all persons, associations of persons, firms, partnerships, corporations, or other legal entities financially interested in the outcome of the case:

- Plaintiff, Virginia Elizondo

- Defendant, Spring Branch Independent School District ("Spring Branch ISD")

- Defendants, Members of The Board of Trustees of Spring Branch ISD in their official capacities only (Chris Gonzalez, Pam Goodson, Karen Peck, Josef D. Klam, Minda Caesar, Chris Ernest and J. Carter Breed).

Respectfully submitted,

| | |
|---|---|
| /s/ *Barry Abrams* | /s/ *Martin Golando* |
| Barry Abrams | The Law Office of Martin Golando, PLLC |
| State Bar No. 00822700 | Texas Bar No. 24059153 |
| SD Tex. Bar No. 2138 | 2326 W. Magnolia |
| BLANK ROME LLP | San Antonio, Texas 78201 |
| 717 Texas Avenue, Suite 1400 | Office: (210) 471-1185 |
| Houston, Texas 77002 | Fax: (210) 405-6772 |
| (713) 228-6606 | Email: martin.golando@gmail.com |
| (713) 228-6605 (fax) | *Pro Hac Vice Pending* |
| babrams@blankrome.com | |

## CERTIFICATE OF SERVICE

      I certify that on July 6, 2021, I served a true and correct copy of the foregoing document on the following counsel, at the addresses and in the manner indicated below:

**<u>Via email</u>**
Lisa McBride
Thompson & Horton LLP
3200 Southwest Freeway
Houston, Texas 77027
lmcbride@thompsonhorton.com
Phone:  (713) 554-6747

                                              /s/   Barry Abrams
                                              Barry Abrams