UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **VIRGINIA ELIZONDO,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-CV-1997 |
| **SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CHRIS GONZALEZ, PAM GOODSON, KAREN PECK, JOSEF D. KLAM, MINDA CAESER, CHRIS EARNEST, J. CARTER BREED, in their official capacity as members of the Board of Trustees of Spring Branch ISD** | § § § § § § § § | |
| *Defendant*. | | |

### DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Spring Branch Independent School District ("Spring Branch ISD" or the "District"), Chris Gonzalez, Pam Goodson, Karen Peck, Josef D. Klam, Minda Caeser, Chris Earnest, and J. Carter Breed (in their Official Capacities as Members of the Board of Trustees of Spring Branch ISD), file this certificate listing all persons and entities which have a financial interest in the outcome of this litigation, and which are known to the Defendants at this time:

1. Virginia Elizondo — *Plaintiff*
   Address Unknown

2. Spring Branch Independent School District — *Defendant*
   955 Campbell Rd.
   Houston, TX 77024
   (713) 464-1511

3. Chris Gonzalez
4. Pam Goodson
5. Karen Peck
6. Josef D. Klam
7. Minda Caeser

*Defendants in their Official Capacities as Members of the Board of Trustees of Spring Branch ISD*

8. Chris Earnest
9. J. Carter Breed
   955 Campbell Rd.
   Houston, TX 77024
   (713) 464-1511

        Respectfully submitted,

        **THOMPSON & HORTON LLP**

        By:   /s/ Christopher B. Gilbert
              Christopher B. Gilbert
              State Bar No. 00787535
              Southern District No. 17283

        3200 Southwest Freeway, Suite 2000
        Houston, Texas 77027
        Telephone:    (713) 554-6744
        Fax:             (713) 583-7698
        cgilbert@thompsonhorton.com

        Attorneys for the Defendants

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading has been served on all counsel of record through the Court's electronic filing system, on July 6, 2021:

>Barry Abrams
>Blank Rome LLP
>717 Texas Avenue, Suite 1400
>Houston, Texas 77002
>(713) 228-6606
>(713) 228-6605 (fax)
>babrams@blankrome.com
>
>Martin Golando
>The Law Office of Martin Golando, PLLC
>2326 W. Magnolia
>San Antonio, Texas 78201
>Office: (210) 471-1185
>Fax: (210) 405-6772
>martin.golando@gmail.com
>
>*Attorneys for the Plaintiff*

       /s/ Christopher B. Gilbert
       Christopher B. Gilbert