## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **VIRGINIA ELIZONDO,** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No.  4:21-cv-01997** |
| | § | |
| **SPRING BRANCH** | § | |
| **INDEPENDENT SCHOOL** | § | |
| **DISTRICT, CHRIS** | § | |
| **GONZALEZ, PAM GOODSON,** | § | |
| **KAREN PECK, JOSEF D.** | § | |
| **KLAM, MINDA CAESAR,** | § | |
| **CHRIS EARNEST,** | § | |
| **J. CARTER BREED** | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## ORDER GRANTING INTERVENTION

On September 3, 2021, Movant Jenny Morace sought leave to Intervene as a

Defendant.  The Court grants Movant's Application to Intervene as a Defendant.

Signed on _____, 2021, at Houston, Texas.

/s/ _____
United States District Judge