United States District Court
Southern District of Texas
**ENTERED**
September 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO and JENNY MORACE, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-01997 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT and CHRIS GONZALEZ and PAM GOODSON, *et al*, | § § § § § § § § | |
| Defendants. | § | |

## ORDER FOR EXPEDITED RESPONSE

Pending before the Court is the applicant's motion to intervene as defendant/internenor and incorporated memorandum of law. (Dkt. No. 9). An expedited response is requested, but not required. Upon receipt of notice that an expedited response has been filed, any opposing party who aspires to reply is hereby advised to file any reply thereto within 5 days of the date of filing of any expedited response. Your attention in this regard is requested and appreciated. The response is due no later than September 20, 2021.

It is so ORDERED.

SIGNED on this 10th day of September, 2021.

_____
Kenneth M. Hoyt
United States District Judge