IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Civil Action No. 4:21-cv-01997 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CHRIS GONZALEZ, PAM GOODSON, KAREN PECK, JOSEF D. KLAM, MINDA CAESAR, CHRIS EARNEST, J. CARTER BREED, in their official capacity as members of the Board of Trustees of Spring Branch ISD | § § § § § § § § § | |
| *Defendants*. | § § | |

## NOTICE OF APPEARANCE OF STEPHANIE A. HAMM

Please take notice that Stephanie A. Hamm with Thompson & Horton LLP now enters an appearance on behalf of Defendants Spring Branch Independent School District, Chris Gonzalez, Pam Goodson, Karen Peck, Josef D. Klam, Minda Caesar, Chris Earnest, and J. Carter Breed.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: __/s/ Stephanie A. Hamm__
  Christopher B. Gilbert
  State Bar No. 00787535
  cgilbert@thompsonhorton.com
  Stephanie A. Hamm
  State Bar No. 24069841
  shamm@thompsonhorton.com

3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6714
Facsimile: (713) 583-9611

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2021, a true and correct copy of the foregoing document was served on all counsel and pro se parties of record via the Court's CM/ECF system, as follows:

Barry Abrams
Blank Rome LLP
717 Texas Avenue, Suite 1400
Houston, Texas 77002
babrams@blankrome.com

Martin Golando
The Law Office of Martin Golando, PLLC
2326 W. Magnolia
San Antonio, Texas 78201
martin.golando@gmail.com

                                        /s/ Stephanie A. Hamm
                                        Stephanie A. Hamm

4840-9625-5738, v. 1