IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Civil Action No. 4:21-cv-01997 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CHRIS GONZALEZ, PAM GOODSON, KAREN PECK, JOSEF D. KLAM, MINDA CAESAR, CHRIS EARNEST, J. CARTER BREED, in their official capacity as members of the Board of Trustees of Spring Branch ISD | § § § § § § § § § | |
| *Defendants.* | § § | |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND

Defendants Spring Branch Independent School District (the "District"), Chris Gonzalez, Pam Goodson, Karen Peck, Josef D. Klam, Minda Caesar, Chris Earnest, and J. Carter Breed (collectively, the "Defendants"), file their Unopposed Motion to Extend, and request an extension of the expedited deadline to respond to the Applicant's Motion to Intervene, as follows:

1. On Friday, September 3, 2021, Applicant Jenny Morace filed a Motion to Intervene. (Dkt. No. 9.) As the Intervenor notes in her Motion, the Defendants lacked sufficient time to consider whether they were opposed or unopposed to the intervention (counsel for the Defendants was only contacted about the proposed intervention that morning). Under normal circumstances, the deadline for the Defendants to respond to the Motion to Intervene would be Friday, September 24, 2021.

2. Counsel for the Defendants planned to discuss this matter with the members of the Spring Branch ISD school board at their regular meeting scheduled for Monday night on September 20, 2021, a fact he shared with counsel for the Plaintiff and counsel for the Applicant on a conference call that was held the week of September 6, 2021.

3. On September 10, 2021, the Court entered an Order requesting an expedited response to the Motion to Intervene, moving the response deadline from Friday, September 24, 2021 to Monday, September 20, 2020. (*See* Dkt. No. 10.)

4. Counsel for the Defendants respectfully requests that the expedited deadline to respond to the Motion to Intervene be moved from Monday, September 20, 2021 to Tuesday, September 21, 2021 to give him a chance to properly consult with his clients on this issue.

5. **CERTIFICATE OF CONFERENCE**: On September 10, 2021, counsel for the Defendants conferred by email with counsel for the Plaintiff and counsel for the Applicant regarding the proposed one-day extension of the expedited deadline to respond to the Motion to Intervene. They are both unopposed to this Motion.

**CONCLUSION AND REQUEST FOR RELIEF**

For the foregoing reasons, Defendants respectfully request that the expedited deadline to respond to the Motion to Intervene be moved from September 20, 2021 to September 21, 2021. Defendants request all other legal and/or equitable relief to which they may be entitled.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: _____
Christopher B. Gilbert
State Bar No. 00787535
cgilbert@thompsonhorton.com
Stephanie A. Hamm
State Bar No. 24069841
shamm@thompsonhorton.com

3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6767
Facsimile: (713) 583-8884

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021, a true and correct copy of the foregoing document was served on all counsel and pro se parties of record via the Court's CM/ECF system, as follows:

Barry Abrams
Blank Rome LLP
717 Texas Avenue, Suite 1400
Houston, Texas 77002
babrams@blankrome.com
**Attorneys for the Plaintiff**

Martin Golando
The Law Office of Martin Golando, PLLC
2326 W. Magnolia
San Antonio, Texas 78201
martin.golando@gmail.com
**Attorneys for the Plaintiff**

Andy Taylor
Andy Taylor & Associates, P.C.
2628 Highway 36S, #288
Brenham, Texas 77833
ataylor@andytaylorlaw.com
**Attorneys for Applicant Jenny Morace**

_____
Christopher B. Gilbert