IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § § § § | |
| *Plaintiff*, | | |
| vs. | § § § § | Civil Action No. 4:21-cv-01997 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CHRIS GONZALEZ, PAM GOODSON, KAREN PECK, JOSEF D. KLAM, MINDA CAESAR, CHRIS EARNEST, J. CARTER BREED, in their official capacity as members of the Board of Trustees of Spring Branch ISD | § § § § § § § § § § | |
| *Defendants*. | § | |

## ORDER

The Court has considered Defendants' Unopposed Motion to Extend. The Court hereby

GRANTS the Motion to Extend. The expedited deadline to respond to the Motion to Intervene set

out in the Court's September 10, 2021 Order (Dkt. No. 10) is moved from September 20, 2021 to

September 21, 2021.

SIGNED this _____ day of September 2021, at Houston, Texas.


_____
UNITED STATES DISTRICT JUDGE