IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Civil Action No. 4:21-cv-01997 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CHRIS GONZALEZ, PAM GOODSON, KAREN PECK, JOSEF D. KLAM, MINDA CAESAR, CHRIS EARNEST, J. CARTER BREED, in their official capacity as members of the Board of Trustees of Spring Branch ISD | § § § § § § § § § § | |
| *Defendants*. | § § | |

## ORDER

The Court has considered Applicant's Motion to Intervene, as well any responses filed by the Plaintiff and the Defendants. For the reasons stated in Defendants' Response in Opposition to Applicant's Motion to Intervene, the Court hereby DENIES the Motion to Intervene, under both FED. R. CIV. P. 24(a)(2) for intervention as a matter of right and FED. R. CIV. P. 24(b) on permissive grounds.

SIGNED this _____ day of September 2021, at Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE