United States District Court
Southern District of Texas
**ENTERED**
October 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO and JENNY MORACE, §§§§§ Plaintiffs, § VS. § § SPRING BRANCH INDEPENDENT § SCHOOL DISTRICT § and § CHRIS GONZALEZ § and § PAM GOODSON, *et al*, §§ Defendants. § | CIVIL ACTION NO. 4:21-CV-01997 |

## **ORDER**

The Court has considered defendants' unopposed motion to extend the time to respond to the motion to intervene (Dkt. No. 12). The Court hereby GRANTS the unopposed motion. The expedited deadline to respond to the Motion to Intervene set out in the Court's September 10, 2021 Order (Dkt. No. 10) is moved from September 20, 2021 to September 21, 2021.

It is so ORDERED.

SIGNED on this 28th day of September, 2021.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1