IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO, § <br> § <br> *Plaintiff* § <br> § <br> v. § <br> § <br> SPRING BRANCH § <br> INDEPENDENT SCHOOL § <br> DISTRICT, CHRIS § <br> GONZALEZ, PAM GOODSON, § <br> KAREN PECK, JOSEF D. § <br> KLAM, MINDA CAESAR, § <br> CHRIS EARNEST, § <br> J. CARTER BREED § <br> § <br> *Defendants.* § | Case No. 4:21-cv-01997 |

### ORDER GRANTING APPLICANT JENNY MORACE'S MOTION TO PARTICIPATE AS A NON-PARTY AMICUS CURIAE

On October 22, 2021, Applicant Jenny Morace filed her Motion seeking permission to participate as a non-party amicus curiae. The Court grants Movant's Application and permits to participate as requested in her Motion.

Signed on _____, 2021, at Houston, Texas.

/s/_____
United States District Judge