| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cv-01997 |
|---|---|---|---|

VIRGINIA ELIZONDO

*versus*

SPRING BRANCH INDEPENDENT
SCHOOL DISTRICT, ET AL.,

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Martin Golando<br>The Law Office of Martin Golando, PLLC<br>2326 W. Magnolia<br>San Antonio, Texas 78201<br>(210) 471-1185; martin.golando@gmail.com<br>State Bar of Texas: 24059153<br>Western District of Texas: 24059153 |
|---|---|

| Name of party applicant seeks to appear for: | Virginia Elizondo |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated:   11/1/2021 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**        This lawyer is admitted *pro hac vice.*

Dated: _____        _____
                                      United States District Judge