United States District Court
Southern District of Texas
**ENTERED**
November 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*



| Division | Houston | | Case Number | 4:21-cv-01997 |
|---|---|---|---|---|

| VIRGINIA ELIZONDO |
|---|

| *versus* |
|---|

| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, ET AL., |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Martin Golando<br>The Law Office of Martin Golando, PLLC<br>2326 W. Magnolia<br>San Antonio, Texas 78201<br>(210) 471-1185; martin.golando@gmail.com<br>State Bar of Texas: 24059153<br>Western District of Texas: 24059153 |
|---|---|

| Name of party applicant seeks to appear for: | Virginia Elizondo |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/1/2021 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: *Eligible* |
|---|
| Dated: 11/5/2021    Clerk's signature *[signature]* |

**Order**

Dated: November 8, 2021

This lawyer is admitted *pro hac vice*.

_____
United States District Judge