United States District Court
Southern District of Texas
**ENTERED**
November 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO and JENNY MORACE, <br><br>Plaintiffs, <br>VS. <br><br>SPRING BRANCH INDEPENDENT SCHOOL DISTRICT and CHRIS GONZALEZ and PAM GOODSON, *et al*, <br><br>Defendants. | § § § § § § § § § § § § § § § § § § |  CIVIL ACTION NO. 4:21-CV-01997 |

### ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
### HELD ON November 8, 2021 at 9:30 AM

Appearances:     Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | Completed |
| New parties/class allegations by: | Voting Rights Case |
| Plaintiff's experts to be designated by: | January 10, 2022 |
| Report furnished by: | January 10, 2022 |
| Defendant's experts to be designated by: | February 10, 2022 |
| Report furnished by: | February 10, 2022 |
| Discovery to be completed by: | March 30, 2022 |
| Dispositive motions due by: | April 20, 2022 |
| Docket call to be held at 11:30 AM on: | June 6, 2022 |
| Estimated trial time: 3-4 days | Bench Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on this 8th day of November, 2021.

Kenneth M. Hoyt
United States District Judge