# Exhibit A

| | |
|---|---|
| **From:** | Chris Gilbert |
| **Sent:** | Friday, October 22, 2021 1:36 PM |
| **To:** | ataylor@andytaylorlaw.com |
| **Cc:** | Abrams, Barry; Lisa McBride; martin.golando@gmail.com |
| **Subject:** | Re: Conferring |

Good afternoon. We do not have any objections to your client filing an amicus brief at the appropriate time (I think it would be somewhat premature at the moment). However, I think most of the rest of what you suggest goes significantly beyond the traditional role of an amicus in a lawsuit, and therefore we cannot agree to any of that.

Chris Gilbert
Thompson & Horton LLP
3200 Southwest Freeway, Suite 2000
Houston, Texas. 77027
(713) 554-6744
(713) 583-7698 (fax)
Sent from my iPad

> On Oct 18, 2021, at 9:09 PM, ataylor@andytaylorlaw.com wrote:
>
> As a courtesy, I would like to be copied by the lawyers on filings, discovery requests and responses (whether filed or not), non-privileged email communications, and be made aware of hearings, etc., rather than having to constantly monitor Pacer.  I would not be empowered to do anything except read the material and simply be informed of what's going on.  If the Court will permit, I would like to be permitted to dial-in to any hearings or status conferences that are to be conducted by phone.  Obviously, if the hearing or status conferences are in the courtroom, I would like to attend just like any other member of the public.  I would also like to watch the proceedings, as well as attend depositions. But I will not have the right to say anything, file anything, object to anything, or be heard on anything.  Eventually I would intend to file a brief on whether the Plaintiff's demonstrative map is required by the VRA, as well as why the current system of election is legal and proper.  Thanks.  AT
>
> Please note my new address:
> 2628 Highway 36S, #288
> Brenham, TX  77833
> **ANDY TAYLOR**
> Andy Taylor & Associates, P.C.
> Office: (713) 222-1817
> Fax: (713) 222-1855
> Cell: (713) 412-4025
>
> **From:** Chris Gilbert <cgilbert@thompsonhorton.com>
> **Sent:** Monday, October 18, 2021 2:54 PM
> **To:** ataylor@andytaylorlaw.com; 'Abrams, Barry' <babrams@blankrome.com>; Lisa McBride <lmcbride@thompsonhorton.com>; martin.golando@gmail.com
> **Subject:** RE: Conferring
>
> Andy:

1

I will need to discuss this with my clients, but let me ask you this: when you say "appear and participate as an amicus," what are you envisioning your client's role to be? Other than filing an amicus brief during the (presumably) MSJ phase, are you thinking her role would be more extensive than that?

Chris

_____

**Christopher B. Gilbert**, Partner
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
T: (713) 554-6744 | F: (713) 583-7698
cgilbert@thompsonhorton.com  |  www.thompsonhorton.com

Get a copy of my book, "The Oldest Rule: A Primer on Student First Amendment Issues for Attorneys and School Officials," by clicking here.

Follow my blog:  www.theoldestrule.com

CONFIDENTIALITY STATEMENT: This message and all attachments are confidential and may be protected by the attorney-client and other privileges. Any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipients is prohibited and may be unlawful. Please delete this message and any copy of it (in any form) without disclosing it. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission. Thank you for your cooperation.

**From:** ataylor@andytaylorlaw.com <ataylor@andytaylorlaw.com>
**Sent:** Monday, October 18, 2021 2:06 PM
**To:** 'Abrams, Barry' <babrams@blankrome.com>; Chris Gilbert <cgilbert@thompsonhorton.com>; Lisa McBride <lmcbride@thompsonhorton.com>; martin.golando@gmail.com
**Cc:** ataylor@andytaylorlaw.com
**Subject:** Conferring

All, we are planning on asking the Court to grant us permission to appear and participate as an amicus. Would you please let me know if you opposed or not? Thanks. AT

Please note our new address:

**ANDY TAYLOR**
Andy Taylor & Associates, P.C.

2628 Highway 36S, #288
Brenham, TX  77833
Office:  (713) 222-1817
Fax:  (713) 222-1855
Cell:  (713) 412-4025