IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Civil Action No. 4:21-cv-01997 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CHRIS GONZALEZ, PAM GOODSON, KAREN PECK, JOSEF D. KLAM, MINDA CAESAR, CHRIS EARNEST, J. CARTER BREED, in their official capacity as members of the Board of Trustees of Spring Branch ISD | § § § § § § § § § | |
| *Defendants*. | § § | |

## ORDER

The Court has considered Applicant's Motion to Participate as a Non-Party Amicus Curiae, as well any responses filed by the Plaintiff and the Defendants. For the reasons stated in Defendants' Response in Opposition to Applicant's Motion to Participate as a Non-Party Amicus Curiae, the Court hereby DENIES the Motion generally. However, Applicant will be allowed to file a traditional amicus brief at the appropriate time, and the Court directs the clerk's office to leave her attorney listed as counsel on the PACER docket, so Applicant (or her attorney) can continue to receive automated notices of filings by the parties and entries by the Court.

SIGNED this _____ day of November 2021, at Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE