IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Civil Action No. 4:21-cv-01997 |
| | § | |
| SPRING BRANCH INDEPENDENT | § | |
| SCHOOL DISTRICT, CHRIS GONZALEZ, | § | |
| PAM GOODSON, KAREN PECK, JOSEF D. | § | |
| KLAM, MINDA CAESAR, CHRIS | § | |
| EARNEST, J. CARTER BREED, in their | § | |
| official capacity as members of the Board of | § | |
| Trustees of Spring Branch ISD | § | |
| | § | |
| *Defendants.* | § | |

**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL FOR DEFENDANTS**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Spring Branch Independent School District (the "District"), Chris Gonzalez, Pam Goodson, Karen Peck, Josef D. Klam, Minda Caesar, Chris Earnest, and J. Carter Breed (collectively, the "Defendants"), move this Court to allow the withdrawal of their counsel, Christopher B. Gilbert and Stephanie Hamm, and the Thompson & Horton, LLP law firm, as counsel of record, and to substitute Charles J. Crawford and Lucas Henry, and the law firm of Abernathy Roeder Boyd Hullett, LLP, as counsel of record for Defendants in the above-referenced proceeding. In support of this Motion, Defendants would respectfully show:

1.      Defendants waived service in this matter on June 22, 2021, and the Thompson & Horton LLP law firm made an initial appearance on their behalf by filing Defendants' Original Answer on August 20, 2021. (Dkt. No. 8.)  The Court entered a scheduling order, based on the agreement of the parties, on November 8, 2021. (Dkt. No. 22.)

2.      Due to circumstances beyond the control of either the parties or their counsel, including Plaintiff and her counsel, Thompson & Horton LLP and the undersigned now believe that

their continued presence in this lawsuit has become a distraction to their clients and from the issues in this case.  Because the issues involved in this litigation are too important for the focus to become the law firm, and not the lawsuit, Thompson & Horton LLP believes that their duty is to withdraw and allow the Defendants to obtain new counsel.  The undersigned has conferred with his clients, and they are in agreement with this conclusion.

3.     So as to provide for the continuance of this lawsuit with as little disruption as possible, Defendants have already obtained new counsel, and now desire that Charles J. Crawford and Lucas Henry, and the law firm of Abernathy Roeder Boyd Hullett, LLP represent them as counsel of record in this case. Substitute counsels' contact information is as follows:

> Charles J. Crawford
> State Bar No. 05018900
> ccrawford@abernathy-law.com
> Lucas Henry
> State Bar No. 24101901
> lhenry@abernathy-law.com
> Abernathy Roeder Boyd Hullett, LLP
> 1700 N. Redbud Blvd. Ste. 300
> McKinney, Texas 75069
> 214-544-4000.

4.     **CERTIFICATE OF CONFERENCE**: Barry Abrams, counsel for the Plaintiff, was contacted by telephone on December 3, 2021 regarding this motion.  Mr. Abrams stated that the Plaintiff does not object to this withdrawal and substitution, so long as it does not impact the timing of this case.  Counsel for the Defendants (old and new) believe that the withdrawal and substitution should not have any impact on the current scheduling order in this case.

5.     This substitution is not sought for purposes of delay, but so that justice may be done, and so Defendants may have new counsel as discussed above.  As noted above, the undersigned has conferred with his clients, and they are in agreement with the withdrawal and the substitution.

WHEREFORE, PREMISES CONSIDERED, Defendants Spring Branch Independent School District, Chris Gonzalez, Pam Goodson, Karen Peck, Josef D. Klam, Minda Caesar, Chris

Earnest, and J. Carter Breed request that this Court grant its Motion to Withdraw and Substitute Counsel, and enter the attached Order providing that Christopher B. Gilbert and Stephanie Hamm, and the Thompson & Horton, LLP law firm, be withdrawn their counsel of record, and allow Charles J. Crawford and Lucas Henry, and the law firm of Abernathy Roeder Boyd Hullett, LLP to substitute as counsel of record for the Defendants in the above-referenced proceeding.

Respectfully submitted,

| | |
|---|---|
| **ABERNATHY ROEDER BOYD HULLETT, LLP** | **THOMPSON & HORTON LLP** |
| /s/ Charles J. Crawford[1] | /s/  Christopher B. Gilbert |
| Charles J. Crawford | Christopher B. Gilbert |
| State Bar No. 24101901 | State Bar No. 00787535 |
| ccrawford@abernathy-law.com | cgilbert@thompsonhorton.com |
| Lucas Henry | Stephanie A. Hamm |
| State Bar No. 24101901 | State Bar No. 24069841 |
| lhenry@abernathy-law.com | shamm@thompsonhorton.com |
| | |
| 1700 N. Redbud Blvd. Ste. 300 | 3200 Southwest Freeway, Ste 2000 |
| McKinney, Texas 75069 | Houston, Texas 77027 |
| 214-544-4000 | Telephone: (713) 554-6714 |
| | Facsimile: (713) 583-9611 |
| | |
| | **ATTORNEYS FOR THE DEFENDANTS** |

---

[1] By permission.  /s/  Christopher B. Gilbert

## <u>CERTIFICATE OF SERVICE</u>

On December 7, 2021, I served the foregoing document via electronic mail pursuant to the agreement of the parties, or by any other manner authorized by the Federal Rules of Civil Procedure, as follows:

Barry Abrams
Blank Rome LLP
717 Texas Avenue, Suite 1400
Houston, Texas 77002
*babrams@blankrome.com*

Martin Golando
The Law Office of Martin Golando, PLLC
2326 W. Magnolia
San Antonio, Texas 78201
*martin.golando@gmail.com*

By:  /s/  Christopher B. Gilbert
Christopher B. Gilbert
