IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Civil Action No. 4:21-cv-01997 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CHRIS GONZALEZ, PAM GOODSON, KAREN PECK, JOSEF D. KLAM, MINDA CAESAR, CHRIS EARNEST, J. CARTER BREED, in their official capacity as members of the Board of Trustees of Spring Branch ISD | § § § § § § § § § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Motion to Withdraw and Substitute Counsel for Defendants Spring Branch Independent School District, Chris Gonzalez, Pam Goodson, Karen Peck, Josef D. Klam, Minda Caesar, Chris Earnest, and J. Carter Breed. The Court determines that the motion should be, and is hereby, **GRANTED**. Accordingly, the Court hereby directs the Clerk of Court to remove Christopher B. Gilbert and Stephanie Hamm, and the Thompson & Horton, LLP law firm, from this case, and to substitute Charles J. Crawford and Lucas Henry, and the law firm of Abernathy Roeder Boyd Hullett, LLP., as counsel for the Defendants.

**SIGNED** this ___ day of _____, 2021.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE