# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO, § § *Plaintiff*, § § v. § § SPRING BRANCH INDEPENDENT § SCHOOL DISTRICT, CHRIS GONZALEZ, § PAM GOODSON, KAREN PECK, JOSEF D. § KLAM, MINDA CAESAR, CHRIS § EARNEST, J. CARTER BREED, in their § official capacity as members of the Board of § Trustees of Spring Branch ISD. § § *Defendants*. § | CIVIL ACTION NO. 4:21-cv-01997 |

## Proposed Order for Preliminary Injunction

This matter having come before the Court pursuant to Fed. R. Civ. Proc. 65(b) on the application of Plaintiffs for a preliminary injunction and upon consideration of the motion, complaint, and evidence submitted in this matter, including Plaintiff's complaint, this Court hereby finds:

1) Plaintiff's application for preliminary injunction satisfied the cumulative burden of proving each of the four elements for a preliminary injunction;

2) There is a substantial likelihood that Plaintiff will prevail on the merits of her claims because the at-large system for electing trustees to the Spring Branch Independent School District ("SBISD") Board of Trustees violates federal law;

3) If the Preliminary Injunction is not granted, then the Plaintiff will suffer the irreparable injury voting in an election that violates federal law;

4) The balance of harms favors the Plaintiff, because the Plaintiff is a voter in illegal election system; and,

5) The public interest requires ensuring that voters who reside in SBISD vote in an election that does not violate federal law.

Accordingly, it is hereby ORDERED that Defendants and all their respective officers, agents, servants, employees, attorneys, and persons acting in concert or participation with them are enjoined from using the current at-large election system for the 2022 SBISD trustee election now and in the future.

In addition, the Defendants and Plaintiff are ordered to meet, confer and present a proposed remedy or remedies for use during the 2022 election cycle that comply with federal law for this Court's consideration, within two weeks.

IT IS SO ORDERED.

DATED this _____ day of _____, 2022 at \_\_:\_\_\_ AM/PM.

_____
Judge Presiding