United States District Court
Southern District of Texas
**ENTERED**
February 10, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO, *et al.*, § § | |
| Plaintiffs, § § | |
| VS. § § | CIVIL ACTION NO. 4:21-CV-01997 |
| SPRING BRANCH INDEPENDENT § SCHOOL DISTRICT, *et al.*, § § | |
| Defendants. § | |

### ORDER GRANTING APPLICANT JENNY MORACE'S MOTION TO PARTICIPATE AS A NON-PARTY AMICUS-CURIAE

On October 22, 2021 applicant, Jenny Morace, filed her motion seeking permission to participate as a non-party amicus curiae (Dkt. No. 19). The Court grants movant's application and permits the movant to participate as requested in her motion.

It is so ORDERED.

SIGNED on February 10, 2022, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge