UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, *et al.*, | § § § § § § § § § § § | |
| Plaintiffs, | | |
| VS. | | CIVIL ACTION NO. 4:21-CV-01997 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, *et al.*, | | |
| Defendants. | | |

### NOTICE OF SETTING

The parties are hereby notified that a status conference is set for **February 14, 2022, at 9:00 a.m.** and will be handled as a telephone conference. The parties are directed to contact the Court at the number provided in order to participate in the conference call.

Conference number: **713-250-5126**

Conference ID: **45126#**

Conference Password: **13579#**

Date: February 10, 2022                                NATHAN OCHSNER, CLERK

By: C. Horace, Case Manager to
Judge Kenneth M. Hoyt