United States District Court
Southern District of Texas
**ENTERED**
February 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO, *et al.*, § § | |
| Plaintiffs, § § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-01997 |
| § | |
| SPRING BRANCH INDEPENDENT § SCHOOL DISTRICT, *et al.*, § § | |
| Defendants. § | |

## ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
### HELD ON February 14, 2022 at 9:00 AM

Appearances:   Barry Abrams
Martino Golando
Christopher Gilbert
Charles Crawford
Lucas Henry
Stephanie Hamm
Andy Taylor
(Court Reporter: K. Miller)

The following rulings were made:

Pursuant to phone conference conducted this day, the defendant shall file a response to the plaintiff's application for preliminary injunction on February 15, 2022, followed by a response/reply by the intervenor on February 16, 2022. The

plaintiff and the defendant are of the opinion that live testimony is unnecessary at this time.

    It is so ORDERED.

    SIGNED on February 15, 2022, at Houston, Texas.

                                Kenneth M. Hoyt
                                United States District Judge