IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO, § § *Plaintiff,* § § vs. § § SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CHRIS GONZALEZ, PAM GOODSON, KAREN PECK, JOSEF D. KLAM, MINDA CAESAR, CHRIS EARNEST, J. CARTER BREED, in their official capacity as members of the Board of Trustees of Spring Branch ISD § § § § § § § § § § *Defendants.* § | Civil Action No. 4:21-cv-01997 |

## ORDER ON PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION

This matter has come before the Court pursuant to Fed. R. Civ. P. 65(b) on the application of Plaintiff's application for a preliminary injunction. After considering the application, the response, any filings by the amicus, and the evidence and pleadings in this matter, the Court ORDERS as follows:

1. Spring Branch ISD's May 7, 2022 board of trustees election for trustee places 5, 6, and 7 is ORDERED delayed until the first Tuesday after the first Monday in November 2022.

2. All other relief requested in Plaintiff's application for preliminary injunction is DENIED.

IT IS SO ORDERED.

Signed _____, 2022

_____
United States District Judge