# Appendix Tab A

| | |
|---|---|
| Stephanie | Panciolli |
| Lindy | Price |
| Erin | Rushing |
| Matt | Cone |
| Laura | Spilman |
| Matt | Salo |
| Matt | Saunders |
| Melanie | Saunders |
| John | Perez |
| Stephanie | Green |
| Mike | Green |
| Doug | Eillott |
| Colleen | Elliott |
| Lacy | Rieke |
| Brian | Rieke |
| Jenny | Morace |
| Lorena | Guilanshah |
| Kirk | Guilanshah |
| Amy | Huggins |
| Ashley | Zahn |
| Denise | Bell |
| Kerry | Brendel |
| Tim | Brendel |
| Gabby | Salo |
| Lindley | Dieringher |
| Collin | Dieringher |
| Sally | Cone |
| Celeste | Rudoplph |
| Tygue | Rudoplph |
| Jeremy | Hauser |
| Christinia | Hauser |
| Erin | Moss |
| Jeremy | Moss |
| Susan | Weber |
| Meredith | Turner |
| Langston | Turner |
| Jennifer | Hyland |
| Emily | Sperandio |
| Michael | Sperandio |
| Debbie | Moriarty |
| Amy | Norris |
| Kevin | Norris |

| | |
|---|---|
| Katherine | Gring |
| Clayton | Gring |
| Amy | Cone |
| George | Andrews |
| Carleen | Andrews |
| Greg | Andrews |
| Nesi | Andrews |
| Anna Maria | Sosa |
| Juan Carlo | Perossa |
| Leah | Perossa |
| William | Morris |
| Mary | Chamberlain |
| Doug | Chamberlain |
| Sheri | Stegent |
| Loyd | Stegent |
| Lindsay | Justice |
| Tye | Justice |
| Mickie | Strait |
| Bill | Strait |
| Lisa | Alpe |
| Bruce | Alpe |
| Jeannette | Muecke |
| Brian | Muecke |
| Chris | McConn |
| Lindsay | McConn |
| Courtney | Anderson |
| John | Anderson |
| Steve | Johnson |
| Laura | Theis |
| Andrienne | Cutter |
| John | Cutter |
| Mary Lacy | Rieke |
| Grant | Gurrola |
| Jaclyn | Gurrola |
| Grayson | Strait |
| Barbara | Peterson |
| Johnathon | Morris |
| Cara | Vann |
| Greg | Vann |
| Vivienne | Vann |
| Garrett | Vann |
| Kristopher | Von Hohn |

| | |
|---|---|
| Jacquie | Von Hohn |
| Bonnie | Deaton |
| David | Deaton |
| Brooke | Zarr |
| Jeff | Zarr |
| Staci | Watson |
| Alex | Watson |
| Randy | Price |
| Peyton | Price |
| Preston | Price |
| Hannha | Price |
| Jordan | Fruge |
| Stephanie | Fruge |
| Sydney | Spilman |
| Kayden | Spilman |
| Mary Jo | Harp |
| Alan | Harp |
| Joseph | Harp |
| Mary Elizabeth | Harp |
| Steve | Kerns |
| Becky | Kerns |
| Marty | Weber |
| Harris | Weber |
| Ronald | Weber III |
| Dinah | Huthnance |
| Andrea | Feruzzo |
| John | Feruzzo |
| Amanda | Ouslander |
| Corey | Ouslander |
| Adam | Kadane |
| Karen | Kadane |
| Bredow | Thompson |
| Bob | Thompson |
| Elizabeth | Biar |
| Adnrew | Biar |
| Rudy | Nieto |
| Allison | Nieto |
| Ann | Bilello |
| Brian | Bilello |
| Angela | Paschall |
| Chris | Paschall |
| Caroline H | Bennett |

| | |
|---|---|
| Kelly | Bennett |
| Anthony | Squillante |
| Courtney | Squillante |
| Linda | Wolfe |
| Nick | Wolfe |
| Phillip | Parker |
| Stephanie | Parker |
| Lauren | Brindley |
| Hans | Brindley |
| Courtney | Robertson |
| Justin | Robertson |
| Eunice | Vega |
| Orlando | Vega |
| Julianna | Bihlet |
| Kasper | Bihlet |
| Wes | McBrayer |
| Jessi | McBrayer |
| Jason | Anderson |
| Meredith | Anderson |
| Johnathon | Barrett |
| Jessica | Barrett |
| Daniel | Jenkins |
| Lissette | Jenkins |
| Tracey | Kettler |
| Kyle | Kettler |
| Lauren | Walker |
| Joel | Wetzel |
| Dannette | Selph |
| Edwess | Selph |
| Melissa | Kovacs |
| Jeff | Kovacs |
| Kevin | OConnor |
| Michelle | OConnor |
| Jenni | De la mora |
| April | Tarkington |
| Shelley | Tarkington |
| Katherine | Burton |
| Ashley | Wetzel |
| Mike | Wetzel |
| Andy | Ball |
| Rachel | Ball |
| Sara | Long |

