# ATTACHMENT "A"

**Minutes of Special Meeting**
**Monday, March 30, 2020**
**The Board of Trustees**
**SPRING BRANCH INDEPENDENT SCHOOL DISTRICT**

A Special Meeting of the Board of Trustees of SPRING BRANCH INDEPENDENT SCHOOL DISTRICT was held Monday, March 30, 2020, beginning at 6:00 PM in the Wayne F. Schaper, Sr. Leadership Center, Board Room, 955 Campbell Road, Houston, TX 77024 with the following Board Members present via telephone and stating their names for the record: J. Carter Breed, Minda Caesar, Chris Gonzalez, Josef Klam, Karen Peck, and Chris Vierra. Board President Pam Goodson was present.

Board President Pam Goodson called the meeting to order at 7:00 PM. She noted that all Trustees were in attendance and that a quorum was present.

President Goodson certified that the provisions of the Texas Open Meetings Act, Texas Government Code Section 551.041 had been complied with in connection with public notice of the meeting.

1. **Opening Remarks by the Superintendent**

   Superintendent Dr. Jennifer Blaine said that due to President Trump ordering social distancing to continue until April 30, Region IV superintendents will have a phone conference tomorrow. Also, we have learned that Governor Greg Abbott will hold a press conference tomorrow at 2:00 PM. As we learn more information, we will communicate with our parents and community regarding the reopening of school.

2. **Citizens' Participation**

   President Pam Goodson read the procedures for Citizens' Participation and asked those who signed up to speak to come forth. No one signed up to speak.

3. **Executive Session**

   President Goodson recessed the Board into an Executive Session at 6:03 PM under Section 551.074, and Section 551.071 of the Texas Open Meetings Act regarding the purposes below.

   A. The Board Will Meet in Closed Session Under Section 551.074 of the Texas Open Meetings Act Regarding Routine Personnel Matters

   B. The Board Will Meet in Closed Session Under Section 551.074 of the Texas Open Meetings Act Regarding Personnel Matters

   C. The Board Will Meet in Closed Session Under Section 551.071 of the Texas Open Meetings Act in Consultation with Board Attorney Regarding All Matters as Authorized by Law

   President Goodson reconvened the meeting in open session at 7:07 PM and said no action was taken while in the closed session.

4. **Action as Needed from Executive Session**

   A. Request for Approval of Routine Personnel Items

   Vice President Chris Gonzalez moved to approve. Trustee Chris Vierra seconded the motion that the Board of Trustees approve the routine personnel items as recommended.

   > Motion passed by a 7-0 vote.
   > No. 45 - 2019-2020

5. **Action**

   A. Consideration and Possible Action on Order Postponing May 2, 2020 Trustee Election and Related Actions

   Secretary Minda Caesar moved to approve that the Board of Trustees enact the order postponing the May 2, 2020 trustee election and continue other provisions relating thereto until November 3, 2020. Trustee Chris Vierra seconded the motion.

   > Motion passed by a 6-0 vote.
   > Trustee Gonzalez abstained.
   > No. 46 - 2019-2020

   B. Request for Approval of Resolution of the Board Regarding Pandemic Emergency Procurement

   Vice President Chris Gonzalez moved to approve. Trustee J. Carter Breed seconded the motion that the Board of Trustees approve the resolution of the Board regarding pandemic emergency procurement.

   > Motion passed by a 7-0 vote.
   > No. 47 - 2019-2020

6. **Closing Remarks by the Superintendent**

   Dr. Blaine thanked the Board and community for their flexibility and patience over the past few weeks in an unprecedented situation.

7. **Meeting Adjourned**

   President Goodson adjourned the special meeting at 7:12 PM.

_____
Pam Goodson
President, Board of Trustees

_____
Minda Caesar
Secretary, Board of Trustees

**Approved: April 20, 2020**