UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | Civil Action No. 4:21-cv-01997 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CHRIS GONZALES, PAM GOODSON, KAREN PECK, JOSEF D. KLAM, MINDA CAESAR, CHRIS EARNEST, J. CARTER BREED, in their Official capacity as members of the Board of Trustees of Spring Branch ISD | § § § § § § § § § | |
| *Defendants.* | § | |

## **MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

COMES NOW Senator Paul Bettencourt and State Board of Education Member Will Hickman by and through their Attorney of Record, Gary M. Polland and respectfully moves this Court for leave to file an *amicus curiae* brief in opposition to Plaintiff's Motion for Preliminary Injunction and in response to Defendant SBISD's Response to Plaintiff's Motion for Preliminary Injunction.  State Senator Paul Bettencourt represents District 7 in the Texas State Senate.  A large portion of Spring Branch Independent School District ("SBISD") is included in State Senate District 7.  State Board of Education Member Will Hickman represents District 6 which includes all of SBISD.

Senator Bettencourt and Member Will Hickman believe that their brief may be of assistance to the Court because it outlines the constituent concerns of the residents of SBISD.

1

Accordingly, Senator Bettencourt and Member Hickman respectfully request that this Court grant their motion for leave to file the accompanying brief and consider their arguments made therein during its deliberations.

Dated: February 28, 2022.

Respectfully submitted,

By: /s/*Gary M. Polland*
  Gary M. Polland
  State Bar No. 16095800
  Federal ID # 4715
  1533 W. Alabama St.
  Houston, Texas 77006
  Telephone: 713-621-6335
  Facsimile: 713-622-6334
  Email: pollandlaw@yahoo.com
**ATTORNEY FOR PAUL BETTENCOURT AND WILL HICKMAN**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Leave to File *Amicus Curiae* Brief was delivered to all counsel of record, via CM/ECF on or before February 28, 2022, in accordance with the Federal Rules of Civil Procedure.

By: /s/*Gary M. Polland*
  Gary M. Polland