**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **VIRGINIA ELIZONDO,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **Civil Action No. 4:21-cv-01997** |
| | § | |
| **SPRING BRANCH INDEPENDENT** | § | |
| **SCHOOL DISTRICT, CHRIS** | § | |
| **GONZALEZ, PAM GOODSON, KAREN** | § | |
| **PECK, JOSEF D. KLAM, MINDA** | § | |
| **CAESAR, CHRIS EARNEST, J.** | § | |
| **CARTER BREED, in their official** | § | |
| **capacity as members of the Board of** | § | |
| **Trustees of Spring Branch ISD** | § | |
| | § | |
| *Defendants.* | § | |

### DEFENDANTS' RESPONSE TO AMICUS MORACE'S NOTICE OF FILING

On February 24, 2022, Amicus Curiae Jenny Morace filed a Notice of Filing with this Court [Dkt. 35] wherein she attaches non-party John Perez's Emergency Petition for Writ of Mandamus filed with the Texas Supreme Court that same day. This emergency petition filed by Mr. Perez asks the Texas Supreme Court to interfere in this instant federal suit. See Dkt. 35-1.

On February 28, 2022, Defendant Spring Branch ISD filed its response to the emergency petition. A copy of SBISD's response filed with the Texas Supreme Court is attached hereto as Exhibit A.

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD &
HULLETT, P.C.**

*/s/Charles J. Crawford*

---

**Charles J. Crawford**
State Bar No. 05018900
SD Tex. Bar No. 335298
ccrawford@abernathy-law.com
**Lucas C. Henry**
State Bar No. 24101901
SD Tex. Bar No. 3727871
lhenry@abernathy-law.com
1700 Redbud Blvd., Suite 300
McKinney, Texas  75069
Telephone: 214-544-4000
Facsimile: 214-544-4040

**ATTORNEYS FOR DEFENDANTS**

<u>**CERTIFICATE OF SERVICE**</u>

On February 28, 2022 I electronically served the foregoing on Plaintiff's and amicus' counsel by the Court's ECF system.

*/s/Charles J. Crawford*
Charles J. Crawford