UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO, <br> *Plaintiff,* <br><br> v. <br><br> SPRING BRANCH INDEPEDENT SCHOOL DISTRICT, CHRIS GONZALEZ, PAM GOODSON, KAREN PECK, JOSEF D. KLAM, MINDA CAESAR, CHRIS EARNEST, J. CARTER BREED, in their official capacity as members of the board of trustees of spring branch ISD. <br> *Defendants.* | § § § § § § § § § § § § § § <br><br> Civil Action No. <br> 4:21-cv-01997 |

## DEFENDANTS' FIRST AMENDED AND SUPPLEMENTAL DISCLOSURES

Defendants Spring Branch Independent School District, Chris Gonzalez, Pam Goodson, Karen Peck, Josef D. Klam, Minda Caesar, Chris Earnest, and J. Carter Breed (collectively, the "Defendants"), provide the following First Amended and Supplemental Disclosures:

**A. Name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Virginia Elizondo
c/o Barry Abrams
Blank Rome LLP
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(281) 994-4034

Virginia Elizondo is the Plaintiff in this lawsuit and presumably has knowledge of facts relevant to her claims against the Defendants.

---

DEFENDANTS' FIRST AMENDED AND SUPPLEMENTAL DISCLOSURES                                                PAGE 1
3660262

Chris Gonzalez
Pam Goodson
Karen Peck
Josef D. Klam
Minda Caesar
Chris Earnest
J. Carter Breed
Spring Branch ISD
955 Campbell Road
Houston, Texas 77024
(713) 464-1511

Each of these individuals is a current member of the Board of Trustees of the Spring Branch Independent School District, and named as a defendant in this lawsuit. They may have knowledge of facts relevant to the claims and defenses at issue in this lawsuit.

Pos. 1- Wayne F. Schaper, Sr. (2002-2016)
Pos. 2 - Mary Grace Landrum (2005-2012)
Pos. 3 - Theresa W. Kosmoski (2003-2012)
Pos. 3- Katherine Dawson (2012-2018)
Pos. 4 - Susan C. Kellner (2003-2012)
Pos. 4- Chris Vierra (2012-2021)
Pos. 5 - David R. Converse (2001-2010)
Pos. 5- Bob Stevenson (2010-2016)
Pos. 6- Susan C. Mathews (2004-2010)
Pos. 7- Michael C. Falick (2004-2013)

Each of these individuals is a former member of the Board of Trustees of the Spring Branch Independent School District, who served during the 2010-2021 time period. They may have knowledge of facts relevant to the claims and defenses at issue in this lawsuit.

Dr. Jennifer Blaine (2019- present)
Spring Branch ISD
955 Campbell Road
Houston, Texas 77024
(713) 464-1511

Dr. Scott Muri (2015-2019)
Superintendent, Ector County ISD
802 N. Sam Houston
Odessa, TX 79761 (432) 456-9879

Dr. Duncan Klussmann (2004-2015)

Dr. Blaine is the current superintendent of the Spring Branch Independent School District, and Dr. Muri and Dr. Klussmann are both past superintendents who served during the 2010-2019 time period. They may have knowledge of facts relevant to the claims and defenses at issue in this lawsuit.

Diane Dickens
Elections Secretary/Early Voting Clerk
Christine Porter
Associate Superintendent for Finance
William Norris
Manager, ERP Systems, SBISD
955 Campbell Rd.
Houston, TX 77024 (713) 251-2217

Karen Wilson (retired)
c/o Abernathy Roeder
1700 Redbud Blvd., Suite 300
McKinney, Texas 75069

Diane Dickens has been the Elections Secretary for the District for over 30 years. Christine Porter (Associate Superintendent for Finance) and William Norris (Manager, ERP Systems) both currently oversee elections for the District. Karen Wilson was the Associate Superintendent for Finance before Christine Porter, and oversaw elections in that position. They may have knowledge of facts relevant to the claims and defenses at issue in this lawsuit.

