IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Civil Action No. 4:21-cv-01997 |
| | § | |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CHRIS GONZALEZ, PAM GOODSON, KAREN PECK, JOSEF D. KLAM, MINDA CAESAR, CHRIS EARNEST, J. CARTER BREED, in their official capacity as members of the Board of Trustees of Spring Branch ISD | § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO STRIKE SUPPLEMENTAL EXPERT REPORT AND TO LIMIT EXPERT TESTIMONY

The Court has considered the Defendants' Motion to Strike Supplemental Expert Report and to Limit Expert Testimony, the Plaintiff's response, and any replies.

The Court finds that Dr. Stein's supplemental expert report dated March 28, 2022 does not rely on any information that was previously unknown or unavailable to him when he submitted his original expert report dated January 20, 2022. As such, the Court GRANTS the Defendants' motion.

Accordingly, it is ORDERED that Dr. Stein's supplemental expert report dated March 28, 2022 is stricken and that Dr. Stein's testimony at trial is limited to the analysis in his original expert report dated January 20, 2022.

Signed on _____, 2022

_____
United States District Judge