# EXHIBIT "C"

**EXHIBIT TO PLAINTIFF'S
MOTION TO COMPEL**

IN THE UNITED STATES DISTRICT COURT
COURT FOR THE SOUTHERN
DISTRICT OF TEXAS HOUSTON DIVISION

```
VIRGINIA ELIZONDO,    |
     Plaintiff,       |
                      |
V.                    |   Civil Action No. 4:21-CV-01997
                      |
SPRING BRANCH         |
INDEPENDENT SCHOOL    |
DISTRICT, ET AL.,     |
     Defendants.      |
```

*********************************************************
ORAL DEPOSITION OF
CHRISTINE PORTER
DECEMBER 28, 2021
*********************************************************

        ORAL DEPOSITION of CHRISTINE PORTER, produced as
a witness at the instance of the Defendants, and duly
sworn, was taken in the above-styled and numbered
cause on December 28, 2021, from 9:34 a.m. to
11:45 a.m., before Mendy A. Schneider, CSR, RPR, in
and for the State of Texas, recorded by machine
shorthand, at the offices of Spring Branch ISD
Athletic Center, 1050 Dairy Ashford, Houston, Texas,
pursuant to the Texas Rules of Civil Procedure and the
provisions stated on the record or attached hereto;
that the deposition shall be read and signed before
any notary public.

```
 1              A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFF:
 4         MR. BARRY ABRAMS
           BLANK ROME
 5         717 Texas Avenue, Suite 1400
           Houston, Texas 77002
 6         (713) 228-6601
           Babrams@blankrome.com
 7
 8    FOR THE DEFENDANTS:
 9         MR. CHARLES J. CRAWFORD
           ABERNATHY ROEDER BOYD HULLETT
10         1700 North Redbud Boulevard, Suite 300
           McKinney, Texas 75069
11         (214) 544-4000
           Ccrawford@abernathy-law.com
12
13    ALSO PRESENT:
           MS. AUDREY SHAKRA
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    EXAMINATION INDEX
 2   WITNESS:  CHRISTINE PORTER
 3       EXAMINATION                              PAGE
             BY MR. ABRAMS                          4
 4
     SIGNATURE REQUESTED                           92
 5
     REPORTER'S CERTIFICATION                      93
 6
                     EXHIBIT INDEX
 7
                                                 PAGE
 8     SBISD EXHIBIT NO. 1                          6
           Notice of Deposition
 9
       SBISD EXHIBIT NO. 2                         24
10         District Web Site Screenshot
11     SBISD EXHIBIT NO. 3                         30
           2010 to 2021 District List of Candidates
12
       SBISD EXHIBIT NO. 4                         39
13         Map
14     SBISD EXHIBIT NO. 5                         44
           Map
15
       SBISD EXHIBIT NO. 6                         50
16         Map
17     SBISD EXHIBIT NO. 7                         53
           Map
18
       SBISD EXHIBIT NO. 8                         65
19         Notice of Trustee Election
20     SBISD EXHIBIT NO. 9                         70
           Spring Branch ISD 10-Year Per Student
21     Cost General Fund
22
23
24
25
```

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

```
 1                      CHRISTINE PORTER,
 2   having been first duly sworn, testified as follows:
 3                   E X A M I N A T I O N
 4   BY MR. ABRAMS:
 5        Q.   Good morning.
 6        A.   Good morning.
 7        Q.   Would you please state your name?
 8        A.   Christine Porter.
 9        Q.   Ms. Porter, my name is Barry Abrams.  I'm a
10   lawyer representing Virginia Elizondo in a lawsuit
11   against the Spring Branch Independent School District
12   and its board members in their official capacities.
13                   Do you understand that?
14        A.   Yes.
15        Q.   What do you do for a living?
16        A.   I am the chief financial officer for Spring
17   Branch ISD currently.  I've actually been in school
18   finance in a few different school districts for the
19   past 30 years.
20        Q.   And at Spring Branch, what does that entail?
21        A.   It entails primarily handling all financial
22   aspects of the district, the collection, the expending
23   of all dollars.
24                   And in that role, I oversee finance, tax
25   office, purchasing, child nutrition, and federal
```

1   funds.  I also have the role of being the election

2   official for the district.

3        Q.   Do you understand that we're here today for

4   you to provide sworn testimony that can be used in the

5   lawsuit?

6             The number is 4:21-CV-01997.  It's

7   titled Virginia Elizondo versus spring Branch

8   Independent School District and it's pending in the

9   United States District Court for the Southern District

10  of Texas Houston Division.

11            Do you understand that's why we're here?

12       A.   Yes, I do.

13       Q.   If I refer to that proceeding as "the

14  lawsuit," will you know what I'm talking about?

15       A.   Yes.

16       Q.   What's your understanding about the basis for

17  the lawsuit?

18       A.   My understanding is that there is a feeling

19  by Virginia but I believe representing a group of

20  people who feel underrepresented specifically on the

21  board of trustees and within the dealings of the

22  school district.

23       Q.   Do you understand that the lawsuit is being

24  brought under what's called the Federal Voting Rights

25  Act?

```
 1        A.    Yes.
 2        Q.    Do you understand that the lawsuit contests
 3   whether the district's system of electing its trustees
 4   at large improperly dilutes the voting strength of
 5   certain minorities in the district?
 6        A.    That the lawsuit --
 7        Q.    That claims that.
 8        A.    Yes.  Uh-huh.
 9        Q.    Let me hand you what's been marked as Exhibit
10   No. 1.  This is a copy of the deposition notice that
11   was originally issued for this to take place on
12   December the 20th.  We, by agreement with the
13   district's lawyer, reset it for today.
14                   (Marked Porter Exhibit No. 1.)
15        Q.    (BY MR. ABRAMS)  Have you ever seen the
16   notice?
17        A.    Yes.
18        Q.    Do you understand that you're appearing today
19   as one of the representatives for the district that's
20   been designated to testify on the district's behalf
21   with regard to certain topics that are listed in the
22   notice?
23        A.    Yes, I do.
24        Q.    Who made the decision that you would appear
25   as a representative for the district?
```

1    A.   I think -- I believe through conversations

2  with the superintendent, our general counsel felt that

3  I would be the one that could best answer certain of

4  these questions.

5    **Q.   And who authorized you to appear today in the**

6  **capacity as a representative for the district?**

7    A.   The superintendent.

8    **Q.   Who decided what topics you would be**

9  **designated to testify about on behalf of the district?**

10    A.   That was through discussion with our general

11  counsel.

12    **Q.   What preparation have you made to appear**

13  **today as the corporate representative on the**

14  **district's behalf with respect to certain of the**

15  **topics that are listed in the notice?**

16    A.   I read through the various topics and tried

17  to ensure that I understood what they meant, what was

18  being asked for, and then if I had certain documents

19  that I could review to make sure that -- or background

20  knowledge just to make sure I could have those facts

21  ready to talk about today.

22    **Q.   Have you brought any documents with you here**

23  **today to assist you in testifying?**

24    A.   No, I did not bring any documents.

25    **Q.   Who did you speak with to prepare for your**

```
 1   deposition?
 2        A.   Our general counsel.
 3        Q.   And beyond what you've described, have you
 4   done anything else to prepare?
 5        A.   No.
 6        Q.   What documents did you review in preparation
 7   for your deposition?
 8        A.   I reviewed legal -- our Spring Branch ISD's
 9   legal policy.  I reviewed the election results for the
10   last 10 years.  I reviewed information concerning
11   early election sites as well as number of voters and
12   things that happen at them.
13             I reviewed the presentation that was
14   provided -- that was given by Thompson Horton back in
15   2020.  I didn't actually attend it, but I did review
16   the presentation as it's a public document.
17             I also just made sure I was
18   understanding what's happening with our current
19   election calendar to ensure that people were aware for
20   of the critical dates tied to this current year.
21             I also looked at financial information
22   because one of the topics is covering -- is asking
23   about some per student costs.  So I reviewed that.
24        Q.   You mentioned a 2020 presentation by
25   Thompson & Horton.
```

1          Just for our record, Thompson & Horton

2    is a law firm that has, for a number of years,

3    represented the district, correct?

4        A.   Correct.

5        Q.   And in 2020, they made a presentation to the

6    board about what that's relevant here?

7        A.   They talked about the different types of

8    electoral systems that are legal in the state of Texas

9    for school districts and how if -- if the board of

10   trustees were considering making any changes, what

11   they would need to do in order to make those changes.

12       Q.   You also mentioned that you refreshed your

13   recollection about the critical dates for the 2022

14   board elections.

15          What are the critical dates for the 2022

16   board elections as you've defined the term "critical

17   dates"?

18       A.   Well, December 20 of 2021 was critical

19   because I had to post on our Web site information

20   about the upcoming election.

21          January 3 is when our office reopens and

22   people can pick up applications for -- to apply -- to

23   complete in order to run for the election.

24          They can start turning in those

25   applications on January 19 and they have until

1    5:00 p.m. on February 18 in order to turn in those.

2              Within that next week -- I don't have

3    the exact date for that off the top of my head --

4    they'll do the drawing for the order for the ballot

5    and as well as we have to get information -- we have

6    to tell the State that we are hosting an election.

7              So within about a week of that, we have

8    to let the State know that we're hosting the election.

9              Early elections start the last full week

10   in April with our election date being on April 7 --

11   excuse me -- May 7.  Sorry.

12        Q.   Thank you.

13             Who have you met with, other than

14   lawyers for the district, to prepare?

15        A.   I have -- I talked with the previous CFO just

16   to make sure I knew where files were like for the

17   previous election results.

18        Q.   Who was that person?

19        A.   That person is Karen Wilson.

20             I also talked -- we have a technology --

21   a person in technology who helps run the actual

22   equipment and so making sure, you know, my

23   understanding of what equipment is needed and that

24   type of thing, mainly in preparation for this next

25   election and then in response to some changes we're

1  going to make specifically on early election sites.

2      Q.   **What changes are anticipated on early**

3  **election sites?**

4      A.   We're adding an additional site up in the

5  northwest quadrant of the school district.

6  Previously, we actually had relatively low in

7  comparison to the entire election numbers of people

8  voting in the early election.

9              This last year, we actually had over

10  5,000 voters in the early election and feel that

11  another site is warranted to allow for that type of

12  count as well as ensuring that some of the -- some

13  concerns have been raised about whether or not we were

14  ensuring that everybody could get to all of the

15  locations easily enough.  And so we have a site now

16  that's on Gessner so it would allow for easy public

17  access.

18      Q.   **We'll touch on the early election sites that**

19  **the district historically has used a little later.**

20              **But is it fair to say that none of those**

21  **sites were located north of the northeast corner of**

22  **Hilshire Village?**

23      A.   Yes, that's correct.

24      Q.   **So none of the sites were located in the**

25  **election precinct that corresponds to the Northbrook**

1    election precinct, correct?

2        A.    Correct.

3        Q.    **None of the sites were located within the**

4    **precinct that corresponds to the Landrum precinct,**

5    **correct?**

6        A.    Correct.

7        Q.    **None of the sites were located in the**

8    **precinct that corresponds to the Spring Woods election**

9    **precinct?**

10       A.    I'm not for sure on their boundaries, but I

11   don't believe that's true.

12       Q.    **You don't believe it's true or you do believe**

13   **it's true?**

14       A.    I mean, I believe that's -- I believe it's a

15   true statement that it is not in the Spring Woods High

16   School.  I just don't know how far Spring Woods High

17   School...

18       Q.    **Okay.  And is the same thing true with**

19   **respect to the Spring Oaks election precinct, that**

20   **there were no early voting sites located within the**

21   **Spring Oaks election precinct?**

22       A.    Correct.

23       Q.    **The only sites historically that Spring**

24   **Branch ISD has had for early voting in the recent past**

25   **and going back as far as I could see were located**

 1    within the Memorial Spring Branch and Spring Forest

 2    election precincts, correct?

 3        A.    That's correct.

 4        Q.    Which of the lawyers for the district have

 5    you met with in connection with preparation?

 6        A.    I've met with -- oh, in preparation for the

 7    deposition?

 8        Q.    Yes, ma'am.

 9        A.    Charles and Lucas and Audrey.

10        Q.    When did you meet with them?

11        A.    Yesterday as well as we had a conference call

12    last week.  And I met with Audrey in a -- probably a

13    few different times, I mean, you know, in the week

14    leading up to Christmas break.

15        Q.    All told, how much time have you devoted to

16    preparing to testify about the topics listed that

17    correspond to your testimony in the case?

18        A.    I would say about 20 hours.

19        Q.    To make this go as easily as possible, I

20    would like to have several agreements with you.  And

21    it's important that you understand the proceedings.

22              The lady who is seated to your left is

23    called a court reporter.  She is typing down word for

24    word my questions and your answers.  And my questions

25    and your answers will be typed up in a booklet called

1     a transcript and that testimony can be used in the

2     lawsuit.

3                    Do you understand that?

4          A.   Yes.

5          Q.   You've been doing a great job thus far, but

6     it's important that you continue to answer out loud

7     rather than relying on gestures such as nods of the

8     head or sounds like uh-huh or huh-uh, because those

9     are not things that can be easily taken down by the

10    court reporter.

11                   So will you continue to testify using

12    words and out loud?

13         A.   Yes.

14         Q.   As our court reporter mentioned before we

15    went on the record, it's very important that you and I

16    try to not talk over each other, that is, that we

17    speak one at a time, because it's very difficult for

18    the court reporter to untangle people talking over

19    each other.

20                   I promise you I will try very hard not

21    to cut you off when you're answering a question.  If I

22    do inadvertently, you just tell me and I'll stop.

23                   By the same token, I sometimes take a

24    while to get a question out.  So even if you think you

25    know where I'm going, if you'll give me the courtesy

1    of letting me finish my question before you start an

2    answer, our record will be more complete and our court

3    reporter will be much happier with us.

4              Can you do that?

5        A.   Yes.

6        Q.   It's also very important that you understand

7    the questions that you're asked today because the

8    parties have a right to rely upon your testimony.

9              And so I want you to tell me if I ask

10   you a question that I -- that you do not understand.

11   And I will promise you I will try to rephrase it in a

12   way that you do understand it.

13             So will you tell me if you think you

14   don't understand a question?

15       A.   Yes, I will.

16       Q.   And may I fairly assume when you've answered

17   my questions that you understood them at the time?

18       A.   Yes.

19       Q.   We'll probably break at least once an hour.

20   But in any event, if you need a make at some other

21   time, if you'll simply let me know, I'll be happy to

22   accommodate you.  Okay?

23       A.   Okay.

24       Q.   We've already talked about the fact I'm going

25   to use the shorthand expression "lawsuit" to refer to

1    the legal proceeding.

2              I don't know that we'll refer very often

3    to the plaintiff, Virginia Elizondo.  But if so, if I

4    refer to "the plaintiff" or "Ms. Elizondo," will you

5    know who I'm talking about?

6         A.   Uh-huh.  Yes.

7         Q.   I will variously refer to the Spring Branch

8    Independent School District as "the district" or

9    "SBISD," and we'll know what we we're talking about,

10   your employer?

11        A.   Yes.  Yes.

12        Q.   Similarly, from time to time there will be

13   questions about the Spring Branch Independent School

14   District board of trustees.  I'll probably shorthand

15   that to refer to simply "the board."

16              If I refer to "the board," will you know

17   that I'm talking about the board of trustees?

18        A.   Yes.

19        Q.   I'm going to spend a moment or two just on

20   your personal background.

21              Where do you reside?

22        A.   I reside at -- in Spring Branch ISD at 1507

23   Shady Villa Manor, Houston, Texas 77055.

24        Q.   How long have you been a district resident?

25        A.   Five months.

1    Q.    Where did you live before that?

2    A.    I lived up in Spring for 21 years.

3    Q.    Where were you born and raised?

4    A.    I'm a military brat.  I was born in

5  California.  My dad was stationed out there.  Mainly

6  grew up, though, on the East Coast in Virginia, North

7  Carolina, and South Carolina.

8              Graduated high school in 1986, and then

9  we all moved to Texas.  Dad retired and went to SMU

10 and became -- got his master's of divinity and became

11 a Methodist minister in the Central Conference.

12             So we're all in Texas now, but I would

13 say pretty much I grew up on the East Coast.

14   Q.    You mentioned that you graduated from high

15 school in 1986.

16             What high school was that?

17   A.    Buford Academy in Buford, South Carolina.

18   Q.    After high school, did you then go on to

19 college?

20   A.    I did.  I went to Texas A&M University in

21 College Station, Texas.  Graduated in 1990 with a

22 degree in accounting.

23   Q.    Could you give me a horseback view of your

24 employment experience after graduating from A&M?

25   A.    Sure.  I started off as an internal auditor

1   at First Bank of Texas.   After doing that for about a

2   year and a half.   As they got taken over by the Feds

3   by the second time, I realized it was probably time to

4   move on.

5           I actually responded to -- you know,

6   back then, you can used to look at newspaper articles,

7   you know, the classifieds and circled.

8           So I responded to a job application at

9   955 Campbell Road, not really knowing what I was

10  applying for.

11          And it was Spring Branch ISD.   So I

12  started here -- I'll call myself a baby accountant.

13  And I was here for 5 years.

14          When I left, I was the budget manager.

15  I went to Tomball ISD.   Was the business manager there

16  for 3 years.

17          And then went to Spring ISD.   Started

18  off as the controller.   And when I left there, I was

19  the CFO.   And then came back to Spring Branch.   After

20  a little break came back to Spring Branch and was the

21  payroll manager, the tax assessor, and then the CFO a

22  year and a half ago.

23  **Q.   Did any of the school districts you worked**

24  **for, before you came back to Spring Branch, elect any**

25  **of their trustees from single-member districts?**

```
 1        A.   No.
 2        Q.   Do you have any personal experience working
 3   for school districts where trustees have been elected
 4   from single-member districts?
 5        A.   No, I do not.
 6        Q.   Have you ever personally been a party to a
 7   lawsuit, that is, sued somebody or been sued?
 8        A.   No.
 9        Q.   You understand you're not a party to this
10   lawsuit?
11        A.   Yeah, I do.
12        Q.   You're here merely as a witness and you're
13   here merely as a witness on behalf of the district.
14        A.   I do.
15        Q.   Okay.
16        A.   I do.
17        Q.   Have you ever been through this process of
18   being deposed before?
19        A.   No.
20        Q.   Have you ever gone through the process of
21   testifying in some other setting before?
22        A.   Yes.
23        Q.   If you would, tell me about that prior
24   testifying experience.
25        A.   It was a -- a friend of mine had been accused
```

```
 1   of an improper relationship with a student, and so I
 2   was a character witness on his behalf.
 3        Q.   Are there any other occasions where you have
 4   testified other than that one instance?
 5        A.   No.
 6        Q.   Do you have any professional licenses or
 7   certifications?
 8        A.   I do.  I have a certified public accountancy
 9   certificate.
10        Q.   From the State of Texas?
11        A.   From the State of Texas, yes.
12        Q.   And when -- when did you obtain your
13   certification?
14        A.   1992 or '3.
15        Q.   Have you ever been charged and convicted of
16   any criminal offense?
17        A.   No.
18        Q.   Are you familiar with Ms. Elizondo?
19        A.   Yes.
20        Q.   How?
21        A.   She led a committee that I was a part of
22   during the -- let me get my years straight -- the
23   '20-'21 year, the visioning committee that focused on
24   what a Spring Branch ISD graduate would look like, and
25   not just an official graduate but as they move between
```

1   elementary to middle and middle to high school.

2          I also -- she also ran for the school

3   board in 2021.

4      Q.   Are you familiar with her educational

5   background?

6      A.   I believe she has lots of educational

7   background.  I remember being familiar and have -- you

8   know, seeing that on the application.  I believe she

9   has at least a master's, if I'm remembering correctly.

10     Q.   And if I understood your prior testimony,

11  you're familiar with at least some of her involvement

12  in district activities because she headed a committee

13  that you participated in?

14     A.   Yes.

15     Q.   Do you recall the title of the committee or

16  whatever the topic was?

17     A.   I thought it was the visioning committee.

18     Q.   Does the district agree that Ms. Elizondo met

19  all the legal requirements to be eligible for election

20  to the district board when she ran?

21     A.   Yes.

22     Q.   Let's now turn to some of the issues in the

23  lawsuit for which you've been designated as a

24  representative.

25          Has the racial and ethnic composition of

1    the voters in the district changed over time?

2       A.   Yes.

3       Q.   How has it changed?

4       A.   I believe, without knowing exact numbers,

5    that the -- we've become a much more diverse school

6    district, and the population of the school district is

7    reflecting -- is reflected in that.  The minority

8    groups are larger than they've been, you know,

9    30 years ago.

10       Q.   Do you agree that when the district was

11    formed and for a number of years its population was

12    virtually all white?

13       A.   Yes.

14       Q.   And do you agree that in the -- let me back

15    up and say when I use the term "you," you're here in a

16    representative capacity.  So we're going to be talking

17    about the district.

18       A.   Right.

19       Q.   It will be a little less cumbersome if I can

20    still refer to you knowing you're speaking for the

21    district than always saying does the district agree.

22       A.   Okay.

23       Q.   Are you okay with that convention?

24       A.   Yes, as long as my response looks like I'm

25    responding on behalf of the district.

1      Q.   All right.  I mean, I can do it either way.

2      A.   No, it's fine.

3      Q.   Do you -- does the district agree that in the

4  past 20 years the racial and ethnic composition of the

5  population in the district has changed significantly?

6      A.   Yes.

7      Q.   Does the district agree that what was once a

8  district in which a majority of the voters and

9  students were white is a now a district where the

10 Hispanic population is greater than the white

11 population and the percentage of Hispanic students

12 more than twice the percentage of white students?

13     A.   Yes.

14     Q.   Does the district agree that it is now a

15 majority minority district in terms of the total

16 population in student population?

17     A.   I can attest to the student population as

18 yes.

19     Q.   With respect to the total population, does

20 the district agree that the total population of the

21 district is now majority minority?

22     A.   I just haven't seen numbers to that to know

23 that for sure.  I haven't seen recent census numbers,

24 but I know we -- we believe that and act in that

25 manner.

1      Q.   The district's position is without regard to

2   the specifics, it acknowledges its belief that it is a

3   majority minority district in terms of total

4   population at this point in time?

5      A.   Yes.

6      Q.   Let me hand you what's been marked as

7   Exhibit 2.  This is a screenshot from the district's

8   Web site.

9             (Marked Porter Exhibit No. 2.)

10      Q.   (BY MR. ABRAMS)  Are you familiar with --

11      A.   Yes.

12      Q.   -- this page from the district's Web site?

13      A.   (Nodding head.)

14      Q.   The district's Web site purports to break

15   down the demographics of its students.  And is it the

16   district's position that the little graph on the

17   right-hand side properly describes the racial and

18   ethnic composition of its student body --

19      A.   Yes.

20      Q.   -- as of 2021?

21      A.   Yes.

22      Q.   Exhibit 2 shows that 59 percent of the

23   district's students are Hispanic, 27 percent of its

24   students are white, 7 percent of its students are

25   Asian, and 5 percent of its students are

1    African-American, correct?

2        A.   Correct.

3        Q.   Exhibit 2 also reflects that 58 percent of

4    the district students are economically disadvantaged.

5              Is that correct?

6        A.   Correct.

7        Q.   What does that term mean in the way that the

8    district uses it on its Web site?

9        A.   It means that 58 percent of the students have

10   completed information concerning free and reduced

11   lunch applications and have been found to be -- to be

12   eligible for free or reduced meals through our lunch

13   program.

14       Q.   As a general proposition, what is the

15   standard financially that a some -- that a student

16   needs to meet to be eligible for the free and reduced

17   lunch program which qualifies it as an economically

18   disadvantaged student?

19       A.   You mean what's the level of income in the

20   family?

21       Q.   Yes, ma'am.

22       A.   I don't have that -- I don't know that number

23   off the top of my head.

24       Q.   I noticed that the infographic, Exhibit 2,

25   says that 59 percent of the students are Hispanic and

```
 1   58 percent of the total student body are economically
 2   disadvantaged.
 3               Does the district know what the
 4   correlation is between the race and ethnicity of the
 5   economically disadvantaged students in that status?
 6      A.   That information can be pulled.  I don't know
 7   that.
 8      Q.   Does the district acknowledge that a greater
 9   proportion of its minority students are economically
10   disadvantaged than its white students?
11      A.   I -- I believe that's a trend that can be
12   deduced from the two graphs.
13      Q.   I'm not clear about your answer.
14               Are you telling me that's something that
15   one could determine or that you think that that is the
16   case based upon the information available to you?
17      A.   I think based on seeing these percentages,
18   that's a fair assumption, but I would want to verify
19   that data.
20      Q.   We talked earlier about how the demographics
21   of the district changed over time.
22               I want to now ask you:  Do you -- does
23   the district agree that in the past 20 years the
24   socioeconomic background of the district's residents
25   and students has likewise changed?
```

```
 1        A.    Yes.

 2        Q.    How has it changed?

 3        A.    I believe the percentage used to be less than

 4   50 percent and now it is over 50 percent.

 5        Q.    What percentage?

 6        A.    The percentage of economically disadvantaged

 7   students.

 8        Q.    What proportion of the students in the

 9   district now attend what are called Title I schools?

10        A.    I wish I would know that percentage off the

11   top of my head.  I would have to compare two different

12   lists, a list of students by campus and highlight the

13   Title I campuses.

14        Q.    What's your best estimate -- what's the

15   district's best estimate realizing that's subject to

16   mathematical verification?

17        A.    I would say at least 50 percent.

18        Q.    What is Title I?

19        A.    Title I is the short-term version of monies

20   we receive directly from -- or through -- through the

21   State of Texas, but from the federal government that

22   are based on the number of students at campuses that

23   are considered economically disadvantaged.

24              And so it's supplemental dollars we

25   receive that gets -- that is provided to campuses to
```

```
 1    spend at their discretion to focus on the needs of
 2    their campuses.
 3        Q.    If I'm following you, then, Title I funds are
 4    federal funds that are allocated through the State
 5    then to the district and then to individual campuses.
 6              Is that a correct generalization?
 7        A.    It's more of a passthrough --
 8        Q.    Okay.
 9        A.    -- of the state.
10              They don't really allocate it.  The
11    federal government determines that a school district
12    gets X amount based on their number of students.
13        Q.    Does the district agree that all of the
14    current members of its board are white or -- or
15    Caucasian?
16        A.    Yes.
17        Q.    Does the district agree that it has no record
18    that any minority candidate has ever been elected to
19    serve on the Spring Branch Independent School District
20    board?
21        A.    Yes.
22        Q.    What investigation or search of district
23    records has been done to confirm that fact?
24        A.    I looked at the election results.  So I could
25    only base it on surnames, I mean, some recent
```

1    surnames, obviously Chris Gonzalez, if you saw that,

2    and didn't know otherwise.

