# EXHIBIT "E"

**EXHIBIT TO PLAINTIFF'S
MOTION TO COMPEL**

```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                     HOUSTON DIVISION
VIRGINIA ELIZONDO,            )
                             )
    Plaintiff,               )
                             )
VS.                          ) CIVIL ACTION
                             )
SPRING BRANCH INDEPENDENT     ) NO.: 4:21-CV-01997
SCHOOL DISTRICT, ET AL.,     )
                             )
    Defendants.              )


          ------------------------------------
                    ORAL DEPOSITION OF
                    CHRISTINA GONZALEZ
                    FEBRUARY 17, 2022
          ------------------------------------
```

    ORAL DEPOSITION OF CHRISTINA GONZALEZ, produced as
a witness at the instance of the PLAINTIFF, and duly
sworn, was taken in the above-styled and numbered
cause on February 17, 2022, from 2:01 p.m. to 3:25
p.m., before Annette Peltier, CSR, Texas Certified
Realtime Reporter, in and for the State of Texas,
reported by machine shorthand, at the SBISD Athletic
Complex, 1050 Dairy Ashford Street, Houston, Texas
77079, pursuant to the Federal Rules of Civil
Procedure and the provisions stated on the record or
attached hereto.

```
 1                    A P P E A R A N C E S
 2          (All appearing via Zoom videoconference)
 3
 4    FOR THE PLAINTIFF:
 5         MR. BARRY ABRAMS
           Blank Rome LLP
 6         717 Texas Avenue, Suite 1400
           Houston, Texas 77002
 7         713.228.6606
           BAbrams@BlankRome.com
 8
 9    FOR THE DEFENDANTS:
10         MR. LUCAS HENRY
           Abernathy Roeder Boyd Hullett
11         1700 N. Redbud Boulevard, Suite 300
           McKinney, Texas 75069-1210
12         214.544.4006
           LHenry@Abernathy-law.com
13
14    ALSO PRESENT:
15         Audrey Shakra, In-House Counsel
16
17
18
19
20
21
22
23
24
25
```

1                        Index
2                                              Page
3

Appearances...............................      2
4
Examination by Mr. Abrams................      4
5
Adjournment...............................     71
6
Errata Sheet..............................     72
7
Signature Page............................     73
8
Court Reporter's Certificate.............     74
9
                    * * No Exhibits * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                        CHRISTINA GONZALEZ,
 2    Having been first duly sworn, testified upon her oath
 3    as follows:
 4                        EXAMINATION
 5    BY MR. ABRAMS:
 6       Q.   Good afternoon.
 7       A.   Good afternoon.
 8       Q.   Simply for the record, will you introduce
 9    yourself and tell us your name?
10       A.   Sure.
11            My name is Christina Gonzalez.  I generally
12    go by Chris.  It's spelled C-H-R-I-S, G-O-N-Z-A-L-E-Z.
13       Q.   Ms. Gonzalez, my name is Barry Abrams.
14            We've met before, correct?
15       A.   Correct.
16       Q.   You understand I'm here as a lawyer on behalf
17    of Virginia Elizondo, who has filed a lawsuit against
18    the Spring Branch Independent School District and its
19    trustees in their official capacities only, including,
20    therefore, you.
21            Do you understand that?
22       A.   Yes, I understand that.
23       Q.   I'm going to call that "the lawsuit" for
24    shorthand today.
25            If I use that expression, will you know
```

1    what I'm talking about?

2        A.   I will.

3        Q.   Let me show you what was earlier marked as

4    Trustee Exhibit 1.  It's a copy of the deposition

5    notice for the deposition, and included in the

6    deposition was a request for documents on the very

7    last page, Exhibit A.

8             Did you make an attempt to collect the

9    documents that were requested?

10       A.   Yes, sir, we did.

11       Q.   And with respect to your personal electronic

12   devices, what, if anything, did you do?

13       A.   I handed my devices to the District.  So they

14   went through my text messages.  They went through my

15   e-mails.  I handed my district device, as well, to the

16   District; so they went through my district e-mail.

17   And then I handed them the log-in -- I logged in to my

18   gmail account.  There are a few e-mails that come into

19   that -- not many, but enough to make it worth letting

20   them also pull from there, based on the search terms.

21            They saved everything, and then I -- I

22   reviewed and moved them all over.

23       Q.   To the best of your knowledge, have you

24   provided to counsel, then, all of the documents that

25   seem to fall within the scope of paragraphs 1 and 2 of

 1     the document request?

 2         A.   Yes, I have.

 3         Q.   Were there any documents that were deleted or

 4     weren't turned over that you think, nevertheless, fall

 5     within the scope of the request?

 6         A.   No, sir.

 7         Q.   During the deposition, I'm going to refer to

 8     the Spring Branch Independent School District as "the

 9     district."

10         A.   Okay.

11         Q.   Is that -- is that all right?

12         A.   That's fine.

13         Q.   Similarly, I'm going to refer to the

14     Spring Branch Independent School District Board of

15     Trustees as "the board."

16              Is that okay?

17         A.   That's excellent.

18         Q.   What, if anything, have you done to prepare for

19     your deposition?

20         A.   Spoken with my lawyers, and...  trying to

21     figure out.

22         Q.   Did you review any records or documents in

23     preparation for your deposition?

24         A.   Good question.

25              I read through the materials, in particular

```
 1   this one (indicating), but I have not read the expert
 2   testimony or any of those pieces.
 3       Q.   Have you ever been deposed before?
 4       A.   No.
 5       Q.   Let's talk about the ground rules, then --
 6       A.   Okay.
 7       Q.   -- to make sure you understand the process.
 8                I'm sure your lawyers have given you a good
 9   explanation --
10       A.   Love to hear it again.
11       Q.   -- but I'd like to make sure on the record that
12   we're on the same page.
13                The nice lady who's seated to your left is
14   a court reporter.  She's taking down my questions and
15   your answers word for word.
16                Do you understand that?
17       A.   I do understand that.
18       Q.   Your testimony will be typed up in a booklet,
19   often called a transcript.  It will look a lot like
20   the script of a play.
21       A.   Excellent.
22       Q.   And that testimony can be used in the lawsuit.
23                Do you understand that?
24       A.   I do understand that.
25       Q.   Even though we're here in the informal
```

1  surroundings of the athletic facility next to Tully

2  Stadium, do you understand the testimony you're giving

3  is every bit as solemn and important as it would be if

4  you were giving it in court?

5      A.  Yes, I do.

6      Q.  It's important that you understand my

7  questions.  If I ask you a question you don't

8  understand, will you tell me?

9      A.  I will.  I'll ask you to repeat the question or

10 clarify the question.

11     Q.  Thank you, because I'll be happy to do so.

12          And for that reason, if you've answered one

13 of my questions, may I fairly assume you understood it

14 at the time?

15     A.  I think you can.

16     Q.  You've been doing a great job so far of

17 answering out loud.  It's important that both of us

18 speak with words rather than sounds like "uh-huh" or

19 "huh-uh" or --

20     A.  Or head nods?

21     Q.  -- or -- or gestures or nods of the head

22 because that's not what our court reporter takes down,

23 and I'm always enjoying to see how they take the

24 "uh-huh" or "huh-uh" down when I say we can't do that.

25 It's part of my perverse sense of humor.

```
 1              It's important that we speak one at a time
 2   because, again, our court reporter can only do her job
 3   well and painlessly if we wait until the other has
 4   stopped talking.
 5              If you'll give me the opportunity to get my
 6   question out before you start answering, I promise I
 7   will give you the opportunity to finish your answer.
 8      A.   Sounds like a good deal.
 9      Q.   If I ever inadvertently start talking before
10   you're finished, let me know, and I'll let you finish
11   and complete your answer, okay?
12      A.   I can agree to that.
13      Q.   We're not going to be here a long time.  We'll
14   probably take one break.
15              But if you need a break before we otherwise
16   call for a break, just tell me, and I'll be happy to
17   stop.  Okay?
18      A.   Will do.
19      Q.   Have you ever been a party to a lawsuit,
20   meaning have you ever sued somebody or been sued?
21      A.   I don't believe so.
22      Q.   Have you obtained any professional licenses or
23   certifications?
24      A.   Not specifically.  Graduate school, not a
25   license or certificate, digital marketing kind of
```

```
1    thing, nothing -- nothing...
2        Q.  Have you ever been charged and convicted of any
3    criminal offense, excluding any kind of traffic
4    offenses?
5        A.  No.
6        Q.  Where were you born and raised?
7        A.  I was born in Frankfurt, Germany.  I was raised
8    internationally and in Texas and in California.  I
9    grew up in the oil industry.
10            My dad, for the record, does not like
11   Houston; so he would live anywhere but Houston.
12       Q.  Okay.
13       A.  But I came to Houston after college.
14       Q.  Where did you graduate from high school?
15       A.  Bakersfield High School in Bakersfield,
16   California.
17       Q.  After graduating from high school, what did you
18   do next?
19       A.  Sure.
20            I attended Baylor University, four years
21   there, and then a job in The Woodlands brought me to
22   the Houston area.
23       Q.  When did you graduate from Baylor?
24            I have a lot of Baylor Bears in my family.
25       A.  Of course.
```

```
 1              1998.  That's right, yeah, '98.
 2      Q.  My recollection, from looking at some
 3   background information, is you had multiple degrees.
 4              What are your various degrees?
 5      A.  Sure.
 6              So I have a Bachelor of Arts in business
 7   and one in German from Baylor, and then I have an MBA
 8   from Rice University.
 9      Q.  When did you obtain your MBA from Rice?
10      A.  2005.
11      Q.  If you would, tell me about your -- when did
12   you come back to Houston?  Or you said The Woodlands?
13      A.  So it was in The Woodlands for -- I did some
14   work in business consulting with 401(k) plans.
15              Then I became a teacher here in the Houston
16   area, and then graduate school.  Spent one year in New
17   Hampshire, but found our way back to Houston to raise
18   our family.
19      Q.  And when -- what year was that?
20      A.  So the year after Rice, 2005.  That summer
21   until the summer of 2006 I was up in New Hampshire.
22      Q.  So you returned to Houston in '6?
23      A.  Yes.
24      Q.  Is that what you're telling me?
25      A.  I did.
```

1    Q.  And where did you move when you came back to --

2    A.  Sure.

3    Q.  -- town --

4    A.  When we came back to Houston, we lived in

5    Lindale Park there on the north side for, I think, two

6    years.  Then we found the home in Spring Branch.

7                I did not realize that the day we signed

8    our papers, I found out I was pregnant with my second

9    child, and so it worked out perfectly because we went

10   from this very small home built, I think, in, like,

11   1903, to this -- you know, what we thought was a big

12   house at the time --

13   Q.  And what --

14   A.  -- in Spring Branch.

15   Q.  -- year would that have been, again?

16   A.  So we went there in 2008.  We would have moved

17   here in April of 2008.

18   Q.  Your surname, Gonzalez, sounds Hispanic.

19             Are you Hispanic?

20   A.  I am not Hispanic.

21   Q.  Is your husband?

22   A.  My husband is.

23   Q.  And you've indicated you have two children.

24             What are their names and ages?

25   A.  So I actually have four children now.

1    **Q.  Ahh, I'm sorry.**

2    A.   That's okay.

3            My oldest is 15, Savannah; and then Jacob

4    is 13.  See if I can get these all right.  Sebastian

5    is 10, and Lucas is 7.

6    **Q.  Where have your children gone to school?**

7    A.   Sure.

8            So they all went to Pine Shadows

9    Elementary, which is our neighborhood school.  Two of

10   them are there currently.  Two of them attended KIPP

11   Courage at Landrum Middle School for middle school.

12   One is still there.

13           And then, Savannah transferred herself to

14   Stratford for high school, so she's a freshman next

15   door.

16   **Q.  If you would, describe your employment history**

17   **after you hit the -- hit The Woodlands.**

18   A.   Yeah.  So I became a teacher.  I taught at YES

19   Prep.

20           Back then, YES Prep was one school, so we

21   were in the east end -- actually, in portables on a

22   parking lot -- history teacher.  Taught for a couple

23   of years.

24           I thought, wow, this is just this

25   incredible experience, but I'm not meant to be -- you

1    know, how am I going to become this great teacher?  I

2    didn't know how to do that.

3              So I went back to -- what do people do?

4    They go to business school.

5              When I did business school, I thought, oh,

6    I'm done that with that.  I'll go work in the oil and

7    gas industry.

8              Spent, I think, four months there and

9    realized I just -- there was no -- I couldn't find any

10   energy in the space, right?  I mean, people who know

11   me know I'm an educator at heart.  I do better when

12   I'm teaching and when I'm talking about opportunities

13   for kids.

14             So I went back into school systems and

15   worked at KIPP for nearly a decade, and then I've

16   worked at some other nonprofits.

17             I now currently have a marketing and

18   communications company with a business partner who's

19   based in New York, and we work with public school

20   systems and nonprofits, but mostly public schools.

21   Q.  What services do you provide your clients?

22   A.  Yeah.

23             So it's marketing communications, so it's

24   everything from PR -- a little bit of earned media,

25   but mostly, like, communications with letters, things

1   like that, marketing strategy, digital marketing,

2   everything online, right?  Google, Facebook ads,

3   things like that to reach talent and to reach

4   families.

5             And then -- yeah.  I mean, most of the

6   outward-facing communications work.

7   **Q.  How did you find your way onto the school board**

8   **for the first time?**

9   A.  Sure.

10            So I was appointed in 2010, and it was to

11   fill Mary Grace Landrum's seat.  That happened in

12   September of 2010.

13            Those of us who can think back that far --

14   I actually remember, if you time it with my kids, I

15   was pregnant at the time.  I had a baby in December,

16   and then in February I filed to run to hold that seat.

17   Someone filed to run against me, so it was an active

18   campaign.

19            And then I was lucky with a lot of

20   community support to win in May.

21   **Q.  Who was the -- who was your opponent in your**

22   **first campaign?**

23   A.  Sure.

24            Kelly Tronzo.

25   **Q.  Do you recall any issues in particular that**

1    were significant in that campaign?

2        A.   I do.

3             Kelly spent a lot of time talking about the

4    bond and whether it was being managed or mismanaged.

5    It was being managed well, but she, like -- she told

6    people it was not being managed well.

7             She told people that we were going to take

8    away the homestead exemption and pushed really hard on

9    that, which had never been discussed and, again, is

10   not something that Spring Branch is looking to do, and

11   just, you know, spent a lot of time creating stories.

12            But as others will remember, you know, the

13   community really rallied around the truth, and that's

14   what prevailed, is what I believe, because people will

15   also remember I had not lived in the district for a

16   long time; so I was not a well-known person.  I just

17   was, you know, a hard-working, former teacher, was the

18   story I kept telling, with three kids at the time.

19       Q.   Since that time, which was in 2000 and --

20       A.   Yeah.

21            So I was appointed 2010 --

22       Q.   Then you ran in '12?

23       A.   -- and I ran in 2011.

24       Q.   Oh, '11?

25       A.   Yes.

1    Q.   Since that time, have you had a contested

2  election?

3    A.   Yes.

4    Q.   When was your next contested election?

5    A.   Let's make sure I get this right.  I believe it

6  was Mary Curry Mettenbrink who ran against me because

7  she wanted -- she wanted to serve and she, too -- you

8  know, she was a nonprofit leader.

9         She didn't actively run.  She didn't buy

10  yard signs or do a lot of the things that people do.

11  She just wanted to put her name -- she said, I want to

12  put my name in the hat.

13         I said, okay.  Let's -- let's do that.

14         Yeah.

15    Q.   Do you recall whether there were any issues in

16  particular during the 2017 campaign with

17  Ms. Mettenbrink?

18    A.   No.  We had community for -- a community forum

19  and, you know, people asked questions and we answered

20  them based on our experience and our perspective and

21  we had an election.

22    Q.   Then your term would have been up in 2020.

23         Did you have an opponent in 2020?  I think

24  it was 2020.

25    A.   No, you know, that's the right math.  I'm

1  trying to think.

2          So the original filing period, when it

3  opened, there were -- there was someone who chose to

4  run against me.  The election was delayed due to

5  COVID.  And then that summer, during the appropriate

6  time period, before the appropriate deadline, she --

7  she removed her name, whatever the official phrase is

8  for how you do that.

9     **Q.  In 2020, then the board had called an**

10 **election --**

11    A.  Uh-huh.

12    **Q.  -- for trustee for May of 2020?**

13    A.  Yes, for both -- there were two people running,

14 one against myself and one against Josef Klam.

15    **Q.  How did it come about that the May 2020**

16 **election was delayed?**

17    A.  It was delayed by govern -- I believe, by the

18 governor's order, I believe.

19    **Q.  When did that election occur?**

20    A.  In November of 2020, though, as a reminder,

21 both of those names actually -- both people withdrew

22 their names, so the election was cancelled.

23    **Q.  Do you recall offhand whether the election that**

24 **was originally scheduled in May of 2020 was, again,**

25 **called for November and then cancelled thereafter**

1    because the candidates opposing both you and Reverend

2    Klam withdrew?

3        A.   I believe that is accurate.

4        Q.   Do you recall there being any public outcry in

5    the spring of 2020 when the May 2020 election was

6    deferred to November 2020?

7        A.   I did not hear anything from the community at

8    the time.

9        Q.   Did you consider that the community was

10   disserved in some way by the fact that the May 2020

11   trustee election was deferred until November 2020?

12       A.   No, I did not.

13       Q.   Were there complaints that the public in Spring

14   Branch was being disenfranchised because they had to

15   wait until November to cast their ballot?

16       A.   I don't recall that there were any.

17       Q.   Are you a member of any organized church

18   congregation?

19       A.   No.

20            I joined Hope City once, but I haven't been

21   back in a couple of years.

22       Q.   This is not -- this is not a religious purity

23   test.

24       A.   I was going to say, am I going to lie?

25            But I joined Hope City probably 2018, 2019,

1    somewhere in there, and then I haven't been back in a
2    couple of years.
3        Q.  As lawyers, we're always interested in
4    relationships in the community; and that happens to be
5    one potential community relationship.
6        A.  Of course.
7        Q.  I have no interest in the dogma that one
8    doesn't or does adhere to, I promise you.
9             Before you were elected to the board, had
10   you ever served on any district advisory or citizens'
11   committees?
12       A.  Yes, I had served on one.  I think we called it
13   the Five Year Visioning Committee, and that was the
14   community task force.  I think it had included -- I --
15   my estimate, probably about 80 people from around the
16   community, different backgrounds and perspective to
17   establish, kind of, a five-year plan.
18            Dr. Duncan Klussmann was superintendent at
19   the time.  The major outcome of that was the
20   commitment of T24 as our goal.
21       Q.  Are you a member of any community or civic
22   organizations?
23       A.  Spring Shadows Moms' Club, which is funny.  And
24   then, you know, my kids are in the Cub Scouts.  I'm
25   trying to think of the other things, but they're

1    usually related to the kids.  FFA, related to the

2    kids.  I mean, these are things related to the

3    activities my kids do.  I think those are the current

4    ones.

5                 I was a Girl Scout leader once, which is

6    funny.

7       **Q.  Have you ever participated as a member of the**

8    **Spring Branch Education Foundation?**

9       A.  Oh, thank you, yes, I am on the Spring -- so --

10   and I do serve on a few boards, so let me cover that

11   for you.

12                So I'm on the Spring Branch Education

13   Foundation Board.  I'm also on the SPARK Park board,

14   and then, of course, the school board.  I think those

15   are the three, yes.

16      **Q.  Have you ever held any position with one of the**

17   **school PTAs?**

18      A.  No, I have not.

19      **Q.  Have you ever been elected or appointed to any**

20   **position with a political party?**

21      A.  No.

22      **Q.  If you would, tell me a little bit about your**

23   **experience with KIPP.**

24                **What were you doing?**

25      A.  Sure.

