IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO, § § § *Plaintiff,* § § vs. § § SPRING BRANCH INDEPENDENT § SCHOOL DISTRICT, CHRIS § GONZALEZ, PAM GOODSON, KAREN § PECK, JOSEF D. KLAM, MINDA § CAESAR, CHRIS EARNEST, J. § CARTER BREED, in their official § capacity as members of the Board of § Trustees of Spring Branch ISD § § *Defendants.* § | Civil Action No. 4:21-cv-01997 |

## ORDER GRANTING SUMMARY JUDGMENT

The Court has considered Defendants Spring Branch Independent School District and the members of its Board of Trustees in their official capacities' Motion for Summary Judgment, any response and reply, the evidence and the pleadings on file.

The Court finds the motion has merit and GRANTS the motion in its entirety. It is, therefore, ORDERED that all causes of action asserted in Plaintiff's current live pleading [Dkt. 3] are hereby DISMISSED as a matter of law.

Signed on _____, 2022.

_____
United States District Judge