# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO,<br>    *Plaintiff*,<br><br>v.<br><br>SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CHRIS GONZALEZ, PAM GOODSON, KAREN PECK, JOSEF D. KLAM, MINDA CAESAR, CHRIS EARNEST, J. CARTER BREED, in their official capacity as members of the Board of Trustees of Spring Branch ISD.<br>    *Defendants.* | §<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 4:21-cv-01997<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER DENYING MOTION TO STRIKE

The Court has considered Defendants' Motion to Strike Supplemental Expert Report and to Limit Expert Testimony and any timely response and replies.

The Court DENIES Defendants' Motion.

Signed on_____, at Houston, Texas.

_____
Hon. Kenneth M. Hoyt
United States District Judge