IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO, § § *Plaintiff*, § § vs. § § SPRING BRANCH INDEPENDENT § SCHOOL DISTRICT, CHRIS § GONZALEZ, PAM GOODSON, KAREN § PECK, JOSEF D. KLAM, MINDA § CAESAR, CHRIS EARNEST, J. § CARTER BREED, in their official § capacity as members of the Board of § Trustees of Spring Branch ISD § § *Defendants*. § | Civil Action No. 4:21-cv-01997 |

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

The Court has considered Plaintiff's Motion to Compel [Dkt. 42], the response, any replies, and the evidence and pleadings on file.

The Court DENIES Plaintiff's Motion to Compel.

Signed on _____, 2022.

_____
United States District Judge