**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:21-CV-01997 |
| SPRING BRANCH INDEPENDENT | § | |
| SCHOOL DISTRICT, *ET AL.*, | § | |
| | § | |
| *Defendants.* | § | |

**Agreed First Motion for Continuance and Request for Scheduling Conference**

Plaintiff Virginia Elizondo submits her agreed first motion to continue this case from its current setting on the June 6, 2022 trial docket, and requests that the Court conduct a scheduling conference to determine a new trial date.

1.      This case is scheduled for Docket Call on June 6, 2022.

2.      Plaintiff has recently been informed that she has a medical condition that requires prompt attention and surgery. She has an appointment with her surgeon on May 26, 2022 and has been advised that surgery should be scheduled as soon as possible thereafter. The probable post-surgery recovery time currently is estimated to be from four to six weeks. The necessity that Plaintiff address her medical condition during this timeframe will conflict with the current June 2022 docket schedule and preclude her appearance at trial. For that reason, Plaintiff respectfully requests that the Court continue her case from the June 6, 2022 Docket Call and corresponding trial setting and reset it for a time convenient for the Court and the Parties.

3.      The Parties' joint pretrial submissions are currently due on May 27, 2022. Although the Parties are cooperatively and diligently working on their respective submissions, counsel agree that, if the case is continued from its current setting, it would be beneficial to defer the joint pretrial submissions to a later date before a new docket call.

4.    Plaintiff therefore respectfully requests that, consistent with the Court's schedule, and at its convenience, the Court conduct a scheduling conference at which time counsel can discuss with the Court rescheduling the trial for a date convenient for the Court and the Parties.

\* \* \*

For the foregoing reasons, Plaintiff respectfully requests that the Court grant her Agreed First Motion for Continuance of the case from the June 6, 2022 Docket and Request for Scheduling Conference.

Respectfully submitted:


  /s/ Barry Abrams                                
Barry Abrams
State Bar No. 00822700
SD Tex. Bar No. 2138
BLANK ROME LLP
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 228-6606
(713) 228-6605 (fax)
barry.abrams@blankrome.com

  /s/ Martin Golando                              
The Law Office of Martin Golando, PLLC
Texas Bar No. 24059153
2326 W. Magnolia
San Antonio, Texas 78201
(210) 471-1185
(210) 405-6772 (fax)
martin.golando@gmail.com

**COUNSEL FOR PLAINTIFF**

  /s/ Virginia Elizondo                            
Virginia Elizondo, Plaintiff


## CERTIFICATE OF CONFERENCE

I certify that on May 17, 2022, I conferred with counsel for Defendants and that counsel for Defendants agree to the relief sought.

  /s/ Barry Abrams                                 
Barry Abrams

## **CERTIFICATE OF SERVICE**

I certify that on May 17, 2022, a true and correct copy of the foregoing document was served on the following counsel via email:

Charles Crawford
ccrawfdord@abernathy-law.com
Lucas Henry
lhenry@abernathy-law.com

Andy Taylor
ataylor@andytaylorlaw.com


 /s/ Barry Abrams
Barry Abrams