UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO,<br>　　*Plaintiff*,<br><br>v.<br><br>SPRING BRANCH INDEPENDENT<br>SCHOOL DISTRICT, et al.,<br>　　*Defendants*. | §<br>§<br>§<br>§<br>§　　CIVIL ACTION NO. 4:21-cv-01997<br>§<br>§<br>§ |

**ORDER GRANTING PLAINTIFF'S AGREED FIRST MOTION FOR CONTINUANCE AND REQUEST FOR SCHEDULING CONFERENCE**

The Court has considered Plaintiff's Agreed First Motion for Continuance and Request for Scheduling Conference.

The Court GRANTS Plaintiff's Agreed Motion for Continuance and removes the case from the June 6, 2022 Docket.

Per the Parties' request, the Court will set a scheduling conference at a later date at which time the Court will schedule a new trial date.

Signed on＿＿＿＿＿＿＿＿, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　Hon. Kenneth M. Hoyt
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge