United States District Court
Southern District of Texas
**ENTERED**
June 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-01997 |
| | § | |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING PLAINTIFF'S FIRST AGREED MOTION FOR CONTINUANCE OF DOCKET CALL

The Court has considered the plaintiff's first agreed motion for continuance and request for scheduling conference (Dkt. No. 51). The Court GRANTS the agreed motion and removes the case from the June 6, 2022 docket.

It is ORDERED that docket call is reset for October 3, 2022 at 11:30 a.m.

SIGNED on June 1, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge