**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **VIRGINIA ELIZONDO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 4:21-CV-01997** |
| | § | |
| **SPRING BRANCH INDEPENDENT** | § | |
| **SCHOOL DISTRICT, CHRIS** | § | |
| **GONZALEZ, PAM GOODSON, KAREN** | § | |
| **PECK, JOSEF D. KLAM, MINDA** | § | |
| **CAESAR, CHRIS EARNEST, J.** | § | |
| **CARTER BREED, in their official** | § | |
| **capacity as members of the Board of** | § | |
| **Trustees of Spring Branch ISD** | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANTS' NOTICE OF RECENT ELECTION RESULTS AND CHANGE IN OFFICIAL-CAPACITY DEFENDANTS

Defendants Spring Branch Independent School District and its Board of Trustees in their official capacities file the following Notice of Recent Election Results and Change in Official-Capacity Defendants:

1.      On May 7, 2022, SBISD held a general and special election wherein three school board trustee positions were contested.  As a result of this election, three of the current official-capacity Defendant school board members are no longer in office and, accordingly, their successors in office should be substituted as official-capacity Defendants going forward.

2.      Candidate **John Perez** won the election for Board of Trustee Position 6.  Mr. Perez replaces Defendant Pam Goodson in this trustee position.

3.      Candidate **Lisa Alpe** won the election for Board of Trustee Position 5.  Ms. Alpe replaces Defendant Carter Breed in this trustee position.

4.     Candidate **Caroline Bennett** won the election for board of Trustee Position 7.  Ms. Bennett replaces Defendant Karen Peck in this trustee position.

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

*/s/Charles J. Crawford*
**Charles J. Crawford**
State Bar No. 05018900
**Lucas C. Henry**
State Bar No. 24101901
1700 Redbud Blvd., Suite 300
McKinney, Texas 75069
Telephone: (214) 544-4000
Facsimile: (214) 544-4040
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

On June 2, 2022, I electronically served the foregoing on counsel for Plaintiff and amicus by the Court's ECF system.

*/s/Charles J. Crawford*
Charles J. Crawford