Case 4:21-cv-01997   Document 54   Filed on 07/06/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § § | CIVIL ACTION NO. 4:21-CV-01997 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, *et al.*, | | |
| Defendants. | | |

## ORDER DENYING MOTION TO STRIKE

The Court has considered the defendants' motion to strike supplemental expert report and to limit expert testimony (Dkt. No. 41), and any timely response and replies.

The Court DENIES the defendants' motion.

It is so ORDERED.

SIGNED on July 6, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge