United States District Court
Southern District of Texas
**ENTERED**
July 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 4:21-CV-01997 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, *et al.*, | | |
| Defendants. | | |

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

The Court has considered the plaintiff's Motion to Compel the defendants' response and/or replies (Dkt. No. 42). The Court GRANTS the plaintiff's motion and ORDERS that within twenty (20) days of this Order, the Defendant District shall:

1. Produce all previously undisclosed analyses by its expert, Dr. John Alford, concerning racially polarized voting in the Spring Branch Independent School District;

2. Produce the information required by FED. R. CIV. P. 26(b)(5)(A) with respect to any other information that the District has withheld from production on the basis of any purported privilege, so that the privilege issue can be presented to the Court. It is the District's duty to comply with FED. R. CIV. P. 26(b)(5)(A).

It is so ORDERED.

SIGNED on July 6, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

---

[1] In *Thornburg v. Gingles*, 478 U.S. 30, 34 (1986), the Supreme Court set out three "preconditions" that must be met for a challenge under Section 2 of the Voting Rights Act to be successful (the "*Gingles* factors"):

1) the minority group must be sufficiently large and geographically compact to constitute a majority in a single-member district;
2) the minority group must be politically cohesive and vote as a bloc; and
3) the white majority must vote sufficiently as a bloc to enable it, in the absence of special circumstances, to defeat the minority's preferred candidate.