IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> SPRING BRANCH INDEPENDENT § <br> SCHOOL DISTRICT, CHRIS § <br> GONZALEZ, PAM GOODSON, KAREN § <br> PECK, JOSEF D. KLAM, MINDA § <br> CAESAR, CHRIS EARNEST, J. § <br> CARTER BREED, in their official § <br> capacity as members of the Board of § <br> Trustees of Spring Branch ISD § <br> § <br> Defendants. § | Civil Action No. 4:21-CV-01997 |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH COURT'S ORDER

Defendants Spring Branch Independent School District and its board of trustees in their official capacities ("Defendants") file the following notice of compliance with the Court's Order.

1. On July 6, 2022 the Court entered its Order Granting Plaintiff's Motion to Compel (Dkt. 55). Pursuant to the Court's Order, Defendants must, within 20 days of the Order, produce (1) all previously undisclosed analysis by expert Dr. John Alford concerning racially polarized voting in the SBISD, and (2) a Fed. R. Civ. P. 26(b)(5)(A) privilege log.

2. Defendants hereby give the Court notice that on July 25, 2022 they produced the required materials to Plaintiff's counsel.

Respectfully submitted,

ABERNATHY, ROEDER, BOYD
& HULLETT, P.C.

        */s/Charles J. Crawford*
**Charles J. Crawford**
State Bar No. 05018900
**Lucas C. Henry**
State Bar No. 24101901
1700 Redbud Blvd., Suite 300
McKinney, Texas 75069
Telephone: (214) 544-4000
Facsimile: (214) 544-4040
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

On July 25, 2022, I electronically served the foregoing on counsel for Plaintiff and amicus by the Court's ECF system.

        */s/Charles J. Crawford*
Charles J. Crawford