IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **VIRGINIA ELIZONDO** <br> **Plaintiff,** <br><br> v. <br><br> **SPRING BRANCH ISD, CHRIS GONZALEZ, PAM GOODSON, KAREN PECK, JOSEF D. KLAM, MINDA CAESAR, CHRIS EARNEST, J. CARTER BREED, in their official Capacities as members of the Board of Trustees of Spring Branch ISD** | § § § § § § § § § § § § § § | Civ. Action No. 4:21-CV-01997 |

### DEFENDANTS' UNOPPOSED MOTION TO AMEND THE STYLE OF THE CASE

The Spring Branch Independent School District and the members of its Board of Trustees in their official capacities file this Unopposed Motion to Amend the Style of the Case.

### Facts

1. In June, 2021, Plaintiff filed this Voting Rights Act lawsuit against the Spring Branch ISD and the members of its Board of Trustees in their official capacities. [Dkt. 1] The Case is set for docket call on October 3, 2022. [Dkt. 52]

2. On May 7, 2022, SBISD held a general and special election wherein three school board trustee positions were contested. As a result of this election, three of the current official-capacity Defendant school board members are no longer in office and, accordingly, their successors in office should be substituted as official-capacity Defendants going forward. Candidate **John Perez** won the election for Board of Trustee Position 6. Mr. Perez replaces Defendant Pam Goodson in this trustee position. Candidate **Caroline Bennett** won the election for board of Trustee Position 7. Ms. Bennett replaces Defendant Karen Peck in this trustee position. Candidate **Lisa Alpe** won

the election for Board of Trustee Position 5. Ms. Alpe replaces Defendant Carter Breed in this trustee position. Defendants notified this Court of these election results on June 2, 2022. [Dkt. 53].

3. Defendants request this Court amend the style of this case accordingly. This change is sought to avoid confusion among members of the public regarding this newsworthy matter.

### Prayer

4. Defendants respectfully request this Court amend the style of this case to reflect the election results described above. The new style of the case would thus be: *Virginia Elizondo v. Spring Branch Independent School District, Chris Gonzalez, John Perez, Caroline Bennett, Josef Klam, Minda Caesar, Chris Earnest, Lisa Alpe in their official capacities as members of the Board of Trustees of Spring Branch ISD*.

Respectfully submitted,

ABERNATHY, ROEDER, BOYD
& HULLETT, P.C.

*/s/Lucas C. Henry*
**Charles J. Crawford**
State Bar No. 05018900
**Lucas C. Henry**
State Bar No. 24101901
1700 Redbud Blvd., Suite 300
McKinney, Texas 75069
Telephone: (214) 544-4000
Facsimile: (214) 544-4040
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I certify that on July 21, 2022, I conferred with counsel for Plaintiff who indicated that he is unopposed to the relief sought in this motion.

*/s/Lucas C. Henry*
**Lucas C. Henry**

## CERTIFICATE OF SERVICE

I certify that on July 25, 2022, a copy of the foregoing motion was served on all counsel of record via the Court's e-service system.

*/s/Lucas C. Henry*
**Lucas C. Henry**