THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO<br>Plaintiff,<br><br>v.<br><br>SPRING BRANCH ISD, CHRIS GONZALEZ, JOHN PEREZ, CAROLINE BENNETT, JOSEF D. KLAM, MINDA CAESAR, CHRIS EARNEST, LISA ALPE, in their official Capacities as members of the Board of Trustees of Spring Branch ISD | §§§§§§§§§§§§ | Civ. Action No. 4:21-CV-01997 |

**ORDGER GRANTING DEFENDANTS'**
**UNOPPOSED MOTION TO AMEND THE STYLE OF THE CASE**

On this day the Court heard Defendants' Unopposed Motion to Amend the Style of the Case. The Court finds the Motion has merit, and should be GRANTED.

It is therefore ORDERED that the style of Civil Action No. 4:21-cv-01997, now pending before this Court, is amended as requested in Defendants' Motion, and this case shall hereafter be styled as styled above.

Signed this _____ day of _____, 2022.

_____
Judge Presiding