UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-01997 |
| § | |
| SPRING BRANCH INDEPENDENT § | |
| SCHOOL DISTRICT, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER OF RECUSAL

I stand recused in this case.

It is so Ordered.

SIGNED on September 8, 2022, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge