**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Virginia Elizondo | § | |
| | § | |
| *versus* | § | Civil Action 4:21–cv–01997 |
| | § | |
| Spring Branch Independent School District, et al. | § | |

## Notice of Reassignment

This case is reassigned to Judge Charles Eskridge.

Entered: September 9, 2022                                    Nathan Ochsner, Clerk