United States District Court
Southern District of Texas
**ENTERED**
October 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, § | CIVIL ACTION NO. | |
| Plaintiff, § | 4:21-cv-01997 | |
| § | | |
| vs. § | JUDGE CHARLES ESKRIDGE | |
| § | | |
| SPRING BRANCH § | | |
| INDEPENDENT § | | |
| SCHOOL DISTRICT, § | | |
| Defendant. § | | |

## RECUSAL ORDER

I stand RECUSED in this case.

All deadlines in scheduling orders remain in effect, and all court settings are vacated.

This case has been reassigned to Judge Sim Lake for all further proceedings.

SO ORDERED.

Signed on October 6, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge