United States District Court
Southern District of Texas
**ENTERED**
October 07, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO, § § Plaintiff, § § v. § § SPRING BRANCH INDEPENDENT § SCHOOL DISTRICT, CHRIS GONZALEZ, § PAM GOODSON, KAREN PECK, § JOSEF D. KLAM, MINDA CAESAR, § CHRIS EARNEST, and J. CARTER § BREED, In Their Capacity as § Members of the Board of § Trustees of Spring Branch ISD, § § Defendants. § | CIVIL ACTION NO. H-21-1997 |

### ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act, this case is **REFERRED** to United States Magistrate Judge Christina A. Bryan.

All parties are **ORDERED** to advise the court within 20 days of the entry of this Order whether they will consent to the jurisdiction of Magistrate Judge Christina A. Bryan for all purposes in this case pursuant to 28 U.S.C. § 636(c). For the convenience of the parties the Clerk is **ORDERED** to forward to plaintiff and defendants a "Consent to Proceed Before United States Magistrate Judge Christina A. Bryan" form with each party's copy of this Order.

**SIGNED** at Houston, Texas, on this 7th day of October, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE