IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:21-CV-01997 |
| SPRING BRANCH INDEPENDENT SCHOOL | § | |
| DISTRICT, *ET AL.*, | § | |
| | § | |
|     *Defendants*. | § | |

**Joint Notice re Reference to Magistrate Judge (ECF 61)**

Counsel for Plaintiff and Defendants advise the Court that the Parties do not consent to trial before the Magistrate Judge.

Respectfully submitted:

| | |
|---|---|
|   /s/ Barry Abrams   |   /s/ Martin Golando   |
| Barry Abrams | Martin Golando |
| State Bar No. 00822700 | State Bar No. 24059153 |
| SD Tex. Bar No. 2138 | Pro Hac Vice |
| Domingo Llagostera | THE LAW OFFICE OF MARTIN GOLANDO, |
| State Bar No. 24070157 | PLLC |
| SD Tex. Bar No. 1120040 | 2326 W. Magnolia |
| BLANK ROME LLP | San Antonio, Texas 78201 |
| 717 Texas Avenue, Suite 1400 | (210) 471-1185 |
| Houston, Texas 77002 | (210) 405-6772 (fax) |
| (713) 228-6606 | martin.golando@gmail.com |
| (713) 228-6605 (fax) | |
| barry.abrams@blankrome.com | |
| domingo.llagostera@blankrome.com | |

**COUNSEL FOR PLAINTIFF**

/s/Charles J. Crawford
Charles J. Crawford
State Bar No. 05018900
Lucas C. Henry
State Bar No. 24101901
ABERNATHY, ROEDER, BOYD & JULLETT, P.C.
1700 Redbud Blvd., Suite 300
McKinney, Texas 75069
(214) 544-4000
(214) 544-4040 (fax)
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I certify that on October 18, 2022, a true and correct copy of the foregoing document was served on the following counsel via email:

Charles Crawford
ccrawfdord@abernathy-law.com
Lucas Henry
lhenry@abernathy-law.com

Andy Taylor
ataylor@andytaylorlaw.com

                                        /s/ Barry Abrams
                                        Barry Abrams