United States District Court
Southern District of Texas
**ENTERED**
March 10, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:21cv1997 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, ET AL., *Defendants.* | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated February 13, 2023 (Dkt. 64), the objections thereto (Dkt. 65), and response to objections (Dkt. 66), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

It is further **ORDERED** that Defendants' Motion for Summary Judgment (Dkt. 43) is **DENIED**.

**SIGNED** at Houston, Texas this 10th day of March, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE