United States District Court
Southern District of Texas
**ENTERED**
March 10, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO, §<br>    *Plaintiff*, §<br> §<br>v. §<br> §<br>SPRING BRANCH INDEPENDENT SCHOOL §<br>DISTRICT, ET AL., §<br>    *Defendants*. §<br> § | CIVIL ACTION NO.: 4:21cv1997 |

# **ORDER**

All scheduling order deadlines, including the dispositive motion deadline, having expired it is hereby

ORDERED that Docket Call in this case will be held before United States District Judge Sim Lake at 3:00 p.m. on October 13, 2023. It is further

ORDERED that the parties' Joint Pretrial Order, including motions in limine, shall be filed by October 6, 2023. Plaintiff is responsible for timely filing of the complete joint pretrial order. The court will not accept separate versions of the pretrial order. It is further

ORDERED that no further dispositive motions are permitted.

Signed on March 10, 2023, at Houston, Texas.

_____
Christina A. Bryan
United States Magistrate Judge