IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **VIRGINIA ELIZONDO** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civ. Action No. 4:21-CV-01997 |
| **SPRING BRANCH ISD, CHRIS GONZALEZ, JOHN PEREZ, CAROLINE BENNETT, JOSEPH D. KLAM, MINDA CAESAR, CHRIS EARNEST, LISA ALPE, in their official Capacities as members of the Board of Trustees of Spring Branch ISD** | § | |
| | § | |
| *Defendants*. | § | |

**DEFENDANTS' SECOND UNOPPOSED
MOTION TO AMEND THE STYLE OF THE CASE**

The Spring Branch Independent School District and the members of its Board of Trustees in their official capacities file this Second Unopposed Motion to Amend the Style of the Case.

**FACTS**

1. In June of 2021, Plaintiff filed this Voting Rights Act lawsuit against the Spring Branch ISD ("SBISD") and the members of its Board of Trustees in their official capacities. [Dkt. 1]. The Case is set for docket call on October 13, 2023. [Dkt. 52].

2. On May 7, 2022, SBISD held an election wherein three new members were elected to the School Board. As a result, three former Board members left office. On motion by the defendants [Dkt. 57] and Order by this Court [Dkt. 62] the newly elected members (Perez, Alpe, and Bennett) were substituted-in as defendants in this case.

3. In May of 2023, SBISD held another School Board election. As a result of that election, Courtney Anderson and Shannon Mahan were elected to serve on the Board, and Joseph Klam and Chris Gonzalez left office.

4. Defendants request this Court amend the style of this case accordingly. This change is sought to avoid confusion among members of the public regarding this newsworthy case.

## PRAYER

5. Defendants respectfully request this Court amend the style of this case to reflect the election results described above as follows: *Virginia Elizondo v. Spring Branch Independent School District, Courtney Anderson, John Perez, Caroline Bennett, Shannon Mahan, Minda Caesar, Chris Earnest, and Lisa Alpe in their official capacities as members of the Board of Trustees of Spring Branch ISD.*

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

*/s/Lucas C. Henry*
**Charles J. Crawford**
State Bar No. 05018900
**Lucas C. Henry**
State Bar No. 24101901
1700 Redbud Blvd., Suite 300
McKinney, Texas 75069
Telephone: (214) 544-4000
Facsimile: (214) 544-4040
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

      I certify that on August 8, 2023, I conferred with counsel for Plaintiff who indicated that Plaintiff is unopposed to the relief sought in this motion.

                                        */s/Lucas C. Henry*
                                        Lucas C. Henry


**CERTIFICATE OF SERVICE**

      I certify that on August 9, 2023, a copy of the foregoing motion was served on all counsel of record via the Court's e-service system.

                                        */s/Lucas C. Henry*
                                        Lucas C. Henry