# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **VIRGINIA ELIZONDO** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | Civ. Action No. 4:21-CV-01997 |
| **SPRING BRANCH ISD, COURTNEY ANDERSON, JOHN PEREZ, CAROLINE BENNETT, SHANNON MAHAN, MINDA CAESAR, CHRIS EARNEST, LISA ALPE, in their official Capacities as members of the Board of Trustees of Spring Branch ISD** § § § § § § § | |
| *Defendants*. § | |

## ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED MOTION TO AMEND THE STYLE OF THE CASE

On this day the Court heard Defendants' Second Unopposed Motion to Amend the Style of the Case. The Court finds the Motion has merit, and should be GRANTED.

It is therefore ORDERED that the style of Civil Action No. 4:21-cv-01997, now pending before this Court, is amended as requested in Defendants' Motion, and this case shall hereafter by styled as styled above.

Signed this _____ day of _____, 2022.

_____
Judge Presiding