United States District Court
Southern District of Texas
**ENTERED**
August 09, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO § § *Plaintiff,* § § v. § § SPRING BRANCH ISD, COURTNEY ANDERSON, JOHN PEREZ, CAROLINE BENNETT, SHANNON MAHAN, MINDA CAESAR, CHRIS EARNEST, LISA ALPE, in their official Capacities as members of the Board of Trustees of Spring Branch ISD § § § § § § § § § § *Defendants.* § | Civ. Action No. 4:21-CV-01997 |

**ORDER GRANTING DEFENDANTS'**
**SECOND UNOPPOSED MOTION TO AMEND THE STYLE OF THE CASE**

On this day the Court heard Defendants' Second Unopposed Motion to Amend the Style of the Case. The Court finds the Motion has merit, and should be GRANTED.

It is therefore ORDERED that the style of Civil Action No. 4:21-cv-01997, now pending before this Court, is amended as requested in Defendants' Motion, and this case shall hereafter by styled as styled above.

Signed on August 09, 2023, at Houston, Texas.

*[signature]*
Christina A. Bryan
United States Magistrate Judge