# E<span>XHIBIT</span> 6

**EXHIBIT TO**
**JOINT PRETRIAL ORDER**

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **VIRGINIA ELIZONDO** | § | |
| *Plaintiff*, | § | Civ. Action No. 4:21-CV-01997 |
| | § | |
| v. | § | **SIM LAKE** |
| | § | **JUDGE** |
| **SPRING BRANCH ISD, COURTNEY** | § | |
| **ANDERSON, JOHN PEREZ,** | § | **Sheila R. Anderson** |
| **CAROLINE BENNETT, SHANNON** | § | **COURTROOM CLERK    REPORTER** |
| **MAHAN, MINDA CAESAR, CHRIS** | § | |
| **EARNEST, LISA ALPE, in their official** | § | |
| **Capacities as members of the Board of** | § | |
| **Trustees of Spring Branch ISD** | § | **Bench Trial** |
| *Defendants*. | § | **PROCEEDING** |

### DEFENDANTS' TRIAL EXHIBITS LIST

Defendants, the Spring Branch ISD and its Board of Trustees in their Official Capacities, submit this list of Trial Exhibits.

| NO. | DESCRIPTION | OFFR | OBJ | Date ADMIT | N/ADM |
|---|---|---|---|---|---|
| 1 | Facility Projects by Bond Program and Campus (Tijerina Depo Exhibit 2) | | | | |
| 2 | Stein Data (Stein Depo Exhibit 2) | | | | |
| 3 | Demonstrative SBISD Single-Member District (Stein Depo Exhibit 4) | | | | |
| 4 | Meier and Rutherford Article (Stein Depo Exhibit 5) | | | | |
| 5 | Susan Welch Article (Stein Depo Exhibit 6) | | | | |
| 6 | Republican Party Press Release (Stein Depo Exhibit 8) | | | | |
| 7 | Report of Dr. Alford | | | | |
| 8 | Supplemental and Rebuttal Report of Dr. Alford | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | SBISD Policy BBB (LEGAL) (SBISD 6919-6923) | | | | | |
| 10 | SBISD Policy BBB (LOCAL) (SBISD 6924) | | | | | |
| 11 | Election Results: May 2022 (SBISD 7556-7577) | | | | | |
| 12 | Election Results: May 2023 (SBISD 7937-7938) | | | | | |
| 13 | Election Results, 2011 (SBISD 346-349) | | | | | |
| 14 | E-mail Dated March 29, 2021 (P 103) | | | | | |
| 15 | E-Mail Dated April 1, 2022 (P 131) | | | | | |
| 16 | E-mail Dated February 24, 2021 (P 198-200) | | | | | |
| 17 | What can a School Board Actually Do? (Elizondo Depo Exhibit 8) | | | | | |
| 18 | Myth / Fact (Elizondo Depo Exhibit 9) | | | | | |
| 19 | Emails Trustees/Parker (SBISD 4376-4379) | | | | | |
| 20 | Spring Branch Independent School District Total voters (Exhibit E1 SBISD 000363) | | | | | |
| 21 | Canvass Results report Spring Branch ISD Trustee election (Exhibit E11 SBISD 000396) | | | | | |
| 22 | SBISD Election Results, 2012 (SBISD 350-351) | | | | | |
| 23 | VRW celebrates its 60th Anniversary invite to Virgina Elizondo (Exhibit E5) | | | | | |
| 24 | SBISD Election Results 2013 (SBISD 359) | | | | | |
| 25 | Student Code of Conduct (Roy Rodney Deposition Exhibit No. 1) | | | | | |
| 26 | Virginia Elizondo For SBISD Facebook post masks optional board vote summary (SBISD 007961) | | | | | |
| 27 | Email re: At-Large Elections (SBISD 3892) | | | | | |
| 28 | Letter to the Editor The Houston Chronicle (Exhibit E4) | | | | | |
| 29 | Video (P 55) | | | | | |
| 30 | Video (P 27) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 31 | John Perez PAC's and Organization's (SBISD 007962) | | | | |
| 32 | Matt Rinaldi Endorsements (SBISD 007997) | | | | |
| 33 | 1776 Project PAC Endorsed Winners Facebook post (SBISD 007940) | | | | |
| 34 | Hispanic Republicans of Texas Current Officeholders (SBISD 007973) | | | | |
| 35 | Courtney Anderson Constitutional Conservative's Event Facebook post (SBISD 7953) | | | | |
| 36 | Courtney Anderson Conservative leaders forum Facebook post (SBISD 007952) | | | | |
| 37 | Courtney Anderson Endorsed by Ted Cruz Facebook post (SBISD 007956) | | | | |
| 38 | Courtney Anderson Endorsed by Republican Party of Texas and Harris County GOP (SBISD 7969) | | | | |
