IN THE UNITED STATES DISTRICT COURT
FOR THE SOUNTERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO, *Plaintiff,* <br><br> vs. <br><br> SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, and COURTNEY ANDERSON, JOHN PEREZ, CAROLINE BENNETT, SHANNON MAHAN, MINDA CAESAR, CHRIS EARNEST & LISA ALPE in their official capacity as members of the Board of Trustees of Spring Branch ISD <br><br> *Defendants.* | § § § § § § § § § § § § § § § § Civil Action No. 4:21-cv-01997 |

## NOTICE OF APPEARANCE OF DOMINGO M. LLAGOSTERA AND ROBERT P. SCOTT ON BEHALF OF PLAINTIFF, VIRGINIA ELIZONDO

Please take notice that Domingo M. LLagostera and Robert P. Scott of BLANK ROME LLP now enter an appearance as counsel for Plaintiff, Virginia Elizondo.

Respectfully submitted,

BLANK ROME LLP

By: */s/ Domingo M. LLagostera*
Domingo M. LLagostera
Texas Bar No. 24070157
Email: domingo.llagostera@blankrome.com
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 228-6606
(713) 228-6605 (fax)

BLANK ROME LLP

By: */s/ Robert P. Scott*
Robert P. Scott
Texas Bar No. 17911800
Email: bob.scott@blankrome.com
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 228-6606
(713) 228-6605 (fax)

*Attorneys for Plaintiff, Virginia Elizondo*

## CERTIFICATE OF SERVICE

I certify that on October 13, 2023, a true and correct copy of the above pleading was served on all required parties via the Court's CM/ECF system, as follows:

Martin Golando
The Law Office of Martin Golando, PLLC
2326 W. Magnolia
San Antonio, Texas 78201
Martin.golando@gmail.com

Charles J. Crawford
Lucas C. Henry
Abernathy, Roeder, Boyd & Hullett, P.C.
Redbud Blvd., Suite 300
McKinney, Texas 75069
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

Barry Abrams
Blank Rome LLP
717 Texas Avenue, Suite 1400
Houston, Texas 77002
babrams@blankrome.com

                                                                            /s/ Domingo M. LLagostera
                                                                            Domingo M. LLagostera