United States District Court
Southern District of Texas

**ENTERED**
October 13, 2023
Nathan Ochsner, Clerk

Cause Number _____ H-21-1997 _____

Style __ Virginia Elizondo __ v. __ Spring Branch I.S.D. __

Appearances:

| Counsel: | Representing: |
|---|---|
| Barry Abrams | Plaintiff |
| Domingo Llagostera | " |
| Martin Golando | " |
| Charles Crawford | Defendant |
| Lucas Henry | " |

Date: __ October 13, 2023 __

Reporter: __ M. Malone __

Law Clerk: __ J. West __

Time: ____/____ a.m.
3:00/3:10 p.m.

## HEARING
### MINUTES AND ORDER

At the hearing the following rulings were made:

Court trial is set for Monday, December 4, 2023, at 1:00 p.m.

The Clerk will file the Minutes and Order and provide copies to the parties.

_____
Sim Lake
Senior United States District Judge