```
                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
                      HOUSTON DIVISION


VIRGINIA ELIZONDO,              .  4:21-CV-01997
                                .  HOUSTON, TEXAS
       PLAINTIFF,               .  OCTOBER 13, 2023
VS.                             .  3:00 P.M.
                                .
SPRING BRANCH INDEPENDENT       .
SCHOOL DISTRICT,                .
                                .
       DEFENDANT.               .
................................


                TRANSCRIPT OF DOCKET CALL
              BEFORE THE HONORABLE SIM LAKE
               UNITED STATES DISTRICT JUDGE
```

***APPEARANCES***

FOR THE PLAINTIFF:

    Barry Abrams
    Robert P. Scott
    Domingo M. Llagostera
    BLANK ROME LLP
    717 Texas Avenue
    Suite 1400
    Houston, Texas  77002


FOR THE DEFENDANT:

    Charles J. Crawford
    Lucas C. Henry
    ABERNATHY ROEDER BOYD AND HULLETT PC
    1700 North Redbud Boulevard
    Suite 300
    McKinney, Texas  75069

*APPEARANCES - CONTINUED*

OFFICIAL COURT REPORTER:

    Mayra Malone, CSR, RMR, CRR
    U.S. Courthouse
    515 Rusk
    Room 8004
    Houston, Texas  77002
    713-250-5787

Proceedings recorded by mechanical stenography.  Transcript produced by computer-aided transcription.

```
14:58    1                         PROCEEDINGS
         2              THE COURT:  We have two cases set for docket call.
         3    The first case is Virginia Elizondo versus Spring Branch
         4    Independent School District, Civil Action H-21-1997.
15:01    5                 Will counsel please identify themselves and their
         6    clients?
         7              MR. ABRAMS:  Good afternoon, Your Honor.  Barry Abrams
         8    here on behalf of the plaintiff, Virginia Elizondo, accompanied
         9    by my colleagues Robert Scott and Domingo Llagostera.
15:01   10              THE COURT:  Thank you.
        11              MR. CRAWFORD:  Good afternoon, Your Honor.  Charles
        12    Crawford and Lucas Henry on behalf of Spring Branch ISD.
        13              THE COURT:  Thank you.
        14                 This is an approximately five-day bench trial.  I
15:02   15    have a long criminal case beginning week after next.  Let me
        16    get my schedule out.  Judge Bryan is familiar with the case.
        17    Let me just read the dates she and I are available.
        18                 If you wish to consent, Judge Bryan is available
        19    October 23, November 13 or November 27.
15:02   20                 The first day that I'm available would be
        21    December 4.  So let me know what you think.
        22              MR. ABRAMS:  Judge, I would be delighted to proceed
        23    with Magistrate Judge Bryan.  After earlier talking to our
        24    client and taking into account the importance of the case, I
15:03   25    think she was of a view she wanted an Article III judge to hear
```

15:03  1  her voting rights case. So without having the opportunity to
       2  consult with my client, I don't think I'm in a position to
       3  default to your magistrate as much as --
       4            THE COURT: Is your client here?
15:03  5            MR. ABRAMS: Pardon me?
       6            THE COURT: What does the defendant have to say?
       7            MR. CRAWFORD: We would prefer the Article III judge
       8  and the December 4th date, Your Honor.
       9            THE COURT: I guess that will be the date then.
15:03 10            Okay. I have a couple questions. I have read
      11  the pretrial order, which is very thorough. And looking at the
      12  proposed single member district one and then looking at the
      13  pretrial order under relief sought -- and I'm looking at the
      14  proposed findings of fact and conclusions of law by the
15:04 15  plaintiff.
      16            Plaintiff is entitled to declaratory and
      17  injunctive relief precluding defendants from maintaining an
      18  at-large system for electing Spring Branch Independent School
      19  District school board trustees.
15:04 20            But there's no proposed finding I can see for
      21  dividing up the district. In other words, you have got one
      22  trustee's position and then you have got a map, which basically
      23  relies on junior high school attendance zones.
      24            Is Dr. Stein going to extrapolate from this and
15:04 25  provide six additional single member districts?

