UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **VIRGINIA ELIZONDO,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-01997 |
| | § | |
| **SPRING BRANCH INDEPENDENT** | § | |
| **SCHOOL DISTRICT, et al.,** | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANTS' NOTICE OF TRIAL SUBPOENA

Pursuant to Fed. R. Civ. P. 45, Defendants give notice that they intend to serve the attached Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action on non-party David Lopez.

Respectfully submitted,

**ABERNANTHY, ROEDER, BOYD**
**& HULLETT, P.C.**

*/s/ Charles J. Crawford*
**Charles J. Crawford**
Texas Bar No. 05018900
**Lucas C. Henry**
State Bar No. 24101901
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Boulevard, Suite 300
McKinney, Texas 75069-1210
Telephone: (214) 544-4000
Facsimile: (214) 544-4040
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2023 a true and correct copy of Defendants' Notice of Trial Subpoena was served upon Plaintiff's attorneys by e-service.

                                                           */s/Charles J. Crawford*
                                                           Charles J. Crawford