UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:21-cv-01997 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, et al., | § § § § | |
| *Defendants.* | § | |

## PLAINTIFF'S NOTICE OF TRIAL SUBPOENA

Pursuant to Fed. R. Civ. P. 45, Plaintiff gives notice that she intends to serve the attached Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action on non-party Diana Alexander.

Respectfully submitted,

| | |
|---|---|
| Barry Abrams<br>State Bar No. 00822700<br>SD Tex. Bar No. 2138<br>Robert Scott<br>State Bar No. 17911800<br>SD Tex. Bar No. 3085<br>Domingo Llagostera<br>State Bar No. 24070157<br>SD Tex. Bar No. 1120040<br>BLANK ROME LLP<br>717 Texas Avenue, Suite 1400<br>Houston, Texas 77002<br>(713) 228-6606<br>(713) 228-6605 (fax)<br>barry.abrams@blankrome.com<br>bob.scott@blankrome.com<br>domingo.llagostera@blankrome.com | Martin Golando<br>State Bar No. 24059153<br>Admitted Pro Hac Vice<br>THE LAW OFFICE OF MARTIN GOLANDO, PLLC<br>2326 W. Magnolia<br>San Antonio, Texas 78201<br>(210) 471-1185<br>(210) 405-6772 (fax)<br>martin.golando@gmail.com |

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served on all parties of record via the Court's electronic filing system on October 25, 2023.

                                         /s/ Barry Abrams  
                                         Barry Abrams