# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **VIRGINIA ELIZONDO,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-01997 |
| | § | |
| **SPRING BRANCH INDEPENDENT** | § | |
| **SCHOOL DISTRICT, et al.,** | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S NOTICE OF TRIAL SUBPOENA

Pursuant to Fed. R. Civ. P. 45, Plaintiff gives notice that she intends to serve the attached Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action on non-party Duncan Klussmann.

Respectfully submitted,

| | |
|---|---|
| Barry Abrams | Martin Golando |
| State Bar No. 00822700 | State Bar No. 24059153 |
| SD Tex. Bar No. 2138 | Admitted Pro Hac Vice |
| Robert Scott | THE LAW OFFICE OF MARTIN |
| State Bar No. 17911800 | GOLANDO, PLLC |
| SD Tex. Bar No. 3085 | 2326 W. Magnolia |
| Domingo Llagostera | San Antonio, Texas 78201 |
| State Bar No. 24070157 | (210) 471-1185 |
| SD Tex. Bar No. 1120040 | (210) 405-6772 (fax) |
| BLANK ROME LLP | martin.golando@gmail.com |
| 717 Texas Avenue, Suite 1400 | |
| Houston, Texas 77002 | |
| (713) 228-6606 | |
| (713) 228-6605 (fax) | |
| barry.abrams@blankrome.com | |
| bob.scott@blankrome.com | |
| domingo.llagostera@blankrome.com | |

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served on all parties of record via the Court's electronic filing system on October 25, 2023.

                                                         /s/ Barry Abrams
                                                         Barry Abrams