United States District Court
Southern District of Texas
**ENTERED**
November 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SPRING BRANCH ISD, CHRIS § <br> GONZALEZ, JOHN PEREZ, CAROLINE § <br> BENNETT, JOSEPH D. KLAM, MINDA § <br> CAESAR, CHRIS EARNEST, LISA § <br> ALPE, In Their Official § <br> Capacities as Members of the § <br> BOARD OF TRUSTEES OF SPRING § <br> BRANCH ISD, § <br> § <br> Defendants. § | CIVIL ACTION NO. H-21-1997 |

### ORDER

The court will conduct a hearing on November 29, 2023, at 11:30 a.m., in Courtroom 9-B, 9th Floor, United States Courthouse, 515 Rusk Street, Houston, Texas 77002, to consider the effect of the November 20, 2023, opinion of the United States Court of Appeals for the Eighth Circuit in <u>Arkansas State Conference NAACP, et al. v. Arkansas Board of Apportionment, et al.</u>, No. 22-1395, on the December 4, 2023, trial setting.

**SIGNED** at Houston, Texas, on this 27th day of November, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE