United States District Court
Southern District of Texas
**ENTERED**
November 29, 2023
Nathan Ochsner, Clerk

Cause Number __H-21-1997__

Style __Elizondo v. Spring Branch Independent School District__

**Appearances:**

Counsel:

Barry Abrams
Bob Scott
Charles Crawford

Representing:

Plaintiff
"
Defendant

Date: __November 29, 2023__

Time: __11:30/11:45__ a.m.
_____/_____ p.m.

Reporter: __D. Smith__

Law Clerk: __J. West__

## HEARING
### MINUTES AND ORDER

At the hearing the following rulings were made:

The parties shall provide the Court a joint status report in sixty (60) days, and at sixty (60) day intervals thereafter.

The Court trial set for monday, December 4, 2023, is CANCELED.

The Clerk will file the Minutes and Order and provide copies to the parties.

Sim Lake
Senior United States District Judge