# United States Court of Appeals
## for the Fifth Circuit

_____

No. 22-30333

_____

PRESS ROBINSON; EDGAR CAGE; DOROTHY NAIRNE; EDWIN RENE SOULE; ALICE WASHINGTON; CLEE EARNEST LOWE; DAVANTE LEWIS; MARTHA DAVIS; AMBROSE SIMS; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE LOUISIANA STATE CONFERENCE, *also known as* NAACP; POWER COALITION FOR EQUITY AND JUSTICE,

*Plaintiffs—Appellees*,

*versus*

KYLE ARDOIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE FOR LOUISIANA,

*Defendant—Appellant*,

CLAY SCHEXNAYDER; PATRICK PAGE CORTEZ; STATE OF LOUISIANA - ATTORNEY GENERAL JEFF LANDRY,

*Intervenor Defendants—Appellants*,

_____

EDWARD GALMON, SR.; CIARA HART; NORRIS HENDERSON; TRAMELLE HOWARD,

*Plaintiffs—Appellees*,

*versus*

Case 2:22-cv-00211 Document 363-2 Filed 12/18/23 Page 2 of 2
Case: 22-30333 Document: 663-2 Page: 2 Date Filed: 12/15/2023

No. 22-30333

KYLE ARDOIN, *in his official capacity as Secretary of State for Louisiana*,

*Defendant —Appellant*,

CLAY SCHEXNAYDER; PATRICK PAGE CORTEZ; STATE OF LOUISIANA - ATTORNEY GENERAL JEFF LANDRY,

*Movants—Appellants.*

ON PETITION FOR REHEARING EN BANC

Before KING, ELROD, and SOUTHWICK, *Circuit Judges*.

PER CURIAM:

Treating the petition for rehearing en banc as a petition for panel rehearing (5TH CIR. R. 35 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R. APP. P. 35 and 5TH CIR. R. 35), the petition for rehearing en banc is DENIED.