UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **VIRGINIA ELIZONDO,** § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | Civil Action No. 4:21-cv-01997 |
| § | | |
| **SPRING BRANCH INDEPENDENT** § | | |
| **SCHOOL DISTRICT, et al.,** § | | |
| *Defendants.* § | | |

## JOINT STATUS REPORT

Plaintiff Virginia Elizondo and Defendants the Spring Branch Independent School District and its Board of Trustees file this Joint Status Report as directed by this Court's Order on November 29, 2023. Dkt. 89.

### I.
### Introduction

1.1  This case was set for trial on Monday, December 4, 2023. Shortly before trial, the Eighth Circuit Court of Appeals held that the Voting Rights Act does not contain an implied private right of action to enforce Section 2 of that Act. *See Arkansas State Conf. NAACP v. Arkansas Bd. of Apportionment*, No. 22-1395 (8th Cir. Nov. 20, 2023). In light of the Eighth Circuit's holding, this Court ordered the parties to appear at a hearing "to consider the effect" of the Eighth Circuit's decision. Dkt. 88.

1.2  At the hearing, the parties discussed both the Eighth Circuit's holding and the Fifth Circuit's recent holding in *Robinson v. Ardoin*, No. 22-30333 (5th Cir. Nov. 10, 2023) (holding that a private right of action exists under Section 2 of the Voting Rights Act ("VRA")).  Under those circumstances, this Court expressed reservation about proceeding to trial at that time and issued an order cancelling trial and ordering the parties to "provide the Court a joint status report in sixty (60) days, and at sixty (60) day intervals thereafter." Dkt. 89.

1.3     This is the first such joint status report.[1]

## II.
## Joint Status Report

2.1     On December 11, 2023, the *Arkansas State Conf. NAACP v. Arkansas Bd. of Apportionment* (the Eighth Circuit case) Appellants filed a Petition for Rehearing and/or for Rehearing En Banc. Appellees thereafter filed a response opposing Appellants' request for rehearing. Since then, various States' Attorneys General have filed amicus briefs – some in support of Appellees, and others in support of Appellants. The Eighth Circuit has not ruled on the Petition for Rehearing.

2.2     In *Robinson v. Ardoin* (the Fifth Circuit Case), the Appellants filed a Petition for Rehearing En Banc, which the Court denied on December 15, 2023.

## III.
## Requests

3.1     For the reasons set forth in Dkt. 90, Plaintiff believes this case should proceed to trial promptly. For the reasons set forth in Dkt. 91, Defendants disagree.

3.2     The Parties will continue to monitor the status of the Eighth Circuit and Fifth Circuit cases, and will report to this Court as required by Dkt. 89.

Respectfully submitted,

| | |
|---|---|
| Barry Abrams | Martin Golando |
| State Bar No. 00822700 | State Bar No. 24059153 |
| SD Tex. Bar No. 2138 | Admitted Pro Hac Vice |
| Domingo Llagostera | THE LAW OFFICE OF MARTIN GOLANDO, PLLC |
| State Bar No. 24070157 | 2326 W. Magnolia |
| SD Tex. Bar No. 1120040 | San Antonio, Texas 78201 |
| BLANK ROME LLP | (210) 471-1185 |
| 717 Texas Avenue, Suite 1400 | (210) 405-6772 (fax) |
| Houston, Texas 77002 | martin.golando@gmail.com |
| (713) 228-6606 | |
| (713) 228-6605 (fax) | |
| barry.abrams@blankrome.com | |
| domingo.llagostera@blankrome.com | |

**COUNSEL FOR PLAINTIFF**

---

[1] Plaintiff filed an Advisory to the Court and Request to Reset Case for Trial" on December 18, 2023. Dkt. 90. Defendants filed a Response. Dkt. 91. The Court has not addressed the Advisory or Response.

Charles J. Crawford
State Bar No. 05018900
SD Tex. Bar No. 335298
Lucas C. Henry
State Bar No. 24101901
SD Tex. Bar No. 372871
ABERNATHY, ROEDER, BOYD & JULLETT, P.C.
Redbud Blvd., Suite 300
McKinney, Texas 75069
(214) 544-4000
(214) 544-4040 (fax)
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

**COUNSEL FOR DEFENDANTS**