UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO,　*Plaintiff,* § § § | |
| v. § | Civil Action No. 4:21-cv-01997 |
| § SPRING BRANCH INDEPENDENT § SCHOOL DISTRICT, et al., § 　*Defendants.* § | |

**SECOND JOINT STATUS REPORT**

Plaintiff Virginia Elizondo and Defendants the Spring Branch Independent School District and its Board of Trustees file this Joint Status Report as directed by this Court's Order on November 29, 2023. Dkt. 89.

**I.
Introduction**

1.1   This case was set for trial on Monday, December 4, 2023. Shortly before trial, the Eighth Circuit Court of Appeals held that the Voting Rights Act does not contain an implied private right of action to enforce Section 2 of that Act. *See Arkansas State Conf. NAACP v. Arkansas Bd. of Apportionment*, No. 22-1395 (8th Cir. Nov. 20, 2023). In light of the Eighth Circuit's holding, this Court ordered the parties to appear at a hearing "to consider the effect" of the Eighth Circuit's decision. Dkt. 88.

1.2   At the hearing, the parties discussed both the Eighth Circuit's holding and the Fifth Circuit's recent holding in *Robinson v. Ardoin*, No. 22-30333 (5th Cir. Nov. 10, 2023) (holding that a private right of action exists under Section 2 of the Voting Rights Act ("VRA")). This Court expressed reservation about proceeding to trial with the existence of a circuit split on the issue of whether § 2 of the Voting Rights Act contains an implied private right of action. Accordingly, the Court issued an order cancelling trial and ordering the parties to "provide the Court a joint status

report in sixty (60) days, and at sixty (60) day intervals thereafter." Dkt. 89.

1.3     The parties filed the first such joint status report on January 25, 2024. This is the second joint status report.[1]

## II.
## Second Joint Status Report

2.1     On December 11, 2023, the *Arkansas State Conf. NAACP v. Arkansas Bd. of Apportionment* (the Eighth Circuit case) Appellants filed a Petition for Rehearing and/or for Rehearing En Banc. The Eighth Circuit denied the Petition for Rehearing on January 30, 2024. The time to file a Petition for Writ of Certiorari to the United States Supreme Court has not yet expired.

2.2     In *Robinson v. Ardoin* (the Fifth Circuit Case), the Appellants filed a Petition for Rehearing En Banc, which the Court denied on December 15, 2023. To the parties' knowledge, no Petition for Certiorari was filed with the U.S. Supreme Court.

## III.
## Requests

3.1     For the reasons set forth in Dkt. 90 and above, Plaintiff believes this case should proceed to trial promptly. For the reasons set forth in Dkt. 91 and above, Defendants disagree.

3.2     The Parties will continue to monitor the status of the Eighth Circuit and Fifth Circuit cases, and will report to this Court as required by Dkt. 89.

---

[1] Plaintiff filed an Advisory to the Court and Request to Reset Case for Trial" on December 18, 2023. Dkt. 90. Defendants filed a Response. Dkt. 91. The Court has not addressed the Advisory or Response.

Respectfully submitted,

| | |
|---|---|
| Barry Abrams<br>State Bar No. 00822700<br>SD Tex. Bar No. 2138<br>Robert Scott<br>State Bar No. 17911800<br>SD Tex. Bar No. 3085<br>Domingo Llagostera<br>State Bar No. 24070157<br>SD Tex. Bar No. 1120040<br>BLANK ROME LLP<br>717 Texas Avenue, Suite 1400<br>Houston, Texas 77002<br>(713) 228-6606<br>(713) 228-6605 (fax)<br>barry.abrams@blankrome.com<br>bob.scott@blankrome.com<br>domingo.llagostera@blankrome.com | Martin Golando<br>State Bar No. 24059153<br>Admitted Pro Hac Vice<br>THE LAW OFFICE OF MARTIN GOLANDO, PLLC<br>2326 W. Magnolia<br>San Antonio, Texas 78201<br>(210) 471-1185<br>(210) 405-6772 (fax)<br>martin.golando@gmail.com |

COUNSEL FOR PLAINTIFF

Charles J. Crawford
State Bar No. 05018900
SD Tex. Bar No. 335298
Lucas C. Henry
State Bar No. 24101901
SD Tex. Bar No. 372871
ABERNATHY, ROEDER, BOYD & JULLETT, P.C.
Redbud Blvd., Suite 300
McKinney, Texas 75069
(214) 544-4000
(214) 544-4040 (fax)
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

COUNSEL FOR DEFENDANTS