United States District Court
Southern District of Texas
**ENTERED**
May 30, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Virginia Elizondo, § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. H-21-1997 |
| § | |
| Spring Branch Independent School District, et al., § § § | |
| § | |
| Defendants. § | |

## ORDER

The Order referring this case to United States Magistrate Judge Christina A. Bryan (docket no. 61) entered on October 7, 2022, is **VACATED**.

**SIGNED** at Houston, Texas, on this 29th day of May, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE