

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Virginia Elizondo | § |
| | § |
| versus | § CIVIL ACTION NO. H-21-1997 |
| | § |
| Spring Branch Independent School District, et al. | § |

### NOTICE OF SETTING

This case has been **SET** for the following before Senior United States District Judge Sim Lake:

### TELEPHONE STATUS CONFERENCE

Date:       June 6, 2024

Time:       11:00 a.m.

Place:      BY TELEPHONE

To:         All Parties of Record

For inquiries regarding the above setting please contact:

Sheila R. Anderson,
Case Manager for
Senior United States District Judge Sim Lake

sheila_r_anderson@txs.uscourts.gov

May 30, 2024