# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of T-
F I L E D

JUN 6 2024

Nathan Ochsner, Clerk of Court

20240530-108

Martin Golando
Attorney at Law
2326 W. Magnolia
San Antonio, TX 78201

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, May 30, 2024
Case Number: 4:21-cv-01997
Document Number: 95 (1 page)
Notice Number: 20240530-108
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

HOUSTON TX RPDC
31 MAY 2024 PM 5

US POSTAGE ᴹᴼPITNEY BOWES
ZIP 77002 $ 000.64⁰
02 1W
0001374615 MAY. 31. 2024

United States Courts
Southern District of Texas
FILED
JUN 6 2024
Nathan Ochsner, Clerk of Court

NIXIE     782    DE 1              0006/04/24
          RETURN TO SENDER
          NO SUCH NUMBER
          UNABLE TO FORWARD

BC: 772081010110         *2233-05271-31-40*