United States District Court
Southern District of Texas
**ENTERED**
June 06, 2024
Nathan Ochsner, Clerk

Cause Number _____H-21-01997_____

Style___Virginia Elizondo_____ v. ___Spring Branch I.S.D.___

Appearances:

| Counsel: | Representing: |
|---|---|
| Barry Abrams | Plaintiff |
| Bob Scott | Plaintiff |
| Charles Crawford | Defendant |

Date: June 6, 2024

Reporter: N. Forrest

Law Clerk: J. West

Time: 11:00 / 11:20 a.m.
       ____ / ____ p.m.

## HEARING
### MINUTES AND ORDER

At the hearing the following rulings were made:

The parties shall submit a Joint Status Report by the close of business on Thursday, June 13, 2024, addressing how trial in this case could be streamlined.

The Clerk will file the Minutes and Order and provide copies to the parties.

_____
Sim Lake
Senior United States District Judge