**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **VIRGINIA ELIZONDO,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:21-cv-01997** |
| | § | |
| **SPRING BRANCH INDEPENDENT** | § | |
| **SCHOOL DISTRICT, et al.,** | § | |
| *Defendants.* | § | |

## JOINT STATUS REPORT RE: STREAMLINING TRIAL

Plaintiff Virginia Elizondo and Defendants the Spring Branch Independent School District and its Board of Trustees ("SBISD") file their Joint Status Report as directed by this Court's Minute Order on June 6, 2024. Dkt. 98.

1.     The Parties have conferred about potential ways the trial in this case could be streamlined.

2.     After considering several other options, which were not acceptable to both sides,[1] the Parties have agreed to:

- Limit opening statements to 15 minutes per side, with each side presenting a written closing statement in lieu of an oral closing statement;

- Reduce the number of the factual matters that must be tried to the Court, based upon the agreed-upon Stipulation of Facts attached;

- Reduce the number of their respective trial witnesses and shorten the length of their respective examinations; and

- Defer the submission of any attorney's fee and cost issues until after the Court has issued its findings and conclusions concerning phase one of the case and thereafter submit any such evidence, objections and reply in writing, in the event the Parties cannot agree upon and stipulate to the amount of any such award.

---

[1] *E.g.,* Counsel discussed that: (1) the Parties stipulate that the *Gingles* factors are satisfied and that the sole remaining issue for the Court during phase one of the trial concerns the "totality of the circumstances" issue; (2) the Parties "pre-try" the factual aspects of the case without the Court present, reserve rulings on any later evidentiary objections, and submit the record of the pre-tried case (consisting of a reporter's record and video of all testimony) to the Court for its review and determination of the issues in the case, reserving to the Court the opportunity to call for any additional testimony it may later desire; and (3) the Parties agree to fixed time limitations on their respective presentations.

3.      In addition, in response to the Court's question whether the number or boundaries of the relevant SBISD middle school enrollment zones/election precincts have changed during the pendency of this litigation, the answer is "No."

Respectfully submitted,

Barry Abrams
State Bar No. 00822700
SD Tex. Bar No. 2138
Robert Scott
State Bar No. 17911800
SD Tex. Bar No. 3085
Domingo Llagostera
State Bar No. 24070157
SD Tex. Bar No. 1120040
BLANK ROME LLP
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 228-6606
(713) 228-6605 (fax)
barry.abrams@blankrome.com
bob.scott@blankrome.com
domingo.llagostera@blankrome.com

Martin Golando
State Bar No. 24059153
Admitted Pro Hac Vice
THE LAW OFFICE OF MARTIN GOLANDO, PLLC
2326 W. Magnolia
San Antonio, Texas 78201
(210) 471-1185
(210) 405-6772 (fax)
martin.golando@gmail.com

**COUNSEL FOR PLAINTIFF**

Charles J. Crawford
State Bar No. 05018900
SD Tex. Bar No. 335298
Lucas C. Henry
State Bar No. 24101901
SD Tex. Bar No. 372871
ABERNATHY, ROEDER, BOYD & HULLETT, P.C.
Redbud Blvd., Suite 300
McKinney, Texas 75069
(214) 544-4000
(214) 544-4040 (fax)
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

**COUNSEL FOR DEFENDANTS**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § | |
| _Plaintiff_, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:21-CV-01997 |
| | § | |
| SPRING BRANCH INDEPENDENT SCHOOL | § | |
| DISTRICT, _ET AL._, | § | |
| | § | |
| _Defendants._ | § | |
| | § | |

**AGREED STIPULATION OF FACTS**

**A.    The Plaintiff**

1.    Plaintiff Dr. Virginia Elizondo is a United States citizen and registered voter who resides at 9235 Blankenship Drive, Houston, Texas 77080, which is in Harris County, Texas and within the boundaries of the Spring Branch Independent School District (the "District" or "SBISD").

2.    Dr. Elizondo's residence is within the boundaries of Plaintiff's proposed Illustrative District.

3.    Dr. Elizondo is Hispanic and is a parent whose child attends a SBISD school.

4.    Dr. Elizondo has consistently voted in SBISD elections since moving to the District. She has masters and doctorate degrees in Education Leadership, with a special focus on bilingual education.

