

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Virginia Elizondo § § | |
| v. § | Civil Action No. H-21-1997 |
| § § | |
| Spring Branch Independent School District, § et al. § | |

### NOTICE OF SETTING

This case has been **SET** for the following before Senior United States District Judge Sim Lake:

**TELEPHONE STATUS and SCHEDULING CONFERENCE**

Date:	June 27, 2024

Time:	11:00 a.m.

Place:	**BY TELEPHONE**

       Dial:	1-571-353-2301
       ID No.:	652514059#
       Passcode:	147963#

To:	All Parties of Record

For inquiries regarding the above setting please contact:

Sheila R. Anderson,
Case Manager for
Senior United States District Judge Sim Lake

sheila_r_anderson@txs.uscourts.gov

June 21, 2024