United States District Court
Southern District of Texas
**ENTERED**
June 27, 2024
Nathan Ochsner, Clerk

Cause Number: <u>4:21-cv-1997</u>

Style: <u>Elizondo v. Spring Branch Independent School District</u>

**Appearances:**

| Counsel: | Representing: |
|---|---|
| <u>Barry Abrams</u> | <u>Plaintiff, Virginia Elizondo,</u> |
| <u>Charles Joseph Crawford</u> | <u>Defendants, Spring Branch</u> <u>Independent School District,</u> <u>Minda Caesar, Chris Earnest,</u> <u>Caroline Bennett, Lisa Alpe,</u> <u>John Perez, Courtney Anderson,</u> <u>Shannon Mahan.</u> |

Date: <u>6/27/2024</u>      Reporter: <u>Walker-Bailey</u>

Time: <u>11:00/11:10</u> a.m.   Law Clerk: <u>Richards</u>
      ____/____ p.m.

**HEARING**
**MINUTES AND ORDER**

At the hearing the following rulings were made:

<u>The case is set for a non-jury trial on September 9, 2024, at</u>
<u>1:00 p.m.</u>

<u>At least ten days before trial, the parties shall submit revised</u>
<u>proposed findings of fact and conclusions of law that reflect the</u>
<u>proposed findings and conclusions that are in dispute.</u>

The Clerk will file the Minutes and Order and provide copies to the parties.

_Sim Lake_
Senior United States District Judge