IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO<br>    *Plaintiff*, | §<br>§<br>§ | Civ. Action No. 4:21-CV-01997 |
| v. | §<br>§ | **SIM LAKE**<br>**JUDGE** |
| SPRING BRANCH ISD, COURTNEY ANDERSON, JOHN PEREZ, CAROLINE BENNETT, SHANNON MAHAN, MINDA CAESAR, CHRIS EARNEST, LISA ALPE, in their official Capacities as members of the Board of Trustees of Spring Branch ISD<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Sheila R. Anderson<br>COURTROOM CLERK     REPORTER<br><br><br>**Bench Trial**<br>PROCEEDING |

## DEFENDANTS' FIRST AMENDED TRIAL EXHIBITS LIST

Defendants, the Spring Branch ISD and its Board of Trustees in their Official Capacities, submit this First Amended List of Trial Exhibits.

| NO. | DESCRIPTION | OFFR | OBJ | Date ADMIT | N/ADM |
|---|---|---|---|---|---|
| 1 | Facility Projects by Bond Program and Campus (Tijerina Depo Exhibit 2) | | | | |
| 2 | Stein Data (Stein Depo Exhibit 2) | | | | |
| 3 | Demonstrative SBISD Single-Member District (Stein Depo Exhibit 4) | | | | |
| 4 | Meier and Rutherford Article (Stein Depo Exhibit 5) | | | | |
| 5 | Susan Welch Article (Stein Depo Exhibit 6) | | | | |
| 6 | Republican Party Press Release (Stein Depo Exhibit 8) | | | | |
| 7 | Report of Dr. Alford | | | | |
| 8 | Supplemental and Rebuttal Report of Dr. Alford | | | | |

Defendants' Trial Exhibits List  Page 1
4538309

| # | Description | | | | |
|---|---|---|---|---|---|
| 9 | SBISD Policy BBB (LEGAL) (SBISD 6919-6923) | | | | |
| 10 | SBISD Policy BBB (LOCAL) (SBISD 6924) | | | | |
| 11 | Election Results: May 2022 (SBISD 7556-7577) | | | | |
| 12 | Election Results: May 2023 (SBISD 7937-7938) | | | | |
| 13 | Election Results, 2011 (SBISD 346-349) | | | | |
| 14 | E-mail Dated March 29, 2021 (P 103) | | | | |
| 15 | E-Mail Dated April 1, 2022 (P 131) | | | | |
| 16 | E-mail Dated February 24, 2021 (P 198-200) | | | | |
| 17 | What can a School Board Actually Do? (Elizondo Depo Exhibit 8) | | | | |
| 18 | Myth / Fact (Elizondo Depo Exhibit 9) | | | | |
| 19 | Emails Trustees/Parker (SBISD 4376-4379) | | | | |
| 20 | Spring Branch Independent School District Total voters (Exhibit E1 SBISD 000363) | | | | |
| 21 | Canvass Results report Spring Branch ISD Trustee election (Exhibit E11 SBISD 000396) | | | | |
| 22 | SBISD Election Results, 2012 (SBISD 350-351) | | | | |
| 23 | VRW celebrates its 60th Anniversary invite to Virgina Elizondo (Exhibit E5) | | | | |
| 24 | SBISD Election Results 2013 (SBISD 359) | | | | |
| 25 | Student Code of Conduct (Roy Rodney Deposition Exhibit No. 1) | | | | |
| 26 | Virginia Elizondo For SBISD Facebook post masks optional board vote summary (SBISD 007961) | | | | |
| 27 | Email re: At-Large Elections (SBISD 3892) | | | | |
| 28 | Letter to the Editor The Houston Chronicle (Exhibit E4) | | | | |
| 29 | Video (P 55) | | | | |
| 30 | Video  (P 27) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | John Perez PAC's and Organization's (SBISD 007962) | | | | | |
| 32 | Matt Rinaldi Endorsements (SBISD 007997) | | | | | |
| 33 | 1776 Project PAC Endorsed Winners Facebook post (SBISD 007940) | | | | | |
| 34 | Hispanic Republicans of Texas Current Officeholders (SBISD 007973) | | | | | |
| 35 | Courtney Anderson Constitutional Conservative's Event Facebook post (SBISD 7953) | | | | | |
| 36 | Courtney Anderson Conservative leaders forum Facebook post (SBISD 007952) | | | | | |
| 37 | Courtney Anderson Endorsed by Ted Cruz Facebook post (SBISD 007956) | | | | | |
| 38 | Courtney Anderson Endorsed by Republican Party of Texas and Harris County GOP (SBISD 7969) | | | | | |
| 39 | Harris County GOP Courtney Anderson Endorsement Facebook post (SBISD 7970) | | | | | |
| 40 | Courtney Anderson Endorsed by Republican Party of Texas and Harris County GOP (SBISD 7972) | | | | | |
| 41 | Courtney Anderson Texts (Earnest 907-917) | | | | | |
| 42 | Courtney Anderson Village Republican Women Facebook post (SBISD 008007) | | | | | |
| 43 | Harris County Republican Party Endorses Courtney Anderson and Shannon Mahan Facebook post (SBISD 008002) | | | | | |
| 44 | Parents For Improved Public Education SBISD board Candidates (SBISD 007989) | | | | | |
| 45 | Courtney Anderson Lincon Reagan Dinner Facebook post (SBISD 007931) | | | | | |
| 46 | Chris Earnest Union involvement Facebook post (SBISD 007949) | | | | | |
| 47 | Chris Earnest Facebook post about misinformation about school board power (SBISD 007947) | | | | | |
| 48 | Pipelinesbisd Facebook post Trustee Chris Earnest sets the record straight on Michael Berry Show (SBISD 007946) | | | | | |
| 49 | Chris Earnest Facebook post about progress related to unmasking of our children from Dr. Blaine (SBISD 7945) | | | | | |

