# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO, | § Civil Action No. 4:21-CV-01997 |
| Plaintiff, | § **SIM LAKE** |
| | § Judge |
| v. | § |
| | § S. Anderson _____ |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, *et al.*, | § Case Manager    Court Reporter |
| | § |
| Defendants. | § _____ |
| | § Proceeding |

# AMENDED EXHIBIT LIST OF VIRGINIA ELIZONDO

| Exh No. | Date | Description | Bate/Depo. Exhibit No. | Offered / Admitted | Date | Object | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | 01/20/22 | Expert Report of Robert M. Stein, Ph.D. | Stein 1 | | | | |
| 2 | 03/28/22 | Supplement to Expert Report of Robert M. Stein, Ph.D., March 28, 2022 | | | | | |
| 3 | 10/10/22 | Supplement to Expert Report Re: 2022 SBISD Trustee Elections of Robert M. Stein, Ph.D., October 10, 2022 | | | | | |
| 4 | 08/21/23 | Supplement to Expert Report Re: 2023 SBISD Trustee Elections of Robert M. Stein, Ph.D., August 21, 2023 | | | | | |
| 5 | 01/20/22 | Expert Report of Andres Tijerina, Ph.D. | Tijerina 1 | | | | |
| 6 | | SBISD Our District, Our Students, Demographics | SBISD 2 | | | | |
| 7 | | 2010 – 2021 List/Names of All Candidates | SBISD 3 | | | | |
| 8 | | Map of Memorial Villages | SBISD 4 | | | | |
| 9 | | SBISD Election Precincts/Middle School Enrollment Zones | SBISD 5 SBISD000001 | | | | |
| 10 | | SBISD High School Enrollment Zones | SBISD 6 | | | | |
| 11 | | SBISD Elementary School Enrollment Zones | SBISD 7 | | | | |
| 12 | 05/01/21 | SBISD Notice of School Trustee Election | SBISD 8 | | | | |
| 13 | | SBISD Fall Eco Dis Percent in Membership for 2021 for Spring Branch ISD for All Campuses for All Grades | SBISD 10 SBISD000405 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | 04/05/19 | email from R. Rodney to SBISD Board Members and administrators re: Charts you can appreciate, with attachments: "Racial Disparity in Harris County Independent School District," Texas Southern Center for Justice Research and "A Call for Restorative Education Initiatives in the Administration of Discipline in Spring Branch ISD – Report on Discipline and the Disciplinary Alternative Education Program in the Spring Branch ISD," The Coalition of Advocates for Restorative Education | SBISD 11 | | | |
| 15 | | SBISD Staff – Fall/Summer by Campus by Ethnicity Race Report Category | SBISD 12 SBISD000799-806 | | | |
| 16 | | SBISD Police Department Position/EEOC Race/Fiscal Year | SBISD 13 SBISD000807-816 | | | |
| 17 | | SBISD Voter Registration Information by High School | SBISD 14 SBISD000874-875 | | | |
| 18 | | Robert M. Stein Curriculum Vitae | pp. 8-23 of Stein Report | | | |
| 19 | | Figure 1, The proportion of vote cast for white candidate and Share of vote White | p.5 of Stein Report | | | |
| 20 | | Figure 2, The proportion of vote cast for white candidate and Share of vote Hispanic | p. 6 of Stein Report | | | |
| 21 | | Figure 3, The proportion of vote cast for Hispanic candidate and Share of vote White | p. 6 of Stein Report | | | |
| 22 | | Figure 4, The proportion of vote cast for Hispanic candidate and Share of vote Hispanic | p. 7 of Stein Report | | | |
| 23 | | Table 1 – Citizen Voting Age Population by SBISD Voting District | p. 8 of Stein Report | | | |
| 24 | | Demonstrative Spring Branch ISD Single-Member District | p. 8 of Stein Report | | | |
| 25 | | Table 2 – Percent Enrollment by Race/Ethnicity | p. 10 of Stein Report | | | |
| 26 | | Spring Branch Ecological Inference Report, Descriptive Analyses and Tables, 2015, 2017, 2018, 2019, 2021 SBISD Trustee Elections | pp. 2-14 of Stein Supplement to Expert Report | | | |
| 27 | | Andres Tijerina Curriculum Vitae | | | | |
| 28 | | TEA 2022 Accountability Listing - SBISD | https://rptsvr1.tea.texas.gov/cgi/sas/broker?_service=marykay&_program=perfrept.perfmast.sas&_debug=0&ccyy=2022&lev=D&id=101920&prgopt=reports/acct/ca.sas | | | |
| 29 | | City of Hunters Creek Demographics | Trustee 6 | | | |
| 30 | | University of South Carolina University History – Wade Hampton College | Trustee 7 | | | |
| 31 | 05/01/21 | SBISD Trustee Election Canvas Results Report | Trustee 12 SBISD000396 | | | |
| 32 | | SBISD Board Graphic with Demographic Info | Trustee 13 | | | |

