# COURTROOM MINUTES

CASE NO. H-21-cv-1997

Virginia Elizondo v. Spring Branch Independent School District

JUDGE SIM LAKE PRESIDING

COURTROOM CLERK          Sheila Anderson

COURT REPORTER           Heather Alcaraz

LAW CLERK                Jane West              First Day of Court Trial

Morning Session _____ / _____ A.M.     Afternoon Session 1:00 / 3:30 P.M.     Date: September 9, 2024

## APPEARANCES:

B. Abrams, B. Scott, D. Llogostera          Plaintiff

C. Crawford, L. Henry                       Defendant

## DOCKET ENTRY/PROCEEDING

First Day of Court Trial

## RULINGS:

The parties agree that there are no objections to any of the Plaintiff's exhibits, except for Exhibit 89, which the Plaintiff agrees to withdraw.

The parties agree that there are no objections to any of the Defendant's exhibits, Nos. 1-74. Therefore, as stated above, all of the parties' exhibits are ADMITTED.

**ADJOURNED UNTIL:** 8:30 a.m., Tuesday, September 10, 2024