# COURTROOM MINUTES

CASE NO. H-21-cv-1997

Virginia Elizondo    v.    Spring Branch Independent School District

JUDGE SIM LAKE PRESIDING

COURTROOM CLERK          Sheila Anderson

COURT REPORTER           Heather Alcaraz

LAW CLERK                Jane West          Second Day of Court Trial

Morning                  Afternoon
Session  8:30 A.M./ 12:40 P.M.   Session   1:30 / 3:30 P.M.   Date: September 10, 2024

**APPEARANCES:**

| B. Abrams, B. Scott, D. Llogostera | Plaintiff |
| C. Crawford, L. Henry | Defendant |

**DOCKET ENTRY/PROCEEDING**

Second Day of Court Trial

Plaintiff presents evidence.

**RULINGS:**

**ADJOURNED UNTIL:  8:30 a.m., Wednesday, September 11, 2024**