# COURTROOM MINUTES

CASE NO. H-21-cv-1997

Virginia Elizondo    v.    Spring Branch Independent School District

JUDGE SIM LAKE PRESIDING

COURTROOM CLERK             Sheila Anderson

COURT REPORTER              Heather Alcaraz

LAW CLERK                   Jane West            Third Day of Court Trial

Morning                     Afternoon
Session  8:30 A.M./ 12:40 P.M.   Session  1:30 / 3:40 P.M.   Date: September 11, 2024

## APPEARANCES:

| B. Abrams, B. Scott, D. Llogostera | Plaintiff |
| C. Crawford, L. Henry | Defendant |

## DOCKET ENTRY/PROCEEDING

Third Day of Court Trial

Plaintiff presents evidence. Defendant presents two witnesses out of order.

## RULINGS:

**ADJOURNED UNTIL:** 8:30 a.m., Thursday, September 12, 2024