## COURTROOM MINUTES

CASE NO. H-21-cv-1997

Virginia Elizondo  v.  Spring Branch Independent School District

JUDGE SIM LAKE PRESIDING

COURTROOM CLERK         Sheila Anderson

COURT REPORTER          Heather Alcaraz

LAW CLERK               Jane West          Fourth Day of Court Trial

Morning Session 8:30 A.M./ 12:35 P.M.   Afternoon Session ___/___ P.M.   Date: September 12, 2024

### APPEARANCES:

B. Abrams, B. Scott, D. Llogostera          Plaintiff

C. Crawford, L. Henry                       Defendant

### DOCKET ENTRY/PROCEEDING

Fourth Day of Court Trial.

Plaintiff presents evidence.  Plaintiff rests subject to submission of additional exhibits as stated on the record.

Defendant presents evidence.

### RULINGS:

**ADJOURNED UNTIL:  8:00 a.m., Friday, September 13, 2024**