# COURTROOM MINUTES

CASE NO. H-21-cv-1997

Virginia Elizondo    v.    Spring Branch Independent School District

JUDGE SIM LAKE PRESIDING

COURTROOM CLERK        Sheila Anderson

COURT REPORTER         Heather Alcaraz

LAW CLERK              Jane West            Fifth Day of Court Trial

Morning                Afternoon
Session  8:00 A.M./ 12:15 P.M.  Session ____ / ____ P.M.    Date: September 13, 2024

## APPEARANCES:

B. Abrams, B. Scott, D. Llogostera        Plaintiff

C. Crawford, L. Henry                     Defendant

## DOCKET ENTRY/PROCEEDING

Fifth Day of Court Trial.

Defendant Presents Evidence. Defendant rests.

## RULINGS:

Plaintiff's Exhibit 140 is received and admitted.

## ADJOURNED UNTIL: