1        IN THE UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF TEXAS

2             HOUSTON DIVISION

3  _____
                         )

4  VIRGINIA ELIZONDO,            )
        Plaintiff,         )

5                         ) CIVIL ACTION NO.
  VS.                   ) 4:21-CV-1997

6                         )

7  SPRING BRANCH INDEPENDENT    )
  SCHOOL DISTRICT, ET AL.,    ) 1:00 P.M.
        Defendants.      )

8  _____)

9

10                    BENCH TRIAL
        BEFORE THE HONORABLE SIM LAKE
         UNITED STATES DISTRICT JUDGE

11            SEPTEMBER 9, 2024
            VOLUME 1 OF 5

12
  APPEARANCES:

13

**FOR PLAINTIFF:**

14  MR. BARRY ABRAMS
  MR. DOMINGO MANUEL LLAGOSTERA

15  MR. ROBERT P. SCOTT
  Blank Rome LLP

16  717 Texas Avenue, Suite 1400
  Houston, Texas  77002

17  (713)228-6601

18  **FOR DEFENDANTS:**
  MR. CHARLES JOSEPH CRAWFORD

19  MR. LUCAS CHRISTOPHER HENRY
  Abernathy, Roeder, Boyd & Hullett, P.C.

20  1700 North Redbud Boulevard, Suite 300
  McKinney, Texas  75069

21  (214)544-4000

22  **ALSO PRESENT:**
  MS. VIRGINIA ELIZONDO

23  MS. JENNIFER BLAINE
  MS. M'LISS HINDMAN

24  MR. RICHARD RIENSTRA

25

1    APPEARANCES CONTINUED:

2    **COURT REPORTER:**
     Heather Alcaraz, CSR, FCRR, RMR
3    Official Court Reporter
     515 Rusk, Suite 8004
4    Houston, Texas  77002
     (713)250-5584
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer.

```
 1                          I N D E X

 2                    BENCH TRIAL - VOLUME 1

 3   SEPTEMBER 9, 2024                                PAGE

 4   Opening Statement by Mr. Abrams                     6

 5   Opening Statement by Mr. Crawford                  20

 6   PLAINTIFF'S WITNESS:

 7   DUNCAN KLUSSMANN
     Direct Examination by Mr. Abrams.................   30
 8   Cross-Examination by Mr. Henry...................   91

 9                    PLAINTIFF'S EXHIBITS

10   NO.                         OFFRD    ADMTD   W/DRAW

11   1-88                          5        5
     90                            5        5
12   102-108                       5        5
     110                           5        5
13   112-115                       5        5
     117-120                       5        5
14   122-139                       5        5

15                    DEFENDANTS' EXHIBITS

16   NO.                         OFFRD    ADMTD   W/DRAW

17   1-74                          6        6

18

19

20

21

22

23

24

25
```

1          *(Call to Order of the Court.)*

13:00:54  2          **THE COURT:**  Good afternoon.  Please be seated.

13:00:55  3          We're here this afternoon for a bench trial in civil

4      action H-21-1997, Virginia Elizondo versus Spring Branch

5      Independent School District.  Beginning with plaintiff's

6      counsel, will each of you please identify yourself and your

7      clients?

13:01:13  8          **MR. ABRAMS:**  Good afternoon, Your Honor.  Barry

9      Abrams, Domingo Llagostera, Bob Scott, and our client, Virginia

10     Elizondo here in blue, Your Honor.

13:01:22 11          **THE COURT:**  Thank you.

13:01:22 12          **MR. CRAWFORD:**  Good afternoon, Your Honor.  Charles

13     Crawford and Lucas Henry for Spring Branch ISD.  We have

14     Dr. Jennifer Blaine as our representative.

13:01:30 15          **THE COURT:**  Thank you.

13:01:30 16          I appreciate very much your efforts to streamline the

17     case and the plaintiff's proposed findings, which reflect the

18     parties' disagreements.  The streamlining materials also say

19     that you've reduced the number of witnesses.  Does each side

20     have a current witness list for the court reporter and the

21     Court?

13:01:52 22          **MR. ABRAMS:**  Yes, Your Honor.  I've already given the

23     plaintiff's to the court reporter, and I'll hand one up -- hand

24     one up to you, Your Honor.

13:02:03 25          *(Document handed to the Court.)*

13:02:08  1          **THE COURT:**  Okay.  All right.  Defendant can give me

2      its whenever they're ready.  I don't need it right this second.

13:02:16  3          All right.  I think you agreed on each side has

4      15 minutes for opening statements.  So plaintiff -- and I've

5      read all the materials.  So...

13:02:25  6          **MR. ABRAMS:**  Your Honor, there were two housekeeping

7      matters, with your permission.

13:02:28  8          **THE COURT:**  Sure.

13:02:29  9          **MR. ABRAMS:**  One, the parties have agreed to waive the

10     rule with respect to witnesses.  So there's no need to exclude

11     the witnesses.  And, second, the parties have conferred about

12     exhibits, and conditioned on the plaintiff's agreement to

13     withdraw Plaintiff's Exhibit 89, which the plaintiff will do,

14     both parties have withdrawn all of their objections to all of

15     the exhibits that are in your binder and on the exhibit list.

13:02:55 16         I don't know if you now or later, or the court

17     reporter now or later, wants a recitation of the numbers, but in

18     any event, those in the binder and on the list, subject to

19     confirmation from counsel, we've all agreed should be --

13:03:04 20         **THE COURT:**  So the amended exhibit lists of plaintiff

21     and defendants, which were filed last week, except for

22     Plaintiff's 89, are all admitted?

13:03:13 23         **MR. ABRAMS:**  That's correct.

13:03:14 24         **MR. HENRY:**  Agreed.

13:03:14 25         **THE COURT:**  Okay.  So that'll save a lot of time.

```
 1  Thank you.

 2              MR. ABRAMS:  You're welcome.

 3              MR. HENRY:  And then with respect to defendants'

 4  exhibits, it's Nos. 1 through 74 with no objections from

 5  plaintiff.

 6              THE COURT:  Okay.  All right.  Thank you very much.

 7              MR. HENRY:  Your Honor, would you like a witness list?

 8              THE COURT:  Sure.  Just hand it to my law clerk,

 9  please.

10       (Document handed to the Court.)

11              THE COURT:  All right.  Mr. Abrams?

12              MR. ABRAMS:  Thank you.  Good afternoon, and may it

13  please the Court.

14              The Court knows I'm Barry Abrams, along with my

15  colleagues, Bob Scott, Domingo Llagostera, Martin Golando.  It's

16  our privilege to represent Dr. Virginia Elizondo in this, a

17  consequential case, involving the federally protected voting

18  rights of Hispanic residents in the Spring Branch Independent

19  School District.

20              THE REPORTER:  I'm sorry.  If you could --

21              THE COURT:  Can you use the microphone?  The court

22  reporter's having trouble hearing you.

23              MR. ABRAMS:  All right.  Sorry, I thought it was close

24  enough.  Let me get up here.

25              How are we doing volume wise?  Thank you.
```

13:04:10  1               The case, Judge, is consequential for several reasons.

2      First, to quote the truism:  Elections have consequences.  In

3      this case, dramatically demonstrates the consequences of having

4      an at-large electoral system and historical social and economic

5      conditions that for at least the past decade have blocked the

6      ability of Hispanic voters in Spring Branch to have their voices

7      heard and to elect their preferred candidates to the school

8      board.

13:04:39  9               Second, without having a seat at the table and a voice

10     on the school board, when that board makes important decisions,

11     those decisions have profound consequences for the Hispanic

12     community.  For example, when the school district recently

13     addressed financial challenges facing -- facing the district due

14     to state funding functions, the consequence was that when the

15     school board decided to close various school campuses, the only

16     schools closed and the only campus academic programs terminated

17     were those located within the largely Hispanic and economically

18     disadvantaged portion of the community.

13:05:21  19              And then, third, because the Voting Rights Act we're

20     here to enforce guarantees Hispanic voters in the district that

21     their voices will be heard in the process, another consequence

22     is to empower the Hispanic parents whose children comprise a

23     majority of the students in the district.  And by doing so, that

24     necessarily impacts the monopoly power that the affluent white

25     voting community has exercised throughout the district's

1    history.

2        It's that monopoly voting power that the Voting Rights

3    Act is intended to limit, and it is the impact on that, not only

4    voting power, that has drawn the ire of many portions of the

5    white community in Spring Branch.  So these, then, are just a

6    few of the consequences of this important case.

7        It's important to know:  How'd we get here?  How did

8    we get to this point in history?

9        This is a tale of a single school district with two

10   disparate parts.  One part is located north of Interstate 10 --

11   I'll call it I-10 -- and one is located mostly south of I-10.

12   In the southern part of the district, the students are more

13   likely to be white, affluent, go to college, and more likely to

14   meet or exceed the state's academic standards.

15       In the northern part of the district, the students are

16   more likely to be Hispanic, economically disadvantaged, drop

17   out, far less likely to meet current state academic standards,

18   and far more likely to be severely disciplined than their white

19   counterparts.  One part of the district, therefore, is majority

20   white.  The other portion is heavily minority.

21       The largely white portion of the district dates back

22   to the time before there were what are called the Memorial

23   Villages.  The Memorial Villages were originally settled by

24   slave owners.  The Memorial Villages as we know them today were

25   formed in 1954 and 1955 at the time of the U.S. Supreme Court

1    decision in *Brown versus Board of Education*, which as the Court

2    knows ordered the integration of public schools.

13:07:31    3        History teaches that Spring Branch began as a

4    homogenous, affluent, largely white district, but that's no

5    longer the case.  Today, Spring Branch is highly segregated

6    racially, ethically, and economically.  Hispanic children

7    comprise 58 to 59 percent of the student population, and they're

8    zoned to largely segregated schools reminiscent of the so-called

9    Mexican schools that you'll hear about later from Dr. Tijerina,

10   which once were widely governmentally imposed across the state

11   of Texas.

13:08:09   12        So although the racial, ethnic, economic, and social

13   conditions in the district have changed very dramatically, the

14   government structure in the district has not, and it's not kept

15   up with the times.  The diversity of the district's citizens and

16   students is not reflected in the elected leadership of the

17   district.  So how does this happen?

13:08:32   18        Hispanic voters in Spring Branch have rarely been able

19   to elect their preferred candidates because Hispanic and white

20   majority voters have consistently preferred different

21   candidates, and the Hispanic population is submerged in a

22   majority population that regularly defeats their preferred

23   choices.  This results in irreparable harm, we contend, under

24   the Voting Rights Act and impairs the voting rights guaranteed

25   by law to all citizens.

13:08:59  1          So this is a civil rights suit brought to vindicate

2    the right of Hispanic voters to have their voices heard and to

3    elect their preferred candidates to the school board.

13:09:08  4          The plaintiff, Virginia -- Dr. Virginia Elizondo, is a

5    Hispanic or Latino citizen and voter in Spring Branch, and she

6    brings this case to remedy the violations of Section 2 of the

7    Voting Rights Act.  The Voting Rights Act, as the Court knows,

8    guarantees all citizens the right to vote in a meaningful way.

13:09:30  9          Last year, in *Allen v. Milligan*, the Supreme Court of

10   the United States reaffirmed the standard that was announced

11   back in the famous *Gingles v. Thornburg* case where the Supreme

12   Court described:  (As read) The essence of a Section 2 claim is

13   when a certain electoral practice or structure interacts with

14   social and historical conditions to cause an inequality in the

15   opportunities enjoyed by minority and white voters.  That occurs

16   where an electoral structure operates to minimize or cancel out

17   minority voters' ability to elect their preferred candidates.

18   Such a risk is greatest where minority and majority voters

19   consistently prefer different candidates and where minority

20   voters are submerged in a majority population that regularly

21   defeats their choices.

13:10:15 22          That is what this case is about, and this is a

23   textbook Voting Rights Act --

13:10:21 24          **THE COURT:**  I have a question.

13:10:23 25          **MR. ABRAMS:**  Yes, Your Honor.

13:10:26    1          **THE COURT:**  The defendants point out, in their trial

2    brief, that the -- Ms. Elizondo and the other Hispanic residents

3    could have availed themselves of Texas Education Code

4    Section 11.052 if 15 percent or 15,000 registered voters

5    petitioned the board to create a Hispanic district.  What's your

6    response to that?  I may have missed it in the proposed

7    findings.

13:10:54    8          **MR. ABRAMS:**  Well, I don't think we addressed in the

9    findings, so you didn't miss anything, Judge.  You're right on

10    target.

13:10:58   11          The first response is there's no statutory out under

12    the federal Voting Rights Act because the residents might try to

13    assemble and garner enough votes to ask the school board to

14    conduct -- to implement a single-member plan.  That's not a --

15    exhaustion of the state remedy is not relevant to the

16    constitutional and statutory obligation that the district has to

17    follow the law.

13:11:23   18          Second of all, it's virtually impossible, as you will

19    hear when you hear the testimony about the social, economic, and

20    political conditions in the district, to organize a large enough

21    group of citizens to trigger that act.

13:11:38   22          So that, very simply, is the response.  It's not a

23    practical solution.  It's not a statutory or administrative bar

24    to the federal courts enforcing the Constitution in the Voting

25    Rights Act.

13:11:50 1          **THE COURT:**  Thank you.

13:11:54 2          **MR. ABRAMS:**  The ability of the Hispanic voters that I

3    am representing vicariously through Dr. Elizondo to elect their

4    preferred candidates is consistently canceled out based on the

5    following factors:  First, you'll hear evidence that the

6    Hispanic and white voters in the district consistently prefer

7    different school boards' candidates; second, the Hispanic voters

8    are submerged in a majority population that regularly defeats

9    their preferred choice; third, the method the district has

10   chosen to structure its trustee elections disadvantages the

11   Hispanic voters for a variety of reasons.  For example, the

12   district uses the at-large system which allows the white voting

13   population to dilute the votes of the minority community rather

14   than using single-member districts where Hispanic voters could

15   comprise a voting majority of the population in one or more

16   districts.

13:12:50 17         Second, the district has reduced the number and

18   location of polling locations in the district from 25 to seven,

19   which has made it more difficult for Hispanic voters to cast

20   their ballots because the Election Day polling locations are

21   fewer in number and are located farther from where Hispanic

22   voters live.

13:13:10 23         Third, the district has preferentially placed early

24   voting locations in areas much more convenient to the white

25   voters than the Hispanic voters, which has profoundly affected

1    election results as early voter turnout in district elections

2    vastly exceeds the Election Day voting, and it is now widely

3    acknowledged in the district that school board trustee elections

4    are won in early voting, not on Election Day.

13:13:39 5           The district has also failed to comply with Texas

6    election laws regarding registration of 18-year-old students,

7    which would increase Hispanic voter participation given the

8    prevalence of the Hispanic students throughout the northern

9    portions of the district.

13:13:52 10          And, finally, you're going to hear that there continue

11   to exists the legacy of historical conditions involving

12   education, employment, health, and transportation, which hinder

13   the ability of the Hispanic community to participate effectively

14   in the process.

13:14:10 15          As the Court knows, proof of a voting rights case has

16   two parts.  The first part involves the so-called *Gingles*

17   factors.  Here, the evidence will prove, first, that the

18   minority group, the Hispanic or Latino group, is sufficiently

19   large and geographically compact --

13:14:27 20          **THE COURT:**  You may have already addressed this, but I

21   have a question about it.

13:14:31 22          **MR. ABRAMS:**  Yes, Your Honor.

13:14:32 23          **THE COURT:**  Your recent proposed findings indicate

24   that over half of the students are Hispanic.  The preferred

25   remedy is to create, as I understand it, a single-member

1    district that would follow, roughly, the middle school

2    attendance Zone 1.  Is that the proposed remedy?

13:14:54  3          MR. ABRAMS:  Yes -- yes.  Illustrative Zone 1 is

4    portions of the so-called Northbrook and Landrum Middle School

5    zones, and our proof and our requirement is only to show it's

6    sufficient to comprise one.

13:15:07  7          THE COURT:  Well, I know.  I'm not arguing with you.

13:15:09  8          MR. ABRAMS:  No, no, no.  I wasn't trying to argue

9    with you.

13:15:11  10          THE COURT:  My point is:  Are you asking the Court to

11    draw boundaries for the other districts?

13:15:19  12          MR. ABRAMS:  The answer is yes.  The first phase of

13    this case is for the Court to decide whether a remedy is

14    appropriate, and what is necessary is for the plaintiff to

15    produce a plan -- in this case a seven-district plan -- that

16    complies with the one-person, one-vote rule, complies with

17    requirements of communities of interest and the like, and we've

18    done that.

13:15:40  19          THE COURT:  Okay.  Assuming you establish the *Gingles*

20    factors and the other criteria --

13:15:45  21          MR. ABRAMS:  Right.

13:15:45  22          THE COURT:  -- and I agree that Zone 1, for want of a

23    better term, would be an appropriate district of -- that would

24    allow Hispanics to exercise one vote for one official, am I

25    then, at the second stage, going to have to hear evidence on all

1    the other boundaries?

13:16:05    2         **MR. ABRAMS:**  No.  What -- what I understand the

3    process to be, Your Honor, is if you order a remedy, that is,

4    the adoption of a seven-member plan, the district will have an

5    opportunity to propose a plan, which must, obviously, address

6    the needs of the voters in District 1 but comply with the other

7    requirements in the remaining districts, and that would not be a

8    matter of evidence.  It would be a matter of the parties

9    addressing collectively whether the plan proposed by the

10   district is or isn't acceptable to the plaintiff and the Court.

13:16:35    11        **THE COURT:**  Okay.  Well, I'll ask the defense counsel

12   about that in his argument.  Thank you.

13:16:39    13        **MR. ABRAMS:**  Well, with respect to the *Gingles*

14   factors, since it sounds like you are more than up-to-speed on

15   those items, I'm not going to devote much more time to that --

13:16:48    16        **THE COURT:**  Thank you.

13:16:48    17        **MR. ABRAMS:**  -- but what I will turn to, briefly, is

18   the totality of the circumstances part of this analysis because,

19   after compliance with the *Gingles* factors, which we represent

20   will be established clearly, the second analysis is looking at

21   what are called the Senate factors, which derive from a 1982

22   Senate report when Congress amended the Voting Rights Act.

13:17:08    23        **THE COURT:**  I've looked at those.  Both parties say

24   that there's no magic number I have to -- I have to find, and

25   you have given me -- it's like going to the cafeteria.  You've

```
 1   given me various stations.  I can get broccoli or asparagus or

 2   sweet potatoes or all of the above, or I don't have to get all

 3   of the above.

 4          What's the fewest number that appellate courts have

 5   allowed in affirming a finding under Section 2?

 6          MR. ABRAMS:  The two factors that, in the case law and

 7   in the reports that I've seen, are the most significant --

 8   they're not necessary, but they're the most significant have to

 9   do with your conclusions about the existence of polarized and

10   cohesive voting in the district --

11          THE COURT:  Okay.

12          MR. ABRAMS:  -- and, second of all, the extent to

13   which a minority candidate -- the preferred candidate of the

14   minority group, I should say, has or hasn't been elected in the

15   district.  Those are the two factors which have been --

16          THE COURT:  And you argue that there's only been one

17   Hispanic elected, and he was really, for want of a better word,

18   a token Hispanic?

19          MR. ABRAMS:  That's right.  But even more importantly,

20   Your Honor, is a factor that's going to run through this case.

21   The plaintiff's case is not that the Voting Rights Act

22   guarantees that a Hispanic ethnic candidate will be elected; the

23   Voting Rights Act is a voting rights act, not a candidates right

24   act.

25          THE COURT:  Okay.
```

13:18:27 1          **MR. ABRAMS:**  And so the issue, which you will hear

2       abundant testimony about, is:  Who did the Hispanic voters

3       prefer?  There are many elections where there are no minority

4       candidates, but the Hispanic community, like every other

5       conscience voter, has preferences.  And so it's the fact that

6       this system has allowed the non-Hispanic voters to override the

7       preferences of the Hispanic voters that violates the act.

13:18:53 8          And in the case of the candidate you mentioned, which

9       we do contend is a token selected in a slating process run by

10      the white affluent southern south side district voters, is not

11      representative of the Hispanic preferences, and Dr. Stein's

12      analysis shows he got a minuscule portion.

13:19:11 13         **THE COURT:**  Well, how is he going to show that the

14      Hispanics favor -- is it Mr. Kaczenski?

13:19:19 15         **MR. ABRAMS:**  Yes.

13:19:19 16         **THE COURT:**  How is he going to show that?  Or are you

17      going to show that?

13:19:22 18         **MR. ABRAMS:**  Well, he's going to show it because there

19      are traditional statistical analyses.  The most prevalent one

20      now is called ecological inference where social scientists use

21      what is widely accepted as a practice to evaluate voting

22      behavior in a particular district, correlate the behavior with

23      the percentage of Hispanics in a particular district, and draw

24      statistical inferences that are valid.

13:19:46 25         **THE COURT:**  Okay.  I'll wait to hear him about that.

13:19:49  1          **MR. ABRAMS:**  That is the well-accepted model.  And as

2     you'll hear from Dr. Stein, he originally did a regression

3     analysis because he thought that was probably the easiest and

4     most appropriate way to show polarization.  He was then

5     criticized, and so then he ran an ecological inference analysis,

6     which showed the same results.

13:20:06  7          Then he was criticized because there's a modern --

8     more modern version of that program, and he ran it with the more

9     modern program.  All of those methods, you will hear him say,

10     show that he has robustly analyzed the question, and the answer

11     to the question, no matter how you ask it intellectually,

12     honestly, is the same.

13:20:21 13          **THE COURT:**  Thank you.

13:20:27 14          **MR. ABRAMS:**  Well, because you've zeroed in on the

15     various factors, I'm not going to walk you back through them.

16     We'll do it in the case.

13:20:32 17          But the last factor, which is kind of interesting, is

18     the district has the burden of establishing that its reliance on

19     the at-large system is more than just tenuous.  And I've always

20     thought this was an intriguing argument, for a defendant to beat

21     their chest and scream about how outrageous single-member

22     districts were in light of the fact that more than 140 Texas

23     school districts use single-member districts, our City of

24     Houston City Council structure involves single-member districts,

25     our Harris County Commissioner's Court has a single-member

1    district structure, Houston Community College and most of the

2    community colleges involve single-member structures, the Texas

3    Legislature and the House of Representatives has single-member

4    structures, and our U.S. House of Representatives involves a

5    single-member structure.

13:21:21  6        So the horrors -- the parade of horrors that have been

7    tossed around from time to time by the -- by the district and

8    its counsel about a single-member plan seem, to me, to be

9    hollow.

13:21:32 10        So our position, quite simply, Judge, is the Voting

11   Rights Act assures the Hispanic parents in Spring Branch, whose

12   children comprise the majority of the students in the district,

13   a constitutional and statutory right to have a seat at the table

14   and to have their voices heard and to enhance their ability to

15   elect candidates to the school board who share their preferences

16   and their views about the education their children should

17   receive.

13:21:59 18        On behalf of Dr. Elizondo and my colleagues and the

19   Hispanic voters that Ms. -- Dr. Elizondo represents, we want to

20   express our appreciation for the important role that federal

21   courts generally, and this federal court in particular, plays in

22   guaranteeing these federally protected voting rights.  I want to

23   assure you that my colleagues and I will endeavor to present our

24   case expeditiously and efficiently, and we thank you in advance

25   for your time and attention to this consequential case.

13:22:30  1            **THE COURT:**  Thank you, Mr. Abrams.

13:22:32  2            Mr. Crawford?

13:22:39  3            **MR. CRAWFORD:**  Good afternoon.  May it please the

       4  Court.

13:22:42  5            I know the Court is very aware with the Voting Rights

       6  Act law, but I'd like to point out a few highlights we would ask

       7  the Court to consider when reviewing the evidence in the case.

       8  First of all, it's the plaintiff's burden to show all three of

       9  the *Gingles* -- three *Gingles* preconditions, and the failure to

      10  meet her burden to show any one of the three is fatal.

13:23:05 11            Importantly, at-large systems are not, per se, Voting

      12  Right [sic] Act violations.  Whether an at-large system violates

      13  the Voting Rights Act depends upon a searching practical

      14  evaluation of the past and present reality, and on a functional

      15  view of the political process.  Regarding the present reality,

      16  the Supreme Court has warned that unless historical evidence is

      17  reasonably contemporaneous with a challenged decision -- and

      18  here we're talking about Spring Branch's at-large system -- it

      19  has little probative value.

13:23:43 20            Thus, the most relevant historical evidence is

      21  relatively recent history, not long-past history.  I believe

      22  what the Court is going to hear, at least in part from the

      23  plaintiff's experts, is about long-past history that has little

      24  probative value to the present reality.

13:24:01 25            Turning to the first *Gingles* pre-condition, which is

1    compactness, that requires the plaintiff to submit one or more

2    illustrative districts with at least a 50 percent

3    minority-majority, and in this case the minority group would be

4    Hispanics.  Critically, the illustrative district must account

5    for traditional districting principles, such as maintaining

6    communities of interest and traditional boundaries -- and this

7    is the plaintiff's burden to show -- and race cannot dominate

8    over traditional districting principles.  In other words, race

9    can't be the only common thread that binds certain areas

10    together.

13:24:37 11        Here, the evidence will show that plaintiff's expert,

12    Dr. Stein, did not account for traditional districting

13    principles at all when drawing the single Hispanic majority

14    illustrative district that he proposes.  He admittedly did not

15    respect neighborhoods and subdivisions and did not try to keep

16    them in tact, nor did he take into account or respect census

17    blocks; did not take into account one person or one vote.

18    Rather, race dominated his methodology in drawing his

19    illustrative district.  Because of this failure, the Court

20    should find that plaintiff has failed to meet her burden under

21    *Gingles* one.

13:25:20 22        Turning to *Gingles* two, which is minority cohesion,

23    again, here the relevant minority groups are Hispanics in

24    Spring Branch ISD.  The -- Dr. Elizondo has no evidence of

25    Hispanic -- of Hispanic cohesion prior to 2015, which is the

1  year Dr. Stein's analysis begins.  Since 2015, the evidence is

2  going to show that there's only been, at most, moderate Hispanic

3  cohesion in Spring Branch ISD, and relevant to the present

4  reality, there was no Hispanic cohesion in the most recent 2024

5  school board election.

13:26:02  6      Turning to *Gingles* three, which is white bloc voting,

7  this requires a plaintiff to show that the white majority votes

8  sufficiently as a bloc to enable it to usually defeat the

9  minority preferred candidate, and the courts have said "usually"

10  is an important word in this concept, and "usually" means most

11  of the time; certainly more than 50 percent of the time.

13:26:27 12      Here, there is no evidence of white bloc voting to

13  defeat preferred Hispanic candidates of choice in any election

14  prior to 2015 because although Spring Branch has been having

15  elections since 1946, the 2015 elections are the first elections

16  Dr. Stein analyzed.  So we have 60 to 70 years of election

17  history not accounted for, and it is our position that by not

18  accounting for 70 years of Spring Branch's 78-year voting

19  history, the plaintiff fails to meet the "usually" standard for

20  *Gingles* 3.

13:27:09 21      In addition, a significant crossover vote by Whites

22  supports a finding that voting is not racially polarized, and

23  here I believe the evidence will show significant white

24  crossover voting.  Here, the evidence will not show that since

25  Spring Branch's at-large system was implemented, that white

1    voting, when considering crossover voting, usually defeated the

2    Hispanic candidate of choice in most cases in Spring Branch

3    elections.  The evidence will be insufficient to prove racially

4    polarized voting in Spring Branch.

13:27:46  5          Importantly, in addition to the three *Gingles*

6    preconditions and the totality of the circumstances, in *Harding*

7    *versus County of Dallas*, the Fifth Circuit created what Judge Ho

8    characterized as an additional requirement on plaintiffs in

9    Section 2 cases.  And Judge Ho, in his concurring opinion

10   summarized that new --

13:28:17  11         **THE COURT:**  I think you quoted it in your brief.

13:28:20  12         **MR. CRAWFORD:**  We did, and so I'll just leave it at

13   that, his quote.

13:28:24  14         He essentially says they -- in the proposed

15   illustrative district, you must actually show that it has a

16   chance of working.  Not guaranteed success, but a chance of

17   working.

13:28:34  18         And in the additional case of *Fusilier versus Landry*,

19   which was decided after the *Harding* case in 2020, the

20   Fifth Circuit again reiterated that voter turnout is important

21   and must be considered, and they characterized it as it bears on

22   the totality of the circumstances.

13:29:00  23         And I would like to read from what the Fifth Circuit

24   said in the *Landry* case -- we did not quote that in our brief --

25   and that is this:  They first said, "Because black voter turnout

1    is substantially lower than white voter turnout, the Attorney

2    General argues there is no reasonable opportunity for the

3    threadbare majority of black voters in District 1 to elect a

4    candidate of their choice.  The first *Gingles* precondition,

5    however, does not require a showing that a majority of the

6    voters in a future election will be black.  All the plaintiffs

7    have to show is that the black minority is numerous enough to

8    'constitute a majority in a single-member district.'  That is

9    not to say that the probability of blacks electing their

10   preferred candidates in future elections is irrelevant.  To the

11   contrary, this bears on the totality of the circumstances, which

12   we discuss later."

13:29:51  13        Then later in the opinion, the Fifth Circuit states:

14   "We must also [sic] consider voter turnout, an issue mentioned

15   previously in passing.  As this court recently explained,

16   plaintiffs need not demonstrate guaranteed success under a

17   hypothetical redistricting plan to prevail on their claim of

18   vote dilution," citing the *Harding* -- *Harding* case.  "Yet, at

19   the same time, 'an alternative map containing an additional

20   majority-minority district does not necessarily establish an

21   increased opportunity.'  And as *Perez* and *Harding* remind,

22   plaintiffs must meet the overarching demand that their new

23   districting scheme enhances their ability to elect candidates of

24   their choosing," citing *Perez*, the Supreme Court opinion.

13:30:35  25        "The plaintiffs' experts acknowledged that black voter

1    turnout in Terrebonne Parish lags behind white voter turnout.

2    Relatedly, the defendants' expert attested that a 56 percent

3    black voting age population was required to ensure blacks have

4    the opportunity to elect their preferred candidates.  At best,

5    the plaintiffs' proposed remedial district had a black voting

6    age population of 53.33 percent.  That the plaintiffs' proposed

7    minority-majority district sufficiently enhances minority

8    voters' ability to elect the candidates of their choice is not a

9    well-supported proposition on this record."

13:31:14 10    And the court -- Fifth Circuit went on to find that

11    the district court erred by finding the Voting Rights Act was

12    violated and, in part, because of the failure to take into

13    consideration voter turnout in the proposed illustrative

14    district.

13:31:30 15    Here, the plaintiff has no evidence that her sole

16    illustrative district, which is 58 -- 52.8 percent Hispanic

17    majority, would in fact perform as she hopes in light of the low

18    Hispanic voter turnout in this district, which was less than

19    20 percent of the actual voters.  And that is fatal under the

20    additional consideration that the Court must go through to make

21    sure the illustrative district would, in fact, work as hoped.

13:32:03 22    Turning to the totality of the circumstances, the

23    Senate factors, obviously the -- as the Court is aware,

24    satisfying *Gingles* one through three does not end the analysis.

25    In fact, the analysis can completely change under the totality

1    of the circumstances.  As the Court has said, this final inquiry

2    can be powerful indeed.

13:32:22  3          As you noted with Mr. Abrams, the Senate factors are

4    not exhaustive and not every factor will be relevant in every

5    case, but one factor that must be considered that we just talked

6    about in the *Landry* case is low Hispanic voter turnout in

7    Spring Branch ISD elections.  And again, not to repeat myself,

8    but based on low Hispanic voter turnout in Spring Branch

9    elections, and including in Dr. Stein's proposed illustrative

10   district, the evidence will show that plaintiff's proposed

11   illustrative district, which is a 52.8 percent Hispanic

12   majority, will not work to elect candidates as she hoped in

13   light of the low Hispanic turnout in the -- in that district,

14   which, again, is less than 20 percent of the actual voters.

13:33:14 15          Another factor this Court should consider is that the

16   evidence will show that partisan politics, not race, best

17   explains Spring Branch election results since 2015, and, again,

18   the most recent history is the most relevant history.  And here

19   partisan politics include Republican versus Democrat,

20   conservative versus liberal, teacher union versus non-teacher

21   union, and how we were handling the COVID crisis.  That was a

22   big player in the trustee elections during COVID -- a big

23   player.  Had nothing to do with race; all about partisan

24   politics.

13:33:50 25          Another factor is that Spring Branch's at-large

1  elected school board is responsive to Hispanic and minority

2  needs.  The evidence is going to show that since at least the

3  2007 bond election, Spring Branch has focused bond money to

4  improve and rebuild school facilities on the north side equally

5  to the south side.  The evidence is going to show that

6  Spring Branch spends more money per student in its economically

7  disadvantaged schools than its non-economically disadvantaged

8  schools.

13:34:25  9        The evidence is going to show that Spring Branch now

10  has a successful bilingual program that meets or exceeds state

11  requirements.  The evidence is going to show that

12  Spring Branch's economically disadvantaged schools are

13  significantly improving under the TEA's A through F

14  accountability standards.

13:34:43  15        Another factor that the Court should consider, and you

16  mentioned it with Mr. Abrams, is that, unique to Texas public

17  schools, Texas Education Code 11.052 and Spring Branch policy

18  allows 15 percent of the registered voters -- and it doesn't

19  have to be Hispanic voters, but it could be.  It's just

20  15 percent of the voters --

13:35:04  21        **THE COURT:**  You heard Mr. Abrams' response.  What is

22  your reply to his response as to the relevance of that argument?

13:35:11  23        **MR. CRAWFORD:**  Sure, Your Honor.  I go to the fact

24  that the totality of the circumstances is a nonexistent --

25  nonexistent -- non-exhaustive list, and the fact that Texas has

1    a mechanism that -- it's not applicable to cities or counties or

2    other states, but --

13:35:26    3    **THE COURT:**  Have you found any --

13:35:27    4    **MR. CRAWFORD:**  -- unique to school districts, is a

5    totality of the circumstance the Court at least should consider.

13:35:30    6    **THE COURT:**  Have you found any case from any

7    jurisdiction that's relied on a similar state right to argue --

8    to rule against the plaintiff in a Section 2 case?

13:35:43    9    **MR. CRAWFORD:**  The answer is no because I don't

10    believe there is a -- a similar statute that has ever been

11    argued or used.

13:35:48    12    **THE COURT:**  Okay.  Thank you.

13:35:49    13    **MR. CRAWFORD:**  In Texas -- in federal courts in Texas,

14    I don't know that's ever been argued before.

13:35:53    15    **THE COURT:**  Okay.

13:35:54    16    **MR. CRAWFORD:**  I will tell you, though, that the state

17    courts that have looked at the statute -- and there are a very

18    few -- have said that if the 15 percent of the voters send the

19    proposition, it is a ministerial duty of the school board to put

20    it on the ballot.  And so if the -- if the voters of

21    Spring Branch were really interested in going to single-member

22    districts, they have had this ability, and have chosen not to.

23    And, again, I think that's at least a factor the Court ought to

24    consider.  Is it determinative?  No.  But is it a factor?  Yes.

13:36:27    25    Finally, I think you're going to hear, again, that

29

1    Texas, the state, has a past history of Hispanic voting

2    discrimination, but here the relevant political subdivision is

3    Spring Branch ISD, not the state of Texas, not Harris County,

4    not Houston, and the relevant time period is recent history, not

5    long-past history.

13:36:56  6        And thus, at the end of the day, the argument is that

7    the plaintiff has failed to meet her burden under any of the

8    three *Gingles* pre-conditions and -- nor has she met her burden

9    under the totality of the circumstances test.  And because she

10   has failed to meet her burden, the Court ought to dismiss her

11   case and find in the school district's favor on her Voting

12   Rights Act claim.  Thank you.

13:37:25 13        **THE COURT:**  Thank you.

13:37:25 14        I appreciate both counsel who have done an excellent

15   job in foreshadowing the issues I must deal with.  As I told you

16   at a previous conference, I view bench trials as somewhat

17   analogous to a seminar.  So after you've each asked a witness

18   questions, I may ask the witness questions also.

13:37:46 19        And since plaintiff has submitted 52 pages of proposed

20   findings, not all of which I've committed to memory, I may, from

21   time to time, ask you, after a witness has testified, to refer

22   to the yellow proposed findings, that is, the disputed ones, to

23   which the witness's testimony is designed to favor the

24   plaintiff, if that makes sense.

13:38:12 25        You may call your first witness.

*Mr. Abrams Direct of Duncan Klussmann*

13:38:14  1        **MR. ABRAMS:**  Thank you, Your Honor.  At this time, the

2  plaintiff calls Dr. Duncan Klussmann to the stand.

13:38:29  3        **THE COURT:**  Please come around, sir, and be sworn.

4  Please raise your right hand.

13:38:33  5    *(Witness sworn.)*

13:38:47  6        **THE COURT:**  Thank you.  Please be seated.  When you're

7  comfortably seated, pull the microphone to you so that we can

8  hear you.  And then please state and spell your name for the

9  court reporter.

13:38:51 10        **THE WITNESS:**  Duncan Klussmann.  It's D-U-N-C-A-N

11  K-L-U-S-S-M-A-N-N.

13:38:56 12        **THE COURT:**  Thank you.

13:38:56 13        Mr. Abrams, you may proceed.

13:38:57 14        **MR. ABRAMS:**  Thank you, Your Honor.

