```
 1                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
 2                       HOUSTON DIVISION

 3   _____
                                     )
 4   VIRGINIA ELIZONDO,              )
               Plaintiff,            )
 5                                   ) CIVIL ACTION NO.
     VS.                             ) 4:21-CV-1997
 6                                   )
     SPRING BRANCH INDEPENDENT       )
 7   SCHOOL DISTRICT, ET AL.,        ) 8:29 A.M.
               Defendants.           )
 8   _____)

 9

10                         BENCH TRIAL
                BEFORE THE HONORABLE SIM LAKE
11               UNITED STATES DISTRICT JUDGE
                     SEPTEMBER 11, 2024
12                     VOLUME 3 OF 5

13   APPEARANCES:

14   FOR PLAINTIFF:
     MR. BARRY ABRAMS
15   MR. DOMINGO MANUEL LLAGOSTERA
     MR. ROBERT P. SCOTT
16   Blank Rome LLP
     717 Texas Avenue, Suite 1400
17   Houston, Texas  77002
     (713)228-6601
18
     FOR DEFENDANTS:
19   MR. CHARLES JOSEPH CRAWFORD
     MR. LUCAS CHRISTOPHER HENRY
20   Abernathy, Roeder, Boyd & Hullett, P.C.
     1700 North Redbud Boulevard, Suite 300
21   McKinney, Texas  75069
     (214)544-4000
22
     ALSO PRESENT:
23   MS. VIRGINIA ELIZONDO
     MS. JENNIFER BLAINE
24   MS. M'LISS HINDMAN
     MR. RICHARD RIENSTRA
25
```

1    APPEARANCES CONTINUED:

2    **COURT REPORTER:**
     Heather Alcaraz, CSR, FCRR, RMR
3    Official Court Reporter
     515 Rusk, Suite 8004
4    Houston, Texas  77002
     (713)250-5584

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer.

1                              I N D E X

2                      BENCH TRIAL - VOLUME 3

3   SEPTEMBER 11, 2024                                    PAGE

4   PLAINTIFF'S WITNESSES:

5   VIRGINIA ELIZONDO
    Cross-Examination Continued by Mr. Henry...........     6
6
    ROY RODNEY, JR.
7   Direct Examination by Mr. Scott....................    61
    Cross-Examination by Mr. Henry.....................    82
8   Redirect Examination by Mr. Scott..................    92
    Recross-Examination by Mr. Henry...................    95
9
    DAVID LOPEZ
10  Direct Examination by Mr. Scott....................    97
    Cross-Examination by Mr. Henry.....................   119
11
    NOEL LEZAMA
12  Direct Examination by Mr. Scott....................   133
    Cross-Examination by Mr. Henry.....................   153
13  Redirect Examination by Mr. Scott..................   161

14  PATRICIA CABRERA
    Direct Examination by Mr. Llagostera...............   162
15  Cross-Examination by Mr. Henry.....................   178

16  DEFENDANTS' WITNESSES:

17  KRISTIN CRAFT
    Direct Examination by Mr. Crawford.................    13
18  Cross-Examination by Mr. Abrams....................    33
    Redirect Examination by Mr. Crawford...............    59
19  Recross-Examination by Mr. Abrams..................    59

20  CHRISTINE PORTER
    Direct Examination by Mr. Crawford.................   184
21  Cross-Examination by Mr. Abrams....................   210

22

23

24

25

08:29:31  1              *(Call to Order of the Court.)*

08:29:31  2              **THE COURT:**  Good morning.  Please be seated.

08:29:33  3         You may conclude your cross-examination of

4  Dr. Elizondo.

08:29:36  5         **MR. ABRAMS:**  Your Honor, just two housekeeping

6  matters, if I may, before Mr. Henry continues.  You gave me a

7  little homework last night, and I did my homework.  I presented

8  the other side -- the *Thornburg v. Gingles* case, at the red tab,

9  discusses the important factors.

08:29:49 10         Since the Court inquired yesterday about the role of

11  intent in a case like this, I've also tabbed, in yellow, the

12  portions of the *Thornburg v. Gingles* case that addresses the

13  amendment that we discussed on the record.  And then, second,

14  the *Benavidez* case from the Southern -- Northern District of

15  Texas cites *Gingles* for the most important factor issue, and I

16  put a red tab there as well.

08:30:11 17         **THE COURT:**  Okay.  Everybody cites that *Benavidez*

18  case.  That's a district court case.  We're referred to, in the

19  Constitution, as "inferior courts."  Has any higher court

20  adopted that statement by Judge Solis?

08:30:25 21         **MR. ABRAMS:**  Your Honor, with respect to this specific

22  issue, they're simply quoting and citing *Gingles* --

08:30:30 23         **THE COURT:**  Okay.

08:30:31 24         **MR. ABRAMS:**  -- and so I did it for that purpose, to

25  show that somebody's listening to the U.S. Supreme Court in the

 1    circuit at the district court level.  And so that's the only

 2    proposition I'm offering *Benavidez* for, to address your question

 3    about the most important factors.

08:30:45  4         **THE COURT:**  Thank you.

08:30:45  5         **MR. ABRAMS:**  And then one other scheduling issue.  At

 6    the end of the day, the district inquired whether we would allow

 7    them to bring Dr. Craft out of order, who's coming from Boerne,

 8    and the plaintiff is happy to accommodate them.  That will have

 9    an impact on the scheduling, and we wanted -- I wanted to visit

10    with you about what we've at least discussed, subject to your

11    permission.

08:31:05 12         After Dr. Elizondo finishes, they're going to bring

13    Dr. Craft out of order.  That shifts all the witnesses.  We'll

14    then have four or five short fact witnesses, which leaves

15    Dr. Stein.  But for the change, Dr. Stein might have gone on

16    this afternoon, but we think that's going to carry us through

17    midafternoon.

08:31:26 18         Dr. Stein has a class this afternoon he would very

19    much like to teach, and so if you will permit us, we'd like to

20    bring Dr. Stein in the morning.  I think we'll fill the day,

21    anyway, with the other witnesses.

08:31:37 22         **THE COURT:**  Well, I don't want you just to expand the

23    testimony for the day.

08:31:41 24         **MR. ABRAMS:**  No, no.  I just meant I think it will

25    take you to where you will be happy today.

*Mr. Henry Continued Cross of Virginia Elizondo*

08:31:46  1        **THE COURT:**  Okay.  Well, if not, then you should be

2   prepared to call another witness out of order because I want to

3   finish by Friday.

08:31:53  4        **MR. ABRAMS:**  Fine.

08:31:53  5        **THE COURT:**  You may conclude your cross-examination.

08:31:55  6        **MR. ABRAMS:**  Thank you, Judge.

7                **CROSS-EXAMINATION CONTINUED**

08:31:57  8   BY MR. HENRY:

08:32:00  9   Q   Dr. Elizondo, yesterday we were talking a little bit about

10   your 2021 election against current trustee Chris Earnest, and

11   you testified that you believe that -- that Chris Earnest had

12   received the Republican Party nomination.

08:32:18 13        Do you believe that political party endorsements were an

14   important factor for voters in the 2021 election?

08:32:24 15   A   I think that all the endorsements we received helped our

16   campaigns.

08:32:29 17   Q   So including the endorsement for Chris Earnest by the

18   Republicans -- the Harris County Republicans?

08:32:35 19   A   Yes, that endorsement helped him.

08:32:40 20   Q   In the 2021 election, was it your contention that the

21   drastic increase in total votes in that election, as compared to

22   prior elections, was because of fear of a minority being elected

23   to the board?

08:32:57 24   A   Yes.  I do think there were some people that were very

25   concerned because it seemed like I had a shot.

*Mr. Henry Continued Cross of Virginia Elizondo*

08:33:02  1   Q   Are you familiar with current SBISD trustee John Perez?

08:33:06  2   A   I am now.

08:33:07  3   Q   Are you aware that he's Hispanic?

08:33:10  4   A   Yes.

08:33:10  5   Q   And, obviously, he won his election, correct?

08:33:13  6   A   Yes, but he was not the preferred candidate.

08:33:17  7   Q   Are you aware that, in that election, there was also very

8   high turnout in comparison to pre-2021 school board elections?

08:33:27  9   A   Yes.  I think there were big numbers that year as well.

08:33:31 10   Q   So, obviously, in the 2023 election in which John Perez, the

11   Hispanic, was elected, the big turnout wasn't out of fear of a

12   minority being elected, was it?

08:33:41 13   A   I think it had more to do about the values and whether that

14   Latino happened to encompass the values of a Latino community.

08:33:49 15   Q   And Mr. Perez encompassed very conservative values.  Is that

16   your understanding?

08:33:55 17   A   He was not the preferred candidate of the Latino community.

08:33:59 18   Q   And that really wasn't my question.  My question was:  Did

19   Mr. Perez campaign on very conservative partisan issues?

08:34:06 20   A   He campaigned on issues that were not -- that were not

21   appealing to the Latino community.

08:34:14 22   Q   Can you tell me what those were?

08:34:16 23   A   From what I saw, the three of them were kind of together,

24   the other two candidates and himself, and they were kind of

25   talking the same thing, about -- I think they were talking about

*Mr. Henry Continued Cross of Virginia Elizondo*

1    the revisionist history part -- some of the similar things that

2    Earnest had talked about, as well, with the CRT, with those kind

3    of components.

08:34:38 4    **Q**    Was he talking about concerns about content of library

5    books?

08:34:44 6    **A**    I think that -- yeah, that was part of the CRT piece.

08:34:46 7    **Q**    Was he talking about woke ideology in schools?

08:34:50 8    **A**    I don't remember specifically that part.  I didn't delve

9    into his campaign that deeply.

08:34:58 10    **Q**    Yesterday, we looked at some of your campaign materials, and

11    on those campaign materials, is it correct that you advertised

12    the dates for your supporters to go vote in early voting in

13    SBISD?

08:35:10 14    **A**    Yes.

08:35:12 15    **Q**    Do you recall that early voting in SBISD is eight days long

16    and includes at least one weekend day?

08:35:18 17    **A**    Yes.

08:35:20 18    **Q**    And is it correct that in SBISD, Election Day is just one

19    day, and it's not on a weekend; it's on a weekday?

08:35:33 20    **A**    Yes.

08:35:33 21    **Q**    Are you aware that state law specifically provides that

22    school board elections can occur in May?

08:35:38 23    **A**    Yeah, that they're -- they occur in May, yes.

08:35:41 24    **Q**    Are you aware that the vast majority of school districts in

25    Texas hold their school board elections in May?

*Mr. Henry Continued Cross of Virginia Elizondo*

08:35:47  1   A   I don't know personally, sorry.

08:35:50  2   Q   Are you aware of any data showing the percentage of Hispanic

3   turnout to vote in your election in 2021?

08:36:00  4   A   We looked at a lot of numbers yesterday showing how many

5   people came to vote, but I don't know if we saw the breakdown by

6   race.  I don't think we did.

08:36:08  7   Q   So without knowing the voter turnout of Hispanic voters, you

8   can't guarantee that the Hispanic preferred candidate would win

9   an election in the proposed district, correct?

08:36:19 10   A   Well, from the data that I've seen -- the only data I've

11   seen has been from Dr. Stein's report, and after reading his

12   report, I feel very confidently that the Latino preferred

13   candidate would have a shot in a single-member district.

08:36:34 14   Q   Without knowing what percentage of Latinos actually vote in

15   that district?

08:36:38 16   A   Well, I mean, I don't have it in my memory.  I mean, I could

17   pull Dr. Stein's report.  I could share that with you.

08:36:44 18   Q   We'll defer to Dr. Stein on that.

08:36:47 19   A   Okay.  I thought so.

08:36:49 20   Q   Yesterday, you testified that curriculum that SBISD uses --

21   or I should say the subjects that SBISD teaches, come from TEA

22   in the form of -- in the education world those are called TEKS,

23   correct?

08:37:04 24   A   Yes.

08:37:06 25   Q   The school board hires the superintendent; is that right?

*Mr. Henry Continued Cross of Virginia Elizondo*

08:37:10  1   A   Yes.

08:37:11  2   Q   And then they supervise the superintendent and evaluate the

3   superintendent?

08:37:15  4   A   Yes.

08:37:16  5   Q   And the superintendent is in charge of hiring and

6   supervising those people who make curriculum decisions on the

7   district's campuses, correct?

08:37:26  8   A   Yes.

08:37:27  9   Q   And so those people who report to the superintendent, who

10   reports to the board, have discretion, do they not, about what

11   materials will be used and how those TEKS will be delivered to

12   students?

08:37:41  13   A   Yes, they do.  They're the educational experts.

08:37:45  14   Q   And so the board, then, by hiring the superintendent, and

15   then having the superintendent hire and supervise employees of

16   the district, does guide the curriculum and instruction and

17   focus of a school district, right?

08:38:03  18   A   No.

08:38:04  19   Q   You don't think that the school board has --

08:38:06  20   A   I think the school board sets the goals that they want the

21   superintendent to implement, but they don't -- they -- at least

22   what we -- what I know is that they wouldn't -- and what I've

23   been trained is that they're not supposed to be handling

24   day-to-day instructional decisions because that's what you hire

25   the superintendent as the educational expert for.

*Mr. Henry Continued Cross of Virginia Elizondo*

08:38:26 1 **Q**   And so if the board doesn't like the day-to-day instruction,

2 they can replace the superintendent and find someone who will do

3 it in a way that they would like it done, correct?

08:38:35 4 **A**   They have the choice of replacing the superintendent.

08:38:38 5 **Q**   And have you seen this board, as it's currently constructed,

6 make decisions on things like library book challenge policies

7 that impact what kids can and can't have access to in their

8 school libraries?

08:38:51 9 **A**   Yes.

08:38:54 10 **Q**   So this board has, indeed, had an impact on materials and

11 curriculum available to kids?

08:39:00 12 **A**   Yes.  They -- when it came to -- after the state laws

13 changed, it gave them a little more flexibility when it came to

14 the umbrella term that was never defined of CRT.  And so, pretty

15 much, they could challenge a lot of things claiming that it was

16 CRT, like the autobiography of Martin Luther King, Jr., and say

17 that that was CRT, and then they'd be able to, you know, review

18 it and -- and make the decision to ban that specific book.

08:39:30 19 **Q**   Has that book been banned in SBISD?

08:39:33 20 **A**   I don't know all the list of books that have been banned in

21 SBISD.

08:39:36 22 **Q**   And that CRT issue you mentioned before, Texas law now

23 prohibits the teaching of critical race theory in K-12 schools,

24 correct?

08:39:46 25 **A**   Yes, but it has not -- but they failed to define it in the

*Mr. Henry Continued Cross of Virginia Elizondo*

1   law, and even the State Board of Education has criticized them

2   for not offering a definition for clarification.

08:39:58  3   **Q**   And pushing for a ban on CRT instruction in schools was part

4   of the conservative board's push over the last couple of years

5   in SBISD, correct?

08:40:09  6   **A**   Yes.  That phrase -- that phrasing came up in the elections.

08:40:12  7   **Q**   Okay.  Thank you.

08:40:13  8           **MR. HENRY:**  I'll pass the witness.

08:40:15  9           **MR. ABRAMS:**  No further questions, Your Honor.

08:40:16  10          **THE COURT:**  Thank you, Dr. Elizondo.

08:40:25  11          Defendant may call its witness out of order.

08:40:30  12          **MR. CRAWFORD:**  Defendants call Kristin Craft.

08:40:47  13          **THE COURT:**  Please come around and be sworn.

08:40:51  14          Good morning.

08:40:52  15          **THE WITNESS:**  Hi, good morning.

08:40:54  16          **THE COURT:**  Please raise your right hand and be sworn.

08:40:55  17      *(Witness sworn.)*

08:41:01  18          **THE COURT:**  Please be seated.  You have to raise the

19   microphone and then pull it down so you're comfortable and so

20   that we can all hear you.

08:41:10  21          **THE WITNESS:**  Okay.  Thank you.

08:41:11  22          **THE COURT:**  Just take it easy and relax.

08:41:13  23          Go ahead.

08:41:14  24          **MR. CRAWFORD:**  Thank you, Your Honor.

08:41:14  25              **KRISTIN CRAFT, DULY SWORN, TESTIFIED:**

**_Mr. Crawford Direct of Kristin Craft_**
**DIRECT EXAMINATION**

08:41:14  1

08:41:15  2  **BY MR. CRAWFORD:**

08:41:15  3  **Q**    Good morning, Dr. Craft.

08:41:16  4  **A**    Good morning.

08:41:17  5  **Q**    Would you please state your name for the record?

08:41:19  6  **A**    Kristin Craft.

08:41:20  7  **Q**    What is your current job?

08:41:22  8  **A**    I'm currently superintendent of Boerne ISD.

08:41:25  9  **Q**    Before you came -- became superintendent of Boerne ISD, what

10  did you do?

08:41:29 11  **A**    I was chief academic officer in Spring Branch Independent

12  School District.

08:41:34 13  **Q**    What years of service at Spring Branch, in that capacity,

14  did you serve?

08:41:39 15  **A**    I joined Spring Branch in 2016.  I moved into the chief

16  academic officer, associate superintendent role in 2019, and was

17  there until December of '23.

08:41:49 18  **Q**    What were your responsibilities in that capacity?

08:41:52 19  **A**    So as chief academic officer, I was responsible for all

20  student achievement, performance, student supports,

21  accountability, assessment, student guidance counseling --

22  virtually everything that happens in the school for our school

23  district and our 33,000-plus students.

08:42:11 24  **Q**    Does Spring Branch ISD have a bilingual program?

08:42:15 25  **A**    Yes.

*Mr. Crawford Direct of Kristin Craft*

08:42:16 1   **Q**   Would you tell the Court what that program consists of?

08:42:21 2   **A**   So a bilingual program by the state, you look at the home

3   language survey.  When students enroll, if there's an indication

4   of a language spoken other than English in the home, then you do

5   some language testing, and then there are choices available to

6   parents:  English as a second language programs and bilingual

7   programs.

08:42:40 8        So we offer, in Spring Branch, pre-K through fifth grade

9   bilingual programming, that's one-way dual language; and then we

10   also offer two-way dual language as a choice option.

08:42:55 11   **Q**   In your opinion --

08:43:01 12              **THE REPORTER:**  I'm sorry, a little closer.

08:43:02 13              **MR. CRAWFORD:**  I apologize.

08:43:04 14   **BY MR. CRAWFORD:**

08:43:04 15   **Q**   In your opinion as associate -- former associate

16   superintendent for academics, do you think the district's

17   bilingual program is successful?

08:43:11 18   **A**   Yes, sir, very much.

08:43:11 19   **Q**   Would you tell us why?

08:43:13 20   **A**   Well, I would have to say, since 2019, we have been putting

21   in systems and processes, working with principals and teachers,

22   on delivering high-quality instruction, studying data.  We have

23   seen gains.  Spring Branch came out stronger from the pandemic,

24   and since 2019-2020, Spring Branch ISD has exceeded state and

25   region performance for EB students.

*Mr. Crawford Direct of Kristin Craft*

08:43:42  1    I mean, that is something that we have been tracking very

2    much so.  There's an intentional focus for the success of our

3    English learners.  And down the road, TEA changed it to EB,

4    emergent bilingual students, but we have been tracking all of

5    that work, and we have seen significant -- significant gains not

6    only in the elementary grades, but through middle school and

7    high school.

08:44:06  8    Q    Could you give the Court some examples of the academic gains

9    that you were talking about?

08:44:11 10    A    Sure.  One gain is around the Texas English Language

11    Proficiency Assessment System.  That is the -- in addition to

12    STAAR, the state test.  EL students also take another test for

13    their English language proficiency, and we have been above state

14    and region levels for making sure our students progress at least

15    one year or more.

08:44:35 16         When you look at our EB or EL student performance at the

17    high school level, our accelerated placement, our dual credit

18    classes, we have seen gains in participation and achievement.

19    When you -- you know, part of the bilingual program is making

20    sure that students have strong English language in addition to

21    their Spanish language, and so our students excel after they

22    exit from the EL program.

08:45:02 23         If you look at accountability reports, students one-year

24    and two-year in the monitor status do very, very well.  So there

25    are also, you know, many other results specific to

*Mr. Crawford Direct of Kristin Craft*

1   accountability that we might get to later, but even looking at

2   our grade three students -- so there's an intense focus in the

3   state with House Bill 3 and third grade EB students, and when we

4   look at paper, '21 and '22, reading increased by 10 to 14 points

5   at all three performance levels, and math increased 8 to 12

6   points at all three performance levels specifically for that

7   grade, to highlight.

08:45:47  8   Q   Any other academic gain -- gains that you -- come to mind?

08:45:51  9   A   Well, our graduation rates have increased.  Our national

10   clearinghouse data for Northbrook High School and Spring Woods

11   High School have seen gains in college enrollment the fall after

12   graduation.  We have more of our students -- English-learner

13   students taking their state exams in English because the state

14   tells school districts you can no longer offer a bilingual

15   program after fifth grade.

08:46:16  16       And so it's our responsibility to make sure that students

17   are well prepared, when they go to sixth grade in middle school,

18   to do well on their state assessments because instruction then

19   moves to all English.

08:46:28  20   Q   I believe I heard you just say that -- that the bilingual

21   program lasts through the end of fifth grade per the state?

08:46:36  22   A   Yes.

08:46:38  23   Q   What is Spring Branch's response to the fifth grade

24   bilingual program cutoff?

08:46:45  25   A   So we also offer another strand of choice programming.  So

*Mr. Crawford Direct of Kristin Craft*

1   parents have choice in our school district, and one of those

2   choices is a two-way dual language program, which we do offer in

3   the secondary levels.  So it can proceed into middle school.

08:47:00 4   **Q**   Is that beyond what the state requires?

08:47:02 5   **A**   It is in excess and beyond what the state requires.

08:47:06 6   **Q**   What sort of programs and outreach does the district provide

7   for its bilingual students?

08:47:15 8   **A**   Our leaders and our teachers are very intentional about the

9   supports that they put in place and the intervention systems and

10   the enrichment for our students, and our community has been very

11   generous.  We have sister schools that pair with our campuses.

12   We have Community in Schools, social work and counselor support

13   across all of our schools, but over the years we have had

14   additional CIS staff supporting schools.

08:47:43 15       SpringSpirit has been a great partner.  We have Boys and

16   Girls Club.  We started STEM clubs in our middle schools in

17   particular to connect our middle school students to STEM

18   opportunities as they move into high school.  Our Title I

19   schools have parent advisory committees.  FamilyPoint Resources

20   is a great resource in our area.

08:48:05 21       And, of course, campuses are required to have -- their

22   Title I campus, they are required to have parent outreach and

23   parent support in academic programming, but really we expect

24   that of all schools.  And so no matter what school you're at,

25   there is an expectation that there are parent trainings and

*Mr. Crawford Direct of Kristin Craft*

1    parent supports.

08:48:24  2        But we have done significant work.  We take EB/EL students

3    to Rice University in the summer for STEM camp.  We created a

4    partnership with Texas A&M in their engineering pipeline to be

5    at the forefront in our schools and connected to our STEM clubs.

6    We have aspiring graduate programs to make sure that all kiddos

7    are on track for graduation.

08:48:49  8        We offer extensive summer school programming to make sure

9    that all kids are on grade level, ready for the next school

10    year.  We have a multilingual welcome center where students and

11    parents who are coming in new to the country, that is the

12    first -- once they go to their school, that's the next place

13    that they go to make sure that we can provide supports to that

14    family.

08:49:10 15        There are many more, but I'll stop there.

08:49:14 16  **Q**   Does the bilingual program at Spring Branch have a budget?

08:49:18 17  **A**   Yes, sir.

08:49:19 18  **Q**   What are the component parts of the budget?

08:49:22 19  **A**   Well, there's really four parts to a budget:  You have

20    staffing; you have training; you have materials; then you have

21    other -- or software, other instruction materials, consultants

22    and so forth.  They have a strong budget.

08:49:35 23  **Q**   Do you feel that budget is -- is properly funded?

08:49:39 24  **A**   Yes, I believe it's properly funded.  In addition to that,

25    the performance of our EL students has been a priority for our

*Mr. Crawford Direct of Kristin Craft*

1    superintendent since the day she became superintendent.  It's

2    been a priority for our principals.  They -- we have goals in

3    all of our campus improvement plans and our district

4    improvements plans.  There are dollars associated to this.

08:49:59  5       Any time that I brought a request forward to our senior

6    staff, if it was about, you know, EL students and the need to do

7    more, it was approved.  Like, we had great support.  We had a

8    great -- we have a great CFO who really would understand our

9    core business is teaching and learning, and if we have needs at

10    schools and we have a plan to address it, then Dr. Blaine and

11    Ms. Porter found a way to fund -- fund those initiatives.

08:50:29 12    **Q**   Regarding bilingual performance, where does Spring Branch

13    ISD rate?

08:50:35 14    **A**   Well, there have been a number of different reports out

15    there, but we are above the state and region in our EL

16    performance.

08:50:43 17    **Q**   I would like you to take a look at Plaintiff's Exhibit 79,

18    and it's -- I think it will be up on the screen in front of you,

19    if that's helpful.

08:50:58 20    **A**   Okay.

08:50:59 21    **Q**   I think you're in the defendants' exhibit book, by the way.

08:51:02 22    **A**   Yes.  There's a lot in here.  Okay.

08:51:06 23    **Q**   So is it okay -- are you okay working off the screen?

08:51:09 24    **A**   Yes.

08:51:09 25    **Q**   Perfect.

***Mr. Crawford Direct of Kristin Craft***

08:51:10 1       This is a copy of the 2019 A through F accountability list-

2    -- listing for Spring Branch from the Texas Education Agency; is

3    that right?

08:51:21 4  **A**   Yes, sir.

08:51:23 5  **Q**   The very top has a -- a category called "School Progress,"

6    and below that it states "Overall Student Achievement,"

7    "Academic Growth," "Relative Performance," and "Closing the

8    Gaps."  Do you see those?

08:51:40 9  **A**   Yes.

08:51:41 10  **Q**   Are -- are -- the student achievement, academic growth,

11   relative performance, and closing the gaps, are those what go

12   into the overall rating?

08:51:50 13  **A**   Yes.

08:51:51 14  **Q**   Would you tell the Court what each one of those four domains

15   measure?

08:51:57 16  **A**   Certainly.  So all of those domains go into the overall

17   report, and those are all very critical pieces that teachers and

18   leaders have to pay attention to.  So student achievement -- so

19   students receive a score:  Approaches, meets, masters, or they

20   do not meet.  So there's four levels of how a student scores.

21   So that is Domain 1.

08:52:21 22       Domain 2A is growth, and that is looking at a student's

23   performance last year compared to their current year performance

24   and the expectation to see a year's worth of growth.  So that's

25   very important.

*Mr. Crawford Direct of Kristin Craft*

08:52:35  1    Relative performance is looking at student performance

2    relative to other districts in similar -- similar economically

3    disadvantaged characteristics.  So you compare your performance

4    versus the other area -- other districts in that kind of

5    category, and the TEA defines all that.

08:52:56  6    And then closing the gaps is really looking at the two

7    lowest student performance groups and making sure they're making

8    gains.  So all of those are very important pieces that a leader

9    and teachers have to pay attention to because they all factor in

10   to your overall performance.  The state sets the percentages for

11   each of those domains.

08:53:17 12    It's a big math formula of how you arrive at the overall

13   score, but all of those areas are critically important because

14   every school, every teacher, every principal, they have to pay

15   attention to students who didn't pass in one year and making

16   sure they are accelerated so that they can meet the standard the

17   following year.  And those are all parsed out in very unique

18   ways to make sure that school districts are accountable, to

19   ensure that all students are close to -- on track, above, or on

20   their way to growing more than a year because if you have a

21   student who is below level, you have to accelerate the students,

22   and then a school has to have intervention plans in place to

23   support that.

08:54:04 24  **Q**   Is one domain of the four more important than the others?

08:54:08 25  **A**   No.  They all are connected.  They're all important.

*Mr. Crawford Direct of Kristin Craft*

08:54:14  1   **Q**   If -- if you were to be analyzing the TEA report card, would

2   you be analyzing primarily the overall score or a particular

3   domain score?

08:54:26  4   **A**   We would be analyzing the overall score.

08:54:28  5   **Q**   Why is that?

08:54:30  6   **A**   Be- -- teachers and leaders work too hard to not make sure

7   that they can really show all the gains that they've made.  They

8   work too hard for that, and so that's why the overall score is

9   very important.  You need to have students, you know, be -- a

10   school needs to be able to show the gains that they're making

11   with students, and that's why it's critically important that you

12   look at all -- all domains and not just one.

08:54:55  13   **Q**   I'd like to look at a couple of the schools on this exhibit.

08:55:00  14   **A**   Okay.

08:55:00  15   **Q**   This is from 2019 from the TEA.

08:55:03  16   The first school I'd like you to tell us about is Cedar

17   Brook Elementary.  Is that an economically disadvantaged school?

08:55:13  18   **A**   Yes.  80 percent eco dis.

08:55:17  19   **Q**   And what was its overall rating?

08:55:18  20   **A**   Overall rating was a B.

08:55:21  21   **Q**   Next school, Edgewood Elementary School, is that an

22   economically disadvantaged school?

08:55:27  23   **A**   Yes.  They have 84.7 economically disadvantaged.

08:55:31  24   **Q**   What was its overall score?

08:55:33  25   **A**   A "B."

*Mr. Crawford Direct of Kristin Craft*

08:55:35 1   Q   Hollibrook Elementary School, is that an economically

2   disadvantaged school?

08:55:40 3   A   Yes.  98.55 percent.

08:55:43 4   Q   What was its overall rating?

08:55:45 5   A   A "B."

08:55:46 6   Q   Ridgecrest Elementary School, is that an economically

7   disadvantaged school --

08:55:52 8   A   Yes.  97.9 percent eco dis.

08:55:56 9   Q   What was its overall rating?

08:55:58 10  A   B.

08:56:00 11  Q   The Bear Boulevard School, is that an economically

12  disadvantaged school?

08:56:04 13  A   Yes.  88.4 percent eco dis.

08:56:08 14  Q   What was its overall grade?

08:56:11 15  A   An A.

08:56:11 16  Q   The Lion Lane School, is that an economically disadvantaged

17  school?

08:56:15 18  A   Yes.  89.8 percent.

08:56:18 19  Q   What was its overall grade?

08:56:20 20  A   A "B."

08:56:21 21  Q   The Panda Path School, is that an economically disadvantaged

22  school?

08:56:25 23  A   Yes.

08:56:27 24       THE COURT:  Why are the other categories listed as not

25  reported?

*Mr. Crawford Direct of Kristin Craft*

08:56:31  1      **THE WITNESS:**  And so the Panda Path, Tiger Trail,

2  Bear, those are pre-K centers, but they're paired with an

3  elementary campus.  And so that's where -- so pre-K schools

4  don't have a STAAR test because they're of four-year-olds, but

5  they are -- they have a partner -- so the state requires you to

6  have a partner campus.

08:56:52  7      So these are pre-Ks that feed in to --

08:56:55  8      **THE COURT:**  So these are --

08:56:55  9      **THE WITNESS:**  -- an elementary.

08:56:55 10      **THE COURT:**  -- just for pre-K that you're talking

11  about?

08:56:58 12      **THE WITNESS:**  Well, this is how the state records

13  performance for a pre-K center.

08:57:04 14      **THE COURT:**  Okay.

08:57:05 15      **THE WITNESS:**  Every school district, you have to

16  report all of your schools and by grade levels.

08:57:10 17      **THE COURT:**  It says "elementary."  That's why I was

18  concerned with it.

08:57:15 19      **THE WITNESS:**  Well, that would be the way TEA defines

20  this category.

08:57:18 21      **THE COURT:**  All right.  Thank you.

08:57:19 22      **THE WITNESS:**  Uh-huh.

08:57:22 23      **MR. CRAWFORD:**  Thank you.

08:57:22 24  **BY MR. CRAWFORD:**

08:57:23 25  **Q**   I don't know if we got out what the overall rating grade for

***Mr. Crawford Direct of Kristin Craft***

1   the Panda Path School was before the judge asked his question.

08:57:30  2   **A**   B.

08:57:31  3   **Q**   What about the Wildcat Way School?  And that's another pre-K

4   school?

08:57:36  5   **A**   Yes.

08:57:37  6   **Q**   And is that economically disadvantaged?

08:57:39  7   **A**   Yes.  59 percent.

08:57:41  8   **Q**   And what was its overall grade?

08:57:43  9   **A**   An A.

08:57:45 10   **Q**   Turning to the second page of this exhibit, Spring Forest

11   Middle School, is that an economically disadvantaged school?

08:57:55 12   **A**   Yes.  I'm waiting for the percent to show?

08:57:58 13    Yes.  50 percent.

08:58:00 14   **Q**   What was its overall grade?

08:58:01 15   **A**   A "B."

08:58:02 16   **Q**   And, finally, the Westchester Academy for International

17   Study/Students, I'm assuming?

08:58:10 18   **A**   Yes.  That is a choice program serving grades 6 to 12.

19   60.7 percent are economically disadvantaged, and they earned an

20   A.

08:58:22 21   **Q**   Now, I want to continue looking at Plaintiff's Exhibit 79,

22   but I also, at the same time, want to talk to you about

23   Defendants' Exhibit 74, and I believe Richard's going to be able

24   to pull both of those up.

08:58:40 25    And if he is, I am very grateful.

*Mr. Crawford Direct of Kristin Craft*

08:58:47  1        Are you able to --

08:58:48  2    **A**   Yes.

08:58:48  3    **Q**   Okay.  Now, we just went over several economically

        4    disadvantaged schools that got As or Bs in 2019?

08:58:58  5    **A**   Yes.

08:58:59  6    **Q**   Now, not every economically disadvantaged school got those

        7    grades, correct?

08:59:06  8    **A**   Correct.  That's true.

08:59:07  9    **Q**   So let's look at Plaintiff's Exhibit 79, which is from 2019,

       10    and let's look at Buffalo Creek Elementary School.

08:59:14 11        Is that economically disadvantaged?

08:59:17 12    **A**   Yes.  Buffalo Creek Elementary has 93.9 percent economically

       13    disadvantaged.

08:59:22 14    **Q**   And what was its overall grade?

08:59:24 15    **A**   Their overall grade was a C.

08:59:27 16    **Q**   If you will then look at Defendants' Exhibit 74 for Buffalo

       17    Creek Elementary School, in 2022, three years later, what was

       18    its overall score?

08:59:40 19    **A**   So Buffalo Creek improved from a C to a B.

08:59:44 20    **Q**   Okay.  Turning back to Plaintiff's Exhibit 79, Housman

       21    Elementary School, is that an economically disadvantaged school?

08:59:54 22    **A**   Yes.  91 percent.

08:59:57 23    **Q**   What was its overall score in 2019?

09:00:01 24    **A**   A "D."

09:00:02 25    **Q**   Turning to Defendants' Exhibit 74, what was the overall

*Mr. Crawford Direct of Kristin Craft*

1 score for Housman Elementary School in 2022?

09:00:10 2 **A**   They went from a D to a B.

09:00:14 3 **Q**   Turning to Plaintiff's Exhibit 79, Pine Shadows Elementary

4 School, is that an economically disadvantaged school?

09:00:22 5 **A**   Yes, 78.1 percent.

09:00:26 6 **Q**   What was its overall score?

09:00:27 7 **A**   A "C."

09:00:29 8 **Q**   Turning to Defendants' Exhibit 74, what was the overall

9 score for Pine Shadows Elementary in 2022?

09:00:36 10 **A**   In 2022, they improved to a B.

09:00:42 11 **Q**   Turning back to Plaintiff's Exhibit 79, Spring Branch

12 Elementary School, is that an economically disadvantaged school?

09:00:49 13 **A**   Yes.

09:00:50 14 **Q**   What was its grade in 2019?

09:00:53 15 **A**   In 2019, Spring Branch Elementary was an F-rated campus.

09:00:57 16 **Q**   You say "F"?

09:00:58 17 **A**   F.

09:01:00 18 **Q**   Turning to Defendants' Exhibit 74, what was the overall

19 grade for Spring Branch Elementary School in 2022?

09:01:07 20 **A**   So three years later, that school went from an F to an A.

09:01:12 21 **Q**   Turning back to Plaintiff's Exhibit 79, Spring Shadow [sic]

22 Elementary School, is that an economically disadvantaged school?

09:01:19 23 **A**   Yes.

09:01:20 24 **Q**   What was its overall grade in 2019?

09:01:25 25 **A**   Spring Shadows, we're talking about?

*Mr. Crawford Direct of Kristin Craft*

09:01:27  1  Q   Yes.

09:01:27  2  A   Or Terrace?

09:01:28  3      Okay.  Spring Shadows, in 2019, was a D?

09:01:31  4  Q   Turning to Defendants' Exhibit 74, what was the overall

5  score for Spring Shadows Elementary School in 2022?

09:01:38  6  A   So Spring Shadows went from a D to a B.

09:01:42  7  Q   Turning to Plaintiff's Exhibit 79 again, Terrace Elementary

8  School, is it an economically disadvantaged school?

09:01:49  9  A   Yes.

09:01:50 10  Q   What was its grade in 2019?

09:01:54 11  A   In 2019, they were at a D.

09:01:57 12  Q   Turning to Defendants' Exhibit 74, what was the overall

13  grade for Terrace Elementary School in 2022?

09:02:07 14  A   So they improved to a B.

09:02:10 15  Q   Going back to Plaintiff's Exhibit 79, Thorn- -- I apologize,

16  the Tiger Trail school, is that an economically disadvantaged

17  school?

09:02:20 18  A   Yes.

09:02:21 19  Q   What was its overall grade in 2019?

09:02:23 20  A   A "C."

09:02:24 21  Q   Turning to Defendants' Exhibit 74, what was the overall

22  grade for that school in 2022?

09:02:31 23  A   They improved to a B.

09:02:34 24  Q   Turning to Plaintiff's Exhibit 79, Thornwood Elementary

25  School, is that an economically disadvantaged school?

*Mr. Crawford Direct of Kristin Craft*

09:02:40  1  A   Yes.

09:02:42  2  Q   What was its grade in 2019?

09:02:45  3  A   Thornwood, in 2019, was an F-rated campus.

09:02:48  4  Q   Turning to Defendants' Exhibit 74, what was Thornwood

5  Elementary School rated overall in 2022?

09:03:01  6  A   Thornwood --

09:03:04  7         **THE WITNESS:**  You just had it.

09:03:05  8  A   Thornwood improved to a B.

09:03:08  9  **BY MR. CRAWFORD:**

09:03:08 10  Q   Turning to Plaintiff's Exhibit 79, Treasure Forest

11  Elementary School, is that an economically disadvantaged school?

09:03:16 12  A   Yes.

09:03:18 13  Q   What overall grade did it receive in 2019?

09:03:20 14  A   In 2019, Treasure Forest was an F.

09:03:24 15  Q   Turning to Defendants' Exhibit 74, what was the overall

16  grade for Treasure Forest Elementary School in 2022?

09:03:30 17  A   Treasure Forest improved to a C.

09:03:34 18  Q   Turning back to Plaintiff's Exhibit 79, Westwood Elementary

19  School, is that an economically disadvantaged school?

09:03:40 20  A   Yes.

09:03:41 21  Q   What overall score did it receive in 2019?

09:03:44 22  A   A "D."

09:03:45 23  Q   Turning to Defendants' Exhibit 74, what was the overall

24  score for that school in 2022?

09:03:51 25  A   A "B."

*Mr. Crawford Direct of Kristin Craft*

09:03:54 1    Q    Turning back to Plaintiff's Exhibit 79, Woodview Elementary

2    School, is that an economically disadvantaged school?

09:04:01 3    A    Yes.

09:04:01 4    Q    What overall grade did it receive in 2019?

09:04:05 5    A    D.

09:04:06 6    Q    Turning to Defendants' Exhibit 74, in 2022, what was the

7    overall grade for Woodview Elementary School?

09:04:13 8    A    Woodview improved from a D to a B.

09:04:18 9    Q    Turning to the second page of Plaintiff's Exhibit 79,

10    Northbrook Middle School, is that an economically disadvantaged

11    school?

09:04:27 12    A    Yes.

09:04:28 13    Q    What overall grade did it receive in 2019?

09:04:31 14    A    In 2019, it was rated a C.

09:04:35 15    Q    And turning to Defendants' Exhibit 74, what grade did that

16    school receive -- overall grade -- in 2022?

09:04:46 17    A    In Northbrook Middle?  I think it's on the page prior to

18    this one.

09:04:57 19        Northbrook Middle School improved to a B.

09:04:59 20    Q    And then, finally, turning to Plaintiff's Exhibit 79,

21    Spring Oaks Middle School, is that an economically disadvantaged

22    school?

09:05:07 23    A    Yes.

09:05:08 24    Q    What overall grade did it receive in 2019?

09:05:11 25    A    It 2019, Spring Oaks Middle was rated an F.

*Mr. Crawford Direct of Kristin Craft*

09:05:17 1  **Q**    Turning to Defendants' Exhibit 74, the second page, what

2  overall grade did Spring Oaks Middle School receive in 2022?

09:05:23 3  **A**    So Spring Oaks improved from an F to a B.

09:05:31 4  **Q**    Having looked at the -- those schools and the changes in the

5  overall grades that they made, what does this tell?

09:05:38 6  **A**    That our teachers worked hard and our leaders worked hard,

7  and that we aligned our resources to the greatest areas of need.

09:05:52 8     Spring Branch emerged stronger from the pandemic.  We came

9  out stronger in every measure, exceeding state and region

10  performance level across the board for many, many years since

11  then.  So we're very proud of the work.

09:06:08 12  **Q**    At one time during your tenure at Spring Branch, were you in

13  charge of the DAEP program?

09:06:15 14  **A**    Yes.

09:06:16 15  **Q**    Would you tell the Court what DAEP means and what it does?

09:06:21 16  **A**    Sure.  So when I first joined Spring Branch in 2016, I

17  supervised principals and schools.  I had a third of the

18  schools, and one was DAEP, and that stands for District

19  Alternative Education Program.

09:06:35 20     And so that, every district has some form of a DAEP campus,

21  and that is an educational setting where students who make poor

22  choices, and they have consequences on the code of conduct, may

23  have to leave their campus and go to the alternative center for

24  a number of weeks for placement.

09:06:59 25  **Q**    Would you tell the Court about the steps taken under your

*Mr. Crawford Direct of Kristin Craft*

1  watch to be responsive to the needs of the students that were in

2  DAEP?

09:07:08  3  **A**  So as I -- when I first came into the system, and DAEP was

4  one of the schools that I supported, you know, you -- because

5  that school supports all the middle schools and the high

6  schools, you hear a lot of stories about what's going well and

7  what can be improved.  And so in working with the principal, we

8  streamlined the orientation process; we streamlined the

9  assignment process; we put in steps to make sure that

10  administrators who assigned students to DAEP would go over to

11  DAEP and visit the students and the classrooms to be visible

12  because, at the end of the day, those are their students, and

13  the students return to the campus.  So we want to make sure that

14  there's a strong relationship there.

09:07:51  15      We've added community and support -- Community in School

16  support.  We've added an assistant principal.  We've had

17  instructional coaching support.  We also made sure that their

18  campus improvement team was meeting frequently.

09:08:04  19      We supported the campus in establishing freeze dates that

20  coincide with state testing so that we made sure that the

21  student was in the most appropriate place for their state test,

22  and it was also very important to us that students, if they were

23  at DAEP at the end of the year, that we had a way for them to

24  meet their requirements over the summer because we believed that

25  students should start a brand new fresh school year at their

*Mr. Abrams Cross of Kristin Craft*

1    home campus.

09:08:31  2        And so we put funds aside to work with the principal to

3    make sure that we had summer programming so that our students,

4    when given the opportunity, could finish their assigned number

5    of days over the summer because every student needs a fresh

6    start.

09:08:46  7    Q    Thank you very much.

09:08:47  8            **MR. CRAWFORD:**  I don't believe I have any further

9    questions, Your Honor.

09:08:53 10            **MR. ABRAMS:**  May I proceed, Your Honor?

09:08:55 11            **THE COURT:**  Yes.

09:08:55 12            **MR. ABRAMS:**  Thank you.

09:08:55 13                            **CROSS-EXAMINATION**

09:08:56 14    BY MR. ABRAMS:

09:08:56 15    Q    Good morning, Dr. Craft.

09:08:57 16    A    Good morning.

09:08:58 17    Q    Congratulations on your promotion.

09:09:00 18    A    Thank you.

09:09:01 19    Q    Earlier in these proceedings, you were designated as a

20    corporate representative for the Spring Branch Independent

21    School District to speak on behalf of the district on certain

22    subjects, right?

09:09:13 23    A    Yes, sir.

09:09:14 24    Q    And you were designated by Superintendent Blaine and the

25    district's lawyers to serve in that role, to be the spokesperson

*Mr. Abrams Cross of Kristin Craft*

1    for the district, correct?

09:09:22 2    **A**   Yes.

09:09:24 3    **Q**   And you spent many, many hours preparing for the deposition.

4    You told me that, right?

09:09:29 5    **A**   Yes, sir.

09:09:29 6    **Q**   I want to cover a few topics that the judge has heard

7    testimony about, but I want to hear the district's formal

8    position since a number of issues have come up in the case that

9    are, apparently, going to be controverted.

09:09:42 10       First, I want to talk about some of the things the

11    district, through you, has acknowledged.

09:09:48 12       Do you acknowledge that four of the seven middle school

13    enrollment zones in the district, the Landrum, Northbrook,

14    Spring Oaks, and Spring Woods enrollment zones, are heavily

15    Hispanic-oriented enrollment districts?

09:10:04 16    **A**   Can you repeat the question?

09:10:06 17    **Q**   Yes, ma'am.

09:10:07 18       Do you, on behalf of the district, acknowledge that

19    four -- well, actually, let's look at Plaintiff's Exhibit 105.

09:10:14 20            **THE COURT:**  Put the map up.

09:10:15 21            **MR. ABRAMS:**  I just -- thank you, Your Honor.  We're

22    on the same wavelength.

09:10:18 23            Let's look at Plaintiff's Exhibit 105, please.

09:10:23 24            **THE COURT:**  She hadn't committed the map to memory

25    like you have.

*Mr. Abrams Cross of Kristin Craft*

BY MR. ABRAMS:

09:10:27  1

09:10:27  2   Q   Dr. Craft, this map is taken from data in Dr. Stein's

3   report, which is in evidence, and has not been disputed, which

4   reflects the racial and ethnic percentage by middle school

5   enrollment zone throughout the district.

09:10:46  6       Do you recognize, first on the map, that the colored

7   portions show what are the middle school enrollment zones in

8   Spring Branch?

09:10:54  9   A   Yes.  I recognize the middle school enrollment zones.

09:10:57 10   Q   All right.  In your deposition, you were questioned about

11   the statistical data that's now been placed on this chart.  So

12   if I want -- if you want me to go back to the statistical data,

13   I will, but my question is the one I asked you in your

14   deposition.

09:11:12 15       Four of the seven middle school zones -- Landrum,

16   Northbrook, Spring Oaks, and Spring Woods -- are heavily

17   Hispanic-oriented enrollment districts, right?

09:11:23 18   A   Well, the data shows that they have a larger Hispanic

19   population, yes.

09:11:31 20   Q   You're familiar with the Memorial Villages, which comprise

21   part of the district, right?

09:11:37 22   A   Yes.

09:11:37 23   Q   And the district acknowledges that the racial and ethnic

24   composition of the population and student population in the

25   Memorial Villages is largely white, correct?

*Mr. Abrams Cross of Kristin Craft*

09:11:48  1   **A**   That's what the data shows.

09:11:50  2   **Q**   And the district acknowledges that the ethnic and racial

3   composition in those areas is significantly different than the

4   racial and ethnic composition of the students and citizens north

5   of Interstate 10, correct?

09:12:06  6   **A**   That's what the data indicates.

09:12:08  7   **Q**   Well, is the answer yes?

09:12:10  8   **A**   Yes.

09:12:12  9   **Q**   The district acknowledges that there are distinct

10   differences in the socio and economic conditions in the

11   populations north and south of I-10, correct?

09:12:21 12   **A**   Can you repeat the question?

09:12:23 13   **Q**   Yes, ma'am.

09:12:23 14   The district acknowledges there are distinct differences in

15   the socio and economic conditions of the populations north and

16   south of Interstate 10?

09:12:33 17   **A**   Well, this chart shows ethnic percentages and racial

18   percentages.  This chart does not show economically

19   disadvantaged.

09:12:52 20   **MR. ABRAMS:**  May I approach the witness?

09:12:54 21   **BY MR. ABRAMS:**

09:12:54 22   **Q**   I think this may speed this along.

09:12:56 23   **A**   Okay.

09:12:56 24   **Q**   I'm going to hand you a copy of your deposition, and we may

25   refer to portions of it to refresh your recollection.

*Mr. Abrams Cross of Kristin Craft*

09:13:03 1    Do you recall that you were deposed -- you were sworn to

2    tell the truth, you appeared before a court reporter, and you

3    appeared as the corporate rep?

09:13:13 4  **A**   Uh-huh.  Yes.

09:13:13 5  **Q**   Do you recognize the copy in front of you as a copy of the

6    typed-up testimony you gave when you were deposed?

09:13:19 7  **A**   Yes.

09:13:19 8  **Q**   All right.  If you would, would you turn to page 24 of your

9    deposition?

09:13:35 10  **A**   The little box that says 24, page 6?

09:13:38 11  **Q**   Well, actually, each individual page is numbered.

09:13:43 12        **MR. ABRAMS:**  May I approach, Your Honor, just to get

13    her oriented?

09:13:45 14        **THE COURT:**  Sure.

09:13:46 15  **BY MR. ABRAMS:**

09:13:46 16  **Q**   Yeah.  Each little page -- yes, ma'am.  Each little page in

17    this compressed copy will have a page number.

09:13:51 18  **A**   Got it.

09:13:52 19  **Q**   Got it?

09:13:54 20  **A**   Uh-huh.

09:14:00 21  **Q**   Do you recall -- let me just ask you:  As a general

22    statement, isn't it true that there are significant differences

23    in the socio and economic conditions of the populations north

24    and south of I-10?

09:14:10 25        And your answer at that time was?

*Mr. Abrams Cross of Kristin Craft*

09:14:13 1   **A**   At that time my answer was:  (As read) Every school has

2   statistics on the level of economically disadvantaged students.

3   So I'm aware of the differences.

09:14:19 4   **Q**   I'm sorry.  Let me direct your attention to line 18.

09:14:22 5   **A**   Okay.

09:14:22 6   **Q**   Do you see, at line 18, I asked you --

09:14:24 7   **A**   Yes.

09:14:26 8   **Q**   -- (As read) As a general statement, isn't it true that

9   there are significant differences in the socio and economic

10   condition of the populations north and south of I-10?

09:14:35 11       What was your answer at line 23?

09:14:37 12   **A**   (As read) Yes, there are district differences.

09:14:39 13   **Q**   All right.  Let's now look at Plaintiff's Exhibit 107,

14   please.

09:14:49 15       Just to get you oriented, Dr. Craft, this is another map of

16   the district depicting the four middle school enrollment zones

17   on which has been superimposed the feeder patterns for each

18   enrollment zone, the schools that the district indicates, at

19   least then, were in the feeder pattern, and the percentage of

20   economically disadvantaged students the district reports at such

21   schools in the -- I think this was the 2021 or 2022 data.

09:15:21 22       Does this -- does that refresh your recollection that you

23   produced and discussed economically disadvantaged data during

24   your deposition?

09:15:30 25   **A**   Yes.  We discussed eco dis data, not in this format, but

*Mr. Abrams Cross of Kristin Craft*

1    this looks easy to understand.

09:15:37  2    **Q**    Hopefully, this is easier to understand than the table.

09:15:40  3    **A**    Yes, sir.

09:15:40  4    **Q**    All right.

09:15:41  5    **A**    It is, yes.

09:15:42  6    **Q**    Do -- does the district agree that the economically

7    disadvantaged characterization of students is a function of

8    income and family size?

09:15:52  9    **A**    Income and family size is correct.

09:15:54 10    **Q**    So it's a proxy for the family's income because, obviously,

11    your students don't necessarily have income, right?

09:16:02 12    **A**    Correct.

09:16:03 13    **Q**    Gives us a snapshot of the economic conditions of each

14    family that has --

09:16:07 15    **A**    Yes.

09:16:07 16    **Q**    -- students in the district?

09:16:08 17    **A**    Correct.

09:16:09 18    **Q**    So using economic disadvantage as a characteristic, the

19    district agrees that the socio-economic characteristics on the

20    north side of the school district are materially different than

21    the socio-economic characteristics of the students south of the

22    freeway, correct?

09:16:27 23    **A**    Yes.

09:16:28 24    **Q**    The same thing is true with middle schools, high schools,

25    and elementary schools.  Substantially all of the most

*Mr. Abrams Cross of Kristin Craft*

1    significantly economically disadvantaged campuses in the

2    district are located north of Interstate 10, correct?

09:16:44 3    A    Yes.  There's an exception.  Thornwood Elementary has a --

4    south of I-10, and it has 91 percent economic disadvantage.

09:16:53 5    Q    And with that one exception, all of the other campuses that

6    reflect substantial economically disadvantaged families are on

7    the north side, correct?

09:17:04 8    A    Correct.

09:17:05 9    Q    Now, it's true, isn't it, that the district recognizes these

10    substantial socio-economic disparities between the north and the

11    south, but it's never investigated why those patterns exist?

09:17:18 12    A    True.  That's correct.  There's been no investigation.

09:17:22 13    Q    I want to now turn to the subject that Mr. Crawford devoted

14    some time with you about:  Academic performance in the district.

09:17:31 15        And if we could, let's look at Plaintiff's Exhibit 108,

16    please.

09:17:37 17        You indicated to us a number of interesting and enrichment

18    programs the district has put in place in 2019 to improve the

19    performance of its children in school, correct?

09:17:51 20    A    Yes.

09:17:52 21    Q    Had those programs been implemented by 2022?

09:17:57 22    A    Yes.

09:17:57 23    Q    And was the district then bearing the benefit of and were

24    the results reflecting the benefits of the programs which you've

25    outlined that the district had adopted in 2019?

*Mr. Abrams Cross of Kristin Craft*

09:18:11  1  **A**   So keep in mind COVID happened in the middle of -- in the

2  middle of all this.  And so, yes, there were -- were many items

3  that we put in place, many initiatives that we were starting to

4  see the positive outcomes by the time 2022 came around.

09:18:27  5  **Q**   So is the answer, yes, the programs were in place, and you

6  believe you were starting to see the benefits of what you put in

7  place three years earlier?

09:18:35  8  **A**   Yes.

09:18:41  9  **Q**   You indicated that the district has goals for the

10  performance of its children; is that correct?

09:18:48  11  **A**   Yes.

09:18:49  12  **Q**   Would it be fair the district has high expectations for the

13  performance of all of its children?

09:18:55  14  **A**   Yes.

09:18:56  15  **Q**   Now, Mr. Crawford went with you through TEA reports for 2019

16  and 2022, and you explained that there are different grades that

17  the state assesses based upon the performance, first of the

18  children, and then of the school at-large.  Is that a fair

19  statement?

09:19:15  20  **A**   There are -- Domain 1 is not just all -- Domain 1 is student

21  achievement, but those results feed into the other domains --

09:19:25  22  **Q**   I --

09:19:25  23  **A**   -- for growth and so forth.

09:19:28  24  **Q**   Understood.

09:19:28  25      You went, in some detail, which we appreciate, through the

*Mr. Abrams Cross of Kristin Craft*

1   overall scores that the schools received.  If parents in

2   Spring Branch get a report card, do they get a report card for

3   their individual student?

09:19:41   4   **A**   Report cards are available, yes, for individual students,

5   yes.

09:19:44   6   **Q**   And is the student's report card a reflection of the

7   student's achievement?

09:19:50   8   **A**   Yes.

09:19:51   9   **Q**   And so if a parent in Spring Branch wants to know how their

10   child is doing, they'll look at their child's student

11   achievement report card, correct?

09:19:59   12   **A**   Uh-huh.  Yes.

09:20:01   13   **Q**   Now, the district is part of a system that gives the

14   district credit for its efforts to improve its student

15   achievement, right?

09:20:11   16   **A**   Yes.

09:20:12   17   **Q**   And those other metrics go into the overall score that

18   you've reviewed with Mr. Crawford, right?

09:20:19   19   **A**   Uh-huh.

09:20:19   20   **Q**   Is that a yes?

09:20:21   21   **A**   Yes.  So Domains 1 through -- 1 to A, B, 3, they all feed

22   into the overall.

09:20:28   23   **Q**   And if you're dealing with a parent in Spring Branch who

24   wants to know if their child is meeting or exceeding standards

25   and how they're doing, they're going to look at their individual

*Mr. Abrams Cross of Kristin Craft*

1    report card for student performance, right?

09:20:44 2    **A**   So let me clarify.

09:20:47 3    **Q**   Yes, ma'am.

09:20:48 4    **A**   When you talk about a report card, TEA has a report card,

5    but we also have report cards that we send home by grading

6    period.  So I just want to clarify what report card you're

7    talking about.

09:20:59 8    **Q**   I'm really trying to take it from the parents' perspective

9    and students' performance.

09:21:04 10   **A**   Okay.

09:21:05 11   **Q**   Because is it fair to say that the metrics that the school

12   districts operate under with TEA give them credit for factors

13   that are unrelated to the objective student achievement of their

14   kids:  Growth, improvement -- and I'm not meaning to demean it,

15   but, I mean, you get participation awards, right?

09:21:26 16       Remember back in the days where kids in soccer all got a

17   trophy because they participated:  Outstanding player, good

18   conduct?  I'm not trying to demean it, but the district gets

19   points for whether it's headed in one direction or another,

20   irrespective of the student achievement of its kids, right?

09:21:44 21   **A**   So I would not relate it to participation points.

09:21:46 22   **Q**   I understand.

09:21:47 23   **A**   People work hard.

09:21:48 24   **Q**   I'm not demeaning that, and I respect very much --

09:21:51 25   **A**   Yes.

*Mr. Abrams Cross of Kristin Craft*

09:21:51 1   **Q**   -- you and all of the academic educators in the school

2   district.  I cannot be more sincere about that.

09:21:57 3   **A**   But, again, when you look at student growth, okay, the

4   accountability scores are more than just Domain 1.  You have to

5   look at how students performed the year prior, and that's

6   growth, and that is important to a school.  That's important to

7   a parent.  That's important to a teacher.

09:22:16 8   **Q**   I want to go back to student achievement -- and I appreciate

9   we can respectfully agree to disagree about what the most

10   important metric may be.  They may all be important, but I want

11   to focus on student achievement, which I'm going to characterize

12   as sort of the student report card, for how the children are

13   individually doing, because that's what's tested, right?

09:22:37 14   **A**   On the STAAR test, correct.

09:22:38 15   **Q**   All right.  And with respect to the student achievement for

16   the schools in the north and south in 2022, three years after

17   all of the programs that you've indicated have been initiated to

18   improve student achievement, you'll agree with me that student

19   performance in Spring Branch is still generally correlated with

20   the ethnic and racial characteristics of the school campuses,

21   right?

09:23:05 22   **A**   This is the first time I'm seeing this chart, and I think it

23   isolates one domain when school districts are graded by the

24   commissioner with all domains.

09:23:22 25   **Q**   Let me ask you to take a look at page 52 of your --

*Mr. Abrams Cross of Kristin Craft*

09:23:25  1        **THE COURT:**  Let me be sure I understand what's going

2   on here.  Is -- what is the exhibit number again?

09:23:34  3        **MR. ABRAMS:**  The exhibit on the screen is Plaintiff's

4   Exhibit 108, Your Honor, and it's taken from the 2022 TEA

5   report, which is Exhibit 28.

09:23:44  6        **THE COURT:**  Okay.  Well, so do I understand that

7   the -- the grades listed on this exhibit reflect student

8   achievement as -- as that term was used earlier in Defendants'

9   Exhibit 74 and Plaintiff's Exhibit 79?

09:24:07 10        **MR. ABRAMS:**  That is correct, Your Honor.  It is

11   one -- I think the witness has said it's one domain.

09:24:11 12        **THE COURT:**  You answered my question.

09:24:12 13        **MR. ABRAMS:**  It's one domain.

09:24:13 14        **THE COURT:**  And tell me again what student achievement

15   is based on.

09:24:17 16        **THE WITNESS:**  So students in grades three to eight,

17   and then you have tests at the high school.  And so that is --

18   student achievement is based on the student's performance on the

19   state exams.  For example, in third grade, the student takes

20   reading and math, and they can score at approaches, meets, or

21   masters.

09:24:36 22        **THE COURT:**  Okay.  So is it fair to say that the

23   various -- I'll use your term, "domains."  Student achievement

24   is based on objective criteria as to the students?

09:24:49 25        **THE WITNESS:**  So the state sets the criteria.  It's

*Mr. Abrams Cross of Kristin Craft*

1   one test on one day, and the state scales the scores --

09:24:56  2          THE COURT:  But, I mean, as objective.  It's based on

3   each student's individual results on his or her exam, not on an

4   evaluation using subjective criteria by a teacher.

09:25:11  5          THE WITNESS:  Correct.  It's a state exam given in a

6   secure setting.  There's strict protocols when you give a state

7   exam.  So it's one student's performance on a test.

09:25:22  8          THE COURT:  Okay.  Thank you.

09:25:22  9          THE WITNESS:  Uh-huh.

09:25:23  10   BY MR. ABRAMS:

09:25:24  11   Q   Dr. Craft, if you would look at page 52 of your deposition,

12   beginning at line 21, please, ma'am --

09:25:31  13          THE COURT:  While we're on that, I want to make an

14   observation.  I told you this trial is kind of like a seminar.

09:25:40  15          Dr. Tijerina's testimony was very interesting

16   yesterday, but the -- most of what he talked about was somewhat

17   removed both geographically and temporally from this district

18   now, and when you submit your proposed findings under the plan

19   I'll talk about later, I really am less concerned about

20   Hispanics in Harris County 50 years ago as to what we're focused

21   on now, students in Spring Branch during the last decade or so.

09:26:20  22          So I'll -- it's interesting, but it's less relevant in

23   the Court's determination.  You can take that for whatever you

24   want to.

09:26:29  25          MR. ABRAMS:  Thank you, Your Honor.  We will.

*Mr. Abrams Cross of Kristin Craft*

```
09:26:30   1              THE COURT:  Okay.  Go ahead.

09:26:31   2    BY MR. ABRAMS:

09:26:32   3    Q    Dr. Craft, let me see if I can short-circuit it.

09:26:35   4         I'll just ask you again:  As a general proposition, the

           5    district agrees that there's a strong correlation between the

           6    race and ethnicity of the students at the schools that are

           7    highly economically disadvantaged, right?

09:26:53   8    A    Yes.  Can you point to me what page you're looking at on the

           9    deposition?

09:26:57  10    Q    Well, we can look at page 54, line 1 through 14.

09:27:05  11    A    Okay.

09:27:06  12              THE COURT:  Let me ask another question.  Do you

          13    have -- does anybody have a chart that uses something like 108,

          14    but displays the data over time?  In other words, if we took

          15    Northbrook Middle and -- could we have other columns, 2015, '17,

          16    '19, '20, to show the changes, if any, in student achievement

          17    over time?

09:27:39  18              MR. ABRAMS:  We do not.  The only data we have in the

          19    record is 2019 and 2022.  If it would assist the Court, we could

          20    recreate an exhibit like 108 and superimpose the student

          21    achievement data for 2019 and 2022, but I believe, unless I'm

          22    incorrect, that the only TEA data the parties put in evidence

          23    was the 2019 and the 2022 charts that have been reviewed.

09:28:04  24              THE COURT:  That would be very helpful.  Before you

          25    submit it, talk to Mr. Crawford.
```

*Mr. Abrams Cross of Kristin Craft*

09:28:09 1    **MR. ABRAMS:**  We will -- we'll work on that, and we'll

2    use the same format, but just put in the years of those

3    respective grades.

09:28:15 4    **THE COURT:**  Because that's -- obviously, we spent a

5    lot of time on 104, 105, and 108.  So we could update 108.

09:28:22 6    **MR. ABRAMS:**  We'll be happy to do that, Your Honor.

09:28:24 7    **THE COURT:**  Thank you.  Sorry to interrupt you.

09:28:25 8    **MR. ABRAMS:**  No, no, no.  That's all right.

09:28:27 9    **BY MR. ABRAMS:**

09:28:28 10   **Q**   Let me go back to my earlier question, and I'm not trying to

11   confuse you, Dr. Craft.

09:28:34 12   As a -- the question I earlier asked you before I got

13   sidetracked on my side:  As a general proposition, if one looks

14   at a campus that has an 85 to 90 percent minority student

15   population, their academic results are not comparable to those

16   campuses with largely white student populations; is that

17   correct?

09:28:58 18   **A**   And my answer back then was referencing, you know, as a

19   district and with leaders, we talk about our economically

20   disadvantaged subgroups.  And so teachers and principals pay

21   very close attention to how their subgroups are performing.

09:29:13 22   **Q**   And so with regard to the economic disadvantaged category,

23   the answer is yes?

09:29:17 24   **A**   Yes.

09:29:17 25   **Q**   And as a general proposition, the district agrees there's a

*Mr. Abrams Cross of Kristin Craft*

1    strong correlation between the race and ethnicity of the

2    students at the schools that are highly economically

3    disadvantaged, correct?

09:29:31  4    **THE COURT:**  Okay.  I have another -- you answered --

09:29:33  5    **THE WITNESS:**  Yes.

09:29:33  6    **THE COURT:**  -- yes?  Okay.  The evidence has been that

7    this -- I'm sorry I have to ask you questions.  It's my job.

09:29:40  8    **MR. ABRAMS:**  It's important and, frankly, you're the

9    most important audience.  So that's the most important question.

09:29:44  10   **THE COURT:**  It's clear that the students in the north

11   part, with one little exception, don't do as well as the Anglo

12   students in the south.  It's also clear that they grow up in

13   homes, many of which English is not the primary language; it's

14   doubtful that their parents read to them when they're three

15   years old and teach them to read, probably, by the time they're

16   in preschool; the parents have more children, so they have --

17   whatever assets they have, have to be spread among more

18   children; and the parents work two or three jobs, so they have

19   less time to help tutor their children.

09:30:21  20   So it's hard to -- for the Court to decide how much of

21   those socio-economic factors should be attributable to the

22   district's educational resources, and how much are inherent

23   based on the socio-economic factors over which the district has

24   largely no control, if that makes any sense.

09:30:44  25   **MR. ABRAMS:**  Yes.  And may I respond?

*Mr. Abrams Cross of Kristin Craft*

09:30:46  1      THE COURT:  That's why I'm asking you.

09:30:47  2      MR. ABRAMS:  All right.  This is a Voting Rights Act

3   case, and at its root, the question is whether there should be

4   representation on the Spring Branch ISD School Board of the

5   parents and families that have the very characteristics that

6   Your Honor has just identified, because there is none.

09:31:06  7      And so the purpose of illustrating the varying socio

8   and economic characteristics of the residents of the proposed

9   District 1 is to illustrate how important it is to the

10  performance of their children's educational system that their

11  voice be recognized.  And so we're one step removed from the

12  legal question.

09:31:27 13      The legal question for you, ultimately, is:  Should

14  this district have single-member districts?  Our proposition is

15  yes and that District 1 should be formed among seven because the

16  families have the very characteristics that the evidence shows,

17  and Your Honor has clearly absorbed shows how distinctively

18  different their life experience is.

09:31:51 19      And so that's one of the factors under the totality of

20  the circumstances that we want the Court to consider when

21  deciding whether those families --

09:31:59 22      THE COURT:  Okay.  But here's my concern:  The --

23  going back to the -- to the Senate factors, all these factors --

24  and I'm focusing now on one, two, and -- and seven.  Many of the

25  others -- talk about the extent of which.  Extent, to me, is a

*Mr. Abrams Cross of Kristin Craft*

1    term of causation.  So do the poor -- in order to find the

2    applicability of a particular Senate factor, do I have to

3    attribute the existence of that factor to -- to causation by the

4    district?

09:32:37  5          **MR. ABRAMS:**  No.

09:32:39  6          **THE COURT:**  In other words, let's say -- let me give

7    you another hypothetical.  There's evidence that the election

8    results are based on -- Mr. Perez has a Hispanic surname, won,

9    he's also a Republican; is that correct?

09:32:58 10          **MR. ABRAMS:**  That's my understanding.  We'll find out

11   from him.

09:33:00 12          **THE COURT:**  Well, I think that's what the evidence is.

13   Okay.  So a Hispanic who's Republican can win; a Hispanic who's

14   a Democrat cannot win under the evidence thus far.  So how much

15   of that is due -- using the word "extent," how much of that is

16   due to the fact that Hispanics traditionally don't vote for

17   Republicans; how much is it due to the fact that Mr. Perez has

18   political positions which are anathema to many Hispanics?

09:33:31 19          In other words, is there a causation question that I

20   have to address in determining what "extent" means in that

21   situation also?

09:33:40 22          **MR. ABRAMS:**  I believe the short answer is going to be

23   no, and the focus of the Act is on the preferences of the

24   voters, and because we can't legally and don't factually

25   interview each voter, we have to only infer what their

*Mr. Abrams Cross of Kristin Craft*

1    preferences are by candidate, okay?  And the issue is what were

2    the voter preferences in this case of the Hispanic voters, and

3    you'll hear how that is done.  It's a matter of social science.

09:34:09  4         And we know that their preferences are radically

5    different.  Whether that preference is due to positions on a

6    controversial issue like banning books and CRT or unions in the

7    schools is irrelevant.  Whether it's based upon liberal versus

8    conservative is irrelevant.  Whether it's based upon Democrat

9    versus Republican is irrelevant because the voter has the

10   opportunity to express his or her preference at the ballot box,

11   and what the Act is designed to do is to not discriminate

12   because they've got different -- the matrix of their preferences

13   are materially different than the matrix of preferences of the

14   majority voters.

09:34:51 15         **THE COURT:**  So I don't have to deal with issues like

16   concurrent causation --

09:34:55 17         **MR. ABRAMS:**  No.  What --

09:34:55 18         **THE COURT:**  -- which cause is more predominant than

19   the other --

09:34:59 20         **MR. ABRAMS:**  Respectfully, I expect the district to

21   argue that you do, and we have authority suggesting you do not.

09:35:05 22         **THE COURT:**  Okay.  I'll let Mr. Crawford say anything,

23   if you want.  You know where I'm coming from.  You don't need to

24   say anything unless you feel obligated to.

09:35:12 25         **MR. CRAWFORD:**  I don't feel obligated to other than to

*Mr. Abrams Cross of Kristin Craft*

1    say that we do disagree with Mr. Abrams's view of the law.

09:35:17  2              THE COURT:  Okay.  Let's finish up with her so she can

3    get back to Boerne.

09:35:20  4              MR. ABRAMS:  Okay.  I will do so.

09:35:22  5              THE COURT:  She wants to stop at Hruska's and get some

6    kolaches.

09:35:27  7              MR. ABRAMS:  We should have asked her to bring them on

8    the way in.

09:35:31  9    BY MR. ABRAMS:

09:35:31 10    Q    Dr. Craft, the district agrees that student performance in

11    the district is generally correlated with the ethnic and racial

12    characteristics of the school campuses, right?

09:35:42 13    A    Correct.

09:35:44 14    Q    And the district agrees that the vast majority of the

15    campuses with high economic -- high economic disability

16    statistics are on the north side, and relatively few are on the

17    south side?

09:35:56 18    A    Correct.

09:35:56 19    Q    The district agrees that the Texas accountability reports

20    evidence a similar pattern, that is to say that schools that are

21    performing better are generally found on the south side of the

22    district, and schools that are performing poorly are generally

23    found on the north side, correct?

09:36:12 24    A    Well, I would say that our accountability reports over the

25    years show that our schools -- our Title I schools are making

*Mr. Abrams Cross of Kristin Craft*

1   significant gains.

09:36:22  2   **Q**   I understand that's your position, but my question is

3   somewhat different.  So let me ask it and ask you to listen very

4   carefully to it.

09:36:30  5   **A**   Okay.

09:36:31  6   **Q**   The district agrees that the accountability reports from the

7   state show a similar pattern, and that is the schools that are

8   performing better are on the south side, and the schools that

9   are performing more poorly are found on the north side; is that

10  correct?

09:36:45 11  **A**   No, that's not correct.  All of our schools are improving in

12  performance.

09:36:49 13  **Q**   Let me direct your attention to page 55 of your deposition,

14  please, ma'am.

09:37:02 15  **A**   Okay.

09:37:02 16  **Q**   And in particular, would you look at the question beginning

17  on line 7 where I asked you:  (As read) If we were to do a

18  similar analysis of the accountability reports that you've had

19  the opportunity to review, would we see a similar pattern, that

20  is to say that the schools that are generally performing better

21  on those -- in those accountability reports are found on the

22  south side, and the schools that are generally found to be

23  performing poor in the accountability reports are found on the

24  north side?

09:37:27 25      What was your answer then?

*Mr. Abrams Cross of Kristin Craft*

09:37:28  1   **A**   My answer was, "Yes."

09:37:30  2   **Q**   Looking at Exhibit 108 with the accountability ratings for

3   student achievement as of 2022, are those campuses with C and

4   not rated scores, which we understand means they're Ds or Fs,

5   are those campuses meeting your academic expectations?

09:37:53  6   **A**   Well, that is one piece of the picture.  Again, this is

7   Domain 1.  This is not all domains.

09:37:58  8   **Q**   I understand your answer.  My question is:  Are those

9   academic ratings for student achievement meeting the district's

10   expectations?

09:38:07 11   **A**   Every school that has a C or was not rated, again, coming

12   out of COVID, there's plans that are put in place to ensure

13   students improve.

09:38:19 14   **Q**   I'll try it one more time.

09:38:20 15        **THE COURT:**  The answer's yes.  Let's move on.

09:38:24 16   **BY MR. ABRAMS:**

09:38:24 17   **Q**   Turning now to the subject of DAEP, do you remember that the

18   district received expressions of concern from a group of parents

19   that Mr. Roy Rodney headed up about racial or ethnic

20   discrimination and how it disciplined its students?

09:38:40 21   **A**   Yes, I'm aware.

09:38:41 22        **MR. ABRAMS:**  Richard, could we see Plaintiff's

23   Exhibit 14, please?

09:38:49 24   **BY MR. ABRAMS:**

09:38:50 25   **Q**   Dr. Craft, do you recognize Plaintiff's Exhibit 14 as an

*Mr. Abrams Cross of Kristin Craft*

1    e-mail with attachments that Mr. Rodney sent to various board

2    members and you and others at the district?

09:39:04  3    **A**    Yes, I'm aware.

09:39:05  4    **Q**    It was back in April of 2019, and -- and Mr. Rodney include-

5    -- included in his e-mail two reports.

09:39:14  6            **MR. ABRAMS:**    If you would, Richard, turn to the first

7    page -- the second page of the document.

09:39:18  8    **BY MR. ABRAMS:**

09:39:19  9    **Q**    One of the reports was a study of racial disparity in

10    Harris County Independent School Districts performed by the

11    Center for Justice Research at Texas Southern University, and

12    then the second --

09:39:29 13            **MR. ABRAMS:**    If you could scroll through the document

14    to the report, if you'll go through it real quickly.

09:39:36 15            We'll have Mr. Rodney here to talk more about his

16    reports.    I want to get to Mr. Rodney's group's report.

09:39:51 17            There we go.

09:39:53 18    **BY MR. ABRAMS:**

09:39:53 19    **Q**    Do you recall the second report that Mr. Rodney communicated

20    to you and the board was a report from a parent group called The

21    Coalition of Advocates for Restorative Education?

09:40:05 22    **A**    Yes.

09:40:05 23    **Q**    And this had to do with concerns about potential

24    differential discipline in the students' district alternative

25    education program, what you call DAEP?

*Mr. Abrams Cross of Kristin Craft*

09:40:18  1    A    Yes.

09:40:19  2    Q    And do you recall that Mr. Rodney, in reporting to you and

3    the board, indicated the statistics showed, second only to HISD,

4    Spring Branch had the largest disparity when one compared the

5    rate of black and Hispanic student discipline with discipline

6    that was being imposed on white students?

09:40:42  7    A    Yes.

09:40:43  8    Q    And do you recall that The Coalition of Advocates for

9    Restorative Education report, which Mr. Rodney's group prepared,

10    analyzed specifically what it contended were disparity

11    disciplinary statistics affecting Hispanics and African American

12    children relative to white students in Spring Branch?

09:41:05  13    A    Correct.

09:41:06  14    Q    And Mr. Rodney wanted this subject to be a topic at a school

15    board meeting, and he e-mailed it to the board members, but the

16    board never made this report a topic at a board meeting,

17    correct?

09:41:17  18    A    To my understanding, that's correct.

09:41:19  19    Q    And do you agree that the core concern expressed in the

20    reports that Mr. Rodney sent to the district and the board was

21    that there was a disparity in the disciplinary treatment of

22    minority and white students?

09:41:34  23    A    That was in the report, yes.

09:41:35  24    Q    Do you agree that, when I asked you as the district's

25    representative, of whether you are aware of any steps the

*Mr. Abrams Cross of Kristin Craft*

1    district took after receiving these reports from Mr. Rodney to

2    evaluate the reason for the statistical disparities in

3    disciplinary treatment, you indicated you were not aware of any

4    steps the district took, after receiving the reports, to

5    evaluate why there might be significant disparities?

09:41:59  6    **A**    Correct.

09:42:00  7    **Q**    And at the time you testified as the designated

8    representative of the district, you stated, on behalf of the

9    district, that you were unaware of any specific actions taken in

10    response to the statistical data presented by Mr. Rodney and his

11    group that shows or reflects differential and disparate

12    disciplinary treatment of minority and white students, correct?

09:42:22 13    **A**    Correct.  And I also recall from my deposition talking to

14    you about steps schools take when they analyze discipline

15    infractions.  They look at reports on a regular basis every six

16    or nine weeks, and they have plans that they put in place

17    specific to their needs at that time.

09:42:42 18    **Q**    But with respect to the specific issue of trying to figure

19    out why there statistically appeared to be disparate discipline

20    being administered to white children and discipline administered

21    to Hispanic and African American children, the district didn't

22    take any specific actions, correct?

09:43:03 23    **A**    Correct.

09:43:07 24          **MR. ABRAMS:**  Pass the witness, Your Honor.

09:43:08 25          **THE COURT:**  Do you have anything else?

*Mr. Crawford Redirect/Mr. Abrams Recross of Kristin Craft*

09:43:10   1          MR. CRAWFORD:  Just a couple -- maybe two questions.

09:43:12   2                      **REDIRECT EXAMINATION**

09:43:13   3   BY MR. CRAWFORD:

09:43:14   4   Q    Dr. Craft, do you remember when Mr. Abrams was -- referred

        5   you to your deposition, and -- I think page 55, and was talking

        6   to you about accountability ratings?

09:43:24   7   A    Yes.

09:43:26   8   Q    What date was your deposition taken on?

09:43:29   9   A    It was during winter break --

09:43:31  10   Q    Look at the first page of your deposition transcript.

09:43:36  11   A    Let's see the date.  December 29th, 2021.

09:43:41  12   Q    Was that before or after the 2022 TEA rating --

       13   accountability ratings, Defendants' Exhibit 74, that we looked

       14   at?

09:43:49  15   A    That is before.

09:43:50  16   Q    So did you have access to that accountability rating when

       17   you were asking -- answering Mr. Abrams's questions at your

       18   deposition?

09:43:57  19   A    No, sir.

09:43:57  20   Q    Thank you.

09:43:58  21          MR. CRAWFORD:  No further questions, Your Honor.

09:44:00  22          MR. ABRAMS:  Just one quick follow-up.

09:44:02  23                     **RECROSS-EXAMINATION**

09:44:02  24   BY MR. ABRAMS:

09:44:03  25   Q    The 2019 data that Mr. Crawford asked you about, does it

*Mr. Abrams Recross of Kristin Craft*

1  change materially with respect to student achievement scores for

2  2022?  I'm really interested in 2022 because it's more current.

09:44:13  3      You're not claiming the 2022 changes your answers, do you?

09:44:18  4  **A**   Well, I want to remind everyone that because of COVID, there

5  was a delay in how the state reported scores.  So those were the

6  most appropriate years that we could find given the timing of

7  the deposition.

09:44:30  8          **MR. ABRAMS:**  Nothing further.

09:44:31  9          **THE COURT:**  May the witness be excused?

09:44:33  10          **MR. ABRAMS:**  Fine with me, Your Honor.

09:44:34  11          **MR. CRAWFORD:**  Yes, Your Honor.

09:44:35  12          **THE COURT:**  Thank you.

09:44:35  13          Have a safe trip home.

09:44:37  14          **THE WITNESS:**  Thank you.

09:44:38  15          **THE COURT:**  We'll take a 10-minute recess.  Well,

16  let's stand in recess till 10:00 o'clock.

09:44:42  17      *(Recess taken from 9:44 a.m. to 9:59 a.m.)*

09:59:03  18          **THE COURT:**  All right.  Plaintiff may call her next

19  witness.

09:59:06  20          I assume you're the next witness.

09:59:08  21          **THE WITNESS:**  Yes, sir.

09:59:08  22          **THE COURT:**  Please raise your right hand.

09:59:09  23      *(Witness sworn.)*

09:59:19  24          **MR. SCOTT:**  Your Honor, I'm going to do my best to

25  stay close to this microphone, but it may be a challenge.

*Mr. Scott Direct of Roy Rodney, Jr.*
**ROY RODNEY, JR., DULY SWORN, TESTIFIED:**

**DIRECT EXAMINATION**

**BY MR. SCOTT:**

09:59:23 1

09:59:23 2

09:59:27 3

09:59:31 4 **Q**   Please introduce yourself to Judge Lake, stating your name

5 and address.

09:59:35 6 **A**   Hello, Judge Lake.  My name is Roy J. Rodney, Jr.  I live at

7 No. 6 Inverness Park Circle in Spring Valley, and so I am in the

8 Spring Branch School District.

09:59:55 9 **Q**   How long have you lived at No. 6 Inverness Park?

10:00:01 10 **A**   I think it's been 18, 19 years.

10:00:04 11 **Q**   When did you move to Houston?

10:00:05 12 **A**   I moved to Houston in 2005.

10:00:08 13 **Q**   And why?

10:00:10 14 **A**   I moved to Houston as a result of Hurricane Katrina.  I

15 previously lived in New Orleans.

10:00:17 16 **Q**   And I understand you're a lawyer.

10:00:19 17    Will you tell the Court a little bit about when you were

18 licensed to practice law, where you're licensed, and what sort

19 of practice you have?

10:00:26 20 **A**   Judge, I've been a lawyer now for almost 41 years.  I

21 started in New Orleans.  I'm a graduate of Tulane University and

22 Loyola Law School.  I was a partner in the McGlinchey firm for

23 most of the beginning of my career, and then I started my own

24 firm quite some time ago.

10:00:48 25    I'm licensed in New -- in Louisiana and in Texas, and I

*Mr. Scott Direct of Roy Rodney, Jr.*

1    practice frequently in the state courts in both Louisiana and

2    Texas, and, occasionally, in the federal courts here in Texas,

3    but not very much.  I have -- our practice over the 40 years has

4    been litigation oriented, but we also did intellectual property.

10:01:24  5    My pro bono practice was in civil rights, and I won the

6    Louisiana State Bar Civil Rights Award, Pro Bono Award, which

7    I'm very proud of that.  But that would be sort of a short

8    version of a long legal career.

10:01:46  9         THE COURT:  Thank you.

10:01:47 10         THE WITNESS:  You're welcome.

10:01:48 11    BY MR. SCOTT:

10:01:49 12    Q    Mr. Roy, do you have or have -- do you have or have you had

13    children in the Spring Branch Independent School District?

10:01:55 14    A    Yes.  My -- I have four children, two boys and two girls --

15    well, two men and two women -- and my youngest, Maxwell, was a

16    student at both Valley Oaks Elementary School and Memorial High

17    School.

10:02:13 18    Q    Okay.  We're going to talk about Max a little more in a

19    minute.

10:02:17 20    A    Sure.

10:02:17 21         MR. SCOTT:  And, Your Honor, I should have said we

22    think that -- that Mr. Roy's [sic] testimony will be important

23    with regard to certain Senate factors, particularly the

24    additional factors with regard to responsiveness of the school

25    district in this case, and his testimony will not be so much

*Mr. Scott Direct of Roy Rodney, Jr.*

1    about the elections or the voting.  It will be --

10:02:46  2          THE COURT:  All right.  Go ahead.

10:02:47  3          MR. SCOTT:  -- mostly -- and he'll be testifying about

4    discipline and disparate discipline practices in the school

5    district.

10:02:54  6    BY MR. SCOTT:

10:02:55  7    Q    Do you vote in SBISD elections?

10:02:58  8    A    Yes, I do.

10:03:00  9    Q    So you're here as -- I just told the Court, you're here to

10    talk about the disparity of disciplinary treatment based on race

11    or ethnicity.

10:03:07 12          Was your son, Max, part of the reason you became interested

13    in that issue?

10:03:12 14    A    Yes.  My son, yes, Maxwell.

10:03:15 15    Q    And we're trying to move along here, so in as concise a way

16    as you can, can you tell the Court about your son, Max, and how

17    his -- events in his life got you interested in this issue?

10:03:30 18    A    Well, Max is a great kid, and -- but he -- when he was a

19    freshman, Judge, he made a mistake.  He was with the boys'

20    freshman basketball team, and as I understand it, they were

21    smoking marijuana in the bathroom of the Memorial High School.

22    And there was an investigation, and Max was identified as part

23    of the group with the rest of the team.

10:04:00 24          And Max came to me -- well, the discipline for that

25    violation would be to be referred to the disciplinary

*Mr. Scott Direct of Roy Rodney, Jr.*

1    alternative education program, which is an off-campus,

2    out-of-school building and program, and you're not allowed to

3    participate in the home school -- in that case, Memorial High

4    School -- education during that time, or their activities.

10:04:34   5        So Max came to me and asked me -- said, "Dad, all of the

6    other kids are going to fight this disciplinary referral, and I

7    don't want to go there, and I don't want to lose my spot on the

8    team."  And I said to him, "Well, Max, I think you should go

9    because I think you sort of earned it in your mistake, and it's

10   not going to be that bad."  It's just for six weeks or whatever,

11   and so --

10:05:10  12  Q   Let me stop you --

10:05:11  13  A   -- he was the only one, I think, who went there.

10:05:13  14  Q   Let me stop you.  And I think the narrative moves us along,

15   but I've got a couple of questions about that.

10:05:18  16  A   Sure.

10:05:19  17  Q   Was Max on an athletic team at Memorial High School?

10:05:22  18  A   Yes.

10:05:23  19  Q   Which team?

10:05:23  20  A   Basketball.

10:05:25  21  Q   What was Max -- were his -- any of his teammates either

22   Hispanic or black?

10:05:36  23  A   I think maybe one, but -- may have been Hispanic, but he was

24   the only African American kid on the freshman team.

10:05:44  25  Q   And -- and I should have been more narrow in my question.

*Mr. Scott Direct of Roy Rodney, Jr.*

10:05:49  1    Were any of his teammates involved in the incident smoking

2    marijuana in the bathroom?

10:05:54  3    **A**   My understanding is that either they all were, or most of

4    them were.

10:06:02  5    **Q**   Now -- and I interrupted you.  So did Max -- and, actually,

6    Dr. Craft testified to the Court just a few minutes ago about

7    DAEP --

10:06:13  8    **A**   Yes.

10:06:13  9    **Q**   -- and you've described it, what it is.

10:06:16  10    Can you continue with what happened with Max when he went

11    to DAEP at your insistence?

10:06:23  12    **A**   So, Judge, Max went to the DAEP program.  He had been an

13    honor student at Memorial High School, and when I sent him to

14    the DAEP program, I thought that I was helping him by providing

15    him some discipline that would enure to his benefit later in

16    life when the stakes are so much higher.

10:06:52  17    And so I told him that.  I said, "Look, you can go to this,

18    or get away with this and maybe find yourself in another

19    situation in the real world that, you know, I live in as a

20    lawyer.  So go and take your discipline and learn from it."  But

21    when I sent him there, it was only a matter of a few days,

22    because there's a bit of an orientation, when I realized that --

23    a couple of things.

10:07:20  24    One, there was -- the education in the DAEP is not the same

25    as the education in the home campus.  It's -- it's incredibly

*Mr. Scott Direct of Roy Rodney, Jr.*

1  different.  They actually have shared grades where you may have

2  more than one kid -- Max was in the honors program.  There's no

3  such thing as -- as being a part of that, and I also thought

4  that it was very strange, having been around Spring Branch ISD

5  for a long time, that there was so many Hispanic and

6  African American kids at the disciplinary program.

10:08:02  7      So I began to look into it, and I realized that -- I

8  thought that something needed some more investigation as to what

9  was going on.  So with some other parents, we formed this group

10  called The Coalition of Advocates for Restorative Education and

11  began to try and understand alternatives to the disciplinary

12  program and why some of the behaviors were taking place or some

13  of the policies were there, that sort of thing.

10:08:35  14      And as a result of that, that led to our being quite

15  involved in the disciplinary alternative program pretty much in

16  every way, not just to criticize it, but also to be involved

17  with the administrators, the teachers, the program

18  administrator, the students in almost every way.

10:08:55  19      My wife and I realized that when Max went to the

20  disciplinary alternative program, that he immediately fell

21  behind in his work at Memorial High School because Memorial High

22  School is an incredible school.  And when he went to the

23  disciplinary alternative program, we had to work with the

24  counselors at Memorial, who were fantastic, and some of his

25  teachers, and we had to shuttle his homework and his assignments

*Mr. Scott Direct of Roy Rodney, Jr.*

1  from the home campus to him so that he could keep up.

10:09:35  2      My wife is a vice president of a large corporation.  I'm a

3  lawyer.  We had the means and the time to do it in our schedule,

4  and it just -- it really bothered me that for most of the kids

5  that I saw at the DAEP, I know that their parents did not have

6  the time to take off from work or from their shift or the jobs

7  that they were working to shuttle homework assignments back and

8  forth between whatever high schools they were in and the DAEP

9  program.

10:10:14  10      And that turned out to be true because it had a big effect,

11  and there's a higher rate of recidivism between those kids

12  who -- once they entered the DAEP and they returned to their

13  home campus, and I was determined not to let that happen to Max.

10:10:34  14  Q    Yeah.  Let me stop there and --

10:10:35  15  A    Sure.

10:10:35  16  Q    -- we're going to get to that.

10:10:37  17      You have already told the Court about The Coalition for

18  Restorative Education initiatives --

10:10:44  19  A    Uh-huh.

10:10:44  20  Q    -- and the acronym for that CARE, C-A-R-E; is that right?

10:10:47  21  A    This is correct.

10:10:48  22  Q    And how -- how did you find out about or how were you

23  involved with CARE?

10:10:53  24  A    Well, I helped start it with a couple of other parents who I

25  met as a result of the disciplinary program and parents who I

*Mr. Scott Direct of Roy Rodney, Jr.*

1   knew have been involved in, in Spring Branch ISD for a long

2   time.  I'd always been involved in Max's education.

10:11:13  3      When he was in elementary school, I started a little

4   program at Valley Oaks Elementary called Daddy Reader, and the

5   fathers would come in periodically and read to the grade levels

6   different stories.  So I had been privy to a lot of proactive

7   parents, and so I started with this idea of starting this

8   organization with other parents, and we became involved in -- in

9   trying to understand the disciplinary program.

10:11:54 10   **Q**   What is CARE's mission statement or goal, if you can tell us

11   that?

10:12:00 12   **A**   Well, we did a report, and I think it says in there, but --

10:12:06 13   **Q**   Hold on one second.  Let me get that up so the Court can see

14   it as well.

10:12:11 15   **A**   Sure.

10:12:12 16        **MR. SCOTT:**  Would you bring up Plaintiff's Exhibit 14.

10:12:22 17   **BY MR. SCOTT:**

10:12:23 18   **Q**   Before I ask you about this, I want to be sure I ask:  Did

19   you actually go over to the DAEP facility where Max was during

20   the time he was there?

10:12:35 21   **A**   Too many times to count.

10:12:37 22   **Q**   Okay.  Now, on the screen is Plaintiff's Exhibit 14.  The

23   cover page is an e-mail.  It should be on your screen as well.

10:12:49 24      You should have it there.  Yeah.

10:12:52 25   **A**   Uh-huh.

*Mr. Scott Direct of Roy Rodney, Jr.*

10:12:52  1   **Q**   Can you describe for the Court what the e-mail was, who

2   wrote it, why, and to whom it was sent?

10:13:03  3   **A**   Yes.  We had worked with and talked to a number of board

4   members, administrators, and whatever about this issue for quite

5   some time -- I think beginning in 2016 -- and they knew that at

6   a certain point in time, that we were going to draft a report

7   because our informal discussions were not really resulting in

8   the type of changes we wanted to see in the DAEP.

10:13:45  9      So we thought that the board would be more responsive to a

10   professional report, or at least as professional as we could do

11   it, and so we drafted this report.  And when it was -- we

12   actually sent a few drafts of the report to Kristin Craft and

13   others, and this was the final report that we delivered to the

14   board.

10:14:19 15      And so among these names are the students, the parents, and

16   other people that I have been referring to who were part of

17   preparing the CARE report, and we delivered this to the board's

18   secretary at a board meeting.

10:14:40 19   **Q**   Okay.

10:14:42 20          **MR. SCOTT:**  Can we scroll down a little on this page?

21   From, "To Whom It May Concern," Richard, if you can blow that up

22   for us.

10:14:49 23   **BY MR. SCOTT:**

10:14:50 24   **Q**   It appears, just to short-circuit this, that you anticipated

25   some workshop, and you were providing a study of the DAEP and

*Mr. Scott Direct of Roy Rodney, Jr.*

1    the discipline in HISD, and mentioned the comparative statistics

2    between Spring Branch and HISD.

10:15:10   3       Did -- and it's got your name at the bottom.  Did you write

4    this?

10:15:14   5    **A**  Yes, I wrote this.

10:15:15   6           **MR. SCOTT:**  If we can go to the next page here,

7    Richard.

10:15:20   8    **BY MR. SCOTT:**

10:15:20   9    **Q**  This is a -- and this is in evidence, but it's a set of

10   PowerPoint slides --

10:15:26  11    **A**  Yes.

10:15:26  12    **Q**  -- called "Racial Disparity in Harris County Independent

13   School Districts."  Do you recognize that document?

10:15:32  14    **A**  Yes, I do.

10:15:32  15    **Q**  Did you have anything to do with writing this document?

10:15:35  16    **A**  I didn't write this document, but I think I had a lot to do

17   with the origination of this document.  Because CARE is a

18   voluntary parent-based organization, we didn't have the capacity

19   to look at all of the different school districts and to see

20   where Spring Branch was with regard to racial disparities in

21   discipline.  So we went to the Center for Justice Research,

22   which is one of the many university-based, you know,

23   justice/civil rights sort of focused organizations, but this one

24   is at Texas Southern.

10:16:23  25       And so we went there, and it's under the direction of

*Mr. Scott Direct of Roy Rodney, Jr.*

1    Mr. Howard Henderson, and he and some of the students worked to

2    produce this report, which we considered to be complementary and

3    supplemental to our support, but was focused more on placing

4    Spring Branch ISD comparatively with other dis- -- other

5    districts so that we thought we could make the powerful point to

6    Spring Branch that you're, you know, well out of line in terms

7    of your racial disparity in discipline, and you should want to

8    understand why.

10:17:13  9    **Q**    Okay.

10:17:14  10           **MR. SCOTT:**  And, Your Honor, I am not going to make

11    the Court look through the whole PowerPoint slide or slide deck

12    here, but there are a couple that may be important.

10:17:23  13           Richard, can we sort of roll through them just so the

14    Court can kind of get an idea about...

10:17:44  15       *(Sotto voce discussion between Mr. Scott and Mr. Rienstra.)*

10:17:48  16    **BY MR. SCOTT:**

10:17:49  17    **Q**    This particular slide is titled "Disparity Ratios Comparing

18    the Rates of black and Hispanic Students with the Rate of

19    In-School Suspensions Among White Students"?

10:17:59  20    **A**    Yes.

10:17:59  21    **Q**    Now, which schools were involved in -- or studied in this

22    particular report slide?

10:18:07  23    **A**    Well, these are school districts.  So they're -- they're all

24    listed here on the bottom.  There were many school districts

25    that they -- that they looked at, but this information comes

*Mr. Scott Direct of Roy Rodney, Jr.*

1    from the TEA.

10:18:26 2    **Q**    All right.

10:18:26 3    **A**    Yes.

10:18:26 4    **Q**    So your cover e-mail had said that you thought,

5    comparatively, that Spring Branch Independent School District's

6    ratio of black and Hispanic students being disciplined was

7    not -- not very favorable.  Does this particular slide show

8    that?

10:18:49 9    **A**    I think it does because it shows that Spring Branch has an

10    incredibly large population of African American and Hispanic

11    kids going to discipline even though -- just as high as other

12    ISDs that have a much larger percentage of African American and

13    histor- -- and Hispanic students.  And that's why I pointed out

14    Houston ISD just as an exemplar.

10:19:24 15        We're sending more black and -- as a percentage, we're

16    sending as high a percentage of black and Hispanic kids to

17    disciplinary alternative programs as districts for which the

18    majority are African American and Hispanic kids.  How could that

19    be?  And that's what I asked them to explain.

10:19:47 20    **Q**    Okay.

10:19:48 21        **MR. SCOTT:**  Richard, if you'll just roll through this

22    till we get to the next...

10:20:01 23        Back up one, I'm sorry.

10:20:04 24    **BY MR. SCOTT:**

10:20:04 25    **Q**    This reflects that this was a Texas Southern University --

*Mr. Scott Direct of Roy Rodney, Jr.*

10:20:09 1          THE REPORTER:  I'm sorry.  Can you get a little

2    closer?

10:20:13 3          MR. SCOTT:  Yeah, I'm sorry.  I knew this was going to

4    be a problem.

10:20:15 5    BY MR. SCOTT:

10:20:15 6    Q   This reflects it was a Texas Southern at least sponsored

7    publication, correct?

10:20:19 8    A   Yes.

10:20:19 9          MR. SCOTT:  Let's go to the next slide.

10:20:21 10   A   Produced by them.

10:20:21 11   BY MR. SCOTT:

10:20:23 12   Q   Now, do you recognize this document, which is titled "The

13   Call for Restorative Education Initiatives in the Administration

14   of Discipline in Spring Branch ISD"?

10:20:34 15   A   Yes.

10:20:34 16   Q   And is this the document you -- the report you referred to

17   earlier in your testimony?

10:20:39 18   A   This is the report that CARE produced and delivered to the

19   board.

10:20:47 20   Q   And did -- did you play any role in the preparation of that

21   report?

10:20:51 22   A   Yes.  I did quite a bit of work on this report.

10:20:57 23   Q   Before you tell us what you did, let me ask this:  What

24   qualified you to be involved in this type of report or study?

10:21:07 25   A   Well, I was a parent -- first of all, I was a parent with a

*Mr. Scott Direct of Roy Rodney, Jr.*

1  child in the DAE program.  I don't know how you can get any

2  closer than that.

10:21:18 3      Secondly, I had -- you know, I thought I relied upon the

4  representations that the education would be the same and found

5  out that it wasn't.  I had been involved as a parent in the

6  district in a number of different schools, and, you know, in my

7  professional life, I had been a lawyer for school programs and

8  districts, not here in Texas, but in Louisiana.

10:21:49 9      So I felt comfortable being able to -- with the assistance

10  of other parents and Texas Southern, and we had a host of -- of

11  students who volunteered for this project.

10:22:05 12 Q   So that's my next question.

10:22:07 13      Were there academic people involved in this -- in the

14  preparation of this report?

10:22:12 15 A   Yes.

10:22:13 16 Q   Can you tell the Court who they were, and how they were

17  involved?

10:22:17 18 A   Dr. Howard Henderson from Texas Southern, he's the person I

19  referred to earlier who runs their program -- their program, but

20  he was involved in our findings as well.  We also had student

21  researchers from University of Texas, Texas Southern, University

22  of Houston who all volunteered to be a part of this.

10:22:47 23 Q   And did those student researchers work under the oversight

24  or supervision of their professors and so on?

10:22:55 25 A   I know at least one of them, this was a project that they

*Mr. Scott Direct of Roy Rodney, Jr.*

1    had to -- in some way to become part of their education.

2    Whether this was a class or independent research, independent

3    study, I'm not exactly sure.

10:23:14  4         THE COURT:  Did you present this to the board of the

5    Spring Branch?

10:23:18  6         THE WITNESS:  Personally.

10:23:19  7         THE COURT:  What happened?  Tell us what happened

8    next.

10:23:21  9         THE WITNESS:  Nothing.

10:23:22 10         THE COURT:  Okay.

10:23:22 11         Okay.  Is there anything else?

10:23:26 12         MR. SCOTT:  You really got to the heart of it,

13    Your Honor.

10:23:28 14         THE COURT:  I'm trying to move along.  I don't want to

15    have to come back Monday, but that looks like what we're going

16    to do.

10:23:33 17         THE WITNESS:  But to explain it further, Judge --

10:23:36 18         THE COURT:  Yeah.

10:23:36 19         THE WITNESS:  -- I wanted them to acknowledge the

20    report, to act upon the report, to look at our recommendations

21    and investigate and to do something about it.  And I also wanted

22    them, at this meeting, to thank the kids, because these were

23    college students who had worked on this and were very proud of

24    it, and absolutely none of that happened.

10:24:01 25         THE COURT:  Let me ask you:  Did Maxwell -- how long

*Mr. Scott Direct of Roy Rodney, Jr.*

1    did he spend in the DAEP?

10:24:07    2         THE WITNESS:  I think he was there for, like, three or

3    four months.  I can't remember.

10:24:12    4         THE COURT:  And how --

10:24:12    5         THE WITNESS:  It was like a whole semester.

10:24:14    6         THE COURT:  When he went back, how did he do?

10:24:18    7         THE WITNESS:  Max went back, and he realized that the

8    DAEP has no future in his life, and he became a great student

9    at -- at Memorial.  He switched from basketball to fencing.  He

10   walked on to the fencing team at Ohio State.  He graduated magna

11   cum laude, was accepted to their Fisher school, and one month

12   ago we got the notice that Max was the Ohio State University's

13   nominee for the Rhodes Scholarship this year.

10:24:52   14         THE COURT:  So your stern advice had a big effect,

15   although I'm sure your wife takes most of the credit for his

16   success.

10:24:58   17         THE WITNESS:  It -- you know, it had some effect, but,

18   boy, there was a lot of guilt that went along with it, Judge.

10:25:03   19         THE COURT:  Well, congratulations.

10:25:05   20         THE WITNESS:  Thank you very much.

10:25:06   21         THE COURT:  Go ahead and finish.

10:25:07   22         MR. SCOTT:  I think Your Honor has hacked my outline

23   somehow.

10:25:12   24         THE COURT:  It's not my first trial.

10:25:14   25         MR. SCOTT:  But you're certainly much quicker than I

*Mr. Scott Direct of Roy Rodney, Jr.*

1    am.

10:25:17  2    **BY MR. SCOTT:**

10:25:18  3    **Q**    Let's turn to page 7 of this report.

10:25:21  4            **THE COURT:**  When will you find out about the Rhodes

5    Scholarship?

10:25:25  6            **THE WITNESS:**  He has to have everything submitted, I

7    believe, by the 17th, and so we'll find out sometime in

8    October --

10:25:33  9            **THE COURT:**  Okay.  Good luck.

10:25:34 10            **THE WITNESS:**  -- whether he gets his final interview.

10:25:38 11            Thank you.

10:25:39 12            **MR. SCOTT:**  Your Honor -- well, let me just ask the

13    witness.

10:25:42 14    **BY MR. SCOTT:**

10:25:42 15    **Q**    Mr. Rodney, can you confirm that there were findings made in

16    this CARE report?

10:25:50 17    **A**    Yes.

10:25:50 18    **Q**    And I've turned to page 7, which begins those findings --

19    key findings, opinions, and observations at a glance.

10:25:58 20            **MR. SCOTT:**  And, Your Honor, there are about 12 of

21    them.  We're not going to go through all of them, but they're

22    certainly in the report, which is in evidence for the Court to

23    see.

10:26:07 24            **THE COURT:**  Thank you.

10:26:07 25            **MR. SCOTT:**  And I think the headings on each one of

*Mr. Scott Direct of Roy Rodney, Jr.*

1   these give you a good idea of what -- what it's about.

10:26:14  2         And then, if you can turn to page 11 of this report,

3   three or four more pages -- there we are.

10:26:20  4         The report also includes recommendations made to SBISD

5   to address the findings, and those will be under Tab B at

6   page 11 of the CARE report.

10:26:31  7   **BY MR. SCOTT:**

10:26:31  8   **Q**   I want to ask you, Mr. Rodney -- I'm going to greatly shrink

9   this --

10:26:36 10   **A**   Hmm.

10:26:36 11   **Q**   -- and I want to talk about an issue the Court raised, which

12   is what the responsiveness was.  You saw part of, at least,

13   Dr. Craft's testimony a few minutes ago.  Did you --

10:26:48 14   **A**   Just a little.

10:26:49 15   **Q**   Did you deal with Dr. Craft in -- at the SBISD in -- with

16   regard to this report and this issue?

10:26:55 17   **A**   All the time.

10:26:57 18   **Q**   Were there specific board members that you dealt with?

10:27:02 19   **A**   Well, I've spoken to, probably, most of the board members,

20   but I probably had more conversations with Karen Peck and

21   Josef Klam.  Of course, that was a different board, you know,

22   than they have now, yeah.

10:27:18 23   **Q**   And both of them were addressees on the very first page of

24   Plaintiff's Exhibit 14, the e-mail that we saw earlier?

10:27:25 25   **A**   Yeah, probably.

*Mr. Scott Direct of Roy Rodney, Jr.*

10:27:27  1   **Q**   Now, there is something called the student code of conduct.

2   Do you know what that is?

10:27:32  3   **A**   Yes, I do.

10:27:33  4   **Q**   Can you tell the Court what that is?

10:27:35  5   **A**   Well, the student code of conduct is the school's code of

6   conduct, and it's based upon the Texas statutes and the Texas

7   rules from the TEA as to what the disciplinary infractions are

8   and what the discipline is for those infractions both in school

9   and out of school in compliance with Texas law.

10:28:00 10   **Q**   Did the Spring Branch Independent School District alter or

11   amend its stude- -- its student code of conduct in response to

12   the CARE report?

10:28:12 13   **A**   I think so.  They -- they made changes to the disciplinary

14   code in response to our constant involvement and, you know,

15   engagement, but they never did any work as to the issue of the

16   disparate treatment and the disparate education that was being

17   provided at the DAEP.

10:28:45 18        They did some changes with regard to the violations that

19   would send you to the DAEP and, quite frankly, many of those

20   changes I thought were as protective of the more privileged

21   population than maybe even the kids that we were dealing with.

10:29:05 22   **Q**   Let me try to get some examples of that, if I can.

10:29:09 23   **A**   Yeah.  Sure.

10:29:09 24   **Q**   And if you can just tell me what those examples are, and I'm

25   looking for things that the changes in the student code of

*Mr. Scott Direct of Roy Rodney, Jr.*

1    conduct affect white kids as much as they do Hispanic kids or

2    black kids?

10:29:22  3    **A**   I think that there was some lessening with regard to the

4    violations that can refer you to -- to the DAEP.  I don't know

5    what they are right here.  I'd have to look in the report, but a

6    lot of the kids were being sent to DAEP for drug and alcohol

7    infractions.

10:29:47  8        And so I think that there was an effort to try and do some

9    restorative education, which is what we were advocating for, so

10   curative equitable education rather than sending the kid into

11   such a harsh disciplinary environment.  So I think there was

12   some mitigation of that, but I guess what I'm trying to say to

13   you is that our greatest disappointment was that they never

14   wanted to investigate why so many kids were going there as much

15   as possible.

10:30:18 16       In fact, they opposed it because we asked for the

17   information as to the source schools that were feeding the

18   disciplinary program because we thought, well, maybe there's

19   just, perhaps, a few bad apples or a few impatient teachers, or

20   maybe teach- -- who were sending so many kids to DAEP, but they

21   opposed that.  But it was clear that many of these kids were

22   coming from the north side of the district.

10:30:51 23   **Q**   And the report sets all that out.  It sets out the

24   percentages of -- that reflect the disparate disciplinary

25   action?

**_Mr. Scott Direct of Roy Rodney, Jr._**

10:31:00  1    A    We thought so.

10:31:02  2    Q    Did -- were you ever allowed to speak to the board in a --

3    in a meeting?

10:31:06  4    A    No.  They only gave us the three minutes that they would

5    give to anyone else, although we had worked on this program and

6    had been involved in the DAEP for -- for years on the -- on a

7    weekly, sometimes daily basis.

10:31:26  8         As I said before, we were not only there to criticize, but

9    we were there to assist.  So we facilitated teacher trainings

10    and we bought teacher conference lunches.  You know, we came out

11    of our pockets and greatly contributed our time.

10:31:45 12         I thought it was very unfair that they would not even take

13    up the issue, not allow us to speak, and not to thank the

14    student researchers who had worked so hard on what I thought was

15    their behalf.

10:32:00 16    Q    And the students were volunteers, I assume?

10:32:03 17    A    The students were very much volunteers.

10:32:07 18    Q    Do you have any opinion or view about whether the adoption

19    of a single-member district plan for SBISD could or would be

20    helpful or advantageous with regard to this disparate

21    disciplinary action?

10:32:26 22    A    Well, I would hope so, that with such a large percentage of

23    kids coming into the disciplinary program from the north side

24    from the Hispanic population, that at least one school board

25    member would be interested in making an issue of it and trying

*Mr. Henry Cross of Roy Rodney, Jr.*

1   to find out what the cause of it was and, hopefully, to reduce

2   and provide other sorts of remedies to eliminate the disparate

3   treatment.  I know that's a long answer, but that's what I

4   thought of it.

10:33:04   5       **MR. SCOTT:**  Pass the witness, Your Honor.

10:33:05   6                     **CROSS-EXAMINATION**

10:33:19   7   **BY MR. HENRY:**

10:33:20   8   **Q**   Good morning, Mr. Rodney.  It's good to see you again.

10:33:23   9   **A**   Good morning, sir.

10:33:24  10   **Q**   At the beginning of your testimony, you gave your address to

11   the Court.  Is that address for a house north of I-10 or south

12   of I-10?

10:33:32  13   **A**   North of I-10.

10:33:34  14   **Q**   Have you always lived north of I-10?

10:33:38  15   **A**   In Spring Valley, that's the only place I've lived.

10:33:41  16   **Q**   Okay.  In Spring -- I'm sorry.  In Spring Branch, you've

17   lived --

10:33:44  18   **A**   Yes, Spring Branch ISD.  But it's called Spring Valley

19   Village.

10:33:48  20   **Q**   Okay.  And what high school -- so you live in a village, I'm

21   sorry.  Let me ask that question first.

10:33:54  22        You live in one of the villages?

10:33:58  23   **A**   Yes.

10:33:58  24   **Q**   Okay.  And what high school is your house zoned for?

10:34:01  25   **A**   Memorial.

*Mr. Henry Cross of Roy Rodney, Jr.*

10:34:02  1  **Q**   And is Memorial High School north or south of I-10?

10:34:05  2  **A**   South.

10:34:05  3  **Q**   So I take it, from your address and your testimony just now,

4  you do not live in either the Landrum or Northbrook precincts.

5  Is that correct?

10:34:17  6  **A**   No, because Spring Valley is -- well, it's a very nice --

10:34:22  7         **THE COURT:**  Why don't you move it along.  What's --

10:34:23  8  **A**   -- it's a very nice neighborhood.  It's carved out to go to

9  Memorial, but I'm very familiar with Landrum and Northbrook

10  because I coached for many, many years in the Spring Branch

11  sports organization.  So I'm familiar with those kids.  I'm

12  familiar with those schools because I coached basketball for

13  12 years.

10:34:47 14         **MR. HENRY:**  I understand.  I'm not trying to take up

15  any extra time.  I just wanted to establish where this voter

16  lives in relation to the middle school precincts.

10:34:55 17  **BY MR. HENRY:**

10:34:55 18  **Q**   Mr. Rodney, we're going to look at page 29 of the CAREs

19  [sic] report, which is Plaintiff's Exhibit 14.

10:35:15 20         **MR. HENRY:**  Richard, are you able to bring that up?

21  Thank you.

10:35:19 22  **BY MR. HENRY:**

10:35:20 23  **Q**   And I'm going to look at the first two paragraphs.

10:35:22 24         Earlier, it was your testimony that, you know, the district

25  did nothing to address the state of discipline in the district,

*Mr. Henry Cross of Roy Rodney, Jr.*

1    but I want to read these paragraphs.  So the first one says, "No

2    review of discipline on the SBISD would be fair without

3    acknowledging recent changes in the Student Code of Conduct and

4    the innovations instituted by the DAEP and SOC."

10:35:46  5        And the second paragraph says, "In the 2014-15 school year,

6    SBISD leadership created the System of Care team" -- "(SOC) team

7    in response to rising discipline numbers and a decrease in

8    academic achievement.  The goal was to increase the academic

9    performance of all students by exploring an alternative to

10   traditional discipline and supporting campuses in the

11   implementation of these alternatives.  The SOC team supported

12   positive outcomes at the schools which had the highest student

13   referral rates to the Disciplinary Alternative Education Program

14   (DAEP).  The SOC team also endorsed campuses who were leading

15   the district with restorative efforts.  In the last three years,

16   the district has managed to lower suspension and reassignment

17   data by 26 percent.  The SOC has been a positive agent for

18   change in the system through its project towards school

19   discipline reform through supplemental change, policy change,

20   and advocacy... Recently the SOC with CARE as a strategic

21   partner was able to secure a Rockwell grant to further fund

22   their activities."

10:36:56 23        Would you agree with this paragraph in your report -- in

24   the CAREs report that SBISD made changes to the way it did

25   business in order to address the referral rates that were

*Mr. Henry Cross of Roy Rodney, Jr.*

1    concerns from this organization?

10:37:13  2    **A**    Yes, they did, at our -- I think as -- as the paragraph

3    says, as a direct result of our involvement.

10:37:21  4    **Q**    And so if you look below, there's a chart.

10:37:26  5    **A**    Uh-huh.

10:37:26  6    **Q**    And it has a list of the CARE concerns, including parents

7    delivering classwork, which is an issue you raised?

10:37:33  8    **A**    Yeah.

10:37:33  9    **Q**    Transition; summer programs; meal service; quality of

10    instruction; mindset; referrals; drug and alcohol prevention;

11    and, on the next page, design sessions.

10:37:46  12    Do all of these bullet points -- and I won't read them all

13    for the judge.  He has a copy.  But do all of these bullet

14    points reflect changes that were made to Spring Branch ISD's

15    discipline system in response to CARE's report?

10:37:59  16    **A**    Yes, but let me say this:  I think it's important to

17    understand that when we got involved in the DAEP program, Judge,

18    the disparities between how that program operated and how a

19    normal school operated was stunning.  For example, at the DAEP,

20    the kids had a cold lunch as opposed to the school right next

21    door where there were hot lunches served.

10:38:28  22    The students had to engage in behaviors where they walked

23    on one side of the hallway with their shoulder or whatever and

24    came back on the other side of the hallway.  There were a number

25    of things that were -- they -- that was happening there that

*Mr. Henry Cross of Roy Rodney, Jr.*

1   really needed to be addressed beyond simply the issue of the

2   disparate education and the disparate referrals.  And with

3   Ms. Craft and others, they addressed some of those issues of,

4   which there are many issues that, in my opinion, should have

5   never been there to begin with that were inequitable to begin

6   with.

10:39:10  7       So as long as you put it in context, I think you're

8   correct.

10:39:16  9   **Q**   Is it correct that you visited other DAEPs of other school

10   districts in doing your research for this report?

10:39:22 11   **A**   Many.

10:39:23 12   **Q**   And isn't it correct that SBISD's DAEP program was very

13   similar to the DAEP programs of other school districts in this

14   state that you visited?

10:39:34 15   **A**   I -- I don't know about that.  I will say this:  I think

16   that there were disciplinary programs that were much worse, much

17   more punitive, much more involved in sort of prison-like

18   behaviors, but there were some districts in which there were

19   restorative programs attempting to prevent kids from coming

20   there or shortening their time.

10:40:01 21       I would say what I saw, you know, at Spring Branch was

22   better than some and worse than others.

10:40:11 23   **Q**   Earlier, you stated that your biggest disappointment was

24   that the school board --

10:40:17 25   **A**   But may I say this:  Almost all of the schools that I saw,

*Mr. Henry Cross of Roy Rodney, Jr.*

1    the few -- and we didn't see all, but some of the ones that I

2    saw suffered from the same disparate referral problems that,

3    as -- as with Spring Branch, but Spring Branch was consistently

4    among those who had the most disparate in terms of racial and

5    ethnic referrals to DAEP.

10:40:48  6    Q    Did you visit Houston ISD DAEP?

10:40:52  7    A    I never visited, but I talked to people there.

10:40:55  8    Q    And are you aware, from your report, that Houston ISD had

9    one of the worst disparate discipline ratings of the districts

10    that were studied?

10:41:04  11    A    Absolutely.  And I also was aware of the fact that they had

12    a much larger population of African American and Hispanic kids

13    than was in Spring Branch ISD.

10:41:14  14    Q    And you're aware that Houston ISD has a system that

15    incorporates single-member districts into its election process?

10:41:22  16    A    I think so, yes.

10:41:25  17        But I also know that they have tried to address these

18    disciplinary issues in the past whereas, in Spring Branch, there

19    was no effort to do so with regard to the disparate education

20    and the sources of the kids that were coming there.

10:41:43  21    Q    Let me get to the question I was going to ask you, which

22    was --

10:41:46  23    A    Uh-huh.

10:41:46  24    Q    -- you testified that one of your biggest disappointments

25    was that the school board didn't acknowledge the report at a

*Mr. Henry Cross of Roy Rodney, Jr.*

1  school board meeting; is that accurate?

10:41:55  2  **A**   Yes.

10:41:56  3  **Q**   Okay.  Did you have a one-on-one meeting with School Board

4  Trustee Karen Peck to discuss this report?

10:42:04  5  **A**   Ms. Peck?  I've talked to her many times to discuss this

6  report.  I would say of the school board members, you know, she

7  was most empathetic.  Plus, we shared the fact we were both

8  lawyers.

10:42:19  9  **Q**   Did you also have a one-on-one meeting about the report with

10  school board member Josef Klam?

10:42:24  11  **A**   Yes, I had one with Mr. Klam.  I knew Mr. Klam from my

12  coaching in the Spring Branch sports organization, and I know he

13  was a pastor.  But, you know, his position was that -- if I

14  might say, that they should not spend the time in dealing with

15  these DAEP issues because they had many other issues and too

16  many other students to deal with.

10:42:55  17    In fact, I will never forget that conversation because I --

18  we talked about the -- the parable of the prodigal son, but

19  didn't make a difference.

10:43:07  20  **Q**   Did you have a one-on-one meeting with District

21  Superintendent Scott Muri?

10:43:11  22  **A**   I've had several.

10:43:13  23  **Q**   About this report?

10:43:15  24  **A**   Not so much about this report.  Except that he knew it was

25  coming.

*Mr. Henry Cross of Roy Rodney, Jr.*

10:43:21  1  **Q**  Did you --

10:43:21  2  **A**  But about the issues that are in the report, certainly.

10:43:24  3  **Q**  Did you meet one-on-one with now-superintendent Jennifer

4  Blaine?

10:43:28  5  **A**  I think once when she first became the new superintendent.

10:43:32  6  **Q**  So although the school board didn't make an announcement

7  during a meeting that it had received your report, you had at

8  least four, that we can count in your testimony right now,

9  one-on-one meetings with school board members or very

10  high-ranking officials at the district to discuss your report,

11  and then changes were made as outlined in the report?

10:43:53 12  **A**  Well, that doesn't mean that we were successful.  I mean,

13  I've had many meetings in which -- as I talked about, for

14  example, with Mr. Klam where the -- that there was refusal to

15  prioritize what we would -- were dealing with here.  And I think

16  the fact that I had a meeting with, you know, public officials

17  and administrators who represented me and my child does not mean

18  that the board was welcoming and addressing all of the issues

19  that we raised.

10:44:30 20       **MR. HENRY:**  Now, if you would, could you please bring

21  up Defendants' Exhibit 25, please?

10:44:38 22  **BY MR. HENRY:**

10:44:38 23  **Q**  And we're going to look at page C-28 within that exhibit.

24  This is the Spring Branch ISD Student Code of Conduct.

10:44:54 25       **MR. RIENSTRA:**  Do you have a PDF page number?

*Mr. Henry Cross of Roy Rodney, Jr.*

10:44:57  1    **MR. HENRY:**  I may.

10:44:58  2        **MR. RIENSTRA:**  You said C-28?

10:45:05  3        **MR. HENRY:**  Yes.

10:45:06  4        That's it.  Thank you.

10:45:13  5  **BY MR. HENRY:**

10:45:14  6  **Q**   Is one of the things that CAREs was advocating for, an

7  opportunity for students who are in the DAEP to leave the DAEP

8  early if they have good behavior?

10:45:30  9  **A**   Yes, but not just that simple.  We pressed for what we

10  called a meritorious release, that there would be consideration

11  of what that kid was doing both in DAEP and outside of DAEP in

12  terms of his tenure in the program.

10:45:51 13  **Q**   Okay.  And I'll read under "Length of Placement," which is

14  in the middle of the page.  This is in the SBISD code of

15  conduct.

10:46:00 16      It says, "The duration of a student's placement in the DAEP

17  is 45 days.  Student progress is reviewed at regular intervals

18  and students may be eligible to exit the DAEP program early."

10:46:15 19      Is that one of the reforms that CAREs was looking for as an

20  opportunity for students to have their placement reviewed and to

21  potentially leave the DAEP early?

10:46:27 22  **A**   Well, certainly, but I'm not aware of any kid who left DAEP

23  early.

10:46:33 24  **Q**   It's allowed by policy, though, correct?

10:46:37 25  **A**   Yes, but it -- as a practical matter, they weren't getting

*Mr. Henry Cross of Roy Rodney, Jr.*

1   out early.  In fact, many kids were staying there longer.

10:46:48 2   **Q**   If you would, please, look at "Restrictions during

3   Placement," which is also on this page.  It says:  (As read)

4   State law prohibits students placed in DAEP for reasons listed

5   in Texas Education Code 37- -- 37.006 -- which I'll represent to

6   you includes using controlled substances -- from attending or

7   participating in school-sponsored or school-related

8   extracurricular or co-curricular activities during the period of

9   placement.

10:47:21 10      So are you aware that the prohibition, then, against

11   students participating in things like basketball, swimming,

12   other extracurricular activities while they're at DAEP is a

13   function not of the district's doing, but of state law?

10:47:43 14   **A**   I don't understand what you're saying.

10:47:44 15   **Q**   Well, in other words --

10:47:47 16   **A**   Are you saying that I understand that Spring Branch couldn't

17   do anything about that?  I don't -- I don't agree with that.

10:47:54 18   **Q**   That Spring Branch couldn't violate -- could violate the

19   state law against -- that prohibits the participation in

20   extracurricular activities by students who are assigned to the

21   DAEP?

10:48:04 22   **A**   It says if there are extenuating circumstances that requires

23   a kid to return to his home for a specific event, the decision

24   to allow access will be at the discretion of the home campus

25   building principal, and in my experience, the four years that I

*Mr. Scott Redirect of Roy Rodney, Jr.*

1    was involved in this, I've not -- I'm not aware of any child who

2    was able to do that.  Certainly not my son.

10:48:29  3    **Q**    How many basketball games did your son miss as a result of

4    being at DAEP?  Do you recall?

10:48:34  5    **A**    I don't know.  I don't know if he missed -- I don't know if

6    he missed any because we tried to time it so that he wouldn't

7    miss, but if it -- at most, it was a few, yeah.  But basketball

8    wasn't the most important thing to us.

10:48:53  9    **Q**    All right.  Thank you for answering my questions.

10:48:55 10    **A**    Okay.

10:48:56 11                    **MR. HENRY:**  I'll pass the witness.

10:48:58 12                    **MR. SCOTT:**  I have very brief, Your Honor.

10:48:59 13                        **REDIRECT EXAMINATION**

10:49:01 14    BY MR. SCOTT:

10:49:01 15    **Q**    Mr. Roy [sic], would you turn to -- Mr. Roy, would you turn

16    to pages 29 and 30 that Mr. Lucas just showed -- I'm sorry, that

17    Mr. Henry just showed to you?

10:49:10 18    **A**    Yeah.

10:49:12 19    **Q**    The issue here -- he pointed out some things like better

20    lunches and -- and better assignments, transfer of assignments

21    and so on.  That's once the kid is there.  The issue we've got

22    here is referral, whether there's a difference or disparity in

23    the referral to DAEP among Hispanic kids particularly and black

24    kids and white kids.

10:49:40 25        Did any of these items on 29 and 30 deal with that issue,

*Mr. Scott Redirect of Roy Rodney, Jr.*

1    that is, who gets referred to DAEP, no matter whether it's

2    better or worse once you get there?

10:49:56 3    **A**    Let me say that the issue of referral was never addressed

4    and the source and the reasoning of that -- of those referrals

5    from north source schools of primarily African American,

6    Hispanic kids, I don't ever recall that being addressed.  The

7    issue of how the DAEP operated once kids were there, I tried to

8    explain to the judge that it was -- it was a stark reality both

9    for my family and for them, and many of those behaviors were

10   addressed.

10:50:38 11       The issue of the disparate education that was being

12   provided to those kids who were in the DAEP was never, in my

13   opinion, or -- I think the report reveals, adequately addressed

14   so that when kids were there for whatever length of time they

15   were there, 45, 90 days, or whatever, they suffered a -- a

16   disparate and substandard education.  And that's why my wife and

17   I, in the case of my son, Maxwell, who would be completely

18   embarrassed to have us talk about him like this -- but for my

19   son, Maxwell, we literally shuttled assignments back and forth

20   from the school, to home campus to the DAEP, because, otherwise,

21   he would have been hopelessly behind had he returned to Memorial

22   High School.

10:51:43 23       And that is one of the reasons that I think we identified

24   as there being a high rate of recidivism, because you cannot

25   return from the DAEP without this kind of help and expect to

*Mr. Scott Redirect of Roy Rodney, Jr.*

1  compete at schools like Memorial and Stratford and what have

2  you.  It is exceedingly difficult.

10:52:06 3  **Q**   You and your wife had the resources and jobs that allowed

4  you time, when you needed it, to do that, correct?

10:52:15 5  **A**   Thank God.  And that's why I said to the judge it worked

6  out, but it was not without a high degree of guilt or effort.

10:52:24 7  **Q**   And just the last thing I want to ask you, if you'll go back

8  to pages 7 and 8 --

10:52:31 9      **MR. SCOTT:**  And, Your Honor, I had pointed out that

10  between pages 7 and 11 of the CARE report, the key findings were

11  there, and the Court can read those for the weight that you give

12  it.

10:52:41 13  **BY MR. SCOTT:**

10:52:42 14  **Q**   What were No. 1 and 2, if you would just read the bolded

15  part for No. 1 and 2 key findings?

10:52:51 16  **A**   The key findings were that the disciplinary program

17  disproportionately impacted minority youth, and that was in many

18  ways.

10:53:00 19      And that, No. 2, the DAEP program suffers from a high

20  frequency rate of recidivism.  One of the reasons is which I

21  just explained.

10:53:12 22  **Q**   Thank you, Mr. Roy.

10:53:14 23      **MR. SCOTT:**  That's all I have, Your Honor.

10:53:16 24      **MR. HENRY:**  I will be very brief.

10:53:16 25                **RECROSS-EXAMINATION**

*Mr. Henry Recross of Roy Rodney, Jr.*

BY MR. HENRY:

Q   If we will look at page 29 and 30 of the CAREs report, and, Mr. Rodney, during redirect examination just now you brought up two very specific issues that you had, and one was parents delivering classwork.

     And if we look on page 29, the very first change to the disciplinary policies that Spring Branch ISD enacted, correct, was that, effective February 2017, a process was implemented for electronic transfer of assignments between home schools and DAEP.  So Spring Branch ISD did take steps to address that issue, correct?

A   I don't think that's correct.  I think they implemented a policy of doing it, but taking steps, that will be too -- too -- that wouldn't be accurate.  For example -- let me give you an example.

     At Memorial High School, all of the kids had, at that time, a tablet, you know -- a tablet that they could take home, and they can do their assignments.  At DAEP, they had a tablet, but they could not take the tablet home.  They could only have the tablet there.

     So -- and as far as the electronic transfer of assignments, that wasn't done very well at all, particularly with regard to some of the schools on the north shore.  It happened, to some extent, in Max's case only because my wife and I went to the school, and the counselor, on an individualized basis, helped to

*Mr. Henry Recross of Roy Rodney, Jr.*

1   make sure that it was being transferred to Max, and where it

2   wasn't, we used a copy machine and brought it to him.

10:55:10   3      But that's because we had that ability to do it, and that's

4   how CARE came about, because I couldn't just do it for Max and

5   see all of these kids in -- in that situation.  And that's --

6   that's -- that led to this report.

10:55:27   7   **Q**   Very briefly, because we need to move on --

10:55:29   8   **A**   Sure.

10:55:29   9   **Q**   -- there was one other issue that you raised during your

10   redirect testimony, and that was about the district addressing

11   the issue of who gets referred to DAEP.  And back on that same

12   page number 30, the district took the following steps:  It --

13   the second bullet point is more specific, but a student can no

14   longer be referred to DAEP for a Level 1 infraction.

10:55:56  15      Next, the campus is expected to develop intervention

16   supports and involve parents in the process.

10:56:01  17      And then, last, administrators are expected to consider

18   mitigating factors regardless of whether the action is a

19   mandatory or discretionary placement in DAEP.

10:56:11  20      And these are reforms that your organization put as

21   positive reforms in its report, correct?

10:56:19  22   **A**   No.  These are responses of the SBSID [sic] to the

23   criticisms and the suggestions of CARE, but not in every case,

24   and I will say probably, in -- in looking at this, in many cases

25   these initiatives weren't carried out.

*Mr. Scott Direct of David Lopez*

10:56:41  1  Q   All right.

10:56:42  2         MR. HENRY:  I'll pass the witness.  Thank you.

10:56:44  3         THE WITNESS:  Okay.

10:56:45  4         MR. SCOTT:  Your Honor, I don't know that I'm allowed

         5  another one, but I do need to apologize to Mr. Rodney for

         6  continuing calling him Mr. Roy.  I have two last names too.

10:56:54  7         THE WITNESS:  I know it's a Southern thing.  Thank

         8  you.

10:56:55  9         THE COURT:  Thank you.  You're excused.

10:56:57 10         THE WITNESS:  Thank you, Judge.  Nice to see you.

10:56:59 11         THE COURT:  You may call your next witness.

10:57:01 12         MR. SCOTT:  Your Honor, plaintiff calls David Lopez.

10:57:03 13         THE COURT:  Please come around and be sworn.

10:57:03 14         Please raise your right hand.

10:57:24 15     (Witness sworn.)

10:57:27 16         THE COURT:  Please be seated.

10:57:32 17         You may proceed.

10:57:33 18         MR. SCOTT:  Thank you, Your Honor.  I'm a little

         19  disorganized here.  It'll take me one minute.

10:57:37 20             DAVID LOPEZ, DULY SWORN, TESTIFIED:

10:57:37 21                    DIRECT EXAMINATION

10:57:55 22  BY MR. SCOTT:

10:57:55 23  Q   Would you please introduce yourself --

10:57:55 24         THE REPORTER:  I'm sorry.

10:58:00 25         MR. SCOTT:  I'm sorry.  I pulled it away.

*Mr. Scott Direct of David Lopez*

BY MR. SCOTT:

10:58:01 1

10:58:01 2  Q    Would you please introduce yourself to Judge Lake by telling

3  him your name, where you live, and something about your family

4  and growing up.

10:58:10 5  A    Sure.  My name is David Lopez.  I live at 9521 Kerrwood Lane

6  in the Campbell Woods neighborhood in Spring Branch in Houston,

7  Texas.  I'm originally from Miami, Florida, and went to

8  Miami-Dade County public schools; graduated high school from

9  Lincoln Park Academy in Fort Pierce, Florida, in 2012; and I

10  went to the University of Florida, graduated in 2015.

10:58:36 11  Q    Would you tell the Court something about your parents?

10:58:39 12  A    Yeah.  My father is a immigrant -- both are

13  Colombian-American immigrants.  They -- my father immigrated in

14  the '80s; started his own carpet cleaning and -- business;

15  didn't graduate college.  My mother was my -- was the first in

16  her family to graduate from college and was a probation officer

17  for the state of Florida.

10:59:00 18  Q    Is 9521 Kerrwood Lane, where you live, in the Spring Branch

19  Independent School District?

10:59:06 20  A    It is.

10:59:06 21  Q    Is it north or south of Interstate 10?

10:59:09 22  A    North.

10:59:11 23  Q    Let's move to your work career, if we can.

10:59:13 24       After you graduated from college, what was your first job?

10:59:17 25  A    My first job was -- well, I moved to Houston in 2015 as a --

*Mr. Scott Direct of David Lopez*

1  2015 Houston Teach for America Corp member, and I was placed --

2  TFA placed me at YES Prep Northbrook Middle School to teach

3  eighth grade English.

10:59:38  4  **Q**   And TFA is Teach for America, that program, correct?

10:59:42  5  **A**   Correct.

10:59:42  6  **Q**   Is that your first involvement with SBISD, in 2015 when you

7  started teaching eighth grade English at YES Prep?

10:59:48  8  **A**   Yes, that was.  And to clarify, YES Prep Northbrook Middle

9  School is a partnership campus -- or was a partnership campus

10  with Spring Branch ISD.

10:59:59  11  **Q**   How long did you teach at Northbrook?

11:00:02  12  **A**   So I taught eighth grade English for three years, and then I

13  moved up -- that third year, I moved up with my eighth graders

14  to them teach ninth grade English at YES Prep Northbrook High

15  School.  So four years total.

11:00:14  16  **Q**   Did you have any administrative positions in the

17  Spring Branch Independent School District?

11:00:20  18  **A**   Well, I was a dean of students for three years for YES Prep

19  Northbrook High School and a director of campus operations for

20  one year, up until this past summer, July 2023.

11:00:34  21  **Q**   And so what have you done since July of 2023?  What's your

22  job now?

11:00:39  23  **A**   Last summer I transitioned to work for Leadership for

24  Educational Equity.  It's a national civic engagement nonprofit,

25  and I am a civic engagement coach.

*Mr. Scott Direct of David Lopez*

11:00:48 1    **Q**    Would you tell the -- I confess I was not aware of what a

2    civic engagement coach does.

11:00:52 3        Would you tell the judge what -- what you do as a civic

4    engagement coach?

11:00:57 5    **A**    Sure.  So, generally, I -- Leadership for Educational

6    Equity, the nonprofit I work for, has over 60,000 members across

7    the country, a majority of which are Teach for America alumni,

8    and I coach members in California, Nevada, Arizona, and Colorado

9    around getting involved civically.  And that can mean running

10    for office, that can mean organizing in their community around

11    an issue that they're passionate about, or it could mean moving

12    into a career in policy, advocacy, or organizing.

11:01:31 13    **Q**    Can you tell the Court a little bit about how you -- I'm

14    going to call it LEE, L-E-E, but that's Leadership for

15    Educational Equity.  What is that group's goal, purpose,

16    mission?

11:01:44 17    **A**    Yeah.  The mission of LEE -- and that's correct.  We -- the

18    name is long.  So LEE is -- started off as a nonprofit to

19    address the -- the realities that the power in elected

20    leadership, power in policy leadership, and power in organizing

21    advocacy leadership across the country has deep impacts in how

22    education is carried out in the -- in this country.

11:02:12 23        So we specifically address making sure that we have leaders

24    that are equity minded and -- and understand and have

25    experiences that matter in positions of power across the country

*Mr. Scott Direct of David Lopez*

1   when it comes to addressing educational inequities.

11:02:28 2   **Q**   Are you familiar with an organization called Somos,

3   S-O-M-O-S, Spring Branch?

11:02:33 4   **A**   Yes.

11:02:34 5   **Q**   What is it?

11:02:35 6   **A**   Somos Spring Branch is a nonprofit organization.  We

7   incorporated in January of this year, but we've been around,

8   loosely, as a group since 2019.

11:02:46 9   **Q**   How are you involved in Somos Spring Branch?

11:02:49 10  **A**   Well, recently was promoted to executive director, but

11  really, since 2019, I've been an organizer for -- with Somos

12  Spring Branch and done a lot of advocacy in Spring Branch

13  around, mostly, the schools, but really any issue related to

14  social injustice, representation, and advancing Democratic

15  values.

11:03:15 16  **Q**   Based on your time teaching and being a dean of students at

17  Northbrook Middle School and High School, and the director of

18  campus operations, and living in this community for many years,

19  are you familiar with the social, ethnic, and economic

20  demographics of the students enrolled in those schools?

11:03:32 21  **A**   I am.

11:03:32 22  **Q**   The Court's heard this several times, and I'm not going to

23  spend a lot of time with it.

11:03:37 24      Is it fair to say that the north of the -- of I-10 is a

25  primarily or predominantly Hispanic area?

*Mr. Scott Direct of David Lopez*

11:03:47  1    **A**   Yes.

11:03:48  2    **Q**   And south of I-10 is predominantly an Anglo area?

11:03:51  3    **A**   Yes.

11:03:52  4    **Q**   And the economic demographics are such that south is

5    wealthier and north is less wealthy?

11:04:00  6    **A**   Yes.

11:04:11  7    **Q**   At some point in time, did you decide to run for the

8    Spring Branch Independent School District?

11:04:16  9    **A**   Yes.  I decided --

11:04:17  10   **Q**   Board of trustees, sorry.

11:04:19  11   **A**   Yes.  I decided to run for Spring Branch ISD Position --

12   Spring Branch ISD Board of Trustee Position 4 in 2019 -- in the

13   2019 election.

11:04:30  14   **Q**   Why?

11:04:32  15   **A**   So at that point I had been teaching for four years.  I was

16   in a unique position that I was employed by YES Prep Public

17   Schools but taught and was an -- well, I taught inside of a

18   North- -- of Northbrook Middle School and Northbrook High School

19   and was able to see the realities of how students were treated

20   and are -- and the resources that were available for students.

11:04:56  21       And I also understood that my reality as a teacher, the

22   realities of the families that I taught, of the students that I

23   taught, that I got to know them for the -- over those four

24   years, there was -- there was a systemic nature for their --

25   for -- around how they were approaching education and their --

*Mr. Scott Direct of David Lopez*

1    and, ultimately, their performance in the classroom.

2    11:05:24        I was also inspired through a program that I did with LEE

3    where I Googled the composition of the Spring Branch ISD Board

4    of Trustees and saw that there was no representation

5    economically, racially, and lived-experience-wise for my

6    students that I was teaching in the classroom every day.  So I

7    was inspired to be that leader for them.

8    11:05:55        **MR. SCOTT:**  Can we -- Richard, can we put up

9    Plaintiff's 53?

10   11:06:03  **BY MR. SCOTT:**

11   11:06:04  **Q**   It should be on the monitor in front of you there,

12   Mr. Lopez.  Can you identify that document?

13   11:06:10  **A**   Yeah.  This is an e-mail that I sent to Houston Public Media

14   in April of 2019 during my campaign.  Essentially, I tried to

15   lay out the -- the -- my reality of the campaign, that all seven

16   board members were white, high net worth individuals, that the

17   majority of the students in Spring Branch ISD was Latinx, were

18   economically disadvantaged, and some were undocumented as well,

19   and that none of those board -- members of the board of trustees

20   had ties to the communities north of I-10.

21   11:06:43        And I was just trying -- I was trying to get their coverage

22   around the election.

23   11:06:49  **Q**   And you mention in this e-mail at-large structure of boards

24   leads to disenfranchised population in district.  What did you

25   mean by that?

*Mr. Scott Direct of David Lopez*

11:07:03  1   A   So the -- the at-large structure of the board had clearly

2   had an impact on the representation of minority families,

3   students because there had never been a person of color elected

4   to the Spring Branch ISD Board of Trustees at this time, and the

5   demographics of the district I was trying to make clear to

6   Houston Public Media here was disproportionately students of

7   color and, at that point, English language learners -- or, now,

8   emergent bilinguals -- and that those students did not have, in

9   my opinion, the right representation in the governance of the

10   district.

11:07:45 11   Q   So that it's clear, this e-mail was not sent to anybody at

12   the Spring Branch Independent School District, correct?

11:07:52 13   A   It was not.

11:07:53 14   Q   What -- and so why were you sending it to this Houston media

15   group?

11:07:57 16   A   Well, at that point I hadn't seen any coverage of this --

17   what I thought was a major equity issue around the -- the

18   governance system of a major school district in Houston, and I

19   was running -- at that point I was the second Latino candidate

20   in -- in -- in recent history to run, and I wanted to make -- I

21   was attempting to make sure that the public knew and understood

22   how the system was affecting representation in the district.

11:08:31 23   Q   Thank you.

11:08:32 24         MR. SCOTT:  Richard, can we go to Plaintiff's 58?

11:08:34 25         You might be able to blow that up a little bit.

*Mr. Scott Direct of David Lopez*

BY MR. SCOTT:

11:08:39  1

11:08:39  2    **Q**    Can you identify Plaintiff's Exhibit 58 for the Court?

11:08:43  3    **A**    This is an opening statement that I typed up in preparation

4    for the Spring Branch Council of PTAs' Spring Branch ISD Board

5    of Trustees' forum in 2019.

11:08:57  6    **Q**    Was this an event at which you were going to speak or make

7    some presentation?

11:09:00  8    **A**    Yeah.  It was a forum that me and J. Carter Breed, my

9    opponent, were invited to.

11:09:07 10    **Q**    Does Plaintiff's Exhibit 58 also provide some of the reasons

11    you decided to run for SBISD?

11:09:13 12    **A**    Yes.  Specifically in this opening statement, I talk about

13    how the experience of my parents would have gone in vain if I

14    didn't work as hard as they did in school and in my job, and

15    also, for me, it was about having role models like I did.

11:09:32 16        And I -- and part of that is role models in the civic world

17    for students, and they had none in Spring Branch ISD that looked

18    like them, and, you know, it is known that when students of

19    color or children of color see themselves specifically racially,

20    they have -- there's a -- an additional impact to their ability

21    to really see themselves and be -- being -- understand that they

22    have a future that they can work towards.

11:10:05 23        So I was trying to address that in my opening statement and

24    show that my mom worked very hard to -- as her -- as the first

25    in her family to graduate from college; my dad started his

*Mr. Scott Direct of David Lopez*

1    work -- his own small business while undocumented, and in this

2    country it's hard to do that, but it's also -- in this country,

3    we have the opportunities to -- clearly, as my dad did, to

4    succeed.

11:10:33  5         MR. SCOTT:  Can we go to Plaintiff's Exhibit 59?

11:10:37  6    BY MR. SCOTT:

11:10:38  7    Q    Can you read that on the screen there?

11:10:40  8    A    Yes.

11:10:41  9    Q    Can you identify it for the Court?

11:10:43 10    A    So this is a document that I also prepared for this forum

11    that we just talked about, just some talking points that I

12    created.

11:10:55 13    Q    One of the things -- and Richard has it on the screen here.

14    It has some talking points with regard to ACT and SAT scores.

11:11:07 15         What was the point of this particular slide?

11:11:13 16    A    So for me, I -- the district and schools in general,

17    obviously STAAR is a very prominent data point, and college

18    readiness, for me, was also an important aspect to -- that I

19    wanted to talk about in the forum.  And here these are college

20    readiness scores based on the overall performance of high school

21    students taking the ACT and the SAT from 2017 to 2018, and it

22    shows what I was trying to communicate is a very large disparity

23    between college readiness at Northbrook High School and Spring

24    Woods High School that hover around -- from 30 to 50 percent

25    college ready as opposed to Stratford High School and Memorial

*Mr. Scott Direct of David Lopez*

1    High School that hover from 76 to 88 percent college ready.

11:12:04 2    **Q**    And not to beat a dead horse, but Northbrook and Spring

3    Woods are north of I-10; Stratford and Memorial are south of

4    I-10, correct?

11:12:14 5    **A**    Correct.

11:12:16 6          **MR. SCOTT:**  Let's go to Plaintiff's Exhibit 60.

11:12:22 7          You may need to blow the top of it up a little bit,

8    Richard.

11:12:25 9    **BY MR. SCOTT:**

11:12:26 10   **Q**    Can you identify Plaintiff's Exhibit 60 for the Court?

11:12:28 11   **A**    This is a social media post that I drafted during the

12   campaign around the same statistics related to college

13   readiness.  I think I was possibly responding to a Memorial High

14   School and Westchester Academy of choice making the top 100 high

15   schools in the state, which was great, and I wanted to highlight

16   that there was still a lot of work to do, which was the reason I

17   was running, around schools that did not have the -- that were

18   far from being top 100 in the state and -- and highlight that

19   there were some data to back that up.

11:13:05 20   **Q**    Let's go to Plaintiff's Exhibit 52.

11:13:12 21       Can you identify Exhibit 52 for the Court?

11:13:14 22   **A**    This is a copy of my campaign literature for my 2019

23   campaign.

11:13:18 24   **Q**    And one of the things it mentions is -- it refers to early

25   voting.  In fact, there's a fairly large part of it that deals

*Mr. Scott Direct of David Lopez*

1    with early voting locations.  Why did you include that in your

2    campaign flyer?

11:13:34 3    **A**    Well, I, one, wanted to make sure it was clear to all of the

4    voters where the locations for early voting was.  Second, early

5    voting is a very important part of -- early voting turnout is a

6    very important part of campaigns in general, but especially in

7    Spring Branch.

11:13:52 8            **MR. SCOTT:**  And, Your Honor, I'm not going to go into

9    it because other witnesses will, but we would point to the Court

10    that Plaintiff's Exhibits 110 and 120, which are in evidence,

11    reflect the importance of early voting to the ultimate result.

11:14:05 12            **THE COURT:**  All right.  Thank you.

11:14:06 13    **BY MR. SCOTT:**

11:14:06 14    **Q**    Now, let's go to Plaintiff's Exhibit 126.  This will be

15    election results from the 2019 election, and these are pie

16    charts that were sourced on information from Dr. Robert Stein's

17    report.

11:14:26 18        The -- have you seen this document before?

11:14:33 19    **A**    I have.

11:14:34 20    **Q**    And can you tell the Court what it -- I think it's fairly

21    apparent, but what does it reflect?

11:14:39 22    **A**    To me, it reflects that a larger share of the

23    Hispanic -- well, 98 percent of the Hispanic vote percentage,

24    David Lopez won, which is me, and J. Carter Breed won 75 percent

25    of the white vote percentage, while I won 24 percent of the

*Mr. Scott Direct of David Lopez*

1    white voter percentage.

11:14:58 2    **Q**    And, ultimately, did you win this election?

11:15:00 3    **A**    I did not.

11:15:01 4    **Q**    And that's with 98 percent of the Hispanic voters preferring

5    you and, if this information is correct, almost 25 percent of

6    the white voters preferring you, correct?

11:15:14 7    **A**    Correct.

11:15:14 8    **Q**    Let's go to -- let me ask this:  Are Dr. Stein's findings

9    consistent with your observations with regard to voter

10    preferences, that is, Hispanic voter preferences have not won?

11:15:29 11    **A**    Absolutely.  I -- in my canvassing and in my work as a

12    candidate in both elections and over the past nine years in

13    Spring Branch and in organizing and advocacy, Latino voters in

14    Spring Branch want representation on the board specifically --

15    not necessarily only Latino representation, but they do prefer

16    it -- but there was also a -- they want someone from their side

17    of the community, as well, and those were the conversations I

18    was having with the white voters as well.

11:16:00 19        There were some that want- -- that wanted representation.

11:16:03 20        **THE COURT:**  We're going to take a recess until 11:30.

11:16:06 21    *(Recess taken from 11:16 a.m. to 11:29 a.m.)*

11:29:45 22        **THE COURT:**  The witness should return to the witness

23    stand.  You may conclude your direct examination.

11:29:51 24        **MR. SCOTT:**  Yes, Your Honor.  Thank you.

11:30:04 25        And, Your Honor, I didn't tell the Court this at the

*Mr. Scott Direct of David Lopez*

1    beginning as I intended to, but Mr. Lopez is dealing with

2    Senate -- with Senate factors three, five, and six, and probably

3    the additional factor that we mentioned earlier regarding

4    responsiveness.

11:30:24  5         Richard, can I get Plaintiff's 131?

11:30:29  6    **BY MR. SCOTT:**

11:30:30  7    **Q**   Mr. Lopez, we've talked about the 2019 election in which you

8    ran against Carter Breed.  Did you run again?

11:30:39  9    **A**   I did.  I ran a second time, last year in 2023.

11:30:42 10    **Q**   And we're not going to spend any time with this, but

11    Plaintiff's Exhibit 131 shows the same information for 2023 that

12    we had for 2019 with regard to the Hispanic preference and the

13    percentage of the vote that you got in which you were the

14    preferred candidate in both the Hispanic community and the white

15    community, correct?

11:31:10 16    **A**   Correct.

11:31:13 17    **Q**   Let's turn to Plaintiff's 53.

11:31:23 18         **THE COURT:**  I believe we've covered that.

11:31:27 19         **MR. SCOTT:**  I think this may be a -- oh, we did cover

20    it, Your Honor.  I apologize.  My reading is off, Your Honor.

21    It's 57.

11:31:46 22    **BY MR. SCOTT:**

11:31:46 23    **Q**   Yeah.  Can you tell the Court -- can you identify it and, if

24    so, tell the Court what this exhibit is, 57?

11:31:52 25    **A**   This is the text of a social media post that I posted at the

*Mr. Scott Direct of David Lopez*

1    end of the 2019 election where I congratulated J. Carter Breed

2    on his win and summarized my experience.

11:32:05  3    **Q**    And what was the purpose, from your perspective, to send

4    this -- put this -- post this on social media?

11:32:12  5    **A**    Well, one, to congratulate J. Carter Breed on his win, to

6    thank my volunteers and the -- and the voters of Spring Branch

7    ISD for their engagement in the election, those that did engage,

8    and then to list out what I think was the -- the path forward

9    for a more equitable district.

11:32:33  10         **MR. SCOTT:**    And can we scroll down a little bit on

11    this one, Richard?

11:32:36  12         Yeah.   If you -- "Here's what I strongly believe," is

13    what I wanted to start with.

11:32:45  14    **BY MR. SCOTT:**

11:32:45  15    **Q**    You say it would be a good thing for all of SBISD -- and I'm

16    not going to read the whole thing out to you, but what was the

17    purpose here of talking about what -- what kind of candidate

18    would be a good thing for SBISD?

11:33:02  19    **A**    Well, here I was talking about the electoral system.   I

20    compare it to differentiation in the classroom.   As a teacher,

21    you -- it's not an all -- one-size-fits-all approach, and I

22    found, as a candidate, that that was the same approach that I

23    think that, as a governance system, Spring Branch should take.

24    And the point of -- in teaching, if you will, in the classroom

25    you differentiate because, especially when you have a diverse

*Mr. Scott Direct of David Lopez*

1    student body in the classroom, to meet the needs -- to meet the

2    diverse needs of students.

11:33:40  3    There is a parallel in governance.  Single-member districts

4    would allow the diverse needs of the district to come out in

5    governance and discussions in board meetings and in the

6    responsibilities of the board.  So that was the point that I was

7    making in the first one.

11:33:55  8  **Q**    You also say, "Turn-out in our school district election is

9    abysmal and embarrassing."

11:34:01 10    What -- what things, in your view, having campaigned -- I

11    assume you went door to door in your campaigns.  Is that true?

11:34:11 12  **A**    Yes.

11:34:11 13  **Q**    North and south side?

11:34:12 14  **A**    Yes.

11:34:13 15  **Q**    What things did you learn then and do you believe are the

16    cause of the low voter turnout?

11:34:23 17  **A**    Well, it depends on the -- on -- in the -- by precinct.  It

18    depends on the side of the highway, really, but especially for

19    the precincts around my home on the north side, a lot of -- in

20    this election, the 2019 election, for me, my nearest early

21    voting location was over -- over three, four miles away from me

22    at Holy Cross Lutheran Church, and that was one of the main

23    issues in my 2019 election around turnout.

11:35:01 24    There are also other factors, like transportation access to

25    polling locations, the timing of polling loc- -- of when you can

*Mr. Scott Direct of David Lopez*

1      vote --

11:35:11    2      Q    Why does that matter?

11:35:12    3      A    Well, for -- especially for working-class families and

4      Latino families in Spring Branch, but for any -- any family of

5      any race that is -- has a job or working-class family that can't

6      vote during those hours or can't make it to the poll, that is a

7      barrier to their constitutionally protected right to vote.

11:35:36    8      Q    Are these issues that were raised to you while you were

9      campaigning, knocking on doors trying to get people to vote for

10      you?

11:35:44    11      A    Absolutely.  I would hand a voter their nearest early voting

12      location card, and they -- one -- most of them wouldn't

13      recognize what -- Holy Cross Lutheran Church.  If I'm block

14      walking on the -- in Spring Shadows, that's way too far for them

15      to even know where that church is; and, two, they would say,

16      "What do you mean?  Where -- why can't I vote at this location,"

17      where they usually vote in the November election in this -- in

18      this election.

11:36:12    19         The other part was they didn't even know an election was

20      happening because of the May election calendar and that in

21      our -- in Spring Branch, the only election that ever happens in

22      May is really, if there's a bond election, the bond election,

23      but if there's not, it's just the one to three positions that

24      are in -- in Spring Branch.

11:36:34    25      Q    One other question from your door knocking as you

*Mr. Scott Direct of David Lopez*

1    campaigned:  Was -- was it ever expressed to you that --

2    something like, "Our candidate can't win," or people get

3    dispirited when their candidates -- preferred candidates can't

4    win?  Was that ever expressed to you?

11:36:55  5    A   1,000 percent.  I had to -- that was also a personal barrier

6    for me as a candidate, you know, psychologically, but most north

7    side voters -- some that had voted in the past in the

8    Spring Branch election said, "You have no chance," and it was

9    because of this systemic history of candidates that they

10   preferred losing election after election and them knowing that

11   me going against the money and the power that is entrenched in

12   the Memorial Villages and in the south side of I-10, and

13   candidates that run in the system, it is such an uphill battle

14   that they've seen that they have no faith in the elections

15   anymore.

11:37:37 16   Q   Let's turn to Plaintiff's Exhibit 77.

11:37:44 17       Mr. Lopez, can you identify Plaintiff's Exhibit 77?

11:37:49 18   A   This was an e-mail that Somos Spring Branch sent the board

19   of trustees -- the Spring Branch Board of Trustees in October of

20   2021 around requests related to the changes to the Spring Branch

21   electoral system and other policies relating to voting in the

22   district.

11:38:11 23   Q   And I think it was apparent, but the addressees were most,

24   if not all, of the Spring Branch trustees at that time, correct?

11:38:20 25   A   Correct.

*Mr. Scott Direct of David Lopez*

11:38:21  1  **Q**    Now let's go to the body of it.

11:38:26  2      One of the issues --

11:38:29  3          **MR. SCOTT:**  Let me scroll down a little bit here.

4  Richard, I think we're going to be on the next page.

11:38:38  5          One more, please.  There we go.

11:38:46  6  **BY MR. SCOTT:**

11:38:46  7  **Q**    So you make certain requests of the SBISD board in this.

11:38:50  8  **A**    It was a long e-mail, yes.

11:38:52  9  **Q**    And let me ask this:  Were you involved at all in preparing

10  this particular text for the e-mail?

11:39:02 11  **A**    The three organizers co-created this e-mail.

11:39:05 12  **Q**    And who were those people?

11:39:08 13  **A**    Patricia Cabrera, Diana Martinez Alexander, and me.

11:39:12 14  **Q**    All right.  What were the issues -- what were the requests

15  you made of SBISD?

11:39:20 16  **A**    Well, there are a lot, but in general, it is structural

17  changes to the election system specifically transitioning to

18  the -- a new single-member district system in compliance with

19  federal and state laws, and specifically that they -- that they

20  divide up Spring Branch ISD into seven separate geographic

21  single-member districts based on the current SBISD middle school

22  zoning or a hybrid model.

11:39:52 23      We were also requesting that a -- really, we used the law

24  to highlight how that process could -- could go -- could take --

25  take part.  We also -- further down, we talked about voting

*Mr. Scott Direct of David Lopez*

 1   access and specifically changing the election to a November

 2   election, that that will allow members across the entire

 3   district to engage better in the election because November

 4   elections, in the psyche of the country, is when elections

 5   happen.

11:40:27  6       We were also requesting that the Spring Branch ISD follow

 7   the state law around voter registration at the four high schools

 8   that we believe were not happening.

11:40:35  9   Q   Explain that, if you will.  And I think --

11:40:38 10            MR. SCOTT:  Your Honor, we won't be long with this.

11:40:41 11   BY MR. SCOTT:

11:40:41 12   Q   But I think the Court's heard about this.

11:40:43 13   A   Sure.

11:40:44 14   Q   What is the voter registration requirement for high schools

 15   in Texas?

11:40:47 16   A   That public schools have a responsibility -- public school

 17   principals, in the state of Texas, have a responsibility to

 18   facilitate voter registration regularly for their

 19   18-year-old-plus students in Spring Branch as well.

11:41:03 20   Q   And the only other question I have about this exhibit is:

 21   Did you make a special provision in your request for changing to

 22   a single-member district format with regard to the trustees that

 23   were still -- already on the current trustees, and would they

 24   just have to go away and start all over?  Did you make

 25   provisions for that?

*Mr. Scott Direct of David Lopez*

11:41:25  1          MR. SCOTT:  And scroll back up if you will.

11:41:28  2              A little more.

11:41:29  3  A    Yeah.  No, we made it clear that we believe that trustees

4  should be allowed to complete their three-year terms; that after

5  the system is implemented, that when their position is up for

6  election, that they re-run in those positions in the districts

7  that -- as -- that the single-member district allows.

11:41:49  8          MR. SCOTT:  Let's go to --

11:41:55  9  A    Can I add one more thing --

11:41:56 10  BY MR. SCOTT:

11:41:57 11  Q    Of course.

11:41:57 12  A    -- just on the election -- the early -- we also requested

13  early voting sites that were more accessible to north side

14  communities to -- to really address the importance of early

15  voting in Spring Branch ISD and the lack of access to early

16  voting locations at that time.

11:42:15 17  Q    Some of the barriers that you've discussed with the Court

18  this morning to Hispanic voting in the north side?

11:42:21 19  A    Yes.

11:42:31 20  Q    Are you aware of school closures in the fall of 2023?

11:42:37 21  A    Yes.

11:42:38 22  Q    And we don't need to spend any time with this.  The Court's

23  heard some of the details of it.

11:42:43 24      Is it fair to say that the school closures and programs in

25  2023 were all on the north side?

*Mr. Scott Direct of David Lopez*

11:42:51  1    **A**    Yes.  They disproportionately affected north side schools,

2    schools with heavily Latino populations and economically

3    disadvantaged students.

11:43:02  4    **Q**    Do you believe or contend that changing to a single-member

5    district format for Spring Branch trustees would advantage the

6    district and enable voters in the proposed District 1 to elect

7    the candidate of their preference?

11:43:26  8    **A**    I do.

11:43:41  9    **Q**    Do you have any opinion as to whether or not, if a

10    single-member district were formed as proposed, primarily in the

11    northeast corner, would a candidate -- could -- could or would a

12    candidate prevail who was the Hispanic preference in that

13    community?

11:44:00  14            **MR. HENRY:**  Objection, I think that calls for expert

15    testimony.

11:44:04  16            **THE COURT:**  Not necessarily.  Calls for an opinion

17    based upon his experience as a candidate and a member of the

18    ethnic group in question.  I'll allow it.  I'll give it the

19    weight I think it deserves.

11:44:15  20            You may answer the question.

11:44:17  21    **A**    Based on my canvas- -- my extensive canvassing of,

22    especially the precincts on the northeast side of the district,

23    yes, I do believe that a Latino candidate -- a

24    Hispanic-preferred candidate -- or the preferred candidate of

25    the voters in that district would prevail in the election.

*Mr. Henry Cross of David Lopez*

11:44:30  1    BY MR. SCOTT:

11:44:30  2    Q    Thank you, Mr. Lopez.

11:44:32  3              MR. SCOTT:   I pass the witness.

11:44:34  4              THE COURT:   All right.

11:44:34  5                          CROSS-EXAMINATION

11:44:38  6    BY MR. HENRY:

11:44:46  7    Q    Good morning -- for a few more minutes -- Mr. Lopez.

11:44:48  8         How are you?

11:44:49  9    A    Good morning.   Good.

11:44:50 10         How are you?

11:44:51 11    Q    Good.

11:44:53 12         Earlier, you testified about a group named Somos

         13    Spring Branch that you were involved in.

11:44:59 14         Did Somos Spring Branch ever submit to the SBISD Board of

         15    Trustees a petition under the Texas Education Code seeking to

         16    place the issue of single-member districts on the ballot for the

         17    voters to vote on?

11:45:13 18    A    No.

11:45:14 19    Q    Did Somos Spring Branch ever attempt to get the votes

         20    necessary -- sorry, the signatures necessary to make such a

         21    petition?

11:45:24 22    A    No.

11:45:26 23    Q    Earlier, you testified about college readiness and the

         24    ACT/SAT scores, factors that were inside of your talking points

         25    for a forum.

*Mr. Henry Cross of David Lopez*

11:45:35  1    Would you agree that many factors that are outside of the

2    district's control, such as income level, family size, parental

3    employment -- agree that those have an impact on college

4    readiness as well?

11:45:49  5   **A**   Absolutely.  Yeah.

11:45:50  6   **Q**   And in your experience as a teacher on the north side, were

7    a lot of your students new to the country?

11:46:01  8   **A**   A lot?  Not necessarily, no.

11:46:02  9   **Q**   Did you have many students who had limited English

10   proficiency?

11:46:08 11   **A**   According to the state of Texas, yes, they were -- I had a

12   good proportion of students that were labeled as English

13   language learners, yes.

11:46:17 14   **Q**   And into the high school years, still, students who were

15   English language learners?

11:46:22 16   **A**   Yes.

11:46:22 17   **Q**   Would you agree that it can be pretty difficult to get a

18   student who is an English language learner ready to go to

19   college if they're still an English language learner in the

20   tenth or eleventh grade?

11:46:33 21   **A**   Can you repeat the question?

11:46:34 22   **Q**   Sure.

11:46:35 23    If a student is, say, new to the United States, learning

24   English, and they're in the eleventh grade, they're almost able

25   to potentially graduate, would you agree that getting them

*Mr. Henry Cross of David Lopez*

1    college ready when their English proficiency is low is a

2    difficult task?

11:46:52  3    A    It is a challenge.  It adds a challenge for teachers to --

11:46:57  4    Q    But as a teacher and administrator in Spring Branch, you

5    worked very hard with those students to try to bring them up to

6    that level and, hopefully, get them proficient in English and

7    maybe even college ready by the time they were ready to

8    graduate?

11:47:08  9    A    Yes.

11:47:10  10   Q    In the 2015 election, you ran against Carter Breed, correct?

11:47:14  11   A    Yes.

11:47:14  12   Q    If we could --

11:47:17  13        MR. SCOTT:  I think it was 2019.

11:47:18  14        MR. HENRY:  Oh, I'm sorry.  I said the wrong year.

15   2019.

11:47:23  16   BY MR. HENRY:

11:47:23  17   Q    In 2019, you ran against Carter Breed.

11:47:30  18        MR. HENRY:  If you would, Richard, can you please put

19   up Exhibit -- Plaintiff's Exhibit 126?

11:47:37  20   BY MR. HENRY:

11:47:37  21   Q    By this graphic, it shows that, according to the expert's

22   data, Mr. Breed received 75 percent, approximately, of the white

23   vote, and you received just shy of about 25 percent or a quarter

24   of the white vote; is that correct?

11:47:54  25   A    Yes.

*Mr. Henry Cross of David Lopez*

```
11:47:55  1  Q   Okay.

11:47:57  2         MR. HENRY:   Could we please put up Plaintiff's

          3  Exhibit 57?

11:48:10  4  BY MR. HENRY:

11:48:10  5  Q   If you would please look at the second sentence on the

          6  screen, it says -- and these are your words.  It says: (As read)

          7  This election thankfully couldn't have contrasted our national

          8  politics more.  I don't think Hillary would have brought Donald

          9  a Subway sandwich for lunch on Election Day or vice versa.  I

         10  hope this -- sorry -- the board begins to have a real

         11  conversation about how to improve outcomes for all kids in our

         12  district, with extra care and attention to north side schools.

11:48:42 13      Would you agree that your national politics contrasted

         14  drastically with Carter Breed's national politics per your

         15  sentence in this outline?

11:48:52 16  A   I'm not aware of J. Carter's -- Breed's national politics.

11:48:56 17  Q   Okay.  Was this statement about the amicable nature of your

         18  campaign rather than about your differences in your political

         19  beliefs?

11:49:10 20  A   Yeah.  I was talking -- yeah.  I specifically made a

         21  comparison to -- to the national politics and the rhetoric and

         22  how, you know -- during that time --

11:49:21 23  Q   Seeing -- I'm sorry.  I didn't mean to cut you off.

11:49:24 24      So you believe that your race against Carter Breed, he

         25  treated you fairly and was polite to you during that time?
```

*Mr. Henry Cross of David Lopez*

11:49:30  1    A    Yes.

11:49:31  2              MR. HENRY:    If we could please look at Exhibit 129.

11:49:48  3              I'm sorry.   126, I think.

11:49:57  4              I may have written down the wrong exhibit.

11:49:59  5    BY MR. HENRY:

11:49:59  6    Q    Okay.  In -- I don't have the graphic up there, but are you

7    aware that when Lisa Alpe later ran against Carter Breed for

8    this trustee position, and she was successful, that Lisa Alpe

9    received a greater share of the white vote than did Carter

10   Breed?

11:50:23 11    A    I have -- no, I wasn't -- I'm not aware.

11:50:26 12    Q    So you haven't looked at the statistics on whether Carter

13   Breed was the candidate of choice for Hispanic voters in his

14   election against Lisa Alpe?

11:50:37 15    A    No.

11:50:38 16    Q    Okay.  Then I'll save those questions for when the expert

17   testifies about that.

11:50:44 18              MR. HENRY:    Okay.  If we could please put on the board

19   Defendants' Exhibit 12.

11:50:55 20    BY MR. HENRY:

11:50:55 21    Q    This is data from the 2023 election in which you ran against

22   Courtney Anderson.  She was your opponent that year, correct?

11:51:10 23    A    Yes.

11:51:10 24    Q    And if you would look, which candidate, you or Courtney

25   Anderson, prevailed in the Landrum precinct?

*Mr. Henry Cross of David Lopez*

11:51:21  1    **A**   Courtney Anderson.

11:51:22  2    **Q**   And which candidate, you or Courtney Anderson, prevailed in

3    the Northbrook precinct?

11:51:30  4    **A**   Courtney Anderson.

11:51:32  5    **Q**   And is the Northbrook precinct the precinct in which you

6    live?

11:51:36  7    **A**   No.

11:51:36  8    **Q**   Which precinct do you live in?

11:51:38  9    **A**   Spring Woods.

11:51:39 10    **Q**   Spring Woods.

11:51:41 11       So Courtney Anderson prevailed in Landrum and Northbrook.

11:51:44 12          **MR. HENRY:**  If we could please bring up Exhibit --

13    Defendants' Exhibit 3.

11:51:53 14          And if we could zoom in on Precinct No. 1.

11:51:58 15    **BY MR. HENRY:**

11:51:58 16    **Q**   And I'll represent to you, Mr. Lopez, that this is a drawing

17    of No. 1, the demonstrative district that plaintiff's expert has

18    drawn as a potential single-member district in this case.

11:52:15 19       Precinct No. 1 drawn by the expert looks to encompass

20    mostly Landrum and part of Northbrook, correct?

11:52:27 21    **A**   Yes.

11:52:29 22    **Q**   So the single-member district that plaintiff's expert has

23    drawn encompasses mostly territory from two precincts that you

24    did not carry or win in the 2023 election, correct?

11:52:49 25    **A**   Can you repeat the question?

*Mr. Henry Cross of David Lopez*

11:52:51 1   Q    Yes.

11:52:52 2        Plaintiff's expert has drawn proposed single-member

3   District No. 1 which encompasses mostly Landrum and part of

4   Northbrook precincts, and those are both precincts that you did

5   not carry, you did not win in the 2023 election, correct?

11:53:08 6   A    Yes.

11:53:09 7            MR. HENRY:   Okay.   If we could please put on the

8   screen Defendants' Exhibit 51.

11:53:14 9   BY MR. HENRY:

11:53:14 10  Q    Do you recognize this as a graphic that was posted on your

11  campaign Facebook page in 2023?

11:53:27 12  A    Yes.

11:53:28 13  Q    And it looks like an endorsement from a group called Moms

14  Demand Action; is that correct?

11:53:33 15  A    Correct.

11:53:34 16  Q    Is it correct that Moms Demand Action is an organization

17  that lobbies for increased gun control measures?

11:53:43 18  A    Yes.

11:53:44 19  Q    What does it mean to be the Gun Sense candidate on this

20  post?

11:53:50 21  A    It means that I filled out a candidate survey asking about

22  my opinion on the safety and security measures at schools

23  related to guns, and that I believe that guns shouldn't be in

24  schools.

11:54:13 25  Q    So by that statement, I take it you didn't support the

*Mr. Henry Cross of David Lopez*

1  state's movement to put armed marshals and police officers in

2  each school in Texas.

11:54:25  3  **A**   Not necessarily, no.

11:54:27  4  **Q**   To your knowledge, did your opponent gain an endorsement

5  from the Moms Demand Action group?

11:54:35  6  **A**   No.

11:54:37  7  **Q**   If we could please look at Defendants' Exhibit 52.

11:54:44  8      This is a post from Harris County Precinct 0407, Democrat.

11:54:50  9      During your campaign in 2023, did you receive the

10  endorsement of the Harris County Democrats?

11:54:56 11  **A**   No.

11:54:57 12  **Q**   You did not.

11:54:58 13      Were you aware that the Harris County Democrats

14  Precinct 0407 was posting in support of your campaign?

11:55:06 15  **A**   I found out after they posted it.

11:55:10 16  **Q**   If you would -- well, have you ever seen any post of the

17  Harris County Democrats supporting your opponent during that

18  election, Courtney Anderson?

11:55:21 19  **A**   No.

11:55:22 20          **MR. HENRY:**  If we could look at Exhibit 53.

11:55:24 21          And it's got very small type, but if we could blow up

22  in the third paragraph down.

11:55:39 23  **BY MR. HENRY:**

11:55:40 24  **Q**   This is another Internet post on a fundraising site.  It

25  says:  (As read) But David -- that's David Lopez -- is not just

*Mr. Henry Cross of David Lopez*

1  running to address the core issues that families care about.  He

2  is also deeply concerned about the rise of far-right fringe

3  candidates and outside groups infiltrating our school board with

4  a political agenda that is dangerous for our kids.  As board

5  members -- sorry.  As a board member, David will work tirelessly

6  to ensure that our schools remain free from divisive and harmful

7  political agendas.

11:56:13  8      Is it your belief that the SBISD School Board was

9  experiencing a rise of far-right fringe candidates for the

10  board?

11:56:26  11  A    The candidates that had been running at that time, yes,

12  their campaigns were extremely political.

11:56:36  13  Q    Is that diametrically opposed to your political beliefs?

11:56:41  14  A    Which -- what is?

11:56:43  15  Q    A far right-wing political agenda.

11:56:46  16  A    I am not a far right-wing political person, no.

11:56:50  17  Q    If we could look at Exhibit 54.

11:56:56  18      Do you recognize this as a social media post endorsing your

19  candidacy for SBISD trustee by the Texas Blue Action Democrats?

11:57:08  20  A    The endorsement is from Safe Schools for All, which I

21  believe is a nonpartisan organization.

11:57:15  22  Q    Okay.  And it's the Texas Blue Action Democrats who posted

23  that endorsement?

11:57:18  24  A    Correct.

11:57:19  25  Q    Pictured next to you is a candidate, Becky Ardell Downs.

*Mr. Henry Cross of David Lopez*

1   Did she also run for trustee the same year, 2023, that you ran?

11:57:30  2   A   Yes.

11:57:30  3   Q   But not against you, correct?

11:57:33  4   A   No.

11:57:34  5   Q   Was Becky Downs successful in getting elected?

11:57:37  6   A   No.

11:57:39  7   Q   Just for the record, Becky Downs is Anglo, correct?

11:57:44  8   A   Yes.

11:57:45  9   Q   If we could look at Exhibit 55 -- Defendants' 55, this is a

10   post -- a social media post by you, and it says, "Last chance to

11   vote," and it's a graphic that pictures you next to Candidate

12   Becky Downs.

11:58:10  13      Did you support Becky Downs during her campaign?

11:58:16  14   A   Yeah.

11:58:19  15   Q   Did you vote for Ms. Downs?

11:58:23  16   A   Yes.

11:58:25  17   Q   Did you see yourself and Ms. Downs as running together, to

18   some extent, against the more right-wing candidates of Anderson

19   and Mahan?

11:58:35  20   A   We were collaborating on resources, yes.

11:58:39  21   Q   And, in fact, you participated in online forums together to

22   answer questions for voters, right?

11:58:49  23   A   I don't recall.

11:58:50  24   Q   If we could look at Exhibit 56, this is another post from

25   your social media page, and you've posted a graphic that I take

*Mr. Henry Cross of David Lopez*

1    it you didn't make, but you've posted it here.

11:59:02  2      It says, "Breaking News.  Far-right Extremist U.S. Senator

3    Endorses Courtney Anderson and Shannon Mahan," and it has a

4    picture of Ted Cruz next to it.

11:59:16  5      Was it your understanding that Ted Cruz endorsed your

6    opponents, Shannon Mahan -- sorry, endorsed your opponent,

7    Courtney Anderson, in the 2023 election?

11:59:28  8  A   Yes.

11:59:35  9  Q   And there's a statement in the blue box that says,

10   "Far-right groups nationally and across Texas continue their

11   efforts to influence this SBISD election."

11:59:44 12      Would you agree that far-right groups nationally and across

13   Texas were attempting to influence SBISD's elections for

14   political purposes?

11:59:58 15  A   Yes.

11:59:59 16  Q   Even though there's no party affiliations on the ballot for

17   SBISD elections, did your school board race essentially become a

18   partisan election?

12:00:08 19  A   My campaign wasn't, but the others were.

12:00:15 20  Q   If we could look at Exhibit 57, and we'll look at the second

21   page first, do you recognize this as a post from 2020, just

22   after you had run for trustee, urging community members to

23   contact the school board and urge the board to not reopen

24   schools for in-person education for the beginning of 2021-22

25   school year due to COVID?

*Mr. Henry Cross of David Lopez*

12:00:52  1   A    This was 15 months after the election, to be clear.  But,

2   yes.

12:00:58  3   Q    And the first page, was that a letter -- a form letter that

4   you were urging parents to send to the school board urging them

5   to not reopen schools yet?

12:01:07  6   A    Yes.  I had major equity issues related to COVID-19 and how

7   it was affecting my students of color.

12:01:15  8   Q    Is it your understanding that in 2021, Chris Earnest, who

9   was running for the board against Virginia Elizondo, was pushing

10   for in-person maskless education?

12:01:28 11   A    I don't remember his platform.

12:01:30 12   Q    Okay.  If we would look at Exhibit 59, do you recognize this

13   as an e-mail between you and a person named Rebecca Shulka [sic]

14   from April of 2019?

12:01:47 15   A    Yeah.

12:01:48 16   Q    And this was during your 2019 campaign, correct?

12:01:50 17   A    Yes.

12:01:51 18   Q    And is it correct that Ms. Shulka was, at the time, a

19   representative of a group called Swing TX Left, a Democratic

20   advocacy party?

12:02:02 21   A    I don't fully know the relationship between the Democratic

22   Party and the organization, but, yes, it looks like she was a

23   representative for that organization.

12:02:12 24   Q    How did Swing TX Left assist with your campaign, if at all?

12:02:18 25   A    I think Rebecca probably block walked with me, but I'm not

*Mr. Henry Cross of David Lopez*

1    sure.  I don't remember the extent to their involvement.

12:02:26  2    **Q**    If we could look at Defendants' Exhibit 60, please.

12:02:32  3        Do you recognize this --

12:02:33  4            **MR. HENRY:**  And we can zoom in to the top.  Thank you.

12:02:36  5    **BY MR. HENRY:**

12:02:36  6    **Q**    -- as an e-mail between you and a person named Marco

7    Orrantia of the Texas Democratic Party?

12:02:48  8    **A**    Yes.

12:02:49  9    **Q**    And if we could look at the bottom of this page, and I'll

10    look at the paragraph down there.  It says:  (As read) My name

11    is David Lopez and I'm a candidate for SBISD Board of Trustees

12    in Houston.  I'm reaching out for more information on Van and

13    how to gain access through the Texas Democratic Party.  You can

14    learn more about my race at this website.  Our current strategy

15    is to target Democratic primary voters to come out and vote.

16    The election is historically very low turnout, and we need a

17    solid block walk and phone banking list to ensure we use time as

18    efficiently as possible given the campaign is on May 5th.  Thank

19    you.

12:03:24 20        Would you agree with your statement in this e-mail that it

21    was your strategy -- strategy to target Democratic primary

22    voters?

12:03:35 23    **A**    In the e-mail, it does say that, yes.

12:03:37 24    **Q**    Is it correct that you believe that Democratic primary

25    voters would be more inclined to support your candidacy than

*Mr. Henry Cross of David Lopez*

1    Republican primary voters would?

12:03:48  2    **A**    More inclined?  Maybe.

12:03:54  3    **Q**    Earlier, you mentioned a person named Diana Alexander who

4    was involved in Somos Spring Branch with you; is that correct?

12:04:01  5    **A**    Yes.

12:04:02  6    **Q**    Is it correct that Diana Alexander ran for the Democratic

7    nomination in the race for U.S. House District 38?

12:04:09  8    **A**    Yes.

12:04:10  9    **Q**    And was it correct that Ms. Alexander was involved in

10    promoting your campaign for SBISD Trustee in 2023?

12:04:21 11    **A**    As a candidate?

12:04:23 12    **Q**    She assisted in promoting your campaign.

12:04:27 13    **A**    Yes.  She was involved as a volunteer.

12:04:30 14    **Q**    She hosted a candidates' forum for you and broadcast it on

15    the Internet; is that correct?

12:04:35 16    **A**    Yes.

12:04:36 17    **Q**    She endorsed you; is that correct?

12:04:38 18    **A**    Yeah.

12:04:39 19    **Q**    And she block walked for you, right?

12:04:41 20    **A**    Yes.  We have a strong relationship in our nonpartisan

21    organization, Somos Spring Branch.

12:04:49 22            **MR. HENRY:**  I'll pass the witness.

12:04:50 23            **THE COURT:**  Any redirect?

12:04:52 24            **MR. SCOTT:**  None, Your Honor.  Thank you.

12:04:54 25            **THE COURT:**  Plaintiff may call her next witness.

*Mr. Scott Direct of Noel Lezama*

12:04:56  1      **MR. SCOTT:**  Plaintiff calls Noel Lezama.

12:05:15  2      **THE COURT:**  Good afternoon, sir.  Please come around

3   and be sworn as a witness.

12:05:19  4          **THE WITNESS:**  Good afternoon, Judge.

12:05:20  5      **THE COURT:**  Please raise your right hand.

12:05:22  6      *(Witness sworn.)*

12:05:28  7      **THE COURT:**  Please be seated.

12:05:34  8      **THE WITNESS:**  Hello?  Testing.

12:05:39  9      **THE COURT:**  You may proceed.

12:05:40 10      **MR. SCOTT:**  Thank you, Your Honor.

12:05:41 11              **NOEL LEZAMA, DULY SWORN, TESTIFIED:**

12:05:41 12                      **DIRECT EXAMINATION**

12:05:45 13  **BY MR. SCOTT:**

12:05:51 14  **Q**   Please introduce yourself to the Court by stating your name

15   and address.

12:05:56 16  **A**   My name is Noel Lezama, and I live 9038 Colleen.

12:06:01 17  **Q**   Is 9038 Colleen Road in the Spring Branch Independent School

18   District?

12:06:08 19  **A**   Yes.  It's north of I-10.

12:06:15 20  **Q**   Would your home be in what we've called --

12:06:17 21          **MR. SCOTT:**  Let's put it up real quick, Plaintiff's

22   24.

12:06:21 23          Can you blow that up a little bit, Richard?

12:06:34 24  **BY MR. SCOTT:**

12:06:34 25  **Q**   Would your home be in what is marked as District 1 or Zone 1

*Mr. Scott Direct of Noel Lezama*

1    on Plaintiff's Exhibit 24?

12:06:42  2    **A**    Let's see.  That's Blalock.  I'm assuming that the next

3    street right below it is Kempwood.  I'm not sure where Hollister

4    is.  So it would be right there at the cusp of --

12:06:56  5        **THE COURT:**  Can you please pull the microphone to you?

12:06:58  6    **A**    It would be at the cusp of two or one.

12:07:03  7        **THE COURT:**  Thank you.

12:07:03  8    **A**    Actually, hold on.  I see Kempwood over here.  It would be

9    one.  It would be one.

12:07:07  10   **BY MR. SCOTT:**

12:07:07  11   **Q**    Mr. Lezama, would you tell the Court where you grew up,

12   where you went to school and -- up into college, and we'll start

13   again then.

12:07:16  14   **A**    Yeah, sure.  I was born in Managua, Nicaragua.  We

15   immigrated in 1988 and got to Houston in 1992.  I'm a proud

16   product of Spring Branch ISD; went to Spring Shadows Elementary,

17   which is a school that is currently closed right now; went to

18   Northbrook Middle School; went to Northbrook High School; and

19   graduated from the University of Houston.

12:07:38  20       In fact, my whole family's a product of Spring Branch ISD.

12:07:41  21   **Q**    Tell the Court a little bit about that.

12:07:44  22       Which of your family members, including your children, have

23   attended Spring Branch schools?

12:07:48  24   **A**    Yeah.  So my wife graduated from Northbrook High School,

25   went to Northbrook Middle, and she went to Edgewood Elementary;

*Mr. Scott Direct of Noel Lezama*

1  and my son went to Edgewood, he went to Northbrook Middle

2  School, YES Prep, went to Westchester Academy; and my little

3  one, he's -- he's at Cedar Brook right now.  He's in second

4  grade.

12:08:10 5  **Q**   Are all of those schools on the north side of I-10?

12:08:14 6  **A**   Yes, with the exception of Westchester Academy.

12:08:19 7  **Q**   Let's go to your employment history a little bit --

8  actually, tell the Court, if you will, what your degree was in,

9  in college, and then begin with your career from there.

12:08:28 10  **A**   Yeah, sure.  So graduated with psychology, a minor in bio;

11  for whatever strange reason, decided to go into entrepreneurial,

12  and so I have an insurance business; and I also do consulting

13  for commercial companies that have 50 to a thousand employees.

12:08:48 14  **Q**   Did you run for the -- at some point in time, did you run

15  for the Spring Branch Independent School District?

12:08:53 16  **A**   Yes.  It was in 2018.

12:08:56 17  **Q**   Who was your opponent in that election?

12:08:59 18  **A**   Minda Caesar.

12:09:02 19  **Q**   Let's go to Plaintiff's Exhibit 47.

12:09:13 20   Can you identify Plaintiff's Exhibit 47 for the Court?

12:09:17 21  **A**   Yeah.  It's -- it was my -- I guess my welcome letter,

22  right, letting the community know that I was going to be

23  running.  I was already pretty well-known and helping out.  I

24  was very involved with various different activities throughout

25  the neighborhood and also through -- through Spring Branch ISD.

*Mr. Scott Direct of Noel Lezama*

1    And so that's the way I announced myself, that I was going to be

2    running for this position.

12:09:44  3    Q    And the -- it's helpful -- Plaintiff's Exhibit 47 lists some

4    of your community activities --

12:09:49  5    A    Uh-huh.

12:09:50  6    Q    -- including Houston Livestock Show and Rodeo.  I think -- I

7    seem to remember Communities in Schools.  That may not be on

8    this one.

12:09:59  9        What -- what other community activities can you tell the

10    Court about in your experience?

12:10:08 11    A    Sure.  So I've been part of the campus improvement team; the

12    bond committee; been a mentor for kids at Spring Woods High

13    School; also volunteered with Communities in Schools; done

14    fundraisers; was the president of Northbrook Middle PTO, and --

15    yeah.  Done various different things.

12:10:39 16    Q    Let's turn to Plaintiff's Exhibit 25 -- actually, is this --

17    Richard blew it up for us.

12:10:48 18        Is this a pretty fair summary of the community activities

19    you've had, including some of the activities you've had related

20    to Spring Branch schools?

12:10:57 21    A    As far as year-to-date 2018, yes.  There's been other things

22    that I've done since then.

12:11:03 23    Q    Okay.  Let's go to Plaintiff's Exhibit 47.

12:11:16 24        **MR. RIENSTRA:**  This is 47.

12:11:17 25        **MR. SCOTT:**  Oh, I'm sorry.  Twenty-five.

*Mr. Scott Direct of Noel Lezama*

12:11:22  1          I'm sorry, 125.

12:11:28  2          There we go.

12:11:29  3   **BY MR. SCOTT:**

12:11:29  4   **Q**   Have you seen this exhibit before?

12:11:31  5   **A**   Yes.

12:11:32  6   **Q**   The Court has seen several exhibits like this, if not this

        7   one.

12:11:36  8   **A**   Uh-huh.

12:11:37  9   **Q**   This exhibit reflects that in the 20- --

12:11:42 10          **THE REPORTER:**  I'm sorry.

12:11:43 11          **MR. SCOTT:**  I'm sorry.  It's on me.

12:11:45 12   **BY MR. SCOTT:**

12:11:46 13   **Q**   In the 2019 election, you were the preference of 99 -- I'm

        14   sorry.  2018 election, you were the preference of 99 percent of

        15   the Hispanic voters and 35 -- I can't read it -- 35 percent of

        16   the Anglo or white voters.  Is that consistent with your

        17   recollection?

12:12:11 18   **A**   Yes.

12:12:13 19   **Q**   And did you win or lose this election?

12:12:15 20   **A**   So I won four of the schools that are north of I-10, and I

        21   lost three of the schools that are south of I-10.

12:12:24 22   **Q**   And that's notwithstanding the fact that you had almost

        23   100 percent of the Hispanic voter preference and a third of the

        24   white voter preference?

12:12:34 25   **A**   That's correct.

*Mr. Scott Direct of Noel Lezama*

12:12:35  1    Q    Why?  How can that happen?

12:12:37  2    A    Well, when you start thinking about -- and, you know,

3    other -- other witnesses have spoken, right?  There is --

4    there's not a lot of turnout in -- north of I-10, and in my

5    experience, when I went door knocking and speaking to other

6    voters, the sentiments was that we can never elect somebody from

7    north of I-10; that if you really wanted to win the election,

8    you really needed to campaign to those voters south of I-10.

12:13:13  9          And so I think, really, the 35 percent comes from those

10   advocates that lived south of I-10, and they really did a good

11   job of getting my name out; letting them know who I was; letting

12   them understand of why I was running.  In my race, I really

13   didn't talk about whether, hey, a Hispanic needed to be on the

14   school board.  I think it was already -- it was already said

15   without having to mention it.

12:13:41 16          For me, what it was -- most important was representation

17   from the entire 44 square miles of the school district, which

18   unfortunately, historically, hasn't been that way.  It's been

19   more of a very segregated one, two-mile radius of where the

20   majority of these board members live, and that doesn't make

21   them -- doesn't make them bad people, it just means that, hey,

22   they only know what they know.

12:14:05 23          And so when they're going to make decisions for the school

24   board or for the entire school district, it's very limited,

25   right, in regards to what ideas or notions they're bringing to

*Mr. Scott Direct of Noel Lezama*

1    the table.

12:14:16  2    **Q**    Were the comments that you've just made to the Court based,

3    in some part, upon the campaigning that you did and the

4    door-to-door canvassing of potential voters?

12:14:29  5    **A**    What was the question?

12:14:30  6    **Q**    Yeah.

12:14:30  7    The question is:  Were your comments based on information,

8    in part, that you gathered from canvassing voters in your

9    efforts to get elected?

12:14:39 10    **A**    Oh, yes, 100 percent.  Even when I was door knocking in the

11    south, right, you can tell the vast division or the questions

12    that were being asked.  In the north, it was mostly scholastic

13    like, "Hey, how are we going to make sure the kids are reading

14    and writing, getting back to where they need to be," because

15    there was a decline, and in the south it was mostly in regards

16    to our budget because we have budget constraints.

12:15:03 17    And so their question was, "Hey, how are you going to

18    prioritize our budget?  How are you going to make sure we're

19    keeping Austin responsible, right, for what our fair share is?"

20    So there was that -- definitely very drastic questions when I

21    was door knocking.

12:15:19 22    **MR. SCOTT:**    And, Your Honor, Mr. Lezama's testimony

23    will relate to Senate factors one, three, five, particularly

24    six, and -- and the additional factor regarding responsiveness.

12:15:34 25    **THE COURT:**    Thank you.

*Mr. Scott Direct of Noel Lezama*

**BY MR. SCOTT:**

**Q**   In connection with your campaign, were there ever any overt or subtle racial comments or communications made?

**A**   In the beginning, there was comments made that maybe I was going to run on the platform that, hey, we need a Hispanic on the board, and that I was going to make my campaign all about having a Hispanic on the board.  Other -- other suggestions were that could I keep confidential information to myself, and, you know, that one actually kind of made me chuckle because at that point I had my security license.  So I needed to be vetted all the way up to the FBI because of FINRA rules, and I don't think anybody else in the board -- maybe -- I don't know, maybe the attorneys do get vetted all the way up to the FBIs [sic] because there were so few attorneys on the board then.  So that was kind of interesting, that those type of comments were said.

So -- but there was nothing heavy, right?  It was all basically based on whether I was going to use the Hispanic card or whether I was -- whether my integrity was being questioned, right?  It was not till after the election where I started receiving racist letters through the mail, and, you know, that really impacted me because my son was the first one to open up that letter.  And at that moment, if I'm not mistaken, he was -- he was a sophomore or a junior in high school, and so that really upset me.

I really kept it to myself for -- for -- for quite a while

*Mr. Scott Direct of Noel Lezama*

1    until an advocate of my campaign brought it to Josef Klam, and

2    then I received a call from Reverend Klam at one point, and, you

3    know, he was disgusted.  He was like, "Hey, this is

4    unbelievable.  I don't want this to impact you.  I don't want

5    this to discourage you from ever running again," and the reality

6    is that, you know, I always think about those things, right?

12:17:45  7    I don't want my wife, my kids, my -- my seven-year-old now,

8    right, to ever get those type of messages anywhere.  And so...

12:17:57  9  Q    You've related to me a -- an event that occurred to you when

10   you were in elementary school in the Spring Branch School

11   District, and I'll ask you -- which relates to how you were

12   viewed as a Hispanic student by a teacher.  Would you relate

13   that event to the Court?

12:18:16  14  A    Yeah.  So I believe it was either in -- we had just -- we

15   had just moved to Houston, so it had to be, like, either '93 or

16   '94.  I would stay after school for the kids program.  It was,

17   like, some choir thing.  And during that time, a lot of teachers

18   were asking, for whatever reason, "Hey, what do your parents

19   do?"

12:18:38  20   My father's a physician.  He's a doctor, but when you

21   immigrate to the states, you have to redo all your exams.  So he

22   was going through that process.  And when it came to me and they

23   asked, you know, what does your father do, and I said -- told

24   them, "Hey, my father's a doctor," immediately that teacher

25   said, "Hey, it's not good to lie."

*Mr. Scott Direct of Noel Lezama*

12:18:57  1    Of course, I was -- well, maybe -- maybe I was taken a

2    little bit aback or maybe he didn't hear me, and I said, "No,

3    no.  My father's a doctor."

12:19:06  4    And I was very puzzled because then I went home that night,

5    and having the lioness of a mother that I have, I told her

6    exactly what happened.  And unbeknownst to me, the following day

7    she picks me up from Spring Shadows parking lot with the same

8    thing, same program after school, and I get in the car.  I'm

9    already in the backseat, and -- no.  Actually, I'm standing next

10    to the teacher, and she pulls out my father's diploma, and she

11    goes, "Hey, come here.  Listen here," in her broken English, and

12    then she just switched to Spanish -- because, if I recall, the

13    teacher spoke Spanish too.

12:19:45 14    And she said, "Don't you ever call my son a liar.  His

15    father is a doctor.  He's not a doctor here in the states yet,

16    but he's a full-blown doctor," and ever since then, you know,

17    things really did change.  Not drastically, but enough where you

18    can sense that both my brother and my little sister were always

19    treated a little bit different.

12:20:08 20    There was a care that meant that, hey, these parents,

21    right, are not afraid or not scared to, obviously, come up here

22    and make a ruckus.  And, you know, that's unfortunate because

23    when you start thinking about the community north of I-10, there

24    is a lot of immigrants, and the fear for a lot of immigrants,

25    whether they're legal here or not, is that they don't want to

*Mr. Scott Direct of Noel Lezama*

1    cause any trouble.

12:20:34  2        And I remember to this day my father always telling me --

3    and this is an educated person -- highly educated -- would

4    always tell me, "This is not our country.  You have to make sure

5    you mind your Ps and Qs and don't cause any trouble."  And even

6    though I felt sometimes there was a lot of injustice, that

7    always played in the back of my head because he would always

8    say, "You never know" -- and at that moment I wasn't a citizen

9    -- "when they can take your rights, and then they will deport

10   you back to Nicaragua."

12:21:01 11       And if you recall in the 1980s, there was a conflict in

12   Nicaragua with the Contras and the Sandinistas, and we were

13   fleeing because of that.  So my parents were petrified of us

14   being sent back as young kids.

12:21:14 15   Q   Let's go to Plaintiff's Exhibit 48.

12:21:22 16       And some of this may be difficult to read -- there we go.

12:21:26 17        **MR. SCOTT:**  Blow it up a little bit.

12:21:27 18   BY MR. SCOTT:

12:21:27 19   Q   Can you identify Plaintiff's Exhibit 48?

12:21:30 20   A   Yes, that's the -- one of the letters that I received in the

21   mail, and I -- I can't see the -- the photo, but, basically, it

22   said, "Beat Noel," "Noel's home is ghetto."  "He lost."  "Lez

23   homo," and, I guess, "Ha, ha, ha," and, "Sux."

12:21:54 24       And this was after the election, so I was really taken

25   aback by it because there was no need.  It was done, you know.

*Mr. Scott Direct of Noel Lezama*

1    She won.  She -- she -- she ran a good campaign, and she was

2    able to get people to come out and vote for her.

3    **Q**   And is Plaintiff's Exhibit 48 a true and correct copy of

4    information that was sent to you following the election in

5    2000- --

6    **A**   Yes.  It came through the post office.  It was stamped;

7    sealed.  It came through -- through the mail.

8    **Q**   Let's go to Plaintiff's Exhibit 49.

9          **MR. SCOTT:**  And, Richard, if you blow up, first -- the

10   top is just --

11   **BY MR. SCOTT:**

12   **Q**   Is this you forwarding some piece of information you

13   received?

14   **A**   Yes.

15   **Q**   Okay.  Let's go back to the actual photo here.

16    And can you explain to the Court how you got this piece of

17   information, when you got it, and --

18          **MR. SCOTT:**  And I don't think we need to read it out

19   loud, Your Honor.  It's -- the exhibit is what it is, and it's

20   more than (inaudible).

21          **THE REPORTER:**  I'm sorry.  More than...?

22          **MR. RIENSTRA:**  More than crass.

23   **A**   It came in the mail, and I believe this is the one that my

24   son opened up.

25   **BY MR. SCOTT:**

*Mr. Scott Direct of Noel Lezama*

12:23:17 1  **Q**   Did you view these as taunting?  How did you view this --

2  these --

12:23:23 3  **A**   Yeah.  I viewed it as taunting, and then, you know, as I

4  started talking and really, you know, it was Reverend Klam

5  where, at first, I was just like, man, like, I can't believe

6  this happened.  And, you know, he brought it to light and said,

7  "I don't want this, you know, discouraging you from running

8  again" and, quite frankly, I had not said anything, but it does

9  bother me, right?

12:23:54 10      Like, it -- it puts a weight on my wife.  She rethinks it.

11  Obviously, she's a professional as well, and she prefers to be

12  out of the crosshairs, but knowing how opinionated I am, she --

13  she knows that might be a tall order.

12:24:12 14      But the point is the -- it was effective.  It was effective

15  in regards to making me think twice about being able to run, at

16  least in my school district, because of who might retaliate, you

17  know, even though after the fact.

12:24:30 18  **Q**   Let's go to Plaintiff's Exhibit 46.

12:24:36 19      Now, we're not going to spend much time on this because

20  it's already been addressed by another witness.  Who is Nicole

21  Marino?

12:24:44 22  **A**   She's actually one of my neighbors.

12:24:47 23  **Q**   And did she send this -- these photographs and this

24  information to you in February of 2022?

12:24:53 25  **A**   She did.  She did.  She was very upset.  The -- the softball

*Mr. Scott Direct of Noel Lezama*

1  field was vandalized, and she feels even to this day, right,

2  that if this would have happened anywhere else in the school

3  district south of I-10, this would have been cleaned up

4  immediately whether it would have been by the school district

5  or, you know, any other means necessary.

6        And so she sent out this e-mail in hopes of others

7  advocating and being able to, hopefully, apply pressure to the

8  school district and, hopefully, get it cleaned up as soon as

9  possible.

10  Q    All right.  Did you agree with the opinions that Ms. Marino

11  had with regard to how quickly this sort of vandalism would have

12  been cleaned up on the south side as opposed to the north side?

13  A    Yes, partially.  Partially.  And here's why I say

14  "partially."  From one take, right, I think it was more of the

15  response that she got where the response was, "Well, we can't

16  take care of it right now, if you guys can take care of it."

17  That would have never been said anywhere else.

18  Q    All right.  That's included in her e-mail, and we don't need

19  to go back through that.

20        Let's go to...

21        Yeah.  The fall of 2023, were there school closures in the

22  fall of 2023?

23  A    That's correct.

24  Q    And can you give us the -- tell the Court briefly again --

25  he's heard this, so very briefly --

*Mr. Scott Direct of Noel Lezama*

12:26:42   1    **A**    Yeah.

12:26:42   2    **Q**    -- what schools and programs were closed, where they were --

12:26:45   3    **A**    Well, it was proposed and passed to close KIPP, which is

4    north of I-10; YES Prep Middle School; YES Prep High; Treasure

5    Forest, if I'm not mistaken, and all those schools impacted the

6    north very disproportionately.

12:27:07   7        When you start thinking about the students that went to

8    those schools, which actually was great because it actually

9    brought some resources, parents that were -- wanted to be in

10    those programs, no matter where they were in the district,

11    obviously, as long as they were able to get in, it brought a lot

12    of resources, and a lot of the parents would stay put.  They

13    would not try to either bus their kids to other schools that

14    they felt were deemed better than the ones that they were zoned

15    to.

12:27:32  16        And so when you take that away, you really disenfranchise

17    the community.  It removed a lot of intellectual equity from

18    parents that maybe were a little bit more involved because they

19    had the time and effort versus other parents that couldn't get

20    off of work in a timely manner, right, because they were maybe

21    working from 8:00 to 5:00, 8:00 to 7:00, 8:00 to 8:00, which

22    there are a lot of those working families in -- north of I-10.

12:28:00  23        It's not that they don't care about their kids, it's just

24    they've got to figure out, "Do I put food on the table, or do I

25    skip out, you know, these four hours that may be the difference

*Mr. Scott Direct of Noel Lezama*

1  between paying the mortgage or, you know, seeing my kid on

2  stage."

12:28:15 3  Q   We've talked about a couple of these instances.

12:28:18 4      Do you consider that there are disparities between how the

5  Spring Branch School District Trustees address issues on the

6  north and south side of I-10?

12:28:28 7  A   Yes.

12:28:30 8  Q   Can you -- other than the school closures and the Northbrook

9  vandalism, can you give the Court other examples?

12:28:39 10 A   Well, the most recent one, right, that I would look at would

11  be, for example, the fire.  There was a fire north of I-10 that

12  blasted almost ten days, and we were still getting -- we were

13  still getting notices, right, about bring the kids to school;

14  the -- the -- the air is safe, and, you know, there was ashes

15  everywhere.

12:29:02 16     And this is public information.  Everybody can look it up

17  and see how far those ashes were traveling.

12:29:09 18     And the reality is that, you know, the school board could

19  have, at that moment, made a decision or, at the very least,

20  gave a response and help that principal or that campus, right,

21  mitigate that problem or, at the very least, change what they

22  were currently doing, and I didn't see any of that, and my wife

23  was very involved in keeping up-to-date on all those notices.

24  So I don't think that would have happened somewhere else.

12:29:39 25 Q   Do you have awareness or information about the relative

*Mr. Scott Direct of Noel Lezama*

1    availability of family or parent resources, the difference -- or

2    disparity between the north and south side of I-10?

12:29:54 3    A    Yeah, it's no secret.  South of I-10 is a very affluent

4    community, which that's awesome, right?  They've earned it, they

5    worked their butt off, and their education has allowed them to

6    do that.  So when you start thinking about the PTAs or the

7    organizations that they have, they're very well funded.  So if

8    there is a shortage, they're able to capitalize on that and make

9    sure it doesn't interrupt their kids' education.

12:30:22 10        That doesn't happen north of I-10.  Unfortunately, those

11    resources are not there.  So when there is a challenge, right --

12    and I think there was a comment said about, hey, there's, you

13    know, a percentage of resources that is being sent more for

14    north of I-10.  Well, it's also identified that kids that are

15    learning a new language or that have immigrated, right, need

16    more resources than a child that is -- that was naturally born

17    here or that speaks the language.

12:30:51 18        So it's not a fair comparison to say that, hey, there's

19    more resources going there by default.  So, yeah, there are

20    those disparities in regards to resources that could be applied

21    from one side versus the other.

12:31:04 22            MR. SCOTT:  Can we see Plaintiff's Exhibit 24?

12:31:06 23            And I just have a couple of more questions.

12:31:08 24    BY MR. SCOTT:

12:31:08 25    Q    I think I showed you this just a little bit ago, and you

*Mr. Scott Direct of Noel Lezama*

1    have seen this before.

2         As preface to my question to you, though, you grew up and
12:31:20

3    live in this -- in District 1 -- what is marked as zone --

4    District 1, right?

12:31:30  5    **A**    Correct.

12:31:31  6    **Q**    You went to school there; you have children in school there,

7    correct?

12:31:34  8    **A**    I do.

12:31:34  9    **Q**    Are you familiar with the residential development and

10    population, the common characteristics in that area?

12:31:40  11    **A**    I do.

12:31:41  12    **Q**    Are you familiar with the schools in that area?

12:31:43  13    **A**    I do.

12:31:44  14    **Q**    Are you familiar with the community groups and the common

15    characteristics among those groups?

12:31:50  16    **A**    I am.

12:31:51  17    **Q**    Familiar with the racial and ethnic background of the

18    residents in that district?

12:31:55  19    **A**    Yes.

12:31:57  20    **Q**    In your view, does District 1 reflect an area with a

21    population with shared -- which is a shared community of

22    interest?

12:32:06  23    **A**    Yes, but I would like to add:  This is the proposed map,

24    right, in the event they were going to go single district?

25    Okay.  Perfect.  Because earlier, right -- this is a little bit

*Mr. Scott Direct of Noel Lezama*

1  misleading because this does not show the mapping of the current

2  setup.

12:32:22  3      And so when you start thinking about where these votes are

4  coming from and where they are actually casting the vote, it

5  really incorporates the majority of District 1 and District 7

6  and District 6.  And so that really makes an impact on who's

7  actually running.  So it's not as transparent.

12:32:43  8      So this -- if you're using this to say, hey, this is how

9  the future would look, candidacy would definitely change.  If

10  you're using it to compare what happened in the past, then it's

11  very misleading.

12:32:56  12  **Q**   Do you believe that the Spring Branch Independent School

13  District would benefit from having a single-member district that

14  encompassed -- whether it's exactly one or something like that,

15  that encompassed the -- this community of common interest we've

16  discussed?  Would that benefit Spring Branch School District?

12:33:17  17  **A**   100 percent.  I know we have a Hispanic on the board, and so

18  when you start thinking about somebody that resembles me, right,

19  immediately goes to their head, Oh, they have to have the same

20  commonalities.  That is not true.  That is far from true.

12:33:30  21      In fact, Nicole Marino, she's a white lady, and her and I

22  have more things in common with my Asian neighbor, my black

23  neighbor, which live within the same proximity of where we live,

24  than I would have with that board member.  So, yes, 100 percent.

12:33:47  25      You'll be able to bring up challenges that are happening

*Mr. Scott Direct of Noel Lezama*

1   within that area.  An example would be if -- if I recall, there

2   was a meeting where they were discussing whether, "Hey, should

3   we stop having buses within a mile radius or two-mile radius" --

4   I can't recall immediately what that radius was -- and some

5   parents that we know usually drive their kids to school or live

6   on the south were like, "Yeah, actually, that would be great,

7   you know, for exercise.  They can ride their bike."

12:34:17   8       But the reality is there's some parents that are going to

9   work at six in the morning, and so they rely on their kids being

10  able to get on that school bus at the very least from a security

11  standpoint even if it's a mile away.  And so that would have

12  never been brought up to light if that parent would have never

13  said anything, right?  And it's no fault of those parents.

14  That's their reality.  Our reality's completely different.

12:34:42   15       And so it's difficult, and that's why I always bring it

16  back that board members are not there for malicious intent, or

17  at least I hope not, right?  As a human being, you hope they're

18  not.  But the reality is you can only do as much as you can with

19  the information that you have in front of you.

12:34:56   20       And so when you are able to actually break it down to these

21  quadrants, then -- in hopes of being able to bring somebody from

22  1, 2, 3, 7, 4, 5, and 6 and say, "Hey, this is exactly what's

23  happening in my community," I can't imagine any other board

24  members that live in my district -- on this proposed district

25  that were impacted by a fire for ten days burning at the Kolbe

*Mr. Henry Cross of Noel Lezama*

1  Farms, and that is right behind Cedar Brook Elementary.

12:35:23  2  **Q**   Last question:  Do you believe that a -- it may not be the

3  last question, sorry.

12:35:30  4       Yeah.  It is the last question.

12:35:33  5       Do you believe that a Hispanic-preferred candidate like you

6  or someone like you, could win if District No. 1, Zone No. 1, a

7  plan that involved single-member districts with that being one

8  of the districts, that that Hispanic-preferred candidate could

9  win?

12:35:52  10  **A**   Hispanic or somebody that would resemble closer to my

11  socio-economic background, lifestyle, whatever the case would

12  be, yes, 100 percent.

12:36:08  13            **MR. SCOTT:**  Pass the witness.

12:36:08  14            **THE COURT:**  Okay.  We'll stand in recess till 1:30.

12:36:12  15       *(Lunch recess taken from 12:36 p.m. to 1:31 p.m.)*

13:31:30  16            **THE COURT:**  Good afternoon.  Be seated, please.

13:31:33  17            Cross-examination of Mr. Lezama.

13:31:35  18                     **CROSS-EXAMINATION**

13:31:37  19  **BY MR. HENRY:**

13:31:38  20  **Q**   Good afternoon, Mr. Lezama.

13:31:39  21  **A**   Good afternoon.

13:31:39  22  **Q**   Before lunch we saw a couple of exhibits, Exhibit 48 and 49

23  of the plaintiffs, that were some crass communications that you

24  received.

13:31:47  25       Do you know who sent these communications to you?

*Mr. Henry Cross of Noel Lezama*

13:31:50  1    **A**    I don't.

13:31:51  2    **Q**    Do you know their address?  Like, was there a return address

3    on the letters?

13:31:55  4    **A**    There wasn't.

13:31:56  5    **Q**    And do you know the race of the people who sent those

6    communications to you?

13:32:01  7    **A**    I don't.

13:32:04  8    **Q**    When you ran against Minda Caesar in 2018, by that time had

9    you participated in the Lead SBISD program?

13:32:17 10    **A**    I don't believe so.

13:32:17 11    **Q**    Did you then participate in that program after you had run?

13:32:21 12    **A**    Yes.

13:32:21 13    **Q**    Were you invited by someone at the district to be a part of

14    that program?

13:32:25 15    **A**    I was.

13:32:25 16    **Q**    Do you recall who that was?

13:32:30 17    **A**    Linda, if I'm not mistaken.  Linda.

13:32:33 18    **Q**    Okay.  Have you ever served on any bond committees for

19    SBISD?

13:32:38 20    **A**    I have.

13:32:39 21    **Q**    Can you tell me:  Was that the 2017 bond?

13:32:45 22    **A**    No.  It was...

13:32:52 23    **Q**    2007?

13:32:53 24    **A**    No, it was the 2017, if I'm not mistaken.  Yeah.

13:32:56 25    **Q**    Okay.  When you ran for trustee in 2017 -- I'm sorry, I said

*Mr. Henry Cross of Noel Lezama*

1  the wrong year.  No, that's the correct year.

13:33:05  2      When you ran against Minda Caesar in 2018 --

13:33:07  3  A  2018.

13:33:08  4  Q  -- did you have the endorsement of the Spring Branch

5  American Federation of Teachers union group?

13:33:14  6  A  I did.

13:33:15  7  Q  Could you please turn to Exhibit 66 -- Defendants' 66, which

8  we'll show on the board.

13:33:29  9      Is this a text message thread between you and a person

10  named Craig Adams?

13:33:33  11  A  Correct.

13:33:34  12  Q  Who is Craig Adams, and what is his relationship to the

13  Spring Branch AFT, or what was it at that time?

13:33:42  14  A  Right.  So if I recall, I think he was the president for the

15  Spring Branch American Federation of Teachers.

13:33:48  16  Q  And in green you ask, "Text me how your organization

17  endorsement should say on the website."

13:33:53  18      Did you publicize your endorsement by the AFT on your

19  website?

13:33:59  20  A  I did.

13:34:00  21  Q  Do you have any political party -- are you active in any

22  political party organizations?

13:34:07  23  A  During that time, no.

13:34:08  24  Q  How about now?

13:34:09  25  A  I'm looking forward to it.

*Mr. Henry Cross of Noel Lezama*

13:34:11  1  **Q**   And which political party?

13:34:13  2  **A**   Most likely Democrat.

13:34:15  3       **MR. HENRY:**  Can you please put on the screen

4  Exhibit 63?

13:34:19  5  **BY MR. HENRY:**

13:34:19  6  **Q**   The headline on this -- well, first, do you recognize this

7  as a post that you made to social media?

13:34:32  8  **A**   I did.

13:34:32  9  **Q**   And the headline says, "When School Boards Go Extreme,

10  Teachers Flee."

13:34:39 11       By, "When School Boards Go Extreme," do you mean

12  politically extreme?

13:34:45 13  **A**   Correct.

13:34:45 14  **Q**   And at the top of this post you say, "This is already

15  happening in SBISD."

13:34:49 16       Is it your contention that, in SBISD, the school board was

17  going politically extreme?

13:34:55 18  **A**   I didn't have to make that case.  The propaganda that was

19  being mailed out to homes on a weekly basis made that.

13:35:04 20  **Q**   Okay.  If you would please turn to Exhibit 64.

13:35:12 21       Do you recognize this as a text message thread between you

22  and a person named Ronald very close in time to -- around the

23  election between Virginia Elizondo and Chris Earnest?

13:35:31 24  **A**   Correct.  This was for the Virginia Elizondo and Chris

25  Earnest, uh-huh.

*Mr. Henry Cross of Noel Lezama*

13:35:33  1   **Q**   Do you see your text in blue there that says, "Dude made it

2   a political race"?

13:35:38  3   **A**   Yes.  At that time it was all about the issues of education,

4   and then the advertisement started coming out that, hey, if he

5   didn't get elected versus the other candidate, then,

6   unfortunately, right, that the school system was going to be

7   going down in shambles, or something along those lines.

13:35:56  8      So, yes.

13:35:59  9   **Q**   And was, in your opinion, Chris Earnest the politically

10   right-wing candidate in that race?

13:36:05 11   **A**   I don't know if he was politically right, but I do know that

12   the propaganda that was going out was echoing that.

13:36:12 13   **Q**   If you would please look at 65 -- Defendants' Exhibit 65.

13:36:19 14      And do you recognize this as a group text from your phone?

13:36:28 15   **A**   Yes.  Uh-huh.

13:36:29 16   **Q**   Okay.  And in green you say, "It's unfortunate, but a

17   nonpartisan race became a partisan race with these nonsense

18   people."

13:36:37 19   **A**   Correct.  That was the sentiment during that election.

13:36:41 20   **Q**   If you would, please, turn to Exhibit 67.

13:36:49 21      Is this a text message that you received during the

22   Earnest/Elizondo campaign advertising Chris Earnest as the

23   Harris County GOP candidate?

13:37:01 24   **A**   Yes.  I did get a message from them, I believe, that he had

25   been endorsed by them.  So it just made sense that they were

*Mr. Henry Cross of Noel Lezama*

1    going to be sending, on his behalf, messages of that nature to,

2    obviously, get people to come out to vote if they align with the

3    GOP.

13:37:17  4    **Q**    Are you aware that Virginia Elizondo may be the first

5    Hispanic person to ever run for a position as a school board

6    trustee at SBISD?

13:37:29  7    **A**    Was I aware of it?

13:37:31  8    **Q**    Yes.

13:37:33  9    **A**    No, I was not aware of it.

13:37:35  10   **Q**    And then Mr. Perez, who ran in 2022, is a Hispanic

11   gentleman, and he was actually elected to the board.  Are you

12   familiar with Mr. Perez?

13:37:45  13   **A**    I am.

13:37:47  14   **Q**    Did you support Mr. Perez's campaign?

13:37:49  15   **A**    I did not.

13:37:50  16   **Q**    Can you tell me why?

13:37:53  17   **A**    The propaganda and the views that were being sent out, and,

18   also, he did not live on my side of the district.  In fact, if I

19   recall during that race, every single one of the candidates was

20   a registered Republican, and so the sentiment was that, finally,

21   we were actually going to get somebody from our side of the

22   neighborhood that was going to represent us because,

23   historically, and even in my race, they made sure to say, "Hey,

24   make sure that, you know, you talk about being fiscally

25   responsible.  Make sure that you don't lean too progressive or

*Mr. Henry Cross of Noel Lezama*

1    liberal because, otherwise, you won't get voted in."

2        And so when we actually had registered Republicans, all

3    three candidates -- that was J. Carter Breed, that was Ed

4    Kaczenski, and David Slattery, we really thought we had a

5    chance, but they all got wiped out by the other candidates that

6    ran as a slate.

7    Q   And earlier you talked about your neighbor, Ms. Marino, and

8    it was your testimony that your neighbors and your neighborhood,

9    white, black, Hispanic, Asian, have more in common with you than

10   Hispanic people on the south side, correct?

11   A   Yeah.  That's a generality, but yes.

12   Q   So in that sense -- so more about geography than it is about

13   race -- geography and life experience than it is about race?

14   A   Well, I think it's a combination of both things, right?  You

15   can't just be exclusive to one versus the other, but if you're

16   going to definitely make sure that you have a fair

17   representation of the community, it should be somebody that

18   actually lives, breathes, and plays in your backyard, not

19   somebody that lives across, you know, the city.

20       And in this case, that is the economy of Spring Branch:

21   Very, very different views and culture.

22   Q   Are you familiar with the Spring Branch ISD's changes to

23   their policy on library book challenges?

24   A   I am.

25   Q   Did you make a challenge to try to have a book removed from

*Mr. Henry Cross of Noel Lezama*

1    the Spring Branch ISD library after this board changed that

2    policy to allow parents to make those challenges?

13:40:01 3    **A**    I did.

13:40:02 4    **Q**    And the book that you challenged was called *Robots of Dawn*,

5    correct?

13:40:06 6    **A**    Correct.

13:40:07 7    **Q**    And the reason you gave to the district for objecting to

8    this book was that you said glorification of robots, not enough

9    concern with the risks civics associated with artificial

10    intelligence; is that accurate?

13:40:28 11    **A**    Sounds familiar.

13:40:29 12    **Q**    Was this a serious book challenge, or were you trying to

13    point out what you thought was the absurdity of the trustees'

14    conservative approach to that policy?

13:40:37 15    **A**    It was the absurdity.  They were passing out certain things

16    in order to be able to fit their agenda.  The library and,

17    actually, Spring Branch ISD already had a very thorough process

18    in being -- vetting out books.  There was no need to challenge

19    that.

13:40:52 20       I believe Dr. Blaine and her crew are more than

21    well-equipped in their profession and their field to be able to

22    do that, and so when they started making those changes, it

23    really was impacting a lot of parents and kids alike.  So there

24    was no need to continue making it more complex than what it was

25    already -- than what it already is.

*Mr. Scott Redirect of Noel Lezama*

13:41:14  1    Q    Is that one of the policy issues that you had great

2    disagreement with Mr. Perez about?

13:41:19  3    A    Partly, uh-huh.

13:41:21  4          **MR. HENRY:**  Pass the witness.

13:41:22  5          **THE COURT:**  Any redirect?

13:41:23  6          **MR. SCOTT:**  Just a couple.  Really, just one I think,

7    Your Honor.

13:41:25  8                    **REDIRECT EXAMINATION**

13:41:26  9    **BY MR. HENRY:**

13:41:27 10    Q    Mr. Lezama, regardless of whether you favored Democrats or

11    Republicans, Ted Cruz or his opponent; whether you agreed with

12    critical race theory or not; whether you didn't think -- whether

13    you thought kids should wear masks at school and your opponent

14    thought they shouldn't; and whether you believed in book banning

15    or not; or whether you liked robots or artificial intelligence

16    or not, you were still the Hispanic preferred candidate in your

17    race, true?

13:41:56 18    A    I am.  I was.

13:41:59 19    Q    Thank you.

13:41:59 20          **THE COURT:**  All right.  Thank you.

13:42:00 21          You may call your next witness.

13:42:04 22          **MR. SCOTT:**  We're going to change seats, Your Honor,

23    if we could.

13:42:07 24          **MR. LLAGOSTERA:**  I'm going here, Bob.  Thank you.

13:42:11 25          Your Honor, plaintiff calls Patricia Cabrera.

*Mr. Llagostera Direct of Patricia Cabrera*

13:42:28  1          THE COURT:  Good afternoon.  Please raise your right

2     hand and be sworn.

13:42:31  3          *(Witness sworn.)*

13:42:39  4          THE COURT:  Thank you.

13:42:42  5          MR. LLAGOSTERA:  And, Your Honor, just for orientation

6     purposes, Ms. Cabrera's testimony is -- touches on Senate

7     factors two, three, and five.

13:42:52  8          THE COURT:  Thank you.

13:42:53  9          MR. LLAGOSTERA:  Richard, will you please pull up

10    PX24?

13:42:56  11          THE COURT:  You need to speak up.  I can't hear you.

13:42:58  12          MR. LLAGOSTERA:  I will.

13:42:59  13          Richard, will you please pull up PX24, please?

13:43:02  14          My apologies, Your Honor.  I will talk louder.

13:43:04  15          **PATRICIA CABRERA, DULY SWORN, TESTIFIED:**

13:43:04  16                    **DIRECT EXAMINATION**

13:43:07  17    BY MR. LLAGOSTERA:

13:43:07  18    Q    Ms. Cabrera, would you please introduce yourself to

19    Judge Lake?

13:43:11  20    A    Yes.  My name is Patricia Cabrera.

13:43:13  21    Q    And where do you live, Ms. Cabrera?

13:43:16  22    A    I live at 1407 Lynnview Drive, 77055.

13:43:25  23    Q    Up on the screen, you see a map, and I'll represent to you

24    that this is an illustrative plan for the district.

13:43:31  25          Can you let us know where your address is by district

*Mr. Llagostera Direct of Patricia Cabrera*

1    number?

13:43:36  2    **A**   I live in District 7.

13:43:38  3    **Q**   District 7.

13:43:43  4        Will you please describe where you grew up and the schools

5    you went to?

13:43:47  6    **A**   Yes.  I -- my parents moved us to Spring Branch when I was

7    ready to start school, and so I started school at Edgewood

8    Elementary; I attended junior high at Landrum Junior High; and

9    then at Spring Branch High School, which is no longer there, but

10   I went to high school at Spring Branch High School.

13:44:13 11    **Q**   About what year did you move into Spring Branch?

13:44:17 12    **A**   That was 1959.

13:44:18 13    **Q**   These schools you mentioned, Ms. Cabrera, where are they on

14   this map?

13:44:25 15    **A**   Edgewood, I believe -- at that time, we were probably living

16   in District 1 -- District 1.

13:44:37 17       Yes, in that area of the district.

13:44:40 18    **Q**   The middle school and the high school you mentioned, are

19   those schools that were north of I-10?

13:44:44 20    **A**   Yes.  I'm sorry, the north -- north side of the district.

13:44:47 21    **Q**   Are your parents U.S.-born?

13:44:50 22    **A**   My parents were born in Guatemala.

13:44:53 23    **Q**   Were you born here in the states?

13:44:54 24    **A**   I'm a U.S.-born citizen, yes.

13:44:57 25    **Q**   After high school, did you go to college?

*Mr. Llagostera Direct of Patricia Cabrera*

13:45:00  1    **A**    I graduated from the University of Houston.

13:45:02  2    **Q**    What was your degree in?

13:45:04  3    **A**    I have a Bachelor of Science in psychology.

13:45:08  4    **Q**    After you got your degree, did you move back to

5    Spring Branch?

13:45:12  6    **A**    Eventually, yes.  Yes.  I've been there since 1997.

13:45:19  7    **Q**    What did you do after college?

13:45:22  8    **A**    I started working in the nonprofit sector.  So my first

9    formal job was at Volunteer Houston, which was a clearinghouse

10    for volunteers, and then I worked for the American Red Cross for

11    about ten years, and then I worked for MALDEF as a parent

12    leadership director.

13:45:43 13        I worked for Houston Independent School District for

14    four years, and then ten years -- my last formal job was at

15    AAMA, the Association for the Advancement of Mexican Americans,

16    and now I have a contract job.  I'm working with a neighborhood

17    in the east end -- it's a Latino community -- helping residents

18    build a neighborhood that fosters mental health and well-being.

13:46:11 19    **Q**    So would you say you've been in nonprofits for about 30-plus

20    years?

13:46:15 21    **A**    Oh, 40 -- 40-plus years.

13:46:18 22    **Q**    What was the focus of your nonprofit work in those 40-odd

23    years?

13:46:23 24    **A**    All -- all my jobs -- I started doing outreach to the

25    Hispanic population ensuring that Latinos were represented among

*Mr. Llagostera Direct of Patricia Cabrera*

1  the volunteer -- volunteer core of citizens in -- in the -- in

2  the Houston community.  With the Red Cross, I was hired to

3  increase the Latino participation not just as recipients of

4  service, but as volunteers and staff and leadership volunteers.

13:46:55  5      I worked the last three years in the Red Cross in the -- in

6  diversity initiatives, and -- and then with MALDEF, it was a

7  program that we opened here in -- in Houston to encourage, help

8  Latino parents navigate the school system; help their children

9  graduate from high school; advocate for their children so they

10  could continue in higher ed.  And I was hired by Houston ISD to

11  work in parent engagement for Latino parents.

13:47:32  12      And then my final job at AAMA was in adult education.  So

13  helping Latinos complete their studies, whether it's -- it was a

14  GED, learning English, and workforce certificates.

13:47:48  15  Q   When you say "Latino outreach," that includes Latinos in

16  Spring Branch ISD?

13:47:54  17  A   I -- when I worked with MALDEF, I had schools in

18  Spring Branch ISD and in Houston ISD.

13:48:04  19  Q   Are you a member of any boards?

13:48:05  20  A   Currently, I'm on the board of the Spring Branch Community

21  Health Center -- that's a federally qualified health center --

22  and I'm on the board of NewSpring.  That has an arts program

23  for -- enrichment program for children in SBISD, and I also

24  serve -- for the school district -- for Spring Branch ISD, I'm

25  on the bond oversight committee.

*Mr. Llagostera Direct of Patricia Cabrera*

13:48:31 1  Q   As a member of the board, health center, did you -- have you

2  witnessed any health challenges in the Spring Branch Latino

3  community?

13:48:41 4  A   Yes.  The clinic was -- was created, the health center was

5  created because especially Latino working families aren't

6  usually employed by companies that provide health benefits.  So

7  they need to have a center where they can make that a medical

8  home.  Otherwise, working families tend to wait until they're

9  really sick or they have an emergency, and they overuse

10  emergency rooms or they -- they finally go to a doctor when

11  they're very ill.

13:49:14 12      So there is a lack of access to medical facilities and

13  health services.

13:49:23 14  Q   In your time with nonprofit organizations, Ms. Cabrera, have

15  you been involved in education in Spring Branch ISD?

13:49:31 16  A   Yes.  I was also -- when I started working with MALDEF,

17  the -- the district was very receptive to my program, and so I

18  was asked to serve on family engagement committees for the

19  school district.

13:49:45 20  Q   What does that mean, "family engagement committees"?

13:49:49 21  A   The work -- we worked with several community members, with

22  the staff at the school district to encourage participation of

23  Latino parents in their children's education, and I would say

24  all the school -- well, that was across the district.  My

25  experience had been with schools on the north side of the

*Mr. Llagostera Direct of Patricia Cabrera*

1  district.

13:50:12  2  **Q**   What about election -- school board elections?  Have you had

3  any involvement with that?

13:50:17  4  **A**   I did.  It was part of getting parents to participate in the

5  school system.  It's understanding where decisions are made and

6  how they can use their voice to impact decisions.  So when I

7  started working with MALDEF, that was in 2000.  I -- I've always

8  been a chronic voter.  I vote at all elections, but I wanted to

9  participate in school board elections, and so I was -- wanted to

10  know who was running, where were they voting, and I -- I think,

11  once I -- I think David Lopez was one of the candidates that

12  I -- that I helped in that election.

13:51:04  13      I've always participated in voter registration and just

14  helping in getting the word out for people to know who to vote

15  for.

13:51:15  16  **Q**   Earlier today, Ms. Cabrera, we heard about an organization

17  called Somos.  Are you familiar with that?

13:51:20  18  **A**   Yes, I am.

13:51:21  19  **Q**   What is Somos?

13:51:22  20  **A**   Somos Spring Branch is an organization we started in

21  Spring Branch to -- "somos" means "we are."  So we are

22  Spring Branch -- to encourage Latinos in the Spring Branch area

23  to recognize, acknowledge and -- and -- or be recognized and

24  acknowledge that we are part of this community also.

13:51:45  25      So we look at inequities in how Latinos are participating

**Mr. Llagostera Direct of Patricia Cabrera**

1    and specifically in education.

13:51:53  2    **Q**    What is your role in Somos specifically, your title in

3    Somos?

13:51:57  4    **A**    I'm a board member.  I'm the secretary for the board.

13:52:03  5    **Q**    Earlier, you mentioned that you were on the bond committee.

13:52:06  6       What was your role in the bond committee for Spring Branch

7    ISD?

13:52:10  8    **A**    I start- -- I've been on the committee for many years.  It's

9    a 2017 bond, and so I was asked, as a community member and as a

10   resident in Spring Branch, to be on the committee.  We

11   participate in the whole process of how, once the -- the bond

12   passes, how the money is allocated and -- it's an oversight

13   committee on how the money is allocated.

13:52:40 14       So sometimes we are assigned to a school, to -- to visit

15   the school and just observe or be -- be there in case parents or

16   the staff have questions on the local committee.  So it's --

17   it's a very interesting process, and -- and I've been very happy

18   to be a part of that committee.

13:53:06 19   **Q**    So in your capacity on the bond committee, would you say you

20   have a window in the allocation of funds between schools in the

21   south versus those in the north?

13:53:15 22   **A**    Yes.  We -- we are updated on a -- now it's on a quarterly

23   basis on what -- how the money is being spent or the progress

24   and construction and -- in the schools -- in each of the

25   schools.  We're kept up-to-date on that, and we have an

*Mr. Llagostera Direct of Patricia Cabrera*

1    opportunity to ask questions, to visit the schools, and -- and

2    be there for the ribbon cuttings once the work is completed.

13:53:41  3    **Q**   Have you seen any differences in the way funds have been

4    distributed to the schools in the south versus those in the

5    north Spring Branch ISD?

13:53:51  6    **A**   Well, the process -- what caught my attention is that the

7    process is very -- it's very fair.  We know what money is

8    allocated to each of the schools.  Where -- where I've been

9    somewhat concerned or curious is that once you see the final

10   project -- product, there are inequities in the schools.

13:54:15  11        Like, there's a school on the south side that, once it was

12   finished, there was a coffee bar in the school that kind of

13   rivaled a Starbucks, and I looked at the school on the north

14   side, the high school that was along that same -- was receiving

15   along the same funds, and it was very plain; there was nothing.

13:54:37  16        And it made me think, you know, there's something that

17   happens -- after that money is allocated, there's someone

18   advocating for these students to have amenities that they

19   need -- I'm sure that there was a rationale made for that

20   school -- but who is advocating for the schools on the north

21   side?  Maybe Northbrook wouldn't have needed a coffee bar, but

22   there may have been something else that they -- they could have

23   needed that would have encouraged students or made them feel

24   especially proud of their school, and it just seemed like it

25   was -- it was an imbalance there.

*Mr. Llagostera Direct of Patricia Cabrera*

13:55:14  1    **Q**   Do you have an example of how a school in the north could

2    raise funds to help their facilities?

13:55:21  3    **A**   There's another -- there's another example of -- there's a

4    school on the south side that has a beautiful theater.  I would

5    say that theater rivals the theaters in the Theater District of

6    the city, and they have a great drama program.

13:55:36  7        And so the parents on the south side raised money -- I

8    think they can buy bricks -- and that theater is just an amazing

9    theater.  There's a school on the north side, Spring Woods,

10   where the students have won awards, also.  They have a great

11   drama program, and I saw on Facebook that they were having to

12   raise, like a GoFundMe fund for the theater seats that had dry

13   rot on the seats.

13:56:07 14        And I thought, you know, this is just -- there -- at some

15   point we have to look at:  How do we balance that?  Because they

16   were just as worthy on the north side as they are on the south

17   side.

13:56:20 18   **Q**   Ms. Cabrera, I want to shift to your -- your testimony about

19   being involved in elections, and we'll cover this quickly.

13:56:29 20        We've already heard testimony today about voting obstacles,

21   and I want to ask you:  In your capacity -- in your roles with

22   the nonprofits, have you personally witnessed voting obstacles

23   for Latinos in the north side of Spring Branch ISD?

13:56:44 24   **A**   I think -- in addition to what's already been covered, I

25   just think it's very difficult, unless you're an insider, to

*Mr. Llagostera Direct of Patricia Cabrera*

1  know -- and it was -- earlier on -- it's kind of gotten livelier

2  lately, but it was very difficult to know that there was even an

3  election going on.  There's very little information that goes

4  out unless you -- you know that you want to vote in this -- in

5  this school board election.

13:57:13 6      There were few signs out in people's yards.  It's

7  not -- you don't vote in the regular places where you vote.

8  It's held in May, not in November, which is a usual -- general

9  elections.  If you -- it took me a long time to find out, you

10  know:  Where do I vote?  Where do I vote depending on where I

11  live?

13:57:35 12     Early voting, which I always try to do early voting, there

13  was one site on the north side until very recently.  Now they've

14  added another one.  So -- but, mainly, it was just the

15  awareness.  We did door knocking, and people honestly did not

16  know that there was an election going on.

13:57:52 17     So they -- if they didn't know the election was going on,

18  they -- they also didn't know who was running and what was the

19  difference between the candidates, and -- and, more importantly,

20  what does the school board do, right?  There was just a lack of

21  information to the community and people --

13:58:10 22  **Q**  Do you --

13:58:10 23  **A**  -- people who were eligible to vote.

13:58:12 24  **Q**  My apologies.  I didn't mean to cut you off.

13:58:14 25      In your experience in -- in SBISD elections, was that lack

*Mr. Llagostera Direct of Patricia Cabrera*

1    of awareness on the north side of I-10 different than on the

2    south side of I-10?

13:58:23  3    **A**    Well, I -- I do think there's opportunities to be more aware

4    on the south side because, as I understand, the -- some of the

5    voting sites on the south side are held in the city halls of the

6    villages where, if they're voting for the mayor or city council,

7    they're already going to vote there at the same time that

8    there's a school board election.

13:58:46  9        So there's more opportunity to know that here are the --

10    here are the elections that are being held at this particular

11    site, and it's their city hall.  They know -- they know where

12    that is.  Most of the candidates are from the south side, so,

13    obviously, there's going to be more signs on the south side.

13:59:04 14        So, yes, I would say that there's more awareness on the

15    south side than on the north side.

13:59:09 16    **Q**    Ms. Cabrera, were you -- are you aware that there have been

17    several school closures north of I-10, including Treasure Forest

18    and Panda?

13:59:18 19    **A**    Yes, I am aware.

13:59:20 20    **Q**    Now, you testified earlier that you're a member of Somos.

13:59:24 21        Were you ever asked to attend a meeting with the board

22    about the school closures?

13:59:30 23    **A**    Well, the meeting was with the superintendent and her staff,

24    and so the four members of the board attended, and when we

25    arrived, there were two board members in the meeting with us.

*Mr. Llagostera Direct of Patricia Cabrera*

13:59:46  1   Q   Okay.  We'll get to who was there in a second.

13:59:48  2       Do you recall when that meeting occurred?

13:59:50  3   A   November 15th.  November 15th, 2023.

13:59:54  4   Q   Okay.  How do you know it was at that time?

13:59:58  5   A   I -- I found a meeting invite for that meeting.

14:00:03  6   Q   Okay.  So you confirmed the date of the meeting?

14:00:05  7   A   Yes.

14:00:06  8   Q   Do you know if that meeting occurred before or after the

9   vote for the school closure?

14:00:13  10  A   It was before the vote.

14:00:15  11  Q   And who was present at this meeting?

14:00:19  12  A   There were four Somos board members.  It was David Lopez,

13  Diana Martinez Alexander, Natalia Fernandez.  We also had

14  Ricardo Barnes from the Spring Branch Family Development Center,

15  and Marlen Trujillo, who is the CEO of the Spring Branch

16  Community Health Center.  And the two board members, I believe,

17  were Lisa Alpe and Shannon McMann [sic].

14:00:46  18  Q   Thank you.

14:00:47  19      And the super- -- you said earlier the superintendent --

14:00:48  20  A   The superintendent, Linda Buchman, and another person from

21  Linda's department.

14:00:53  22  Q   Okay.  So the -- the board asked Somos to attend a meeting

23  on the school closures?

14:01:00  24  A   No.  The superintendent invited us.

14:01:02  25  Q   The superintendent.  My apologies.

*Mr. Llagostera Direct of Patricia Cabrera*

14:01:04  1    And what was the purpose of that meeting?

14:01:07  2    **A**   Well, we -- we wanted to meet with the superintendent and

3    her staff because we were concerned that information had -- the

4    parents did not know about the school closures or had not had an

5    opportunity to be told in a public forum, in a community forum.

6    I think staff was being told about it, but the community didn't

7    have an opportunity.

14:01:33  8    And we felt that they -- they gave us a rationale, but we

9    felt like if they heard the community's stories about how it was

10   going to be a challenge for parents, that maybe they would have

11   more information hearing directly from parents, and parents

12   would have an opportunity to ask questions and -- and understand

13   what was happening.

14:01:56 14   **Q**   But why did they ask Somos to be there?  Did they want you

15   all to do or participate in anything?

14:02:03 16   **A**   Well, they were -- they were willing to discuss this with

17   us.  I -- I believe that we -- we -- I believe they wanted us to

18   help them be spokespersons for the district and explain to the

19   parents their rationale for closing the schools.  We wanted to

20   be very clear that that was not our role; that was not the role

21   we wanted to take.

14:02:25 22   We wanted to make sure that the community was heard and --

23   and we were -- we were there to represent the community.

14:02:33 24   **Q**   Did they want you to go with them to a particular school to

25   present the school closures?

*Mr. Llagostera Direct of Patricia Cabrera*

14:02:38  1   **A**    Well, one of the board members, at one point, said, Would

        2   you be willing to -- would you be willing to go with us?

        3   Because if you were to go with us, they may -- I'm

        4   paraphrasing -- but they may receive this information much

        5   better from someone that doesn't look like I do, she said --

        6   that doesn't look like I do.  Someone who has more -- looks more

        7   like they do.

14:03:09  8   **Q**    Do you remember what board member said that?

14:03:11  9   **A**    I -- Shannon McMann [sic].

14:03:14 10   **Q**    Okay.  What was Somos's response to the request to

        11   participate in the parent meeting?

14:03:20 12   **A**    Well, we were very clear that we did not want to be

        13   spokespersons for the district, but it -- it was, you know, at

        14   that -- at that time, when the comment was made, it was -- it

        15   was striking to me because this is exactly the point we were

        16   making, that in other meetings -- not at that particular

        17   meeting, but in other -- on other occasions that we wanted

        18   representation on the board from people who looked like us, and

        19   it was curious to me that a board member should be making that

        20   point to us.

14:03:58 21        So it was -- it was a very cordial meeting.  It was -- it

        22   was -- you know, we -- we were trying to reach some agreement,

        23   but I think we -- we left with that understanding about what

        24   Somos wanted their role to be and -- and what the district's

        25   rationale was for what they were --

*Mr. Llagostera Direct of Patricia Cabrera*

14:04:18  1  Q   Do you -- sorry.

14:04:19  2       Do you know who John Lezama is?

14:04:23  3  A   John...?

14:04:25  4  Q   I'm sorry.  No, strike that.

14:04:27  5       John Perez?

14:04:28  6  A   Yes, I do.

14:04:29  7  Q   Okay.  Are you aware that he was a member of the board at

          8  the time that you had this meeting in November of 2023?

14:04:35  9  A   Yes, I believe so.

14:04:37 10  Q   Okay.  At any point in this conversation, did anyone on the

          11  Spring Branch Board side or the superintendent explain why they

          12  couldn't bring Mr. Perez to one of these meetings?

14:04:48 13  A   It was not brought up at all, no.

14:04:51 14  Q   Did that surprise you?

14:04:53 15  A   I -- I can't say that it surprised me because I don't -- I

          16  mean, we were very -- pretty clear that he did not represent our

          17  side of the district.

14:05:04 18       MR. LLAGOSTERA:  Richard, will you bring up PX24,

          19  please?

14:05:07 20       MR. RIENSTRA:  I'm sorry, 24?

14:05:09 21       MR. LLAGOSTERA:  Twenty-four.

14:05:11 22  BY MR. LLAGOSTERA:

14:05:12 23  Q   Ms. Cabrera, you're aware of what a single-member district

          24  plan is?

14:05:16 25  A   Yes, I am.

*Mr. Llagostera Direct of Patricia Cabrera*

14:05:18  1  **Q**   Based on your experience, you said, of 40-plus years of

2  experience in the Spring Branch community, do you believe that

3  the Latino community north of I-10 could benefit from the

4  adoption of a single-member district plan?

14:05:32  5  **A**   Absolutely, I do.

14:05:34  6  **Q**   Why?

14:05:35  7  **A**   Because I -- I think you have to live the experience of

8  families on the north side to understand what the challenges are

9  that families on the north side live every -- every day, and

10  I -- I think I'm -- we're divided by a freeway.  There is --

11  unless it's a very intentional trip you would want to make to

12  the north side of the district, I -- the HEB, maybe, on

13  Bunker Hill, other than that, I don't think that -- that

14  there -- people on the south side are really aware of what life

15  is on the north side of the district.

14:06:19  16     So for instance, the school closures, part of the rationale

17  was that the school enrollment was dropping, and what I heard at

18  one meeting was that they had seen the population drop for,

19  like, ten years.  I think that a board member on the north side

20  might have questioned that and might have said, "Why are

21  families leaving?"

14:06:43  22     And they may have seen that some Latino families are being

23  displaced, that the demographics were changing.  And, granted, I

24  know that's not the role of the school district, but if you're

25  interested in all the factors that affect families, that affect

*Mr. Henry Cross of Patricia Cabrera*

1   the education of their children, I think that would have been a

2   concern.  But if you're not living on that side, you would have

3   no reason to know and much less care about what's impacting the

4   families.

14:07:12  5   Q   Ms. Cabrera, one final question.

14:07:14  6       Based, again, on your experience in the Latino community --

7   and you also testified earlier that you at least went to

8   elementary school in District 1 in this illustrative map.

14:07:25  9       In your view, if there was a single-member district plan,

10   would a Hispanic preferred candidate carry District 1 in an

11   election on the school board?

14:07:34 12   A   I believe so.

14:07:37 13           MR. LLAGOSTERA:  No further questions, Your Honor.

14:07:39 14           THE COURT:  All right.  Thank you.

14:07:43 15                      **CROSS-EXAMINATION**

14:07:44 16   BY MR. HENRY:

14:07:47 17   Q   Good afternoon, Ms. Cabrera.  How are you?

14:07:50 18   A   Fine, thank you.

14:07:51 19   Q   Good.

14:07:51 20       You testified earlier that you were on the bond oversight

21   committee for SBISD; is that correct?

14:07:58 22   A   Yes.

14:07:58 23   Q   Can you tell me how it came to be that you got involved to

24   be on the bond oversight committee?

14:08:05 25   A   When I was -- I think that was -- when I was presenting the

*Mr. Henry Cross of Patricia Cabrera*

1    MALDEF program in the schools in the early 2000s, the district

2    was very open and encouraging.  It was a different climate.

3    I -- I think they -- I know that they really wanted some change

4    there.

14:08:29  5        And so I was asked to be on -- on these committees, and I

6    was -- I was given really some special opportunities to be on

7    the budget committee, and I was given a budget buddy to

8    understand the finance of the district, and then I was asked to

9    be on the -- on the oversight committee.  I know that they

10    needed Latino representation, and I was an accessible person.

14:08:54 11   Q    And who asked you to be on that committee?  Do you recall?

14:09:00 12   A    It may have -- I've known Linda Buchman for a long time.  So

13    I want to say that it may have been through her, yes.

14:09:08 14   Q    And Linda Buchman worked for the school district, right?

14:09:12 15   A    Works for the school district, yes.

14:09:14 16   Q    So you testified that you're a frequent voter in both SBISD

17    elections and other elections in this area.

14:09:22 18        When you vote in SBISD elections, have you noticed that

19    Spanish-language ballots are available for people to vote in

20    Spanish, if they choose?

14:09:31 21   A    Yes.

14:09:36 22   Q    Earlier, your counsel -- or plaintiff's counsel kind of went

23    through some of your involvement in different groups and

24    organizations.

14:09:45 25        Have you ever been a member of the Spring Branch Democrats

*Mr. Henry Cross of Patricia Cabrera*

1    Club?

14:09:49 2    **A**    Yes, I have.

14:09:50 3    **Q**    Are you currently a member?

14:09:52 4    **A**    I am.  I am.

14:09:53 5    **Q**    How long have you been a member?

14:09:58 6    **A**    Maybe three, four -- three years.

14:10:01 7    **Q**    Have you ever served in any leadership positions in this

8    group?

14:10:05 9    **A**    Yes.  I'm currently the president.

14:10:10 10    **Q**    And as part of -- as president of the Spring Branch

11    Democrats Club, is it your role, as an organization, to promote

12    the candidacies of Democrats running for office in this area?

14:10:25 13    **A**    We do -- we do offer a platform for candidates, yes.

14:10:31 14    **Q**    In the 2021 Elizondo versus Chris Earnest election for SBISD

15    trustee, did you vote in that election?

14:10:41 16    **A**    Yes, I did.

14:10:42 17    **Q**    And did you vote for Dr. Elizondo or for Chris Earnest?

14:10:46 18    **A**    For Dr. Elizondo.

14:10:48 19    **Q**    Can you explain why you voted for Dr. Elizondo instead of

20    for Chris Earnest?

14:10:56 21    **A**    I'd love to.  I was excited, first, that we had a Latino

22    candidate, and then when I looked at her literature and I met

23    her, I can't -- I can't remember a more qualified candidate.

24    She had checked off every box.  Any board would have been proud

25    to have a candidate who was so well-versed in the business of

*Mr. Henry Cross of Patricia Cabrera*

1   the school district.

14:11:23   2   Q   And you live in the Landrum Middle School zone, correct?

14:11:27   3   A   Yes.

14:11:27   4   Q   Okay.  We're going to put up on the screen Defendants'

5   Exhibit 21, please.

14:11:37   6       And according to Defendants' Exhibit 21, which shows the

7   outcome of the Earnest/Elizondo election, which candidate earned

8   the most votes in the Landrum Middle School zone?

14:11:56   9   A   Chris -- Chris Earnest.

14:12:00   10   Q   And it wasn't by much, but when you look, is it the case

11   that Landrum is one of the lower voter turnout areas in the

12   school district?

14:12:14   13   A   Could you ask the question again, please?

14:12:16   14   Q   Sure.

14:12:17   15       It looks like not as many people cast ballots total.  So

16   there's only 333 cast votes total in Landrum, and the only other

17   precinct with less than that would be the Northbrook district;

18   is that correct?

14:12:33   19   A   Yes.

14:12:38   20   Q   Did you vote in the election between Mr. Lopez -- David

21   Lopez and Courtney Anderson?

14:12:51   22   A   Yes.

14:12:52   23   Q   And for whom did you vote in that election?

14:12:55   24   A   For David Lopez.

14:12:57   25   Q   If we would please turn to Defendants' Exhibit 12, which

*Mr. Henry Cross of Patricia Cabrera*

1  shows the outcome of that election.

14:13:08  2       And if you would look at the Landrum precinct, 41, who won

3  that precinct, David Lopez or Courtney Anderson?

14:13:19  4  **A**   Courtney Anderson.

14:13:20  5  **Q**   And then down for Northbrook, Precinct 47, who won that

6  precinct, Lopez or Anderson?

14:13:27  7  **A**   Anderson.

14:13:30  8  **Q**   And then in the election Ms. Alpe -- Lisa Alpe versus

9  Carter Breed, did you vote in that election?

14:13:40 10  **A**   Yes, I did.

14:13:41 11  **Q**   And for whom did you vote in that election?

14:13:44 12  **A**   I believe I voted for Carter Breed.

14:13:46 13  **Q**   And if we could take a look at Defendants' Exhibit 11.

14:13:53 14       And if you would look at the Landrum district in which you

15  live, can you tell me if Lisa Alpe or Carter Breed got the most

16  votes in the Landrum district in which you live?

14:14:05 17  **A**   Lisa Alpe.

14:14:07 18  **Q**   And how about in Northbrook, Alpe or Breed?

14:14:12 19  **A**   Alpe.

14:14:15 20  **Q**   So would you agree, then, that your Landrum neighbors, at

21  least in the three elections that we looked at just now, did not

22  support the same candidate, as a majority, that you did?

14:14:29 23  **A**   Of those who knew to vote, I would say.

14:14:34 24  **Q**   Of the votes cast?

14:14:35 25  **A**   Of the votes -- of -- yes.

*Mr. Henry Cross of Patricia Cabrera*

14:14:39  1      **MR. HENRY:**  I'll pass the witness.

14:14:40  2      **THE COURT:**  Any redirect?

14:14:42  3      **MR. LLAGOSTERA:**  No, Your Honor.

14:14:43  4      **THE COURT:**  Thank you very much, ma'am.  You're

         5  excused.

14:14:45  6          You may call your next witness.

14:14:48  7      **MR. ABRAMS:**  Your Honor, at this time the plaintiff

         8  was planning to call Dr. Stein.  I think we're now at the point

         9  to switch over.  We only have Dr. Stein as a remaining live

        10  witness.  We also plan, tomorrow, to bring the land use

        11  ordinances --

14:15:02 12      **THE COURT:**  To bring what?

14:15:03 13      **MR. ABRAMS:**  We plan to bring, tomorrow morning, the

        14  land use ordinances from the Memorial Villages, and will file

        15  them and request that the Court take judicial notice, under the

        16  relevant authorities, of those ordinances.  But the only

        17  remaining live witness will be Dr. Stein.

14:15:17 18      **THE COURT:**  Okay.

14:15:17 19          Are you prepared to call a witness?

14:15:20 20      **MR. CRAWFORD:**  Yes, Your Honor.  We prepared to call

        21  out of order Christine Porter.

14:15:24 22      **THE COURT:**  Okay.  Please come around, ma'am, and be

        23  sworn.

14:15:44 24          Please come around here.  It's sort of a labyrinth to

        25  come around here.

*Mr. Crawford Direct of Christine Porter*

14:15:49  1        (Witness sworn.)

14:15:55  2            **THE COURT:**  Please be seated.

14:15:56  3            You may proceed, Mr. Crawford.

14:15:58  4            **MR. CRAWFORD:**  Thank you, Your Honor.

14:15:59  5        **CHRISTINE PORTER, DULY SWORN, TESTIFIED:**

14:15:59  6                 **DIRECT EXAMINATION**

14:16:00  7   **BY MR. CRAWFORD:**

14:16:00  8   **Q**   Good afternoon, Ms. Porter.

14:16:00  9   **A**   Good afternoon.

14:16:00 10   **Q**   Please state your name for the record.

14:16:04 11   **A**   Christine Porter.

14:16:04 12   **Q**   Ms. Porter, would you tell the Court what your job is what

        13   your job responsibilities are?

14:16:09 14   **A**   Yes, sir.  I'm the chief financial officer for Spring Branch

        15   Independent School District.  In general terms, I'm responsible

        16   for the financial dealings of the district; the protecting of

        17   the assets of the district; ensure that everything is accounted

        18   for financially wise, data wise, appropriately; as well as,

        19   under that, is handling the procurement, the tax office, payroll

        20   and general accounting; as well as handling the election duties

        21   of the district.

14:16:41 22   **Q**   Are you Spring Branch's election official?

14:16:44 23   **A**   Yes, I am.

14:16:45 24   **Q**   How long have you served as Spring Branch's chief financial

        25   officer and election official?

*Mr. Crawford Direct of Christine Porter*

14:16:51  1    A    For about four-and-a-half years.

14:16:54  2    Q    I'd like to turn our attention to district spending.  I'd

3    like you to take a look at Defendants' Exhibit No. 71.

14:17:12  4         Do you see that?

14:17:13  5    A    Yes.

14:17:14  6    Q    Is this the 10-year per-student cost general fund ledger

7    from Spring Branch?

14:17:22  8    A    Yes, sir.

14:17:24  9    Q    Does this list the various schools within Spring Branch ISD

10    and -- and list, for the ten years, the amount of expenditures

11    per student at each campus?

14:17:35  12    A    Yes.

14:17:36  13    Q    There are a whole bunch of schools on this exhibit that are

14    highlighted.  Do you know what the highlighting represents?

14:17:44  15    A    The highlighting represents that they're designated as

16    Title I schools.

14:17:50  17    Q    What does -- what is a Title I school?

14:17:52  18    A    A Title I school is a federal designation.  It's specific

19    funds that are set -- pass through the state from the

20    department -- the federal Department of Education for additional

21    funding for schools that have higher than 40 percent free and

22    reduced lunch eligibility, which denotes being low

23    socio-economic.

14:18:16  24    Q    Does -- does -- do the Title I funds flow directly from the

25    federal government and given directly to the schools, or are

*Mr. Crawford Direct of Christine Porter*

1   they filtered through the school district?

14:18:28 2   A   They are actually flowed through the State of Texas to the

3   school district based on, actually, eligibility of the

4   neighborhoods of the school district, and then we funnel it to

5   campuses based on their students.

14:18:44 6   Q   Do the expenditures per student reflected on this exhibit,

7   Defendant's Exhibit 71, include the Title I funds received for

8   those highlighted schools?

14:18:54 9   A   It does not.  It is only the general fund.

14:18:59 10   Q   According to the general fund ledger, is southwest --

11   Spring Branch's cost per student higher in the north and

12   economically disadvantaged schools or in the southern schools on

13   student spending?

14:19:14 14   A   I'd say, in most cases, schools on the north side receive

15   more general fund dollars than those on the south side.

14:19:21 16   Q   So let's look at a couple of examples on this exhibit.

14:19:25 17       Let's look at Landrum Middle School.  Do you see Landrum on

18   this?

14:19:31 19   A   Yes.

14:19:31 20   Q   And is that school north or south of I-10?

14:19:34 21   A   It is north.

14:19:36 22   Q   And let's just look at the unaudited 2020-2021 figure.  What

23   is the expenditure per student at Landrum?

14:19:47 24   A   It's going to be all the way to the right.  Okay.

14:19:54 25       Sorry.

*Mr. Crawford Direct of Christine Porter*

14:19:57  1    **THE WITNESS:**  Can you take it on the right side?

14:20:00  2       **MR. CRAWFORD:**  Can you move it over to the right  side?

14:20:02  3       **THE WITNESS:**  Thank you.

14:20:03  4    **A**   $8,388.48.

14:20:07  5    **BY MR. CRAWFORD:**

14:20:07  6    **Q**   And then look at the school right below Landrum, which is

7    Memorial Middle School.  Is that located on the north or south

8    side?

14:20:14  9    **A**   South side.

14:20:14 10    **Q**   And what is the spending per student at Memorial?

14:20:19 11    **A**   $5,462.39.

14:20:22 12    **Q**   And let's look at two more examples.

14:20:24 13        Let's look at Spring Branch Middle School, which is right

14    below Memorial on the list.  Is that on the north or south side?

14:20:32 15    **A**   It's on the south side.

14:20:34 16    **Q**   What is the -- the 2020-2021 spending per student at that

17    school?

14:20:40 18    **A**   $5,709.38.

14:20:43 19    **Q**   And then let's look at Northbrook Middle School.  Is that on

20    the north or the south side?

14:20:48 21    **A**   North side.

14:20:49 22    **Q**   And what is the spending per student for 2020 to 2021 at

23    that school?

14:20:55 24    **A**   $8,868.37.

14:20:59 25    **Q**   So on average, of the four middle schools we looked at --

*Mr. Crawford Direct of Christine Porter*

1    two on the north, two on the south -- the expenditure per

2    student is roughly $3,000 more per student on the north side

3    than the south side.  Would that be correct?

14:21:12  4    **A**    That's correct.

14:21:12  5    **Q**    Can you explain to the Court the different reasons for these

6    student spending numbers, the differences between the north --

7    the economically disadvantaged schools and the non-economically

8    disadvantaged schools?

14:21:25  9    **A**    One of the first things -- the way that we allocate funds is

10   based on the enrollment of the students.  Based on count, that's

11   the first amount.  There's a per student allocation, and then we

12   look at the types of services that students need at that campus.

14:21:40 13       If it's a low socio-economic, that means they have more

14   students that are on the free and reduced lunch program, that's

15   the denotion [sic] that we use, we give more money per student

16   at those campuses.  If they have -- whatever number of

17   special ed students they have, we give special money to support

18   those.  So a campus can have more special ed students than

19   another campus.  So a specialized program could put more dollars

20   at that campus, as well as bilingual.

14:22:10 21       For their bilingual -- we just label it as bilingual, but,

22   basically, the English-learner programs, based on the counts at

23   those campuses, we provide an additional allocation for those

24   students.  We also have campuses with special needs.  If they

25   were -- maybe need special help in, let's say, reading or that

*Mr. Crawford Direct of Christine Porter*

1    type of service, we may add some additional supports at those

2    campuses.

14:22:39 3    Q   Does the district allot additional money to campuses that

4    exceed the free or reduced lunch spending?

14:22:47 5    A   Yes.  Actually, every campus, but especially -- every campus

6    based on their number of students that qualify for free and

7    reduced lunch get an allotment, but if you have more kids that

8    qualify, then you get either more dollars in the budget or more

9    staffing on the student side at the secondary campuses.

14:23:05 10    Q   And does Spring Branch get additional money from the state

11    for those schools that are struggling to pass?

14:23:17 12    A   Can you ask that -- if we get -- if kids are struggling to

13    pass?

14:23:21 14    Q   Are there any --

14:23:22 15    A   I'm sorry.

14:23:22 16    Q   Are there any other components to the increased student

17    spending for the economically disadvantaged schools than what

18    you just told the Court?

14:23:29 19    A   There could be some cases that -- in the past, we could have

20    had specific campuses that had struggling students.  It might

21    not have been tied only to socio-economic, but they could have

22    gotten some additional resources funded from the state.

14:23:46 23    Q   I'd like to ask you to turn to Defendants' Exhibit 1.

14:23:52 24        Do you recognize this exhibit?

14:24:00 25    A   Yes.  This is about the 2017 bond.

*Mr. Crawford Direct of Christine Porter*

14:24:03  1  **Q**   Okay.  Now, does this exhibit show all the improvements made

2  north of I-10 in both the 2007 and 2017 bond elections?

14:24:17  3  **A**   Yes.

14:24:18  4  **Q**   On the north side of I-10, are the schools that were rebuilt

5  by the bond money in 2007 depicted in the blue circles on this

6  exhibit?

14:24:31  7  **A**   Yes.

14:24:32  8  **Q**   And are the school rebuilds from the 2017 bond election in

9  the green circles?

14:24:43  10  **A**   Yes.

14:24:44  11  **Q**   And are the building upgrades, as opposed to rebuilds, from

12  the 2017 bond election identified in the maroon dots?

14:24:54  13  **A**   Yes.

14:24:54  14  **Q**   And then the same question as -- below the -- below I-10 on

15  the south side.  The same color coding for schools where money

16  went from the 2007 and 2017 bonds?

14:25:06  17  **A**   That's correct.

14:25:07  18  **Q**   Okay.  On -- Defendants' Exhibit 10, this is talking

19  specifically about the 2017 bond election, correct?

14:25:14  20  **A**   Yes.

14:25:15  21  **Q**   Now, are you aware that that bond passed?

14:25:17  22  **A**   That's correct.

14:25:18  23  **Q**   Do you know how much in bond money was -- was passed?

14:25:23  24  **A**   Just under $900 million.

14:25:26  25  **Q**   Do you know the percentage by which that bond package

*Mr. Crawford Direct of Christine Porter*

1    passed?  By that I mean the number of voters.

14:25:33    2    **A**    I believe it was over 80 percent.

14:25:35    3    **Q**    There are three boxes on this Defendants' Exhibit 1.  The

4    first one -- and they're on the right-hand side where it says,

5    "10 Schools to be Rebuilt."  Do you see that box?

14:25:48    6    **A**    Yes.

14:25:49    7    **Q**    Would you list for the Court the schools on the north side

8    that were part of the rebuild?

14:26:01    9    **A**    Spring Shadows -- Spring Shadows Elementary, Terrace

10    Elementary, Thornwood Elementary, Woodview Elementary, Landrum

11    Middle, and Sherwood -- Sherwood Elementary.

14:26:16    12    **Q**    So is that six out of the ten?

14:26:17    13    **A**    Yes.

14:26:19    14    **Q**    Have these -- have these been -- buildings been built or

15    renovated?

14:26:25    16    **A**    Either they have been built, or they're in the process of

17    being built or designed.

14:26:32    18    **Q**    The next box talks about five school renovations or

19    additions.

14:26:36    20     Would you list for the Court the -- of the five schools

21    that are being renovated, which ones are on the north side?

14:26:42    22    **A**    Cedar Brook Elementary, Northbrook High, and Spring Woods

23    High.

14:26:47    24    **Q**    So three out of the five being renovated are on the north

25    side?

*Mr. Crawford Direct of Christine Porter*

14:26:50  1  **A**   Correct.

14:26:51  2  **Q**   It also mentions 47 additional facility upgrades.  Were

3  those both on the north and the south side?

14:26:58  4  **A**   Yes, that's correct.

14:27:02  5  **Q**   Do you recall the amount of the 2007 bond package that

6  passed?

14:27:08  7  **A**   I believe it was just over 500 million.

14:27:11  8  **Q**   And are you aware that that included the rebuilding of

9  13 elementary schools?

14:27:17 10  **A**   Yes.

14:27:18 11  **Q**   And do you know how many of those schools were on the north

12  side versus the south side, or should I just refer the Court to

13  the color coding on the chart?

14:27:28 14  **A**   That would probably be better, but I can add real quick.

14:27:34 15     Looks like ten on the north side -- 11 on the north side

16  were rebuilt.

14:27:47 17  **Q**   Would it be fair to say that the north side schools were

18  equal to or a greater beneficiary of the bond elections than the

19  south side schools?

14:27:54 20  **A**   Based on number of sites, yes.

14:28:07 21  **Q**   We've talked very briefly in the trial about registration of

22  students to vote.  Were you here with -- for some of that --

14:28:16 23  **A**   Yes, sir.

14:28:17 24  **Q**   -- testimony?

14:28:18 25     I'd like to ask you to look at Plaintiff's Exhibit 17.

*Mr. Crawford Direct of Christine Porter*

14:28:27  1      And do you know what this document is?

14:28:30  2  **A**   This is information that -- about voter registration

3  processes that the high schools provided.

14:28:36  4  **Q**   And who provided this information?

14:28:39  5  **A**   It looks like campus principals.

14:28:42  6  **Q**   And the question that the principals were prompted to answer

7  was:  (As read) How does your campus handle student voting for

8  local, state, and national elections?  Do you communicate

9  anything to your students?

14:28:55 10      And I'd like to go through, briefly, the list of responsive

11  principals.

14:29:00 12      First of all, the first one is AOC.  Can you tell us what

13  AOC stands for?

14:29:06 14  **A**   That stands for Academy of Choice.

14:29:08 15  **Q**   Is that north or south of I-10?

14:29:12 16  **A**   It is north.

14:29:14 17  **Q**   Is it within the Memorial High School district?

14:29:19 18  **A**   Yes.

14:29:22 19  **Q**   MHS, what school does that stand for?

14:29:25 20  **A**   Memorial High School.

14:29:26 21  **Q**   Is that campus both north and south of I-10?

14:29:29 22  **A**   Yes.

14:29:32 23  **Q**   The next school is NHS.  What does that stand for?

14:29:36 24  **A**   That is Northbrook High School.

14:29:39 25  **Q**   Is that north or south of I-10?

*Mr. Crawford Direct of Christine Porter*

14:29:41  1  **A**   North.

14:29:42  2  **Q**   And it states from the principal, "In compliance with state

3  law, we have voter registration cards available in the

4  classrooms and some were given to the senior office.  We discuss

5  registration."

14:29:55  6       Did I read that correctly?

14:29:56  7  **A**   Yes.

14:29:57  8  **Q**   And then the next paragraph under Northbrook High, the

9  second sentence begins, "In addition YP."

14:30:05  10      What does YP stand for?

14:30:07  11  **A**   YP is the YES Prep program.

14:30:09  12  **Q**   Okay.  So it says:  (As read) YES Prep program reports that

13  during the spring semester, one of the economics government

14  teachers brings a speaker from Mi Familia Vota to give a

15  presentation about voting rights and registers eligible students

16  to vote.

14:30:25  17      Is that what was reported to --

14:30:27  18  **A**   Yes.

14:30:27  19  **Q**   -- to you?

14:30:30  20      The next school on this list is SHS.  What does that stand

21  for?

14:30:34  22  **A**   That's Stratford High School.

14:30:35  23  **Q**   Is that both north and south of I-10?

14:30:39  24  **A**   Yes.

14:30:39  25  **Q**   What's the next school on the list, SWHS?

*Mr. Crawford Direct of Christine Porter*

14:30:43  1  A   Spring Woods High School.

14:30:45  2  Q   Where is that located, north or south?

14:30:47  3  A   North.

14:30:49  4  Q   And according to the principal of that high school:  (As

5  read) During the elections that are held at SWHS, we walk

6  students down to the polls when they are open in the gym.  We

7  get the election judges to speak with them, and if they are

8  registered to vote, we give them an opportunity to vote while in

9  school.

14:31:08 10      Going on in the next page, I believe this is still from

11  Spring Woods High.  (As read) All students are also given blank

12  voter registration forms when they turn 18.

14:31:19 13      It also states that:  (As read) We had eight students go

14  through training and become student poll workers, and we invite

15  Harris County Deputy Registrars to the Spring Woods High School.

16  They register students on campus who are eligible.

14:31:33 17      Do you see that?

14:31:34 18  A   Yes.

14:31:34 19  Q   Is that what was reported from the principal at Spring Woods

20  High about the efforts to register students?

14:31:40 21  A   Yes.

14:31:41 22  Q   And the final school on this list is WAIS.  What does that

23  stand for?

14:31:47 24  A   Westchester Academy for International Studies.

14:31:51 25  Q   And where is that school located?

*Mr. Crawford Direct of Christine Porter*

14:31:53  1   **A**    South.

14:31:54  2   **Q**    What do these reports from the principals tell you about

3   student voter registration in -- in Spring Branch?

14:32:02  4   **A**    It appears, mainly on the -- that on the north side that

5   there is a very focused intent to ensure that students are aware

6   of the registration possibilities in order to vote.

14:32:16  7   **Q**    Now I'd like to turn to a different topic, and that's about

8   the school district's election system.

14:32:23  9       When was Spring Branch ISD established?

14:32:26  10  **A**    In 1946.

14:32:28  11  **Q**    When did the school district first elect its board of

12  trustee?

14:32:35  13  **A**    In 1946.

14:32:36  14  **Q**    Has Spring Branch continuously elected its board members in

15  elections since 1946?

14:32:41  16  **A**    Yes.

14:32:41  17  **Q**    What system has been continuously used?

14:32:44  18  **A**    The at-large system.

14:32:45  19  **Q**    Does Spring Branch maintain its election results by

20  candidate and precincts since 1955?

14:32:51  21  **A**    Yes.

14:32:53  22  **Q**    I'd like you to take a look at Defendants' Exhibit 10,

23  please and, also, Defendants' Exhibit 70.

14:33:13  24      Let's look at Defendants' Exhibit 10 first.  This is -- is

25  this Spring Branch policy BBB (Local)?

*Mr. Crawford Direct of Christine Porter*

14:33:22  1   **A**   Yes, it is.

14:33:23  2   **Q**   Is this a school board policy?

14:33:24  3   **A**   Yes.

14:33:26  4   **Q**   Does this policy dictate how Spring Branch elects its board

5   members?

14:33:34  6   **A**   Yes, it does.

14:33:50  7   **Q**   Turning to Defendants' 70, which is BBBA (Local), does this

8   policy provide that the election precincts for board elections

9   shall correspond with each attendance zone boundaries of each

10  middle school with the district?  Each election precinct shall

11  be served by one polling place located within the boundary of

12  the election precinct?

14:34:11 13   **A**   Yes, it does.

14:34:12 14   **Q**   Is this how Spring Branch holds its elections?

14:34:15 15   **A**   Yes, since 2012.

14:34:17 16   **Q**   Has Spring Branch always had seven election precincts?

14:34:21 17   **A**   Since 2012.

14:34:23 18   **Q**   It changed in 2012?

14:34:25 19   **A**   Yes, sir.

14:34:25 20   **Q**   What was it before it changed in 2012?

14:34:29 21   **A**   It was the elementary sites -- schools.

14:34:32 22   **Q**   How many were there?

14:34:34 23   **A**   Twenty-six.

14:34:36 24   **Q**   And those were based on the elementary school zones as

25  opposed to the middle school zones?

*Mr. Crawford Direct of Christine Porter*

14:34:41  1    **A**   That's correct.

14:34:41  2    **Q**   I take it that means that -- that Spring Branch has 26

3    elementary school zones?

14:34:46  4    **A**   At that time, yes.

14:34:47  5    **Q**   Okay.  Why did it change from the 26 elementary school zones

6    to the seven middle school zones in 2012?

14:34:58  7    **A**   There was a law that changed -- that came in the 2011

8    legislative session that required the district to partner with

9    cities or counties to run elections, and in the past, the county

10   offered support to the school district and allowed it to have it

11   at all of those different sites in May.  But when the law

12   changed, the county could no longer commit to offering that type

13   of support.

14:35:25 14       So the district had to look at what their options were, and

15   in order to financially be able to handle running its own

16   election, they made the decision at that time, in '11-'12, to

17   have Election Day at middle schools and only have the seven

18   sites on Election Day.

14:35:45 19   **Q**   Were there benefits to the change from 26 to seven voting

20   precincts?

14:35:51 21   **A**   The main benefit would have been financial -- financially

22   inefficient for the school district, but it also ensured that

23   community members knew they were voting at one of their zoned

24   schools still.  If it had been with the county, it isn't

25   necessarily at an obvious location.  It would only be where

*Mr. Crawford Direct of Christine Porter*

1    their precinct is assigned.

14:36:17  2    Q   As of January 2020, are you aware of approximately how many

3    at-large school districts there were in Texas?

14:36:24  4    A   I believe it was about 850 school districts.

14:36:28  5    Q   And are you aware, at that time, about how many

6    single-member school districts there were?

14:36:32  7    A   About 140, I think, -45 -- 145.

14:36:36  8    Q   And what does this tell you?

14:36:38  9    A   It tells me that a majority of the school districts in Texas

10   maintain an at-large system for voting for their board.

14:36:45  11   Q   Does Spring Branch itself keep track of the race or

12   ethnicity of the voters in its school board elections?

14:36:53  13   A   No, we do not.

14:36:56  14   Q   Please took -- take a look at Defendants' Exhibit 9.

14:37:06  15       This is policy BBB (Legal).  I want to turn your attention

16   to the category that says, "Uniform Election Dates."  It says

17   that:  (As read) Each general or special election of board

18   members shall be on one of the following dates:  The first

19   Saturday in May; and the first Tuesday after the first Monday in

20   November.  And it cites Election Code 41.001(a).

14:37:34  21       Which of those dates did Spring Branch choose to hold its

22   elections?

14:37:37  23   A   They chose the first Saturday in May.

14:37:39  24   Q   Can you tell the Court why the district chose the May

25   election date versus the November election?

*Mr. Crawford Direct of Christine Porter*

14:37:47  1    **A**   First, it would be consistent.  That is actually when all

2    the board elections had been held, always in May.

14:37:54  3         Also, by choosing a Saturday in May, it would allow for an

4    easier opportunity to vote if people were choosing on Election

5    Day instead of a workday, which would have been a Tuesday in

6    November.

14:38:09  7    **Q**   I'd like to turn to page 3 of Exhibit 9, policy BBB (Legal),

8    and under "Methods of Election - Options," there is a category

9    called "Voter Petition."  Do you see that?

14:38:25 10    **A**   Yes.

14:38:28 11    **Q**   And I'll -- does this provide that if at least 15 percent of

12   the registered voters of the school district desire to place how

13   we elect our trustees on the ballot, if they present that to the

14   board, that the board must put it on the ballot to be elected?

14:38:45 15    **A**   That's correct.

14:38:46 16    **Q**   To be voted on?

14:38:47 17    **A**   Yes.

14:38:47 18    **Q**   And it cites Education Code 11.052(e).  Do you see that?

14:38:54 19    **A**   Yes, I do.

14:38:55 20         **MR. CRAWFORD:**  Your Honor, we'd ask the Court to take

21   judicial notice of that Education Code section.

14:38:59 22         **THE COURT:**  All right.

14:38:59 23    **BY MR. CRAWFORD:**

14:38:59 24    **Q**   As far as you know, Ms. Craft [sic], this board policy

25   merely tracks the state law about this -- this process?

*Mr. Crawford Direct of Christine Porter*

14:39:06 1  **A**   That's correct.

14:39:09 2  **Q**   Has Spring Branch ever received such a voter petition?

14:39:13 3  **A**   No, we haven't.

14:39:14 4  **Q**   If it had, what would it have done?

14:39:18 5  **A**   We would have ensured it would be on the next election.

14:39:22 6  **Q**   Has Spring Branch ever had to call an election pursuant to

7  either policy BBB (Legal) or Education Code 11.052(e)?

14:39:31 8  **A**   No, it has not.

14:39:34 9  **Q**   I'd like to now turn to early voting election -- locations.

14:39:40 10    Prior to the 2012 election, how many early vote- -- voting

11  locations did Spring Branch have?

14:39:48 12  **A**   There was only one early voting site.

14:39:51 13  **Q**   Where was this located?

14:39:54 14  **A**   It was located at the administration building at

15  955 Campbell Road.  It was considered the main branch for early

16  voting and was, as such, the only election site for early

17  voting.

14:40:07 18  **Q**   Why is that?

14:40:09 19  **A**   We had very low turnout in the past for early voting, and so

20  it was a site that could handle the turnout.

14:40:15 21  **Q**   Now, how close to I-10 is the administration building?

14:40:21 22  **A**   Less than a quarter mile.  It's literally a few hundred

23  feet.

14:40:25 24  **Q**   If we could turn to Plaintiff's Exhibit 110.

14:40:28 25    This is a -- depicting the early vote- -- voting locations

*Mr. Crawford Direct of Christine Porter*

1   pre-May 22 -- 2022 election.  Could you show the Court on this

2   map where the administration building is?

14:40:50 3   **A**   It's the star almost in the middle of the school district in

4   the Spring Branch Middle zone just south of the blue line

5   indicating I-10.

14:41:01 6   **Q**   And it's the address that says 955 Campbell Road?

14:41:04 7   **A**   Yes.

14:41:04 8   **Q**   And it's your understanding that -- that that location is

9   literally just feet away from the highway?

14:41:10 10  **A**   That is correct.

14:41:14 11  **Q**   I believe you may have answered this already, but I'm going

12  to go ahead and ask it again.

14:41:19 13       Why was there only one early voting location prior to 2012?

14:41:23 14  **A**   Prior to 2012, when they had all the locations at the

15  elementary -- Election Day was at all the elementary sites.

16  When they switched to the middle school sites starting in the

17  '11-'12 school year, they then decided they needed more than

18  that one site.  But at the time that one site could handle the

19  type of activity that was happening prior.

14:41:46 20  **Q**   How many new early voting locations were created in 2012?

14:41:51 21  **A**   They created three additional sites for a total of four

22  early voting sites.

14:41:56 23  **Q**   Are those all depicted on Plaintiff's Exhibit 110 that we

24  have up on the screen, those four?

14:42:01 25  **A**   Yes, they are.

*Mr. Crawford Direct of Christine Porter*

14:42:11  1   Q   And the --again, those locations are shown on the map?

14:42:14  2   A   The three additional sites, plus the administration

3   building, yes.

14:42:18  4   Q   And so from 2012 to 2022, how many early voting locations

5   did Spring Branch have?

14:42:26  6   A   We had four.

14:42:28  7   Q   How big is Spring Branch geographically?

14:42:31  8   A   It's about 44 square miles.

14:42:34  9   Q   How hard is it to access an early voting location?

14:42:41 10   A   I don't consider it that hard.  It's about a 10-minute drive

11   from the north side of the district to the administration

12   building.

14:42:47 13   Q   So, for example, on Exhibit 110, if -- if you are at

14   St. Jerome in Northbrook Middle School way up north, how long of

15   a drive is it down to the administration building at 955

16   Campbell Road?

14:43:04 17   A   About 10- to 11-minute drive.

14:43:07 18   Q   What about public transportation access to these early

19   voting locations?

14:43:11 20       Does Spring Branch have public transportation access?

14:43:16 21   A   There is public transportation access.

14:43:20 22   Q   As elections officer from 20- -- from 2012 to 2022, that

23   10-year period, did the lack of additional early voting

24   locations adversely affect minority voter turnout in those

25   Spring Branch elections?

*Mr. Crawford Direct of Christine Porter*

14:43:35  1    A    Not that I was made aware of.

14:43:37  2    Q    Why not?

14:43:39  3    A    At the time, we were offering more opportunities -- or more

4    places to vote for early voting that hadn't happened before.

5    Early voting is open for eight days from 7:00 a.m. to 7:00 p.m.,

6    as well as Saturday for a half day.  So it's just -- we offered

7    opportunities for people to, hopefully, work around work

8    schedules to come and vote.

14:44:06  9    Q    Other than approximately five complaints during the

10    May 2020 -- 2021 election, as elections officer, have you

11    received any other complaints about the number or locations of

12    the early voting locations?

14:44:20  13   A    Other than those approximately five, no, I have not.

14:44:25  14   Q    After receiving the May 2021 complaints, did Spring Branch

15    add a fifth early voting location in January of 2022?

14:44:32  16   A    Yes, we did.

14:44:34  17   Q    Where?

14:44:35  18   A    It was in the Spring Oaks Middle location on the north side.

14:44:46  19   Q    And on Plaintiff's Exhibit 110, is that in the -- in the

20    purple kind of shaded area?

14:44:51  21   A    Yes.  That light purple, yes.

14:44:53  22   Q    And where within that middle school district is that

23    location?  Is it toward -- is it on the northern end, southern

24    end, middle?  Can you give us an idea of where that location was

25    within that district?

*Mr. Crawford Direct of Christine Porter*

14:45:05 1  **A**  Probably more around the middle, but on the right side of

2  that district.

14:45:12 3  **Q**  Then did Spring Branch add a sixth early voting location in

4  2023?

14:45:17 5  **A**  Yes.  In 2023, we added one that is just on the border

6  between Northbrook Middle and Spring Woods Middle.

14:45:28 7  **Q**  And is that on the north side?

14:45:30 8  **A**  Yes, sir.

14:45:30 9  **Q**  And that's in the area around Northbrook Middle School,

10  Spring Woods Middle School and Landrum Middle School districts?

14:45:38 11  **A**  Yes.  Almost right there at that corner between the blue,

12  green, and light blue.

14:45:43 13  **Q**  Now, did Spring Branch close the fifth early voting location

14  that opened in January of 2022, the one we talked about before

15  the one --

14:45:56 16  **A**  Yes.  The fifth site was at a place called John Knox

17  Presbyterian Church.  We opened that in '22, and then in '23 we

18  closed that site and then reopened -- and then opened another

19  site at the West Support Center at a district facility.

14:46:11 20  **Q**  Why was the location at John Knox closed as an early voting

21  location?

14:46:18 22  **A**  That year, the -- one of the candidates running was a

23  minister that worked at that church, and so there was a desire

24  to move the location by the board.

14:46:29 25  **Q**  And you said it was moved to West Support Center?

*Mr. Crawford Direct of Christine Porter*

14:46:32  1   **A**    Yes.

14:46:33  2   **Q**    And is that north or south of I-10?

14:46:35  3   **A**    North.

14:46:35  4   **Q**    Can you show the Court where that location is on Plaintiff's

5   Exhibit 110?

14:46:40  6   **A**    It's also in the Spring Oaks Middle location.

14:46:49  7   **Q**    And that's the purple color on our map?

14:46:51  8   **A**    Yes, sir.

14:46:51  9   **Q**    So as of today, how many early voting locations does

10   Spring Branch have?

14:46:58 11   **A**    We have six.

14:47:00 12   **Q**    And how many are on the north side, and how many are on the

13   south side?

14:47:04 14   **A**    Three are on the north side, and three are on the south

15   side.

14:47:07 16   **Q**    Can you tell the Court why you have an early voting location

17   at 7676 Woodway Drive, which I understand is the city of

18   Piney Point?

14:47:16 19   **A**    Yes.  We --

14:47:17 20              **THE COURT:**  What was the end?  I couldn't hear you.

14:47:19 21              **MR. CRAWFORD:**  Oh, I'm sorry.  Can you explain to the

22   Court why you have an early voting location located at 7676

23   Woodway Drive, which I understand is the city of Pilot [sic]

24   Point.

14:47:32 25              **THE COURT:**  I can't hear the last part.  What you

*Mr. Crawford Direct of Christine Porter*

1   understand is what?

14:47:36 2        **MR. CRAWFORD:** I understand is the city of Pilot

3   Point, the location.

14:47:40 4        **THE COURT:** Thank you.

14:47:41 5   **A** It's actually the city of Piney Point.

14:47:43 6   **BY MR. CRAWFORD:**

14:47:43 7   **Q** Oh, Piney Point. I apologize.

14:47:46 8   **A** No problem.

14:47:46 9     We have -- school districts, in order to run an election in

10   May, we have to partner with either a city or a county. And so

11   we've had a long-time partnership with the city of Piney Point

12   to handle their elections -- or they are able to use our sites

13   for their elections.

14:48:00 14     So when the law came into play that said we had to partner

15   with them, we continued that partnership with Piney Point, and

16   because they'd -- at that time had always hosted an election

17   site at the -- at city hall, they were allowed to maintain that

18   for early election.

14:48:20 19        **THE COURT:** We're going to take a short recess. We'll

20   stand in recess until 3:00 p.m.

14:48:35 21     *(Recess taken from 2:48 p.m. to 3:00 p.m.)*

15:00:17 22        **THE COURT:** Please be seated.

15:00:18 23        All right. Mr. Crawford, you may conclude.

15:00:20 24        **MR. CRAWFORD:** Thank you, Your Honor.

15:00:24 25   **BY MR. CRAWFORD:**

*Mr. Crawford Direct of Christine Porter*

15:00:26 1  Q   Ms. Porter, to summarize the testimony that we just got

2   through discussing, based on the locations and the days and

3   hours of operation of Spring Branch's early voting locations, in

4   your opinion as elections official, do Hispanics have an equal

5   opportunity as whites do to participate in early voting in

6   Spring Branch ISD elections?

15:00:54 7  A   Yes, I do believe that.

15:00:56 8  Q   Has Spring Branch received any complaints about the Election

9   Day middle school voting locations?

15:01:02 10  A   Not as long as I've been election officer.

15:01:05 11  Q   What language are used on the ballots that Spring Branch

12   uses?

15:01:10 13  A   We're actually required, because we're in Harris County, to

14   have four languages.  Spanish would be the primary one that gets

15   used, but we also have Chinese and Vietnamese.

15:01:23 16  Q   In addition to English?

15:01:24 17  A   Yes.

15:01:25 18  Q   I'd like you to turn to Plaintiff's Exhibit 115.

15:01:34 19       This is an exhibit that was used that states that the race

20   and ethnicity of the Spring Branch Police Department of 20- --

21   in 2021 was 60.47 percent non-Hispanic and 39.53 percent

22   Hispanic.  Do you see those references?

15:01:53 23  A   Yes, I do.

15:01:54 24  Q   I'd like you to turn to Plaintiff's Exhibit 16, please.

15:02:03 25       This lists the ethnicity of Spring Branch's police force by

*Mr. Crawford Direct of Christine Porter*

1  position from 2011 to 2021.  I just want to look at the 2021

2  numbers to compare them to Plaintiff's Exhibit 115.

15:02:19  3      First of all, in 2021, what was the ethnicity of the police

4  captain?

15:02:29  5  **A**  He was Hispanic.

15:02:31  6  **Q**  The police captain is the number two position in the police

7  force, correct?

15:02:34  8  **A**  That's correct.

15:02:35  9  **Q**  Okay.  Turning -- going down to --

15:02:40  10      **THE COURT:**  Wait a minute.  This is --

15:02:41  11      **MR. CRAWFORD:**  Oh, I'm sorry.

15:02:41  12      **THE COURT:**  Can you summarize this?  I don't want to

13  go through each number.

15:02:44  14      **MR. CRAWFORD:**  Oh, sure.

15:02:44  15      **THE COURT:**  Tell me what they're all -- the last

16  question's going to be.

15:02:48  17  **BY MR. CRAWFORD:**

15:02:48  18  **Q**  My last question's going to be:  In 2021, were there 16

19  Hispanic police officers, 10 black police officers, and 12 white

20  police officers?

15:02:58  21  **A**  Yes.

15:02:59  22  **Q**  So were there more Hispanic police officers than white

23  police officers in 2021?

15:03:04  24  **A**  Yes.

15:03:04  25  **Q**  And does the 60.47 percent non-Hispanic number on this chart

*Mr. Abrams Cross of Christine Porter*

1    relate to both white and black officers?

15:03:12   2    A   Yes, it does.

15:03:14   3          MR. CRAWFORD:  That's it, Your Honor.  No further

4    questions.

15:03:16   5          THE COURT:  I'm going to try that again.  It got

6    moving.

15:03:20   7          MR. CRAWFORD:  I can take a hint.

15:03:21   8          THE COURT:  If I ask you a question, I scare you off,

9    you stop.  That's pretty good.  I'll try using it.

15:03:27  10          MR. CRAWFORD:  I can take a hint.

15:03:28  11          THE COURT:  Any cross?

15:03:30  12          MR. ABRAMS:  Regretfully, yes, Your Honor.

15:03:31  13          THE COURT:  Okay.

15:03:31  14                    **CROSS-EXAMINATION**

15:03:33  15    BY MR. ABRAMS:

15:03:34  16    Q   Good afternoon, Ms. Porter.

15:03:36  17    A   Good afternoon.

15:03:36  18    Q   You've been deposed before in the case as a designated

19    corporate representative for the district, right?

15:03:41  20    A   Yes, sir.

15:03:42  21    Q   And you prepared for your testimony then by reviewing the

22    topics that the superintendent and the lawyers designated that

23    you would cover as the representative of the district, right?

15:03:53  24    A   Yes, sir.

15:03:53  25    Q   And I think you told me you spent around 20 hours to

*Mr. Abrams Cross of Christine Porter*

1    prepare.

15:03:58  2    **A**   For the deposition?   Yes.

15:03:59  3    **Q**   For the deposition, yes, ma'am.

15:04:00  4    **A**   Yes.

15:04:01  5    **Q**   And among the documents you reviewed was the 2020 Thompson &

6    Horton presentation to the Spring Branch School Board about

7    different types of electoral systems that could be implemented

8    in the state of Texas.   Do you recall that?

15:04:15  9    **A**   Yes, I did.

15:04:17  10          **MR. ABRAMS:**   Richard, may we look at Plaintiff's

11    Exhibit 66, please?

15:04:25  12    **BY MR. ABRAMS:**

15:04:25  13    **Q**   Do you recognize Plaintiff's Exhibit 66 as the first page of

14    a PowerPoint presentation that Lisa McBride, a partner at

15    Thompson & Horton, presented to the Spring Branch School Board

16    in January of 2020 about electoral systems?

15:04:40  17    **A**   Yes.

15:04:41  18    **Q**   You earlier responded to Mr. Crawford about the number of

19    districts that have different types of governance systems.

15:04:50  20          If we could, let's look at page 5 of Exhibit 66 where

21    there's a summary.

15:05:00  22          **MR. ABRAMS:**   Actually, can you go to the previous

23    page?   There we go.   Thank you.

15:05:04  24    **BY MR. ABRAMS:**

15:05:05  25    **Q**   Ms. McBride's presentation to the school board in

*Mr. Abrams Cross of Christine Porter*

1    January 2020 indicated that overall in Texas, as of that time,

2    based on her law firm's calculation, 147 districts in the state

3    of Texas had some form of single-member district, and 848 used

4    the at-large system, right?  Is that right?

15:05:27  5  **A**   Yes, that's what it says.

15:05:28  6  **Q**   And then let's look at page 15 of what Ms. McBride said to

7    the school board back in January of 2020.

15:05:35  8       By the way, were you present at the workshop where this

9    presentation was made?

15:05:40 10  **A**   No, I was not.

15:05:40 11  **Q**   All right.  Well, we'll just look and see --

15:05:43 12           **THE COURT:**  Let me ask a question.  What relevance is

13   it that -- what other districts do?  I mean, we talked about the

14   Wink School District -- I think that's the one out in West Texas

15   which had ten people -- and we talked about Dallas.  It's 39th

16   in rating; is that right?

15:06:02 17           **MR. ABRAMS:**  I'm sorry?

15:06:03 18           **THE COURT:**  Spring Branch is No. 30 --

15:06:05 19           **MR. ABRAMS:**  I think your memory is very good.

15:06:07 20           **THE COURT:**  So if -- we're comparing apples and

21   oranges and kumquats.  I know y'all have talked about this, but

22   this doesn't -- maybe I'm missing something.  What is the

23   relevance of this?

15:06:16 24           **MR. ABRAMS:**  Well, the district is making the

25   argument, Your Honor, that there's so many districts that have

*Mr. Abrams Cross of Christine Porter*

1   at-large systems, that one shouldn't make this district adopt

2   this abhorrent system.  That only a small percentage --

15:06:28   3          **THE COURT:**  That assumes they all comply with

4   Section 2.

15:06:31   5          **MR. ABRAMS:**  That's true.

15:06:31   6          **THE COURT:**  You can go over there, but I can tell you

7   I'm not going to pay much attention to it in the opinion.

15:06:35   8          **MR. ABRAMS:**  I'll make the transition quickly.

15:06:39   9   **BY MR. ABRAMS:**

15:06:39  10   **Q**   The Thompson law firm that made this presentation to the

11   board in January of 2020 had laid out the next steps of

12   evaluating whether to change the district's system as shown on

13   SBISD 001414.

15:06:52  14       That was Thompson & Horton, right?

15:06:54  15   **A**   Yes.

15:06:54  16   **Q**   Thompson & Horton is the law firm that initially appeared

17   for the district in this lawsuit, right?

15:07:00  18   **A**   Correct.

15:07:01  19   **Q**   Thompson & Horton is the law firm that withdrew from

20   representing the district in this case, at which time

21   Mr. Crawford and Mr. Henry and their law firm stepped in, right?

15:07:11  22   **A**   Correct.

15:07:12  23   **Q**   Do you recall that Thompson & Horton withdrew from

24   representing the district when the district was no longer

25   willing to consider changing its at-large system to a

*Mr. Abrams Cross of Christine Porter*

1  single-member district plan?

15:07:24  2      **MR. CRAWFORD:**  Your Honor, I'm going to object.  That

3  delves into attorney-client privilege as --

15:07:28  4      **THE COURT:**  It does, and it seems to go into

5  settlement discussions, too.  I sustain the objection.

15:07:35  6  **BY MR. ABRAMS:**

15:07:35  7  **Q**  I want to talk to you now, Ms. Porter, about several topics

8  that you addressed as corporate representative to just get the

9  district's position on the record for the judge.

15:07:46  10      The district agrees that when it was formed, and for a

11  large number of years, its population was virtually all white,

12  correct?

15:07:53  13  **A**  Correct.

15:07:54  14  **Q**  The district agrees that in the past 20 years, the racial

15  and ethnic composition of the district has changed

16  significantly, and what was once a district with a majority of

17  voters and students that were white, is now a district where the

18  Hispanic population is greater than the white population, and

19  the percentage of Hispanic students is more than twice the

20  percentage of white students, correct?

15:08:16  21  **A**  Correct.

15:08:17  22  **Q**  The district agrees that during the past 20 years, the

23  socio-economic background of its residents and students has

24  changed, and now at least 58 percent of its students are

25  economically disadvantaged, correct?

*Mr. Abrams Cross of Christine Porter*

15:08:30 1   A   Correct.

15:08:30 2   Q   The district agrees it's now a majority-minority district in

3   terms of its student population, and believes it is also a

4   majority-minority district in terms of total population,

5   correct?

15:08:42 6   A   Correct.

15:08:43 7   Q   The district agrees that the racial and ethic -- ethnic

8   demographics of the Memorial Villages is substantially different

9   than the racial and ethnic composition of the areas located

10   north of Interstate 10 outside the villages, correct?

15:08:57 11   A   Correct.

15:08:58 12   Q   The district agrees the population of the Memorial Villages

13   is largely white and non-minority, correct?

15:09:04 14   A   Correct.

15:09:04 15   Q   And, similarly, the district agrees that the populations of

16   the schools on the south side are largely white and not

17   minority, correct?

15:09:12 18   A   Correct.

15:09:21 19   Q   I want to talk to you about the investigation that the

20   district did or did not take in this case before denying all of

21   the allegations that the plaintiff has made.  Do you remember we

22   discussed that topic in your deposition?

15:09:31 23   A   Yes.

15:09:31 24   Q   Before the district denied in this lawsuit that its conduct

25   doesn't violate the Voting Rights Act and doesn't deny minority

*Mr. Abrams Cross of Christine Porter*

1   voters rights under the Act, do you agree that the district did

2   not conduct any investigation or analysis of that subject?

15:09:47  3   **A**   The district did not.

15:09:50  4        **THE COURT:**  I'm not following this.  What -- what are

5   these questions focusing on?

15:09:54  6        **MR. ABRAMS:**  The focus, Your Honor, on the questions

7   is that, as the Court knows, the district has challenged and

8   required the plaintiff to prove every element of its case.

9   Before it made the denials in this case under the federal rules,

10  it conducted no investigation of the subjects that it denied,

11  putting the plaintiff to a burden when it had not exercised its

12  obligations under the federal rules.

15:10:18  13        **THE COURT:**  Is this -- are you going to file a Rule 11

14  motion, or is this --

15:10:22  15        **MR. ABRAMS:**  It's going to be --

15:10:22  16        **THE COURT:**  Go ahead.

15:10:23  17        **MR. ABRAMS:**  I'm sorry.  It's going to be pertinent to

18  the costs in this case, should we get to that point; that the

19  plaintiffs have been required to prove things that the district

20  denied without ever investigating them, and in some instances,

21  we will establish, has admitted under oath through its corporate

22  rep.

15:10:39  23        **THE COURT:**  So it's relevant to attorney's fees and

24  maybe the *Johnson* factors?

15:10:42  25        **MR. ABRAMS:**  Correct, Your Honor.

*Mr. Abrams Cross of Christine Porter*

15:10:42  1    THE COURT:  Okay.  Go ahead.

15:10:46  2  BY MR. ABRAMS:

15:10:47  3  Q   Ms. Porter, before the district denied in this lawsuit that

4  its system for electing trustees dilutes the voting strength of

5  racial and language minorities, do you agree the district had

6  not conducted any investigation or analysis to determine whether

7  or not that was even true?

15:11:02  8  A   The district did not.

15:11:04  9  Q   Before the district denied that its trustee elections are

10  not deeply racially polarized, do you agree the district had not

11  conducted any investigation or analysis to determine whether or

12  not that was true?

15:11:17 13  A   The district did not.

15:11:18 14  Q   Before the district denied in this lawsuit that racially

15  polarized voting has occurred, do you agree it had not done any

16  investigation to support that position?

15:11:29 17  A   The district did not.

15:11:30 18  Q   Similarly, when the district denied in this lawsuit that

19  white voters had voted sufficiently as a bloc to enable them to

20  defeat minority voters' preferred candidates, do you agree it

21  had not done any investigation to determine whether or not that

22  was true?

15:11:45 23  A   The district did not.

15:11:47 24  Q   Before the district denied in this lawsuit that it had

25  enacted barriers to voting, do you agree it did not conduct any

*Mr. Abrams Cross of Christine Porter*

1   investigation or analysis to determine whether or not that

2   allegation was true?

15:12:01 3   **A**   The district did not.

15:12:02 4   **Q**   Before the district denied in this lawsuit that the existing

5   at-large electoral system was the reason that Dr. Elizondo lost

6   the 2020 -- 2021 election, do you agree the district did not

7   conduct any investigation or analysis of that subject?

15:12:18 8   **A**   The district did not.

15:12:19 9   **Q**   And now let's turn to what the district does agree.

15:12:23 10   The district does agree that with respect to the geographic

11   concentration of Hispanics in the district, that is large enough

12   to constitute a majority of the voting age population in one or

13   more single-member districts if a seven-member election plan is

14   adopted or ordered by the Court, correct?

15:12:43 15   **A**   I understand that the -- I've seen the map that shows that

16   there's at least one, yes.

15:12:51 17   **Q**   Well, my question is:  Does the district agree specifically

18   to this item, which is important factually, that the geographic

19   concentration of Hispanics in the district is large enough to

20   constitute a majority of the voting age population in one or

21   more single-member districts if the Court orders or the district

22   adopts a seven-member election plan?  That's correct, isn't it?

15:13:15 23   **A**   Yes.

15:13:18 24   **Q**   In fact, the district's position is that up to three

25   single-member districts could be formed in which the geographic

*Mr. Abrams Cross of Christine Porter*

1    concentration of Hispanics would constitute a majority of the

2    voting age population, correct?

15:13:32  3    **A**   Do you mind pointing that out in the deposition where I said

4    that?

15:13:36  5    **Q**   I'd be happy to.

15:13:38  6        **MR. ABRAMS:**  Your Honor, may I approach?

15:13:41  7        **THE COURT:**  Sure.

15:13:42  8    **BY MR. ABRAMS:**

15:13:43  9    **Q**   Here you go, Ms. Porter.

15:13:45 10       Ms. Porter, I've handed you a copy of your deposition that

11    was taken on December 28th, '21 -- 2021, and I want to direct

12    your attention to page 34, line 17.

15:14:10 13       Are you with me?

15:14:11 14    **A**   Yes, sir.

15:14:13 15    **Q**   Do you recall that, under oath as the district's corporate

16    rep -- corporate representative, I asked you the following

17    question:  (As read) What is the district's position about the

18    number of single-member districts that could be formed in which

19    the geographic concentration of Hispanics would constitute a

20    majority of the voting age population?

15:14:34 21       What was your answer at that time?

15:14:35 22    **A**   My answer was:  (As read) I've heard that three -- up to

23    three could be established.

15:14:41 24    **Q**   And that was the position you took on behalf of the district

25    in your deposition, correct?

*Mr. Abrams Cross of Christine Porter*

15:14:45  1    **THE COURT:**  I think there's an objection.

15:14:47  2        **MR. CRAWFORD:**  Your Honor, I'm going to object at this

3    point for optional completeness, because there was an additional

4    Q and A following that, that I think explains the basis for that

5    answer.

15:14:54  6        **THE COURT:**  Okay.  Well, you can -- read the question

7    and answer after it.

15:14:57  8        **MR. ABRAMS:**  I'll be happy to, and that's where I was

9    going next.

15:14:59 10        **THE COURT:**  Okay.

15:15:02 11    **BY MR. ABRAMS:**

15:15:02 12    **Q**  (As read) And the factual information on which that position

13    was based that the district had, that as many as three

14    single-member districts could be drawn in which a majority of

15    the voting age population would be Hispanic was based on what?

15:15:18 16    **A**  (As read) These are based on some meetings we had with legal

17    counsel at that time.

15:15:23 18    **Q**  That's right.

15:15:24 19        So in your deposition, represented by counsel, without

20    objection, the district, with counsel present, has acknowledged

21    that at least in its judgment, three minority-majority districts

22    could be formed, correct?

15:15:40 23    **A**  Actually, I stated that I've heard that three could be

24    formed.  I did not say it could be.

15:15:46 25    **Q**  Right.

*Mr. Abrams Cross of Christine Porter*

15:15:46  1      And you were appearing as a corporate representative after

2   having consulted with others and documents so that you could

3   testify about a lot of things that you didn't have personal

4   knowledge of, correct?

15:15:57  5  **A**   Correct.

15:15:57  6  **Q**   And that's --

15:15:59  7          **THE COURT:**  Was there an objection, Mr. Crawford?

15:16:01  8          **MR. CRAWFORD:**  Yes, Your Honor.  I'm going to object

9   due to optional completeness.  I would ask Mr. Abrams to read

10  lines 14 through 21 on page 35.

15:16:12  11         **MR. ABRAMS:**  I'll be happy to, Your Honor.

15:16:14  12  **BY MR. ABRAMS:**

15:16:14  13  **Q**   (As read) Setting aside the communications with legal

14  counsel, which I presume and understand the district will assert

15  privilege over, are you aware of any other sources of

16  information confirming that as many as three single-member

17  districts could be drawn in Spring Branch in which the

18  concentration of voting age Hispanics would be a majority?

15:16:32  19     And what was your answer?

15:16:34  20  **A**   My answer was, "No."

15:16:34  21  **Q**   Right.

15:16:57  22     Turning to page 46, while we're still on this subject,

23  Ms. Porter, please, directing your attention to lines 6 through

24  11, do you recall I asked you later in the deposition, after we

25  had covered the subject of ethnic composition of the district --

*Mr. Abrams Cross of Christine Porter*

1    I said, quote, and based upon the investigation that's been

2    conducted by the district to date, at least three single-member

3    districts could be drawn in the district in which the Hispanic

4    voting age population would constitute a majority, correct?

15:17:35   5        And your answer at that time was?

15:17:36   6    A    "Yes."

15:17:37   7    Q    Thank you.

15:17:43   8        The district understands that it is legal to have

9    single-member districts, and that they would provide an

10   opportunity for participation in areas of the district that have

11   had lower participation, correct?

15:17:56   12   A    Correct.

15:17:57   13   Q    The district's aware that the Voting Rights Act assures that

14   the voting strength of its minority voters is not to be diluted

15   by the majority, correct?

15:18:06   16   A    Correct.

15:18:07   17   Q    The district acknowledges that there are sound policy

18   reasons for adopting a single-member district plan because such

19   a plan would ensure that specific minority groups have an

20   opportunity to be represented as required by law and Texas

21   voters' rights, correct?

15:18:25   22   A    Correct.

15:18:25   23   Q    The district acknowledges that one of the policy reasons

24   supporting the adoption of single-member plans is that those

25   plans may allow minority voters' preferences to be better

**_Mr. Abrams Cross of Christine Porter_**

1    reflected in the election results, correct?

15:18:39    2    **A**    It may allow that, correct.

15:18:40    3    **Q**    And the district agrees that single-member district

4    representation can increase the likelihood that minority

5    candidates will run for office on the board, correct?

15:18:50    6    **A**    It can increase that likelihood, yes.

15:19:02    7    **Q**    Now I you want to talk to you for just a moment about

8    spending.

15:19:06    9        You and counsel for the district went through and looked at

10    a few items on Defendants' Exhibit 71 with regard to

11    expenditures from the general fund.  Do you recall that?

15:19:17    12    **A**    Yes, I did.

15:19:18    13    **Q**    And you told us what the factors are that affect how much

14    general fund spending occurs for different campuses, correct?

15:19:28    15    **A**    Correct.

15:19:28    16    **Q**    And you -- you told us in -- earlier, in your deposition,

17    that as a general proposition, your position is the district

18    provides additional staffing and dollars for the campuses that

19    are economically disadvantaged?

15:19:44    20    **A**    Correct.

15:19:44    21    **Q**    So you would agree with me that all things being equal, a

22    campus with a low economically disadvantaged population should

23    be receiving less district funding from the general fund than a

24    campus with a high economically disadvantaged population?

15:20:01    25    **A**    All things being equal, correct.

*Mr. Abrams Cross of Christine Porter*

15:20:03 1  Q   All right.  Well, let's look at a real-world example

2  different from the one that was covered with you.

15:20:08 3     Let's start by looking at Memorial Drive Elementary.  We

4  can either look at Plaintiff's Exhibit 1, or can you just

5  confirm that Memorial Drive Elementary is in the heart of

6  Piney Point Village on the south side of town?

15:20:21 7  A   It is in -- that's exactly where it's located.

15:20:23 8  Q   All right.  Let's look at Exhibit 107 just to confirm what

9  the Memorial Drive Elementary is economically disadvantaged

10  percentage is.

15:20:43 11    Can you find Memorial Drive Elementary on the chart?  I

12  believe it's in the lower right-hand corner, and just in the

13  interest of speed, do you see that the economically

14  disadvantaged percentage for MDE is 10.77 percent?

15:20:56 15 A   That's correct.

15:21:04 16 Q   By the way, the district's just announced it's completed the

17  complete construction of a brand new elementary school at MDE,

18  right?

15:21:12 19 A   Correct.

15:21:13 20 Q   Do you know the approximate amount the district has spent to

21  build a brand new school at Memorial Drive?

15:21:22 22 A   I'm sorry, I don't know that off the top of my head.

15:21:24 23 Q   I've seen bond literature that projected or allocated as a

24  projection around $30 million.  Does that figure sound about

25  right?

*Mr. Abrams Cross of Christine Porter*

15:21:32  1  **A**   Yes, that sounds reasonable.

15:21:34  2  **Q**   Now, let's compare Memorial Drive Elementary demographically

3  with Hollibrook.

15:21:47  4     Hollibrook is located, we've already heard, on the north

5  side, and according to Plaintiff's Exhibit 107 -- let me see if

6  I can find it.  There it is.

15:22:03  7     In the center of the page, what's the economic disadvantage

8  percentage at Hollibrook Elementary?

15:22:09  9  **A**   99.72 percent.

15:22:14  10 **Q**   So we're in agreement that as far as economic disadvantage

11  goes, Hollibrook is substantially more distressed than MDE,

12  right?

15:22:26  13 **A**   Yes.

15:22:27  14 **Q**   And Hollibrook's in the far northern portion of the

15  district, we've established?

15:22:31  16 **A**   Yes.

15:22:31  17 **Q**   And we've already established that the population of

18  Hollibrook is almost entirely Hispanic, right?

15:22:40  19 **A**   I don't know about that.  I'm sorry.

15:22:42  20 **Q**   Let's look at Plaintiff's Exhibit 105, please.

15:22:47  21    Plaintiff's Exhibit 105 is the middle school zone.  So I'll

22  represent to you, you're right.  We don't have the Hollibrook

23  figure.  But the Northbrook Middle zone, where Hollibrook is

24  located, is 96 percent Hispanic.  Does that suggest to you that

25  Hollibrook is almost -- is very heavily Hispanic?

*Mr. Abrams Cross of Christine Porter*

15:23:05 1   A   Yes, it does.

15:23:06 2   Q   All right.  Now let's see what the per student expenditures

3   were at MDE.  We're going to do it for two years so we can be

4   fair, in 2019 and 2020.

15:23:17 5       So will you look at the Defendants' Exhibit 71 that you and

6   Mr. Crawford were reviewing?  And we'll put it up on the screen.

7   It's going to be hard to see, but let's look at MDE, Memorial

8   Drive Elementary.

15:23:36 9           MR. ABRAMS:  Can you blow that up and find it?

15:23:38 10  A   It's about halfway down.

15:23:40 11  BY MR. ABRAMS:

15:23:40 12  Q   Thank you.

15:23:47 13          MR. ABRAMS:  Okay.  And you're going to have to go to

14   the far right.  We're going to look at the last two columns.

15:23:51 15  BY MR. ABRAMS:

15:23:51 16  Q   And if it's easier, I'll just have you look at the book.

15:23:59 17  A   No, I think this is good, if we keep that block.

15:24:06 18      Okay.

15:24:08 19  Q   What was the MDE expenditure by the school district per

20   student in 2019-'20?  That's the next-to-the-last row?

15:24:17 21  A   I'm sorry, for what campus?

15:24:19 22  Q   MDE.

15:24:21 23  A   MDE?  $6,428.81.

15:24:25 24  Q   I'm sorry, would you -- one more time for me.

15:24:28 25  A   $6,428.81.

*Mr. Abrams Cross of Christine Porter*

15:24:37  1    Q    Now let's look and see what the expenditure was at

2    Hollibrook for 2019-2020.

15:25:00  3    A    $5,560.95.

15:25:05  4    Q    Five five six oh?

15:25:07  5    A    Yes.  Ninety-five cents.

15:25:12  6    Q    So I'd earlier done the math, but I'm not sure it's right.

15:25:18  7         But just for purposes of argument, do you agree with me

8    that, in 2020, the district's general fund expenditures at

9    Memorial Drive Elementary were roughly $750 more per student

10    than at Hollibrook?

15:25:32 11    A    Yes.

15:25:34 12    Q    And according to the TEA material we have, which we can go

13    find -- I'll just represent to you that the TEA documents show

14    that the enrollment at Hollibrook was 707 students.  I'm just

15    going to make that representation, if we go to the TEA document.

15:25:49 16         707 times 750 is more than a half a million dollars, isn't

17    it?

15:25:55 18    A    Correct.

15:25:56 19    Q    So in 2020, MDE got more than $500,000 -- more than $500,000

20    more from the general fund than Hollibrook, right, according to

21    the district's records?

15:26:16 22    A    I don't know if you can times it by the number of kids at

23    Hollibrook to make that deduction.

15:26:21 24    Q    All right.

15:26:21 25    A    I mean, MDE...

*Mr. Abrams Cross of Christine Porter*

15:26:25  1    Q    We'll just stick with the per student allocation.

15:26:28  2    A    Okay.

15:26:28  3    Q    Now let's look at the same analysis for 2021.

15:26:34  4        Let's start at Memorial Drive Elementary.  What does the

5    district show it spent at Memorial Drive Elementary on a per

6    student basis based on the unaudited 2021 figures that you used

7    with Mr. Crawford?

15:26:57  8        Can you see it?

15:26:58  9    A    He's moving to it right now.

15:27:00 10    Q    Okay.  He's not there yet.

15:27:08 11    A    Yep.

15:27:08 12    Q    It's the top cell.

15:27:10 13    A    Yeah.  $6,662.64.

15:27:17 14    Q    Now let's look and see what happens -- what the district

15    spent out of its general fund at Hollibrook in '20-2021.

15:27:35 16        What's that figure?

15:27:36 17    A    $6,427.81.

15:27:46 18    Q    Difference is smaller, but it's still around $235

19    difference, right?

15:27:51 20    A    Correct.

15:27:51 21    Q    Per student?

15:27:52 22    A    Correct.

15:27:54 23    Q    Averaged over the student body, and I realize you've got

24    these other variables, but -- so the principle that you advanced

25    in your earlier examination, that it necessarily follows that

*Mr. Abrams Cross of Christine Porter*

1   the district's spending more money on the economically

2   disadvantaged students out of its general fund is not

3   universally true, correct?

15:28:17  4   **A**   We do provide more money to students that have certain --

5   more services.  So Hollibrook got more per student on the basic

6   allotment per student, but with Hollibrook being a larger

7   campus -- as you stated, it has over 700 students.  Memorial

8   Drive is significant- -- significantly smaller.

15:28:41  9      So costs that both campuses share, for instance, a

10   principal -- so the principal cost, the salary cost at

11   Hollibrook is already diluted with only -- with over 700 kids at

12   Hollibrook whereas a per student basis at a smaller school, such

13   as Memorial Drive, will automatically give them a higher cost

14   per student.  So that has some effect in this analysis.

15:29:06  15   **Q**   So I'm just going to confirm one point.

15:29:08  16      One point is if we just look at the dollars, before we get

17   behind the dollars, the district spent more at Memorial Drive

18   Elementary per student than it did at Hollibrook despite their

19   very different economic circumstances, correct?

15:29:21  20   **A**   Correct.

15:29:22  21   **Q**   One explanation for that is, well, there's a difference in

22   size of enrollment, right?

15:29:27  23   **A**   Yes.

15:29:28  24   **Q**   And in the last year, the district made decisions about

25   closing various elementary schools.  You recall that?

***Mr. Abrams Cross of Christine Porter***

15:29:36  1    **A**   Yes, sir.

15:29:37  2    **Q**   And when it decided to close elementary schools, even though

3    you've just told me, well, gee whiz, Memorial Drive's per

4    student cost is higher because it's got a little enrollment, it

5    didn't close Memorial Drive Elementary, did it?

15:29:53  6    **A**   I didn't say "gee whiz," but, no, they did not close

7    Memorial Drive.

15:29:58  8    **Q**   I apologize for using that expression.  I didn't even -- it

9    was unconscious, I apologize.

15:30:05 10       When the district was making campus closure decisions, it

11    kept open Memorial Drive Elementary, which has an enrollment,

12    per the TEA, of around 391, right?

15:30:15 13    **A**   Yes.

15:30:16 14    **Q**   Instead, it closed Treasure Forest as one of the schools it

15    closed, right?

15:30:20 16    **A**   That's correct.

15:30:21 17    **Q**   All right.  Let's look at Plaintiff's Exhibit 28 for the

18    enrollment figures at Treasure Forest.

15:30:41 19       This is a -- a document that the TEA generates, and this is

20    the 20--- are we on the 2022 one?  Yes, we're on the '22 one.

15:30:50 21       And you see there's a column "Total Students" that the TEA

22    takes from the reports it gets?

15:30:58 23    **A**   Yes.

15:30:59 24    **Q**   And what was the enrollment at Treasure Forest?

15:31:03 25    **A**   429.

*Mr. Abrams Cross of Christine Porter*

15:31:08 1   Q   So at least on enrollment, Treasure Forest had more kiddos

2   per the TEA than Memorial drive, and yet it was closed, right?

15:31:19 3   A   That's correct.

15:31:20 4   Q   And another elementary school on the north side that was

5   closed was Spring Shadows Elementary, correct?

15:31:27 6   A   Correct.

15:31:28 7   Q   If you would, let's look at Plaintiff's Exhibit 28 and see

8   what the reported enrollment is for Spring Shadows.

15:31:41 9       Can you tell me what the enrollment was?

15:31:43 10  A   617.

15:31:48 11  Q   I noticed, when we were looking at the bond material you

12  earlier showed us, Spring Shadows was shown as one of the

13  schools that the district rebuilt -- or built a brand new

14  school.  Was that one of the schools on the north side that was

15  rebuilt from scratch?

15:32:03 16  A   It was planned to be rebuilt out of the 2017 bond.

15:32:08 17  Q   Has it been rebuilt?

15:32:09 18  A   No, it has not.

15:32:11 19  Q   So rather than rebuilding Spring Shadows, which was on the

20  list of schools that the district committed to the voters to

21  rebuild, and a school that had an enrollment that's not quite

22  twice what -- Memorial Drive Elementary, MDE was built for

23  $30 million, and Spring Shadows was not only not rebuilt, it was

24  closed, correct?

15:32:33 25  A   Yes.  Would you like me to go through the thought process

*Mr. Abrams Cross of Christine Porter*

1    during the budget?

15:32:38  2   **Q**   I actually wouldn't, but if Mr. Crawford --

15:32:40  3        **THE COURT:**  I'd like to hear it now because this is

4    going to be the last question, so I'll forget.

15:32:44  5        What was the thought process?

15:32:46  6        **THE WITNESS:**  We went through this recent budget year

7    going into the '24-'25 school year with a need to cut

8    $35 million out of our budget, almost 15 percent.  We had to

9    consider all kinds of things.  I'm a CFO.  I'm a numbers person.

15:33:04 10       So I had to look at programs.  I had to look at

11   schools.  One of the things we had to look at was what

12   inefficiencies were out there, and we looked at all of our

13   schools, specifically focused on elementary schools, and we had

14   several schools that are under capacity, some more than half.

15   Schools that were built to have 8- or 900 students had less than

16   400 students in them.

15:33:27 17       Number wise, it is not efficient to have schools like

18   that when you're focused on what the dollar cost is and can --

19   can we provide services efficiently across those campuses, and

20   so we had to look at those campuses and what campuses were near

21   there.  Can we move kids to other campuses that -- but we would

22   -- we wouldn't discuss do we move a campus from -- completely

23   from one side of the district to the other side.  That wouldn't

24   be logical.

15:33:57 25       And we actually did discuss Memorial Drive Elementary.

*Mr. Abrams Cross of Christine Porter*

1    It was, however, in the process of being built and was more than

2    halfway built when this need to make these cuts happened, but we

3    talked about do we consider taking kids from the north side of

4    I-10 -- of I-10 and busing them south to put more kids there

5    since kids -- since schools on the north side were being

6    underutilized, but part of that analysis had to talk about

7    transportation.  Do we want kids on a bus for that long?  How do

8    we do transportation throughout the district?

15:34:35    9         Currently, almost every one of our bus drivers, unless

10    they're on a specialized route, they actually drive three

11    different routes:  Elementary, middle school, and high school.

12    So if, instead, they had to drive a very far route for an

13    elementary school, it would take them out of the cycle, and we

14    would then have difficulty meeting the needs of ensuring all our

15    kids are able to be transported.

15:34:56    16         So Memorial Drive was considered.  It was considered

17    for consolidation and discussed and realized that that would not

18    be an efficient use of resources, and so we looked to other

19    schools.  And, unfortunately, where we are seeing the -- the

20    drop in student population happens to be on the north side of

21    the school district.

15:35:15    22         **THE COURT:**  You can follow up tomorrow morning.

15:35:19    23         When you took this job, did you realize you would have

24    to be a corporate representative in lawsuits?

15:35:26    25         **THE WITNESS:**  I understood that could be part of the

```
 1  job, yes, sir.
 2         THE COURT:  Well, I want to talk to the lawyers, but
 3  you're excused until tomorrow morning.
 4         I want to talk about scheduling.  So, what, do you
 5  have about ten minutes left with her?
 6         MR. ABRAMS:  Yes.  Probably -- probably less, but
 7  let's say ten.
 8         THE COURT:  Okay.  And you don't need any reply?
 9         MR. CRAWFORD:  Not that I know of.
10         THE COURT:  Say again?
11         MR. CRAWFORD:  Not that I know of.
12         THE COURT:  Okay.  How long is Dr. Stein going to
13  take?
14         MR. ABRAMS:  I'm going to guesstimate an hour and a
15  half.
16         THE COURT:  Are you going to call your expert after
17  Dr. Stein?
18         MR. CRAWFORD:  We will be calling three board members,
19  and then our expert.
20         THE COURT:  Okay.
21         MR. CRAWFORD:  And that will be our last witness.
22         THE COURT:  Okay.  We can go till 12:30 tomorrow.
23  Friday, right now, I have other matters starting at 11:30.  I've
24  pushed everything to the afternoon on both days.  Is it
25  realistic that we can finish under those time constraints?
```

15:36:26  1          **MR. ABRAMS:**  Personally, I believe it is.

15:36:28  2          **MR. CRAWFORD:**  I believe it's possible.  I'm not sure

          3   it's realistic, but I believe it is possible.

15:36:33  4          **THE COURT:**  All right.  Let me tell you what -- I

          5   don't really anticipate a need for final arguments because this

          6   is fact intensive.  I'm going to give you a lengthy detailed

          7   homework assignment.  I'm going to explain it tomorrow and let

          8   you think about it, but I need to understand the facts.

15:36:50  9       I understand, I think, the law.  It's applying the law to

         10   the facts which is going to be my job, and arguments like your

         11   opening statements and the answers to my questions are helpful,

         12   but they're probably not going to result in any change in my

         13   opinion until I've read all the evidence that you submit later.

15:37:08 14       So with that in mind, is it likely we could finish by

         15   11:30?

15:37:16 16          **MR. HENRY:**  I think it will be a struggle to do that

         17   given that the experts have lots of detailed information to go

         18   through.  Their expert hasn't testified yet, and Your Honor may

         19   have questions for those experts, I think.

15:37:29 20          **THE COURT:**  Okay.  Here's what -- Sheila, we'll move

         21   the 11:30 to 1:30.  That means we can probably go to noon on

         22   Friday, but...

15:37:41 23          **MR. CRAWFORD:**  It was my understanding, I think it was

         24   Barry's also, when we had our last scheduling conversation that

         25   we would not do closing statements; we would just do all written

1    submissions to the Court.

15:37:51  2              **THE COURT:**  Right.  That's what I'm just --

15:37:52  3              **MR. ABRAMS:**  We do have an agreement on that.

15:37:53  4              **THE COURT:**  I'm just confirming that.

15:37:55  5              **MR. ABRAMS:**  You're absolutely right.

15:37:55  6              **THE COURT:**  Okay.  All right.  Well, we'll do the best

7    we can.  I hate to make you come back on Monday, but it's life

8    in the big city.

15:38:02  9              **MR. CRAWFORD:**  Do what we have to do for our clients,

10   Your Honor.

15:38:04 11             **THE COURT:**  Okay.  Thank you.  See you in the morning.

15:38:06 12             **MR. ABRAMS:**  Thank you.

15:38:06 13        *(Evening recess taken at 3:38 p.m.)*

14                              -oOo-

15        I certify that the foregoing is a correct transcript

16   from the record of proceedings in the above matter.

17

18   Date:  September 20, 2024

19                              */s/Heather Alcaraz*
                               Signature of Court Reporter

20

21

22

23

24

25

**MR. ABRAMS: [63]** 4/5
4/21 4/24 5/5 5/24 6/4 6/5
12/9 33/10 33/12 34/21
36/20 37/12 45/3 45/10
45/13 46/25 47/18 48/1 48/6
48/8 49/8 49/25 50/2 51/5
51/10 51/22 52/17 52/20
53/4 53/7 55/22 56/6 56/13
58/24 59/22 60/8 60/10
183/7 183/13 210/12 211/10
211/22 212/17 212/19
212/24 213/5 213/8 216/6
216/15 216/17 216/25 219/6
220/8 221/11 226/9 226/13
234/6 234/14 235/1 236/3
236/5 236/12

**MR. CRAWFORD: [31]**
12/12 12/24 14/13 24/23
33/8 52/25 59/1 59/21 60/11
183/20 184/4 187/2 200/20
206/21 207/2 207/24 209/11
209/14 210/3 210/7 210/10
214/2 220/2 221/8 234/9
234/11 234/18 234/21 235/2
235/23 236/9

**MR. HENRY: [24]** 12/8
83/14 83/20 89/20 90/1 90/3
92/11 94/24 97/2 118/14
121/14 121/18 122/2 123/2
123/18 124/12 125/7 126/20
131/4 132/22 156/3 161/4
183/1 235/16

**MR. LLAGOSTERA: [8]**
161/24 162/5 162/9 162/12
176/18 176/21 178/13 183/3

**MR. RIENSTRA: [5]**
89/25 90/2 136/24 144/22
176/20

**MR. SCOTT: [52]** 60/24
62/21 63/3 68/16 69/20 70/6
71/10 72/21 73/3 73/9 75/12
76/22 76/25 77/12 77/20
77/25 82/5 92/12 94/9 94/23

97/4 97/12 97/18 97/25
103/8 104/24 106/5 107/6
108/8 109/24 110/19 111/10
115/3 116/10 117/1 117/8
119/3 121/13 132/24 133/1
133/10 133/21 136/25
137/11 139/22 143/17 144/9
144/18 149/22 153/13 161/6
161/22

**THE COURT: [150]** 4/2
4/17 4/23 5/4 5/22 6/1 6/5
12/10 12/13 12/16 12/18
12/22 23/24 24/8 24/10
24/14 24/17 24/21 33/11
34/20 34/24 37/14 45/1 45/6
45/12 45/14 45/22 46/2 46/8
46/13 47/1 47/12 47/24 48/4
48/7 49/4 49/6 49/10 50/1
50/22 51/6 51/12 52/15
52/18 52/22 53/2 53/5 55/15
58/25 60/9 60/12 60/15
60/18 60/22 62/9 63/2 75/4
75/7 75/10 75/14 75/18
75/25 76/4 76/6 76/14 76/19
76/21 76/24 77/4 77/9 77/24
83/7 97/9 97/11 97/13 97/16
108/12 109/20 109/22
110/18 118/16 119/4 132/23
132/25 133/2 133/5 133/7
133/9 134/5 134/7 139/25
153/14 153/16 161/5 161/20
162/1 162/4 162/8 162/11
178/14 183/2 183/4 183/12
183/18 183/22 184/2 200/22
206/20 206/25 207/4 207/19
207/22 209/10 209/12
209/15 210/5 210/8 210/11
210/13 212/12 212/18
212/20 213/3 213/6 214/4
216/4 216/13 216/16 216/23
217/1 219/7 220/1 220/6
220/10 221/7 232/3 233/22
234/2 234/8 234/10 234/12
234/16 234/20 234/22 235/4

235/20 236/2 236/4 236/6
236/11

**THE REPORTER: [5]**
14/12 73/1 97/24 137/10
144/21

**THE WITNESS: [37]**
12/15 12/21 24/1 24/9 24/12
24/15 24/19 24/22 29/7
45/16 45/25 46/5 46/9 49/5
60/14 60/21 62/10 75/6 75/9
75/17 75/19 76/2 76/5 76/7
76/17 76/20 77/6 77/10 97/3
97/7 97/10 133/4 133/8
187/1 187/3 232/6 233/25

## $

**$235 [1]** 228/18
**$3,000 [1]** 188/2
**$30 [2]** 224/24 231/23
**$30 million [2]** 224/24
231/23
**$35 [1]** 232/8
**$35 million [1]** 232/8
**$5,462.39 [1]** 187/11
**$5,560.95 [1]** 227/3
**$5,709.38 [1]** 187/18
**$500,000 [2]** 227/19 227/19
**$6,427.81 [1]** 228/17
**$6,428.81 [2]** 226/23 226/25
**$6,662.64 [1]** 228/13
**$750 [1]** 227/9
**$8,388.48 [1]** 187/4
**$8,868.37 [1]** 187/24
**$900 [1]** 190/24
**$900 million [1]** 190/24

## '

**'11 [2]** 198/16 202/17
**'11-'12 [2]** 198/16 202/17
**'12 [2]** 198/16 202/17
**'17 [1]** 47/15
**'19 [1]** 47/16
**'20 [3]** 47/16 226/20 228/15
**'20-2021 [1]** 228/15
**'21 [2]** 16/4 219/11

**'**

**'22 [3]**  16/4 205/17 230/20
**'23 [2]**  13/17 205/17
**'24 [1]**  232/7
**'24-'25 [1]**  232/7
**'25 [1]**  232/7
**'80s [1]**  98/14
**'93 [1]**  141/15
**'94 [1]**  141/16

**-**

**-- listing [1]**  20/2
**-45 [1]**  199/7
**-o0o [1]**  236/14

**/**

**/s/Heather [1]**  236/19

**0**

**001414 [1]**  213/13
**0407 [2]**  126/8 126/14

**1**

**1,000 percent [1]**  114/5
**10 [63]**  16/4 36/5 36/11
 36/16 37/24 38/10 40/2 40/4
 82/11 82/12 82/13 82/14
 83/1 98/21 101/24 102/2
 103/20 107/3 107/4 114/12
 133/19 135/5 137/20 137/21
 138/4 138/7 138/8 138/10
 142/23 146/3 147/4 147/22
 148/6 148/11 149/2 149/3
 149/10 149/14 163/19 172/1
 172/2 172/17 177/3 186/20
 190/2 190/4 190/14 190/18
 191/5 193/15 193/21 193/25
 194/23 196/22 196/24
 201/21 202/5 203/17 206/2
 209/19 215/10 233/4 233/4
**10-minute [2]**  60/15 203/10
**10-year [2]**  185/6 203/23
**10.77 percent [1]**  224/14
**100 [2]**  107/14 107/18
**100 percent [5]**  137/23

**130/10  151/17  151/24**
 153/12
**104 [1]**  48/5
**105 [5]**  34/19 34/23 48/5
 225/20 225/21
**107 [3]**  38/13 224/8 225/5
**108 [7]**  40/15 45/4 47/13
 47/20 48/5 48/5 55/2
**10:00 o'clock [1]**  60/16
**11 [9]**  1/11 3/3 78/2 78/6
 94/10 182/13 192/15 216/13
 221/24
**11-minute [1]**  203/17
**11.052 [2]**  200/18 201/7
**110 [6]**  108/10 201/24
 202/23 203/13 204/19 206/5
**115 [2]**  208/18 209/2
**11:16 [1]**  109/21
**11:29 [1]**  109/21
**11:30 [3]**  109/20 234/23
 235/15
**11:30 to [1]**  235/21
**12 [8]**  11/23 16/5 25/18
 77/20 83/13 123/19 181/25
 209/19
**120 [1]**  108/10
**125 [1]**  137/1
**126 [3]**  108/14 121/19 123/3
**129 [1]**  123/2
**12:30 tomorrow [1]**  234/22
**12:36 [1]**  153/15
**13 [1]**  192/9
**131 [2]**  110/5 110/11
**14 [9]**  16/4 47/10 55/23
 55/25 68/16 68/22 78/24
 83/19 221/10
**140 [1]**  199/7
**1400 [1]**  1/16
**1407 [1]**  162/22
**145 [1]**  199/7
**147 [1]**  212/2
**15 [3]**  84/5 130/1 212/6
**15 percent [2]**  200/11 232/8
**15th [2]**  173/3 173/3

**16 [2]**  208/24 209/18
**17 [2]**  192/25 219/12
**1700 [1]**  1/20
**17th [1]**  77/7
**18 [4]**  38/4 38/6 61/10
 195/12
**18-year-old-plus [1]**  116/19
**19 [2]**  61/10 130/6
**1946 [3]**  196/10 196/13
 196/15
**1955 [1]**  196/20
**1959 [1]**  163/12
**1980s [1]**  143/11
**1988 [1]**  134/15
**1992 [1]**  134/15
**1997 [2]**  1/5 164/6
**1:30 [2]**  153/14 235/21
**1:31 [1]**  153/15

**2**

**20 [8]**  137/9 203/22 208/20
 210/25 214/14 214/22
 230/20 236/18
**2000 [2]**  144/5 167/7
**2000s [1]**  179/1
**2005 [1]**  61/12
**2007 [5]**  154/23 190/2 190/5
 190/16 192/5
**2011 [2]**  198/7 209/1
**2012 [12]**  98/9 197/15
 197/17 197/18 197/20 198/6
 201/10 202/13 202/14
 202/20 203/4 203/22
**2014-15 [1]**  84/5
**2015 [6]**  47/15 98/10 98/25
 99/1 99/6 121/10
**2016 [3]**  13/15 31/16 69/5
**2017 [13]**  95/8 106/21
 154/21 154/24 154/25 168/9
 189/25 190/2 190/8 190/12
 190/16 190/19 231/16
**2018 [7]**  106/21 135/16
 136/21 137/14 154/8 155/2
 155/3
**2019 [52]**  13/16 14/20 20/1

**2019... [49]** 22/15 26/4 26/9 26/23 27/14 27/15 27/24 28/3 28/10 28/11 28/19 29/2 29/3 29/13 29/14 29/21 30/4 30/13 30/14 30/24 30/25 40/18 40/25 41/15 47/19 47/21 47/23 56/4 59/25 101/8 101/11 102/12 102/13 103/14 105/5 107/22 108/15 110/7 110/12 111/1 112/20 112/23 121/13 121/15 121/17 130/14 130/16 137/13 226/4
**2019-'20 [1]** 226/20
**2019-2020 [2]** 14/24 227/2
**2020 [15]** 14/24 129/21 187/22 199/2 204/10 211/5 211/16 212/1 212/7 213/11 218/6 226/4 227/2 227/8 227/19
**2020-2021 [2]** 186/22 187/16
**2021 [26]** 6/10 6/14 6/20 7/8 9/3 38/21 59/11 114/20 130/8 180/14 186/22 187/16 187/22 204/10 204/14 208/21 209/1 209/1 209/3 209/18 209/23 218/6 219/11 228/3 228/6 228/15
**2021-22 [1]** 129/24
**2022 [36]** 26/17 27/1 27/9 27/10 27/19 28/5 28/13 28/22 29/5 29/16 29/24 30/6 30/16 31/2 38/21 40/21 41/4 41/16 44/16 45/4 47/19 47/21 47/23 55/3 59/12 60/2 60/2 60/3 145/24 158/10 202/1 203/4 203/22 204/15 205/14 230/20
**2023 [21]** 7/10 99/20 99/21 110/9 110/11 117/20 117/25 123/21 124/24 125/5 125/11 126/9 128/1 129/7 132/10

205/4 205/5
**2024 [3]** 1/11 3/3 236/18
**21 [4]** 46/12 181/5 181/6 221/10
**214 [1]** 1/21
**22 [2]** 129/24 202/1
**228-6601 [1]** 1/17
**23 [1]** 38/11
**24 [6]** 37/8 37/10 133/22 134/1 149/22 176/20
**24 percent [1]** 108/25
**25 [2]** 89/21 136/16
**25 percent [2]** 109/5 121/23
**250-5584 [1]** 2/4
**26 [3]** 198/2 198/5 198/19
**26 percent [1]** 84/17
**28 [5]** 45/5 89/23 90/2 230/17 231/7
**28th [1]** 219/11
**29 [5]** 83/18 92/16 92/25 95/2 95/6
**29th [1]** 59/11
**2:48 [1]** 207/21
**2A [1]** 20/22

**3**

**30 [6]** 92/16 92/25 95/2 96/12 106/24 212/18
**30-plus [1]** 164/19
**300 [1]** 1/20
**33,000-plus [1]** 13/23
**333 [1]** 181/16
**34 [1]** 219/12
**35 [2]** 137/15 221/10
**35 percent [2]** 137/15 138/9
**37 [1]** 91/5
**37.006 [1]** 91/5
**38 [1]** 132/7
**39.53 percent [1]** 208/21
**391 [1]** 230/12
**39th [1]** 212/15
**3:00 [1]** 207/21
**3:00 p.m [1]** 207/20
**3:38 [1]** 236/13

**40 [2]** 62/3 164/21
**40 percent [1]** 185/21
**40-odd [1]** 164/22
**40-plus [2]** 164/21 177/1
**400 [1]** 232/16
**4000 [1]** 1/21
**41 [2]** 61/20 182/2
**41.001 [1]** 199/20
**429 [1]** 230/25
**44 [2]** 138/17 203/8
**45 [3]** 90/17 93/15 199/7
**46 [2]** 145/18 221/22
**47 [7]** 135/19 135/20 136/3 136/23 136/24 182/5 192/2
**48 [4]** 143/15 143/19 144/3 153/22
**49 [2]** 144/8 153/22
**4:21-CV-1997 [1]** 1/5

**5**

**50 [2]** 46/20 135/13
**50 percent [2]** 25/13 106/24
**500 million [1]** 192/7
**51 [1]** 125/8
**515 [1]** 2/3
**52 [5]** 44/25 46/11 107/20 107/21 126/7
**53 [3]** 103/9 110/17 126/20
**54 [2]** 47/10 127/17
**544-4000 [1]** 1/21
**55 [4]** 54/13 59/5 128/9 128/9
**5584 [1]** 2/4
**56 [1]** 128/24
**57 [4]** 110/21 110/24 122/3 129/20
**58 [3]** 104/24 105/2 105/10
**58 percent [1]** 214/24
**59 [2]** 106/5 130/12
**59 percent [1]** 25/7
**5:00 [1]** 147/21
**5th [1]** 131/18

**60,000 [1]** 100/6
**60.47 percent [2]** 208/21 209/25
**60.7 percent [1]** 25/19
**617 [1]** 231/10
**63 [1]** 156/4
**64 [1]** 156/20
**65 [2]** 157/13 157/13
**66 [5]** 155/7 155/7 211/11 211/13 211/20
**6601 [1]** 1/17
**67 [1]** 157/20

**7**

**70 [2]** 196/23 197/7
**700 [2]** 229/7 229/11
**707 [2]** 227/14 227/16
**71 [4]** 185/3 186/7 223/10 226/5
**713 [2]** 1/17 2/4
**717 [1]** 1/16
**74 [16]** 25/23 26/16 26/25 27/8 27/18 28/4 28/12 28/21 29/4 29/15 29/23 30/6 30/15 31/1 45/9 59/13
**75 percent [2]** 108/24 121/22
**750 [1]** 227/16
**75069 [1]** 1/20
**76 [1]** 107/1
**7676 [2]** 206/17 206/22
**77 [2]** 114/16 114/17
**77002 [2]** 1/16 2/4
**77055 [1]** 162/22
**78.1 percent [1]** 27/5
**79 [16]** 19/17 25/21 26/9 26/20 27/3 27/11 27/21 28/7 28/15 28/24 29/10 29/18 30/1 30/9 30/20 45/9
**7:00 [1]** 147/21
**7:00 a.m [1]** 204/5
**7:00 p.m [1]** 204/5

**8**

**80 percent [2]** 22/18 191/2
**8004 [1]** 2/3
**84.7 [1]** 22/23
**848 [1]** 212/3
**85 [1]** 48/14
**850 [1]** 199/4
**88 percent [1]** 107/1
**88.4 percent [1]** 23/13
**89.8 percent [1]** 23/18
**8:00 [4]** 147/21 147/21 147/21 147/21
**8:29 [1]** 1/7

**9**

**90 [1]** 93/15
**90 percent [1]** 48/14
**900 [1]** 232/15
**9038 [2]** 133/16 133/17
**91 percent [2]** 26/22 40/4
**93.9 percent [1]** 26/12
**9521 [2]** 98/5 98/18
**955 [3]** 201/15 202/6 203/15
**96 percent [1]** 225/24
**97.9 percent [1]** 23/8
**98 percent [2]** 108/23 109/4
**98.55 percent [1]** 23/3
**99 [1]** 137/13
**99 percent [1]** 137/14
**99.72 percent [1]** 225/9
**9:44 [1]** 60/17
**9:59 [1]** 60/17

**A**

**a.m [6]** 1/7 60/17 60/17 109/21 109/21 204/5
**AAMA [2]** 164/15 165/12
**aback [2]** 142/2 143/25
**Abernathy [1]** 1/19
**abhorrent [1]** 213/2
**ability [2]** 96/3 105/20
**able [25]** 11/17 22/10 25/23 26/1 74/9 83/20 84/21 92/2 102/19 104/25 120/24 144/2 145/15 146/7 147/11 149/8

152/21 160/16 160/21 198/15 207/12 233/15
**above [4]** 15/13 19/15 21/19 236/16
**ABRAMS [3]** 1/14 59/4 221/9
**Abrams's [2]** 53/1 59/17
**absolutely [7]** 75/24 87/11 109/11 113/11 120/5 177/5 236/5
**absorbed [1]** 50/17
**absurdity [2]** 160/13 160/15
**abysmal [1]** 112/9
**academic [16]** 13/11 13/16 13/19 15/8 16/8 17/23 20/7 20/10 40/14 44/1 48/15 55/5 55/9 74/13 84/8 84/8
**academics [1]** 14/16
**Academy [7]** 25/16 98/9 107/14 135/2 135/6 193/14 195/24
**accelerate [1]** 21/21
**accelerated [2]** 15/17 21/16
**accepted [1]** 76/11
**access [12]** 11/7 59/16 91/24 112/24 116/1 117/15 131/13 166/12 203/9 203/18 203/20 203/21
**accessible [2]** 117/13 179/10
**accommodate [1]** 5/8
**according [8]** 120/11 121/21 181/6 186/10 195/4 225/5 227/12 227/20
**accountability [15]** 13/21 15/23 16/1 20/1 44/4 53/19 53/24 54/6 54/18 54/21 54/23 55/2 59/6 59/13 59/16
**accountable [1]** 21/18
**accounted [1]** 184/17
**accounting [1]** 184/20
**accurate [3]** 88/1 95/14

**accurate... [1]** 160/10
**achievement [25]** 13/20
15/18 20/6 20/10 20/18
41/21 42/7 42/11 42/15
43/13 43/20 44/8 44/11
44/15 44/18 45/8 45/14
45/18 45/23 47/16 47/21
55/3 55/9 60/1 84/8
**acknowledge [6]** 34/12
34/18 75/19 87/25 167/23
167/24
**acknowledged [2]** 34/11
220/20
**acknowledges [6]** 35/23
36/2 36/9 36/14 222/17
222/23
**acknowledging [1]** 84/3
**acronym [1]** 67/20
**across [11]** 17/13 31/10
100/6 100/21 100/25 116/2
129/10 129/12 159/19
166/24 232/19
**act [10]** 50/2 51/23 52/11
75/20 106/14 106/21 119/24
215/25 216/1 222/13
**ACT/SAT [1]** 119/24
**action [9]** 1/5 80/25 81/21
96/18 125/14 125/16 126/5
127/19 127/22
**actions [2]** 58/9 58/22
**active [1]** 155/21
**activities [10]** 64/4 84/22
91/8 91/12 91/20 135/24
136/4 136/9 136/18 136/19
**activity [1]** 202/19
**actual [1]** 144/15
**actually [35]** 9/14 34/19
37/11 65/5 66/1 68/19 69/12
134/8 135/8 136/16 140/9
142/9 145/22 147/8 147/8
151/4 151/7 152/6 152/20
158/11 158/21 159/2 159/18
160/17 186/2 186/3 189/5

200/12 207/5 208/13 220/22
220/23 232/2 232/25 233/10
**Adams [2]** 155/10 155/12
**add [6]** 117/9 150/23 189/1
192/14 204/15 205/3
**added [4]** 32/15 32/16
171/14 205/5
**addition [6]** 15/11 15/20
18/24 170/24 194/9 208/16
**additional [17]** 17/14 62/24
105/20 110/3 139/24 185/20
188/23 189/1 189/3 189/10
189/22 192/2 202/21 203/2
203/23 220/3 223/18
**additions [1]** 191/19
**address [23]** 5/2 19/10
51/20 61/5 78/5 82/10 82/11
83/3 83/25 84/25 87/17
95/10 100/19 100/23 105/23
117/14 127/1 133/15 148/5
154/2 154/2 162/25 202/6
**addressed [8]** 86/1 86/3
93/3 93/6 93/10 93/13
145/20 214/8
**addressees [2]** 78/23 114/23
**addresses [1]** 4/12
**addressing [3]** 89/18 96/10
101/1
**adds [1]** 121/3
**adequately [1]** 93/13
**administered [2]** 58/20
58/20
**administration [7]** 73/13
201/14 201/21 202/2 203/2
203/11 203/15
**administrative [1]** 99/16
**administrator [2]** 66/18
121/4
**administrators [5]** 32/10
66/17 69/4 89/17 96/17
**admitted [1]** 216/21
**adopt [1]** 213/1
**adopted [3]** 4/20 40/25
218/14

**adopting [1]** 222/18
**adoption [3]** 81/18 177/4
222/24
**adopts [1]** 218/22
**adult [1]** 165/12
**advanced [1]** 228/24
**Advancement [1]** 164/15
**advancing [1]** 101/14
**advantage [1]** 118/5
**advantageous [1]** 81/20
**adversely [1]** 203/24
**advertised [1]** 8/11
**advertisement [1]** 157/4
**advertising [1]** 157/22
**advice [1]** 76/14
**advisory [1]** 17/19
**advocacy [6]** 84/20 100/12
100/21 101/12 109/13
130/20
**advocate [2]** 141/1 165/9
**advocates [4]** 56/21 57/8
66/10 138/10
**advocating [5]** 80/9 90/6
146/7 169/18 169/20
**affect [5]** 80/1 177/25
177/25 203/24 223/13
**affected [1]** 118/1
**affecting [3]** 57/11 104/22
130/7
**affiliations [1]** 129/16
**affluent [1]** 149/3
**afraid [1]** 142/21
**African [9]** 57/11 58/21
64/24 66/6 72/10 72/12
72/18 87/12 93/5
**African American [9]**
57/11 58/21 64/24 66/6
72/10 72/12 72/18 87/12
93/5
**AFT [2]** 155/13 155/18
**after [34]** 5/12 9/11 11/12
15/21 16/11 16/15 44/16
58/1 58/4 59/12 98/24
114/10 117/4 126/15 129/22

**after... [19]** 130/1 140/19
141/16 142/8 143/24 145/17
154/11 160/1 163/25 164/4
164/7 169/17 173/8 199/19
204/14 220/7 221/1 221/24
234/16
**afternoon [14]** 5/16 5/18
133/2 133/4 153/16 153/20
153/21 162/1 178/17 184/8
184/9 210/16 210/17 234/24
**again [19]** 28/7 44/3 45/2
45/14 47/4 55/6 55/11 82/8
110/8 134/13 141/5 145/8
146/24 178/6 181/13 202/12
203/1 210/5 234/10
**against [16]** 6/10 91/10
91/19 110/8 114/11 121/10
121/17 122/24 123/7 123/14
123/21 128/3 128/18 130/9
154/8 155/2
**age [7]** 218/12 218/20 219/2
219/20 220/15 221/18 222/4
**Agency [1]** 20/2
**agenda [3]** 127/4 127/15
160/16
**agendas [1]** 127/7
**agent [1]** 84/17
**ago [6]** 46/20 61/24 65/6
76/12 78/13 149/25
**agree [28]** 39/6 44/9 44/18
57/19 57/24 84/23 91/17
120/1 120/3 120/17 120/25
122/13 129/12 131/20
146/10 182/20 216/1 217/5
217/10 217/15 217/20
217/25 218/6 218/9 218/10
218/17 223/21 227/7
**agreed [1]** 161/11
**agreement [3]** 175/22
225/10 236/3
**agrees [15]** 39/19 47/5
48/25 53/10 53/14 53/19
54/6 214/10 214/14 214/22

2/15/22 15/7 21/5/13 22/25/15
223/3
**ahead [7]** 12/23 47/1 63/2
76/21 202/12 216/16 217/1
**air [1]** 148/14
**AL [1]** 1/7
**Alcaraz [2]** 2/2 236/19
**alcohol [2]** 80/6 85/10
**Alexander [5]** 115/13 132/3
132/6 132/9 173/13
**align [1]** 158/2
**aligned [1]** 31/7
**alike [1]** 160/23
**allegation [1]** 218/2
**allegations [1]** 215/21
**allocate [1]** 188/9
**allocated [5]** 168/12 168/13
169/8 169/17 224/23
**allocation [4]** 168/20
188/11 188/23 228/1
**allot [1]** 189/3
**allotment [2]** 189/7 229/6
**allow [10]** 5/6 81/13 91/24
112/4 116/2 118/18 160/2
200/3 222/25 223/2
**allowed [9]** 64/2 81/2 90/24
94/3 97/4 117/4 149/5
198/10 207/17
**allows [1]** 117/7
**along [9]** 36/22 63/15 64/14
75/14 76/18 83/7 157/7
169/14 169/15
**Alpe [10]** 123/7 123/8
123/14 173/17 182/8 182/8
182/15 182/17 182/18
182/19
**already [18]** 67/17 116/23
135/23 138/14 138/14 142/9
145/20 156/14 160/17
160/25 160/25 170/20
170/24 172/7 202/11 225/4
225/17 229/11
**alter [1]** 79/10
**alternative [10]** 31/19 31/23

56/24 64/1 66/15 66/20
66/23 72/17 84/9 84/13
**alternatives [2]** 66/11 84/11
**although [3]** 76/15 81/5
89/6
**alumni [1]** 100/7
**always [15]** 68/2 82/14
141/6 142/18 143/2 143/4
143/7 143/7 152/15 167/7
167/13 171/12 197/16 200/2
207/16
**amazing [1]** 170/8
**amend [1]** 79/11
**amendment [1]** 4/13
**amenities [1]** 169/18
**America [3]** 99/1 99/4
100/7
**American [13]** 57/11 58/21
64/24 66/6 72/10 72/12
72/18 87/12 93/5 98/13
155/5 155/15 164/10
**Americans [1]** 164/15
**amicable [1]** 122/17
**among [9]** 49/17 50/15
69/15 71/19 87/4 92/23
150/15 164/25 211/5
**amount [4]** 185/10 188/11
192/5 224/20
**analysis [9]** 54/18 216/2
217/6 217/11 218/1 218/7
228/3 229/14 233/6
**analyze [1]** 58/14
**analyzed [1]** 57/10
**analyzing [3]** 22/1 22/2
22/4
**anathema [1]** 51/18
**Anderson [15]** 123/22
123/25 124/1 124/2 124/4
124/11 126/18 128/18 129/3
129/7 181/21 182/3 182/4
182/6 182/7
**Anglo [4]** 49/11 102/2 128/7
137/16
**announced [2]** 136/1

**announced...** [1]  224/16
**announcement** [1]  89/6
**another** [21]  6/2 15/12
16/25 25/3 38/15 43/19
47/12 49/4 51/7 65/18 97/5
126/24 128/24 145/20 170/3
170/3 171/14 173/20 188/19
205/18 231/4
**answer** [22]  36/7 37/25 38/1
38/11 41/5 48/18 48/23
51/21 54/25 55/1 55/8 82/3
118/20 128/22 193/6 219/21
219/22 220/5 220/7 221/19
221/20 222/5
**answer's** [1]  55/15
**answered** [3]  45/12 49/4
202/11
**answering** [2]  59/17 92/9
**answers** [2]  60/3 235/11
**anticipate** [1]  235/5
**anticipated** [1]  69/24
**anybody** [3]  47/13 104/11
140/12
**anymore** [1]  114/15
**anyone** [2]  81/5 176/10
**anything** [10]  52/22 52/24
58/25 70/15 75/11 91/17
145/8 152/13 174/15 193/9
**anyway** [1]  5/21
**anywhere** [3]  141/8 146/2
146/17
**AOC** [2]  193/12 193/13
**apologies** [3]  162/14 171/24
173/25
**apologize** [7]  14/13 28/15
97/5 110/20 207/7 230/8
230/9
**apparent** [2]  108/21 114/23
**apparently** [1]  34/9
**appealing** [1]  7/21
**APPEARANCES** [2]  1/12
2/1
**appeared** [4]  37/2 37/3

**appearing** [1]  221/1
**appears** [2]  69/24 196/4
**apples** [2]  80/19 212/20
**applicability** [1]  51/2
**applied** [1]  149/20
**apply** [1]  146/7
**applying** [1]  235/9
**appreciate** [2]  41/25 44/8
**approach** [6]  36/20 37/12
111/21 111/22 160/14 219/6
**approaches** [2]  20/19 45/20
**approaching** [1]  102/25
**appropriate** [2]  32/21 60/6
**appropriately** [1]  184/18
**approved** [1]  19/7
**approximate** [1]  224/20
**approximately** [4]  121/22
199/2 204/9 204/13
**April** [3]  56/4 103/14
130/14
**Ardell** [1]  127/25
**area** [14]  17/20 21/4 101/25
102/2 150/10 150/12 150/20
152/1 163/17 167/22 179/17
180/12 204/20 205/9
**areas** [6]  21/13 31/7 36/3
181/11 215/9 222/10
**aren't** [1]  166/5
**argue** [1]  52/21
**argument** [2]  212/25 227/7
**arguments** [2]  235/5 235/10
**Arizona** [1]  100/8
**armed** [1]  126/1
**around** [31]  12/13 15/10
41/4 66/4 97/13 100/9
100/10 101/7 101/13 102/25
103/22 104/17 106/24
107/12 107/17 112/19
112/23 114/20 116/7 133/2
156/22 183/22 183/24
183/25 204/7 205/1 205/9
210/25 224/24 228/18
230/12

**arrived** [1]  172/25
**artificial** [2]  160/9 161/15
**arts** [1]  165/22
**ashes** [2]  148/14 148/17
**Asian** [2]  151/22 159/9
**aside** [2]  33/2 221/13
**ask** [33]  37/21 44/25 47/4
47/12 49/7 54/3 54/3 68/18
68/18 73/23 75/25 77/12
78/8 82/21 87/21 94/7 109/8
115/9 141/11 155/16 169/1
170/21 174/12 174/14
181/13 189/12 189/23
192/25 200/20 202/12 210/8
212/12 221/9
**asked** [22]  25/1 35/13 38/6
48/12 53/7 54/17 57/24
59/25 64/5 72/19 80/16
139/12 141/23 166/18 168/9
172/21 173/22 179/5 179/8
179/11 219/16 221/24
**asking** [4]  50/1 59/17
125/21 141/18
**aspect** [1]  106/18
**aspiring** [1]  18/6
**assert** [1]  221/14
**assesses** [1]  41/17
**assessment** [2]  13/21 15/11
**assessments** [1]  16/18
**assets** [2]  49/17 184/17
**assigned** [5]  32/10 33/4
91/20 168/14 199/1
**assignment** [2]  32/9 235/7
**assignments** [8]  66/25 67/7
92/20 92/20 93/19 95/9
95/18 95/21
**assist** [3]  47/19 81/9 130/24
**assistance** [1]  74/9
**assistant** [1]  32/16
**assisted** [1]  132/12
**associate** [3]  13/16 14/15
14/15
**associated** [2]  19/4 160/9

**A**

**Association [1]** 164/15
**assume [3]** 60/20 81/16 112/11
**assumes [1]** 213/3
**assuming [2]** 25/17 134/2
**assures [1]** 222/13
**athletic [1]** 64/17
**attachments [1]** 56/1
**attempt [1]** 119/19
**attempting [3]** 86/19 104/21 129/13
**attend [2]** 172/21 173/22
**attendance [1]** 197/9
**attended [3]** 134/23 163/8 172/24
**attending [1]** 91/6
**attention [13]** 20/18 21/9 21/15 38/4 48/21 54/13 122/12 169/6 185/2 199/15 213/7 219/12 221/23
**attorney [1]** 214/3
**attorney's [1]** 216/23
**attorney-client [1]** 214/3
**attorneys [2]** 140/13 140/14
**attributable [1]** 49/21
**attribute [1]** 51/3
**audience [1]** 49/9
**Austin [1]** 139/19
**authorities [1]** 183/16
**authority [1]** 52/21
**autobiography [1]** 11/16
**automatically [1]** 229/13
**availability [1]** 149/1
**available [6]** 11/11 14/5 42/4 102/20 179/19 194/3
**Avenue [1]** 1/16
**average [1]** 187/25
**Averaged [1]** 228/23
**Award [2]** 62/6 62/6
**awards [2]** 43/15 170/10
**aware [39]** 7/3 7/7 8/21 8/24 9/2 38/3 55/21 56/3 57/25 58/3 87/8 87/11 87/14 90/22 91/10 92/1 100/2 117/20 122/16 123/7 123/11 126/13 158/4 158/7 158/9 172/3 172/16 172/19 176/7 176/23 177/14 190/21 192/8 196/5 199/2 199/5 204/1 221/15 222/13
**awareness [4]** 148/25 171/15 172/1 172/14
**away [7]** 65/18 97/25 112/21 116/24 147/16 152/11 202/9
**awesome [1]** 149/4

**B**

**Bachelor [1]** 164/3
**back [35]** 26/20 27/11 27/21 28/15 29/18 30/1 35/12 43/16 44/8 48/10 48/18 50/23 53/3 56/4 67/7 72/23 75/15 76/6 76/7 85/24 93/19 94/7 96/11 107/19 117/1 139/14 143/7 143/10 143/14 144/15 146/19 152/16 164/4 212/7 236/7
**background [3]** 150/17 153/11 214/23
**backseat [1]** 142/9
**backyard [1]** 159/18
**bad [3]** 64/10 80/19 138/21
**balance [1]** 170/15
**ballot [5]** 52/10 119/16 129/16 200/13 200/14
**ballots [3]** 179/19 181/15 208/11
**ban [2]** 11/18 12/3
**banking [1]** 131/17
**banned [2]** 11/19 11/20
**banning [2]** 52/6 161/14
**bar [3]** 62/6 169/12 169/21
**Barnes [1]** 173/14
**barrier [2]** 113/7 114/5
**barriers [2]** 117/17 217/25
**BARRY [1]** 1/14
**Barry's [1]** 235/24
**based [38]** 41/17 45/15 45/18 45/24 46/2 49/23 51/8 52/7 52/8 63/10 70/18 70/22 79/6 101/16 106/20 115/21 118/17 118/21 139/2 139/7 140/17 177/1 178/6 186/3 186/5 188/10 188/10 188/22 189/6 192/20 197/24 208/2 212/2 220/13 220/15 220/16 222/1 228/6
**basic [1]** 229/5
**basically [3]** 140/17 143/21 188/22
**basis [8]** 58/15 81/7 95/25 156/19 168/23 220/4 228/6 229/12
**basketball [7]** 63/20 64/20 76/9 83/12 91/11 92/3 92/7
**bathroom [2]** 63/21 65/2
**battle [1]** 114/13
**BBB [4]** 196/25 199/15 200/7 201/7
**BBBA [1]** 197/7
**Bear [2]** 23/11 24/2
**bearing [1]** 40/23
**beat [2]** 107/2 143/22
**beautiful [1]** 170/4
**became [7]** 13/9 19/1 63/12 68/8 76/8 89/5 157/17
**Becky [5]** 127/25 128/5 128/7 128/12 128/13
**become [3]** 75/1 129/17 195/14
**been [86]** 9/11 10/23 11/19 11/20 14/20 15/1 15/4 15/13 17/10 17/15 18/25 19/2 19/14 35/3 35/11 38/17 40/12 40/21 44/17 47/23 49/6 61/10 61/20 62/4 64/23 64/25 65/12 66/4 68/1 68/2 68/6 69/16 74/5 74/7 81/6 84/17 86/5 93/21 101/7 101/11 102/15 104/3 127/11 136/11 136/12 136/21

**B**

**been... [40]** 138/18 138/18
145/20 146/3 146/4 146/12
146/17 152/12 157/25 164/6
164/19 166/15 166/25 167/8
168/8 168/17 169/3 169/8
169/22 170/24 172/16 178/1
179/13 179/25 180/5 180/24
189/21 191/14 191/14
191/16 196/17 198/21
198/24 200/2 200/5 208/10
210/18 216/19 222/1 231/17

**before [32]** 1/10 4/6 11/22
13/9 25/1 37/2 47/24 48/12
59/12 59/15 68/18 73/23
81/8 108/18 137/4 150/1
153/22 173/8 173/10 197/20
204/4 205/14 210/18 215/20
215/24 216/9 217/3 217/9
217/14 217/24 218/4 229/16

**began [2]** 66/7 66/11

**begin [3]** 86/5 86/5 135/9

**beginning [8]** 46/12 54/16
61/23 69/5 82/10 110/1
129/24 140/4

**begins [3]** 77/18 122/10
194/9

**behalf [6]** 33/21 34/18 58/8
81/15 158/1 219/24

**behavior [1]** 90/8

**behaviors [4]** 66/12 85/22
86/18 93/9

**behind [4]** 66/21 93/21
153/1 229/17

**being [47]** 6/22 7/12 57/6
58/20 66/3 66/14 72/6 74/9
79/16 80/6 92/4 93/6 93/11
93/24 96/1 101/16 105/21
107/18 139/12 140/18
143/14 145/15 146/7 149/13
152/9 152/17 152/21 153/7
156/19 158/17 158/24
160/18 164/18 168/23
170/19 172/10 174/6 177/22

191/24 223/21 223/25 229/6
233/1 233/5

**belief [1]** 127/8

**beliefs [2]** 122/19 127/13

**believe [48]** 6/11 6/13 16/20
18/24 25/23 33/8 41/6 47/21
51/22 77/7 110/18 111/12
112/15 116/8 117/3 118/4
118/23 122/24 125/23
127/21 131/24 141/14
144/23 145/5 151/12 153/2
153/5 154/10 157/24 160/20
163/15 173/16 174/17
174/17 176/9 177/2 178/12
182/12 191/2 192/7 195/10
199/4 202/11 208/7 224/12
235/1 235/2 235/3

**believed [2]** 32/24 161/14

**believes [1]** 215/3

**below [8]** 20/6 21/21 85/4
134/3 187/6 187/14 190/14
190/14

**Benavidez [3]** 4/14 4/17 5/2

**BENCH [2]** 1/9 3/2

**beneficiary [1]** 192/18

**benefit [6]** 40/23 65/15
151/13 151/16 177/3 198/21

**benefits [4]** 40/24 41/6
166/6 198/19

**best [2]** 60/24 236/6

**better [12]** 53/21 54/8 54/20
86/22 92/19 92/20 93/2
116/3 147/14 175/5 192/14
222/25

**between [26]** 40/10 47/5
49/1 67/8 67/11 70/2 71/15
85/18 94/10 95/9 106/23
130/13 130/21 131/6 148/1
148/4 149/2 155/9 156/21
156/23 168/20 171/19
181/20 188/6 205/6 205/11

**beyond [3]** 17/4 17/5 86/1

**big [7]** 7/9 7/11 21/12 67/10

**biggest [2]** 86/23 87/24

**bike [1]** 152/7

**bilingual [16]** 13/24 14/2
14/6 14/9 14/17 15/4 15/19
16/14 16/20 16/24 17/7
18/16 19/12 188/20 188/21
188/21

**bilinguals [1]** 104/8

**Bill [1]** 16/3

**bio [1]** 135/10

**bit [18]** 6/9 61/17 65/22
73/22 100/13 104/25 107/7
111/10 115/3 133/23 134/21
135/7 142/2 142/19 143/17
147/18 149/25 150/25

**black [12]** 57/5 64/22 71/18
72/6 72/15 72/16 80/2 92/23
151/22 159/9 209/19 210/1

**BLAINE [5]** 1/23 19/10
33/24 89/4 160/20

**Blalock [1]** 134/2

**blank [2]** 1/15 195/11

**blasted [1]** 148/12

**blew [1]** 136/17

**bloc [1]** 217/19

**block [5]** 113/13 130/25
131/17 132/19 226/17

**blow [8]** 69/21 104/25 107/7
126/21 133/23 143/17 144/9
226/9

**blown [1]** 142/16

**blue [8]** 127/19 127/22
129/9 157/1 190/5 202/4
205/11 205/12

**board [134]** 6/23 7/8 8/22
8/25 9/25 10/10 10/14 10/19
10/20 11/1 11/5 11/10 12/1
31/10 50/4 56/1 56/20 57/3
57/15 57/15 57/16 57/16
57/20 69/3 69/9 69/14 69/18
73/19 75/4 78/18 78/19
78/21 81/2 81/24 86/24
87/25 88/1 88/3 88/6 88/10

Case 4:21-cv-01997    Document 91-4    Filed on 09/20/24 in TXSD    Page 246 of 308

**board... [94]** 89/6 89/9 89/18 102/10 102/12 103/3 103/16 103/19 103/19 104/1 104/4 105/4 109/14 112/5 112/6 114/18 114/19 115/7 119/14 122/10 123/18 127/3 127/4 127/5 127/8 127/10 129/17 129/23 129/23 130/4 130/9 131/11 138/14 138/20 138/24 140/6 140/7 140/12 140/14 148/18 151/17 151/24 152/16 152/23 155/8 156/16 158/5 158/11 160/1 165/20 165/22 166/1 167/2 167/9 168/4 168/4 171/5 171/20 172/8 172/21 172/24 172/25 173/12 173/16 173/22 175/1 175/8 175/18 175/19 176/7 176/11 177/7 178/11 180/24 196/11 196/14 197/2 197/4 197/8 199/10 199/12 199/17 200/2 200/14 200/14 200/24 205/24 211/6 211/15 211/25 212/7 213/11 223/5 234/18

**board's [2]** 12/4 69/17

**boards [4]** 103/23 156/9 156/11 165/19

**Bob [1]** 161/24

**body [3]** 112/1 115/1 228/23

**Boerne [4]** 5/7 13/8 13/9 53/3

**bolded [1]** 94/14

**bond [27]** 113/22 113/22 136/12 154/18 154/21 165/25 168/5 168/6 168/9 168/11 168/19 178/20 178/24 189/25 190/2 190/5 190/8 190/12 190/19 190/21 190/23 190/25 192/5 192/18 224/23 231/11 231/16

**bonds [1]** 190/16

**bono [2]** 62/5 62/9

**book [11]** 11/6 11/18 11/19 19/21 159/23 159/25 160/4 160/8 160/12 161/14 226/16

**books [4]** 8/5 11/20 52/6 160/18

**border [1]** 205/5

**born [6]** 134/14 149/16 163/21 163/22 163/23 163/24

**both [23]** 25/24 46/17 62/1 62/16 78/23 79/8 88/7 90/11 93/8 98/12 109/12 110/14 125/4 142/18 159/14 179/16 190/2 192/3 193/21 194/23 210/1 229/9 234/24

**bother [1]** 145/9

**bothered [1]** 67/4

**bottom [3]** 70/3 71/24 131/9

**bought [1]** 81/10

**Boulevard [2]** 1/20 23/11

**boundaries [1]** 197/9

**boundary [1]** 197/11

**box [6]** 37/10 52/10 129/9 180/24 191/5 191/18

**boxes [1]** 191/3

**boy [1]** 76/18

**Boyd [1]** 1/19

**boys [2]** 17/15 62/14

**boys' [1]** 63/19

**branch [178]** 1/6 13/11 13/13 13/15 13/24 14/8 14/23 14/24 18/16 19/12 20/2 27/11 27/15 27/19 31/8 31/12 31/16 33/20 35/8 42/2 42/9 42/23 44/19 46/21 50/4 57/4 57/12 61/8 62/13 66/4 68/1 70/2 70/20 71/4 71/6 72/5 72/9 73/14 75/5 79/10 82/16 82/18 83/10 85/14 86/21 87/3 87/3 87/13 87/18 88/12 89/24 91/16 91/18 95/7 95/10 98/6 98/18 99/10 99/17 101/3 101/6 101/9

**bono [2]** 62/5 62/9
**101/12 101/12 101/6** 102/11 102/12 103/3 103/17 104/4 104/12 105/4 105/4 105/17 108/7 109/13 109/14 111/6 111/23 113/4 113/21 113/24 114/8 114/18 114/19 114/20 114/24 115/20 116/6 116/19 117/15 118/5 119/13 119/14 119/19 121/4 132/4 132/21 133/17 134/16 134/20 134/23 135/15 135/25 136/20 141/10 148/5 151/12 151/16 155/4 155/13 155/15 159/20 159/22 160/1 160/17 163/6 163/9 163/10 163/11 164/5 165/16 165/18 165/20 165/24 166/2 166/15 167/20 167/21 167/22 167/22 168/6 168/10 169/5 170/23 173/14 173/15 176/11 177/2 179/25 180/10 184/14 185/7 185/9 187/13 189/10 196/3 196/9 196/14 196/19 196/25 197/4 197/14 197/16 198/2 199/11 199/21 201/2 201/6 201/11 201/15 202/4 203/5 203/7 203/20 203/25 204/14 205/3 205/13 206/10 208/6 208/8 208/11 208/20 211/6 211/15 212/18 221/17

**Branch's [6]** 16/23 184/22 184/24 186/11 208/3 208/25

**brand [4]** 32/25 224/17 224/21 231/13

**break [2]** 59/9 152/20

**breakdown [1]** 9/5

**Breaking [1]** 129/2

**breathes [1]** 159/18

**Breed [17]** 105/8 108/24 110/8 111/1 111/5 121/10 121/17 121/22 122/24 123/7 123/10 123/13 159/3 182/9 182/12 182/15 182/18

**Breed's [2]** 122/14 122/16

**B**

**bricks [1]** 170/8
**brief [2]** 92/12 94/24
**briefly [5]** 96/7 146/24
146/25 192/21 193/10
**bring [18]** 5/7 5/12 5/20
53/7 68/16 83/20 89/20
121/5 124/12 148/13 151/25
152/15 152/21 176/12
176/18 183/10 183/12
183/13
**bringing [1]** 138/25
**brings [1]** 194/14
**broadcast [1]** 132/14
**broken [1]** 142/11
**Brook [4]** 22/17 135/3
153/1 191/22
**brother [1]** 142/18
**brought [10]** 19/5 95/3 96/2
122/8 141/1 145/6 147/9
147/11 152/12 176/13
**Bs [1]** 26/4
**Buchman [3]** 173/20
179/12 179/14
**buddy [1]** 179/7
**budget [14]** 18/16 18/18
18/19 18/22 18/23 139/16
139/16 139/18 179/7 179/7
189/8 232/1 232/6 232/8
**Buffalo [4]** 26/10 26/12
26/16 26/19
**build [2]** 164/18 224/21
**building [9]** 64/2 91/25
190/11 201/14 201/21 202/2
203/3 203/12 203/15
**buildings [1]** 191/14
**built [8]** 191/14 191/16
191/17 231/13 231/22
232/15 233/1 233/2
**bullet [3]** 85/12 85/13 96/13
**bunch [1]** 185/13
**Bunker [1]** 177/13
**burden [1]** 216/11
**burning [1]** 152/25

**bus [1]** 147/13 152/10 233/7
233/9
**buses [1]** 152/3
**business [6]** 19/9 84/25
98/14 106/1 135/12 180/25
**busing [1]** 233/4
**butt [1]** 149/5
**buy [1]** 170/8

**C**

**C-28 [2]** 89/23 90/2
**C-A-R-E [1]** 67/20
**Cabrera [14]** 115/13 161/25
162/15 162/18 162/20
162/21 163/13 166/14
167/16 170/18 172/16
176/23 178/5 178/17
**Cabrera's [1]** 162/6
**Caesar [3]** 135/18 154/8
155/2
**calculation [1]** 212/2
**calendar [1]** 113/20
**California [1]** 100/8
**call [19]** 4/1 6/2 12/11 12/12
56/25 60/18 73/13 97/11
100/14 132/25 141/2 142/14
161/21 183/6 183/8 183/19
183/20 201/6 234/16
**called [17]** 9/22 20/5 56/20
66/10 68/4 70/12 79/1 82/18
90/10 101/2 125/13 130/19
133/20 160/4 167/17 200/9
205/16
**calling [2]** 97/6 234/18
**calls [5]** 97/12 118/14
118/16 133/1 161/25
**came [21]** 9/5 11/12 11/13
12/6 13/9 14/23 31/8 32/3
41/4 63/24 64/5 81/10 85/24
96/4 141/22 144/6 144/7
144/23 178/23 198/7 207/14
**camp [1]** 18/3
**campaign [28]** 7/19 8/9
8/10 8/11 103/14 103/15
107/12 107/22 107/23 108/2

128/13 129/19 130/16
130/24 131/18 132/10
132/12 138/8 140/2 140/6
141/1 144/1 157/22 158/14
**campaigned [3]** 7/20
112/10 114/1
**campaigning [2]** 113/9
139/3
**campaigns [4]** 6/16 108/6
112/11 127/12
**Campbell [4]** 98/6 201/15
202/6 203/16
**campus [43]** 17/22 19/3
24/3 24/6 27/15 29/3 31/20
31/23 32/13 32/18 32/19
33/1 48/14 64/1 65/25 67/1
67/13 91/24 93/20 96/15
99/9 99/9 99/19 101/18
136/11 148/20 185/11
188/12 188/18 188/19
188/20 189/5 189/5 193/5
193/7 193/21 195/16 223/22
223/24 226/21 229/7 230/10
232/22
**campuses [28]** 10/7 17/11
17/21 40/1 40/5 44/20 48/16
53/12 53/15 55/3 55/5 84/10
84/14 186/5 188/16 188/23
188/24 189/2 189/3 189/9
189/20 223/14 223/18 229/9
232/19 232/20 232/20
232/21
**can't [21]** 9/8 11/7 51/24
76/3 113/5 113/6 113/16
114/2 114/3 137/15 143/21
145/5 146/15 152/4 152/23
159/15 162/11 176/15
180/23 180/23 206/25
**candidacies [1]** 180/12
**candidacy [3]** 127/19
131/25 151/9
**candidate [41]** 7/6 7/17 9/8
9/13 52/1 104/19 109/12

C

**candidate... [34]** 110/14
111/17 111/22 114/2 114/6
118/7 118/11 118/12 118/17
118/23 118/24 118/24
123/13 123/24 124/2 125/19
125/21 127/25 128/11
131/11 132/11 153/5 153/8
157/5 157/10 157/23 161/16
178/10 180/22 180/23
180/25 181/7 182/22 196/20
**candidates [19]** 7/24 114/3
114/3 114/9 114/13 127/3
127/9 127/11 128/18 158/19
159/3 159/5 167/11 171/19
172/12 180/13 205/22
217/20 223/5
**candidates' [1]** 132/14
**cannot [3]** 44/2 51/14 93/24
**canvas [1]** 118/21
**canvassing [4]** 109/11
118/21 139/4 139/8
**capacity [6]** 13/13 13/18
70/18 168/19 170/21 232/14
**capitalize [1]** 149/8
**captain [2]** 209/4 209/6
**car [1]** 142/8
**card [12]** 22/1 42/2 42/2
42/6 42/11 43/1 43/4 43/4
43/6 44/12 113/12 140/17
**cards [3]** 42/4 43/5 194/3
**care [21]** 67/20 67/23 69/17
70/17 73/18 77/16 78/6
79/12 84/6 84/20 85/6 94/10
96/4 96/23 122/12 127/1
142/20 146/16 146/16
147/23 178/3
**CARE's [2]** 68/10 85/15
**career [5]** 61/23 62/8 98/23
100/12 135/9
**carefully [1]** 54/4
**CAREs [5]** 83/18 84/24
90/6 90/19 95/2
**carpet [1]** 98/14

**carried [2]** 96/25 109/22
**carry [4]** 5/16 124/24 125/5
178/10
**Carter [16]** 105/8 108/24
110/8 111/1 111/5 121/10
121/17 122/14 122/24 123/7
123/9 123/12 159/3 182/9
182/12 182/15
**Carter's [1]** 122/16
**carved [1]** 83/8
**case [26]** 4/8 4/11 4/12 4/14
4/18 4/18 34/8 50/3 52/2
62/25 64/3 93/17 95/24
96/23 124/18 153/11 156/18
159/20 168/15 181/10
210/18 213/20 215/20 216/8
216/9 216/18
**cases [3]** 96/24 186/14
189/19
**cast [3]** 181/15 181/16
182/24
**casting [1]** 151/4
**categories [1]** 23/24
**category [6]** 20/5 21/5
24/20 48/22 199/16 200/8
**caught [1]** 169/6
**causation [4]** 51/1 51/3
51/19 52/16
**cause [5]** 52/18 82/1 112/16
143/1 143/5
**Cedar [4]** 22/16 135/3
153/1 191/22
**cell [1]** 228/12
**center [15]** 18/10 24/13
31/23 56/11 70/21 165/21
165/21 166/1 166/4 166/7
173/14 173/16 205/19
205/25 225/7
**centers [1]** 24/2
**cents [1]** 227/5
**CEO [1]** 173/15
**certain [6]** 33/21 62/23 69/6
115/7 160/15 229/4
**certainly [6]** 20/16 76/25

**certificates [1]** 165/14
**certify [1]** 236/15
**CFO [2]** 19/8 232/9
**challenge [10]** 11/6 11/15
60/25 121/3 121/3 149/11
159/25 160/12 160/18
174/10
**challenged [2]** 160/4 216/7
**challenges [5]** 151/25
159/23 160/2 166/2 177/8
**chance [3]** 114/8 128/10
159/5
**change [15]** 5/15 60/1 84/18
84/19 84/19 95/6 142/17
148/21 151/9 161/22 179/3
198/5 198/19 213/12 235/12
**changed [9]** 11/13 15/3
160/1 197/18 197/20 198/7
198/12 214/15 214/24
**changes [16]** 31/4 47/16
60/3 69/8 79/13 79/18 79/20
79/25 84/3 84/24 85/14
89/11 114/20 115/17 159/22
160/22
**changing [5]** 116/1 116/21
118/4 177/23 213/25
**characteristic [1]** 39/18
**characteristics [10]** 21/3
39/19 39/21 44/20 50/5 50/8
50/16 53/12 150/10 150/15
**characterization [1]** 39/7
**characterize [1]** 44/11
**charge [2]** 10/5 31/13
**CHARLES [1]** 1/18
**chart [9]** 35/11 36/17 36/18
44/22 47/13 85/4 192/13
209/23 224/11
**charts [2]** 47/23 108/16
**checked [1]** 180/24
**chief [5]** 13/11 13/15 13/19
184/14 184/24
**child [6]** 42/10 42/24 74/1
89/17 92/1 149/16

**C**

**child's [1]** 42/10
**children [20]** 40/19 41/10 41/13 41/18 44/12 49/16 49/18 49/19 57/12 58/20 58/21 62/13 62/14 105/19 134/22 150/6 165/8 165/9 165/23 178/1
**children's [2]** 50/10 166/23
**Chinese [1]** 208/15
**choice [8]** 11/4 14/10 16/25 17/1 25/18 107/14 123/13 193/14
**choices [3]** 14/5 17/2 31/22
**choir [1]** 141/17
**choose [2]** 179/20 199/21
**choosing [2]** 200/3 200/4
**chose [2]** 199/23 199/24
**Chris [13]** 6/10 6/11 6/17 130/8 156/23 156/24 157/9 157/22 180/14 180/17 180/20 181/9 181/9
**Christine [3]** 183/21 184/5 184/11
**CHRISTOPHER [1]** 1/19
**chronic [1]** 167/8
**chuckle [1]** 140/9
**church [5]** 112/22 113/13 113/15 205/17 205/23
**Circle [1]** 61/7
**circles [2]** 190/5 190/9
**circuit [3]** 5/1 47/3 69/24
**circumstances [3]** 50/20 91/22 229/19
**CIS [1]** 17/14
**cites [4]** 4/15 4/17 199/20 200/18
**cities [1]** 198/9
**citing [1]** 4/22
**citizen [2]** 143/8 163/24
**citizens [2]** 36/4 165/1
**city [13]** 159/19 170/6 172/5 172/6 172/11 206/17 206/23 207/2 207/5 207/10 207/11

**civic [5]** 99/24 99/25 100/2 100/3 105/16
**civically [1]** 100/9
**civics [1]** 160/9
**civil [4]** 1/5 62/5 62/6 70/23
**claiming [2]** 11/15 60/3
**clarification [1]** 12/2
**clarify [3]** 43/2 43/6 99/8
**class [4]** 5/18 75/2 113/3 113/5
**classes [1]** 15/18
**classroom [5]** 103/1 103/6 111/20 111/24 112/1
**classrooms [2]** 32/11 194/4
**classwork [2]** 85/7 95/5
**cleaned [3]** 146/3 146/8 146/12
**cleaning [1]** 98/14
**clear [11]** 49/10 49/12 80/21 104/5 104/11 108/3 117/3 130/1 174/20 175/12 176/16
**clearinghouse [2]** 16/10 164/9
**clearly [3]** 50/17 104/1 106/3
**client [1]** 214/3
**clients [1]** 236/9
**climate [1]** 179/2
**clinic [1]** 166/4
**close [10]** 21/19 48/21 60/25 147/3 156/22 201/21 205/13 230/2 230/5 230/6
**closed [9]** 134/17 147/2 205/18 205/20 230/14 230/15 231/2 231/5 231/24
**closer [4]** 14/12 73/2 74/2 153/10
**closing [6]** 20/7 20/11 21/6 174/19 229/25 235/25
**closure [2]** 173/9 230/10
**closures [10]** 117/20 117/24 146/21 148/8 172/17 172/22

**Club [3]** 17/16 180/1 180/11
**clubs [2]** 17/16 18/5
**co [2]** 91/8 115/11
**co-created [1]** 115/11
**co-curricular [1]** 91/8
**coach [4]** 99/25 100/2 100/4 100/8
**coached [2]** 83/10 83/12
**coaching [2]** 32/17 88/12
**Coalition [4]** 56/21 57/8 66/10 67/17
**code [16]** 31/22 79/1 79/5 79/5 79/11 79/14 79/25 84/3 89/24 90/14 91/5 119/15 199/20 200/18 200/21 201/7
**coding [2]** 190/15 192/13
**coffee [2]** 169/12 169/21
**coincide [1]** 32/20
**cold [1]** 85/20
**collaborating [1]** 128/20
**Colleen [2]** 133/16 133/17
**college [21]** 16/11 75/23 98/15 98/16 98/24 105/25 106/17 106/19 106/23 106/25 107/1 107/12 119/23 120/3 120/19 121/1 121/7 134/12 135/9 163/25 164/7
**Colombian [1]** 98/13
**Colombian-American [1]** 98/13
**color [8]** 104/3 104/7 105/19 105/19 130/7 190/15 192/13 206/7
**Colorado [1]** 100/8
**colored [1]** 35/6
**column [1]** 230/21
**columns [2]** 47/15 226/14
**combination [1]** 159/14
**come [19]** 9/21 12/13 16/8 34/8 68/5 75/15 97/13 112/4 131/15 133/2 142/11 142/21 144/2 158/2 183/22 183/24

**C**

**come... [3]** 183/25 204/8 236/7
**comes [3]** 71/25 101/1 138/9
**comfortable [2]** 12/19 74/9
**coming [11]** 5/7 18/11 52/23 55/11 80/22 81/23 86/19 87/20 88/25 151/4 157/4
**comment [2]** 149/12 175/14
**comments [5]** 139/2 139/7 140/3 140/4 140/15
**commercial [1]** 135/13
**commissioner [1]** 44/24
**commit [1]** 198/12
**committed [2]** 34/24 231/20
**committee [15]** 136/12 165/25 168/5 168/6 168/8 168/10 168/13 168/16 168/18 168/19 178/21 178/24 179/7 179/9 179/11
**committees [5]** 17/19 154/18 166/18 166/20 179/5
**common [5]** 150/10 150/14 151/15 151/22 159/9
**commonalities [1]** 151/20
**communicate [2]** 106/22 193/8
**communicated [1]** 56/19
**communications [5]** 140/3 153/23 153/25 154/6 221/13
**communities [4]** 103/20 117/14 136/7 136/13
**community [43]** 7/14 7/17 7/21 17/10 17/12 32/15 32/15 100/10 101/18 109/17 110/14 110/15 118/13 129/22 135/22 136/4 136/9 136/18 142/23 147/17 149/4 150/14 150/21 151/15 152/23 159/17 164/17 165/2 165/20 166/3 166/21 167/24 168/9 171/21 173/16 174/5

177/3 178/6 198/23
**community's [1]** 174/9
**companies [2]** 135/13 166/6
**comparable [1]** 48/15
**comparative [1]** 70/1
**comparatively [2]** 71/4 72/5
**compare [5]** 21/3 111/20 151/10 209/2 225/2
**compared [3]** 6/21 20/23 57/4
**comparing [2]** 71/17 212/20
**comparison [3]** 7/8 122/21 149/18
**compete [1]** 94/1
**complaints [4]** 204/9 204/11 204/14 208/8
**complementary [1]** 71/2
**complete [3]** 117/4 165/13 224/17
**completed [2]** 169/2 224/16
**completely [3]** 93/17 152/14 232/22
**completeness [2]** 220/3 221/9
**complex [1]** 160/24
**compliance [3]** 79/9 115/18 194/2
**comply [1]** 213/3
**component [1]** 18/18
**components [2]** 8/3 189/16
**composition [7]** 35/24 36/3 36/4 103/3 214/15 215/9 221/25
**compressed [1]** 37/17
**comprise [1]** 35/20
**computer [1]** 2/25
**concentration [5]** 218/11 218/19 219/1 219/19 221/18
**concern [6]** 50/22 55/18 57/19 69/21 160/9 178/2
**concerned [6]** 6/25 24/18

**concerns [4]** 8/4 56/23 85/1 85/6
**concise [1]** 63/15
**conclude [4]** 4/3 6/5 109/23 207/23
**concurrent [1]** 52/16
**condition [1]** 38/10
**conditions [4]** 36/10 36/15 37/23 39/13
**conduct [14]** 31/22 43/18 79/1 79/5 79/6 79/11 80/1 84/3 89/24 90/15 215/24 216/2 217/25 218/7
**conducted [4]** 216/10 217/6 217/11 222/2
**conference [1]** 81/10
**confess [1]** 100/1
**confidential [1]** 140/8
**confidently [1]** 9/12
**confirm [4]** 77/15 224/5 224/8 229/15
**confirmed [1]** 173/6
**confirming [2]** 221/16 236/4
**conflict [1]** 143/11
**confuse [1]** 48/11
**congratulate [1]** 111/5
**congratulated [1]** 111/1
**congratulations [2]** 33/17 76/19
**connect [1]** 17/17
**connected [2]** 18/5 21/25
**connection [1]** 140/2
**consequences [1]** 31/22
**conservative [5]** 7/15 7/19 12/4 52/8 160/14
**consider [7]** 50/20 96/17 148/4 203/10 213/25 232/9 233/3
**consideration [1]** 90/10
**considered [4]** 71/2 201/15 233/16 233/16
**consistent [3]** 109/9 137/16

**consistent... [1]** 200/1
**consistently [1]** 87/3
**consists [1]** 14/1
**consolidation [1]** 233/17
**constant [1]** 79/14
**constitute [5]** 218/12
218/20 219/1 219/19 222/4
**Constitution [1]** 4/19
**constitutionally [1]** 113/7
**constraints [2]** 139/16
234/25
**constructed [1]** 11/5
**construction [2]** 168/24
224/17
**consultants [1]** 18/21
**consulted [1]** 221/2
**consulting [1]** 135/12
**contact [1]** 129/23
**contend [1]** 118/4
**contended [1]** 57/10
**content [1]** 8/4
**contention [2]** 6/20 156/16
**context [1]** 86/7
**continue [5]** 25/21 65/10
129/10 160/24 165/10
**continued [3]** 2/1 6/7
207/15
**continues [1]** 4/6
**continuing [1]** 97/6
**continuously [2]** 196/14
196/17
**contract [1]** 164/16
**Contras [1]** 143/12
**contrasted [2]** 122/7 122/13
**contributed [1]** 81/11
**control [3]** 49/24 120/2
125/17
**controlled [1]** 91/6
**controversial [1]** 52/6
**controverted [1]** 34/9
**conversation [4]** 88/17
122/11 176/10 235/24
**conversations [2]** 78/20

**copy [10]** 20/1 36/24 37/5
37/5 37/17 85/13 96/2
107/22 144/3 219/10
**cordial [1]** 175/21
**core [4]** 19/9 57/19 127/1
165/1
**corner [3]** 118/11 205/11
224/12
**Corp [1]** 99/1
**corporate [9]** 33/20 37/3
210/19 214/8 216/21 219/15
219/16 221/1 233/24
**corporation [1]** 67/2
**correct [171]** 7/5 8/11 8/18
9/9 9/23 10/7 11/3 11/24
12/5 26/7 26/8 34/1 35/25
36/5 36/11 39/9 39/12 39/17
39/22 40/2 40/7 40/8 40/12
40/19 41/10 42/11 44/14
45/10 46/5 48/17 49/3 51/9
53/13 53/18 53/23 54/10
54/11 57/13 57/17 57/18
58/6 58/12 58/13 58/22
58/23 67/21 73/7 83/5 86/8
86/9 86/12 90/24 94/4 95/7
95/11 95/12 96/21 99/4 99/5
100/17 104/12 107/4 107/5
109/5 109/6 109/7 110/15
110/16 114/24 114/25
121/10 121/24 123/22
124/20 124/24 125/5 125/14
125/15 125/16 127/24 128/3
128/7 130/16 130/18 131/24
132/4 132/6 132/9 132/15
132/17 137/25 144/3 146/23
150/5 150/7 155/1 155/11
156/13 156/24 157/19
159/10 160/5 160/6 178/21
181/2 181/18 188/3 188/4
190/17 190/19 190/22 192/1
192/4 198/1 200/15 201/1
202/10 209/7 209/8 213/18
213/22 214/12 214/13

215/1
215/5 215/6 215/10 215/11
215/13 215/14 215/17
215/18 216/25 218/14
218/22 219/2 219/25 220/22
221/4 221/5 222/4 222/11
222/12 222/15 222/16
222/21 222/22 223/1 223/2
223/5 223/14 223/15 223/20
223/25 224/15 224/19
227/18 228/20 228/22 229/3
229/19 229/20 230/16 231/3
231/5 231/6 231/24 236/15
**correctly [1]** 194/6
**correlated [2]** 44/19 53/11
**correlation [2]** 47/5 49/1
**correspond [1]** 197/9
**cost [7]** 185/6 186/11
229/10 229/10 229/13 230/4
232/18
**costs [2]** 216/18 229/9
**could [80]** 9/16 9/17 11/15
15/8 33/4 40/15 47/15 47/19
48/5 55/22 56/13 60/6 67/1
69/10 71/5 72/18 81/19
89/20 91/18 95/17 95/19
95/19 100/11 115/24 115/24
115/24 118/11 118/11
121/12 122/2 123/2 123/18
124/12 124/14 125/7 126/7
126/20 126/21 127/17 128/9
128/24 129/20 131/2 131/9
140/8 148/18 149/20 153/6
153/8 155/7 161/23 165/10
169/22 170/1 177/3 181/13
182/13 188/19 189/19
189/19 189/21 198/12
201/20 201/24 202/1 202/18
211/7 211/20 218/25 219/18
219/23 220/14 220/22
220/23 220/24 221/2 221/17
222/3 233/25 235/14
**couldn't [7]** 91/16 91/18
96/4 122/7 147/19 176/12

**C**

**couldn't...** [1] 206/20
**council** [2] 105/4 172/6
**counsel** [7] 179/22 179/22 220/17 220/19 220/20 221/14 223/9
**counseling** [1] 13/21
**counselor** [2] 17/12 95/25
**counselors** [1] 66/24
**count** [3] 68/21 89/8 188/10
**counties** [1] 198/9
**country** [10] 18/11 100/7 100/21 100/22 100/25 106/2 106/2 116/4 120/7 143/4
**counts** [1] 188/22
**county** [16] 6/18 46/20 56/10 70/12 98/8 126/8 126/10 126/13 126/17 157/23 195/15 198/9 198/12 198/24 207/10 208/13
**couple** [12] 12/4 22/13 59/1 64/15 65/23 67/24 71/12 148/3 149/23 153/22 161/6 186/16
**course** [4] 17/21 78/21 117/11 142/1
**court** [75] 1/1 2/2 2/3 4/1 4/10 4/18 4/19 4/25 5/1 14/1 15/8 20/14 31/15 31/25 37/2 47/19 49/20 50/20 61/17 63/9 63/16 65/6 67/17 68/13 69/1 71/11 71/14 74/16 77/22 78/11 79/4 82/11 94/11 98/11 100/13 105/2 106/9 107/10 107/21 108/9 108/20 109/25 110/23 110/24 117/17 133/14 134/11 134/21 135/8 135/20 136/10 137/6 139/2 141/13 144/16 146/24 148/9 183/15 184/12 188/5 189/18 191/7 191/20 192/12 199/24 200/20 202/1 206/4 206/16 206/22 216/7 218/14 218/21

**Court's** [4] 46/23 101/22 116/12 117/22
**Courtney** [12] 123/22 123/24 124/1 124/2 124/4 124/11 126/18 129/3 129/7 181/21 182/3 182/4
**courts** [3] 4/19 62/1 62/2
**cover** [6] 34/6 68/23 72/4 110/19 170/19 210/23
**coverage** [2] 103/21 104/16
**covered** [4] 110/18 170/24 221/25 224/2
**COVID** [5] 41/1 55/12 60/4 129/25 130/6
**COVID-19** [1] 130/6
**Craft** [20] 5/7 5/13 12/12 12/25 13/3 13/6 33/15 35/2 38/15 46/11 47/3 48/11 53/10 55/25 59/4 65/6 69/12 78/15 86/3 200/24
**Craft's** [1] 78/13
**Craig** [2] 155/10 155/12
**crass** [2] 144/22 153/23
**CRAWFORD** [15] 1/18 40/13 41/15 42/18 47/25 52/22 59/25 184/3 207/23 211/18 213/21 221/7 226/6 228/7 232/2
**created** [8] 18/3 84/6 106/12 115/11 166/4 166/5 202/20 202/21
**credit** [4] 15/17 42/14 43/12 76/15
**Creek** [4] 26/10 26/12 26/17 26/19
**crew** [1] 160/20
**criteria** [3] 45/24 45/25 46/4
**critical** [3] 11/23 20/17 161/12
**critically** [2] 21/13 22/11
**criticisms** [1] 96/23
**criticize** [2] 66/16 81/8

**criticized** [1] 12/1
**cross** [16] 4/3 6/5 6/7 33/13 82/6 112/22 113/13 119/5 153/17 153/18 164/10 165/2 165/5 178/15 210/11 210/14
**cross-examination** [10] 4/3 6/5 6/7 33/13 82/6 119/5 153/17 153/18 178/15 210/14
**crosshairs** [1] 145/12
**CRT** [8] 8/2 8/6 11/14 11/16 11/17 11/22 12/3 52/6
**Cruz** [3] 129/4 129/5 161/11
**CSR** [1] 2/2
**culture** [1] 159/21
**cum** [1] 76/11
**curative** [1] 80/10
**curious** [2] 169/9 175/19
**current** [9] 6/10 7/1 13/7 20/23 60/2 115/21 116/23 131/14 151/1
**currently** [8] 11/5 13/8 134/17 148/22 165/20 180/3 180/9 233/9
**curricular** [1] 91/8
**curriculum** [4] 9/20 10/6 10/16 11/11
**cusp** [2] 134/4 134/6
**cut** [3] 122/23 171/24 232/7
**cutoff** [1] 16/24
**cuts** [1] 233/2
**cuttings** [1] 169/2
**CV** [1] 1/5
**cycle** [1] 233/13

**D**

**dad** [3] 64/5 105/25 106/3
**Daddy** [1] 68/4
**Dade** [1] 98/8
**DAE** [1] 74/1
**DAEP** [63] 31/13 31/15 31/18 31/20 32/2 32/3 32/10 32/11 32/23 55/17 56/25 65/7 65/11 65/12 65/14

**D**

**DAEP... [48]** 65/24 67/5 67/8 67/12 68/19 69/8 69/25 76/1 76/8 79/17 79/19 80/4 80/6 80/20 81/6 84/4 84/14 85/17 85/19 86/12 86/13 87/5 87/6 88/15 90/7 90/7 90/11 90/11 90/16 90/18 90/21 90/22 91/4 91/12 91/21 92/4 92/23 93/1 93/7 93/12 93/20 93/25 94/19 95/10 95/18 96/11 96/14 96/19

**DAEPs [1]** 86/9
**daily [1]** 81/7
**Dallas [1]** 212/15
**dangerous [1]** 127/4
**data [26]** 9/2 9/10 9/10 14/22 16/10 35/2 35/11 35/12 35/18 36/1 36/6 38/21 38/23 38/25 47/14 47/18 47/21 47/22 58/10 59/25 84/17 106/17 107/19 121/22 123/21 184/18
**date [9]** 59/8 59/11 136/21 148/23 168/25 173/6 199/25 222/2 236/18
**dates [5]** 8/12 32/19 199/16 199/18 199/21
**David [14]** 97/12 97/20 98/5 108/24 126/25 126/25 127/5 131/11 159/4 167/11 173/12 181/20 181/24 182/3
**Dawn [1]** 160/4
**day [25]** 5/6 5/20 5/23 8/16 8/18 8/19 10/24 10/24 11/1 11/1 19/1 32/12 46/1 103/6 122/9 142/6 143/2 146/1 177/9 198/17 198/18 200/5 202/15 204/6 208/9
**days [11]** 8/15 33/5 43/16 65/21 90/17 93/15 148/12 152/25 204/5 208/2 234/24
**dead [1]** 107/2

**deal [4]** 52/15 78/15 88/16 92/25
**dealing [5]** 42/23 79/21 88/14 89/15 110/1
**dealings [1]** 184/16
**deals [1]** 107/25
**dealt [1]** 78/18
**dean [2]** 99/18 101/16
**decade [1]** 46/21
**December [3]** 13/17 59/11 219/11
**December 28th [1]** 219/11
**December 29th [1]** 59/11
**decide [2]** 49/20 102/7
**decided [6]** 102/9 102/11 105/11 135/11 202/17 230/2
**deciding [1]** 50/21
**decision [4]** 11/18 91/23 148/19 198/16
**decisions [8]** 10/6 10/24 11/6 138/23 167/5 167/6 229/24 230/10
**deck [1]** 71/11
**decline [1]** 139/15
**decrease [1]** 84/7
**deduction [1]** 227/23
**deemed [1]** 147/14
**deep [1]** 100/21
**deeply [3]** 8/9 127/2 217/10
**default [1]** 149/19
**defeat [1]** 217/20
**Defendant [1]** 12/11
**Defendant's [1]** 186/7
**Defendants [3]** 1/7 1/18 12/12
**defendants' [42]** 3/16 19/21 25/23 26/16 26/25 27/8 27/18 28/4 28/12 28/21 29/4 29/15 29/23 30/6 30/15 31/1 45/8 59/13 89/21 123/19 124/13 125/8 126/7 128/9 131/2 155/7 157/13 181/4 181/6 181/25 182/13 185/3 189/23 190/18 191/3 196/22

**defer [1]** 9/18
**define [1]** 11/25
**defined [1]** 11/14
**defines [2]** 21/5 24/19
**definitely [3]** 139/20 151/9 159/16
**definition [1]** 12/2
**degree [4]** 94/6 135/8 164/2 164/4
**delay [1]** 60/5
**delivered [4]** 10/11 69/13 69/17 73/18
**delivering [3]** 14/22 85/7 95/5
**delve [1]** 8/8
**delves [1]** 214/3
**Demand [3]** 125/14 125/16 126/5
**demean [2]** 43/14 43/18
**demeaning [1]** 43/24
**Democrat [4]** 51/14 52/8 126/8 156/2
**Democratic [9]** 101/14 130/19 130/21 131/7 131/13 131/15 131/21 131/24 132/6
**Democrats [9]** 126/10 126/13 126/17 127/19 127/22 161/10 179/25 180/11 180/12
**demographically [1]** 225/2
**demographics [5]** 101/20 102/4 104/5 177/23 215/8
**demonstrative [1]** 124/17
**denials [1]** 216/9
**denied [9]** 215/24 216/10 216/20 217/3 217/9 217/14 217/18 217/24 218/4
**denotes [1]** 185/22
**denotion [1]** 188/15
**deny [1]** 215/25
**denying [1]** 215/20
**department [4]** 173/21

**department... [3]** 185/20 185/20 208/20

**depending [1]** 171/10

**depends [2]** 112/17 112/18

**depicted [2]** 190/5 202/23

**depicting [2]** 38/16 201/25

**deport [1]** 143/9

**deposed [3]** 37/1 37/6 210/18

**deposed -- you [1]** 37/1

**deposition [24]** 34/3 35/10 35/14 36/24 37/9 38/24 46/11 47/9 54/13 58/13 59/5 59/8 59/10 59/18 60/7 211/2 211/3 215/22 219/3 219/10 219/25 220/19 221/24 223/16

**Deputy [1]** 195/15

**describe [2]** 69/1 163/4

**described [1]** 65/9

**deserves [1]** 118/19

**design [1]** 85/11

**designated [6]** 33/19 33/24 58/7 185/15 210/18 210/22

**designation [1]** 185/18

**designed [2]** 52/11 191/17

**desire [2]** 200/12 205/23

**despite [1]** 229/18

**detail [1]** 41/25

**detailed [2]** 235/6 235/17

**details [1]** 117/23

**determination [1]** 46/23

**determine [4]** 217/6 217/11 217/21 218/1

**determined [1]** 67/13

**determining [1]** 51/20

**develop [1]** 96/15

**development [2]** 150/9 173/14

**devoted [1]** 40/13

**diametrically [1]** 127/13

**Diana [4]** 115/13 132/3 132/6 173/13

**dictate [1]** 197/4

**didn't [30]** 8/8 21/15 58/21 70/16 70/18 87/1 87/25 88/19 89/6 98/15 105/14 109/25 113/19 122/23 125/25 129/1 138/13 142/2 148/22 156/18 157/5 161/12 171/17 171/18 171/24 174/6 221/3 230/5 230/6 230/8

**difference [8]** 88/19 92/22 147/25 149/1 171/19 228/18 228/19 229/21

**differences [9]** 36/10 36/14 37/22 38/3 38/9 38/12 122/18 169/3 188/6

**different [32]** 19/14 36/3 39/20 41/16 50/18 52/5 52/12 52/13 54/3 66/1 68/6 70/19 74/6 78/21 135/24 136/15 142/19 152/14 159/21 172/1 179/2 179/23 188/5 196/7 198/11 211/7 211/19 215/8 223/14 224/2 229/19 233/11

**differential [2]** 56/24 58/11

**differentiate [1]** 111/25

**differentiation [1]** 111/20

**difficult [7]** 94/2 120/17 121/2 143/16 152/15 170/25 171/2

**difficulty [1]** 233/14

**diluted [2]** 222/14 229/11

**dilutes [1]** 217/4

**diploma [1]** 142/10

**direct [11]** 13/1 38/4 54/13 61/2 85/3 97/21 109/23 133/12 162/16 184/6 219/11

**directing [1]** 221/23

**direction [2]** 43/19 70/25

**directly [3]** 174/11 185/24 185/25

**director [4]** 99/19 101/10 101/17 164/12

**dis [5]** 22/18 23/8 23/13

**disability [1]** 53/15

**disadvantage [4]** 39/18 40/4 225/7 225/10

**disadvantaged [52]** 21/3 22/17 22/22 22/23 23/2 23/7 23/12 23/16 23/21 25/6 25/11 25/19 26/4 26/6 26/11 26/13 26/21 27/4 27/12 27/22 28/8 28/16 28/25 29/11 29/19 30/2 30/10 30/21 36/19 38/2 38/20 38/23 39/7 40/1 40/6 47/7 48/20 48/22 49/3 103/18 118/3 186/12 188/7 188/8 189/17 214/25 223/19 223/22 223/24 224/9 224/14 229/2

**disagree [2]** 44/9 53/1

**disagreement [1]** 161/2

**disappointment [2]** 80/13 86/23

**disappointments [1]** 87/24

**disciplinary [27]** 57/11 57/21 58/3 58/12 63/10 63/25 64/6 66/6 66/11 66/15 66/20 66/23 67/25 68/9 72/17 79/7 79/13 80/11 80/18 80/24 81/21 81/23 84/13 86/16 87/18 94/16 95/7

**discipline [24]** 56/24 57/5 57/5 58/14 58/19 58/20 63/4 63/4 63/24 65/15 65/20 70/1 70/21 71/7 72/11 73/14 79/8 83/25 84/2 84/7 84/10 84/19 85/15 87/9

**disciplined [2]** 55/20 72/6

**discourage [1]** 141/5

**discouraging [1]** 145/7

**discretion [2]** 10/10 91/24

**discretionary [1]** 96/19

**discriminate [1]** 52/11

**discrimination [1]** 55/20

**discuss [7]** 88/4 88/5 89/10 174/16 194/4 232/22 232/25

**discussed [8]** 4/13 5/10 38/23 38/25 117/17 151/16 215/22 233/17

**discusses [1]** 4/9

**discussing [2]** 152/2 208/2

**discussion [1]** 71/15

**discussions [3]** 69/7 112/5 214/5

**disenfranchise [1]** 147/16

**disenfranchised [1]** 103/24

**disgusted [1]** 141/3

**disorganized [1]** 97/19

**disparate [16]** 58/11 58/19 63/4 79/16 79/16 80/24 81/20 82/2 86/2 86/2 87/2 87/4 87/9 87/19 93/11 93/16

**disparities [7]** 40/10 58/2 58/5 70/20 85/18 148/4 149/20

**disparity [11]** 56/9 57/4 57/10 57/21 63/10 70/12 71/7 71/17 92/22 106/22 149/2

**dispirited [1]** 114/3

**displaced [1]** 177/23

**displays [1]** 47/14

**disproportionately [4]** 94/17 104/6 118/1 147/6

**disputed [1]** 35/3

**distinct [2]** 36/9 36/14

**distinctively [1]** 50/17

**distressed [1]** 225/11

**distributed [1]** 169/4

**district [293]**

**District 1 [12]** 50/9 50/15 118/6 133/25 150/3 150/4 150/20 151/5 163/16 163/16 178/8 178/10

**district's [22]** 10/7 14/16 33/25 34/7 49/22 55/9 57/24 72/5 91/13 120/2 175/24

219/15 219/17 222/13 224/16 227/8 227/21 229/1

**districts [48]** 8/24 16/14 21/2 21/4 21/18 34/15 35/17 43/12 44/23 50/14 56/10 70/13 70/19 71/5 71/23 71/24 72/17 74/8 86/10 86/13 86/18 87/9 87/15 112/3 115/21 117/6 119/16 153/7 153/8 199/3 199/4 199/6 199/9 205/10 207/9 211/19 212/2 212/13 212/25 218/13 218/21 218/25 219/18 220/14 220/21 221/17 222/3 222/9

**diverse [3]** 111/25 112/2 112/4

**diversity [1]** 165/6

**divide [1]** 115/20

**divided [1]** 177/10

**division [2]** 1/2 139/11

**divisive [1]** 127/6

**doctor [7]** 141/20 141/24 142/3 142/15 142/15 142/16 166/10

**document [14]** 56/7 56/13 70/13 70/15 70/16 70/17 73/12 73/16 103/12 106/10 108/18 193/1 227/15 230/19

**documents [3]** 211/5 221/2 227/13

**does [62]** 10/16 13/24 17/6 18/16 19/12 31/5 31/15 36/18 38/22 38/22 39/6 47/13 59/25 72/7 72/9 89/17 100/2 105/10 108/21 113/2 125/19 131/23 141/23 145/8 150/20 151/1 166/20 171/20 185/9 185/17 185/24 185/24 186/9 189/3 189/10 190/1 193/7 193/19 193/23 194/10 194/20 195/22 196/19 197/4 197/6 197/7 197/13 199/8

209/25 210/2 214/4 218/9 218/10 218/17 224/24 225/24 226/1 228/4

**doesn't [11]** 11/1 89/12 138/20 138/21 149/9 149/10 175/5 175/6 212/22 215/25 215/25

**doing [9]** 42/10 42/25 44/13 86/10 90/11 91/13 95/13 148/22 164/24

**dollar [1]** 232/18

**dollars [8]** 19/4 186/15 188/19 189/8 223/18 227/16 229/16 229/17

**domain [11]** 20/21 20/22 21/24 22/3 41/20 41/20 44/4 44/23 45/11 45/13 55/7

**domains [9]** 20/14 20/16 21/11 22/12 41/21 42/21 44/24 45/23 55/7

**DOMINGO [1]** 1/14

**don't -- I [1]** 176/15

**Donald [1]** 122/8

**done [14]** 11/3 18/2 52/3 95/22 99/21 101/12 136/13 136/15 136/22 143/25 201/4 217/15 217/21 227/6

**door [10]** 85/21 112/11 112/11 113/25 138/5 139/4 139/4 139/10 139/21 171/15

**doors [1]** 113/9

**dots [1]** 190/12

**doubtful [1]** 49/14

**down [16]** 12/19 15/3 69/20 111/10 115/3 115/25 123/4 126/22 131/10 152/20 157/7 182/5 195/6 203/15 209/9 226/10

**Downs [7]** 127/25 128/5 128/7 128/12 128/13 128/15 128/17

**Dr. [42]** 4/4 5/7 5/12 5/13 5/15 5/15 5/18 5/20 6/9 9/11

**D**

**Dr.... [32]** 9/17 9/18 12/10 13/3 19/10 33/15 35/2 35/2 38/15 46/11 46/15 47/3 48/11 53/10 55/25 59/4 65/6 74/18 78/13 78/15 108/16 109/8 160/20 180/17 180/18 180/19 183/8 183/9 183/17 218/5 234/12 234/17

**Dr. Blaine [2]** 19/10 160/20

**Dr. Craft [14]** 5/7 5/13 13/3 33/15 35/2 38/15 46/11 47/3 48/11 53/10 55/25 59/4 65/6 78/15

**Dr. Craft's [1]** 78/13

**Dr. Elizondo [8]** 4/4 5/12 6/9 12/10 180/17 180/18 180/19 218/5

**Dr. Howard [1]** 74/18

**Dr. Robert [1]** 108/16

**Dr. Stein [10]** 5/15 5/15 5/18 5/20 9/18 183/8 183/9 183/17 234/12 234/17

**Dr. Stein's [4]** 9/11 9/17 35/2 109/8

**Dr. Tijerina's [1]** 46/15

**draft [1]** 69/6

**drafted [2]** 69/11 107/11

**drafts [1]** 69/12

**drama [2]** 170/6 170/11

**drastic [2]** 6/21 139/20

**drastically [2]** 122/14 142/17

**drawing [1]** 124/16

**drawn [7]** 124/18 124/19 124/23 125/2 220/14 221/17 222/3

**drive [29]** 152/5 162/22 203/10 203/15 203/17 206/17 206/23 224/3 224/5 224/9 224/11 224/21 225/2 226/8 227/9 228/4 228/5 229/8 229/13 229/17 230/5 230/7 230/11 231/2 231/22

233/16

**Drive's [1]** 230/3

**drivers [1]** 233/9

**drop [2]** 177/18 233/20

**dropping [1]** 177/17

**drug [2]** 80/6 85/10

**dry [1]** 170/12

**Ds [1]** 55/4

**dual [4]** 14/9 14/10 15/17 17/2

**Dude [1]** 157/1

**due [6]** 51/15 51/16 51/17 52/5 129/25 221/9

**DULY [6]** 12/25 61/1 97/20 133/11 162/15 184/5

**duration [1]** 90/16

**during [30]** 31/12 38/23 46/21 59/9 64/4 68/19 89/7 91/2 91/8 95/3 96/9 103/14 107/11 113/6 122/22 122/25 126/9 126/17 128/13 130/16 141/17 155/23 157/19 157/21 158/19 194/13 195/5 204/9 214/22 232/1

**duties [1]** 184/20

**E**

**e-mail [19]** 56/1 56/5 68/23 69/1 72/4 78/24 103/13 103/23 104/11 114/18 115/8 115/10 115/11 130/13 131/6 131/20 131/23 146/6 146/18

**e-mailed [1]** 57/15

**each [19]** 20/14 21/11 37/11 37/16 37/16 38/17 39/13 46/3 51/25 77/25 126/2 168/24 169/8 185/11 197/9 197/9 197/10 199/17 209/13

**earlier [29]** 33/19 41/7 45/8 48/10 48/12 73/17 74/19 78/24 83/24 86/23 110/3 119/12 119/23 132/3 150/25 159/7 167/16 168/5 171/1 172/20 173/19 178/7 178/20

228/25 231/12

**early [49]** 8/12 8/15 90/8 90/18 90/21 90/23 91/1 107/24 108/1 108/4 108/4 108/5 108/11 112/20 113/11 117/12 117/13 117/14 117/15 171/12 171/12 179/1 201/9 201/10 201/12 201/15 201/16 201/19 201/25 202/13 202/20 202/22 203/4 203/9 203/18 203/23 204/4 204/5 204/12 204/15 205/3 205/13 205/20 206/9 206/16 206/22 207/18 208/3 208/5

**earned [4]** 25/19 64/9 149/4 181/7

**Earnest [15]** 6/10 6/11 6/17 8/2 130/8 156/23 156/25 157/9 157/22 157/22 180/14 180/17 180/20 181/7 181/9

**Earnest/Elizondo [2]** 157/22 181/7

**easier [3]** 39/2 200/4 226/16

**east [1]** 164/17

**easy [2]** 12/22 39/1

**EB [5]** 14/25 15/3 15/16 16/3 18/2

**EB/EL [1]** 18/2

**echoing [1]** 157/12

**eco [4]** 22/18 23/8 23/13 38/25

**economic [26]** 36/10 36/15 37/23 38/9 39/13 39/18 39/19 39/21 40/4 40/10 48/22 49/21 49/23 50/8 53/15 53/15 101/19 102/4 153/11 185/23 188/13 189/21 214/23 225/7 225/10 229/19

**economically [52]** 21/2 22/17 22/22 22/23 23/1 23/6 23/11 23/16 23/21 25/6 25/11 25/19 26/3 26/6 26/11

**economically... [37]** 26/12 26/21 27/4 27/12 27/22 28/8 28/16 28/25 29/11 29/19 30/2 30/10 30/21 36/18 38/2 38/20 38/23 39/6 40/1 40/6 47/7 48/19 49/2 103/5 103/18 118/2 186/12 188/7 188/7 189/17 214/25 223/19 223/22 223/24 224/9 224/13 229/1

**economics [1]** 194/13
**economy [1]** 159/20
**ed [4]** 159/3 165/10 188/17 188/18
**Edgewood [5]** 22/21 134/25 135/1 163/7 163/15
**educated [2]** 143/3 143/3
**education [43]** 9/22 12/1 20/2 31/19 56/21 56/25 57/9 64/1 64/4 65/24 65/25 66/10 67/18 68/2 73/13 74/4 75/1 79/16 80/9 80/10 84/13 86/2 87/19 91/5 93/11 93/16 100/22 102/25 119/15 129/24 130/10 149/5 149/9 157/3 165/12 166/15 166/23 168/1 178/1 185/20 200/18 200/21 201/7
**educational [9]** 10/13 10/25 31/21 49/22 50/10 99/24 100/5 100/15 101/1
**educators [1]** 44/1
**effect [4]** 67/10 76/14 76/17 229/14
**effective [3]** 95/8 145/14 145/14
**efficient [2]** 232/17 233/18
**efficiently [2]** 131/18 232/19
**effort [4]** 80/8 87/19 94/6 147/19
**efforts [5]** 42/14 84/15 129/11 139/9 195/20

**eight [4]** 8/15 45/16 195/13 204/5
**eighth [4]** 99/3 99/7 99/12 99/13
**either [11]** 64/21 65/3 83/4 141/14 141/15 147/13 189/8 191/16 201/7 207/10 224/4
**EL [7]** 15/12 15/16 15/22 18/2 18/25 19/6 19/15
**elect [4]** 118/6 138/6 196/11 200/13
**elected [11]** 6/22 7/11 7/12 100/19 104/3 128/5 139/9 157/5 158/11 196/14 200/14
**electing [1]** 217/4
**election [121]** 6/10 6/14 6/20 6/21 7/5 7/7 7/10 8/18 9/3 9/9 51/7 87/15 102/13 103/22 108/15 108/15 109/2 110/7 111/1 111/7 112/8 112/20 112/20 112/23 113/17 113/18 113/19 113/20 113/21 113/22 113/22 114/8 114/10 114/10 115/17 116/1 116/2 116/3 117/6 117/12 118/25 121/10 122/7 122/9 123/14 123/21 124/24 125/5 126/18 129/7 129/11 129/18 130/1 131/16 135/17 137/13 137/14 137/19 138/7 140/19 143/24 144/4 156/23 157/19 167/2 167/12 171/3 171/5 171/16 171/17 172/8 178/11 180/14 180/15 181/7 181/20 181/23 182/1 182/8 182/9 182/11 184/20 184/22 184/25 190/8 190/12 190/19 195/7 196/8 196/19 197/8 197/10 197/12 197/16 198/16 198/17 198/18 199/16 199/17 199/20 199/25 199/25 200/4 200/8 201/5 201/6 201/9 201/10 201/16 202/1 202/15

204/10 207/9 207/16 207/18 208/8 208/10 218/6 218/13 218/22 223/1
**elections [43]** 6/22 7/8 8/22 8/25 12/6 63/1 63/7 109/12 114/14 116/4 116/4 129/13 129/17 167/2 167/8 167/9 170/19 171/9 171/25 172/10 179/17 179/17 179/18 182/21 190/2 192/18 193/8 195/5 196/15 197/8 197/14 198/9 199/12 199/22 200/2 203/22 203/25 204/10 207/12 207/13 208/4 208/6 217/9
**electoral [5]** 111/19 114/21 211/7 211/16 218/5
**electronic [2]** 95/9 95/21
**elects [1]** 197/4
**element [1]** 216/8
**elementary [76]** 15/6 22/17 22/21 23/1 23/6 24/3 24/9 24/17 26/10 26/12 26/17 26/21 27/1 27/3 27/9 27/12 27/15 27/19 27/22 28/5 28/7 28/13 28/24 29/5 29/11 29/16 29/18 30/1 30/7 39/25 40/3 62/16 68/3 68/4 134/16 134/25 141/10 153/1 163/8 178/8 191/9 191/10 191/10 191/10 191/11 191/22 192/9 197/21 197/24 198/3 198/5 202/15 202/15 224/3 224/5 224/9 224/11 224/17 225/2 225/8 226/8 227/9 228/4 228/5 229/18 229/25 230/2 230/5 230/11 231/4 231/5 231/22 232/13 232/25 233/11 233/13
**eleventh [2]** 120/20 120/24
**eligibility [2]** 185/22 186/3
**eligible [4]** 90/18 171/23 194/15 195/16
**eliminate [1]** 82/2

**ELIZONDO [17]** 1/4 1/22 4/4 5/12 6/9 12/10 130/9 156/23 156/24 157/22 158/4 180/14 180/17 180/18 180/19 181/7 218/5

**else [8]** 58/25 75/11 81/5 140/12 146/2 146/17 148/24 169/22

**embarrassed [1]** 93/18

**embarrassing [1]** 112/9

**emerged [1]** 31/8

**emergency [2]** 166/9 166/10

**emergent [2]** 15/4 104/8

**empathetic [1]** 88/7

**employed [2]** 102/16 166/6

**employees [2]** 10/15 135/13

**employment [2]** 120/3 135/7

**enable [2]** 118/6 217/19

**enacted [2]** 95/7 217/25

**encompass [2]** 7/14 124/19

**encompassed [3]** 7/15 151/14 151/15

**encompasses [2]** 124/23 125/3

**encourage [3]** 165/7 166/22 167/22

**encouraged [1]** 169/23

**encouraging [1]** 179/2

**end [9]** 5/6 16/21 32/12 32/23 111/1 164/17 204/23 204/24 206/20

**endorsed [5]** 84/14 129/5 129/6 132/17 157/25

**endorsement [10]** 6/17 6/19 125/13 126/4 126/10 127/20 127/23 155/4 155/17 155/18

**endorsements [2]** 6/13 6/15

**Endorses [1]** 129/3

**endorsing [1]** 127/18

**engage [3]** 85/22 111/7 116/3

**engagement [9]** 79/15 99/24 99/25 100/2 100/4 111/7 165/11 166/18 166/20

**engineering [1]** 18/4

**English [27]** 14/4 14/6 15/3 15/10 15/13 15/20 16/12 16/13 16/19 49/13 99/3 99/7 99/12 99/14 104/7 120/9 120/12 120/15 120/18 120/19 120/24 121/1 121/6 142/11 165/14 188/22 208/16

**English-learner [2]** 16/12 188/22

**enough [4]** 142/17 160/8 218/11 218/19

**enrichment [3]** 17/10 40/17 165/23

**enroll [1]** 14/3

**enrolled [1]** 101/20

**enrollment [22]** 16/11 34/13 34/14 34/15 35/5 35/7 35/9 35/17 38/16 38/18 177/17 188/10 227/14 229/22 230/4 230/11 230/18 230/24 231/1 231/8 231/9 231/21

**ensure [7]** 21/19 55/12 127/6 131/17 184/17 196/5 222/19

**ensured [2]** 198/22 201/5

**ensuring [2]** 164/25 233/14

**entered [1]** 67/12

**entire [3]** 116/2 138/17 138/24

**entirely [1]** 225/18

**entrenched [1]** 114/11

**entrepreneurial [1]** 135/11

**enure [1]** 65/15

**environment [1]** 80/11

**equal [4]** 192/18 208/4 223/21 223/25

**equipped [1]** 160/21

**equitable [2]** 80/10 111/9

**equity [7]** 99/24 100/6 100/15 100/24 104/17 130/6 147/17

**especially [8]** 108/6 111/25 112/18 113/3 118/22 166/5 169/24 189/5

**essentially [2]** 103/14 129/17

**establish [2]** 83/15 216/21

**established [4]** 196/9 219/23 225/15 225/17

**establishing [1]** 32/19

**ET [1]** 1/7

**ethic [1]** 215/7

**ethnic [16]** 35/4 35/23 36/2 36/4 36/17 44/20 53/11 55/19 87/5 101/19 118/18 150/17 214/15 215/7 215/9 221/25

**ethnicity [7]** 47/6 49/1 63/11 199/12 208/20 208/25 209/3

**evaluate [3]** 10/2 58/2 58/5

**evaluating [1]** 213/12

**evaluation [1]** 46/4

**even [19]** 12/1 16/1 72/11 79/21 81/12 113/15 113/19 121/7 129/16 139/10 143/5 145/17 146/1 152/11 158/23 171/2 217/7 230/2 230/8

**Evening [1]** 236/13

**event [5]** 91/23 105/6 141/9 141/13 150/24

**events [1]** 63/17

**Eventually [1]** 164/6

**ever [21]** 81/2 93/6 113/21 114/1 114/4 119/14 119/19 126/16 140/2 141/5 141/8 142/14 142/16 154/18 158/5 172/21 179/25 180/7 201/2 201/6 216/20

**every [23]** 21/14 21/14 21/14 24/15 26/6 31/9 31/20 33/5 38/1 55/11 58/15 66/16

**E**

**every... [11]** 66/18 96/23 103/6 158/19 177/9 177/9 180/24 189/5 189/5 216/8 233/9
**Everybody [2]** 4/17 148/16
**everyone [1]** 60/4
**everything [4]** 13/22 77/6 184/17 234/24
**everywhere [1]** 148/15
**evidence [12]** 35/3 47/22 49/6 50/16 51/11 51/12 51/14 53/20 70/9 77/22 108/10 235/13
**exactly [6]** 75/3 142/6 151/14 152/22 175/15 224/7
**exam [3]** 46/3 46/5 46/7
**examination [24]** 4/3 6/5 6/7 13/1 33/13 59/2 59/23 61/2 82/6 92/13 94/25 95/3 97/21 109/23 119/5 133/12 153/17 153/18 161/8 162/16 178/15 184/6 210/14 228/25
**example [11]** 45/19 85/19 89/14 95/14 95/15 148/11 152/1 170/1 170/3 203/13 224/1
**examples [6]** 15/8 79/22 79/24 148/9 186/16 187/12
**exams [3]** 16/13 45/19 141/21
**exceed [1]** 189/4
**exceeded [1]** 14/24
**exceeding [2]** 31/9 42/24
**exceedingly [1]** 94/2
**excel [1]** 15/21
**Except [1]** 88/24
**exception [4]** 40/3 40/5 49/11 135/6
**excess [1]** 17/5
**excited [1]** 180/21
**exclusive [1]** 159/15
**excused [4]** 60/9 97/9 183/5 234/3

**executive [1]** 196/22
**exemplar [1]** 72/14
**exercise [1]** 152/7
**exercised [1]** 216/11
**exhibit [147]** 19/17 19/21 22/13 25/10 25/21 25/23 26/9 26/16 26/20 26/25 27/3 27/8 27/11 27/18 27/21 28/4 28/7 28/12 28/15 28/21 28/24 29/4 29/10 29/15 29/18 29/23 30/1 30/6 30/9 30/15 30/20 31/1 34/19 34/23 38/13 40/15 45/2 45/3 45/4 45/5 45/7 45/9 45/9 47/20 55/2 55/23 55/25 59/13 68/16 68/22 78/24 83/19 89/21 89/23 105/2 105/10 106/5 107/6 107/10 107/20 107/21 108/14 110/11 110/24 114/16 114/17 116/20 121/19 121/19 122/3 123/2 123/4 123/19 124/12 124/13 125/8 126/7 126/20 127/17 128/9 128/24 129/20 130/12 131/2 134/1 135/19 135/20 136/3 136/16 136/23 137/4 137/9 143/15 143/19 144/3 144/8 144/19 145/18 149/22 153/22 155/7 156/4 156/20 157/13 157/20 181/5 181/6 181/25 182/13 185/3 185/13 186/6 186/7 186/16 189/23 189/24 190/1 190/6 190/18 191/3 192/25 196/22 196/23 196/24 199/14 200/7 201/24 202/23 203/13 204/19 206/5 208/18 208/19 208/24 209/2 211/11 211/13 211/20 223/10 224/4 224/8 225/5 225/20 225/21 226/5 230/17 231/7
**Exhibit 1 [3]** 189/23 191/3 224/4

**Exhibit 10 [2]** 96/22 196/24
**Exhibit 105 [4]** 34/19 34/23 225/20 225/21
**Exhibit 107 [3]** 38/13 224/8 225/5
**Exhibit 108 [3]** 40/15 45/4 55/2
**Exhibit 11 [1]** 182/13
**Exhibit 110 [5]** 201/24 202/23 203/13 204/19 206/5
**Exhibit 115 [2]** 208/18 209/2
**Exhibit 12 [2]** 123/19 181/25
**Exhibit 126 [2]** 108/14 121/19
**Exhibit 129 [1]** 123/2
**Exhibit 131 [1]** 110/11
**Exhibit 14 [6]** 55/23 55/25 68/16 68/22 78/24 83/19
**Exhibit 16 [1]** 208/24
**Exhibit 17 [1]** 192/25
**Exhibit 21 [2]** 181/5 181/6
**Exhibit 24 [2]** 134/1 149/22
**Exhibit 25 [2]** 89/21 136/16
**Exhibit 28 [3]** 45/5 230/17 231/7
**Exhibit 3 [1]** 124/13
**Exhibit 46 [1]** 145/18
**Exhibit 47 [4]** 135/19 135/20 136/3 136/23
**Exhibit 48 [4]** 143/15 143/19 144/3 153/22
**Exhibit 49 [1]** 144/8
**Exhibit 51 [1]** 125/8
**Exhibit 52 [3]** 107/20 107/21 126/7
**Exhibit 53 [1]** 126/20
**Exhibit 54 [1]** 127/17
**Exhibit 55 [1]** 128/9
**Exhibit 56 [1]** 128/24
**Exhibit 57 [2]** 122/3 129/20
**Exhibit 58 [2]** 105/2 105/10

**E**

**Exhibit 59 [2]**  106/5 130/12
**Exhibit 60 [3]**  107/6 107/10
131/2
**Exhibit 63 [1]**  156/4
**Exhibit 64 [1]**  156/20
**Exhibit 65 [1]**  157/13
**Exhibit 66 [4]**  155/7 211/11
211/13 211/20
**Exhibit 67 [1]**  157/20
**Exhibit 70 [1]**  196/23
**Exhibit 71 [3]**  186/7 223/10
226/5
**Exhibit 74 [16]**  25/23 26/16
26/25 27/8 27/18 28/4 28/12
28/21 29/4 29/15 29/23 30/6
30/15 31/1 45/9 59/13
**Exhibit 77 [2]**  114/16
114/17
**Exhibit 79 [16]**  19/17 25/21
26/9 26/20 27/3 27/11 27/21
28/7 28/15 28/24 29/10
29/18 30/1 30/9 30/20 45/9
**Exhibit 9 [2]**  199/14 200/7
**exhibits [3]**  108/10 137/6
153/22
**exist [1]**  40/11
**existence [1]**  51/3
**existing [1]**  218/4
**exit [2]**  15/22 90/18
**expand [1]**  5/22
**expect [3]**  17/23 52/20
93/25
**expectation [2]**  17/25 20/24
**expectations [3]**  41/12 55/5
55/10
**expected [2]**  96/15 96/17
**expenditure [4]**  186/23
188/1 226/19 227/1
**expenditures [5]**  185/10
186/6 223/11 226/2 227/8
**experience [16]**  50/18 91/25
103/5 105/13 111/2 118/17
120/6 136/10 138/5 159/13

166/25 171/25 177/2 177/2
177/7 178/6
**experiences [1]**  100/25
**experiencing [1]**  127/9
**expert [10]**  10/25 118/14
123/16 124/17 124/19
124/22 125/2 234/16 234/19
235/18
**expert's [1]**  121/21
**experts [3]**  10/13 235/17
235/19
**explain [11]**  72/19 75/17
93/8 116/9 144/16 174/18
176/11 180/19 188/5 206/21
235/7
**explained [2]**  41/16 94/21
**explains [1]**  220/4
**explanation [1]**  229/21
**exploring [1]**  84/9
**express [1]**  52/10
**expressed [3]**  57/19 114/1
114/4
**expression [1]**  230/8
**expressions [1]**  55/18
**extensive [2]**  18/8 118/21
**extent [7]**  50/25 50/25
51/15 51/20 95/24 128/18
131/1
**extenuating [1]**  91/22
**extra [2]**  83/15 122/12
**extracurricular [3]**  91/8
91/12 91/20
**extreme [4]**  156/9 156/11
156/12 156/17
**extremely [1]**  127/12
**Extremist [1]**  129/2

**F**

**F-rated [2]**  27/15 29/3
**Facebook [2]**  125/11 170/11
**facilitate [1]**  116/18
**facilitated [1]**  81/9
**facilities [2]**  166/12 170/2
**facility [3]**  68/19 192/2
205/19

**fast [18]**  5/4 51/16 51/17
80/16 87/11 88/7 88/17
89/16 91/1 107/25 128/21
134/20 137/22 145/17
151/21 158/18 218/24 235/6
**factor [7]**  4/15 6/14 21/9
51/2 51/3 110/3 139/24
**factors [20]**  4/9 5/3 43/12
49/21 49/23 50/19 50/23
50/23 62/23 62/24 96/18
110/2 112/24 119/24 120/1
139/23 162/7 177/25 216/24
223/13
**facts [2]**  235/8 235/10
**factual [1]**  220/12
**factually [2]**  51/24 218/18
**failed [1]**  11/25
**fair [14]**  41/12 41/18 43/11
45/22 84/2 101/24 117/24
136/18 139/19 149/18
159/16 169/7 192/17 226/4
**fairly [3]**  107/25 108/20
122/25
**faith [1]**  114/14
**fall [4]**  16/11 117/20 146/21
146/22
**Familia [1]**  194/14
**familiar [15]**  7/1 35/20 83/9
83/11 83/12 101/2 101/19
150/9 150/12 150/14 150/17
158/12 159/22 160/11
167/17
**families [18]**  40/6 50/5
50/16 50/21 102/22 104/2
113/3 113/4 127/1 147/22
166/5 166/8 177/8 177/9
177/21 177/22 177/25 178/4
**family [16]**  18/14 39/8 39/9
39/14 93/9 98/3 98/16
105/25 113/4 113/5 120/2
134/22 149/1 166/18 166/20
173/14
**family's [2]**  39/10 134/20
**FamilyPoint [1]**  17/19

**fantastic [1]** 66/24
**far [19]** 51/14 95/21 107/18 113/14 127/2 127/9 127/15 127/16 129/2 129/10 129/12 136/21 148/17 151/20 200/24 225/10 225/14 226/14 233/12
**far-right [5]** 127/2 127/9 129/2 129/10 129/12
**Farms [1]** 153/1
**father [5]** 98/12 98/13 141/23 142/15 143/2
**father's [4]** 141/20 141/24 142/3 142/10
**fathers [1]** 68/5
**fault [1]** 152/13
**favorable [1]** 72/7
**favored [1]** 161/10
**FBI [1]** 140/11
**FBIs [1]** 140/13
**FCRR [1]** 2/2
**fear [3]** 6/22 7/11 142/24
**February [2]** 95/8 145/24
**February 2017 [1]** 95/8
**federal [7]** 62/2 115/19 185/18 185/20 185/25 216/9 216/12
**federally [1]** 165/21
**Federation [2]** 155/5 155/15
**feed [3]** 24/7 41/21 42/21
**feeder [2]** 38/17 38/19
**feeding [1]** 80/17
**feel [5]** 9/12 18/23 52/24 52/25 169/23
**feels [1]** 146/1
**fees [1]** 216/23
**feet [2]** 201/23 202/9
**fell [1]** 66/20
**felt [5]** 74/9 143/6 147/14 174/8 174/9
**fencing [2]** 76/9 76/10
**Fernandez [1]** 173/13

65/21 69/12 78/13 80/19 80/19 87/1 92/7 119/7 140/14 171/6 201/22 223/10
**field [2]** 146/1 160/21
**fifth [7]** 14/8 16/15 16/21 16/23 204/15 205/13 205/16
**fight [1]** 64/6
**figure [6]** 58/18 147/24 186/22 224/24 225/23 228/16
**figures [2]** 228/6 230/18
**file [2]** 183/14 216/13
**fill [1]** 5/20
**filled [1]** 125/21
**filtered [1]** 186/1
**final [7]** 69/13 77/10 165/12 169/9 178/5 195/22 235/5
**finally [4]** 25/16 30/20 158/20 166/10
**finance [1]** 179/8
**financial [4]** 184/14 184/16 184/24 198/21
**financially [3]** 184/18 198/15 198/21
**find [14]** 11/2 51/1 51/10 60/6 65/18 67/22 77/4 77/7 82/1 171/9 224/11 225/6 226/9 227/13
**findings [10]** 46/18 74/20 77/15 77/18 77/19 78/5 94/10 94/15 94/16 109/8
**Fine [3]** 6/4 60/10 178/18
**finish [6]** 6/3 33/4 53/2 76/21 234/25 235/14
**finished [1]** 169/12
**finishes [1]** 5/12
**FINRA [1]** 140/11
**fire [3]** 148/11 148/11 152/25
**firm [6]** 61/22 61/24 213/10 213/16 213/19 213/21
**firm's [1]** 212/2
**first [47]** 18/12 22/16 31/16

56/6 59/10 73/25 76/24 78/23 82/21 83/23 84/1 89/5 95/6 98/15 98/24 98/25 99/6 105/24 112/7 129/21 130/3 140/21 144/9 145/5 156/6 158/4 164/8 180/21 188/9 188/11 191/4 193/12 193/12 196/11 196/24 199/18 199/19 199/19 199/23 200/1 209/3 211/13
**fiscally [1]** 158/24
**Fisher [1]** 76/11
**fit [1]** 160/16
**fits [1]** 111/21
**five [13]** 5/14 110/2 136/25 139/23 162/7 191/18 191/20 191/24 204/9 204/13 227/4 227/4 227/5
**Flee [1]** 156/10
**fleeing [1]** 143/13
**flexibility [1]** 11/13
**Florida [4]** 98/7 98/9 98/10 98/17
**flow [1]** 185/24
**flowed [1]** 186/2
**flyer [1]** 108/2
**focus [7]** 10/17 15/2 16/2 44/11 51/23 164/22 216/6
**focused [6]** 46/20 70/23 71/3 196/5 232/13 232/18
**focusing [2]** 50/24 216/5
**follow [3]** 59/22 116/6 233/22
**follow-up [1]** 59/22
**following [8]** 21/17 96/12 142/6 144/4 199/18 216/4 219/16 220/4
**follows [1]** 228/25
**food [1]** 147/24
**force [2]** 208/25 209/7
**forefront [1]** 18/5
**foregoing [1]** 236/15
**Forest [11]** 25/10 29/10

## F

**Forest...** [9]  29/14 29/16 29/17 147/5 172/17 230/14 230/18 230/24 231/1
**forget** [2]  88/17 232/4
**form** [4]  9/22 31/20 130/3 212/3
**formal** [3]  34/7 164/9 164/14
**format** [4]  38/25 48/2 116/22 118/5
**formed** [8]  50/15 66/9 118/10 214/10 218/25 219/18 220/22 220/24
**former** [1]  14/15
**forms** [1]  195/12
**formula** [1]  21/12
**Fort** [1]  98/9
**forth** [4]  18/22 41/23 67/8 93/19
**forum** [8]  105/5 105/8 106/10 106/19 119/25 132/14 174/5 174/5
**forums** [1]  128/21
**forward** [3]  19/5 111/8 155/25
**forwarding** [1]  144/12
**fosters** [1]  164/18
**found** [11]  19/11 53/21 53/23 54/9 54/21 54/22 54/23 74/4 111/22 126/15 173/5
**four** [33]  5/14 18/19 20/14 20/20 21/24 24/4 34/12 34/19 35/15 38/16 62/14 76/3 78/3 89/8 91/25 99/15 102/15 102/23 112/21 116/7 137/20 147/25 164/14 172/24 173/12 176/21 180/6 185/1 187/25 202/21 202/24 203/6 208/14
**four -- well** [1]  34/19
**four miles** [1]  112/21
**four-year-olds** [1]  24/4

**frankly** [3]  49/8 79/19 145/8
**free** [5]  127/6 185/21 188/14 189/4 189/6
**freeway** [2]  39/22 177/10
**freeze** [1]  32/19
**frequency** [1]  94/20
**frequent** [1]  179/16
**frequently** [2]  32/18 62/1
**fresh** [2]  32/25 33/5
**freshman** [3]  63/19 63/20 64/24
**Friday** [3]  6/3 234/23 235/22
**fringe** [2]  127/2 127/9
**front** [4]  19/18 37/5 103/11 152/19
**Fs** [1]  55/4
**full** [1]  142/16
**full-blown** [1]  142/16
**fully** [1]  130/21
**function** [2]  39/7 91/13
**fund** [15]  19/11 19/11 84/21 170/12 185/6 186/9 186/10 186/15 223/11 223/14 223/23 227/8 227/20 228/15 229/2
**funded** [4]  18/23 18/24 149/7 189/22
**funding** [2]  185/21 223/23
**fundraisers** [1]  136/14
**fundraising** [1]  126/24
**funds** [9]  33/2 168/20 169/3 169/15 170/2 185/19 185/24 186/7 188/9
**funnel** [1]  186/4
**further** [9]  12/9 33/8 59/21 60/8 75/17 84/21 115/25 178/13 210/3
**future** [3]  76/8 105/22 151/9

## G

**gain** [4]  15/10 16/8 126/4 131/13

**gains** [10]  14/23 15/5 15/8 15/18 16/8 16/11 21/8 22/7 22/10 54/1
**games** [1]  92/3
**gaps** [3]  20/8 20/11 21/6
**gathered** [1]  139/8
**gave** [8]  4/6 11/13 37/6 81/4 82/10 148/20 160/7 174/8
**GED** [1]  165/14
**gee** [2]  230/3 230/6
**general** [24]  37/21 38/8 47/4 48/13 48/25 106/16 108/6 115/16 171/8 184/15 184/20 185/6 186/9 186/10 186/15 199/17 223/11 223/14 223/17 223/23 227/8 227/20 228/15 229/2
**generality** [1]  159/11
**generally** [7]  44/19 53/11 53/21 53/22 54/20 54/22 100/5
**generates** [1]  230/19
**generous** [1]  17/11
**gentleman** [1]  158/11
**geographic** [5]  115/20 218/10 218/18 218/25 219/19
**geographically** [2]  46/17 203/7
**geography** [2]  159/12 159/13
**gets** [6]  43/18 77/10 93/1 96/11 208/14 230/22
**getting** [10]  90/25 100/9 120/25 128/5 138/11 139/14 148/12 148/13 167/4 167/14
**ghetto** [1]  143/22
**Gingles** [4]  4/8 4/12 4/15 4/22
**girls** [2]  17/16 62/14
**give** [18]  15/8 43/12 46/6 51/6 78/1 81/5 94/11 95/14 118/18 146/24 148/9 188/15 188/17 194/14 195/8 204/24

# G

**give... [2]**  229/13 235/6
**given [10]**  33/4 46/5 60/6
  131/18 179/6 179/7 185/25
  194/4 195/11 235/17
**gives [2]**  39/13 42/13
**glance [1]**  77/19
**glorification [1]**  160/8
**goal [3]**  68/10 84/8 100/15
**goals [3]**  10/20 19/2 41/9
**God [1]**  94/5
**goes [4]**  142/11 151/19
  171/3 225/11
**GoFundMe [1]**  170/12
**going [101]**  5/12 5/16 25/23
  28/15 32/6 34/9 36/24 42/25
  44/11 45/1 50/23 51/22
  60/24 62/18 64/6 64/10 66/9
  67/16 69/6 71/10 72/11 73/3
  75/15 77/21 78/8 80/14
  83/18 83/23 87/21 89/23
  100/14 101/22 105/6 108/8
  109/20 110/10 111/16
  114/11 115/4 135/22 136/1
  138/23 139/13 139/17
  139/18 140/5 140/6 140/17
  141/22 145/19 149/19
  150/24 152/8 156/17 157/6
  157/7 157/12 158/1 158/21
  158/22 159/16 161/22
  161/24 171/3 171/16 171/17
  172/7 172/13 174/10 181/4
  186/24 195/10 202/11
  207/19 209/9 209/16 209/18
  210/5 213/7 214/2 216/13
  216/15 216/17 220/2 220/9
  221/8 226/3 226/7 226/13
  226/14 227/15 229/15 232/4
  232/7 234/12 234/14 234/16
  235/6 235/7 235/10 235/12
**gone [2]**  5/15 105/13
**good [39]**  4/2 12/14 12/15
  13/3 13/4 33/15 33/16 43/17
  77/9 78/1 82/8 82/8 82/9

90/8 114/1/15 114/18/1921
119/9 119/9 119/11 120/12
133/2 133/4 138/10 141/25
144/1 153/16 153/20 153/21
162/1 178/17 178/19 184/8
184/9 210/9 210/16 210/17
212/19 226/17
**Googled [1]**  103/3
**GOP [2]**  157/23 158/3
**got [33]**  24/25 26/4 26/6
37/18 37/19 43/16 48/12
52/12 63/17 64/15 70/3
75/12 76/12 85/17 92/21
102/23 110/13 126/21
134/15 144/16 144/17
146/15 147/24 159/5 164/4
178/23 182/15 208/1 210/5
227/19 228/23 229/5 230/4
**gotten [2]**  171/1 189/22
**governance [6]**  104/9
104/18 111/23 112/3 112/5
211/19
**government [2]**  185/25
194/13
**grade [43]**  14/8 16/2 16/3
16/7 16/15 16/17 16/21
16/23 18/9 23/14 23/19
24/16 24/25 25/8 25/14
26/14 26/15 27/14 27/19
27/24 28/10 28/13 28/19
28/22 29/2 29/13 29/16 30/4
30/7 30/13 30/15 30/16
30/24 31/2 45/19 68/5 99/3
99/7 99/12 99/14 120/20
120/24 135/4
**graded [1]**  44/23
**graders [1]**  99/13
**grades [9]**  15/6 25/18 26/7
31/5 41/16 45/7 45/16 48/3
66/1
**grading [1]**  43/5
**graduate [8]**  18/6 61/21
98/15 98/16 105/25 120/25
121/8 165/9

**graduated [8]**  76/10 98/8
98/10 98/24 134/19 134/24
135/10 164/1
**graduation [3]**  16/9 16/12
18/7
**grant [1]**  84/21
**granted [1]**  177/23
**graphic [5]**  121/21 123/6
125/10 128/11 128/25
**grateful [1]**  25/25
**great [13]**  17/15 17/20 19/7
19/8 19/8 63/18 76/8 107/15
147/8 152/6 161/1 170/6
170/10
**greater [3]**  123/9 192/18
214/18
**greatest [2]**  31/7 80/13
**greatly [2]**  78/8 81/11
**green [4]**  155/16 157/16
190/9 205/12
**grew [3]**  134/11 150/2
163/4
**group [16]**  55/18 56/20 57/9
58/11 63/23 66/9 101/8
104/15 118/18 119/12
125/13 126/5 130/19 155/5
157/14 180/8
**group's [2]**  56/16 100/15
**groups [8]**  21/7 127/3
129/10 129/12 150/14
150/15 179/23 222/19
**grow [1]**  49/12
**growing [2]**  21/20 98/4
**growth [8]**  20/7 20/10 20/22
20/24 41/23 43/14 44/3 44/6
**guarantee [1]**  9/8
**Guatemala [1]**  163/22
**guess [3]**  80/12 135/21
143/23
**guesstimate [1]**  234/14
**guidance [1]**  13/21
**guide [1]**  10/16
**guilt [2]**  76/18 94/6
**gun [2]**  125/17 125/19

**guns [2]** 125/23 125/23
**guys [1]** 146/16
**gym [1]** 195/6

# H

**ha [3]** 143/23 143/23 143/23
**hacked [1]** 76/22
**hadn't [3]** 34/24 104/16 204/4
**half [5]** 185/1 204/6 227/16 232/14 234/15
**halfway [2]** 226/10 233/2
**hall [2]** 172/11 207/17
**halls [1]** 172/5
**hallway [2]** 85/23 85/24
**hand [9]** 12/16 36/24 60/22 97/14 113/11 133/5 162/2 191/4 224/12
**handed [1]** 219/10
**handle [5]** 193/7 198/15 201/20 202/18 207/12
**handling [3]** 10/23 184/19 184/20
**happen [4]** 67/13 116/5 138/1 149/10
**happened [14]** 7/14 41/1 65/10 75/7 75/7 75/24 95/23 142/6 145/6 146/2 148/24 151/10 204/4 233/2
**happening [8]** 85/25 113/20 116/8 151/25 152/23 156/15 174/13 202/19
**happens [5]** 13/22 113/21 169/17 228/14 233/20
**happy [7]** 5/8 5/25 48/6 168/17 219/5 220/8 221/11
**hard [14]** 22/6 22/8 31/6 31/6 43/23 49/20 81/14 105/14 105/24 106/2 121/5 203/9 203/10 226/7
**harmful [1]** 127/6
**Harris [11]** 6/18 46/20 56/10 70/12 126/8 126/10

126/12 126/17 157/23 195/15 208/13
**Harris County [10]** 6/18 46/20 56/10 70/12 126/8 126/10 126/13 126/17 157/23 195/15
**harsh [1]** 80/11
**hasn't [2]** 138/18 235/18
**hate [1]** 236/7
**have [311]**
**haven't [2]** 123/12 201/3
**having [13]** 10/15 31/4 66/4 105/15 109/18 112/10 138/15 140/7 142/5 151/13 152/3 170/11 221/2
**he [66]** 5/18 7/5 7/6 7/17 7/20 8/4 8/7 25/25 46/16 57/15 63/18 63/18 63/19 63/19 64/13 64/23 65/10 65/12 66/20 66/22 67/1 68/3 68/20 71/1 74/20 76/1 76/2 76/6 76/6 76/7 76/8 76/9 76/9 76/10 77/6 77/10 85/13 88/12 88/24 92/5 92/6 92/6 92/19 93/21 93/21 122/24 127/1 135/1 140/22 140/23 141/3 141/3 141/21 142/2 143/7 143/22 145/6 155/14 157/4 157/11 157/24 158/11 158/18 176/7 176/16 209/5
**he'll [1]** 63/3
**he's [12]** 7/3 51/9 74/18 135/3 135/3 135/3 141/20 142/15 142/16 146/25 228/9 228/10
**head [3]** 143/7 151/19 224/22
**headed [2]** 43/19 55/19
**headings [1]** 77/25
**headline [2]** 156/6 156/9
**health [9]** 164/18 165/21 165/21 166/1 166/2 166/4 166/6 166/13 173/16
**hear [9]** 12/20 32/6 34/7

52/3 142/2 162/1 206/20 206/25 232/3
**heard [14]** 16/20 34/6 101/22 116/12 117/23 146/25 167/16 170/20 174/9 174/22 177/17 219/22 220/23 225/4
**hearing [1]** 174/11
**heart [2]** 75/12 224/5
**Heather [2]** 2/2 236/19
**heavily [4]** 34/14 35/16 118/2 225/25
**heavy [1]** 140/16
**HEB [1]** 177/12
**held [5]** 171/8 172/5 172/10 195/5 200/2
**Hello [2]** 61/6 133/8
**help [8]** 49/19 93/25 148/20 165/7 165/8 170/2 174/18 188/25
**helped [5]** 6/15 6/19 67/24 95/25 167/12
**helpful [5]** 19/19 47/24 81/20 136/3 235/11
**helping [5]** 65/14 135/23 164/17 165/13 167/14
**Henderson [2]** 71/1 74/18
**HENRY [4]** 1/19 4/6 92/17 213/21
**her [25]** 37/13 46/3 52/10 53/2 53/7 60/18 88/5 98/16 105/24 105/25 128/13 132/25 142/5 142/11 144/2 146/18 151/21 160/20 172/23 174/3 179/13 180/22 180/23 212/2 234/5
**here [40]** 19/22 45/2 56/15 62/2 63/9 63/9 63/15 70/6 71/12 71/24 74/8 80/5 89/15 92/19 92/22 97/19 104/6 106/13 106/19 111/17 111/19 115/3 129/1 134/8 142/11 142/11 142/15 142/21 142/25 144/15

**H**

here... **[10]** 149/17 161/24 163/23 165/7 172/9 172/10 183/24 183/25 192/22 219/9

here's **[4]** 50/22 111/12 146/13 235/20

hey **[18]** 138/13 138/21 139/13 139/17 140/5 141/3 141/18 141/24 141/25 142/11 142/20 149/12 149/18 151/8 152/2 152/22 157/4 158/23

Hi **[1]** 12/15

high **[77]** 7/8 14/22 15/7 15/17 16/10 16/11 17/18 32/5 39/24 41/12 45/17 53/15 53/15 62/16 63/21 64/3 64/17 65/13 66/21 66/21 67/8 72/11 72/16 82/20 82/24 83/1 89/10 93/22 93/24 94/6 94/19 95/16 98/8 99/14 99/19 101/17 102/18 103/16 106/20 106/23 106/24 106/25 107/1 107/13 107/14 116/7 116/14 120/14 134/18 134/24 136/12 140/23 147/4 163/8 163/8 163/9 163/10 163/10 163/18 163/25 165/9 169/14 191/22 191/23 193/3 193/17 193/20 193/24 194/8 194/22 195/1 195/4 195/11 195/15 195/20 223/24 233/11

high-quality **[1]** 14/22

high-ranking **[1]** 89/10

higher **[8]** 4/19 65/16 67/11 165/10 185/21 186/11 229/13 230/4

highest **[1]** 84/12

highlight **[4]** 16/7 107/15 107/18 115/24

highlighted **[2]** 185/14 186/8

highlighting **[2]** 185/14 185/15

highly **[3]** 47/1 49/2 143/3

highway **[2]** 112/18 202/9

Hill **[1]** 177/13

Hillary **[1]** 122/8

him **[13]** 6/19 51/11 64/8 65/13 65/14 65/15 65/17 65/21 67/1 93/18 96/2 97/6 98/3

himself **[1]** 7/24

HINDMAN **[1]** 1/23

hint **[2]** 210/7 210/10

hire **[2]** 10/15 10/24

hired **[2]** 165/2 165/10

hires **[1]** 9/25

hiring **[2]** 10/5 10/14

his **[38]** 7/5 8/9 9/11 25/1 46/3 52/10 56/5 56/15 58/10 62/25 63/17 63/17 64/21 64/21 65/1 65/15 66/21 66/24 66/25 66/25 76/8 76/15 77/10 88/13 90/12 91/23 98/14 105/25 106/1 111/2 111/5 118/17 123/13 130/11 142/14 155/12 158/1 161/11

HISD **[3]** 57/3 70/1 70/2

Hispanic **[70]** 7/3 7/11 9/2 9/7 9/8 34/15 35/17 35/18 51/8 51/13 51/13 52/2 57/5 58/21 64/22 64/23 66/5 71/18 72/6 72/10 72/13 72/16 72/18 80/1 81/24 87/12 92/23 93/6 101/25 108/23 108/23 109/4 109/10 110/12 110/14 117/18 118/12 118/24 123/13 137/15 137/23 138/13 140/5 140/7 140/17 141/12 151/17 153/5 153/8 153/10 158/5 158/10 159/9 159/10 161/16 164/25 178/10 208/21 208/22 209/5 209/19 209/22

209/25 214/18 214/19 220/15 222/3 225/18 225/24 225/25

Hispanic -- well **[1]** 108/23

Hispanic-oriented **[2]** 34/15 35/17

Hispanic-preferred **[3]** 118/24 153/5 153/8

Hispanics **[10]** 46/20 51/16 51/18 57/11 208/4 218/11 218/19 219/1 219/19 221/18

histor **[1]** 72/13

historically **[3]** 131/16 138/18 158/23

history **[4]** 8/1 104/20 114/9 135/7

Hmm **[1]** 78/10

hold **[4]** 8/25 68/13 134/8 199/21

holds **[1]** 197/14

Hollibrook **[20]** 23/1 225/3 225/4 225/8 225/11 225/18 225/22 225/23 225/25 227/2 227/10 227/14 227/20 227/23 228/15 229/5 229/6 229/11 229/12 229/18

Hollibrook's **[1]** 225/14

Hollister **[1]** 134/3

Holy **[2]** 112/22 113/13

home **[21]** 14/2 14/4 33/1 43/5 60/13 64/3 65/25 67/1 67/13 91/23 91/24 93/20 95/9 95/17 95/19 112/19 133/20 133/25 142/4 143/22 166/8

homes **[2]** 49/13 156/19

homework **[5]** 4/7 4/7 66/25 67/7 235/7

homo **[1]** 143/23

honestly **[1]** 171/15

honor **[67]** 4/5 4/21 12/9 12/24 33/9 33/10 34/21 37/12 45/4 45/10 46/25 48/6 50/6 50/17 58/24 59/21

**honor... [51]** 60/10 60/11 60/24 62/21 65/13 71/10 75/13 76/22 77/12 77/20 82/5 92/12 94/9 94/23 97/4 97/12 97/18 108/8 109/24 109/25 110/20 110/20 116/10 132/24 133/10 139/22 144/19 161/7 161/22 161/25 162/5 162/14 178/13 183/3 183/7 183/20 184/4 200/20 207/24 210/3 210/12 212/25 214/2 216/6 216/25 219/6 220/2 221/8 221/11 235/18 236/10
**HONORABLE [1]** 1/10
**honors [1]** 66/2
**hope [4]** 81/22 122/10 152/17 152/17
**hopefully [6]** 39/2 82/1 121/6 146/7 146/8 204/7
**hopelessly [1]** 93/21
**hopes [2]** 146/6 152/21
**horse [1]** 107/2
**Horton [6]** 211/6 211/15 213/14 213/16 213/19 213/23
**host [1]** 74/10
**hosted [2]** 132/14 207/16
**hot [1]** 85/21
**hour [1]** 234/14
**hours [5]** 34/3 113/6 147/25 208/3 210/25
**house [4]** 16/3 82/11 82/24 132/7
**housekeeping [1]** 4/5
**Housman [2]** 26/20 27/1
**HOUSTON [30]** 1/2 1/16 2/4 61/11 61/12 61/14 72/14 74/22 87/6 87/8 87/14 98/6 98/25 99/1 103/13 104/6 104/14 104/18 131/12 134/15 134/19 136/6 141/15 164/1 164/9 164/13 165/2

**hover [2]** 106/24 107/1
**Howard [2]** 71/1 74/18
**however [1]** 233/1
**Hruska's [1]** 53/5
**huh [15]** 24/22 37/4 37/20 42/12 42/19 46/9 67/19 68/25 85/5 87/23 136/5 137/8 156/25 157/15 161/3
**Hullett [1]** 1/19
**human [1]** 152/17
**hundred [1]** 201/22
**Hurricane [1]** 61/14
**hybrid [1]** 115/22
**hypothetical [1]** 51/7

# I

**I -- that [1]** 167/12
**I'd [20]** 22/13 22/16 68/2 80/5 180/21 185/2 185/2 186/14 189/23 192/25 193/10 196/7 196/22 200/7 201/9 208/18 208/24 219/5 227/6 232/3
**I'll [30]** 12/8 18/15 45/23 46/19 46/22 47/4 52/22 55/14 90/13 91/5 92/11 97/2 118/18 118/18 123/16 124/16 131/9 132/22 141/11 162/23 183/1 200/11 210/9 213/8 220/8 221/11 225/21 226/16 227/13 232/4
**I'm [127]** 5/2 13/8 14/12 25/12 25/17 36/24 38/3 38/4 43/8 43/14 43/18 43/24 44/11 44/22 47/21 48/10 49/7 50/1 50/24 52/23 55/21 56/3 60/2 60/24 61/21 61/25 62/7 67/2 72/23 73/1 73/3 75/3 75/14 76/15 78/8 79/24 80/12 82/16 82/20 83/9 83/11 83/11 83/14 83/23 90/22 92/1 92/16 97/4 97/18 97/24 97/25 98/7 100/13 101/22 108/8 111/15 113/13

123/11 130/25 131/11 131/12 134/2 134/3 134/15 136/25 137/1 137/10 137/11 137/13 140/22 142/8 142/9 144/21 147/5 154/17 154/24 154/25 155/25 161/24 163/20 163/24 164/16 165/20 165/22 165/24 168/4 168/4 169/19 175/3 176/4 176/20 177/10 180/9 184/14 184/15 189/15 202/11 206/21 209/11 210/5 212/17 212/22 213/7 214/2 216/4 216/17 220/2 221/8 224/22 225/19 226/21 226/24 227/6 227/14 229/15 232/9 232/9 234/14 235/2 235/6 235/7 236/2 236/4
**I've [31]** 4/11 9/10 9/10 10/22 61/20 64/15 77/18 78/19 82/15 88/5 88/22 89/13 92/1 101/11 136/11 136/22 164/6 167/7 167/13 168/8 168/17 169/8 179/12 208/10 218/15 219/10 219/22 220/23 224/23 234/23 235/13
**I-10 [51]** 36/11 37/24 38/10 40/4 82/11 82/12 82/13 82/14 83/1 101/24 102/2 103/20 107/3 107/4 114/12 133/19 135/5 137/20 137/21 138/4 138/7 138/8 138/10 142/23 146/3 147/4 147/22 148/6 148/11 149/2 149/3 149/10 149/14 163/19 172/1 172/2 172/17 177/3 186/20 190/2 190/4 190/14 193/15 193/21 193/25 194/23 201/21 202/5 206/2 233/4 233/4
**idea [4]** 68/7 71/14 78/1 204/24

**ideas [1]** 138/25
**identified [5]** 50/6 63/22 93/23 149/14 190/12
**identify [9]** 103/12 105/2 106/9 107/10 107/21 110/23 114/17 135/20 143/19
**ideology [1]** 8/7
**ill [1]** 166/11
**illustrate [1]** 50/9
**illustrating [1]** 50/7
**illustrative [2]** 162/24 178/8
**imagine [1]** 152/23
**imbalance [1]** 169/25
**immediately [5]** 66/20 141/24 146/4 151/19 152/4
**immigrant [1]** 98/12
**immigrants [3]** 98/13 142/24 142/24
**immigrate [1]** 141/21
**immigrated [3]** 98/13 134/15 149/15
**impact [9]** 5/9 11/7 11/10 104/2 105/20 120/3 141/4 151/6 167/6
**impacted [4]** 94/17 140/21 147/5 152/25
**impacting [2]** 160/23 178/3
**impacts [1]** 100/21
**impatient [1]** 80/19
**implement [1]** 10/21
**implementation [1]** 84/11
**implemented [5]** 40/21 95/8 95/12 117/5 211/7
**importance [2]** 108/11 117/14
**important [30]** 4/9 4/15 5/3 6/14 20/25 21/8 21/13 21/24 21/25 22/9 22/11 32/22 44/6 44/6 44/7 44/10 44/10 49/8 49/9 49/9 50/9 62/22 71/12 85/16 92/8 106/18 108/5 108/6 138/16 218/18
**importantly [1]** 171/19

**imposed [1]** 57/6
**improve [5]** 40/18 42/14 44/18 55/13 122/11
**improved [10]** 26/19 27/10 28/14 28/23 29/8 29/17 30/8 30/19 31/3 32/7
**improvement [4]** 19/3 32/18 43/14 136/11
**improvements [2]** 19/4 190/1
**improving [1]** 54/11
**inaudible [1]** 144/20
**incident [1]** 65/1
**inclined [2]** 131/25 132/2
**include [3]** 56/4 108/1 186/7
**included [3]** 56/5 146/18 192/8
**includes [4]** 8/16 78/4 91/6 165/15
**including [6]** 6/17 85/6 134/22 136/6 136/19 172/17
**income [5]** 39/8 39/9 39/10 39/11 120/2
**incorporated [1]** 101/7
**incorporates [2]** 87/15 151/5
**incorrect [1]** 47/22
**increase [5]** 6/21 84/8 165/3 223/4 223/6
**increased [5]** 16/4 16/5 16/9 125/17 189/16
**incredible [1]** 66/22
**incredibly [2]** 65/25 72/10
**indeed [1]** 11/10
**independent [19]** 1/6 13/11 33/20 56/10 62/13 70/12 72/5 75/2 75/2 79/10 98/19 99/17 102/8 104/12 133/17 135/15 151/12 164/13 184/15
**indicated [6]** 40/17 41/9 44/17 57/3 58/3 212/1
**indicates [2]** 36/6 38/18

**indicating [1]** 202/5
**indication [1]** 14/3
**individual [5]** 37/11 42/3 42/4 42/25 46/3
**individualized [1]** 95/25
**individually [1]** 44/13
**individuals [1]** 103/16
**inefficiencies [1]** 232/12
**inefficient [1]** 198/22
**inequitable [1]** 86/5
**inequities [3]** 101/1 167/25 169/10
**infer [1]** 51/25
**inferior [1]** 4/19
**infiltrating [1]** 127/3
**influence [2]** 129/11 129/13
**informal [1]** 69/7
**information [25]** 71/25 80/17 108/16 109/5 110/11 131/12 139/7 140/8 144/4 144/12 144/17 145/24 148/16 148/25 152/19 171/3 171/21 174/3 174/11 175/4 193/2 193/4 220/12 221/16 235/17
**infraction [1]** 96/14
**infractions [4]** 58/15 79/7 79/8 80/7
**inherent [1]** 49/22
**initially [1]** 213/16
**initiated [1]** 44/17
**initiatives [6]** 19/11 41/3 67/18 73/13 96/25 165/6
**injustice [2]** 101/14 143/6
**innovations [1]** 84/4
**inquired [2]** 4/10 5/6
**inside [2]** 102/17 119/24
**insider [1]** 170/25
**insistence [1]** 65/11
**inspired [2]** 103/2 103/7
**instance [2]** 177/16 229/9
**instances [2]** 148/3 216/20
**instead [4]** 180/19 200/5 230/14 233/12

**I**

**instituted [1]** 84/4
**instruction [7]** 10/16 11/1 12/3 14/22 16/18 18/21 85/10
**instructional [2]** 10/24 32/17
**insurance [1]** 135/12
**integrity [1]** 140/18
**intellectual [2]** 62/4 147/17
**intelligence [2]** 160/10 161/15
**intended [1]** 110/1
**intense [1]** 16/2
**intensive [1]** 235/6
**intent [3]** 4/11 152/16 196/5
**intentional [3]** 15/2 17/8 177/11
**interest [3]** 150/22 151/15 224/13
**interested [5]** 60/2 63/12 63/17 81/25 177/25
**interesting [5]** 40/17 46/15 46/22 140/15 168/17
**International [2]** 25/16 195/24
**Internet [2]** 126/24 132/15
**interrupt [2]** 48/7 149/9
**interrupted [1]** 65/5
**Interstate [5]** 36/5 36/16 40/2 98/21 215/10
**Interstate 10 [4]** 36/5 36/16 40/2 98/21
**intervals [1]** 90/17
**intervention [3]** 17/9 21/22 96/15
**interview [2]** 51/25 77/10
**introduce [5]** 61/4 97/23 98/2 133/14 162/18
**Inverness [2]** 61/7 61/9
**investigate [2]** 75/21 80/14
**investigated [1]** 40/11
**investigating [1]** 216/20
**investigation [13]** 40/12

216/10 217/6 217/11 217/16 217/21 218/1 218/7 222/1
**invite [2]** 173/5 195/14
**invited [3]** 105/9 154/13 173/24
**involve [1]** 96/16
**involved [31]** 65/1 66/15 66/16 67/23 68/1 68/2 68/8 71/21 73/24 74/5 74/13 74/17 74/20 81/6 85/17 86/17 92/1 100/9 101/9 115/9 119/13 132/4 132/9 132/13 135/24 147/18 148/23 153/7 166/15 170/19 178/23
**involvement [6]** 79/14 85/3 99/6 131/1 167/3 179/23
**irrelevant [3]** 52/7 52/8 52/9
**irrespective [1]** 43/20
**is -- well [1]** 83/6
**is in [1]** 224/7
**ISD [48]** 13/8 13/9 13/24 14/24 19/13 50/4 66/4 68/1 71/4 72/14 73/14 82/18 87/6 87/8 87/13 87/14 89/24 95/7 95/10 99/10 102/11 102/12 103/3 103/17 104/4 105/4 105/17 111/7 115/20 116/6 117/15 134/16 134/20 135/25 160/1 160/17 165/10 165/16 165/18 165/18 165/24 166/15 168/7 169/5 170/23 185/9 196/9 208/6
**ISD's [2]** 85/14 159/22
**ISDs [1]** 72/12
**isn't [7]** 37/22 38/8 40/9 86/12 198/24 218/22 227/16
**isolates [1]** 44/23
**issue [30]** 4/15 4/22 5/5 11/22 52/1 52/6 58/18 63/13 63/17 69/4 78/11 78/16 79/15 81/13 81/25 85/7 86/1

92/19 92/21 93/25 93/3 93/7 93/11 95/11 96/9 96/11 100/11 101/13 104/17 119/16
**issues [21]** 7/19 7/20 34/8 52/15 86/3 86/4 87/18 88/15 88/15 89/2 89/18 95/4 112/23 113/8 115/2 115/14 127/1 130/6 148/5 157/3 161/1
**It'll [1]** 97/19
**item [1]** 218/18
**items [3]** 41/2 92/25 223/10
**its [55]** 12/11 17/7 22/19 22/24 23/4 23/9 23/14 23/19 25/8 25/14 26/14 26/18 26/23 27/6 27/14 27/24 28/10 28/19 29/2 40/19 41/10 41/13 42/14 42/14 43/20 50/3 55/20 79/11 79/11 84/18 87/15 96/21 196/11 196/14 196/19 197/4 197/14 198/15 199/12 199/21 213/25 214/11 214/23 214/24 215/3 215/24 216/8 216/11 216/21 217/4 217/9 220/21 222/14 228/15 229/2
**itself [1]** 199/11

**J**

**January [8]** 101/7 199/2 204/15 205/14 211/16 212/1 212/7 213/11
**January 2020 [2]** 199/2 212/1
**JENNIFER [2]** 1/23 89/3
**Jerome [1]** 203/14
**job [17]** 13/7 49/7 98/24 98/25 99/22 105/14 113/5 138/11 164/9 164/14 164/16 165/12 184/12 184/13 233/23 234/1 235/10
**jobs [4]** 49/18 67/6 94/3 164/24

# J

**John [7]**  7/1 7/10 176/2 176/3 176/5 205/16 205/20
**Johnson [1]**  216/24
**joined [2]**  13/15 31/16
**Josef [3]**  78/21 88/10 141/1
**JOSEPH [1]**  1/18
**Jr [3]**  11/16 61/1 61/6
**judge [22]**  1/10 4/20 6/6 25/1 34/6 61/4 61/6 61/20 63/19 65/12 75/17 76/18 85/13 85/17 93/8 94/5 97/10 98/2 100/3 133/4 162/19 214/9
**Judge Lake [4]**  61/4 61/6 98/2 162/19
**judges [1]**  195/7
**judgment [1]**  220/21
**judicial [2]**  183/15 200/21
**July [2]**  99/20 99/21
**July 2023 [1]**  99/20
**junior [3]**  140/23 163/8 163/8
**just [112]**  4/5 5/22 5/24 8/18 12/22 16/20 22/12 24/10 26/3 29/7 34/21 37/12 37/21 38/15 41/20 43/6 44/4 47/4 48/2 50/6 59/1 59/22 63/9 64/10 65/6 66/16 67/4 69/24 71/13 72/11 72/14 72/21 77/12 78/14 79/24 80/19 83/3 83/15 90/9 92/16 92/17 94/7 94/14 94/21 95/3 96/4 103/21 106/11 106/11 113/23 116/24 117/12 121/23 126/25 128/7 129/21 138/21 139/2 141/14 141/15 142/12 144/10 145/5 147/23 149/23 149/25 157/25 159/15 161/6 161/6 162/5 165/3 167/13 168/15 169/24 170/8 170/14 170/16 170/25 171/14 171/20 182/21 186/22 188/21 189/18

190/24 192/7 202/2 202/9 204/6 205/5 208/1 209/1 212/11 214/8 223/7 224/4 224/8 224/12 224/16 226/16 227/7 227/13 227/14 228/1 229/15 229/16 230/3 235/25 236/2 236/4
**justice [3]**  56/11 70/21 70/23
**justice/civil [1]**  70/23

# K

**K-12 [1]**  11/23
**Kaczenski [1]**  159/4
**Karen [2]**  78/20 88/4
**Katrina [1]**  61/14
**keep [5]**  41/1 67/1 140/8 199/11 226/17
**keeping [2]**  139/19 148/23
**Kempwood [2]**  134/3 134/8
**kept [3]**  140/25 168/25 230/11
**Kerrwood [2]**  98/5 98/18
**key [4]**  77/19 94/10 94/15 94/16
**kid [9]**  63/18 64/24 66/2 80/10 90/11 90/22 91/23 92/21 148/1
**kiddos [2]**  18/6 231/1
**kids [63]**  11/7 11/11 18/9 43/14 43/16 43/20 64/6 66/6 67/4 67/11 72/11 72/16 72/18 75/22 79/21 80/1 80/1 80/2 80/6 80/14 80/20 80/21 81/23 83/11 85/20 86/19 87/12 87/20 91/1 92/23 92/24 92/24 93/6 93/7 93/12 93/14 95/16 96/5 122/11 127/4 136/12 139/13 141/7 141/16 143/14 147/13 147/23 148/13 149/14 152/5 152/9 160/23 161/13 189/7 189/12 227/22 229/11 232/21 233/3 233/4 233/5 233/7 233/15

**kids' [1]**  49/9
**kind [14]**  7/23 7/24 8/2 21/4 46/14 71/14 93/25 111/17 140/9 140/14 169/12 171/1 179/22 204/20
**kinds [1]**  232/9
**King [1]**  11/16
**KIPP [1]**  147/3
**Klam [8]**  78/21 88/10 88/11 88/11 89/14 141/1 141/2 145/4
**knew [8]**  68/1 69/5 73/3 88/11 88/24 104/21 182/23 198/23
**knocking [6]**  113/9 113/25 138/5 139/10 139/21 171/15
**know [127]**  9/1 9/5 10/22 11/17 11/20 15/19 15/25 19/6 22/9 24/25 32/4 42/9 42/24 48/18 52/4 52/23 65/19 67/5 70/22 71/6 74/1 74/3 74/6 74/25 76/17 78/21 79/2 79/14 80/4 81/10 82/3 83/24 86/15 86/21 87/17 88/6 88/12 88/13 89/16 92/5 92/5 92/5 95/17 97/4 97/7 102/23 105/18 113/15 113/19 114/6 122/22 130/21 135/22 138/2 138/11 138/22 138/22 140/9 140/12 140/20 141/3 141/6 141/23 142/16 142/22 143/8 143/25 145/3 145/4 145/6 145/7 145/17 146/5 147/25 148/1 148/14 148/18 149/13 151/17 152/5 152/7 153/25 154/2 154/5 157/11 157/11 158/24 159/19 162/25 167/10 167/14 169/7 169/16 170/14 171/1 171/2 171/4 171/10 171/16 171/17 171/18 172/9 172/11 172/11 173/4 173/8 174/4 175/13 175/22 176/2 177/24 178/3 179/3 179/9

# K

**know... [13]** 185/14 190/23 190/25 192/11 193/1 200/24 212/21 224/20 224/22 225/19 227/22 234/9 234/11

**knowing [4]** 9/7 9/14 114/10 145/12

**knowledge [2]** 126/4 221/4

**known [3]** 105/18 135/23 179/12

**knows [2]** 145/13 216/7

**Knox [2]** 205/16 205/20

**kolaches [1]** 53/6

**Kolbe [1]** 152/25

**Kristin [4]** 12/12 12/25 13/6 69/12

**Ks [1]** 24/7

**kumquats [1]** 212/21

# L

**L-E-E [1]** 100/14

**label [1]** 188/21

**labeled [1]** 120/12

**labyrinth [1]** 183/24

**lack [5]** 117/15 166/12 171/20 171/25 203/23

**lady [1]** 151/21

**laid [1]** 213/11

**LAKE [5]** 1/10 61/4 61/6 98/2 162/19

**land [2]** 183/10 183/14

**Landrum [23]** 34/13 35/15 83/4 83/9 123/25 124/11 124/20 125/3 163/8 181/2 181/8 181/11 181/16 182/2 182/14 182/16 182/20 186/17 186/17 186/23 187/6 191/10 205/10

**Lane [3]** 23/16 98/5 98/18

**language [22]** 14/3 14/4 14/5 14/6 14/9 14/10 15/10 15/13 15/20 15/21 17/2 49/13 104/7 120/13 120/15 120/18 120/19 149/15

**languages [1]** 208/14

**large [18]** 41/18 67/2 72/10 81/22 103/23 104/1 106/22 107/25 196/18 199/3 199/10 212/4 213/1 213/25 214/11 218/5 218/11 218/19

**largely [5]** 35/25 48/16 49/24 215/13 215/16

**larger [5]** 35/18 72/12 87/12 108/22 229/6

**largest [1]** 57/4

**last [25]** 4/7 12/4 20/23 46/21 84/15 94/7 96/17 97/6 99/23 110/9 128/10 153/2 153/3 153/4 164/14 165/5 206/23 209/15 209/18 226/14 226/20 229/24 232/4 234/21 235/24

**lasts [1]** 16/21

**lately [1]** 171/2

**later [8]** 16/1 26/17 27/20 46/19 65/15 123/7 221/24 235/13

**Latino [24]** 7/14 7/14 7/17 7/21 9/12 104/19 109/13 109/15 113/4 118/2 118/23 164/17 165/3 165/8 165/11 165/15 166/2 166/5 166/23 177/3 177/22 178/6 179/10 180/21

**Latinos [7]** 9/14 164/25 165/13 165/15 167/22 167/25 170/23

**Latinx [1]** 103/17

**laude [1]** 76/11

**law [25]** 8/21 11/22 12/1 53/1 61/18 61/22 79/9 91/4 91/13 91/19 115/23 116/7 194/3 198/7 198/11 200/25 207/14 212/2 213/10 213/16 213/19 213/21 222/20 235/9 235/9

**laws [2]** 11/12 115/19

**lawsuit [7]** 213/17 215/24 217/3 217/14 217/18 217/24 218/4

**lawsuits [1]** 233/24

**lawyer [5]** 61/16 61/20 65/20 67/3 74/7

**lawyers [4]** 33/25 88/8 210/22 234/2

**lay [1]** 103/15

**Lead [1]** 154/9

**leader [2]** 21/8 103/7

**leaders [6]** 17/8 20/18 22/6 31/6 48/19 100/23

**leadership [10]** 84/6 99/23 100/5 100/14 100/20 100/20 100/21 164/12 165/4 180/7

**leading [1]** 84/14

**leads [1]** 103/24

**lean [1]** 158/25

**learn [3]** 65/20 112/15 131/14

**learner [4]** 16/12 120/18 120/19 188/22

**learners [4]** 15/3 104/7 120/13 120/15

**learning [4]** 19/9 120/23 149/15 165/14

**least [24]** 5/10 8/16 10/21 15/14 38/19 69/10 73/6 74/25 78/12 81/24 89/8 145/16 148/19 148/21 152/10 152/17 178/7 182/21 200/11 214/24 218/16 220/21 222/2 231/1

**leave [3]** 31/23 90/7 90/21

**leaves [1]** 5/14

**leaving [1]** 177/21

**led [2]** 66/14 96/6

**ledger [2]** 185/6 186/10

**LEE [4]** 100/14 100/17 100/18 103/2

**left [5]** 90/22 130/19 130/24 175/23 234/5

**legal [10]** 50/12 50/13 62/8

**L**

**legal... [7]** 142/25 199/15 200/7 201/7 220/16 221/13 222/8
**legally [1]** 51/24
**legislative [1]** 198/8
**length [2]** 90/13 93/14
**lengthy [1]** 235/6
**less [10]** 46/19 46/22 49/19 102/5 178/3 181/17 201/22 223/23 232/15 234/6
**lessening [1]** 80/3
**let [34]** 37/21 38/4 43/2 44/25 45/1 47/3 47/12 48/10 51/6 52/22 54/3 54/13 64/12 64/14 67/13 67/14 68/13 73/23 75/25 77/12 79/22 82/21 85/16 87/21 93/3 95/14 109/8 115/3 115/9 162/25 212/12 225/5 235/4 235/7
**let's [58]** 26/9 26/10 34/19 34/23 38/13 40/15 51/6 53/2 55/15 59/11 60/16 73/9 77/3 98/23 107/6 107/20 108/14 109/8 110/17 114/16 115/1 117/8 133/21 134/2 135/7 135/19 136/16 136/23 143/15 144/8 144/15 145/18 146/20 186/16 186/17 186/22 187/12 187/13 187/19 188/25 196/24 211/20 212/6 218/9 224/1 224/3 224/8 225/2 225/20 226/2 226/7 227/1 228/3 228/4 228/14 230/17 231/7 234/7
**letter [4]** 130/3 130/3 135/21 140/22
**letters [3]** 140/20 143/20 154/3
**letting [3]** 135/22 138/11 138/11
**level [9]** 5/1 15/17 18/9 120/2 121/6
**levels [7]** 15/14 16/5 16/6 17/3 20/20 24/16 68/5
**Lez [1]** 143/22
**Lezama [8]** 133/1 133/11 133/16 134/11 153/17 153/20 161/10 176/2
**Lezama's [1]** 139/22
**liar [1]** 142/14
**liberal [2]** 52/7 159/1
**libraries [1]** 11/8
**library [5]** 8/4 11/6 159/23 160/1 160/16
**license [1]** 140/10
**licensed [3]** 61/18 61/18 61/25
**lie [1]** 141/25
**life [8]** 50/18 63/17 65/16 74/7 76/8 159/13 177/14 236/7
**lifestyle [1]** 153/11
**light [4]** 145/6 152/12 204/21 205/12
**like [73]** 4/11 5/19 5/19 6/25 11/1 11/3 11/6 11/16 19/7 19/17 22/13 22/16 34/25 46/14 47/13 47/20 52/6 52/15 75/15 76/2 76/5 86/17 91/11 92/19 93/18 94/1 105/15 105/18 112/24 114/2 125/13 130/22 137/6 139/13 141/3 141/15 141/17 145/5 145/5 145/10 150/23 151/14 152/6 153/5 153/6 154/2 169/11 169/24 170/12 174/9 175/5 175/6 175/7 175/18 177/19 181/15 185/2 185/3 189/23 192/15 192/25 193/5 193/10 196/7 196/22 200/7 201/9 208/18 208/24 231/25 232/3 232/17 235/10
**liked [1]** 161/15
**likelihood [2]** 223/4 223/6
**likely [2]** 56/2 235/14
**limited [2]** 120/9 138/24
**Lincoln [1]** 98/9
**Linda [5]** 154/17 154/17 173/20 179/12 179/14
**Linda's [1]** 173/21
**line [9]** 38/4 38/6 38/11 46/12 47/10 54/17 71/6 202/4 219/12
**line 1 [1]** 47/10
**line 17 [1]** 219/12
**line 18 [2]** 38/4 38/6
**line 21 [1]** 46/12
**line 23 [1]** 38/11
**line 7 [1]** 54/17
**lines [3]** 157/7 221/10 221/23
**Lion [1]** 23/16
**lioness [1]** 142/5
**Lisa [8]** 123/7 123/8 123/14 173/17 182/8 182/15 182/17 211/14
**list [15]** 11/20 20/1 85/6 111/8 131/17 185/9 185/10 187/14 191/7 191/20 193/10 194/20 194/25 195/22 231/20
**listed [4]** 23/24 45/7 71/24 91/4
**listen [2]** 54/3 142/11
**listening [1]** 4/25
**listing [1]** 20/2
**lists [2]** 136/3 208/25
**literally [3]** 93/19 201/22 202/9
**literature [3]** 107/22 180/22 224/23
**litigation [1]** 62/4
**little [34]** 4/7 6/9 11/13 14/12 37/10 37/16 37/16 49/11 61/17 62/18 68/3 69/20 73/1 78/14 97/18 100/13 104/25 107/7 111/10 115/3 117/2 133/23 134/21

**little...** [11] 135/2 135/7 142/2 142/18 142/19 143/17 147/18 149/25 150/25 171/3 230/4

**live** [29] 61/6 65/19 82/20 82/22 83/4 98/3 98/5 98/18 124/6 124/8 133/16 138/20 150/3 151/23 151/23 152/5 152/24 158/18 162/21 162/22 163/2 171/11 177/7 177/9 181/2 182/15 182/16 183/9 183/17

**lived** [7] 61/9 61/15 82/14 82/15 82/17 103/5 138/10

**lived-experience-wise** [1] 103/5

**livelier** [1] 171/1

**lives** [3] 83/16 159/18 159/19

**Livestock** [1] 136/6

**living** [3] 101/18 163/15 178/2

**LLAGOSTERA** [1] 1/14

**LLP** [1] 1/15

**lobbies** [1] 125/17

**loc** [1] 112/25

**local** [4] 168/16 193/8 196/25 197/7

**located** [12] 40/2 187/7 195/2 195/25 197/11 201/13 201/14 206/22 215/9 224/7 225/4 225/24

**location** [21] 112/21 113/12 113/16 198/25 202/8 202/13 203/9 204/15 204/18 204/23 204/24 205/3 205/13 205/20 205/21 205/24 206/4 206/6 206/16 206/22 207/3

**locations** [19] 108/1 108/4 112/25 117/16 201/9 201/11 201/25 202/14 202/20 203/1 203/4 203/19 203/24 204/11 204/12 206/9 208/2 208/3

**logical** [1] 232/24

**long** [22] 8/15 61/9 62/8 66/5 68/1 75/25 82/3 86/7 99/11 100/18 115/8 116/10 147/11 171/9 179/12 180/5 184/24 203/14 207/11 208/10 233/7 234/12

**long-time** [1] 207/11

**longer** [6] 16/14 91/1 96/14 163/9 198/12 213/24

**look** [100] 14/2 15/16 15/23 16/4 19/17 22/12 22/13 26/9 26/10 26/16 34/19 34/23 38/13 40/15 42/10 42/25 44/3 44/5 44/25 46/11 47/10 54/16 58/15 59/10 65/17 66/7 70/19 71/11 75/20 80/5 83/18 83/23 85/4 89/23 91/2 95/2 95/6 122/5 123/2 123/24 126/7 126/20 127/17 128/9 128/24 129/20 129/20 130/12 131/2 131/9 131/10 148/10 148/16 151/9 157/13 167/25 170/15 175/5 175/6 181/10 182/2 182/13 182/14 185/3 186/16 186/17 186/22 187/6 187/12 187/13 187/19 188/12 192/25 196/22 196/24 198/14 199/14 209/1 211/10 211/20 212/6 212/11 224/1 224/4 224/8 225/20 226/5 226/7 226/14 226/16 227/1 228/3 228/14 229/16 230/17 231/7 232/10 232/10 232/11 232/20

**looked** [15] 8/10 9/4 31/4 59/13 71/25 105/17 123/12 169/13 175/18 180/22 182/21 187/25 223/9 232/12 233/18

**looking** [13] 16/1 20/22 21/1 21/6 25/21 47/8 55/2 79/25 90/19 96/24 155/25

**looks** [10] 39/1 48/13 75/15 124/19 125/13 130/22 175/6 181/15 192/15 193/5

**loosely** [1] 101/8

**Lopez** [20] 97/12 97/20 98/5 103/12 108/24 110/1 110/7 114/17 119/2 119/7 124/16 126/25 131/11 167/11 173/12 181/20 181/21 181/24 182/3 182/6

**lose** [2] 64/7 137/19

**losing** [1] 114/10

**lost** [3] 137/21 143/22 218/5

**lot** [28] 9/4 11/15 19/22 32/6 48/5 68/6 70/16 76/18 80/6 101/12 101/23 107/16 112/19 115/16 120/7 120/8 138/4 141/17 142/7 142/24 142/24 143/6 147/11 147/12 147/17 147/22 160/23 221/3

**lots** [1] 235/17

**loud** [1] 144/19

**louder** [1] 162/14

**Louisiana** [4] 61/25 62/1 62/6 74/8

**love** [1] 180/21

**low** [7] 112/16 121/1 131/16 185/22 188/13 201/19 223/22

**lower** [4] 84/16 181/11 222/11 224/12

**lowest** [1] 21/7

**Loyola** [1] 61/22

**LUCAS** [2] 1/19 92/16

**luck** [1] 77/9

**lunch** [8] 85/20 122/9 153/15 153/22 185/22 188/14 189/4 189/7

**lunches** [3] 81/10 85/21 92/20

**Luther** [1] 11/16

**Lutheran** [2] 112/22 113/13

**Lynnview** [1] 162/22

# M

**M'LISS [1]** 1/23
**ma'am [9]** 34/17 36/13
37/16 43/3 46/12 54/14
183/4 183/22 211/3
**machine [1]** 96/2
**made [38]** 22/7 31/5 32/17
32/20 57/16 63/19 77/15
78/4 79/13 84/24 85/14
89/11 115/15 117/3 122/20
139/2 140/3 140/4 140/9
148/19 156/7 156/19 157/1
157/25 158/23 167/5 169/16
169/19 169/23 175/14 190/1
198/16 204/1 212/9 213/10
215/21 216/9 229/24
**magna [1]** 76/10
**Mahan [3]** 128/19 129/3
129/6
**mail [23]** 56/1 56/5 68/23
69/1 72/4 78/24 103/13
103/23 104/11 114/18 115/8
115/10 115/11 130/13 131/6
131/20 131/23 140/20
143/21 144/7 144/23 146/6
146/18
**mailed [2]** 57/15 156/19
**main [3]** 112/22 198/21
201/15
**mainly [2]** 171/14 196/4
**maintain [3]** 196/19 199/10
207/17
**major [3]** 104/17 104/18
130/6
**majority [22]** 8/24 52/14
53/14 72/18 100/7 103/17
138/20 151/5 182/22 199/9
214/16 215/2 215/4 218/12
218/20 219/1 219/20 220/14
220/21 221/18 222/4 222/15
**majority-minority [2]**
215/2 215/4
**make [54]** 10/6 11/6 11/18
16/16 18/6 18/8 18/13 21/18

22/6 31/2 32/9 32/12 32/21
46/13 71/5 71/10 88/19 89/6
96/1 104/5 104/20 104/21
105/6 108/3 113/6 115/7
116/21 116/24 119/20 129/1
138/20 138/21 138/23
139/13 139/18 140/6 142/22
143/4 149/8 156/18 158/24
158/25 159/16 159/25 160/2
166/7 174/22 177/11 213/1
213/8 227/15 227/23 233/2
236/7
**makes [2]** 49/24 151/6
**making [18]** 15/14 15/19
21/7 21/7 21/15 22/10 53/25
81/25 100/23 107/14 112/7
145/15 160/22 160/24
175/16 175/19 212/24
230/10
**MALDEF [6]** 164/11 165/6
165/17 166/16 167/7 179/1
**malicious [1]** 152/16
**man [1]** 145/5
**managed [1]** 84/16
**Managua [1]** 134/14
**mandatory [1]** 96/19
**manner [1]** 147/20
**MANUEL [1]** 1/14
**many [51]** 9/4 15/25 18/15
31/10 31/10 34/3 34/3 41/2
41/3 49/13 50/24 51/18 66/5
68/21 70/22 71/24 79/19
80/14 80/20 80/21 83/10
83/10 86/4 86/11 88/5 88/15
88/16 89/13 91/1 92/3 93/9
94/17 96/24 101/18 120/1
120/9 168/8 181/15 192/11
197/22 199/2 199/5 201/10
202/20 203/4 206/9 206/12
206/12 212/25 220/13
221/16
**map [13]** 34/20 34/24 35/2
35/6 38/15 150/23 162/23
163/14 178/8 202/2 203/1

**mapping [1]** 151/1
**Marco [1]** 131/6
**marijuana [2]** 63/21 65/2
**Marino [4]** 145/21 146/10
151/21 159/7
**marked [2]** 133/25 150/3
**Marlen [1]** 173/15
**maroon [1]** 190/12
**marshals [1]** 126/1
**Martin [1]** 11/16
**Martinez [2]** 115/13 173/13
**maskless [1]** 130/10
**masks [1]** 161/13
**masters [2]** 20/19 45/21
**material [2]** 227/12 231/11
**materially [3]** 39/20 52/13
60/1
**materials [6]** 8/10 8/11
10/11 11/10 18/20 18/21
**math [4]** 16/5 21/12 45/20
227/6
**matrix [2]** 52/12 52/13
**matter [9]** 17/24 52/3 65/21
90/25 93/1 100/25 113/2
147/10 236/16
**matters [2]** 4/6 234/23
**Max [21]** 62/18 63/12 63/16
63/18 63/22 63/24 64/5 64/8
64/17 64/21 65/5 65/10
65/12 66/2 66/19 67/13
68/19 76/7 76/12 96/1 96/4
**Max's [2]** 68/2 95/24
**Maxwell [5]** 62/15 63/14
75/25 93/17 93/19
**may [71]** 4/3 4/6 6/5 8/22
8/23 8/25 12/11 31/22 33/10
36/20 36/22 36/24 37/12
44/10 44/10 49/25 60/9
60/18 60/25 64/23 66/1
69/21 71/12 86/25 90/1
90/18 97/11 97/17 107/7
109/23 110/19 113/20
113/22 118/20 123/4 131/18

**may... [35]** 132/25 133/9 136/7 143/16 147/25 153/2 158/4 161/21 169/22 171/8 175/3 175/4 177/22 179/12 179/13 183/6 184/3 189/1 198/11 199/19 199/23 199/24 200/2 200/3 202/1 202/11 204/10 204/14 207/10 207/23 211/10 219/6 222/25 223/2 235/18
**May 2020 [1]** 204/10
**May 2021 [1]** 204/14
**May 5th [1]** 131/18
**maybe [23]** 59/1 64/23 65/18 79/21 80/18 80/20 121/7 132/2 140/4 140/12 140/12 142/1 142/1 142/2 147/18 147/20 169/21 174/10 177/12 180/6 188/25 212/22 216/24
**mayor [1]** 172/6
**McBride [2]** 211/14 212/6
**McBride's [1]** 211/25
**McGlinchey [1]** 61/22
**McKinney [1]** 1/20
**McMann [2]** 173/17 175/9
**MDE [11]** 224/14 224/17 225/11 226/3 226/7 226/19 226/22 226/23 227/19 227/25 231/22
**me -- well [1]** 63/24
**meal [1]** 85/9
**mean [22]** 9/16 9/16 15/1 43/15 46/2 89/12 89/12 89/17 100/9 100/10 100/11 103/25 113/16 122/23 125/19 156/11 166/20 171/24 176/16 191/1 212/13 227/25
**meaning [1]** 43/14
**means [11]** 31/15 51/20 55/4 67/3 125/21 138/21 146/5 167/21 188/13 198/2

**meant [2]** 5/24 142/20
**measure [2]** 20/15 31/9
**measures [2]** 125/17 125/22
**mechanical [1]** 2/24
**media [10]** 103/13 104/6 104/14 107/11 110/25 111/4 127/18 128/10 128/25 156/7
**medical [2]** 166/7 166/12
**meet [7]** 20/20 21/16 32/24 89/3 112/1 112/1 174/2
**meeting [33]** 32/18 42/24 55/5 55/9 57/15 57/16 69/18 75/22 81/3 88/1 88/3 88/9 88/20 89/7 89/16 152/2 172/21 172/23 172/25 173/2 173/5 173/5 173/6 173/8 173/11 173/22 174/1 175/11 175/17 175/21 176/8 177/18 233/14
**meetings [6]** 89/9 89/13 112/5 175/16 176/12 220/16
**meets [2]** 20/19 45/20
**member [54]** 9/13 50/14 81/19 81/25 87/15 88/10 99/1 112/3 115/18 115/21 116/22 117/7 118/4 118/10 118/17 119/16 124/18 124/22 125/2 127/5 151/13 151/24 153/7 165/19 166/1 168/4 168/9 172/20 175/8 175/19 176/7 176/23 177/4 177/19 178/9 179/25 180/3 180/5 199/6 212/3 214/1 218/13 218/13 218/21 218/22 218/25 219/18 220/14 221/16 222/2 222/9 222/18 222/24 223/3
**members [29]** 56/2 57/15 69/4 78/18 78/19 88/6 89/9 100/6 100/8 103/16 103/19 116/2 127/5 129/22 134/22 138/20 152/16 152/24 166/21 172/24 172/25

173/12 173/16 275/1 296/14 197/5 198/23 199/18 234/18
**Memorial [50]** 35/20 35/25 62/16 63/21 64/3 64/17 65/13 66/21 66/21 66/24 76/9 82/25 83/1 83/9 93/21 94/1 95/16 106/25 107/3 107/13 114/12 183/14 187/7 187/10 187/14 193/17 193/20 215/8 215/12 224/3 224/5 224/9 224/11 224/21 225/2 226/7 227/9 228/4 228/5 229/7 229/13 229/17 230/3 230/5 230/7 230/11 231/2 231/22 232/25 233/16
**memory [3]** 9/16 34/24 212/19
**men [1]** 62/15
**mental [1]** 164/18
**mention [2]** 103/23 138/15
**mentioned [7]** 11/22 70/1 110/3 132/3 163/13 163/18 168/5
**mentions [2]** 107/24 192/2
**mentor [1]** 136/12
**merely [1]** 200/25
**meritorious [1]** 90/10
**message [4]** 155/9 156/21 157/21 157/24
**messages [2]** 141/8 158/1
**met [2]** 67/25 180/22
**Methods [1]** 200/8
**metric [1]** 44/10
**metrics [2]** 42/17 43/11
**Mexican [1]** 164/15
**MHS [1]** 193/19
**Mi [1]** 194/14
**Miami [2]** 98/7 98/8
**Miami-Dade [1]** 98/8
**microphone [3]** 12/19 60/25 134/5
**midafternoon [1]** 5/17
**middle [66]** 15/6 16/17 17/3 17/16 17/17 25/11 30/10

**M**

**middle... [59]** 30/17 30/19
30/21 30/25 31/2 32/5 34/12
35/4 35/7 35/9 35/15 38/16
39/24 41/1 41/2 47/15 83/16
90/14 99/2 99/8 101/17
102/18 115/21 134/18
134/25 135/1 136/14 147/4
163/18 181/2 181/8 186/17
187/7 187/13 187/19 187/25
191/11 197/10 197/25 198/6
198/17 202/3 202/4 202/16
203/14 204/18 204/22
204/24 205/1 205/6 205/6
205/9 205/10 205/10 206/6
208/9 225/21 225/23 233/11
**might [10]** 5/15 16/1 58/5
88/14 104/25 145/13 145/16
177/20 177/20 189/20
**mile [5]** 138/19 152/3 152/3
152/11 201/22
**miles [3]** 112/21 138/17
203/8
**million [6]** 190/24 192/7
224/24 227/16 231/23 232/8
**mind [5]** 16/8 41/1 143/5
219/3 235/14
**Minda [3]** 135/18 154/8
155/2
**minded [1]** 100/24
**mindset [1]** 85/10
**minister [1]** 205/23
**minor [1]** 135/10
**minorities [1]** 217/5
**minority [19]** 6/22 7/12
48/14 57/22 58/12 94/17
104/2 203/24 215/2 215/4
215/13 215/17 215/25
217/20 220/21 222/14
222/19 222/25 223/4
**minority-majority [1]**
220/21
**minute [6]** 60/15 62/19
97/19 203/10 203/17 209/10

**minutes [5]** 60/6 78/13 81/4
119/7 234/5
**misleading [2]** 151/1
151/11
**miss [2]** 92/3 92/7
**missed [2]** 92/5 92/6
**missing [1]** 212/22
**mission [3]** 68/10 100/16
100/17
**mistake [2]** 63/19 64/9
**mistaken [4]** 140/22 147/5
154/17 154/24
**mitigate [1]** 148/21
**mitigating [1]** 96/18
**mitigation [1]** 80/12
**model [1]** 115/22
**models [2]** 105/15 105/16
**mom [1]** 105/24
**moment [4]** 140/22 143/8
148/19 223/7
**Moms [3]** 125/13 125/16
126/5
**Monday [3]** 75/15 199/19
236/7
**money [16]** 114/11 168/12
168/13 168/23 169/7 169/17
170/7 188/15 188/17 189/3
189/10 190/5 190/15 190/23
229/1 229/4
**monitor [2]** 15/24 103/11
**month [1]** 76/11
**months [2]** 76/3 130/1
**more [100]** 7/13 11/13
15/15 16/12 18/15 19/7
21/20 21/24 44/2 44/4 49/16
49/17 52/18 54/9 55/14
56/15 60/2 62/18 64/25 66/2
66/8 69/9 71/3 72/15 78/3
78/20 79/20 86/17 86/17
96/13 111/9 115/5 117/2
117/9 117/13 119/7 122/8
128/18 131/12 131/14
131/25 132/2 138/19 144/20
144/21 144/22 146/14

149/19 149/23 151/22 159/9
159/12 160/20 160/24
171/19 172/3 172/9 172/13
172/14 174/11 175/6 175/6
180/23 186/15 187/12 188/2
188/13 188/15 188/18
188/19 189/7 189/8 189/8
202/17 204/3 204/3 205/1
209/22 214/19 218/13
218/21 225/11 226/24 227/9
227/16 227/19 227/19
227/20 229/1 229/4 229/5
229/5 229/17 231/1 232/14
233/1 233/4
**morning [18]** 4/2 5/20
12/14 12/15 13/3 13/4 33/15
33/16 82/8 82/9 117/18
119/7 119/9 152/9 183/13
233/22 234/3 236/11
**mortgage [1]** 148/1
**most [28]** 4/15 5/3 32/21
39/25 44/9 46/16 49/9 49/9
60/6 61/23 65/3 67/4 76/15
78/19 87/4 88/7 92/7 92/8
113/12 114/6 114/23 138/16
148/10 156/2 172/12 181/8
182/15 186/14
**mostly [7]** 63/3 101/13
124/20 124/23 125/3 139/12
139/15
**mother [2]** 98/15 142/5
**motion [1]** 216/14
**move [15]** 17/18 55/15
61/11 63/15 75/14 83/7 96/7
98/23 163/11 164/4 187/2
205/24 232/21 232/22
235/20
**moved [9]** 13/15 61/12
61/14 98/25 99/13 99/13
141/15 163/6 205/25
**movement [1]** 126/1
**moves [2]** 16/19 64/14
**moving [3]** 100/11 210/6

**moving... [1]** 228/9
**MR [7]** 1/14 1/14 1/15 1/18 1/19 1/24 232/2
**Mr. [74]** 4/6 7/15 7/19 40/13 41/15 42/18 47/25 51/8 51/17 52/22 53/1 55/19 56/1 56/4 56/15 56/16 56/19 57/2 57/9 57/14 57/20 58/1 58/10 59/4 59/17 59/25 62/12 62/22 71/1 71/15 71/15 77/15 78/8 82/8 83/18 88/11 88/11 89/14 92/15 92/15 92/16 92/17 94/22 95/3 97/5 97/6 103/12 110/1 110/7 114/17 119/2 119/7 121/22 124/16 134/11 139/22 153/17 153/20 158/10 158/12 158/14 161/2 161/10 176/12 181/20 184/3 207/23 211/18 213/21 213/21 221/7 221/9 226/6 228/7
**Mr. Abrams [2]** 59/4 221/9
**Mr. Abrams's [2]** 53/1 59/17
**Mr. Breed [1]** 121/22
**Mr. Crawford [13]** 40/13 41/15 42/18 47/25 52/22 59/25 184/3 207/23 211/18 213/21 221/7 226/6 228/7
**Mr. Henry [3]** 4/6 92/17 213/21
**Mr. Howard [1]** 71/1
**Mr. Klam [3]** 88/11 88/11 89/14
**Mr. Lezama [4]** 134/11 153/17 153/20 161/10
**Mr. Lezama's [1]** 139/22
**Mr. Lopez [8]** 103/12 110/1 110/7 114/17 119/2 119/7 124/16 181/20
**Mr. Lucas [1]** 92/16
**Mr. Perez [8]** 7/15 7/19

5/1 5/1 17/1 58/10 58/12 161/2 176/12
**Mr. Perez's [1]** 158/14
**Mr. Rienstra [1]** 71/15
**Mr. Rodney [15]** 56/1 56/4 56/15 56/19 57/2 57/14 57/20 58/1 58/10 77/15 78/8 82/8 83/18 95/3 97/5
**Mr. Rodney's [2]** 56/16 57/9
**Mr. Roy [6]** 55/19 62/12 92/15 92/15 94/22 97/6
**Mr. Roy's [1]** 62/22
**Mr. Scott [1]** 71/15
**MS [5]** 1/22 1/23 1/23 162/18 184/8
**Ms. [31]** 19/11 86/3 88/5 128/15 128/17 130/18 132/9 146/10 159/7 162/6 162/21 163/13 166/14 167/16 170/18 172/16 176/23 178/5 178/17 182/8 184/12 200/24 208/1 210/16 211/25 212/6 214/7 217/3 219/9 219/10 221/23
**Ms. Alexander [1]** 132/9
**Ms. Alpe [1]** 182/8
**Ms. Cabrera [9]** 162/21 163/13 166/14 167/16 170/18 172/16 176/23 178/5 178/17
**Ms. Cabrera's [1]** 162/6
**Ms. Craft [2]** 86/3 200/24
**Ms. Downs [2]** 128/15 128/17
**Ms. Marino [2]** 146/10 159/7
**Ms. McBride [1]** 212/6
**Ms. McBride's [1]** 211/25
**Ms. Peck [1]** 88/5
**Ms. Porter [9]** 19/11 184/12 208/1 210/16 214/7 217/3 219/9 219/10 221/23
**Ms. Shulka [1]** 130/18

much [35] 52/9 14/15 14/18 15/2 33/7 43/24 49/20 49/22 51/14 51/15 51/17 62/3 62/25 65/16 66/15 72/12 76/20 76/25 80/1 80/14 81/17 86/16 86/16 86/17 87/12 88/24 145/19 152/18 175/4 178/3 181/10 183/4 190/23 213/7 223/13
**multilingual [1]** 18/10
**Muri [1]** 88/21
**must [1]** 200/14
**my [148]** 4/7 7/18 7/18 9/16 35/13 38/1 45/12 48/10 48/13 48/18 49/7 50/22 51/10 54/2 55/1 55/8 57/18 58/13 60/24 61/6 61/23 61/23 62/5 62/14 62/15 63/14 64/7 64/25 65/3 66/19 67/2 74/6 74/12 76/22 76/24 86/4 88/11 89/17 91/25 92/2 92/9 93/9 93/12 93/16 93/17 93/18 95/24 98/5 98/12 98/13 98/15 98/15 98/25 99/13 102/21 103/5 103/14 103/15 104/9 105/8 105/13 105/14 105/23 105/24 105/25 106/3 107/22 107/22 109/11 109/11 110/20 111/2 111/6 112/19 112/20 112/23 118/21 118/21 125/22 129/19 130/7 131/10 131/14 133/16 134/20 134/24 135/1 135/2 135/21 135/21 138/4 138/11 138/12 140/6 140/10 140/18 140/21 141/1 141/7 141/7 141/7 141/7 141/20 141/24 142/3 142/10 142/14 142/18 142/18 143/2 143/7 143/13 144/23 145/10 145/16 145/22 148/1 148/22 150/2 151/22 151/22 152/23 152/24 153/10 158/18 158/23 162/14 162/20 163/6

# M

**my...** [19] 163/22 164/8 164/14 164/24 165/12 166/17 166/24 169/6 171/24 173/25 209/18 218/17 219/22 221/20 224/22 235/10 235/11 235/12 235/23

**myself** [3] 136/1 140/8 140/25

# N

**name** [13] 13/5 61/4 61/6 70/3 98/3 98/5 100/18 131/10 133/14 133/16 138/11 162/20 184/10

**named** [6] 119/12 130/13 131/6 132/3 155/10 156/22

**names** [2] 69/15 97/6

**narrative** [1] 64/14

**narrow** [1] 64/25

**Natalia** [1] 173/13

**national** [8] 16/9 99/24 122/7 122/13 122/14 122/16 122/21 193/8

**nationally** [2] 129/10 129/12

**naturally** [1] 149/16

**nature** [3] 102/24 122/17 158/1

**navigate** [1] 165/8

**near** [1] 232/20

**nearest** [2] 112/20 113/11

**necessarily** [7] 39/11 109/15 118/16 120/8 126/3 198/25 228/25

**necessary** [3] 119/20 119/20 146/5

**need** [27] 19/6 22/9 31/7 52/23 96/7 97/5 107/7 117/22 131/16 139/14 140/5 143/25 144/18 146/18 149/15 160/18 160/24 162/11 166/7 169/19 188/12 235/5 235/8

**needed** [10] 66/8 86/1 94/4 138/8 138/13 140/10 169/21 169/23 179/10 202/17

**needs** [10] 19/9 22/10 32/1 33/5 58/17 112/1 112/2 112/4 188/24 233/14

**neighbor** [3] 151/22 151/23 159/7

**neighborhood** [7] 83/8 98/6 135/25 158/22 159/8 164/16 164/18

**neighborhoods** [1] 186/4

**neighbors** [3] 145/22 159/8 182/20

**net** [1] 103/16

**Nevada** [1] 100/8

**never** [16] 11/14 40/11 57/16 79/15 80/13 86/5 87/7 88/17 93/3 93/12 104/3 138/6 143/8 146/17 152/12 152/12

**new** [14] 18/11 32/25 61/15 61/21 61/25 89/5 115/18 120/7 120/23 149/15 202/20 224/17 224/21 231/13

**New Orleans** [2] 61/15 61/21

**News** [1] 129/2

**NewSpring** [1] 165/22

**next** [33] 18/9 18/12 22/21 60/18 60/20 70/6 72/22 73/9 74/12 75/8 85/11 85/20 96/15 97/11 115/4 127/25 128/11 129/4 132/25 134/2 142/9 161/21 183/6 191/18 193/23 194/8 194/20 194/25 195/10 201/5 213/11 220/9 226/20

**NHS** [1] 193/23

**Nicaragua** [3] 134/14 143/10 143/12

**nice** [3] 83/6 83/8 97/10

**Nicole** [2] 145/20 151/21

**night** [2] 4/7 142/4

**nine** [2] 58/16 109/12

**Ninety** [1] 227/5

**Ninety-five** [1] 227/5

**ninth** [1] 99/14

**no** [81] 1/5 5/24 5/24 10/18 12/9 16/14 17/24 21/25 40/12 48/8 48/8 48/8 49/24 51/5 51/23 52/17 54/11 59/19 59/21 66/2 76/8 81/4 83/6 84/1 87/19 93/1 96/13 96/22 103/4 114/8 114/14 117/3 119/18 119/22 120/8 123/11 123/15 124/7 126/3 126/6 126/11 126/19 127/16 128/4 128/6 129/16 142/2 142/3 142/9 143/25 147/10 149/3 152/13 154/22 154/24 155/1 155/23 158/9 160/18 160/24 163/9 173/24 176/4 176/13 178/3 178/13 183/3 198/12 199/13 201/3 201/8 204/13 207/8 210/3 212/10 213/24 216/10 221/20 226/17 230/6 231/18

**No.** [13] 61/7 61/9 94/14 94/15 94/19 124/14 124/17 124/19 125/3 153/6 153/6 185/3 212/18

**No. 1** [8] 94/14 94/15 124/14 124/17 124/19 125/3 153/6 153/6

**No. 2** [1] 94/19

**No. 30** [1] 212/18

**No. 6** [2] 61/7 61/9

**No. 71** [1] 185/3

**Noel** [4] 133/1 133/11 133/16 143/22

**Noel's** [1] 143/22

**nomination** [2] 6/12 132/7

**nominee** [1] 76/13

**non** [4] 188/7 208/21 209/25 215/13

**non-economically [1]** 188/7

**non-Hispanic [2]** 208/21 209/25

**non-minority [1]** 215/13

**none [5]** 50/6 75/24 103/19 105/17 132/24

**nonpartisan [3]** 127/21 132/20 157/17

**nonprofit [7]** 99/24 100/6 100/18 101/6 164/8 164/22 166/14

**nonprofits [2]** 164/19 170/22

**nonsense [1]** 157/17

**noon [1]** 235/21

**normal [1]** 85/19

**north [123]** 1/20 36/4 36/11 36/15 37/23 38/10 39/20 40/2 40/7 40/10 44/16 49/10 53/16 53/23 54/9 54/24 80/22 81/23 82/11 82/13 82/14 83/1 93/5 95/23 98/21 98/22 101/24 102/5 102/18 103/20 107/3 112/13 112/19 114/6 117/13 117/18 117/25 118/1 120/6 122/12 133/19 135/5 137/20 138/4 138/7 139/12 142/23 146/12 147/4 147/6 147/22 148/6 148/11 149/2 149/10 149/14 163/19 163/20 163/20 166/25 168/21 169/5 169/13 169/20 170/1 170/9 170/16 170/23 171/13 172/1 172/15 172/17 177/3 177/8 177/9 177/12 177/15 177/19 186/11 186/14 186/20 186/21 187/7 187/14 187/20 187/21 188/1 188/2 188/6 190/2 190/4 191/7 191/21 191/24 192/3 192/11 192/15 192/15 192/17 193/15 193/16 193/21 193/25 194/1 194/23

203/14 204/18 205/7 206/2 206/3 206/12 206/14 215/10 225/4 231/4 231/14 233/3 233/5 233/20

**Northbrook [43]** 16/10 30/10 30/17 30/19 34/13 35/16 47/15 83/4 83/9 99/2 99/8 99/11 99/14 99/19 101/17 102/18 102/18 106/23 107/2 124/3 124/5 124/11 124/20 125/4 134/18 134/18 134/24 134/25 135/1 136/14 148/8 169/21 181/17 182/5 182/18 187/19 191/22 193/24 194/8 203/14 205/6 205/9 225/23

**northeast [2]** 118/11 118/22

**northern [3]** 4/14 204/23 225/14

**not [207]** 6/1 7/6 7/17 7/20 7/20 8/19 10/10 10/23 11/25 12/2 15/5 20/20 22/6 22/12 23/24 26/6 35/3 36/18 38/25 41/20 43/14 43/18 43/21 43/24 46/3 47/18 48/10 48/15 49/13 52/11 52/21 54/11 55/4 55/7 55/11 58/3 60/3 62/3 62/25 64/2 64/10 65/24 66/16 67/5 67/13 69/7 71/10 72/7 72/7 74/8 75/3 76/24 77/21 81/8 81/12 81/13 81/13 83/4 83/14 88/14 88/24 89/17 90/9 90/22 91/13 92/1 92/1 92/2 94/6 95/19 96/23 100/1 101/22 104/8 104/11 104/13 107/2 107/17 108/8 109/3 109/10 109/15 110/10 111/16 111/21 113/23 114/24 116/8 118/9 118/16 120/8 122/16 123/11 124/24 125/5 125/5 126/3 126/12 126/25 127/16 128/3 129/23

137/6 138/4 140/19 140/22 141/25 142/15 142/17 142/21 142/21 142/25 143/4 145/8 145/19 147/5 147/13 147/23 149/11 149/18 151/1 151/7 151/20 152/16 152/17 152/18 153/2 154/17 154/24 158/9 158/15 158/18 159/18 160/8 161/12 161/15 161/16 165/3 171/7 171/8 171/15 174/4 174/4 174/20 174/20 175/12 175/16 176/13 176/16 177/24 178/2 181/15 182/21 186/9 189/21 199/13 201/8 204/1 204/2 204/13 208/10 212/10 213/7 215/16 215/20 216/2 216/3 216/4 216/11 217/6 217/7 217/8 217/10 217/10 217/12 217/13 217/15 217/17 217/21 217/21 217/23 217/25 218/1 218/3 218/6 218/8 220/24 222/14 227/6 228/10 229/2 230/6 231/18 231/21 231/23 231/23 232/17 233/17 234/9 234/11 235/2 235/12 235/25

**not -- you [1]** 171/7

**nothing [5]** 60/8 75/9 83/25 140/16 169/15

**notice [3]** 76/12 183/15 200/21

**noticed [2]** 179/18 231/11

**notices [2]** 148/13 148/23

**notions [1]** 138/25

**notwithstanding [1]** 137/22

**November [10]** 113/17 116/1 116/3 171/8 173/3 173/3 176/8 199/20 199/25 200/6

**November 15th [2]** 173/3 173/3

**now [63]** 7/2 11/22 25/21

Case 4:21-cv-01997   Document 116-2   Filed on 09/20/24 in TXSD   Page 279 of 308

**now...** [60]  26/3 26/6 35/11
38/13 40/9 40/13 41/15
42/13 46/18 46/21 50/24
55/17 61/20 65/5 68/22
71/21 73/12 78/22 79/1 83/3
89/3 89/8 89/20 95/3 99/22
104/7 108/14 115/1 134/17
135/3 141/7 145/19 146/16
155/24 164/16 168/22
171/13 172/20 182/21 183/8
190/1 190/21 196/7 201/9
201/21 205/13 214/7 214/17
214/24 215/2 218/9 223/7
225/2 226/2 227/1 228/3
228/9 228/14 232/3 234/23
**now-superintendent** [1]
89/3
**number** [26]  19/14 31/24
33/4 34/8 37/17 40/17 45/2
69/3 74/6 85/24 89/25 96/12
163/1 188/16 189/6 191/1
192/20 204/11 209/6 209/13
209/25 211/18 214/11
219/18 227/22 232/17
**numbered** [1]  37/11
**numbers** [6]  7/9 9/4 84/7
188/6 209/2 232/9

**O**

**o'clock** [1]  60/16
**o0o** [1]  236/14
**Oaks** [10]  30/21 30/25 31/2
31/3 34/14 35/16 62/16 68/4
204/18 206/6
**oath** [2]  216/21 219/15
**object** [3]  214/2 220/2
221/8
**objecting** [1]  160/7
**objection** [5]  118/14 214/5
220/1 220/20 221/7
**objective** [3]  43/13 45/24
46/2
**obligated** [2]  52/24 52/25

**obligations** [1]  216/20
**observation** [1]  46/14
**observations** [2]  77/19
109/9
**observe** [1]  168/15
**obstacles** [2]  170/20 170/22
**obvious** [1]  198/25
**obviously** [10]  7/5 7/10
39/10 48/4 106/17 142/21
145/11 147/11 158/2 172/13
**occasionally** [1]  62/2
**occasions** [1]  175/17
**occur** [2]  8/22 8/23
**occurred** [4]  141/9 173/2
173/8 217/15
**occurs** [1]  223/14
**October** [2]  77/8 114/19
**odd** [1]  164/22
**off** [12]  19/23 64/1 67/6
100/18 110/20 122/23
147/20 149/5 171/24 180/24
210/8 224/22
**off-campus** [1]  64/1
**offer** [7]  14/8 14/10 16/14
16/25 17/2 18/8 180/13
**offered** [2]  198/10 204/6
**offering** [4]  5/2 12/2 198/12
204/3
**office** [6]  100/10 144/6
180/12 184/19 194/4 223/5
**officer** [9]  13/11 13/16
13/19 98/16 184/14 184/25
203/22 204/10 208/10
**officers** [7]  126/1 209/19
209/19 209/20 209/22
209/23 210/1
**official** [4]  2/3 184/22
184/25 208/4
**officials** [2]  89/10 89/16
**oh** [11]  110/19 121/14
136/25 139/10 151/19
164/21 206/21 207/7 209/11
209/14 227/4
**Ohio** [2]  76/10 76/12

**old** [3]  49/15 116/19 141/7
**olds** [1]  24/4
**once** [12]  18/12 67/12 89/5
92/21 93/2 93/7 167/11
168/11 169/2 169/9 169/11
214/16
**one** [154]  5/5 8/16 8/18 14/9
15/10 15/15 15/23 17/1
20/14 21/15 21/24 22/12
30/18 31/12 31/18 32/4
35/13 40/5 43/19 44/23
45/11 45/11 45/13 46/1 46/1
46/7 48/13 49/11 50/11
50/19 50/24 55/6 55/14 56/9
57/4 59/22 64/13 64/23
65/24 66/2 68/13 70/22
70/23 72/23 74/25 76/11
77/25 81/24 82/22 84/7
85/23 87/9 87/24 88/3 88/3
88/9 88/9 88/11 88/20 88/20
89/3 89/3 89/9 89/9 90/6
90/19 93/23 94/20 95/4 96/9
97/5 97/19 99/20 106/13
107/24 108/3 111/5 111/11
111/21 112/7 112/22 113/12
113/23 113/25 115/2 115/5
117/9 134/6 134/9 134/9
135/3 136/8 137/7 138/19
139/23 140/9 140/21 141/2
143/20 144/23 145/22
146/14 148/10 149/21
151/14 153/7 158/19 159/15
161/1 161/6 167/11 171/13
171/14 175/1 175/1 176/12
177/18 178/5 181/11 188/9
191/4 193/12 194/13 197/11
198/23 199/18 201/12
202/13 202/18 202/18 205/5
205/14 205/15 205/22
208/14 212/14 213/1 218/12
218/16 218/20 222/23 224/2
226/24 229/15 229/16
229/21 230/14 230/20
230/20 231/12 231/14

**one... [3]** 232/11 232/23 233/9

**one-size-fits-all [1]** 111/21

**one-way [1]** 14/9

**one-year [1]** 15/23

**ones [3]** 87/1 147/14 191/21

**online [1]** 128/21

**only [34]** 5/1 9/10 15/6 47/18 47/22 51/25 57/3 64/13 64/24 65/21 81/4 81/8 82/15 95/19 95/24 109/15 113/21 116/20 138/22 152/18 181/16 181/16 183/9 183/16 186/9 189/21 198/17 198/25 201/12 201/16 202/13 213/2 229/11 231/23

**open [5]** 140/21 179/2 195/6 204/5 230/11

**opened [5]** 144/24 165/7 205/14 205/17 205/18

**opening [4]** 105/3 105/12 105/23 235/11

**operate [1]** 43/12

**operated [3]** 85/18 85/19 93/7

**operation [1]** 208/3

**operations [2]** 99/19 101/18

**opinion [13]** 14/11 14/15 81/18 86/4 93/13 104/9 118/9 118/16 125/22 157/9 208/4 213/7 235/13

**opinionated [1]** 145/12

**opinions [2]** 77/19 146/10

**opponent [8]** 105/9 123/22 126/4 126/17 129/6 135/17 161/11 161/13

**opponents [1]** 129/6

**opportunities [6]** 17/18 106/3 172/3 179/6 204/3 204/7

**opportunity [15]** 33/4 52/10 54/19 90/7 90/20 169/1 172/9 174/5 174/7

174/12 195/8 200/6 208/25 222/10 222/20

**opposed [8]** 80/16 80/21 85/20 106/25 127/13 146/12 190/11 197/25

**option [1]** 14/10

**optional [2]** 220/3 221/9

**options [2]** 198/14 200/8

**oranges [1]** 212/21

**order [13]** 4/1 5/7 5/13 6/2 12/11 51/1 84/25 145/13 160/16 183/21 196/6 198/15 207/9

**ordered [1]** 218/14

**orders [1]** 218/21

**ordinances [3]** 183/11 183/14 183/16

**organization [17]** 68/8 70/18 83/11 85/1 88/12 96/20 101/2 101/6 125/16 127/21 130/22 130/23 132/21 155/16 167/16 167/20 180/11

**organizations [5]** 70/23 149/7 155/22 166/14 179/24

**organizer [1]** 101/11

**organizers [1]** 115/11

**organizing [4]** 100/10 100/12 100/20 109/13

**orientation [3]** 32/8 65/22 162/5

**oriented [5]** 34/15 35/17 37/13 38/15 62/4

**originally [1]** 98/7

**origination [1]** 70/17

**Orleans [2]** 61/15 61/21

**Orrantia [1]** 131/7

**other [81]** 4/8 5/5 5/21 7/24 14/4 15/25 16/8 18/21 18/21 21/2 21/4 21/4 23/24 40/5 41/21 42/17 47/14 47/15 51/6 51/19 52/19 52/25 64/6 66/9 67/24 68/8 69/16 71/4 71/4 72/11 74/10 82/2 85/24

86/9 86/9 86/23 88/15 88/16 91/12 91/15 96/9 108/9 112/24 113/19 113/25 114/21 116/20 136/9 136/21 138/3 138/3 138/5 140/7 140/7 146/5 147/13 147/19 148/8 148/9 149/21 152/23 157/5 159/5 159/15 175/16 175/17 175/17 177/13 179/17 181/16 189/16 204/9 204/11 204/13 212/13 221/15 228/24 232/21 232/23 233/18 234/23

**others [9]** 21/24 50/25 56/2 69/13 86/3 86/22 129/19 146/6 221/2

**otherwise [3]** 93/20 159/1 166/8

**our [88]** 6/15 13/22 13/23 15/2 15/14 15/16 15/17 15/17 15/21 16/2 16/9 16/9 16/12 16/16 17/1 17/8 17/8 17/10 17/10 17/11 17/13 17/16 17/17 17/18 17/20 18/5 18/5 18/25 18/25 19/2 19/3 19/3 19/5 19/8 19/15 31/6 31/6 31/7 33/3 48/19 50/14 53/24 53/25 53/25 54/11 62/3 66/14 67/3 69/7 71/3 74/20 75/20 79/14 80/13 81/11 81/11 85/2 85/3 112/8 113/21 114/2 122/7 122/11 127/3 127/4 127/6 131/14 132/20 139/16 139/18 139/19 143/4 152/14 158/21 174/20 176/16 185/2 200/13 206/7 207/12 232/8 232/12 233/9 233/14 234/19 234/21 235/24 236/9

**out [76]** 5/7 5/13 6/2 7/11 12/11 14/23 19/14 21/17 24/25 31/9 51/10 55/12 58/19 64/2 67/10 67/22 71/6 72/13 74/5 77/4 77/7 79/9

**out... [54]** 80/23 80/23 81/10 82/1 83/8 91/1 92/19 94/6 94/9 96/25 100/22 103/15 111/8 111/16 112/4 112/8 125/21 126/15 131/12 131/15 135/23 138/11 142/10 144/2 144/18 145/12 146/6 147/24 147/25 156/19 157/4 157/12 158/2 158/17 159/5 160/13 160/15 160/18 167/14 171/4 171/6 171/9 183/21 191/12 191/24 212/14 213/11 219/3 228/15 229/2 231/16 232/8 232/12 233/13

**outcome [2]** 181/7 182/1

**outcomes [3]** 41/4 84/12 122/11

**outline [2]** 76/22 122/15

**outlined [2]** 40/25 89/11

**outreach [4]** 17/6 17/22 164/24 165/15

**outside [4]** 90/11 120/1 127/3 215/10

**Outstanding [1]** 43/17

**over [28]** 12/4 17/13 26/3 32/10 32/24 33/5 47/14 47/17 49/23 53/24 62/3 68/19 100/6 102/23 109/12 112/21 112/21 116/24 134/8 183/9 187/2 191/2 192/7 213/6 221/15 228/23 229/7 229/11

**overall [48]** 20/6 20/12 20/16 21/10 21/12 22/2 22/4 22/8 22/19 22/20 22/24 23/4 23/9 23/14 23/19 24/25 25/8 25/14 26/14 26/15 26/18 26/23 26/25 27/6 27/8 27/18 27/24 28/4 28/12 28/19 28/21 29/5 29/13 29/15 29/21 29/23 30/4 30/7 30/13 30/16 30/24 31/2 31/5 42/1

**oversight [6]** 74/23 165/25 168/12 178/20 178/24 179/9

**overt [1]** 140/2

**overuse [1]** 166/9

**own [4]** 61/23 98/14 106/1 198/15

## P

**P.C [1]** 1/19

**p.m [7]** 153/15 153/15 204/5 207/20 207/21 207/21 236/13

**package [2]** 190/25 192/5

**page [53]** 3/3 25/10 30/9 30/17 31/1 37/8 37/10 37/11 37/16 37/16 37/17 44/25 46/11 47/8 47/10 54/13 56/7 56/7 59/5 59/10 68/23 69/20 70/6 77/3 77/18 78/2 78/6 78/23 83/18 85/11 89/23 89/25 90/14 91/3 95/2 95/6 96/12 115/4 125/11 128/25 129/21 130/3 131/9 195/10 200/7 211/13 211/20 211/23 212/6 219/12 221/10 221/22 225/7

**page 11 [2]** 78/2 78/6

**page 15 [1]** 212/6

**page 24 [1]** 37/8

**page 29 [2]** 83/18 95/2

**page 3 [1]** 200/7

**page 34 [1]** 219/12

**page 35 [1]** 221/10

**page 46 [1]** 221/22

**page 5 [1]** 211/20

**page 52 [1]** 46/11

**page 54 [1]** 47/10

**page 55 [2]** 54/13 59/5

**page 6 [1]** 37/10

**page 7 [2]** 77/3 77/18

**page first [1]** 129/21

**pages [4]** 78/3 92/16 94/8 94/10

**pages 29 [1]** 92/16

**pair [1]** 17/11

**paired [1]** 24/2

**Panda [4]** 23/21 24/1 25/1 172/18

**pandemic [2]** 14/23 31/8

**paper [1]** 16/4

**parable [1]** 88/18

**paragraph [6]** 84/5 84/23 85/2 126/22 131/10 194/8

**paragraphs [2]** 83/23 84/1

**parallel [1]** 112/3

**paraphrasing [1]** 175/4

**parent [18]** 17/19 17/22 17/23 17/25 18/1 42/9 42/23 44/7 56/20 70/18 73/25 73/25 74/5 149/1 152/12 164/11 165/11 175/11

**parent-based [1]** 70/18

**parental [1]** 120/2

**parents [49]** 14/6 17/1 18/11 42/1 49/14 49/16 49/18 50/5 55/18 66/9 67/5 67/24 67/25 68/7 68/8 69/15 74/10 85/6 95/4 96/16 98/11 105/13 130/4 141/18 142/20 143/13 147/9 147/12 147/18 147/19 152/5 152/8 152/13 160/2 160/23 163/6 163/21 163/22 165/8 165/11 166/23 167/4 168/15 170/7 174/4 174/10 174/11 174/11 174/19

**parents' [1]** 43/8

**Park [3]** 61/7 61/9 98/9

**parking [1]** 142/7

**parsed [1]** 21/17

**part [37]** 8/1 8/6 8/8 12/3 15/19 35/21 42/13 49/11 63/12 63/22 66/3 69/16 74/22 75/1 78/12 94/15 105/16 107/25 108/5 108/6 113/19 115/25 124/20 125/3 136/11 139/3 139/8 154/13

**P**

**part... [9]** 167/4 167/24 168/18 177/16 180/10 191/8 206/25 233/6 233/25

**part of [1]** 108/5

**partially [3]** 146/13 146/13 146/14

**participate [8]** 64/3 154/11 167/4 167/9 168/11 174/15 175/11 208/5

**participated [4]** 43/17 128/21 154/9 167/13

**participating [3]** 91/7 91/11 167/25

**participation [8]** 15/18 43/15 43/21 91/19 165/3 166/22 222/10 222/11

**particular [12]** 17/17 22/2 51/2 54/16 71/17 71/22 72/7 106/15 115/10 172/10 174/24 175/16

**particularly [4]** 62/23 92/23 95/22 139/23

**parties [1]** 47/22

**partisan [3]** 7/19 129/18 157/17

**Partly [1]** 161/3

**partner [9]** 17/15 24/5 24/6 61/22 84/21 198/8 207/10 207/14 211/14

**partnership [5]** 18/4 99/9 99/9 207/11 207/15

**parts [2]** 18/18 18/19

**party [10]** 6/12 6/13 129/16 130/20 130/22 131/7 131/13 155/21 155/22 156/1

**pass [14]** 12/8 21/15 58/24 82/5 92/11 97/2 119/3 132/22 153/13 161/4 183/1 185/19 189/11 189/13

**passed [5]** 147/3 190/21 190/23 191/1 192/6

**passes [1]** 168/12

**passing [1]** 160/15

**passionate [1]** 006/1

**past [10]** 87/18 99/20 109/12 114/7 151/10 189/19 198/9 201/19 214/14 214/22

**pastor [1]** 88/13

**path [4]** 23/21 24/1 25/1 111/8

**Patricia [4]** 115/13 161/25 162/15 162/20

**pattern [4]** 38/19 53/20 54/7 54/19

**patterns [2]** 38/17 40/11

**pay [5]** 20/18 21/9 21/14 48/20 213/7

**paying [1]** 148/1

**payroll [1]** 184/19

**PDF [1]** 89/25

**Peck [3]** 78/20 88/4 88/5

**people [28]** 6/24 9/5 10/6 10/9 43/23 69/16 74/13 87/7 113/9 114/2 115/12 138/21 144/2 154/5 157/18 158/2 159/10 167/14 171/15 171/21 171/23 175/18 177/14 179/19 181/15 200/4 204/7 212/15

**people's [1]** 171/6

**per [28]** 16/21 122/14 185/6 185/11 186/6 186/11 186/23 187/10 187/16 187/22 188/1 188/2 188/11 188/15 226/2 226/19 227/9 228/1 228/5 228/21 229/5 229/6 229/12 229/14 229/18 230/3 230/12 231/2

**per-student [1]** 185/6

**percent [44]** 22/18 23/3 23/8 23/13 23/18 25/7 25/12 25/13 25/19 26/12 26/22 27/5 40/4 48/14 84/17 106/24 107/1 108/23 108/24 108/25 109/4 109/5 114/5 121/22 121/23 137/14 137/15 137/23 138/9 139/10

**percentage [11]** 8/17 15/24 33/12 185/21 191/2 200/11 208/21 208/21 209/25 214/24 224/14 225/9 225/24 232/8

**percentage [20]** 9/2 9/14 35/4 38/19 72/12 72/15 72/16 81/22 108/23 108/25 109/1 110/13 149/13 190/25 213/2 214/19 214/20 224/10 224/14 225/8

**percentages [4]** 21/10 36/17 36/18 80/24

**Perez [11]** 7/1 7/10 7/15 7/19 51/8 51/17 158/10 158/12 161/2 176/5 176/12

**Perez's [1]** 158/14

**Perfect [2]** 19/25 150/25

**performance [35]** 13/20 14/25 15/16 16/5 16/6 18/25 19/12 19/16 20/7 20/11 20/23 20/23 21/1 21/1 21/3 21/7 21/10 24/13 31/10 40/14 40/19 41/10 41/13 41/17 43/1 43/9 44/19 45/18 46/7 50/10 53/10 54/12 84/9 103/1 106/20

**performed [2]** 44/5 56/10

**performing [7]** 48/21 53/21 53/22 54/8 54/9 54/20 54/23

**perhaps [1]** 80/19

**period [3]** 43/6 91/8 203/23

**periodically [1]** 68/5

**permission [1]** 5/11

**permit [1]** 5/19

**person [15]** 74/18 104/3 127/16 129/24 130/10 130/13 131/6 132/3 143/3 155/9 156/22 158/5 173/20 179/10 232/9

**personal [2]** 114/5 221/3

**personally [4]** 9/1 75/6 170/22 235/1

**perspective [2]** 43/8 111/3

**pertinent [1]** 216/17

**P**

**petition [4]** 119/15 119/21
200/9 201/2
**petrified [1]** 143/13
**phone [2]** 131/17 157/14
**photo [2]** 143/21 144/15
**photographs [1]** 145/23
**phrase [1]** 12/6
**phrasing [1]** 12/6
**physician [1]** 141/20
**picks [1]** 142/7
**picture [2]** 55/6 129/4
**Pictured [1]** 127/25
**pictures [1]** 128/11
**pie [1]** 108/15
**piece [4]** 8/6 55/6 144/12
144/16
**pieces [2]** 20/17 21/8
**Pierce [1]** 98/9
**Pilot [2]** 206/23 207/2
**Pine [2]** 27/3 27/9
**Piney [6]** 206/18 207/5
207/7 207/11 207/15 224/6
**Piney Point [4]** 206/18
207/11 207/15 224/6
**pipeline [1]** 18/4
**place [16]** 17/9 18/12 21/22
32/21 40/18 41/3 41/5 41/7
55/12 58/16 66/12 82/15
119/16 197/11 200/12
205/16
**placed [4]** 35/11 91/4 99/1
99/2
**placement [8]** 15/17 31/24
90/13 90/16 90/20 91/3 91/9
96/19
**places [2]** 171/7 204/4
**placing [1]** 71/3
**plain [1]** 169/15
**plaintiff [12]** 1/4 1/13 5/8
60/18 97/12 132/25 133/1
161/25 183/7 215/21 216/8
216/11
**plaintiff's [78]** 3/4 19/17

25/21 26/9 26/20 27/3 27/11
27/21 28/7 28/15 28/24
29/10 29/18 30/1 30/9 30/20
34/19 34/23 38/13 40/15
45/3 45/9 55/22 55/25 68/16
68/22 78/24 83/19 103/9
104/24 105/2 105/10 106/5
107/6 107/10 107/20 108/10
108/14 110/5 110/11 110/17
114/16 114/17 121/19 122/2
124/17 124/22 125/2 133/21
134/1 135/19 135/20 136/3
136/16 136/23 143/15
143/19 144/3 144/8 145/18
149/22 179/22 192/25
201/24 202/23 204/19 206/4
208/18 208/24 209/2 211/10
211/13 224/4 225/5 225/20
225/21 230/17 231/7
**plaintiffs [2]** 153/23 216/19
**plan [15]** 19/10 46/18 81/19
153/7 162/24 176/24 177/4
178/9 183/10 183/13 214/1
218/13 218/22 222/18
222/19
**planned [1]** 231/16
**planning [1]** 183/8
**plans [7]** 19/3 19/4 21/22
55/12 58/16 222/24 222/25
**platform [3]** 130/11 140/5
180/13
**play [2]** 73/20 207/14
**played [1]** 143/7
**player [1]** 43/17
**plays [1]** 159/18
**please [63]** 4/2 12/13 12/16
12/18 13/5 34/23 38/14
40/16 46/12 54/14 55/23
60/22 61/4 89/20 89/21 91/2
97/13 97/14 97/16 97/23
98/2 115/5 121/18 122/2
122/5 123/2 123/18 124/12
125/7 126/7 131/2 133/2
133/5 133/7 133/14 134/5

157/13 157/20 162/1 162/9
162/13 162/13 162/18 163/4
176/19 181/5 181/13 181/25
183/22 183/24 184/2 184/10
196/23 199/14 207/22
208/24 211/11 221/23
225/20
**please introduce [1]** 97/23
**plus [7]** 13/23 88/7 116/19
164/19 164/21 177/1 203/2
**pockets [1]** 81/11
**point [37]** 47/8 69/6 71/5
96/13 102/7 102/15 104/7
104/16 104/19 106/15
106/17 108/9 111/24 112/6
135/14 140/10 141/2 145/14
160/13 170/15 175/1 175/15
175/20 176/10 183/8 206/18
206/24 207/3 207/5 207/7
207/11 207/15 216/18 220/3
224/6 229/15 229/16
**pointed [3]** 72/13 92/19
94/9
**pointing [1]** 219/3
**points [9]** 16/4 16/6 43/19
43/21 85/12 85/14 106/11
106/14 119/24
**polarized [2]** 217/10 217/15
**police [11]** 126/1 208/20
208/25 209/3 209/6 209/6
209/19 209/19 209/20
209/22 209/23
**policies [4]** 11/6 66/13 95/7
114/21
**policy [19]** 84/19 90/24
95/13 100/12 100/20 159/23
160/2 160/14 161/1 196/25
197/2 197/4 197/8 199/15
200/7 200/24 201/7 222/17
222/23
**polite [1]** 122/25
**political [14]** 6/13 51/18
122/18 127/4 127/7 127/12

**P**

**political... [8]** 127/13
127/15 127/16 129/14
155/21 155/22 156/1 157/2
**politically [4]** 156/12
156/17 157/9 157/11
**politics [5]** 122/8 122/13
122/14 122/16 122/21
**poll [2]** 113/6 195/14
**polling [3]** 112/25 112/25
197/11
**polls [1]** 195/6
**poor [3]** 31/21 51/1 54/23
**poorly [2]** 53/22 54/9
**population [29]** 35/19
35/24 35/24 48/15 72/10
79/21 81/24 87/12 103/24
150/10 150/21 164/25
177/18 214/11 214/18
214/18 215/3 215/4 215/12
218/12 218/20 219/2 219/20
220/15 222/4 223/22 223/24
225/17 233/20
**populations [7]** 36/11 36/15
37/23 38/10 48/16 118/2
215/15
**Porter [13]** 19/11 183/21
184/5 184/8 184/11 184/12
208/1 210/16 214/7 217/3
219/9 219/10 221/23
**portion [1]** 225/14
**portions [3]** 4/12 35/7 36/25
**position [19]** 34/8 54/2
88/13 102/11 102/12 102/16
117/5 123/8 136/2 158/5
209/1 209/6 214/9 217/16
218/24 219/17 219/24
220/12 223/17
**positions [7]** 51/18 52/5
99/16 100/25 113/23 117/6
180/7
**positive [4]** 41/4 84/12
84/17 96/21
**possibilities [1]** 196/6

**possible [5]** 80/15 92/21
146/9 235/2 235/3
**possibly [1]** 107/13
**post [15]** 107/11 110/25
111/4 125/20 126/8 126/16
126/24 127/18 128/10
128/10 128/24 129/21 144/6
156/7 156/14
**posted [6]** 110/25 125/10
126/15 127/22 128/25 129/1
**posting [1]** 126/14
**potential [3]** 56/23 124/18
139/4
**potentially [2]** 90/21 120/25
**power [5]** 100/19 100/20
100/20 100/25 114/11
**powerful [1]** 71/5
**PowerPoint [3]** 70/10 71/11
211/14
**practical [1]** 90/25
**practice [5]** 61/18 61/19
62/1 62/3 62/5
**practices [1]** 63/4
**pre [9]** 7/8 14/8 24/2 24/3
24/7 24/10 24/13 25/3 202/1
**pre-2021 [1]** 7/8
**pre-K [6]** 14/8 24/2 24/3
24/10 24/13 25/3
**pre-Ks [1]** 24/7
**pre-May 22 [1]** 202/1
**precinct [18]** 112/17 123/25
124/3 124/5 124/5 124/8
124/14 124/19 126/8 126/14
181/17 182/2 182/3 182/5
182/6 197/10 197/12 199/1
**precincts [11]** 83/4 83/16
112/19 118/22 124/23 125/4
125/4 196/20 197/8 197/16
198/20
**predominant [1]** 52/18
**predominantly [2]** 101/25
102/2
**preface [1]** 150/2
**prefer [1]** 109/15

**preference [9]** 51/23 52/5
110/12 118/7 118/12 137/13
137/14 137/23 137/24
**preferences [9]** 51/23 52/1
52/2 52/4 52/12 52/13
109/10 109/10 222/25
**preferred [14]** 7/6 7/17 9/8
9/12 110/14 114/3 114/10
118/24 118/24 153/5 153/8
161/16 178/10 217/20
**preferring [2]** 109/4 109/6
**prefers [1]** 145/11
**Prep [11]** 99/2 99/7 99/8
99/14 99/18 102/16 135/2
147/4 147/4 194/11 194/12
**preparation [3]** 73/20 74/14
105/3
**prepare [1]** 211/1
**prepared [7]** 6/2 16/17 57/9
106/10 183/19 183/20
210/21
**preparing [3]** 34/3 69/17
115/9
**Presbyterian [1]** 205/17
**preschool [1]** 49/16
**present [7]** 1/22 75/4
173/11 174/25 200/13 212/8
220/20
**presentation [7]** 105/7
194/15 211/6 211/14 211/25
212/9 213/10
**presented [3]** 4/7 58/10
211/15
**presenting [1]** 178/25
**president [5]** 67/2 136/14
155/14 180/9 180/10
**pressed [1]** 90/9
**pressure [1]** 146/7
**presume [1]** 221/14
**pretty [7]** 11/14 66/15
120/17 135/23 136/18
176/16 210/9
**prevail [2]** 118/12 118/25
**prevailed [3]** 123/25 124/2

**P**

**prevailed... [1]** 124/11
**prevent [1]** 86/19
**prevention [1]** 85/10
**previous [1]** 211/22
**previously [1]** 61/15
**primarily [4]** 22/2 93/5
101/25 118/10
**primary [6]** 49/13 131/15
131/21 131/24 132/1 208/14
**principal [11]** 21/14 32/7
32/16 33/2 91/25 148/20
194/2 195/4 195/19 229/10
229/10
**principals [9]** 14/21 19/2
31/17 48/20 116/17 193/5
193/6 193/11 196/2
**principle [1]** 228/24
**prior [7]** 6/22 30/17 44/5
201/10 202/13 202/14
202/19
**prioritize [2]** 89/15 139/18
**priority [2]** 18/25 19/2
**prison [1]** 86/17
**prison-like [1]** 86/17
**privilege [2]** 214/3 221/15
**privileged [1]** 79/20
**privy [1]** 68/6
**pro [2]** 62/5 62/6
**proactive [1]** 68/6
**probably [14]** 49/15 78/19
78/20 78/25 96/24 110/2
130/25 163/15 192/14 205/1
234/6 234/6 235/12 235/21
**probation [1]** 98/16
**problem [3]** 73/4 148/21
207/8
**problems [1]** 87/2
**proceed [5]** 17/3 33/10
97/17 133/9 184/3
**proceedings [3]** 2/24 33/19
236/16
**process [17]** 32/8 32/9
87/15 95/8 96/16 115/24

168/17 169/6 169/7 191/16
200/25 231/25 232/5 233/1
**processes [2]** 14/21 193/3
**procurement [1]** 184/19
**prodigal [1]** 88/18
**produce [1]** 71/2
**produced [4]** 2/25 38/23
73/10 73/18
**product [3]** 134/16 134/20
169/10
**profession [1]** 160/21
**professional [4]** 69/10
69/10 74/7 145/11
**professors [1]** 74/24
**proficiency [4]** 15/11 15/13
120/10 121/1
**proficient [1]** 121/6
**program [62]** 13/24 14/1
14/2 14/17 15/19 15/22
16/15 16/21 16/24 17/2
18/16 25/18 31/13 31/19
56/25 64/1 64/2 65/12 65/14
66/2 66/6 66/12 66/15 66/17
66/20 66/23 67/9 67/25 68/4
68/9 74/1 74/19 74/19 80/18
81/5 81/23 84/13 85/17
85/18 86/12 90/12 90/18
94/16 94/19 99/4 103/2
141/16 142/8 154/9 154/11
154/14 165/7 165/22 165/23
166/17 170/6 170/11 179/1
188/14 188/19 194/11
194/12
**programming [5]** 14/9
16/25 17/23 18/8 33/3
**programs [20]** 14/6 14/7
17/6 18/6 40/18 40/21 40/24
41/5 44/17 72/17 74/7 85/9
86/13 86/16 86/19 117/24
147/2 147/10 188/22 232/10
**progress [4]** 15/14 20/5
90/17 168/23
**progressive [1]** 158/25

**prohibits [3]** 11/23 91/4
91/19
**project [4]** 74/11 74/25
84/18 169/10
**projected [1]** 224/23
**projection [1]** 224/24
**prominent [1]** 106/17
**promote [1]** 180/11
**promoted [1]** 101/10
**promoting [2]** 132/10
132/12
**promotion [1]** 33/17
**prompted [1]** 193/6
**propaganda [3]** 156/18
157/12 158/17
**properly [2]** 18/23 18/24
**property [1]** 62/4
**proportion [1]** 120/12
**proposed [9]** 9/9 46/18 50/8
118/6 118/10 125/2 147/3
150/23 152/24
**proposition [6]** 5/2 47/4
48/13 48/25 50/14 223/17
**protected [1]** 113/7
**protecting [1]** 184/16
**protective [1]** 79/20
**protocols [1]** 46/6
**proud [6]** 31/11 62/7 75/23
134/15 169/24 180/24
**prove [2]** 216/8 216/19
**provide [11]** 17/6 18/13
82/2 105/10 166/6 188/23
197/8 200/11 222/9 229/4
232/19
**provided [4]** 79/17 93/12
193/3 193/4
**provides [2]** 8/21 223/18
**providing [2]** 65/14 69/25
**provision [1]** 116/21
**provisions [1]** 116/25
**proximity [1]** 151/23
**proxy [1]** 39/10
**Ps [1]** 143/5

# P

**psyche [1]** 116/4
**psychologically [1]** 114/6
**psychology [2]** 135/10
164/3
**PTAs [1]** 149/6
**PTAs' [1]** 105/4
**PTO [1]** 136/14
**public [13]** 89/16 98/8
102/16 103/13 104/6 104/21
116/16 116/16 148/16 174/5
203/18 203/20 203/21
**publication [1]** 73/7
**publicize [1]** 155/18
**pull [6]** 9/17 12/19 25/24
134/5 162/9 162/13
**pulled [1]** 97/25
**pulls [1]** 142/10
**punitive [1]** 86/17
**purple [3]** 204/20 204/21
206/7
**purpose [6]** 4/24 50/7
100/15 111/3 111/17 174/1
**purposes [3]** 129/14 162/6
227/7
**pursuant [1]** 201/6
**push [1]** 12/4
**pushed [1]** 234/24
**pushing [2]** 12/3 130/9
**put [30]** 4/16 17/9 32/9 33/2
34/20 40/18 41/3 41/6 47/22
48/2 55/12 58/16 86/7 96/20
103/8 111/4 121/18 122/2
123/18 125/7 126/1 133/21
147/12 147/24 156/3 181/4
188/19 200/14 226/6 233/4
**puts [1]** 145/10
**putting [2]** 14/20 216/11
**puzzled [1]** 142/4
**PX24 [3]** 162/10 162/13
176/18

# Q

**Qs [1]** 143/5

**quadrants [1]** 52/21
**qualified [3]** 73/24 165/21
180/23
**qualify [2]** 189/6 189/8
**quality [2]** 14/22 85/9
**quarter [2]** 121/23 201/22
**quarterly [1]** 168/22
**question [46]** 5/2 7/18 7/18
25/1 34/16 35/13 36/12
45/12 47/12 48/10 48/12
49/9 50/3 50/12 50/13 51/19
54/2 54/16 55/8 64/25 74/12
82/21 87/21 113/25 116/20
118/18 118/20 120/21
124/25 139/5 139/7 139/17
150/2 153/2 153/3 153/4
178/5 181/13 190/14 193/6
210/8 212/12 218/17 219/17
220/6 232/4
**question's [2]** 209/16
209/18
**questioned [3]** 35/10
140/18 177/20
**questions [22]** 12/9 33/9
49/7 59/1 59/17 59/21 64/15
92/9 123/16 128/22 139/11
139/20 149/23 168/16 169/1
174/12 178/13 210/4 216/5
216/6 235/11 235/19
**quick [3]** 59/22 133/21
192/14
**quicker [1]** 76/25
**quickly [4]** 56/14 146/11
170/19 213/8
**quite [8]** 61/24 66/14 69/4
73/22 79/19 140/25 145/8
231/21
**quote [1]** 222/1
**quoting [1]** 4/22

# R

**race [24]** 9/6 11/23 47/6
49/1 63/10 113/5 122/24
129/17 131/14 132/7 138/12
154/5 157/2 157/10 157/17

157/17 158/19 158/23
159/13 159/13 161/12
161/17 199/11 208/19
**racial [19]** 35/4 35/23 36/2
36/4 36/17 44/20 53/11
55/19 56/9 70/12 70/20 71/7
87/4 140/3 150/17 214/14
215/7 215/9 217/5
**racially [4]** 103/5 105/19
217/10 217/14
**racist [1]** 140/20
**radically [1]** 52/4
**radius [4]** 138/19 152/3
152/3 152/4
**raise [8]** 12/16 12/18 60/22
97/14 133/5 162/1 170/2
170/12
**raised [6]** 78/11 85/7 89/19
96/9 113/8 170/7
**ran [14]** 110/8 110/9 121/10
121/17 123/7 123/21 128/1
132/6 144/1 154/8 154/25
155/2 158/10 159/6
**ranking [1]** 89/10
**rate [6]** 19/13 57/5 67/11
71/18 93/24 94/20
**rated [7]** 27/15 29/3 29/5
30/14 30/25 55/4 55/11
**rates [4]** 16/9 71/18 84/13
84/25
**rather [3]** 80/10 122/18
231/19
**rating [9]** 20/12 22/19
22/20 23/4 23/9 24/25 59/12
59/16 212/16
**ratings [5]** 55/2 55/9 59/6
59/13 87/9
**ratio [1]** 72/6
**rationale [5]** 169/19 174/8
174/19 175/25 177/16
**Ratios [1]** 71/17
**re [1]** 117/6
**re-run [1]** 117/6
**reach [1]** 175/22

**reaching [1]** 131/12
**read [36]** 38/1 38/8 38/12
49/14 49/15 54/17 68/5 84/1
85/12 90/13 91/3 94/11
94/14 106/7 111/16 122/6
126/25 131/10 137/15
143/16 144/18 193/7 194/6
194/12 195/5 195/11 195/13
199/17 219/17 219/22 220/6
220/12 220/16 221/9 221/13
235/13
**Reader [1]** 68/4
**readiness [6]** 106/18 106/20
106/23 107/13 119/23 120/4
**reading [6]** 9/11 16/4 45/20
110/20 139/13 188/25
**ready [8]** 18/9 106/25 107/1
120/18 121/1 121/7 121/7
163/7
**real [6]** 56/14 65/19 122/10
133/21 192/14 224/1
**real-world [1]** 224/1
**realistic [2]** 234/25 235/3
**realities [3]** 100/19 102/19
102/22
**reality [8]** 93/8 102/21
103/15 141/5 148/18 152/8
152/14 152/18
**reality's [1]** 152/14
**realize [2]** 228/23 233/23
**realized [5]** 65/22 66/7
66/19 76/7 233/17
**really [42]** 7/18 17/23 18/19
19/8 21/6 22/7 43/8 46/19
60/2 67/4 69/7 75/12 86/1
101/11 101/13 105/21
112/18 113/22 115/23
117/14 138/7 138/8 138/9
138/10 138/12 140/21
140/24 140/25 142/17
143/24 145/4 147/16 151/5
151/6 159/4 160/23 161/6
166/9 177/14 179/3 179/6

**reason [8]** 58/2 63/12
107/16 135/11 141/18 160/7
178/3 218/5
**reasonable [1]** 225/1
**reasoning [1]** 93/4
**reasons [7]** 91/4 93/23
94/20 105/10 188/5 222/18
222/23
**reassignment [1]** 84/16
**Rebecca [2]** 130/13 130/25
**rebuild [2]** 191/8 231/21
**rebuilding [2]** 192/8 231/19
**rebuilds [2]** 190/8 190/11
**rebuilt [8]** 190/4 191/5
192/16 231/13 231/15
231/16 231/17 231/23
**recall [26]** 8/15 37/1 37/21
56/19 57/2 57/8 58/13 92/4
93/6 128/23 142/12 143/11
152/1 152/4 154/16 155/14
158/19 173/2 179/11 192/5
211/8 213/23 219/15 221/24
223/11 229/25
**receive [11]** 20/19 29/13
29/21 30/4 30/13 30/16
30/24 31/2 126/9 175/4
186/14
**received [17]** 6/12 6/15 42/1
55/18 89/7 121/22 121/23
123/9 141/2 143/20 144/13
153/24 157/21 186/7 201/2
204/11 208/8
**receiving [6]** 58/1 58/4
140/20 169/14 204/14
223/23
**recent [4]** 84/3 104/20
148/10 232/6
**recently [3]** 84/20 101/10
171/13
**receptive [1]** 166/17
**recess [11]** 60/15 60/16
60/17 109/20 109/21 153/14
153/15 207/19 207/20

**recidivism [3]** 67/11 93/24
94/20
**recipients [1]** 165/3
**recognize [18]** 35/6 35/9
37/5 55/25 70/13 73/12
113/13 125/10 127/18
129/21 130/12 131/3 156/6
156/21 157/14 167/23
189/24 211/13
**recognized [2]** 50/11 167/23
**recognizes [1]** 40/9
**recollection [3]** 36/25 38/22
137/17
**recommendations [2]**
75/20 78/4
**record [7]** 4/13 13/5 47/19
128/7 184/10 214/9 236/16
**recorded [1]** 2/24
**records [2]** 24/12 227/21
**recreate [1]** 47/20
**RECROSS [2]** 59/23 94/25
**RECROSS-EXAMINATIO
N [2]** 59/23 94/25
**red [5]** 4/8 4/16 164/10
165/2 165/5
**Redbud [1]** 1/20
**redirect [8]** 59/2 92/13 95/3
96/10 132/23 161/5 161/8
183/2
**redo [1]** 141/21
**reduce [1]** 82/1
**reduced [4]** 185/22 188/14
189/4 189/7
**refer [3]** 36/25 80/4 192/12
**references [1]** 208/22
**referencing [1]** 48/18
**referral [7]** 64/6 84/13
84/25 87/2 92/22 92/23 93/3
**referrals [4]** 85/10 86/2
87/5 93/4
**referred [8]** 4/18 59/4 63/25
73/16 74/19 93/1 96/11
96/14

**referring [1]** 69/16
**refers [1]** 107/24
**reflect [7]** 40/6 45/7 80/24
85/14 108/11 108/21 150/20
**reflected [2]** 186/6 223/1
**reflecting [1]** 40/24
**reflection [1]** 42/6
**reflects [6]** 35/4 58/11
72/25 73/6 108/22 137/9
**reform [1]** 84/19
**reforms [3]** 90/19 96/20
96/21
**refresh [2]** 36/25 38/22
**refusal [1]** 89/14
**regard [16]** 48/22 62/23
62/24 70/20 78/16 79/18
80/3 81/20 87/19 95/22
106/14 109/9 110/12 116/22
146/11 223/10
**regarding [3]** 19/12 110/3
139/24
**regardless [2]** 96/18 161/10
**regards [4]** 138/25 139/15
145/15 149/20
**region [4]** 14/25 15/14
19/15 31/9
**register [2]** 195/16 195/20
**registered [4]** 158/20 159/2
195/8 200/12
**registers [1]** 194/15
**Registrars [1]** 195/15
**registration [11]** 116/7
116/14 116/18 167/13
192/21 193/2 194/3 194/5
195/12 196/3 196/6
**Regretfully [1]** 210/12
**regular [3]** 58/15 90/17
171/7
**regularly [1]** 116/18
**relate [4]** 43/21 139/23
141/12 210/1
**related [8]** 91/7 101/13
107/12 114/20 125/23 130/6

**relates [1]** 141/11
**relating [1]** 114/21
**relation [1]** 83/16
**relationship [4]** 32/14
130/21 132/20 155/12
**relative [6]** 20/7 20/11 21/1
21/2 57/12 148/25
**relatively [1]** 53/16
**relax [1]** 12/22
**release [1]** 90/10
**relevance [2]** 212/12 212/23
**relevant [3]** 46/22 183/16
216/23
**relied [1]** 74/3
**rely [1]** 152/9
**remain [1]** 127/6
**remaining [2]** 183/9 183/17
**remedies [1]** 82/2
**remember [12]** 8/8 43/16
55/17 59/4 76/3 130/11
131/1 136/7 143/2 175/8
180/23 215/21
**remind [1]** 60/4
**removed [4]** 46/17 50/11
147/17 159/25
**renovated [3]** 191/15
191/21 191/24
**renovations [1]** 191/18
**reopen [2]** 129/23 130/5
**reopened [1]** 205/18
**rep [3]** 37/3 216/22 219/16
**repeat [4]** 34/16 36/12
120/21 124/25
**replace [1]** 11/2
**replacing [1]** 11/4
**reply [1]** 234/8
**report [76]** 9/11 9/12 9/17
10/9 20/17 22/1 24/16 35/3
42/2 42/2 42/4 42/6 42/11
43/1 43/4 43/4 43/5 43/6
44/12 45/5 56/14 56/16
56/19 56/20 57/9 57/16
57/23 68/12 69/6 69/10

**reported [5]** 23/25 60/5
194/17 195/19 231/8
**reporter [4]** 2/2 2/3 37/2
236/19
**reporting [1]** 57/2
**reports [21]** 10/10 15/23
19/14 38/20 41/15 53/19
53/24 54/6 54/18 54/21
54/23 56/5 56/9 56/16 57/20
58/1 58/4 58/15 194/12
196/2 230/22
**represent [8]** 91/5 124/16
158/22 162/23 174/23
176/16 225/22 227/13
**representation [15]** 50/4
101/14 103/4 104/2 104/9
104/22 109/14 109/15
109/19 138/16 159/17
175/18 179/10 223/4 227/15
**representations [1]** 74/4
**representative [11]** 33/20
57/25 58/8 130/19 130/23
210/19 210/23 214/8 219/16
221/1 233/24
**represented [4]** 89/17
164/25 220/19 222/20
**representing [2]** 213/20
213/24
**represents [2]** 185/14
185/15
**Republican [6]** 6/12 51/9
51/13 52/9 132/1 158/20
**Republicans [5]** 6/18 6/18

---

136/12 141/9 69/11 69/12 69/13 69/17
71/2 71/22 73/16 73/18
73/21 73/22 73/24 74/14
75/20 75/20 77/3 77/16
77/22 78/2 78/4 78/6 78/16
79/12 80/5 80/23 83/19
84/23 84/24 85/15 86/10
87/8 87/25 88/4 88/6 88/9
88/23 88/24 89/2 89/7 89/10
89/11 93/13 94/10 95/2 96/6
96/21 108/17

**Republicans... [3]** 51/17 159/2 161/11
**request [4]** 19/5 116/21 175/10 183/15
**requested [1]** 117/12
**requesting [2]** 115/23 116/6
**requests [3]** 114/20 115/7 115/14
**required [7]** 17/21 17/22 198/8 208/13 216/8 216/19 222/20
**requirement [1]** 116/14
**requirements [1]** 32/24
**requires [4]** 17/4 17/5 24/5 91/22
**research [4]** 56/11 70/21 75/2 86/10
**researchers [3]** 74/21 74/23 81/14
**resemble [1]** 153/10
**resembles [1]** 151/18
**resident [1]** 168/10
**residential [1]** 150/9
**residents [4]** 50/8 150/18 164/17 214/23
**resource [1]** 17/20
**resources [16]** 17/19 31/7 49/22 94/3 102/20 128/20 147/9 147/12 149/1 149/11 149/13 149/16 149/19 149/20 189/22 233/18
**respect [6]** 4/21 43/24 44/15 58/18 60/1 218/10
**respectfully [2]** 44/9 52/20
**respective [1]** 48/3
**respond [1]** 49/25
**responded [1]** 211/18
**responding [1]** 107/13
**response [10]** 16/23 58/10 79/11 79/14 84/7 85/15 146/14 146/15 148/20 175/10
**responses [1]** 96/22

**responsibilities [3]** 13/20 112/6 184/13
**responsibility [3]** 16/16 116/16 116/17
**responsible [4]** 13/19 139/19 158/25 184/15
**responsive [3]** 32/1 69/9 193/10
**responsiveness [4]** 62/24 78/12 110/4 139/24
**rest [1]** 63/23
**restorative [8]** 56/21 57/9 66/10 67/18 73/13 80/9 84/15 86/19
**Restrictions [1]** 91/2
**result [7]** 61/14 66/14 67/25 85/3 92/3 108/11 235/12
**resulting [1]** 69/7
**results [9]** 15/25 40/24 41/21 46/3 48/15 51/8 108/15 196/19 223/1
**retaliate [1]** 145/16
**rethinks [1]** 145/10
**return [5]** 32/13 91/23 93/25 109/22 154/2
**returned [2]** 67/12 93/21
**reveals [1]** 93/13
**Reverend [2]** 141/2 145/4
**review [3]** 11/17 54/19 84/2
**reviewed [5]** 42/18 47/23 90/17 90/20 211/5
**reviewing [2]** 210/21 226/6
**revisionist [1]** 8/1
**rhetoric [1]** 122/21
**Rhodes [2]** 76/13 77/4
**ribbon [1]** 169/2
**Ricardo [1]** 173/14
**Rice [1]** 18/3
**RICHARD [23]** 1/24 55/22 56/6 69/21 70/7 71/13 72/21 83/20 103/8 104/24 106/13 107/8 110/5 111/11 115/4 121/18 133/23 136/17 144/9 162/9 162/13 176/18 211/10

**Richard's [1]** 25/23
**ride [1]** 152/7
**Ridgecrest [1]** 23/6
**RIENSTRA [2]** 1/24 71/15
**right [144]** 9/25 10/17 12/16 20/3 24/21 33/22 34/4 35/10 35/17 35/21 37/8 38/13 39/4 39/11 42/15 42/18 43/1 43/15 43/20 44/13 44/15 44/21 47/7 48/8 50/2 53/12 60/18 60/22 63/2 67/20 72/2 80/5 85/20 89/8 92/9 97/1 97/14 104/9 108/12 113/7 115/14 119/4 127/2 127/9 127/15 127/16 128/18 128/22 129/2 129/10 129/12 132/19 133/5 134/3 134/4 134/17 135/3 135/22 138/3 138/25 139/11 139/19 140/16 140/19 141/6 141/8 142/21 145/9 146/1 146/10 146/14 146/16 146/18 147/20 148/10 148/13 148/20 149/4 149/11 149/15 150/4 150/24 150/25 151/18 152/13 152/17 153/1 155/14 157/6 157/10 157/11 159/14 161/20 162/1 171/20 178/14 179/14 186/24 187/1 187/2 187/6 187/13 191/4 200/22 205/1 205/11 207/23 210/19 210/23 212/4 212/4 212/11 212/16 213/14 213/17 213/21 220/18 220/25 221/21 224/1 224/8 224/12 224/18 224/25 225/12 225/18 225/22 226/2 226/14 227/6 227/20 227/24 228/9 228/19 229/22 230/12 230/15 230/17 231/2 234/23 235/4 236/2 236/5 236/6
**right-hand [2]** 191/4 224/12
**right-wing [4]** 127/15

**R**

**right-wing... [3]** 127/16 128/18 157/10
**rights [10]** 50/2 62/5 62/6 70/23 143/9 194/15 215/25 216/1 222/13 222/21
**rise [2]** 127/2 127/9
**rising [1]** 84/7
**risks [1]** 160/9
**rivaled [1]** 169/13
**rivals [1]** 170/5
**RMR [1]** 2/2
**road [5]** 15/3 133/17 201/15 202/6 203/16
**ROBERT [2]** 1/15 108/16
**robots [3]** 160/4 160/8 161/15
**Rockwell [1]** 84/21
**Rodeo [1]** 136/6
**Rodney [18]** 55/19 56/1 56/4 56/15 56/19 57/2 57/14 57/20 58/1 58/10 61/1 61/6 77/15 78/8 82/8 83/18 95/3 97/5
**Rodney's [2]** 56/16 57/9
**Roeder [1]** 1/19
**role [13]** 4/10 13/16 33/25 73/20 105/15 105/16 168/2 168/6 174/20 174/20 175/24 177/24 180/11
**roles [1]** 170/21
**roll [2]** 71/13 72/21
**Rome [1]** 1/15
**Ronald [1]** 156/22
**rooms [1]** 166/10
**root [1]** 50/3
**rot [1]** 170/13
**roughly [2]** 188/2 227/9
**route [2]** 233/10 233/12
**routes [1]** 233/11
**row [1]** 226/20
**Roy [8]** 55/19 61/1 61/6 62/12 92/15 92/15 94/22 97/6

**Roy's [1]** 62/22
**ruckus [1]** 142/22
**Rule [1]** 216/13
**rules [4]** 79/7 140/11 216/9 216/12
**run [18]** 102/7 102/11 104/20 105/11 110/8 114/13 117/6 128/1 129/22 135/14 135/14 140/5 145/15 154/11 158/5 198/9 207/9 223/5
**running [18]** 100/9 104/19 107/17 127/1 127/11 128/17 130/9 135/23 136/2 138/12 141/5 145/7 151/7 167/10 171/18 180/12 198/15 205/22
**runs [1]** 74/19
**Rusk [1]** 2/3

**S**

**S-O-M-O-S [1]** 101/3
**safe [3]** 60/13 127/20 148/14
**safety [1]** 125/22
**said [36]** 45/11 62/21 64/5 64/8 65/17 72/4 81/8 90/2 94/5 114/8 121/14 138/14 140/15 141/23 141/25 142/2 142/14 143/22 145/6 145/8 146/17 149/12 152/13 154/25 160/8 173/19 175/1 175/5 175/8 177/1 177/20 205/25 207/14 212/6 219/3 222/1
**salary [1]** 229/10
**same [24]** 7/25 25/22 34/22 39/24 48/2 65/24 74/4 87/2 96/11 107/12 110/11 111/22 128/1 142/7 142/8 151/19 151/23 169/14 169/15 172/7 182/22 190/14 190/15 228/3
**Sandinistas [1]** 143/12
**sandwich [1]** 122/9
**SAT [3]** 106/14 106/21 119/24

**Saturday [4]** 99/19 99/23 200/3 204/6
**save [1]** 123/16
**saw [11]** 7/23 9/5 67/5 78/12 78/24 86/21 86/25 87/2 103/4 153/22 170/11
**say [55]** 9/21 11/16 14/20 16/20 27/16 43/11 45/22 51/6 52/22 52/24 53/1 53/20 53/24 54/20 80/12 85/16 86/15 86/21 86/25 88/6 88/14 93/3 96/24 101/24 111/15 112/8 113/15 117/24 120/23 131/23 143/8 146/13 149/18 151/8 152/22 155/17 156/14 157/16 158/23 164/19 165/15 166/23 168/19 170/5 172/14 176/15 179/13 182/23 186/14 188/25 192/17 220/24 230/6 234/7 234/10
**saying [2]** 91/14 91/16
**says [24]** 24/17 37/10 68/12 84/1 84/5 85/3 90/16 91/3 91/22 122/6 122/6 126/25 128/10 129/2 129/9 131/10 156/9 157/1 191/4 194/12 199/16 199/16 202/6 212/5
**SBISD [43]** 7/1 8/13 8/15 8/18 9/20 9/21 11/19 11/21 12/5 63/7 78/4 78/15 81/19 84/2 84/6 84/24 90/14 99/6 105/11 111/15 111/18 115/7 115/15 115/21 119/14 127/8 127/19 129/11 129/17 131/11 132/10 154/9 154/19 156/15 156/16 158/6 165/23 171/25 178/21 179/16 179/18 180/14 213/13
**SBISD's [2]** 86/12 129/13
**SBSID [1]** 96/22
**scales [1]** 46/1
**scare [1]** 210/8
**scared [1]** 142/21

**schedule [1]** 67/3
**schedules [1]** 204/8
**scheduling [4]** 5/5 5/9 234/4 235/24
**Scholarship [2]** 76/13 77/5
**scholastic [1]** 139/12
**school [371]**
**school -- well [1]** 166/24
**school's [1]** 79/5
**school-related [1]** 91/7
**school-sponsored [1]** 91/7
**schools [141]** 8/7 11/23 12/3 17/11 17/12 17/13 17/14 17/16 17/19 17/24 18/5 19/10 22/13 24/3 24/16 26/4 31/4 31/17 31/18 32/4 32/5 32/6 38/18 38/21 39/24 39/24 39/25 42/1 44/16 47/6 49/2 52/7 53/20 53/22 53/25 53/25 54/7 54/8 54/11 54/20 54/22 58/14 67/8 71/21 74/6 80/17 83/12 84/12 86/25 93/5 94/1 95/9 95/23 98/8 101/13 101/20 102/17 106/16 107/15 107/17 116/7 116/14 116/16 118/1 118/2 122/12 125/22 125/24 127/6 127/20 129/24 130/5 134/23 135/5 136/7 136/13 136/20 137/20 137/21 147/2 147/5 147/8 147/13 150/12 163/4 163/13 163/19 165/17 166/25 168/20 168/24 168/25 169/1 169/4 169/8 169/10 169/20 174/19 179/1 185/9 185/13 185/16 185/21 185/25 186/8 186/12 186/12 186/14 187/25 188/7 188/8 189/11 189/17 190/4 190/15 191/5 191/7 191/20 192/9 192/11 192/17 192/19 193/3 197/21 198/17 198/24 215/16 229/25 230/2 230/14

231/11 231/14 231/20 232/11 232/13 232/13 232/14 232/15 232/17 233/5 233/19
**science [2]** 52/3 164/3
**score [17]** 20/19 21/13 22/2 22/3 22/4 22/8 22/24 26/18 26/23 27/1 27/6 27/9 28/5 29/21 29/24 42/17 45/20
**scores [10]** 20/20 42/1 44/4 46/1 55/4 60/1 60/5 106/14 106/20 119/24
**SCOTT [3]** 1/15 71/15 88/21
**scratch [1]** 231/15
**screen [14]** 19/18 19/23 45/3 68/22 68/23 106/7 106/13 122/6 125/8 156/3 162/23 181/4 202/24 226/6
**scroll [5]** 56/13 69/20 111/10 115/3 117/1
**sealed [1]** 144/7
**seated [7]** 4/2 12/18 97/16 133/7 153/16 184/2 207/22
**seats [3]** 161/22 170/12 170/13
**second [20]** 4/13 14/6 25/10 30/9 31/1 56/7 56/12 56/19 57/3 68/13 84/5 96/13 104/19 108/4 110/9 122/5 129/20 135/3 173/1 194/9
**secondary [2]** 17/3 189/9
**Secondly [1]** 74/3
**secret [1]** 149/3
**secretary [2]** 69/18 168/4
**section [2]** 200/21 213/4
**Section 2 [1]** 213/4
**sector [1]** 164/8
**secure [2]** 46/6 84/21
**security [3]** 125/22 140/10 152/10
**see [48]** 20/8 20/24 38/6 41/4 41/6 47/3 54/19 55/22 59/11 68/13 69/8 70/19

73/23 82/8 87/6 96/5 97/10 102/19 105/19 105/21 128/17 134/2 134/8 143/21 148/17 148/22 149/22 157/1 162/23 169/9 185/4 186/17 191/5 195/17 200/9 200/18 208/22 212/11 224/13 225/5 226/2 226/7 227/1 228/8 228/14 230/21 231/7 236/11
**seeing [4]** 44/22 122/23 148/1 233/19
**seeking [1]** 119/15
**seem [1]** 136/7
**seemed [2]** 6/25 169/24
**seems [1]** 214/4
**seen [19]** 9/10 9/11 11/5 14/23 15/5 15/18 16/11 104/16 108/18 114/14 126/16 137/4 137/6 150/1 169/3 177/18 177/22 218/15 224/23
**segregated [1]** 138/19
**semester [2]** 76/5 194/13
**seminar [1]** 46/14
**Senate [7]** 50/23 51/2 62/23 110/2 110/2 139/23 162/6
**Senator [1]** 129/2
**send [5]** 43/5 79/19 111/3 130/4 145/23
**sending [6]** 72/15 72/16 80/10 80/20 104/14 158/1
**senior [2]** 19/5 194/4
**sense [5]** 49/24 125/19 142/18 157/25 159/12
**sent [17]** 56/1 57/20 65/13 65/21 69/2 69/12 80/6 103/13 104/11 114/18 143/14 144/4 146/6 149/13 153/25 154/5 158/17
**sentence [3]** 122/5 122/15 194/9
**sentiment [2]** 157/19 158/20
**sentiments [1]** 138/6

**separate [1]** 115/20
**SEPTEMBER [3]** 1/11 3/3 236/18
**serious [1]** 160/12
**serve [4]** 13/14 33/25 165/24 166/18
**served [5]** 85/21 154/18 180/7 184/24 197/11
**service [4]** 13/13 85/9 165/4 189/1
**services [4]** 166/13 188/12 229/5 232/19
**serving [1]** 25/18
**session [1]** 198/8
**sessions [1]** 85/11
**set [2]** 70/9 185/19
**sets [5]** 10/20 21/10 45/25 80/23 80/23
**setting [3]** 31/21 46/6 221/13
**settlement [1]** 214/5
**setup [1]** 151/2
**seven [13]** 34/12 35/15 50/15 50/24 103/15 115/20 141/7 197/16 198/6 198/17 198/19 218/13 218/22
**seven-member [2]** 218/13 218/22
**seven-year-old [1]** 141/7
**several [8]** 26/3 88/22 101/22 137/6 166/21 172/17 214/7 232/14
**shaded [1]** 204/20
**Shadow [1]** 27/21
**Shadows [16]** 27/3 27/9 27/25 28/3 28/5 28/6 113/14 134/16 142/7 191/9 191/9 231/5 231/8 231/12 231/19 231/23
**shall [3]** 197/9 197/10 199/18
**shambles [1]** 157/7
**Shannon [4]** 129/3 129/6

**share [5]** 9/17 108/22 123/9 139/19 229/9
**shared [4]** 66/1 88/7 150/21 150/21
**she [39]** 19/1 34/24 53/2 53/5 88/6 89/5 123/8 123/22 128/1 130/22 132/12 132/13 132/14 132/17 132/19 134/25 142/7 142/10 142/10 142/12 142/14 144/1 144/1 144/1 144/1 144/1 145/10 145/11 145/12 145/13 145/23 145/25 145/25 145/25 146/1 146/6 146/15 175/5 180/24
**she's [3]** 145/11 145/22 151/21
**Sheila [1]** 235/20
**Sherwood [2]** 191/11 191/11
**shift [2]** 67/6 170/18
**shifts [1]** 5/13
**shore [1]** 95/23
**short [6]** 5/14 47/3 51/22 62/7 69/24 207/19
**short-circuit [2]** 47/3 69/24
**shortage [1]** 149/8
**shortening [1]** 86/20
**shot [2]** 6/25 9/13
**should [28]** 6/1 9/21 32/25 49/21 50/3 50/13 50/15 53/7 62/21 64/8 64/25 68/23 68/24 71/7 86/4 88/14 103/11 109/22 111/23 117/4 152/2 155/17 159/17 161/13 175/19 192/12 216/18 223/22
**shoulder [1]** 85/23
**shouldn't [3]** 125/23 161/14 213/1
**show [19]** 4/25 22/7 22/10 25/12 35/7 36/18 47/16 53/25 54/7 72/7 105/24

202/1 206/4 227/13 228/5
**showed [5]** 57/3 92/16 92/17 149/25 231/12
**showing [2]** 9/2 9/4
**shown [3]** 203/1 213/12 231/12
**shows [13]** 35/18 36/1 36/17 50/16 50/17 58/11 72/9 106/22 110/11 121/21 181/6 182/1 218/15
**shrink [1]** 78/8
**SHS [1]** 194/20
**Shulka [2]** 130/13 130/18
**shuttle [2]** 66/25 67/7
**shuttled [1]** 93/19
**shy [1]** 121/23
**sic [12]** 27/21 62/22 83/19 92/15 96/22 130/13 140/13 173/17 175/9 188/15 200/24 206/23
**sick [1]** 166/9
**side [112]** 4/8 39/20 40/7 48/13 53/16 53/17 53/21 53/23 54/8 54/9 54/22 54/24 80/22 81/23 85/23 85/24 109/16 112/13 112/18 112/19 114/7 114/12 117/13 117/18 117/25 118/1 118/22 120/6 122/12 135/5 146/12 146/12 148/6 149/2 149/21 158/18 158/21 159/10 163/20 166/25 169/11 169/14 169/21 170/4 170/7 170/9 170/16 170/17 170/23 171/13 172/1 172/2 172/4 172/5 172/12 172/13 172/15 172/15 176/11 176/17 177/8 177/9 177/12 177/14 177/15 177/19 178/2 186/14 186/15 187/1 187/2 187/8 187/9 187/14 187/15 187/20 187/21 188/2 188/3 189/9 190/4 190/15 191/4 191/7

**S**

**side... [28]** 191/21 191/25 192/3 192/12 192/12 192/15 192/15 192/17 192/19 196/4 203/11 204/18 205/1 205/7 206/12 206/13 206/14 206/15 215/16 224/6 225/5 231/4 231/14 232/23 232/23 233/3 233/5 233/20
**sidetracked [1]** 48/13
**Signature [1]** 236/19
**signatures [1]** 119/20
**significant [8]** 15/5 15/5 18/2 37/22 38/9 54/1 58/5 229/8
**significantly [4]** 36/3 40/1 214/16 229/8
**signs [2]** 171/6 172/13
**SIM [1]** 1/10
**similar [8]** 8/1 21/2 21/2 53/20 54/7 54/18 54/19 86/13
**similarly [2]** 215/15 217/18
**simple [1]** 90/9
**simply [2]** 4/22 86/1
**since [18]** 4/10 14/20 14/24 19/1 31/10 34/8 99/21 101/8 101/11 136/22 142/16 164/6 196/15 196/20 197/15 197/17 233/5 233/5
**sincere [1]** 44/2
**single [36]** 9/13 50/14 81/19 87/15 112/3 115/18 115/21 116/22 117/7 118/4 118/10 119/16 124/18 124/22 125/2 150/24 151/13 153/7 158/19 176/23 177/4 178/9 199/6 212/3 214/1 218/13 218/21 218/25 219/18 220/14 221/16 222/2 222/9 222/18 222/24 223/3
**single-member [34]** 9/13 50/14 81/19 87/15 112/3 115/18 115/21 116/22 117/7

124/22 125/2 151/13 153/7 176/23 177/4 178/9 199/6 212/3 214/1 218/13 218/21 218/25 219/18 220/14 221/16 222/2 222/9 222/18 222/24 223/3
**sir [21]** 14/18 18/17 20/4 33/23 34/5 39/3 59/19 60/21 82/9 133/2 184/14 185/8 192/23 197/19 205/8 206/8 210/20 210/24 219/14 230/1 234/1
**sister [2]** 17/11 142/18
**site [12]** 126/24 171/13 172/11 201/12 201/16 201/20 202/18 202/18 205/16 205/18 205/19 207/17
**sites [12]** 117/13 172/5 192/20 197/21 198/11 198/18 202/15 202/16 202/21 202/22 203/2 207/12
**situation [3]** 51/21 65/19 96/5
**six [9]** 58/15 64/10 110/2 139/24 152/9 191/12 197/23 206/11 227/4
**sixth [2]** 16/17 205/3
**size [5]** 39/8 39/9 111/21 120/2 229/22
**skip [1]** 147/25
**slate [1]** 159/6
**Slattery [1]** 159/4
**slide [7]** 71/11 71/11 71/17 71/22 72/7 73/9 106/15
**slides [1]** 70/10
**small [3]** 106/1 126/21 213/2
**smaller [3]** 228/18 229/8 229/12
**smoking [2]** 63/21 65/1
**snapshot [1]** 39/13
**SOC [6]** 84/4 84/6 84/11

**soccer [1]** 43/16
**social [11]** 17/12 52/3 101/14 101/19 107/11 110/25 111/4 127/18 128/10 128/25 156/7
**socio [15]** 36/10 36/15 37/23 38/9 39/19 39/21 40/10 49/21 49/23 50/7 153/11 185/23 188/13 189/21 214/23
**socio-economic [10]** 39/19 39/21 40/10 49/21 49/23 153/11 185/23 188/13 189/21 214/23
**softball [1]** 145/25
**software [1]** 18/21
**solid [1]** 131/17
**Solis [1]** 4/20
**some [74]** 6/24 8/1 8/10 14/5 15/8 31/20 34/10 40/14 41/25 53/5 61/24 65/15 66/8 66/9 66/12 66/12 66/24 69/5 69/25 71/1 75/1 76/17 79/18 79/22 80/3 80/8 80/12 86/3 86/18 86/22 87/1 92/19 95/23 95/23 102/7 103/18 105/7 105/10 106/11 106/14 107/19 109/19 114/7 117/17 117/23 128/18 135/14 136/3 136/19 139/3 141/17 143/16 144/12 147/9 152/4 152/8 153/23 170/14 172/4 175/22 177/22 179/3 179/6 179/23 189/1 189/19 189/22 192/22 194/4 212/3 216/20 220/16 229/14 232/14
**somebody [7]** 138/6 151/18 152/21 153/10 158/21 159/17 159/19
**somebody's [1]** 4/25
**somehow [1]** 76/23
**someone [7]** 11/2 109/16 153/6 154/13 169/17 175/5

**someone... [1]** 175/6
**something [13]** 15/1 47/13 66/8 75/21 79/1 98/3 98/11 114/2 151/14 157/7 169/16 169/22 212/22
**sometime [1]** 77/7
**sometimes [3]** 81/7 143/6 168/14
**somewhat [3]** 46/16 54/3 169/9
**somewhere [1]** 148/24
**somos [21]** 101/2 101/6 101/9 101/11 114/18 119/12 119/14 119/19 132/4 132/21 167/17 167/19 167/20 167/21 168/2 168/3 172/20 173/12 173/22 174/14 175/24
**Somos's [1]** 175/10
**son [12]** 63/13 63/14 63/16 88/18 92/2 92/3 93/17 93/19 135/1 140/21 142/14 144/24
**soon [1]** 146/8
**sophomore [1]** 140/23
**sorry [43]** 9/1 14/12 38/4 48/7 49/7 72/23 73/1 73/3 82/16 82/21 92/16 97/24 97/25 102/10 119/20 121/14 122/10 122/23 123/3 127/5 129/6 136/25 137/1 137/10 137/11 137/14 144/21 153/3 154/25 163/20 176/1 176/4 176/20 186/25 189/15 206/21 209/11 212/17 216/17 224/22 225/19 226/21 226/24
**sort [11]** 17/6 44/12 61/18 62/7 64/9 66/13 70/23 71/13 86/17 146/11 183/24
**sorts [1]** 82/2
**Sotto [1]** 71/15
**sound [2]** 222/17 224/24
**sounds [2]** 160/11 225/1

**source [3]** 80/17 99/4 234/5
**sourced [1]** 108/16
**sources [2]** 87/20 221/15
**south [73]** 36/11 36/16 37/24 38/10 39/21 40/4 40/11 44/16 49/12 53/17 53/21 54/8 54/22 82/11 83/1 83/2 98/21 102/2 102/4 107/3 112/13 114/12 137/21 138/8 138/10 139/11 139/15 146/3 146/12 148/6 149/2 149/3 152/6 159/10 168/21 169/4 169/11 170/4 170/7 170/16 172/2 172/4 172/5 172/12 172/13 172/15 177/14 186/15 186/20 187/7 187/9 187/14 187/15 187/20 188/1 188/3 190/15 192/3 192/12 192/19 193/15 193/21 193/25 194/23 195/2 196/1 202/4 206/2 206/13 206/14 215/16 224/6 233/4
**southern [12]** 1/1 4/14 56/11 70/24 72/25 73/6 74/10 74/18 74/21 97/7 186/12 204/23
**southwest [1]** 186/10
**Spanish [6]** 15/21 142/12 142/13 179/19 179/20 208/14
**Spanish-language [1]** 179/19
**speak [6]** 33/21 81/2 81/13 105/6 162/11 195/7
**speaker [1]** 194/14
**speaking [1]** 138/5
**speaks [1]** 149/17
**special [8]** 116/21 179/6 188/17 188/17 188/18 188/24 188/25 199/17
**specialized [2]** 188/19 233/10
**specific [14]** 4/21 11/18 15/25 58/9 58/17 58/18

58/22 78/18 94/23 95/4 96/13 185/18 189/20 222/19
**specifically [17]** 8/8 8/21 16/6 57/10 100/23 105/12 105/19 109/14 115/17 115/19 116/1 122/20 168/1 168/2 190/19 218/17 232/13
**speed [2]** 36/22 224/13
**spend [6]** 76/1 88/14 101/23 110/10 117/22 145/19
**spending [11]** 185/2 186/13 187/10 187/16 187/22 188/6 189/4 189/17 223/8 223/14 229/1
**spent [8]** 34/3 48/4 168/23 210/25 224/20 228/5 228/15 229/17
**spoke [1]** 142/13
**spoken [3]** 14/4 78/19 138/3
**spokesperson [1]** 33/25
**spokespersons [2]** 174/18 175/13
**sponsored [2]** 73/6 91/7
**sports [2]** 83/11 88/12
**spot [1]** 64/7
**spread [1]** 49/17
**spring [229]** 1/6 13/11 13/13 13/15 13/24 14/8 14/23 14/24 16/10 16/23 18/16 19/12 20/2 25/10 27/11 27/15 27/19 27/21 27/25 28/3 28/5 28/6 30/21 30/25 31/2 31/3 31/8 31/12 31/16 33/20 34/14 34/14 35/8 35/16 35/16 42/2 42/9 42/23 44/19 46/21 50/4 57/4 57/12 61/7 61/8 62/13 66/4 68/1 70/2 70/20 71/4 71/6 72/5 72/9 73/14 75/5 79/10 82/15 82/16 82/16 82/18 82/18 83/6 83/10 85/14 86/21 87/3 87/3 87/13 87/18 88/12 89/24 91/16 91/18 95/7 95/10 98/6 98/18 99/10

S

**spring... [150]** 99/17 101/3
101/6 101/9 101/12 101/12
102/8 102/11 102/12 103/3
103/17 104/4 104/12 105/4
105/4 105/17 106/23 107/2
108/7 109/13 109/14 111/6
111/23 113/4 113/14 113/21
113/24 114/8 114/18 114/19
114/20 114/24 115/20 116/6
116/19 117/15 118/5 119/13
119/14 119/19 121/4 124/9
124/10 132/4 132/21 133/17
134/16 134/16 134/20
134/23 135/15 135/25
136/12 136/20 141/10 142/7
148/5 151/12 151/16 155/4
155/13 155/15 159/20
159/22 160/1 160/17 163/6
163/9 163/10 163/11 164/5
165/16 165/18 165/20
165/24 166/2 166/15 167/20
167/21 167/22 167/22 168/6
168/10 169/5 170/9 170/23
173/14 173/15 176/11 177/2
179/25 180/10 184/14
184/22 184/24 185/7 185/9
186/11 187/13 189/10 191/9
191/9 191/22 194/13 195/1
195/11 195/15 195/19 196/3
196/9 196/14 196/19 196/25
197/4 197/14 197/16 198/2
199/11 199/21 201/2 201/6
201/11 202/4 203/5 203/7
203/20 203/25 204/14
204/18 205/3 205/6 205/10
205/13 206/6 206/10 208/3
208/6 208/8 208/11 208/20
208/25 211/6 211/15 212/18
221/17 231/5 231/8 231/12
231/19 231/23
**Spring Branch [172]** 13/11
13/13 13/15 13/24 14/8
14/23 14/24 18/16 19/12

27/11 27/15 27/19 30/8
31/12 31/16 33/20 35/8 42/2
42/9 42/23 44/19 46/21 50/4
57/4 57/12 61/8 62/13 66/4
68/1 70/2 70/20 71/4 71/6
72/5 72/9 73/14 75/5 79/10
82/16 82/18 83/10 85/14
86/21 87/3 87/13 87/18
88/12 89/24 91/16 91/18
95/7 95/10 98/6 98/18 99/10
99/17 101/3 101/6 101/9
101/12 101/12 102/8 102/11
102/12 103/3 103/17 104/4
104/12 105/4 105/4 105/17
108/7 109/13 109/14 111/6
111/23 113/4 113/21 113/24
114/8 114/18 114/19 114/20
114/24 115/20 116/6 116/19
117/15 118/5 119/13 119/14
119/19 121/4 132/4 132/21
133/17 134/16 134/20
134/23 135/15 135/25
136/20 141/10 148/5 151/12
151/16 155/4 155/13 155/15
159/20 159/22 160/1 160/17
163/6 163/9 163/10 163/11
164/5 165/16 165/18 165/20
165/24 166/2 166/15 167/20
167/21 167/22 167/22 168/6
168/10 169/5 170/23 173/14
176/11 177/2 179/25 180/10
184/14 185/7 185/9 187/13
189/10 196/3 196/9 196/14
196/19 196/25 197/4 197/14
197/16 198/2 199/11 199/21
201/2 201/6 201/11 203/5
203/7 203/20 203/25 204/14
205/3 205/13 206/10 206/6
208/8 208/11 208/20 211/6
211/15 212/18 221/17
**Spring Branch's [6]** 16/23
184/22 184/24 186/11 208/3
208/25
**SpringSpirit [1]** 17/15

**square [2]** 138/17 203/8
**St [1]** 203/14
**STAAR [4]** 15/12 24/4
44/14 106/17
**staff [8]** 17/14 19/6 165/4
166/22 168/16 172/23 174/3
174/6
**staffing [3]** 18/20 189/9
223/18
**stage [1]** 148/2
**stakes [1]** 65/16
**stamped [1]** 144/6
**stand [9]** 60/16 109/23
153/14 193/19 193/23
194/10 194/20 195/23
207/20
**standard [1]** 21/16
**standards [1]** 42/24
**standing [1]** 142/9
**standpoint [1]** 152/11
**stands [3]** 31/18 193/13
193/14
**star [1]** 202/3
**Starbucks [1]** 169/13
**stark [1]** 93/8
**start [16]** 32/25 33/6 67/24
111/13 116/24 134/12 138/2
142/23 147/7 149/6 151/3
151/18 163/7 168/8 224/3
228/4
**started [19]** 17/16 61/21
61/23 68/3 68/7 98/14 99/7
100/18 105/25 140/19 145/4
157/4 160/22 163/7 164/8
164/24 166/16 167/7 167/20
**starting [5]** 41/3 41/6 68/7
202/16 234/23
**state [56]** 8/21 11/12 12/1
13/5 14/2 14/24 15/12 15/13
16/3 16/13 16/13 16/18
16/21 17/4 17/5 19/15 21/10
24/5 24/12 31/9 32/20 32/21
41/17 45/19 45/25 46/1 46/5
46/6 54/7 60/5 62/1 62/6

**state...** **[24]** 76/10 76/12 83/25 86/14 91/4 91/13 91/19 98/17 107/15 107/18 115/19 116/7 116/17 120/11 184/10 185/19 186/2 189/10 189/22 193/8 194/2 200/25 211/8 212/2

**state's** **[1]** 126/1

**stated** **[4]** 58/8 86/23 220/23 229/7

**statement** **[12]** 4/20 37/22 38/8 41/19 68/10 105/3 105/12 105/23 122/17 125/25 129/9 131/20

**statements** **[2]** 235/11 235/25

**states** **[10]** 1/1 1/10 20/6 120/23 141/21 142/15 163/23 194/2 195/13 208/19

**stating** **[2]** 61/4 133/14

**statistical** **[4]** 35/11 35/12 58/2 58/10

**statistically** **[1]** 58/19

**statistics** **[7]** 38/2 53/16 57/3 57/11 70/1 107/12 123/12

**status** **[1]** 15/24

**statutes** **[1]** 79/6

**stay** **[3]** 60/25 141/16 147/12

**staying** **[1]** 91/1

**Stein** **[10]** 5/15 5/15 5/18 5/20 9/18 183/8 183/9 183/17 234/12 234/17

**Stein's** **[5]** 9/11 9/17 35/2 108/16 109/8

**STEM** **[4]** 17/16 17/17 18/3 18/5

**stenography** **[1]** 2/24

**step** **[1]** 50/11

**stepped** **[1]** 213/21

**steps** **[9]** 31/25 32/9 57/25 58/4 58/14 95/10 95/13

**stern** **[1]** 76/14

**stick** **[1]** 228/1

**still** **[12]** 44/19 107/16 116/23 120/14 120/19 148/12 148/13 161/16 195/10 198/24 221/22 228/18

**stop** **[7]** 18/15 53/5 64/12 64/14 67/14 152/3 210/9

**stories** **[3]** 32/6 68/6 174/9

**strand** **[1]** 16/25

**strange** **[2]** 66/4 135/11

**strategic** **[1]** 84/20

**strategy** **[3]** 131/14 131/21 131/21

**Stratford** **[4]** 94/1 106/25 107/3 194/22

**streamlined** **[2]** 32/8 32/8

**street** **[1]** 134/3

**strength** **[2]** 217/4 222/14

**strict** **[1]** 46/6

**strike** **[1]** 176/4

**striking** **[1]** 175/15

**strong** **[6]** 15/20 18/22 32/14 47/5 49/1 132/20

**stronger** **[3]** 14/23 31/8 31/9

**strongly** **[1]** 111/12

**structural** **[1]** 115/16

**structure** **[2]** 103/23 104/1

**struggle** **[1]** 235/16

**struggling** **[3]** 189/11 189/12 189/20

**stude** **[1]** 79/11

**student** **[95]** 13/20 13/20 13/21 15/16 20/6 20/10 20/18 20/20 21/1 21/7 21/21 32/21 33/5 35/24 41/20 42/3 42/10 42/14 43/1 43/13 43/20 44/3 44/8 44/11 44/12 44/15 44/18 44/18 45/7 45/14 45/18 45/19 45/23 47/16 47/20 48/14 48/16

53/10 55/3 55/9 57/5 60/1 62/16 65/13 74/20 74/23 76/8 79/1 79/5 79/11 79/25 81/14 84/3 84/12 89/24 90/17 96/13 112/1 120/18 120/23 141/12 185/6 185/11 186/6 186/11 186/13 186/23 187/10 187/16 187/22 188/2 188/2 188/6 188/11 188/15 189/9 189/16 193/7 195/14 196/3 215/3 226/2 226/20 227/9 228/1 228/6 228/21 228/23 229/5 229/6 229/12 229/14 229/18 230/4 233/20

**student's** **[7]** 20/22 42/6 42/7 45/18 46/3 46/7 90/16

**students** **[137]** 10/12 13/23 14/3 14/25 15/4 15/12 15/14 15/20 15/21 15/23 16/2 16/3 16/12 16/13 16/16 17/7 17/10 17/17 18/2 18/10 18/25 19/6 20/19 21/15 21/19 21/21 22/9 22/11 25/17 31/21 32/1 32/10 32/11 32/12 32/13 32/22 32/25 33/3 36/4 38/2 38/20 39/7 39/11 39/16 39/21 42/4 44/5 45/16 45/24 46/21 47/6 49/2 49/10 49/12 55/13 55/20 57/6 57/12 57/22 58/12 66/18 69/15 71/1 71/18 71/19 72/6 72/13 74/11 75/23 81/16 81/17 84/9 85/22 88/16 90/7 90/18 90/20 91/4 91/11 91/20 99/18 101/16 101/20 102/19 102/20 102/22 103/6 103/17 104/3 104/6 104/8 105/17 105/18 106/21 112/2 116/19 118/3 120/7 120/9 120/12 120/14 121/5 130/7 147/7 169/18 169/23 170/10 186/5 188/10 188/12 188/14 188/17 188/18 188/24 189/6

**students...** **[22]** 189/20 192/22 193/9 194/15 195/6 195/11 195/13 195/16 195/20 196/5 214/17 214/19 214/20 214/23 214/24 227/14 229/2 229/4 229/7 230/21 232/15 232/16

**students'** **[2]** 43/9 56/24

**studied** **[2]** 71/21 87/10

**studies** **[2]** 165/13 195/24

**study** **[5]** 25/17 56/9 69/25 73/24 75/3

**Study/Students** **[1]** 25/17

**studying** **[1]** 14/22

**stunning** **[1]** 85/19

**subgroups** **[2]** 48/20 48/21

**subject** **[8]** 5/10 40/13 55/17 57/14 216/2 218/7 221/22 221/25

**subjective** **[1]** 46/4

**subjects** **[3]** 9/21 33/22 216/10

**submissions** **[1]** 236/1

**submit** **[4]** 46/18 47/25 119/14 235/13

**submitted** **[1]** 77/6

**substances** **[1]** 91/6

**substandard** **[1]** 93/16

**substantial** **[2]** 40/6 40/10

**substantially** **[3]** 39/25 215/8 225/11

**subtle** **[1]** 140/3

**Subway** **[1]** 122/9

**succeed** **[1]** 106/4

**success** **[2]** 15/2 76/16

**successful** **[4]** 14/17 89/12 123/8 128/5

**such** **[12]** 38/20 66/3 80/11 81/22 102/4 114/13 119/20 120/2 201/2 201/16 222/18 229/12

**suffered** **[2]** 87/2 93/15

**suffers** **[1]** 94/19

**sufficiently** **[1]** 215/19

**suggest** **[1]** 225/24

**suggesting** **[1]** 52/21

**suggestions** **[2]** 96/23 140/7

**Suite** **[3]** 1/16 1/20 2/3

**summarize** **[2]** 208/1 209/12

**summarized** **[1]** 111/2

**summary** **[2]** 136/18 211/21

**summer** **[8]** 18/3 18/8 32/24 33/3 33/5 85/9 99/20 99/23

**super** **[1]** 173/19

**superimpose** **[1]** 47/20

**superimposed** **[1]** 38/17

**superintendent** **[29]** 9/25 10/2 10/3 10/5 10/9 10/14 10/15 10/21 10/25 11/2 11/4 13/8 13/9 13/16 14/16 19/1 19/1 33/24 88/21 89/3 89/5 172/23 173/19 173/20 173/24 173/25 174/2 176/11 210/22

**supervise** **[2]** 10/2 10/15

**supervised** **[1]** 31/17

**supervising** **[1]** 10/6

**supervision** **[1]** 74/24

**supplemental** **[2]** 71/3 84/19

**support** **[20]** 17/12 17/23 19/7 21/23 32/15 32/16 32/17 71/3 125/25 126/14 128/13 131/25 158/14 182/22 188/17 198/10 198/13 205/19 205/25 217/16

**supported** **[3]** 32/4 32/19 84/11

**supporters** **[1]** 8/12

**supporting** **[4]** 17/14 84/10 126/17 222/24

**supports** **[7]** 13/20 17/9 18/1 18/13 32/5 96/16 189/1

**supposed** **[1]** 10/23

**Supreme** **[1]** 4/25

**sure** **[56]** 5/10 15/14 15/20 16/16 18/6 18/8 18/13 21/7 21/16 21/18 22/6 31/16 32/9 32/13 32/17 32/20 33/3 37/14 45/1 62/20 64/16 67/15 68/15 68/18 75/3 76/15 79/23 96/1 96/8 98/5 100/5 100/23 104/21 108/3 116/13 120/22 131/1 134/3 134/14 135/10 136/11 139/13 139/18 143/4 149/9 158/23 158/24 158/25 159/16 169/19 174/22 181/14 209/14 219/7 227/6 235/2

**surname** **[1]** 51/8

**surprise** **[1]** 176/14

**surprised** **[1]** 176/15

**survey** **[2]** 14/3 125/21

**suspension** **[1]** 84/16

**Suspensions** **[1]** 71/19

**sustain** **[1]** 214/5

**Sux** **[1]** 143/23

**SWHS** **[2]** 194/25 195/5

**swimming** **[1]** 91/11

**Swing** **[2]** 130/19 130/24

**switch** **[1]** 183/9

**switched** **[3]** 76/9 142/12 202/16

**sworn** **[19]** 12/13 12/16 12/17 12/25 37/1 60/23 61/1 97/13 97/15 97/20 133/3 133/6 133/11 162/2 162/3 162/15 183/23 184/1 184/5

**system** **[30]** 15/11 32/3 42/13 50/10 84/6 84/18 85/15 87/14 104/18 104/22 111/19 111/23 114/13 114/21 115/17 115/18 117/5 157/6 165/8 167/5 196/8 196/17 196/18 199/10 212/4 213/2 213/12 213/25 217/4 218/5

**systemic** **[2]** 102/24 114/9

Case 4:21-cv-01997   Document 114   Filed on 09/20/24 in TXSD   Page 298 of 308

**systems [6]** 14/21 17/9
211/7 211/16 211/19 213/1

# T

**tab [3]** 4/8 4/16 78/5
**tabbed [1]** 4/11
**table [3]** 39/2 139/1 147/24
**tablet [5]** 95/17 95/17 95/18
95/19 95/20
**take [46]** 5/25 12/22 15/12
18/2 19/17 43/8 44/25 46/23
58/14 58/22 60/15 65/20
67/6 81/12 83/3 83/14 95/10
95/17 95/19 97/19 109/20
111/23 115/24 115/25
125/25 128/25 143/9 146/14
146/16 146/16 147/16
174/21 182/13 183/15 185/3
187/1 196/22 198/2 199/14
200/20 207/19 210/7 210/10
215/20 233/13 234/13
**taken [13]** 31/25 35/2 45/4
58/9 59/8 60/17 109/21
142/1 143/24 153/15 207/21
219/11 236/13
**takes [3]** 45/19 76/15
230/22
**taking [5]** 16/13 66/12
95/13 106/21 233/3
**talk [23]** 25/22 34/10 43/4
46/19 47/25 48/19 50/25
56/15 62/18 63/10 78/11
93/18 105/12 106/19 138/13
158/24 162/14 214/7 215/19
223/7 233/6 234/2 234/4
**talked [18]** 8/2 46/16 69/3
87/7 88/5 88/18 89/13
106/11 110/7 115/25 148/3
159/7 192/21 205/14 212/13
212/15 212/21 233/3
**talking [19]** 6/9 7/25 7/25
8/4 8/7 15/9 24/10 27/25
43/7 58/13 59/5 106/11

119/24 122/20 145/4 190/18
**talks [1]** 191/18
**tall [1]** 145/13
**target [2]** 131/15 131/21
**task [1]** 121/2
**taught [5]** 99/12 102/17
102/17 102/22 102/23
**taunting [2]** 145/1 145/3
**tax [1]** 184/19
**TEA [21]** 9/21 15/3 21/5
22/1 22/15 24/19 41/15 43/4
43/12 45/4 47/22 59/12 72/1
79/7 227/12 227/13 227/15
230/12 230/19 230/21 231/2
**teach [9]** 5/19 49/15 80/20
99/1 99/2 99/4 99/11 99/14
100/7
**teacher [13]** 21/14 44/7
46/4 81/9 81/10 102/21
111/20 120/6 121/4 141/12
141/24 142/10 142/13
**teachers [16]** 14/21 17/8
20/17 21/9 22/6 31/6 48/20
66/17 66/25 80/19 121/3
141/17 155/5 155/15 156/10
194/14
**teaches [1]** 9/21
**teaching [7]** 11/23 19/9
99/7 101/16 102/15 103/6
111/24
**team [13]** 32/18 63/20
63/23 64/8 64/17 64/19
64/24 76/10 84/6 84/6 84/11
84/14 136/11
**teammates [2]** 64/21 65/1
**Ted [3]** 129/4 129/5 161/11
**TEKS [2]** 9/22 10/11
**tell [47]** 7/22 14/1 14/19
20/14 22/16 31/5 31/15
31/25 37/2 45/14 61/17
63/16 68/10 73/23 74/16
75/7 79/4 79/24 98/11 100/1
100/3 100/13 108/20 109/25

134/21 135/8 136/9 139/11
143/4 146/24 154/21 158/16
178/23 182/15 184/12
193/12 196/2 199/8 199/24
206/16 209/15 213/6 231/9
235/4
**telling [2]** 98/2 143/2
**tells [2]** 16/14 199/9
**temporally [1]** 46/17
**ten [11]** 148/12 152/25
164/11 164/14 177/19
185/10 191/12 192/15
212/15 234/5 234/7
**tend [1]** 166/8
**tenth [1]** 120/20
**tenure [2]** 31/12 90/12
**term [4]** 11/14 45/8 45/23
51/1
**terms [7]** 71/6 87/4 90/12
117/4 184/15 215/3 215/4
**Terrace [4]** 28/2 28/7 28/13
191/9
**territory [1]** 124/23
**test [7]** 15/12 15/12 24/4
32/21 44/14 46/1 46/7
**tested [1]** 44/13
**testified [18]** 6/11 9/20
12/25 58/7 61/1 65/6 87/24
97/20 119/12 119/23 133/11
162/15 172/20 178/7 178/20
179/16 184/5 235/18
**testifies [1]** 123/17
**testify [1]** 221/3
**testifying [1]** 63/3
**testimony [22]** 5/23 34/7
37/6 46/15 62/22 62/25
73/17 78/13 82/10 83/3
83/24 89/8 96/10 118/15
139/22 159/8 162/6 170/18
170/20 192/24 208/1 210/21
**testing [3]** 14/5 32/20 133/8
**tests [1]** 45/17
**TEXAS [48]** 1/1 1/16 1/16

**TEXAS... [45]**  1/20 2/4 4/15
8/25 11/22 15/10 18/4 20/2
53/19 56/11 61/25 62/2 62/2
70/24 72/25 73/6 74/8 74/10
74/18 74/21 74/21 79/6 79/6
79/9 91/5 98/7 116/15
116/17 119/15 120/11 126/2
127/19 127/22 129/10
129/13 131/7 131/13 186/2
199/3 199/9 211/8 212/1
212/3 212/14 222/20

**text [8]**  110/25 115/10
155/9 155/16 156/21 157/1
157/14 157/21

**TFA [2]**  99/2 99/4

**than [66]**  14/4 21/20 21/24
36/3 39/2 39/20 44/4 52/13
52/18 52/25 66/2 74/2 76/25
78/22 79/21 80/10 86/22
86/22 87/13 122/18 123/9
131/25 144/20 144/21
144/22 147/14 148/8 149/16
151/24 159/9 159/12 159/13
160/20 160/24 160/25 172/1
172/15 177/13 181/17
185/21 186/15 188/3 188/18
189/17 192/18 201/22
202/17 204/9 204/13 209/22
214/18 214/19 215/9 223/23
225/11 227/10 227/16
227/19 227/19 227/20
229/18 231/2 231/19 232/14
232/15 233/1

**thank [63]**  5/4 6/6 12/7
12/10 12/21 12/24 24/21
24/23 33/7 33/12 33/18
34/21 46/8 46/25 48/7 59/20
60/12 60/14 62/9 75/22
76/20 77/11 77/24 81/13
83/21 90/4 92/9 94/5 94/22
97/2 97/7 97/9 97/10 97/18
104/23 108/12 109/24 111/6
119/2 131/4 131/18 132/24

133/10 134/7 139/25 161/11
161/20 161/24 162/4 162/8
173/18 178/14 178/18 183/4
184/4 187/3 207/4 207/24
211/23 222/7 226/12 236/11
236/12

**thankfully [1]**  122/7

**that [1300]**

**that's [99]**  4/18 5/1 5/16
10/24 14/9 18/12 19/19
20/24 22/8 22/11 24/3 24/17
25/3 26/8 35/11 36/1 36/6
40/12 44/5 44/6 44/7 44/13
48/4 48/8 49/9 50/1 50/19
51/10 51/12 54/2 54/11
57/18 72/13 72/19 74/12
82/3 82/3 82/15 90/4 92/21
93/16 94/5 94/23 95/12 96/3
96/3 96/5 96/6 100/14
100/17 109/4 113/14 126/25
134/2 136/1 137/22 137/25
142/22 143/20 146/18
146/23 149/4 152/14 152/15
155/1 159/11 165/21 177/24
188/4 188/10 188/14 190/17
190/22 192/4 194/22 196/7
198/1 200/15 201/1 205/9
206/7 209/8 210/3 210/9
212/5 212/14 213/5 218/22
220/8 220/18 221/6 222/1
224/7 224/15 226/20 230/16
231/3 231/21 236/2

**theater [6]**  170/4 170/5
170/5 170/8 170/9 170/12

**theaters [1]**  170/5

**their [109]**  8/25 11/7 15/13
15/21 16/13 16/18 17/21
18/4 18/12 20/23 21/20
26/15 31/23 32/12 32/17
32/21 32/24 32/25 33/4 42/3
42/9 42/10 42/24 42/25
43/13 48/15 48/21 49/14
49/19 50/10 50/10 50/18
51/25 52/4 52/12 58/17 64/4

63/5 67/6 67/22 74/19 74/19
74/24 75/1 76/11 81/15
84/22 85/23 86/20 90/20
95/18 100/10 102/24 102/25
103/1 103/21 105/20 109/16
111/7 113/7 113/11 114/3
116/18 117/4 117/5 118/7
121/1 127/12 129/10 131/1
139/17 147/13 147/23 149/5
149/5 149/9 151/19 152/5
152/7 152/9 152/14 154/2
159/23 160/16 160/21
160/21 165/8 165/9 165/13
166/23 167/6 169/24 170/2
172/11 174/19 175/24 178/1
186/5 188/21 189/6 198/14
198/23 199/1 199/10 207/12
207/13 213/21 229/18
235/18

**them [55]**  5/7 5/8 7/23
11/13 12/1 32/23 43/12
49/14 49/15 53/7 65/4 71/13
72/19 73/10 74/25 75/19
75/22 77/21 77/21 78/23
85/12 93/9 99/14 102/23
103/7 105/18 113/12 113/14
114/10 120/25 121/5 121/6
130/4 138/11 138/12 138/21
138/21 141/24 149/5 157/24
157/25 169/23 174/18
174/24 183/15 195/7 195/8
207/15 209/2 216/20 217/19
229/13 232/16 233/4 233/13

**themselves [2]**  105/19
105/21

**then [79]**  4/13 5/5 5/14 6/1
10/2 10/14 10/15 11/17
12/19 14/4 14/5 14/9 16/18
18/20 19/10 21/6 21/22
26/16 30/20 31/11 38/19
40/23 41/18 45/17 48/18
54/25 56/12 61/23 78/2
89/11 91/10 96/17 99/12
111/8 112/15 123/16 134/13

**then... [42]** 135/9 136/22
140/14 141/2 142/4 142/12
142/16 143/9 145/3 151/10
152/21 154/11 157/4 157/5
158/10 163/9 164/10 164/11
164/14 165/6 165/12 179/8
180/22 182/5 182/8 182/20
186/4 187/6 187/19 188/11
189/8 190/14 194/8 202/17
205/3 205/17 205/18 205/18
210/21 212/6 233/14 234/19

**theory [2]** 11/23 161/12

**there's [52]** 14/3 15/2 16/2
18/19 19/22 20/20 32/14
40/3 40/12 46/6 47/5 48/25
51/7 55/12 65/22 66/2 67/11
80/18 85/4 92/22 105/20
107/25 113/22 113/23 129/9
129/16 136/21 138/4 149/12
149/18 152/8 169/11 169/16
169/17 170/3 170/3 170/3
170/9 171/3 172/3 172/8
172/9 172/13 172/14 181/16
188/11 211/21 212/25
218/16 220/1 229/21 230/21

**these [50]** 24/7 24/8 33/19
40/9 50/23 58/1 69/15 71/23
75/22 78/1 80/21 84/1 84/11
85/12 85/13 87/17 88/15
92/25 96/5 96/20 96/22
96/25 106/19 108/15 113/8
122/6 138/20 142/20 145/1
145/2 145/23 147/25 148/3
151/3 152/20 153/25 157/17
163/13 169/18 176/12 179/5
188/5 191/14 191/14 196/2
203/18 216/5 220/16 228/24
233/2

**they [234]** 7/24 7/25 8/23
10/2 10/10 10/13 10/20
10/21 10/21 10/22 11/2 11/3
11/4 11/12 11/15 11/25
15/21 16/17 17/9 17/18
19/2 20/19 21/9 21/14 21/16
21/16 21/25 22/7 22/7 22/23
24/5 24/5 25/19 27/2 27/10
28/11 28/14 28/23 31/5
31/22 32/22 35/18 42/2
42/21 43/17 44/10 45/20
49/12 49/16 49/17 49/18
58/14 58/15 58/16 58/16
63/20 65/3 66/1 67/7 67/8
67/12 67/12 69/5 71/25
71/25 74/16 74/16 74/25
78/22 79/13 79/13 79/15
79/18 80/1 80/5 80/13 80/16
80/20 81/4 81/4 81/12 85/2
85/22 85/25 86/3 87/11
87/17 88/14 88/15 90/8
90/25 93/14 93/15 95/12
95/17 95/18 95/18 95/19
95/19 98/13 102/25 105/14
105/17 105/20 105/21
105/22 109/15 109/16
113/12 113/15 113/17
113/19 114/9 114/14 115/19
115/19 116/23 117/6 118/1
120/11 121/7 126/15 138/10
138/22 138/22 139/14
141/22 142/25 143/9 143/9
147/2 147/10 147/11 147/12
147/14 147/14 147/18
147/20 147/23 148/21 149/4
149/7 150/24 151/4 151/19
152/2 152/7 152/9 157/25
158/2 158/23 159/5 160/15
160/22 161/14 163/13 165/9
166/7 166/7 166/9 166/9
166/10 166/10 167/6 167/10
169/18 169/22 169/22 170/6
170/8 170/10 170/11 170/15
170/16 171/17 171/17
171/18 171/18 172/11
172/11 174/8 174/8 174/9
174/10 174/14 174/14
174/16 174/16 174/17
175/25 176/11 177/18
177/22 179/3 179/3 179/9
179/20 186/1 186/2 188/13
188/16 188/17 188/24
189/21 191/16 195/6 195/7
195/12 195/16 198/16
198/23 199/23 200/13
202/14 202/16 202/17
202/17 202/21 202/25
207/12 207/17 213/3 222/9
230/6 233/10 233/12

**they'd [2]** 11/17 207/16

**they'll [1]** 42/10

**they're [39]** 4/22 5/12 8/23
10/13 10/23 21/7 21/25
22/10 24/2 24/4 42/25 42/25
49/14 49/15 55/4 71/23
71/23 77/21 91/12 100/11
120/19 120/24 120/24
138/23 138/25 142/25 149/7
149/8 152/17 166/8 166/11
172/6 172/7 185/15 191/4
191/16 209/15 233/10
235/12

**they've [6]** 22/7 52/12
114/14 147/24 149/4 171/13

**thing [13]** 7/25 39/24 66/3
66/13 92/8 94/7 97/7 111/15
111/16 111/18 117/9 141/17
142/8

**things [28]** 8/1 11/6 11/15
34/10 65/23 79/25 85/25
90/6 91/11 92/19 106/13
107/24 112/10 112/15
136/15 136/21 141/6 142/17
151/22 159/14 160/15 188/9
216/19 221/3 223/21 223/25
232/9 232/11

**think [110]** 5/16 5/20 5/24
6/15 6/24 7/9 7/13 7/25 8/6
9/6 10/19 10/20 14/16 19/18
19/21 30/17 36/22 38/21
44/22 45/11 51/12 59/5

**think... [88]** 61/10 62/22 64/8 64/9 64/13 64/14 64/23 68/12 69/5 70/16 72/9 76/2 76/22 77/25 79/13 80/3 80/8 80/11 85/2 85/16 86/7 86/15 87/16 89/5 89/15 93/13 93/23 95/12 95/12 107/13 108/20 110/19 111/8 111/23 114/23 115/4 116/9 116/12 118/14 118/19 121/13 122/8 123/3 130/25 136/6 138/9 138/14 140/11 141/6 144/18 145/15 146/14 148/24 149/12 149/25 155/14 159/14 161/6 161/12 167/10 167/11 169/16 170/8 170/24 170/25 172/3 174/6 175/23 177/7 177/10 177/13 177/19 178/1 178/25 179/3 183/8 199/7 210/25 212/14 212/19 220/1 220/4 226/17 235/8 235/9 235/16 235/19 235/23

**thinking [6]** 138/2 142/23 147/7 149/6 151/3 151/18

**third [6]** 16/3 31/17 45/19 99/13 126/22 137/23

**this [347]**

**Thompson [7]** 211/5 211/15 213/10 213/14 213/16 213/19 213/23

**Thorn [1]** 28/15

**Thornburg [2]** 4/8 4/12

**Thornwood [7]** 28/24 29/3 29/4 29/6 29/8 40/3 191/10

**thorough [1]** 160/17

**those [116]** 7/22 8/2 8/11 9/22 10/6 10/9 10/11 17/1 19/11 20/8 20/11 20/14 20/16 20/17 21/8 21/11 21/13 21/17 24/2 25/24 26/6 31/4 32/12 36/3 40/11 40/21 41/21 42/17 48/2 48/15 49/21 50/21 54/21 54/21

55/3 55/5 55/8 60/5 67/21 74/23 77/18 78/5 79/8 79/19 79/24 83/11 83/12 86/3 87/4 93/4 93/9 93/12 94/11 101/20 102/23 103/19 104/8 109/17 111/7 113/6 115/12 117/6 120/3 121/5 123/16 125/4 135/5 138/8 138/9 140/15 141/6 141/8 147/5 147/8 147/10 147/22 148/17 148/23 149/10 149/20 150/15 152/13 154/5 157/7 160/2 160/22 163/19 164/22 168/21 169/4 182/23 183/16 186/8 186/15 188/16 188/18 188/23 188/23 189/1 189/11 192/3 192/11 197/24 198/11 199/21 202/23 202/24 203/1 203/24 204/13 208/22 222/24 232/19 232/20 234/25 235/19

**though [7]** 72/11 90/24 129/16 143/6 145/17 150/2 230/2

**thought [22]** 9/19 65/14 66/3 66/8 69/9 71/5 72/4 74/3 79/20 80/18 81/1 81/12 81/14 82/4 104/17 159/4 160/13 161/13 161/14 170/14 231/25 232/5

**thousand [1]** 135/13

**thread [2]** 155/9 156/21

**three [46]** 7/23 16/2 16/5 16/6 26/17 27/20 41/7 44/16 45/16 49/14 49/18 76/2 78/3 81/4 84/15 99/12 99/18 110/2 112/21 113/23 115/11 117/4 137/21 139/23 159/3 162/7 165/5 180/6 180/6 182/21 191/3 191/24 202/21 203/2 206/14 206/14 218/24 219/22 219/23 220/13 220/21 220/23 221/16 222/2 233/10 234/18

**three-year [1]** 117/10

**through [44]** 5/16 14/8 15/6 16/21 20/1 34/11 41/15 41/25 42/21 47/10 56/13 56/14 71/11 71/13 72/21 77/21 84/18 84/19 103/2 131/13 135/25 135/25 140/20 141/22 144/6 144/7 144/7 146/19 179/13 179/23 185/19 186/1 186/2 193/10 195/14 208/2 209/13 216/21 221/10 221/23 223/9 231/25 232/6 235/18

**throughout [3]** 35/5 135/24 233/8

**thus [1]** 51/14

**tied [1]** 189/21

**ties [1]** 103/20

**Tiger [2]** 24/1 28/16

**Tijerina's [1]** 46/15

**till [5]** 60/16 72/22 140/19 153/14 234/22

**time [81]** 19/5 25/22 31/12 37/25 38/1 40/14 41/4 44/22 47/14 47/17 48/5 49/15 49/19 55/14 58/7 58/17 61/24 64/4 66/5 67/3 67/6 68/2 68/20 69/5 69/6 78/17 81/11 83/15 86/20 88/14 92/6 93/14 94/4 95/16 101/16 101/23 102/7 104/4 110/9 110/10 114/24 117/16 117/22 121/7 122/22 122/25 127/11 130/18 131/17 135/14 141/17 145/19 147/19 154/8 155/13 155/23 156/22 157/3 163/15 166/14 171/9 172/7 173/4 175/14 176/8 179/12 183/7 198/4 198/16 199/5 202/18 204/3 207/11 207/16 212/1 213/20 219/21 220/17 222/5 226/24 234/25

**timely [1]** 147/20

**T**

**times [5]** 68/21 88/5 101/22 227/16 227/22
**timing [2]** 60/6 112/25
**tirelessly [1]** 127/5
**title [9]** 17/18 17/22 53/25 168/2 185/16 185/17 185/18 185/24 186/7
**Title I [7]** 17/18 17/22 53/25 185/16 185/17 185/18 186/7
**titled [2]** 71/17 73/12
**today [4]** 5/25 167/16 170/20 206/9
**together [3]** 7/23 128/17 128/21
**told [14]** 34/4 46/14 63/9 65/17 67/17 141/23 142/5 174/5 174/6 189/18 210/25 223/13 223/16 230/3
**tomorrow [6]** 183/10 183/13 233/22 234/3 234/22 235/7
**too [11]** 22/6 22/8 68/21 88/15 95/13 95/13 97/6 113/14 142/13 158/25 214/5
**took [8]** 47/14 58/1 58/4 96/12 171/9 199/14 219/24 233/23
**top [9]** 20/5 107/7 107/14 107/18 131/4 144/10 156/14 224/22 228/12
**topic [4]** 57/14 57/16 196/7 215/22
**topics [3]** 34/6 210/22 214/7
**total [7]** 6/21 99/15 181/15 181/16 202/21 215/4 230/21
**totality [1]** 50/19
**touches [1]** 162/6
**toward [1]** 204/23
**towards [2]** 84/18 105/22
**town [1]** 224/6
**track [3]** 18/7 21/19 199/11
**tracking [2]** 15/1 15/4
**tracks [1]** 200/25
**traditional [1]** 84/10
**traditionally [1]** 51/16
**Trail [2]** 24/1 28/16
**trained [1]** 10/23
**training [2]** 18/20 195/14
**trainings [2]** 17/25 81/9
**transcript [3]** 2/24 59/10 236/15
**transfer [3]** 92/20 95/9 95/21
**transferred [1]** 96/1
**transition [2]** 85/9 213/8
**transitioned [1]** 99/23
**transitioning [1]** 115/17
**transparent [1]** 151/7
**transportation [6]** 112/24 203/18 203/20 203/21 233/7 233/8
**transported [1]** 233/15
**traveling [1]** 148/17
**Treasure [10]** 29/10 29/14 29/16 29/17 147/4 172/17 230/14 230/18 230/24 231/1
**treated [3]** 102/19 122/25 142/19
**treatment [6]** 57/21 58/3 58/12 63/10 79/16 82/3
**trial [5]** 1/9 3/2 46/14 76/24 192/21
**tried [4]** 87/17 92/6 93/7 103/14
**trip [2]** 60/13 177/11
**trophy [1]** 43/17
**trouble [2]** 143/1 143/5
**true [18]** 26/8 37/22 38/8 39/24 40/9 40/12 67/10 112/11 144/3 151/20 151/20 161/17 213/5 217/7 217/12 217/22 218/2 229/3
**Trujillo [1]** 173/15
**trustee [14]** 6/10 7/1 88/4 102/12 123/8 127/19 128/1 129/22 132/10 154/25 158/6
**trustees [16]** 102/10 103/4 103/19 104/4 114/19 114/19 114/24 116/22 116/23 117/3 118/5 119/15 131/11 148/5 200/13 217/4
**trustees' [2]** 105/5 160/13
**truth [1]** 37/2
**try [10]** 55/14 66/11 79/22 80/8 121/5 147/13 159/25 171/12 210/5 210/9
**trying [18]** 43/8 43/18 48/10 58/18 63/15 68/9 75/14 80/12 81/25 83/14 103/21 103/21 104/5 105/23 106/22 113/9 160/12 175/22
**Tuesday [2]** 199/19 200/5
**Tulane [1]** 61/21
**turn [26]** 37/8 40/13 56/6 77/3 78/2 92/15 92/15 110/17 112/8 114/16 136/16 155/7 156/20 157/20 181/25 185/2 189/23 195/12 196/7 199/15 200/7 201/9 201/24 208/18 208/24 218/9
**Turn-out [1]** 112/8
**turned [2]** 67/10 77/18
**turning [28]** 25/10 26/20 26/25 27/3 27/8 27/11 27/18 27/21 28/4 28/7 28/12 28/21 28/24 29/4 29/10 29/15 29/18 29/23 30/1 30/6 30/9 30/15 30/20 31/1 55/17 197/7 209/9 221/22
**turnout [13]** 7/8 7/11 9/3 9/7 108/5 112/16 112/23 131/16 138/4 181/11 201/19 201/20 203/24
**tutor [1]** 49/19
**Twenty [3]** 136/25 176/21 197/23
**Twenty-five [1]** 136/25
**Twenty-four [1]** 176/21
**Twenty-six [1]** 197/23

Case 4:21-cv-01997    Document 114    Filed on 09/26/24 in TXSD    Page 303 of 308

# T

**twice [3]** 145/15 214/19 231/22

**two [31]** 4/5 7/24 14/10 15/24 17/2 21/6 49/18 50/24 56/5 59/1 62/14 62/14 62/15 62/15 83/23 95/4 97/6 113/15 124/23 134/6 138/19 152/3 162/7 172/25 173/16 187/12 188/1 188/1 209/6 226/3 226/14

**two-mile [2]** 138/19 152/3
**two-way [2]** 14/10 17/2
**two-year [1]** 15/24
**TX [2]** 130/19 130/24
**type [8]** 69/8 73/24 126/21 140/15 141/8 189/1 198/12 202/19
**typed [2]** 37/6 105/3
**typed-up [1]** 37/6
**types [3]** 188/12 211/7 211/19

# U

**U.S [3]** 4/25 129/2 132/7
**U.S. [2]** 163/21 163/24
**U.S.-born [2]** 163/21 163/24
**uh [15]** 24/22 37/4 37/20 42/12 42/19 46/9 67/19 68/25 85/5 87/23 136/5 137/8 156/25 157/15 161/3
**uh-huh [15]** 24/22 37/4 37/20 42/12 42/19 46/9 67/19 68/25 85/5 87/23 136/5 137/8 156/25 157/15 161/3
**ultimate [1]** 108/11
**ultimately [3]** 50/13 103/1 109/2
**umbrella [1]** 11/14
**unaudited [2]** 186/22 228/6
**unaware [1]** 58/9
**unbeknownst [1]** 142/6

**unbelievable [1]** 141/4
**unconscious [1]** 230/9
**under [22]** 31/25 43/12 46/18 50/19 51/14 70/25 74/23 78/5 90/13 119/15 183/15 184/19 190/24 194/8 200/8 216/1 216/9 216/12 216/21 219/15 232/14 234/25
**understand [33]** 19/8 39/1 39/2 43/22 45/1 45/6 54/2 55/4 55/8 61/16 63/20 66/11 68/9 71/8 83/14 85/17 91/14 91/16 100/24 105/21 138/12 172/4 174/12 177/8 179/8 206/17 206/23 207/1 207/2 218/15 221/14 235/8 235/9
**understanding [10]** 7/16 51/10 57/18 65/3 129/5 130/8 167/5 175/23 202/8 235/23
**understands [1]** 222/8
**understood [4]** 41/24 102/21 104/21 233/25
**underutilized [1]** 233/6
**undocumented [2]** 103/18 106/1
**unfair [1]** 81/12
**unfortunate [2]** 142/22 157/16
**unfortunately [4]** 138/18 149/10 157/6 233/19
**Uniform [1]** 199/16
**union [1]** 155/5
**unions [1]** 52/6
**unique [2]** 21/17 102/16
**UNITED [3]** 1/1 1/10 120/23
**United States [1]** 120/23
**universally [1]** 229/3
**university [10]** 18/3 56/11 61/21 70/22 72/25 74/21 74/21 98/10 134/19 164/1
**University's [1]** 76/12

**university-based [1]** 70/22
**unless [6]** 47/21 52/24 170/25 171/4 177/11 233/9
**unrelated [1]** 43/13
**until [9]** 13/17 99/20 109/20 141/1 166/8 171/13 207/20 234/3 235/13
**up [75]** 12/6 19/18 25/24 34/8 34/20 37/6 49/12 53/2 55/19 59/22 67/1 68/13 68/16 69/21 72/23 81/13 83/14 83/20 89/21 95/3 98/4 99/13 99/13 99/20 103/8 104/25 105/3 107/7 107/19 115/20 117/1 117/5 121/5 121/19 122/2 123/6 124/12 126/21 133/21 133/23 134/11 134/12 136/17 140/11 140/13 140/21 142/7 142/21 143/17 144/9 144/24 146/3 146/8 146/12 148/16 148/23 150/2 151/25 152/12 162/9 162/11 162/13 162/23 163/4 168/25 176/13 176/18 181/4 202/24 203/14 218/24 219/22 226/6 226/9 233/22
**update [1]** 48/5
**updated [1]** 168/22
**upgrades [2]** 190/11 192/2
**uphill [1]** 114/13
**upon [9]** 41/17 52/7 52/8 74/3 75/20 79/6 118/17 139/3 222/1
**upset [2]** 140/24 145/25
**urge [1]** 129/23
**urging [3]** 129/22 130/4 130/4
**us [36]** 5/16 5/19 14/19 22/16 32/22 39/13 40/17 64/14 68/10 69/22 73/23 75/7 81/4 81/13 92/8 93/18 136/17 143/13 146/24 158/22 162/25 163/6 172/25 173/24 174/8 174/17 174/17

**U**

**us... [9]** 175/2 175/3 175/18
175/20 193/12 204/24
223/13 223/16 231/12
**use [10]** 45/23 48/2 131/17
140/17 167/6 183/10 183/14
188/15 207/12 233/18
**used [10]** 10/11 45/8 96/2
115/23 196/17 208/11
208/15 208/19 212/3 228/6
**uses [3]** 9/20 47/13 208/12
**using [8]** 39/18 46/4 51/15
91/6 151/8 151/10 210/9
230/8
**usual [1]** 171/8
**usually [3]** 113/17 152/5
166/6

**V**

**vain [1]** 105/13
**Valley [6]** 61/7 62/16 68/4
82/15 82/18 83/6
**values [4]** 7/13 7/14 7/15
101/15
**Van [1]** 131/12
**vandalism [2]** 146/11 148/9
**vandalized [1]** 146/1
**variables [1]** 228/24
**various [6]** 45/23 56/1
135/24 136/15 185/9 229/25
**varying [1]** 50/7
**vast [3]** 8/24 53/14 139/11
**versa [1]** 122/9
**versed [1]** 180/25
**version [1]** 62/8
**versus [13]** 21/4 52/7 52/9
147/19 149/21 157/5 159/15
168/21 169/4 180/14 182/8
192/12 199/25
**very [101]** 5/18 6/24 7/7
7/15 7/19 9/12 14/18 15/1
15/24 15/24 17/8 17/10 20/5
20/17 20/25 21/8 21/17 22/9
25/25 31/11 32/22 33/7

50/5 50/16 54/3 62/3 62/7
66/4 72/7 75/23 76/20 78/23
81/12 81/17 83/6 83/8 83/9
86/12 89/9 92/12 94/24 95/4
95/6 95/22 96/7 105/24
106/17 106/22 108/5 108/6
121/5 126/21 131/16 135/24
138/19 138/24 139/20 142/4
145/25 146/25 147/6 148/19
148/21 148/23 149/3 149/7
151/11 152/10 156/22
159/21 159/21 160/17
166/11 166/17 168/17
168/17 169/7 169/7 169/15
170/25 171/2 171/3 171/13
174/20 175/12 175/21
176/16 177/11 179/2 183/4
192/21 196/5 201/19 212/19
225/25 229/19 233/12
**vetted [2]** 140/10 140/13
**vetting [1]** 160/18
**vice [2]** 67/2 122/9
**Vietnamese [1]** 208/15
**view [7]** 53/1 81/18 112/10
145/1 145/1 150/20 178/9
**viewed [2]** 141/12 145/3
**views [2]** 158/17 159/21
**village [2]** 82/19 82/20
224/6
**villages [9]** 35/20 35/25
82/22 114/12 172/6 183/14
215/8 215/10 215/12
**violate [3]** 91/18 91/18
215/25
**violation [1]** 63/25
**violations [2]** 79/18 80/4
**VIRGINIA [6]** 1/4 1/22
130/9 156/23 156/24 158/4
**virtually [2]** 13/22 214/11
**visible [1]** 32/11
**visit [5]** 5/9 32/11 87/6
168/14 169/1
**visited [3]** 86/9 86/14 87/7

**vote [1]** 72/15
**voice [2]** 50/11 167/6
**VOLUME [2]** 1/11 3/2
**voluntary [1]** 70/18
**volunteer [4]** 132/13 164/9
165/1 165/1
**volunteered [3]** 74/11 74/22
136/13
**volunteers [6]** 81/16 81/17
111/6 164/10 165/4 165/4
**Vota [1]** 194/14
**vote [55]** 8/12 9/3 9/5 9/14
51/16 63/7 108/23 108/25
110/13 113/1 113/6 113/7
113/9 113/16 113/17 119/17
121/23 121/24 123/9 128/11
128/15 131/15 144/2 151/4
158/2 167/8 167/14 171/4
171/7 171/7 171/10 171/10
171/23 172/7 173/9 173/10
179/18 179/19 180/15
180/17 181/20 181/23 182/9
182/11 182/23 192/22
194/16 195/8 195/8 196/6
200/4 201/10 201/25 204/4
204/8
**voted [6]** 114/7 159/1
180/19 182/12 200/16
217/19
**voter [26]** 9/7 51/25 52/2
52/9 83/15 109/1 109/9
109/10 112/16 113/11 116/7
116/14 116/18 137/23
137/24 167/8 167/13 179/16
181/11 193/2 194/3 195/12
196/3 200/9 201/2 203/24
**voters [35]** 6/14 9/7 51/24
52/2 52/14 108/4 109/4
109/6 109/13 109/18 111/6
114/7 118/6 118/25 119/17
123/13 128/22 131/15
131/22 131/25 132/1 137/15
137/16 138/6 138/8 139/4
139/8 191/1 199/12 200/12

**V**

**voters... [5]** 214/17 216/1
217/19 222/14 231/20
**voters' [3]** 217/20 222/21
222/25
**votes [8]** 6/21 119/19 151/3
181/8 181/16 182/16 182/24
182/25
**voting [70]** 8/12 8/15 50/2
63/1 107/25 108/1 108/4
108/5 108/8 108/11 112/21
113/11 114/21 115/25
117/13 117/15 117/16
117/18 167/10 170/20
170/22 171/12 171/12 172/5
172/6 193/7 194/15 198/19
198/23 199/10 201/9 201/10
201/12 201/16 201/17
201/19 201/25 202/13
202/20 202/22 203/4 203/9
203/19 203/23 204/4 204/5
204/12 204/15 205/3 205/13
205/20 206/9 206/16 206/22
208/3 208/5 208/9 215/25
217/4 217/15 217/25 218/12
218/20 219/2 219/20 220/15
221/18 222/4 222/13 222/14
**VS [1]** 1/5

**W**

**WAIS [1]** 195/22
**wait [2]** 166/8 209/10
**waiting [1]** 25/12
**walk [2]** 131/17 195/5
**walked [4]** 76/10 85/22
130/25 132/19
**walking [1]** 113/14
**want [56]** 5/22 6/2 10/20
25/21 25/22 32/13 34/6 34/7
34/10 35/12 35/12 40/13
43/6 44/8 44/10 46/13 46/24
50/20 52/23 56/16 60/4 64/7
64/7 68/18 71/7 75/14 78/8
78/11 84/1 94/7 109/14

100/16 109/19 141/4 141/4
141/7 142/25 145/7 170/18
170/21 171/4 174/14 174/24
175/12 177/11 179/13
199/15 209/1 209/12 214/7
215/19 219/11 223/7 233/7
234/2 234/4
**wanted [26]** 5/9 5/9 57/14
69/8 75/19 75/21 80/14
83/15 104/20 106/19 107/15
108/3 109/19 111/13 138/7
147/9 167/8 167/9 174/2
174/17 174/19 174/21
174/22 175/17 175/24 179/3
**wanted -- I [1]** 5/9
**wants [3]** 42/9 42/24 53/5
**was -- well [2]** 98/25 142/1
**wasn't [11]** 7/11 7/18 74/5
92/8 95/22 96/2 123/11
129/19 143/8 154/4 181/10
**watch [1]** 32/1
**wavelength [1]** 34/22
**way [27]** 11/3 14/9 14/10
17/2 19/11 19/21 21/20
24/19 25/3 32/23 53/8 63/15
66/16 66/18 75/1 84/24
113/14 136/1 138/18 140/11
140/13 169/3 186/24 188/9
203/14 212/8 224/16
**ways [2]** 21/18 94/18
**we [380]**
**we -- I [1]** 174/17
**we'd [2]** 5/19 200/20
**we'll [22]** 5/13 5/20 9/18
48/1 48/1 48/6 51/10 56/15
60/15 77/7 129/20 134/12
153/14 155/8 170/19 173/1
207/19 212/11 226/6 228/1
235/20 236/6
**we're [35]** 4/18 27/25 31/11
34/21 46/13 46/20 50/11
62/18 63/15 67/16 72/15
72/15 75/15 77/21 83/18
89/23 109/20 110/10 115/4

168/25 177/10 181/4 183/8
207/19 208/13 208/13
212/20 221/22 225/10 226/3
226/14 230/20
**we've [17]** 5/10 32/15 32/16
32/16 92/21 101/7 110/7
110/18 133/20 148/3 151/15
170/20 192/21 207/11 225/4
225/15 225/17
**wealthier [1]** 102/5
**wealthy [1]** 102/5
**wear [1]** 161/13
**website [3]** 131/14 155/17
155/19
**weekday [1]** 8/19
**weekend [2]** 8/16 8/19
**weekly [2]** 81/7 156/19
**weeks [3]** 31/24 58/16 64/10
**weight [3]** 94/11 118/19
145/10
**welcome [3]** 18/10 62/10
135/21
**welcoming [1]** 89/18
**well [106]** 4/16 5/22 6/1 7/9
8/2 9/10 9/16 14/20 15/24
16/9 16/17 16/18 18/19
19/14 24/12 24/19 32/6
34/19 35/18 36/7 36/17
37/11 45/6 47/10 49/11
51/12 53/24 55/6 60/4 60/15
62/15 63/18 63/24 64/8
67/24 68/12 68/14 68/23
71/6 71/23 73/25 74/20
76/19 77/12 78/19 79/5
80/18 81/22 83/6 89/12
90/22 91/15 95/22 98/25
99/18 101/10 102/17 103/18
104/16 108/3 108/23 109/17
109/18 111/5 111/19 112/17
113/3 115/16 116/19 120/4
126/16 135/23 138/2 142/1
145/11 146/15 147/3 148/10
149/7 149/14 156/6 159/14

**well... [24]** 160/21 164/18 166/24 169/6 172/3 172/23 174/2 174/16 175/1 175/12 180/25 184/18 184/20 188/20 204/6 212/11 212/24 218/17 220/6 224/1 229/21 230/3 234/2 236/6

**well-being [1]** 164/18

**well-equipped [1]** 160/21

**well-known [1]** 135/23

**well-versed [1]** 180/25

**went [40]** 26/3 27/2 27/20 28/6 41/15 41/25 64/13 65/10 65/12 66/19 66/22 70/21 70/25 76/6 76/7 76/18 95/24 98/7 98/10 112/11 134/12 134/16 134/17 134/18 134/25 134/25 135/1 135/1 135/2 138/5 142/4 147/7 150/6 163/5 163/10 178/7 179/22 190/16 223/9 232/6

**were [249]**

**weren't [2]** 90/25 96/25

**West [3]** 205/19 205/25 212/14

**Westchester [5]** 25/16 107/14 135/2 135/6 195/24

**Westwood [1]** 29/18

**what's [11]** 32/6 44/13 45/1 83/7 99/21 152/22 170/24 178/3 194/25 225/7 228/16

**whatever [12]** 46/23 49/17 64/10 67/8 69/4 85/23 93/14 93/15 135/11 141/18 153/11 188/16

**whereas [2]** 87/18 229/12

**whether [37]** 5/6 7/13 43/19 50/3 50/21 52/5 52/7 52/8 57/25 75/2 77/10 81/18 92/22 93/1 96/18 118/9 123/12 138/13 140/17 140/18 140/18 142/25 146/4

**[4]** 151/14 152/16 161/10 161/11 161/12 161/12 161/14 161/15 165/13 213/12 217/6 217/11 217/21 218/1

**which [103]** 5/14 7/10 17/2 26/9 35/3 35/3 35/20 38/17 40/24 41/25 44/11 45/5 49/13 49/23 50/25 51/18 52/18 55/4 57/9 62/6 64/1 64/19 70/22 71/2 71/21 72/17 73/12 77/18 77/22 78/11 80/9 83/19 84/12 85/7 86/4 86/18 87/21 89/13 90/13 91/3 91/5 94/20 100/7 105/6 107/15 107/16 108/10 108/24 110/7 110/13 123/21 123/24 124/2 124/5 124/8 125/3 127/14 127/20 134/17 134/22 138/17 141/11 147/3 147/8 147/21 149/4 150/21 151/23 155/7 156/1 163/9 164/9 171/8 171/12 181/6 181/7 181/25 182/14 182/16 185/22 187/6 187/13 190/25 191/21 197/7 199/21 200/5 206/17 206/23 212/15 213/20 218/18 218/25 219/18 220/12 220/14 221/14 221/17 222/3 227/12 230/11 231/19 235/10

**while [8]** 46/13 91/12 106/1 108/25 113/8 140/25 195/8 221/22

**white [33]** 35/25 48/16 57/6 57/12 57/22 58/12 58/20 71/19 80/1 92/24 103/16 108/25 109/1 109/6 109/18 110/14 121/22 121/24 123/9 137/16 137/24 151/21 159/9 209/19 209/22 210/1 214/11 214/17 214/18 214/20 215/13 215/16 217/19

**whites [1]** 208/5

**whiz [2]** 230/3 230/6

**who [77]** 11/2 18/11 19/8 21/15 21/21 31/21 32/10 42/23 64/13 66/24 67/12 67/24 67/25 69/1 69/16 74/11 74/16 74/19 74/22 75/23 80/20 81/14 84/14 87/4 89/17 90/7 90/22 91/20 92/1 93/1 93/12 93/17 96/11 115/12 118/12 120/9 120/14 120/18 127/22 130/8 132/3 135/17 138/11 145/16 145/20 153/25 154/5 154/16 155/12 158/10 167/10 167/14 169/20 171/18 171/23 173/1 173/11 173/15 175/6 175/18 176/2 179/11 180/25 182/2 182/5 182/23 193/4 195/16

**who's [4]** 5/7 51/13 51/13 151/6

**whole [6]** 71/11 76/5 111/16 134/20 168/11 185/13

**whom [4]** 69/2 69/21 181/23 182/11

**why [42]** 14/19 22/5 22/8 22/11 23/24 24/17 40/11 50/1 58/5 58/19 61/13 66/12 69/2 71/8 72/13 80/14 83/7 93/16 94/5 102/14 104/14 108/1 113/2 113/16 138/1 138/12 146/13 152/15 158/16 174/14 176/11 177/6 177/20 180/19 198/5 199/24 201/18 202/13 204/2 205/20 206/16 206/22

**wife [10]** 66/19 67/2 76/15 93/16 94/3 95/24 134/24 141/7 145/10 148/22

**Wildcat [1]** 25/3

**will [53]** 5/8 5/19 5/24 5/25 10/11 10/11 11/2 19/18 26/16 35/13 37/17 46/25 48/1 53/4 61/17 62/22 62/25 63/1 77/4 78/5 86/15 88/17

**will...** **[31]** 91/24 94/24 95/2 95/13 96/24 108/9 108/14 111/24 116/2 116/9 117/1 127/5 135/8 139/23 143/9 162/9 162/12 162/13 162/14 163/4 176/18 183/14 183/17 216/21 221/14 223/5 226/5 229/13 234/18 234/21 235/16

**willing** **[4]** 174/16 175/2 175/2 213/25

**win** **[14]** 9/8 51/13 51/14 109/2 111/2 111/5 114/2 114/4 124/24 125/5 137/19 138/7 153/6 153/9

**window** **[1]** 168/20

**wing** **[4]** 127/15 127/16 128/18 157/10

**Wink** **[1]** 212/14

**winter** **[1]** 59/9

**wiped** **[1]** 159/5

**wise** **[4]** 103/5 184/18 184/18 232/17

**withdrew** **[2]** 213/19 213/23

**within** **[9]** 89/23 151/23 152/1 152/3 185/9 193/17 197/11 204/22 204/25

**without** **[8]** 9/7 9/14 84/2 93/25 94/6 138/15 216/20 220/19

**witness** **[36]** 6/2 12/8 12/11 12/17 36/20 45/11 58/24 60/9 60/19 60/20 60/23 77/13 82/5 92/11 97/2 97/11 97/15 109/22 109/22 119/3 132/22 132/25 133/3 133/6 145/20 153/13 161/4 161/21 162/3 183/1 183/6 183/10 183/17 183/19 184/1 234/21

**witnessed** **[2]** 166/2 170/22

**witnesses** **[7]** 3/4 3/16 5/13 5/14 5/21 108/9 138/3

**woke** **[1]** 8/7

**women** **[1]** 62/15

**won** **[12]** 7/5 51/8 62/5 108/24 108/24 108/25 109/10 137/20 144/1 170/10 182/2 182/5

**won't** **[3]** 85/12 116/10 159/1

**Woods** **[17]** 16/10 34/14 35/16 98/6 106/24 107/3 124/9 124/10 136/12 170/9 191/22 195/1 195/11 195/15 195/19 205/6 205/10

**Woodview** **[4]** 30/1 30/7 30/8 191/10

**Woodway** **[2]** 206/17 206/23

**word** **[2]** 51/15 167/14

**words** **[5]** 47/14 51/19 91/15 122/6

**work** **[33]** 15/5 17/12 18/2 22/6 22/8 31/11 33/2 43/23 48/1 49/18 66/21 66/23 67/6 73/22 74/23 79/15 98/23 99/23 100/6 105/14 105/22 106/1 107/16 109/11 127/5 147/20 152/9 164/22 165/11 166/21 169/2 204/7 204/7

**workday** **[1]** 200/5

**worked** **[19]** 31/6 31/6 69/3 71/1 75/23 81/5 81/14 94/5 105/24 121/5 149/5 164/10 164/11 164/13 165/5 165/17 166/21 179/14 205/23

**workers** **[1]** 195/14

**workforce** **[1]** 165/14

**working** **[14]** 14/21 19/23 32/7 67/7 113/3 113/5 147/21 147/22 164/8 164/16 166/5 166/8 166/16 167/7

**working-class** **[2]** 113/3 113/5

**Works** **[1]** 179/15

**workshop** **[2]** 69/25 212/8

**world** **[4]** 9/22 65/19 105/16

**worse** **[3]** 86/16 86/22 93/2

**worst** **[1]** 87/9

**worth** **[2]** 20/24 103/16

**worthy** **[1]** 170/16

**would** **[179]** 5/6 5/18 9/8 9/13 11/3 13/5 14/1 14/19 14/20 19/8 19/17 20/14 22/1 22/4 24/19 31/15 31/25 32/10 37/8 37/8 41/12 43/21 46/11 47/19 47/24 53/24 54/16 54/19 56/6 62/7 63/25 65/15 68/5 68/16 69/9 74/4 79/19 81/4 81/12 81/19 81/22 81/25 84/2 84/23 86/21 88/6 89/15 89/20 90/10 91/2 92/15 92/15 93/17 93/21 94/14 97/23 98/2 98/11 100/1 100/3 105/13 108/9 111/15 111/18 112/4 113/11 113/15 116/23 118/5 118/11 118/11 118/25 120/1 120/17 120/25 121/18 122/5 122/8 122/13 123/24 126/16 129/12 130/12 131/20 131/25 132/1 133/20 133/25 134/4 134/6 134/8 134/9 134/11 141/12 141/16 143/3 143/7 146/2 146/3 146/4 146/11 146/17 147/12 147/13 148/10 148/10 148/24 150/23 151/9 151/9 151/13 151/16 151/24 152/1 152/6 152/11 152/12 153/10 153/11 156/20 157/13 157/20 162/18 164/19 166/23 168/19 169/23 170/4 172/14 174/10 174/12 175/1 175/2 177/11 178/1 178/2 178/10 180/24 181/17 181/25 182/2 182/14 182/20 182/23 184/12 188/3 191/7 191/20 192/14 192/17 198/21 198/25 200/1 200/3

# W

**would... [25]** 200/5 201/4 201/5 201/5 208/14 210/23 219/1 219/19 220/15 221/9 221/18 222/4 222/9 222/19 223/21 226/24 231/7 231/25 232/21 233/13 233/14 233/17 233/23 235/25 235/25
**would -- well [1]** 126/16
**wouldn't [8]** 10/22 92/6 95/14 113/12 169/21 232/2 232/22 232/23
**write [2]** 70/3 70/16
**writing [2]** 70/15 139/14
**written [2]** 123/4 235/25
**wrong [3]** 121/14 123/4 155/1
**wrote [2]** 69/2 70/5

# Y

**y'all [1]** 212/21
**yards [1]** 171/6
**yeah [43]** 8/6 8/23 37/16 67/14 68/24 73/3 75/18 78/22 78/25 79/23 85/8 92/7 92/18 98/12 100/17 103/13 105/8 110/23 111/12 117/3 120/5 122/20 122/20 128/14 130/15 132/18 134/14 134/24 135/10 135/21 136/15 139/6 141/14 145/3 146/21 147/1 149/3 149/19 152/6 153/4 154/24 159/11 228/13
**year [38]** 7/9 15/15 15/23 15/24 18/10 20/23 20/23 21/15 21/17 21/20 24/4 32/23 32/25 44/5 76/13 84/5 99/13 99/20 101/7 110/9 116/19 117/4 121/14 123/22 128/1 129/25 136/21 141/7 155/1 155/1 163/11 185/6 202/17 203/23 205/22

**year's [1]** 20/24
**years [46]** 12/4 13/13 17/13 26/17 27/20 31/10 41/7 44/16 46/20 48/2 49/15 53/25 60/6 61/10 61/20 62/3 81/6 83/10 83/13 84/15 91/25 99/12 99/15 99/18 101/18 102/15 102/24 109/12 120/14 164/11 164/14 164/14 164/20 164/21 164/23 165/5 168/8 177/1 177/19 180/6 185/1 185/10 214/11 214/14 214/22 226/3
**yellow [1]** 4/11
**Yep [1]** 228/11
**yes [343]**
**yesterday [6]** 4/10 6/9 8/10 9/4 9/20 46/16
**yet [5]** 130/5 142/15 228/10 231/2 235/18
**you [970]**
**you'll [6]** 44/18 52/3 56/14 72/21 94/7 151/25
**you're [38]** 12/19 17/24 19/21 24/10 35/20 42/23 43/6 47/8 49/8 60/3 60/20 61/16 61/18 62/10 63/9 63/9 64/2 71/6 76/25 86/7 87/14 91/14 97/9 151/8 151/10 159/15 170/25 172/20 176/23 177/24 178/2 179/16 183/4 225/22 226/13 232/18 234/3 236/5
**you've [17]** 40/24 42/18 44/17 54/18 65/9 82/16 117/17 128/25 129/1 136/19 136/19 139/2 141/9 164/19 210/18 228/23 230/3
**young [1]** 143/14
**youngest [1]** 62/15
**your [282]**
**Your Honor [65]** 4/5 4/21

12/9 12/24 33/9 33/10 34/21 37/12 45/4 45/10 46/25 48/6 50/6 50/17 58/24 59/21 60/10 60/11 60/24 62/21 71/10 76/22 77/12 77/20 82/5 92/12 94/9 94/23 97/4 97/12 97/18 108/8 109/24 109/25 110/20 110/20 116/10 132/24 133/10 139/22 144/19 161/7 161/22 161/25 162/5 162/14 178/13 183/3 183/7 183/20 184/4 200/20 207/24 210/3 210/12 212/25 214/2 216/6 216/25 219/6 220/2 221/8 221/11 235/18 236/10
**yourself [7]** 61/4 65/18 97/23 98/2 128/17 133/14 162/18
**youth [1]** 94/17
**YP [3]** 194/9 194/10 194/11

# Z

**zone [11]** 35/5 38/18 133/25 150/3 153/6 181/2 181/8 197/9 202/4 225/21 225/23
**Zone 1 [1]** 133/25
**zoned [3]** 82/24 147/14 198/23
**zones [11]** 34/13 34/14 35/7 35/9 35/15 38/16 197/24 197/25 198/3 198/5 198/6
**zoning [1]** 115/22
**zoom [2]** 124/14 131/4