| | |
|---|---|
| Robert | Long |
| Katherine | Eisterhold |
| Benjamin | Eisterhold |
| Staci | Johnson |
| Taylor | Johnson |
| Krisen | Ashworth |
| Monroe | Ashworth |
| Tommy | Connally |
| Jodie | Connally |
| Robert | Brannon |
| Holly | Brannon |
| Blake | Warner |
| Laura | Warner |
| Courtney | Smith |
| Chris | Smith |
| Christy | Brothers |
| Craig | Brothers |
| Nick | Ludtke |
| Erin | Ludtke |
| Monica | Zadik Romero |
| Jason | De Lorezono |
| Sharon | De Lorezono |
| Robyn | Canterbury |
| Embry | Canterbury |
| Kristen | Burton |
| Clayton | Burton |
| Amanda | Cantley |
| Gabriella | Boersner Lowy |
| Peter | Lowy |
| Kevin | Swantkowski |
| Wendy | Swantkowski |
| Tiffani | Adams |
| Kirt | Adams |
| Jordan | Faulk |
| Brittany | Faulk |
| John | Keck |
| Angie | Keck |
| Andrew | Lee |
| Mandy | Lee |
| James | Rodgers |
| Jillian | Rodgers |
| Amy | Lee |

| | |
|---|---|
| Jim | Lee |
| Robert | Kimmel |
| Alicia | Kimmel |
| Syed | Zaidi |
| Sajida | Zaidi |
| Trish | Kyle |
| Jay | Kyle |
| Adam | Davidson |
| Sarah | Davidson |
| Mary | Dominguez |
| Jose | Dominguez |
| Ryan | Patrick |
| Kellie | Patrick |
| Taylor | Darsey |
| Drew | Darsey |
| Shauna | Nafziger |
| Justin | Wilson |
| Sabrina | Wilson |
| Walker | Agnew Jr. |
| Luke | Krieger |
| Lauren | Krieger |
| Michael | Zarich |
| Susan | Zarich |
| Clayton | Medlenka |
| Andy | Medlenka |
| Lorie | Medlenka |
| Jason | Dillie |
| Sally | Dillie |
| Seth | Michaelson |
| Stephanie | Michaelson |
| Nikki | Goldin |
| Jennifer | Richmond |
| Paul | Richmond |
| Sean | McBeth |
| Katie | McBeth |
| Alan | Greig |
| Maureen | Greig |
| Lindsay | Madden |
| Chris | Madden |
| Jane | Leverett |
| Larry | Leverett |
| Elizabeth | Hancock |

| | |
|---|---|
| Shea | Hancock |
| Colin | Baker |
| Allison | Baker |
| Chris | Wilburn |
| Annette | Wilburn |
| Ginger | Messer |
| Chirs | Messer |
| Ladd | Fargo |
| Christy | Fargo |
| Allegra | Del Galdillo |
| Rueben | Del Galdillo |
| Celina | Stanford |
| Bryan | Stanford |
| John | Gordon |
| Terri | Gordon |
| Caroline | Hawkins |
| Torrie | Hawkins |
| Nicholas | Demaio |
| Catherine | Herrero-Velarde |
| Rcardo | Herrero-Velarde |
| Benjamin | Jackson |
| Elizabeth | Jackson |
| Leslie | Sloan |
| Larry | Sloan |
| Ted | Bland |
| Mary Lou | Bland |
| Chris | Clearman |
| Katie | Clearman |
| Parker | Gregg |
| Corey | Gregg |
| Mindy | Jones |
| Brian Wilcox | |
| Holly matkins | |
| Lois D Myers | |
| Holly spears | |
| Elly Devine | |
| Jenni granero | |
| John Dustin Causey | |
| Susannah Causey | |
| Curtis Smith | |
| Josh Anderson | |
| Deneylia OCanas | |
| Shelley Schneider | |