Mary Jo Harp 281-795-4580
Meredith Turner – 713-443-5879
Langston Turner 713-444-5947
Jen Moss 713-465-1454
Ara Hardig 713-927-3136
Candy Kepper keppertx@att.net
Tom Stokes

Voters in SBISD trustee elections.

Gabriella and Matthew Salo
281-638-3655
832-803-9947

SBISD Parents. Author of Houston Chronicle Letter to the Editor

Will Hickman
14027 Memorial Drive, #187
Houston, Texas 77079
832-304-0051

State Board of Education Representative with knowledge about SBISD elections and the education provided in SBISD and across Texas.

Lisa Andrews Alpe
John Perez
Laura M. Mafrige
Ed Kaczenski
Caroline H. Bennett
David Slattery
Jenny Morace
Contact information available here: https://www.springbranchisd.com/about/board-of-trustees/elections/current-elections

Current candidates for the SBISD Board of Trustees. Jenny Morace is amicus to this case. They likely have knowledge of their candidacy for trustee, SBISD elections past and present, and the issues important to voters in SBISD elections.

Noel Lezama
http://noellezama.com/
https://www.statefarm.com/agent/us/tx/houston/noel-lezama-g9f8q7bwcgf9039
Katy Freeway Suite 244
Houston, Texas 77024
713-464-6635
noellezama@yahoo.com

Former candidate for SBISD trustee with knowledge about SBISD elections.

David Lopez
346-351-8407
Davide.lopez@hotmail.com

Former candidate for SBISD trustee with knowledge about SBISD elections.

Craig Adams
Vice President, Spring Branch AFT / Houston Federation of Teachers
2704 Sutherland St.
Houston, TX 77023
cadams@hft2415.org

Houston / Spring Branch AFT Vice President. Knowledge of endorsements by the AFT union past and present. Knowledge of SBISD trustee elections past and present.

Brian Muecke
bmuecke@mac.com
811 Hedwig Way
Houston, TX 77024
713-828-1223

Former mayor of Hedwig Village 2015-2021. Voter in SBISD elections.

Rolando Garcia
@rdgarcia03 (Twitter)
https://www.facebook.com/Rolando-Garcia-for-SD-15-SREC-113506573739372/
(Facebook)

Republican SD 15 SREC

The following voters:

| KATHLEEN | ABSHIRE | 909 MAGDALENE DR | HOUSTON | 77024 |
| --- | --- | --- | --- | --- |
| RUSSELL | ABSHIRE | 909 MAGDALENE DR | HOUSTON | 77024 |
| COURTNEY | ANDERSON | 12615 TAYLORCREST RD | HOUSTON | 77024 |
| JOHN | ANDERSON | 12615 TAYLORCREST RD | HOUSTON | 77024 |
| KRISTIN | ANDERSON | 8737 BANZER ST | HOUSTON | 77055 |
| MEKA | AREND | 13715 CAMARA LN | HOUSTON | 77079 |
| PATRICIA | ARMITAGE | 10 PINEWOOD CIR | HOUSTON | 77024 |
| RONALD | ARNETT | 262 STONEY CREEK DR | HOUSTON | 77024 |
| MELISSA | AURELIO | 11551 N LOU AL DR | HOUSTON | 77024 |
| SCOTT | AURELIO | 11551 N LOU AL DR | HOUSTON | 77024 |
| KENNETH | BALDWIN | 367 TYNEBRIDGE LN | HOUSTON | 77024 |
| MELISSA | BALDWIN | 367 TYNEBRIDGE LN | HOUSTON | 77024 |
| JOHN | BARINEAU | 155 RADNEY RD | HOUSTON | 77024 |
| SHELLEY | BARINEAU | 155 RADNEY RD | HOUSTON | 77024 |
| CATHLEEN | BARNSTABLE | 905 MAGDALENE DR | HOUSTON | 77024 |
| RICKI | BARNSTABLE | 905 MAGDALENE DR | HOUSTON | 77024 |
| CHRISTINA | BEAHM | 11748 DUART DR | HOUSTON | 77024 |
| NATALIE | BECHTOL | 811 CHOWNING RD | HOUSTON | 77024 |
| CHRISTOPHER | BEHAN | 12411 RIP VAN WINKLE DR | HOUSTON | 77024 |
| JENNIFER | BEHAN | 12411 RIP VAN WINKLE DR | HOUSTON | 77024 |
| KATHERINE | BENNETT | 7802 BELLEWOOD DR | HOUSTON | 77055 |
| MATTHEW | BEREND | 833 HEATHER CT | HOUSTON | 77024 |