3               But no other surnames indicated such.

4    While I didn't personally do it, I understand that a

5    review of pictures of the board has been done and

6    based on those review and on the pictures that could

7    be found, nobody of it -- nobody of color has been

8    elected.

9         Q.   Does the district agree that in every trustee

10   election for the past 10 years the candidate elected

11   was white?

12        A.   Yes.

13        Q.   And as we confirmed a moment ago, a hundred

14   percent of the current board members are white?

15        A.   Yes.

16        Q.   Does the district agree that no Hispanic or

17   other minority candidate has been elected to the board

18   in the past 10 years even though the percentage of

19   both the minority student and adult populations is

20   greater than the percentage of white population and

21   students in the district?

22        A.   Yes.

23        Q.   Does the district agree that every minority

24   candidate for the board during the period from 2010 to

25   2021 was defeated by a white candidate?

1          A.    Yes.

2                    (Marked Porter Exhibit No. 3.)

3          Q.    (BY MR. ABRAMS)  Let me hand you what's been

4     marked as Exhibit 3.  This is a document the district

5     has produced titled "2010 to 2021 List/Names of All

6     Candidates," correct?

7          A.    Correct.

8          Q.    Does the district acknowledge that in 2015

9     Virginia Elizondo was a minority candidate for the

10    board?

11         A.    Yes.

12         Q.    And in 2018, Noel Lezama was a minority

13    candidate for the board?

14         A.    Yes.

15         Q.    And in 2019, David Lopez was a minority

16    candidate for the board?

17         A.    Yes.

18         Q.    And, again, in 2021, Virginia Elizondo was a

19    minority candidate for the board?

20         A.    Yes.

21         Q.    And in each of the elections in which they

22    ran, the white candidate defeated the minority

23    candidate, correct?

24         A.    Yes.

25         Q.    Does the district agree that there is

1    statistically significant evidence of racially or

2    ethnically polarized voting in the district's board

3    elections for the period 2015 to 2021?

4         A.   Can you define "racial polarization"?

5         Q.   Yes.

6              By the term "racially polarized," I mean

7    that there's a consistent relationship between the

8    race or ethnicity of the voter and the way the voter

9    votes and that white and minority voters vote

10   differently.

11        A.   That is not data we obtain on our voters, so

12   I would expect that an expert might be able to get

13   that data.

14        Q.   In the lawsuit, the district filed an answer.

15             Do you understand that's part of the

16   procedure?

17        A.   Yes.

18        Q.   And in that answer, the district took the

19   position that as a matter of fact there is no such

20   evidence of racially polarized voting.

21             What investigation had the district

22   conducted before filing an answer in the lawsuit

23   denying that there's racially polarized voting in the

24   district's board elections for the past 6 years?

25        A.   The district itself didn't do any actual

1    investigation of it.  Again, because we don't track,

2    we don't obtain that data of the race or ethnicity of

3    the actual voters, that information would have come

4    through discussion with the experts.

5        **Q.    Before the district filed a document with the**

6    **federal court denying that there is racially or**

7    **ethnically polarized voting in its board**

8    **investigations, what investigation had the district**

9    **conducted to corroborate that position?**

10       A.    None.

11       **Q.    Has the district ever investigated or does it**

12   **have any knowledge about whether or not racially or**

13   **ethnically polarized voting exists in the elections of**

14   **the municipal governments that make up the district?**

15       A.    We're not aware of any.

16       **Q.    Are you telling me you're not aware of any**

17   **investigation the district has ever undertaken to**

18   **determine whether or not the voting in the cities that**

19   **make up the district, which are Hunters Creek Village,**

20   **Piney Point Village, Bunker Hill Village, Spring**

21   **Valley Village, Hilshire Village, and the City of**

22   **Houston, involve racially polarized voting?**

23       A.    We don't know anything about the data that's

24   been happening in those sites.

25       **Q.    And the district has not conducted any**

1  investigation to determine whether or not the voting
2  in any of those jurisdictions is racially polarized or
3  ethnically polarized, correct?
4      A.   Correct.
5      Q.   Given that the district had not conducted any
6  investigation about whether or not the voting in its
7  trustee elections was racially or ethnically polarized
8  when it denied that fact in the federal lawsuit, what
9  was the basis for making such a denial?
10     A.   We did not have evidence to the contrary.  We
11 had investigated it, but we had no evidence.
12     Q.   Does the district agree that white
13 non-Hispanics in the district vote sufficiently as a
14 block to enable them to defeat minority voters'
15 preferred candidates of choice in the various trustee
16 elections?
17     A.   I believe that's something that an expert can
18 look at the data.  And the district has never looked
19 at the voting population by race to be able to make
20 that deduction ourselves.
21     Q.   So does the district agree that when it filed
22 a document in the federal lawsuit denying that white
23 non-Hispanics in the district vote sufficiently as a
24 block to enable them to defeat minority voters'
25 preferred candidates, it had no evidence to support

1    that denial?

2        A.   Or evidence against that denial, but correct.

3        Q.   And before making that denial in the federal

4    lawsuit, the district did not undertake an

5    investigation to determine whether or not the

6    statement was true, correct?

7        A.   Correct.

8        Q.   Does the district agree that the geographic

9    concentration of Hispanics in the district is large

10   enough to constitute a majority of the voting age

11   population in one or more single-member districts if

12   there was a seven-member election plan adopted or

13   ordered by the court?

14       A.   It's our understanding that that can happen,

15   that -- that they can make those single-member

16   districts.

17       Q.   What is the district's position about the

18   number of single-membered districts that could be

19   formed in which the geographic concentration of

20   Hispanics would constitute a majority of the voting

21   age population?

22       A.   I've heard that three, up to three could be

23   established.

24       Q.   Who has provided the factual information to

25   the district that as many as three single-membered

```
 1   districts could be drawn in which a majority of the
 2   voting age population would be Hispanic?
 3        A.   That was based on some meetings we had with
 4   legal counsel at the time.
 5        Q.   Does the district possess any written
 6   investigation or report confirming that the geographic
 7   concentration of Hispanics in the district is
 8   sufficient to constitute a majority of the voting age
 9   population in as many as three single-membered
10   districts if a seven-member plan were adopted?
11        A.   We don't maintain documents.  Those were
12   mainly talked about during discussions with our legal
13   counsel.
14        Q.   Setting aside communications with legal
15   counsel, which I presume and understand the district
16   will assert privilege over, are you aware of any other
17   sources of information confirming that as many as
18   three single-membered districts could be drawn in
19   Spring Branch in which the concentration of voting age
20   Hispanics would be a majority?
21        A.   No.
22        Q.   Does the district agree that single-member
23   district forms of representation can enhance the
24   proportional representation of minority candidates?
25        A.   The district understands that it is within --
```

1    it is legal within the electoral system to use that

2    and it does provide an opportunity for participation

3    in some areas of the district that have lower

4    participation.

5        **Q.   Isn't the district's position that adoption**

6    **of a single-member district form of representation can**

7    **result in enhanced representation of the minority**

8    **community on its board?**

9        A.   The board believes they represent the entire

10   district already, so it would be more a focus on

11   ensuring that they have participation from the areas

12   of those school districts, the area of the school

13   district.

14            MR. ABRAMS:  Object to the answer as

15   nonresponsive.

16       **Q.   (BY MR. ABRAMS)  My question is whether or not**

17   **the district has a position on whether single member**

18   **district forms of representation can have the effect**

19   **of enhancing the representation of minority candidates**

20   **on the district's board?**

21            MR. CRAWFORD:  Objection; form.

22       A.   I have not heard the board discuss anything

23   like that.

24       **Q.   (BY MR. ABRAMS)  So as we sit here today, is**

25   **it fair to say the district has no position on whether**

1    single-membered district forms of representation can,

2    in fact, enhance proportional representation of

3    minority candidates on the board?

4              MR. CRAWFORD:   Objection; form.

5       A.   They stand that they represent the entire

6    district as it is.   I know that's not answering your

7    question.

8       Q.   (BY MR. ABRAMS)  Has the district investigated

9    whether or not single-membered district forms of

10   representation can enhance proportional representation

11   of minority individuals on the board?

12      A.   To the extent that that is a legal way to

13   hold your electoral system, that investigation -- or

14   requests for information from legal counsel has

15   happened, which led to that presentation in January of

16   2020.

17      Q.   In connection with the lawsuit and the

18   district's answer that it filed in the lawsuit and

19   prior to filing that answer, had the district

20   investigated whether adopting a single member form of

21   representation could enhance the representation of

22   minority residents on the board?

23      A.   I'm not aware of any.

24      Q.   Does the district agree that single-membered

25   district representation can increase the likelihood

1   that minority candidates will run for office on the

2   board?

3       A.   It can increase the likelihood that they will

4   run for the board.

5       Q.   Does the district agree that the

6   single-member district representation can produce

7   policies that are more responsive to the preferences

8   of minority voters than at-large systems do?

9               MR. CRAWFORD:  Objection; form.

10      A.   I know the board feels that they represent

11  the entire district.

12              MR. ABRAMS:  Objection to the answer as

13  nonresponsive.

14      Q.   (BY MR. ABRAMS)  My question does not concern

15  the district's current plan.  My question concerns

16  whether the district has a position on the issue of

17  single-member representation producing policies that

18  are even more responsive to the preferences of

19  minority voters than is the case under the current

20  at-large system.

21              Does the district have a position on that?

22              MR. CRAWFORD:  Objection; form.

23      A.   No, we don't have a position on that.

24      Q.   (BY MR. ABRAMS)  Does the district agree that

25  the racial and ethnic demographics in the so-called

1  Memorial Villages are substantially different than the

2  racial and ethnic composition of the areas outside the

3  villages located north of Interstate Highway 10?

4       A.   Yes.

5       Q.   I'm going to probably refer to Interstate

6  Highway 10 as "I-10" or the "Katy Freeway."

7            If I use those expressions, will you

8  know what I'm talking about?

9       A.   Yes.

10      Q.   Probably I-10 is the more current version.  I

11  group up in an era where it was the Katy Freeway.  But

12  you know -- either use you'll know what I'm talking

13  about?

14      A.   Yes.

15      Q.   Okay.

16           (Marked Porter Exhibit No. 4.)

17      Q.   (BY MR. ABRAMS)  Let me hand you what's been

18  marked as Exhibit 4.

19           Do you recognize that as a map depicting the

20  boundaries of what I call the so-called Memorial

21  Villages, which encompasses Bunker Hill Village, Piney

22  Point Village, Hunters Creek Village, Hedwig Village,

23  Spring Valley Village, and Hilshire Village?

24      A.   Yes.

25      Q.   And I'm not holding you to the standards of a

1    demographer, but do the boundaries appear to be --

2    correspond for what you understand and the district

3    understands the boundaries of those villages are?

4         A.   Yes.

5         Q.   Does the district acknowledge that the

6    non-Hispanic white populations in the Memorial

7    Villages range from 94 plus percent to 67 percent of

8    those populations?

9         A.   Can you repeat that question?

10        Q.   Yes, ma'am.

11             Does the district acknowledge that the

12   non-Hispanic white populations of the Memorial

13   Villages vary from 94 plus percent to 67 percent of

14   the total populations in those communities?

15        A.   Yes.

16        Q.   Does the district acknowledge that the

17   villages report very small Hispanic and black

18   populations?

19        A.   Yes.

20        Q.   Does the district acknowledge that the racial

21   and ethnic segregation in the villages corresponds to

22   the racial and ethnic segregation evident in the

23   student populations on the north and south sides of

24   the freeway?

25             MR. CRAWFORD:  Objection; form.

```
 1        A.    I'm not sure about the word "segregation" and
 2   the connotation with that.
 3        Q.    (BY MR. ABRAMS)  Let me -- let me rephrase the
 4   question.
 5             Does the district acknowledge that the racial
 6   and ethnic demographics in the villages correspond to
 7   the racial and ethnic demographics evident in the
 8   student populations in the district's north and
 9   south-side schools?
10        A.    I'm going to try to reword the question.
11        Q.    Yes, ma'am.
12        A.    Tell me if I'm correct.
13        Q.    Yes, ma'am.
14        A.    You're asking if the racial breakdown of the
15   villages represents the entire school district?
16        Q.    No, ma'am.
17        A.    I'm sorry.
18        Q.    Let me -- let me take another crack at it.
19        A.    I'm sorry.
20        Q.    I think we're in agreement, and the district
21   acknowledges, that the population of the Memorial
22   Villages is largely white and nonminority, correct?
23        A.    Correct.
24        Q.    It is also the case, isn't it -- isn't it
25   that the populations of the schools on the south side
```

1   of I-10 are largely white and not minority?

2       A.   I believe that to be accurate, but I would

3   want to see the data to verify that.

4       Q.   While the district has maintained its current

5   at-large system for electing school board trustees,

6   has it ever investigated why residential demographics

7   of the Memorial Villages are what they are?

8       A.   No.

9       Q.   Has the district ever investigated how the

10  racial and ethnic demographics came about in the

11  district as evidenced by the demographics of the

12  Memorial Villages?

13      A.   No.

14      Q.   Has the district ever investigated how the

15  racial and ethnic demographics on the north side of

16  I-10 have come about over time?

17      A.   No.

18      Q.   Has the district ever investigated whether

19  the racial and ethnic demographics in the district has

20  negatively affected the delivery of educational

21  services to its students?

22      A.   Can -- will you repeat that?

23      Q.   Sure.  Has the district ever investigated

24  whether the racial and ethnic demographics in the

25  district, which I'll oversimplify to mean the

1    **south-side schools are largely white and many, if not**

2    **all of the north-side schools are largely minority,**

3    **how that demographic breakdown affects the delivery of**

4    **educational services to the students?**

5        A.   We focus more -- not based on racial.  We

6    focus more on economically disadvantaged and the needs

7    of specific students versus just whether or not

8    there's Hispanics in a campus or not.

9                 Economically disadvantaged often brings

10   other opportunities for need for certain services,

11   additional services, and supports.  So that would be

12   more the focus on the educational delivery.

13       **Q.   If I'm following you, then, the district has**

14   **had a focus on the impact of socioeconomic factors on**

15   **the delivery of educational services to its students**

16   **rather than the impact of the racial and ethnic**

17   **demographics of the district.**

18                 **Is that what you're saying?**

19       A.   We've seen the effect of that.  When you say

20   "investigation," we haven't -- I don't know the

21   right -- I apologize -- into why that is, we just

22   recognize that the students often need additional

23   services and support when they're lower socioeconomic.

24       **Q.   We're coming up on an hour.  Would you like a**

25   **break or you want to keep trucking?  I'm at your**

```
 1   disposal.  I told you we would break around every hour
 2   and it looks like we're close to an hour.  So if you
 3   would like to take a short break, we can.  If you
 4   don't, we'll keep trucking.
 5        A.   Let's take a short break.  That would be
 6   great.
 7        Q.   Very good.
 8        A.   Thanks.
 9        Q.   Uh-huh.
10             (Break from 10:24 a.m. to 10:32 a.m.)
11        Q.   (BY MR. ABRAMS)  Ms. Porter, the ethnic and
12   racial makeup of the students in the District 7
13   election precincts is heavily segregated, right?
14        A.   Heavily diverse?  I just -- I apologize.
15        Q.   The racial and ethnic composition is
16   concentrated and varies among the districts?
17        A.   Correct.
18        Q.   Let me hand you what's been marked as
19   Exhibit 5.  That was produced by the district as SBISD
20   No. 1.
21             (Marked Porter Exhibit No. 5.)
22        Q.   (BY MR. ABRAMS)  Do you recognize that as a
23   map from the district's Web site that depicts both the
24   attendant zones for the middle schools in the district
25   and because those attendant zones are used as the
```

1    election precincts -- the election precincts for the

2    district?

3        A.   Yes.

4        Q.   Does the district agree that four of the

5    seven districts shown, namely the Landrum, Northbrook,

6    Spring Woods, and Spring Oaks Middle School areas and

7    precincts, are overwhelmingly comprised of Hispanic

8    students?

9        A.   Yes.

10       Q.   Based on my math, there's an average of

11   87 percent of the students in those election precincts

12   and enrollment districts are Hispanic.

13            Does that figure sound about right?

14       A.   Yes, that sounds about right.

15       Q.   In the remaining three election or enrollment

16   districts, the Memorial, Spring Branch, and Spring

17   Forest precincts, the student body is somewhere

18   between 42 percent and 52 percent white, correct?

19       A.   That sounds correct.

20       Q.   One of the topics that you've been designated

21   to testify about is the current ethnic and racial

22   background of the citizenship voting age population

23   voters in the district.

24            Do you agree that the ethnic and racial

25   background of the voting age population of the voters

1    in the district more or less tracks the ethnic and
2    racial background of its students?
3        A.    I have not seen recent -- any recent census
4    numbers, but I would believe that it follows the
5    breakdown of the students.
6        Q.    And -- and based upon the investigation
7    that's been conducted by the district to date, at
8    least three single-member districts could be drawn in
9    the district in which the Hispanic voting age
10   population would constitute a majority, correct?
11       A.    Yes.
12       Q.    How and when did the district draw the
13   current boundaries of its election precincts, which
14   happen to be at school enrollment districts?
15       A.    In 2011, I believe that was when the
16   Legislature passed a law stating that we, as a
17   district, host our own elections if we went into a
18   contract with either a county or a city, host our own
19   election in May.
20              Prior to that, 2011 and prior, we
21   actually had the precincts of our elementary schools.
22   So in -- when the law passed, we had discussions with
23   the county and the county said that they would be
24   willing to partner with us, but would only agree to do
25   elections every other year.

1        And I believe it would be the even years

2   in the sense that when they do their even year

3   elections in November, there's lots of runoffs that

4   happen in the spring that would make it too difficult

5   for them to host our elections separately.

6        So we -- instead we didn't want to -- at

7   the time didn't want to change our setup of our

8   staggered terms of every 3 years because we would have

9   had to switch to every 4 years for -- if we had gone

10  with the county.

11       So we were able to partner with Piney

12  Point, who we currently have a contract with, because

13  they used one of our far east elementary schools as a

14  site for their elections already prior to that.

15       And by taking over the election process

16  ourselves, we had to look at the administration and

17  financial implications of such.

18       And so having seven election sites would

19  be easier to handle both administratively and

20  financially because of the equipment and the people

21  involved than 26 sites of the elementary school.

22       So that was when that decision made

23  for -- and it occurred in the 2012 election the first

24  time.

25       **Q.   Do you agree that with the exception of the**

 1    Spring Branch Middle School and the Spring Forest

 2    Middle School election precincts and enrollment

 3    boundaries, those areas are divided between schools

 4    located on the north and south sides of I-10?

 5        A.   Yes.

 6        Q.   What's the rationale for having election

 7    precincts and middle school boundaries that zone

 8    voters and students from the north side of I-10 to the

 9    south side of I-10 for the Spring Branch and Spring

10    Forest Middle Schools?

11        A.   Using them for election sites -- I mean, for

12    election precincts?

13        Q.   Yeah.   It's kind of intertwined.   The

14    district elected chose to use its middle school

15    enrollment districts --

16        A.   Uh-huh.

17        Q.   -- as its election districts?

18        A.   Yes.

19        Q.   And so I'm not trying to take you into the

20    school enrollment question, but since the district

21    chose to use its middle school enrollment districts as

22    its election precincts, my question is:   What's the

23    rationale for having precincts in -- for Spring Branch

24    and Spring Forest that span I-10?

25        A.   Those enrollment boundaries were set many

1   years ago.  So I don't know the rationale why there

2   was north and south, but primarily it has to do with

3   ensuring that you -- the schools could handle the

4   number of students.

5            I've seen in other districts' enrollment

6   boundaries change as a school may increase, not be

7   able to handle their growth.

8            So it's possible changes could be made.

9   But as we are pretty steady in our growth of students,

10  we haven't had to have any type of change to our

11  middle schools or any of our enrollment zones, for

12  that matter.

13  **Q.   When did the district adopt the middle school**

14  **enrollment zones that are shown on Exhibit 5?**

15      A.   When the last middle school was built, which

16  would have been -- I believe is Northbrook Middle.  So

17  I would say at least the mid-'80s.

18  **Q.   So the boundaries of the election precincts**

19  **and the boundaries of the middle school enrollment**

20  **zones have been in place since sometime in the 1980s,**

21  **correct?**

22      A.   The fact that they're the same, that didn't

23  happen until 2012, but yes.

24  **Q.   Let me clarify that.**

25            **In 2012, the district elect -- chose to**

1    use its middle school enrollment zones as its election

2    precincts, correct?

3         A.    Yes.

4         Q.    And the district's decision to set the

5    boundaries of its middle school enrollment zones dates

6    back to the 1980s?

7         A.    Yes.

8                   (Marked Porter Exhibit No. 6.)

9         Q.    (BY MR. ABRAMS)  Let me hand you what's been

10   marked as Exhibit 6.

11            You recognize this as the enrollment zones

12   from the district's Web site for its high schools?

13        A.    Yes.

14        Q.    It follows the same general layout as

15   Exhibit 5 except this map, Exhibit 6, depicts the high

16   school enrollments or attendance zones?

17        A.    Yes.

18        Q.    And the same pattern holds true for the high

19   schools as is true for the middle schools, and that is

20   there are two enrollment zones where students on the

21   north side go to the south side, the Memorial and the

22   Stratford enrollment zones, correct?

23        A.    Correct.

24        Q.    And that mirrors the pattern for middle

25   schools where students on the north side of I-10 go to

```
1    Spring Branch Middle and students on the north side of
2    I-10 go to Spring Forest Middle, correct?
3         A.   Yes.
4         Q.   What is the racial and ethnic composition of
5    the students from the north side of I-10 that are
6    zoned to the south side middle schools and high
7    schools?
8         A.   I don't know that.  I would have to dive into
9    street addresses.
10        Q.   We earlier looked at Exhibit 4.  Would you
11   pull that back out just so you can refer to it when
12   you look at Exhibit 5?
13             Exhibit 4 depicts the boundaries of the
14   Memorial Villages north of I-10.
15             Do you see that?
16        A.   Yes.
17        Q.   Spring Valley Village and Hilshire Village?
18        A.   Uh-huh.
19        Q.   Is that a "yes"?
20        A.   Yes.
21        Q.   Thank you.
22             Can you confirm that with reference to
23   Exhibit 5 the areas of Spring Valley Village and
24   Hilshire Village are among the areas zoned from north
25   to south?
```

1              Their students go to Spring Branch

2    Middle rather than to one of the north-side middle

3    schools?

4         A.   Let me just verify.  Yes.  It looks like

5    Spring Valley Village and Hilshire Village all attend

6    Spring Branch Middle.

7         Q.   And we earlier confirmed that the racial and

8    ethnic composition of Spring Valley Village and

9    Hilshire Village is majority -- substantially majority

10   white, correct?

11        A.   Correct.

12        Q.   From that, does it follow that the students

13   that are sent from the north side from Spring Valley

14   Village and Hilshire Village to the south side middle

15   school, Spring Branch Middle, are substantially white

16   students?

17        A.   Yes.

18        Q.   Do you happen to know anything about the

19   demographics of the area north of I-10 where the

20   Spring Forest Middle School students go from north to

21   south?

22        A.   No, I don't.

23        Q.   Isn't it the case that the demographics of

24   that subdivision likewise are largely white, with

25   white students going from north to south?

1    A.    I don't know that.

2    Q.    You're not denying it, you just don't know?

3    A.    I don't know.

4              (Marked Porter Exhibit No. 7.)

5    Q.    (BY MR. ABRAMS)  Let me hand you what's been

6  marked as Exhibit 7.

7         Do you recognize that as the map from the

8  district's Web site akin to Exhibits 5 and 6?  This

9  one, Exhibit 7, depicts the enrollment zones for the

10  district's elementary schools.

11   A.    Yes.

12   Q.    And can you confirm that the same pattern or

13  a similar pattern holds true with respect to the

14  elementary schools that, with the exception of a

15  couple of schools, school enrollment boundaries are

16  divided between schools located on the north and south

17  side of I-10?

18   A.    Yes.

19   Q.    What is the racial and ethnic composition of

20  the students zoned from the north side of I-10 to

21  south-side schools?

22   A.    I believe there's more minorities.

23   Q.    Pardon me?

24   A.    I believe that it's a higher minority in

25  that -- in the schools that are on the north side.

1      Q.   Right.

2           With respect to Hunters Creek Elementary

3  on the right side of Exhibit 7, if I'm interpreting

4  these colors correctly, it looks like the area between

5  Wirt and not quite up to Antoine is zoned for north to

6  south?

7      A.   Yes.

8      Q.   Can you confirm that the racial and ethnic

9  composition of the students zoned from north to south

10 there is largely white?