```
1              So I started working at KIPP in Houston in
2     2000 -- wait, let me rephrase -- in Houston in 2007.
3     I actually worked for KIPP up in Boston in 2005, so
4     that one year when I was living in New Hampshire
5     because, as you guys know, in the -- New England you
6     can live in one state and work in another state.
7              But I came back to Houston in '06 -- make
8     sure I'm saying this all right -- and then was
9     Development Director for quite a few years and founded
10    their marketing department, yeah.  But I think I
11    worked there for a total of 10 or 11 years.
12    Q.   What attracted you to KIPP?
13    A.   The same thing that attracted me to YES Prep,
14    which is my heart is about educational opportunity for
15    kids.
16             As many people who talked to me about that
17    know, I, growing up internationally, lived in places
18    where that did not exist, purely based on the country,
19    right?  So Nigeria, in particular.
20             And when I came to the United States --
21    back to the United States to live here and then
22    eventually become an educator, I thought, oh, it's all
23    about the education.  That's going to open all the
24    doors, and that's going to be the equalizer.
25             And I do believe in my heart that that's
```

```
1    still the truth, that the education is the foundation
2    for equalization and opportunity, but I came to
3    realize that there was a difference of opportunity
4    frequently based on, you know, the socioeconomics of a
5    family because I will always say that, technically,
6    kids don't have jobs, they're not the ones with money,
7    but I do recognize that families support kids with the
8    money they have.
9        Q.  Am I correct that five of your colleagues on
10   the board live on the south side of Interstate 10?
11       A.  Yes, that is accurate.
12       Q.  And am I correct that six of the seven members
13   of the board that you're currently president of have
14   children who are zoned to south side schools?
15       A.  South side high schools, yes.
16       Q.  South side high schools?
17       A.  Yes.
18       Q.  You're zoned in your residence --
19       A.  Uh-huh.
20       Q.  -- to several north side schools, correct?
21       A.  Correct.
22       Q.  Based on your experience as a resident, as well
23   as on the school board --
24       A.  Uh-huh.
25       Q.  -- can you tell us whether there are, in your
```

1    **mind, socioeconomic differences, as a generalization,**

2    **between the students and residents on the north and**

3    **south sides of I-10?**

4        A.   Yes.  I'm not an expert, but yes.

5        **Q.   Just as a -- as a concerned and active**

6    **resident, how would you describe the differences?**

7        A.   As a concerned resident, I love my community

8    and my neighborhood.  It is multicultural, as much as

9    Spring Branch is, but it is the old and original

10   Korean area of Spring Branch.

11             There's many Hispanic families.  It is a --

12   it's a background like that of my family.

13             My husband did not grow up -- I grew up

14   middle income because my dad would -- had the

15   opportunity to go to college.  My husband did not.

16             It mirrors the reality of so much of

17   Houston, which is there are those with educational

18   experiences that led to degrees and opportunities, and

19   then there are hard -- incredibly, also -- incredibly

20   hard-working people who are making their own

21   opportunities but don't have the support of an

22   education to do so.

23       **Q.   What career path has your husband followed?**

24       A.   Sure.

25             My husband is an entrepreneur, he owns two

1    businesses.  He owns a uniform rental company and then

2    batting cages.

3       **Q.  During the period of time you have been in**

4    **Houston and in Spring Branch, have you observed**

5    **whether or not the demographics of the district have**

6    **changed, or have they been more or less constant while**

7    **you've been here?**

8       A.  I think two things are happening in my

9    neighborhood.  In particular, the -- when I moved in,

10   there were no other children on the street.  Many of

11   the homes were owned by elderly people who have moved

12   or passed away but have sold those homes.

13           Home values have increased on my street

14   to about triple of what I paid for it -- doing the

15   math right now -- 14 years ago.

16           And I think we are seeing a little bit of a

17   shift and a general movement of people -- I mean, home

18   values went up.  We're seeing some form of a

19   gentrification happening in our Spring Branch.

20      **Q.  Uh-huh.**

21          **Let me hand you what was earlier marked as**

22   **Exhibit 8.**

23      A.  Sure.

24      **Q.  It's the Board Operating Procedures manual.  I**

25   **trust you're very familiar with this?**

```
 1        A.   I am.
 2        Q.   If you would, please turn to Page 6 that deals
 3   with board member ethics.
 4        A.   Yes.
 5        Q.   Page 6 recites, among other things, that board
 6   members are to promote the best interests of the
 7   district and adhere to various ethical standards,
 8   including, among other things, consistently upholding
 9   all applicable laws.
10        A.   Right.
11        Q.   Do you agree that one of the applicable laws
12   that the board is charged with the duty to uphold is
13   the Voting Rights Act?
14        A.   I -- yes.
15        Q.   Another --
16        A.   Wait a minute.
17             I can't imagine a world where we don't
18   uphold federal and state and local laws and
19   ordinances.
20        Q.   Do you agree that you and your colleagues are
21   obliged to uphold all the applicable laws, federal
22   state, and local, whether or not you might agree with
23   them?
24        A.   Yes.
25        Q.   Another of the ethical obligations under the
```

1    Integrity of Character subdivision is that board

2    members are not to disclose any information that is

3    confidential by law.

4              Do you see that?

5    A.   I do.  That is true.

6    Q.   If you would, tell the judge, what's an

7    executive session of the board?

8    A.   Sure.

9              The executive session outlined by law

10   allows the board to convene in a more private setting

11   to discuss matters that are allowed by law, only those

12   matters, frequently about personnel, stuff that should

13   not be aired publicly, right?  Those are important

14   discussions.  And then, conversations with attorneys,

15   legal matters -- I think it's all other matters, legal

16   matters, as allowed by law.

17   Q.   What's your understanding of the

18   confidentiality obligations that you and your

19   colleagues have concerning discussions that take place

20   in the executive session?

21   A.   It is an extremely confidential space; and at

22   times, as board president, I would -- will remind

23   people:  Remember, this was said in executive session,

24   so this is not something that we can -- we can

25   remember or mention to the community.

1    Q.  During an executive session, have you ever

2    observed any of your colleagues communicating with

3    someone outside the session via phone, text, or e-mail

4    in which they appeared to be disclosing anything that

5    was then under discussion in executive session?

6    A.  I have -- I have never seen anyone where I

7    thought they were disclosing something that was

8    happening within executive session.

9         I know that there have been moments when

10   one of us might tell our kids where to find the food,

11   things like that.

12   Q.  Outside of an executive session --

13   A.  Uh-huh.

14   Q.  -- have you ever become aware of any of your

15   colleagues having communicated something to a third

16   party that had earlier been discussed in an executive

17   session?

18   A.  I have never had evidence of that.  I have

19   heard -- heard complaints or concerns.

20   Q.  If you would, tell me about the complaints or

21   concerns that you have received, if any, that might

22   concern the lawsuit.  That's all I'm really interested

23   in, not any other potential --

24   A.  Right.

25   Q.  -- violations of the confidentiality of the

```
 1    executive session.
 2        A.   There -- there is one instance that a couple of
 3    board members, two, approached me, as board president,
 4    saying, I am concerned that the -- that we discuss
 5    this.
 6               And we very quickly, thereafter, received
 7    e-mails from the community as if they knew it faster
 8    than anyone else.
 9        Q.   Do you recall what that subject was that you
10    had heard was already -- that you know was already
11    being discussed in the community?  So I'm not now
12    asking you to divulge the executive session content,
13    but what was reported to you that the community was
14    then discussing that happened to have been earlier the
15    subject of an executive session?
16        A.   So it was a discussion about the -- what we
17    call the pending litigation, frequently, and this
18    lawsuit.  And it was about a discussion about what our
19    next legal steps were and what was the right next
20    step.
21        Q.   Do you recall, as a member of the board,
22    receiving multiple communications from certain members
23    of the public exhorting the board not to entertain any
24    discussions amicably to resolve the lawsuit?
25        A.   Yes.
```

1    Q.  And did those public communications exhorting

2    the board not to engage in discussions about an

3    amicable resolution of the lawsuit occur essentially

4    immediately after an executive session?

5    A.  The next morning, I believe so.

6                I -- I would let people look at the

7    evidence of the date and time stamps on the e-mails,

8    but I believe so.

9    Q.  Are you aware that the District's lawyers

10   executed an agreement with the plaintiff to have

11   conversations about whether or not an amicable

12   resolution of the lawsuit could occur?

13   A.  I believe so.

14   Q.  Are you aware that the District reneged on that

15   agreement?

16   A.  Yes.

17                Can I close this one?

18   Q.  That's fine.  I think we're going to be through

19   with -- with that one.

20   A.  My favorite document in reference to the board

21   operating procedures.

22   Q.  I'm in awe of those of you who can absorb that

23   information.

24   A.  We've worked with it for a while, right?

25   Q.  Let me hand you what's earlier been marked as

```
 1    Trustee Exhibit 9.
 2        A.  Okay.
 3        Q.  It's a copy of the application for preliminary
 4    injunction in the lawsuit without the voluminous
 5    exhibits.
 6        A.  Okay.
 7        Q.  Have you ever seen that before?
 8        A.  I know I've -- I have access it to.  I have not
 9    read it.
10        Q.  Attached to that document were, among other
11    things, expert reports, the expert report of
12    Dr. Robert Stein --
13        A.  Okay.
14        Q.  -- which has been marked as Exhibit 10, and the
15    expert report of Dr. Andres Tijerina, which has been
16    marked as Exhibit 11.
17        A.  Okay.
18        Q.  Have you ever seen Dr. Stein or Dr. Tijerina's
19    reports?
20        A.  We do have the access to these.
21        Q.  Have you ever reviewed either of those reports?
22        A.  I have not read them closely.  I have not read
23    them.
24        Q.  Why not?
25        A.  Because I am committed to following the outcome
```

1    of the lawsuit, and it is in the hands of a judge.

2        **Q.   From your answer, do I understand that you had**

3    **no interest in seeing what these experts might have to**

4    **say about issues in the lawsuit affecting the school**

5    **district?**

6        A.   No, I would not say that.

7        **Q.   Then -- then why have you elected not to read**

8    **those reports?**

9        A.   You'd have to remind me as to when they showed

10   up in my inbox.

11       **Q.   That I can't tell you.**

12       A.   Right.

13       **Q.   I can tell you when it was filed.  I can't tell**

14   **you when it wound up in your inbox.**

15       A.   January 20th, 2022, as far as when it was

16   filed.

17       **Q.   No.   In fairness, the reports were attached to**

18   **a lawsuit paper filed on February the 1st.**

19       A.   Yeah.

20            I would -- I would actually put it down to

21   a limit of time, not a commitment to understanding the

22   context, but I also fundamentally believe that this is

23   in the hands of a judge and we're going to have to

24   follow that.

25       **Q.   Are you generally familiar at all with**

```
 1    Dr. Stein and his background --
 2        A.   I know --
 3        Q.   -- since you went to Rice?
 4        A.   He's not in the business school, but I am
 5    familiar with his name.
 6        Q.   Are you aware that in the past, Dr. Stein has
 7    been an expert for the district?
 8        A.   That sounds accurate.
 9        Q.   He's done survey work in the past that you're
10    familiar with in connection with bond elections,
11    right?
12        A.   Correct.
13        Q.   Do you have any reason to dispute Dr. Stein's
14    qualifications to render the opinions that he has as a
15    social scientist?
16        A.   I would not know, as far as -- when it comes to
17    this work, his experience and strength -- skills, but
18    you're right, he has done demographic work for the
19    district in the past.
20        Q.   My question's a little different.  And just so
21    you'll know, part of this process is to figure out
22    what witnesses can and can't and will and won't say at
23    a later proceeding.
24        A.   Uh-huh.
25        Q.   So one of the things we, as lawyers, do is try
```

1   to figure out whether a witness has anything to say

2   about a subject.

3       A.  I don't have anything to say about Dr. Stein.

4       Q.  So my question is:  Do you claim to have some

5   ability to criticize or dispute the qualifications of

6   Dr. Stein?

7       A.  I do not have any knowledge of -- reason to

8   dispute his qualifications.

9       Q.  Similarly, Dr. Tijerina has issued a report

10  dealing with different subjects.

11          Do you have the ability or do you claim the

12  expertise to dispute the qualifications of

13  Dr. Tijerina to render the opinions he has about the

14  subjects in his report?

15      A.  I do not.

16      Q.  If you would, please, turn to Exhibit 10.

17  That's Dr. Stein's report.  And if you would, turn to

18  Page 3.

19      A.  Okay.

20      Q.  There's a section in Dr. Stein's report labeled

21  Summary of Opinions.

22      A.  Uh-huh.

23      Q.  Do you see that?

24      A.  Yes.

25      Q.  Dr. Stein has opined that there is

1     statistically significant -- significant evidence of

2     racially-polarized voting in the Spring Branch School

3     District Board elections for the period of 2015 to

4     2021.

5                    That's his opinion?  Do you see that?

6     A.   I do see that.

7     Q.   Do you agree, disagree, or have no opinion

8     about whether or not that's true?

9     A.   I have no opinion.

10    Q.   Setting aside the statistical aspect of it --

11    A.   Uh-huh.

12    Q.   -- from your experience, have you -- have you

13    formed an opinion about whether voting in

14    Spring Branch has ever been racially polarized?

15    A.   No, I have not.

16    Q.   And by the term "racially polarized," I mean

17    that members of one race or ethnicity more often than

18    not tend to support different candidates than members

19    of another race or ethnicity?

20    A.   I do not have an opinion about that.

21    Q.   Let me hand you what was earlier marked as

22    SBISD Exhibit Number 5.

23    A.   Okay.

24    Q.   Do you recognize that as a map of the middle

25    school enrollment zones in Spring Branch?  And since

1    those are the zones used for elections, they're also

2    the election precincts.

3        A.   Yes.

4        Q.   Do you agree with me that four of the middle

5    school enrollment zones and, therefore, four of the

6    election precincts, lie totally north of Interstate

7    10?  That would be --

8        A.   I do agree.  Spring Oaks Middle and Northbrook

9    Middle.

10       Q.   Spring Woods --

11       A.   Spring Woods Middle and Landrum Middle.

12       Q.   Right.

13            And three of the middle school enrollment

14   zones in election precincts lie primarily on the south

15   side, although both Spring Branch and Spring Forest

16   have portions that lie north of 10, correct?

17       A.   Correct.

18       Q.   Do you know anything or have an opinion about

19   whether the demographics of the neighborhoods north of

20   I-10 in the Spring Branch Middle zone, whether they

21   are largely Anglo or not?

22       A.   I don't have an opinion or demographic data on

23   that.

24       Q.   The area north of I-10 in the Spring Branch

25   Middle School zone and election precinct is made up,

1    among other things, of Spring Valley Village and
2    Hillshire Village.
3              With that as background, does that cause
4    you to have any additional opinion about what the
5    racial or ethnic makeup of that portion of the middle
6    school zone is?
7        A.  What I will recognize within that zone is that
8    includes Valley Oaks Elementary, as you pointed to;
9    and I do not have the current insights on what Valley
10   Oaks' demographics are.  Once upon a time they were
11   very -- half Anglo, half Hispanic.
12             My understanding of what we've seen's
13   changed in all of our neighbors, is a shift to more
14   Anglo.
15       Q.  Similarly, with regard to the Spring Forest
16   Middle School enrollment zone and election precinct,
17   do you, as you sit here today, have an opinion about
18   what the general demographics are of the area north of
19   Interstate 10?
20       A.  That is a very shifting demographic, as well,
21   with -- there's a lot of new construction, you know,
22   multiple condos on single lots, things like that.
23             So you're seeing -- I mean, I would say a
24   real estate expert would probably say that you're
25   seeing more wealth move into that area or people with

1    more income.

2        Q.  Has -- to use your phrase, gentrification has

3    begun to occur north of I-10, has that generally been

4    accompanied by larger Anglo populations?

5        A.  My perception is yes.  I do not have the data

6    to support that.

7        Q.  Do you agree that five of the seven trustees

8    are zoned to high schools south of I-10?

9        A.  I do agree.

10       Q.  And five of the seven trustees have children

11   zoned to one high school, Memorial, right?

12       A.  Correct.

13       Q.  Six of the seven trustees have children zoned

14   to Memorial or Stratford; is that correct?

15       A.  Correct.

16           Let's also recognize that some of them have

17   adult children who are no longer zoned, but their

18   households live in those zones.

19       Q.  Thank you, thank you.  I'm really -- and I

20   appreciate the clarification.  I'm really focusing on

21   the enroll zone in which they reside, so thank you for

22   clarifying that.

23           And the fact is, you're the only trustee on

24   the school board that lives in an enrollment zone that

25   provides for attendance to the north side schools,