| 39 | Harris County GOP Courtney Anderson Endorsement Facebook post (SBISD 7970) | | | | |
| 40 | Courtney Anderson Endorsed by Republican Party of Texas and Harris County GOP (SBISD 7972) | | | | |
| 41 | Courtney Anderson Texts (Earnest 907-917) | | | | |
| 42 | Courtney Anderson Village Republican Women Facebook post (SBISD 008007) | | | | |
| 43 | Harris County Republican Party Endorses Courtney Anderson and Shannon Mahan Facebook post (SBISD 008002) | | | | |
| 44 | Parents For Improved Public Education SBISD board Candidates (SBISD 007989) | | | | |
| 45 | Courtney Anderson Lincon Reagan Dinner Facebook post (SBISD 007931) | | | | |
| 46 | Chris Earnest Union involvement Facebook post (SBISD 007949) | | | | |
| 47 | Chris Earnest Facebook post about misinformation about school board power (SBISD 007947) | | | | |
| 48 | Pipelinesbisd Facebook post Trustee Chris Earnest sets the record straight on Michael Berry Show (SBISD 007946) | | | | |
| 49 | Chris Earnest Facebook post about progress related to unmasking of our children from Dr. Blaine (SBISD 7945) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | Chris Earnest Facebook post pictures of union attempts to infiltrate our schools (SBISD 7950) | | | | | |
| 51 | David Lopez For Spring Branch ISD poster (SBISD 007967) | | | | | |
| 52 | Harris County Precinct 0407 Democrat Facebook post Please go Vote (SBISD 007968) | | | | | |
| 53 | CROWDPAC David Lopez endorsement page (SBISD 8013) | | | | | |
| 54 | Texas Blue Action Democrats Facebook post Endorsement of David Lopez and Becky Ardell Downs (SBISD 8006) | | | | | |
| 55 | David Lopez Facebook post Last Chance to Vote (SBISD 8003) | | | | | |
| 56 | David Lopez Profile and Ted Cruz "Far Right Extremist Senator Endorses Courtney Anderson and Shannon Mahan" (SBISD 8005) | | | | | |
| 57 | David Lopez Facebook post Call to Action protest school openings till its safe (SBISD 7957-7958) | | | | | |
| 58 | Map (SBISD 1) | | | | | |
| 59 | Lopez E-mail Chain April, 2019 (Lopez 20-22) | | | | | |
| 60 | Lopez E-mail Chain re: VAN (Lopez 64-65) | | | | | |
| 61 | Lopez E-mail chain with D'armi (Lopez 66-71) | | | | | |
| 62 | Lopez Link to Facebook Page (Lopez 2655) | | | | | |
| 63 | Noel Lezama Facebook post "when school boards go extreme teachers flee." (SBISD 8008) | | | | | |
| 64 | Noel Lezama Text chain screen shot with Ronald (Lezama 39) | | | | | |
| 65 | Noel Lezama Text chain screenshots group text (Lezama 50) | | | | | |
| 66 | Noel Lezama Text chain screenshot with Craig Adams (Lezama 78) | | | | | |
| 67 | Noel Lezama Text from GOP (Lezama 41) | | | | | |
| 68 | David Lopez Facebook Post dated June 13 and Houston Landing Article | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Available at https://www.facebook.com/DLOTX/ and https://houstonlanding.org/critics-want-more-diversity-on-spring-branch-isd-school-board/?fbclid=IwAR2o08SJiEZQTu3ozwhDngXoanzCMEU860Gg6knHhpHz4uWy-6PbHj62EIE | | | | |
| 69 | Houston Public Media Article https://www.houstonpublicmedia.org/articles/news/politics/2023/05/05/450913/texas-school-board-races-pac-funding-increases-critics-donations-unprecedented/ | | | | |

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

*/s/Lucas C. Henry*
**Charles J. Crawford**
State Bar No. 05018900
**Lucas C. Henry**
State Bar No. 24101901
1700 Redbud Blvd., Suite 300
McKinney, Texas 75069
Telephone: (214) 544-4000
Facsimile: (214) 544-4040
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

**ATTORNEYS FOR DEFENDANTS**

**Certificate of Service**

I certify that the foregoing Witness List was served on all parties of record as an attachment to the Joint Final Pretrial Order on October 6, 2023.