15:04     1          MR. ABRAMS: The short answer is no, although he did
          2  map out why the other districts in this proposed illustrative
          3  plan would comply with one-person, one-vote and other
          4  characteristics.
15:05     5          As we understand the law, Your Honor, a case of
          6  this sort essentially has two parts. The initial part is a
          7  determination by Your Honor whether a remedy is required, which
          8  is why the plaintiff is typically only required to establish,
          9  among other things, that an illustrative district can be formed
15:05    10  within the district with a majority citizens voting age
         11  population of the minority population that's at issue.
         12          If the Court were to reach that conclusion, as I
         13  understand it, typically the next phase would be to direct the
         14  district to propose a remedial plan for consideration by Your
15:05    15  Honor and evaluation by the plaintiff. At that stage, the
         16  boundaries would be covered.
         17          THE COURT: Let me just ask the defendant. The
         18  proposed findings of facts and conclusions of law, assuming
         19  Mr. Abrams has correctly cited the evidence -- and I have known
15:06    20  him for a long time and I have no doubt about his credibility.
         21  This is a very strong case.
         22          Are you going to have any evidence to refute the
         23  statistics like Table 1 on Exhibit 9? I'm surprised they
         24  didn't move for summary judgment.
15:06    25          MR. CRAWFORD: We believe we do, Your Honor. We

15:06   1   believe that when we develop the evidence at trial, that the
        2   plaintiff will not be able to carry her burden on Jingles 1 or
        3   Jingles 3 or the totality of the circumstances.
        4               Failure to meet her burden as to any one of those
15:06   5   is fatal to the remedy requested, and so we believe that, yes,
        6   there is strong evidence that Mr. Abrams has cited. I agree
        7   with that, but we believe that when we have the full trial, we
        8   will be able to put context to that and we will be able to show
        9   that the plaintiff can't meet her burden in this case.
15:06  10               THE COURT: Okay. That's what a trial is for.
       11               How long is it going to take -- assuming I find
       12   she is entitled to relief, how long will it take you to do the
       13   second phase?
       14               MR. ABRAMS: Let me just mention that both the
15:07  15   plaintiff's expert and the defendant's expert on those sorts of
       16   issues are colleagues, and I have it on good authority, since
       17   they work together in other contexts designing plans all over
       18   the country, that in a matter of days they could make a
       19   recommendation to their clients on an acceptable plan. So I
15:07  20   don't think it would take very long at all, but obviously --
       21               THE COURT: Do I also have to allocate the current
       22   trustees among these districts? Or do you have a new election?
       23               MR. ABRAMS: That's covered by the proposed remedial
       24   plan, and there are different ways to handle that. There are
15:07  25   some plans that, in effect, grandfather in trustees. There are

15:07  1  other plans that call for a clean slate.  So there are a
       2  variety of remedial solutions to imposing a plan, some of which
       3  involve grandfathering, some of which do not.  That's where the
       4  district has an opportunity to weigh in and make a suggestion.
15:07  5       THE COURT:  Okay.  Has the district -- I was surprised
       6  that there has been no settlement discussions in this case.  I
       7  mean, you both know this area of the law very well.  You have
       8  had experience.
       9       If the plaintiff wins, the district is going to
15:08 10  be assessed for a lot of attorneys' fees and other fees, and it
      11  may be up to me, some poor ole graduate of A&M, to create this
      12  big plan and to allocate these districts.
      13       Wouldn't you be better off to agree among
      14  yourselves or have a mediator who is familiar with this area
15:08 15  work it out?  I mean, I'm just -- is there no reason we can't
      16  find a competent mediator who can get this resolved?
      17       MR. ABRAMS:  I will speak only for the plaintiff.  And
      18  the reality is, Your Honor, that shortly after the case was
      19  filed, the school district, through their counsel, sought to
15:09 20  have a discussion, and the plaintiff agreed.  A firestorm
      21  erupted in the community, and thereafter those counsel notified
      22  me that the district was no longer interested in discussing the
      23  plan -- discussing the agreement they submitted to my client,
      24  and those counsel withdrew.  There have been no discussions
15:09 25  since that time.