1

She is a fluent Spanish speaker who has taught thousands of English Language Learners to read and write English. She has been an active and vocal member of the SBISD volunteer community, serving on several leadership committees, including LEAD SBISD and Visioning for the Future. Both committees play important roles in developing plans for the future education of SBISD students.

5.   Dr. Elizondo has run for the position as a SBISD trustee twice, unsuccessfully.

6.   Dr. Elizondo has standing to seek relief pursuant to the Fifth Circuit's holding in *Robinson v. Ardoin*, 86 F.4th 574 (5th Cir. 2023), because she is a minority District voter who is asserts that she has been injured by the  dilution of the impact of her vote resulting from the SBISD at-large system for electing members of its Board of Trustees.

**B.   The District – SBISD**

7.   Defendant SBISD is a Texas public school district. It is a political  and geographical subdivision of the State of Texas.

8.   SBISD was organized as an independent public school district in 1946, is located in Western Harris County, and lies within the City of Houston and what are commonly referred to as the Memorial Villages (the Cities of Hunters Creek Village, Piney Point Village, Bunker Hill Village, Hedwig Village, Spring Valley Village and Hilshire Village).

9.    SBISD reached its peak enrollment of approximately 41,000 in 1976, with the District opening campuses at the rate of nearly one per year. In the 1980's, District enrollment declined by 41%, In recent years the District's enrollment has increased to a consistent level of 35,000+ students.

10.   In the 2010 Census, SBISD was a minority-majority District, with a total population of 178,140. The Hispanic population was 78,534 or 44.08% of the total. The Anglo population totaled 78,588 or 44.1%. The African American population was 4.3% of the total.

11.    District population statistics remain similar today. According to the 2015-2019 American Community Survey, the Citizen Voting Age Population (CVAP) of SBISD is 24.8% Hispanic, 59.7% White, 6.2% African American, and 7.6% Asian. Spanish Surname Voter Registration (SSVR) measures the amount and percentage of registered voters with Hispanic surnames. The SSVR for SBISD for the 2020 election was 17.26%.

12.   According to the 2020 Census, SBISD contains a total population of 183,364. If SBISD were divided into a seven member districting plan, then each district would contain approximately 26,194 people. SBISD's total population is 40.7% Hispanic, 41.7% White, 10.2% Asian, and 6.6% African American.

**SBISD Total Population – 2020 US Census**

| District | Total | Anglo | Non-Anglo | Asian | Black | Hispanic |
|---|---|---|---|---|---|---|
| Total Population | 183,364 | 76,444 | 106,920 | 18,756 | 12,190 | 74,701 |
| Voting Age Population | 136,493 | 60,978 | 75,515 | 14,122 | 8,759 | 51,384 |

| District | % Anglo | %Non-Anglo | % Asian | % Black | % Hispanic |
|---|---|---|---|---|---|
| Total Population | 41.7 | 58.3 | 10.2 | 6.6 | 40.7 |
| Voting Age Population | 44.7 | 55.3 | 10.3 | 6.4 | 37.6 |

13.   According to the Texas Education Agency, SBISD had 33,288 students enrolled for the 2020-2021 school year, of which 19,335 were Latino or Hispanic, 58% of the student population. By contrast, white students make up 27% of the total.

**C.   SBISD's Election System**

14.   The SBISD Board of Trustees is composed of seven members elected on an at-large basis, in non-partisan contests, by all voters within the District's geographic boundaries.

15.   Members of the Board serve staggered three-year terms and are elected annually on the May uniform election date.

16.   SBISD trustees do not have term limits.

17.   SBISD trustees are elected through an at-large system to a designated "place" or seat.

18.   The SBISD "places" do not have any geographical significance,but serve to stagger terms over a three year cycle.

4

19.   Candidates who file for election must choose to run for a particular "place" number and compete only with other candidates filing for the same seat or place number.

20.   Each voter may vote for all places on the ballot each year but may cast only one vote for one candidate among those competing for a particular place, and the candidate who receives the most votes (a plurality) for that place wins.