| 50 | Chris Earnest Facebook post pictures of union attempts to infiltrate our schools (SBISD 7950) | | | | |
|---|---|---|---|---|---|
| 51 | David Lopez For Spring Branch ISD poster (SBISD 007967) | | | | |
| 52 | Harris County Precinct 0407 Democrat Facebook post Please go Vote (SBISD 007968) | | | | |
| 53 | CROWDPAC David Lopez endorsement page (SBISD 8013) | | | | |
| 54 | Texas Blue Action Democrats Facebook post Endorsement of David Lopez and Becky Ardell Downs (SBISD 8006) | | | | |
| 55 | David Lopez Facebook post Last Chance to Vote (SBISD 8003) | | | | |
| 56 | David Lopez Profile and Ted Cruz "Far Right Extremist Senator Endorses Courtney Anderson and Shannon Mahan" (SBISD 8005) | | | | |
| 57 | David Lopez Facebook post Call to Action protest school openings till its safe (SBISD 7957-7958) | | | | |
| 58 | Map (SBISD 1) | | | | |
| 59 | Lopez E-mail Chain April, 2019 (Lopez 20-22) | | | | |
| 60 | Lopez E-mail Chain re: VAN (Lopez 64-65) | | | | |
| 61 | Lopez E-mail chain with D'armi (Lopez 66-71) | | | | |
| 62 | Lopez Link to Facebook Page (Lopez 2655) | | | | |
| 63 | Noel Lezama Facebook post "when school boards go extreme teachers flee." (SBISD 8008) | | | | |
| 64 | Noel Lezama Text chain screen shot with Ronald (Lezama 39) | | | | |
| 65 | Noel Lezama Text chain screenshots group text (Lezama 50) | | | | |
| 66 | Noel Lezama Text chain screenshot with Craig Adams (Lezama 78) | | | | |
| 67 | Noel Lezama Text from GOP (Lezama 41) | | | | |
| 68 | David Lopez Facebook Post dated June 13 and Houston Landing Article | | | | |

|    |                                                                                                                                                                                                                                                                                  |  |  |  |  |
|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--|--|--|--|
|    | Available at https://www.facebook.com/DLOTX/ and https://houstonlanding.org/critics-want-more-diversity-on-spring-branch-isd-school-board/?fbclid=IwAR2o08SJiEZQTu3ozwhDngXoanzCMEU860Gg6knHhpHz4uWy-6PbHj62EIE |  |  |  |  |
| 69 | Houston Public Media Article https://www.houstonpublicmedia.org/articles/news/politics/2023/05/05/450913/texas-school-board-races-pac-funding-increases-critics-donations-unprecedented/ |  |  |  |  |
| 70 | SBISD Board Policy BBBA (LOCAL) |  |  |  |  |
| 71 | Spring Branch ISD 10 Year Per Student Cost General Fund (SBISD 000798) |  |  |  |  |
| 72 | 2024 Election Results (SBISD 8445-8448 and 8649-8655) |  |  |  |  |
| 73 | Alford Supplemental Report (July 2024) |  |  |  |  |
| 74 | TEA 2022 A-F Accountability Ratings |  |  |  |  |

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

*/s/Lucas C. Henry*
**Charles J. Crawford**
State Bar No. 05018900
**Lucas C. Henry**
State Bar No. 24101901
1700 Redbud Blvd., Suite 300
McKinney, Texas 75069
Telephone: (214) 544-4000
Facsimile: (214) 544-4040
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

**ATTORNEYS FOR DEFENDANTS**

## Certificate of Service

I certify that the foregoing Exhibit List was served on all parties and counsel of record via the Court's e-filing system on September 5th, 2024.

>  /s/Lucas C. Henry
>  **Lucas C. Henry**