| # | Date | Description | Bates/Source | | | |
|---|---|---|---|---|---|---|
| 33 | 05/01/21 | SBISD Trustee Election Precinct Results Report | Trustee 14 SBISD000398-404 | | | |
| 34 | | Save SBISD – Trustee Chris Earnest opposes SMD conversion | Trustee 15 Earnest 000962 | | | |
| 35 | 02/11/21 | Text message exchange with C. Earnest announcing Pipeline Committee endorsement | Trustee 17 | | | |
| 36 | | "Don't HISD MY SBISD At-Large for Every Child" Photo | Trustee 19 | | | |
| 37 | | Photo with SBISD and HISD Board Members | Trustee 20 | | | |
| 38 | 07/10/21 | C. Earnest tweet with Earnest children and "Don't HISD My SBISD" sign | Trustee 21 | | | |
| 39 | 04/23/21 | Text message exchange between C. Earnest and B.Muecke re Early Voting | Trustee 24 Earnest000104 | | | |
| 40 | | Pipeline Steering Committee text message re proximity of SBISD building early voting location and childrens' school | Trustee 25 Earnest000803 | | | |
| 41 | | Pipeline Steering Committee text message re influence | Trustee 26 Earnest000948 | | | |
| 42 | | CV of Dr. Duncan Klussman | | | | |
| 43 | | Photo of sign on tree in yard of Spring Branch neighborhood home "Traffic Warning: SLOW CHILDREN If you HISD my SBISD" | p. 38 of Tijerina Report | | | |
| 44 | | Table Memorial Villages Anglo Percentage | p. 31 of Tijerina Report | | | |
| 45 | | Noel Lezama Resume | Lezama00010 | | | |
| 46 | 02/01/22 | email from N. Marino to N. Lezama re Northbrook softball field vandalism | Lezama00011-14 | | | |
| 47 | | About Noel Lezama | Lezama00015, 17 | | | |
| 48 | 11/04/18 | screen shot of anonymous election communication | Lezama00020 | | | |
| 49 | 06/12/18 | screen shot of anonymous election communication | Lezama00021 | | | |
| 50 | 03/17/18 | N. Lezama email regarding election activities | Lezama00022 | | | |
| 51 | | Text message re: "Why I'm voting for David Lopez for Spring Branch ISD School Board" | Lezama00046 | | | |
| 52 | | David Lopez campaign literature | Lopez000019 | | | |
| 53 | 4//21/19 | D. Lopez email to news@publicmedia.org regarding Spring Branch Election | Lopez000029 | | | |
| 54 | 07/30/21 | D. Tang to D. Lopez email regarding SBISD Single Member Districts | Lopez000031 | | | |
| 55 | 07/31/21 | N. Lezama email re ACTION: Come out to SBISD School Board August 2nd @ 5:00 pm | Lopez000033 | | | |
| 56 | | David Lopez Vote Early and Election Day Countdown Cards | Lopez001884-1885 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 57 | | David Lopez post-election letter | Lopez001920-1921 | | | | |
| 58 | | David Lopez Opening Statement for Spring Branch Council of PTAs candidates' forum | Lopez001931 | | | | |
| 59 | | David Lopez Talking Points | Lopez001932-1934 | | | | |
| 60 | | David Lopez statement re school rankings and college readiness at SBISD high schools | Lopez 001937 | | | | |
| 61 | | Resume of Dr. Virginia Elizondo | | | | | |
| 62 | | Virginia Elizondo campaign materials | P000001, 2, 3, 6, 7, 9-13, 14-16, 18, 19, 20, 21, 22, 23, 28, 29, 41, 42, 43 | | | | |
| 63 | | Virginia Elizondo post-election materials | P0000039-40 | | | | |
| 64 | 2019-20 | 2019-20 Texas Academic Performance Report | SBISD000770-797 | | | | |
| 65 | 05/01/21 | Early Voting Daily Totals SBISD | SBISD001348 | | | | |
| 66 | 01/13/20 | Electoral Systems in Texas 1/13/20 Presentation by Thompson & Horton, LLP to SBISD | SBISD1400-1415 | | | | |
| 67 | 2011-2021 | Racial and ethnic composition of teachers, administrative staff and employees of SBISD campuses 2011-2021 | SBISD001416-1688 | | | | |
| 68 | 2011-2021 | Racial and ethnic composition of SBISD employees who are neither teachers nor administrator 2011-2021 | SBISD001689-1699 | | | | |
| 69 | 2011-2021 | Racial and ethnic composition of SBISD employees working at Wayne F. Schaper, Sr. Leadership Center (Administration Bldg) 2011-2021 | SBISD001700-1705 | | | | |
| 70 | 2011-2021 | Racial and ethnic composition of district-wide administrative staff 2011- 2021 | SBISD1706-1711 | | | | |
| 71 | 2011-2021 | Racial and ethnic composition of certified peace officers in SBISD police department 2011-2021 | SBISD001712-1715 | | | | |
| 72 | 1988-2021 | Votes Cast in Each Election 1988 – 2021 | SBISD001732-1852 | | | | |
| 73 | 2020-2021 | 2020-21 Texas Academic Performance Report (TAPR) | SBISD001853-1880 | | | | |
| 74 | | Text message regarding PIPEline candidate endorsement | SBISD007065-7066 | | | | |
| 75 | | Text message regarding PIPEline political action committee and endorsements | SBISD007077-7079 | | | | |
| 76 | 02/01/22 | email and photos re vandalism of Northbrook softball field | SBISD0007154-7162 | | | | |
| 77 | 10/04/21 | email from Somos Spring Branch re Somos Spring Branch: Requests | SBISD006298-6301 | | | | |
| 78 | 08/13/2021 - 09/02/21 | email exchange with SBISD regarding early voting locations | SBISD005822-5826 | | | | |
| 79 | | TEA 2019 SBISD Accountability Rating Table | P000700-701 | | | | |