13:38:58 15         **DUNCAN KLUSSMANN, DULY SWORN, TESTIFIED:**

13:38:58 16             **DIRECT EXAMINATION**

13:38:59 17  **BY MR. ABRAMS:**

13:38:59 18  **Q**  Dr. Klussmann, you've already introduced yourself to the

19  Court.

13:39:02 20    I want to address with you five topics today, which I've

21  noted on the pad.  The five topics we're going to visit about

22  today have to do with the location of the school district that's

23  the defendant and its ethnic and economic demographics; second,

24  the performance of the schools in the north and south parts of

25  the district; third, governance issues relating to the district;

*Mr. Abrams Direct of Duncan Klussmann*

1  fourth, the electoral system in the district; and, fifth, the

2  at-large versus single-member election methods, all right, sir?

13:39:38  3  **A**   Yes, sir.

13:39:39  4  **Q**   Before we briefly discuss your upbringing and educational

5  history, I want to put your testimony in context.

13:39:46  6     How are you familiar with Spring Branch, its students, its

7  schools, its voters, and its method of electing its school board

8  trustees?

13:39:53  9  **A**   A couple of ways.  Growing up in Brenham, you -- heard of

10  Spring Branch my whole life kind of growing up.  We just -- the

11  district and -- and things that it accomplished over time.

13:40:02  12     In 1996, I became the principal of Spring Branch Middle

13  School.  So I started my journey in Spring Branch at that time,

14  and I retired in 2015 as superintendent of schools.

13:40:14  15  **Q**   How long did you serve as superintendent of the Spring

16  Branch schools?

13:40:17  17  **A**   Eleven years.  I was named interim superintendent in

18  September of 2004, I was named superintendent in December of

19  that year, and I retired in December of 2015.

13:40:26  20  **Q**   Have you been in every Spring Branch school on every

21  Spring Branch campus; met with residents in virtually every

22  neighborhood and community in the district?

13:40:36  23  **A**   I have.

13:40:37  24  **Q**   All right.  Let's get a geographic focus on where the

25  district is located.

*Mr. Abrams Direct of Duncan Klussmann*

**MR. ABRAMS:**  Richard, may we have Plaintiff's

Exhibit 102, please?

**BY MR. ABRAMS:**

**Q**   Dr. Klussmann, can you see that on the monitor and/or on the

screen?

**A**   I can.

**Q**   Where is the Spring Branch district located?  It's a little

hard on the screen, but hopefully, on the monitor, you'll be

able to make out the boundaries.

**A**   Well, it's on the west side of Houston.  It's boundaried by

610, the West Loop; kind of follows Hempstead Highway up to Clay

Road, I think; goes over into the Addicks Dam; goes down to I-10

out into kind of the middle Energy Corridor; down to Buffalo

Bayou, and follows the bayou all the way back to 610, with I-10

kind of going down the middle of the district.

**Q**   What are the cities in which the district is located?

**A**   I think there are five or six with the City of Houston, but

Spring Valley, Hedwig Village, Memorial Villages, Piney Point,

and Hedwig -- I said Hedwig.  Hilshire Village, I think, is the

only one I didn't mention.

**Q**   You're aware this lawsuit takes issue with the method that

the district is currently using to elect its school board

trustees, and they do so at-large rather than from what are

known as single-member districts, right?

**A**   I am.

*Mr. Abrams Direct of Duncan Klussmann*

13:41:56  1  **Q**   All right.  Before we talk to you more specifically about

2  the subjects that you're aware of, let's talk briefly about your

3  background both before and after joining Spring Branch.

13:42:06  4          **MR. ABRAMS:**  Richard, may we see Exhibit 42,

5  Dr. Klussmann's résumé?

13:42:11  6  **BY MR. ABRAMS:**

13:42:11  7  **Q**   Where were you born and raised?

13:42:13  8  **A**   I was born in Brenham, Texas.

13:42:14  9  **Q**   Let's look at page 1.

13:42:17 10      Does it address your college and graduate training?

13:42:20 11  **A**   It does.

13:42:21 12  **Q**   Would you just briefly tell the judge about what your

13  educational background was?

13:42:25 14  **A**   I did -- after graduating from Huntsville High School, where

15  we moved to when I was in high school, I graduated from -- or I

16  went to Sam Houston State for two years and played tennis there,

17  and then went to University of Texas, completed two -- double

18  major -- a BBA in International Business and Finance.

13:42:40 19      I then went into education and worked on my masters, and

20  completed my masters at Stephen F. Austin State University, and

21  my doctorate at Seton Hall.

13:42:49 22  **Q**   Are you a married man?

13:42:51 23  **A**   I am.

13:42:51 24  **Q**   Do you have children?

13:42:52 25  **A**   I do.

**Mr. Abrams Direct of Duncan Klussmann**

13:42:53  1    **Q**   Did any of your children attend the Spring Branch schools?

13:42:55  2    **A**   They did.  All three, at some point in their career,

3    attended Spring Branch schools.

13:43:00  4    **Q**   Which schools did your children attend?

13:43:03  5    **A**   Our oldest --

13:43:04  6    **Q**   Excuse me.  And what parts of the district were they

7    located?

13:43:07  8    **A**   Our oldest son, Cameron, attended Northbrook High School.

9    So he went to Northbrook for half his junior year and senior

10    year.  Northbrook is the most impoverished high school within

11    the district.

13:43:17 12        And then Will went to Stratford High School.  He

13    transferred to Stratford High School for his high school years

14    and graduated from Stratford.

13:43:26 15        And Caroline, our youngest, went to Sherwood Elementary

16    School; a short time at Westchester Academy, maybe one year;

17    Spring Oaks Middle School; and then Spring Woods High School.

13:43:38 18    **Q**   With regard to your children's experiences at Northbrook

19    High School and Spring Woods High School, what are the majority

20    ethnic populations at those two schools your children attended?

13:43:49 21    **A**   Hispanic.

13:43:50 22    **Q**   Are those schools, to use the term, affluent or economically

23    disadvantaged?

13:43:55 24    **A**   Economically disadvantaged.

13:43:56 25    **Q**   As a parent, what did you learn from the experience of

*Mr. Abrams Direct of Duncan Klussmann*

1   having your children in different Spring Branch schools?

13:44:03  2   **A**   Well, Spring Branch is a very unique place.  It's really

3   kind of two distinctly different districts in one, and so what

4   happened -- you know that, obviously, when you work there and

5   you're part of the system, but when you sense that and you feel

6   it and you experience it as a parent and as a kid, our kids

7   doing that, it's a completely different experience.

13:44:26  8       And so it really -- you know, being an educator who, I

9   thought I was always there for every kid, it really --

10   particularly when Cameron went to Northbrook High School, and it

11   really opened my eyes to the challenges and the struggles in

12   that community.

13:44:42 13   **Q**   Can you elaborate on that?  What sort of challenges or

14   struggles did you become aware of because you had a child at

15   Northbrook?

13:44:48 16   **A**   Yeah.  So -- so Cameron, you know, as he started to go there

17   and make friends, his friends would, you know, invite him to

18   their home or they would be in our home.  So you get very close

19   to the students.  I can remember one student whose dad was

20   incarcerated in Alabama.  His mom was an alcoholic and dying,

21   and Rudy's living in -- he's living in an apartment with nine

22   other adult men sleeping on the floor.

13:45:21 23       You just realize some of the challenges that you just can't

24   even imagine as a parent and with your own kids.

13:45:27 25   **Q**   Let's touch briefly on your employment history before you

*Mr. Abrams Direct of Duncan Klussmann*

1  got to the district, and if you would, let's look at page 2 of

2  Exhibit 42, your résumé.

13:45:37 3     Does that pick up and give us sort of a horseback view of

4  your educational experiences before you arrived at

5  Spring Branch?

13:45:44 6  **A**   It does.

13:45:46 7  **Q**   When you first went to work in Spring Branch, as I

8  understand it, you were a principal of a middle school?

13:45:53 9  **A**   I was.  I went, in September of '96, and became the

10  principal at Spring Branch Middle School.

13:45:59 11  **Q**   And during your tenure, you moved up through the ranks and

12  had different positions.

13:46:04 13     What responsibilities did you have as area superintendent

14  with respect to elections?

13:46:09 15  **A**   So I -- as respect to elections?

13:46:14 16  **Q**   Yes.

13:46:15 17  **A**   So I didn't have any responsibility in elections with my

18  area superintendent role, but when I was assistant

19  superintendent for finance and operations, elections fell in

20  that office, and we had the responsibility of running the

21  election.

13:46:28 22  **Q**   We'll touch in greater detail on your familiarity with the

23  Spring Branch electoral process in a moment.

13:46:33 24     Let's turn to page 6 of your résumé, Exhibit 42.  If you

25  would, tell us what you consider to be some of your major

*Mr. Abrams Direct of Duncan Klussmann*

1   accomplishments or advances while you were superintendent at the

2   school district.

13:46:46 3   **A**    Yeah.  I mean, there were several.  We had just a great team

4   and great community support, several things during that time.

5   We -- towards the end of my time there, we went to a single

6   focus goal as a system.  It was called T-2-4.  It still exists

7   in the district today, and it was to double the number of kids

8   in Spring Branch who completed some form of higher education,

9   defining that as technical certification, military training, 2-

10   or 4-year degree.

13:47:12 11       I think, probably, we were the only district ever to have a

12   single focus goal like that at the time, and, in fact, today the

13   state has really adopted that as one of their primary goals for

14   public education.

13:47:25 15       We also developed a new partnership called the SKY

16   Partnership with KIPP and YES Prep schools that brought these

17   two charter schools into schools, really trying to go into this

18   impoverished area and bring kids back into their neighborhood

19   school.  I think it was successful at doing that.  We increased

20   academic performance over time.  75 percent of our students were

21   college and career ready.  55 percent were enrolling in some

22   form of higher education in the state of Texas.  That doesn't

23   include kids going out of state, which we had a significant

24   portion going out of state.

13:48:01 25       We passed, at the time, the largest bond issue, 594- or

*Mr. Abrams Direct of Duncan Klussmann*

1    -5 million dollars, replacing, eventually, 13 elementary schools

2    that had been built in the '50s and '60s pre-air conditioning,

3    and replacing those schools.  And we saved enough in that

4    program to do a 13th school and to go back into the old

5    Spring Branch High School and renovate that campus.

13:48:22  6        There are other things.  It was a great team.  We -- we hit

7    some very difficult budget times after the -- the mortgage

8    meltdown in 2008, and we returned the district to a positive

9    budget after that.  I felt like that was something that we

10    really needed to do, and so I just felt like we had, you know,

11    many different positive things.  Still many things to work on

12    and improve, but some very positive initiatives during that

13    time.

13:48:50  14   **Q**   When did you retire from Spring Branch, and why did you

15    retire?

13:48:53  16   **A**   I retired in December 2015.  My wife and I, when I took the

17    job in 2004, said we're not going to change our lifestyle.  I

18    didn't do -- you know, I didn't go out with vendors.  I didn't

19    go on golfing outings or trips or dinners or anything, and we

20    just weren't going to change our lifestyle.  And we were going

21    to do it in a way that when I hit what's called your rule of 80

22    in the state of Texas, when your service and your years hit 80,

23    you could retire at that time.

13:49:22  24        Also, I can remember, you know, just -- we were -- things

25    were on the upswing.  I watched leadership my whole life, and

*Mr. Abrams Direct of Duncan Klussmann*

1   there are many people who wait too long in leadership, and I

2   thought it was the right time to bring in new thought to the

3   district to take, you know, what we had done and take it to

4   another level.  I just thought it was the right time to -- to

5   retire from the system at that point.

13:49:46  6   Q    Did you leave on good terms?

13:49:47  7   A    I did leave on good terms.

13:49:49  8   Q    And in fact, afterwards, did the district actually name a

9   facility after you?

13:49:54 10   A    They did, and very much honored; very much a surprise to me.

11   One of the greatest honors I've ever had, and they named a

12   campus after me.

13:50:04 13   Q    What have you done since leaving Spring Branch?

13:50:06 14        Let's look at your résumé, page 1.

13:50:09 15   A    When I first left Spring Branch, I worked for Rich and Nancy

16   Kinder and the Kinder Foundation, great Houstonians that do just

17   incredible things in the city, and I worked for them for their

18   foundation.  They wanted to move more into the educational area,

19   and so I started working for them.

13:50:25 20        I just felt I was too far removed from the action, and so I

21   left the foundation, and I've done two things since then.  I

22   teach full-time at the University of Houston in their College of

23   Education.  I'm a -- this -- I actually got a promotion

24   recently.  So I'm now assistant -- or I'm associate clinical

25   professor -- so I need to update my résumé -- and I teach

*Mr. Abrams Direct of Duncan Klussmann*

1   courses for individuals getting their masters or doctorate

2   degree, becoming principals, superintendents.

13:50:53  3      I also do some consulting work, advising work in the state

4   of Texas with school districts, and, you know, that keeps me

5   close to the action.

13:51:03  6   **Q**   In connection with the consulting work you're now doing for

7   Texas school districts, have you had occasion to work with any

8   school districts that use a single-member district plan for

9   electing their trustees?

13:51:14 10   **A**   I have at different opportunities.  I think El Paso, coming

11  off of their state-appointed board, was single-member district.

12  Beaumont, same thing, coming off of board of managers to

13  single-member district.  I think, also, Victoria.  I'm not sure

14  about Seguin -- are single-member districts.

13:51:34 15   **Q**   Have you been active in leadership roles in the education

16  field?  And with regard to that, let's look at page 3 of

17  Exhibit 42, your résumé, please.

13:51:44 18   **A**   I have.  You know, different roles.  During my 11 years as

19  superintendent -- it's very odd.  I don't think there's been too

20  many second presidencies of the Texas School Alliances.  So

21  there's 34 of the larger districts in Texas that work on

22  assisting lawmakers with public policy, and I was able to serve

23  twice as president of that organization during my 11 years.

13:52:07 24   **Q**   With regard to your involvement with community boards or

25  organizations active in the Spring Branch district, let's look

*Mr. Abrams Direct of Duncan Klussmann*

1    at your résumé on pages 3 and 4.

13:52:15  2       Can you tell Judge Lake a little bit about what your

3    community activity has been from the standpoint of board

4    service?

13:52:22  5    **A**    Yes.  I'm very honored to be on the United Way Community

6    Impact Committee, and had been on the United Way board and

7    executive committee before.  Also, I'm on the board of

8    SpringSpirit Baseball, which is an incredible nonprofit really

9    working in the Northbrook area of the school district.

13:52:40 10       I had served on the OneGoal board.  I no longer serve on

11    that board, but I've stayed very involved within the system.

13:52:49 12    **Q**    What is the SpringSpirit program, and where is it

13    specifically located in Spring Branch?

13:52:53 14    **A**    So it's an incredible program.  It's on Pitner Road, this

15    most impoverished area of the district about a mile long,

16    mile-and-a-half long road that has just thousands of apartments

17    on it, you know, hundreds of apartments on each side of the

18    road.

13:53:07 19       They went into areas -- it's an area that was a great

20    struggle within the community, and there was a old apartment

21    complex that was torn down, and this nonprofit out of the

22    community went in and bought the property and put in a

23    million-dollar AstroTurf baseball field right in the community

24    and is very engaged in supporting that community.

13:53:30 25       They came to me initially when I was superintendent and

*Mr. Abrams Direct of Duncan Klussmann*

1  said their idea, and I was like, you know, "You do that, we're

2  all in.  We will do whatever it takes to get kids engaged in

3  this program."  And it's just -- it's a group that really has

4  the best interest in mind for really helping students in that

5  area.

13:53:46 6  Q   I want to zero in on the location of that.

13:53:49 7          MR. ABRAMS:  Richard, let's look at Plaintiff's

8  Exhibit 24, please, which is the map of the proposed

9  illustrative districts.

13:53:56 10          And if you could blow that up, please.

13:54:00 11          No, Exhibit 24.  There you go.  Thank you.

13:54:03 12  BY MR. ABRAMS:

13:54:03 13  Q   Can you tell Judge Lake where, within Exhibit 24, the

14  SpringSpirit facility is located?

13:54:10 15  A   It's off of Pitner, but it's in -- around in that zone, or

16  what we're calling the single-member District 1, in that area.

17  It actually -- on the slide that they had that you took away,

18  Panda Path is really right in that same area.

13:54:25 19  Q   What's the proximity of the SpringSpirit facility you

20  described to another facility that is known as the Spring Branch

21  Family Development Center?

13:54:34 22  A   Just down the street from it.

13:54:36 23  Q   What are the demographics generally of the area surrounding

24  the SpringSpirit facility and the Spring Branch Family

25  Development Center?  Is that the street you mentioned?

*Mr. Abrams Direct of Duncan Klussmann*

13:54:46  1    A    It's overwhelmingly Hispanic, low-income community.

13:54:50  2    Q    What is the Spring Branch Family Development Center?

13:54:54  3    A    It was a center that -- we were very fortunate to have a

4    church in there called Chapelwood United Methodist that had, at

5    one time while I was superintendent, 17 to 19 programs

6    supporting the district.  A group out of there came in, again to

7    an area where there was blighted property and built the center

8    that provides medical, I think Boys and Dads Club -- or the Boys

9    Club has been there, Boys and Girls Club, different

10    opportunities.

13:55:20  11        The school district, before I was superintendent, actually

12    contracted with the organization to put a pre-K center in the

13    facility also, and so it was just a very supportive -- there was

14    always an annual kind of, you know, immunization drive and

15    health fair at the beginning of the year.  So just a very

16    supportive organization for the community and providing a very

17    impoverished community with support.

13:55:48  18    Q    Are you familiar with the ethnic and economic

19    characterizations of the neighborhood around the SpringSpirit

20    and Family Development Center facilities?

13:55:56  21    A    Yes.

13:55:57  22    Q    What -- what are the ethnic groups, and what is the economic

23    status of that area?

13:56:02  24    A    Very overwhelmingly Hispanic and low income.

13:56:07  25    Q    With regard to language, what's the predominant language in

*Mr. Abrams Direct of Duncan Klussmann*

1  that community in and around the SpringSpirit and Family

2  Development Center?

13:56:15 3  **A**   Predominantly Hispanic.

13:56:16 4  **Q**   Broadening out your focus a little bit to the area that's

5  been marked and proposed as Illustrative District 1 on

6  Plaintiff's Exhibit 24, are you familiar with the ethnic,

7  economic, and language characteristics of that larger area in

8  which SpringSpirit and the Family Development Center are both

9  located?

13:56:35 10  **A**   Yes.  Predominantly Hispanic, low income in that whole -- in

11  that whole area.

13:56:40 12  **Q**   I don't want to belabor it, I know you don't want to talk

13  about it a lot, but let's look at your résumé on page 3,

14  Exhibit 42.

13:56:48 15      You've received a number of professional recognitions

16  during your term and service in the education field, have you

17  not?

13:56:56 18  **A**   I was fortunate to, yes.

13:56:57 19  **Q**   Okay.  Now let's turn more specifically to what you know

20  about Spring Branch.  We're going to now turn to what I call

21  topic one, the location and ethnic and economic demographics of

22  the district.  I want to give the Court a snapshot of the

23  district when you worked there and the like.

13:57:15 24      We talked briefly about where the district is located.

13:57:18 25          **MR. ABRAMS:**  Could we see Exhibit 102 again, please,

*Mr. Abrams Direct of Duncan Klussmann*

1 Richard?

13:57:25 2          If you can blow that up.

13:57:27 3 **BY MR. ABRAMS:**

13:57:28 4 **Q** So you already placed us geographically on where the

5 district is.

13:57:32 6     It's west Harris County, right?

13:57:34 7 **A** Yes.

13:57:34 8 **Q** And city of Houston and several -- I think it's five or six

9 Memorial Villages comprise the district?

13:57:41 10 **A** Correct.

13:57:41 11          **THE COURT:** Let me ask a question. What -- where in

12 this map are -- is the city of Houston found? Show us with your

13 pointer please.

13:57:51 14          **MR. ABRAMS:** Yeah. Out -- let me say what's not. The

15 Memorial Villages are embedded in -- and we'll have another

16 graphic, which may be a little more clearer, Judge. The

17 Memorial Villages are embedded in the district, and everything

18 that is not within the Memorial Villages is in the city of

19 Houston. And so let's -- let's see if we can take a look at --

13:58:10 20          **THE COURT:** Well, I mean, are they -- well, maybe my

21 question's not clear enough.

13:58:14 22          **MR. ABRAMS:** Let's -- would you blow that up, Richard,

23 please? Let me see if you can blow up Exhibit 102.

13:58:25 24          Magnify it. There you go.

13:58:28 25          Okay. So the so-called Memorial Villages, Judge, are

*Mr. Abrams Direct of Duncan Klussmann*

1    Hunters Creek, Hedwig, there's a Piney Point and --

13:58:33  2              THE COURT:  I know where they are.  What I don't know

3    is --

13:58:35  4              MR. ABRAMS:  Everything else.  Everything else.

13:58:38  5              THE COURT:  Point out where the "everything else"

6    would be.

13:58:40  7              MR. ABRAMS:  Okay.  Again, don't hold me to it, but,

8    crudely, it's everything west of the villages all the way out to

9    the Energy Corridor.  It's everything north of 10, with the

10   exception of Spring Valley Village, which is here

11   (indicating) -- we'll have a better graphic for you later --

13:58:55  12             THE COURT:  Okay.

13:58:55  13             MR. ABRAMS:  -- and Hilshire Village, which is located

14   here (indicating).  Let me see if I can jump to --

13:59:00  15             THE COURT:  That's sufficient.  I just wanted an

16   overview.  Thank you.

13:59:05  17             MR. ABRAMS:  Yes, Your Honor.

13:59:09  18             Let's look, Richard, at Plaintiff's Exhibit 9.

13:59:11  19   BY MR. ABRAMS:

13:59:11  20   Q   I want to talk with you, Dr. Klussmann, with the election

21   precincts in Spring Branch.

13:59:19  22       Is it the case that Spring Branch, at some point, adopted

23   the middle school enrollment zones as its election precincts for

24   voting?

13:59:28  25   A   Yes, it is true.

**Mr. Abrams Direct of Duncan Klussmann**

13:59:29 1  Q   And with regard to Exhibit 9, were these the election

2  precincts in place when you left as superintendent?

13:59:38 3  A   I think so.

13:59:39 4  Q   And when you were superintendent after the system was

5  adopted, where did the voters vote on Election Day?

13:59:46 6  A   On Election Day, they voted at the middle school locations.

13:59:49 7  Q   And there were seven zones and seven middle school

8  locations, correct?

13:59:53 9  A   Seven middle schools, correct.

13:59:55 10  Q   Okay.  And Exhibit No. 9 identifies the location of the

11  schools.  The -- the vision -- the version on the monitor is

12  easier to see than the version on the screen.

14:00:07 13      If we want to look at middle schools, the key is in the

14  upper right-hand corner of the document, correct?

14:00:13 15  A   Correct.

14:00:13 16  Q   Middle schools are green dots, correct?

14:00:15 17  A   Correct.

14:00:16 18  Q   So if we look in the Landrum Middle zone, which is in red on

19  Exhibit 9, we'll see a green dot, and that's where Landrum

20  Middle School is, correct?

14:00:25 21  A   Correct.

14:00:27 22  Q   Forty-one?

14:00:29 23  A   Yes.

14:00:30 24  Q   Okay.  Let's go back out just briefly.

14:00:32 25      You talked a moment ago about the location of Panda Path,

*Mr. Abrams Direct of Duncan Klussmann*

1    the Family Development Center, and SpringSpirit.

14:00:40  2        On the map, there are yellow dots for pre-K centers, and

3    can you tell Judge Lake where that area was you were describing

4    around the pre-K, the Family Development Center, and

5    SpringSpirit?  Is that 129, the yellow dot?

14:00:57  6    **A**    Yes.  It's 129, and then the 105 is Hollibrook Elementary

7    School.  So it's just north of that 105, and 129 sits in that

8    area.

14:01:11  9    **Q**    Let's look, for clarity, at Exhibit 104.  This is going to

10    be the same map of the election precincts, but we've taken off

11    some of the schools just so it's a little easier to understand

12    the geography.

14:01:25  13        From time to time, we're going to be referring to the

14    election precincts and the middle school enrollment zones

15    interchangeably because they're one and the same, correct?

14:01:34  16   **A**    Correct.

14:01:36  17   **Q**    I now want to talk to you a little bit about the

18    demographics in the district.

14:01:40  19            **MR. ABRAMS:**  Let's look at Plaintiff's Exhibit 103,

20    please.

14:01:46  21   **BY MR. ABRAMS:**

14:01:46  22   **Q**    Do you recognize Exhibit 103 as a document that is taken

23    from the district's website?

14:01:50  24   **A**    Yes.

14:01:52  25   **Q**    Document 103 summarizes what, as of 2021 -- looks like

*Mr. Abrams Direct of Duncan Klussmann*

1   October 12 -- was the enrollment in the school district.

14:02:01  2       Was that, at that time, as far as you were aware, an

3   accurate enrollment figure?

14:02:06  4   **A**   Yes.  It's a little lower.  I think we had around 35,000

5   students when I retired, and I think Hispanics, at that time,

6   made up 57 percent of the -- of the district.  But it's all --

7   this looks pretty familiar with what I experienced during my

8   time as superintendent.

14:02:26  9   **Q**   And the district summarizes a number of schools, and on the

10  right-hand side of Plaintiff's Exhibit 103, the district

11  characterizes what its demographics are.

14:02:35  12      What are they?

14:02:36  13  **A**   59 percent Hispanic, 27 percent white, 7 percent Asian,

14  5 percent African American, and 2 percent Other.

14:02:45  15  **Q**   The district uses the term "economically disadvantaged."

14:02:49  16  **A**   Yes.

14:02:49  17  **Q**   What does the term "economically disadvantaged" mean in this

18  education context?

14:02:54  19  **A**   My understanding, if it hasn't changed from the federal

20  government, is if a student is on free or reduced lunch, then

21  they're considered economically disadvantaged.

14:03:04  22  **Q**   And with regard to the eligibility for free or reduced

23  lunch, what's your understanding generally about the income

24  levels that we're talking about for families?

14:03:13  25  **A**   It's very low income for a family of -- you know, typically,

*Mr. Abrams Direct of Duncan Klussmann*

1    it's a family of four, family of six, and it's a very low

2    threshold, particularly for -- for free lunch, but also for free

3    and reduced.

14:03:26 4    **Q**   Now, obviously, children don't have income.  So is this a

5    proxy for family income when determining whether or not a child

6    is economically disadvantaged?

14:03:35 7    **A**   It is.  It's a family's income and factored in with the

8    number of dependents in that family.

14:03:41 9    **Q**   So with reference to the exhibit, the district is telling us

10   that 58 percent of the children in its schools come from homes

11   and families that are economically disadvantaged, right?

14:03:54 12   **A**   Correct.

14:03:56 13   **Q**   Now let's look at the economic disadvantage statistics for

14   the district broken out by north and south side schools.

14:04:04 15            **MR. ABRAMS:**  Can we look at Exhibit 107, please,

16   Richard?

14:04:07 17            And can you blow that up just a little bit?

14:04:10 18            There we go.  Thank you.

14:04:12 19   **BY MR. ABRAMS:**

14:04:13 20   **Q**   Dr. Klussmann, this is a graphic that takes the election

21   precincts we looked at earlier, and then takes the district's

22   data and puts it on the map to show, by middle school feeder

23   pattern, what the economic disadvantaged ratios are.

14:04:30 24        Can you tell the judge what a feeder pattern is?

14:04:32 25   **A**   A feeder pattern is, typically, you would like to keep

*Mr. Abrams Direct of Duncan Klussmann*

1  kids -- it's hard to at times, but, you know, same elementary

2  moving to the same middle school to the same high school.  So

3  you'd like a series of students to move through that.  It's hard

4  to get what we call pure feeder patterns, but these kind of

5  represent what the basic feeder patterns are for each of those

6  schools.

14:04:53  7  **Q**   So, for example, Northbrook Middle has -- Hollibrook

8  Elementary students go to Northbrook Middle; is that right?

14:05:00  9  **A**   Yes.  It has -- it has -- I think, if the previous

10  graphic --

14:05:08 11         **MR. ABRAMS:**  Let's go back.  Thank you, Richard.

14:05:10 12  **A**   Yeah.  So Northbrook Middle School is showing two here, but

13  I think it would have additional elementary schools that feed

14  into it.

14:05:18 15  **BY MR. ABRAMS:**

14:05:19 16  **Q**   What is the percentage of economically disadvantaged factor

17  for the children at Hollibrook, which is one of the schools

18  located in District 1?

14:05:27 19  **A**   Almost 100 percent.  99.72.

14:05:33 20  **Q**   Let's contrast that.  So if you look across the northern

21  tier of the district, the Spring Oaks Middle, Northbrook Middle,

22  Spring Woods Middle, and Landrum Middle zones, what pattern do

23  you see as far as the economic circumstances of the families and

24  children in that part of the district?

14:05:51 25  **A**   Almost all of those schools exceed 90 percent low income.

*Mr. Abrams Direct of Duncan Klussmann*

14:05:55 1   **Q**   Now, directing your attention to the southern part of the

2   district, let's start -- let's go clock- -- basically, left to

3   right.

14:06:04 4      On the right-hand side, it's Spring Branch Middle zone,

5   with the exception of Woodview.  And let me ask you:  Is

6   Woodview on the north or south side?

14:06:14 7   **A**   It's on the north side of I-10.

14:06:16 8   **Q**   So if we exclude Woodview, because it's actually a north

9   side elementary, do you agree that the economically

10   disadvantaged ratios are substantially different from the north

11   side?

14:06:25 12  **A**   You can see it's kind of a tale of two cities.  You have

13  very low -- low on -- percent of low-income students, and you

14  actually have very affluent students, and then on the north side

15  a -- very high poverty rates.

14:06:41 16  **Q**   And to the best of your knowledge, is that pattern of

17  economic conditions that existed between the north and the south

18  side the same general pattern that existed when you were

19  superintendent?

14:06:51 20  **A**   It is.

14:06:53 21  **Q**   Now, let's look closer at the racial and ethnic

22  characteristics within the district.

14:06:58 23         **MR. ABRAMS:**  If you would, please, pull up Plaintiff's

24  Exhibit 8, please, Richard.

14:07:02 25         Judge, you earlier asked me to give you a better

*Mr. Abrams Direct of Duncan Klussmann*

1  handle on where the villages are relative to the city.

2  Exhibit 8 outlines a segment of the district, and it shows you

3  the boundaries of the so-called Memorial Villages.  Several --

4  all of -- all but two of which are on the south side.  Spring

5  Valley Village and Hilshire Village are on the north side.

14:07:24  6          So if you were to telescope out to the overall map of

7  the district, if you take out this donut hole, everything else

8  is the city of Houston, Your Honor.

14:07:35  9          **THE COURT:**  Thank you.

14:07:39  10  **BY MR. ABRAMS:**

14:07:39  11  **Q**   So this -- do you recognize the general location of the

12  so-called Memorial Villages:  Bunker Hill, Piney Point, Hunters

13  Creek, Hedwig Village, Spring Valley Village, and Hilshire

14  Village?

14:07:50  15  **A**   Yes, I do.

14:07:51  16  **Q**   Okay.  Now let's look at Plaintiff's Exhibit 106, which

17  superimposes the demographics of the Memorial Villages from

18  Plaintiff's Exhibit 44 on the map of the villages.

14:08:00  19     Can you tell us what pattern is shown in the racial makeup

20  of each of the Memorial Villages?

14:08:07  21  **A**   They're mainly Anglo communities.

14:08:13  22  **Q**   And two of the villages with largely white populations are

23  north of 10, the Spring Valley Village and Hilshire Village,

24  correct?

14:08:20  25  **A**   Yes.

*Mr. Abrams Direct of Duncan Klussmann*

14:08:22  1    Q    Is that right?

14:08:22  2    A    That's correct.

14:08:23  3    Q    All right.  Now let's look at the racial and ethnic

4    characteristics of the district having focused on the Memorial

5    Villages.

14:08:30  6              MR. ABRAMS:   Plaintiff Exhibit 105, please.

14:08:32  7    BY MR. ABRAMS:

14:08:32  8    Q    Plaintiff's Exhibit 105 is taken from the data in

9    Plaintiff's Exhibit 1 on page 10, Table 2.

14:08:45 10         Looking across the northern tier of the district, is it --

11    do you agree with me that the pattern of the racial and ethnic

12    characterization is essentially largely Hispanic?

14:08:57 13    A    Yes, that's correct.

14:08:58 14    Q    In contrast to the pattern shown on Exhibit 105 in the

15    south?

14:09:03 16    A    Correct.

14:09:07 17    Q    Now, you indicated that you started in the district at

18    Spring Branch Middle School as their principal?

14:09:14 19    A    I did.

14:09:16 20    Q    At one point, you shared with me an anecdote about an

21    experience you had on one of your first days as the principal at

22    Spring Branch Middle School that relates to this topic of

23    ethnicity.  Would you share that with us?

14:09:29 24    A    Yes.  So Spring Branch was an actually diverse campus

25    because if you consider 9 percent Hispanic or 10 percent

*Mr. Abrams Direct of Duncan Klussmann*

1    Hispanic, those are not actually real diverse campuses.  There's

2    not a real diversity of students there ethnic wise or income.

3    Spring Branch Middle School, actually, is a fairly diverse

4    campus because of the way the boundary is drawn.

14:09:49  5      On my first week on the job, starting in September -- I'm a

6    first-time principal, and you can see the blue line that goes

7    through the Spring Branch Middle School zone.  That's actually

8    I-10.  It used to also have a series of railroad tracks, if you

9    remember the railroad tracks.

14:10:04 10      And I'm on the job -- maybe third or fourth day on the job,

11   and I receive a call from a gentleman who's a parent who says to

12   me, "You can solve everything at that school if you -- if you'll

13   just draw the boundaries at the railroad tracks."

14:10:17 14          **MR. HENRY:**  I object to this testimony as hearsay from

15   a conversation of a person who's not present in the court.

14:10:22 16          **THE COURT:**  I'll take that into consideration in

17   evaluating the weight to give it.  Thank you.

14:10:26 18          **MR. HENRY:**  Thank you.

14:10:27 19   **A**   And I said, "You know sir, I just -- I just started as a new

20   principal.  I don't really have that authority, but, you know,

21   my view of this campus is it's a great campus.  The students we

22   have here are great students, and my job is to do the best job I

23   can for every student at this campus."

14:10:43 24   **BY MR. ABRAMS:**

14:10:43 25   **Q**   Let's return to the map of the middle school enrollment

*Mr. Abrams Direct of Duncan Klussmann*

1   zones, Plaintiff's Exhibit 104, please.

14:10:55  2      We've talked about the north/south orientation.  There's a

3   portion of the Spring Branch Middle School enrollment zone on

4   the north side that is districted to the south side, correct?

14:11:05  5   **A**   Correct.

14:11:07  6   **Q**   We earlier looked at the map of the Memorial Villages.

14:11:10  7      Can you tell us what is largely the geographic scope of the

8   north side of the district being districted south to

9   Spring Branch Middle?

14:11:22 10   **A**   Could you restate that?

14:11:24 11   **Q**   Yeah.

14:11:24 12      What -- where are the Memorial Villages on the north side

13   of the freeway, and how do they correspond to the portion that's

14   districted south?

14:11:32 15   **A**   So they're almost in that area where the Spring Branch

16   labeling is.  They're kind of in -- essentially in that area.

17   You have Spring Valley, and then to the east side you have

18   Hilshire Valley -- Hilshire Village.

14:11:43 19   **Q**   So the children in Spring Valley and Hilshire, which are

20   largely white communities, are districted south?

14:11:49 21   **A**   They are, correct, and there's -- yes.

14:11:52 22   **Q**   Let's look now at the district's map of high school

23   enrollment zones, Plaintiff's Exhibit 10.

14:12:00 24      Let's take a second to get oriented.

14:12:04 25      This map gives us the enrollment zones for high schools

*Mr. Abrams Direct of Duncan Klussmann*

1    broken out, and we have color coding, correct?

14:12:10  2    **A**    Correct.

14:12:11  3    **Q**    So the red color coding is the Memorial High School

4    enrollment zone, correct?

14:12:16  5    **A**    Correct.

14:12:17  6    **Q**    The maroon is the Northbrook High School zone; is that

7    right?

14:12:24  8    **A**    Correct.

14:12:24  9    **Q**    What's the gold or yellow?

14:12:27 10    **A**    The gold is Spring Woods High School, and then Stratford

11    High School.

14:12:32 12    **Q**    And we see the same pattern of certain portions north of 10

13    being districted south to Memorial High School, a largely white

14    high school, rather than north to either Northbrook or Spring

15    Woods, correct?

14:12:46 16    **A**    Correct.

14:12:48 17    **Q**    And then on the western portion of the district, similarly

18    we have a portion north of the freeway districted south to

19    Stratford, correct?

14:12:55 20    **A**    That's correct.

14:12:56 21    **Q**    Let's now look at the map of elementary school enrollment

22    zones in the district, Plaintiff's Exhibit 11, please.

14:13:07 23    Are you familiar with this map published by the district

24    back in 2021, which depicted the enrollment zones for the

25    elementary schools?

*Mr. Abrams Direct of Duncan Klussmann*

14:13:15  1   **A**   Yes, I am.

14:13:20  2                    **THE REPORTER:**  I'm sorry.  If you can get a little

3   closer to the microphone.

14:13:22  4                    **MR. ABRAMS:**  Thank you.

14:13:23  5   **BY MR. ABRAMS:**

14:13:24  6   **Q**   With regard to looking for the location of the enrollment

7   zones -- pardon me, the enrollment -- with respect to finding

8   the actual elementary campuses, those are the red dots, right?

14:13:32  9   **A**   They are.

14:13:32 10   **Q**   Each of these maps superimposes all the other campuses with

11   dots.  So it's a little busy, but if we want to know where the

12   elementary schools are, we look for the red dots, right?

14:13:43 13   **A**   Correct.

14:13:47 14   **Q**   Directing your attention to the right side of Exhibit 11, I

15   notice there's this green finger of enrollment on the north side

16   of 10 that's districted south to Hunters Creek Elementary.  Is

17   that correct?