Kami Buri
John Buri
Susanna Hagedorn
Megan Chalmers
Ashley holmsten
Correne Loeffler
Andrea Buck
Teia Kelly
Wanda Kielty
Liz Swain
Jennifer Brown
Lesley Schick
Markley Berg
Jennifer Lamprecht
Judith Tripp
Mike Anderson
Genevieve Wheeler
David Meeh
Catherine Swinbank
Wendy Spears
Patricia Armitage
Jennifer Kruse
Fulton Kimball
Melissa Johnson
Frank Shotwell
DeeDee Arcuri
Annabella Sahakian
Alexandra Saxe
David Schwarz
Jamie Smith
Marvin Pleason
Mo Elkurdi
Lindsay Wilson
Neda Axelrod
Melissa Anderson
Cynthia Pleason
Shelley Jorgrnsen
Amanda Rutt Stone
Margaret Farris
Kristie Stewart
Rob Stewart
Magen Cherry
Parisa Babaahmadi
James Manan
Priscilla Dickson

Lauren Barker
Marcia Zelinsky
Robert Morgan
Kay Donahue
Leslie Cornett
Kimberley Gilbert
Amy Pannagl
Susan anderson
Kathy Oxspring
William Fett
Tracey Best
Susan Maclvor
Robert Blum
Allison Hopkins
Kathryn Brown
Mike Brown
Megan milam
Steven J Shofner
William King
John fett
Georgia Morgan
E. K. Jorgensen
Melissa Brown
James P Bennett
Jennifer Fett
Carrye Krouse
Marci Gray
Julie Comiskey
Leslie Shofner
Kathryn Van Wie
Brandi Cannizaro
Natasha king
Allison McWhorter
Laura Genung
Kristy Wall
Alice Ann Telle
Amy McWhorter
Chris Jones
Shelly Newton
Sally  Jones
Bryan Jones
Tina McElyea
Charles Stinneford
Julie Templin
David Hartz

Catherine Shelfer
Evelyn H Boatwright
Brian Gammill
Kay Hilberth
Grace Gammill
Claire Gammill
Catherine Loving
Stacy Farber
Jeff Lovell
E Cannon
M Cannon
Rebecca Howard
Courtland Loeffler
Osvaldo Hernandez
Kristy Krus
Connie Klenke
Cade White
Mindy Bradley
Natalie Ealand
Melissa York
Michael Herrin
Robert Kimmel
Dina Barrada
Robert Aspinall
Keri Herrin
Andrea Kewekordes
Swayze White
ALIX Nakfoor
Kimberly Davis
Jennifer Grothues
Mandee Lee
Richard O'Brien
Beatriz Menendez
Amy Sandidge
Elizabeth Jackson
Kristin Guiney McClees
Mary Elkurdi
Jenny and Chris Yarrow
Michele Higgins
Terrie James
Gina Cole
Ann Staley
Molly Ferguson
Bethanie O'Brien
Carrie McKemie

Thomas Geczik
Stacey Wong
Charles Overly
Robert Overly
Haley Green
Amber Mackel
Kim Graeter
Kaes de Jong
Sam Moore
Janna Moore
Juli salvagio
Erik simpson
Lynn Thomas
Charlotte Crawford
Lillian Lehman
Robert L Lehman
Carter D Lehman
Sharon Hoyt
Bridget Williams
Dabney Junell
Sarah watson
James Beasley
Jodie Connally
Jolie Stinneford
Holly Beasley
Donna Marshall
Susan Ashcroft
Sandra swenson
Jennifer Fuller
Sarah Savard
Sabrina Wilson
Justin Wilson
Brooke Marquart
Russell A Werme, Jr
Jamie Crane Bobo
Stephanie Flynn
Marcus Pullicino
Sidnie Mora
Emily Wells
Sarah K Smith
Kimberly Whitton
Cathy Blundell
Chris Chaffin
Mary Finck
Clayton Waters

Katina Hargett
Mary Chaffin
Teri Howell
Barbara Holland
Catherine Buuck
Bincy Puthenmadathil
Deana Haygood
Brian Minyard
Mike Henry
Laura Minyard
Catherine Henry
Ashley Kunco
Robert Kunco
Todd Bush
Carol wood
Michelle Bush
Laura Gunkle
Bill Gunkle
Kim de Jong
Cori Agnew
Natalie Geczik
Tim LeVrier
Angie kinsel
Susan Smith
Katherine Zost
Jennifer Drake
Chay taylor
Amy Nogueira
Braden Keith
Mary Gunsbach
David Watson
Marijean Morris
Chris hardig
Joseph Borski
Lyn Durnell
Lindsay McMeans
Carrie Marshall
Matthew Hambly
Ellen Peeples
Dustin Brock
Linda Spence
Carleen Andrews
Angela Dina
Matthew Manis
Allison Cattan