| REBECCA | BEREND | 833 HEATHER CT | HOUSTON | 77024 |
| MARKLEY | BERG | 11739 DUART DR | HOUSTON | 77024 |
| TRAVIS | BERG | 11739 DUART DR | HOUSTON | 77024 |
| HARLAN | BERGEN | 11702 SPRIGGS WAY | HOUSTON | 77024 |
| JULIE | BERGEN | 11702 SPRIGGS WAY | HOUSTON | 77024 |
| CURT | BESETSNY | 12623 TAYLORCREST RD | HOUSTON | 77024 |
| NEELY | BESETSNY | 12623 TAYLORCREST RD | HOUSTON | 77024 |
| SUSAN | BETTENCOURT | 13622 APPLE TREE RD | HOUSTON | 77079 |
| PAUL | BETTENCOURT | 13622 APPLE TREE RD | HOUSTON | 77079 |
| DAVID | BISSINGER | 704 COUNTRY LN | HOUSTON | 77024 |
| LAURA | BISSINGER | 704 COUNTRY LN | HOUSTON | 77024 |
| MAYA | BLANTON | 12511 PINEROCK LN | HOUSTON | 77024 |
| ALLISON | BRANDT | 11756 DUART DR | HOUSTON | 77024 |
| MICHAEL | BRANDT | 11756 DUART DR | HOUSTON | 77024 |
| GEARY | BROADNAX | 849 SPRUCEWOOD LN | HOUSTON | 77024 |
| JESSICA | BROUSSARD | 13630 BARRYKNOLL LN | HOUSTON | 77079 |
| JOHN | BROUSSARD | 13630 BARRYKNOLL LN | HOUSTON | 77079 |
| LAURA | BRYANT | 11102 CAPRI ST | HOUSTON | 77024 |
| CONNALLY | BURROUGHS | 334 TYNEBROOK LN | HOUSTON | 77024 |
| MARK | BURROUGHS | 334 TYNEBROOK LN | HOUSTON | 77024 |
| CARRIE | BUTLER | 11602 FLINT FOREST LN | HOUSTON | 77024 |
| DAVID | BUTLER | 11602 FLINT FOREST LN | HOUSTON | 77024 |
| WILLIAM | CAESAR | 11935 BROKEN BOUGH DR | HOUSTON | 77024 |
| DENISE | CAMPBELL | 45 SADDLEBROOK LN | HOUSTON | 77024 |
| ELIZABETH | CASHIOLA | 11706 SPRIGGS WAY | HOUSTON | 77024 |
| PAUL | CASHIOLA | 11706 SPRIGGS WAY | HOUSTON | 77024 |
| MARY | CHAFFIN | 12103 OVERCUP DR | HOUSTON | 77024 |
| CHRISTOPHER | CHAFFIN | 12103 OVERCUP DR | HOUSTON | 77024 |
| MARY | CHAMBERLAIN | 13135 KIMBERLEY LN | HOUSTON | 77079 |
| SHANNON | CHILDRESS | 11915 COBBLESTONE DR | HOUSTON | 77024 |
| HARRY | CRAIG | 839 MERRIDEL RD | HOUSTON | 77024 |
| SANDRA | CRAIG | 839 MERRIDEL RD | HOUSTON | 77024 |
| CHARLOTTE | CRAWFORD | 13907 PEBBLEBROOK DR | HOUSTON | 77079 |
| CHRISTOPHER | CUNNINGHAM | 3 HEDWIG CIR | HOUSTON | 77024 |
| ADRIENNE | CUTTER | 11618 BLALOCK LN | HOUSTON | 77024 |
| JILL | DAVIS | 354 TYNEBRIDGE LN | HOUSTON | 77024 |
| TIMOTHY | DAVIS | 815 HEDWIG WAY | HOUSTON | 77024 |
| KIMBERLY | DAVIS | 306 FAWNLAKE DR | HOUSTON | 77079 |
| PAUL | DAVIS | 10030 HADDINGTON DR | HOUSTON | 77080 |