11     A.   I don't know that.  It is outside of Hilshire

12 Village, however.

13     Q.   Does the district contend that it is purely

14 coincidental that the vast majority of the voters and

15 students zoned from the north side of I-10 to the

16 south side of I-10 are white students from white

17 households?  For example, Spring Branch Middle School

18 Spring Forest Middle School, Memorial High School,

19 Stratford High School, Hunters Creek Elementary, and

20 Thornwood?

21          MR. CRAWFORD:  Objection; form.

22     A.   Yeah.

23     Q.   (BY MR. ABRAMS)  Is that just a coincidence

24 that the vast majority of the students and voters that

25 are moved from the north side to the south side for

```
1    those schools are white?

2         A.   Yes.

3         Q.   Does the district advance the theory that it

4    is a proponent of neighborhood schools?

5         A.   Yes.

6         Q.   Why, if the district advances the theory of

7    neighborhood schools, are students placed in

8    enrollment districts that take them to schools that

9    are physically farther from their home than schools

10   nearby their home?

11             MR. CRAWFORD:   Objection; form.

12        A.   When an elementary school is built, they

13   consider having students its being built for.  And

14   schools aren't built in these perfectly middle of

15   squares and divided out among the school district.

16             And so that very well could be the case,

17   that a person -- that a household could be zoned to a

18   school that's actually further away from a school that

19   could literally be right across the street.

20        Q.   (BY MR. ABRAMS)  I'm looking at Exhibit 5, the

21   election precinct map which corresponds to the middle

22   school attendance zone map.

23             Do you have that?

24        A.   I do.

25        Q.   Has the district ever taken into account the
```

1  racial, ethnic, and socioeconomic characteristics of

2  each of these election precincts and school attendance

3  zones?

4       A.   In what regard?  I mean, taken into account

5  as election zones?

6       Q.   And/or school enrollment zones, the fact that

7  their school enrollment zones where there are white

8  students on the north side of I-10 that could readily

9  be zoned to a school a stone's throw away but

10  nevertheless they're zoned to a white school south of

11  I-10?

12       A.   When these boundaries were established, I

13  believe it was based on how many students a school

14  could hold.

15       Q.   Have the boundaries of any election precinct

16  or school enrollment zone been the subject of

17  discussion with any of the municipalities in the

18  district?

19       A.   Not that I'm aware of.

20       Q.   Had the boundaries of any election precinct

21  or school enrollment zone been the subject of

22  discussion with any developers or builders within the

23  district?

24       A.   Not that I'm aware of.  In knowing my history

25  of working with school districts, when a developer is

1    making decisions on where to build, they want to know

2    the facts about what schools they would go to so that

3    that's what they can start tabbing as they're

4    building.

5              So it's information they need.  So I

6    imagine those discussions have happened as different

7    areas have been built up just to make sure that

8    they're -- they know that.

9         Q.   **Have the boundaries of any election precinct**

10   **or school enrollment zone been the subject of**

11   **discussion with any homeowners associations or**

12   **subdivisions or neighborhood groups?**

13        A.   Not that I'm aware of.

14        Q.   **Has the district ever investigated the extent**

15   **to which the ethnic and racial demographics that**

16   **differ between the north and south sides of I-10 are**

17   **the result of restrictive zoning that was adopted in**

18   **the Memorial Villages when they were incorporated?**

19        A.   No.  We've never investigated that, nor are

20   aware of anything like that.

21        Q.   **We earlier discussed the fact that the racial**

22   **and ethnic demographics of the Memorial Villages vary**

23   **dramatically from the racial and ethnic demographics**

24   **of the north side of the district, right?**

25        A.   Yes.

1    **Q.   Yet the district's never looked into why**
2    **those patterns exist?**
3    A.   Not in any way in the sense to educate the
4    students that show up.
5    **Q.   So is it the district's position that it is**
6    **ignorant of the cause of the ethnic and racial**
7    **demographics that vary between the communities on the**
8    **north and south sides of I-10?**
9              **MR. CRAWFORD:**  Objection; form.
10   A.   We're aware that there are differences, but
11   why it's happened, no, we don't know.
12   **Q.   (BY MR. ABRAMS)  Has the district ever**
13   **investigated why the dramatically different**
14   **demographics exist between the north and south side**
15   **residential areas of the district?**
16   A.   In the sense that we know that there's more a
17   lower socioeconomic level on the north side.  We also
18   have a lot more apartment complexes and such that
19   would lead to that potential.
20              More families leaving -- living in a
21   closer area and in lower cost housing indicates a
22   lower socioeconomic level.  And most of the homes on
23   the south side are more expensive, so that indicates a
24   higher level of socioeconomic, not necessarily deal
25   with race, though.

1    Q.   Has the ever investigated the fact that

2  multifamily housing is not permitted under the zoning

3  ordinances of the Memorial Villages, which translates

4  into there not being apartments?

5    A.   Wouldn't investigate it.  We know that

6  different villages have their own deed restriction,

7  yes.

8    Q.   Has the district ever looked at the history

9  of the incorporation of the Memorial Villages, which

10  was in 1954 and 1955, shortly after the United States

11  Supreme Court decision in Brown versus Board of

12  Education, which inte -- which required integration of

13  schools?

14    A.   No, has not investigated that.

15    Q.   Does the district acknowledge that the

16  Memorial Villages were incorporated in 1954 and 1955?

17    A.   Yes.

18    Q.   But the district knows nothing about the

19  history or rationale for their incorporation at that

20  time?

21    A.   No.

22    Q.   Is that correct?

23    A.   That's correct.

24    Q.   And the district does not claim to have any

25  understanding about the explanation for the racial and

1  ethnic demographics of the residential patterns that

2  vary between the north and south-side communities,

3  correct?

4       A.   Correct.

5       Q.   What process historically did the district

6  follow when designating early voting locations in the

7  district and what was the rationale for the number and

8  placement of those locations through 2021?

9       A.   2011 and prior, we actually only had one

10  early voting site.  It was essential administration

11  building.

12            When we made the change in 2012, it was

13  important to the board because we went from 26 sites

14  down to 7 on election day, to offer some additional

15  sites for early voting to offer the citizens an

16  opportunity.

17            And so they made the decision to choose

18  a location in the west side that would support the

19  west side and one that would support the east side.

20  And that's how this location was picked as well as the

21  one at that Holy Cross Lutheran Church.

22            We also, as part of the agreement with

23  Piney Point, agreed to -- that they would host an

24  early election site at their site, but that was just

25  part of the contract agreement and the very fact that

1    we have to have one with a city or county in order to

2    host those May elections.

3        **Q.   Did anyone ever discuss the irony of putting**

4    **a early election site at Piney Point's city hall given**

5    **that Piney Point city hall is not located in Piney**

6    **Point and that's why Piney Point has to have its**

7    **elections at a Spring Branch Independent School**

8    **District elementary school so it can actually conduct**

9    **its elections within its own city?**

10       A.   It was --

11           MR. CRAWFORD:  No objection other than

12   to note that that was a mouthful.

13           THE WITNESS:  Yes.

14       A.   I mean, that --

15           MR. ABRAMS:  Just an observation.

16       A.   It is, because they actually -- they host

17   meetings and such at our sites too.  But yeah.

18       **Q.   (BY MR. ABRAMS)  With reference to Exhibit 5,**

19   **the election precincts and middle school attendance**

20   **zones, the west side location you said for the**

21   **attendance zone was basically near where we are here**

22   **at the Don Coleman Center?**

23       A.   Yes.

24       **Q.   And looking at Exhibit 5, if we look at Dairy**

25   **Ashford, it's near -- it's between Memorial and I-10**

1   on Dairy Ashford, right?

2       A.   Correct.

3       Q.   And it's in the Spring Forest Middle School

4   zone south of the freeway?

5       A.   Yes.

6       Q.   Another location is the so-called ad

7   building, now properly known as the Wayne Schaper

8   Leadership Center.  And that is located south of I-10,

9   two-thirds of the way to the right, between Echo Lane

10  and Voss on this map.  It shows a letter C, I think.

11      A.   Yes.

12      Q.   So that location likewise is south of I-10,

13  correct?

14      A.   Correct.

15      Q.   The city of Piney Point Village location on

16  Woodway is not depicted, but it's in fairly -- the --

17  the fairly southernmost portion of the Spring Branch

18  Middle School zone, correct?

19      A.   Correct.

20      Q.   And then the Holy Cross Lutheran Church is on

21  Westview and it is on the easternmost portion of

22  Westview within Hilshire Village, essentially.

23           Can you pick a -- a landmark on

24  Exhibit 5 that will tell us roughly where the Holy

25  Cross early voting location was?

1    A.   A little south and east of 115, the red

2    circle for Valley Oaks.

3        Q.   Okay.

4    A.   So south and east of that is...

5        Q.   And I believe we earlier talked about the

6    fact that's within Hilshire Village, right?

7    A.   Correct.

8        Q.   So up until the -- and through the 2021

9    election, none of the early voting locations were

10   located among the Landrum, Spring Woods, Northbrook,

11   Spring Oaks Middle School attendance zones and none

12   were located north of I-10 other than the one at

13   Hilshire Village?

14   A.   Correct.

15       Q.   You indicated there's an intention to put in

16   one more early voting location in 2022?

17   A.   Yes.

18       Q.   Has the board voted on that?

19   A.   No.   They'll vote on that in January.

20       Q.   When -- when and in what context have

21   discussions occurred about the potential of adding a

22   new early voting location?

23   A.   After the 2021 election, after analyzing how

24   many early votes we had, which was well over 5,000

25   votes, when normally it's less than a thousand votes

1    in early election and often around 400 or 500, as well

2    as we heard from, I would say a handful, maybe five

3    different people asking us to add an additional early

4    election site last year, which I couldn't at that

5    point because that decision has already been made

6    based on the historical occurrence of how voting fell,

7    we began to ponder where we would have another early

8    election site.

9              And actually John Knox Presbyterian, the

10   minister from that church that's at Hammerly and

11   Gessner reached out to us and offered their location

12   as a site for early election.

13             And so we went and looked at their room,

14   what they have, and feel that it will be a good fit

15   for us, mainly because I appreciate that it's on

16   Gessner, which would allow for some public

17   transportation, access to -- easier access to -- to

18   people on the northwest side, because that's who we

19   were hearing from, that they were having some

20   difficulties getting to the early election sites.

21        **Q.   Did the reports from northwest residents**

22   **about difficulties with early voting sites occur**

23   **before or after the 2021 election?**

24        A.   During.

25        **Q.   During the election?**

```
 1        A.    (Nodding head.)
 2        Q.    And what impact does the district acknowledge
 3   limiting access to early voting locations may have on
 4   the election?
 5        A.    We don't believe it limited their access
 6   because early elections are over eight different --
 7   let me get my numbers right -- eight different days
 8   which would -- with the weekends as an opportunity to
 9   get to early elections as well as they would have
10   their neighborhood middle schools on the election day
11   to vote on.
12              (Marked Porter Exhibit No. 8.)
13        Q.    (BY MR. ABRAMS)  What day of the week is the
14   regular election held?
15        A.    Saturday.
16        Q.    Let me hand you what's been marked as
17   Exhibit 8.
18              Do you recognize this as the notice for
19   the last trustee election --
20        A.    Yes.
21        Q.    -- indicating the various early voting
22   locations?
23        A.    Yes.
24        Q.    And those are the locations you indicated
25   were in place from 2012 to 2021?
```

```
 1        A.    Yes.
 2        Q.    And before that time, there was only one
 3   early voting location?
 4        A.    Correct.
 5        Q.    And that was at the Wayne Schaper Leadership
 6   Center or then the ad building --
 7        A.    Yes.
 8        Q.    -- administration building --
 9        A.    Uh-huh.
10        Q.    -- which is also located on the south side --
11        A.    Yes.
12        Q.    -- of I-10?
13        A.    (Nodding head.)
14        Q.    So before 2012, there were no early voting
15   locations on the north side of I-10, correct?
16        A.    Correct.
17        Q.    And after 2012, there's been one early voting
18   location, and that's on the northeast corner of
19   Hilshire Village?
20        A.    Correct.
21        Q.    Does the district have any knowledge to --
22   about the extent to which can district trustee
23   elections have involved formal or informal candidates
24   slating processes?
25        A.    Can you define "slating"?
```

1      Q.   Organized groups that endorse candidates and

2  provide slates of candidate to elect.

3      A.   We don't have any knowledge of that.  Is that

4  what the question was?  I'm sorry.

5      Q.   Right.

6            Has the district ever investigated the

7  extent to which in these school board trustee

8  elections there have been formal or informal candidate

9  slating processes where groups endorse candidates?

10     A.   We have not investigated it.

11     Q.   In the -- does the district have any

12  knowledge of the extent to which there has been

13  candidate slating either formally or informally during

14  trustee elections?

15     A.   We have no knowledge.

16     Q.   Is the district aware of the extent to which

17  during the period 2011 to 2021 any trustee election

18  has involved in the campaign process overt or subtle

19  racial or ethnic appeals?

20     A.   We're not aware of any.  I've heard in some

21  recent public comments, I believe it was Noel --

22     Q.   Referring to Mr. Lezama?

23     A.   Yes.

24     Q.   Thanks.

25     A.   Mr. Lezama.

1      Q.    Thank you.

2      A.    -- talked to some of that happening during

3   his campaign.

4            And I know he talked with a newspaper

5   reporter.  That's all I'm aware of.  I don't have any

6   documentation of that happening.

7            If things like that were brought to my

8   attention, we would always recommend that people

9   report that to the appropriate either Secretary of

10  State or Ethics Commission because they're the ones

11  that actually oversee the campaigning process of

12  elections.

13     Q.    **Apart from the recent reports by Mr. Lezama**

14  **about racial or ethnic communications during his**

15  **campaign, does the district have any awareness of any**

16  **other campaigns in which similar communications were**

17  **distributed?**

18     A.    No, not aware.

19     Q.    **Does the district have access to the 2020**

20  **Census and American Community Survey information?**

21     A.    I understand it's in the hands of our

22  demographer, but, no, we, ourselves, haven't seen any

23  reports from that census data.

24     Q.    **Who is the district's demographer?**

25     A.    Davis Templeton, I believe, is the name.  I

1    don't know if that's the completely -- there might be

2    another name on the title.   I know Ms. Templeton.

3        Q.    **Is Davis Templeton, independent of the**

4    **lawsuit, charged with any responsibilities to assist**

5    **the district on demographic matters?**

6        A.    They help us with enrollment projections,

7    mainly.   That's where we've -- where we've used their

8    data before, what they acknowledge -- you know,

9    they're able to track, you know, what developing --

10   developments are in play, like who has put in permits

11   and things like that, to let us know that homes are

12   being built or apartments are being built to prepare

13   us for influx of kids.

14       Q.    **What role, if any, do you understand Davis**

15   **Templeton is currently undertaking to analyze the 2020**

16   **Census or American Community Survey demographic**

17   **information for the district?**

18       A.    Primarily to help us with the enrollment

19   trends that are happening.   Because our information is

20   provided in the census, like racial breakdown, that

21   could give us some indication of some areas that are

22   starting to grow to ensure that we're prepared to

23   provide, you know, supports that don't necessarily

24   come with the race but might come with other things

25   tied to them, primarily socioeconomic needs.

Q.   Does the district know what the current percentage of citizenship voting age population for voters in the district is by race and ethnic group?

A.   No, we don't know that.

(Marked Porter Exhibit No. 9.)

Q.   (BY MR. ABRAMS)  Let me hand you what's been marked as Exhibit 9.

Exhibit 9 is a document the district produced with Bates No. SBISD 798 titled "Spring Branch ISD 10-Year Per Student Cost General Fund."

What does this document show?

A.   This takes the expenditures that happened out of our -- specifically out of our general fund and using the student enrollments at -- on each of those years to determine a per student cost of actual expenditures.

Out of that general fund, we've also indicated by highlighting in each year what campuses were considered Title I campuses.

Q.   Earlier in your testimony, I asked you about Title I campuses.

And does Exhibit 9, by its highlighting, tell us all which of the campuses are Title I campuses?

A.   Yes.

1      Q.   And a Title I campus requires that what

2  percentage of the students are eligible for free and

3  reduced lunch?

4      A.   At least 45 percent and definitely over

5  50 percent.  A campus can fluctuate year to year.  And

6  so once they meet Title I standards or once they meet

7  the Title I threshold, they could drop a little bit,

8  you know, if one year just a few less kids fill out

9  the form and then, you know, come back up.

10           But I would say need at least 45 to

11 50 percent of free and reduced lunch.

12     Q.   I want to kind of go behind the numbers to

13 understand what differences in funding exist and how

14 general fund dollars are allocated that result in the

15 differences.

16     A.   Okay.

17     Q.   With reference to the 2019-2020 figures, for

18 example, I see different per student averages.

19           What factors can result in the

20 differential on per student expenditures among the

21 different schools because I assume that all the

22 Title I influences separate and apart from this sheet,

23 right?

24     A.   Correct.

25     Q.   So Exhibit 9 doesn't reflect any Title I

 1    funding, which would flow through campus -- two

 2    campuses that have economically disadvantaged

 3    students, right?

 4        A.    Correct.

 5        Q.    What explanations are there for the per

 6    student differentials reflected in Exhibit 9?

 7        A.    There's several pieces of data that affect

 8    that.

 9              For one, the actual enrollment of

10    students.  When you consider a campus, every campus

11    has to have a principal, for instance.  And so more or

12    less students spreads out that cost per student.  So

13    definitely the enrollment of students as well as the

14    programs at those campuses.

15              For instance, if you look at an

16    elementary school, Bendwood School --

17        Q.    Yes.  Sure.

18        A.    -- that has very specialized special

19    education programs there.  Much, much lower

20    student-teacher ratios and things like that.

21              So they're going to have -- by nature of

22    their programatic happening specific to their campus

23    is going to, you know, produce more dollars there.

24              We also look at specific programs that

25    happen at each campus, CTE programs, for instance, as

1   well as specific special education programs.  Not

2   every campus hosts every program there.

3             Another thing we do look at that free

4   and reduced lunch percentage.  And if you -- depending

5   on how many kids were reported with an approved free

6   and reduced lunch application, we then give additional

7   staffing and dollars for those -- at those campuses.

8             So a campus with a higher free and

9   reduced lunch percentage by design would receive

10  additional dollars towards staffing or additional --

11  well, towards spending in programs and then additional

12  staffing allocations.

13      Q.   And the factors that I've heard so far that

14  would be an explanation for why there are differential

15  per student expenditures start with enrollment.

16      A.   Uh-huh.

17      Q.   If you have fewer students, then the costs

18  are spread among fewer students.  That's one factor,

19  correct?

20      A.   Uh-huh.

21      Q.   A second -- is that a "yes"?

22      A.   Yes.

23      Q.   A second factor is there really are some

24  specialized campuses.  You used Bendwood as an

25  example, which is not akin to a traditional elementary

1    school?

2        A.    Correct.

3        Q.    A third factor is there's some campuses where

4    there are specialized programs such as CTE or special

5    ed where the dollars are tracked to that campus, but

6    they correspond to a specialized program?

7        A.    Yes.

8        Q.    And then the fourth factor is some additional

9    amount allocated to campuses that exceed some

10   threshold for free and reduced lunch children?

11       A.    Correct.

12       Q.    Is there a per student stipend or per student

13   add-on that corresponds to this fourth factor, the

14   free and reduced lunch?

15       A.    Primarily, we see it in the staffing

16   allocations at the high schools where they're based on

17   their the counts.  And I -- may not be exact, but I

18   want to say, you know, for every 25 or 30 free and

19   reduced lunch kits, they get an additional staffing

20   unit.  Something along that line.

21       Q.    So there's some ratio --

22       A.    Yes.

23       Q.    -- that determines how much additional

24   funding goes to a campus based upon the number of free

25   and reduced lunch children?

1       A.    Primarily at the secondary campus, yes.

2       **Q.    Are there any other significant factors that**

3   **go into explaining the differential expenditures**

4   **reflected on Exhibit 9 on a per student basis out of**

5   **the general fund other than what you've told me?**

6       A.    We also have campuses that are considered

7   catalyst schools.  That's our definition of schools

8   that are struggling to meet the requirements by the

9   State to be considered -- passing might be the

10  terminology.

11            And so in some cases we've allocated an

12  additional position or supports at those campuses to

13  help them analyze data to help them ensure kids are

14  getting the specific support on the specific subject

15  that they need.

16      **Q.    Where within the system are these budgetary**

17  **and staffing decisions made to reallocate funds from**

18  **the districtwide average?**

19      A.    Probably with -- it starts at

20  administratively.  We look at the trends and the

21  needs.  We look to see what those costs would be.

22            Also, I would say in cohort with the

23  board defining their goals, that's actually -- we

24  watch what the needs are.  We look at the board goals.

25            And more than likely, they're often in

1    line in the sense that, for instance, numeracy and

2    literacy, superintendent goals, board goals, focus

3    needs to be made on that.

4             So we've ensured -- you've heard people

5    talk about the federal dollars we've got in the ESSER

6    dollars.  Those specifically, quite a bit of it, are

7    very focussed on numerous needs at -- to help the

8    entire district.  And then those are assigned to

9    campuses that need that.

10            So the decision, you know, we -- however

11   then have to analyze can we handle the budget costs.

12   That case we specifically had ESSER dollars.  In

13   another case, if we didn't have those types of

14   dollars, we would have to analyze our programs and

15   determine what programs aren't as supportive of what

16   we need.

17            So I would say between the

18   administration and the board, the board ultimately

19   approves the budget.

20       **Q.    Right.  I was going to say I know that as a**

21   **legal matter the board has to approve the budget, but**

22   **I also suspect as a practical matter administratively**

23   **you have to roll up to the board level --**

24       A.    Absolutely.

25       **Q.    -- with your line items.**

1    A.   Yes.

2    Q.   **And those begin with the -- with the**

3    **administrative staff?**

4    A.   With the administrative staff down to, I

5    mean, campuses are given their allotments and

6    departments --

7    Q.   **Okay.**

8    A.   -- you know, have their requests and bring us

9    their budget.

10   Q.   **During the period from 2011 to 2021, the last**

11   **decade, has the district either received or published**

12   **information about whether it should or shouldn't**

13   **change its method of elected trustees?**

14   A.   I know in the recent year there's been

15   various e-mails.  I haven't seen them specifically.

16   I've just heard talk about e-mails that board members

17   have received, talking about whether or not -- from

18   both sides of the argument, whether or not we should

19   switch or not, especially tied to once the lawsuit was

20   filed, not really leading up to it.

21               I know, again, going back to that there

22   was a discussion in 2020, obviously with the board,

23   tied to -- I mean, at that time, you know, over that

24   previous year, several school districts in the north

25   side of Texas had been sued basically under this --

1   relatively same premise.

2           I know there's some different facts

3   there.  And the board recognized that the diversity of

4   our school district appears to not be literally

5   represented on the school board, and so just wanted to

6   see what the options were to ensure that we were

7   getting that participation.

8           So I know that type of discussion has

9   happened, but other than the more recent comments

10  really tied to the lawsuit, I'm not aware.

11      **Q.   Between the time of the 2020 presentation by**

12  **the district's lawyers until the lawsuit, did the**

13  **district undertake any other discussions or**

14  **investigations of whether or not it would consider**

15  **changing its electual [phonetic] system?**

16      A.   No.  They were waiting for the results from

17  the 2020 Census to determine if the need.

18      **Q.   Has the district made any attempt to collect**

19  **and produce the e-mail communications, which you**

20  **indicated it has received, concerning whether or not**

21  **it should change its method of elected trustees?**

22      A.   My understanding is there may have been some

23  public information requests that some of those e-mails

24  might have come a part of, but that's all I know.

25          I don't know of any specific collection

1    just for the purposes to see what -- you know, to

2    account for who was supportive or not supportive of

3    changing.

4        **Q.   Has the district requested from its trustees**

5    **copies of communications they have received in their**

6    **capacity as trustees concerning whether or not the**

7    **district should change its method of electing its**

8    **trustees?**

9        A.   I believe it's -- if it's been requested

10   through public information requests, then those

11   requests have been made; but I don't know, again, of

12   the specific requests.

13             **MR. ABRAMS:**  Charles, we'll talk

14   separately about it.  We made such a request and we

15   didn't get anything, and so I think there was a

16   suggestion that maybe we needed to define search

17   terms.

18             **MR. CRAWFORD:**  My understanding was --

19             **MR. ABRAMS:**  You and I can talk about

20   that separately.

21             **MR. CRAWFORD:**  Sure.  Yeah, that was my

22   understanding, is that Chris was waiting for some

23   search terms from you so that we could -- because

24   apparently there's a large volume of e-mails that

25   might come up.  So he was trying to narrow that down.

```
 1    That hadn't happened yet, and we're in the process.

 2                 MR. ABRAMS:   That would be a subject for

 3    our discussion.

 4                 MR. CRAWFORD:   Sounds great.

 5                 MR. ABRAMS:   No need to trouble

 6    Ms. Porter with that.

 7         Q.   (BY MR. ABRAMS)   I'm now going to turn --

 8    actually, let me see.  We're almost at the hour mark.

 9    And I'm closing in on a series of questions that are

10    going to go back to the allegations in the lawsuit.

11                 If you're ready, this might be a good time to

12    take another one of our short breaks and we might be

13    able to close this out after our next break.

14         A.   Sounds great.

15         Q.   Okay?

16         A.   Okay.

17                 (Break from 11:23 a.m. to 11:31 a.m.)

18         Q.   (BY MR. ABRAMS)   Ms. Porter, I now want to

19    visit with you about topics in the notice of

20    deposition that concern some of the factual

21    allegations in the lawsuit and the district's stated

22    position when it answered, just to give you a

23    heads-up.

24                 In the defendant's answer, it denied that its

25    election system violates the Voting Rights Act or
```

 1    denies minority voters' rights.

 2          My question is:  Before the district filed

 3    that denial, what investigation and analysis did it

 4    do?

 5    A.    I don't know of a specific investigation or

 6    analysis that we did.  It was just the belief that we

 7    were not denying their rights.

 8    Q.    Can you confirm that before filing that

 9    denial the district did not conduct an investigation

10    into whether or not the allegations were true?

11          MR. CRAWFORD:  Objection; form.

12    A.    Can you word it again, because I just lost

13    how I would answer that?  I'm sorry.