```
1   correct?
2       A.  Correct, and I reside in one neighborhood for
3   one of the two high schools, not both.
4       Q.  And which high school are your children zoned
5   to?
6       A.  Spring Woods High School.
7       Q.  Let me hand you what was earlier marked as
8   Exhibit 13.
9       A.  Right.
10      Q.  Exhibit 13 is a photograph of the current
11  board, and superimposed on it is the demographic
12  information extracted from the District's website for
13  its student body.
14              Do you recognize both your colleagues and
15  the demographic data for your student body in
16  Spring Branch?
17      A.  I do.
18      Q.  And can you confirm for our record that all of
19  the members of the board currently are white?
20      A.  Yes.
21      Q.  And can you confirm that the student population
22  in the district is not majority white?
23      A.  I can.
24      Q.  In fact, according to the District's last set
25  of data, 59 percent of the children in its schools are
```

 1    Hispanic, correct?

 2       A.   That sounds accurate, yes.

 3       Q.   Do you agree or disagree with the proposition

 4    that voters and parents in the district should have

 5    the opportunity to elect someone who lives in their

 6    area, knows their schools, knows their neighborhood,

 7    and shares their experiences?

 8                    MR. HENRY:   Objection, form.

 9                    You can answer.

10       A.   I don't have a -- a strong opinion -- can you

11    repeat the question?

12       Q.   (BY MR. ABRAMS)  Do you agree or disagree with

13    the proposition that voters and parents in the

14    district should have the opportunity to elect someone

15    who lives in their area, knows their schools, knows

16    their neighborhood, and shares their life experiences?

17                    MR. HENRY:   Objection, form.

18                    You can answer.

19       A.   I agree that people should have the option to

20    elect people that understand their experience.

21       Q.   (BY MR. ABRAMS)  Do you believe that you or

22    your other colleagues on the board are better

23    qualified to make decisions about what is best for the

24    children who attend the north side schools than other

25    parents whose children attend those schools?

1            **MR. HENRY:**  Objection, form.

2            You can answer.

3      A.   I believe that parents should be the ones

4  making many of the decisions for their child's

5  education and that they should have an integral voice,

6  but I do not believe that my colleagues do or do not

7  have those perspectives in mind when making decisions.

8      **Q.   (BY MR. ABRAMS)  In your mind, is it desirable**

9  **for parents of children in each middle school or high**

10 **school enrollment zone to have representation on the**

11 **board?**

12           **MR. HENRY:**  Objection, form.

13           You can answer.

14     A.   I don't have an opinion about that.

15     **Q.   (BY MR. ABRAMS)  In your mind, is geographic**

16 **representation of the stakeholders in the district a**

17 **factor that you think would be relevant to the**

18 **composition of the board?**

19     A.   I do.

20     **Q.   According to Dr. Stein's report, white**

21 **non-Hispanics vote sufficiently as a block to enable**

22 **them, in the absence of special circumstances, like**

23 **single-member districts, to defeat minority voters'**

24 **preferred candidates of choice.  That's one of his**

25 **opinions, and it's found on Page 3 of Exhibit 9 -- or**

1    10, actually.

2        A.  Yes.

3        Q.  Do you agree, disagree, or have no opinion

4    about that conclusion that Dr. Stein has made?

5        A.  Since I turned the page, can you repeat the

6    question?

7        Q.  Yes, ma'am.

8        A.  Oh, is it this one right here, the third bullet

9    (indicating)?

10       Q.  Let me -- let me open --

11       A.  It says, (as read) Sufficiently constitute a

12   majority of the voting age --

13       Q.  Yeah.

14       A.  -- this is as a block --

15       Q.  Hang on.  Let me get with you.

16       A.  I have no opinion.  It's hard to...

17       Q.  Do you know one way or the other whether or

18   not, as Dr. Stein opined in his second bullet point on

19   Page 3, white non-Hispanics vote sufficiently as a

20   block to enable them to override minority voters'

21   preferred choices?

22       A.  I do not know.

23       Q.  Dr. Stein's next summary opinion is that, (as

24   read) Geographic concentration of Hispanics in the

25   district is sufficient to constitute a majority of the

```
 1   voting age population in at least one single-member
 2   district, if there were seven districts.
 3              Do you have an opinion about whether that's
 4   right, wrong, or no opinion?
 5      A.  I have no opinion.
 6      Q.  Dr. Stein also has expressed the opinion that
 7   there's strong evidence in the scholarly literature
 8   that single-member district forms of representation
 9   enhance proportional representation of minority
10   candidates on legislative bodies.
11              Do you agree, disagree, or have no opinion
12   about whether that's right or wrong?
13      A.  I have no opinion.
14      Q.  Dr. Stein is of the opinion that there's strong
15   evidence in the scholarly literature to conclude that
16   single-member district representation increases the
17   likelihood that minority -- minority candidates will
18   contest, meaning run --
19      A.  Uh-huh.
20      Q.  -- for positions --
21      A.  Okay.
22      Q.  -- on legislative bodies.
23              Do you agree, disagree, or have no opinion
24   about that?
25      A.  I have no opinion.
```

```
1        Q.  Dr. Stein has expressed the opinion that
2    there's strong evidence in the scholarly literature to
3    conclude that single-member district representation
4    will produce policies that are more responsive to the
5    preferences of minority voters.
6            Do you agree, disagree, or have no opinion
7    about his conclusion?
8        A.  I have no opinion about it.
9        Q.  And then finally, Dr. Stein offers the
10   concluding opinion that, in his judgment, the district
11   should adopt a single-member plan for the election of
12   its trustees.
13           Do you agree, disagree, or have no opinion
14   about his view?
15       A.  I have no opinion.
16       Q.  Do you contend that an
17   economically-disadvantaged, Spanish-speaking parent
18   who lives on the north side of I-10 is less qualified
19   to represent the interests of Spring Branch residents
20   and students than you and your colleagues?
21           MR. HENRY:  Objection, form.
22           You can answer.
23       A.  No.
24           Let me make sure -- can you rephrase the
25   questions so that I answered [sic] yes or no
```

```
 1   correctly?
 2              I do not contend that they cannot.
 3        Q.   (BY MR. ABRAMS)   At this point, there certainly
 4   are no economically-disadvantaged Spanish-speaking
 5   parents from the north side of I-10 on the school
 6   board, right?
 7        A.   Correct.
 8        Q.   Although you have a Hispanic surname, you're
 9   neither economically disadvantaged --
10        A.   No, I'm not.
11        Q.   -- nor -- nor are you Hispanic, correct?
12        A.   No, I'm not.
13        Q.   Is that correct?
14        A.   That is correct.   I am not economically
15   disadvantaged nor am I Hispanic.
16        Q.   If you would, let's look at Dr. Tijerina's
17   report, which is Exhibit 11, and if you would, turn to
18   Page 43, please.
19        A.   Sure.
20        Q.   On Page 43 of Dr. Tijerina's report, in the
21   very last sentence he has a concluding statement in
22   which he states, quote, As a result of the historical
23   discrimination against Latinos in Texas, Latinos in
24   Spring Branch and Houston, Texas, still bear the
25   effects of this discrimination which hinders their
```

```
 1     ability to participate effectively in the political
 2     process, close quote.
 3              Do you agree, disagree, or have no opinion
 4     about Dr. Tijerina's conclusion?
 5       A.  I have no opinion about his conclusion.
 6       Q.  Recognizing that you have a marital privilege
 7     that you're free to assert, have you ever talked to
 8     your husband about whether or not he has an opinion
 9     about whether Latinos in our community have or have
10     not been the subject of ethnic discrimination?
11              MR. HENRY:  Objection, form.
12              But you can answer.
13       A.  We have not.
14       Q.  (BY MR. ABRAMS)  Page 9 of the Application for
15     Preliminary Injunction, which is Exhibit 9, contains
16     three legal factors that the lawyers will be
17     discussing with the judge.  And I know you're not a
18     lawyer, but I need --
19       A.  I am not a lawyer.
20       Q.  -- but I want to ask you a few questions about
21     these factors.
22              The first factor that will be discussed
23     with the judge is whether or not in Spring Branch
24     there is a minority group that is sufficiently large
25     and geographically compact to constitute a majority in
```

1    a single-member district.

2              Do you have a view about whether or not

3    that's true?

4        A.  I have a view that there are neighborhoods in a

5    community that are predominantly Hispanic, covering

6    many Latin-American countries, but I do not know

7    whether that is large enough of a group to create a

8    single-member district.

9        Q.  The second factor that will be discussed with

10   the judge is whether or not there is a minority group

11   that is politically cohesive and votes as a block.

12             Do you have a view about whether or not

13   that's true?

14       A.  I don't know.

15       Q.  I take it you don't have a factual basis to

16   take exception with whatever Dr. Stein's conclusions

17   may be, correct?

18       A.  I do not.

19       Q.  Is that correct?

20       A.  That is correct.

21       Q.  And then the third factor that will be

22   discussed in the legal proceedings is whether in

23   Spring Branch the white majority votes sufficiently as

24   a block to enable it, absent special circumstances, to

25   defeat or override the minority -- minorities'

```
 1    preferred candidate.
 2              Do you have a view about whether or not
 3    that's true?
 4       A.  I do not, because that would presume that
 5    number two existed.
 6       Q.  As I asked you earlier, do you have any factual
 7    basis to controvert Dr. Stein's conclusions about that
 8    subject?
 9       A.  I do not.
10       Q.  Speaking personally, are you opposed to
11    changing in some way the current system that the
12    district uses to elect its trustees?
13       A.  I will follow the law.  I will follow what
14    is -- what the outcome of the Voting Rights Act
15    litigation is, and I -- I believe with all of my
16    beliefs that the current at-large system works in a
17    way that people are invested and cognizant of the
18    nuance and the needs of our community.
19              I do recognize that we only know the shoes
20    we live in and that it takes extra work and
21    intentionality to understand others' experiences.
22              And I've said that so many places that it
23    would be real easy to have heard me say it.
24              MR. HENRY:  I hate to stop us, because
25    I think we're on a good roll, but would you mind
```

1   taking a break at this point?

2                   **MR. ABRAMS:**  Not at all.  My offer

3   extends to counsel as well as to others.

4                   (Break taken from 2:52 p.m. to

5                   2:59 p.m.)

6       **Q.  (BY MR. ABRAMS)  I understood from your most**

7   **recent answer, or a recent answer, that you desire to**

8   **follow whatever the judge determines the law to be.**

9       A.   Correct.

10      **Q.   Do you personally have any opposition to the**

11  **district changing its method of electing its trustees?**

12      A.   I do not have personal opposition and will

13  follow the judge's declaration or decision.

14      **Q.   Are you personally opposed to geographic**

15  **representation on the school board for parents from**

16  **each of the various areas, or stakeholders from each**

17  **of the various areas from within the district**

18  **geographically?**

19                  **MR. HENRY:**  Objection, form.

20                  But you can answer.

21      A.   I don't suppose that it's -- I don't believe

22  that it's necessary to have geographic representation.

23          I do believe it's important to have a

24  variety of perspectives.

25      **Q.  (BY MR. ABRAMS)  Why?**

```
 1      A.  Because we're richer.  I think you -- I see
 2   that when I work with my colleagues now, that people
 3   bring legal expertise, they bring financial expertise.
 4   You do not want a school board of seven teachers.  It
 5   just would not work.  You need professional
 6   experiences and wisdom.
 7      Q.  In your view, do you know more about the
 8   schools that your children attend than other schools,
 9   despite your efforts to learn more about all the
10   schools in the district?
11      A.  I do know more about my children's schools.
12      Q.  And do you think that that as a general
13   proposition is true, that every parent on the school
14   board knows more about their own children's schools
15   than they know about other schools in the district,
16   even if they sincerely make efforts to familiarize
17   themselves with the conditions in other schools?
18      A.  I don't actually believe you need to know
19   what's going on in a school to be, like, a trustee.  I
20   think you need to know what's going on in the
21   community and what people care about and what needs --
22   and you also -- just remember what the job of a
23   trustee is, right?  We are entrusted by the community
24   for policy and oversight of the superintendent.
25                I can fire, I can hire, and I can hold the
```

```
 1    superintendent accountable.  I'm not administration,
 2    so I'm not the principal of a building and I'm not the
 3    PTA of a building.
 4       Q.  With respect to formulating policy for the
 5    school district, do you agree that it is beneficial to
 6    have on our school board representatives who are
 7    personally familiar with the conditions existing
 8    throughout the community?
 9       A.  I think it's more important to have people with
10    perspectives that -- that understand a variety of
11    experiences.
12              So I'll take the current board as an
13    example, someone with a legal background, someone with
14    a real estate background, people that are asking
15    questions, because the job is not to establish policy
16    because the seven of us in a room know better than
17    others.  It is to listen and to ask tough questions.
18              Sometimes we're better off with what we
19    don't know than what we do know because we ask
20    questions, is my supposition, my belief.
21       Q.  Are you familiar with a website called "Save
22    SBISD"?
23       A.  I am.
24       Q.  What is it?
25       A.  I visited the website only a -- a few times.
```

```
 1    What I remember from those visits, you know, recent,
 2    that there was an ongoing blog and kind of a
 3    perspective of what is happening in the district and
 4    how people should be engaged and have a voice.
 5        Q.  Do you know who organized that site?
 6        A.  I do not know.
 7        Q.  Do you know who leads that group?
 8        A.  No.
 9        Q.  Do you know who's responsible for the content
10    of the website?
11        A.  No.
12        Q.  Do you know who played any role in creating the
13    website?
14        A.  No.
15        Q.  Does it appear that some attempt has been made
16    to conceal the actual sponsors and contributors to
17    that site?  I've not found a single person who seems
18    to know who's behind it.
19        A.  I don't have any information about who created
20    the site, who runs the site, whether they're doing it
21    intentionally or unintentionally.  I don't know.
22        Q.  How about a group known as the PIPEline?  Are
23    you familiar with such a group?
24        A.  I am familiar with it.
25        Q.  What is it?
```