*/s/Lucas C. Henry*
**Lucas C. Henry**

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **VIRGINIA ELIZONDO** § | | |
| *Plaintiff*, § | Civ. Action No. 4:21-CV-01997 | |
| § | | |
| v. § | **SIM LAKE** | |
| § | **JUDGE** | |
| **SPRING BRANCH ISD, COURTNEY** § | | |
| **ANDERSON, JOHN PEREZ,** § | **Sheila R. Anderson** | |
| **CAROLINE BENNETT, SHANNON** § | **COURTROOM CLERK     REPORTER** | |
| **MAHAN, MINDA CAESAR, CHRIS** § | | |
| **EARNEST, LISA ALPE, in their official** § | | |
| Capacities as members of the Board of § | | |
| Trustees of Spring Branch ISD § | **Bench Trial** | |
| *Defendants*. § | **PROCEEDING** | |

## DEFENDANTS' TRIAL EXHIBITS LIST

Defendants, the Spring Branch ISD and its Board of Trustees in their Official Capacities, submit this list of Trial Exhibits.

| | | | | Date | |
|---|---|---|---|---|---|
| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM |
| 1 | Facility Projects by Bond Program and Campus (Tijerina Depo Exhibit 2) | | | | |
| 2 | Stein Data (Stein Depo Exhibit 2) | | | | |
| 3 | Demonstrative SBISD Single-Member District (Stein Depo Exhibit 4) | | | | |
| 4 | Meier and Rutherford Article (Stein Depo Exhibit 5) | | | | |
| 5 | Susan Welch Article (Stein Depo Exhibit 6) | | | | |
| 6 | Republican Party Press Release (Stein Depo Exhibit 8) | | | | |
| 7 | Report of Dr. Alford | | | | |
| 8 | Supplemental and Rebuttal Report of Dr. Alford | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | SBISD Policy BBB (LEGAL) (SBISD 6919-6923) | | | | |
| 10 | SBISD Policy BBB (LOCAL) (SBISD 6924) | | | | |
| 11 | Election Results: May 2022 (SBISD 7556-7577) | | | | |
| 12 | Election Results: May 2023 (SBISD 7937-7938) | | | | |
| 13 | Election Results, 2011 (SBISD 346-349) | | | | |
| 14 | E-mail Dated March 29, 2021 (P 103) | | | | |
| 15 | E-Mail Dated April 1, 2022 (P 131) | | | | |
| 16 | E-mail Dated February 24, 2021 (P 198-200) | | | | |
| 17 | What can a School Board Actually Do? (Elizondo Depo Exhibit 8) | | | | |
| 18 | Myth / Fact (Elizondo Depo Exhibit 9) | | | | |
| 19 | Emails Trustees/Parker (SBISD 4376-4379) | | | | |
| 20 | Spring Branch Independent School District Total voters (Exhibit E1 SBISD 000363) | | | | |
| 21 | Canvass Results report Spring Branch ISD Trustee election (Exhibit E11 SBISD 000396) | | | | |
| 22 | SBISD Election Results, 2012 (SBISD 350-351) | | | | |
| 23 | VRW celebrates its 60th Anniversary invite to Virgina Elizondo (Exhibit E5) | | | | |
| 24 | SBISD Election Results 2013 (SBISD 359) | | | | |
| 25 | Student Code of Conduct (Roy Rodney Deposition Exhibit No. 1) | | | | |
| 26 | Virginia Elizondo For SBISD Facebook post masks optional board vote summary (SBISD 007961) | | | | |
| 27 | Email re: At-Large Elections (SBISD 3892) | | | | |
| 28 | Letter to the Editor The Houston Chronicle (Exhibit E4) | | | | |
| 29 | Video (P 55) | | | | |
| 30 | Video (P 27) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 31 | John Perez PAC's and Organization's (SBISD 007962) | | | | |
| 32 | Matt Rinaldi Endorsements (SBISD 007997) | | | | |
| 33 | 1776 Project PAC Endorsed Winners Facebook post (SBISD 007940) | | | | |
| 34 | Hispanic Republicans of Texas Current Officeholders (SBISD 007973) | | | | |
| 35 | Courtney Anderson Constitutional Conservative's Event Facebook post (SBISD 7953) | | | | |
| 36 | Courtney Anderson Conservative leaders forum Facebook post (SBISD 007952) | | | | |
| 37 | Courtney Anderson Endorsed by Ted Cruz Facebook post (SBISD 007956) | | | | |
| 38 | Courtney Anderson Endorsed by Republican Party of Texas and Harris County GOP (SBISD 7969) | | | | |