15:09   1           THE COURT:  Okay.  So you are supposed to fall on your
        2   sword if you can't win?  Is that your marching orders?
        3           MR. CRAWFORD:  The original counsel was Thompson
        4   Horton, a very fine firm.  We have substituted in.  And my
15:09   5   client's view is that it's an all-or-nothing proposition.  You
        6   either have the at-large system or you don't.  And they -- my
        7   client prefers the at-large system, and therefore settlement --
        8   really, there is nothing really to be able to settle because
        9   it's an either/or proposition.
15:10  10           THE COURT:  But look at their statistics.  I'm looking
       11   at Exhibit 9, Docket Entry 71-9, page 14.  If you followed
       12   roughly by voting district, you would still have six districts
       13   that Anglos could win easily in.  You would have one
       14   Hispanic -- I'm not saying -- I'm just saying that's a possible
15:10  15   explanation.
       16           Why can't they work -- you would lose one
       17   district to -- you would lose one district.  It clearly would
       18   be a majority Hispanic district.  I mean, 52 percent.  Even
       19   with the low voting age participation, they would carry it.
15:10  20   But you would have six other districts that they have a very
       21   difficult hurdle to surmount.
       22           Have you discussed this with your client?
       23           MR. CRAWFORD:  Yes, Your Honor.
       24           THE COURT:  Do they read and write the English
15:10  25   language and have they looked at this document?

15:10   1      MR. CRAWFORD: At best as I can tell, they can and
        2  they have.
        3      THE COURT: I want you to tell them that the judge --
        4  although I'm going to hear all the evidence before I rule, the
15:11   5  judge feels that based on the documents presented to the Court,
        6  the plaintiff has a very strong case, and it would make a lot
        7  of sense, instead of running up huge amounts of attorneys' fees
        8  and then paying -- are you up to $200 an hour now in your fees?
        9      MR. ABRAMS: They don't go that high, Your Honor.
15:11   10     THE COURT: Instead of paying a huge amount of
        11 attorneys' fees and ultimately having the Court decide a
        12 remedy, it would make a lot of sense if you all could sit down
        13 and agree, or agree on a mediator. Because the train is
        14 leaving the station December 4, and there is no chance to
15:11   15 resolve it on a term that might be favorable to you. In other
        16 words, your client might want to have some input into the
        17 boundaries.
        18           Am I making sense to you?
        19     MR. CRAWFORD: Your Honor, you are making perfect
15:11   20 sense to me.
        21     THE COURT: Okay. All right. Well, go forth and sin
        22 no more. That's all I can do today.
        23           Are there any other questions you have?
        24     MR. ABRAMS: No, Your Honor. Thank you.
15:12   25     THE COURT: It's an interesting case, and I understand

15:12  1  sometimes -- I set aside a state law on voting.  I figure, boy,
       2  the state is going to be mad.  They are going to appeal me.
       3  They said, No, we are just waiting for somebody to sign.  We
       4  agree with you, Judge, but we couldn't convince our client.
15:12  5  Sometimes that's what courts are for.
       6              Y'all have a good weekend.
       7           MR. ABRAMS:  Thank you.  Appreciate it.
       8           MR. CRAWFORD:  Thank you, Your Honor.
       9      *(Court adjourned at 3:12 p.m.)*

```
                              * * * *


         I certify that the foregoing is a correct transcript from
     the record of proceedings in the above-entitled cause.


     Date: October 17, 2023


                         /s/ Mayra Malone
                         --------------------------------------
                         Mayra Malone, CSR, RMR, CRR
                         Official Court Reporter
```

**MR. ABRAMS: [10]**  3/7 3/22 4/5 5/1 6/14 6/23 7/17 9/9 9/24 10/7
**MR. CRAWFORD: [8]**  3/11 4/7 5/25 8/3 8/23 9/1 9/19 10/8
**THE COURT: [17]**

## $

**$200 [1]**  9/8

## /

**/s [1]**  11/7

## 0

**01997 [1]**  1/4

## 1

**13 [2]**  1/5 3/19
**14 [1]**  8/11
**1400 [1]**  1/19
**17 [1]**  11/6
**1700 [1]**  1/24
**1997 [1]**  3/4

## 2

**2023 [2]**  1/5 11/6
**23 [1]**  3/19
**27 [1]**  3/19

## 3

**300 [1]**  1/25
**3:00 [1]**  1/5
**3:12 [1]**  10/9

## 4

**4:21-CV-01997 [1]**  1/4
**4th [1]**  4/8

## 5

**515 [1]**  2/6
**52 percent [1]**  8/18
**5787 [1]**  2/7

## 7

**71-9 [1]**  8/11
**713-250-5787 [1]**  2/7
**717 [1]**  1/18
**75069 [1]**  1/25
**77002 [2]**  1/19 2/7

## 8

**8004 [1]**  2/6

## A

**ABERNATHY [1]**  1/24
**able [4]**  6/2 6/8 6/8 8/8
**about [1]**  5/20
**above [1]**  11/4
**above-entitled [1]**  11/4
**Abrams [4]**  1/16 3/7 5/19 6/6
**acceptable [1]**  6/19
**accompanied [1]**  3/8
**account [1]**  3/24
**Action [1]**  3/4
**additional [1]**  4/25
**adjourned [1]**  10/9
**after [3]**  3/15 3/23 7/18
**afternoon [2]**  3/7 3/11