21.   To be eligible to be a candidate for Trustee, a person must be a U.S. Citizen, 18 years of age or older, not mentally incapacitated, not finally convicted or felony, a Texas resident continuously for 12 months, resident in the District for 6 months, and registered to vote.

22.   Texas law expressly authorizes school districts to adopt at-large trustee plans in which school board trustees are elected district-wide as well as single member district plans in which school board trustees are elected from single-member districts, following a few statutory parameters. *See* TEX. EDUC. CODE §11.052.

23.   Between 2015 and 2021, SBISD conducted ten trustee elections. Four of the ten contests were uncontested (i.e., only one candidate stood for election). In four elections, a Hispanic candidate ran and was defeated by an Anglo candidate. Virginia Elizondo ran in 2015 and 2021. Noel Lezama ran in 2018. David Lopez ran in 2019.

24.   Until the May 2022 election, which occurred while this lawsuit has been pending, to SBISD's knowledge,, no person of color had

ever been elected or served as a Trustee for SBISD.

25. SBISD has seven election precincts, which are based upon the SBISD middle school enrollment zones: Spring Forest, Spring Oaks, Northbrook, Spring Woods, Landrum, Spring Branch, and Memorial.

**Spring Branch ISD Enrollment Zones/Voting Precincts**



**D.   Spring Branch Community History and Racial and Ethnic Change**

26. The Spring Branch community was settled in the late 1840s as an early wagon road constructed along the trail from Stephen F. Austin's colony in 1830, now located in Spring Branch in the west side of present-day Houston, Texas. An early settlement, Piney Point Village, developed along the south side of Buffalo Bayou, along with Hunters Creek Village, while other villages developed north of Buffalo Bayou in the region that came to be known as Spring Branch. The other villages included Hedwig Village, Bunker Hill Village, Hilshire Village, and Spring Valley Village. Collectively, the villages are often called the "Memorial Villages." The original settlers were German immigrants and Anglo Americans, many of whom brought enslaved African Americans to the

settlement.

27.   The larger Spring Branch area was annexed by the city of Houston in 1957, excluding the Memorial villages. By 1973 the Spring Branch Independent School District represented the Memorial Villages and the city of Houston, and had 40,200 students and 2,276 teachers.

28.   The 1980s saw a major downturn in the Texas oil economy, and the effects of over-building in real estate. The real estate market decline left large apartment complexes vacant, and by 1990 a major influx of low-income families had moved into the apartments in the West Houston and Spring Branch area. Many of the new residents were recent immigrants from Central America as well as a members of a sizeable Korean population. The result was that the Spring Branch Independent School District included ethnic immigrants, mostly Hispanic or Latino, in addition to residents of the  Memorial Villages, located primarily south of I-10.

29.   The websites of the Memorial Villages reported that according to the 2010 U. S. Census, their populations consisted of 67% to 94.4% Anglos, with very small populations of Asians, Latinos, or African Americans. Hunters Creek Village, for example, reported only 2.7% Latinos and a Black population of 0.4%.

30.   The rapid and significant change in population in Spring Branch in the past thirty years is reflected in the national census records. This surge was exacerbated even more by the racial and

cultural differences between the resident population and the new immigrants. Texas led the nation in population increase, and its cities led all other cities in the nation. For example in the decade before 2010, Houston, Atlanta, and Dallas-Fort Worth (26.1 percent, 24.0 percent, and 23.4 percent, respectively) were the fastest-growing metro areas in the Nation. The Houston and Dallas-Fort Worth metro areas alone accounted for almost one-half (49.0 percent) of the Texas population and over one-half (56.9 percent) of the state's population growth. Two counties, Harris County and Dallas County, accounted for over one-quarter (25.7 percent) of the population of the nation's second largest state and 19.6 percent of its growth. The Houston-Sugar Land-Baytown Metro area grew by 1,231,393 or 26.1 percent between 2000 and 2010—m which was a smaller increase than the growth between 1990 and 2000. From its population of 1,430,000 in 1960, Houston had already grown by 39.8% to 1,999,000 in 1970. This was matched by the Dallas – Ft. Worth metroplex, which grew by 36.8% from 1,738,000 in1960 to 2,378,000 by 1970.