| # | Date | Description | Bates | | | | |
|---|---|---|---|---|---|---|---|
| 80 | | Pipeline text re role of early voting | Earnest000748-749 | | | | |
| 81 | 04/28/21 | text message re "How did a pair of Aggies become Communists???" | Goodson000001 | | | | |
| 82 | | Comparing the Candidates – Position 4 Who's most prepared & committed to SBISD | Goodson000038 | | | | |
| 83 | | 1026 Districts, Vastly Different Demographics | P000702-705 | | | | |
| 84 | | 2022 Accountability System Overview | P000706 | | | | |
| 85 | | Noel Lezama Letter - Diversity, History, Success | P000707-710 | | | | |
| 86 | | Demographics - October 2022 | P000711 | | | | |
| 87 | | SBISD 2022 General and Special Election Results | SBISD007556-007577 | | | | |
| 88 | | SBISD 2023 General and Special Election Results | SBISD007937-7939 | | | | |
| 89 | | 2022 Statewide Accountability Ratings | P000712 | | | | |
| 90 | | Resume of Ricardo Barnes | | | | | |
| 91 | | | | | | | |
| 92 | | | | | | | |
| 93 | | | | | | | |
| 94 | | | | | | | |
| 95 | | | | | | | |
| 96 | | | | | | | |
| 97 | | | | | | | |
| 98 | | | | | | | |
| 99 | | | | | | | |
| 100 | | | | | | | |
| 101 | | | | | | | |
| 102 | | Spring Branch ISD | | | | | |
| 103 | | SBISD Diversity | SBISD 2 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 104 | | SBISD Election Precincts | SBISD 5 SBISD000001 | | | | |
| 105 | | Racial/Ethnic Percentages by Middle School Enrollment Zones | PX1, p.10 | | | | |
| 106 | | Memorial Villages Anglo Percentages | PX44 | | | | |
| 107 | | Percentage of Economically Disadvantaged Students | PX13 | | | | |
| 108 | | 2022 TEA Accountability Ratings - Student Achievement | PX28 | | | | |
| 109 | | | | | | | |
| 110 | | Early Voting Locations Pre-May 22nd 2022 Election | PX12 | | | | |
| 111 | | | | | | | |
| 112 | | Pattern of Disparate Disciplinary Practices based on Ethnicity/Race | PX14 | | | | |
| 113 | | Race/Ethnicity of SBISD Staff 2021 (by Middle School Campus) | PX67 | | | | |
| 114 | | Race/Ethnicity of SBISD Staff 2021 (District-Wide) | PX70 | | | | |
| 115 | | Race/Ethnicity of SBISD Police Dept 2021 | PX71 | | | | |
| 116 | | | | | | | |
| 117 | | Chris Earnest Obtained Majority of Total Vote from 3 Precincts - Memorial, Spring Branch, Spring Forest - Early Voting Larger than Election Day Voting | PX31 | | | | |
| 118 | | Lisa Alpe Obtained Majority of Total Vote from 3 Precincts - Memorial, Spring Branch, Spring Forest - Early Voting Larger than Election Day Voting | PX87 | | | | |
| 119 | | John Perez Obtained Majority of Total Vote from 3 Precincts - Memorial, Spring Branch, Spring Forest - Early Voting Larger than Election Day Voting | PX87 | | | | |
| 120 | | Courtney Anderson Obtained Majority of Total Vote from 3 Precincts - Memorial, Spring Branch, Spring Forest - Early Voting Larger than Election Day Voting | PX88 | | | | |
| 121 | | | | | | | |
| 122 | | 2015 - Comparison of White Voter and Hispanic Voter Preferences (Elizondo vs Vierra) | PX2 | | | | |
| 123 | | 2015 - Comparison of White Voter and Hispanic Voter Preferences (Adams vs Dawson) | PX2 | | | | |
| 124 | | 2017 - Comparison of White Voter and Hispanic Voter Preferences (Gonzales vs Mettenbrink) | PX2 | | | | |
| 125 | | 2018 - Comparison of White Voter and Hispanic Voter Preferences (Caesar vs Lezama) | PX2 | | | | |
| 126 | | 2019 - Comparison of White Voter and Hispanic Voter Preferences (Breed vs Lopez) | PX2 | | | | |