14:14:01 18   **A**   Correct.  Yes.

14:14:02 19   **Q**   Is that, likewise, an area that is largely white as opposed

20   to Hispanic that's going north to south?

14:14:09 21   **A**   Yes.  It is today.

14:14:11 22   **Q**   And despite the proximity of that area to 115, which is an

23   elementary school, or 106, which is an elementary school,

24   those -- those children are districted in -- by virtue of what

25   the school board has done down to Hunters Creek, 107, farther

*Mr. Abrams Direct of Duncan Klussmann*

1  away?

14:14:31  2  **A**   That's correct.

14:14:31  3  **Q**   Okay.  Let's now talk about whether or not there's

4  segregation of school populations in the district.

14:14:39  5         **THE COURT:**  I think this will be a good point to take

6  a break.  We'll take a 10-minute recess.

14:14:44  7      *(Recess taken from 2:14 p.m. to 2:29 p.m.)*

14:29:28  8         **THE COURT:**  Be seated, please.

14:29:29  9         Mr. Abrams, you may continue.

14:29:33  10        **MR. ABRAMS:**  Thank you, Your Honor.

14:29:33  11  **BY MR. ABRAMS:**

14:29:33  12  **Q**   Dr. Klussmann, when we broke, we were beginning to discuss

13  again the segregation of school populations within the campuses,

14  and I'd like to look again at Plaintiff's Exhibit 105.

14:29:43  15     Do you have that before you?

14:29:49  16  **A**   I do.

14:29:49  17  **Q**   Are the racial and ethnic characteristics shown between the

18  north and the south on Exhibit 105 similar to the racial and

19  ethnic segregation that existed in the district when you were

20  superintendent?

14:30:02  21  **A**   They are.

14:30:05  22  **Q**   Let's go back briefly to Plaintiff's Exhibit 107.

23  Plaintiff's Exhibit 107 is a graphic that takes the district's

24  data for the economically disadvantaged students.

14:30:15  25     Is that pattern of economic disadvantage between north and

*Mr. Abrams Direct of Duncan Klussmann*

1   south the same or similar to when you were superintendent?

14:30:22  2   **A**   It is.

14:30:23  3   **Q**   And when you were superintendent, did you observe that there

4   were materially different parent resources available to the

5   children in the various schools?

14:30:32  6   **A**   Significantly different resources that exist between the

7   schools south of the freeway and north of the freeway.

14:30:40  8   **Q**   Is there a tradition in Spring Branch of having parental

9   support for schools through PTAs, where they exist?

14:30:47  10   **A**   There are extreme support in some of the campuses,

11   significant financial support, and, obviously, just support in

12   general.

14:30:55  13   **Q**   Do you have any recollection about the order of magnitude

14   we're talking about with regard to voluntary parental support

15   for some of the south side campuses through the PTAs through

16   their fundraisers?

14:31:06  17   **A**   Yeah.  So the -- my first exposure was when I was the

18   principal of Spring Branch Middle School and had seven

19   elementaries that fed into Spring Branch Middle School at the

20   time.  And so just, you know, learning about what we were taking

21   in or -- or what the PTA was raising at Spring Branch Middle

22   School compared to what they were at the elementaries, it got --

23   you know, I dove fairly deeply into what the elementaries were

24   raising.  And then over time -- it's just increased

25   significantly over time.

*Mr. Abrams Direct of Duncan Klussmann*

14:31:36 1    The elementary schools in that Spring Branch Middle School

2    region easily raise -- raise six figures, you know, and now

3    getting into the high -- high aspects of those dollars.  In

4    contrast -- my wife was the treasurer of the PTA at Northbrook

5    High School.  They were trying to get a PTA going, and I think

6    they had 450-, $500 in their account.

14:32:04 7  Q    So materially different resources available to children

8    through their parents, north and south?

14:32:09 9  A    Materially different resources available.

14:32:11 10  Q    And those resources are used for enrichment, are they not?

14:32:16 11  A    Well, you hope that they're used for enrichment.  That's

12    what you would like them to be used for, but, you know, I think

13    in recent times, kind of the recent history of it is my

14    understanding is some of those resources are being used to

15    supplement positions that normally would be funded by the school

16    district.

14:32:35 17  Q    Let's turn now to the second topic I indicated I wanted to

18    visit with you about:  School performance, north and south.  I'd

19    like to now direct your attention to Plaintiff's Exhibit 108.

14:32:50 20    This is derived from data on Plaintiff's Exhibit 26, the

21    TEA 2022 A to F accountability listing.

14:33:01 22    What is the TEA accountability rating system just very

23    generally?

14:33:09 24  A    It's the state system of accountability taking testing

25    results and some other factors, but mainly STAAR testing

*Mr. Abrams Direct of Duncan Klussmann*

1   results, end-of-course results, and attaching a letter grade to

2   it.  This is a negotiated piece with the legislature maybe

3   ten years ago, and they really wanted to move to an A through F

4   system.  Florida had that.

14:33:31  5       At the time, Jeb Bush, he came and spoke to the

6   legislature -- or to the committee, the Senate Education

7   Committee, and it was really a desire by the lawmakers to do an

8   A through F system.  So they now grade campuses based on

9   different factors, and they assign a letter grade to that

10  campus.

14:33:48  11  Q   Exhibit 108 has the heading "Student Achievement" as opposed

12  to a campus rating.

14:33:53  13       Is a student achievement level different from an overall

14  campus rating under the system?

14:34:00  15  A   There is an overall campus rating.  It depends on if you're

16  elementary, middle, or high school, how many factors, but

17  there's a, you know -- a kind of a debate today in education

18  between actual achievement, outright achievement, and growth of

19  student performance.

14:34:17  20       I would suspect what this slide means is, because it's

21  labeled "Student Achievement," it's looking at the factor -- the

22  letter grade assigned to the student achievement side, the

23  actual passing rate of students who are -- who are meeting the

24  state standard that they set at the state level.

14:34:35  25  Q   There are a variety of grades of A, B, and C, but then there

*Mr. Abrams Direct of Duncan Klussmann*

1  are also entries shown "not rated."  What does "not rated" mean

2  within the TEA system at that time?

14:34:45 3  **A**  So my understanding -- I think you said these were 2022

4  ratings?

14:34:50 5  **Q**  Correct.

14:34:50 6  **A**  My understanding is at the time, that the commissioner did

7  not want to continue -- or coming out of the pandemic, your

8  ratings also can affect -- your letter grade can affect whether

9  or not you have some sanctions that come along over time or --

10  it's called improvement required.  And so, essentially, you

11  didn't -- he wanted to pause that a little bit.

14:35:14 12     So what happened is -- my understanding is if it says not

13  rated, that means that campus would either be a D or F.

14:35:22 14  **Q**  So the fact that it's not rated is still some indication

15  about the student achievement performance based upon the state

16  testing, correct?

14:35:29 17  **A**  Yes.  It just means that it would have met the -- the

18  standard to assign it a D or an F at the time.

14:35:39 19  **Q**  Every school shown on Exhibit 108 on the north side feeder

20  patterns is either a C or a not rated, correct?

14:35:48 21  **A**  Correct.  For that year.

14:35:49 22  **Q**  And then with regard to the south side, there are several

23  schools in the feeder patterns that you earlier indicated are

24  actually on the north side, even though they're in a south side

25  feeder pattern.  For example, looking at the Spring Branch

*Mr. Abrams Direct of Duncan Klussmann*

1    Middle feeder pattern, Woodview Elementary is not rated, which

2    you described what that means.

14:36:09  3    Is Woodview a north side or a south side school?

14:36:13  4    **A**    It's a north side elementary school.

14:36:14  5    **Q**    Now, Valley Oaks with an A rating, actually was a north --

6    is a north side school, right?

14:36:17  7    **A**    It is.  Correct.

14:36:17  8    **Q**    So that would have been the only A-rated elementary school

9    on the north side -- frankly, the only A-rated school, I think,

10   on the north side.  Does that appear to be correct?

14:36:27 11   **A**    That's what it -- that's what it looks like.

14:36:30 12   **Q**    And then going to the left-hand side, the Spring Forest

13   Middle School feeder pattern, are either Sherwood or Thornwood

14   north side schools?

14:36:40 15   **A**    Sherwood is.  That's where our daughter went to elementary

16   school.

14:36:44 17   **Q**    Okay.  But as a general proposition, can you describe what

18   the pattern is of student achievement, which is the hard core

19   how-are-the-kids-doing grade that the TEA administers?  What's

20   the pattern between north and south?

14:36:56 21   **A**    Well, you can see that entire performance on the south side

22   of the district and greater -- greater academic challenges on

23   the north side of the challenge.

14:37:06 24   **Q**    And is this similar to the pattern that existed when you

25   were superintendent?

*Mr. Abrams Direct of Duncan Klussmann*

14:37:10  1   **A**   It is.  I think we had some scores that were a little higher

2   on the north side of the district, but the accountability system

3   in '22 was different than the accountability system in '15.

14:37:23  4   **Q**   Do these school boundaries, north and south, then generally

5   reflect different ethnic and economic communities in the

6   district?

14:37:30  7   **A**   Could you say that again?

14:37:31  8   **Q**   Do these school boundaries shown on the north and south side

9   generally reflect different ethnic and economic communities

10   within the district?

14:37:40 11   **A**   They do.

14:37:41 12   **Q**   Let's go back to look at the proposed illustrative district

13   map, Exhibit 24.

14:37:50 14       Do you have that before you?

14:37:51 15   **A**   I do.

14:37:53 16   **Q**   Do the boundaries on Exhibit 24 generally, not perfectly,

17   track the middle school enrollment zones we've just been looking

18   at?

14:38:00 19   **A**   Mostly, they do.

14:38:02 20   **Q**   And with respect to proposed Illustrative District No. 1,

21   can you tell the judge whether or not the population of that

22   proposed district generally is of a common ethnicity?

14:38:14 23   **A**   Yes, it is.

14:38:15 24   **Q**   What is it?

14:38:16 25   **A**   Mainly Hispanic.

*Mr. Abrams Direct of Duncan Klussmann*

14:38:17  1  **Q**   Can you tell Judge Lake whether or not the population in

2  proposed Illustrative District 1 generally shares a common

3  language?

14:38:25  4  **A**   It does.

14:38:26  5  **Q**   And what is that?

14:38:27  6  **A**   Hispanic.

14:38:29  7  **Q**   Similarly, can you tell Judge Lake whether or not the

8  communities in proposed District 1 generally share a common

9  culture?

14:38:36  10  **A**   Yes, they do.

14:38:37  11  **Q**   And what is that?

14:38:38  12  **A**   Mainly Hispanic culture.

14:38:41  13  **Q**   With respect to proposed Illustrative District No. 1, do the

14  residents in that district generally share common income levels?

14:38:49  15  **A**   Yes, they do, in general.

14:38:51  16  **Q**   And what's the factual basis for your knowledge about this

17  illustrative District 1?

14:38:55  18  **A**   Working with the communities; looking at their percent of

19  free and reduced lunch for each campus; just knowing

20  particularly the impact of Pitner Road and the poverty that

21  exists on Pitner Road.

14:39:09  22  **Q**   Now, let's turn to the third topic.  I suggested we would

23  visit about governance issues.  Now I'm talking specifically

24  about Spring Branch ISD governance.

14:39:20  25      How many trustees are on the school board in Spring Branch?

*Mr. Abrams Direct of Duncan Klussmann*

14:39:23  1    **A**    There's seven.

14:39:23  2    **Q**    And how are they elected?

14:39:25  3    **A**    They're elected at-large.

14:39:27  4    **Q**    What does that mean?

14:39:28  5    **A**    Means that even though they represent a place at -- like

6    Place 1, everyone in the district, the whole boundaries of the

7    district votes for everyone.

14:39:40  8    **Q**    Could you describe the role of the board in ed- -- in

9    executing the educational plan for the district as opposed to

10    the role of the superintendent and staff?

14:39:50 11    **A**    Well, the board has an intense role.  They're the ultimate

12    leadership, ultimate decision-making body in the system.  You

13    know, often sometimes superintendent positions get a -- get a

14    focal point because they're the CEO of the system, but at the

15    end of the day, nothing moves forward in a system unless the

16    board approves it, whether they approve it in policy or whether

17    they approve it in their budget or when they're selecting the

18    superintendent, which is a critical position of the board.

14:40:19 19        So the board is the ultimate decision-making body in the

20    school system.

14:40:25 21    **Q**    With respect to your experience both as an educator and now

22    as a academic, do you believe there's any importance to racial

23    or ethnic diversity in educational leadership?

14:40:37 24    **A**    I think there's a -- racial and ethnic leadership, but

25    particularly life experiences that -- and just the life

*Mr. Abrams Direct of Duncan Klussmann*

1    experiences and understanding those life experiences to make

2    sure that policies being developed in the way that serves the

3    students the best and the community the best.

14:40:54  4    **Q**   Can an individual trustee influence the decisions that a

5    superintendent and administrative staff make about the

6    operations of the district?

14:41:03  7      For example, we're talking about a proposed plan that

8    might, hypothetically, only involve one majority-minority

9    district, although there might be more.  Can an individual

10   trustee make a difference?

14:41:15  11   **A**   Oh, greatly.

14:41:16  12   **Q**   How?

14:41:16  13   **A**   Well, it's the only time in your life you have seven bosses,

14   and so you have seven equal bosses.  And elected officials,

15   which I've been an elected official before -- elected officials

16   are duly elected the same across -- you know, they have the same

17   equal weight as individuals.  They want to make sure they're

18   treated that way, too.

14:41:36  19      And so school board members have a -- a great influence on

20   decisions that superintendents and educational leaders are

21   making within their system.

14:41:46  22   **Q**   Even though they may not comprise a majority of the board?

14:41:49  23   **A**   Even though they may not comprise a majority, they should

24   act as -- a body corporate, you know.  It's -- you need four

25   votes to move things forward, but when you're in a

*Mr. Abrams Direct of Duncan Klussmann*

1   superintendent role, and you have seven bosses and seven votes

2   that are going to occur, and you're needing to take items to

3   them to approve, you have to pay attention to the desires and

4   the -- and the -- the guidance of each of those individual

5   members.

14:42:14   6       And so they each have an influence on you, on how you're

7   moving forward, how you're designing solutions to problems, the

8   initiatives that you're moving forward.  They have a great

9   impact on what you're -- what you're going to do.

14:42:28   10      When I -- when I first became superintendent of

11   Spring Branch, we were in a crisis of leadership.

12   Superintendent was asked to leave.  I was named interim

13   superintendent, and we really had to spend time to get the

14   system back in an operating function, and the board's critical

15   in that.

14:42:45   16      And their guidance on how you're going to do that and the

17   decisions you're going to make and the things you're going to

18   bring to them -- because superintendents just bring items to

19   them to consider.  They have great influence on the decisions

20   you make and what you're able to feel comfortable in moving

21   forward and bringing forward in a public setting to get approval

22   on.

14:43:05   23   Q   Are you familiar with the role that an individual trustee

24   can play concerning bringing about what turns out to be

25   differential treatment and resources or programming or staffing

*Mr. Abrams Direct of Duncan Klussmann*

1    in the district even though it's a vote of one?

14:43:20   2    **A**    Even though it's a vote of one, you can -- you can -- one

3    person can greatly influence it.  I'll give you a good example.

4    One thing that districts really want to do, that they want to

5    have a, you know -- a unanimous vote on is when they call a bond

6    election.  So individual board members can have great influence

7    on what's in those bond packages and how the bond package

8    approaches -- you see this across school districts across the

9    state.

14:43:50  10    Because -- because you need -- you really want seven votes,

11    you don't really want to take a bond package to the public on

12    the split vote of the board.  So you can have situations

13    where -- where board members influence that.  I saw that after I

14    retired.  I actually saw that happening in the 2017 bond.

14:44:10  15    I was -- couple board members reached out to me, the

16    superintendent reached out to me, and in that case, you can see

17    the results of some of those interactions that occurred, I mean,

18    between the board and the superintendent.  For example, four

19    high schools -- traditional high schools, very good -- three of

20    the four really strong drama programs, theater programs,

21    producing students who go off to, you know, Broadway and are

22    just very successful.

14:44:43  23    One of -- you know, a north side campus, Spring Woods High

24    School, which has really, probably, the most -- the auditorium

25    in most need, did not get an auditorium in the bond program, but

*Mr. Abrams Direct of Duncan Klussmann*

1    Stratford High School, which has a great program, but Spring

2    Woods has a really solid program, got a brand new auditorium.

14:45:03 3    **Q**    Spring Woods is located where, and Stratford is located

4    where?

14:45:06 5    **A**    Spring Woods is located north of the freeway.  Stratford's

6    located south of the freeway.  I think you saw that occur.

14:45:12 7        You also saw an initial -- in the initial reports of

8    facility needs, you didn't see Memorial High School at the level

9    that eventually it was approved in the bond.  You saw, like, a

10    new analysis done, and all of a sudden there -- the -- the

11    amount went to $100 million to apply at Memorial High School.

12    You know, I thought that was really interesting at the time

13    because it was -- it was -- there was one analysis done, and

14    then a new analysis, kind of this updated amount.

14:45:45 15        So board members can greatly influence how those decisions

16    are made as you go through and you make those decisions.  And,

17    you know, like Spring Woods High School, they had a young girl

18    who -- she played Tina Turner in London, you know.  I mean,

19    these are incredible programs, and that group -- that theater

20    group, at a very high-poverty campus that needs great programs

21    for kids to be exposed to, is sitting without a new auditorium

22    whereas really, the other three schools -- even Northbrook High

23    School, it's an older auditorium, but in much better shape than

24    Spring Woods High School.

14:46:22 25        So it can greatly influence, and superintendents across the

*Mr. Abrams Direct of Duncan Klussmann*

1    state have to manage that when they're putting bond packages

2    together.

14:46:28 3    **Q**    I want to turn now to the subject of public discussion in a

4    board meeting and what's called executive session discussions,

5    all right, sir?

14:46:36 6    **A**    Yes.

14:46:37 7        Can I mention one thing I forgot to mention?

14:46:40 8    **Q**    Yes, sir.

14:46:41 9    **A**    I think, if you look at the history -- I've done this with

10    my classes.  I have them look, in their districts, at the

11    history of bond issues.  I think you would probably see a stark

12    difference.  I saw this when I was looking at the history of

13    bonds before we did 2017.  I only did one bond in my 11 years.

14:46:55 14        But I think if you look at the resources allocated,

15    particularly to the high schools, I think you would see a

16    significant difference in resources allocated between the north

17    side and the south side schools.  And I think you would see that

18    historically over time, not only present day and what I

19    mentioned in 2017, but you would see that over time.

14:47:14 20        **MR. HENRY:**  Your Honor, I object because I think he's

21    testifying about numbers, facts, figures that are discernible,

22    and that would be hearsay.  But we don't have a proper

23    foundation laid.  We're not looking at those documents and those

24    numbers.

14:47:25 25        **THE COURT:**  I'll take your objection -- objection's

*Mr. Abrams Direct of Duncan Klussmann*

1   overruled.  I'll consider that in determining the weight.

14:47:32  2          Go ahead.

14:47:32  3          **MR. HENRY:**  Thank you.

14:47:33  4   **BY MR. ABRAMS:**

14:47:33  5   **Q**   Dr. Klussmann, you made mention anecdotally about

6   circumstances between Spring Woods on the north and Stratford on

7   the south, and you mentioned Memorial on the south.

14:47:43  8          As a general proposition, where -- what high school

9   enrollment zones, as a general proposition, have all of the

10   trustees in the school district, during recent past, had their

11   students go through?

14:47:56 12   **A**   Well, it's been -- it's -- there's been some patterns over

13   time, but I think the current pattern is Memorial High School

14   has the majority -- or the highest number of trustees in that

15   area.

14:48:07 16   **Q**   And with regard to the remainder of the trustees, realizing

17   that from time to time there's someone from Spring Woods on the

18   board, are the remainder of the trustees generally Stratford?

19   It's Memorial and Stratford enrollment zone parents who have

20   served on the school board?

14:48:21 21   **A**   It's been over a majority, most of the time.  There have

22   been -- when I came to the district in '96, you had two or three

23   members that were -- lived north of the freeway, but over time

24   it really has been -- in my time in the district it's been

25   mainly Stratford and Memorial.

*Mr. Abrams Direct of Duncan Klussmann*

14:48:38 1  Q    Now, returning to this subject of the difference between

2  public discussion and executive session discussions, I believe

3  you indicated you've actually been an elected official in the

4  past.  What was that?

14:48:47 5  A    I was a city council member in the city of Jersey Village.

14:48:51 6  Q    All right.  In that capacity and as superintendent, did you

7  become familiar about the difference between discussions that

8  the school board conducts or public bodies conduct in public as

9  opposed to executive session?

14:49:02 10  A    Yes.

14:49:03 11  Q    What's an executive session?

14:49:04 12  A    So executive session's allowed by law.  There's six or seven

13  factors, I think, or eight factors that allow individuals to --

14  or boards to go into executive session, and they're typically

15  discussing sensitive matters.  So it could be -- a personnel

16  matter could be sensitive.  Could be -- the purchase or sale of

17  property could be sensitive; to consult with your attorney.

18  Lawsuits -- to, you know, discuss lawsuits and those strategies.

14:49:31 19       So, you know, there are specific areas that you can go into

20  executive session.

14:49:37 21  Q    Are budgetary matters, matters that are occasionally

22  discussed in executive session?

14:49:44 23  A    Well, they really shouldn't be.  Budgetary matters,

24  contracts, things should not be discussed in executive session

25  unless there is an issue that fits into one of those other

*Mr. Abrams Direct of Duncan Klussmann*

1    categories.  It could be personnel.  So if you're cutting

2    personnel, you want to talk about individual positions, people,

3    you should do that in executive session.  It's a sensitive

4    matter.

14:50:03    5        But budget discussions in general should be in front of the

6    public in the open session.

14:50:10    7    Q    Is having a voice at the table in an executive session

8    important?

14:50:17    9    A    Extremely important because typically, in most cases, you're

10   going to come out and maybe make some decision.  There's going

11   to be a vote of the board.  So -- excuse me.  So if, you know --

12   depending on the conversation in the back, sometimes things

13   aren't -- aren't -- you know, the superintendent may make a

14   recommendation, but depending on the conversation that's

15   occurring in the back, the board may not be trending in that

16   recommendation or may be reforming a recommendation or a

17   decision.

14:50:47   18        They can't make a decision in the back, but they can have a

19   discussion about it.  It can be -- become obvious maybe they're

20   not going to go with the recommendation, and they're going to

21   come out and make a different motion or vote a different way.

22   So it's a very important piece that leads to, sometimes right

23   after those sessions, very important decisions.

14:51:07   24    Q    Are you aware of recent decisions by the Spring Branch ISD

25   board to close certain schools as part of a program to cut the

*Mr. Abrams Direct of Duncan Klussmann*

1  district's budget in light of issues with state funding?

14:51:19  2  **A**   I am -- am aware of those items.

14:51:21  3        **MR. ABRAMS:**  Let's look at Plaintiff's Exhibit 139,

4  please.

14:51:29  5  **BY MR. ABRAMS:**

14:51:29  6  **Q**   Plaintiff's Exhibit 139 depicts a variety of programs.

14:51:34  7      Are you aware that this depicts the schools and academic

8  programs through the SKY program that were closed by a vote of

9  the school board last year?

14:51:46  10  **A**   Yes.  Three of those campuses that are depicted here were

11  part of something called the SKY Partnership.

14:51:54  12  **Q**   You earlier talked about the SKY Partnership.  Would you

13  just refresh our recollection about what that consists of?

14:51:58  14  **A**   Yes.  So there was a provision in the law that allowed for a

15  program charter, and to try -- we had very two -- we had two

16  very successful charter schools in the district run by the

17  district, and my thought was -- at those two campuses,

18  Cornerstone and Westchester, we had 250-plus families on wait

19  lists, and they were at campuses that we had closed years ago;

20  had not really, at that time, upgraded those campuses very much,

21  but we had very successful programs.

14:52:25  22      And I thought to myself if we did that same thing in -- in

23  this very impoverished area where we were, at times, losing kids

24  to staying in their neighborhood school, would they then stay in

25  their neighborhood school?  So we formed a partnership with KIPP

*Mr. Abrams Direct of Duncan Klussmann*

1  public schools, charter school network, YES Prep public school,

2  two very well-known high-performing charter school networks, and

3  they came in to Northbrook Middle School, Landrum Middle School,

4  and Northbrook High School and ran a school-within-a-school

5  program, first of its kind in the state of Texas, and it --

6  we -- you know, the goals of that program were to increase

7  the -- the enrollment at those campuses.

14:53:10  8      Obviously, it didn't improve performance over time.  We had

9  the T-2-4 goal to get more kids into higher ed.  KIPP and YES

10  Prep had a very good track record of taking low-income students

11  and getting them successfully in and through higher education.

14:53:27  12      So it was a natural partnership, and we formed that

13  partnership at those three campuses.

14:53:31  14  Q   With reference to Exhibit 139, if we look at the key in the

15  lower left-hand corner, the red Xs depict school closures that

16  the board of trustees decided in the last year.  Those are which

17  campuses?

14:53:47  18  A   Treasure Forest Elementary School, Panda Path, and then --

19  which is a -- was a early childhood campus, and Spring Shadows

20  Elementary.

21  Q   And with respect to the school closures, are the school

22  closures at Panda Path and Treasure Forest within the proposed

23  Illustrative District 1?

14:54:10  24  A   Yes, I believe they are.

14:54:12  25  Q   And then you mentioned the SKY partnership.

*Mr. Abrams Direct of Duncan Klussmann*

14:54:15  1      The district board also eliminated the SKY partnership,

2  correct?

14:54:20  3  **A**   Yes, they did.

14:54:21  4  **Q**   And the SKY partnership, according to the key, is

5  represented by the little yellow circle with the dash through

6  it.

14:54:27  7      Those schools weren't closed, but the SKY program at those

8  schools was terminated, correct?

14:54:32  9  **A**   Yes.  There was a contract, and that contract was terminated

10  to not provide that program anymore on those campuses.

14:54:39 11  **Q**   And with respect to the children that went through the SKY

12  partnership, Treasure Forest, Panda Path, Landrum Middle and the

13  like, are those children whose parents resided in District 1 for

14  the most part?

14:54:53 15  **A**   Yes.

14:54:57 16  **Q**   All right.  Now let's look at topic four, the electoral

17  system.

14:55:02 18      At one point in your work with Spring Branch, were you

19  responsible for helping to oversee elections?

14:55:08 20  **A**   I was.  When I was the assistant superintendent for finance

21  and operations, that fell within the division that I led.

14:55:16 22  **Q**   I want to talk to you about what the voting locations and

23  the polling sites were when you began with the district.

14:55:23 24      One time, polling locations were located where?

14:55:25 25  **A**   They were at elementary schools.

*Mr. Abrams Direct of Duncan Klussmann*

14:55:27 1  **Q**   Let's look at Plaintiff's Exhibit 11, please, again.

14:55:34 2      So you earlier told us the red dots are the elementary

3  schools.

14:55:38 4      So on Election Day, when polling was at the elementary

5  schools, people would go to their closest elementary school,

6  correct?

14:55:46 7  **A**   Correct.

14:55:48 8  **Q**   And there were how many elementary school polling locations?

14:55:52 9  **A**   I think 25 or 26.

14:55:55 10 **Q**   Now, at one point in time in 2012, the district changed the

11 number and location of its Election Day voting --

14:56:03 12 **A**   We did.

14:56:04 13 **Q**   -- sites.

14:56:04 14     Why?

14:56:05 15 **A**   Well, the state had come to us -- you had the changes in

16 election law.  The state had come to -- or the county had come

17 to us, who we rented our machines from, we would get our

18 machines from, and they indicated that they may not be able to

19 meet our -- our demand for those machines at the time when we'd

20 have our election.

14:56:26 21     Typically, in Spring Branch, they had their board elections

22 in May, not November, and, also, you could call a bond election

23 at some time.  So they indicated to us that we could not --

24 unless we moved to November, we couldn't necessarily rely on

25 having them available to us.  So we, at the time, looked at, you

*Mr. Abrams Direct of Duncan Klussmann*

1    know, it may be time to purchase our own equipment.

14:56:49  2        Also, it was becoming increasingly harder to staff 25,

3    26 polling locations, and they were polling locations.  And so

4    we were concerned about that at the time, also.  So there was

5    a -- some conversation went on, and we decided to move to middle

6    school attendance zones and conduct our own elections with our

7    own equipment.

14:57:13  8    Q    And the consequence of voting on Election Day at middle

9    schools rather than elementary schools was what as far as the

10   number of voting locations?

14:57:25 11   A    We went from, I guess, 25 or 26, to seven on Election Day.

14:57:30 12   Q    Do you recall anyone on the school board talking about the

13   impact that reducing the number of voting locations would have

14   on the access to voting sites by members of the Latino or

15   Hispanic community?

14:57:45 16   A    I do think -- I think, in general, there was some

17   conversation because you're going to fewer places, so longer

18   travel.  There was some conversation about that.  I think we

19   increased the early voting.  We used to only have it at the ad

20   building, so I think we increased that a little bit.

14:58:02 21        So there was some conversation, but I feel like the

22   majority of time our decision-making at the time -- my

23   recommendation, the decision-making of the board at the time was

24   really around the financial implications of it.

14:58:15 25   Q    Did anyone analyze the impact of changing the number of

*Mr. Abrams Direct of Duncan Klussmann*

1   voting locations dramatically from 25 to seven would have on

2   access to voting?

14:58:24 3   **A**   I don't recall any statistical analysis other than just, in

4   general conversation, what would this do.  If we -- you know,

5   would it make it harder for people?  Would it affect the turnout

6   that we had within the system?

14:58:37 7   **Q**   Was there ever any analysis of what impact that change had

8   on voting?

14:58:41 9   **A**   I don't recall.  I mean, we had to file for preclearance,

10   but I think that was -- I don't recall a large analysis as part

11   of that filing.

14:58:49 12   **Q**   Let's now turn from Election Day voting to early voting, all

13   right, sir?

14:58:55 14   **A**   Sure.

14:58:55 15   **Q**   Let's look at Plaintiff's Exhibit 110.

14:59:01 16    Exhibit 110 is taken from Plaintiff's Exhibit 12, and it

17   maps the sites of the early voting locations in the school

18   district before the May '22 election when the district added

19   another site.

14:59:14 20    Are you familiar with the locations that the district

21   adopted for early voting when it went away from the 25

22   elementary schools to seven middle schools?

14:59:25 23   **A**   Yes.  This looks familiar.

14:59:26 24   **Q**   And I think you told us that at one point, before that

25   change was made, there was only one early voting location, and

*Mr. Abrams Direct of Duncan Klussmann*

1    that was at the ad building?

14:59:34  2    **A**    That's what I recall.  In the early days, the ad building

3    had an early voting location.

14:59:39  4    **Q**    And although it's not labeled that way, is the Spring Branch

5    administration building the site located at 955 Campbell on

6    Exhibit --

14:59:47  7    **A**    That's correct.

14:59:47  8    **Q**    -- on this Exhibit 10 -- 110?

14:59:50  9    **A**    That's correct.

14:59:51 10    **Q**    So when all the elementary school Election Day locations

11    were eliminated as voting locations, and the district increased

12    its early voting locations, do you agree that none of the early

13    voting locations were located in the area that would be covered

14    by proposed District No. 1, the Northbrook Middle, Landrum

15    Middle zone?

15:00:15 16    **A**    That's correct.

15:00:15 17    **Q**    Three of the four locations were south of I-10 in the Spring

18    Forest, Piney Point, and heart of the -- I guess that's either

19    Bunker Hill or Hunters Creek by the ad building?

15:00:26 20    **A**    Yes.  The Woodview [sic] locations, because it was a joint

21    election with one of the villages.  And so I think that's their

22    city hall location.

15:00:33 23    **Q**    And then the Westview location, it's north of 10, but do you

24    recall we earlier looked at the location of Hilshire Village?

15:00:41 25         Was the only northern early voting location the district

*Mr. Abrams Direct of Duncan Klussmann*

1    adopted within the village of Hilshire Village?

15:00:49 2    **A**    I believe so.  I believe that corner of the property -- that

3    corner of the -- between Wirt and Westview is in Hilshire

4    Village.

15:00:56 5    **Q**    And having looked back at the demographics, do you agree

6    with me that every early voting location that the district

7    established before May of 2022 was located within an area that

8    was a majority white area?

15:01:15 9    **A**    I would -- I think so.  Yes, I think it -- Hilshire would

10   definitely probably be that way, and -- during my time, and also

11   Dairy Ashford and the ad building.

15:01:32 12   **Q**    Was any minority or person of color elected to the board of

13   trustees during the period of time you served as an employee of

14   the district from 1996 to 2015?

15:01:42 15   **A**    Not that I know of, no.

15:01:43 16   **Q**    Now, the records reflect that there was one trustee named

17   Chris Gonzalez before this lawsuit was filed who was elected to

18   the school board.

15:01:52 19       Was and is Ms. Gonzalez Hispanic or Latino?

15:01:55 20   **A**    Not to my understanding, she's not.

15:02:00 21   **Q**    Have the patterns of voting in Spring Branch for the

22   trustees changed over time?  At one time, we talked about the

23   fact there were 25 Election Day voting locations and one early

24   voting location, and now it's moved to seven Election Day voting

25   locations and, at least as of May '22 -- before May of 2022,

*Mr. Abrams Direct of Duncan Klussmann*

1     four early voting locations.

15:02:24  2         Has the ratio of Election Day to early voting changed over

3     time?

15:02:28  4     **A**    During my time, it was changing significantly where early

5     voting was increasing greatly as a percentage because of changes

6     in the law around early voting, and so it was increasing

7     drastically.

15:02:40  8         And I do remember, like in the bond program in 2007,

9     looking at the early numbers and realizing that it would be very

10    hard on Election Day to catch up to the lead that we had, doing

11    that analysis when those early -- early votes first came out.

15:02:57 12    **Q**    Is it, then, the case that the role of early voting has

13    changed and increased dramatically in the results of

14    Spring Branch trustee elections since this change was made in

15    the voting locations?

15:03:08 16    **A**    I believe so.

15:03:09 17    **Q**    All right.  Now I want to turn to the fifth topic I told you

18    we'd visit about, the question of at-large versus single-member

19    election methods.

15:03:19 20        From your work as a consultant, as well as your prior work

21    as a superintendent, are you generally familiar with districts

22    that use the single-member district mechanism?

15:03:30 23    **A**    I am.

15:03:31 24    **Q**    Do you have an opinion generally about how at-large versus

25    single-member structures affect board governance?

*Mr. Abrams Direct of Duncan Klussmann*

15:03:39  1   **A**   Well, in working directly with -- in working directly with

2   the districts where I've presented to boards or had board

3   interaction, I haven't sensed any difference from that

4   standpoint of working with them directly.  The questions they

5   ask, their engagement in the -- in the conversation, I haven't

6   noticed that it's any -- any different from a governance

7   standpoint as far as the way they interact with me or ask me

8   questions.

15:04:10  9   **Q**   Do you agree that Spring Branch is a majority-minority

10   district as far as its student population is concerned?

15:04:18 11   **A**   Definitely.

15:04:19 12   **Q**   Do you have an opinion about the board's role in overseeing

13   the education of children with backgrounds with whom they share

14   little culturally or economically?

15:04:28 15   **A**   Well, I think, just in my own experience, it's hard --

16   again, when you think that you are there for every kid, but then

17   you learn and you -- and those kids are in your home, and you

18   learn completely different perspectives than you thought you

19   had, even though you're trying to do the right thing for every

20   kid, I think it's very hard without having that life experience

21   at the table.

15:04:49 22   A good example would be the -- the -- you know, the voting

23   locations.  I was looking at purely from a financial standpoint

24   how we were going to conduct these elections; how would we staff

25   25, 26 places; the cost of doing the election if we went to our

*Mr. Abrams Direct of Duncan Klussmann*

1    own equipment, you know.  Not having someone at the table who

2    may have said, "Hey, time out, you know.  This is how it will

3    affect my community," I think definitely affects you not

4    having -- having that.  And I was a person who thought I was

5    there for every kid, but probably, in that decision, I was -- I

6    was not looking at every factor.

15:05:27  7    **Q**    Based upon your many experiences in Spring Branch, including

8    your years of dealing with an elected board of trustees, with

9    residents, with students, do you have a view about whether it

10    would be beneficial or detrimental to the district to elect

11    trustees from single-member districts?

15:05:45 12    **A**    Well, I think, over time, my view had always been that kind

13    of a hybrid-type system, like the city of Houston has, would be

14    the type of system that works best where you have some

15    individuals looking at the system as a whole, and you have some

16    individuals looking at specific geographic areas of the system.

15:06:05 17        However, in Spring Branch's case, because it is -- we saw

18    such diversity, such -- such difference with the economic

19    levels, the ethnicity, you know, 90 percent-plus Hispanic,

20    poverty, you know, that -- that unless you do a single-member

21    district, you're not going to get that level of representation

22    because there's such differences across the district.

15:06:31 23        Now, I think that, you know -- now, from my perspective

24    having been in that role in the district and still working with

25    students in that -- in the district, I think, unless you have

*Mr. Abrams Direct of Duncan Klussmann*

1  the opportunity for -- for individuals with those life

2  experiences to sit on a board and influence policy, you just

3  won't represent -- you won't have the policies in place that

4  really do the best for the kids in that situation.

15:06:58  5    You know, I think of three -- three students that I know in

6  that situation.  So Rafael (phonetic) from Spring Woods High

7  School looses his dad his senior year.  There are three other

8  kids in the house, three daughters -- three sisters.  The mom is

9  left to raise four kids by herself, high-poverty family.  She --

10  there's a two-year-old and two, I think, siblings in middle

11  school.