Estelle Joyner
Kathleen AGOSTO
Beth Houston
Lara Ryan
Valerie Manis
Nia Watson
Denise Evans
Ramsey Evans
Lori LS
Mary Hambly
Allegra Delgadillo
Kenze Beyer
Virginia Kirklin
David Dickey
Emily Dickey
Anne Rose
Mark Donat
Wyatt McCulloch
Shelley Moore
Christine Roe
Gretchen Montalbo
LaJeana Hardig
Jo Ellen Pierce
Jennifer Weinstock
Karien Goodwin
Julie Hershberger
Katie Arndt
Clint Simpson
Missy Burke
Kelli Roth
Susanne Miller
Allison Knostman
Allison & Ryan Carl
Jill Sherman
Elizabeth Hancock
Lindsay Madden
Christine Mediamolle
Anthony Patronella
Hayden Drum
John Lawrence Hohlt
Julie Copple
Justin Scott
Laura Mould
Kendra thiessen
Lindsey hohlt

Amanda Scott
Freyja Lauritsen
Kelda McFee de Queiroz
Julia Stellar
Kyle Herbert
Ann Lovell
Mary Schultz
Alan Schultz
Katie Bahrami
Cyrus Bahrami
Jeanie Hartwig
Brian Rundall
Amanda Weber
Annmarie Cessac
darrin baker
Jorge rodriguez
Jayne Huggins
Shannon Mahan
Erin Cunningham
Leah Gibson
Sarah Heinecke
Elena Mischon
Zach Axelrod
Julie Kiersh
Reynaldo Medina
Michele Dodson
Danielle Ryan
Lindsay Laudadio
Celeste Medina
Tracy Sarver
Jennifer Rayburn
Sarah McAnelly
James McAnelly
Laura Grau
Lizzie Devlin
Dan Bellow
Ryan Devlin
Beth Bellow
Kim Thom
Jim Thom
Melissa Morgan
Kevin Morgan
Jeni de la Mora
Pamela C. Overly
Jennifer hickman

Nicole Rogers
Carolyn McCall
 Tom McCall
Jason Rogers
Frank Smejkal
Chris Waters
Nichole Waters
Amy Stephens
Brenda De La Rosa
Emily Lou Strait
Ann-Margaret Dudley
Cindy Meeh
Suzanne Owczarek
Robert kleiderer
Dana Smejkal
Catherine Fox
Timothy Owens Bobo
Lynn Conrad
Inga Laughlin Smith
Callie Johnson
Kristen Debenport
Monica Muschalik
Anne Olivier
Katherine McKnight
Michelle Babbitt
Kimberly Hohman
Noteel Koss
Ernest Smith
Sarah Smith
Stevie Leonard
Kellie Morley
Lindsay Renee LaFleur Coates
Sarah Moscicki
Brian Erickson
Brian merchant
Emily Craft
Leah Perossa
Will Page
Lauren Page
Chris smith
Shannon Werme
Tom Stokes
Heather Rexrode
Stuart Rexrode
Matt Hoelscher

Courtney Smith
Lauren McCulloch
Dale Mohn
Kim Bradshaw
Audrey Hollis
Laura Drum
Tracy Sare
Allie Hodges
Brian Zahn
Deborah Kelting Fite
Liz Franklin
Courtney Nuckols
Jennifer Harbison
Kristine Mayhall
Rachel Fuqua
Lisa Ortega
Mimi Stokes
Kimberly Thom
Kim Conrad
Christie Ross
Jim McConn
Sarah Eixmann
Mandy Smith
Katherine Silberman
Johnnie Randolph
Kelly Thornton
Andrea Minett
Lindsay Henderson
Kristin johnson
Andrea Miller
Scott Miller
Nicole Sims
Elizabeth Manuel
Amber Hicks
Ashley cook
Kendle Dardis
Lance Dardis
Carolyn valentin
Bethlael Appel
Lindsey Martin
M Montalbano
Olivia Porter
Angelina Siller
Lane Walker
Jenna Harral