| MELISSA | DEAYALA | 162 HAVERSHAM DR | HOUSTON | 77024 |
|---|---|---|---|---|
| CRISTINA | DEBOBEN | 11006 HUNTERS PARK DR | HOUSTON | 77024 |
| ALLEGRA | DELGADILLO | 14002 WOODTHORPE LN | HOUSTON | 77079 |
| KELLY | DEVLIN | 13815 PERTHSHIRE RD | HOUSTON | 77079 |
| ROBIN | DINA | 13402 SAINT MARYS LN | HOUSTON | 77079 |
| HELEN | EARNEST | 13711 BARRYKNOLL | HOUSTON | 77079 |
| BONNY | EDWARDS | 11140 S COUNTRY SQUIRE ST | HOUSTON | 77024 |
| MARY | ELLIS | 12510 MOSSYCUP DR | HOUSTON | 77024 |
| RONALD | ELLIS | 12510 MOSSYCUP DR | HOUSTON | 77024 |
| JENNIFER | ESPEY | 11305 IRIS LEE LN | HOUSTON | 77024 |
| MOLLY | FERGUSON | 11702 TIMBERKNOLL ST | HOUSTON | 77024 |
| ANDREA | FERRUZZO | 311 SHASTA DR | HOUSTON | 77024 |
| MELANIE | FOWLER | 11934 HOMEWOOD LN | HOUSTON | 77024 |
| BRIAN | FOWLER | 11934 HOMEWOOD LN | HOUSTON | 77024 |
| JULIE | GAMBINO | 9105 HILLDALE ST | HOUSTON | 77055 |
| RAYMOND | GAMBINO | 9105 HILLDALE ST | HOUSTON | 77055 |
| ANDREA | GANZINOTTI | 10910 TIMBERGLEN DR | HOUSTON | 77024 |
| CHRISTINE | GENTIL | 13730 PINEROCK LN | HOUSTON | 77079 |
| JEFFREY | GENTIL | 13730 PINEROCK LN | HOUSTON | 77079 |
| ERIN | GODDARD | 12102 PINEROCK LN | HOUSTON | 77024 |
| JON | GODDARD | 12462 MOOREKNOLL LN | HOUSTON | 77024 |
| KYLE | GOODSON | 13703 PERTHSHIRE RD | HOUSTON | 77079 |
| DARIUS | GUILANSHAH | 9243 KENILWORTH ST | HOUSTON | 77024 |
| LORENA | GUILANSHAH | 9243 KENILWORTH ST | HOUSTON | 77024 |
| PAIGE | GUINN | 1701 CRANWAY DR | HOUSTON | 77055 |
| SARAH | HADEN | 35 LEGEND LN | HOUSTON | 77024 |
| ARA | HARDIG | 12327 BOHEME DR | HOUSTON | 77024 |
| JOHN | HARDIG | 12327 BOHEME DR | HOUSTON | 77024 |
| LINDA | HARKEY | 1926 STEBBINS DR | HOUSTON | 77043 |
| SUSAN | HARKINS | 13318 PINEROCK LN | HOUSTON | 77079 |
| STEPHANI | HESS | 13307 PEBBLEBROOK DR | HOUSTON | 77079 |
| JENNIFER | HILL | 9229 ELIZABETH RD | HOUSTON | 77055 |
| FRANCIS | HINNANT | 11402 HOLIDAN WAY | HOUSTON | 77024 |
| CHRISTOPHER | HOLMES | 13015 TOSCA LN | HOUSTON | 77079 |
| LAURA | HORN | 5 OAKLAWN DR | HOUSTON | 77024 |
| JED | HOWARD | 12314 PINEROCK LN | HOUSTON | 77024 |
| REBECCA | HOWARD | 12314 PINEROCK LN | HOUSTON | 77024 |
| REBECCA | HOWARD | 610 DURLEY DR | HOUSTON | 77079 |
| AMY | HUBBARD | 12435 BOHEME DR | HOUSTON | 77024 |