14    Q.    (BY MR. ABRAMS)  Yes, ma'am.

15    A.    The proper word.

16    Q.    Yes, ma'am.  I'll ask you again.

17          Before the district denied that its

18    conduct violates the Voting Rights Act or denies

19    minority voters rights under that act, can you confirm

20    the district did not conduct any investigation or

21    analysis of that subject?

22          MR. CRAWFORD:  Objection; form.

23    A.    Yes, I can confirm that.

24    Q.    (BY MR. ABRAMS)  In Paragraph 8 of the

25    district's answer -- and by the term "district," now

1    I'm referring to the district and its trustees that

2    have been sued in their official capacity --

3         A.    Yes.

4         Q.    -- with the defendant's answer.

5               The defendants denied that its at-large

6    system was the reason that the plaintiff lost in the

7    most recent election.

8               Before making that denial, can you

9    confirm that the district did not conduct any

10   investigation or analysis of that allegation?

11              MR. CRAWFORD:  Objection; form.

12        A.    We did not do any investigation.

13        Q.    (BY MR. ABRAMS)  In the defendant's answer,

14   the district denied that its elections involve

15   racially polarized voting.

16        Can you confirm that before the district

17   denied that allegation it did not conduct any

18   investigation or analysis of the truth or falsity

19   of -- of that fact?

20              MR. CRAWFORD:  Objection; form.

21        A.    We did not do any investigation.

22        Q.    (BY MR. ABRAMS)  In Paragraph 48 of its

23   answer, the district denied that Spring Branch's

24   neighborhoods evidence a history of residential

25   segregation and racial conflict.

```
1           Before denying that, did the district conduct
2   any investigation or analysis of whether that fact is
3   true?
4                MR. CRAWFORD:  Objection; form.
5      A.   We had no history.  We -- we knew of no
6   history of that happening, so we did not do any
7   additional investigation.
8      Q.   (BY MR. ABRAMS)  Does the district know one
9   way or the other whether in the school board elections
10  during the 10-year period 2011 to 2021 involved a
11  majority of its white voters supporting different
12  candidates than did the majority of its Hispanic and
13  African-American voters?
14     A.   We did not know that.
15     Q.   Don't know one way or the other?
16     A.   Correct.
17     Q.   Maybe happened, maybe didn't happen?
18     A.   That's correct.
19     Q.   And the district's not investigated whether
20  or not that happened?
21     A.   Correct.
22     Q.   Has the district investigated whether or not
23  in the most recent school board trustee election in
24  2021 the majority of the white voters supported the
25  white candidates and that amount exceeded the number
```

```
 1   of white voters who supported the plaintiff?
 2        A.   We have --
 3                  MR. CRAWFORD:  Objection; form.
 4        A.   We have not investigated that.
 5        Q.   (BY MR. ABRAMS)  Might be true, might not be
 6   true?  District doesn't know?
 7        A.   We do not know.
 8        Q.   In Paragraph 53 of the defendant's answer,
 9   the defendants denied that district elections are
10   deeply racially polarized.
11                  Before denying that allegation, had the
12   district conducted any investigation or analysis of
13   whether or not that allegation was true?
14                  MR. CRAWFORD:  Objection; form.
15        A.   No.
16        Q.   (BY MR. ABRAMS)  In Paragraph 58 of the
17   defendant's answer, the defendants denied that the
18   district has enacted any barriers to voting.
19        Before making that denial, had the district
20   conducted any investigation or analysis of whether or
21   not that allegation is true?
22                  MR. CRAWFORD:  Objection; form.
23        A.   No.
24        Q.   (BY MR. ABRAMS)  Does the district
25   acknowledge that the location of its early voting
```

1    sites provides an impediment to voters on the north

2    side of the district to vote -- early vote?

3        A.    Based on responses or comments I received

4    during this election, I realized I would be better

5    serving the voters of the district if I put another

6    one on the northwest side.  But going into the

7    election, we did not believe that was an impediment.

8        Q.    Does the district acknowledge that the

9    location of its early voting sites has an impact on

10   voter turnout?

11       A.    I don't know.

12       Q.    In Paragraph 75 of the defendant's answer,

13   the district made the statement that single-member

14   districts can promote balkanization of a school

15   district by electing trustees who are only focused on

16   the interest of the constituents of their smaller

17   single-member districts and not necessarily on the

18   overall good of the school district.

19             Before making that statement and its

20   answer, had the district investigated whether or not

21   the existing body of social science research

22   contradicts that statement?

23             MR. CRAWFORD:  Objection; form.

24       A.    Nothing scientific.  No scientific

25   investigation.  The -- there's fear -- an underlying

1  fear in all school districts that that potentially can

2  happen with single-member districts.

3      Q.   (BY MR. ABRAMS)   What analysis has the

4  district ever conducted to determine whether in school

5  districts with single-member districts that negative

6  effect has occurred?

7      A.   No investigation.

8      Q.   What, then, was the source of this fear that

9  the district voiced in its answer that single-member

10  districts might have negative impacts?

11          MR. CRAWFORD:   Objection; form.

12      A.   No specific source.   Just the belief that

13  they represent the entire district as the board stands

14  now at the at-large.

15          It was more a strong belief that the

16  at-large system can support and represent the entire

17  district.

18      Q.   (BY MR. ABRAMS)   In Paragraph 75 of its

19  answer, the defendants claim that there are, quote,

20  sound nonrace-based policy reasons for maintaining

21  at-large voting systems, close quote.

22          What are those sound nonbased -- nonrace-based

23  policy reasons?

24      A.   Can you repeat that question?

25      Q.   In Paragraph 75 of the defendant's answer, it

1    stated that --

2        A.    Is that -- I'm sorry, is that on this, so I

3    can read it as you say it?

4        Q.    Sure.  If you look at Topic 38, if I've

5    accurately created my notes.

6        A.    Yes.  I'm sorry.

7        Q.    Are you with me, Topic 38?

8        A.    Yes.

9        Q.    I'm asking you about the last part of that

10   topic, which is the assertion by the defendants that

11   there are, quote, sound nonrace-based policy reasons

12   for maintaining at-large voting systems.

13              What's the factual basis for the

14   district's position?

15       A.    That everybody who is a voting citizen has

16   the right to vote for whoever they want to and

17   regardless of race throughout the district at every

18   election.

19              That is not limited to only certain

20   elections.  And that's because we are an at-large

21   system.

22       Q.    Does the district acknowledge, in light of

23   its awareness of litigation involving other Texas

24   school districts, that the Voting Rights Act assures

25   that the voting strength of its minority voters is not

1   to be diluted by the majority?

2   　　A.　Yes, they understand that.

3   　　Q.　Does the district acknowledge that there are

4   sound policy reasons for adopting a single-member

5   district plan as has been the case in various other

6   Texas school districts?

7   　　　　　　MR. CRAWFORD:　Objection; form.

8   　　A.　Single-member districts would ensure that

9   specific minority groups have an opportunity to be

10   represented as required by the Texas voters' rights.

11   　　Q.　(BY MR. ABRAMS)　So the district acknowledges

12   that there are also sound policy reasons for adopting

13   a single-member plan just as there are some policy

14   reasons that support maintenance of an at-large plan?

15   　　　　　　MR. CRAWFORD:　Objection; form.

16   　　Q.　(BY MR. ABRAMS)　Correct?

17   　　A.　Correct.

18   　　Q.　And one of the policy reasons supporting the

19   adoption of single member plans is that those plans

20   may allow minority voters references to be better

21   reflected in the election results?

22   　　　　　　MR. CRAWFORD:　Objection; form.

23   　　A.　That's possible.　Correct.

24   　　Q.　(BY MR. ABRAMS)　In Paragraph 76 of the

25   defendant's answer, the defendants denied that its

1    system for electing trustees dilutes the voting

2    strength of racial or language minorities.

3           Before making that denial, what investigation

4    or analysis had the district conducted to determine

5    whether or not that allegation was true?

6             MR. CRAWFORD:  Objection; form.

7    A.   No investigation.

8    Q.   (BY MR. ABRAMS)  In Paragraph 79 of the

9    defendant's answer, the district denied that it had

10   done anything which gave the Latino community or any

11   other minority citizens less of an opportunity to

12   participate in the political process, before making

13   that denial what investigation or analysis had the

14   district conducted of that allegation to determine

15   whether or not it's true?

16            MR. CRAWFORD:  Objection; form.

17   A.   No specific investigation.

18   Q.   (BY MR. ABRAMS)  Do you believe you've

19   understood my questions here today except for when you

20   told me you didn't?

21   A.   Yes.

22   Q.   And when you told me you didn't, did I work

23   with you until I asked you a question that you did

24   understand?

25   A.   Yes.

1       **Q.   Are there any of your answers on behalf of**

2  **the district that you would like to change or correct**

3  **at this time?**

4       A.   Not at this time.

5       **Q.   Okay.**

6              **MR. ABRAMS:**  At this time I have no

7  further questions.

8              And I thank you for your courtesy.

9              THE WITNESS:  Thank you.

10             **MR. CRAWFORD:**  Thank you.  We -- we will

11 reserve our questions.

12             **MR. ABRAMS:**  Okay.

13             (The deposition concluded at 11:45 a.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1      WITNESS CORRECTIONS AND SIGNATURE.

2      Please indicate changes on this sheet of paper,

giving the change, page number, line number and reason

3  for the change.  Please sign each page of changes.

4  PAGE/LINE      CORRECTION     REASON FOR CHANGE

5  7/3  Certain ~~of these~~ questions - clarify.

6  17/17  ~~Buford~~ Beaufort  correct spelling

7  60/10  ~~central~~ Central  correction.

8  69/2  ~~I know~~ Ms. Templeton wasn't said

9  74/19  ~~Kits~~ Kids  correction.

10  74/17  their ~~the~~ counts  correction

11

12

13

14

15

16

17

18

19

20

21

22

23                  CHRISTINE PORTER

24

25  DIANE DICKENS
  2400814
  NOTARY PUBLIC, STATE OF TEXAS
  MY COMMISSION EXPIRES
  FEBRUARY 7, 2024

    Diane Dickens
    Diane Dickens, notary
    Feb. 7, 2024

```
 1            S I G N A T U R E   O F   W I T N E S S

 2

 3      I, CHRISTINE PORTER, solemnly swear or affirm

 4   under the pains and penalties of perjury that the

 5   foregoing pages contain a true and correct transcript

 6   of the testimony given by me at the time and place

 7   stated with the corrections, if any, and the reasons

 8   therefor noted on the foregoing correction page(s).

 9

10

11            CHRISTINE PORTER

12

13

14

15

16   Job 70024

17

18

19

20

21

22

23

24

25
```

DIANE DICKENS
2400814
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
FEBRUARY 7, 2024

Diane Dickens
Diane Dickens, notary
Feb. 7, 2024

```
 1                 IN THE UNITED STATES DISTRICT COURT
 2                     COURT FOR THE SOUTHERN
                   DISTRICT OF TEXAS HOUSTON DIVISION
 3
 4    VIRGINIA ELIZONDO,   |
          Plaintiff,       |
 5                         |
      V.                   |   Civil Action No. 4:21-CV-01997
 6                         |
      SPRING BRANCH         |
 7    INDEPENDENT SCHOOL    |
      DISTRICT, ET AL.,     |
 8        Defendants.       |
 9                   REPORTER'S CERTIFICATION
               ORAL DEPOSITION OF CHRISTINE PORTER
10                      DECEMBER 28, 2021
11        I, Mendy A. Schneider, a Certified Shorthand
12   Reporter in and for the State of Texas, hereby certify
13   to the following:
14        That the witness, CHRISTINE PORTER, was duly sworn
15   by the officer and that the transcript of the oral
16   deposition is a true record of the testimony given by
17   the witness;
18        That the deposition transcript was submitted on
19   _____, 2022, to the witness, or to the
20   attorney for the witness, for examination, signature,
21   and return to Worldwide Court Reporters, by
22   _____, 2022;
23        That the amount of time used by each party at the
24   deposition is as follows:
25            MR. ABRAMS - 01:19:22
```

```
 1        That pursuant to information given to the
 2   deposition officer at the time said testimony was
 3   taken, the following includes counsel for all parties
 4   of record:
 5            MR. BARRY ABRAMS AND MR. MARTIN GOLANDO,
     Attorneys for Plaintiff.
 6            MR. CHARLES J. CRAWFORD, Attorney for
     Defendants.

 7
 8        I further certify that I am neither counsel for,
 9   related to, nor employed by any of the parties or
10   attorneys in the action in which this proceeding was
11   taken, and further that I am not financially or
12   otherwise interested in the outcome of the action.
13        Further certification requirements pursuant to
14   Rule 203 of TRCP will be certified to after they have
15   occurred.
16        Certified to by me this _____.
17
18
19
20   _____
             Mendy A. Schneider, CSR NO. 7761
21           Expiration Date:  1-31-2023
22
23
24
25
```

1        FURTHER CERTIFICATION UNDER RULE 203 TRCP
2        The original deposition was _____ was not _____
returned to the deposition officer on _____,
3   2022.
4        If returned, the attached Corrections and
Signature page contains any changes and the reasons
5   therefor;
6        If returned, the original deposition was delivered
to MR. BARRY ABRAMS, Custodial Attorney;
7
         That $_____ is the deposition officer's charges
8   to the Attorney for Plaintiff, MR. BARRY ABRAMS, TBA#
00822700, for preparing the original deposition
9   transcript and any copies of exhibits;
10       That the deposition was delivered in accordance
with Rule 203.3, and that a copy of this certificate
11  was served on all parties shown herein and filed with
the Clerk.
12
         Certified to by me this _____.
13
14
                         _____
15                       Mendy A. Schneider, CSR NO. 7761
                         Expiration Date:   1-31-2023
16
17
18
JOB NO. 70024
19
20
21
22
23
24
25

**A**

**A&M** 17:20,24
**a.m** 1:16,16
    44:10,10 80:17
    80:17 90:13
**ABERNATHY**
    2:9
**able** 31:12 33:19
    47:11 49:7
    69:9 80:13
**above-styled**
    1:15
**Abrams** 2:4 3:3
    4:4,9 6:15
    24:10 30:3
    36:14,16,24
    37:8 38:12,14
    38:24 39:17
    41:3 44:11,22
    50:9 53:5
    54:23 55:20
    58:12 61:15,18
    65:13 70:6
    79:13,19 80:2
    80:5,7,18
    81:14,24 82:13
    82:22 83:8
    84:5,16,24
    86:3,18 88:11
    88:16,24 89:8
    89:18 90:6,12
    93:25 94:5
    95:6,8
**Absolutely**
    76:24
**Academy** 17:17
**access** 11:17
    64:17,17 65:3
    65:5 68:19
**accommodate**
    15:22
**account** 55:25
    56:4 79:2
**accountancy**
    20:8
**accountant**

18:12
**accounting**
    17:22
**accurate** 42:2
**accurately** 87:5
**accused** 19:25
**acknowledge**
    26:8 30:8 40:5
    40:11,16,20
    41:5 59:15
    65:2 69:8
    84:25 85:8
    87:22 88:3
**acknowledged**
    92:13
**acknowledges**
    24:2 41:21
    88:11
**act** 5:25 23:24
    80:25 81:18,19
    87:24
**action** 1:5 93:5
    94:10,12
**activities** 21:12
**actual** 10:21
    31:25 32:3
    70:15 72:9
**ad** 62:6 66:6
**add** 64:3
**add-on** 74:13
**adding** 11:4
    63:21
**additional** 11:4
    43:11,22 60:14
    64:3 73:6,10
    73:10,11 74:8
    74:19,23 75:12
    83:7
**addresses** 51:9
**administration**
    47:16 60:10
    66:8 76:18
**administrative**
    77:3,4
**administrativ...**
    47:19 75:20
    76:22

**adopt** 49:13
**adopted** 34:12
    35:10 57:17
**adopting** 37:20
    88:4,12
**adoption** 36:5
    88:19
**adult** 29:19
**advance** 55:3
**advances** 55:6
**affect** 72:7
**affix** 92:1
**African-Amer...**
    25:1 83:13
**age** 34:10,21
    35:2,8,19
    45:22,25 46:9
    70:2
**ago** 18:22 22:9
    29:13 49:1
**agree** 21:18
    22:10,14,21
    23:3,7,14,20
    26:23 28:13,17
    29:9,16,23
    30:25 33:12,21
    34:8 35:22
    37:24 38:5,24
    45:4,24 46:24
    47:25
**agreed** 60:23
**agreement** 6:12
    41:20 60:22,25
**agreements**
    13:20
**akin** 53:8 73:25
**AL** 1:7 93:7
**allegation** 82:10
    82:17 84:11,13
    84:21 89:5,14
**allegations**
    80:10,21 81:10
**allocate** 28:10
**allocated** 28:4
    71:14 74:9
    75:11
**allocations**

73:12 74:16
**allotments** 77:5
**allow** 11:11,16
    64:16 88:20
**American** 68:20
    69:16
**amount** 28:12
    74:9 83:25
    93:23
**analysis** 81:3,6
    81:21 82:10,18
    83:2 84:12,20
    86:3 89:4,13
**analyze** 69:15
    75:13 76:11,14
**analyzing** 63:23
**And/or** 56:6
**answer** 7:3 14:6
    15:2 26:13
    31:14,18,22
    36:14 37:18,19
    38:12 80:24
    81:13,25 82:4
    82:13,23 84:8
    84:17 85:12,20
    86:9,19,25
    88:25 89:9
**answered** 15:16
    80:22
**answering** 14:21
    37:6
**answers** 13:24
    13:25 90:1
**anticipated** 11:2
**Antoine** 54:5
**apart** 68:13
    71:22
**apartment**
    58:18
**apartments** 59:4
    69:12
**apologize** 43:21
    44:14
**apparently**
    79:24
**appeals** 67:19
**appear** 6:24 7:5

7:12 40:1
**appeared** 92:11
**appearing** 6:18
**appears** 78:4
**application** 18:8
    21:8 73:6
**applications**
    9:22,25 25:11
**apply** 9:22
**applying** 18:10
**appreciate**
    64:15
**appropriate**
    68:9
**approve** 76:21
**approved** 73:5
**approves** 76:19
**April** 10:10,10
**area** 36:12 52:19
    54:4 58:21
**areas** 36:3,11
    39:2 45:6 48:3
    51:23,24 57:7
    58:15 69:21
**argument** 77:18
**articles** 18:6
**Ashford** 1:18
    61:25 62:1
**Asian** 24:25
**aside** 35:14
**asked** 7:18 15:7
    70:20 89:23
**asking** 8:22
    41:14 64:3
    87:9
**aspects** 4:22
**assert** 35:16
**assertion** 87:10
**assessor** 18:21
**assigned** 76:8
**assist** 7:23 69:4
**associations**
    57:11
**assume** 15:16
    71:21
**assumption**
    26:18

**assures** 87:24
**at-large** 38:8,20
  42:5 82:5
  86:14,16,21
  87:12,20 88:14
**Athletic** 1:18
**attached** 1:19
  95:4
**attempt** 78:18
**attend** 8:15 27:9
  52:5
**attendance**
  50:16 55:22
  56:2 61:19,21
  63:11
**attendant** 44:24
  44:25
**attention** 68:8
**attest** 23:17
**attorney** 93:20
  94:6 95:6,8
**attorneys** 94:5
  94:10
**auditor** 17:25
**Audrey** 2:13
  13:9,12
**authorized** 7:5
**available** 26:16
**Avenue** 2:5
**average** 45:10
  75:18
**averages** 71:18
**aware** 8:19
  32:15,16 35:16
  37:23 56:19,24
  57:13,20 58:10
  67:16,20 68:5
  68:18 78:10
**awareness** 68:15
  87:23

―――――――――――
        **B**
**Babrams@bla...**
  2:6
**baby** 18:12
**back** 8:14 12:25
  18:6,19,20,24

22:14 50:6
51:11 71:9
77:21 80:10
**background**
  7:19 16:20
  21:5,7 26:24
  45:22,25 46:2
**balkanization**
  85:14
**ballot** 10:4
**Bank** 18:1
**barriers** 84:18
**Barry** 2:4 4:9
  94:5 95:6,8
**base** 28:25
**based** 26:16,17
  27:22 28:12
  29:6 35:3 43:5
  45:10 46:6
  56:13 64:6
  74:16,24 85:3
**basically** 61:21
  77:25
**basis** 5:16 33:9
  75:4 87:13
**Bates** 70:9
**began** 64:7
**behalf** 6:20 7:9
  7:14 19:13
  20:2 22:25
  90:1
**belief** 24:2 81:6
  86:12,15
**believe** 5:19 7:1
  12:11,12,12,14
  12:14 21:6,8
  22:4 23:24
  26:11 27:3
  33:17 42:2
  46:4,15 47:1
  49:16 53:22,24
  56:13 63:5
  65:5 67:21
  68:25 79:9
  85:7 89:18
**believes** 36:9
**Bendwood**

72:16 73:24
**best** 7:3 27:14
  27:15
**better** 85:4
  88:20
**beyond** 8:3
**bit** 71:7 76:6
**black** 40:17
**BLANK** 2:4
**block** 33:14,24
  9:6,9,14,16
  16:14,15,16,17
  21:3,20 28:14
  28:20 29:5,14
  29:17,24 30:10
  30:13,16,19
  31:2,24 32:7
  36:8,9,20,22
  37:3,11,22
  38:2,4,10 42:5
  59:11 60:13
  63:18 67:7
  75:23,24 76:2
  76:18,18,21,23
  77:16,22 78:3
  78:5 83:9,23
  86:13
**body** 24:18 26:1
  45:17 85:21
**booklet** 13:25
**born** 17:3,4
**Boulevard** 2:10
**boundaries**
  12:10 39:20
  40:1,3 46:13
  48:3,7,25 49:6
  49:18,19 50:5
  51:13 53:15
  56:12,15,20
  57:9
**BOYD** 2:9
**Branch** 1:6,17
  3:20 4:11,17
  4:20 5:7 8:8
  12:24 13:1
  16:7,13,22

18:11,19,20,24
  20:24 28:19
  35:19 45:16
  48:1,9,23 51:1
  52:1,6,15
  54:17 61:7
  62:17 70:9
  93:6
**Branch's** 82:23
**brat** 17:4
**break** 13:14
  15:19 18:20
  24:14 43:25
  44:1,3,5,10
  80:13,17
**breakdown**
  41:14 43:3
  46:5 69:20
**breaks** 80:12
**bring** 7:24 77:8
**brings** 43:9
**brought** 5:24
  7:22 68:7
**Brown** 59:11
**budget** 18:14
  76:11,19,21
  77:9
**budgetary** 75:16
**Buford** 17:17,17
**build** 57:1
**builders** 56:22
**building** 57:4
  60:11 62:7
  66:6,8
**built** 49:15
  55:12,13,14
  57:7 69:12,12
**Bunker** 32:20
  39:21
**business** 18:15

―――――――――――
        **C**
**C** 2:1 62:10
**calendar** 8:19
**California** 17:5
**call** 13:11 18:12
  39:20

**called** 5:24
  13:23,25 27:9
**campaign** 67:18
  68:3,15
**campaigning**
  68:11
**campaigns**
  68:16
**Campbell** 18:9
**campus** 27:12
  43:8 71:1,5
  72:1,10,10,22
  72:25 73:2,8
  74:5,24 75:1
**campuses** 27:13
  27:22,25 28:2
  28:5 70:18,19
  70:21,23,24
  72:2,14 73:7
  73:24 74:3,9
  75:6,12 76:9
  77:5
**candidate** 28:18
  29:10,17,24,25
  30:9,13,16,19
  30:22,23 67:2
  67:8,13
**candidates** 3:11
  30:6 33:15,25
  35:24 36:19
  37:3 38:1
  66:23 67:1,9
  83:12,25
**capacities** 4:12
**capacity** 7:6
  22:16 79:6
  82:2
**card** 92:12
**Carolina** 17:7,7
  17:17
**case** 13:17 26:16
  38:19 41:24
  52:23 55:16
  76:12,13 88:5
**cases** 75:11
**catalyst** 75:7
**Caucasian** 28:15

**cause** 1:16 58:6
**Ccrawford@a...**
2:11
**census** 23:23
46:3 68:20,23
69:16,20 78:17
**Center** 1:18
61:22 62:8
66:6
**Central** 17:11
**certain** 6:5,21
7:3,14,18
43:10 87:19
**certificate** 20:9
95:10
**certification** 3:5
20:13 93:9
94:13 95:1
**certifications**
20:7
**certified** 20:8
93:11 94:14,16
95:12
**certify** 93:12
94:8
**CFO** 10:15
18:19,21
**change** 47:7
49:6,10 60:12
77:13 78:21
79:7 90:2 91:2
91:3,4
**changed** 22:1,3
23:5 26:21,25
27:2
**changes** 9:10,11
10:25 11:2
49:8 91:2,3
95:4
**changing** 78:15
79:3
**character** 20:2
**characteristics**
56:1
**charged** 20:15
69:4
**charges** 95:7

**Charles** 2:9 13:9
79:13 94:6
**chief** 4:16
**child** 4:25
**children** 74:10
74:25
**choice** 33:15
**choose** 60:17
**chose** 48:14,21
49:25
**Chris** 29:1 79:22
**Christine** 1:11
1:14 3:2 4:1,8
91:25 92:1,6
92:11 93:9,14
**Christmas** 13:14
**church** 60:21
62:20 64:10
**circle** 63:2
**circled** 18:7
**cities** 32:18
**citizen** 87:15
**citizens** 60:15
89:11
**citizenship**
45:22 70:2
**city** 32:21 46:18
61:1,4,5,9
62:15
**Civil** 1:5,18 93:5
**claim** 59:24
86:19
**claims** 6:7
**clarify** 49:24
**classifieds** 18:7
**clear** 26:13
**Clerk** 95:11
**close** 44:2 80:13
86:21
**closer** 58:21
**closing** 80:9
**Coast** 17:6,13
**cohort** 75:22
**coincidence**
54:23
**coincidental**
54:14