```
 1      A.   My recollection was that they formed, you know,
 2  back in the summer after COVID began for Parents For
 3  in Person Education and that the intent was to get
 4  schools reopened and to get kids learning in
 5  classrooms, which is exactly what we did, and agreed
 6  that kids learn better in person.
 7           We also agreed that parents and families
 8  needed to be able to make a decision that year to --
 9  for what was best for their family and that we would
10  support the education and that choice.
11      Q.   My sense, from looking at quite a few
12  e-mails --
13      A.   Uh-huh.
14      Q.   -- that the District has produced of
15  communications with your board, is that the views of a
16  number of people that align with the PIPEline don't
17  seem to correspond to the notion that their views
18  match the board's views.
19           Do you agree with that?
20      A.   I think that it's very hard to tell in an
21  e-mail whether someone is or is not aligned to a
22  group, right?  That's not how the e-mails are signed.
23           But there are definitely people who e-mail
24  us who believe that their views do not match and are
25  not supported by the board.
```

1      Q.   Do you know who organized the PIPEline?

2      A.   I do not.

3      Q.   Do you know who is a member of its leadership?

4      A.   No.  I have -- I would have guesses, right?  I

5   would have made up hypotheses that may or may not be

6   correct.

7      Q.   Have any of the residents who have communicated

8   with you self-identified as representatives or members

9   of the PIPEline?

10     A.   Not to my recollection.

11     Q.   Let me hand you what's been marked as

12   Exhibit 19.

13     A.   Okay.

14     Q.   Are you familiar with the expression, quote,

15   Don't HISD My SBISD?

16     A.   I am.

17     Q.   What does it mean to you?

18     A.   Very good question.

19          So as noted in this exhibit, it -- that

20   phrase has showed up both as yard signs and as e-mails

21   in our inboxes.

22          My -- my understanding -- my interpretation

23   of that is that HISD is a single-member district

24   system and that they have concerns with HISD,

25   either -- which I'm unclear -- either from a

```
 1   performance or from a historical board behavior
 2   perspective, but that has never been clear.
 3       Q.  Let me hand you what's been marked as Trustee
 4   Exhibit 20.
 5           Do you recognize that as a photograph at
 6   the top of the members of the Spring Branch board?
 7       A.  Yes.
 8       Q.  And a photograph at the bottom of at least what
 9   at the time of the photograph were the members of the
10   Houston Independent School District board?
11       A.  Yes, but I can't find a few board members that
12   I know, so that's -- yeah.
13       Q.  Do you agree that --
14       A.  That's right.  They're missing a board member.
15   There's only eight.
16       Q.  Do you agree that, as reflected on Exhibit 20,
17   the represent -- the representatives on the SBISD
18   board are all white and the HISD board is multiracial
19   and multiethnic?
20       A.  I know for a fact, without this picture, that
21   they have a multiracial -- they don't have a
22   current -- it doesn't seem that they have a
23   multi-gender board.
24       Q.  Interesting.  I know that there have been
25   several election changes since that photograph was
```

1   taken, and I believe that may have cured that --

2       A.  It may have.

3       Q.  -- disparity.

4           Do you believe there's anything undesirable

5   about having racial and ethnic diversity reflected on

6   the HISD board?

7       A.  Can you rephrase that question?

8       Q.  Do you believe there's anything undesirable

9   about having racial and ethnic diversity as reflected

10  on the HISD board?

11      A.  I've never thought about it, but no.

12      Q.  As a trustee, have you ever promoted the Don't

13  HISD My SBISD theme?

14      A.  No.

15      Q.  Why not?

16      A.  No, I have not.

17      Q.  Why not?

18      A.  Because that's not the message of the system,

19  right?

20          I mean, I'm not here to -- what is -- I

21  mean, I'm not here to disparage other systems or other

22  districts or communities or families or children,

23  ever.

24          Spring Branch, I believe, is an incredible

25  place because we are a single community, because we

```
1   work together for the greater good of every single
2   child every single day.  That work is hard, but we're
3   in it together.
4              I mean, we -- I will say, as people know --
5   I mean, Spring Branch is not a place on a map unless
6   you're headed to San Antonio, but Spring Branch ISD
7   is.  We are here as Spring Branch because of a school
8   system that holds -- that is the backbone of our
9   community.
10       Q.  Are you aware whether or not in the last
11   election, specifically, the voting patterns differed
12   markedly between the north side voters and the south
13   side voters?
14       A.  Yes.
15       Q.  To generalize -- and I'll show you
16   Exhibit 12 --
17       A.  Okay.
18       Q.  -- which is a District-produced summary --
19       A.  Uh-huh.
20       Q.  -- of the election results of the Earnest and
21   Elizondo campaign.
22       A.  Right.
23       Q.  If you do the math, generally you will find
24   that if you group the north side election precincts
25   and the south side precincts --
```

```
 1        A.    Uh-huh.
 2        Q.    -- Mr. Earnest prevailed in roughly 65 percent
 3   of the votes south of I-10 and Ms. Elizondo prevailed
 4   in roughly 66 percent of the votes north of I-10.
 5               I'm asking you to accept that
 6   representation.
 7        A.    Yeah, I was going to say I can't do that math
 8   that fast.
 9        Q.    I'm not asking you to be a math wizard.
10               Do you agree that that sort of voting
11   pattern is inconsistent with your notion of one
12   Spring Branch with a common view about how the board
13   should function?
14        A.    Can you ask that question again --
15        Q.    Sure, sure.
16        A.    -- because I'm not -- I get the idea, right?
17   You're saying Chris Earnest earned 65 percent of the
18   vote from the south side -- predominantly south side
19   middle school precincts and Virginia Elizondo for --
20   received 66 percent of the vote for the predominantly
21   north side.
22        Q.    Yes.
23        A.    And you're asking is that a contraindication of
24   one Spring Branch.
25        Q.    I'm asking whether that's inconsistent with
```

1    your notion that there are universally common views on

2    the north and south sides of 10 about how the district

3    should operate?

4        A.   There -- I do not believe that there are

5    universal views anywhere in our system about how

6    school -- or -- or who the best representative is to

7    be on the board to -- to lead the system forward.  I

8    mean, that's voting.

9        Q.   Do you believe with respect to the Don't HISD

10   My SBISD slogan, that there are any negative racial or

11   ethnic connotations to that expression?

12       A.   There are negative connotations, for sure.  The

13   question is whether there is ethnic or racial

14   negative connotations.

15            I did not read it that way, initially.

16   Again, I don't know the intentions of the people, but

17   I -- I mean...

18       Q.   You conditioned your answer by saying,

19   initially you didn't read it that way.

20       A.   Oh, okay.

21       Q.   Did you later come to appreciate that others in

22   the community read it differently?

23       A.   Yes.

24       Q.   How have others reported to you they

25   interpreted the expression Don't HISD My SBISD?

1      A.   I have heard community members recognize this

2   as a racially-motivated statement.

3      **Q.   And do you appreciate --**

4      A.   And these were people without a sign.

5      **Q.   Do you appreciate that that is one logical**

6   **interpretation of that expression, whether or not it**

7   **was the original intent?**

8      A.   It's one interpretation.

9      **Q.   Do you think it's a reasonable interpretation,**

10  **based upon the complaints you've heard from some**

11  **citizens?**

12     A.   Based on citizen complaints, that is a

13  reasonable interpretation.

14     **Q.   Again, with reference to this expression, Don't**

15  **HISD My SBISD, as a trustee, do you claim that the**

16  **quality of education in HISD is inferior to that in**

17  **Spring Branch?**

18     A.   Absolutely not.

19     **Q.   Indeed, a number of their programs are ranked**

20  **much more highly by a variety of ranking systems than**

21  **the Spring Branch programs, correct?**

22     A.   Correct.

23          I mean, I'm not looking at rankings.  Don't

24  fully buy into children at risk ranking systems, but

25  let's -- we could talk about some of their really

 1    powerful programs, easily.

 2        **Q.  I want to spend a minute talking to you about**

 3    **what you know about early voting in Spring Branch**

 4    **trustee elections?  Okay?**

 5        A.  Okay.

 6        **Q.  Has it been your observation that Spring Branch**

 7    **trustee elections are often won based on the early**

 8    **voting turnout rather than the election day vote?**

 9        A.  I don't believe so.  I mean, I -- I'd truly

10    have to look at data, but my experience was election

11    day was crucial for the decision.

12        **Q.  If you would --**

13        A.  In my races I will say it was.  Let's look at

14    the numbers.

15        **Q.  If you would, let's look at Exhibit 12 --**

16        A.  Uh-huh.

17        **Q.  -- which is the District's Canvas Report for**

18    **the 2021 election that was contested.**

19             **Do you see that there were --**

20        A.  I do.

21        **Q.  -- 8802 total votes cast?**

22        A.  And 5600 early votes.

23        **Q.  And 5635 votes cast early.**

24             **That's roughly 64 percent of all the votes**

25    **cast.**

```
 1        A.   I agree with that math.
 2        Q.   And so at least in the last election, the early
 3   voting was critical to the outcome.
 4        A.   Yes.
 5        Q.   Do you agree?
 6        A.   I agree.
 7        Q.   And do you agree with me that the early voting
 8   totals that the Candidate Earnest received in the
 9   Memorial, Spring Branch, and Spring Forest election
10   precincts were, in and of themselves, sufficient to
11   carry the election?
12        A.   Can you repeat that?
13        Q.   Do you agree with me --
14        A.   Is there one that I can draw on?  Oh, it's
15   erasable pen.
16             Okay.  So say the number, the ones again --
17        Q.   I'm directing your attention to the early
18   voting tally for Memorial, Spring Branch, and Spring
19   Forest.
20        A.   Okay.
21        Q.   And if you look in the left-hand column, you'll
22   see the vote totals --
23        A.   Uh-huh.
24        Q.   -- that Mr. Earnest received.  1725 --
25        A.   Uh-huh.
```

1     Q.  -- from Memorial, 2369 from Spring Branch, and
2  632 from Spring Forest.
3              Do you see that?
4     A.  Yes.
5     Q.  I think that's 4600-ish.
6     A.  Uh-huh.
7     Q.  I think.  Doing my math.  46-plus.
8              And the total vote was 8802.
9     A.  Okay.
10    Q.  So that's more than half of the votes --
11    A.  That is more than half of the votes.
12    Q.  -- right?
13             So if one secured a majority of the
14  Memorial, Spring Branch, and Spring Forest precincts,
15  one won the election, right?
16    A.  I think you've got a little bit of a margin of
17  error that once they got -- he received -- well, okay.
18  So you're right; if he had received 1725 plus 2369 and
19  632 from those three schools, then he had more than 50
20  percent of the full vote.
21    Q.  Okay.  Do you agree that in the past, all early
22  voting locations within the district have been located
23  within the election precincts for Spring Branch Middle
24  School, Memorial Middle School, and Spring Forest
25  Middle School and none were located within the

```
1    Landrum, Northbrook, Spring Oaks, or Spring Woods
2    election precincts or attendance zones?
3        A.   I'm looking at Holy Cross.
4        Q.   Yeah.
5        A.   Yes.
6        Q.   Holy Cross is in Hillshire Village, and it's
7    within the Spring Branch Middle School zone?
8        A.   Yes.
9        Q.   Correct?
10       A.   Correct.
11       Q.   In your experience, does the physical location
12   of a early voting location contribute to the
13   likelihood that somebody will vote if it's easy to get
14   there, increases turnout, and if it's hard to get
15   there, it inhibits turnout?
16       A.   I think that that's -- I've never really
17   thought of the supposition, but yes, that would make
18   sense.
19       Q.   Yeah.
20               For example, the -- what I still call the
21   ag building, but the Wayne Schaper Leadership Center
22   is located just right behind Spring Branch Middle
23   School, correct?
24       A.   That would make it easier for people to vote,
25   correct.
```

1    Q.  And the Don Coleman voting center is located
2 adjacent to Stratford High School, correct?
3    A.  Correct.
4    Q.  And just a stone's throw from Spring Forest
5 Middle School?
6    A.  Correct.
7    Q.  You'll agree with me that the physical
8 proximity, for example, of those two voting locations
9 is much closer than the physical proximity between
10 Northbrook, Spring Woods, Spring Oaks, and Landrum to
11 any of the early voting locations?
12    A.  Yes.
13    Q.  When you ran in your contested elections, did
14 you seek the support and were you endorsed by any
15 community or political groups?
16    A.  No on political groups.  I cannot think of
17 a community -- community members, but not a community
18 group that endorsed.
19    Q.  Let me hand you what was earlier marked as
20 Trustee Exhibit 27.  It's a screenshot, so it's a
21 little blurry.
22    A.  Uh-huh.
23    Q.  From a television program.
24    A.  Right.
25    Q.  Have you ever seen either the program that the

1    screenshot came from or this photograph?

2        A.   I have seen this piece on the news.

3        Q.   And you recognize, then, Exhibit 27 is a

4    photograph of Mr. Lezama on the left and a letter that

5    he contends he received at his home in connection with

6    his campaign for the school board, correct?

7        A.   Uh-huh.

8        Q.   Is that a "yes"?

9        A.   Correct.

10       Q.   And the letter, which has some portions whited

11   out, talks about somebody white beating his little

12   bitty brown blank, which has been redacted.

13            And this came out of the campaign in which

14   he ran against Ms. Minda Caesar.

15            Are you aware that Mr. Lezama received

16   correspondence of this sort in connection with his

17   attempt to be a school board trustee?

18       A.   I learned about it from the news.

19       Q.   What's your reaction to the -- the letter that

20   is shown on Exhibit 27?

21       A.   I find any such mail horrific.

22       Q.   Are you aware of any other instances where

23   minority candidates for the school board have received

24   similar communications that are ethnically- or

25   racially-oriented?

1    A.  I am not.

2            I was told by one candidate that she, in

3    her first run, had been targeted, and she felt unsafe

4    from that.

5    Q.  What did you understand the candidate meant

6    when she said she had been targeted?

7    A.  The visual, in my memory -- recollection of

8    that conversation was that some -- she thought someone

9    had been in front of her house, watching her, and that

10   it was unsafe and it was based on the fact that she

11   was Hispanic and running for the board.  That was her

12   understanding of -- and I found that equally horrific.

13   Q.  In the recent past, there have been three

14   minority candidates for the board, correct?

15   Mr. Lezama, who --

16   A.  Yes.

17   Q.  -- ran against Ms. Caesar in 2018, correct?

18   A.  Mr. Lopez.

19   Q.  Mr. Lopez who ran against Carter Breed in 2019?

20   A.  Yes.

21   Q.  Ms. Elizondo, who earlier ran against Chris

22   Vierra, and then again ran in 2021 against

23   Mr. Earnest, correct?

24   A.  Correct.

25   Q.  And in each of those races, the successful

1    candidate was Anglo, correct?

2        A.   Correct.

3        Q.   **This year is the 75th anniversary of the**

4    **Spring Branch Independent School District, correct?**

5        A.   Correct.

6        Q.   **Is it consistent with your understanding that**

7    **in the 75-year history of the district, no -- no**

8    **minority member or person of color has ever been**

9    **elected to or appointed to serve on its board of**

10   **trustees?**

11       A.   As far as I know.

12       Q.   **How does that make you feel?**

13       A.   How does that make me feel?

14            I believe that we need perspectives on our

15   board, and I believe those are often professional and

16   personal experiences.  I believe that board members

17   bring their experience and their wisdom to the

18   questions they ask and the things that they explore

19   and urge the system into its greatness.

20            I believe that we should have geographic,

21   racial, gender -- I mean, you make it up from there on

22   out -- perspectives on our board.

23       Q.   **Have any of the minority candidates that we**

24   **just mentioned who have run for the school board, in**

25   **your view, as an experienced school board member, been**

1    qualified?

2        A.  Yes.

3            Can I also state that I believe most people

4    running for the board are qualified in some form or

5    way.  Some candidates have had even more experience

6    with an education.

7            Again, you don't want a board of seven

8    teachers, but I think it's an important perspective.

9        Q.  **Given that qualified candidates of color have**

10   **run for the school board in the past and have never**

11   **been elected in 75 years, to what do you attribute**

12   **that?**

13       A.  I don't know.  I don't know.

14       Q.  **Do you agree it's a positive or a negative for**

15   **the Spring Branch Independent School District never to**

16   **have had a person of color elected to or appointed to**

17   **its school board?**

18            **MR. HENRY:**  Objection, form.

19       A.  But there's no way it can be positive that we

20   haven't had someone of color on our board.  I go back

21   to perspectives matter and experiences influence the

22   work we do.

23       Q.  **(BY MR. ABRAMS)  Did you support the plaintiff,**

24   **Virginia Elizondo's, candidacy for the school board?**

25       A.  I did.

1    Q.   Why?

2    A.   Because she's qualified.

3    Q.   **To what do you attribute the fact that she**

4    **didn't get elected to the school board?**

5    A.   I attribute it to a rising groundswell of

6    politically-motivated activism.

7              I will say that -- I remember on election

8    day, someone walked by me convinced that they needed

9    to vote against a communist.  I was clear that there

10   were no communists running for the board.

11   Q.   **Have you in the entire time you have lived in**

12   **Spring Branch ever seen the same vitriol directed at**

13   **an Anglo candidate?**

14   A.   I've never seen the same vitriol directed at

15   any school board candidate.

16   Q.   **Do you believe you've understood my questions**

17   **here today, except where you told me you didn't?**

18   A.   I think I did.

19   Q.   **Are there any answers that you would like to**

20   **now change, correct, or supplement?**

21   A.   No.

22              **MR. ABRAMS:**  Then I will pass the

23   witness at this time, and I thank you very much for

24   your taking time to visit with me on the record.

25              THE WITNESS:  Thank you for your time.

 1                    **MR. HENRY:**  And I reserve my

 2    questions.

 3                    **MR. ABRAMS:**  Thanks a lot.

 4                    (Deposition concluded.)

 5                    Reporter's Note:  According to Federal

 6    Rule 30(e)(1), the request for review of the

 7    deposition by the witness is accomplished "on request

 8    by the deponent or a party before the deposition

 9    completed."

10

11                    Since this was not done, signature is

12    considered waived for this transcript.

13

14

15

16

17

18

19

20

21

22

23

24

25

1                      CHANGES AND SIGNATURE

2    **WITNESS NAME:** CHRISTINA GONZALEZ   DATE: 2/17/2022

3    PAGE            LINE            CHANGE            REASON

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

```
 1        I, CHRISTINA GONZALEZ, have read the foregoing
     deposition and hereby affix my signature that same is
 2    true and correct, except as noted above.