| 39 | Harris County GOP Courtney Anderson Endorsement Facebook post (SBISD 7970) | | | | |
| 40 | Courtney Anderson Endorsed by Republican Party of Texas and Harris County GOP (SBISD 7972) | | | | |
| 41 | Courtney Anderson Texts (Earnest 907-917) | | | | |
| 42 | Courtney Anderson Village Republican Women Facebook post (SBISD 008007) | | | | |
| 43 | Harris County Republican Party Endorses Courtney Anderson and Shannon Mahan Facebook post (SBISD 008002) | | | | |
| 44 | Parents For Improved Public Education SBISD board Candidates (SBISD 007989) | | | | |
| 45 | Courtney Anderson Lincon Reagan Dinner Facebook post (SBISD 007931) | | | | |
| 46 | Chris Earnest Union involvement Facebook post (SBISD 007949) | | | | |
| 47 | Chris Earnest Facebook post about misinformation about school board power (SBISD 007947) | | | | |
| 48 | Pipelinesbisd Facebook post Trustee Chris Earnest sets the record straight on Michael Berry Show (SBISD 007946) | | | | |
| 49 | Chris Earnest Facebook post about progress related to unmasking of our children from Dr. Blaine (SBISD 7945) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 50 | Chris Earnest Facebook post pictures of union attempts to infiltrate our schools (SBISD 7950) | | | | |
| 51 | David Lopez For Spring Branch ISD poster (SBISD 007967) | | | | |
| 52 | Harris County Precinct 0407 Democrat Facebook post Please go Vote (SBISD 007968) | | | | |
| 53 | CROWDPAC David Lopez endorsement page (SBISD 8013) | | | | |
| 54 | Texas Blue Action Democrats Facebook post Endorsement of David Lopez and Becky Ardell Downs (SBISD 8006) | | | | |
| 55 | David Lopez Facebook post Last Chance to Vote (SBISD 8003) | | | | |
| 56 | David Lopez Profile and Ted Cruz "Far Right Extremist Senator Endorses Courtney Anderson and Shannon Mahan" (SBISD 8005) | | | | |
| 57 | David Lopez Facebook post Call to Action protest school openings till its safe (SBISD 7957-7958) | | | | |
| 58 | Map (SBISD 1) | | | | |
| 59 | Lopez E-mail Chain April, 2019 (Lopez 20-22) | | | | |
| 60 | Lopez E-mail Chain re: VAN (Lopez 64-65) | | | | |
| 61 | Lopez E-mail chain with D'armi (Lopez 66-71) | | | | |
| 62 | Lopez Link to Facebook Page (Lopez 2655) | | | | |
| 63 | Noel Lezama Facebook post "when school boards go extreme teachers flee." (SBISD 8008) | | | | |
| 64 | Noel Lezama Text chain screen shot with Ronald (Lezama 39) | | | | |
| 65 | Noel Lezama Text chain screenshots group text (Lezama 50) | | | | |
| 66 | Noel Lezama Text chain screenshot with Craig Adams (Lezama 78) | | | | |
| 67 | Noel Lezama Text from GOP (Lezama 41) | | | | |
| 68 | David Lopez Facebook Post dated June 13 and Houston Landing Article | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Available at https://www.facebook.com/DLOTX/ and https://houstonlanding.org/critics-want-more-diversity-on-spring-branch-isd-school-board/?fbclid=IwAR2o08SJiEZQTu3ozwhDngXoanzCMEU860Gg6knHhpHz4uWy-6PbHj62EIE | | | | |
| 69 | Houston Public Media Article https://www.houstonpublicmedia.org/articles/news/politics/2023/05/05/450913/texas-school-board-races-pac-funding-increases-critics-donations-unprecedented/ | | | | |

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

*/s/Lucas C. Henry*
**Charles J. Crawford**
State Bar No. 05018900
**Lucas C. Henry**
State Bar No. 24101901
1700 Redbud Blvd., Suite 300
McKinney, Texas 75069
Telephone: (214) 544-4000
Facsimile: (214) 544-4040
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

**ATTORNEYS FOR DEFENDANTS**

**Certificate of Service**

I certify that the foregoing Witness List was served on all parties of record as an attachment to the Joint Final Pretrial Order on October 6, 2023.

*/s/Lucas C. Henry*
**Lucas C. Henry**