**age [2]**  5/10 8/19
**agree [5]**  6/6 7/13 9/13 9/13 10/4
**agreed [1]**  7/20
**agreement [1]**  7/23
**aided [1]**  2/10
**all [7]**  6/17 6/20 8/5 9/4 9/12 9/21 9/22
**allocate [2]**  6/21 7/12
**also [1]**  6/21
**although [2]**  5/1 9/4
**Am [1]**  9/18
**among [3]**  5/9 6/22 7/13
**amount [1]**  9/10
**amounts [1]**  9/7
**Anglos [1]**  8/13
**answer [1]**  5/1
**any [3]**  5/22 6/4 9/23
**appeal [1]**  10/2
**APPEARANCES [2]**  1/13 2/1
**Appreciate [1]**  10/7
**approximately [1]**  3/14
**are [14]**
**area [2]**  7/7 7/14
**Article [2]**  3/25 4/7
**as [6]**  4/3 4/3 5/5 5/12 6/4 9/1
**aside [1]**  10/1
**ask [1]**  5/17
**assessed [1]**  7/10
**assuming [2]**  5/18 6/11
**attendance [1]**  4/23
**attorneys' [3]**  7/10 9/7 9/11
**authority [1]**  6/16
**available [3]**  3/17 3/18 3/20
**Avenue [1]**  1/18

## B

**Barry [2]**  1/16 3/7
**based [1]**  9/5
**basically [1]**  4/22
**because [2]**  8/8 9/13
**been [2]**  7/6 7/24
**before [2]**  1/11 9/4
**beginning [1]**  3/15
**behalf [2]**  3/8 3/12
**believe [4]**  5/25 6/1 6/5 6/7
**bench [1]**  3/14
**best [1]**  9/1
**better [1]**  7/13
**big [1]**  7/12
**BLANK [1]**  1/18
**board [1]**  4/19
**both [2]**  6/14 7/7
**Boulevard [1]**  1/24
**boundaries [2]**  5/16 9/17
**boy [1]**  10/1
**BOYD [1]**  1/24
**BRANCH [4]**  1/6 3/3 3/12 4/18
**Bryan [3]**  3/16 3/18 3/23
**burden [3]**  6/2 6/4 6/9

## C

**call [3]**  1/10 3/2 7/1
**can [6]**  4/20 5/9 7/16 9/1 9/1 9/22
**can't [4]**  6/9 7/15 8/2 8/16
**carry [2]**  6/2 8/19
**case [12]**
**cases [1]**  3/2
**cause [1]**  11/4

**certify [1]**  11/3
**chance [1]**  9/14
**characteristics [1]**  5/4
**Charles [2]**  1/23 3/11
**circumstances [1]**  6/3
**cited [2]**  5/19 6/6
**citizens [1]**  5/10
**Civil [1]**  3/4
**clean [1]**  7/1
**clearly [1]**  8/17
**client [8]**  3/24 4/2 4/4 7/23 8/7 8/22 9/16 10/4
**client's [1]**  8/5
**clients [2]**  3/6 6/19
**colleagues [2]**  3/9 6/16
**community [1]**  7/21
**competent [1]**  7/16
**comply [1]**  5/3
**computer [1]**  2/10
**computer-aided [1]**  2/10
**conclusion [1]**  5/12
**conclusions [2]**  4/14 5/18
**consent [1]**  3/18
**consideration [1]**  5/14
**consult [1]**  4/2
**context [1]**  6/8
**contexts [1]**  6/17
**CONTINUED [1]**  2/1
**convince [1]**  10/4
**correct [1]**  11/3
**correctly [1]**  5/19
**could [3]**  6/18 8/13 9/12
**couldn't [1]**  10/4
**counsel [5]**  3/5 7/19 7/21 7/24 8/3
**country [1]**  6/18
**couple [1]**  4/10
**COURT [7]**  1/1 2/4 5/12 9/5 9/11 10/9 11/9
**Courthouse [1]**  2/5
**courts [1]**  10/5
**covered [2]**  5/16 6/23
**Crawford [2]**  1/23 3/12
**create [1]**  7/11
**credibility [1]**  5/20
**criminal [1]**  3/15
**CRR [2]**  2/5 11/8
**CSR [2]**  2/5 11/8
**current [1]**  6/21
**CV [1]**  1/4