31. The rate of increase in Houston's Hispanic or Latino population after 2010 exceeded the growth rate of Houston's overall population. The increase of its Mexican population alone, for example, distinguished Houston as one of the top three growing MSA's in the United States, with its Mexican population nearly tripling in the years between 1990 and 2000. The Mexican population

of Houston increased by 75% in 2000 (from 576,937 in 1990 to 1,010,721). In 2010, it increased another 55% ( to 1,567,286). That represented a 172% increase in the Mexican population of Houston from 1990 to 2010, excluding Latinos of other national origins. The Spring Branch census statistics also reflect the results of the rapid Hispanic population growth after 1990 and 2000. The City of Houston Neighborhood Data website indicate that by 2019, the 77041 zip code in Spring Branch north of I-10 was 57.5% Hispanic or Latino, 13.6% Black, and only 13.1% White.

**E.   A Demonstrative Spring Branch ISD Single-Member District**

32.   Professor Robert Stein has drawn an illustrative single-member district plan under which SBISD would maintain the same number of Trustees, but elected by district rather than at large. (*See* Expert Report of Robert M. Stein, Ph.D. ("Stein Report")Stein Report at p. 8) and the graphic below:



**Table 1**
**Citizen Voting Age Population by SBSID Voting District**

| District | Total Population | Voting Age Population | Citizen Voting Age Population | % Hispanic Citizen Voting Age Population |
|---|---|---|---|---|
| 1 | 26,171 | 18,782 | 9,180 | 52.8 |
| 2 | 26,131 | 19,802 | 14,355 | 30.7 |
| 3 | 26,132 | 19,732 | 14,345 | 32.5 |
| 4 | 26,432 | 19,164 | 14,180 | 17.4 |
| 5 | 26,110 | 19,429 | 16,235 | 9.5 |
| 6 | 26,194 | 20,493 | 18,450 | 15.4 |
| 7 | 26,194 | 19,091 | 12,535 | 31.1 |

33. Based on the 2020 Census and the 2015-2019 American Community Survey, Hispanics constitute a 72% majority of the voting age population and a 52.8% majority of the citizen voting age population of District 1 in the illustrative plan. The variance in the size of the total population among the districts in the illustrative plan is less than two and a half percent (2.5%).

**F.   Ecological Inference Statistical Techniques**

34. Ecological inference is a statistical technique using precinct election data and either voter history files by precinct or Census demographic data by precinct to construct individual voting behavior from aggregate data. The method accounts for racial variation in voting behavior by precinct, to arrive at the most likely point estimate corresponding to the share of the vote for each racial/ethnic group and each candidate.

10

G.   **SBISD Elections**

35.   In 2015 there were two trustee elections in which four candidates vied for two seats on the SBISD Board of Trustees. Elizondo and Vierra contested for one of the two seats and Dawson and Adams competed for the other seat.

36.   Mettenbrink and Gonzalez (a Hispanic-surnamed but Non-Hispanic candidate) contested for one seat on the SBISD board in 2017.

37.   Two trustee positions were on the 2018 ballot, but only one position was contested. The contested election featured Caesar and Lezama. The second contest featured the uncontested re-election of Vierra.

38.   One trustee seat was contested in 2019 with two candidates, Lopez and Breed. Two other Trustees, Peck and Goodson, ran unopposed for re-election.

39.   There were elections for two trustee positions in 2021. The contested election was between Elizondo and Earnest. Caesar ran unopposed for re-election.

40.   In 2022 three trustee positions, 5, 6 and 7 were on the ballot. All three elections were contested.

41.   Two candidates contested for the SBISD District Trustee Position 5 seat in 2022.

42.   Three candidates contested for SBID Trustee Position 6 seat in 2022, including Perez, Mafrige and Kaczenski.

43.   In 2023 two trustee positions, Position 1 and Position 2, were

11

on the ballot. Both elections were contested.