| # | | Description | Ref | | | | |
|---|---|---|---|---|---|---|---|
| 127 | | 2021 - Comparison of White Voter and Hispanic Voter Preferences (Elizondo vs Earnest) | PX2 | | | | |
| 128 | | 2022 - Comparison of White Voter and Hispanic Voter Preferences (Alpe vs Breed) | PX3 | | | | |
| 129 | | 2022 - Comparison of White Voter and Hispanic Voter Preferences (Perez vs Kaczenski vs Mafrige) | PX3 | | | | |
| 130 | | 2022 - Comparison of White Voter and Hispanic Voter Preferences (Bennett vs Slattery vs Morace) | PX3 | | | | |
| 131 | | 2023 - Comparison of White Voter and Hispanic Voter Preferences (Lopez vs Anderson) | PX4 | | | | |
| 132 | | 2023 - Comparison of White Voter and Hispanic Voter Preferences (Downs vs Mahan) | PX4 | | | | |
| 133 | | 2023 - Comparison of White Voter and Hispanic Voter Preferences (Lopez vs Anderson) | DX8 | | | | |
| 134 | | 2023 - Comparison of White Voter and Hispanic Voter Preferences (Mahan vs Downs) | DX8 | | | | |
| 135 | | Comparison of White Voter and Hispanic Voter Preferences | PX2-PX4 | | | | |
| 136 | | Supplement to Expert Report Re: 2024 SBISD Trustee Elections of Robert M. Stein, Ph.D., June 28, 2024 | | | | | |
| 137 | | 2015-2024 Table of SBISD Trustee Elections and Hispanic-Preferred Candidate Results | | | | | |
| 138 | | ABA Commission on Hispanic Legal Rights and Responsibilities, "Latinos in the United States: Overcoming Legal Obstacles, Engaging in Civic Life" (2024) | | | | | |
| 139 | | SBISD School and SKY Partnership Program Closures | | | | | |
| 140 | | | | | | | |
| 141 | | | | | | | |
| 142 | | | | | | | |
| 143 | | | | | | | |
| 144 | | | | | | | |
| 145 | | | | | | | |
| 146 | | | | | | | |
| 147 | | | | | | | |
| 148 | | | | | | | |
| 149 | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 150 | | | | | | | |
| 151 | | | | | | | |
| 152 | | | | | | | |
| 153 | | | | | | | |
| 154 | | | | | | | |

Respectfully submitted,

*/s/ Barry Abrams*

Barry Abrams
State Bar No. 00822700
SD Tex. Bar No. 2138
Robert Scott
State Bar No. 17911800
SD Tex. Bar No. 3085
Domingo Llagostera
State Bar No. 24070157
SD Tex. Bar No. 1120040
BLANK ROME LLP
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 228-6606
(713) 228-6605 (fax)
barry.abrams@blankrome.com
bob.scott@blankrome.com
domingo.llagostera@blankrome.com

Martin Golando
State Bar No. 24059153
Admitted Pro Hac Vice
THE LAW OFFICE OF MARTIN GOLANDO, PLLC
2326 W. Magnolia
San Antonio, Texas 78201
(210) 471-1185
(210) 405-6772 (fax)
martin.golando@gmail.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served on all parties of record via the Court's electronic filing system on September 5, 2024.

Barry Abrams