15:07:29  12    Rafael has a full ride to John Hopkins, but doesn't have

13  the ability to get there, you know; doesn't have the ability to

14  even -- isn't even able to visit John Hopkins before he first

15  goes there, you know.  Just that life experience I would just

16  have no relationship to without knowing Rafael and being in that

17  experience.

15:07:50  18    Isaiah (phonetic), who's from a high-poverty family, single

19  mom, and gets a full ride to Michigan because he has an

20  incredible voice, but he has no way of getting there and has to

21  go there by himself on his first day ever -- gets on a plane not

22  with anyone, lands, and has to go to another state.

15:08:15  23    I remember we talked to him, and he didn't even have a

24  jacket, and if anybody knows Michigan weather, you want to make

25  sure you have a jacket in the wintertime.  Understanding and

*Mr. Abrams Direct of Duncan Klussmann*

1  having someone at the table with that life experience in a

2  district that's 58 percent low income I think is incredible.

15:08:31  3      I keep, in my jacket at the house, too, in my room -- in

4  our closet, Miguel, this is his funeral notice because he passed

5  away from leukemia and had no ability to get the type of care

6  that my own children would get or that the children in the

7  district would get.  I think, unless someone with those life

8  experiences or someone who lives in those communities and

9  understands those life experiences are at the table -- I think I

10  would have made much better decisions as a leader if I would

11  have had that individual at the table, even just one, who's

12  pushing my thinking.

15:09:07  13     I think any time we have a diversity of thought we make

14  much better decisions, and I just think that -- that at this

15  time, in Spring Branch, that a single-member district is what

16  would be able to provide the decision-making and the influence

17  of decision-making that affects students like Rafael, Isaiah,

18  and Miguel.

15:09:30  19  Q    Thank you.

15:09:31  20      One last topic as a result of the opening.  You heard

21  counsel for the district talk about some statutory procedure

22  that exists in Texas?

15:09:40  23  A    I did hear that earlier.

15:09:42  24  Q    And you've indicated to me you are familiar with that

25  procedure.

*Mr. Abrams Direct of Duncan Klussmann*

15:09:45 1    **A**   I am.  One of the courses I teach is school law.  So we deal

2    with the state statutes, to some degree, and I have some

3    familiarity with that statute.

15:09:54 4    **Q**   What's your -- what is your understanding, based upon your

5    training and your teaching, about how that statute works and

6    whether you think that is or isn't a viable substitute for

7    Judge Lake deciding whether to implement a single-member plan

8    for the district?

15:10:10 9             **MR. HENRY:**  Your Honor, I think that -- I object to

10   that question.  I think it calls for a legal conclusion from the

11   witness.

15:10:16 12            **THE COURT:**  You can talk about your experience with

13   it, if you can --

15:10:22 14            **MR. ABRAMS:**  Yeah.  I'll rephrase the question.

15:10:23 15   **BY MR. ABRAMS:**

15:10:24 16   **Q**   You're not a lawyer, and I'm not asking you for a legal

17   opinion --

15:10:27 18   **A**   Yes, sir.

15:10:28 19   **Q**   -- Dr. Klussmann.

15:10:30 20       Do you have any experience with whether or not that statute

21   has, in fact, ever been implemented successfully in the state of

22   Texas?

15:10:37 23   **A**   I'm not so sure that that statute's ever actually been -- or

24   anyone has used the statute and been successful through the

25   process.  I know Dallas ISD, several years ago, went through the

*Mr. Abrams Direct of Duncan Klussmann*

1    process, but I don't think it ever went to the full aspect of

2    it.  It's always been viewed from a -- from an educational

3    leadership standpoint as a very high threshold, a very difficult

4    way to create a district or to get a -- the charter authority to

5    have this district within a school district.

15:11:06  6        So it's really just been a very high threshold that I'm not

7    familiar with anyone who's actually been successful going

8    through that process.  It -- it's a process where you go for a

9    petition, and if you have enough signatures and they're

10    presented to the board, but the board itself still appoints

11    the -- the committee or task force, the charter group that puts

12    the charter together.

15:11:31  13        The board can approve that charter, not the board --

14    there's still complete control, to some degree, when you read

15    the statute on the board that's in place at the time.

15:11:40  16   Q    And the bottom line is, if I understand your explanation, if

17    you go through that process -- and no one has completed it --

18    there would then be an at-large election of the populous as a

19    whole to decide whether or not to convert to an at-large

20    system -- to a single-member program?

15:11:56  21   A    Or to a -- to allow this charter district to be developed.

22    That's my understanding.

15:12:01  23   Q    Okay.  So that to the extent there are deficiencies in the

24    at-large electoral process in the district with respect to

25    electing trustees, whatever those deficiencies may be would

*Mr. Henry Cross of Duncan Klussmann*

1    apply equally to trying to invoke that statute.  Is that your

2    understanding?

15:12:18  3    **A**    Potentially, yes.

15:12:19  4            **MR. ABRAMS:**  Pass the witness, Your Honor.

15:12:20  5            **THE COURT:**  All right.  You may proceed.

15:12:26  6            **MR. HENRY:**  Your Honor, would it be okay if I question

7    from the podium since I'm so far away?

15:12:33  8            **THE COURT:**  Sure.  Sure.

15:12:35  9            **MR. HENRY:**  Thank you.

15:12:35 10                        **CROSS-EXAMINATION**

15:12:37 11    **BY MR. HENRY:**

15:12:49 12    **Q**    Thank you, Dr. Klussmann.

15:12:50 13        Am I saying your name right, Klussmann?

15:12:52 14    **A**    Yes, perfect.  It's good.

15:12:55 15    **Q**    Terrific.

15:12:56 16        When you were the superintendent of SBISD, did you live

17    inside of the district?

15:13:00 18    **A**    No, we did not.

15:13:01 19    **Q**    Have you ever lived inside of SBISD?

15:13:04 20    **A**    I don't.  We own property in the district, though.

15:13:06 21    **Q**    Is that rental property?

15:13:09 22    **A**    Our son lives in it.

15:13:10 23    **Q**    Okay.  But your students -- your children attended SBISD

24    schools as students, correct?

15:13:17 25    **A**    They did.

*Mr. Henry Cross of Duncan Klussmann*

15:13:18 1   **Q**   And you stated that one, your oldest, went to Northbrook;

2   your middle went to Stratford; and your youngest to Spring

3   Woods; is that accurate?

15:13:26 4   **A**   Yes.  She went to several campuses, but Spring Woods High

5   School is a high school.

15:13:30 6   **Q**   And did you have the option to select which schools your

7   children would attend since you lived outside of the district?

15:13:36 8   **A**   Well, what I did is I used whatever the current policy that

9   was in place, and I have to -- I had to live within that policy.

10   So I was treated as any other employee who would bring their

11   children into the district.  I was treated in the same manner as

12   anyone else.

15:13:51 13   **Q**   And those schools that your children attended were schools

14   north of I-10; is that correct?

15:13:56 15   **A**   Well, our son went to Stratford.  That's south.

15:13:58 16       And when Caroline went for one year to Westchester, that's

17   south of the freeway.

15:14:03 18   **Q**   Okay.  And the others were all north?

15:14:04 19   **A**   They are.

15:14:05 20   **Q**   Okay.  You talked a little bit about the T-2-4 program and

21   that you were superintendent of SBISD when that was launched.

15:14:16 22       Is it your testimony that that program had a positive

23   impact on SBISD students?

15:14:23 24   **A**   Well, it was a -- it was a goal.  So I think it had a

25   positive impact that that's what we were shooting for.  It

*Mr. Henry Cross of Duncan Klussmann*

1    wasn't a program, but it was a goal that we were shooting for.

15:14:31  2    Q   And how did the district go about attempting to achieve that

3    goal under your leadership?

15:14:37  4    A   We did a couple of things.  We had five kind of critical

5    measures we looked at:  Percentage of students taking the SAT;

6    SAT performance; graduation rates.  Obviously, you have to get

7    kids into that -- they need to graduate; students who were

8    academically prepared.  We looked at several factors to make

9    sure that they were prepared to go, you know -- to try to

10   increase that number.

15:14:58 11   Q   And did that program target all students in the district or

12   just students from a particular high school or feeder pattern or

13   demographic background?

15:15:12 14   A   It was a district -- it wasn't a program.  It was a

15   district-wide goal.

15:15:14 16   Q   Okay.  And then I asked about the different means of

17   achieving the goal, and that's what I was referring to as a

18   program.

15:15:19 19        So those means of achieving that goal, were those

20   implemented at -- across the district, district wide, or were

21   those reserved for specific campuses?

15:15:29 22   A   They were district wide.

15:15:32 23   Q   And earlier you testified that that program has become a

24   model for the state.  Can you expand upon that testimony?

15:15:40 25   A   Yes.  I'm not going to call it a program because it's just

*Mr. Henry Cross of Duncan Klussmann*

1    not a program.  It was a goal that we were shooting for, and the

2    state, and now in their factors -- one of the factors in their

3    accountability system is CCMR -- or they changed the

4    designation, but college career military readiness.  And if you

5    look at what they put into place, it's -- it mirrors what we

6    were focused on at the time.

15:16:03 7    Q    In your experience at SBISD, you know, you testified about

8    some of the life experiences that were different for your

9    students that were north of I-10 versus those south of I-10.

15:16:15 10        Was it your experience that those south of I-10 often grew

11    up in families that already had a plan for them to attend

12    college or be workplace or military ready when they graduated?

15:16:26 13    A    Well, I wouldn't say necessarily a plan.  I would say that

14    they had resources, just as we have as a family, to provide them

15    opportunities to help that situation.

15:16:35 16        For instance, you know, we would never in -- no one on --

17    in -- you know, who has any means would ever put their child on

18    a plane to go to a university thousands of miles away and -- and

19    just put them on a plane and hope everything goes okay.

15:16:51 20    Q    Right.

15:16:51 21        And so I guess my question is:  Since SBISD had this goal

22    for all students across the entire district, they must have --

23    the district must have, you know, intensified its efforts at

24    those campuses where students would ordinarily not have those

25    built-in resources?

*Mr. Henry Cross of Duncan Klussmann*

15:17:14 1  **A**   Well, definitely.  I mean, you look at your data, and you

2  try to address those -- those areas, but we tried to always do

3  things within an equitable manner across the system.  We

4  wouldn't provide one program at one site and not another site.

5  So we had something called Collegiate Challenge, and we may have

6  more volunteers at a site that needed more volunteers because

7  more kids needed that resource or that assistance, but we tried

8  to -- to approach the system as a whole as far as not providing

9  one student opportunities, and another student not getting that

10  opportunity.

15:17:49 11  **Q**   And I understand that SBISD is a district that gives

12  students and parents a lot of choice about what campuses their

13  students attend and what programs their students want to be

14  involved in.  Is that correct?

15:18:02 15  **A**   Compared to other districts, yes.

15:18:04 16  **Q**   Can you talk a little bit about how, during your time as

17  superintendent, SBISD implemented different choice opportunities

18  for parents and students?

15:18:14 19  **A**   Yeah.  So we did a couple of things to try to improve that.

20  Luckily, before I ever came to Spring Branch, they provided

21  intradistrict transfers within their system.  If campuses had an

22  open slot, then a parent could put in for a transfer.  You had

23  to provide your own transportation, but could put in for a

24  transfer.

15:18:32 25          We improved that system, kind of -- when I came to the

*Mr. Henry Cross of Duncan Klussmann*

1    district in '96, principals could kind of decide to close their

2    campus and say their campus was not accepting transfers.  We

3    didn't feel like that was equitable because you may -- your

4    campus overall may have a certain number of students, but in

5    elementary, it's very dependent on grade levels.

15:18:54    6    So you may have four slots open in third grade that you

7    could fill, and we could be more efficient as a system.  So we

8    started actually publicizing every campus and every grade level

9    to allow individuals to have access, that there was an opening

10    there.  So we felt like that created an opportunity across the

11    system for more individuals to transfer to more campuses over

12    time.  I think there were 1500-plus students at some degree on

13    some type of intradistrict transfer.

15:19:22    14    We also, during -- maybe it was when I was associate -- or

15    assistant superintendent for finance and operations, we opened

16    the district to outside transfers, intradistrict who could come

17    outside, beyond transfers of employees.  So trying to -- and

18    that was mainly during our Robin Hood years to try and increase

19    our employment -- or enrollment so we could have less kids -- or

20    less dollars being sent back to the state.

15:19:52    21    So there were different opportunities that we did.  We also

22    had choice campuses -- Cornerstone, Westchester -- that had been

23    developed.  Three dual bilingual programs had been developed.

24    Eventually, a middle school; a highly gifted.  So we went to a

25    unified enrollment system to give more individuals opportunity

*Mr. Henry Cross of Duncan Klussmann*

1   to be able to access those programs.

15:20:13  2   **Q**   When you were discussing transfers from other -- students

3   from other districts into SBISD, do you know what other

4   districts students were generally coming from?

15:20:25  5   **A**   I would have to look at the analysis.  I haven't looked at

6   that in a long time.

15:20:28  7   **Q**   Okay.  And you testified just now about dual language

8   programs.  Can you explain for the Court what that is?

15:20:33  9   **A**   Well, a true dual language program, the ones that we were

10   running, is when you take 50 percent Spanish speakers and

11   50 percent English speakers, and you put them in the same

12   classroom.  And so students are learning both languages as they

13   go through the program.

15:20:49 14      So we had what we call two-way dual language, which is at

15   three campuses, school-within-a-school programs -- choice

16   programs.  We also -- our bilingual model at the time was called

17   one-way dual language, but it was just for bilingual students

18   who are mainly in a Spanish-speaking class.

15:21:08 19   **Q**   Were those programs -- was that program primarily

20   established to assist students who were not fluent in English,

21   maybe newcomers to the country, with getting proficient in

22   English so that they could, you know, succeed in SBISD schools?

15:21:23 23   **A**   The two-way dual language?

15:21:24 24   **Q**   No, the bilingual program that you --

15:21:26 25   **A**   Well, the bilingual program's required by law, yes.

*Mr. Henry Cross of Duncan Klussmann*

15:21:29 1  **Q**   Okay.  And that's the goal of it, right?

15:21:31 2  **A**   It's to -- well, our district goes by literacy so that they

3  developed strong Spanish -- continued to developed strong

4  Spanish and they developed English skills.

15:21:42 5  **Q**   During your tenure as superintendent, did SBISD offer

6  pre-kindergarten programs?

15:21:49 7  **A**   It did.  It started doing that full-day pre-K before I

8  became superintendent.

15:21:55 9  **Q**   At the time, was pre-K mandated by the state?

15:22:01 10  **A**   No, I don't believe so at that time.

15:22:04 11  **Q**   And was pre-K -- was full day pre-K funded by the state?

15:22:10 12  **A**   Well, at the beginning, full day pre-K -- you receive

13  funding for half your day, and you could go for a grant for the

14  other half.  And so for many years, Spring Branch actually had

15  full funding for full-day pre-K for eligible students, but

16  eventually that grant went away.

15:22:27 17  **Q**   And did SBISD continue to provide full-day pre-K even after

18  that grant --

15:22:33 19  **A**   I think even to this day, yes.

15:22:37 20  **Q**   During your time as a superintendent, you testified that

21  SBISD passed -- the voters passed a bond in 2007; is that

22  correct?

15:22:46 23  **A**   Yes.

15:22:46 24  **Q**   Okay.  And during that use of the bond funds, is it accurate

25  that SBISD renovated 13 different elementary schools?

*Mr. Henry Cross of Duncan Klussmann*

15:22:58 1    **A**    It did.

15:23:00 2    **Q**    So I'm going to go through each one here that I have on my

3    list.

15:23:03 4    **A**    Can I correct you on something?

15:23:05 5    **Q**    Yes.

15:23:06 6    **A**    Technically, we renovated all elementary schools.  We

7    replaced 13 elementary schools.

15:23:11 8    **Q**    Replaced 13 elementaries.  Okay.  Great.

15:23:15 9         Housman Elementary School, is that school north or south of

10    I-10.

15:23:18 11    **A**    North.

15:23:19 12    **Q**    How about Ridgecrest Elementary?

15:23:22 13    **A**    North.

15:23:23 14    **Q**    Pine Shadows?

15:23:25 15    **A**    North.

15:23:26 16    **Q**    Valley Oaks?

15:23:27 17    **A**    North.

15:23:28 18    **Q**    Hollibrook?

15:23:29 19    **A**    North.

15:23:30 20    **Q**    Shadow Oaks?

15:23:33 21    **A**    North.

15:23:34 22    **Q**    Edgewood?

15:23:34 23    **A**    North.

15:23:35 24    **Q**    And Westwood?

15:23:36 25    **A**    North.

*Mr. Henry Cross of Duncan Klussmann*

15:23:37  1    **Q**    So that's one, two, three, four, five, six, seven, eight --

2    eight elementary schools that I listed off.

15:23:47  3         What about Spring Branch Elementary School?

15:23:51  4    **A**    That's north of the freeway, also.

15:23:53  5    **Q**    Okay.  So that's nine.

15:23:54  6         And were those nine completely replaced for the 2007 bond?

15:23:58  7    **A**    They were.

15:23:58  8    **Q**    So nine of the 13 that received complete replacements

9    pursuant to the 2007 bond were north of the freeway, correct?

15:24:05 10    **A**    Yes.  It was the most equitable bond program probably in the

11    history of the district.

15:24:11 12         **THE COURT:**  I think we're going to stop for the day.

13    We'll finish tomorrow morning.

15:24:18 14         Have a seat.

15:24:20 15         There were some questions earlier about our schedule.

16    We're going to meet tomorrow and Wednesday.  If necessary, we

17    can meet Thursday morning and Friday morning.  Everybody clear

18    on that?

15:24:32 19         **MR. ABRAMS:**  Yes, Your Honor.

15:24:33 20         **THE COURT:**  Okay.  Are there any questions?

15:24:38 21         **MR. CRAWFORD:**  So we may have been under a -- we were

22    under the understanding that we would not be meeting on Thursday

23    or Friday because of the Court's criminal schedule.  Are we --

15:24:48 24         **THE COURT:**  I moved my -- because there was a

25    confusion about whether we were going to be meeting in the

```
 1   morning, which we are Tuesday and Wednesday.  If we need to, we
 2   can meet Thursday morning and Friday morning.  That's why I'm
 3   clarifying that now.  So we don't have to carry over to next
 4   week.
 5            MR. ABRAMS:  And is -- when you say meet in the
 6   morning, that's for a full day, if necessary?
 7            THE COURT:  No.
 8            MR. ABRAMS:  Just the morning?
 9            THE COURT:  Just the morning.
10            MR. ABRAMS:  Okay.  That's what I wanted to define.
11            THE COURT:  Morning is defined as 8:30 to 11:30,
12   approximately.
13            MR. ABRAMS:  So we'll be full day tomorrow; full day
14   Wednesday; 8:30 to 11:30 Thursday and Friday.
15            THE COURT:  Yeah, but full days depending upon my
16   ability to digest a huge amount of information.
17            MR. ABRAMS:  We understand that you set the
18   definition, but I just was trying to make sure.
19            THE COURT:  No.  I'm trying to pay attention, but, you
20   know, you all have been with -- handling these facts for years,
21   and I'm doing my best to understand them.
22            So I'll see you tomorrow morning at 8:30.
23            MR. ABRAMS:  Thank you, Your Honor.
24            THE COURT:  Thank you.
25        (Evening recess taken at 3:25 p.m.)
```

-o0o-

I certify that the foregoing is a correct transcript from the record of proceedings in the above matter.


Date:  September 15, 2024

/s/Heather Alcaraz
Signature of Court Reporter

**MR. ABRAMS: [56]**  4/8 4/22 5/6 5/9 5/23 6/2 6/12 6/23 10/25 11/8 12/2 13/22 14/3 14/8 14/12 14/21 15/2 15/13 15/17 16/6 16/12 16/19 17/1 17/15 17/18 18/1 18/14 30/1 30/14 32/1 33/4 42/7 44/25 45/14 45/22 46/4 46/7 46/13 46/17 48/19 50/15 51/11 52/23 54/6 58/4 59/10 76/3 89/14 91/4 100/19 101/5 101/8 101/10 101/13 101/17 101/23

**MR. CRAWFORD: [9]** 4/12 20/3 23/12 27/23 28/4 28/9 28/13 28/16 100/21

**MR. HENRY: [10]**  5/24 6/3 6/7 55/14 55/18 72/20 73/3 89/9 91/6 91/9

**THE COURT: [64]**  4/2 4/11 4/15 5/1 5/8 5/20 5/25 6/6 6/8 6/11 6/21 10/24 11/1 12/1 13/20 13/23 14/7 14/10 14/19 14/22 15/11 15/16 15/23 16/11 16/16 16/25 17/13 17/16 17/25 18/13 20/1 23/11 27/21 28/3 28/6 28/12 28/15 29/13 30/3 30/6 30/12 45/11 45/20 46/2 46/5 46/12 46/15 53/9 55/16 59/5 59/8 72/25 89/12 91/5 91/8 100/12 100/20 100/24 101/7 101/9 101/11 101/15 101/19 101/24

**THE REPORTER: [2]** 6/20 58/2

**THE WITNESS: [1]**  30/10

## $

**$100 [1]**  71/11
**$100 million [1]**  71/11
**$500 [1]**  61/6

**'15 [1]**  65/3
**'22 [3]**  65/3 81/18 83/25
**'50s [1]**  38/2
**'60s [1]**  38/2
**'96 [3]**  36/9 73/22 96/1
**'an [1]**  24/19
**'constitute [1]**  24/8

## -

**-5 million [1]**  38/1
**-o0o [1]**  102/1

## /

**/s/Heather [1]**  102/6

## 1

**10 [21]**  8/10 8/11 8/11 32/12 32/14 46/9 52/7 53/23 54/9 55/8 56/23 57/12 58/16 82/8 82/17 82/23 92/14 94/9 94/9 94/10 99/10
**10 percent [1]**  54/25
**10-minute [1]**  59/6
**100 percent [1]**  51/19
**102 [3]**  32/2 44/25 45/23
**103 [4]**  48/19 48/22 48/25 49/10
**104 [2]**  48/9 56/1
**105 [7]**  48/6 48/7 54/6 54/8 54/14 59/14 59/18
**106 [2]**  53/16 58/23
**107 [4]**  50/15 58/25 59/22 59/23
**108 [3]**  61/19 62/11 63/19
**11 [6]**  40/18 40/23 57/22 58/14 72/13 79/1
**11.052 [2]**  11/4 27/17
**110 [3]**  81/15 81/16 82/8
**115 [1]**  58/22
**11:30 [1]**  101/11
**11:30 Thursday [1]**  101/14
**12 [2]**  49/1 81/16
**129 [3]**  48/5 48/6 48/7
**13 [5]**  38/1 98/25 99/7 99/8

**139 [3]**  76/3 76/6 77/14
**13th [1]**  38/4
**140 [1]**  18/22
**1400 [1]**  1/16
**15 [2]**  5/4 102/5
**15 percent [4]**  11/4 27/18 27/20 28/18
**15,000 [1]**  11/4
**1500-plus [1]**  96/12
**17 [1]**  43/5
**1700 [1]**  1/20
**18-year-old [1]**  13/6
**19 [1]**  43/5
**1946 [1]**  22/15
**1954 [1]**  8/25
**1955 [1]**  8/25
**1982 [1]**  15/21
**1996 [2]**  31/12 83/14
**1997 [2]**  1/5 4/4
**1:00 [1]**  1/7

## 2

**2 percent [1]**  49/14
**20 percent [2]**  25/19 26/14
**2004 [2]**  31/18 38/17
**2007 [5]**  27/3 84/8 98/21 100/6 100/9
**2008 [1]**  38/8
**2012 [1]**  79/10
**2015 [9]**  21/25 22/1 22/14 22/15 26/17 31/14 31/19 38/16 83/14
**2017 [3]**  70/14 72/13 72/19
**2020 [1]**  23/19
**2021 [2]**  48/25 57/24
**2022 [4]**  61/21 63/3 83/7 83/25
**2024 [4]**  1/11 3/3 22/4 102/5
**214 [1]**  1/21
**228-6601 [1]**  1/17
**24 [6]**  42/8 42/11 42/13 44/6 65/13 65/16
**25 [8]**  12/18 79/9 80/2 80/11 81/1 81/21 83/23 85/25

**2**

**250-5584 [1]** 2/4
**250-plus [1]** 76/18
**26 [5]** 61/20 79/9 80/3 80/11 85/25
**27 percent [1]** 49/13
**2:14 [1]** 59/7
**2:29 [1]** 59/7

**3**

**300 [1]** 1/20
**34 [1]** 40/21
**35,000 [1]** 49/4
**3:25 [1]** 101/25

**4**

**4-year [1]** 37/10
**4000 [1]** 1/21
**42 [5]** 33/4 36/2 36/24 40/17 44/14
**44 [1]** 53/18
**450 [1]** 61/6
**4:21-CV-1997 [1]** 1/5

**5**

**5 percent [1]** 49/14
**50 percent [4]** 21/2 22/11 97/10 97/11
**515 [1]** 2/3
**52 [1]** 29/19
**52.8 percent [2]** 25/16 26/11
**53.33 percent [1]** 25/6
**544-4000 [1]** 1/21
**55 percent [1]** 37/21
**5584 [1]** 2/4
**56 percent [1]** 25/2
**57 percent [1]** 49/6
**58 [2]** 9/7 25/16
**58 percent [2]** 50/10 88/2
**59 percent [2]** 9/7 49/13
**594 [1]** 37/25

**6**

**60 [1]** 22/16

**610 [2]** 32/14 33/14
**6601 [1]** 1/17

**7**

**7 percent [1]** 49/13
**70 [2]** 22/16 22/18
**713 [2]** 1/17 2/4
**717 [1]** 1/16
**74 [1]** 6/4
**75 percent [1]** 37/20
**75069 [1]** 1/20
**77002 [2]** 1/16 2/4
**78-year [1]** 22/18

**8**

**80 [2]** 38/21 38/22
**8004 [1]** 2/3
**89 [2]** 5/13 5/22
**8:30 [1]** 101/22
**8:30 to [2]** 101/11 101/14

**9**

**9 percent [1]** 54/25
**90 percent [1]** 51/25
**90 percent-plus [1]** 86/19
**955 [1]** 82/5
**99.72 [1]** 51/19

**A**

**Abernathy [1]** 1/19
**ability [12]** 7/6 10/17 12/2 13/13 19/14 24/23 25/8 28/22 87/13 87/13 88/5 101/16
**able [8]** 9/18 32/9 40/22 69/20 79/18 87/14 88/16 97/1
**above [3]** 16/2 16/3 102/3
**ABRAMS [9]** 1/14 4/9 6/11 6/14 20/1 26/3 27/16 30/13 59/9
**Abrams' [1]** 27/21
**abundant [1]** 17/2
**academic [7]** 7/16 8/14 8/17 37/20 64/22 67/22 76/7

**academically [1]** 93/8
**Academy [1]** 34/16
**acceptable [1]** 15/10
**accepted [2]** 17/21 18/1
**accepting [1]** 96/2
**access [4]** 80/14 81/2 96/9 97/1
**accomplished [1]** 31/11
**accomplishments [1]** 37/1
**according [1]** 78/4
**account [5]** 21/4 21/12 21/16 21/17 61/6
**accountability [7]** 27/14 61/21 61/22 61/24 65/2 65/3 94/3
**accounted [1]** 22/17
**accounting [1]** 22/18
**accurate [3]** 49/3 92/3 98/24
**achieve [1]** 93/2
**achievement [8]** 62/11 62/13 62/18 62/18 62/21 62/22 63/15 64/18
**achieving [2]** 93/17 93/19
**acknowledged [2]** 13/3 24/25
**across [12]** 9/10 51/20 54/14 68/16 70/8 70/8 71/25 86/22 93/20 94/22 95/3 96/10
**act [22]** 7/19 8/3 9/24 10/7 10/7 10/23 11/12 11/21 11/25 15/22 16/21 16/23 16/23 16/24 17/7 19/11 20/6 20/12 20/13 25/11 29/12 68/24
**action [4]** 1/5 4/4 39/20 40/5
**active [2]** 40/15 40/25
**activity [1]** 41/3
**actual [5]** 25/19 26/14 58/8 62/18 62/23
**actually [19]** 23/15 39/8 39/23 42/17 43/11 52/8

**actually... [13]** 52/14 54/24 55/1 55/3 55/7 63/24 64/5 70/14 74/3 89/23 90/7 96/8 98/14

**ad [5]** 80/19 82/1 82/2 82/19 83/11

**added [1]** 81/18

**Addicks [1]** 32/12

**addition [2]** 22/21 23/5

**additional [5]** 23/8 23/18 24/19 25/20 51/13

**address [4]** 15/5 30/20 33/10 95/2

**addressed [3]** 7/13 11/8 13/20

**addressing [1]** 15/9

**administers [1]** 64/19

**administration [1]** 82/5

**administrative [2]** 11/23 68/5

**admitted [1]** 5/22

**admittedly [1]** 21/14

**ADMTD [2]** 3/10 3/16

**adopted [5]** 37/13 46/22 47/5 81/21 83/1

**adoption [1]** 15/4

**adult [1]** 35/22

**advance [1]** 19/24

**advances [1]** 37/1

**advising [1]** 40/3

**affect [5]** 63/8 63/8 81/5 84/25 86/3

**affected [1]** 12/25

**affects [2]** 86/3 88/17

**affirming [1]** 16/5

**affluent [6]** 7/24 8/13 9/4 17/10 34/22 52/14

**African [1]** 49/14

**African American [1]** 49/14

**after [14]** 15/19 23/19 29/17 29/21 33/3 33/14 38/7 38/9 39/9 39/12 47/4 70/13 75/23

**afternoon [6]** 4/2 4/3 4/8 4/12 6/12 20/3

**afterwards [1]** 39/8

**again [15]** 21/23 23/20 26/7 26/14 26/17 28/23 28/25 43/6 44/25 46/7 59/13 59/14 65/7 79/1 85/16

**against [1]** 28/8

**age [2]** 25/3 25/6

**ago [4]** 47/25 62/3 76/19 89/25

**agree [6]** 14/22 52/9 54/11 82/12 83/5 85/9

**agreed [4]** 5/3 5/9 5/19 5/24

**agreement [1]** 5/12

**ahead [1]** 73/2

**air [1]** 38/2

**AL [1]** 1/7

**Alabama [1]** 35/20

**Alcaraz [2]** 2/2 102/6

**alcoholic [1]** 35/20

**Allen [1]** 10/9

**Alliances [1]** 40/20

**allocated [2]** 72/14 72/16

**allow [4]** 14/24 74/13 90/21 96/9

**allowed [4]** 16/5 17/6 74/12 76/14

**allows [2]** 12/12 27/18

**along [2]** 6/14 63/9

**already [5]** 4/22 13/20 30/18 45/4 94/11

**alternative [1]** 24/19

**although [4]** 9/12 22/14 68/9 82/4

**always [6]** 18/19 35/9 43/14 86/12 90/2 95/2

**amended [2]** 5/20 15/22

**American [1]** 49/14

**amount [3]** 71/11 71/14 101/16

**analogous [1]** 29/17

**analyses [1]** 17/19

17/12 18/3 18/5 22/1 25/24 25/25 71/10 71/13 71/14 81/3 81/7 81/10 84/11 97/5

**analyze [1]** 80/25

**analyzed [2]** 18/10 22/16

**anecdotally [1]** 73/5

**anecdote [1]** 54/20

**Anglo [1]** 53/21

**announced [1]** 10/10

**annual [1]** 43/14

**another [11]** 7/21 26/15 26/25 27/15 39/4 42/20 45/15 81/19 87/22 95/4 95/9

**answer [3]** 14/12 18/10 28/9

**anybody [1]** 87/24

**anymore [1]** 78/10

**anyone [6]** 80/12 80/25 87/22 89/24 90/7 92/12

**anything [2]** 11/9 38/19

**apartment [2]** 35/21 41/20

**apartments [2]** 41/16 41/17

**appear [1]** 64/10

**APPEARANCES [2]** 1/12 2/1

**appellate [1]** 16/4

**applicable [1]** 28/1

**apply [2]** 71/11 91/1

**appointed [1]** 40/11

**appoints [1]** 90/10

**appreciate [2]** 4/16 29/14

**appreciation [1]** 19/20

**approach [1]** 95/8

**approaches [1]** 70/8

**appropriate [3]** 14/14 14/23 18/4

**approval [1]** 69/21

**approve [4]** 67/16 67/17 69/3 90/13

**approved [1]** 71/9

**approves [1]** 67/16

**approximately [1]** 101/12

**area [27]** 36/13 36/18 37/18 39/18 41/9 41/15 41/19 42/5

Case 4:21-cv-01997    Document 112    Filed on 09/20/24 in TXSD    Page 106 of 138

**A**

**area...** [19]  42/16 42/18 42/23 43/7 43/23 44/4 44/7 44/11 48/3 48/8 56/15 56/16 58/19 58/22 73/15 76/23 82/13 83/7 83/8

**areas** [6]  12/24 21/9 41/19 74/19 86/16 95/2

**aren't** [2]  75/13 75/13

**argue** [3]  14/8 16/16 28/7

**argued** [2]  28/11 28/14

**argues** [1]  24/2

**arguing** [1]  14/7

**argument** [4]  15/12 18/20 27/22 29/6

**around** [9]  19/7 30/3 42/15 43/19 44/1 48/4 49/4 80/24 84/6

**arrived** [1]  36/4

**Ashford** [1]  83/11

**Asian** [1]  49/13

**ask** [10]  11/13 15/11 18/11 20/6 29/18 29/21 45/11 52/5 85/5 85/7

**asked** [4]  29/17 52/25 69/12 93/16

**asking** [2]  14/10 89/16

**asparagus** [1]  16/1

**aspect** [1]  90/1

**aspects** [1]  61/3

**assemble** [1]  11/13

**assign** [2]  62/9 63/18

**assigned** [1]  62/22

**assist** [1]  97/20

**assistance** [1]  95/7

**assistant** [4]  36/18 39/24 78/20 96/15

**assisting** [1]  40/22

**associate** [2]  39/24 96/14

**Assuming** [1]  14/19

**assure** [1]  19/23

**assures** [1]  19/11

**AstroTurf** [1]  41/23

**attaching** [1]  62/1

**attempting** [1]  93/2

**attend** [5]  34/1 34/4 92/7 94/11 95/13

**attendance** [2]  14/2 80/6

**attended** [5]  34/3 34/8 34/20 91/23 92/13

**attention** [6]  19/25 52/1 58/14 61/19 69/3 101/19

**attested** [1]  25/2

**attorney** [2]  24/1 74/17

**auditorium** [5]  70/24 70/25 71/2 71/21 71/23

**Austin** [1]  33/20

**authority** [2]  55/20 90/4

**available** [4]  60/4 61/7 61/9 79/25

**availed** [1]  11/3

**Avenue** [1]  1/16

**aware** [9]  20/5 25/23 32/21 33/2 35/14 49/2 75/24 76/2 76/7

**away** [7]  42/17 59/1 81/21 88/5 91/7 94/18 98/16

**B**

**back** [17]  8/21 10/11 18/15 32/14 37/18 38/4 47/24 51/11 57/24 59/22 65/12 69/14 75/12 75/15 75/18 83/5 96/20

**background** [3]  33/3 33/13 93/13

**backgrounds** [1]  85/13

**ballot** [1]  28/20

**ballots** [1]  12/20

**bar** [1]  11/23

**BARRY** [3]  1/14 4/8 6/14

**baseball** [2]  41/8 41/23

**based** [6]  12/4 26/8 62/8 63/15 86/7 89/4

**basic** [1]  51/5

**basically** [1]  52/2

**basis** [1]  66/16

**bayou** [2]  32/14 32/14

**BBA** [1]  33/18

**bears** [2]  23/21 24/11

**beat** [1]  18/20

**Beaumont** [1]  40/12

**became** [4]  31/12 36/9 69/10 98/8

**become** [4]  35/14 74/7 75/19 93/23

**becoming** [2]  40/2 80/2

**been** [39]  9/18 16/14 16/15 16/16 19/6 22/2 22/14 28/10 28/14 31/20 38/2 40/15 40/19 41/3 41/6 43/9 44/5 64/8 65/17 68/15 73/12 73/12 73/21 73/22 73/24 73/24 74/3 86/12 86/24 89/21 89/23 89/24 90/2 90/6 90/7 96/22 96/23 100/21 101/20

**before** [22]  1/10 8/22 28/14 31/4 33/1 33/3 35/25 36/4 41/7 43/11 59/15 65/14 68/15 72/13 81/18 81/24 83/7 83/17 83/25 87/14 95/20 98/7