Christi Bennett
Stacey Merchant
Lisa Bandy
Lauren Krieger
Jonathan Zuniga
Susan Pugliano
Callie Zazzi
Sarah Weekley
Gretchen Reed
Emily Cook
Elizabeth Borski
Caroline Elholm
Ethan Cook
Natasha Becton
Katie Clearman
Karen W. Martin
Chris Clearman
Katie Williams
Debra Bigler
Sally Dillee
Tricia Henry
Lauren Strieby
Ellen Popejoy
Meg Randolph
Kelly Dietrich
Monica Hendricks
Kristin Anderson
Whitney casey
Jamie Burns
Kelly Murphy
Benjamin Meggs
Todd Glazer
Henry Ward
Camille Wieprecht
Tricia Oakland
Joe Steinhagen
Matt Bennett
Jorge Ramos
Christie Brothers
Joanna Graham
Emily Rhodes
Jennifer Behan
Stephen Wieprecht
Ed crocker
Jack Russo

Stacy Macia
Keeke Russo
Dave Levitt
Jessica Barrett
Amy Welty
Dana Danna
Matt Danna
Henry Calero
Taylor Darsey
Jonathan Putman
Joseph Montalbano
Walt Boyd
Stewart Kepper
Candace Kepper
Maria Alexandra Girard
Brittany Smith
PD Treacy
Kevin Menchaca
Justin Girard
Martha McGuire
Jennifer Papapanagiotou
Aaron McGuire
Margery M Harris
Heidi Patterson
Frank Papapanagiotou
Justin Reichenau
Matthew Crystal
Adam Smith
Cameron Patterson
Sara Merritt
Alexander Merritt
Trae Trahan
Matthew Harbison
Steve Gulledge
Danielle Gulledge
Greg Brown
Gabriel Brown
Kelly Crystal
Kelly Devlin
Denise Harbison
Mindy Voyles
Adam Avants
Travis Walla
Amy Polidori
Staci Armand

Jose Dominguez
Mary Dominguez
Stacy Glazer
Karen Flajnik
Kristin Eschbach
Sean Mcbeth
Katie mcbeth
Laird Mcbeth
Andy McConn
Jed Howard
Meredith Winczewski
Jane shavlan
Marci Lane
Malorie Leman
Katie Sartain
Thomas Leman
Holly Hitchen
Louiza Deskin
Christina Knust
Mary Sue Patronella
Staci Johnson
Cresta Smith
Andrea Ganzinotti
John Perez
Don Paullo
Ingrid Hartz
Billie Ann Sweeney
Emily Johns
Priscilla Blossom
Angela Bray
Matt Bray
Linda gammill
Jeff Trahan
Jenny Trahan
Jennifer Peck
Duncan Shanklin
Alison Shanklin
Brooke Sharpe
William Earnest
Marie Earnest
Eric Smith
Joanna Mendez
Lauren Ogilvie
Colette Pérez
Alicia Kimmel

Brandi Paullo
Amy Lee
Erin Lanier
Mary Herbert
Teresa Witte
Ashley Goforth
Tim Jones
Anna Jones
Christina Sonnier Smith
Gabriela Boersner
Wes arnold
Jami Brown
Jennifer Cox
Cherise arnold
Tiffany Aspinall
Nicole Sletten
Meaghan Conrad
Matt Howell
Deborah Weitzel
Matt Marquart
Carol Mohn
Tamma Howell
Jeff Horton
Justin garner
Kristin Garner
Cathy McConn
Stacy Head
Robert werme
Jen Brice
Chris McConn
Kristie kafka
Staci Flemming
Diane Chong
Nicole Danese
Heather Willard
Sarah Tenney
Chip Cowell
 Julie Allen
Truett Allen
John Holcomb
Jill Melancon
Catherine Sullivan
Cole Sullivan
Heidi Holcomb
Para Flores

Hunter Thompson
Andrea Stevens
Glenn Wilson Jr
Alison Wilson
Paula Janke
Christina Dillard
Julie Borg
Meredith Kirk
Steven Swain
Luciné Sahagian
Candice Rafiei
Becky Clark
James Dudley
Amanda Orr
Valley Orr
Bridgett Vallery
Bruce Orr
Leigh Fowler
Fritz Fowler
Hunter Jones
Mittsi Peterson
Jeff Peterson
Clair Silliman
Jim Silliman
Steven Ward
Grace Ward
Don Valentine
Catherine Valentine
Richard Davis
Laura Davis
Sara Davis
Teresa Kaldis
George Kaldis
Alex Kaldis
Jacqueline Donat
Chris DeLaGarza
Jason Bernstein
Lyle Eastam
George Christie
Lorena Zbranek
James Davis
Martha Davis
Russ Holmsten
Ryan Holder
Johnny Kaldis

Sharon Gilbert
Lupita Holder
Austin Yates
Grant Gilbert
Shea Hancock
Laura Wexler
Sarah Haden
Alisa Huynh
Thach Hoang
David Rudolph
Camille Rudolph