| DINAH | HUTHNANCE | 554 LANECREST LN | HOUSTON | 77024 |
|---|---|---|---|---|
| WILLIAM | HUTHNANCE | 554 LANECREST LN | HOUSTON | 77024 |
| CHARLINE | IBANEZ | 11003 HUNTWYCK DR | HOUSTON | 77024 |
| PEDRO | IBANEZ | 11003 HUNTWYCK DR | HOUSTON | 77024 |
| ANDREW | IVERSEN | 211 PLANTATION RD | HOUSTON | 77024 |
| MELINDA | JACKSON | 803 HEATHER CT | HOUSTON | 77024 |
| CHRISTOPHER | JACKSON | 803 HEATHER CT | HOUSTON | 77024 |
| ELIN | JACKSON | 12314 HUNTINGWICK DR | HOUSTON | 77024 |
| HUGH | JACKSON | 1534 OAK STREAM DR | HOUSTON | 77043 |
| CARL | JAEHNE | 17 HICKORY SHADOWS | HOUSTON | 77055 |
| JUSTIN | JAEHNE | 9029 KENILWORTH ST | HOUSTON | 77024 |
| KEITH | JAEHNE | 9029 KENILWORTH ST | HOUSTON | 77024 |
| LAVERNE | JAEHNE | 17 HICKORY SHADOWS | HOUSTON | 77055 |
| JULIE | JAEHNE | 9029 KENILWORTH ST | HOUSTON | 77024 |
| MICHELE | JORGENSEN | 10823 EVERWOOD LN | HOUSTON | 77024 |
| KERRI | KENNE | 12626 ROCKY MEADOW DR | HOUSTON | 77024 |
| STEPHEN | KENNE | 12626 ROCKY MEADOW DR | HOUSTON | 77024 |
| CANDACE | KEPPER | 12114 BOHEME DR | HOUSTON | 77024 |
| STEWART | KEPPER | 12114 BOHEME DR | HOUSTON | 77024 |
| BYRON | KERSEY | 11906 COBBLESTONE DR | HOUSTON | 77024 |
| PAMELA | KERSEY | 11906 COBBLESTONE DR | HOUSTON | 77024 |
| MARTHA | KIANI | 1 CRESTWOOD ESTATES DR | HOUSTON | 77024 |
| JOHN | KIAPPES | 811 TIBER ST | HOUSTON | 77024 |
| KAREN | KIAPPES | 811 TIBER ST | HOUSTON | 77024 |
| LAURA | KIESCHNICK | 8329 MERLIN DR | HOUSTON | 77055 |
| GREGORY | KIESCHNICK | 8329 MERLIN DR | HOUSTON | 77055 |
| REBECCA | KIEST | 1302 BEUTEL DR | HOUSTON | 77055 |
| CHRISTINE | KOLLENBERG | 21 S CHESKA LN | HOUSTON | 77024 |
| CONRAD | KOLLENBERG | 21 S CHESKA LN | HOUSTON | 77024 |
| DAVID | LIGHT | 301 MAYERLING | HOUSTON | 77024 |
| DAVID | LIGHT | 2 WHITE PILLARS LN | HOUSTON | 77024 |
| ROBERT | LORD | 26 GREYTON LN | HOUSTON | 77024 |
| JONATHAN | MARGOLIS | 5 FALLING LEAF | HOUSTON | 77024 |
| MARK | MATHEWS | 11743 DUART DR | HOUSTON | 77024 |
| SUSAN | MATHEWS | 11743 DUART DR | HOUSTON | 77024 |
| RACHEL | MATTHEWS | 11729 SPRIGGS WAY | HOUSTON | 77024 |
| DON | MCCORMACK | 8713 CEDARDALE DR | HOUSTON | 77055 |
| MARGARET | MCCORMACK | 10507 HADDINGTON DR | HOUSTON | 77043 |
| PAUL | MCCORMACK | 10507 HADDINGTON DR | HOUSTON | 77043 |