**Coleman** 61:22
**collect** 78:18
**collection** 4:22
78:25
**college** 17:19,21
**color** 29:7
**colors** 54:4
**come** 32:3 42:16
69:24,24 71:9
78:24 79:25
**coming** 43:24
**comments** 67:21
78:9 85:3
**Commission**
68:10 92:20
**committee** 20:21
20:23 21:12,15
21:17
**communicatio...**
35:14 68:14,16
78:19 79:5
**communities**
40:14 58:7
60:2
**community** 36:8
68:20 69:16
89:10
**compare** 27:11
**comparison** 11:7
**complete** 9:23
15:2
**completed** 25:10
**completely** 69:1
**complexes** 58:18
**composition**
21:25 23:4
24:18 39:2
44:15 51:4
52:8 53:19
54:9
**comprised** 45:7
**concentrated**
44:16
**concentration**
34:9,19 35:7
35:19
**concern** 38:14

80:20
**concerning** 8:10
25:10 78:20
79:6
**concerns** 11:13
38:15
**concluded** 90:13
**conduct** 61:8
81:9,18,20
82:9,17 83:1
**conducted** 31:22
32:9,25 33:5
46:7 84:12,20
86:4 89:4,14
**conference**
13:11 17:11
**confirm** 28:23
51:22 53:12
54:8 81:8,19
81:23 82:9,16
**confirmed** 29:13
52:7
**confirming** 35:6
35:17
**conflict** 82:25
**connection** 13:5
37:17
**connotation**
41:2
**consider** 55:13
72:10 78:14
**consideration**
92:14
**considered**
27:23 70:19
75:6,9
**considering** 9:10
**consistent** 31:7
**constituents**
85:16
**constitute** 34:10
34:20 35:8
46:10
**contains** 95:4
**contend** 54:13
**contests** 6:2
**context** 63:20

**continue** 14:6,11
**contract** 46:18
47:12 60:25
**contradicts**
85:22
**contrary** 33:10
**controller** 18:18
**convention**
22:23
**conversations**
7:1
**convicted** 20:15
**copies** 79:5 95:9
**copy** 6:10 95:10
**corner** 11:21
66:18
**corporate** 7:13
**correct** 9:3,4
11:23 12:1,2,5
12:6,22 13:2,3
25:1,2,5,6 28:6
30:6,7,23 33:3
33:4 34:2,6,7
41:12,22,23
44:17 45:18,19
46:10 49:21
50:2,22,23
51:2 52:10,11
59:22,23 60:3
60:4 62:2,13
62:14,18,19
63:7,14 66:4
66:15,16,20
71:24 72:4
73:19 74:2,11
83:16,18,21
88:16,17,23
90:2 92:2
**CORRECTION**
91:4
**Corrections**
91:1 95:4
**correctly** 21:9
54:4
**correlation** 26:4
**correspond**
13:17 40:2

41:6 74:6
**corresponds**
11:25 12:4,8
40:21 55:21
74:13
**corroborate**
32:9
**cost** 3:21 58:21
70:10,15 72:12
**costs** 8:23 73:17
75:21 76:11
**counsel** 7:2,11
8:2 35:4,13,15
37:14 94:3,8
**count** 11:12
**counts** 74:17
**county** 46:18,23
46:23 47:10
61:1 92:9
**couple** 53:15
**court** 1:1,1 5:9
13:23 14:10,14
14:18 15:2
32:6 34:13
59:11 93:1,2
93:21
**courtesy** 14:25
90:8
**covering** 8:22
**crack** 41:18
**CRAWFORD**
2:9 36:21 37:4
38:9,22 40:25
54:21 55:11
58:9 61:11
79:18,21 80:4
81:11,22 82:11
82:20 83:4
84:3,14,22
85:23 86:11
88:7,15,22
89:6,16 90:10
94:6
**created** 87:5
**Creek** 32:19
39:22 54:2,19
**criminal** 20:16

**critical** 8:20
9:13,15,16,18
**Cross** 60:21
62:20,25
**CSR** 1:16 94:20
95:15
**CTE** 72:25 74:4
**cumbersome**
22:19
**current** 8:18,20
28:14 29:14
38:15,19 39:10
42:4 45:21
46:13 70:1
**currently** 4:17
47:12 69:15
**Custodial** 95:6
**cut** 14:21

**D**
**dad** 17:5,9
**Dairy** 1:18 61:24
62:1
**data** 26:19 31:11
31:13 32:2,23
33:18 42:3
68:23 69:8
72:7 75:13
**date** 10:3,10
46:7 94:21
95:15
**dates** 8:20 9:13
9:15,17 50:5
**David** 30:15
**Davis** 68:25 69:3
69:14
**day** 60:14 65:10
65:13 92:11,15
**days** 65:7
**deal** 58:24
**dealings** 5:21
**decade** 77:11
**December** 1:12
1:16 6:12 9:18
93:10
**decided** 7:8
**decision** 6:24

47:22 50:4
59:11 60:17
64:5 76:10
**decisions** 57:1
75:17
**deduced** 26:12
**deduction** 33:20
**deed** 59:6
**deeply** 84:10
**defeat** 33:14,24
**defeated** 29:25
30:22
**defendant's**
80:24 82:4,13
84:8,17 85:12
86:25 88:25
89:9
**defendants** 1:7
1:15 2:8 82:5
84:9,17 86:19
87:10 88:25
93:8 94:6
**define** 31:4
66:25 79:16
**defined** 9:16
**defining** 75:23
**definitely** 71:4
72:13
**definition** 75:7
**degree** 17:22
**delivered** 95:6
95:10
**delivery** 42:20
43:3,12,15
**demographer**
40:1 68:22,24
**demographic**
43:3 69:5,16
**demographics**
24:15 26:20
38:25 41:6,7
42:6,10,11,15
42:19,24 43:17
52:19,23 57:15
57:22,23 58:7
58:14 60:1
**denial** 33:9 34:1

34:2,3 81:3,9
82:8 84:19
89:3,13
**denied** 33:8
80:24 81:17
82:5,14,17,23
84:9,17 88:25
89:9
**denies** 81:1,18
**denying** 31:23
32:6 33:22
53:2 81:7 83:1
84:11
**departments**
77:6
**depending** 73:4
**depicted** 62:16
**depicting** 39:19
**depicts** 44:23
50:15 51:13
53:9
**deposed** 19:18
**deposition** 1:10
1:14,19 3:8
6:10 8:1,7 13:7
80:20 90:13
92:1 93:9,16
93:18,24 94:2
95:2,2,6,7,8,10
**described** 8:3
**describes** 24:17
**description**
92:12
**design** 73:9
**designated** 6:20
7:9 21:23
45:20
**designating** 60:6
**determine** 26:15
32:18 33:1
34:5 70:15
76:15 78:17
86:4 89:4,14
**determines**
28:11 74:23
**developer** 56:25
**developers**

56:22
**developing** 69:9
**developments**
69:10
**devoted** 13:15
**differ** 57:16
**differences**
58:10 71:13,15
**different** 4:18
9:7 13:13
27:11 39:1
57:6 58:13
59:6 64:3 65:6
65:7 71:18,21
78:2 83:11
**differential**
71:20 73:14
75:3
**differentials**
72:6
**differently** 31:10
**difficult** 14:17
47:4
**difficulties** 64:20
64:22
**diluted** 88:1
**dilutes** 6:4 89:1
**directly** 27:20
**disadvantaged**
25:4,18 26:2,5
26:10 27:6,23
43:6,9 72:2
**discretion** 28:1
**discuss** 36:22
61:3
**discussed** 57:21
**discussion** 7:10
32:4 56:17,22
57:11 77:22
78:8 80:3
**discussions**
35:12 46:22
57:6 63:21
78:13
**disposal** 44:1
**distributed**
68:17

**district** 1:1,2,7
3:10,11 4:11
4:22 5:2,8,9,9
5:22 6:5,19,25
7:6,9 9:3 10:14
11:5,19 13:4
16:8,8,14,24
19:13 21:12,18
21:20 22:1,6,6
22:10,17,21,21
22:25 23:3,5,7
23:8,9,14,15
23:20,21 24:3
25:4,8 26:3,8
26:21,23 27:9
28:5,11,13,17
28:19,22 29:9
29:16,21,23
30:4,8,25
31:14,18,21,25
32:5,8,11,14
32:17,19,25
33:5,12,13,18
33:21,23 34:4
34:8,9,25 35:5
35:7,15,22,23
35:25 36:3,6
36:10,13,17,18
36:25 37:1,6,8
37:9,19,24,25
38:5,6,11,16
38:21,24 40:2
40:5,11,16,20
41:5,15,20
42:4,9,11,14
42:18,19,23,25
43:13,17 44:12
44:19,24 45:2
45:4,23 46:1,7
46:9,12,17
48:14,20 49:13
49:25 54:13
55:3,6,15,25
56:18,23 57:14
57:24 58:12,15
59:8,15,18,24
60:5,7 61:8

65:2 66:21,22
67:6,11,16
68:15,19 69:5
69:17 70:1,3,8
76:8 77:11
78:4,13,18
79:4,7 81:2,9
81:17,20,25
82:1,9,14,16
82:23 83:1,8
83:22 84:6,9
84:12,18,19,24
85:2,5,8,13,15
85:18,20 86:4
86:9,13,17
87:17,22 88:3
88:5,11 89:4,9
89:14 90:2
93:1,2,7
**district's** 6:3,13
6:20 7:14 24:1
24:7,12,14,16
24:23 26:24
27:15 31:2,24
34:17 36:5,20
37:18 38:15
41:8 44:23
50:4,12 53:8
53:10 58:1,5
68:24 78:12
80:21 81:25
83:19 87:14
**districts** 4:18 9:9
18:23,25 19:3
19:4 34:11,16
34:18 35:1,10
35:18 36:12
44:16 45:5,12
45:16 46:8,14
48:15,17,21
55:8 56:25
77:24 85:14,17
86:1,2,5,5,10
87:24 88:6,8
**districts'** 49:5
**districtwide**
75:18

**dive** 51:8
**diverse** 22:5
44:14
**diversity** 78:3
**divided** 48:3
53:16 55:15
**divinity** 17:10
**Division** 1:2
5:10 93:2
**document** 8:16
30:4 32:5
33:22 70:8,11
92:12
**documentation**
68:6
**documents** 7:18
7:22,24 8:6
35:11
**doing** 14:5 18:1
**dollars** 4:23
27:24 71:14
72:23 73:7,10
74:5 76:5,6,12
76:14
**Don** 61:22
**dramatically**
57:23 58:13
**draw** 46:12
**drawing** 10:4
**drawn** 35:1,18
46:8
**drop** 71:7
**duly** 1:15 4:2
93:14

―――――――――――
**E**
**E** 2:1,1 4:3 92:8
**e-mail** 78:19
**e-mails** 77:15,16
78:23 79:24
**earlier** 26:20
51:10 52:7
57:21 63:5
70:20
**early** 8:11 10:9
11:1,2,8,10,18
12:20,24 60:6

60:10,15,24
61:4 62:25
63:9,16,22,24
64:1,3,7,12,20
64:22 65:3,6,9
65:21 66:3,14
66:17 84:25
85:2,9
**easier** 47:19
64:17
**easily** 11:15
13:19 14:9
**east** 17:6,13
47:13 60:19
63:1,4
**easternmost**
62:21
**easy** 11:16
**Echo** 62:9
**economically**
25:4,17 26:1,5
26:9 27:6,23
43:6,9 72:2
**ed** 74:5
**educate** 58:3
**education** 59:12
72:19 73:1
**educational** 21:4
21:6 42:20
43:4,12,15
**effect** 36:18
43:19 86:6
**eight** 65:6,7
**either** 23:1
39:12 46:18
67:13 68:9
77:11
**elect** 18:24 49:25
67:2
**elected** 19:3
28:18 29:8,10
29:17 48:14
77:13 78:21
**electing** 6:3 42:5
79:7 85:15
89:1
**election** 3:19 5:1

8:9,11,19 9:20
9:23 10:6,8,10
10:17,25 11:1
11:3,7,8,10,18
11:25 12:1,8
12:19,21 13:2
21:19 28:24
29:10 34:12
44:13 45:1,1
45:11,15 46:13
46:19 47:15,18
47:23 48:2,6
48:11,12,17,22
49:18 50:1
55:21 56:2,5
56:15,20 57:9
60:14,24 61:4
61:19 63:9,23
64:1,4,8,12,20
64:23,25 65:4
65:10,14,19
67:17 80:25
82:7 83:23
85:4,7 87:18
88:21
**elections** 9:14,16
10:9 30:21
31:3,24 32:13
33:7,16,16 46:17
46:25 47:3,5
47:14 61:2,7,9
65:6,9 66:23
67:8,14 68:12
82:14 83:9
84:9 87:20
**electoral** 9:8
36:1 37:13
**electual** 78:15
**elementary** 21:1
46:21 47:13,21
53:10,14 54:2
54:19 55:12
61:8 72:16
73:25
**eligible** 21:19
25:12,16 71:2
**Elizondo** 1:3

4:10 5:7 16:3,4
20:18 21:18
30:9,18 93:4
**employed** 94:9
**employer** 16:10
**employment**
17:24
**enable** 33:14,24
**enacted** 84:18
**encompasses**
39:21
**endorse** 67:1,9
**enhance** 35:23
37:2,10,21
**enhanced** 36:7
**enhancing** 36:19
**enrollment**
45:12,15 46:14
48:2,15,20,21
48:25 49:5,11
49:14,19 50:1
50:5,11,20,22
53:9,15 55:8
56:6,7,16,21
57:10 69:6,18
72:9,13 73:15
**enrollments**
50:16 70:14
**ensure** 7:17 8:19
69:22 75:13
78:6 88:8
**ensured** 76:4
**ensuring** 11:12
11:14 36:11
49:3
**entail** 4:20
**entails** 4:21
**entire** 11:7 36:9
37:5 38:11
41:15 76:8
86:13,16
**equipment**
10:22,23 47:20
**era** 39:11
**especially** 77:19
**essential** 60:10
**essentially** 62:22

**ESSER** 76:5,12
**established**
34:23 56:12
**estimate** 27:14
27:15
**ET** 1:7 93:7
**Ethics** 68:10
**ethnic** 21:25
23:4 24:18
38:25 39:2
40:21,22 41:6
41:7 42:10,15
42:19,24 43:16
44:11,15 45:21
45:24 46:1
51:4 52:8
53:19 54:8
56:1 57:15,22
57:23 58:6
60:1 67:19
68:14 70:3
**ethnically** 31:2
32:7,13 33:3,7
**ethnicity** 26:4
31:8 32:2
**event** 15:20
**everybody** 11:14
87:15
**evidence** 31:1,20
33:10,11,25
34:2 82:24
**evidenced** 42:11
**evident** 40:22
41:7
**exact** 10:3 22:4
74:17
**examination** 3:1
3:3 93:20
**example** 54:17
71:18 73:25
**exceed** 74:9
**exceeded** 83:25
**exception** 47:25
53:14
**excuse** 10:11
**executed** 92:13
**Exhibit** 3:6,8,9

3:11,12,14,15
3:17,18,20 6:9
6:14 24:7,9,22
25:3,24 30:2,4
39:16,18 44:19
44:21 49:14
50:8,10,15,15
51:10,12,13,23
53:4,6,9 54:3
55:20 61:18,24
62:24 65:12,17
70:5,7,8,22
71:25 72:6
75:4
**exhibits** 53:8
95:9
**exist** 58:2,14
71:13
**existing** 85:21
**exists** 32:13
**expect** 31:12
**expending** 4:22
**expenditures**
70:12,16 71:20
73:15 75:3
**expensive** 58:23
**experience**
17:24 19:2,24
**expert** 31:12
33:17
**experts** 32:4
**Expiration**
94:21 95:15
**Expires** 92:20
**explaining** 75:3
**explanation**
59:25 73:14
**explanations**
72:5
**expressed** 92:14
**expression** 15:25
**expressions** 39:7
**extent** 37:12
57:14 66:22
67:7,12,16

———— **F** ————

**fact** 15:24 28:23
31:19 33:8
37:2 49:22
56:6 57:21
59:1 60:25
63:6 82:19
83:2
**factor** 73:18,23
74:3,8,13
**factors** 43:14
71:19 73:13
75:2
**facts** 7:20 57:2
78:2
**factual** 34:24
80:20 87:13
**fair** 11:20 26:18
36:25
**fairly** 15:16
62:16,17
**falsity** 82:18
**familiar** 20:18
21:4,7,11
24:10
**families** 58:20
**family** 25:20
**far** 12:16,25
14:5 47:13
73:13
**farther** 55:9
**fear** 85:25 86:1
86:8
**February** 10:1
**federal** 4:25
5:24 27:21
28:4,11 32:6
33:8,22 34:3
76:5
**Feds** 18:2
**feel** 5:20 11:10
64:14
**feeling** 5:18
**feels** 38:10
**fell** 64:6
**felt** 7:2
**fewer** 73:17,18
**figure** 45:13

**figures** 71:17
**filed** 31:14 32:5
33:21 37:18
77:20 81:2
95:11
**files** 10:16
**filing** 31:22
37:19 81:8
**fill** 71:8
**finance** 4:18,24
**financial** 4:16,21
8:21 47:17
**financially** 25:15
47:20 94:11
**fine** 23:2
**finish** 15:1
**firm** 9:2
**first** 4:2 18:1
47:23
**fit** 64:14
**five** 16:25 64:2
**flow** 72:1
**fluctuate** 71:5
**focus** 28:1 36:10
43:5,6,12,14
76:2
**focused** 20:23
85:15
**focussed** 76:7
**follow** 52:12
60:6
**following** 28:3
43:13 93:13
94:3
**follows** 4:2 46:4
50:14 93:24
**foregoing** 92:1
92:13
**Forest** 13:1
45:17 48:1,10
48:24 51:2
52:20 54:18
62:3
**form** 36:6,21
37:4,20 38:9
38:22 40:25
54:21 55:11

58:9 71:9
81:11,22 82:11
82:20 83:4
84:3,14,22
85:23 86:11
88:7,15,22
89:6,16
**formal** 66:23
67:8
**formally** 67:13
**formed** 22:11
34:19
**forms** 35:23
36:18 37:1,9
**found** 25:11
29:7
**four** 45:4
**fourth** 74:8,13
**free** 25:10,12,16
71:2,11 73:3,5
73:8 74:10,14
74:18,24
**freeway** 39:6,11
40:24 62:4
**friend** 19:25
**full** 10:9
**fund** 3:21 70:10
70:13,17 71:14
75:5
**funding** 71:13
72:1 74:24
**funds** 5:1 28:3,4
75:17
**further** 55:18
90:7 94:8,11
94:13 95:1

**G**

**general** 3:21 7:2
7:10 8:2 25:14
50:14 70:10,13
70:17 71:14
75:5
**generalization**
28:6
**geographic** 34:8
34:19 35:6

**Gessner** 11:16
64:11,16
**gestures** 14:7
**getting** 64:20
75:14 78:7
**give** 14:25 17:23
69:21 73:6
80:22
**given** 8:14 33:5
61:4 77:5
92:15 93:16
94:1
**giving** 91:2
**go** 13:19 17:18
50:21,25 51:2
52:1,20 57:2
71:12 75:3
80:10
**goals** 75:23,24
76:2,2
**goes** 74:24
**going** 11:1 12:25
14:25 15:24
16:19 22:16
39:5 41:10
52:25 72:21,23
76:20 77:21
80:7,10 85:6
**GOLANDO**
94:5
**Gonzalez** 29:1
**good** 4:5,6 44:7
64:14 80:11
85:18
**government**
27:21 28:11
**governments**
32:14
**graduate** 20:24
20:25
**graduated** 17:8
17:14,21
**graduating**
17:24
**graph** 24:16
**graphs** 26:12
**great** 14:5 44:6

80:4,14
**greater** 23:10
26:8 29:20
**grew** 17:6,13
**group** 5:19
39:11 70:3
**groups** 22:8
57:12 67:1,9
88:9
**grow** 69:22
**growth** 49:7,9

**H**

**half** 18:2,22
**hall** 61:4,5
**Hammerly**
64:10
**hand** 6:9 24:6
30:3 39:17
44:18 50:9
53:5 65:16
70:6 92:15
**handful** 64:2
**handle** 47:19
49:3,7 76:11
**handling** 4:21
**hands** 68:21
**happen** 8:12
34:14 46:14
47:4 49:23
52:18 72:25
83:17 86:2
**happened** 37:15
57:6 58:11
70:12 78:9
80:1 83:17,20
**happening** 8:18
32:24 68:2,6
69:19 72:22
83:6
**happier** 15:3
**happy** 15:21
**hard** 14:20
**head** 10:3 14:8
24:13 25:23
27:11 65:1
66:13

**headed** 21:12
**heads-up** 80:23
**heard** 34:22
36:22 64:2
67:20 73:13
76:4 77:16
**hearing** 64:19
**heavily** 44:13,14
**Hedwig** 39:22
**held** 65:14
**help** 69:6,18
75:13,13 76:7
**helps** 10:21
**hereto** 1:19
**high** 12:15,16
17:8,14,16,18
21:1 50:12,15
50:18 51:6
54:18,19 74:16
**higher** 53:24
58:24 73:8
**highlight** 27:12
**highlighting**
70:18,22
**Highway** 39:3,6
**Hill** 32:20 39:21
**Hilshire** 11:22
32:21 39:23
51:17,24 52:5
52:9,14 54:11
62:22 63:6,13
66:19
**Hispanic** 23:10
23:11 24:23
25:25 29:16
35:2 40:17
45:7,12 46:9
83:12
**Hispanics** 34:9
34:20 35:7,20
43:8
**historical** 64:6
**historically**
11:19 12:23
60:5
**history** 56:24
59:8,19 82:24

83:5,6
**hold** 37:13 56:14
**holding** 39:25
**holds** 50:18
53:13
**Holy** 60:21
62:20,24
**home** 55:9,10
**homeowners**
57:11
**homes** 58:22
69:11
**horseback** 17:23
**Horton** 8:14,25
9:1
**host** 46:17,18
47:5 60:23
61:2,16
**hosting** 10:6,8
**hosts** 73:2
**hour** 15:19
43:24 44:1,2
80:8
**hours** 13:18
**household** 55:17
**households**
54:17
**housing** 58:21
59:2
**Houston** 1:2,18
2:5 5:10 16:23
32:22 93:2
**huh-uh** 14:8
**HULLETT** 2:9
**hundred** 29:13
**Hunters** 32:19
39:22 54:2,19

**I**

**I-10** 39:6,10
42:1,16 48:4,8
48:9,24 50:25
51:2,5,14
52:19 53:17,20
54:15,16 56:8
56:11 57:16
58:8 61:25

62:8,12 63:12
66:12,15
**identity** 92:12
**ignorant** 58:6
**imagine** 57:6
**impact** 43:14,16
65:2 85:9
**impacts** 86:10
**impediment**
85:1,7
**implications**
47:17
**important** 13:21
14:6,15 15:6
60:13
**improper** 20:1
**improperly** 6:4
**inadvertently**
14:22
**includes** 94:3
**income** 25:19
**incorporated**
57:18 59:16
**incorporation**
59:9,19
**increase** 37:25
38:3 49:6
**independent** 1:6
4:11 5:8 16:8
16:13 28:19
61:7 69:3 93:7
**INDEX** 3:1,6
**indicate** 91:2
**indicated** 29:3
63:15 65:24
70:18 78:20
**indicates** 58:21
58:23
**indicating** 65:21
**indication** 69:21
**individual** 28:5
**individuals**
37:11
**influences** 71:22
**influx** 69:13
**infographic**
25:24

**informal** 66:23
67:8
**informally** 67:13
**information**
8:10,21 9:19
10:5 25:10
26:6,16 32:3
34:24 35:17
37:14 57:5
68:20 69:17,19
77:12 78:23
79:10 94:1
**instance** 1:15
20:4 72:11,15
72:25 76:1
**instrument**
92:13
**inte** 59:12
**integration**
59:12
**intention** 63:15
**interest** 85:16
**interested** 94:12
**internal** 17:25
**interpreting**
54:3
**Interstate** 39:3,5
**intertwined**
48:13
**investigate** 59:5
**investigated**
32:11 33:11
37:8,20 42:6,9
42:14,18,23
57:14,19 58:13
59:1,14 67:6
67:10 83:19,22
84:4 85:20
**investigation**
28:22 31:21
32:1,8,17 33:1
33:6 34:5 35:6
37:13 43:20
46:6 81:3,5,9
81:20 82:10,12
82:18,21 83:2
83:7 84:12,20

85:25 86:7
89:3,7,13,17
**investigations**
32:8 78:14
**involve** 32:22
82:14
**involved** 47:21
66:23 67:18
83:10
**involvement**
21:11
**involving** 87:23
**irony** 61:3
**ISD** 1:17 3:20
4:17 12:24
16:22 18:11,15
18:17 20:24
70:9
**ISD's** 8:8
**issue** 38:16
**issued** 6:11
**issues** 21:22
**items** 76:25

---
**J**
**J** 2:9 94:6
**January** 9:21,25
37:15 63:19
**job** 14:5 18:8
92:25 95:18
**John** 64:9
**jurisdictions**
33:2

---
**K**
**Karen** 10:19
**Katy** 39:6,11
**keep** 43:25 44:4
**kids** 69:13 71:8
73:5 75:13
**kind** 48:13
71:12
**kits** 74:19
**knew** 10:16 83:5
**know** 5:14 10:8
10:22 12:16
13:13 14:25

15:21 16:2,5,9
16:16 18:5,7
21:8 22:8
23:22,24 25:22
26:3,6 27:10
29:2 32:23
37:6 38:10
39:8,12,12
43:20 49:1
51:8 52:18
53:1,2,3 54:11
57:1,8 58:11
58:16 59:5
68:4 69:1,2,8,9
69:11,23 70:1
70:4 71:8,9
72:23 74:18
76:10,20 77:8
77:14,21,23
78:2,8,24,25
79:1,11 81:5
83:8,14,15
84:6,7 85:11
**knowing** 18:9
22:4,20 56:24
**knowledge** 7:20
32:12 66:21
67:3,12,15
**known** 62:7
92:11
**knows** 59:18
**Knox** 64:9