 3

 4

 5        _____

              CHRISTINA GONZALEZ

 6

 7    THE STATE OF _____)

 8    COUNTY OF _____)

 9

10        Before me, _____, on this day

11    personally appeared CHRISTINA GONZALEZ, known to me

12    (or proved to me under oath or through

13    _____) (description of identity

14    card or other document) to be the person whose name is

15    subscribed to the foregoing instrument and

16    acknowledged to me that they executed the same for the

17    purposes and consideration therein expressed.

18        Given under my hand and seal of office this

19    _____ day of _____,

20    _____.

21

22

23        _____

              NOTARY PUBLIC IN AND FOR

24              THE STATE OF _____

              COMMISSION EXPIRES: _____

25
```

Page 74

1

                IN THE UNITED STATES DISTRICT COURT
2               FOR THE SOUTHERN DISTRICT OF TEXAS
                        HOUSTON DIVISION
3

     VIRGINIA ELIZONDO,              )
4                                    )
         Plaintiff,                  )
5                                    )
     VS.                             ) CIVIL ACTION
6                                    )
     SPRING BRANCH INDEPENDENT       ) NO.: 4:21-CV-01997
7    SCHOOL DISTRICT, ET AL.,        )
                                     )
8        Defendants.                 )
9
                    REPORTER'S CERTIFICATION
10             DEPOSITION OF CHRISTINA GONZALEZ
                      FEBRUARY 17, 2022
11

12       I, Annette Peltier, Certified Shorthand Reporter in
13   and for the State of Texas, hereby certify to the
14   following:
15       That the witness, CHRISTINA GONZALEZ, was duly
16   sworn by the officer and that the transcript of the
17   oral deposition is a true record of the testimony
18   given by the witness;
19       That the original deposition was delivered to
20   Mr. Barry Abrams, Custodial Attorney.
21       That a copy of this certificate was served on all
22   parties shown herein on _____.
23       I further certify that pursuant to FRCP Rule
24   30(f)(1) that the signature of the deponent:
25           ____ was requested by the deponent or a party

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

1    before the completion of the deposition and that
2    signature is to be returned within 30 days from the
3    date of receipt of the transcript.  If returned, the
4    attached changes and signature page contains any
5    changes and the reasons therefore.
6         XXX was not requested by the deponent or party
7    before the completion of the deposition.
8         I further certify that I am neither counsel for,
9    related to, nor employed by any of the parties or
10   attorneys in the action in which this testimony was
11   taken.  Further, I am not a relative or employee of
12   any attorney of record in this cause, nor am I
13   financially or otherwise interested in the outcome of
14   the action.
15        Certified to by me this 3rd day of March, 2022.
16
17   _____
                  Annette Peltier, Texas CSR 3253
18                Expiration Date:  10/31/23
                  Firm Registration No. 223
19                Worldwide Court Reporters, Inc.
                   3000 Weslayan, Suite 235
20                Houston, Texas 77027
                  713.572.2000
21
22
23
24
25

| A |
| --- |
| **Abernathy** 2:10 |
| **ability** 34:5,11 |
| 46:1 |
| **able** 53:8 |
| **above-styled** |
| 1:16 |
| **Abrams** 2:5 3:4 |
| 4:5,13 40:12 |
| 40:21 41:8,15 |
| 45:3 46:14 |
| 49:2,6,25 |
| 69:23 70:22 |
| 71:3 74:20 |
| **absence** 41:22 |
| **absent** 47:24 |
| **Absolutely** |
| 60:18 |
| **absorb** 30:22 |
| **accept** 58:5 |
| **access** 31:8,20 |
| **accompanied** |
| 38:4 |
| **accomplished** |
| 71:7 |
| **account** 5:18 |
| **accountable** |
| 51:1 |
| **accurate** 19:3 |
| 23:11 33:8 |
| 40:2 |
| **acknowledged** |
| 73:16 |
| **Act** 26:13 48:14 |
| **action** 1:5 74:5 |
| 75:10,14 |
| **active** 15:17 |
| 24:5 |
| **actively** 17:9 |
| **activism** 70:6 |
| **activities** 21:3 |
| **actual** 52:16 |
| **additional** 37:4 |
| **adhere** 20:8 |
| 26:7 |
| **adjacent** 65:2 |

**Adjournment**
3:5
**administration**
51:1
**adopt** 44:11
**ads** 15:2
**adult** 38:17
**advisory** 20:10
**affix** 73:1
**afternoon** 4:6,7
**ag** 64:21
**age** 42:12 43:1
**ages** 12:24
**ago** 25:15
**agree** 9:12 26:11
26:20,22 35:7
36:4,8 38:7,9
40:3,12,19
42:3 43:11,23
44:6,13 46:3
51:5 53:19
55:13,16 58:10
62:1,5,6,7,13
63:21 65:7
69:14
**agreed** 53:5,7
**agreement**
30:10,15
**Ahh** 13:1
**aired** 27:13
**AL** 1:6 74:7
**align** 53:16
**aligned** 53:21
**allowed** 27:11
27:16
**allows** 27:10
**amicable** 30:3
30:11
**amicably** 29:24
**Andres** 31:15
**Anglo** 36:21
37:11,14 38:4
68:1 70:13
**Annette** 1:18
74:12 75:17
**anniversary**
68:3

**answer** 9:7,11
32:2 40:9,18
41:2,13 44:22
46:12 49:7,7
49:20 59:18
**answered** 8:12
17:19 44:25
**answering** 8:17
9:6
**answers** 7:15
70:19
**Antonio** 57:6
**appear** 52:15
**Appearances**
3:3
**appeared** 28:4
73:11
**appearing** 2:2
**applicable** 26:9
26:11,21
**application** 31:3
46:14
**appointed** 15:10
16:21 21:19
68:9 69:16
**appreciate**
38:20 59:21
60:3,5
**approached**
29:3
**appropriate**
18:5,6
**April** 12:17
**area** 10:22 11:16
24:10 36:24
37:18,25 40:6
40:15
**areas** 49:16,17
**Arts** 11:6
**Ashford** 1:21
**aside** 35:10
**asked** 17:19
48:6
**asking** 29:12
51:14 58:5,9
58:23,25
**aspect** 35:10

**assert** 46:7
**assume** 8:13
**at-large** 48:16
**athletic** 1:20 8:1
**attached** 1:24
31:10 32:17
75:4
**attempt** 5:8
52:15 66:17
**attend** 40:24,25
50:8
**attendance**
38:25 64:2
**attended** 10:20
13:10
**attention** 62:17
**attorney** 74:20
75:12
**attorneys** 27:14
75:10
**attracted** 22:12
22:13
**attribute** 69:11
70:3,5
**Audrey** 2:15
**Avenue** 2:6
**aware** 28:14
30:9,14 33:6
57:10 66:15,22
**awe** 30:22

| B |
| --- |
| **BAbrams@Bl...** |
| 2:7 |
| **baby** 15:15 |
| **Bachelor** 11:6 |
| **back** 11:12,17 |
| 12:1,4 13:20 |
| 14:3,14 15:13 |
| 19:21 20:1 |
| 22:7,21 53:2 |
| 69:20 |
| **backbone** 57:8 |
| **background** |
| 11:3 24:12 |
| 33:1 37:3 |
| 51:13,14 |

**backgrounds**
20:16
**Bakersfield**
10:15,15
**ballot** 19:15
**Barry** 2:5 4:13
74:20
**based** 5:20
14:19 17:20
22:18 23:4,22
60:10,12 61:7
67:10
**basis** 47:15 48:7
**batting** 25:2
**Baylor** 10:20,23
10:24 11:7
**bear** 45:24
**Bears** 10:24
**beating** 66:11
**began** 53:2
**begun** 38:3
**behalf** 4:16
**behavior** 55:1
**belief** 51:20
**beliefs** 48:16
**believe** 9:21
16:14 17:5
18:17,18 19:3
22:25 30:5,8
30:13 32:22
40:21 41:3,6
48:15 49:21,23
50:18 53:24
56:1,4,8,24
59:4,9 61:9
68:14,15,16,20
69:3 70:16
**beneficial** 51:5
**best** 5:23 26:6
40:23 53:9
59:6
**better** 14:11
40:22 51:16,18
53:6
**big** 12:11
**bit** 8:3 14:24
21:22 25:16

63:16
**bitty** 66:12
**blank** 2:5 66:12
**block** 41:21
    42:14,20 47:11
    47:24
**blog** 52:2
**blurry** 65:21
**board** 6:14,15
    15:7 18:9 20:9
    21:13,13,14
    23:10,13,23
    25:24 26:3,5
    26:12 27:1,7
    27:10,22 29:3
    29:3,21,23
    30:2,20 35:3
    38:24 39:11,19
    40:22 41:11,18
    45:6 49:15
    50:4,14 51:6
    51:12 53:15,25
    55:1,6,10,11
    55:14,18,18,23
    56:6,10 58:12
    59:7 66:6,17
    66:23 67:11,14
    68:9,15,16,22
    68:24,25 69:4
    69:7,10,17,20
    69:24 70:4,10
    70:15
**board's** 53:18
**boards** 21:10
**bodies** 43:10,22
**body** 39:13,15
**bond** 16:4 33:10
**booklet** 7:18
**born** 10:6,7
**Boston** 22:3
**bottom** 55:8
**Boulevard** 2:11
**Boyd** 2:10
**Branch** 1:6 4:18
    6:8,14 12:6,14
    16:10 19:14
    21:8,12 24:9

24:10 25:4,19
35:2,14,25
36:15,20,24
39:16 44:19
45:24 46:23
47:23 55:6
56:24 57:5,6,7
58:12,24 60:17
60:21 61:3,6
62:9,18 63:1
63:14,23 64:7
64:22 68:4
69:15 70:12
74:6
**break** 9:14,15
    9:16 49:1,4
**Breed** 67:19
**bring** 50:3,3
    68:17
**brought** 10:21
**brown** 66:12
**building** 51:2,3
    64:21
**built** 12:10
**bullet** 42:8,18
**business** 11:6,14
    14:4,5,18 33:4
**businesses** 25:1
**buy** 17:9 60:24

——————
    **C**
——————
**C** 2:1
**C-H-R-I-S** 4:12
**Caesar** 66:14
    67:17
**cages** 25:2
**California** 10:8
    10:16
**call** 4:23 9:16
    29:17 64:20
**called** 7:19 18:9
    18:25 20:12
    51:21
**campaign** 15:18
    15:22 16:1
    17:16 57:21
    66:6,13

**cancelled** 18:22
    18:25
**candidacy** 69:24
**candidate** 48:1
    62:8 67:2,5
    68:1 70:13,15
**candidates** 19:1
    35:18 41:24
    43:10,17 66:23
    67:14 68:23
    69:5,9
**Canvas** 61:17
**capacities** 4:19
**card** 73:14
**care** 50:21
**career** 24:23
**carry** 62:11
**Carter** 67:19
**cast** 19:15 61:21
    61:23,25
**cause** 1:17 37:3
    75:12
**center** 64:21
    65:1
**certain** 29:22
**certainly** 45:3
**certificate** 3:8
    9:25 74:21
**CERTIFICA...**
    74:9
**certifications**
    9:23
**Certified** 1:18
    74:12 75:15
**certify** 74:13,23
    75:8
**change** 70:20
    72:3
**changed** 25:6
    37:13
**changes** 55:25
    72:1 75:4,5
**changing** 48:11
    49:11
**Character** 27:1
**charged** 10:2
    26:12

**child** 12:9 57:2
**child's** 41:4
**children** 12:23
    12:25 13:6
    23:14 25:10
    38:10,13,17
    39:4,25 40:24
    40:25 41:9
    50:8 56:22
    60:24
**children's** 50:11
    50:14
**choice** 41:24
    53:10
**choices** 42:21
**chose** 18:3
**Chris** 4:12 58:17
    67:21
**Christina** 1:11
    1:14 4:1,11
    72:2 73:1,5,11
    74:10,15
**church** 19:17
**circumstances**
    41:22 47:24
**citizen** 60:12
**citizens** 60:11
**citizens'** 20:10
**City** 19:20,25
**civic** 20:21
**Civil** 1:5,22 74:5
**claim** 34:4,11
    60:15
**clarification**
    38:20
**clarify** 8:10
**clarifying** 38:22
**classrooms** 53:5
**clear** 55:2 70:9
**clients** 14:21
**close** 30:17 46:2
**closely** 31:22
**closer** 65:9
**Club** 20:23
**cognizant** 48:17
**cohesive** 47:11
**Coleman** 65:1

**colleagues** 23:9
    26:20 27:19
    28:2,15 39:14
    40:22 41:6
    44:20 50:2
**collect** 5:8
**college** 10:13
    24:15
**color** 68:8 69:9
    69:16,20
**column** 62:21
**come** 5:18 11:12
    18:15 59:21
**comes** 33:16
**COMMISSION**
    73:24
**commitment**
    20:20 32:21
**committed**
    31:25
**Committee**
    20:13
**committees**
    20:11
**common** 58:12
    59:1
**communicated**
    28:15 54:7
**communicating**
    28:2
**communicatio...**
    14:18,23,25
    15:6 29:22
    30:1 53:15
    66:24
**communist** 70:9
**communists**
    70:10
**communities**
    56:22
**community**
    15:20 16:13
    17:18,18 19:7
    19:9 20:4,5,14
    20:16,21 24:7
    27:25 29:7,11
    29:13 46:9

47:5 48:18
50:21,23 51:8
56:25 57:9
59:22 60:1
65:15,17,17,17
**compact** 46:25
**company** 14:18
25:1
**complaints**
19:13 28:19,20
60:10,12
**complete** 9:11
**completed** 71:9
**completion** 75:1
75:7
**Complex** 1:21
**composition**
41:18
**conceal** 52:16
**concentration**
42:24
**concern** 28:22
**concerned** 24:5
24:7 29:4
**concerning**
27:19
**concerns** 28:19
28:21 54:24
**conclude** 43:15
44:3
**concluded** 71:4
**concluding**
44:10 45:21
**conclusion** 42:4
44:7 46:4,5
**conclusions**
47:16 48:7
**conditioned**
59:18
**conditions** 50:17
51:7
**condos** 37:22
**confidential**
27:3,21
**confidentiality**
27:18 28:25
**confirm** 39:18

39:21
**congregation**
19:18
**connection**
33:10 66:5,16
**connotations**
59:11,12,14
**consider** 19:9
**consideration**
73:17
**considered**
71:12
**consistent** 68:6
**consistently**
26:8
**constant** 25:6
**constitute** 42:11
42:25 46:25
**construction**
37:21