## D

**date [3]**  4/8 4/9 11/6
**dates [1]**  3/17
**day [2]**  3/14 3/20
**days [1]**  6/18
**December [3]**  3/21 4/8 9/14
**December 4 [1]**  3/21
**December 4th [1]**  4/8
**decide [1]**  9/11
**declaratory [1]**  4/16
**default [1]**  4/3
**defendant [4]**  1/8 1/22 4/6 5/17
**defendant's [1]**  6/15
**defendants [1]**  4/17
**delighted [1]**  3/22
**designing [1]**  6/17
**determination [1]**  5/7

## D

**develop [1]** 6/1
**did [1]** 5/1
**didn't [1]** 5/24
**different [1]** 6/24
**difficult [1]** 8/21
**direct [1]** 5/13
**discussed [1]** 8/22
**discussing [2]** 7/22 7/23
**discussion [1]** 7/20
**discussions [2]** 7/6 7/24
**district [20]**
**districts [6]** 4/25 5/2 6/22 7/12 8/12 8/20
**dividing [1]** 4/21
**DIVISION [1]** 1/2
**do [7]** 5/25 6/12 6/21 6/22 7/3 8/24 9/22
**docket [3]** 1/10 3/2 8/11
**document [1]** 8/25
**documents [1]** 9/5
**does [1]** 4/6
**Domingo [2]** 1/17 3/9
**don't [4]** 4/2 6/20 8/6 9/9
**doubt [1]** 5/20
**down [1]** 9/12
**Dr. [1]** 4/24
**Dr. Stein [1]** 4/24

## E

**earlier [1]** 3/23
**easily [1]** 8/13
**effect [1]** 6/25
**either [2]** 8/6 8/9
**either/or [1]** 8/9
**electing [1]** 4/18
**election [1]** 6/22
**ELIZONDO [3]** 1/4 3/3 3/8
**English [1]** 8/24
**entitled [3]** 4/16 6/12 11/4
**Entry [1]** 8/11
**erupted [1]** 7/21
**essentially [1]** 5/6
**establish [1]** 5/8
**evaluation [1]** 5/15
**Even [1]** 8/18
**evidence [5]** 5/19 5/22 6/1 6/6 9/4
**Exhibit [2]** 5/23 8/11
**Exhibit 9 [1]** 5/23
**experience [1]** 7/8
**expert [2]** 6/15 6/15
**explanation [1]** 8/15
**extrapolate [1]** 4/24

## F

**fact [1]** 4/14
**facts [1]** 5/18
**Failure [1]** 6/4
**fall [1]** 8/1
**familiar [2]** 3/16 7/14
**fatal [1]** 6/5
**favorable [1]** 9/15
**feels [1]** 9/5
**fees [5]** 7/10 7/10 9/7 9/8 9/11
**figure [1]** 10/1
**filed [1]** 7/19
**find [2]** 6/11 7/16

**finding [1]** 4/20
**findings [2]** 4/14 5/18
**fine [1]** 8/4
**firestorm [1]** 7/20
**firm [1]** 8/4
**first [2]** 3/3 3/20
**five [1]** 3/14
**five-day [1]** 3/14
**followed [1]** 8/11
**foregoing [1]** 11/3
**formed [1]** 5/9
**forth [1]** 9/21
**full [1]** 6/7

## G

**get [2]** 3/16 7/16
**go [2]** 9/9 9/21
**going [7]** 4/24 5/22 6/11 7/9 9/4 10/2 10/2
**good [4]** 3/7 3/11 6/16 10/6
**got [2]** 4/21 4/22
**graduate [1]** 7/11
**grandfather [1]** 6/25
**grandfathering [1]** 7/3
**guess [1]** 4/9