**H.  <u>Racial Polarization in Past Texas Elections</u>**

44.   Throughout Texas, federal courts have found that past Texas elections bear the taint of racial polarization. "Regardless of methodology, … experts [have] found that general election and primary election voting in Texas is highly polarized along racial-ethnic lines." *Perez, et al v. Abbott, et al.,* No. 5:11-cv- 00360-OLG-JES-XR at ¶ 690 (W.D. Texas March 10, 2017) (Fact Findings General and Plan  C185).

**I.   <u>Totality of Circumstances</u>**

> **i.    Whether minority group members have been elected to office and whether voting is racially polarized.**

45.   Before the May 2022 election, during the pendency of this litigation, to SBISD's knowledge, no person of color had ever been elected a trustee in SBISD.

> **ii.   History of discrimination against Hispanics in Texas and changes in racial and ethnic composition of population in SBISD.**

46.   Professor Andres Tijerina, a historian and expert witness retained by the Plaintiffs who specializes in the history of discrimination Tejanos and Hispanics in Texas, has detailed the extensive history of discrimination against Hispanics in Texas, Harris County, and SBISD. *See* Report of Andres Tijerina, Ph.D., ("Tijerina Report").

47.   SBISD has experienced a dramatic influx of Hispanic students

over the past thirty years. "The Spring Branch census statistics . . . showed the results of the rapid Hispanic population growth after 1990 and 2000. The City of Houston Neighborhood Data website indicated that the 77041 zip code in Spring Branch north of I-10 was 57.5% Hispanic or Latino, 13.6% Black, and only 13.1% White by 2019." *Id*. at p. 34.

48. SBISD admits that in the past twenty years the racial and ethnic composition of the population in the district has changed significantly. *See* SBISD Porter Deposition at p. 23. SBISD, the district admits, is now a majority minority district. *Id*. at 24.What once was a district in which the majority of the voters and students were white is now a district where the Hispanic population is greater than the white population and the percentage of Hispanic students is more than twice the percentage of White students. *Id*. at 23. Moreover, a substantial majority of its students are economically disadvantaged, and a greater proportion of its minority students are economically disadvantaged than are its White students*. Id.* at 25-26. SBISD also admits that in the four election precincts and middle school enrollment districts located north of I-10, the student population is overwhelmingly comprised of Hispanic students, averaging approximately 87 percent of the student population in those areas. *Id.* at 45. In the remaining three election and middle school enrollment districts located primarily south of I-19, the student bodies are between 42 and 52 percent

White. *Id.*

### iii. Changes in number and location of SBISD election precincts and voting locations.

49.   In 2012, SBISD reduced the number and changed the location of its election precincts, adopting its middle school enrollment zones as its election precincts. As a result, the number of polling places was reduced from approximately 27 locations, to 7 locations.

50.   SBISD allows for early voting.

51.   In the 2022 board election cycle, SBISD added one additional early voting location, in the northwestern portion of the district.

Respectfully submitted,

Barry Abrams
State Bar No. 00822700
SD Tex. Bar No. 2138
Robert Scott
State Bar No. 17911800
SD Tex. Bar No. 3085
Domingo Llagostera
State Bar No. 24070157
SD Tex. Bar No. 1120040
BLANK ROME LLP
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 228-6606
(713) 228-6605 (fax)
barry.abrams@blankrome.com
bob.scott@blankrome.com
domingo.llagostera@blankrome.com

Martin Golando
State Bar No. 24059153
Admitted Pro Hac Vice
THE LAW OFFICE OF MARTIN GOLANDO, PLLC
2326 W. Magnolia
San Antonio, Texas 78201
(210) 471-1185
(210) 405-6772 (fax)
martin.golando@gmail.com

**Counsel for Plaintiff**

Charles J. Crawford
State Bar No. 05018900
SD Tex. Bar No. 335298
Lucas C. Henry
State Bar No. 24101901
SD Tex. Bar No. 372871
ABERNATHY, ROEDER, BOYD & HULLETT, P.C.
Redbud Blvd., Suite 300
McKinney, Texas 75069
(214) 544-4000
(214) 544-4040 (fax)
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

**COUNSEL FOR DEFENDANTS**