**began** [2]  9/3 78/23

**beginning** [4]  4/5 43/15 59/12 98/12

**begins** [1]  22/1

**behalf** [1]  19/18

**behavior** [2]  17/22 17/22

**behind** [1]  25/1

**being** [7]  35/8 56/8 57/13 61/14 68/2 87/16 96/20

**belabor** [1]  44/12

**believe** [10]  20/21 22/23 28/10 67/22 74/2 77/24 83/2 83/2 84/16 98/10

**bench** [4]  1/9 3/2 4/3 29/16

**beneficial** [1]  86/10

**best** [10]  25/4 26/16 42/4 52/16 55/22 68/3 68/3 86/14 87/4 101/21

**better** [7]  14/23 16/17 46/11 52/25 71/23 88/10 88/14

# B

**between [12]**  52/17 59/17 59/25 60/6 62/18 64/20 70/18 72/16 73/6 74/1 74/7 83/3
**beyond [1]**  96/17
**big [2]**  26/22 26/22
**bilingual [6]**  27/10 96/23 97/16 97/17 97/24 97/25
**binder [2]**  5/15 5/18
**binds [1]**  21/9
**bit [8]**  41/2 44/4 48/17 50/17 63/11 80/20 92/20 95/16
**black [7]**  23/25 24/3 24/6 24/7 24/25 25/3 25/5
**blacks [2]**  24/9 25/3
**BLAINE [2]**  1/23 4/14
**Blank [1]**  1/15
**blighted [1]**  43/7
**bloc [3]**  22/6 22/8 22/12
**blocked [1]**  7/5
**blocks [1]**  21/17
**blow [5]**  42/10 45/2 45/22 45/23 50/17
**blue [2]**  4/10 55/6
**board [61]**  7/8 7/10 7/10 7/15 9/1 10/3 11/5 11/13 13/3 19/15 22/5 27/1 28/19 31/7 32/22 40/11 40/12 41/3 41/6 41/7 41/10 41/11 58/25 66/25 67/8 67/11 67/16 67/18 67/19 68/19 68/22 70/6 70/12 70/13 70/15 70/18 71/15 72/4 73/18 73/20 74/8 75/11 75/15 75/25 76/9 77/16 78/1 79/21 80/12 80/23 83/12 83/18 84/25 85/2 86/8 87/2 90/10 90/10 90/13 90/13 90/15
**board's [2]**  69/14 85/12
**boards [3]**  40/24 74/14 85/2
**boards' [1]**  12/7
**Bob [2]**  4/9 6/15

**bodies [1]**  74/8
**body [3]**  67/12 67/19 68/24
**bond [20]**  27/3 27/3 37/25 70/5 70/7 70/7 70/11 70/14 70/25 71/9 72/1 72/11 72/13 79/22 84/8 98/21 98/24 100/6 100/9 100/10
**bonds [1]**  72/13
**born [2]**  33/7 33/8
**bosses [3]**  68/13 68/14 69/1
**both [7]**  5/14 15/23 29/14 33/3 44/8 67/21 97/12
**bottom [1]**  90/16
**bought [1]**  41/22
**Boulevard [1]**  1/20
**boundaried [1]**  32/10
**boundaries [10]**  14/11 15/1 21/6 32/9 53/3 55/13 65/4 65/8 65/16 67/6
**boundary [1]**  55/4
**Boyd [1]**  1/19
**Boys [3]**  43/8 43/8 43/9
**BRANCH [85]**  1/6 4/4 4/13 6/18 7/6 8/5 9/3 9/5 9/18 10/5 19/11 21/24 22/3 22/14 23/2 23/4 26/7 26/8 26/17 27/3 27/6 27/9 27/17 28/21 29/3 31/6 31/10 31/12 31/13 31/16 31/20 31/21 32/7 33/3 34/1 34/3 35/1 35/2 36/5 36/7 36/10 36/23 37/8 38/5 38/14 39/13 39/15 40/25 41/13 42/20 42/24 43/2 44/20 46/21 46/22 52/4 54/18 54/22 54/24 55/3 55/7 56/3 56/9 56/15 60/8 60/18 60/19 60/21 61/1 63/25 66/24 66/25 69/11 75/24 78/18 79/21 82/4 83/21 84/14 85/9 86/7 88/15 95/20 98/14 100/3
**Branch's [6]**  20/18 22/18 22/25 26/25 27/12 86/17
**brand [1]**  71/2

**break [1]**  59/6
**Brenham [2]**  31/9 33/8
**brief [3]**  11/2 23/11 23/24
**briefly [8]**  15/17 31/4 33/2 33/12 35/25 44/24 47/24 59/22
**bring [5]**  37/18 39/2 69/18 69/18 92/10
**bringing [2]**  69/21 69/24
**brings [1]**  10/6
**Broadening [1]**  44/4
**Broadway [1]**  70/21
**broccoli [1]**  16/1
**broke [1]**  59/12
**broken [2]**  50/14 57/1
**brought [2]**  10/1 37/16
**Brown [1]**  9/1
**budget [5]**  38/7 38/9 67/17 75/5 76/1
**budgetary [2]**  74/21 74/23
**Buffalo [1]**  32/13
**building [6]**  80/20 82/1 82/2 82/5 82/19 83/11
**built [3]**  38/2 43/7 94/25
**built-in [1]**  94/25
**Bunker [2]**  53/12 82/19
**burden [8]**  18/18 20/8 20/10 21/7 21/20 29/7 29/8 29/10
**Bush [1]**  62/5
**Business [1]**  33/18
**busy [1]**  58/11

# C

**cafeteria [1]**  15/25
**call [10]**  4/1 8/11 29/25 44/20 51/4 55/11 70/5 79/22 93/25 97/14
**called [18]**  8/22 9/8 13/16 14/4 15/21 17/20 37/6 37/15 38/21 43/4 45/25 53/3 53/12 63/10 72/4 76/11 95/5 97/16
**calling [1]**  42/16
**calls [2]**  30/2 89/10
**came [8]**  41/25 43/6 62/5

# C

**came...** [5] 73/22 77/3 84/11 95/20 95/25
**Cameron** [3] 34/8 35/10 35/16
**Campbell** [1] 82/5
**campus** [22] 7/16 31/21 38/5 39/12 54/24 55/4 55/21 55/21 55/23 62/10 62/12 62/14 62/15 63/13 66/19 70/23 71/20 77/19 96/2 96/2 96/4 96/8
**campuses** [24] 7/15 55/1 58/8 58/10 59/13 60/10 60/15 62/8 76/10 76/17 76/19 76/20 77/7 77/13 77/17 78/10 92/4 93/21 94/24 95/12 95/21 96/11 96/22 97/15
**can't** [3] 21/9 35/23 75/18
**cancel** [1] 10/16
**canceled** [1] 12/4
**candidate** [7] 16/13 16/13 16/22 17/8 22/9 23/2 24/4
**candidates** [17] 7/7 9/19 9/21 10/3 10/17 10/19 12/4 12/7 16/23 17/4 19/15 22/13 24/10 24/23 25/4 25/8 26/12
**cannot** [1] 21/7
**capacity** [1] 74/6
**care** [1] 88/5
**career** [3] 34/2 37/21 94/4
**Caroline** [2] 34/15 92/16
**carry** [1] 101/3
**case** [34] 4/17 6/17 7/1 7/3 8/6 9/5 10/6 10/11 10/22 13/15 14/13 14/15 16/6 16/20 16/21 17/8 18/16 19/24 19/25 20/7 21/3 23/18 23/19 23/24 24/18 26/5 26/6 28/6 28/8 29/11 46/22 70/16 84/12 86/17
**cases** [3] 23/2 23/9 75/9
**cast** [1] 12/19

**catch** [1] 84/10
**categories** [1] 75/1
**cause** [1] 10/14
**CCMR** [1] 94/3
**census** [1] 21/16
**center** [11] 42/21 42/25 43/2 43/3 43/7 43/12 43/20 44/2 44/8 48/1 48/4
**centers** [1] 48/2
**CEO** [1] 67/14
**certain** [5] 10/13 21/9 57/12 75/25 96/4
**certainly** [1] 22/11
**certification** [1] 37/9
**certify** [1] 102/2
**challenge** [2] 64/23 95/5
**challenged** [1] 20/17
**challenges** [5] 7/13 35/11 35/13 35/23 64/22
**chance** [2] 23/16 23/16
**change** [6] 25/25 38/17 38/20 81/7 81/25 84/14
**changed** [7] 9/13 49/19 79/10 83/22 84/2 84/13 94/3
**changes** [2] 79/15 84/5
**changing** [2] 80/25 84/4
**Chapelwood** [1] 43/4
**characteristics** [4] 44/7 52/22 54/4 59/17
**characterization** [1] 54/12
**characterizations** [1] 43/19
**characterized** [2] 23/8 23/21
**characterizes** [1] 49/11
**CHARLES** [2] 1/18 4/12
**charter** [10] 37/17 76/15 76/16 77/1 77/2 90/4 90/11 90/12 90/13 90/21
**chest** [1] 18/21
**child** [3] 35/14 50/5 94/17
**childhood** [1] 77/19
**children** [26] 7/22 9/6 19/12 19/16 33/24 34/1 34/4 34/20 35/1 50/4 50/10 51/17 51/24

56/19 58/24 60/5 61/7 78/11 78/13 85/13 88/6 88/6 91/23 92/7 92/11 92/13
**children's** [1] 34/18
**choice** [9] 12/9 22/13 23/2 24/4 25/8 95/12 95/17 96/22 97/15
**choices** [2] 9/23 10/21
**choosing** [1] 24/24
**chosen** [2] 12/10 28/22
**Chris** [1] 83/17
**CHRISTOPHER** [1] 1/19
**church** [1] 43/4
**circle** [1] 78/5
**Circuit** [5] 23/7 23/20 23/23 24/13 25/10
**circumstance** [1] 28/5
**circumstances** [10] 15/18 23/6 23/22 24/11 25/22 26/1 27/24 29/9 51/23 73/6
**cities** [3] 28/1 32/16 52/12
**citing** [2] 24/18 24/24
**citizen** [1] 10/5
**citizens** [4] 9/15 9/25 10/8 11/21
**city** [13] 18/23 18/24 32/17 39/17 45/8 45/12 45/18 53/1 53/8 74/5 74/5 82/22 86/13
**civil** [3] 1/5 4/3 10/1
**claim** [3] 10/12 24/17 29/12
**clarifying** [1] 101/3
**clarity** [1] 48/9
**class** [1] 97/18
**classes** [1] 72/10
**classroom** [1] 97/12
**Clay** [1] 32/11
**clear** [2] 45/21 100/17
**clearer** [1] 45/16
**clearly** [1] 15/20
**clerk** [1] 6/8
**client** [1] 4/9
**clients** [1] 4/7
**clinical** [1] 39/24
**clock** [1] 52/2

**close [6]** 6/23 7/15 35/18 40/5 75/25 96/1

**closed [4]** 7/16 76/8 76/19 78/7

**closer [2]** 52/21 58/3

**closest [1]** 79/5

**closet [1]** 88/4

**closures [3]** 77/15 77/21 77/22

**Club [3]** 43/8 43/9 43/9

**Code [2]** 11/3 27/17

**coding [2]** 57/1 57/3

**cohesion [4]** 21/22 21/25 22/3 22/4

**cohesive [1]** 16/10

**colleagues [3]** 6/15 19/18 19/23

**collectively [1]** 15/9

**college [7]** 8/13 19/1 33/10 37/21 39/22 94/4 94/12

**colleges [1]** 19/2

**Collegiate [1]** 95/5

**color [3]** 57/1 57/3 83/12

**come [9]** 30/3 50/10 63/9 75/10 75/21 79/15 79/16 79/16 96/16

**comfortable [1]** 69/20

**comfortably [1]** 30/7

**coming [4]** 40/10 40/12 63/7 97/4

**commissioner [1]** 63/6

**Commissioner's [1]** 18/25

**committed [1]** 29/20

**committee [5]** 41/6 41/7 62/6 62/7 90/11

**common [5]** 21/9 65/22 66/2 66/8 66/14

**communities [9]** 14/17 21/6 53/21 56/20 65/5 65/9 66/8 66/18 88/8

**community [26]** 7/12 7/18 7/25 8/5 12/13 13/13 17/4 19/1 19/2 31/22 35/12 37/4

40/24 41/1 41/5 41/20 41/22 41/23 41/24 43/1 43/16 43/17 44/1 68/3 80/15 86/3

**compact [1]** 13/19

**compactness [1]** 21/1

**compared [2]** 60/22 95/15

**complete [2]** 90/14 100/8

**completed [4]** 33/17 33/20 37/8 90/17

**completely [4]** 25/25 35/7 85/18 100/6

**complex [1]** 41/21

**compliance [1]** 15/19

**complies [2]** 14/16 14/16

**comply [2]** 13/5 15/6

**comprise [8]** 7/22 9/7 12/15 14/6 19/12 45/9 68/2 68/23

**computer [1]** 2/25

**concept [1]** 22/10

**concerned [2]** 80/4 85/10

**concerning [1]** 69/24

**conclusion [1]** 89/10

**conclusions [1]** 16/9

**concurring [1]** 23/9

**condition [1]** 20/25

**conditioned [1]** 5/12

**conditioning [1]** 38/2

**conditions [7]** 7/5 9/13 10/14 11/20 13/11 29/8 52/17

**conduct [4]** 11/14 74/8 80/6 85/24

**conducts [1]** 74/8

**conference [1]** 29/16

**conferred [1]** 5/11

**confirmation [1]** 5/19

**confusion [1]** 100/25

**Congress [1]** 15/22

**connection [1]** 40/6

**conscience [1]** 17/5

**consequence [3]** 7/14 7/21 80/8

**consequences [4]** 7/2 7/3 7/11 8/6

**consequential [3]** 6/17 7/1 19/25

**conservative [1]** 26/20

**consider [10]** 20/7 24/14 26/15 27/15 28/5 28/24 36/25 54/25 69/19 73/1

**consideration [3]** 25/13 25/20 55/16

**considered [3]** 23/21 26/5 49/21

**considering [1]** 23/1

**consistently [4]** 9/20 10/19 12/4 12/6

**consists [1]** 76/13

**Constitution [1]** 11/24

**constitutional [2]** 11/16 19/13

**consult [1]** 74/17

**consultant [1]** 84/20

**consulting [2]** 40/3 40/6

**containing [1]** 24/19

**contemporaneous [1]** 20/17

**contend [2]** 9/23 17/9

**context [2]** 31/5 49/18

**continue [4]** 13/10 59/9 63/7 98/17

**continued [2]** 2/1 98/3

**contract [2]** 78/9 78/9

**contracted [1]** 43/12

**contracts [1]** 74/24

**contrary [1]** 24/11

**contrast [3]** 51/20 54/14 61/4

**control [1]** 90/14

**convenient [1]** 12/24

**conversation [9]** 55/15 75/12 75/14 80/5 80/17 80/18 80/21 81/4 85/5

**convert [1]** 90/19

**core [1]** 64/18

**corner [4]** 47/14 77/15 83/2 83/3

**Cornerstone [2]** 76/18 96/22

**C**

**corporate [1]** 68/24
**correct [53]** 5/23 45/10 47/8 47/9 47/14 47/15 47/16 47/17 47/20 47/21 48/15 48/16 50/12 53/24 54/2 54/13 54/16 56/4 56/5 56/21 57/1 57/2 57/4 57/5 57/8 57/15 57/16 57/19 57/20 58/13 58/17 58/18 59/2 63/5 63/16 63/20 63/21 64/7 64/10 78/2 78/8 79/6 79/7 82/7 82/9 82/16 91/24 92/14 95/14 98/22 99/4 100/9 102/2
**correlate [1]** 17/22
**correspond [1]** 56/13
**Corridor [2]** 32/13 46/9
**cost [1]** 85/25
**could [26]** 6/20 11/3 12/14 27/19 38/23 42/10 44/25 56/10 65/7 67/8 74/15 74/16 74/16 74/17 75/1 79/22 79/23 95/22 95/23 96/1 96/7 96/7 96/16 96/19 97/22 98/13
**couldn't [1]** 79/24
**council [2]** 18/24 74/5
**counsel [6]** 4/6 5/19 15/11 19/8 29/14 88/21
**counterparts [1]** 8/19
**counties [1]** 28/1
**country [1]** 97/21
**county [5]** 18/25 23/7 29/3 45/6 79/16
**couple [4]** 31/9 70/15 93/4 95/19
**course [1]** 62/1
**courses [2]** 40/1 89/1
**court [48]** 1/1 2/2 2/3 4/1 4/20 4/21 4/23 4/25 5/16 6/10 6/13 6/14 6/21 8/25 9/1 10/7 10/9 10/12 13/15 14/10 14/13 15/10 18/25 19/21 20/4 20/5 20/7 20/16 20/22 21/19 24/15 24/24 25/10 25/11 25/20 25/23 26/1 26/15 27/15 28/5 28/23 29/10 30/9 30/19 44/22 55/15 97/8 102/6
**Court's [1]** 100/23
**courts [6]** 11/24 16/4 19/21 22/9 28/13 28/17
**covered [1]** 82/13
**COVID [2]** 26/21 26/22
**CRAWFORD [3]** 1/18 4/13 20/2
**create [3]** 11/5 13/25 90/4
**created [2]** 23/7 96/10
**Creek [5]** 46/1 53/13 58/16 58/25 82/19
**criminal [1]** 100/23
**crisis [2]** 26/21 69/11
**criteria [1]** 14/20
**critical [3]** 67/18 69/14 93/4
**Critically [1]** 21/4
**criticized [2]** 18/5 18/7
**CROSS [1]** 91/10
**CROSS-EXAMINATION [1]** 91/10
**crossover [3]** 22/21 22/24 23/1
**crudely [1]** 46/8
**CSR [1]** 2/2
**culturally [1]** 85/14
**culture [2]** 66/9 66/12
**current [4]** 4/20 8/17 73/13 92/8
**currently [1]** 32/22
**cut [1]** 75/25
**cutting [1]** 75/1
**CV [1]** 1/5

**D**

**dad [2]** 35/19 87/7
**Dads [1]** 43/8
**Dairy [1]** 83/11
**Dallas [2]** 23/7 89/25
**Dam [1]** 32/12

**dash [1]** 78/5
**data [5]** 50/22 54/8 59/24 61/20 95/1
**Date [1]** 102/5
**dates [1]** 8/21
**daughter [1]** 64/15
**daughters [1]** 87/8
**day [31]** 12/20 13/2 13/4 29/6 47/5 47/6 55/10 67/15 72/18 79/4 79/11 80/8 80/11 81/12 82/10 83/23 83/24 84/2 84/10 87/21 98/7 98/11 98/12 98/13 98/15 98/17 98/19 100/12 101/6 101/13 101/13
**days [3]** 54/21 82/2 101/15
**deal [2]** 29/15 89/1
**dealing [1]** 86/8
**debate [1]** 62/17
**decade [1]** 7/5
**December [3]** 31/18 31/19 38/16
**December 2015 [1]** 38/16
**decide [3]** 14/13 90/19 96/1
**decided [4]** 7/15 23/19 77/16 80/5
**deciding [1]** 89/7
**decision [12]** 9/1 20/17 67/12 67/19 75/10 75/17 75/18 80/22 80/23 86/5 88/16 88/17
**decision-making [6]** 67/12 67/19 80/22 80/23 88/16 88/17
**decisions [12]** 7/10 7/11 68/4 68/20 69/17 69/19 71/15 71/16 75/23 75/24 88/10 88/14
**deeply [1]** 60/23
**defeat [2]** 22/8 22/13
**defeated [1]** 23/1
**defeats [3]** 9/22 10/21 12/8
**defendant [3]** 5/1 18/20 30/23

**defendants [4]** 1/7 1/18 5/21 11/1
**defendants' [3]** 3/15 6/3 25/2
**defense [1]** 15/11
**deficiencies [2]** 90/23 90/25
**define [1]** 101/10
**defined [1]** 101/11
**defining [1]** 37/9
**definitely [4]** 83/10 85/11 86/3 95/1
**definition [1]** 101/18
**degree [5]** 37/10 40/2 89/2 90/14 96/12
**demand [2]** 24/22 79/19
**Democrat [1]** 26/19
**demographic [1]** 93/13
**demographics [7]** 30/23 42/23 44/21 48/18 49/11 53/17 83/5
**demonstrate [1]** 24/16
**demonstrates [1]** 7/3
**dependent [1]** 96/5
**dependents [1]** 50/8
**depending [3]** 75/12 75/14 101/15
**depends [2]** 20/13 62/15
**depict [1]** 77/15
**depicted [2]** 57/24 76/10
**depicts [2]** 76/6 76/7
**derive [1]** 15/21
**derived [1]** 61/20
**describe [2]** 64/17 67/8
**described [3]** 10/12 42/20 64/2
**describing [1]** 48/3
**designation [1]** 94/4
**designed [1]** 29/23
**designing [1]** 69/7
**desire [1]** 62/7
**desires [1]** 69/3
**despite [1]** 58/22
**detail [1]** 36/22

**determinative [1]** 38/24
**determining [2]** 50/5 73/1
**detrimental [1]** 86/10
**developed [8]** 37/15 68/2 90/21 96/23 96/23 98/3 98/3 98/4
**Development [8]** 42/21 42/25 43/2 43/20 44/2 44/8 48/1 48/4
**devote [1]** 15/15
**didn't [11]** 11/9 32/20 36/17 38/18 38/18 38/18 63/11 71/8 77/8 87/23 96/3
**difference [7]** 68/10 72/12 72/16 74/1 74/7 85/3 86/18
**differences [1]** 86/22
**different [30]** 9/20 10/19 12/7 35/1 35/3 35/7 36/12 38/11 40/10 40/18 43/9 52/10 60/4 60/6 61/7 61/9 62/9 62/13 65/3 65/5 65/9 75/21 75/21 85/6 85/18 93/16 94/8 95/17 96/21 98/25
**differential [1]** 69/25
**difficult [3]** 12/19 38/7 90/3
**digest [1]** 101/16
**dilute [1]** 12/13
**dilution [1]** 24/18
**dinners [1]** 38/19
**direct [2]** 30/16 61/19
**directing [2]** 52/1 58/14
**directly [3]** 85/1 85/1 85/4
**disadvantage [2]** 50/13 59/25
**disadvantaged [16]** 7/18 8/16 27/7 27/7 27/12 34/23 34/24 49/15 49/17 49/21 50/6 50/11 50/23 51/16 52/10 59/24
**disadvantages [1]** 12/10
**disagreements [1]** 4/18
**discernible [1]** 72/21
**disciplined [1]** 8/18

**discrimination [1]** 29/2
**discuss [4]** 24/12 31/4 59/12 74/18
**discussed [2]** 74/22 74/24
**discussing [2]** 74/15 97/2
**discussion [3]** 72/3 74/2 75/19
**discussions [4]** 72/4 74/2 74/7 75/5
**dismiss [1]** 29/10
**disparate [1]** 8/10
**disputed [1]** 29/22
**distinctly [1]** 35/3
**district [195]**
**District 1 [7]** 15/6 24/3 51/18 66/2 66/8 66/17 78/13
**district's [8]** 7/25 9/15 29/11 48/23 50/21 56/22 59/23 76/1
**district-wide [1]** 93/15
**district.' [1]** 24/8
**districted [8]** 56/4 56/8 56/14 56/20 57/13 57/18 58/16 58/24
**districting [4]** 21/5 21/8 21/12 24/23
**districts [28]** 12/14 12/16 14/11 15/7 18/22 18/23 18/23 18/24 21/2 28/4 28/22 32/24 35/3 40/4 40/7 40/8 40/14 40/21 42/9 70/4 70/8 72/10 84/21 85/2 86/11 95/15 97/3 97/4
**diverse [3]** 54/24 55/1 55/3
**diversity [5]** 9/15 55/2 67/23 86/18 88/13
**division [2]** 1/2 78/21
**do -- you [1]** 38/18
**doctorate [2]** 33/21 40/1
**document [5]** 4/25 6/10 47/14 48/22 48/25
**documents [1]** 72/23
**does [14]** 4/19 9/17 24/5 24/20 25/24 33/10 33/11

**D**

**does...** **[7]** 36/3 36/6 49/17 63/1 64/10 66/4 67/4
**doesn't** **[4]** 27/18 37/22 87/12 87/13
**doing** **[10]** 6/25 7/23 35/7 37/19 40/6 64/19 84/10 85/25 98/7 101/21
**dollar** **[1]** 41/23
**dollars** **[3]** 38/1 61/3 96/20
**dominate** **[1]** 21/7
**dominated** **[1]** 21/18
**DOMINGO** **[3]** 1/14 4/9 6/15
**done** **[9]** 14/18 29/14 39/3 39/13 39/21 58/25 71/10 71/13 72/9
**donut** **[1]** 53/7
**dot** **[2]** 47/19 48/5
**dots** **[6]** 47/16 48/2 58/8 58/11 58/12 79/2
**double** **[2]** 33/17 37/7
**dove** **[1]** 60/23
**down** **[6]** 32/12 32/13 32/15 41/21 42/22 58/25
**Dr** **[1]** 4/14
**Dr.** **[23]** 6/16 9/9 10/4 12/3 17/11 18/2 19/18 19/19 21/12 21/24 22/1 22/16 26/9 30/2 30/18 32/4 33/5 46/20 50/20 59/12 73/5 89/19 91/12
**Dr. Duncan** **[1]** 30/2
**Dr. Elizondo** **[4]** 12/3 19/18 19/19 21/24
**Dr. Klussmann** **[8]** 30/18 32/4 46/20 50/20 59/12 73/5 89/19 91/12
**Dr. Klussmann's** **[1]** 33/5
**Dr. Stein** **[3]** 18/2 21/12 22/16
**Dr. Stein's** **[3]** 17/11 22/1 26/9
**Dr. Tijerina** **[1]** 9/9

**Dr. Virginia** **[2]** 6/16 12/3
**drama** **[1]** 70/20
**dramatically** **[4]** 7/3 9/13 81/1 84/13
**drastically** **[1]** 84/7
**draw** **[5]** 3/10 3/16 14/11 17/23 55/13
**drawing** **[2]** 21/13 21/18
**drawn** **[2]** 8/4 55/4
**drive** **[1]** 43/14
**drop** **[1]** 8/16
**dual** **[6]** 96/23 97/7 97/9 97/14 97/17 97/23
**due** **[1]** 7/13
**duly** **[2]** 30/15 68/16
**Duncan** **[3]** 30/2 30/10 30/15
**during** **[18]** 26/22 36/11 37/4 38/12 40/18 40/23 44/16 49/7 73/10 83/10 83/13 84/4 95/16 96/14 96/18 98/5 98/20 98/24
**duty** **[1]** 28/19
**dying** **[1]** 35/20

**E**

**each** **[12]** 4/6 4/19 5/3 29/17 41/17 51/5 53/20 58/10 66/19 69/4 69/6 99/2
**earlier** **[10]** 50/21 52/25 56/6 63/23 76/12 79/2 82/24 88/23 93/23 100/15
**early** **[24]** 12/23 13/1 13/4 77/19 80/19 81/12 81/17 81/21 81/25 82/2 82/3 82/12 82/12 82/25 83/6 83/23 84/1 84/2 84/4 84/6 84/9 84/11 84/11 84/12
**easier** **[2]** 47/12 48/11
**easiest** **[1]** 18/3
**easily** **[1]** 61/2
**east** **[1]** 56/17
**ecological** **[2]** 17/20 18/5
**economic** **[16]** 7/4 9/12 11/19 30/23 43/18 43/22

44/7 44/21 50/13 50/23 51/23 52/17 59/25 65/5 65/9 86/18
**economically** **[17]** 7/17 8/16 9/6 27/6 27/7 27/12 34/22 34/24 49/15 49/17 49/21 50/6 50/11 51/16 52/9 59/24 85/14
**ed** **[2]** 67/8 77/9
**Edgewood** **[1]** 99/22
**education** **[17]** 9/1 11/3 13/12 19/16 27/17 33/19 37/8 37/14 37/22 39/23 40/15 44/16 49/18 62/6 62/17 77/11 85/13
**educational** **[8]** 31/4 33/13 36/4 39/18 67/9 67/23 68/20 90/2
**educator** **[2]** 35/8 67/21
**effectively** **[1]** 13/13
**efficient** **[1]** 96/7
**efficiently** **[1]** 19/24
**efforts** **[2]** 4/16 94/23
**eight** **[3]** 74/13 100/1 100/2
**either** **[5]** 57/14 63/13 63/20 64/13 82/18
**El** **[1]** 40/10
**elaborate** **[1]** 35/13
**elect** **[13]** 7/7 9/19 10/3 10/17 12/3 19/15 24/3 24/23 25/4 25/8 26/12 32/22 86/10
**elected** **[15]** 9/16 16/14 16/17 16/22 27/1 67/2 67/3 68/14 68/15 68/15 68/16 74/3 83/12 83/17 86/8
**electing** **[4]** 24/9 31/7 40/9 90/25
**election** **[40]** 12/20 13/1 13/2 13/4 13/6 22/5 22/13 22/16 24/6 26/17 27/3 31/2 36/21 46/20 46/23 47/1 47/5 47/6 48/10 48/14 50/20 70/6 79/4 79/11 79/16 79/20 79/22 80/8 80/11 81/12

**E**

**election... [10]** 81/18 82/10 82/21 83/23 83/24 84/2 84/10 84/19 85/25 90/18

**elections [22]** 7/2 12/10 13/1 13/3 17/3 22/15 22/15 22/15 23/3 24/10 26/7 26/9 26/22 36/14 36/15 36/17 36/19 78/19 79/21 80/6 84/14 85/24

**electoral [7]** 7/4 10/13 10/16 31/1 36/23 78/16 90/24

**elementaries [4]** 60/19 60/22 60/23 99/8

**elementary [38]** 34/15 38/1 48/6 51/1 51/8 51/13 52/9 57/21 57/25 58/8 58/12 58/16 58/23 58/23 61/1 62/16 64/1 64/4 64/8 64/15 77/18 77/20 78/25 79/2 79/4 79/5 79/8 80/9 81/22 82/10 96/5 98/25 99/6 99/7 99/9 99/12 100/2 100/3

**Eleven [1]** 31/17

**eligibility [1]** 49/22

**eligible [1]** 98/15

**eliminated [2]** 78/1 82/11

**ELIZONDO [11]** 1/4 1/22 4/4 4/10 6/16 10/4 11/2 12/3 19/18 19/19 21/24

**else [5]** 46/4 46/4 46/5 53/7 92/12

**embedded [2]** 45/15 45/17

**employee [2]** 83/13 92/10

**employees [1]** 96/17

**employment [3]** 13/12 35/25 96/19

**empower [1]** 7/22

**enable [1]** 22/8

**end [5]** 25/24 29/6 37/5 62/1 67/15

**endeavor [1]** 19/23

**Energy [2]** 32/13 46/9

**enforce [1]** 7/20

**enforcing [1]** 11/24

**engaged [2]** 41/24 42/2

**engagement [1]** 85/5

**English [4]** 97/11 97/20 97/22 98/4

**enhance [1]** 19/14

**enhances [2]** 24/23 25/7

**enjoyed [1]** 10/15

**enough [7]** 6/24 11/13 11/20 24/7 38/3 45/21 90/9

**enrichment [2]** 61/10 61/11

**enrolling [1]** 37/21

**enrollment [20]** 46/23 48/14 49/1 49/3 55/25 56/3 56/23 56/25 57/4 57/21 57/24 58/6 58/7 58/15 65/17 73/9 73/19 77/7 96/19 96/25

**ensure [1]** 25/3

**entire [2]** 64/21 94/22

**entries [1]** 63/1

**equal [2]** 68/14 68/17

**equally [2]** 27/4 91/1

**equipment [3]** 80/1 80/7 86/1

**equitable [3]** 95/3 96/3 100/10

**erred [1]** 25/11

**essence [1]** 10/12

**essentially [4]** 23/14 54/12 56/16 63/10

**establish [2]** 14/19 24/20

**established [3]** 15/20 83/7 97/20

**establishing [1]** 18/18

**ET [1]** 1/7

**ethically [1]** 9/6

**ethnic [18]** 9/12 16/22 30/23 34/20 43/18 43/22 44/6 44/21 52/21 54/3 54/11 55/2 59/17 59/19 65/5 65/9 67/23 67/24

**ethnicity [3]** 54/23 65/22 86/19

**evaluate [1]** 17/21

**evaluating [1]** 55/17

**evaluation [1]** 20/14

**even [16]** 16/19 35/24 63/24 67/5 68/22 68/23 70/1 70/2 71/22 85/19 87/14 87/14 87/23 88/11 98/17 98/19

**Evening [1]** 101/25

**event [1]** 5/18

**eventually [4]** 38/1 71/9 96/24 98/16

**ever [12]** 28/10 28/14 37/11 39/11 81/7 87/21 89/21 89/23 90/1 91/19 94/17 95/20

**every [16]** 17/4 26/4 26/4 31/20 31/20 31/21 35/9 55/23 63/19 83/6 85/16 85/19 86/5 86/6 96/8 96/8

**Everybody [1]** 100/17

**everyone [2]** 67/6 67/7

**everything [9]** 45/17 46/4 46/4 46/5 46/8 46/9 53/7 55/12 94/19

**evidence [21]** 12/5 13/17 14/25 15/8 20/7 20/16 20/20 21/1 21/24 22/1 22/12 22/23 22/24 23/3 25/15 26/10 26/16 27/2 27/5 27/9 27/11

**EXAMINATION [2]** 30/16 91/10

**example [8]** 7/12 12/11 51/7 63/25 68/7 70/3 70/18 85/22

**exceed [2]** 8/14 51/25

**exceeds [2]** 13/2 27/10

**excellent [1]** 29/14

**except [1]** 5/21

**exception [2]** 46/10 52/5

**exclude [2]** 5/10 52/8

**excuse [2]** 34/6 75/11

**executing [1]** 67/9

**executive [12]** 41/7 72/4 74/2 74/9 74/11 74/12 74/14

**executive...** [5] 74/20 74/22 74/24 75/3 75/7
**exercise** [1] 14/24
**exercised** [1] 7/25
**exhaustion** [1] 11/15
**exhaustive** [2] 26/4 27/25
**exhibit** [56] 5/13 5/15 5/20 32/2 33/4 36/2 36/24 40/17 42/8 42/11 42/13 44/6 44/14 44/25 45/23 46/18 47/1 47/10 47/19 48/9 48/19 48/22 49/10 50/9 50/15 52/24 53/2 53/16 53/18 54/6 54/8 54/9 54/14 56/1 56/23 57/22 58/14 59/14 59/18 59/22 59/23 61/19 61/20 62/11 63/19 65/13 65/16 76/3 76/6 77/14 79/1 81/15 81/16 81/16 82/6 82/8
**Exhibit 1** [1] 54/9
**Exhibit 10** [1] 56/23
**Exhibit 102** [3] 32/2 44/25 45/23
**Exhibit 103** [3] 48/19 48/22 49/10
**Exhibit 104** [2] 48/9 56/1
**Exhibit 105** [5] 54/6 54/8 54/14 59/14 59/18
**Exhibit 106** [1] 53/16
**Exhibit 107** [3] 50/15 59/22 59/23
**Exhibit 108** [3] 61/19 62/11 63/19
**Exhibit 11** [3] 57/22 58/14 79/1
**Exhibit 110** [2] 81/15 81/16
**Exhibit 12** [1] 81/16
**Exhibit 139** [3] 76/3 76/6 77/14
**Exhibit 24** [6] 42/8 42/11 42/13 44/6 65/13 65/16
**Exhibit 26** [1] 61/20
**Exhibit 42** [4] 33/4 36/2

**Exhibit 44** [1] 53/18
**Exhibit 8** [2] 52/24 53/2
**Exhibit 89** [1] 5/13
**Exhibit 9** [3] 46/18 47/1 47/19
**exhibits** [5] 3/9 3/15 5/12 5/15 6/4
**exist** [2] 60/6 60/9
**existed** [4] 52/17 52/18 59/19 64/24
**existence** [1] 16/9
**exists** [4] 13/11 37/6 66/21 88/22
**expand** [1] 93/24
**expeditiously** [1] 19/24
**experience** [14] 34/25 35/6 35/7 54/21 67/21 85/15 85/20 87/15 87/17 88/1 89/12 89/20 94/7 94/10
**experienced** [1] 49/7
**experiences** [10] 34/18 36/4 67/25 68/1 68/1 86/7 87/2 88/8 88/9 94/8
**expert** [2] 21/11 25/2
**experts** [2] 20/23 24/25
**explain** [1] 97/8
**explained** [1] 24/15
**explains** [1] 26/17
**explanation** [1] 90/16
**exposed** [1] 71/21
**exposure** [1] 60/17
**express** [1] 19/20
**extent** [2] 16/12 90/23
**extreme** [1] 60/10
**Extremely** [1] 75/9
**eyes** [1] 35/11

**F**

**facilities** [2] 27/4 43/20
**facility** [7] 39/9 42/14 42/19 42/20 42/24 43/13 71/8
**facing** [2] 7/13 7/13
**fact** [12] 17/5 18/22 25/17 25/21 25/25 27/23 27/25

89/21
**factor** [12] 16/20 18/17 26/4 26/5 26/15 26/25 27/15 28/23 28/24 51/16 62/21 86/6
**factored** [1] 50/7
**factors** [19] 12/5 13/17 14/20 15/14 15/19 15/21 16/6 16/15 18/15 25/23 26/3 61/25 62/9 62/16 74/13 74/13 93/8 94/2 94/2
**facts** [2] 72/21 101/20
**factual** [1] 66/16
**failed** [4] 13/5 21/20 29/7 29/10
**fails** [1] 22/19
**failure** [3] 20/9 21/19 25/12
**fair** [1] 43/15
**fairly** [2] 55/3 60/23
**familiar** [12] 31/6 43/18 44/6 49/7 57/23 69/23 74/7 81/20 81/23 84/21 88/24 90/7
**familiarity** [2] 36/22 89/3
**families** [5] 49/24 50/11 51/23 76/18 94/11
**family** [16] 42/21 42/24 43/2 43/20 44/1 44/8 48/1 48/4 49/25 50/1 50/5 50/8 87/9 87/18 94/14
**family's** [1] 50/7
**famous** [1] 10/11
**far** [10] 8/17 8/18 39/20 49/2 51/23 80/9 85/7 85/10 91/7 95/8
**farther** [2] 12/21 58/25
**fatal** [2] 20/10 25/19
**favor** [3] 17/14 29/11 29/23
**FCRR** [1] 2/2
**fed** [1] 60/19
**federal** [6] 11/12 11/24 19/20 19/21 28/13 49/19
**federally** [2] 6/17 19/22