| | | | | |
|---|---|---|---|---|
| JOY | MCCORMACK | 8713 CEDARDALE DR | HOUSTON | 77055 |
| CARROL | MCGINNIS | 4 LOCHTYNE CIR | HOUSTON | 77024 |
| LAURIE | MOODY | 3 LORRIELAKE LN | HOUSTON | 77024 |
| MICHAEL | MOODY | 3 LORRIELAKE LN | HOUSTON | 77024 |
| MELISSA | MOSS | 1 OUR LANE PL | HOUSTON | 77024 |
| WILLIAM | MOSS | 1 OUR LANE PL | HOUSTON | 77024 |
| JEANNETTE | MUECKE | 811 HEDWIG WAY | HOUSTON | 77024 |
| BRIAN | MUECKE | 811 HEDWIG WAY | HOUSTON | 77024 |
| LAURA | MULLINS | 1302 PECH RD | HOUSTON | 77055 |
| DAVID | MULLINS | 1302 PECH RD | HOUSTON | 77055 |
| SHELLY | NEWTON | 356 PINEY POINT RD | HOUSTON | 77024 |
| COURTENAY | NICHOLS | 11823 LONGLEAF LN | HOUSTON | 77024 |
| JUSTIN | NICHOLS | 11823 LONGLEAF LN | HOUSTON | 77024 |
| KITTY | OLDHAM | 442 JAN KELLY LN | HOUSTON | 77024 |
| BRIAN | OO | 8933 GAYLORD DR 173 | HOUSTON | 77024 |
| SUSAN | OO | 8933 GAYLORD DR 173 | HOUSTON | 77024 |
| STEPHANIE | PANCIOLI | 8421 RAYLIN DR | HOUSTON | 77055 |
| GREGORY | PAPPAS | 1131 GRAY MOSS LN | HOUSTON | 77055 |
| AMY | PECK | 2202 LAKESHORE EDGE DR | HOUSTON | 77080 |
| PAUL | PRYZANT | 11530 S LOU AL DR | HOUSTON | 77024 |
| JENNIFER | PUTTERMAN | 1 LOCHTYNE CIR | HOUSTON | 77024 |
| NANETTE | PUTTERMAN | 1 LOCHTYNE CIR | HOUSTON | 77024 |
| BARRY | PUTTERMAN | 1 LOCHTYNE CIR | HOUSTON | 77024 |
| KRISTEN | RABEL | 12318 COBBLESTONE DR | HOUSTON | 77024 |
| SHERRY | RADACK | 1131 WIRT | HOUSTON | 77055 |
| STEVEN | RADACK | 1131 WIRT RD | HOUSTON | 77055 |
| MARSHA | RAMSEY | 8405 RAYLIN DR | HOUSTON | 77055 |
| KRISTEN | RAMSEY | 10909 LITTLE LISA LN | HOUSTON | 77024 |
| THOMAS | RAMSEY | 8405 RAYLIN DR | HOUSTON | 77055 |
| APRIL | RENTZ | 9034 KENILWORTH | HOUSTON | 77024 |
| ERIN | RHEW | 8310 BARBERRY BRANCH ST | HOUSTON | 77055 |
| KRISTI | ROBISHAW | 7 KNIPP RD | HOUSTON | 77024 |
| PAUL | ROBISHAW | 7 KNIPP RD | HOUSTON | 77024 |
| RENE | ROSALES | 1502 PECH RD 49 | HOUSTON | 77055 |
| SHIRLEY | ROUSE | 714 GLEN ECHO LN | HOUSTON | 77024 |
| JAMES | RYAN | 11102 BEINHORN RD | HOUSTON | 77024 |
| MARGARET | SANDERS | 819 HEDWIG WAY | HOUSTON | 77024 |
| BETSY | SANDERS | 8827 CAVELL CT | HOUSTON | 77055 |
| SCOTT | SANDERS | 8827 CAVELL CT | HOUSTON | 77055 |