---
**L**
**lady** 13:22
**landmark** 62:23
**Landrum** 12:4
45:5 63:10
**Lane** 62:9
**language** 89:2
**large** 6:4 34:9
79:24
**largely** 41:22
42:1 43:1,2
52:24 54:10
**larger** 22:8
**Latino** 89:10

**law** 9:2 46:16,22
**lawsuit** 4:10 5:5
5:14,17,23 6:2
6:6 14:2 15:25
19:7,10 21:23
31:14,22 33:8
33:22 34:4
37:17,18 69:4
77:19 78:10,12
80:10,21
**lawyer** 4:10 6:13
**lawyers** 10:14
13:4 78:12
**layout** 50:14
**lead** 58:19
**Leadership** 62:8
66:5
**leading** 13:14
77:20
**leaving** 58:20
**led** 20:21 37:15
**left** 13:22 18:14
18:18
**legal** 8:8,9 9:8
16:1 21:19
35:4,12,14
36:1 37:12,14
76:21
**Legislature**
46:16
**Let's** 21:22 44:5
**letter** 62:10
**letting** 15:1
**level** 25:19 58:17
58:22,24 76:23
**Lezama** 30:12
67:22,25 68:13
**licenses** 20:6
**light** 87:22
**likelihood** 37:25
38:3
**likewise** 26:25
52:24 62:12
**limited** 65:5
87:19
**limiting** 65:3
**line** 74:20 76:1

76:25 91:2
**list** 3:11 27:12
**List/Names** 30:5
**listed** 6:21 7:15
  13:16
**lists** 27:12
**literacy** 76:2
**literally** 55:19
  78:4
**litigation** 87:23
**little** 11:19 18:20
  22:19 24:16
  63:1 71:7
**live** 17:1
**lived** 17:2
**living** 4:15 58:20
**located** 11:21,24
  12:3,7,20,25
  39:3 48:4
  53:16 61:5
  62:8 63:10,12
  66:10
**location** 60:18
  60:20 61:20
  62:6,12,15,25
  63:16,22 64:11
  66:3,18 84:25
  85:9
**locations** 11:15
  60:6,8 63:9
  65:3,22,24
  66:15
**long** 16:24 22:24
**look** 18:6 20:24
  33:18 47:16
  51:12 61:24
  72:15,24 73:3
  75:20,21,24
  87:4
**looked** 8:21
  28:24 33:18
  51:10 58:1
  59:8 64:13
**looking** 55:20
  61:24
**looks** 22:24 44:2
  52:4 54:4

**Lopez** 30:15
**lost** 81:12 82:6
**lot** 58:18
**lots** 21:6 47:3
**loud** 14:6,12
**low** 11:6
**lower** 36:3 43:23
  58:17,21,22
  72:19
**Lucas** 13:9
**lunch** 25:11,12
  25:17 71:3,11
  73:4,6,9 74:10
  74:14,19,25
**Lutheran** 60:21
  62:20

### M

**M** 4:3
**ma'am** 13:8
  25:21 40:10
  41:11,13,16
  81:14,16
**machine** 1:17
**maintain** 35:11
**maintained** 42:4
**maintaining**
  86:20 87:12
**maintenance**
  88:14
**majority** 23:8,15
  23:21 24:3
  34:10,20 35:1
  35:8,20 46:10
  52:9,9 54:14
  54:24 83:11,12
  83:24 88:1
**makeup** 44:12
**making** 9:10
  10:22 33:9
  34:3 57:1 82:8
  84:19 85:19
  89:3,12
**manager** 18:14
  18:15,21
**manner** 23:25
**Manor** 16:23

**map** 3:13,14,16
  3:17 39:19
  44:23 50:15
  53:7 55:21,22
  62:10
**mark** 80:8
**marked** 6:9,14
  24:6,9 30:2,4
  39:16,18 44:18
  44:21 50:8,10
  53:4,6 65:12
  65:16 70:5,7
**MARTIN** 94:5
**master's** 17:10
  21:9
**math** 45:10
**mathematical**
  27:16
**matter** 31:19
  49:12 76:21,22
**matters** 69:5
**McKinney** 2:10
**meals** 25:12
**mean** 12:14
  13:13 23:1
  25:7,19 28:25
  31:6 42:25
  48:11 56:4
  61:14 77:5,23
**means** 25:9
**meant** 7:17
**meet** 13:10
  25:16 71:6,6
  75:8
**meetings** 35:3
  61:17
**member** 36:17
  37:20 88:19
**members** 4:12
  28:14 29:14
  77:16
**Memorial** 13:1
  39:1,20 40:6
  40:12 41:21
  42:7,12 45:16
  50:21 51:14
  54:18 57:18,22

59:3,9,16
  61:25
**Mendy** 1:16
  93:11 94:20
  95:15
**mentioned** 8:24
  9:12 14:14
  17:14
**merely** 19:12,13
**met** 10:13 13:5,6
  13:12 21:18
**method** 77:13
  78:21 79:7
**Methodist** 17:11
**mid-'80s** 49:17
**middle** 21:1,1
  44:24 45:6
  48:1,2,7,10,14
  48:21 49:11,13
  49:15,16,19
  50:1,5,19,24
  51:1,2,6 52:2,2
  52:6,14,15,20
  54:17,18 55:14
  55:21 61:19
  62:3,18 63:11
  65:10
**military** 17:4
**mine** 19:25
**minister** 17:11
  64:10
**minorities** 6:5
  53:22 89:2
**minority** 22:7
  23:15,21 24:3
  26:9 28:18
  29:17,19,23
  30:9,12,15,19
  30:22 31:9
  33:14,24 35:24
  36:7,19 37:3
  37:11,22 38:1
  38:8,19 42:1
  43:2 53:24
  81:1,19 87:25
  88:9,20 89:11
**mirrors** 50:24

**moment** 16:19
  29:13
**monies** 27:19
**months** 16:25
**morning** 4:5,6
**mouthful** 61:12
**move** 18:4 20:25
**moved** 17:9
  54:25
**multifamily** 59:2
**municipal** 32:14
**municipalities**
  56:17

### N

**N** 2:1 4:3,3
**name** 4:7,9
  68:25 69:2
  92:12
**narrow** 79:25
**nature** 72:21
**near** 61:21,25
**nearby** 55:10
**necessarily**
  58:24 69:23
  85:17
**need** 9:11 15:20
  43:10,22 57:5
  71:10 75:15
  76:9,16 78:17
  80:5
**needed** 10:23
  79:16
**needs** 25:16 28:1
  43:6 69:25
  75:21,24 76:3
  76:7
**negative** 86:5,10
**negatively** 42:20
**neighborhood**
  55:4,7 57:12
  65:10
**neighborhoods**
  82:24
**neither** 94:8
**never** 33:18
  57:19 58:1

nevertheless 56:10
new 63:22
newspaper 18:6 68:4
Nodding 24:13 65:1 66:13
nods 14:7
Noel 30:12 67:21
non-Hispanic 40:6,12
non-Hispanics 33:13,23
nonbased 86:22
nonminority 41:22
nonrace-based 86:20,22 87:11
nonresponsive 36:15 38:13
normally 63:25
north 2:10 11:21 17:6 39:3 40:23 41:8 42:15 48:4,8 49:2 50:21,25 51:1,5,14,24 52:13,19,20,25 53:16,20,25 54:5,9,15,25 56:8 57:16,24 58:8,14,17 60:2 63:12 66:15 77:24 85:1
north-side 43:2 52:2
Northbrook 11:25 45:5 49:16 63:10
northeast 11:21 66:18
northwest 11:5 64:18,21 85:6
notary 1:20 92:2 92:18
note 61:12

noted 92:2
notes 87:5
notice 3:8,19 6:10,16,22 7:15 65:18 80:19
noticed 25:24
November 47:3
number 5:6 8:11 9:2 22:11 25:22 27:22 28:12 34:18 49:4 60:7 74:24 83:25 91:2,2
numbered 1:15
numbers 11:7 22:4 23:22,23 46:4 65:7 71:12
numeracy 76:1
numerous 76:7
nutrition 4:25

O
O 4:3
Oaks 12:19,21 45:6 63:2,11
oath 92:11
Object 36:14
objection 36:21 37:4 38:9,12 38:22 40:25 54:21 55:11 58:9 61:11 81:11,22 82:11 82:20 83:4 84:3,14,22 85:23 86:11 88:7,15,22 89:6,16
observation 61:15
obtain 20:12 31:11 32:2
obviously 29:1 77:22

occasions 20:3
occur 64:22
occurred 47:23 63:21 86:6 94:15
occurrence 64:6
offense 20:16
offer 60:14,15
offered 64:11
office 4:25 9:21 38:1 92:15
officer 4:16 93:15 94:2 95:2
officer's 95:7
offices 1:17
official 4:12 5:2 20:25 82:2
oh 13:6
okay 12:18 15:22,23 19:15 22:22,23 28:8 39:15 63:3 71:16 77:7 80:15,16 90:5 90:12
once 15:19 23:7 71:6,6 77:19
ones 68:10
opportunities 43:10
opportunity 36:2 60:16 65:8 88:9 89:11
options 78:6
oral 1:10,14 93:9,15
order 9:11,23 10:1,4 61:1
ordered 34:13
ordinances 59:3
Organized 67:1
original 95:2,6,8
originally 6:11
outcome 94:12
outside 39:2

54:11
overall 85:18
oversee 4:24 68:11
oversimplify 42:25
overt 67:18
overwhelmingly 45:7

P
P 2:1,1
p.m 10:1
page 3:3,7 24:12 91:2,3 95:4
page(s) 92:2
PAGE/LINE 91:4
paper 91:2
Paragraph 81:24 82:22 84:8,16 85:12 86:18,25 88:24 89:8
Pardon 53:23
part 20:21 31:15 60:22,25 78:24 87:9
participate 89:12
participated 21:13
participation 36:2,4,11 78:7
parties 15:8 94:3 94:9 95:11
partner 46:24 47:11
party 19:6,9 93:23
passed 46:16,22
passing 75:9
passthrough 28:7
pattern 50:18,24 53:12,13
patterns 58:2

60:1
payroll 18:21
pending 5:8
people 5:20 8:19 9:22 11:7 14:18 47:20 64:3,18 68:8 76:4
percent 24:22,23 24:24,25 25:3 25:9,25 26:1 27:4,4,17 29:14 40:7,7 40:13,13 45:11 45:18,18 71:4 71:5,11
percentage 23:11,12 27:3 27:5,6,10 29:18,20 70:2 71:2 73:4,9
percentages 26:17
perfectly 55:14
period 29:24 31:3 67:17 77:10 83:10
permits 69:10
permitted 59:2
person 10:18,19 10:21 55:17 92:12
personal 16:20 19:2
personally 19:6 29:4 92:11
phonetic 78:15
physically 55:9
pick 9:22 62:23
picked 60:20
pictures 29:5,6
pieces 72:7
Piney 32:20 39:21 47:11 60:23 61:4,5,5 61:6 62:15
place 6:11 49:20

65:25
**placed** 55:7
**placement** 60:8
**plaintiff** 1:4 2:3
  16:3,4 82:6
  84:1 93:4 94:5
  95:8
**plan** 34:12 35:10
  38:15 88:5,13
  88:14
**plans** 88:19,19
**play** 69:10
**please** 4:7 91:2,3
**plus** 40:7,13
**point** 24:4 32:20
  39:22 47:12
  60:23 61:5,6,6
  62:15 64:5
**Point's** 61:4
**polarization**
  31:4
**polarized** 31:2,6
  31:20,23 32:7
  32:13,22 33:2
  33:3,7 82:15
  84:10
**policies** 38:7,17
**policy** 8:9 86:20
  86:23 87:11
  88:4,12,13,18
**political** 89:12
**ponder** 64:7
**population** 22:6
  22:11 23:5,10
  23:11,16,16,17
  23:19,20 24:4
  29:20 33:19
  34:11,21 35:2
  35:9 41:21
  45:22,25 46:10
  70:2
**populations**
  29:19 40:6,8
  40:12,14,18,23
  41:8,25
**Porter** 1:11,14
  3:2 4:1,8,9

6:14 24:9 30:2
  39:16 44:11,21
  50:8 53:4
  65:12 70:5
  80:6,18 91:25
  92:1,6,11 93:9
  93:14
**portion** 62:17,21
**position** 24:1,16
  31:19 32:9
  34:17 36:5,17
  36:25 38:16,21
  38:23 58:5
  75:12 80:22
  87:14
**possess** 35:5
**possible** 13:19
  49:8 88:23
**post** 9:19
**potential** 58:19
  63:21
**potentially** 86:1
**practical** 76:22
**precinct** 11:25
  12:1,4,4,8,9,19
  12:21 55:21
  56:15,20 57:9
**precincts** 13:2
  44:13 45:1,1,7
  45:11,17 46:13
  46:21 48:2,7
  48:12,22,23
  49:18 50:2
  56:2 61:19
**preferences** 38:7
  38:18
**preferred** 33:15
  33:25
**premise** 78:1
**preparation**
  7:12 8:6 10:24
  13:5,6
**prepare** 7:25 8:4
  10:14 69:12
**prepared** 69:22
**preparing** 13:16
  95:8

**Presbyterian**
  64:9
**PRESENT** 2:13
**presentation**
  8:13,16,24 9:5
  37:15 78:11
**presume** 35:15
**pretty** 17:13
  49:9
**previous** 10:15
  10:17 77:24
  92:2
**Previously** 11:6
**primarily** 4:21
  49:2 69:18,25
  74:15 75:1
**principal** 72:11
**prior** 19:23
  21:10 37:19
  46:20,20 47:14
  60:9
**privilege** 35:16
**probably** 13:12
  15:19 16:14
  18:3 39:5,10
  75:19
**procedure** 1:18
  31:16
**proceeding** 5:13
  16:1 94:10
**proceedings**
  13:21
**process** 19:17,20
  47:15 60:5
  67:18 68:11
  80:1 89:12
**processes** 66:24
  67:9
**produce** 38:6
  72:23 78:19
**produced** 1:14
  30:5 44:19
  70:8
**producing** 38:17
**professional**
  20:6
**program** 25:13

25:17 73:2
  74:6
**programatic**
  72:22
**programs** 72:14
  72:19,24,25
  73:1,11 74:4
  76:14,15
**projections** 69:6
**promise** 14:20
  15:11
**promote** 85:14
**proper** 81:15
**properly** 24:17
  62:7
**proponent** 55:4
**proportion** 26:9
  27:8
**proportional**
  35:24 37:2,10
**proposition**
  25:14
**proved** 92:11
**provide** 5:4 36:2
  67:2 69:23
**provided** 8:14
  27:25 34:24
  69:20
**provides** 85:1
**provisions** 1:19
**public** 1:20 8:16
  11:16 20:8
  64:16 67:21
  78:23 79:10
  92:3,18
**published** 77:11
**pull** 51:11
**pulled** 26:6
**purchasing** 4:25
**purely** 54:13
**purports** 24:14
**purposes** 79:1
  92:14
**pursuant** 1:18
  94:1,13
**put** 63:15 69:10
  85:5

**putting** 61:3

**Q**

**quadrant** 11:5
**qualifies** 25:17
**question** 14:21
  14:24 15:1,10
  15:14 36:16
  37:7 38:14,15
  40:9 41:4,10
  48:20,22 67:4
  81:2 86:24
  89:23
**questions** 7:4
  13:24,24 15:7
  15:17 16:13
  80:9 89:19
  90:7,11
**quite** 54:5 76:6
**quote** 86:19,21
  87:11

**R**

**R** 2:1
**race** 26:4 31:8
  32:2 33:19
  58:25 69:24
  70:3 87:17
**racial** 21:25 23:4
  24:17 31:4
  38:25 39:2
  40:20,22 41:5
  41:7,14 42:10
  42:15,19,24
  43:5,16 44:12
  44:15 45:21,24
  46:2 51:4 52:7
  53:19 54:8
  56:1 57:15,21
  57:23 58:6
  59:25 67:19
  68:14 69:20
  82:25 89:2
**racially** 31:1,6
  31:20,23 32:6
  32:12,22 33:2
  33:7 82:15

84:10
**raised** 11:13
17:3
**ran** 21:2,20
30:22
**range** 40:7
**ratio** 74:21
**rationale** 48:6
48:23 49:1
59:19 60:7
**ratios** 72:20
**reached** 64:11
**read** 1:19 7:16
87:3 92:1
**readily** 56:8
**ready** 7:21 80:11
**realized** 18:3
85:4
**realizing** 27:15
**reallocate** 75:17
**really** 18:9 28:10
73:23 77:20
78:10
**reason** 82:6 91:2
91:4
**reasons** 86:20,23
87:11 88:4,12
88:14,18 95:4
**recall** 21:15
**receive** 27:20,25
73:9
**received** 77:11
77:17 78:20
79:5 85:3
**recognize** 39:19
43:22 44:22
50:11 53:7
65:18
**recognized** 78:3
**recollection** 9:13
**recommend**
68:8
**record** 1:19 9:1
14:15 15:2
28:17 93:16
94:4
**recorded** 1:17

**records** 28:23
**red** 63:1
**Redbud** 2:10
**reduced** 25:10
25:12,16 71:3
71:11 73:4,6,9
74:10,14,19,25
**refer** 5:13 15:25
16:2,4,7,15,16
22:20 39:5
51:11
**reference** 51:22
61:18 71:17
**references** 88:20
**referring** 67:22
82:1
**reflect** 71:25
**reflected** 22:7
72:6 75:4
88:21
**reflecting** 22:7
**reflects** 25:3
**refreshed** 9:12
**regard** 6:21 24:1
56:4
**regardless** 87:17
**regular** 65:14
**related** 94:9
**relationship**
20:1 31:7
**relatively** 11:6
78:1
**relevant** 9:6
**rely** 15:8
**relying** 14:7
**remaining** 45:15
**remember** 21:7
**remembering**
21:9
**reopens** 9:21
**repeat** 40:9
42:22 86:24
**rephrase** 15:11
41:3
**report** 35:6
40:17 68:9
**reported** 73:5

**reporter** 13:23
14:10,14,18
15:3 68:5
93:12
**REPORTER'S**
3:5 93:9
**Reporters** 93:21
**reports** 64:21
68:13,23
**represent** 36:9
37:5 38:10
86:13,16
**representation**
35:23,24 36:6
36:7,18,19
37:1,2,10,10
37:21,21,25
38:6,17
**representative**
6:25 7:6,13
21:24 22:16
**representatives**
6:19
**represented** 9:3
78:5 88:10
**representing**
4:10 5:19
**represents** 41:15
**request** 79:14
**requested** 3:4
79:4,9
**requests** 37:14
77:8 78:23
79:10,11,12
**required** 59:12
88:10
**requirements**
21:19 75:8
94:13
**requires** 71:1
**research** 85:21
**reserve** 90:11
**reset** 6:13
**reside** 16:21,22
**resident** 16:24
**residential** 42:6
58:15 60:1

82:24
**residents** 26:24
37:22 64:21
**respect** 7:14
12:19 23:19
53:13 54:2
**responded** 18:5
18:8
**responding**
22:25
**response** 10:25
22:24
**responses** 85:3
**responsibilities**
69:4
**responsive** 38:7
38:18
**restriction** 59:6
**restrictive** 57:17
**result** 36:7 57:17
71:14,19
**results** 8:9 10:17
28:24 78:16
88:21
**retired** 17:9
**return** 93:21
**returned** 95:2,4
95:6
**review** 7:19 8:6
8:15 29:5,6
**reviewed** 8:8,9
8:10,13,23
**reword** 41:10
**right** 15:8 22:18
23:1 43:21
44:13 45:13,14
54:1,3 55:19
57:24 62:1,9
63:6 65:7 67:5
71:23 72:3
76:20 87:16
**right-hand**
24:17
**rights** 5:24
80:25 81:1,7
81:18,19 87:24
88:10

**Road** 18:9
**ROEDER** 2:9
**role** 4:24 5:1
69:14
**roll** 76:23
**ROME** 2:4
**room** 64:13
**roughly** 62:24
**RPR** 1:16
**Rule** 94:14 95:1
95:10
**Rules** 1:18
**run** 9:23 10:21
38:1,4
**runoffs** 47:3

**S**
**S** 2:1 92:8
**Saturday** 65:15
**saw** 29:1
**saying** 22:21
43:18
**says** 25:25
**SBISD** 3:8,9,11
3:12,14,15,17
3:18,20 16:9
44:19 70:9
**Schaper** 62:7
66:5
**Schneider** 1:16
93:11 94:20
95:15
**school** 1:6 4:11
4:17,18 5:8,22
9:9 11:5 12:16
12:17 16:8,13
17:8,15,16,18
18:23 19:3
21:1,2 22:5,6
28:11,19 36:12
36:12 41:15
42:5 45:6
46:14 47:21
48:1,2,7,14,20
48:21 49:6,13
49:15,19 50:1
50:5,16 52:15

52:20 53:15
54:17,18,18,19
55:12,15,18,18
55:22 56:2,6,7
56:9,10,13,16
56:21,25 57:10
61:7,8,19 62:3
62:18 63:11
67:7 72:16,16
74:1 77:24
78:4,5 83:9,23
85:14,18 86:1
86:4 87:24
88:6 93:7
**schools** 27:9
41:9,25 43:1,2
44:24 46:21
47:13 48:3,10
49:3,11 50:12
50:19,19,25
51:6,7 52:3
53:10,14,15,16
53:21,25 55:1
55:4,7,8,9,14
57:2 59:13
65:10 71:21
74:16 75:7,7
**science** 85:21
**scientific** 85:24
85:24
**screenshot** 3:10
24:7
**seal** 92:15
**search** 28:22
79:16,23
**seated** 13:22
**second** 18:3
73:21,23
**secondary** 75:1
**Secretary** 68:9
**see** 12:25 42:3
51:15 71:18
74:15 75:21
78:6 79:1 80:8
**seeing** 21:8
26:17
**seen** 6:15 23:22

23:23 43:19
46:3 49:5
68:22 77:15
**segregated**
44:13
**segregation**
40:21,22 41:1
82:25
**sense** 47:2 58:3
58:16 76:1
**sent** 52:13
**separate** 71:22
**separately** 47:5
79:14,20
**series** 80:9
**serve** 28:19
**served** 95:11
**services** 42:21
43:4,10,11,15
43:23
**serving** 85:5
**set** 48:25 50:4
**setting** 19:21
35:14
**setup** 47:7
**seven** 45:5 47:18
**seven-member**
34:12 35:10
**Shady** 16:23
**SHAKRA** 2:13
**sheet** 71:22 91:2
**short** 44:3,5
80:12
**short-term**
27:19
**shorthand** 1:17
15:25 16:14
93:11
**shortly** 59:10
**show** 58:4 70:11
**shown** 45:5
49:14 95:11
**shows** 24:22
62:10
**side** 24:17 41:25
42:15 48:8,9
50:21,21,25

51:1,5,6 52:13
52:14 53:17,20
53:25 54:3,15
54:16,25,25
56:8 57:24
58:14,17,23
60:18,19,19
61:20 64:18
66:10,15 77:25
85:2,6
**sides** 40:23 48:4
57:16 58:8
77:18
**sign** 91:3
**signature** 3:4
91:1 92:1
93:20 95:4
**signed** 1:19
**significant** 31:1
75:2
**significantly**
23:5
**signing** 92:2
**similar** 53:13
68:16
**Similarly** 16:12
**simply** 15:21
16:15
**single** 36:17
37:20 88:19
**single-member**
18:25 19:4
34:11,15 35:22
36:6 38:6,17
46:8 85:13,17
86:2,5,9 88:4,8
88:13
**single-membe...**
34:18,25 35:9
35:18 37:1,9
37:24
**sit** 36:24
**site** 3:10 9:19
11:4,11,15
24:8,12,14
25:8 44:23
47:14 50:12

53:8 60:10,24
60:24 61:4
64:4,8,12
**sites** 8:11 11:1,3
11:18,21,24
12:3,7,20,23
32:24 47:18,21
48:11 60:13,15
61:17 64:20,22
85:1,9
**slates** 67:2
**slating** 66:24,25
67:9,13
**small** 40:17
**smaller** 85:16
**SMU** 17:9
**so-called** 38:25
39:20 62:6
**social** 85:21
**socioeconomic**
26:24 43:14,23
56:1 58:17,22
58:24 69:25
**somebody** 19:7
**sorry** 10:11
41:17,19 67:4
81:13 87:2,6
88:4,12
**sounds** 14:8
45:14,19 80:4
80:14
**source** 86:8,12
**sources** 35:17
**south** 17:7,17
40:23 41:25
48:4,9 49:2
50:21 51:6,25
52:14,21,25
53:16 54:6,9
54:16,25 56:10
57:16 58:8,14
58:23 62:4,8
62:12 63:1,4
66:10
**south-side** 41:9

43:1 53:21
60:2
**Southern** 1:1
5:9 93:2
**southernmost**
62:17
**span** 48:24
**speak** 7:25 14:17
**speaking** 22:20
**special** 72:18
73:1 74:4
**specialized**
72:18 73:24
74:4,6
**specific** 43:7
72:22,24 73:1
75:14,14 78:25
79:12 81:5
86:12 88:9
89:17
**specifically** 5:20
11:1 70:13
76:6,12 77:15
**specifics** 24:2
**spend** 16:19
28:1
**spending** 73:11
**spread** 73:18
**spreads** 72:12
**spring** 1:6,17
3:20 4:11,16
4:20 5:7 8:8
12:8,15,16,19
12:21,23 13:1
13:1 16:7,13
16:22 17:2
18:11,17,19,20
18:24 20:24
28:19 32:20
35:19 39:23
45:6,6,16,16
47:4 48:1,1,9,9
48:23,24 51:1
51:2,17,23
52:1,5,6,8,13
52:15,20 54:17
54:18 61:7