**consulting** 11:14
**contains** 46:15
75:4
**contend** 44:16
45:2
**contends** 66:5
**content** 29:12
52:9
**contest** 43:18
**contested** 17:1,4
61:18 65:13
**context** 32:22
**contraindicati...**
58:23
**contribute** 64:12
**contributors**
52:16
**controvert** 48:7
**convene** 27:10
**conversation**
67:8
**conversations**
27:14 30:11
**convicted** 10:2
**convinced** 70:8
**copy** 5:4 31:3
74:21

**correct** 4:14,15
23:9,12,20,21
33:12 36:16,17
38:12,14,15
39:1,2 40:1
45:7,11,13,14
47:17,19,20
49:9 54:6
60:21,22 64:9
64:10,23,25
65:2,3,6 66:6,9
67:14,17,23,24
68:1,2,4,5
70:20 73:2
**correctly** 45:1
**correspond**
53:17
**correspondence**
66:16
**counsel** 2:15
5:24 49:3 75:8
**countries** 47:6
**country** 22:18
**COUNTY** 73:8
**couple** 13:22
19:21 20:2
29:2
**Courage** 13:11
**course** 10:25
20:6 21:14
**court** 1:1 3:8
7:14 8:4,22 9:2
74:1 75:19
**cover** 21:10
**covering** 47:5
**COVID** 18:5
53:2
**create** 47:7
**created** 52:19
**creating** 16:11
52:12
**criminal** 10:3
**critical** 62:3
**criticize** 34:5
**Cross** 64:3,6
**crucial** 61:11
**CSR** 1:18 75:17

**Cub** 20:24
**cured** 56:1
**current** 21:3
37:9 39:10
48:11,16 51:12
55:22
**currently** 13:10
14:17 23:13
39:19
**Curry** 17:6
**Custodial** 74:20

## D

**dad** 10:10 24:14
**Dairy** 1:21
**data** 36:22 38:5
39:15,25 61:10
**date** 30:7 72:2
75:3,18
**day** 12:7 57:2
61:8,11 70:8
73:10,19 75:15
**days** 75:2
**deadline** 18:6
**deal** 9:8
**dealing** 34:10
**deals** 26:2
**decade** 14:15
**December** 15:15
**decision** 49:13
53:8 61:11
**decisions** 40:23
41:4,7
**declaration**
49:13
**defeat** 41:23
47:25
**Defendants** 1:7
2:9 74:8
**deferred** 19:6,11
**definitely** 53:23
**degrees** 11:3,4
24:18
**delayed** 18:4,16
18:17
**deleted** 6:3
**delivered** 74:19

**demographic**
33:18 36:22
37:20 39:11,15
**demographics**
25:5 36:19
37:10,18
**department**
22:10
**deponent** 71:8
74:24,25 75:6
**deposed** 7:3
**deposition** 1:10
1:14 5:4,5,6
6:7,19,23 71:4
71:7,8 73:1
74:10,17,19
75:1,7
**describe** 13:16
24:6
**description**
73:13
**desirable** 41:8
**desire** 49:7
**despite** 50:9
**determines** 49:8
**Development**
22:9
**device** 5:15
**devices** 5:12,13
**differed** 57:11
**difference** 23:3
**differences** 24:1
24:6
**different** 20:16
33:20 34:10
35:18
**differently**
59:22
**digital** 9:25 15:1
**directed** 70:12
70:14
**directing** 62:17
**Director** 22:9
**disadvantaged**
45:9,15
**disagree** 35:7
40:3,12 42:3

43:11,23 44:6
44:13 46:3
**disclose** 27:2
**disclosing** 28:4,7
**discrimination**
45:23,25 46:10
**discuss** 27:11
29:4
**discussed** 16:9
28:16 29:11
46:22 47:9,22
**discussing** 29:14
46:17
**discussion** 28:5
29:16,18
**discussions**
27:14,19 29:24
30:2
**disenfranchised**
19:14
**disparage** 56:21
**disparity** 56:3
**dispute** 33:13
34:5,8,12
**disserved** 19:10
**district** 1:1,1,6
4:18 5:13,15
5:16,16 6:8,9
6:14 16:15
20:10 25:5
26:7 30:14
32:5 33:7,19
35:3 39:22
40:4,14 41:16
42:25 43:2,8
43:16 44:3,10
47:1,8 48:12
49:11,17 50:10
50:15 51:5
52:3 53:14
54:23 55:10
59:2 63:22
68:4,7 69:15
74:1,2,7
**District's** 30:9
39:12,24 61:17
**District-produ...**

57:18
**districts** 41:23
43:2 56:22
**diversity** 56:5,9
**DIVISION** 1:2
74:2
**divulge** 29:12
**document** 6:1
30:20 31:10
73:14
**documents** 5:6,9
5:24 6:3,22
**dogma** 20:7
**doing** 8:16 21:24
25:14 52:20
63:7
**Don** 65:1
**door** 13:15
**doors** 22:24
**Dr** 20:18 31:12
31:15,18,18
33:1,6,13 34:3
34:6,9,13,17
34:20,25 41:20
42:4,18,23
43:6,14 44:1,9
45:16,20 46:4
47:16 48:7
**draw** 62:14
**due** 18:4
**duly** 1:15 4:2
74:15
**Duncan** 20:18
**duty** 26:12

――――――
**E**
――――――
**E** 2:1,1
**e-mail** 5:16 28:3
53:21,23
**e-mails** 5:15,18
29:7 30:7
53:12,22 54:20
**earlier** 5:3 25:21
28:16 29:14
30:25 35:21
39:7 48:6
65:19 67:21

**early** 61:3,7,22
61:23 62:2,7
62:17 63:21
64:12 65:11
**earned** 14:24
58:17
**Earnest** 57:20
58:2,17 62:8
62:24 67:23
**easier** 64:24
**easily** 61:1
**east** 13:21
**easy** 48:23 64:13
**economically**
45:9,14
**economically-...**
44:17 45:4
**education** 21:8
21:12 22:23
23:1 24:22
41:5 53:3,10
60:16 69:6
**educational**
22:14 24:17
**educator** 14:11
22:22
**effectively** 46:1
**effects** 45:25
**efforts** 50:9,16
**eight** 55:15
**either** 31:21
54:25,25 65:25
**elderly** 57:11
**elect** 40:5,14,20
48:12
**elected** 20:9
21:19 32:7
68:9 69:11,16
70:4
**electing** 49:11
**election** 17:2,4
17:21 18:4,10
18:16,19,22,23
19:5,11 36:2,6
36:14,25 37:16
44:11 55:25
57:11,20,24

61:8,10,18
62:2,9,11
63:15,23 64:2
70:7
**elections** 33:10
35:3 36:1 61:4
61:7 65:13
**electronic** 5:11
**Elementary**
13:9 37:8
**Elizondo** 1:3
4:17 57:21
58:3,19 67:21
74:3
**Elizondo's**
69:24
**employed** 75:9
**employee** 75:11
**employment**
13:16
**enable** 41:21
42:20 47:24
**endorsed** 65:14
65:18
**energy** 14:10
**engage** 30:2
**engaged** 52:4
**England** 22:5
**enhance** 43:9
**enjoying** 8:23
**enroll** 38:21
**enrollment**
35:25 36:5,13
37:16 38:24
41:10
**entertain** 29:23
**entire** 70:11
**entrepreneur**
24:25
**entrusted** 50:23
**equalization**
23:2
**equalizer** 22:24
**equally** 67:12
**erasable** 62:15
**Errata** 3:6
**error** 63:17

**essentially** 30:3
**establish** 20:17
51:15
**estate** 37:24
51:14
**estimate** 20:15
**ET** 1:6 74:7
**ethical** 26:7,25
**ethics** 26:3
**ethnic** 37:5
46:10 56:5,9
59:11,13
**ethnically-**
66:24
**ethnicity** 35:17
35:19
**eventually** 22:22
**evidence** 28:18
30:7 35:1 43:7
43:15 44:2
**exactly** 53:5
**Examination**
3:4 4:4
**example** 51:13
64:20 65:8
**excellent** 6:17
7:21
**exception** 47:16
**excluding** 10:3
**executed** 30:10
73:16
**executive** 27:7,9
27:20,23 28:1
28:5,8,12,16
29:1,12,15
30:4
**exemption** 16:8
**exhibit** 5:4,7
25:22 31:1,14
31:16 34:16
35:22 39:8,10
41:25 45:17
46:15 54:12,19
55:4,16 57:16
61:15 65:20
66:3,20
**exhibits** 3:9 31:5

**exhorting** 29:23
30:1
**exist** 22:18
**existed** 48:5
**existing** 51:7
**experience**
13:25 17:20
21:23 23:22
33:17 35:12
40:20 61:10
64:11 68:17
69:5
**experienced**
68:25
**experiences**
24:18 40:7,16
48:21 50:6
51:11 68:16
69:21
**expert** 7:1 24:4
31:11,11,15
33:7 37:24
**expertise** 34:12
50:3,3
**experts** 32:3
**Expiration**
75:18
**EXPIRES** 73:24
**explanation** 7:9
**explore** 68:18
**expressed** 43:6
44:1 73:17
**expression** 4:25
54:14 59:11,25
60:6,14
**extends** 49:3
**extra** 48:20
**extracted** 39:12
**extremely** 27:21

**F**

**Facebook** 15:2
**facility** 8:1
**fact** 19:10 38:23
39:24 55:20
67:10 70:3
**factor** 41:17

46:22 47:9,21
**factors** 46:16,21
**factual** 47:15
48:6
**fairly** 8:13
**fairness** 32:17
**fall** 5:25 6:4
**familiar** 25:25
32:25 33:5,10
51:7,21 52:23
52:24 54:14
**familiarize**
50:16
**families** 15:4
23:7 24:11
53:7 56:22
**family** 10:24
11:18 23:5
24:12 53:9
**far** 8:16 15:13
32:15 33:16
68:11
**fast** 58:8
**faster** 29:7
**favorite** 30:20
**February** 1:12
1:17 15:16
32:18 74:10
**federal** 1:22
26:18,21 71:5
**feel** 68:12,13
**felt** 67:3
**FFA** 21:1
**figure** 6:21
33:21 34:1
**filed** 4:17 15:16
15:17 32:13,16
32:18
**filing** 18:2
**fill** 15:11
**finally** 44:9
**financial** 50:3
**financially**
75:13
**find** 14:9 15:7
28:10 55:11
57:23 66:21

**fine** 6:12 30:18
**finish** 9:7,10
**finished** 9:10
**fire** 50:25
**Firm** 75:18
**first** 4:2 15:8,22
46:22 67:3
**five** 20:13 23:9
38:7,10
**five-year** 20:17
**focusing** 38:20
**follow** 32:24
48:13,13 49:8
49:13
**followed** 24:23
**following** 31:25
74:14
**follows** 4:3
**food** 28:10
**force** 20:14
**foregoing** 73:1
73:15
**Forest** 36:15
37:15 62:9,19
63:2,14,24
65:4
**form** 25:18 40:8
40:17 41:1,12
44:21 46:11
49:19 69:4,18
**formed** 35:13
53:1
**former** 16:17
**forms** 43:8
**formulating**
51:4
**forum** 17:18
**forward** 59:7
**found** 11:17
12:6,8 41:25
52:17 67:12
**foundation** 21:8
21:13 23:1
**founded** 22:9
**four** 10:20 12:25
14:8 36:4,5
**Frankfurt** 10:7

**FRCP** 74:23
**free** 46:7
**frequently** 23:4
27:12 29:17
**freshman** 13:14
**front** 67:9
**full** 63:20
**fully** 60:24
**function** 58:13
**fundamentally**
32:22
**funny** 20:23
21:6
**further** 74:23
75:8,11

**G**

**G-O-N-Z-A-L...**
4:12
**gas** 14:7
**gender** 68:21
**general** 25:17
37:18 50:12
**generalization**
24:1
**generalize** 57:15
**generally** 4:11
32:25 38:3
57:23
**gentrification**
25:19 38:2
**geographic**
41:15 42:24
49:14,22 68:20
**geographically**
46:25 49:18
**German** 11:7
**Germany** 10:7
**gestures** 8:21
**Girl** 21:5
**give** 9:5,7
**given** 7:8 69:9
73:18 74:18
**giving** 8:2,4
**gmail** 5:18
**go** 4:12 14:4,6
24:15 69:20

**goal** 20:20
**going** 4:23 6:7
6:13 9:13 14:1
16:7 19:24,24
22:23,24 30:18
32:23 50:19,20
58:7
**Gonzalez** 1:11
1:14 4:1,11,13
12:18 72:2
73:1,5,11
74:10,15
**good** 4:6,7 6:24
7:8 9:8 48:25
54:18 57:1
**Google** 15:2
**govern** 18:17
**governor's**
18:18
**Grace** 15:11
**graduate** 9:24
10:14,23 11:16
**graduating**
10:17
**great** 8:16 14:1
**greater** 57:1
**greatness** 68:19
**grew** 10:9 24:13
**ground** 7:5
**groundswell**
70:5
**group** 46:24
47:7,10 52:7
52:22,23 53:22
57:24 65:18
**groups** 65:15,16
**grow** 24:13
**growing** 22:17
**guesses** 54:4
**guys** 22:5

**H**

**half** 37:11,11
63:10,11
**Hampshire**
11:17,21 22:4
**hand** 25:21

30:25 35:21
39:7 54:11
55:3 65:19
73:18
**handed** 5:13,15
5:17
**hands** 32:1,23
**Hang** 42:15
**happened** 15:11
29:14
**happening** 25:8
25:19 28:8
52:3
**happens** 20:4
**happy** 8:11 9:16
**hard** 16:8 24:19
42:16 53:20
57:2 64:14
**hard-working**
16:17 24:20
**hat** 17:12
**hate** 48:24
**head** 8:20,21
**headed** 57:6
**hear** 7:10 19:7
**heard** 28:19,19
29:10 48:23
60:1,10
**heart** 14:11
22:14,25
**held** 21:16
**HENRY** 2:10
40:8,17 41:1
41:12 44:21
46:11 48:24
49:19 69:18
71:1
**hereto** 1:24
**high** 10:14,15,17
13:14 23:15,16
38:8,11 39:3,4
39:6 41:9 65:2
**highly** 60:20
**Hillshire** 37:2
64:6
**hinders** 45:25
**hire** 50:25

**HISD** 54:15,23
54:24 55:18
56:6,10,13
59:9,25 60:15
60:16
**Hispanic** 12:18
12:19,20 24:11
37:11 40:1
45:8,11,15
47:5 67:11
**Hispanics** 42:24
**historical** 45:22
55:1
**history** 13:16,22
68:7
**hit** 13:17,17
**hold** 15:16 50:25
**holds** 57:8
**Holy** 64:3,6
**home** 12:6,10
25:13,17 66:5
**homes** 25:11,12
**homestead** 16:8
**Hope** 19:20,25
**horrific** 66:21
67:12
**house** 12:12
67:9
**households**
38:18
**Houston** 1:2,21
2:6 10:11,11
10:13,22 11:12
11:15,17,22
12:4 22:1,2,7
24:17 25:4
45:24 55:10
74:2 75:20
**huh-uh** 8:19,24
**Hullett** 2:10
**humor** 8:25
**husband** 12:21
12:22 24:13,15
24:23,25 46:8
**hypotheses** 54:5

——— **I** ———

**I-10** 24:3 36:20
36:24 38:3,8
44:18 45:5
58:3,4
**idea** 58:16
**identity** 73:13
**imagine** 26:17
**immediately**
30:4
**important** 8:3,6
8:17 9:1 27:13
49:23 51:9
69:8
**In-House** 2:15
**inadvertently**
9:9
**inbox** 32:10,14
**inboxes** 54:21
**included** 5:5
20:14
**includes** 37:8
**including** 4:19
26:8
**income** 24:14
38:1
**inconsistent**
58:11,25
**increased** 25:13
**increases** 43:16
64:14
**incredible** 13:25
56:24
**incredibly** 24:19
24:19
**Independent** 1:6
4:18 6:8,14
55:10 68:4
69:15 74:6
**Index** 3:1
**indicated** 12:23
**indicating** 7:1
42:9
**industry** 10:9
14:7
**inferior** 60:16
**influence** 69:21
**informal** 7:25

**information**
11:3 27:2
30:23 39:12
52:19
**inhibits** 64:15
**initially** 59:15
59:19
**injunction** 31:4
46:15
**insights** 37:9
**instance** 1:15
29:2
**instances** 66:22
**instrument**
73:15
**integral** 41:5
**Integrity** 27:1
**intent** 53:3 60:7
**intentionality**
48:21
**intentionally**
52:21
**intentions** 59:16
**interest** 20:7
32:3
**interested** 20:3
28:22 75:13