## H

**H-21-1997 [1]** 3/4
**had [1]** 7/8
**handle [1]** 6/24
**has [7]** 5/6 5/19 6/6 7/4 7/5 7/6 9/6
**have [30]**
**having [2]** 4/1 9/11
**he [1]** 5/1
**hear [2]** 3/25 9/4
**Henry [2]** 1/23 3/12
**her [4]** 4/1 6/2 6/4 6/9
**here [2]** 3/8 4/4
**high [2]** 4/23 9/9
**him [1]** 5/20
**his [1]** 5/20
**Hispanic [2]** 8/14 8/18
**Honor [13]**
**HONORABLE [1]** 1/11
**Horton [1]** 8/4
**hour [1]** 9/8
**HOUSTON [4]** 1/2 1/4 1/19 2/7
**how [2]** 6/11 6/12
**huge [2]** 9/7 9/10
**HULLETT [1]** 1/24
**hurdle [1]** 8/21

## I

**I'm [9]** 3/20 4/2 4/13 5/23 7/15 8/10 8/14 8/14 9/4
**identify [1]** 3/5
**III [2]** 3/25 4/7
**illustrative [2]** 5/2 5/9
**importance [1]** 3/24
**imposing [1]** 7/2
**INDEPENDENT [3]** 1/6 3/4 4/18
**initial [1]** 5/6
**injunctive [1]** 4/17
**input [1]** 9/16
**instead [2]** 9/7 9/10
**interested [1]** 7/22
**interesting [1]** 9/25

**involve [1]** 7/3
**ISD [1]** 3/12
**issue [1]** 5/11
**issues [1]** 6/16
**it's [3]** 8/5 8/9 9/25

## J

**Jingles [2]** 6/2 6/3
**judge [10]** 1/11 3/16 3/18 3/22 3/23 3/25 4/7 9/3 9/5 10/4
**judgment [1]** 5/24
**junior [1]** 4/23
**just [6]** 3/17 5/17 6/14 7/15 8/14 10/3

## K

**know [2]** 3/21 7/7
**known [1]** 5/19

## L

**LAKE [1]** 1/11
**language [1]** 8/25
**large [3]** 4/18 8/6 8/7
**law [5]** 4/14 5/5 5/18 7/7 10/1
**leaving [1]** 9/14
**let [5]** 3/15 3/17 3/21 5/17 6/14
**like [1]** 5/23
**Llagostera [2]** 1/17 3/9
**LLP [1]** 1/18
**long [5]** 3/15 5/20 6/11 6/12 6/20
**longer [1]** 7/22
**look [1]** 8/10
**looked [1]** 8/25
**looking [4]** 4/11 4/12 4/13 8/10
**lose [2]** 8/16 8/17
**lot [3]** 7/10 9/6 9/12
**low [1]** 8/19
**Lucas [2]** 1/23 3/12

## M

**mad [1]** 10/2
**magistrate [2]** 3/23 4/3
**maintaining [1]** 4/17
**majority [2]** 5/10 8/18
**make [4]** 6/18 7/4 9/6 9/12
**making [2]** 9/18 9/19
**Malone [3]** 2/5 11/7 11/8
**map [2]** 4/22 5/2
**marching [1]** 8/2
**matter [1]** 6/18
**may [1]** 7/11
**Mayra [3]** 2/5 11/7 11/8
**McKinney [1]** 1/25
**me [10]** 3/15 3/17 3/21 4/5 5/17 6/14 7/11 7/22 9/20 10/2
**mean [3]** 7/7 7/15 8/18
**mechanical [1]** 2/10
**mediator [3]** 7/14 7/16 9/13
**meet [2]** 6/4 6/9
**member [2]** 4/12 4/25
**mention [1]** 6/14
**might [2]** 9/15 9/16
**minority [1]** 5/11
**more [1]** 9/22
**move [1]** 5/24
**Mr. [2]** 5/19 6/6
**Mr. Abrams [2]** 5/19 6/6
**much [1]** 4/3

**M**
**my [6]**  3/9 3/16 4/2 7/23 8/4 8/6

**N**
**new [1]**  6/22
**next [2]**  3/15 5/13
**no [11]**  4/20 5/1 5/20 7/6 7/15 7/22 7/24 9/14 9/22 9/24 10/3
**North [1]**  1/24
**not [3]**  6/2 7/3 8/14
**nothing [2]**  8/5 8/8
**notified [1]**  7/21
**November [2]**  3/19 3/19
**November 13 [1]**  3/19
**November 27 [1]**  3/19
**now [1]**  9/8