**F**

**feed [1]** 51/13
**feeder [11]** 50/22 50/24 50/25 51/4 51/5 63/19 63/23 63/25 64/1 64/13 93/12
**feel [4]** 35/5 69/20 80/21 96/3
**fell [2]** 36/19 78/21
**felt [4]** 38/9 38/10 39/20 96/10
**few [3]** 8/6 20/6 28/18
**fewer [2]** 12/21 80/17
**fewest [1]** 16/4
**field [3]** 40/16 41/23 44/16
**fifth [7]** 23/7 23/20 23/23 24/13 25/10 31/1 84/17
**Fifth Circuit [5]** 23/7 23/20 23/23 24/13 25/10
**figure [1]** 49/3
**figures [2]** 61/2 72/21
**file [1]** 81/9
**filed [2]** 5/21 83/17
**filing [1]** 81/11
**fill [1]** 96/7
**final [1]** 26/1
**finally [2]** 13/10 28/25
**finance [4]** 33/18 36/19 78/20 96/15
**financial [4]** 7/13 60/11 80/24 85/23
**find [4]** 15/24 21/20 25/10 29/11
**finding [4]** 16/5 22/22 25/11 58/7
**findings [6]** 4/17 11/7 11/9 13/23 29/20 29/22
**finger [1]** 58/15
**finish [1]** 100/13
**first [23]** 7/2 11/11 12/5 13/16 13/17 14/12 20/8 20/25 22/15 23/25 24/4 29/25 36/7 39/15 54/21 55/5 55/6 60/17 69/10 77/5 84/11 87/14 87/21

**first-time [1]** 55/6
**fits [1]** 74/25
**five [6]** 30/20 30/21 32/17 45/8 93/4 100/1
**floor [1]** 35/22
**Florida [1]** 62/4
**fluent [1]** 97/20
**focal [1]** 67/14
**focus [4]** 31/24 37/6 37/12 44/4
**focused [3]** 27/3 54/4 94/6
**follow [2]** 11/17 14/1
**following [1]** 12/5
**follows [2]** 32/11 32/14
**force [1]** 90/11
**foregoing [1]** 102/2
**foreshadowing [1]** 29/15
**Forest [5]** 64/12 77/18 77/22 78/12 82/18
**forgot [1]** 72/7
**form [2]** 37/8 37/22
**formed [3]** 8/25 76/25 77/12
**fortunate [2]** 43/3 44/18
**Forty [1]** 47/22
**Forty-one [1]** 47/22
**forward [6]** 67/15 68/25 69/7 69/8 69/21 69/21
**found [3]** 28/3 28/6 45/12
**foundation [4]** 39/16 39/18 39/21 72/23
**four [10]** 50/1 68/24 70/18 70/20 78/16 82/17 84/1 87/9 96/6 100/1
**fourth [2]** 31/1 55/10
**frankly [1]** 64/9
**free [5]** 49/20 49/22 50/2 50/2 66/19
**freeway [10]** 56/13 57/18 60/7 60/7 71/5 71/6 73/23 92/17 100/4 100/9
**Friday [4]** 100/17 100/23 101/2 101/14
**friends [2]** 35/17 35/17

**front [1]** 75/5
**full [14]** 39/22 87/12 87/19 90/1 98/7 98/11 98/12 98/15 98/15 98/17 101/6 101/13 101/13 101/15
**full-day [3]** 98/7 98/15 98/17
**full-time [1]** 39/22
**function [1]** 69/14
**functional [1]** 20/14
**functions [1]** 7/14
**funded [2]** 61/15 98/11
**funding [4]** 7/14 76/1 98/13 98/15
**fundraisers [1]** 60/16
**funds [1]** 98/24
**funeral [1]** 88/4
**Fusilier [1]** 23/18
**future [2]** 24/6 24/10

**G**

**garner [1]** 11/13
**general [11]** 24/2 52/18 53/11 60/12 64/17 66/15 73/8 73/9 75/5 80/16 81/4
**generally [15]** 19/21 42/23 49/23 61/23 65/4 65/9 65/16 65/22 66/2 66/8 66/14 73/18 84/21 84/24 97/4
**gentleman [1]** 55/11
**geographic [3]** 31/24 56/7 86/16
**geographically [2]** 13/19 45/4
**geography [1]** 48/12
**gets [2]** 87/19 87/21
**getting [6]** 40/1 61/3 77/11 87/20 95/9 97/21
**gifted [1]** 96/24
**Gingles [16]** 10/11 13/16 14/19 15/13 15/19 20/9 20/9 20/25 21/21 21/22 22/6 22/20 23/5 24/4 25/24 29/8
**girl [1]** 71/17
**Girls [1]** 43/9

**G**

**give [7]**  5/1 36/3 44/22 52/25 55/17 70/3 96/25
**given [4]**  4/22 13/7 15/25 16/1
**gives [2]**  56/25 95/11
**go clock [1]**  52/2
**goal [12]**  37/6 37/12 77/9 92/24 93/1 93/3 93/15 93/17 93/19 94/1 94/21 98/1
**goals [2]**  37/13 77/6
**goes [6]**  32/12 32/12 55/6 87/15 94/19 98/2
**going [49]**  13/10 14/25 15/15 15/25 16/20 17/13 17/16 17/17 17/18 18/15 20/22 22/2 27/2 27/5 27/9 27/11 28/21 28/25 30/21 32/15 37/23 37/24 38/17 38/20 38/20 44/20 48/9 48/13 58/20 61/5 64/12 69/2 69/9 69/16 69/17 69/17 75/10 75/10 75/20 75/20 80/17 85/24 86/21 90/7 93/25 99/2 100/12 100/16 100/25
**Golando [1]**  6/15
**gold [2]**  57/9 57/10
**golfing [1]**  38/19
**Gonzalez [2]**  83/17 83/19
**good [13]**  4/2 4/8 4/12 6/12 20/3 39/6 39/7 59/5 70/3 70/19 77/10 85/22 91/14
**got [5]**  17/12 36/1 39/23 60/22 71/2
**governance [5]**  30/25 66/23 66/24 84/25 85/6
**government [2]**  9/14 49/20
**governmentally [1]**  9/10
**grade [9]**  62/1 62/8 62/9 62/22 63/8 64/19 96/5 96/6 96/8
**grades [1]**  62/25
**graduate [2]**  33/10 93/7

**graduated [3]**  33/15 34/14 94/12
**graduating [1]**  33/14
**graduation [1]**  93/6
**grant [3]**  98/13 98/16 98/18
**graphic [5]**  45/16 46/11 50/20 51/10 59/23
**great [14]**  37/3 37/4 38/6 39/16 41/19 55/21 55/22 68/19 69/8 69/19 70/6 71/1 71/20 99/8
**greater [3]**  36/22 64/22 64/22
**greatest [2]**  10/18 39/11
**greatly [5]**  68/11 70/3 71/15 71/25 84/5
**green [3]**  47/16 47/19 58/15
**grew [1]**  94/10
**group [10]**  11/21 13/18 13/18 16/14 21/3 42/3 43/6 71/19 71/20 90/11
**groups [2]**  21/23 43/22
**growing [2]**  31/9 31/10
**growth [1]**  62/18
**guaranteed [3]**  9/24 23/16 24/16
**guaranteeing [1]**  19/22
**guarantees [3]**  7/20 10/8 16/22
**guess [3]**  80/11 82/18 94/21
**guidance [2]**  69/4 69/16

**H**

**H-21-1997 [1]**  4/4
**half [5]**  13/24 34/9 41/16 98/13 98/14
**hall [2]**  33/21 82/22
**hand [9]**  4/23 4/23 6/8 30/4 47/14 49/10 52/4 64/12 77/15
**handed [2]**  4/25 6/10
**handle [1]**  53/1
**handling [2]**  26/21 101/20
**happen [1]**  9/17
**happened [2]**  35/4 63/12

**happening [1]**  70/14
**hard [7]**  32/8 51/1 51/3 64/18 84/10 85/15 85/20
**harder [2]**  80/2 81/5
**Harding [5]**  23/6 23/19 24/18 24/18 24/21
**harm [1]**  9/23
**Harris [3]**  18/25 29/3 45/6
**Harris County [3]**  18/25 29/3 45/6
**hasn't [2]**  16/14 49/19
**have [139]**
**haven't [3]**  85/3 85/5 97/5
**having [16]**  6/22 7/3 7/9 22/14 35/1 54/4 60/8 75/7 79/25 83/5 85/20 86/1 86/4 86/4 86/24 88/1
**he [25]**  16/17 17/12 17/13 17/16 18/2 18/3 18/4 18/5 18/7 18/8 18/10 21/14 21/14 21/16 23/14 34/9 34/12 35/16 62/5 63/11 87/14 87/19 87/20 87/23 88/4
**he's [3]**  17/18 35/21 72/20
**heading [1]**  62/11
**health [2]**  13/12 43/15
**hear [14]**  9/9 11/19 11/19 12/5 13/10 14/25 17/1 17/25 18/2 18/9 20/22 28/25 30/8 88/23
**heard [7]**  7/7 7/21 10/2 19/14 27/21 31/9 88/20
**hearing [1]**  6/22
**hearsay [2]**  55/14 72/22
**heart [1]**  82/18
**Heather [2]**  2/2 102/6
**heavily [1]**  8/20
**Hedwig [5]**  32/18 32/19 32/19 46/1 53/13
**help [1]**  94/15
**helping [2]**  42/4 78/19
**Hempstead [1]**  32/11
**HENRY [2]**  1/19 4/13
**her [8]**  20/10 21/20 25/15

# H

**her... [5]** 29/7 29/8 29/10 29/10 29/11

**here [21]** 4/3 4/10 6/24 7/20 8/7 13/17 20/18 21/11 21/23 22/12 22/23 22/24 25/15 26/18 29/2 46/10 46/14 51/12 55/22 76/10 99/2

**herself [1]** 87/9

**Hey [1]** 86/2

**high [49]** 33/14 33/15 34/8 34/10 34/12 34/13 34/13 34/17 34/19 34/19 35/10 38/5 51/2 52/15 56/22 56/25 57/3 57/6 57/10 57/11 57/13 57/14 61/3 61/3 61/5 62/16 70/19 70/19 70/23 71/1 71/8 71/11 71/17 71/20 71/22 71/24 72/15 73/8 73/13 77/2 77/4 87/6 87/9 87/18 90/3 90/6 92/4 92/5 93/12

**high-performing [1]** 77/2

**high-poverty [3]** 71/20 87/9 87/18

**higher [5]** 37/8 37/22 65/1 77/9 77/11

**highest [1]** 73/14

**highlights [1]** 20/6

**highly [2]** 9/5 96/24

**Highway [1]** 32/11

**Hill [2]** 53/12 82/19

**Hilshire [12]** 32/19 46/13 53/5 53/13 53/23 56/18 56/18 56/19 82/24 83/1 83/3 83/9

**him [4]** 17/25 18/9 35/17 87/23

**himself [1]** 87/21

**hinder [1]** 13/12

**HINDMAN [1]** 1/23

**his [14]** 15/12 21/18 21/18 23/9 23/13 27/22 34/9 34/13 35/17 35/20 87/7 87/7 87/21 88/4

# Hispanic [70]

6/18 7/6 7/11 7/17 7/20 7/22 8/16 9/6 9/18 9/19 9/21 10/2 10/5 11/2 11/5 12/2 12/6 12/7 12/11 12/14 12/19 12/21 12/25 13/7 13/8 13/13 13/18 13/24 16/17 16/18 16/22 17/2 17/4 17/6 17/7 17/11 19/11 19/19 21/13 21/25 21/25 22/2 22/4 22/13 23/2 25/16 25/18 26/6 26/8 26/11 26/13 27/1 27/19 29/1 34/21 43/1 43/24 44/3 44/10 49/13 54/12 54/25 55/1 58/20 65/25 66/6 66/12 80/15 83/19 86/19

**Hispanics [6]** 14/24 17/14 17/23 21/4 21/23 49/5

**historical [5]** 7/4 10/14 13/11 20/16 20/20

**historically [1]** 72/18

**history [20]** 8/1 8/8 9/3 20/21 20/21 20/23 22/17 22/19 26/18 26/18 29/1 29/4 29/5 31/5 35/25 61/13 72/9 72/11 72/12 100/11

**hit [3]** 38/6 38/21 38/22

**Ho [2]** 23/7 23/9

**hold [1]** 46/7

**hole [1]** 53/7

**Hollibrook [4]** 48/6 51/7 51/17 99/18

**hollow [1]** 19/9

**home [3]** 35/18 35/18 85/17

**homes [1]** 50/10

**homogenous [1]** 9/4

**honestly [1]** 18/12

**Honor [23]** 4/8 4/10 4/12 4/22 4/24 5/6 6/7 10/25 13/22 15/3 16/20 27/23 30/1 30/14 46/17 53/8 59/10 72/20 89/9 91/4 91/6 100/19 101/23

**HONORABLE [1]** 1/10

**honored [2]** 39/10 41/5

# honors [1]

39/11

**Hood [1]** 96/18

**hope [2]** 61/11 94/19

**hoped [2]** 25/21 26/12

**hopefully [1]** 32/8

**hopes [1]** 25/17

**Hopkins [2]** 87/12 87/14

**horrors [2]** 19/6 19/6

**horseback [1]** 36/3

**house [4]** 19/3 19/4 87/8 88/3

**housekeeping [1]** 5/6

**Housman [1]** 99/9

**HOUSTON [15]** 1/2 1/16 2/4 18/24 19/1 29/4 32/10 32/17 33/16 39/22 45/8 45/12 45/19 53/8 86/13

**Houstonians [1]** 39/16

**How'd [1]** 8/7

**how-are-the-kids-doing [1]** 64/19

**however [2]** 24/5 86/17

**huge [1]** 101/16

**Hullett [1]** 1/19

**hundreds [1]** 41/17

**Hunters [5]** 46/1 53/12 58/16 58/25 82/19

**Huntsville [1]** 33/14

**hybrid [1]** 86/13

**hybrid-type [1]** 86/13

**hypothetical [1]** 24/17

**hypothetically [1]** 68/8

# I

**I -- when [1]** 69/10

**I'd [3]** 20/6 59/14 61/18

**I'll [11]** 4/23 8/11 15/11 17/25 23/12 55/16 70/3 72/25 73/1 89/14 101/22

**I'm [24]** 6/14 6/20 14/7 15/15 18/15 39/23 39/24 39/24 40/13 41/5 41/7 55/5 55/10 58/2 66/23 89/16 89/23 90/6 91/7 93/25 99/2 101/2 101/19 101/21

**I've [13]** 4/22 5/4 15/23 16/7 18/19 29/20 30/20 39/11 39/21 41/11 68/15 72/9 85/2

**I-10 [12]** 8/11 8/11 32/12 32/14 52/7 55/8 82/17 92/14 94/9 94/9 94/10 99/10

**idea [1]** 42/1

**identifies [1]** 47/10

**identify [1]** 4/6

**illustrative [19]** 14/3 21/2 21/4 21/14 21/19 23/15 25/13 25/16 25/21 26/9 26/11 42/9 44/5 65/12 65/20 66/2 66/13 66/17 77/23

**imagine [1]** 35/24

**immunization [1]** 43/14

**impact [9]** 8/3 41/6 66/20 69/9 80/13 80/25 81/7 92/23 92/25

**impacts [1]** 7/24

**impairs [1]** 9/24

**implement [2]** 11/14 89/7

**implemented [4]** 22/25 89/21 93/20 95/17

**implications [1]** 80/24

**importance [1]** 67/22

**important [10]** 7/10 8/6 8/7 19/20 22/10 23/20 75/8 75/9 75/22 75/23

**importantly [3]** 16/19 20/11 23/5

**imposed [1]** 9/10

**impossible [1]** 11/18

**impoverished [5]** 34/10 37/18 41/15 43/17 76/23

**improve [4]** 27/4 38/12 77/8 95/19

**improved [1]** 95/25

**improvement [1]** 63/10

**improving [1]** 27/13

**incarcerated [1]** 35/20

**include [2]** 26/19 37/23

**including [2]** 26/9 86/7

**income [14]** 43/1 43/24 44/10 49/23 49/25 50/4 50/5 50/7 51/25 52/13 55/2 66/14 77/10 88/2

**increase [4]** 13/7 77/6 93/10 96/18

**increased [7]** 24/21 37/19 60/24 80/19 80/20 82/11 84/13

**increasing [2]** 84/5 84/6

**increasingly [1]** 80/2

**incredible [6]** 39/17 41/8 41/14 71/19 87/20 88/2

**indeed [1]** 26/2

**INDEPENDENT [3]** 1/6 4/5 6/18

**indicate [1]** 13/23

**indicated [7]** 54/17 61/17 63/23 74/3 79/18 79/23 88/24

**indicating [2]** 46/11 46/14

**indication [1]** 63/14

**individual [7]** 68/4 68/9 69/4 69/23 70/6 75/2 88/11

**individuals [9]** 40/1 68/17 74/13 86/15 86/16 87/1 96/9 96/11 96/25

**inequality [1]** 10/14

**inference [2]** 17/20 18/5

**inferences [1]** 17/24

**influence [11]** 68/4 68/19 69/6 69/19 70/3 70/6 70/13 71/15 71/25 87/2 88/16

**information [1]** 101/16

**initial [2]** 71/7 71/7

**initially [1]** 41/25

**initiatives [2]** 38/12 69/8

**inquiry [1]** 26/1

**inside [2]** 91/17 91/19

**instance [1]** 94/16

**insufficient [1]** 23/3

**integration [1]** 9/2

**intellectually [1]** 18/11

**intended [1]** 18/3

**intense [1]** 67/11

**intensified [1]** 94/23

**interact [1]** 85/7

**interaction [1]** 85/3

**interactions [1]** 70/17

**interacts [1]** 10/13

**interchangeably [1]** 48/15

**interest [3]** 14/17 21/6 42/4

**interested [1]** 28/21

**interesting [2]** 18/17 71/12

**interim [2]** 31/17 69/12

**International [1]** 33/18

**Interstate [1]** 8/10

**Interstate 10 [1]** 8/10

**intradistrict [3]** 95/21 96/13 96/16

**intriguing [1]** 18/20

**introduced [1]** 30/18

**invite [1]** 35/17

**invoke [1]** 91/1

**involve [2]** 19/2 68/8

**involved [2]** 41/11 95/14

**involvement [1]** 40/24

**involves [3]** 13/16 18/24 19/4

**involving [2]** 6/17 13/11

**ire [1]** 8/4

**irrelevant [1]** 24/10

**irreparable [1]** 9/23

**Isaiah [2]** 87/18 88/17

**ISD [8]** 4/13 21/24 22/3 26/7 29/3 66/24 75/24 89/25

**isn't [3]** 15/10 87/14 89/6

**issue [5]** 17/1 24/14 32/21 37/25 74/25

**issues [5]** 29/15 30/25 66/23 72/11 76/1

**items [4]** 15/15 69/2 69/18 76/2

**its [21]** 5/2 12/10 18/18 19/8 27/6 27/7 30/23 31/6 31/6 31/7 31/7 31/7 32/22 46/23 49/11 50/10 77/5 79/11

# I

**its...** **[3]** 82/12 85/10 94/23
**itself** **[1]** 90/10

# J

**jacket** **[3]** 87/24 87/25 88/3
**Jeb** **[1]** 62/5
**JENNIFER** **[2]** 1/23 4/14
**Jersey** **[1]** 74/5
**job** **[7]** 29/15 38/17 55/5 55/10 55/10 55/22 55/22
**John** **[2]** 87/12 87/14
**joining** **[1]** 33/3
**joint** **[1]** 82/20
**JOSEPH** **[1]** 1/18
**journey** **[1]** 31/13
**judge** **[18]** 1/10 7/1 11/9 19/10 23/7 23/9 33/12 41/2 42/13 45/16 45/25 48/3 50/24 52/25 65/21 66/1 66/7 89/7
**Judge Ho** **[2]** 23/7 23/9
**Judge Lake** **[6]** 41/2 42/13 48/3 66/1 66/7 89/7
**jump** **[1]** 46/14
**junior** **[1]** 34/9
**jurisdiction** **[1]** 28/7
**just** **[58]** 6/8 8/5 18/19 23/12 26/5 27/19 31/10 33/12 35/23 35/23 37/3 38/10 38/20 38/24 39/4 39/16 39/20 41/16 42/3 42/22 43/13 43/15 46/15 47/24 48/7 48/11 50/17 55/13 55/19 55/19 60/11 60/20 60/24 61/22 63/17 65/17 66/19 67/25 69/18 70/22 76/13 81/3 85/15 87/2 87/15 87/15 88/11 88/14 90/6 93/12 93/25 94/14 94/19 97/7 97/17 101/8 101/9 101/18

# K

**K-L-U-S-S-M-A-N-N** **[1]** 30/11
**Kaczenski** **[1]** 17/14
**keep** **[3]** 21/15 50/25 88/3
**keeps** **[1]** 40/4
**kept** **[1]** 9/14
**key** **[3]** 47/13 77/14 78/4
**kid** **[5]** 35/6 35/9 85/16 85/20 86/5
**kids** **[18]** 35/6 35/24 37/7 37/18 37/23 42/2 51/1 64/19 71/21 76/23 77/9 85/17 87/4 87/8 87/9 93/7 95/7 96/19
**kind** **[18]** 18/17 31/10 32/11 32/13 32/15 35/3 43/14 51/4 52/12 56/16 61/13 62/17 71/14 77/5 86/12 93/4 95/25 96/1
**Kinder** **[2]** 39/16 39/16
**kindergarten** **[1]** 98/6
**KIPP** **[3]** 37/16 76/25 77/9
**Klussmann** **[12]** 30/2 30/10 30/15 30/18 32/4 46/20 50/20 59/12 73/5 89/19 91/12 91/13
**Klussmann's** **[1]** 33/5
**know** **[69]** 5/16 8/7 8/24 14/7 20/5 28/14 35/4 35/8 35/16 35/17 38/10 38/18 38/24 39/3 40/4 40/18 41/17 42/1 43/14 44/12 44/19 46/2 46/2 49/25 51/1 55/19 55/20 58/11 60/20 60/23 61/2 61/12 62/17 67/13 68/16 68/24 70/5 70/21 70/23 71/12 71/17 71/18 74/18 74/19 75/11 75/13 77/6 80/1 81/4 83/15 85/22 86/1 86/2 86/19 86/20 86/23 87/5 87/5 87/13 87/15 89/25 93/9 94/7 94/16 94/17 94/23 97/3 97/22 101/20
**knowing** **[2]** 66/19 87/16

**knowledge** **[2]** 52/16 66/16
**known** **[3]** 32/24 42/20 77/2
**knows** **[5]** 6/14 9/2 10/7 13/15 87/24

# L

**labeled** **[2]** 62/21 82/4
**labeling** **[1]** 56/16
**lags** **[1]** 25/1
**laid** **[1]** 72/23
**LAKE** **[7]** 1/10 41/2 42/13 48/3 66/1 66/7 89/7
**Landrum** **[7]** 14/4 47/18 47/19 51/22 77/3 78/12 82/14
**Landry** **[3]** 23/18 23/24 26/6
**lands** **[1]** 87/22
**language** **[9]** 43/25 43/25 44/7 66/3 97/7 97/9 97/14 97/17 97/23
**languages** **[1]** 97/12
**large** **[19]** 7/4 11/20 12/12 13/19 18/19 20/11 20/12 20/18 22/25 26/25 31/2 32/23 67/3 81/10 84/18 84/24 90/18 90/19 90/24
**largely** **[10]** 7/17 8/21 9/4 9/8 53/22 54/12 56/7 56/20 57/13 58/19
**larger** **[2]** 40/21 44/7
**largest** **[1]** 37/25
**last** **[6]** 5/21 10/9 18/17 76/9 77/16 88/20
**later** **[6]** 5/16 5/17 9/9 24/12 24/13 46/11
**Latino** **[4]** 10/5 13/18 80/14 83/19
**launched** **[1]** 92/21
**law** **[11]** 6/8 9/25 11/17 16/6 20/6 74/12 76/14 79/16 84/6 89/1 97/25
**lawmakers** **[2]** 40/22 62/7
**laws** **[1]** 13/6
**lawsuit** **[2]** 32/21 83/17

**lawsuits [2]** 74/18 74/18
**lawyer [1]** 89/16
**lead [1]** 84/10
**leader [1]** 88/10
**leaders [1]** 68/20
**leadership [10]** 9/16 38/25 39/1 40/15 67/12 67/23 67/24 69/11 90/3 93/3
**leads [1]** 75/22
**learn [3]** 34/21 85/17 85/18
**learning [2]** 60/20 97/12
**least [7]** 7/5 20/22 21/2 27/2 28/5 28/23 83/25
**leave [4]** 23/12 39/6 39/7 69/12
**leaving [1]** 39/13
**led [1]** 78/21
**left [7]** 39/15 39/21 47/2 52/2 64/12 77/15 87/9
**left-hand [2]** 64/12 77/15
**legacy [1]** 13/11
**legal [2]** 89/10 89/16
**legislature [3]** 19/3 62/2 62/6
**less [5]** 8/17 25/18 26/14 96/19 96/20
**let [6]** 6/24 45/11 45/14 45/23 46/14 52/5
**let's [41]** 31/24 33/2 33/9 35/25 36/1 36/24 39/14 40/16 40/25 42/7 44/13 44/19 45/19 45/19 45/22 46/18 47/24 48/9 48/19 50/13 51/11 51/20 52/2 52/2 52/21 53/16 54/3 55/25 56/22 56/24 57/21 59/3 59/22 61/17 65/12 66/22 76/3 78/16 79/1 81/12 81/15
**letter [4]** 62/1 62/9 62/22 63/8
**leukemia [1]** 88/5
**level [6]** 39/4 62/13 62/24 71/8 86/21 96/8

**levels [4]** 49/24 66/4 86/4 96/5
**liberal [1]** 26/20
**life [13]** 31/10 38/25 67/25 67/25 68/1 68/13 85/20 87/1 87/15 88/1 88/7 88/9 94/8
**lifestyle [2]** 38/17 38/20
**light [4]** 18/22 25/17 26/13 76/1
**like [29]** 6/7 14/17 15/14 15/25 17/4 20/6 23/23 37/12 38/9 38/10 42/1 44/23 48/25 50/25 51/3 59/14 61/12 61/19 64/11 67/5 71/9 71/17 78/13 80/21 84/8 86/13 88/17 96/3 96/10
**likely [5]** 8/13 8/13 8/16 8/17 8/18
**likewise [1]** 58/19
**limit [1]** 8/3
**line [2]** 55/6 90/16
**list [6]** 4/20 5/15 5/18 6/7 27/25 99/3
**listed [1]** 100/2
**listing [1]** 61/21
**lists [2]** 5/20 76/19
**literacy [1]** 98/2
**little [19]** 20/19 20/23 32/7 41/2 44/4 45/16 48/11 48/17 49/4 50/17 58/2 58/11 63/11 65/1 78/5 80/20 85/14 92/20 95/16
**live [3]** 12/22 91/16 92/9
**lived [3]** 73/23 91/19 92/7
**lives [2]** 88/8 91/22
**living [2]** 35/21 35/21
**LLAGOSTERA [3]** 1/14 4/9 6/15
**LLP [1]** 1/15
**located [22]** 7/17 8/10 8/11 12/21 31/25 32/7 32/16 34/7 41/13 42/14 44/9 44/24 46/13 51/18 71/3 71/3 71/5 71/6 78/24 82/5 82/13 83/7

**location [17]** 12/4 30/22 42/6 44/21 47/10 47/25 53/11 58/6 79/11 81/25 82/3 82/22 82/23 82/24 82/25 83/6 83/24
**locations [26]** 12/18 12/20 12/24 47/6 47/8 78/22 78/24 79/8 80/3 80/3 80/10 80/13 81/1 81/17 81/20 82/10 82/11 82/12 82/13 82/17 82/20 83/23 83/25 84/1 84/15 85/23
**London [1]** 71/18
**long [8]** 20/21 20/23 29/5 31/15 39/1 41/15 41/16 97/6
**long-past [3]** 20/21 20/23 29/5
**longer [3]** 9/5 41/10 80/17
**look [35]** 33/9 36/1 39/14 40/16 40/25 42/7 44/13 45/19 46/18 47/13 47/18 48/9 48/19 50/13 50/15 51/20 52/21 53/16 54/3 56/22 57/21 58/12 59/14 65/12 72/9 72/10 72/14 76/3 77/14 78/16 79/1 81/15 94/5 95/1 97/5
**looked [10]** 15/23 28/17 50/21 56/6 79/25 82/24 83/5 93/5 93/8 97/5
**looking [14]** 15/20 54/10 58/6 62/21 63/25 65/17 66/18 72/12 72/23 84/9 85/23 86/6 86/15 86/16
**looks [4]** 48/25 49/7 64/11 81/23
**Loop [1]** 32/11
**looses [1]** 87/7
**losing [1]** 76/23
**lot [3]** 5/25 44/13 95/12
**low [15]** 25/17 26/6 26/8 26/13 43/1 43/24 44/10 49/25 50/1 51/25 52/13 52/13 52/13 77/10 88/2

**L**

**low-income [3]** 43/1 52/13 77/10
**lower [3]** 24/1 49/4 77/15
**LUCAS [2]** 1/19 4/13
**Luckily [1]** 95/20
**lunch [4]** 49/20 49/23 50/2 66/19

**M**

**M'LISS [1]** 1/23
**machines [3]** 79/17 79/18 79/19
**made [7]** 12/19 49/6 71/16 73/5 81/25 84/14 88/10
**magic [1]** 15/24
**Magnify [1]** 45/24
**magnitude [1]** 60/13
**mainly [7]** 53/21 61/25 65/25 66/12 73/25 96/18 97/18
**maintaining [1]** 21/5
**major [2]** 33/18 36/25
**majority [28]** 7/23 8/19 9/20 9/22 10/18 10/20 12/8 12/15 19/12 21/3 21/13 22/7 24/3 24/5 24/8 24/20 25/7 25/17 26/12 34/19 68/8 68/22 68/23 73/14 73/21 80/22 83/8 85/9
**majority-minority [3]** 24/20 68/8 85/9
**make [19]** 25/20 32/9 35/17 68/1 68/5 68/10 68/17 69/17 69/20 71/16 75/10 75/13 75/18 75/21 81/5 87/24 88/13 93/8 101/18
**makes [2]** 7/10 29/24
**makeup [1]** 53/19
**making [7]** 67/12 67/19 68/21 80/22 80/23 88/16 88/17
**man [1]** 33/22
**manage [1]** 72/1

**managers [1]** 40/12
**mandated [1]** 98/9
**manner [2]** 92/11 95/3
**MANUEL [1]** 1/14
**many [11]** 8/4 17/3 38/11 38/11 39/1 40/20 62/16 66/25 79/8 86/7 98/14
**map [15]** 24/19 42/8 45/12 48/2 48/10 50/22 53/6 53/18 55/25 56/6 56/22 56/25 57/21 57/23 65/13
**maps [2]** 58/10 81/17
**marked [1]** 44/5
**maroon [1]** 57/6
**married [1]** 33/22
**Martin [1]** 6/15
**masters [3]** 33/19 33/20 40/1
**materially [3]** 60/4 61/7 61/9
**materials [2]** 4/18 5/5
**matter [6]** 15/8 15/8 18/11 74/16 75/4 102/3
**matters [5]** 5/7 74/15 74/21 74/21 74/23
**may [32]** 6/12 11/6 13/20 20/3 29/18 29/20 29/25 30/13 32/1 33/4 45/16 59/9 68/22 68/23 75/13 75/15 75/16 79/18 79/22 80/1 81/18 83/7 83/25 83/25 86/2 90/25 91/5 95/5 96/3 96/4 96/6 100/21
**maybe [8]** 34/16 45/20 55/10 62/2 75/10 75/19 96/14 97/21
**McKinney [1]** 1/20
**mean [9]** 37/3 45/20 49/17 63/1 67/4 70/17 71/18 81/9 95/1
**meaningful [1]** 10/8
**means [9]** 22/10 62/20 63/13 63/17 64/2 67/5 93/16 93/19 94/17

**measures [1]** 93/5
**mechanical [1]** 2/24
**mechanism [2]** 28/1 84/22
**medical [1]** 43/8
**meet [13]** 8/14 8/17 20/10 21/20 22/19 24/22 29/7 29/10 79/19 100/16 100/17 101/2 101/5
**meeting [4]** 62/23 72/4 100/22 100/25
**meets [1]** 27/10
**meltdown [1]** 38/8
**member [30]** 11/14 12/14 13/25 15/4 18/21 18/23 18/24 18/25 19/2 19/3 19/5 19/8 24/8 28/21 31/2 32/24 40/8 40/11 40/13 40/14 42/16 74/5 84/18 84/22 84/25 86/11 86/20 88/15 89/7 90/20
**members [8]** 68/19 69/5 70/6 70/13 70/15 71/15 73/23 80/14
**Memorial [24]** 8/22 8/23 8/24 32/18 45/9 45/15 45/17 45/18 45/25 53/3 53/12 53/17 53/20 54/4 56/6 56/12 57/3 57/13 71/8 71/11 73/7 73/13 73/19 73/25
**memory [1]** 29/20
**men [1]** 35/22
**mention [4]** 32/20 72/7 72/7 73/5
**mentioned [7]** 17/8 24/14 27/16 42/25 72/19 73/7 77/25
**met [3]** 29/8 31/21 63/17
**method [3]** 12/9 31/7 32/21
**Methodist [1]** 43/4
**methodology [1]** 21/18
**methods [3]** 18/9 31/2 84/19
**Mexican [1]** 9/9
**Michigan [2]** 87/19 87/24

**microphone [3]**  6/21 30/7 58/3

**middle [53]**  14/1 14/4 31/12 32/13 32/15 34/17 36/8 36/10 46/23 47/6 47/7 47/9 47/13 47/16 47/18 47/20 48/14 50/22 51/2 51/7 51/8 51/12 51/21 51/21 51/22 51/22 52/4 54/18 54/22 55/3 55/7 55/25 56/3 56/9 60/18 60/19 60/21 61/1 62/16 64/1 64/13 65/17 77/3 77/3 78/12 80/5 80/8 81/22 82/14 82/15 87/10 92/2 96/24

**might [3]**  11/12 68/8 68/9

**Miguel [2]**  88/4 88/18

**mile [2]**  41/15 41/16

**miles [1]**  94/18

**military [3]**  37/9 94/4 94/12

**Milligan [1]**  10/9

**million [3]**  38/1 41/23 71/11

**million-dollar [1]**  41/23

**mind [1]**  42/4

**minimize [1]**  10/16

**ministerial [1]**  28/19

**minority [23]**  8/20 10/15 10/17 10/18 10/19 12/13 13/18 16/13 16/14 17/3 21/3 21/3 21/22 21/23 22/9 24/7 24/20 25/7 25/7 27/1 68/8 83/12 85/9

**minority-majority [2]**  21/3 25/7

**minuscule [1]**  17/12

**minute [1]**  59/6

**minutes [1]**  5/4

**mirrors [1]**  94/5

**miss [1]**  11/9

**missed [1]**  11/6

**model [3]**  18/1 93/24 97/16

**moderate [1]**  22/2

**modern [3]**  18/7 18/8 18/9

**mom [3]**  35/20 87/8 87/19

**moment [2]**  26/23 47/25

**money [2]**  27/3 27/6

**monitor [3]**  32/4 32/8 47/11

**monopoly [2]**  7/24 8/2

**more [30]**  8/12 8/13 8/16 8/18 12/15 12/19 12/24 14/14 15/15 16/19 18/8 18/8 18/19 18/22 21/1 22/11 27/6 33/1 39/18 44/19 45/16 68/9 77/9 95/6 95/6 95/7 96/7 96/11 96/11 96/25

**morning [11]**  100/13 100/17 100/17 101/1 101/2 101/2 101/6 101/8 101/9 101/11 101/22

**mortgage [1]**  38/7

**most [20]**  16/7 16/8 17/19 18/4 19/1 20/20 22/2 22/4 22/10 23/2 26/18 26/18 34/10 41/15 70/24 70/25 73/21 75/9 78/14 100/10

**mostly [2]**  8/11 65/19

**motion [1]**  75/21

**move [5]**  39/18 51/3 62/3 68/25 80/5

**moved [5]**  33/15 36/11 79/24 83/24 100/24

**moves [1]**  67/15

**moving [4]**  51/2 69/7 69/8 69/20

**MR [6]**  1/14 1/14 1/15 1/18 1/19 1/24

**Mr. [9]**  6/11 17/14 20/1 20/2 26/3 27/16 27/21 30/13 59/9

**Mr. Abrams [6]**  6/11 20/1 26/3 27/16 30/13 59/9

**Mr. Abrams' [1]**  27/21

**Mr. Crawford [1]**  20/2

**Mr. Kaczenski [1]**  17/14

**MS [4]**  1/22 1/23 1/23 19/19

**Ms. [2]**  11/2 83/19

**Ms. Elizondo [1]**  11/2

**Ms. Gonzalez [1]**  83/19

**much [10]**  4/16 6/12 15/15 39/10 39/10 71/23 76/20 88/10 88/14

**must [11]**  15/5 21/4 23/15 23/21 24/14 24/22 25/20 26/5 29/15 94/22 94/23

**my [52]**  6/8 6/14 14/10 19/18 19/23 31/10 31/13 33/19 33/20 33/21 35/11 36/17 37/5 38/16 38/25 39/25 40/18 40/23 45/20 49/7 49/19 55/5 55/21 55/22 60/17 61/4 61/13 63/3 63/6 63/12 72/10 72/13 73/24 76/17 80/22 83/10 83/20 84/4 85/15 86/3 86/12 86/23 88/3 88/3 88/6 88/12 90/22 94/21 99/2 100/24 101/15 101/21