| TRACY | SARVER | 919 ECHO LN | HOUSTON | 77024 |
|---|---|---|---|---|
| RUTH | SCHOLL | 11760 SKENE WAY | HOUSTON | 77024 |
| WARD | SCHOLL | 11760 SKENE WAY | HOUSTON | 77024 |
| JANICE | SEDITA | 1310 PINE CHASE DR | HOUSTON | 77055 |
| PAUL | SEDITA | 1310 PINE CHASE DR | HOUSTON | 77055 |
| ELIZABETH | SEIDENSTICKER | 12623 BARRYKNOLL LN | HOUSTON | 77024 |
| JOSHUA | SHERMAN | 11414 N CHESTWOOD DR | HOUSTON | 77024 |
| CARTHA | SIDDIQUI | 1 WINNERS CIR | HOUSTON | 77024 |
| INGA | SMITH | 222 STONEY CREEK DR | HOUSTON | 77024 |
| CHARLES | SMITH | 11766 DUART DR | HOUSTON | 77024 |
| CHRISTI | SMITH | 11766 DUART DR | HOUSTON | 77024 |
| KENNETH | SOH | 8939 PADFIELD ST | HOUSTON | 77055 |
| ADAM | STILES | 11757 TAYLORCREST RD | HOUSTON | 77024 |
| SUZANNE | STILES | 11757 TAYLORCREST RD | HOUSTON | 77024 |
| CHRISTI | STROCK | 11832 FALLEN TIMBERS CT | HOUSTON | 77024 |
| WILLIAM | STROCK | 11832 FALLEN TIMBERS CT | HOUSTON | 77024 |
| MARK | THIBAUT | 819 WADE HAMPTON DR | HOUSTON | 77024 |
| KRISTI | THIBAUT | 819 WADE HAMPTON DR | HOUSTON | 77024 |
| BRIAN | THOMPSON | 455 JAN KELLY LN | HOUSTON | 77024 |
| LAURA | TINGLEAF | 12707 BROKEN BOUGH DR | HOUSTON | 77024 |
| MEREDITH | TURNER | 458 WESTMINSTER DR | HOUSTON | 77024 |
| MARCUS | VAJDOS | 8325 BURKHART CIR | HOUSTON | 77055 |
| BRET | VANDERVOORT | 11415 HOLIDAN WAY | HOUSTON | 77024 |
| MICHELE | VANDERVOORT | 415 SOUTHCHESTER LN | HOUSTON | 77079 |
| STEVEN | VIERRA | 13615 BUTTERFLY LN | HOUSTON | 77079 |
| VALORIE | WAGGONER | 11839 BRANDYWINE LN | HOUSTON | 77024 |
| LISA | WEIR | 12427 BROKEN ARROW ST | HOUSTON | 77024 |
| HOLLIE | WEST | 9 FALLING LEAF LN | HOUSTON | 77024 |
| KYLE | WIENERT | 5 BEEBE LN | HOUSTON | 77024 |
| SUSAN | WIENERT | 5 BEEBE LN | HOUSTON | 77024 |
| MARGARET | WOODRUFF | 810 HEATHER CT | HOUSTON | 77024 |
| WILLIAM | WOODRUFF | 810 HEATHER CT | HOUSTON | 77024 |
| ASHLEY | ZAHN | 8511 CEDARBRAKE DR | HOUSTON | 77055 |
| LINDSEY | ZANOVICH | 11614 CHARTWELL CT | HOUSTON | 77024 |