62:3,17 63:10
63:11 70:9
82:23 93:6
**squares** 55:15
**staff** 77:3,4
**staffing** 73:7,10
73:12 74:15,19
75:17
**staggered** 47:8
**stand** 37:5
**standard** 25:15
**standards** 39:25
71:6
**stands** 86:13
**start** 9:24 10:9
15:1 57:3
73:15
**started** 17:25
18:12,17
**starting** 69:22
**starts** 75:19
**state** 1:17 4:7
9:8 10:6,8
20:10,11 27:21
28:4,9 68:10
75:9 92:8,19
93:12
**stated** 1:19
80:21 87:1
**statement** 12:15
34:6 85:13,19
85:22
**States** 1:1 5:9
59:10 93:1
**stating** 46:16
**Station** 17:21
**stationed** 17:5
**statistically** 31:1
**status** 26:5
**steady** 49:9
**stipend** 74:12
**stone's** 56:9
**stop** 14:22
**straight** 20:22
**Stratford** 50:22
54:19
**street** 51:9 55:19

**strength** 6:4
87:25 89:2
**strong** 86:15
**struggling** 75:8
**student** 3:20
8:23 20:1
23:16,17 24:18
25:15,18 26:1
29:19 40:23
41:8 45:17
70:10,14,15
71:18,20 72:6
72:12 73:15
74:12,12 75:4
**student-teacher**
72:20
**students** 23:9,11
23:12 24:15,23
24:24,24,25
25:4,9,25 26:5
26:9,10,25
27:7,8,12,22
28:12 29:21
42:21 43:4,7
43:15,22 44:12
45:8,11 46:2,5
48:8 49:4,9
50:20,25 51:1
51:5 52:1,12
52:16,20,25
53:20 54:9,15
54:16,24 55:7
55:13 56:8,13
58:4 71:2 72:3
72:10,12,13
73:17,18
**subdivision**
52:24
**subdivisions**
57:12
**subject** 27:15
56:16,21 57:10
75:14 80:2
81:21
**submitted** 93:18
**subscribed**
92:13

**substantially**
39:1 52:9,15
**subtle** 67:18
**sued** 19:7,7
77:25 82:2
**sufficient** 35:8
**sufficiently**
33:13,23
**suggestion** 79:16
**Suite** 2:5,10
**superintendent**
7:2,7 76:2
**supplemental**
27:24
**support** 33:25
43:23 60:18,19
75:14 86:16
88:14
**supported** 83:24
84:1
**supporting**
83:11 88:18
**supportive**
76:15 79:2,2
**supports** 43:11
69:23 75:12
**Supreme** 59:11
**sure** 7:19,20
8:17 10:16,22
12:10 17:25
23:23 41:1
42:23 57:7
72:17 79:21
87:4
**surnames** 28:25
29:1,3
**Survey** 68:20
69:16
**suspect** 76:22
**switch** 47:9
77:19
**sworn** 1:15 4:2
5:4 93:14
**system** 6:3 36:1
37:13 38:20
42:5 75:16
78:15 80:25

82:6 86:16
87:21 89:1
**systems** 9:8 38:8
86:21 87:12

**T**

**T** 4:3 92:8
**tabbing** 57:3
**take** 6:11 14:23
41:18 44:3,5
48:19 55:8
80:12
**taken** 1:15 14:9
18:2 55:25
56:4 94:3,11
**takes** 70:12
**talk** 7:21 14:16
76:5 77:16
79:13,19
**talked** 9:7 10:15
10:20 15:24
26:20 35:12
63:5 68:2,4
**talking** 5:14
14:18 16:5,9
16:17 22:16
39:8,12 77:17
**tax** 4:24 18:21
**TBA** 95:8
**technology**
10:20,21
**tell** 10:6 14:22
15:9,13 19:23
41:12 62:24
70:23
**telling** 26:14
32:16
**Templeton**
68:25 69:2,3
69:15
**term** 9:16 22:15
25:7 31:6
81:25
**terminology**
75:10
**terms** 23:15 24:3
47:8 79:17,23

**testified** 4:2 20:4
**testify** 6:20 7:9
13:16 14:11
45:21
**testifying** 7:23
19:21,24
**testimony** 5:4
13:17 14:1
15:8 21:10
70:20 93:16
94:2
**Texas** 1:2,17,18
1:18 2:5,5,10
5:10 9:8 16:23
17:9,12,20,21
18:1 20:10,11
27:21 77:25
87:23 88:6,10
92:19 93:2,12
**thank** 10:12
51:21 68:1
90:8,9,10
**Thanks** 44:8
67:24
**theory** 55:3,6
**therefor** 95:5
**thing** 10:24
12:18 73:3
**things** 8:12 14:9
68:7 69:11,24
72:20
**think** 7:1 14:24
15:13 26:15,17
41:20 62:10
79:15
**third** 74:3
**Thompson** 8:14
8:25 9:1
**Thornwood**
54:20
**thought** 21:17
**thousand** 63:25
**three** 34:22,22
34:25 35:9,18
45:15 46:8
**threshold** 71:7
74:10

throw 56:9
tied 8:20 69:25
    77:19,23 78:10
time 13:15 14:17
    15:17,21 16:12
    16:12 18:3,3
    22:1 24:4
    26:21 35:4
    42:16 47:7,24
    59:20 66:2
    77:23 78:11
    80:11 90:3,4,6
    93:23 94:2
times 13:13
title 21:15 27:9
    27:13,18,19
    28:3 69:2
    70:19,21,23
    71:1,6,7,22,25
titled 5:7 30:5
    70:9
today 5:3 6:13
    6:18 7:5,13,21
    7:23 15:7
    36:24 89:19
token 14:23
told 13:15 44:1
    75:5 89:20,22
Tomball 18:15
top 10:3 25:23
    27:11
topic 21:16 87:4
    87:7,10
topics 6:21 7:8
    7:15,16 8:22
    13:16 45:20
    80:19
total 23:15,19,20
    24:3 26:1
    40:14
touch 11:18
track 32:1 69:9
tracked 74:5
tracks 46:1
traditional
    73:25
transcript 14:1

93:15,18 95:9
translates 59:3
transportation
    64:17
TRCP 94:14
    95:1
trend 26:11
trends 69:19
    75:20
tried 7:16
trouble 80:5
trucking 43:25
    44:4
true 12:11,12,13
    12:15,18 34:6
    50:18,19 53:13
    81:10 83:3
    84:5,6,13,21
    89:5,15 92:2
    93:16
trustee 3:19 29:9
    33:7,15 65:19
    66:22 67:7,14
    67:17 83:23
trustees 5:21 6:3
    9:10 16:14,17
    18:25 19:3
    42:5 77:13
    78:21 79:4,6,8
    82:1 85:15
    89:1
truth 82:18
try 14:16,20
    15:11 41:10
trying 48:19
    79:25
turn 10:1 21:22
    80:7
turning 9:24
turnout 85:10
twice 23:12
two 16:19 26:12
    27:11 50:20
    72:1
two-thirds 62:9
type 10:24 11:11
    49:10 78:8

typed 13:25
types 9:7 76:13
typing 13:23

──────────
U
──────────
uh-huh 6:8 14:8
    16:6 44:9
    48:16 51:18
    66:9 73:16,20
ultimately 76:18
underlying
    85:25
underreprese...
    5:20
understand 4:13
    5:3,11,23 6:2
    6:18 13:21
    14:3 15:6,10
    15:12,14 19:9
    29:4 31:15
    35:15 40:2
    68:21 69:14
    71:13 88:2
    89:24
understanding
    5:16,18 8:18
    10:23 34:14
    59:25 78:22
    79:18,22
understands
    35:25 40:3
understood 7:17
    15:17 21:10
    89:19
undertake 34:4
    78:13
undertaken
    32:17
undertaking
    69:15
unit 74:20
United 1:1 5:9
    59:10 93:1
University 17:20
untangle 14:18
upcoming 9:20
use 15:25 22:15

36:1 39:7,12
    48:14,21 50:1
uses 25:8

──────────
V
──────────
V 1:5 93:5
Valley 32:21
    39:23 51:17,23
    52:5,8,13 63:2
varies 44:16
various 7:16
    33:15 65:21
    77:15 88:5
variously 16:7
vary 40:13 57:22
    58:7 60:2
vast 54:14,24
verification
    27:16
verify 26:18
    42:3 52:4
version 27:19
    39:10
versus 5:7 43:7
    59:11
view 17:23
Villa 16:23
Village 11:22
    32:19,20,20,21
    32:21 39:21,22
    39:22,22,23,23
    51:17,17,23,24
    52:5,5,8,9,14
    52:14 54:12
    62:15,22 63:6
    63:13 66:19
villages 39:1,3
    39:21 40:3,7
    40:13,17,21
    41:6,15,22
    42:7,12 51:14
    57:18,22 59:3
    59:6,9,16
violates 80:25
    81:18
Virginia 1:3
    4:10 5:7,19

16:3 17:6 30:9
    30:18 93:4
virtually 22:12
visioning 20:23
    21:17
visit 80:19
voiced 86:9
volume 79:24
Voss 62:10
vote 31:9 33:13
    33:23 63:19
    65:11 85:2,2
    87:16
voted 63:18
voter 31:8,8
    85:10
voters 8:11
    11:10 22:1
    23:8 31:9,11
    32:3 38:8,19
    45:23,25 48:8
    54:14,24 70:3
    81:19 83:11,13
    83:24 84:1
    85:1,5 87:25
    88:20
voters' 33:14,24
    81:1 88:10
votes 31:9 63:24
    63:25,25
voting 5:24 6:4
    11:8 12:20,24
    31:2,20,23
    32:7,13,18,22
    33:1,6,19
    34:10,20 35:2
    35:8,19 45:22
    45:25 46:9
    60:6,10,15
    62:25 63:9,16
    63:22 64:6,22
    65:3,21 66:3
    66:14,17 70:2
    80:25 81:18
    82:15 84:18,25
    85:9 86:21
    87:12,15,24,25

89:1

**W**

**waiting** 78:16
  79:22
**want** 15:9 26:18
  26:22 42:3
  43:25 47:6,7
  57:1 71:12
  74:18 80:18
  87:16
**wanted** 78:5
**warranted** 11:11
**watch** 75:24
**way** 15:12 23:1
  25:7 31:8
  37:12 58:3
  62:9 83:9,15
**Wayne** 62:7
  66:5
**we'll** 11:18
  15:19 16:2,9
  44:4 79:13
**we're** 5:3,11
  10:8,25 11:4
  16:9 17:12
  22:16 32:15
  41:20 43:24
  44:2 58:10
  67:20 69:22
  80:1,8
**we've** 15:24 22:5
  43:19 57:19
  69:7,7 70:17
  75:11 76:4,5
**Web** 3:10 9:19
  24:8,12,14
  25:8 44:23
  50:12 53:8
**week** 10:2,7,9
  13:12,13 65:13
**weekends** 65:8
**went** 14:15 17:9
  17:20 18:15,17
  46:17 60:13
  64:13
**west** 60:18,19

61:20
**Westview** 62:21
  62:22
**white** 22:12 23:9
  23:10,12 24:24
  26:10 28:14
  29:11,14,20,25
  30:22 31:9
  33:12,22 40:6
  40:12 41:22
  42:1 43:1
  45:18 52:10,15
  52:24,25 54:10
  54:16,16 55:1
  56:7,10 83:11
  83:24,25 84:1
**willing** 46:24
**Wilson** 10:19
**Wirt** 54:5
**wish** 27:10
**witness** 1:15 3:2
  19:12,13 20:2
  61:13 90:9
  91:1 93:14,17
  93:19,20
**Woods** 12:8,15
  12:16 45:6
  63:10
**Woodway** 62:16
**word** 13:23,24
  41:1 81:12,15
**words** 14:12
**work** 89:22
**worked** 18:23
**working** 19:2
  56:25
**Worldwide**
  93:21
**Wouldn't** 59:5
**written** 35:5

**X**

**X** 4:3 28:12 92:8

**Y**

**yeah** 19:11
  48:13 54:22

61:17 79:21
**year** 8:20 11:9
  18:2,22 20:23
  46:25 47:2
  64:4 70:18
  71:5,5,8 77:14
  77:24
**years** 4:19 8:10
  9:2 17:2 18:13
  18:16 20:22
  22:9,11 23:4
  26:23 29:10,18
  31:24 47:1,8,9
  49:1 70:15
**Yesterday** 13:11

**Z**

**zone** 48:7 55:22
  56:16,21 57:10
  61:21 62:4,18
**zoned** 51:6,24
  53:20 54:5,9
  54:15 55:17
  56:9,10
**zones** 44:24,25
  49:11,14,20
  50:1,5,11,16
  50:20,22 53:9
  56:3,5,6,7
  61:20 63:11
**zoning** 57:17
  59:2

**0**

**00822700** 95:8
**01:19:22** 93:25

**1**

**1** 3:8 6:10,14
  44:20
**1-31-2023** 94:21
  95:15
**10** 8:10 29:10,18
  39:3,6
**10-year** 3:20
  70:10 83:10
**10:24** 44:10

**10:32** 44:10
**1050** 1:18
**11:23** 80:17
**11:31** 80:17
**11:45** 1:16 90:13
**115** 63:1
**1400** 2:5
**1507** 16:22
**1700** 2:10
**18** 10:1
**19** 9:25
**1954** 59:10,16
**1955** 59:10,16
**1980s** 49:20 50:6
**1986** 17:8,15
**1990** 17:21
**1992** 20:14

**2**

**2** 3:9 24:7,9,22
  25:3,24
**20** 9:18 13:18
  23:4 26:23
**20-'21** 20:23
**2010** 3:11 29:24
  30:5
**2011** 46:15,20
  60:9 67:17
  77:10 83:10
**2012** 47:23
  49:23,25 60:12
  65:25 66:14,17
**2015** 30:8 31:3
**2018** 30:12
**2019** 30:15
**2019-2020** 71:17
**2020** 8:15,24 9:5
  37:16 68:19
  69:15 77:22
  78:11,17
**2021** 1:12,16
  3:11 9:18 21:3
  24:20 29:25
  30:5,18 31:3
  60:8 63:8,23
  64:23 65:25
  67:17 77:10

83:10,24 93:10
**2022** 9:13,15
  63:16 92:15
  93:19,22 95:3
**203** 94:14 95:1
**203.3** 95:10
**20th** 6:12
**21** 17:2
**214** 2:11
**228-6601** 2:6
**24** 3:9
**25** 74:18
**26** 47:21 60:13
**27** 24:23
**28** 1:12,16 93:10

**3**

**3** 3:11 9:21
  18:16 20:14
  30:2,4 47:8
**30** 3:11 4:19
  22:9 74:18
**300** 2:10
**38** 87:4,7
**39** 3:12

**4**

**4** 3:3,12 39:16
  39:18 47:9
  51:10,13
**4:21-CV-01997**
  1:5 5:6 93:5
**400** 64:1
**42** 45:18
**44** 3:14
**45** 71:4,10
**48** 82:22

**5**

**5** 3:14 18:13
  24:25 44:19,21
  49:14 50:15
  51:12,23 53:8
  55:20 61:18,24
  62:24
**5,000** 11:10
  63:24

| | |
|---|---|
| **5:00** 10:1 | 72:6 75:4 |
| **50** 3:15 27:4,4 | **9:34** 1:16 |
| 27:17 71:5,11 | **92** 3:4 |
| **500** 64:1 | **93** 3:5 |
| **52** 45:18 | **94** 40:7,13 |
| **53** 3:17 84:8 | **955** 18:9 |
| **544-4000** 2:11 | |
| **58** 25:3,9 26:1 | |
| 84:16 | |
| **59** 24:22 25:25 | |
| **6** | |
| **6** 3:8,15 31:24 | |
| 50:8,10,15 | |
| 53:8 | |
| **65** 3:18 | |
| **67** 40:7,13 | |
| **7** | |
| **7** 3:17 10:10,11 | |
| 24:24 44:12 | |
| 53:4,6,9 54:3 | |
| 60:14 | |
| **70** 3:20 | |
| **70024** 92:25 | |
| 95:18 | |
| **713** 2:6 | |
| **717** 2:5 | |
| **75** 85:12 86:18 | |
| 86:25 | |
| **75069** 2:10 | |
| **76** 88:24 | |
| **77002** 2:5 | |
| **77055** 16:23 | |
| **7761** 94:20 | |
| 95:15 | |
| **79** 89:8 | |
| **798** 70:9 | |
| **8** | |
| **8** 3:18 65:12,17 | |
| 81:24 | |
| **87** 45:11 | |
| **9** | |
| **9** 3:20 70:5,7,8 | |
| 70:22 71:25 | |

**IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF TEXAS HOUSTON
DIVISION**

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:21-CV-01997 |
| SPRING BRANCH INDEPENDENT | § | |
| SCHOOL DISTRICT, *ET AL.*, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |

**NOTICE OF ORAL DEPOSITION**

Pursuant to FED. R. CIV. P. 30(b)(6), Plaintiff will take the oral deposition of the corporate representative(s) of Defendant Spring Branch Independent School District ("SBISD"), on **Monday, December 20, 2021 at 9:00 a.m.** The examination will continue from day-to-day until completed at the offices of Thompson & Horton LLP, 3200 Southwest Freeway, Suite 200, Houston, Texas 77027, or at Defendants' option, at the offices of Blank Rome LLP, 717 Texas Avenue, Suite 1400, Houston, Texas 77002, and may cover the topics identified in Exhibit "A" hereto. SBISD must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf; and it may set out the matters on which each person designated will testify. The persons designated must testify about information known or reasonably available to the organization. Counsel for Plaintiff is available to confer in good faith about the matters for examination.

The deposition will be transcribed by a certified shorthand reporter and may be videotaped. All parties are invited to attend and examine the witness as permitted by the Federal Rules of Civil Procedure.

1

**SBISD**

**1**

28-Dec-2021

**EXHIBIT "A"**

**DEFINITIONS**

1.      "Person" means the plural as well as the singular and includes any natural person or business, legal or governmental entity or association.

2.      "Plaintiff" means Plaintiff Virginia Elizondo named in the document titled "Plaintiff's First Amended Complaint" (Dkt.#2 in the case styled *Elizondo v. Spring Branch Independent School District, et al.*), the party's abbreviated name, a pronoun referring to the party, and, where applicable, her employees, partners, or agents acting or purporting to act on her behalf with respect to any of the subjects identified in this Deposition Notice.

3.      "Defendants" means Spring Branch Independent School District, each of its Trustees in their official capacities, and all representatives, employees, agents, or officers of those designated in the caption of this cause acting or purporting to act on their behalf with respect to any matter inquired about in these Requests for Production.

4.      "You" or "your" or "yours" means Defendant SBISD and each of its Trustees in their official capacities, their members, attorneys, agents, representatives, and where applicable, SBISD officers, directors, employees, partners, corporate parent, subsidiaries, or affiliates acting or purporting to act on their behalf with respect to any matter inquired about in the Requests for Production, or any person on their behalf.

5.      The term "Lawsuit" means the case styled *Elizondo v. SBISD, et al*, Cause No. 4:21-CV-01997, in the United States District Court for the Southern District of Texas, Houston Division.

6.      The term "Complaint" means the Plaintiff's First Amended Complaint, in the case styled the case styled *Elizondo v. SBISD, et al*, Cause No. 4:21-CV-01997, in the United States District Court for the Southern District of Texas, Houston Division.

7.      Any reference to an individual person, either singularly or as part of a defined group, includes, where applicable, that person's past and present agents, legal representatives, non-legal representatives, personal representatives, attorneys, employees, heirs, successors, and assigns, and also includes individuals and entities who act, have acted, purport to act, or have purported to act on behalf of such individual person.

8.      The singular includes the plural and vice versa.

9.      The masculine gender includes the feminine and vice versa.

10.     All other terms are to be interpreted in accordance with their normal usage in the English language.

<u>EXAMINATION TOPICS</u>

1. The claims and factual allegations in the Complaint and Defendants' Original Answer to Plaintiff's First Amended Complaint.

2. Whether there is any past history of official discrimination in SBISD, the City of Houston, the Cities of Hunters Creek Village, Piney Point Village, Bunker Hill Village, Hedwig Village, the Spring Valley Village, Hilshire Village, Harris County, or the State of Texas, concerning the right of the members of a minority group to register, to vote, or otherwise participate in the democratic process, and any SBISD investigation into and knowledge about whether any such history exists. The term "past history of official discrimination" refers to any prior official customs, policies or practices of a government entity adversely affecting the rights of any minority group members.

3. Whether past voting in the elections of SBISD, the City of Houston, the Cities of Hunters Creek Village, Piney Point Village, Bunker Hill Village, Hedwig Village, the City of Spring Valley Village, Hilshire Village, Harris County, or the State of Texas has been racially or ethnically polarized, and any SBISD investigation into and knowledge about whether any such polarization has existed. The term "racially polarized" means that there is a consistent relationship between the race or ethnicity of the voter and the way in which the voter votes and that white voters and minority voters vote differently.

4. The process by which SBISD has chosen to use election precincts based upon middle school attendance zones during the period from 2011-2021, and the rationale for that decision.

5. The process by which SBISD has chosen early voting locations and the rationale for those decisions during the period from 2011-2021.

6. The extent to which SBISD trustee elections have involved formal or informal candidate slating processes during the period from 2011-2021 and any SBISD investigation into and knowledge about any such processes.

7. The extent to which past SBISD trustee elections during the period from 2011-2021 have involved any overt or subtle racial or ethnic appeals, and any SBISD investigation into and knowledge about any such appeals. The term "overt or subtle racial or ethnic appeals" means communications that tend to disparage a political candidate on the basis of his or her membership in an identifiable racial or ethnic group.

8. All investigations conducted by SBISD to determine whether any Hispanics, Latinos, or Mexican-Americans have ever been elected to public office in SBISD.

9. All investigations by SBISD to determine whether any African Americans have ever been elected to public office in SBISD.

10. All investigations by SBISD to determine whether any residents of Asian American heritage have ever been elected to public office in SBISD.

11. The results of SBISD trustee elections from 2011-2021.

12. The contents of demographic data from the 2020 Census and American Community Survey regarding the ethnicity and races of voters within SBISD and any SBISD investigation into and knowledge about that data.

13. The current Citizenship Voting Age Population of voters in SBISD, the race and ethnicity of all such voters, and any SBISD investigation into and knowledge about that data.

2

14.     SBISD investigations into and knowledge about socio-economic disparities existing between Anglo and minority students in SBISD for the period 2011-2021.

15.     All complaints SBISD has received about alleged instances of  racial or ethnic discrimination affecting students, residents or employees within SBISD, and SBISD investigations into and knowledge about any such complaints of alleged racial or ethnic discrimination.

16.     The processes by which SBISD has developed and established its student school attendance zones, including the racial, ethnic and socio-economic characteristics of each such attendance zone and the rationale for each such zone.

17.     The most recent available State mandated academic assessment results on a per school basis for each SBISD campus.

18.     The most recent available data about SBISD expenditures on a per-student basis for Title I and non-Title I schools in SBISD, excluding Title I funds

19.     The racial and ethnic composition of the students on each SBISD campus during the period from 2011-2021.

20.     The racial and ethnic composition of the teachers, administrative staff and employees on each SBISD campus during the period from 2011-2021.

21.     The racial and ethnic composition of SBISD employees who are neither teachers nor administrators for SBISD during the period from 2011-2021.

22.     The racial and ethnic composition of all SBISD employees working at The Wayne F. Schaper, Sr., Leadership Center during the period from 2011-2021.

23.     The racial and ethnic composition of district-wide SBISD administrative staff during the period from 2011-2021.

24.     The racial and ethnic composition of certified peace officers in the SBISD police department during the period from 2011-2021.

25.     The provision and assessment of bilingual educational services to SBISD students during the period from 2011-2021, including any analyses of the success or lack of success of such programming.

26.     How and the extent to which SBISD has implemented the use of deputy student registrars allowed by TEX. ELEC. CODE §13.046 during the period from 2011-2021.

27.     All communications received by SBISD or published by SBISD during the period from 2011-2021 concerning whether or not SBISD should change its method of electing school board trustees.

28.     Any investigation that SBISD has conducted during the period from 2011-2021 concerning whether or not SBISD should change its method of electing school board trustees.

29.     All communications exchanged by, between, among, or sent by or received from a SBISD trustee with any other person concerning changing SBISD's method of electing school board trustees, during the period 2011-2021.

30.     The factual basis for the allegation in paragraph 3 of Defendants' answer (Dkt. #8) which states, "Defendants ... deny that the District's election system violates the Voting Rights Act or has denied minority voters any right protected by the Voting Rights Act," including any investigation and analysis that SBISD claims supports that allegation.

31.     The factual basis for the allegation in paragraph 8 of Defendants' answer (Dkt. #8) which states, "The Defendants deny that the at-large system was the reason for [Plaintiff's] losses..[in SBISD elections]," including any investigation or analysis that SBISD claims supports that allegation.

32.     The factual basis for the allegation in Defendants' answer (Dkt. #8) that voting in SBISD school board trustee elections has not involved a pattern of racially-polarized voting, including any investigation or analysis that SBISD claims supports that allegation.

33.     The factual basis for SBISD's allegation in paragraph 48 of its answer (Dkt. #8) which states, "the Defendants deny that SBISD's neighborhoods evidence a history of residential segregation and racial conflict," including any investigation or analysis that SBISD claims supports that allegation.

34.     Whether in SBISD school board trustee elections during the period 2011-2021 the majority of its Anglo voters supported different candidates than did the majority of its Hispanic and African-American voters.

35.     Whether in the most recent SBISD school board trustee election the majority of Anglo voters supporting the Anglo candidate and that amount exceeded the number of Anglo voters who supported Plaintiff.

36.     The factual basis for the allegation in paragraph 53 of Defendants' answer (Dkt. #8) which states, "the Defendants deny that elections in SBISD are deeply racially polarized," including any investigation or analysis that SBISD claims supports that allegation.

37.     The factual basis for the allegation in paragraph 58 of Defendants' answer (Dkt. #8) which states, "the Defendants affirmatively state that the District has not enacted any barriers to voting," including any investigation or analysis that SBISD claims supports that allegation.