**Interesting**
55:24
**interests** 26:6
44:19
**internationally**
10:8 22:17
**interpretation**
54:22 60:6,8,9
60:13
**interpreted**
59:25
**Interstate** 23:10
36:6 37:19
**introduce** 4:8
**invested** 48:17
**ISD** 57:6
**issued** 34:9
**issues** 15:25
17:15 32:4

——— **J** ———

**Jacob** 13:3
**January** 32:15
**job** 8:16 9:2
10:21 50:22
51:15
**jobs** 23:6
**joined** 19:20,25
**Josef** 18:14
**judge** 27:6 32:1
32:23 46:17,23
47:10 49:8
**judge's** 49:13
**judgment** 44:10

——— **K** ———

**Kelly** 15:24 16:3
**kept** 16:18
**kids** 14:13 15:14
16:18 20:24
21:1,2,3 22:15
23:6,7 28:10
53:4,6
**kind** 9:25 10:3
20:17 52:2
**KIPP** 13:10
14:15 21:23
22:1,3,12
**Klam** 18:14 19:2
**Klussmann**
20:18
**knew** 29:7
**know** 4:25 9:10
12:11 14:1,2
14:10,11 16:11
16:12,17 17:8
17:19,25 20:24
22:5,17 23:4
28:9 29:10
31:8 33:2,16
33:21 36:18
37:21 42:17,22
46:17 47:6,14
48:19 50:7,11
50:15,18,20
51:16,19,19
52:1,5,6,7,9,12

52:18,21 53:1
54:1,3 55:12
55:20,24 57:4
59:16 61:3
68:11 69:13,13
knowledge 5:23
34:7
known 52:22
73:11
knows 40:6,6,15
40:15 50:14
Korean 24:10

___ L ___
labeled 34:20
lady 7:13
Landrum 13:11
36:11 64:1
65:10
Landrum's
15:11
large 46:24 47:7
largely 36:21
larger 38:4
Latin-American
47:6
Latinos 45:23
45:23 46:9
law 27:3,9,11,16
48:13 49:8
laws 26:9,11,18
26:21
lawsuit 4:17,23
7:22 9:19
28:22 29:18,24
30:3,12 31:4
32:1,4,18
lawyer 4:16
46:18,19
lawyers 6:20 7:8
20:3 30:9
33:25 46:16
lead 59:7
leader 17:8 21:5
leadership 54:3
64:21
leads 52:7

learn 50:9 53:6
learned 66:18
learning 53:4
led 24:18
left 7:13 66:4
left-hand 62:21
legal 27:15,15
29:19 46:16
47:22 50:3
51:13
legislative 43:10
43:22
let's 7:5 17:5,13
17:13 38:16
45:16 60:25
61:13,15
letter 66:4,10,19
letters 14:25
letting 5:19
Lezama 66:4,15
67:15
LHenry@Abe...
2:12
license 9:25
licenses 9:22
lie 19:24 36:6,14
36:16
life 40:16
likelihood 43:17
64:13
limit 32:21
Lindale 12:5
LINE 72:3
listen 51:17
literature 43:7
43:15 44:2
litigation 29:17
48:15
little 14:24
21:22 25:16
33:20 63:16
65:21 66:11
live 10:11 22:6
22:21 23:10
38:18 48:20
lived 12:4 16:15
22:17 70:11

lives 38:24 40:5
40:15 44:18
living 22:4
LLP 2:5
local 26:18,22
located 63:22,25
64:22 65:1
location 64:11
64:12
locations 63:22
65:8,11
log-in 5:17
logged 5:17
logical 60:5
long 9:13 16:16
longer 38:17
look 7:19 30:6
45:16 61:10,13
61:15 62:21
looking 11:2
16:10 53:11
60:23 64:3
Lopez 67:18,19
lot 7:19 10:24
13:22 15:19
16:3,11 17:10
37:21 71:3
lots 37:22
loud 8:17
love 7:10 24:7
Lucas 2:10 13:5
lucky 15:19

___ M ___
ma'am 42:7
machine 1:20
mail 66:21
major 20:19
majority 39:22
42:12,25 46:25
47:23 63:13
makeup 37:5
making 24:20
41:4,7
managed 16:4,5
16:6
manual 25:24

map 35:24 57:5
March 75:15
margin 63:16
marital 46:6
marked 5:3
25:21 30:25
31:14,16 35:21
39:7 54:11
55:3 65:19
markedly 57:12
marketing 9:25
14:17,23 15:1
15:1 22:10
Mary 15:11 17:6
match 53:18,24
materials 6:25
math 17:25
25:15 57:23
58:7,9 62:1
63:7
matter 69:21
matters 27:11
27:12,15,15,16
MBA 11:7,9
McKinney 2:11
mean 14:10 15:5
21:2 25:17
35:16 37:23
54:17 56:20,21
57:4,5 59:8,17
60:23 61:9
68:21
meaning 9:20
43:18
meant 13:25
67:5
media 14:24
member 19:17
20:21 21:7
26:3 29:21
54:3 55:14
68:8,25
members 23:12
26:6 27:2 29:3
29:22 35:17,18
39:19 54:8
55:6,9,11 60:1

65:17 68:16
Memorial 38:11
38:14 62:9,18
63:1,14,24
memory 67:7
mention 27:25
mentioned
68:24
message 56:18
messages 5:14
met 4:14
method 49:11
Mettenbrink
17:6,17
middle 13:11,11
24:14 35:24
36:4,8,9,11,11
36:13,20,25
37:5,16 41:9
58:19 63:23,24
63:25 64:7,22
65:5
mind 24:1 41:7
41:8,15 48:25
Minda 66:14
minorities'
47:25
minority 41:23
42:20 43:9,17
43:17 44:5
46:24 47:10,25
66:23 67:14
68:8,23
minute 26:16
61:2
mirrors 24:16
mismanaged
16:4
missing 55:14
moments 28:9
Moms' 20:23
money 23:6,8
months 14:8
morning 30:5
move 12:1 37:25
moved 5:22
12:16 25:9,11

movement 25:17
multi-gender
55:23
multicultural
24:8
multiethnic
55:19
multiple 11:3
29:22 37:22
multiracial
55:18,21

**N**

N 2:1,11
name 4:9,11,13
17:11,12 18:7
33:5 72:2
73:14
names 12:24
18:21,22
nearly 14:15
necessary 49:22
need 9:15 46:18
50:5,18,20
68:14
needed 53:8
70:8
needs 48:18
50:21
negative 59:10
59:12,14 69:14
neighborhood
13:9 24:8 25:9
39:2 40:6,16
neighborhoods
36:19 47:4
neighbors 37:13
neither 45:9
75:8
never 16:9 28:6
28:18 55:2
56:11 64:16
69:10,15 70:14
nevertheless 6:4
new 11:16,21
14:19 22:4,5
37:21

news 66:2,18
nice 7:13
Nigeria 22:19
nods 8:20,21
non-Hispanics
41:21 42:19
nonprofit 17:8
nonprofits
14:16,20
north 12:5 23:20
24:2 36:6,16
36:19,24 37:18
38:3,25 40:24
44:18 45:5
57:12,24 58:4
58:21 59:2
**Northbrook**
36:8 64:1
65:10
NOTARY 73:23
Note 71:5
noted 54:19 73:2
notice 5:5
notion 53:17
58:11 59:1
November 18:20
18:25 19:6,11
19:15
nuance 48:18
number 35:22
48:5 53:16
60:19 62:16
numbered 1:16
numbers 61:14

**O**

Oaks 36:8 37:8
64:1 65:10
Oaks' 37:10
oath 4:2 73:12
Objection 40:8
40:17 41:1,12
44:21 46:11
49:19 69:18
obligations
26:25 27:18
obliged 26:21

observation
61:6
observed 25:4
28:2
obtain 11:9
obtained 9:22
occur 18:19 30:3
30:12 38:3
offense 10:3
offenses 10:4
offer 49:2
offers 44:9
offhand 18:23
office 73:18
officer 74:16
official 4:19
18:7
oh 14:5 16:24
21:9 22:22
42:8 59:20
62:14
oil 10:9 14:6
okay 6:10,16 7:6
9:11,17 10:12
13:2 17:13
31:2,6,13,17
34:19 35:23
43:21 54:13
57:17 59:20
61:4,5 62:16
62:20 63:9,17
63:21
old 24:9
oldest 13:3
once 19:20 21:5
37:10 63:17
ones 21:4 23:6
41:3 62:16
ongoing 52:2
online 15:2
open 22:23
42:10
opened 18:3
operate 59:3
operating 25:24
30:21
opined 34:25

42:18
opinion 35:5,7,9
35:13,20 36:18
36:22 37:4,17
40:10 41:14
42:3,16,23
43:3,4,5,6,11
43:13,14,23,25
44:1,6,8,10,13
44:15 46:3,5,8
opinions 33:14
34:13,21 41:25
opponent 15:21
17:23
opportunities
14:12 24:18,21
opportunity 9:5
9:7 22:14 23:2
23:3 24:15
40:5,14
opposed 48:10
49:14
opposing 19:1
opposition
49:10,12
option 40:19
oral 1:10,14
74:17
order 18:18
ordinances
26:19
organizations
20:22
organized 19:17
52:5 54:1
original 18:2
24:9 60:7
74:19
originally 18:24
others' 48:21
outcome 20:19
31:25 48:14
62:3 75:13
outcry 19:4
outlined 27:9
outside 28:3,12
outward-facing

15:6
override 42:20
47:25
oversight 50:24
owned 25:11
owns 24:25 25:1

**P**

P 2:1,1
p.m 1:17,18 49:4
49:5
page 3:2,7 5:7
7:12 26:2,5
34:18 41:25
42:5,19 45:18
45:20 46:14
72:3 75:4
paid 25:14
painlessly 9:3
paper 32:18
papers 12:8
paragraphs 5:25
parent 44:17
50:13
parents 40:4,13
40:25 41:3,9
45:5 49:15
53:2,7
Park 12:5 21:13
parking 13:22
part 8:25 33:21
participate 46:1
participated
21:7
particular 6:25
15:25 17:16
22:19 25:9
parties 74:22
75:9
partner 14:18
party 9:19 21:20
28:16 71:8
74:25 75:6
pass 70:22
passed 25:12
path 24:23
pattern 58:11

**patterns** 57:11
**Peltier** 1:18
74:12 75:17
**pen** 62:15
**pending** 29:17
**people** 14:3,10
16:6,7,14
17:10,19 18:13
18:21 20:15
22:16 24:20
25:11,17 27:23
30:6 37:25
40:19,20 48:17
50:2,21 51:9
51:14 52:4
53:16,23 57:4
59:16 60:4
64:24 69:3
**percent** 39:25
58:2,4,17,20
61:24 63:20
**perception** 38:5
**perfectly** 12:9
**performance**
55:1
**period** 18:2,6
25:3 35:3
**person** 16:16
52:17 53:3,6
68:8 69:16
73:14
**personal** 5:11
49:12 68:16
**personally** 48:10
49:10,14 51:7
73:11
**personnel** 27:12
**perspective**
17:20 20:16
52:3 55:2 69:8
**perspectives**
41:7 49:24
51:10 68:14,22
69:21
**perverse** 8:25
**phone** 28:3
**photograph**

39:10 55:5,8,9
55:25 66:1,4
**phrase** 18:7 38:2
54:20
**physical** 64:11
65:7,9
**picture** 55:20
**piece** 66:2
**pieces** 7:2
**Pine** 13:8
**PIPEline** 52:22
53:16 54:1,9
**place** 27:19
56:25 57:5
**places** 22:17
48:22
**plaintiff** 1:4,15
2:4 30:10
69:23 74:4
**plan** 20:17 44:11
**plans** 11:14
**play** 7:20
**played** 52:12
**please** 26:2
34:16 45:18
**plus** 63:18
**point** 42:18 45:3
49:1
**pointed** 37:8
**polarized** 35:14
35:16
**policies** 44:4
**policy** 50:24
51:4,15
**political** 21:20
46:1 65:15,16
**politically** 47:11
**politically-mo...**
70:6
**population**
39:21 43:1
**populations**
38:4
**portables** 13:21
**portion** 37:5
**portions** 36:16
66:10

**position** 21:16
21:20
**positions** 43:20
**positive** 69:14
69:19
**potential** 20:5
28:23
**powerful** 61:1
**PR** 14:24
**precinct** 36:25
37:16
**precincts** 36:2,6
36:14 57:24,25
58:19 62:10
63:14,23 64:2
**predominantly**
47:5 58:18,20
**preferences** 44:5
**preferred** 41:24
42:21 48:1
**pregnant** 12:8
15:15
**preliminary**
31:3 46:15
**Prep** 13:19,20
22:13
**preparation**
6:23
**prepare** 6:18
**PRESENT** 2:14
**president** 23:13
27:22 29:3
**presume** 48:4
**prevailed** 16:14
58:2,3
**primarily** 36:14
**principal** 51:2
**private** 27:10
**privilege** 46:6
**probably** 9:14
19:25 20:15
37:24
**Procedure** 1:23
**procedures**
25:24 30:21
**proceeding**
33:23

**proceedings**
47:22
**process** 7:7
33:21 46:2
**produce** 44:4
**produced** 1:14
53:14
**professional**
9:22 50:5
68:15
**program** 65:23
65:25
**programs** 60:19
60:21 61:1
**promise** 9:6
20:8
**promote** 26:6
**promoted** 56:12
**proportional**
43:9
**proposition** 40:3
40:13 50:13
**proved** 73:12
**provide** 14:21
**provided** 5:24
**provides** 38:25
**provisions** 1:23
**proximity** 65:8
65:9
**PTA** 51:3
**PTAs** 21:17
**public** 14:19,20
19:4,13 29:23
30:1 73:23
**publicly** 27:13
**pull** 5:20
**purely** 22:18
**purity** 19:22
**purposes** 73:17
**pursuant** 1:22
74:23
**pushed** 16:8
**put** 17:11,12
32:20

**Q**
**qualifications**

33:14 34:5,8
34:12
**qualified** 40:23
44:18 69:1,4,9
70:2
**quality** 60:16
**question** 6:24
8:7,9,10 9:6
34:4 40:11
42:6 54:18
56:7 58:14
59:13
**question's** 33:20
**questions** 7:14
8:7,13 17:19
44:25 46:20
51:15,17,20
68:18 70:16
71:2
**quickly** 29:6
**quite** 22:9 53:11
**quote** 45:22 46:2
54:14

**R**
**R** 2:1
**race** 35:17,19
**races** 61:13
67:25
**racial** 37:5 56:5
56:9 59:10,13
68:21
**racially** 35:14
35:16
**racially-motiv...**
60:2
**racially-orient...**
66:25
**racially-polari...**
35:2
**raise** 11:17
**raised** 10:6,7
**rallied** 16:13
**ran** 16:22,23
17:6 65:13
66:14 67:17,19
67:21,22

ranked 60:19
ranking 60:20
  60:24
rankings 60:23
reach 15:3,3
reaction 66:19
read 6:25 7:1
  31:9,22,22
  32:7 42:11,24
  59:15,19,22
  73:1
real 37:24 48:23
  51:14
reality 24:16
realize 12:7 23:3
realized 14:9
really 16:8,13
  28:22 38:19,20
  60:25 64:16
Realtime 1:19
reason 8:12
  33:13 34:7
  72:3
reasonable 60:9
  60:13
reasons 75:5
recall 15:25
  17:15 18:23
  19:4,16 29:9
  29:21
receipt 75:3
received 28:21
  29:6 58:20
  62:8,24 63:17
  63:18 66:5,15
  66:23
receiving 29:22
recites 26:5
recognize 23:7
  35:24 37:7
  38:16 39:14
  48:19 55:5
  60:1 66:3
Recognizing
  46:6
recollection 11:2
  53:1 54:10

67:7
record 1:23 4:8
  7:11 10:10
  39:18 70:24
  74:17 75:12
records 6:22
redacted 66:12
Redbud 2:11
refer 6:7,13
reference 30:20
  60:14
reflected 55:16
  56:5,9
regard 37:15
Registration
  75:18
related 21:1,1,2
  75:9
relationship
  20:5
relationships
  20:4
relative 75:11
relevant 41:17
religious 19:22
remember 15:14
  16:12,15 27:23
  27:25 50:22
  52:1 70:7
remind 27:22
  32:9
reminder 18:20
removed 18:7
render 33:14
  34:13
reneged 30:14
rental 25:1
reopened 53:4
repeat 8:9 40:11
  42:5 62:12
rephrase 22:2
  44:24 56:7
report 31:11,15
  34:9,14,17,20
  41:20 45:17,20
  61:17
reported 1:20

29:13 59:24
reporter 1:19
  7:14 8:22 9:2
  74:12
Reporter's 3:8
  71:5 74:9
Reporters 75:19
reports 31:11,19
  31:21 32:8,17
represent 44:19
  55:17
representation
  41:10,16 43:8
  43:9,16 44:3
  49:15,22 58:6
representative
  59:6
representatives
  51:6 54:8
  55:17
request 5:6 6:1,5
  71:6,7
requested 5:9
  74:25 75:6
reserve 71:1