**O**
**obviously [1]**  6/20
**OCTOBER [3]**  1/5 3/19 11/6
**October 23 [1]**  3/19
**off [1]**  7/13
**OFFICIAL [2]**  2/4 11/9
**Okay [5]**  4/10 6/10 7/5 8/1 9/21
**ole [1]**  7/11
**one [8]**  4/12 4/21 5/3 5/3 6/4 8/13 8/16 8/17
**one-person [1]**  5/3
**one-vote [1]**  5/3
**only [2]**  5/8 7/17
**opportunity [2]**  4/1 7/4
**order [2]**  4/11 4/13
**orders [1]**  8/2
**original [1]**  8/3
**other [10]**  4/21 5/2 5/3 5/9 6/17 7/1 7/10 8/20 9/15 9/23
**our [2]**  3/23 10/4
**out [3]**  3/16 5/2 7/15
**over [1]**  6/17

**P**
**p.m [2]**  1/5 10/9
**page [1]**  8/11
**page 14 [1]**  8/11
**Pardon [1]**  4/5
**part [1]**  5/6
**participation [1]**  8/19
**parts [1]**  5/6
**paying [2]**  9/8 9/10
**PC [1]**  1/24
**percent [1]**  8/18
**perfect [1]**  9/19
**person [1]**  5/3
**phase [2]**  5/13 6/13
**plaintiff [13]**
**plaintiff's [1]**  6/15
**plan [7]**  5/3 5/14 6/19 6/24 7/2 7/12 7/23
**plans [3]**  6/17 6/25 7/1
**please [1]**  3/5
**poor [1]**  7/11
**population [2]**  5/11 5/11
**position [2]**  4/2 4/22
**possible [1]**  8/14
**precluding [1]**  4/17
**prefer [1]**  4/7
**prefers [1]**  8/7

**presented [1]**  9/5
**pretrial [2]**  4/11 4/13
**proceed [1]**  3/22
**proceedings [3]**  2/10 2/12 11/4
**produced [1]**  2/10
**propose [1]**  5/14
**proposed [6]**  4/12 4/14 4/20 5/2 5/18 6/23
**proposition [2]**  8/5 8/9
**provide [1]**  4/25
**put [1]**  6/8

**Q**
**questions [2]**  4/10 9/23

**R**
**reach [1]**  5/12
**read [3]**  3/17 4/10 8/24
**reality [1]**  7/18
**really [2]**  8/8 8/8
**reason [1]**  7/15
**recommendation [1]**  6/19
**record [1]**  11/4
**recorded [1]**  2/10
**Redbud [1]**  1/24
**refute [1]**  5/22
**relief [3]**  4/13 4/17 6/12
**relies [1]**  4/23
**remedial [3]**  5/14 6/23 7/2
**remedy [3]**  5/7 6/5 9/12
**REPORTER [2]**  2/4 11/9
**requested [1]**  6/5
**required [2]**  5/7 5/8
**resolve [1]**  9/15
**resolved [1]**  7/16
**right [1]**  9/21
**rights [1]**  4/1
**RMR [2]**  2/5 11/8
**Robert [2]**  1/17 3/9
**ROEDER [1]**  1/24
**ROME [1]**  1/18
**Room [1]**  2/6
**roughly [1]**  8/12
**rule [1]**  9/4
**running [1]**  9/7
**Rusk [1]**  2/6

**S**
**said [1]**  10/3
**say [1]**  4/6
**saying [2]**  8/14 8/14
**schedule [1]**  3/16
**school [6]**  1/7 3/4 4/18 4/19 4/23 7/19
**Scott [2]**  1/17 3/9
**second [1]**  6/13
**see [1]**  4/20
**sense [4]**  9/7 9/12 9/18 9/20
**set [2]**  3/2 10/1
**settle [1]**  8/8
**settlement [2]**  7/6 8/7
**she [4]**  3/17 3/25 3/25 6/12
**short [1]**  5/1
**shortly [1]**  7/18
**show [1]**  6/8
**sign [1]**  10/3
**SIM [1]**  1/11
**sin [1]**  9/21