**myself [2]**  26/7 76/22

## N

**name [3]**  30/8 39/8 91/13

**named [5]**  31/17 31/18 39/11 69/12 83/16

**Nancy [1]**  39/15

**natural [1]**  77/12

**necessarily [4]**  7/24 24/20 79/24 94/13

**necessary [4]**  14/14 16/8 100/16 101/6

**need [9]**  5/2 5/10 24/16 39/25 68/24 70/10 70/25 93/7 101/1

**needed [3]**  38/10 95/6 95/7

**needing [1]**  69/2

**needs [4]**  15/6 27/2 71/8 71/20

**negotiated [1]**  62/2

**neighborhood [5]**  31/22 37/18 43/19 76/24 76/25

**neighborhoods [1]**  21/15

**network [1]**  77/1

**networks [1]**  77/2

**never [1]**  94/16

**N**

**new [9]** 23/10 24/22 37/15 39/2 55/19 71/2 71/10 71/14 71/21

**newcomers [1]** 97/21

**next [1]** 101/3

**nine [4]** 35/21 100/5 100/6 100/8

**no [34]** 1/5 3/10 3/16 5/10 6/4 9/4 11/11 14/8 14/8 14/8 15/2 15/24 17/3 18/11 21/24 22/4 22/12 24/2 25/15 28/9 28/24 41/10 42/11 83/15 87/16 87/20 88/5 90/17 91/18 94/16 97/24 98/10 101/7 101/19

**No. [4]** 47/10 65/20 66/13 82/14

**No. 1 [3]** 65/20 66/13 82/14

**No. 9 [1]** 47/10

**non [4]** 17/6 26/20 27/7 27/25

**non-economically [1]** 27/7

**non-exhaustive [1]** 27/25

**non-Hispanic [1]** 17/6

**non-teacher [1]** 26/20

**none [1]** 82/12

**nonexistent [2]** 27/24 27/25

**nonprofit [2]** 41/8 41/21

**normally [1]** 61/15

**north [63]** 1/20 8/10 27/4 30/24 46/9 48/7 50/14 52/6 52/7 52/8 52/10 52/14 52/17 53/5 53/23 56/2 56/4 56/8 56/12 57/12 57/14 57/18 58/15 58/20 59/18 59/25 60/7 61/8 61/18 63/19 63/24 64/3 64/4 64/5 64/6 64/9 64/10 64/14 64/20 64/23 65/2 65/4 65/8 70/23 71/5 72/16 73/6 73/23 82/23 92/14 92/18 94/9 99/9 99/11 99/13 99/15 99/17 99/19 99/21 99/23 99/25 100/4

**north/south [1]** 56/2

**Northbrook [20]** 14/4 34/8 34/9 34/10 34/18 35/10 35/15 41/9 51/7 51/8 51/12 51/21 57/6 57/14 61/4 71/22 77/3 77/4 82/14 92/1

**northern [5]** 8/15 13/8 51/20 54/10 82/25

**Nos. [1]** 6/4

**Nos. 1 [1]** 6/4

**not [110]**

**noted [2]** 26/3 30/21

**nothing [2]** 26/23 67/15

**notice [2]** 58/15 88/4

**noticed [1]** 85/6

**November [2]** 79/22 79/24

**now [41]** 5/16 5/17 13/2 17/20 27/9 39/24 40/6 44/19 44/20 48/17 50/4 50/13 52/1 52/21 53/16 54/3 54/17 56/22 57/21 59/3 61/2 61/17 61/19 62/8 64/5 66/22 66/23 67/21 72/3 74/1 78/16 79/10 81/12 83/16 83/24 84/17 86/23 86/23 94/2 97/7 101/3

**number [16]** 4/19 12/17 12/21 15/24 16/4 37/7 44/15 49/9 50/8 73/14 79/11 80/10 80/13 80/25 93/10 96/4

**numbers [4]** 5/17 72/21 72/24 84/9

**numerous [1]** 24/7

**O**

**o0o [1]** 102/1

**Oaks [5]** 34/17 51/21 64/5 99/16 99/20

**object [3]** 55/14 72/20 89/9

**objection [1]** 72/25

**objection's [1]** 72/25

**objections [2]** 5/14 6/4

**obligation [1]** 11/16

**observe [1]** 60/3

**obvious [1]** 75/19

**obviously [7]** 15/5 25/23 35/4 50/4 60/11 77/8 93/6

**occasion [1]** 40/7

**occasionally [1]** 74/21

**occur [2]** 69/2 71/6

**occurred [1]** 70/17

**occurring [1]** 75/15

**occurs [1]** 10/15

**October [1]** 49/1

**October 12 [1]** 49/1

**odd [1]** 40/19

**off [6]** 40/11 40/12 42/15 48/10 70/21 100/2

**offer [1]** 98/5

**office [1]** 36/20

**official [4]** 2/3 14/24 68/15 74/3

**officials [2]** 68/14 68/15

**OFFRD [2]** 3/10 3/16

**often [2]** 67/13 94/10

**Oh [1]** 68/11

**old [4]** 13/6 38/4 41/20 87/10

**older [1]** 71/23

**oldest [3]** 34/5 34/8 92/1

**once [1]** 9/10

**one [67]** 4/23 4/24 5/9 8/10 8/11 8/19 12/15 14/6 14/16 14/16 14/24 14/24 16/16 17/19 20/10 21/1 21/17 21/17 21/21 25/24 26/5 32/20 34/16 35/3 35/19 37/13 39/11 43/5 44/21 47/22 48/15 51/17 54/20 54/21 68/8 70/1 70/2 70/2 70/4 70/23 71/13 72/7 72/13 74/25 78/18 78/24 79/10 81/24 81/25 82/21 83/16 83/22 83/23 88/11 88/20 89/1 90/17 92/1 92/16 94/2 94/16 95/4 95/4 95/9 97/17 99/2 100/1

**one-person [1]** 14/16

**one-vote [1]** 14/16

**one-way [1]** 97/17
**OneGoal [1]** 41/10
**ones [2]** 29/22 97/9
**only [18]** 7/15 7/16 8/3 14/5
16/16 21/9 22/2 32/20 37/11
64/8 64/9 68/8 68/13 72/13
72/18 80/19 81/25 82/25
**open [3]** 75/6 95/22 96/6
**opened [2]** 35/11 96/15
**opening [3]** 5/4 88/20 96/9
**operates [1]** 10/16
**operating [1]** 69/14
**operations [4]** 36/19 68/6
78/21 96/15
**opinion [6]** 23/9 24/13
24/24 84/24 85/12 89/17
**opportunities [7]** 10/15
40/10 43/10 94/15 95/9
95/17 96/21
**opportunity [7]** 15/5 24/2
25/4 87/1 95/10 96/10 96/25
**opportunity.' [1]** 24/21
**opposed [4]** 58/19 62/11
67/9 74/9
**option [1]** 92/6
**order [3]** 4/1 15/3 60/13
**ordered [1]** 9/2
**ordinarily [1]** 94/24
**organization [3]** 40/23
43/12 43/16
**organizations [1]** 40/25
**organize [1]** 11/20
**orientation [1]** 56/2
**oriented [1]** 56/24
**originally [2]** 8/23 18/2
**other [24]** 8/20 11/2 14/11
14/20 15/1 15/6 17/4 21/8
28/2 35/22 38/6 49/14 58/10
61/25 71/22 74/25 81/3 87/7
92/10 95/15 97/2 97/3 97/3
98/14
**others [1]** 92/18
**ought [2]** 28/23 29/10

**our [14]** 4/9 4/14 6/16 14/5
14/5 18/23 18/25 19/4 19/10
19/20 19/23 22/17 23/24
34/5 34/8 34/15 35/6 35/18
37/20 38/17 38/20 64/15
76/13 79/17 79/17 79/19
79/19 79/20 80/1 80/6 80/6
80/22 85/25 88/4 91/22
92/15 96/18 96/19 97/16
98/2 100/15
**out [30]** 8/17 10/16 11/1
11/11 12/4 20/6 32/9 32/13
37/23 37/24 38/18 41/21
43/6 44/4 45/14 46/5 46/8
47/24 50/14 53/6 53/7 57/1
63/7 69/24 70/15 70/16
75/10 75/21 84/11 86/2
**outings [1]** 38/19
**outlines [1]** 53/2
**outrageous [1]** 18/21
**outright [1]** 62/18
**outside [3]** 92/7 96/16 96/17
**over [19]** 13/24 21/8 31/11
32/12 37/20 60/24 60/25
63/9 72/18 72/19 73/12
73/21 73/23 77/8 83/22 84/2
86/12 96/11 101/3
**overall [4]** 53/6 62/13 62/15
96/4
**overarching [1]** 24/22
**override [1]** 17/6
**overruled [1]** 73/1
**oversee [1]** 78/19
**overseeing [1]** 85/12
**overview [1]** 46/16
**overwhelmingly [2]** 43/1
43/24
**own [9]** 35/24 80/1 80/6
80/7 85/15 86/1 88/6 91/20
95/23
**owners [1]** 8/24

**P**

**P.C [1]** 1/19
**p.m [4]** 1/7 59/7 59/7

**package [2]** 70/7 70/11
**packages [2]** 70/7 72/1
**pad [1]** 30/21
**page [8]** 3/3 33/9 36/1 36/24
39/14 40/16 44/13 54/9
**page 1 [2]** 33/9 39/14
**page 10 [1]** 54/9
**page 2 [1]** 36/1
**page 3 [2]** 40/16 44/13
**page 6 [1]** 36/24
**pages [2]** 29/19 41/1
**pages 3 [1]** 41/1
**Panda [5]** 42/18 47/25
77/18 77/22 78/12
**pandemic [1]** 63/7
**parade [1]** 19/6
**pardon [1]** 58/7
**parent [6]** 34/25 35/6 35/24
55/11 60/4 95/22
**parental [2]** 60/8 60/14
**parents [7]** 7/22 19/11 61/8
73/19 78/13 95/12 95/18
**Parish [1]** 25/1
**part [15]** 8/10 8/12 8/15
8/19 13/16 15/18 20/22
25/12 35/5 51/24 52/1 75/25
76/11 78/14 81/10
**participate [1]** 13/13
**participation [1]** 13/7
**particular [4]** 17/22 17/23
19/21 93/12
**particularly [5]** 35/10 50/2
66/20 67/25 72/15
**parties [5]** 5/9 5/11 5/14
15/8 15/23
**parties' [1]** 4/18
**partisan [3]** 26/16 26/19
26/23
**partnership [11]** 37/15
37/16 76/11 76/12 76/25
77/12 77/13 77/25 78/1 78/4
78/12
**parts [4]** 8/10 13/16 30/24

**parts... [1]** 34/6
**Paso [1]** 40/10
**Pass [1]** 91/4
**passed [4]** 37/25 88/4 98/21 98/21
**passing [2]** 24/15 62/23
**past [8]** 7/5 20/14 20/21 20/23 29/1 29/5 73/10 74/4
**Path [5]** 42/18 47/25 77/18 77/22 78/12
**pattern [19]** 50/23 50/24 50/25 51/22 52/16 52/18 53/19 54/11 54/14 57/12 59/25 63/25 64/1 64/13 64/18 64/20 64/24 73/13 93/12
**patterns [6]** 51/4 51/5 63/20 63/23 73/12 83/21
**pause [1]** 63/11
**pay [2]** 69/3 101/19
**people [4]** 39/1 75/2 79/5 81/5
**per [2]** 20/11 27/6
**percent [32]** 9/7 11/4 21/2 22/11 25/2 25/6 25/16 25/19 26/11 26/14 27/18 27/20 28/18 37/20 37/21 49/6 49/13 49/13 49/13 49/14 49/14 50/10 51/19 51/25 52/13 54/25 54/25 66/18 86/19 88/2 97/10 97/11
**percentage [4]** 17/23 51/16 84/5 93/5
**Perez [2]** 24/21 24/24
**perfect [1]** 91/14
**perfectly [1]** 65/16
**perform [1]** 25/17
**performance [8]** 30/24 37/20 61/18 62/19 63/15 64/21 77/8 93/6
**performing [1]** 77/2
**period [2]** 29/4 83/13
**permission [1]** 5/7

**person [6]** 14/16 21/17 55/15 70/3 83/12 86/4
**personnel [3]** 74/15 75/1 75/2
**perspective [1]** 86/23
**perspectives [1]** 85/18
**petition [1]** 90/9
**petitioned [1]** 11/5
**phase [1]** 14/12
**phonetic [2]** 87/6 87/18
**pick [1]** 36/3
**piece [2]** 62/2 75/22
**Pine [1]** 99/14
**Piney [4]** 32/18 46/1 53/12 82/18
**Piney Point [3]** 32/18 53/12 82/18
**Pitner [4]** 41/14 42/15 66/20 66/21
**place [8]** 35/2 47/2 67/5 67/6 87/3 90/15 92/9 94/5
**placed [2]** 12/23 45/4
**places [2]** 80/17 85/25
**plaintiff [20]** 1/4 1/13 5/4 5/13 5/20 6/5 10/4 14/14 15/10 21/1 21/20 22/7 22/19 25/15 28/8 29/7 29/19 29/24 30/2 54/6
**plaintiff's [38]** 3/6 3/9 4/5 4/17 4/23 5/12 5/13 5/22 16/21 20/8 20/23 21/7 21/11 26/10 32/1 42/7 44/6 46/18 48/19 49/10 52/23 53/16 53/18 54/8 54/9 56/1 56/23 57/22 59/14 59/22 59/23 61/19 61/20 76/3 76/6 79/1 81/15 81/16
**plaintiffs [4]** 23/8 24/6 24/16 24/22
**plaintiffs' [3]** 24/25 25/5 25/6
**plan [14]** 11/14 14/15 14/15 15/4 15/5 15/9 19/8 24/17 40/8 67/9 68/7 89/7 94/11

**plane [3]** 87/21 94/18 94/19
**play [1]** 69/24
**played [2]** 33/16 71/18
**player [2]** 26/22 26/23
**plays [1]** 19/21
**please [26]** 4/2 4/6 6/9 6/13 20/3 30/3 30/4 30/6 30/8 32/2 40/17 42/8 42/10 44/25 45/13 45/23 48/20 50/15 52/23 52/24 54/6 56/1 57/22 59/8 76/4 79/1
**plus [3]** 76/18 86/19 96/12
**podium [1]** 91/7
**point [18]** 8/8 11/1 14/10 20/6 32/18 34/2 39/5 46/1 46/5 46/22 53/12 54/20 59/5 67/14 78/18 79/10 81/24 82/18
**pointer [1]** 45/13
**polarization [1]** 18/4
**polarized [3]** 16/9 22/22 23/4
**policies [2]** 68/2 87/3
**policy [6]** 27/17 40/22 67/16 87/2 92/8 92/9
**political [3]** 11/20 20/15 29/2
**politics [3]** 26/16 26/19 26/24
**polling [8]** 12/18 12/20 78/23 78/24 79/4 79/8 80/3 80/3
**population [12]** 9/7 9/21 9/22 10/20 12/8 12/13 12/15 25/3 25/6 65/21 66/1 85/10
**populations [4]** 34/20 53/22 59/4 59/13
**populous [1]** 90/18
**portion [9]** 7/18 8/20 8/21 17/12 37/24 56/3 56/13 57/17 57/18
**portions [4]** 8/4 13/9 14/4 57/12

**position [3]** 19/10 22/17 67/18
**positions [4]** 36/12 61/15 67/13 75/2
**positive [5]** 38/8 38/11 38/12 92/22 92/25
**potatoes [1]** 16/2
**Potentially [1]** 91/3
**poverty [6]** 52/15 66/20 71/20 86/20 87/9 87/18
**power [3]** 7/24 8/2 8/4
**powerful [1]** 26/2
**practical [2]** 11/23 20/13
**practice [2]** 10/13 17/21
**pre [14]** 20/25 29/8 38/2 43/12 48/2 48/4 98/6 98/7 98/9 98/11 98/11 98/12 98/15 98/17
**pre-air [1]** 38/2
**pre-condition [1]** 20/25
**pre-conditions [1]** 29/8
**pre-K [10]** 43/12 48/2 48/4 98/7 98/9 98/11 98/11 98/12 98/15 98/17
**pre-kindergarten [1]** 98/6
**precincts [6]** 46/21 46/23 47/2 48/10 48/14 50/21
**preclearance [1]** 81/9
**precondition [1]** 24/4
**preconditions [2]** 20/9 23/6
**predominant [1]** 43/25
**Predominantly [2]** 44/3 44/10
**prefer [3]** 10/19 12/6 17/3
**preferences [4]** 17/5 17/7 17/11 19/15
**preferentially [1]** 12/23
**preferred [14]** 7/7 9/19 9/20 9/22 10/3 10/17 12/4 12/9 13/24 16/13 22/9 22/13 24/10 25/4
**Prep [3]** 37/16 77/1 77/10
**prepared [2]** 93/8 93/9

**present [8]** 11/22 19/23 20/14 20/15 20/24 22/3 55/15 72/18
**presented [2]** 85/2 90/10
**presidencies [1]** 40/20
**president [1]** 40/23
**pretty [1]** 49/7
**prevail [1]** 24/17
**prevalence [1]** 13/8
**prevalent [1]** 17/19
**previous [2]** 29/16 51/9
**previously [1]** 24/15
**primarily [1]** 97/19
**primary [1]** 37/13
**principal [8]** 31/12 36/8 36/10 54/18 54/21 55/6 55/20 60/18
**principals [2]** 40/2 96/1
**principles [3]** 21/5 21/8 21/13
**prior [3]** 21/25 22/14 84/20
**privilege [1]** 6/16
**probability [1]** 24/9
**probably [7]** 18/3 37/11 70/24 72/11 83/10 86/5 100/10
**probative [2]** 20/19 20/24
**problems [1]** 69/7
**procedure [2]** 88/21 88/25
**proceed [2]** 30/13 91/5
**proceedings [2]** 2/24 102/3
**process [12]** 7/21 13/14 15/3 17/9 20/15 36/23 89/25 90/1 90/8 90/8 90/17 90/24
**produce [1]** 14/15
**produced [1]** 2/25
**producing [1]** 70/21
**professional [1]** 44/15
**professor [1]** 39/25
**proficient [1]** 97/21
**profound [1]** 7/11
**profoundly [1]** 12/25
**program [34]** 18/8 18/9 27/10 38/4 41/12 41/14 42/3

70/25 71/1 71/2 75/25 76/8 76/15 77/5 77/6 78/7 78/10 84/8 90/20 92/20 92/22 93/1 93/11 93/14 93/18 93/23 93/25 94/1 95/4 97/9 97/13 97/19 97/24 100/10
**program's [1]** 97/25
**programming [1]** 69/25
**programs [17]** 7/16 43/5 70/20 70/20 71/19 71/20 76/6 76/8 76/21 95/13 96/23 97/1 97/8 97/15 97/16 97/19 98/6
**promotion [1]** 39/23
**proof [2]** 13/15 14/5
**proper [1]** 72/22
**property [6]** 41/22 43/7 74/17 83/2 91/20 91/21
**propose [1]** 15/5
**proposed [24]** 4/17 11/6 13/23 14/2 15/9 23/14 25/5 25/6 25/13 26/9 26/10 29/19 29/22 42/8 44/5 65/12 65/20 65/22 66/2 66/8 66/13 68/7 77/22 82/14
**proposes [1]** 21/14
**proposition [5]** 25/9 28/19 64/17 73/8 73/9
**protected [2]** 6/17 19/22
**prove [2]** 13/17 23/3
**provide [6]** 78/10 88/16 94/14 95/4 95/23 98/17
**provided [1]** 95/20
**provides [1]** 43/8
**providing [2]** 43/16 95/8
**provision [1]** 76/14
**proximity [2]** 42/19 58/25
**proxy [1]** 50/5
**PTA [3]** 60/21 61/4 61/5
**PTAs [2]** 60/9 60/15
**public [13]** 9/2 27/16 37/14 40/22 69/21 70/11 72/3 74/2 74/8 74/8 75/6 77/1 77/1
**publicizing [1]** 96/8

## P

**published [1]** 57/23
**pull [2]** 30/7 52/23
**purchase [2]** 74/16 80/1
**pure [1]** 51/4
**purely [1]** 85/23
**pursuant [1]** 100/9
**pushing [1]** 88/12
**put [10]** 28/19 31/5 41/22
43/12 94/5 94/17 94/19
95/22 95/23 97/11
**puts [2]** 50/22 90/11
**putting [1]** 72/1

## Q

**question [10]** 10/24 13/21
18/10 18/11 45/11 84/18
89/10 89/14 91/6 94/21
**question's [1]** 45/21
**questions [6]** 29/18 29/18
85/4 85/8 100/15 100/20
**quite [1]** 19/10
**quote [3]** 7/2 23/13 23/24
**quoted [1]** 23/11

## R

**race [5]** 21/7 21/8 21/18
26/16 26/23
**racial [9]** 9/12 52/21 53/19
54/3 54/11 59/17 59/18
67/22 67/24
**racially [3]** 9/6 22/22 23/3
**Rafael [4]** 87/6 87/12 87/16
88/17
**railroad [3]** 55/8 55/9 55/13
**raise [4]** 30/4 61/2 61/2 87/9
**raised [1]** 33/7
**raising [2]** 60/21 60/24
**ran [3]** 18/5 18/8 77/4
**ranks [1]** 36/11
**rarely [1]** 9/18
**rate [1]** 62/23
**rated [8]** 63/1 63/1 63/13
63/14 63/20 64/1 64/8 64/9
**rates [2]** 52/15 93/6

**rather [2]** 12/13 20/18
32/23 57/14 80/9
**rating [5]** 61/22 62/12
62/14 62/15 64/5
**ratings [2]** 63/4 63/8
**ratio [1]** 84/2
**ratios [2]** 50/23 52/10
**reached [2]** 70/15 70/16
**read [4]** 5/5 10/12 23/23
90/14
**readiness [1]** 94/4
**ready [3]** 5/2 37/21 94/12
**reaffirmed [1]** 10/10
**real [2]** 55/1 55/2
**reality [4]** 20/14 20/15
20/24 22/4
**realize [1]** 35/23
**realizing [2]** 73/16 84/9
**really [31]** 16/17 28/21 35/2
35/8 35/9 35/11 37/13 37/17
38/10 41/8 42/3 42/4 42/18
55/20 62/3 62/7 69/13 70/4
70/10 70/11 70/20 70/24
71/2 71/12 71/22 73/24
74/23 76/20 80/24 87/4 90/6
**reasonable [1]** 24/2
**reasonably [1]** 20/17
**reasons [2]** 7/1 12/11
**rebuild [1]** 27/4
**recall [6]** 80/12 81/3 81/9
81/10 82/2 82/24
**receive [3]** 19/17 55/11
98/12
**received [2]** 44/15 100/8
**recent [9]** 13/23 20/21 22/4
26/18 29/4 61/13 61/13
73/10 75/24
**recently [3]** 7/12 24/15
39/24
**recess [3]** 59/6 59/7 101/25
**recitation [1]** 5/17
**recognitions [1]** 44/15
**recognize [2]** 48/22 53/11
**recollection [2]** 60/13 76/13

**recommendation [5]** 75/14
75/16 75/16 75/20 80/23
**record [3]** 25/9 77/10 102/3
**recorded [1]** 2/24
**records [1]** 83/16
**red [6]** 47/18 57/3 58/8
58/12 77/15 79/2
**Redbud [1]** 1/20
**redistricting [1]** 24/17
**reduced [6]** 4/19 12/17
49/20 49/22 50/3 66/19
**reducing [1]** 80/13
**refer [1]** 29/21
**reference [2]** 50/9 77/14
**referring [2]** 48/13 93/17
**reflect [4]** 4/17 65/5 65/9
83/16
**reflected [1]** 9/16
**reforming [1]** 75/16
**refresh [1]** 76/13
**regard [10]** 34/18 40/16
40/24 43/25 47/1 49/22 58/6
60/14 63/22 73/16
**regarding [2]** 13/6 20/15
**region [1]** 61/2
**registered [2]** 11/4 27/18
**registration [1]** 13/6
**regression [1]** 18/2
**regularly [3]** 9/22 10/20
12/8
**reiterated [1]** 23/20
**Relatedly [1]** 25/2
**relates [1]** 54/22
**relating [1]** 30/25
**relationship [1]** 87/16
**relative [1]** 53/1
**relatively [1]** 20/21
**relevance [1]** 27/22
**relevant [8]** 11/15 20/20
21/23 22/3 26/4 26/18 29/2
29/4
**reliance [1]** 18/18
**relied [1]** 28/7
**rely [1]** 79/24

Case 4:21-cv-01997    Document 112    Filed on 09/20/24 in TXSD    Page 128 of 138

**remainder [2]** 73/16 73/18
**remaining [1]** 15/7
**remedial [1]** 25/5
**remedy [6]** 10/6 11/15 13/25 14/2 14/13 15/3
**remember [5]** 35/19 38/24 55/9 84/8 87/23
**remind [1]** 24/21
**reminiscent [1]** 9/8
**removed [1]** 39/20
**renovate [1]** 38/5
**renovated [2]** 98/25 99/6
**rental [1]** 91/21
**rented [1]** 79/17
**repeat [1]** 26/7
**rephrase [1]** 89/14
**replaced [3]** 99/7 99/8 100/6
**replacements [1]** 100/8
**replacing [2]** 38/1 38/3
**reply [1]** 27/22
**report [1]** 15/22
**reporter [7]** 2/2 2/3 4/20 4/23 5/17 30/9 102/6
**reporter's [1]** 6/22
**reports [2]** 16/7 71/7
**represent [5]** 6/16 15/19 51/5 67/5 87/3
**representation [1]** 86/21
**representative [2]** 4/14 17/11
**Representatives [2]** 19/3 19/4
**represented [1]** 78/5
**representing [1]** 12/3
**represents [1]** 19/19
**Republican [1]** 26/19
**require [1]** 24/5
**required [3]** 25/3 63/10 97/25
**requirement [2]** 14/5 23/8
**requirements [3]** 14/17 15/7 27/11

**requires [2]** 21/1 22/5
**reserved [1]** 93/21
**resided [1]** 78/13
**residents [6]** 6/18 11/2 11/12 31/21 66/14 86/9
**resource [1]** 95/7
**resources [11]** 60/4 60/6 61/7 61/9 61/10 61/14 69/25 72/14 72/16 94/14 94/25
**respect [14]** 5/10 6/3 15/13 21/15 21/16 36/14 36/15 58/7 65/20 66/13 67/21 77/21 78/11 90/24
**response [5]** 11/6 11/11 11/22 27/21 27/22
**responsibilities [1]** 36/13
**responsibility [2]** 36/17 36/20
**responsible [1]** 78/19
**responsive [1]** 27/1
**restate [1]** 56/10
**result [1]** 88/20
**results [9]** 9/23 13/1 18/6 26/17 61/25 62/1 62/1 70/17 84/13
**retire [4]** 38/14 38/15 38/23 39/5
**retired [5]** 31/14 31/19 38/16 49/5 70/14
**return [1]** 55/25
**returned [1]** 38/8
**returning [1]** 74/1
**reviewing [1]** 20/7
**Rich [1]** 39/15
**RICHARD [10]** 1/24 32/1 33/4 42/7 45/1 45/22 46/18 50/16 51/11 52/24
**ride [2]** 87/12 87/19
**Ridgecrest [1]** 99/12
**RIENSTRA [1]** 1/24
**right [49]** 5/1 5/2 5/3 6/6 6/11 6/23 10/2 10/8 11/9 14/21 16/19 16/23 19/13 20/12 28/7 30/4 31/2 31/24

32/24 33/1 39/2 39/4 41/23 42/18 45/6 47/14 49/10 50/11 51/8 52/3 52/4 54/1 54/3 57/7 58/8 58/12 58/14 64/6 72/5 74/6 75/22 78/16 81/13 84/17 85/19 91/5 91/13 94/20 98/1
**right-hand [3]** 47/14 49/10 52/4
**rights [22]** 6/18 7/19 8/2 9/24 9/24 10/1 10/7 10/7 10/23 11/12 11/25 13/15 15/22 16/21 16/23 16/23 19/11 19/22 20/5 20/13 25/11 29/12
**risk [1]** 10/18
**RMR [1]** 2/2
**road [6]** 32/12 41/14 41/16 41/18 66/20 66/21
**ROBERT [1]** 1/15
**Robin [1]** 96/18
**robustly [1]** 18/10
**Roeder [1]** 1/19
**role [10]** 19/20 36/18 67/8 67/10 67/11 69/1 69/23 84/12 85/12 86/24
**roles [2]** 40/15 40/18
**Rome [1]** 1/15
**room [1]** 88/3
**roughly [1]** 14/1
**Rudy's [1]** 35/21
**rule [4]** 5/10 14/16 28/8 38/21
**run [3]** 16/20 17/9 76/16
**running [2]** 36/20 97/10
**Rusk [1]** 2/3
**résumé [8]** 33/5 36/2 36/24 39/14 39/25 40/17 41/1 44/13

**S**

**said [11]** 22/9 23/24 23/25 26/1 28/18 32/19 38/17 42/1 55/19 63/3 86/2
**sale [1]** 74/16

**Sam [1]** 33/16

**same [18]** 18/6 18/12 24/19 40/12 42/18 48/10 48/15 51/1 51/2 51/2 52/18 57/12 60/1 68/16 68/16 76/22 92/11 97/11

**sanctions [1]** 63/9

**SAT [2]** 93/5 93/6

**satisfying [1]** 25/24

**save [1]** 5/25

**saved [1]** 38/3

**saw [7]** 70/13 70/14 71/6 71/7 71/9 72/12 86/17

**say [11]** 4/18 15/23 16/14 18/9 24/9 45/14 65/7 94/13 94/13 96/2 101/5

**saying [1]** 91/13

**says [3]** 23/14 55/11 63/12

**SBISD [15]** 91/16 91/19 91/23 92/21 92/23 94/7 94/21 95/11 95/17 97/3 97/22 98/5 98/17 98/21 98/25

**schedule [2]** 100/15 100/23

**scheme [1]** 24/23

**school [154]**

**schools [71]** 7/16 9/2 9/8 9/9 27/7 27/8 27/12 27/17 30/24 31/7 31/14 31/16 34/1 34/3 34/4 34/20 34/22 35/1 37/16 37/17 37/17 38/1 38/3 47/9 47/11 47/13 47/16 48/11 49/9 50/10 50/14 51/6 51/13 51/17 51/25 56/25 57/25 58/12 60/5 60/7 60/9 61/1 63/23 64/14 70/19 70/19 71/22 72/15 72/17 75/25 76/7 76/16 77/1 78/7 78/8 78/25 79/3 79/5 80/9 80/9 81/22 81/22 91/24 92/6 92/13 92/13 97/22 98/25 99/6 99/7 100/2

**scientists [1]** 17/20

**scope [2]** 56/7

**scores [1]** 65/1

**SCOTT [3]** 1/15 4/9 6/15

**scream [1]** 18/21

**screen [3]** 32/5 32/8 47/12

**se [1]** 20/11

**searching [1]** 20/13

**seat [3]** 7/9 19/13 100/14

**seated [4]** 4/2 30/6 30/7 59/8

**second [13]** 5/2 5/11 7/9 11/18 12/7 12/17 14/25 15/20 16/12 30/23 40/20 56/24 61/17

**Section [6]** 10/6 10/12 11/4 16/5 23/9 28/8

**Section 11.052 [1]** 11/4

**Section 2 [5]** 10/6 10/12 16/5 23/9 28/8

**see [21]** 32/4 33/4 44/25 45/19 45/23 46/14 47/12 47/19 51/23 52/12 55/6 57/12 64/21 70/8 70/16 71/8 72/11 72/15 72/17 72/19 101/22

**seem [1]** 19/8

**seen [1]** 16/7

**segment [1]** 53/2

**segregated [2]** 9/5 9/8

**segregation [3]** 59/4 59/13 59/19

**Seguin [1]** 40/14

**select [1]** 92/6

**selected [1]** 17/9

**selecting [1]** 67/17

**seminar [1]** 29/17

**Senate [5]** 15/21 15/22 25/23 26/3 62/6

**send [1]** 28/18

**senior [2]** 34/9 87/7

**sense [2]** 29/24 35/5

**sensed [1]** 85/3

**sensitive [4]** 74/15 74/16 74/17 75/3

**sent [1]** 96/20

**SEPTEMBER [6]** 1/11 3/3 31/18 36/9 55/5 102/5

**series [2]** 51/3 55/8

**serve [3]** 31/15 40/22 41/10

**served [3]** 41/10 73/20 83/13

**serves [1]** 68/2

**service [3]** 38/22 41/4 44/16

**session [11]** 72/4 74/2 74/9 74/11 74/14 74/20 74/22 74/24 75/3 75/6 75/7

**session's [1]** 74/12

**sessions [1]** 75/23

**set [2]** 62/24 101/17

**Seton [1]** 33/21

**setting [1]** 69/20

**settled [1]** 8/23

**seven [19]** 12/18 14/15 15/4 47/7 47/7 47/9 60/18 67/1 68/13 68/14 69/1 69/1 70/10 74/12 80/11 81/1 81/22 83/24 100/1

**seven-district [1]** 14/15

**seven-member [1]** 15/4

**several [9]** 7/1 37/3 37/4 45/8 53/3 63/22 89/25 92/4 93/8

**severely [1]** 8/18

**Shadow [1]** 99/20

**Shadows [2]** 77/19 99/14

**shape [1]** 71/23

**share [5]** 19/15 54/23 66/8 66/14 85/13

**shared [1]** 54/20

**shares [1]** 66/2

**she [8]** 10/5 25/17 26/12 29/8 29/9 71/18 87/9 92/4

**she's [1]** 83/20

**Sherwood [3]** 34/15 64/13 64/15

**shooting [3]** 92/25 93/1 94/1

**short [1]** 34/16

**should [11]** 5/19 16/14 19/16 21/20 26/15 27/15 28/5 68/23 74/24 75/3 75/5

**shouldn't [1]** 74/23

**show [25]** 14/5 17/13 17/16 17/17 17/18 18/4 18/10 20/8 20/10 21/7 21/11 22/2 22/7 22/23 22/24 23/15 24/7 26/10 26/16 27/2 27/5 27/9 27/11 45/12 50/22

**showed [1]** 18/6

**showing [2]** 24/5 51/12

**shown [6]** 53/19 54/14 59/17 63/1 63/19 65/8

**shows [2]** 17/12 53/2

**siblings [1]** 87/10

**sic [3]** 20/12 24/14 82/20

**side [46]** 4/19 5/3 17/10 27/4 27/5 32/10 41/17 49/10 50/14 52/4 52/6 52/7 52/9 52/11 52/14 52/18 53/4 53/5 56/4 56/4 56/8 56/12 56/17 58/14 58/15 60/15 62/22 63/19 63/22 63/24 63/24 64/3 64/3 64/4 64/6 64/9 64/10 64/12 64/14 64/21 64/23 65/2 65/8 70/23 72/17 72/17

**Signature [1]** 102/6

**signatures [1]** 90/9

**significant [7]** 16/7 16/8 22/21 22/23 37/23 60/11 72/16

**significantly [4]** 27/13 60/6 60/25 84/4

**SIM [1]** 1/10

**similar [5]** 28/7 28/10 59/18 60/1 64/24

**similarly [2]** 57/17 66/7

**simply [2]** 11/22 19/10

**since [13]** 15/14 22/1 22/15 22/24 26/17 27/2 29/19 39/13 39/21 84/14 91/7 92/7

**single [33]** 8/9 11/14 12/14 13/25 18/21 18/23 18/24 18/25 19/2 19/3 19/5 19/8 21/13 24/8 28/21 31/2 32/24 37/5 37/12 40/8 40/11 40/13 40/14 42/16 84/18 84/22 84/25 86/11 86/20 87/18 88/15 89/7 90/20

**single-member [28]** 11/14 12/14 13/25 18/21 18/23 18/24 18/25 19/2 19/3 19/5 19/8 24/8 28/21 31/2 32/24 40/8 40/11 40/13 40/14 42/16 84/18 84/22 84/25 86/11 86/20 88/15 89/7 90/20

**sir [8]** 30/3 31/2 31/3 55/19 72/5 72/8 81/13 89/18

**sisters [1]** 87/8

**sit [1]** 87/2

**site [5]** 81/19 82/5 95/4 95/4 95/6

**sites [4]** 78/23 79/13 80/14 81/17

**sits [1]** 48/7

**sitting [1]** 71/21

**situation [3]** 87/4 87/6 94/15

**situations [1]** 70/12

**six [6]** 32/17 45/8 50/1 61/2 74/12 100/1

**skills [1]** 98/4

**SKY [9]** 37/15 76/8 76/11 76/12 77/25 78/1 78/4 78/7 78/11

**slating [1]** 17/9

**slave [1]** 8/24

**sleeping [1]** 35/22

**slide [2]** 42/17 62/20

**slot [1]** 95/22

**slots [1]** 96/6

**snapshot [1]** 44/22

**so-called [6]** 9/8 13/16 14/4

**social [5]** 7/4 9/12 10/14 11/19 17/20

**sole [1]** 25/15

**solid [1]** 71/2

**solution [1]** 11/23

**solutions [1]** 69/7

**solve [1]** 55/12

**some [35]** 34/2 35/23 36/25 37/8 37/21 38/7 38/12 40/3 46/22 48/11 60/10 60/15 61/14 61/25 63/9 63/14 65/1 70/17 73/12 75/10 79/23 80/5 80/16 80/18 80/21 86/14 86/15 88/21 89/2 89/2 90/14 94/8 96/12 96/13 100/15

**someone [5]** 73/17 86/1 88/1 88/7 88/8

**something [4]** 38/9 76/11 95/5 99/4

**sometimes [3]** 67/13 75/12 75/22

**somewhat [1]** 29/16

**son [3]** 34/8 91/22 92/15

**sorry [3]** 6/20 6/23 58/2

**sort [2]** 35/13 36/3

**sounds [1]** 15/14

**south [41]** 8/11 17/10 27/5 30/24 50/14 52/6 52/17 53/4 54/15 56/2 56/4 56/8 56/14 56/20 57/13 57/18 58/16 58/20 59/18 60/1 60/7 60/15 61/8 61/18 63/22 63/24 64/3 64/20 64/21 65/4 65/8 71/6 72/17 73/7 73/7 82/17 92/15 92/17 94/9 94/10 99/9