The persons above voted in SBISD trustee elections between 2015 and 2021. These voters have knowledge of the reasons why they voted for specific candidate(s) in those elections, and knowledge of SBISD and experiences as members of the SBISD community. Additionally, Paul Bettencourt is a state senator Christopher Jackson is

active in local politics, Todd Brian is a village mayor, Barry Putterman is a Village City Councilman, Nanette Putterman is an SBISD substitute teacher, Shirley Rouse is a Village City Councilwoman, Kristi Thibaut is a state representative, William Woodruff is a Village City Councilman, Paul Cashiola and Francis Hinnant are precinct chairpersons, Pamela Kersey is a candidate for Village Mayor, Conrad Kollenberg is a Village City Councilman, Robert Lord is Village Mayor, Joy Czerwinski is a Village City Councilwoman, Carroll Ray McGinnis is a Village City Councilman, Steven Radack is a Harris County Commissioner, Marcus Vajdos is a Village Mayor. John/Shelley Barineau -- candidate for House Dist 133.

Additionally, the Defendants designate and incorporate by reference any individual listed in the Plaintiffs Initial Disclosures, and any supplements or amendments thereto, and any individuals identified in documents produced during this litigation by any party or nonparty.

The Defendants reserve the right to supplement or amend this disclosure pursuant to the Federal Rules of Civil Procedure.

B. **A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

- Defendants designate as responsive documents all of the documents produced in response to Plaintiff's First Set of Requests for Production.

- Defendants designate as responsive documents the voter files, and other related election data, previously produced to counsel for the Plaintiff by email on June 24, 2021, July 13, 2021, and July 21, 2021.

- Defendants designate as responsive documents the middle school attendance zones map previously produced to counsel for the Plaintiff by email on June 28, 2021.

- Defendants designate and have produced an expert report in accordance with the Scheduling Order entered in this case.

- Defendants designate and have produced documents produced by David Lopez.

- Defendants further designate and have produced additional documents to supplement discovery. See all documents bates labeled through SBISD007555.

Any additional documents produced by the Plaintiff, the Defendants, or any other party in response to any request for production or other written discovery may be used by the Defendants to support their claims or defenses.

The Defendants reserve the right to supplement or amend this disclosure pursuant to the Federal Rules of Civil Procedure.

**C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary materials, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

The Defendants are not seeking damages at this time, and they deny that Plaintiff is entitled to any damages.

**D. For inspection and copying under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

The Defendants will make any relevant insurance agreements available for inspection at a mutually agreeable time and location. Requests to schedule an inspection should be directed to Charles J. Crawford at ccrawford@abernathy-law.com or (214) 544-4409.

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT. P.C.**

*/s/Charles J. Crawford*
**Charles J. Crawford**
State Bar No. 05018900
SD Tex. Bar No. 335298
ccrawford@abernathy-law.com
**Lucas C. Henry**
State Bar No. 24101901
SD Tex. Bar No. 3727871
lhenry@abernathy-law.com

1700 Redbud Blvd., Suite 300
McKinney, TX 75069
214-544-4000 (phone)
214-544-4040 (fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

On March 30, 2022 I electronically served this response on all counsel and amicus of record by the Court's ECF system.

*/s/Charles J. Crawford*
Charles J. Crawford