38.     The factual basis for, investigation of and any analyses on which SBISD purports to rely in support of the allegations in paragraph 75 of Defendants' answer (Dkt. #8) which states, "single-member districts can promote the Balkanization of a school district, by electing trustees who are only focused on the interests of the constituents of their smaller single-member district, and not necessarily on the overall good of the school district. The Defendants assert that there are sound non-race-based policy reasons for maintaining at-large voting systems."

39.     The factual basis for, investigation of and any analyses on which SBISD purports to rely in support of the allegation in paragraph 76 of Defendants' answer (Dkt. #8) which states, "Defendants specifically deny that the District's electoral system dilutes the voting strength of racial or language minorities."

40.     The factual basis for, investigation of and any analyses on which SBISD purports to rely in support of the allegation in paragraph 79 of Defendants' answer (Dkt. #8) which states, "the Defendants specifically deny that anything the District has done gives the Latino community or any other minority citizens less of an opportunity to participate in the political process."

41.     Whether SBISD received or is aware of any citizen complaints concerning the manner in which it conducted school board trustee elections during the period from 2011-2021.

42.     Whether SBISD has received any complaints of disparate disciplinary treatment of minority students during the period from 2011-2021 and any investigations or analyses of the merits of any such complaints.



**Spring Branch Independent School District**
Inspiring minds. Shaping lives.

## There's so much to be proud of in SBISD!

We believe a great school system:

*Builds* on the strengths and gifts of Every Child;

*Provides* students from poverty the same opportunity for success after high school as students from non-poverty homes;

*Instills* in Every Child the belief that they can achieve more than they think possible; and,

*Ensures* that every adult in the system is committed to the successful completion of some form of higher education for Every Child.

Learn more:

## www.springbranchisd.com

955 Campbell Road, Houston, Texas 77024
713.464.1511

# Our Values


**Every Child**

### Every Child
We put students at the heart of everything we do.
- Every child. Every day. Every minute. Every way.
- What's Best for the Child Drives the Decision
- Infinite Possibilites Through Education


**Collective Greatness**

### Collective Greatness
We, as a community, leverage our individual strengths to reach challenging goals.
- Surpass Expectations
- Everyone's Work Matters
- Diversity Makes Us Stronger


**Collaborative Spirit**

### Collaborative Spirit
We believe in each other and find joy in our work.
- Each of Us is Committed to All of Us
- Together We're Better
- Assume the Best


**Limitless Curiosity**

### Limitless Curiosity
We never stop learning and growing.
- Empowered to Innovate
- Tenaciously Embrace Challenges
- Unleashed Potential

**Moral Compass**

### Moral Compass
We are guided by strong character, ethics and integrity.
- Personal Responsibility
- Kindness and Mutual Respect
- Trustworthiness

# Our Priorities
We're focusing on literacy, numeracy, social-emotional learning, career and technical education (CTE) and digital expansion.

## Our District

  

**33,536** Students enrolled   **47** Schools   **70+** Languages spoken

Diversity makes us stronger. #CollectiveGreatness
As of 10-12-21

## Our Students



- 1,694 Pre-K
- 13,979 Elementary
- 7,499 Middle
- 10,051 High

## Our Bond
We've had a strong start to the 2021-22 school year. We welcomed students back to two newly-rebuilt campuses, Hunters Creek Elementary School and Landrum Middle School. These projects and other rebuilds and facilities upgrades are possible because of voter support for our **$898 million** 2017 Bond program.

springbranchisd.com/bond

## Demographics

 **58%**  **37%**

58% Economically Disadvantaged

37% English Learners
As of PEIMS 2020-21



- 59% Hispanic
- 27% White
- 7% Asian
- 5% African American
- 2% Other



2010 – 2021 List/Names of all Candidates

| Year | Trustee Position | Name of Candidate |
|------|------------------|-------------------|
| 2010 | 5<br>6<br><br>7 | Bob Stevenson<br>Pam Goodson<br>Susan Mathews<br>Mike Falick |
| 2011 | 1<br><br>2 | Wayne F. Schaper, Sr.<br>Michael Hawkins<br>Mary Grace Landrum |
| 2012 | 2 (2yrs. Unexpired term)<br><br>3<br><br><br>4 | Kelly Tronzo<br>Chris Gonzalez<br>Katherine L. Dawson<br>Kay Overly Peeples<br>Eric Charles Waligura<br>Chris Vierra |
| 2013 | 5<br>6<br>7 | Bob Stevenson<br>Pam Goodson<br>John Buchanan<br>Karen Peck |
| 2014 | Election Cancelled | |
| 2015 | 3<br><br>4 | Katherine L. Dawson<br>Craig Adams<br>Virginia Elizondo<br>Chris Vierra |
| 2016 | 5<br><br>6<br>7 | J. Carter Breed<br>Julie Jaehne<br>Pam Goodson<br>Karen Peck |
| 2017 | 1<br>2 | Josef D. Klam<br>Mary Curry Mettenbrink<br>Chris Gonzalez |
| 2018 | 3<br><br>4 | Minda Caesar<br>Noel Lezama<br>Chris Vierra |
| 2019 | 5<br><br>6<br>7 | David E. Lopez<br>J. Carter Breed<br>Pam Goodson<br>Karen Peck |
| 2020 | Election Cancelled | |
| 2021 | 3<br>4 | Minda Caesar<br>Christopher Earnest<br>Virginia Elizondo |


SBISD
3
28-Dec-2021
M. Schneider, CSR, RPR



SBISD

**4**

28-Dec-2021
M. Schneider, CSP, RPS



SBISD000001



**Key**

| | | | |
|---|---|---|---|
| 012 | Academy of Choice | 113 | Shadow Oaks Elementary |
| 131 | Bear Blvd. School | 119 | Sherwood Elementary |
| 101 | Bendwood Campus | STC | South Transition Campus |
| 102 | Buffalo Creek Elementary | 018 | Spring Branch Academic Institute |
| 102 | Bunker Hill Elementary | 988 | Spring Branch Agricultural Facility |
| 124 | Cedar Brook Elementary | 114 | Spring Branch Elementary |
| 048 | Cornerstone Academy | 043 | Spring Branch Middle |
| DAEP | District Alternative Education | 045 | Spring Forest Middle |
| ETC | East Transition Campus | 046 | Spring Oaks Middle |
| 103 | Edgewood Elementary | 120 | Spring Shadows Elementary |
| 104 | Frostwood Elementary | 044 | Spring Woods Middle |
| A | Guthrie Center | 003 | Spring Woods High School |
| 105 | Hollibrook Elementary | 006 | Stratford High School |
| 106 | Housman Elementary | | SBAI @ Stratford High School |
| 107 | Hunters Creek Elementary | D | Technology Training Center |
| 041 | Landrum Middle | 122 | Terrace Elementary |
| | KIPP Courage @ LMS | 123 | Thornwood Elementary |
| 130 | Lion Lane School | | SBAI @ Thornwood Elementary |
| 108 | Meadow Wood Elementary | 132 | Tiger Trail School |
| 109 | Memorial Drive Elementary | 115 | Treasure Forest Elementary |
| 042 | Memorial Middle | 115 | Valley Oaks Elementary |
| 001 | Memorial High School | E | Vines Science Center |
| B | Natatorium | F | Warehouse Complex |
| 047 | Northbrook High School | | (Central Warehouse, Purchasing, |
| | YES Prep @ NMS | | Child Nutrition Services, Maintenance, |
| 005 | YES Prep @ NHS | | SERS, Records Management, |
| 121 | Nottingham Elementary | | Textbook Services, Transportation) |
| 129 | Panda Path School | G | West Support Center |
| 112 | Pine Shadows Elementary | 015 | Westchester Academy for |
| 111 | Ridgecrest Elementary | | International Studies |
| 112 | Rummel Creek Elementary | 116 | Westwood Elementary |
| C | Schaper Leadership Center | 118 | Wilchester Elementary |
| | | 128 | Wildcat Way School |
| | | 117 | Woodview Elementary |

**2007 Bond Program Transition Sites** ●
**Pre-K Centers** ●
**Elementary Schools** ●
**Middle Schools** ●
**High Schools** ●
**Charter Schools** ●
**District Facilities** ●

☆ **SBISD Police Command Center**
9009 Ruland Road

Ⓣ **Tax Office**
8880 Westview Drive

● **Don Coleman Coliseum**
1050 Dairy Ashford

● **Tully Stadium**
1050 Dairy Ashford

● **Grob Stadium**
9000 Westview Drive

Ⓒ **Wayne F. Schaper, Sr.**
**Leadership Center**
SBISD Administration Building
955 Campbell Road

Ⓔ **Vines Science Center**
8856 Westview Drive

⑨⑧⑧ **Spring Branch Agricultural Facility**

**Revised 10-27-2021**



Revised 10-27-2021

### NOTICE OF SCHOOL TRUSTEE ELECTION
### SPRING BRANCH INDEPENDENT SCHOOL DISTRICT
### MAY 1, 2021

A general election shall be held for and within the Spring Branch Independent School District on May 1, 2021, between 7:00 a.m. and 7:00 p.m. The General Election is for the purpose of electing two trustees to the Board for regular three-year terms in Position Nos. 3 and 4.  The person elected to each Trustee Position shall be that candidate for each Position who receives the highest number of the votes cast for that Position. On Election Day, May 1, 2021, voters must vote in the precinct in which they are registered to vote.  SBISD precincts correspond with middle school attendance zones. Information concerning your voting precinct may be accessed on the District's website at www.springbranchisd.com.  The Election on May 1, 2021, will be held jointly with the City of Piney Point Village.  The City of Piney Point Village has cancelled their election.

<u>Early Voting</u>

Early voting will begin on April 19, 2021 and continue through April 27, 2021, and will be held at the following locations and times:

### Early Voting Locations
### April 19 – April 27, 2021

| | | |
|---|---|---|
| Wayne F. Schaper, Sr. Leadership Center | April 19 - April 23 | 7:00 am – 7:00 pm |
| 955 Campbell Rd. - Board Room | Saturday, April 24 | 8:00 am – 12:00 pm |
| Houston, TX 77024 | April 26 – April 27 | 7:00 am – 7:00 pm |
| | | |
| Don Coleman Community Coliseum | April 19 - April 23 | 7:00 am – 7:00 pm |
| 1050 Dairy Ashford – Home Dressing Room | Saturday, April 24 | 8:00 am – 12:00 pm |
| Houston, TX 77079 | April 26 – April 27 | 7:00 am – 7:00 pm |
| | | |
| Holy Cross Lutheran Church | April 19 – April 23 | 7:00 am – 7:00 pm |
| 7901 Westview – Youth Room | Saturday, April 24 | 8:00 am – 12:00 pm |
| Houston, TX 77055 | April 26 – April 27 | 7:00 am – 7:00 pm |
| | | |
| City of Piney Point Village | April 19 – April 23 | 8:00 am – 4:00 pm |
| 7676 Woodway Suite #300 | April 26 – April 27 | 7:00 am – 7:00 pm |
| Houston, TX 77063 | **(no voting at this location on Saturday)** | |



Spring Branch ISD
10 Year per Student Cost
General Fund

Actual - Mid Year by Fund by Campus/Org
County-District Number: 101920 District Name: SPRING BRANCH ISD
Title I Campuses

| Campus/Org | 2010 - 2011 | 2011-2012 | 2012-2013 | 2013-2014 | 2014-2015 | 2015-2016 | 2016-2017 | 2017-2018 | 2018-2019 | 2019-2020 | Unaudited 2020-2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 101920001 - MEMORIAL H S | $ 5,117.40 | $ 4,785.86 | $ 5,048.33 | $ 4,997.42 | $ 5,065.56 | $ 5,166.02 | $ 5,193.13 | $ 5,055.04 | $ 5,316.65 | $ 5,530.47 | $ 5,670.37 |
| 101920003 - SPRING WOODS H S | $ 6,180.16 | $ 5,325.81 | $ 5,305.45 | $ 5,493.85 | $ 5,599.29 | $ 5,598.40 | $ 5,908.68 | $ 5,965.77 | $ 6,128.11 | $ 6,548.32 | $ 7,052.09 |
| 101920005 - NORTHBROOK H S | $ 5,715.27 | $ 5,357.61 | $ 5,278.65 | $ 5,644.66 | $ 5,531.33 | $ 5,563.36 | $ 6,281.96 | $ 6,503.79 | $ 6,662.48 | $ 8,402.79 | $ 8,028.28 |
| 101920006 - STRATFORD H S | $ 5,840.32 | $ 5,381.87 | $ 5,038.94 | $ 5,612.28 | $ 5,662.73 | $ 5,284.36 | $ 5,417.91 | $ 5,512.35 | $ 5,729.96 | $ 5,875.23 | $ 5,880.79 |
| 101920014 - WESTCHESTER ACADEMY FOR INTERNATIONAL STU | $ 6,788.86 | $ 6,118.55 | $ 6,573.65 | $ 6,617.14 | $ 6,620.94 | $ 6,432.24 | $ 6,538.09 | $ 6,378.12 | $ 6,644.58 | $ 7,061.81 | $ 7,486.97 |
| 101920016 - ACADEMY OF CHOICE | $ - | $ - | $ 108,160.00 | $ 11,228.92 | $ 16,864.51 | $ 15,528.08 | $ 12,809.71 | $ 12,542.87 | $ 15,675.34 | $ 17,670.94 | $ - |
| 101920018 - SPRING BRANCH ACADEMIC INSTITUTE | $ - | $ - | $ - | $ - | $ - | $ 10,171.10 | $ 10,818.55 | $ 10,368.89 | $ 9,767.48 | $ 9,515.74 | $ 10,761.91 |
| 101920041 - LANDRUM MIDDLE | $ 6,951.10 | $ 5,924.51 | $ 5,495.11 | $ 6,083.53 | $ 6,331.27 | $ 6,778.48 | $ 6,763.71 | $ 6,900.19 | $ 6,938.34 | $ 7,609.98 | $ 8,388.48 |
| 101920042 - MEMORIAL MIDDLE | $ 4,916.38 | $ 4,329.47 | $ 4,490.50 | $ 4,326.72 | $ 4,549.93 | $ 4,605.73 | $ 4,724.51 | $ 4,920.87 | $ 5,172.58 | $ 5,255.09 | $ 5,462.39 |
| 101920043 - SPRING BRANCH MIDDLE | $ 5,330.31 | $ 4,600.90 | $ 5,014.66 | $ 4,963.52 | $ 5,045.44 | $ 5,222.80 | $ 5,452.68 | $ 5,321.79 | $ 5,569.07 | $ 5,431.02 | $ 5,709.38 |
| 101920045 - SPRING WOODS MIDDLE | $ 5,337.24 | $ 5,758.85 | $ 5,458.48 | $ 5,295.10 | $ 5,055.34 | $ 5,401.74 | $ 5,688.42 | $ 6,458.84 | $ 6,559.59 | $ 6,748.32 | $ 7,012.84 |
| 101920045 - SPRING FOREST MIDDLE | $ 6,125.01 | $ 5,508.49 | $ 5,398.67 | $ 5,919.96 | $ 5,807.17 | $ 5,968.53 | $ 6,157.76 | $ 5,768.82 | $ 6,086.98 | $ 6,129.99 | $ 6,504.75 |
| 101920046 - SPRING OAKS MIDDLE | $ 6,829.24 | $ 5,789.21 | $ 5,919.54 | $ 5,719.77 | $ 6,261.41 | $ 6,318.65 | $ 6,609.80 | $ 6,848.80 | $ 6,952.38 | $ 7,486.86 | $ 8,094.74 |
| 101920047 - NORTHBROOK MIDDLE | $ 7,228.27 | $ 6,185.27 | $ 6,287.26 | $ 6,936.48 | $ 6,886.36 | $ 8,205.83 | $ 7,384.76 | $ 7,507.45 | $ 7,356.67 | $ 8,310.07 | $ 8,868.37 |
| 101920048 - CORNERSTONE ACADEMY | $ 5,326.01 | $ 5,149.38 | $ 5,104.23 | $ 5,435.31 | $ 5,748.28 | $ 5,636.44 | $ 5,840.49 | $ 5,819.27 | $ 6,349.14 | $ 6,408.09 | $ 6,901.63 |
| 101920101 - BENDWOOD SCHOOL | $ 24,977.10 | $ 38,481.80 | $ 34,140.38 | $ 39,003.69 | $ 36,035.77 | $ 31,005.47 | $ 38,188.41 | $ 36,236.35 | $ 35,503.68 | $ 38,842.39 | $ 57,491.85 |
| 101920102 - BUNKER HILL EL | $ 5,415.55 | $ 4,189.22 | $ 4,323.94 | $ 4,468.95 | $ 4,774.21 | $ 4,799.22 | $ 5,121.13 | $ 5,233.51 | $ 5,414.06 | $ 5,779.69 | $ 5,484.27 |
| 101920103 - EDGEWOOD EL | $ 5,328.58 | $ 4,583.34 | $ 5,378.57 | $ 5,806.63 | $ 5,951.96 | $ 6,416.70 | $ 6,160.05 | $ 6,076.58 | $ 5,773.12 | $ 6,193.81 | $ 6,912.96 |
| 101920104 - FROSTWOOD EL | $ 4,749.16 | $ 4,224.94 | $ 4,467.58 | $ 4,717.86 | $ 4,831.07 | $ 5,052.61 | $ 5,098.20 | $ 5,138.47 | $ 5,278.88 | $ 5,252.28 | $ 5,948.20 |
| 101920105 - HOLLIBROOK EL | $ 5,326.46 | $ 4,614.28 | $ 5,179.66 | $ 5,026.71 | $ 5,018.74 | $ 5,352.23 | $ 5,628.81 | $ 5,539.92 | $ 5,460.29 | $ 5,560.95 | $ 6,427.81 |
| 101920106 - HOUSMAN EL | $ 6,220.93 | $ 5,421.89 | $ 5,279.68 | $ 5,917.82 | $ 6,233.76 | $ 6,454.20 | $ 6,127.60 | $ 6,508.23 | $ 6,346.11 | $ 7,054.17 | $ 6,814.75 |
| 101920107 - HUNTERS CREEK EL | $ 5,271.82 | $ 4,513.90 | $ 4,703.69 | $ 4,766.66 | $ 4,654.08 | $ 4,835.48 | $ 5,005.50 | $ 4,991.59 | $ 5,319.03 | $ 5,708.55 | $ 6,238.67 |
| 101920108 - MEADOW WOOD EL | $ 6,438.52 | $ 5,959.98 | $ 5,670.29 | $ 5,786.39 | $ 5,878.04 | $ 6,029.93 | $ 6,228.65 | $ 5,975.32 | $ 5,484.88 | $ 6,461.56 | $ 6,405.36 |
| 101920109 - MEMORIAL DRIVE EL | $ 5,814.89 | $ 5,296.94 | $ 5,731.98 | $ 5,565.76 | $ 5,787.36 | $ 6,343.13 | $ 5,973.32 | $ 5,843.30 | $ 6,055.08 | $ 6,428.81 | $ 6,662.64 |
| 101920110 - PINE SHADOWS EL | $ 4,958.22 | $ 4,894.84 | $ 5,327.62 | $ 5,407.00 | $ 5,150.41 | $ 5,704.29 | $ 6,008.44 | $ 5,876.32 | $ 5,837.44 | $ 6,171.16 | $ 6,334.63 |
| 101920111 - RIDGECREST EL | $ 5,099.80 | $ 4,768.72 | $ 4,944.84 | $ 4,887.75 | $ 5,350.81 | $ 5,568.51 | $ 5,644.81 | $ 5,885.30 | $ 5,888.62 | $ 6,106.46 | $ 6,853.24 |
| 101920112 - RUMMEL CREEK EL | $ 5,222.31 | $ 4,892.04 | $ 5,155.41 | $ 5,378.66 | $ 5,532.26 | $ 5,564.60 | $ 5,474.76 | $ 5,362.85 | $ 5,484.07 | $ 6,071.39 | $ 5,847.54 |
| 101920113 - SHADOW OAKS EL | $ 5,403.71 | $ 5,285.50 | $ 5,539.05 | $ 5,311.74 | $ 5,592.00 | $ 5,792.25 | $ 5,594.62 | $ 6,017.96 | $ 6,163.65 | $ 6,666.33 | $ 7,541.82 |
| 101920114 - SPRING BRANCH EL | $ 5,869.86 | $ 4,923.51 | $ 5,179.25 | $ 5,332.77 | $ 5,513.45 | $ 5,844.53 | $ 5,829.41 | $ 6,184.99 | $ 6,051.40 | $ 6,394.26 | $ 8,270.06 |
| 101920115 - VALLEY OAKS EL | $ 5,188.79 | $ 4,955.41 | $ 5,329.11 | $ 6,023.23 | $ 6,214.55 | $ 6,176.98 | $ 5,551.05 | $ 5,276.20 | $ 5,421.68 | $ 5,794.85 | $ 6,394.14 |
| 101920116 - WESTWOOD EL | $ 5,460.35 | $ 5,763.93 | $ 5,322.87 | $ 5,235.88 | $ 5,543.51 | $ 5,822.45 | $ 6,093.42 | $ 6,349.09 | $ 6,998.99 | $ 7,250.73 | $ 7,597.88 |
| 101920117 - WOODVIEW EL | $ 5,983.36 | $ 5,228.05 | $ 5,175.88 | $ 5,249.32 | $ 5,377.62 | $ 5,706.30 | $ 5,782.71 | $ 5,919.53 | $ 6,889.21 | $ 6,956.33 | $ 7,953.90 |
| 101920118 - WILCHESTER EL | $ 4,997.25 | $ 4,608.66 | $ 4,872.05 | $ 4,933.51 | $ 5,239.42 | $ 5,235.93 | $ 5,245.96 | $ 5,172.10 | $ 5,074.47 | $ 5,352.33 | $ 5,577.96 |
| 101920119 - SHERWOOD EL | $ 5,887.55 | $ 6,002.22 | $ 5,777.37 | $ 5,753.84 | $ 6,151.88 | $ 6,175.27 | $ 5,965.34 | $ 6,567.46 | $ 6,870.99 | $ 7,856.42 | $ 7,499.74 |
| 101920120 - SPRING SHADOWS EL | $ 5,461.98 | $ 5,328.22 | $ 4,843.09 | $ 4,688.15 | $ 5,510.28 | $ 5,536.12 | $ 5,337.91 | $ 5,542.10 | $ 6,223.64 | $ 6,045.48 | $ 7,027.48 |
| 101920121 - NOTTINGHAM EL | $ 5,280.07 | $ 4,928.79 | $ 4,428.56 | $ 5,711.68 | $ 6,341.98 | $ 5,842.71 | $ 5,663.10 | $ 5,889.63 | $ 6,176.34 | $ 5,710.53 | $ 6,420.66 |
| 101920122 - TERRACE EL | $ 6,145.47 | $ 5,835.26 | $ 5,995.45 | $ 5,380.95 | $ 6,326.78 | $ 6,592.92 | $ 7,161.46 | $ 7,043.58 | $ 7,399.10 | $ 8,581.26 | $ 8,329.92 |
| 101920123 - THORNWOOD EL | $ 8,222.88 | $ 5,138.93 | $ 5,317.16 | $ 5,357.81 | $ 6,470.80 | $ 6,079.62 | $ 6,075.47 | $ 6,596.06 | $ 6,598.81 | $ 7,325.26 | $ 7,837.44 |
| 101920124 - CEDAR BROOK EL | $ 4,333.30 | $ 5,453.05 | $ 5,027.32 | $ 5,071.11 | $ 5,367.57 | $ 5,343.72 | $ 5,597.75 | $ 6,009.31 | $ 6,381.67 | $ 6,882.83 | $ 7,441.96 |
| 101920125 - TREASURE FOREST EL | $ 5,290.56 | $ 4,762.24 | $ 4,660.90 | $ 4,837.72 | $ 5,252.64 | $ 5,004.82 | $ 5,796.50 | $ 5,998.78 | $ 5,568.12 | $ 7,410.36 | $ 7,982.76 |
| 101920126 - BUFFALO CREEK EL | $ 5,907.90 | $ 5,304.79 | $ 5,711.69 | $ 5,412.78 | $ 5,832.35 | $ 6,022.01 | $ 6,515.00 | $ 6,436.82 | $ 7,097.30 | $ 7,404.12 | $ 8,314.78 |
| 101920128 - THE WILDCAT WAY SCHOOL | $ 3,143.24 | $ 4,415.08 | $ 5,015.83 | $ 5,276.55 | $ 5,793.11 | $ 6,086.26 | $ 7,075.46 | $ 6,585.75 | $ 6,966.36 | $ 7,853.56 | $ 8,574.20 |
| 101920129 - THE PANDA PATH SCHOOL | $ 1,514.03 | $ 6,292.55 | $ 6,581.44 | $ 6,141.13 | $ 6,760.66 | $ 7,602.14 | $ 11,059.82 | $ 6,457.88 | $ 6,493.61 | $ 7,084.06 | $ 9,775.55 |
| 101920130 - THE LION LANE SCHOOL | $ 508.28 | $ 3,413.43 | $ 4,119.45 | $ 4,493.16 | $ 4,780.42 | $ 5,554.22 | $ 5,854.35 | $ 5,100.54 | $ 4,983.46 | $ 5,844.36 | $ 7,662.56 |
| 101920131 - THE BEAR BLVD SCHOOL | $ 694.71 | $ 3,974.74 | $ 4,405.92 | $ 4,193.20 | $ 4,878.57 | $ 4,810.06 | $ 4,853.43 | $ 4,870.68 | $ 5,031.10 | $ 5,025.11 | $ 7,301.43 |
| 101920132 - THE TIGER TRAIL SCHOOL | $ 438.25 | $ 4,706.33 | $ 5,110.42 | $ 4,351.85 | $ 5,010.61 | $ 5,550.30 | $ 5,486.96 | $ 4,988.27 | $ 4,850.53 | $ 4,997.11 | $ 6,737.51 |



SBISD
9
28-Dec-2021
M. Schneider C-06-488

SBISD000798