reside 38:21
  39:2
residence 23:18
resident 23:22
  24:6,7
residents 24:2
  44:19 54:7
resolution 30:3
  30:12
resolve 29:24
respect 5:11
  51:4 59:9
responsible 52:9
responsive 44:4
result 45:22
results 57:20
returned 11:22
  75:2,3
Reverend 19:1
review 6:22 71:6
reviewed 5:22
  31:21

Rice 11:8,9,20
  33:3
richer 50:1
right 6:11 11:1
  13:4 14:10
  15:2 17:5,25
  22:8,19 25:15
  26:10 27:13
  28:24 29:19
  30:24 32:12
  33:11,18 36:12
  38:11 39:9
  42:8 43:4,12
  45:6 50:23
  53:22 54:4
  55:14 56:19
  57:22 58:16
  63:12,15,18
  64:22 65:24
Rights 26:13
  48:14
rising 70:5
risk 60:24
Robert 31:12
Roeder 2:10
role 52:12
roll 48:25
Rome 2:5
room 51:16
roughly 58:2,4
  61:24
Rule 71:6 74:23
rules 1:22 7:5
  64:7,23 65:2,5
  66:6,17,23
  68:4,24,25
  69:10,15,17,24
  70:4,15 74:7
schools 14:20
  23:14,15,16,20
  38:8,25 39:3
  39:25 40:6,15
  40:24,25 50:8
  50:8,10,11,14
  50:15,17 53:4
  63:19
scientist 33:15
scope 5:25 6:5

Save 51:21
saved 5:21
saying 22:8 29:4
  58:17 59:18
says 42:11
SBISD 1:20
  35:22 51:22
  54:15 55:17
  56:13 59:10,25
  60:15
Schaper 64:21
scheduled 18:24
scholarly 43:7
  43:15 44:2
school 1:6 4:18
  6:8,14 9:24
  10:14,15,17
  11:16 13:6,9
  13:11,11,14,20
  14:4,5,14,19
  15:7 21:14,17
  23:23 32:4
  33:4 35:2,5
  36:5,13,25
  37:6,16 38:11
  38:24 39:4,6
  41:9,10 45:5
  49:15 50:4,13
  50:19 51:5,6
  55:10 57:7
  58:19 59:6
  63:24,24,25
run 15:16,17
  17:9 18:4
  43:18 67:3
  68:24 69:10
running 18:13
  67:11 69:4
  70:10
runs 52:20

S

S 2:1
San 57:6
Savannah 13:3
  13:13

Scout 21:5
Scouts 20:24
screenshot
  65:20 66:1
script 7:20
seal 73:18
search 5:20
seat 15:11,16
seated 7:13
Sebastian 13:4
second 12:8
  42:18 47:9
section 34:20
secured 63:13
see 8:23 13:4
  27:4 34:23
  35:5,6 50:1
  61:19 62:22
  63:3
seeing 25:16,18
  32:3 37:23,25
seek 65:14
seen 28:6 31:7
  31:18 65:25
  66:2 70:12,14
seen's 37:12
self-identified
  54:8
sense 8:25 53:11
  64:18
sentence 45:21
September
  15:12
serve 17:7 21:10
  68:9
served 20:10,12
  74:21
services 14:21
session 27:7,9,20
  27:23 28:1,3,5
  28:8,12,17
  29:1,12,15
  30:4
set 39:24
setting 27:10
  35:10
seven 23:12 38:7

38:10,13 43:2
  50:4 51:16
  69:7
Shadows 13:8
  20:23
Shakra 2:15
shares 40:7,16
Sheet 3:6
shift 25:17 37:13
shifting 37:20
shoes 48:19
shorthand 1:20
  4:24 74:12
show 5:3 57:15
showed 32:9
  54:20
shown 66:20
  74:22
sic 44:25
side 12:5 23:10
  23:14,15,16,20
  36:15 38:25
  40:24 44:18
  45:5 57:12,13
  57:24,25 58:18
  58:18,21
sides 24:3 59:2
sign 60:4
signature 3:7
  71:11 72:1
  73:1 74:24
  75:2,4
signed 12:7
  53:22
significant 16:1
  35:1,1
signs 17:10
  54:20
similar 66:24
Similarly 6:13
  34:9 37:15
Simply 4:8
sincerely 50:16
single 37:22
  52:17 56:25
  57:1,2
single-member

41:23 43:1,8
  43:16 44:3,11
  47:1,8 54:23
sir 5:10 6:6
sit 37:17
site 52:5,17,20
  52:20
six 23:12 38:13
skills 33:17
slogan 59:10
small 12:10
social 33:15
socioeconomic
  24:1
socioeconomics
  23:4
sold 25:12
solemn 8:3
somebody 9:20
  64:13 66:11
sorry 13:1
sort 58:10 66:16
sounds 8:18 9:8
  12:18 33:8
  40:2
south 23:10,14
  23:15,16 24:3
  36:14 38:8
  57:12,25 58:3
  58:18,18 59:2
SOUTHERN
  1:1 74:2
space 14:10
  27:21
Spanish-spea...
  44:17 45:4
SPARK 21:13
speak 8:18 9:1
Speaking 48:10
special 41:22
  47:24
specifically 9:24
  57:11
spelled 4:12
spend 61:2
spent 11:16 14:8
  16:3,11

Spoken 6:20
sponsors 52:16
spring 1:6 4:18
  6:8,14 12:6,14
  16:10 19:5,13
  20:23 21:8,9
  21:12 24:9,10
  25:4,19 35:2
  35:14,25 36:8
  36:10,11,15,15
  36:20,24 37:1
  37:15 39:6,16
  44:19 45:24
  46:23 47:23
  55:6 56:24
  57:5,6,7 58:12
  58:24 60:17,21
  61:3,6 62:9,9
  62:18,18 63:1
  63:2,14,14,23
  63:24 64:1,1,7
  64:22 65:4,10
  65:10 68:4
  69:15 70:12
  74:6
Stadium 8:2
stakeholders
  41:16 49:16
stamps 30:7
standards 26:7
start 9:6,9
started 22:1
state 1:19 22:6,6
  26:18,22 69:3
  73:7,24 74:13
stated 1:23
statement 45:21
  60:2
states 1:1 22:20
  22:21 45:22
  74:1
statistical 35:10
statistically 35:1
Stein 31:12,18
  33:1,6 34:3,6
  34:25 42:4,18
  43:6,14 44:1,9

Stein's 33:13
  34:17,20 41:20
  42:23 47:16
  48:7
step 29:20
steps 29:19
stone's 65:4
stop 9:17 48:24
stopped 9:4
stories 16:11
story 16:18
strategy 15:1
Stratford 13:14
  38:14 65:2
street 1:21 25:10
  25:13
strength 33:17
strong 40:10
  43:7,14 44:2
student 39:13,15
  39:21
students 24:2
  44:20
stuff 27:12
subdivision 27:1
subject 29:9,15
  34:2 46:10
  48:8
subjects 34:10
  34:14
subscribed
  73:15
successful 67:25
sued 9:20,20
sufficient 42:25
  62:10
sufficiently
  41:21 42:11,19
  46:24 47:23
Suite 2:6,11
  75:19
summary 34:21
  42:23 57:18
summer 11:20
  11:21 18:5
  53:2
superimposed

39:11
**superintendent**
20:18 50:24
51:1
**supplement**
70:20
**support** 15:20
23:7 24:21
35:18 38:6
53:10 65:14
69:23
**supported** 53:25
**suppose** 49:21
**supposition**
51:20 64:17
**sure** 4:10 7:7,8
7:11 10:19
11:5 12:2 13:7
15:9,23 17:5
21:25 22:8
24:24 25:23
27:8 44:24
45:19 58:15,15
59:12
**surname** 12:18
45:8
**surroundings**
8:1
**survey** 33:9
**sworn** 1:16 4:2
74:16
**system** 48:11,16
54:24 56:18
57:8 59:5,7
68:19
**systems** 14:14
14:20 56:21
60:20,24

**T**
**T24** 20:20
**take** 8:23 9:14
16:7 27:19
47:15,16 51:12
**taken** 1:16 49:4
56:1 75:11
**takes** 8:22 48:20

**talent** 15:3
**talk** 7:5 60:25
**talked** 22:16
46:7
**talking** 5:1 9:4,9
14:12 16:3
61:2
**talks** 66:11
**tally** 62:18
**targeted** 67:3,6
**task** 20:14
**taught** 13:18,22
**teacher** 11:15
13:18,22 14:1
16:17
**teachers** 50:4
69:8
**teaching** 14:12
**technically** 23:5
**television** 65:23
**tell** 4:9 8:8 9:16
11:11 21:22
23:25 27:6
28:10,20 32:11
32:13,13 53:20
**telling** 11:24
16:18
**tend** 35:18
**term** 17:22
35:16
**terms** 5:20
**test** 19:23
**testified** 4:2
**testimony** 7:2,18
7:22 8:2 74:17
75:10
**Texas** 1:1,18,19
1:21 2:6,6,11
10:8 45:23,24
74:2,13 75:17
75:20
**text** 5:14 28:3
**thank** 8:11 21:9
38:19,19,21
70:23,25
**Thanks** 71:3
**theme** 56:13

**thing** 10:1 22:13
**things** 14:25
15:3 17:10
20:25 21:2
25:8 26:5,8
28:11 31:11
33:25 37:1,22
68:18
**think** 6:4 8:15
12:5,10 14:8
15:13 17:23
18:1 20:12,14
20:25 21:3,14
22:10 25:8,16
27:15 30:18
41:17 48:25
50:1,12,20
51:9 53:20
60:9 63:5,7,16
64:16 65:16
69:8 70:18
**third** 28:15 42:8
47:21
**thought** 12:11
13:24 14:5
22:22 28:7
56:11 64:17
67:8
**three** 16:18
21:15 36:13
46:16 63:19
67:13
**throw** 65:4
**Tijerina** 31:15
34:9,13
**Tijerina's** 31:18
45:16,20 46:4
**time** 8:14 9:1,13
12:12 15:8,14
15:15 16:3,11
16:16,18,19
17:1 18:6 19:8
20:19 25:3
30:7 32:21
37:10 55:9
70:11,23,24,25
**times** 27:22

51:25
**today** 4:24 37:17
70:17
**told** 16:5,7 67:2
70:17
**top** 55:6
**total** 22:11
61:21 63:8
**totally** 36:6
**totals** 62:8,22
**tough** 51:17
**town** 12:3
**traffic** 10:3
**transcript** 7:19
71:12 74:16
75:3
**transferred**
13:13
**triple** 25:14
**Tronzo** 15:24
**true** 27:5 35:8
47:3,13 48:3
50:13 73:2
74:17
**truly** 61:9
**trust** 25:25
**trustee** 5:4
18:12 19:11
31:1 38:23
50:19,23 55:3
56:12 60:15
61:4,7 65:20
66:17
**trustees** 4:19
6:15 38:7,10
38:13 44:12
48:12 49:11
68:10
**truth** 16:13 23:1
**try** 33:25
**trying** 6:20 18:1
20:25
**Tully** 8:1
**turn** 26:2 34:16
34:17 45:17
**turned** 6:4 42:5
**turnout** 61:8

64:14,15
**two** 12:5,23 13:9
13:10 18:13
24:25 25:8
29:3 39:3 48:5
65:8
**typed** 7:18

**U**
**uh-huh** 8:18,24
18:11 23:19,24
25:20 28:13
33:24 34:22
35:11 43:19
53:13 57:19
58:1 61:16
62:23,25 63:6
65:22 66:7
**unclear** 54:25
**understand** 4:16
4:21,22 7:7,16
7:17,23,24 8:2
8:6,8 32:2
40:20 48:21
51:10 67:5
**understanding**
27:17 32:21
37:12 54:22
67:12 68:6
**understood** 8:13
49:6 70:16
**undesirable**
56:4,8
**uniform** 25:1
**unintentionally**
52:21
**United** 1:1 22:20
22:21 74:1
**universal** 59:5
**universally** 59:1
**University** 10:20
11:8
**unsafe** 67:3,10
**uphold** 26:12,18
26:21
**upholding** 26:8
**urge** 68:19

uses 48:12
usually 21:1

**V**
Valley 37:1,8,9
values 25:13,18
variety 49:24
  51:10 60:20
various 11:4
  26:7 49:16,17
videoconference
  2:2
Vierra 67:22
view 44:14 47:2
  47:4,12 48:2
  50:7 58:12
  68:25
views 53:15,17
  53:18,24 59:1
  59:5
Village 37:1,2
  64:6
violations 28:25
Virginia 1:3
  4:17 58:19
  69:24 74:3
Visioning 20:13
visit 70:24
visited 51:25
visits 52:1
visual 67:7
vitriol 70:12,14
voice 41:5 52:4
voluminous 31:4
vote 41:21 42:19
  58:18,20 61:8
  62:22 63:8,20
  64:13,24 70:9
voters 40:4,13
  44:5 57:12,13
voters' 41:23
  42:20
votes 47:11,23
  58:3,4 61:21
  61:22,23,24
  63:10,11
voting 26:13

35:2,13 42:12
43:1 48:14
57:11 58:10
59:8 61:3,8
62:3,7,18
63:22 64:12
65:1,8,11
VS 1:5 74:5

**W**
wait 9:3 19:15
  22:2 26:16
waived 71:12
walked 70:8
want 17:11
  46:20 50:4
  61:2 69:7
wanted 17:7,7
  17:11
watching 67:9
way 11:17 15:7
  19:10 42:17
  48:11,17 59:15
  59:19 69:5,19
Wayne 64:21
We'll 9:13
we're 7:12,25
  9:13 20:3
  25:18 30:18
  32:23 48:25
  50:1 51:18
  57:2
we've 4:14 30:24
  37:12
wealth 37:25
website 39:12
  51:21,25 52:10
  52:13
well-known
  16:16
went 5:14,14,16
  12:9,16 13:8
  14:3,14 25:18
  33:3
weren't 6:4
Weslayan 75:19
white 39:19,22

41:20 42:19
47:23 55:18
66:11
whited 66:10
win 15:20
wisdom 50:6
  68:17
withdrew 18:21
  19:2
witness 1:15
  34:1 70:23,25
  71:7 72:2
  74:15,18
witnesses 33:22
wizard 58:9
won 61:7 63:15
Woodlands
  10:21 11:12,13
  13:17
Woods 36:10,11
  39:6 64:1
  65:10
word 7:15,15
words 8:18
work 11:14 14:6
  14:19 15:6
  22:6 33:9,17
  33:18 48:20
  50:2,5 57:1,2
  69:22
worked 12:9
  14:15,16 22:3
  22:11 30:24
working 22:1
works 48:16
world 26:17
Worldwide
  75:19
worth 5:19
wound 32:14
wow 13:24
wrong 43:4,12

**X**
XXX 75:6

**Y**

yard 17:10
  54:20
yeah 11:1 13:18
  14:22 15:5
  16:20 17:14
  22:10 32:19
  42:13 55:12
  58:7 64:4,19
year 11:16,19,20
  12:15 20:13
  22:4 53:8 68:3
years 10:20 12:6
  13:23 19:21
  20:2 22:9,11
  25:15 69:11
York 14:19

**Z**
zone 36:20,25
  37:6,7,16
  38:21,24 41:10
  64:7
zoned 23:14,18
  38:8,11,13,17
  39:4
zones 35:25 36:1
  36:5,14 38:18
  64:2
Zoom 2:2

**0**
06 22:7

**1**
1 5:4,25
10 13:5 22:11
  23:10 31:14
  34:16 36:7,16
  37:19 42:1
  59:2
10/31/23 75:18
1050 1:21
11 16:24 22:11
  31:16 45:17
12 16:22 57:16
  61:15
13 13:4 39:8,10

14 25:15
1400 2:6
15 13:3
17 1:12,17 74:10
1700 2:11
1725 62:24
  63:18
19 54:12
1903 12:11
1998 11:1
1st 32:18

**2**
2 3:3 5:25
2/17/2022 72:2
2:01 1:17
2:52 49:4
2:59 49:5
20 55:4,16
2000 16:19 22:2
2005 11:10,20
  22:3
2006 11:21
2007 22:2
2008 12:16,17
2010 15:10,12
  16:21
2011 16:23
2015 35:3
2017 17:16
2018 19:25
  67:17
2019 19:25
  67:19
2020 17:22,23
  17:24 18:9,12
  18:15,20,24
  19:5,5,6,10,11
2021 35:4 61:18
  67:22
2022 1:12,17
  32:15 74:10
  75:15
20th 32:15
214.544.4006
  2:12
223 75:18

**235** 75:19
**2369** 63:1,18
**27** 65:20 66:3,20

---
**3**

**3** 34:18 41:25
  42:19
**3:25** 1:17
**30** 75:2
**30(e)(1)** 71:6
**30(f)(1)** 74:24
**300** 2:11
**3000** 75:19
**3253** 75:17
**3rd** 75:15

---
**4**

**4** 3:4
**4:21-CV-01997**
  1:6 74:6
**401(k)** 11:14
**43** 45:18,20
**46-plus** 63:7
**4600-ish** 63:5

---
**5**

**5** 35:22
**50** 63:19
**5600** 61:22
**5635** 61:23
**59** 39:25

---
**6**

**6** 11:22 26:2,5
**632** 63:2,19
**64** 61:24
**65** 58:2,17
**66** 58:4,20

---
**7**

**7** 13:5
**71** 3:5
**713.228.6606**
  2:7
**713.572.2000**
  75:20
**717** 2:6
**72** 3:6

**73** 3:7
**74** 3:8
**75** 69:11
**75-year** 68:7
**75069-1210** 2:11
**75th** 68:3
**77002** 2:6
**77027** 75:20
**77079** 1:22

---
**8**

**8** 25:22
**80** 20:15
**8802** 61:21 63:8

---
**9**

**9** 31:1 41:25
  46:14,15
**98** 11:1