**since [2]**  6/16 7/25
**single [2]**  4/12 4/25
**sit [1]**  9/12
**six [3]**  4/25 8/12 8/20
**slate [1]**  7/1
**so [6]**  3/21 4/1 6/5 6/19 7/1 8/1
**solutions [1]**  7/2
**some [5]**  6/25 7/2 7/3 7/11 9/16
**somebody [1]**  10/3
**sometimes [2]**  10/1 10/5
**sort [1]**  5/6
**sorts [1]**  6/15
**sought [2]**  4/13 7/19
**SOUTHERN [1]**  1/1
**speak [1]**  7/17
**SPRING [4]**  1/6 3/3 3/12 4/18
**stage [1]**  5/15
**state [2]**  10/1 10/2
**STATES [2]**  1/1 1/11
**station [1]**  9/14
**statistics [2]**  5/23 8/10
**Stein [1]**  4/24
**stenography [1]**  2/10
**still [1]**  8/12
**strong [3]**  5/21 6/6 9/6
**submitted [1]**  7/23
**substituted [1]**  8/4
**suggestion [1]**  7/4
**Suite [2]**  1/19 1/25
**summary [1]**  5/24
**supposed [1]**  8/1
**surmount [1]**  8/21
**surprised [2]**  5/23 7/5
**sword [1]**  8/2
**system [3]**  4/18 8/6 8/7

**T**
**Table [1]**  5/23
**take [3]**  6/11 6/12 6/20
**taking [1]**  3/24
**talking [1]**  3/23
**tell [2]**  9/1 9/3
**term [1]**  9/15
**TEXAS [6]**  1/1 1/4 1/18 1/19 1/25 2/7
**Thank [5]**  3/10 3/13 9/24 10/7 10/8
**that's [7]**  5/11 6/10 6/23 7/3 8/14 9/22 10/5
**their [4]**  3/5 6/19 7/19 8/10
**them [1]**  9/3
**themselves [1]**  3/5
**then [4]**  4/9 4/12 4/22 9/8
**there [11]**  6/6 6/24 6/24 6/25 7/1 7/6 7/15 7/24 8/8 9/14 9/23
**there's [1]**  4/20
**thereafter [1]**  7/21
**therefore [1]**  8/7
**these [2]**  6/22 7/12
**they [15]**
**things [1]**  5/9
**think [4]**  3/21 3/25 4/2 6/20
**this [13]**
**Thompson [1]**  8/3
**thorough [1]**  4/11
**those [4]**  6/4 6/15 7/21 7/24
**through [1]**  7/19
**time [2]**  5/20 7/25
**today [1]**  9/22

**T**

together [1] 6/17
totality [1] 6/3
train [1] 9/13
transcript [3] 1/10 2/10 11/3
transcription [1] 2/10
trial [4] 3/14 6/1 6/7 6/10
trustee's [1] 4/22
trustees [3] 4/19 6/22 6/25
two [2] 3/2 5/6
typically [2] 5/8 5/13

**U**

U.S [1] 2/5
ultimately [1] 9/11
under [1] 4/13
understand [3] 5/5 5/13 9/25
UNITED [2] 1/1 1/11
up [4] 4/21 7/11 9/7 9/8

**V**

variety [1] 7/2
versus [1] 3/3
very [7] 4/11 5/21 6/20 7/7 8/4 8/20 9/6
view [2] 3/25 8/5
VIRGINIA [3] 1/4 3/3 3/8
vote [1] 5/3
voting [5] 4/1 5/10 8/12 8/19 10/1
VS [1] 1/5

**W**

waiting [1] 10/3
want [2] 9/3 9/16
wanted [1] 3/25
was [5] 3/25 7/5 7/18 7/22 8/3
ways [1] 6/24
we [17]
week [1] 3/15
weekend [1] 10/6
weigh [1] 7/4
well [2] 7/7 9/21
were [1] 5/12
what [4] 3/21 4/6 6/10 10/5
when [2] 6/1 6/7
where [1] 7/3
whether [1] 5/7
which [5] 4/11 4/22 5/7 7/2 7/3
who [2] 7/14 7/16
why [3] 5/2 5/8 8/16
will [7] 3/5 4/9 6/2 6/8 6/8 6/12 7/17
win [2] 8/2 8/13
wins [1] 7/9
wish [1] 3/18
withdrew [1] 7/24
within [1] 5/10
without [1] 4/1
words [2] 4/21 9/16
work [3] 6/17 7/15 8/16
would [16]
Wouldn't [1] 7/13
write [1] 8/24

**Y**

Y'all [1] 10/6
yes [2] 6/5 8/23
you [34]
your [20]
yourselves [1] 7/14

**Z**

zones [1] 4/23