**southern [4]** 1/1 8/12 17/10 52/1

**Spanish [4]** 97/10 97/18 98/3 98/4

**Spanish-speaking [1]** 97/18

**speakers [2]** 97/10 97/11

**speaking [1]** 97/18

**specific [3]** 74/19 86/16 93/21
**specifically [4]** 33/1 41/13 44/19 66/23
**speed [1]** 15/14
**spell [1]** 30/8
**spend [1]** 69/13
**spends [1]** 27/6
**split [1]** 70/12
**spoke [1]** 62/5
**SPRING [119]**
**Spring Branch [73]** 6/18 7/6 8/5 9/3 9/5 9/18 19/11 21/24 22/14 23/2 23/4 26/7 26/8 26/17 27/3 27/6 27/9 27/17 28/21 29/3 31/6 31/10 31/12 31/13 31/20 31/21 32/7 33/3 34/1 34/3 35/1 35/2 36/5 36/7 36/10 36/23 38/5 38/14 39/13 39/15 40/25 41/13 42/20 43/2 44/20 46/21 54/18 54/22 54/24 55/3 56/3 56/9 56/15 60/8 60/18 60/19 60/21 61/1 63/25 66/24 66/25 69/11 78/18 79/21 82/4 83/21 84/14 85/9 86/7 88/15 95/20 98/14 100/3
**Spring Branch's [6]** 20/18 22/18 22/25 26/25 27/12 86/17
**Spring Oaks [2]** 34/17 51/21
**Spring Valley [1]** 56/19
**SpringSpirit [10]** 41/8 41/12 42/14 42/19 42/24 43/19 44/1 44/8 48/1 48/5
**STAAR [1]** 61/25
**staff [4]** 67/10 68/5 80/2 85/24
**staffing [1]** 69/25
**stage [1]** 14/25
**stand [1]** 30/2

**standard [4]** 10/22 62/24 63/18
**standards [3]** 8/14 8/17 27/14
**standpoint [5]** 41/3 85/4 85/7 85/23 90/3
**stark [1]** 72/11
**start [1]** 52/2
**started [7]** 31/13 35/16 39/19 54/17 55/19 96/8 98/7
**starting [1]** 55/5
**state [37]** 7/14 8/17 9/10 11/15 27/10 28/7 28/16 29/1 29/3 30/8 33/16 33/20 37/13 37/22 37/23 37/24 38/22 40/3 40/11 61/24 62/24 62/24 63/15 70/9 72/1 76/1 77/5 79/15 79/16 87/22 89/2 89/21 93/24 94/2 96/20 98/9 98/11
**state's [1]** 8/14
**state-appointed [1]** 40/11
**stated [1]** 92/1
**statements [1]** 5/4
**states [5]** 1/1 1/10 10/10 24/13 28/2
**stations [1]** 16/1
**statistical [3]** 17/19 17/24 81/3
**statistics [1]** 50/13
**status [1]** 43/23
**statute [8]** 28/10 28/17 89/3 89/5 89/20 89/24 90/15 91/1
**statute's [1]** 89/23
**statutes [1]** 89/2
**statutory [5]** 11/11 11/16 11/23 19/13 88/21
**stay [1]** 76/24
**stayed [1]** 41/11
**staying [1]** 76/24
**Stein [3]** 18/2 21/12 22/16
**Stein's [3]** 17/11 22/1 26/9
**stenography [1]** 2/24
**Stephen [1]** 33/20

**still [6]** 37/6 38/11 63/14 86/24 90/10 90/14
**stop [1]** 100/12
**strategies [1]** 74/18
**Stratford [13]** 34/12 34/13 34/14 57/10 57/19 71/1 71/3 73/6 73/18 73/19 73/25 92/2 92/15
**Stratford's [1]** 71/5
**streamline [1]** 4/16
**streamlining [1]** 4/18
**street [2]** 42/22 42/25
**strong [3]** 70/20 98/3 98/3
**structure [7]** 9/14 10/13 10/16 12/10 18/24 19/1 19/5
**structures [3]** 19/2 19/4 84/25
**struggle [1]** 41/20
**struggles [2]** 35/11 35/14
**student [15]** 9/7 27/6 35/19 49/20 55/23 62/11 62/13 62/19 62/21 62/22 63/15 64/18 85/10 95/9 95/9
**students [52]** 7/23 8/12 8/15 9/16 13/6 13/8 13/24 19/12 31/6 35/19 37/20 42/4 49/5 51/3 51/8 52/13 52/14 55/2 55/21 55/22 59/24 62/23 68/3 70/21 73/11 77/10 86/9 86/25 87/5 88/17 91/23 91/24 92/23 93/5 93/7 93/11 93/12 94/9 94/22 94/24 95/12 95/13 95/13 95/18 96/4 96/12 97/2 97/4 97/12 97/17 97/20 98/15
**subdivision [1]** 29/2
**subdivisions [1]** 21/15
**subject [3]** 5/18 72/3 74/1
**subjects [1]** 33/2
**submerged [3]** 9/21 10/20 12/8
**submit [1]** 21/1
**submitted [1]** 29/19
**substantially [2]** 24/1 52/10

**S**

**substitute [1]** 89/6
**succeed [1]** 97/22
**success [2]** 23/16 24/16
**successful [7]** 27/10 37/19
70/22 76/16 76/21 89/24
90/7
**successfully [2]** 77/11 89/21
**such [6]** 10/18 21/5 86/18
86/18 86/18 86/22
**sudden [1]** 71/10
**sufficient [2]** 14/6 46/15
**sufficiently [3]** 13/18 22/8
25/7
**suggested [1]** 66/22
**suit [1]** 10/1
**Suite [3]** 1/16 1/20 2/3
**summarized [1]** 23/10
**summarizes [2]** 48/25 49/9
**superimposes [2]** 53/17
58/10
**superintendent [41]** 31/14
31/15 31/17 31/18 36/13
36/18 36/19 37/1 40/19
41/25 43/5 43/11 47/2 47/4
49/8 52/19 59/20 60/1 60/3
64/25 67/10 67/13 67/18
68/5 69/1 69/10 69/12 69/13
70/16 70/18 74/6 75/13
78/20 84/21 91/16 92/21
95/17 96/15 98/5 98/8 98/20
**superintendents [4]** 40/2
68/20 69/18 71/25
**supplement [1]** 61/15
**support [7]** 37/4 43/17 60/9
60/10 60/11 60/11 60/14
**supported [1]** 25/9
**supporting [2]** 41/24 43/6
**supportive [2]** 43/13 43/16
**supports [1]** 22/22
**Supreme [5]** 8/25 10/9
10/11 20/16 24/24
**sure [14]** 5/8 6/8 25/21
27/23 40/13 68/2 68/17
93/9 101/18
**surprise [1]** 39/10
**surrounding [1]** 42/23
**suspect [1]** 62/20
**sweet [1]** 16/2
**sworn [3]** 30/3 30/5 30/15
**system [42]** 7/4 12/12 17/6
18/19 20/12 20/18 22/25
31/1 35/5 37/6 39/5 41/11
47/4 61/22 61/24 62/4 62/8
62/14 63/2 65/2 65/3 67/12
67/14 67/15 67/20 68/21
69/14 78/17 81/6 86/13
86/14 86/15 86/16 90/20
94/3 95/3 95/8 95/21 95/25
96/7 96/11 96/25
**systems [1]** 20/11

**T**

**T-2-4 [3]** 37/6 77/9 92/20
**table [9]** 7/9 19/13 54/9
75/7 85/21 86/1 88/1 88/9
88/11
**tact [1]** 21/16
**take [15]** 21/16 21/17 25/12
39/3 39/3 45/19 53/7 55/16
56/24 59/5 59/6 69/2 70/11
72/25 97/10
**taken [6]** 48/10 48/22 54/8
59/7 81/16 101/25
**takes [5]** 32/21 42/2 50/20
50/21 59/23
**taking [4]** 60/20 61/24
77/10 93/5
**tale [2]** 8/9 52/12
**talk [11]** 33/1 33/2 44/12
46/20 48/17 59/3 75/2 78/22
88/21 89/12 95/16
**talked [8]** 26/5 44/24 47/25
56/2 76/12 83/22 87/23
92/20
**talking [6]** 20/18 49/24
60/14 66/23 68/7 80/12
**target [2]** 11/10 93/11

**TEA [4]** 61/21 61/22 63/2
64/19
**TEA's [1]** 27/13
**teach [3]** 39/22 39/25 89/1
**teacher [2]** 26/20 26/20
**teaches [1]** 9/3
**teaching [1]** 89/5
**team [2]** 37/3 38/6
**technical [1]** 37/9
**Technically [1]** 99/6
**telescope [1]** 53/6
**tell [12]** 28/16 33/12 36/25
41/2 42/13 48/3 50/24 53/19
56/7 65/21 66/1 66/7
**telling [1]** 50/9
**ten [1]** 62/3
**tennis [1]** 33/16
**tenuous [1]** 18/19
**tenure [2]** 36/11 98/5
**term [5]** 14/23 34/22 44/16
49/15 49/17
**terminated [3]** 7/16 78/8
78/9
**terms [2]** 39/6 39/7
**Terrebonne [1]** 25/1
**Terrific [1]** 91/15
**test [1]** 29/9
**testified [6]** 29/21 30/15
93/23 94/7 97/7 98/20
**testifying [1]** 72/21
**testimony [7]** 11/19 17/2
29/23 31/5 55/14 92/22
93/24
**testing [3]** 61/24 61/25
63/16
**TEXAS [28]** 1/1 1/16 1/16
1/20 2/4 9/11 11/3 13/5
18/22 19/2 27/16 27/17
27/25 28/13 28/13 29/1 29/3
33/8 33/17 37/22 38/22 40/4
40/7 40/20 40/21 77/5 88/22
89/22
**textbook [1]** 10/23

**than [19]**  8/18 12/14 12/25 15/14 18/19 18/22 22/11 24/1 25/18 26/14 27/7 32/23 47/12 57/14 65/3 71/23 80/9 81/3 85/18

**thank [34]**  4/11 4/15 6/1 6/6 6/12 6/25 12/1 15/12 15/16 18/13 19/14 20/1 28/12 29/12 29/13 30/1 30/6 30/12 30/14 42/11 46/16 50/18 51/11 53/9 55/17 55/18 58/4 59/10 73/3 88/19 91/9 91/12 101/23 101/24

**that [477]**

**that'll [1]**  5/25

**that's [45]**  5/23 9/4 11/14 16/19 16/20 28/7 28/14 28/23 30/22 44/4 46/15 47/19 54/2 54/13 55/7 56/13 57/20 58/16 58/20 59/2 61/11 64/11 64/11 64/15 75/14 82/2 82/7 82/9 82/16 82/18 82/21 88/2 90/15 90/22 92/15 92/16 92/25 93/17 98/1 100/1 100/4 100/5 101/2 101/6 101/10

**theater [2]**  70/20 71/19

**their [64]**  5/14 7/6 7/7 7/21 8/18 9/19 9/22 10/2 10/3 10/17 10/21 11/1 12/3 12/9 12/20 18/21 19/14 19/14 19/15 19/16 19/16 24/4 24/9 24/17 24/22 24/23 24/24 25/4 25/8 34/2 35/18 37/13 37/18 39/17 39/22 40/1 40/9 40/11 42/1 54/18 60/16 61/6 61/8 66/18 67/17 68/21 69/16 72/10 73/10 76/24 76/25 79/5 79/21 82/21 85/5 92/10 94/2 94/2 94/17 95/12 95/13 95/21 96/1 96/2

**them [18]**  8/24 18/15 21/16 39/17 39/19 61/12 69/3

79/25 85/4 94/11 94/14 94/19 97/11 101/21

**themselves [1]**  11/3

**then [36]**  6/3 7/19 8/5 14/25 18/4 18/5 18/7 24/13 30/8 33/17 33/19 34/12 34/17 39/21 48/6 49/20 50/21 52/14 56/17 57/10 57/17 60/24 62/25 63/22 64/12 65/4 71/14 76/24 77/18 77/25 82/23 84/12 85/16 90/18 93/16 95/22

**there's [25]**  5/10 11/11 15/24 16/16 18/7 22/2 40/19 40/21 46/1 55/1 56/2 56/21 58/15 59/3 62/17 67/1 67/22 67/24 73/12 73/17 74/12 75/10 86/22 87/10 90/14

**therefore [1]**  8/19

**these [12]**  8/5 19/22 37/16 47/1 51/4 58/10 63/3 65/4 65/8 71/19 85/24 101/20

**they [83]**  23/14 23/21 23/25 28/22 32/23 34/2 34/6 35/18 39/10 39/11 39/18 41/19 41/25 42/17 45/20 46/2 47/6 49/12 56/13 56/21 58/9 59/21 60/9 60/22 61/5 61/6 61/10 62/3 62/8 62/9 62/24 65/11 65/19 66/10 66/15 67/2 67/5 67/16 67/17 68/16 68/17 68/22 68/23 68/23 69/6 69/8 69/19 70/4 70/5 71/17 74/23 75/18 75/18 76/19 76/24 77/3 77/24 78/3 78/25 79/18 79/18 79/21 79/23 80/3 85/4 85/7 85/13 91/25 92/19 93/7 93/9 93/22 94/3 94/5 94/12 94/14 94/22 95/20 97/12 97/22 98/2 98/4 100/7

**they -- well [1]**  45/20

**they're [21]**  5/2 9/7 16/8

56/15 56/16 61/11 63/24 67/3 67/11 67/14 67/17 68/17 72/1 74/14 75/19 75/20 90/9

**thing [5]**  40/12 70/4 72/7 76/22 85/19

**things [15]**  31/11 37/4 38/6 38/11 38/11 38/24 39/17 39/21 68/25 69/17 74/24 75/12 93/4 95/3 95/19

**think [68]**  5/3 11/8 23/11 28/23 28/25 32/12 32/17 32/19 37/11 37/19 40/10 40/13 40/19 43/8 45/8 47/3 49/4 49/5 51/9 51/13 59/5 61/5 61/12 63/3 64/9 65/1 67/24 71/6 72/9 72/11 72/14 72/15 72/17 72/20 73/13 74/13 79/9 80/16 80/16 80/18 80/20 81/10 81/24 82/21 83/9 83/9 85/15 85/16 85/20 86/3 86/12 86/23 86/25 87/5 87/10 88/2 88/7 88/9 88/13 88/14 89/6 89/9 89/10 90/1 92/24 96/12 98/19 100/12

**thinking [1]**  88/12

**third [7]**  7/19 12/9 12/23 30/25 55/10 66/22 96/6

**this [82]**  4/3 5/2 6/16 7/3 8/6 8/8 8/9 9/17 9/23 10/1 10/6 10/22 10/22 13/20 14/13 14/15 15/18 16/20 17/6 18/20 19/21 19/25 21/3 21/6 21/19 22/7 22/10 23/25 24/11 24/15 25/9 25/18 26/1 26/15 28/22 30/1 32/21 37/17 39/23 41/14 41/21 42/3 45/12 48/9 49/7 49/17 50/4 50/20 53/7 53/11 54/22 55/14 55/21 55/23 56/25 57/23 58/15 59/5 61/20 62/2 62/20 64/24 66/16 70/8

97/13 99/2

topics [2] 30/20 30/21

**this... [18]** 71/14 72/9 72/12 74/1 76/7 76/23 81/4 81/23 82/8 83/17 84/14 86/2 88/4 88/14 90/5 90/21 94/21 98/19

**Thornburg [1]** 10/11

**Thornwood [1]** 64/13

**those [62]** 5/18 7/11 7/17 15/15 15/23 16/15 18/9 34/20 34/22 38/3 51/5 51/25 55/1 58/8 58/24 58/24 61/3 61/10 61/14 68/1 69/4 70/7 70/17 71/15 71/16 72/23 72/23 74/18 74/25 75/23 76/2 76/10 76/17 76/20 77/7 77/13 77/16 78/7 78/7 78/10 78/13 79/19 84/11 85/17 87/1 88/7 88/8 88/9 90/25 92/13 93/19 93/19 93/21 94/9 94/10 94/24 94/24 95/2 95/2 97/1 97/19 100/6

**though [9]** 28/16 63/24 67/5 68/22 68/23 70/1 70/2 85/19 91/20

**thought [13]** 6/23 18/3 18/20 35/9 39/2 39/2 39/4 71/12 76/17 76/22 85/18 86/4 88/13

**thousands [2]** 41/16 94/18

**thread [1]** 21/9

**threadbare [1]** 24/3

**three [22]** 20/8 20/9 20/10 22/6 23/5 25/24 29/8 34/2 70/19 71/22 73/22 76/10 77/13 82/17 87/5 87/5 87/7 87/8 87/8 96/23 97/15 100/1

**threshold [3]** 50/2 90/3 90/6

**through [28]** 6/4 12/3 16/20 18/15 25/20 25/24 27/13 36/11 51/3 55/7 60/9 60/15 60/15 61/8 62/3 62/8 71/16 73/11 76/8 77/11 78/5 78/11 89/24 89/25 90/8 90/17

**throughout [2]** 7/25 13/8

**Thursday [4]** 100/17 100/22 101/2 101/14

**thus [2]** 20/20 29/6

**tier [2]** 51/21 54/10

**Tijerina [1]** 9/9

**time [84]** 5/25 8/22 8/25 15/15 19/7 19/7 19/25 22/11 22/11 24/19 29/4 29/21 29/21 30/1 31/11 31/13 34/16 37/4 37/5 37/12 37/20 37/25 38/13 38/23 39/2 39/4 39/22 43/5 48/13 48/13 49/2 49/5 49/8 55/6 60/20 60/24 60/25 62/5 63/2 63/6 63/9 63/18 68/13 69/13 71/12 72/18 72/19 73/13 73/17 73/17 73/21 73/23 73/24 76/20 77/8 78/24 79/10 79/19 79/23 79/25 80/1 80/4 80/22 80/22 80/23 83/10 83/13 83/22 83/22 84/3 84/4 86/2 86/12 88/13 88/15 90/15 94/6 95/16 96/12 97/6 97/16 98/9 98/10 98/20

**times [5]** 9/15 38/7 51/1 61/13 76/23

**Tina [1]** 71/18

**today [8]** 8/24 9/5 30/20 30/22 37/7 37/12 58/21 62/17

**together [3]** 21/10 72/2 90/12

**token [2]** 16/18 17/9

**told [4]** 29/15 79/2 81/24 84/17

**tomorrow [4]** 100/13 100/16 101/13 101/22

**too [5]** 39/1 39/20 40/19 68/18 88/3

**took [2]** 38/16 42/17

**topic [7]** 44/21 54/22 61/17 66/22 78/16 84/17 88/20

**torn [1]** 41/21

**tossed [1]** 19/7

**totality [9]** 15/18 23/6 23/22 24/11 25/22 25/25 27/24 28/5 29/9

**touch [2]** 35/25 36/22

**towards [1]** 37/5

**track [2]** 65/17 77/10

**tracks [3]** 55/8 55/9 55/13

**tradition [1]** 60/8

**traditional [6]** 17/19 21/5 21/6 21/8 21/12 70/19

**training [3]** 33/10 37/9 89/5

**transcript [2]** 2/24 102/2

**transfer [4]** 95/22 95/24 96/11 96/13

**transferred [1]** 34/13

**transfers [5]** 95/21 96/2 96/16 96/17 97/2

**transportation [2]** 13/12 95/23

**travel [1]** 80/18

**Treasure [3]** 77/18 77/22 78/12

**treasurer [1]** 61/4

**treated [3]** 68/18 92/10 92/11

**treatment [1]** 69/25

**trending [1]** 75/15

**trial [4]** 1/9 3/2 4/3 11/1

**trials [1]** 29/16

**tried [2]** 95/2 95/7

**trigger [1]** 11/21

**trips [1]** 38/19

**trouble [1]** 6/22

**true [2]** 46/25 97/9

**truism [1]** 7/2

**trustee [8]** 12/10 13/3 26/22 68/4 68/10 69/23 83/16 84/14

**trustees [14]** 31/8 32/23 40/9 66/25 73/10 73/14 73/16 73/18 77/16 83/13

**T**

**trustees... [4]** 83/22 86/8 86/11 90/25
**try [7]** 11/12 21/15 76/15 93/9 95/2 95/19 96/18
**trying [8]** 14/8 37/17 61/5 85/19 91/1 96/17 101/18 101/19
**Tuesday [1]** 101/1
**turn [9]** 15/17 36/24 44/19 44/20 61/17 66/22 72/3 81/12 84/17
**Turner [1]** 71/18
**Turning [4]** 20/25 21/22 22/6 25/22
**turnout [13]** 13/1 23/20 23/25 24/1 24/14 25/1 25/1 25/13 25/18 26/6 26/8 26/13 81/5
**turns [1]** 69/24
**twice [1]** 40/23
**two [26]** 5/6 8/9 13/16 16/6 16/15 21/22 33/16 33/17 34/20 35/3 37/17 39/21 51/12 52/12 53/4 53/22 73/22 76/15 76/15 76/17 77/2 87/10 87/10 97/14 97/23 100/1
**two-way [2]** 97/14 97/23
**two-year-old [1]** 87/10
**type [4]** 86/13 86/14 88/5 96/13
**typically [5]** 49/25 50/25 74/14 75/9 79/21

**U**

**U.S [2]** 8/25 19/4
**ultimate [3]** 67/11 67/12 67/19
**unanimous [1]** 70/5
**under [14]** 9/23 11/11 16/5 21/20 24/16 25/19 25/25 27/13 29/7 29/9 62/14 93/3 100/21 100/22

**understand [8]** 1/25 15/2 36/8 48/11 90/16 95/11 101/17 101/21
**understanding [13]** 49/19 49/23 61/14 63/3 63/6 63/12 68/1 83/20 87/25 89/4 90/22 91/2 100/22
**understands [1]** 88/9
**unified [1]** 96/25
**union [2]** 26/20 26/21
**unique [3]** 27/16 28/4 35/2
**UNITED [6]** 1/1 1/10 10/10 41/5 41/6 43/4
**United Way [2]** 41/5 41/6
**university [4]** 33/17 33/20 39/22 94/18
**unless [7]** 20/16 67/15 74/25 79/24 86/20 86/25 88/7
**up [19]** 4/23 4/24 6/24 9/15 15/14 31/9 31/10 32/11 36/3 36/11 42/10 45/2 45/22 45/23 49/6 50/17 52/23 84/10 94/11
**upbringing [1]** 31/4
**update [1]** 39/25
**updated [1]** 71/14
**upgraded [1]** 76/20
**upon [6]** 20/13 63/15 86/7 89/4 93/24 101/15
**upper [1]** 47/14
**upswing [1]** 38/25
**us [15]** 36/3 36/25 45/4 45/12 50/9 53/19 54/23 56/7 56/25 79/2 79/15 79/17 79/23 79/25 81/24
**use [7]** 6/21 17/20 18/23 34/22 40/8 84/22 98/24
**used [9]** 28/11 55/8 61/10 61/11 61/12 61/14 80/19 89/24 92/8
**uses [2]** 12/12 49/15
**using [2]** 12/14 32/22
**usually [5]** 22/8 22/9 22/10

**V**

**valid [1]** 17/24
**Valley [10]** 32/18 46/10 53/5 53/13 53/23 56/17 56/18 56/19 64/5 99/16
**value [2]** 20/19 20/24
**variety [3]** 12/11 62/25 76/6
**various [4]** 7/15 16/1 18/15 60/5
**vastly [1]** 13/2
**vendors [1]** 38/18
**version [3]** 18/8 47/11 47/12
**versus [11]** 4/4 9/1 23/7 23/18 26/19 26/20 26/20 31/2 84/18 84/24 94/9
**very [45]** 4/16 6/6 9/13 11/22 20/5 28/17 35/2 35/18 38/7 38/12 39/10 39/10 40/19 41/5 41/11 41/24 43/3 43/13 43/15 43/16 43/24 49/25 50/1 52/13 52/14 52/15 61/22 70/19 70/22 71/20 75/22 75/23 76/15 76/16 76/20 76/21 76/23 77/2 77/10 84/9 85/20 90/3 90/3 90/6 96/5
**viable [1]** 89/6
**vicariously [1]** 12/3
**Victoria [1]** 40/13
**view [6]** 20/15 29/16 36/3 55/21 86/9 86/12
**viewed [1]** 90/2
**views [1]** 19/16
**village [17]** 32/18 32/19 46/10 46/13 53/5 53/5 53/13 53/13 53/14 53/23 53/23 56/18 74/5 82/24 83/1 83/1 83/4
**villages [21]** 8/23 8/23 8/24 32/18 45/9 45/15 45/17 45/18 45/25 46/8 53/1 53/3 53/12 53/17 53/18 53/20

**villages... [5]** 53/22 54/5 56/6 56/12 82/21
**vindicate [1]** 10/1
**violated [1]** 25/12
**violates [2]** 17/7 20/12
**violations [2]** 10/6 20/12
**VIRGINIA [7]** 1/4 1/22 4/4 4/9 6/16 10/4 10/4
**virtually [2]** 11/18 31/21
**virtue [1]** 58/24
**vision [1]** 47/11
**visit [5]** 30/21 61/18 66/23 84/18 87/14
**voice [3]** 7/9 75/7 87/20
**voices [4]** 7/6 7/21 10/2 19/14
**volume [3]** 1/11 3/2 6/25
**voluntary [1]** 60/14
**volunteers [2]** 95/6 95/6
**vote [14]** 10/8 14/16 14/24 21/17 22/21 24/18 47/5 70/1 70/2 70/5 70/12 75/11 75/21 76/8
**voted [1]** 47/6
**voter [14]** 10/5 13/1 13/7 17/5 23/20 23/25 24/1 24/14 24/25 25/1 25/13 25/18 26/6 26/8
**voters [36]** 7/6 7/20 9/18 9/20 10/2 10/15 10/18 10/20 11/4 12/2 12/6 12/7 12/11 12/14 12/19 12/22 12/25 12/25 15/6 17/2 17/6 17/7 17/10 19/19 24/3 24/6 25/19 26/14 27/18 27/19 27/20 28/18 28/20 31/7 47/5 98/21
**voters' [2]** 10/17 25/8
**votes [8]** 11/13 12/13 22/7 67/7 68/25 69/1 70/10 84/11
**voting [76]** 6/17 7/19 7/25 8/2 8/2 8/4 9/24 9/24 10/7 10/7 10/23 11/12 11/24 12/12 12/15 12/24 13/2 13/4

13/15 13/23 16/6 16/8 16/11 16/23 16/23 17/21 19/10 19/22 20/5 20/11 20/13 22/6 22/12 22/18 22/22 22/24 23/1 23/1 23/4 25/3 25/5 25/11 29/1 29/11 46/24 78/22 79/11 80/8 80/10 80/13 80/14 80/19 81/1 81/2 81/8 81/12 81/12 81/17 81/21 81/25 82/3 82/11 82/12 82/13 82/25 83/6 83/21 83/23 83/24 83/24 84/1 84/2 84/5 84/6 84/12 84/15 85/22
**VS [1]** 1/5

# W

**W/DRAW [2]** 3/10 3/16
**wait [3]** 17/25 39/1 76/18
**waive [1]** 5/9
**walk [1]** 18/15
**want [26]** 14/22 16/17 19/19 19/22 30/20 31/5 42/6 44/12 44/12 44/22 46/20 47/13 48/17 58/11 63/7 68/17 70/4 70/4 70/10 70/11 72/3 75/2 78/22 84/17 87/24 95/13
**wanted [6]** 39/18 46/15 61/17 62/3 63/11 101/10
**wants [1]** 5/17
**warned [1]** 20/16
**wasn't [3]** 14/8 93/1 93/14
**watched [1]** 38/25
**way [19]** 10/8 18/4 32/14 38/21 41/5 41/6 46/8 55/4 68/2 68/18 75/21 82/4 83/10 85/7 87/20 90/4 97/14 97/17 97/23
**ways [1]** 31/9
**we [159]**
**we'd [2]** 79/19 84/18
**we'll [8]** 18/16 36/22 45/15 46/11 47/19 59/6 100/13 101/13

we're [15] 4/13 4/19 29/18 30/21 38/17 42/1 42/16 44/20 48/13 49/24 60/14 68/7 72/23 100/12 100/16
**we've [5]** 5/19 14/17 48/10 56/2 65/17
**weather [1]** 87/24
**website [1]** 48/23
**Wednesday [3]** 100/16 101/1 101/14
**week [3]** 5/21 55/5 101/4
**weight [3]** 55/17 68/17 73/1
**welcome [1]** 6/2
**well [34]** 11/8 14/7 15/11 15/13 17/13 17/18 18/1 18/14 25/9 32/10 35/2 45/20 45/20 61/11 64/21 67/11 68/13 73/12 74/23 77/2 79/15 84/20 85/1 85/15 86/12 92/8 92/15 92/24 94/13 95/1 97/9 97/25 98/2 98/12
**well-accepted [1]** 18/1
**well-known [1]** 77/2
**well-supported [1]** 25/9
**went [29]** 25/10 33/16 33/17 33/19 34/9 34/12 34/15 35/10 36/7 36/9 37/5 41/19 41/22 64/15 71/11 78/11 80/5 80/11 81/21 85/25 89/25 90/1 92/1 92/2 92/4 92/15 92/16 96/24 98/16
**were [88]** 5/6 5/21 7/17 8/22 8/23 8/24 9/10 18/22 26/21 28/21 33/7 34/6 36/8 37/1 37/3 37/11 37/20 37/21 38/20 38/24 38/25 43/3 47/1 47/4 47/7 48/3 49/2 52/18 53/6 59/12 59/19 60/1 60/3 60/4 60/20 60/22 60/23 61/5 63/3 64/25 65/1 69/11 73/23 76/8 76/10 76/19 76/23 77/6 78/18 78/23 78/24 78/25 79/8 80/3 80/4 82/11 82/13

**were...** **[31]** 82/17 83/23 85/24 91/16 92/13 92/18 92/21 92/25 93/1 93/7 93/9 93/19 93/20 93/22 94/1 94/6 94/8 94/9 96/12 96/21 97/2 97/4 97/9 97/19 97/20 100/6 100/7 100/9 100/15 100/21 100/25

**weren't** **[2]** 38/20 78/7

**west** **[4]** 32/10 32/11 45/6 46/8

**Westchester** **[4]** 34/16 76/18 92/16 96/22

**western** **[1]** 57/17

**Westview** **[2]** 82/23 83/3

**Westwood** **[1]** 99/24

**what's** **[14]** 11/5 16/4 38/21 42/19 43/25 45/14 49/23 57/9 64/19 66/16 70/7 72/4 74/11 89/4

**whatever** **[3]** 42/2 90/25 92/8

**whenever** **[1]** 5/2

**whereas** **[1]** 71/22

**whether** **[17]** 14/13 15/9 20/12 50/5 59/3 63/8 65/21 66/1 66/7 67/16 67/16 86/9 89/6 89/7 89/20 90/19 100/25

**which** **[60]** 4/17 5/13 5/21 9/1 9/10 12/12 12/19 12/25 13/7 13/12 15/5 15/19 15/21 16/13 16/15 17/1 17/8 18/6 18/17 20/25 21/22 21/25 22/6 23/19 24/11 25/16 25/18 26/11 26/14 29/20 29/23 30/20 32/16 34/4 37/23 41/8 42/8 44/8 45/16 46/10 46/13 47/18 51/17 53/4 53/16 56/19 57/24 58/22 58/23 64/1 64/18 67/18 68/15 70/24 71/1 77/16 77/19 92/6 97/14

**while** **[2]** 37/1 43/5

**white** **[26]** 7/24 8/5 8/13 8/18 8/20 8/21 9/4 9/19 10/15 12/6 12/12 12/24 17/10 22/6 22/7 22/12 22/23 22/25 24/1 25/1 49/13 53/22 56/20 57/13 58/19 83/8

**Whites** **[1]** 22/21

**who** **[23]** 17/2 19/15 29/14 35/8 37/8 39/1 55/11 62/23 62/23 70/21 71/18 73/19 79/17 83/17 86/1 86/4 88/8 92/10 93/7 94/17 96/16 97/18 97/20

**who's** **[5]** 55/11 55/15 87/18 88/11 90/7

**whole** **[8]** 31/10 38/25 44/10 44/11 67/6 86/15 90/19 95/8

**whom** **[1]** 85/13

**whose** **[4]** 7/22 19/11 35/19 78/13

**why** **[3]** 38/14 79/14 101/2

**wide** **[3]** 93/15 93/20 93/22

**widely** **[3]** 9/10 13/2 17/21

**wife** **[2]** 38/16 61/4

**will** **[26]** 4/6 5/13 7/21 11/18 13/17 15/4 15/17 15/20 16/22 17/1 18/9 19/23 21/11 22/23 22/24 23/3 24/6 26/4 26/10 26/12 26/16 28/16 34/12 42/2 59/5 86/2

**wintertime** **[1]** 87/25

**Wirt** **[1]** 83/3

**wise** **[2]** 6/25 55/2

**withdraw** **[1]** 5/13

**withdrawn** **[1]** 5/14

**within** **[22]** 7/17 34/10 41/11 41/20 42/13 45/18 52/22 59/13 63/2 65/10 68/21 77/4 77/22 78/21 81/6 83/1 83/7 90/5 92/9 95/3 95/21 97/15

**without** **[4]** 7/9 71/21 85/20

**witness** **[10]** 3/6 4/20 6/7 29/17 29/18 29/21 29/25 30/5 89/11 91/4

**witness's** **[1]** 29/23

**witnesses** **[3]** 4/19 5/10 5/11

**won** **[1]** 13/4

**won't** **[2]** 87/3 87/3

**Woods** **[16]** 34/17 34/19 51/22 57/10 57/15 70/23 71/2 71/3 71/5 71/17 71/24 73/6 73/17 87/6 92/3 92/4

**Woodview** **[6]** 52/5 52/6 52/8 64/1 64/3 82/20

**word** **[2]** 16/17 22/10

**words** **[1]** 21/8

**work** **[13]** 25/21 26/12 35/4 36/7 38/11 40/3 40/3 40/6 40/7 40/21 78/18 84/20 84/20

**worked** **[4]** 33/19 39/15 39/17 44/23

**working** **[9]** 23/16 23/17 39/19 41/9 66/18 85/1 85/1 85/4 86/24

**workplace** **[1]** 94/12

**works** **[2]** 86/14 89/5

**would** **[69]** 6/7 13/7 14/1 14/23 14/23 15/7 15/8 20/6 21/3 23/23 25/17 25/21 33/12 35/17 35/18 36/1 36/25 45/22 46/6 50/25 51/13 52/23 54/23 61/12 61/15 62/20 63/13 63/17 64/8 66/22 72/11 72/15 72/17 72/19 72/22 76/12 76/24 79/5 79/17 80/13 81/1 81/4 81/5 81/5 82/13 83/9 83/9 84/9 85/22 85/24 86/10 86/13 87/15 88/6 88/7 88/10 88/10 88/16 90/18 90/25 91/6 92/7 92/10 94/13 94/16 94/17 94/24 97/5 100/22

**wouldn't** **[2]** 94/13 95/4

**X**

**Xs [1]**  77/15

**Y**

**Yeah [9]**  35/16 37/3 45/14
51/12 56/11 60/17 89/14
95/19 101/15

**year [16]**  10/9 13/6 22/1
22/18 31/19 34/9 34/10
34/16 37/10 43/15 63/21
76/9 77/16 87/7 87/10 92/16

**years [16]**  22/16 22/18
31/17 33/16 34/13 38/22
40/18 40/23 62/3 72/13
76/19 86/8 89/25 96/18
98/14 101/20

**yellow [5]**  29/22 48/2 48/5
57/9 78/5

**yes [62]**  4/22 10/25 13/22
14/3 14/3 14/12 17/15 28/24
31/3 36/16 37/16 41/5 43/21
44/10 44/18 45/7 46/17
46/25 47/23 48/6 48/24 49/4
49/16 51/9 53/15 53/25
54/13 54/24 56/21 58/1
58/18 58/21 63/17 65/23
66/10 66/15 72/6 72/8 74/10
76/10 76/14 77/1 77/9 77/24
78/3 78/9 78/15 81/23 82/20
83/9 89/18 91/3 91/14 92/4
93/25 95/15 97/25 98/19
98/23 99/5 100/10 100/19

**Yet [1]**  24/18

**you [385]**

**you'd [1]**  51/3

**you'll [5]**  9/9 12/5 18/2 32/8
55/12

**you're [27]**  6/2 11/9 13/10
28/25 30/6 32/21 33/2 35/5
40/6 62/15 68/25 69/2 69/6
69/7 69/8 69/9 69/9 69/16
69/17 69/17 69/20 75/1 75/9
80/17 85/19 86/21 89/16

**you've [8]**  4/19 15/25 18/14
88/24

**young [1]**  71/17

**youngest [2]**  34/15 92/2

**your [112]**

**Your Honor [23]**  4/8 4/10
4/12 4/22 4/24 5/6 6/7 10/25
13/22 15/3 16/20 27/23 30/1
30/14 46/17 53/8 59/10
72/20 89/9 91/4 91/6 100/19
101/23

**yourself [2]**  4/6 30/18

**Z**

**zero [1]**  42/6

**zeroed [1]**  18/14

**zone [12]**  14/2 14/3 14/22
42/15 47/18 52/4 55/7 56/3
57/4 57/6 73/19 82/15

**zoned [1]**  9/8

**zones [14]**  14/5 46/23 47/7
48/14 51/22 56/1 56/23
56/25 57/22 57/24 58/7
65/17 73/9 80/6