```
 1            IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
 2                    HOUSTON DIVISION

 3  _____
                                    )
 4  VIRGINIA ELIZONDO,              )
              Plaintiff,            )
 5                                  ) CIVIL ACTION NO.
    VS.                             ) 4:21-CV-1997
 6                                  )
    SPRING BRANCH INDEPENDENT       )
 7  SCHOOL DISTRICT, ET AL.,        ) 8:28 A.M.
              Defendants.           )
 8  _____)

 9
                           BENCH TRIAL
10            BEFORE THE HONORABLE SIM LAKE
               UNITED STATES DISTRICT JUDGE
11                  SEPTEMBER 12, 2024
                     VOLUME 4 OF 5
12
    APPEARANCES:
13
    FOR PLAINTIFF:
14  MR. BARRY ABRAMS
    MR. DOMINGO MANUEL LLAGOSTERA
15  MR. ROBERT P. SCOTT
    Blank Rome LLP
16  717 Texas Avenue, Suite 1400
    Houston, Texas  77002
17  (713)228-6601

18  FOR DEFENDANTS:
    MR. CHARLES JOSEPH CRAWFORD
19  MR. LUCAS CHRISTOPHER HENRY
    Abernathy, Roeder, Boyd & Hullett, P.C.
20  1700 North Redbud Boulevard, Suite 300
    McKinney, Texas  75069
21  (214)544-4000

22  ALSO PRESENT:
    MS. VIRGINIA ELIZONDO
23  MS. JENNIFER BLAINE
    MS. M'LISS HINDMAN
24  MR. RICHARD RIENSTRA

25
```

1    APPEARANCES CONTINUED:

2    **COURT REPORTER:**
     Heather Alcaraz, CSR, FCRR, RMR
3    Official Court Reporter
     515 Rusk, Suite 8004
4    Houston, Texas  77002
     (713)250-5584

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer.

1                                   **I N D E X**

2                          BENCH TRIAL - VOLUME 4

3    SEPTEMBER 12, 2024                                          PAGE

4    PLAINTIFF'S WITNESS:

5    **KAREN HEETH**
     Testimony read by Mr. Abrams.....................    14
6
     **ROBERT STEIN**
7    Direct Examination by Mr. Abrams.................    17
     Cross-Examination by Mr. Crawford................    67
8    Redirect Examination by Mr. Abrams...............   100

9    DEFENDANTS' WITNESSES:

10   **CHRISTINE PORTER**
     Cross-Examination Continued by Mr. Abrams........     4
11   Redirect Examination by Mr. Crawford.............     8

12   **CHRIS EARNEST**
     Direct Examination by Mr. Henry..................   103
13   Cross-Examination by Mr. Abrams..................   120
     Redirect Examination by Mr. Henry................   135
14   Recross-Examination by Mr. Abrams................   138

15

16

17

18

19

20

21

22

23

24

25

*Mr. Abrams Cross of Christine Porter*

08:28:16   1      *(Call to Order of the Court.)*

08:28:17   2           **THE COURT:**  Good morning.  You may continue your

         3   direct [sic] examination of the witness.

08:28:25   4           **MR. ABRAMS:**  Thank you, Your Honor.

         5                   **CROSS-EXAMINATION CONTINUED**

08:28:27   6   **BY MR. ABRAMS:**

08:28:27   7   **Q**   Good morning, Ms. Porter.

08:28:30   8   **A**   Good morning.

08:28:30   9   **Q**   I want to pick up with the subject of a memo that you

        10   discussed with Mr. Crawford.

08:28:35  11        The district surveyed its principals to see to what extent

        12   they were dealing with the high school students about voter

        13   registration, correct?

08:28:44  14   **A**   Correct.

08:28:45  15   **Q**   And you -- you discussed with Mr. Crawford Plaintiff's

        16   Exhibit 17?

08:28:50  17   **A**   Correct.

08:28:51  18   **Q**   Did I understand you correctly that you are -- one of your

        19   responsibilities now is you're the election person at the

        20   district?

08:29:00  21   **A**   Yes, sir.

08:29:01  22   **Q**   And in that capacity, are you entrusted with responsibility

        23   to know about the provisions in the Texas election laws that

        24   relate to school districts?

08:29:10  25   **A**   Yes.

*Mr. Abrams Cross of Christine Porter*

08:29:11 1  **Q**   And are you familiar that Texas Election Code 13.046 has

2  certain requirements for each principal at each of the high

3  schools in the district?

08:29:23 4  **A**   Yes.

08:29:24 5  **Q**   Let me, if I may, just show you --

08:29:30 6  **MR. ABRAMS:**  May I approach, Your Honor?

08:29:30 7  May I approach the witness, Your Honor?

08:29:35 8  May I approach the witness, Your Honor?

08:29:36 9  **THE COURT:**  Yes.  You don't need to keep asking.

08:29:38 10  **MR. ABRAMS:**  All right.  Thank you.

08:29:39 11  **BY MR. ABRAMS:**

08:29:46 12  **Q**   Ms. Porter, do you recognize Section 13.046 of the election

13  code as a provision that pertains to the school district?

08:29:53 14  **A**   Yes.

08:29:54 15  **Q**   And that statute requires each principal to serve as a

16  deputy registrar for the county in which the school's located,

17  right?

08:30:02 18  **A**   Correct.

08:30:02 19  **Q**   And it requires at least twice each school year, that a high

20  school deputy registrar distribute an officially described

21  registration application form to each student who is or will be

22  18 years of age or older during the year subject to rules

23  prescribed by the secretary of state, correct?

08:30:21 24  **A**   Correct.

08:30:21 25  **Q**   And it requires that every application form distributed

*Mr. Abrams Cross of Christine Porter*

1  under this section be accompanied by a notice informing the

2  student or employee that the application may be submitted in

3  person or by mail to the voter registrar of the county in which

4  the applicant resides, or in person to a high school deputy

5  registrar or volunteer deputy registrar for delivery to the

6  voter registrar of the county, correct?

08:30:44  7  **A**    Correct.

08:30:45  8  **Q**    And the high school deputy registrars that are required by

9  law commit an offense -- a misdemeanor offense if they don't

10  comply with this law, right?

08:30:54  11  **A**    Correct.

08:30:56  12  **Q**    You are not -- you were not designated by the district as

13  its corporate representative to talk about this issue before

14  trial, correct?

08:31:04  15  **A**    Correct.

08:31:05  16  **Q**    We'll address that issue, then, with another witness.  So

17  I'm going to move on to my last point.

08:31:12  18      You discussed with Mr. Crawford briefly that there is a

19  statute that allows 15 percent of the voters in a district to

20  petition to have a single-member district proposition, for lack

21  of a better word, put on the ballot, right?

08:31:31  22  **A**    Correct.

08:31:32  23  **Q**    I want to talk to you about what the turnout has been in

24  Spring Branch elections.

08:31:41  25          **MR. ABRAMS:**  Could we look at Plaintiff's Exhibit 72,

*Mr. Abrams Cross of Christine Porter*

1   please?

08:31:49  2   **BY MR. ABRAMS:**

08:31:50  3   **Q**   Plaintiff's Exhibit 72 is a document the district produced

4   that reflects the total votes cast in each school district

5   election going back to 1988, and would you take a moment just to

6   look at that.

08:32:02  7       Would you confirm with me that during the period of 1988 to

8   2021, there's only one election where anything approaching 15 --

9   I'm sorry.  There are two elections that were both bond

10   elections where anything approaching 15,000 votes were cast?

08:32:22  11      Directing your attention to the 1991 CED election and the

12   November 6, 2007, bond election.

08:32:30  13  **A**   Those are the only two that are that high, correct.

08:32:32  14  **Q**   And so apart from the elections where a bond proposition was

15   on the ballot, the voter turnout in the district during the

16   entire period from 1988 to 2021 is substantially less than the

17   threshold just to get a petition on the ballot, right?

08:32:46  18  **A**   Correct.

08:32:48  19  **Q**   Let's look now at more recent history.

08:32:51  20          **MR. ABRAMS:**  Could we see Plaintiff's Exhibit 88,

21   please?

08:32:54  22  **BY MR. ABRAMS:**

08:32:55  23  **Q**   Plaintiff's Exhibit 88 is another document produced by the

24   district, and this reflects the vote totals for the 2023

25   election.

*Mr. Crawford Redirect of Christine Porter*

08:33:04  1    Directing your attention to the right-hand side of the

2    document, at that point in time, the district was reporting it

3    had about 103,338 registered voters, correct?

08:33:16  4    **A**    Correct.

08:33:16  5    **Q**    And of them, only 10.29 percent participated in the

6    election, correct?

08:33:23  7    **A**    Correct.

08:33:23  8    **Q**    So hypothetically, if citizens wanted to get a single-member

9    district measure on the ballot, they would have to secure

10   50 percent more petitions than the total number of voters who

11   turned out for the 2023 election, correct?

08:33:42 12   **A**    Correct.

08:33:44 13           **MR. ABRAMS:**   Pass the witness.

08:33:46 14           **THE COURT:**   Mr. Crawford?

08:33:50 15           **MR. CRAWFORD:**   I just have a couple of follow-up

16   questions, Your Honor.

08:33:57 17                      **REDIRECT EXAMINATION**

18   **BY MR. CRAWFORD:**

19   **Q**    Ms. Porter, do you remember, in your cross-examination with

20   Mr. Abrams, that he asked you some questions about

21   investigations before Spring Branch filed its answer, and

22   referred you to pages 31 through 33 of your deposition?

08:34:12 23   **A**    Yes.

08:34:15 24   **Q**    So the Court can have the full context of your testimony,

25   I'd like to read the exact questions and answers from your

*Mr. Crawford Redirect of Christine Porter*

1    deposition that Mr. Abrams was referring you to, okay?

08:34:31   2    **A**    Okay.

08:34:31   3    **Q**    I'm going to start at page 30, line 25.  I'll read

4    Mr. Abrams's questions.  You read your answers.

08:34:38   5    **A**    Okay.

08:34:39   6    **Q**    (As read) Does the district agree that there is

7    statistically significant evidence of racially or ethnically

8    polarized voting in the district's board elections for the

9    period 2015 to 2021?

08:34:54  10    **A**    (As read) Can you define racial polarization?

08:34:58  11    **Q**    (As read) Yes.  By the term "racially polarized," I mean

12    that there is a consistent relationship between the race or

13    ethnicity of the voter and the way the voter votes, and that

14    white and minority voters vote differently.

08:35:11  15    **A**    (As read) That is not data we obtain on our voters.  So I

16    would expect that an expert might be able to get that data.

08:35:17  17    **Q**    (As read) In the lawsuit, the district filed an answer.  Do

18    you understand that's part of the procedure?

08:35:22  19    **A**    (As read) Yes.

08:35:23  20    **Q**    (As read) And in that answer, the district took the position

21    that, as a matter of fact, there is no such evidence of racially

22    polarized voting.

08:35:31  23        What investigation had the district conducted before filing

24    an answer in the lawsuit denying that there is racially

25    polarized voting in the district's board elections for the last

*Mr. Crawford Redirect of Christine Porter*

1   six years?

08:35:42   2   **A**   (As read) The district itself did -- didn't do any actual

3   investigation of it.  Again, because we don't track, we don't

4   obtain that data of the race or ethnicity of the actual voters,

5   that information would have to come through discussion with the

6   experts.

08:35:56   7   **Q**   (As read) Before the district filed a document with the

8   federal court denying there was -- is racially or ethnically

9   polarized voting in its board investigations [sic], what

10   investigation had the district conducted to corroborate that

11   position?

08:36:12   12   **A**   (As read) None.

08:36:13   13   **Q**   (As read) Has the district ever investigated or does it have

14   any knowledge about whether or not racially or ethnically

15   polarized voting exists in the elections of the municipal

16   governments that make up the district?

08:36:26   17   **A**   (As read) We are not aware of any.

08:36:27   18   **Q**   (As read) Are you telling me that you're not aware of any

19   investigation the district has ever undertaken to determine

20   whether or not the voting in the cities that make up the

21   district, which are Hunter Street [sic] Village, Piney Point

22   Village, Bunker Hill Village, Spring Valley Village, Hilshire

23   Village, and the city of Houston involve racially polarized

24   voting?

08:36:48   25   **A**   (As read) We don't know anything about the data that's been

### *Mr. Crawford Redirect of Christine Porter*

1  happening in those sites.

08:36:52  2  **Q**  (As read) And the district has not conducted any

3  investigation to determine whether or not the voting in any of

4  those jurisdictions is racially polarized or ethnically

5  polarized, correct?

08:37:03  6  **A**  (As read) Correct.

08:37:04  7  **Q**  (As read) Given that the district has not conducted any

8  investigation about whether or not voting in its trustee

9  elections was racially or ethnically polarized when it denied

10  that fact in the federal lawsuit, what was the basis for making

11  such a denial?

08:37:19  12  **A**  (As read) We did not have any evidence to the contrary.  We

13  had investigated it, but we had no evidence.

08:37:25  14  **Q**  (As read) Does the district agree that white non-Hispanics

15  in the district vote sufficiently as a bloc to enable them to

16  defeat minority voters' preferred candidates of choice in the

17  various trustee elections?

08:37:37  18  **A**  (As read) I believe that's something that an expert can look

19  at the data, and the district has never looked at the voting

20  population by race to be able to make that deduction ourselves.

08:37:46  21  **Q**  (As read) So does the district agree that when it filed a

22  document in the federal lawsuit denying that white non-Hispanics

23  in the district vote sufficiently as a bloc to enable them to

24  defeat minority voters' preferred candidates, it had no evidence

25  to support that denial?

*Mr. Crawford Redirect of Christine Porter*

08:38:01  1  **A**   (As read) Or evidence against that denial, but correct.

08:38:05  2  **Q**   Thank you.

08:38:06  3        **MR. ABRAMS:**   Your Honor, under the rule of optional

4  completeness, I'd request that he read page 34, lines 3 through

5  16.

08:38:18  6        **MR. CRAWFORD:**   Three through 16, sure.

08:38:20  7  **BY MR. CRAWFORD:**

08:38:20  8  **Q**   (As read) And before making that denial in the federal

9  lawsuit, the district did not undertake an investigation to

10  determine whether or not the statement was true, correct?

08:38:27  11  **A**   (As read) Correct.

08:38:28  12  **Q**   (As read) Does the district agree that the geographic

13  concentration of Hispanics in the district is large enough to

14  constitute a majority of the voting age population in one or

15  more single districts if there was a seven-member election plan

16  adopted or ordered by the Court?

08:38:45  17  **A**   (As read) It is our understanding that can happen, that they

18  can make those single-member districts.

08:38:51  19  **Q**   Okay.  So following up on these Qs and As, do you know what

20  Spring Branch ISD's then outside counsel did in terms of due

21  diligence before they filed Spring Branch's answer?

08:39:07  22  **A**   I do not.

08:39:08  23  **Q**   Okay.  And going to the question that Mr. Abrams had me read

24  for optional completeness, did he ask you about the citizen

25  voting age population?

*Mr. Crawford Redirect of Christine Porter*

08:39:20  1    **A**   No, he did not.

08:39:21  2    **Q**   And in the follow-up questions, did he ever ask you about

3    the citizen voting age population?

08:39:27  4    **A**   No.

08:39:27  5    **Q**   Were you asking -- answering the questions as Mr. Abrams

6    asked them?

08:39:31  7    **A**   Yes.

08:39:32  8    **Q**   Are you aware whether or not citizen voting age population

9    is the appropriate standard for evaluating whether or not a

10   Hispanic -- a majority-minority district can be drawn?

08:39:44 11    **A**   I understand that's part of the standard, yes.

08:39:48 12    **Q**   And these Qs -- questions and answers were not talking about

13   citizen voting age population, correct?

08:39:52 14    **A**   Correct.

08:39:54 15          **MR. CRAWFORD:**  Thank you, Your Honor.  No further

16   questions.

08:39:57 17          **MR. ABRAMS:**  Nothing further.

08:39:57 18          **THE COURT:**  All right.  Thank you.

08:39:58 19          You may stay and watch or go about your business.

08:40:04 20          **MR. ABRAMS:**  Your Honor, by agreement with counsel,

21   we've been given leave, to simplify the proceedings, to read a

22   brief excerpt from the oral deposition of Karen Heeth,

23   H-E-E-T-H, who was the designated corporate representative by

24   the Spring Branch Independent School District with regard to its

25   compliance with the Texas Education -- Texas Election Code

*Testimony of Karen Heeth read by Mr. Abrams*

1   provision regarding registrars that Ms. Porter has just

2   identified.

08:40:32  3       With your permission and with the consent of

4   Mr. Crawford, I'd like to do that at this time.

08:40:36  5       **THE COURT:**  All right.

08:40:37  6       **MR. ABRAMS:**  This is an excerpt from the deposition of

7   Spring Branch Independent School District corporate

8   representative Karen Heeth taken on December 29, 2021.

9       *(Testimony of Karen Heeth read as follows.)*

10      Beginning on page 40, line 18:

08:40:49  11      **Question:**  Are you familiar with the fact that there's

08:40:54  12          a state law that states that each principal of a

08:40:56  13          public or private high school, or the principal's

08:40:59  14          designee shall serve as a deputy registrar for the

08:41:01  15          county?

08:41:03  16      **Answer:**  Yes.

08:41:04  17      Are you familiar with the state law that says at least

08:41:06  18          twice each school year a high school deputy registrar

08:41:11  19          shall distribute an officially prescribed registration

08:41:14  20          application form to each student who is or will be 18

08:41:18  21          during that year?

08:41:19  22      **Answer:**  Yes.

08:41:21  23      And are you familiar with the law that says that each

08:41:23  24          application form distributed must be accompanied by a

08:41:27  25          notice informing the student or the employee that the

*Testimony of Karen Heeth read by Mr. Abrams*

08:41:29  1    application may be submitted in person or by mail to

08:41:33  2    the voter registrar?

08:41:35  3    **Answer:**  Yes.

08:41:36  4    Do you agree with me that the district has not been

08:41:39  5    compliant with that statute in that it has not assured

08:41:42  6    that its principal -- principals each year inform

08:41:45  7    every student who is 18 or older of their right to

08:41:48  8    vote and provided them with an application form as

08:41:50  9    required by statute?

08:41:54 10    Intervening objection by Mr. Crawford as to form.

08:41:57 11    **Answer:**  Yeah.  I mean, I'm new to this role, and I

08:41:59 12    just found out about that election code.  When the

08:42:01 13    question was given to me, I was unaware of it.  So

08:42:04 14    I --

08:42:05 15    **Question by Mr. Abrams:**  This is not a criticism of

08:42:08 16    you.  I'm merely asking about procedures.

08:42:11 17    Then the memorandum that's been marked in the trial as

08:42:19 18  Exhibit -- Plaintiff's Exhibit 17 was provided to the witness.

08:42:25 19    This is Exhibit -- Trial Exhibit 17.  It bears SBISD

08:42:29 20    document No. 874.  Are you familiar with this

08:42:32 21    survey -- set of survey responses?

08:42:37 22    **Answer:**  I am.  Our community superintendent,

08:42:38 23    Dr. Brian Williams, asked our principals to share what

08:42:42 24    they -- how they take care of this, and this is the

08:42:44 25    information that he received.

*Testimony of Karen Heeth read by Mr. Abrams*

08:42:46 1    **Question:** Do you recall the time frame during which

08:42:49 2    this response was provided?  Is this the most current

08:42:53 3    information the district has about how, if at all, it

08:42:55 4    has been dealing with voter registration in the high

08:42:58 5    schools?

08:42:59 6    **Answer at 14:** This is the only information I've seen.

08:43:02 7    So like I said, until I got notice we were going to do

08:43:05 8    this deposition, I did not know about this.

08:43:09 9    **Question:** Right.

08:43:10 10   **Answer:** So --

08:43:11 11   **Question:** On behalf of the district, can you tell me:

08:43:14 12   Is this the current information about what each campus

08:43:16 13   principal has reported goes on at their campus?

08:43:20 14   **Answer:** Yes.  It's my understanding this is current

08:43:22 15   information that was collected from our campus

08:43:24 16   principals.

08:43:26 17   **Question:** Are you familiar with the principals'

08:43:27 18   responses?

08:43:29 19   **Answer:** Yes, that are shown.  I'm familiar with this

08:43:31 20   document, yes.  Right.

08:43:35 21   **Question:** Do you -- and do you agree with me that

08:43:37 22   when you read through the responses, they don't

08:43:39 23   reflect that on each campus, at least twice a year,

08:43:43 24   the principal or its designee is distributing a

08:43:47 25   registration form to each student 18 or older, along

*Mr. Abrams Direct of Robert Stein*

08:43:50  1          with a notice informing the student or employee about

08:43:53  2          how to handle -- how to submit their application?

08:43:56  3          **Answer:**  Based on that information in this document,

08:43:59  4          yes.

08:44:00  5          That completes the agreed upon reading.

08:44:02  6          **THE COURT:**  Do you have any additional?

08:44:04  7          **MR. CRAWFORD:**  No, Your Honor.

08:44:05  8          **THE COURT:**  All right.  Thank you.

08:44:06  9          **MR. ABRAMS:**  Your Honor, at this time we call

      10   Dr. Robert Stein.

08:44:23 11          **THE COURT:**  Good morning.  Please come around and be

      12   sworn.

08:44:28 13      *(Witness sworn.)*

08:44:34 14          **THE COURT:**  Please be seated.

08:44:37 15          **MR. ABRAMS:**  Your Honor, for your information,

      16   Dr. Stein will be addressing the three *Gingles* factors and the

      17   Senate factors two, three, and seven.

08:44:45 18              **ROBERT STEIN, DULY SWORN, TESTIFIED:**

08:44:45 19                  **DIRECT EXAMINATION**

08:44:46 20   BY MR. ABRAMS:

08:44:49 21   **Q**   Dr. Stein, would you please introduce yourself to Judge Lake

      22   and tell him where you live?

08:44:54 23   **A**   I am Robert Stein.  I live at 2- -- 2115 Rutland Street in

      24   Houston, Texas.

08:44:59 25          **THE COURT:**  You may want to pull the microphone a

*Mr. Abrams Direct of Robert Stein*

1  little bit closer.  That's a very awkward seating arrangement,

2  but we're stuck with it.

08:45:06  3          **THE WITNESS:**  Okay.  Better?

08:45:07  4          **THE COURT:**  Yes, thank you.

08:45:09  5  **BY MR. ABRAMS:**

08:45:09  6  **Q**   What's your current position?

08:45:10  7  **A**   I am a professor of political science at Rice University.

08:45:14  8  **Q**   How long have you been on the Rice faculty?

08:45:16  9  **A**   I joined the faculty in 1979.  This is my 47th year.

08:45:21 10  **Q**   What are your current research areas?

08:45:23 11  **A**   My research areas currently are on our elections, election

12  administration, public policy, and urban politics.

08:45:32 13  **Q**   Have you done research regarding voting procedures and

14  voting behavior, as well as voting behavior and public policy in

15  the United States?

08:45:40 16  **A**   Yes, I have.

08:45:40 17  **Q**   Have you taught on any or all of those subjects?

08:45:44 18  **A**   Yes, I have and am now.

08:45:46 19  **Q**   What's your current class?

08:45:47 20  **A**   I'm teaching a course on election administrations and voting

21  behavior.

08:45:55 22  **Q**   What government agencies or other groups have supported your

23  past research?

08:45:59 24  **A**   National Science Foundation; the Pew Charitable Trusts; the

25  Arnold Foundation.  I have been supported by research by several

*Mr. Abrams Direct of Robert Stein*

1    state and local governments.

08:46:09  2    **Q**    Would you identify for the Court just some of your

3    publications and subjects of your past scholarship.  You've got

4    a lengthy vitae, and we'll put it in evidence, but -- it is in

5    evidence, but just give us a horseback ride through it, please.

08:46:21  6    **A**    My most recent research is on election administration.  I've

7    published articles on access to polling locations, the effect of

8    lines.  I've done research on early voting.  I've looked at

9    issues dealing with recruitment and retention of poll workers.

10   I've examined different modes of voting:  Early voting, Election

11   Day vote centers, mail-in voting; their effects on both turnout

12   and performance.

08:46:47 13   **Q**    I'm going to ask Richard to put up on the screen Plaintiff's

14   Exhibit 18, which is a copy of your resume or curriculum vitae.

15   And to make it easier, I'm going to give you a hard copy if you

16   want to refer to it.

08:47:11 17       Does Exhibit -- Plaintiff's Exhibit 18 accurately reflect

18   your academic and professional background in a more -- provide

19   us with a more complete list of your publications and

20   professional work?

08:47:22 21   **A**    Yes, as of June.  As of today, there are a few more

22   publications.

08:47:27 23   **Q**    And what are the general topics of your more recent

24   publications?

08:47:30 25   **A**    I just published a paper on the effects of early voting on

*Mr. Abrams Direct of Robert Stein*

1    voter turnout and how campaigns use some election modes, like

2    early voting.  I published a paper -- it's just been accepted --

3    on the recruitment and retention of poll workers, and I have two

4    forthcoming papers on how performance at polling locations for

5    voters affects subsequent voter turnout.

08:47:57  6    **Q**   Have you, in the past, consulted with and served as an

7    expert witness in other matters involving voting and election

8    administration?

08:48:04  9    **A**   Yes, I have.

08:48:05  10    **Q**   Can you give us some idea of some of the political

11    jurisdictions for whom you've served as an expert consultant?

08:48:12  12    **A**   Yes.  Most recently, the state of California, the state of

13    Washington, state of Colorado, all in legal disputes over

14    signature verification procedures in mail-in ballots.

08:48:25  15    **Q**   With regard to the type of government entity we're talking

16    about here today, school districts, have you been engaged in the

17    past as an expert or consultant on behalf of any school

18    districts?

08:48:37  19    **A**   Yes.  I have done work with local school districts in Texas

20    and in the Harris County area in redrawing single-member

21    district forms of representation for school districts:

22    Pasadena, Goose Creek, Lancaster outside of Dallas.

08:48:55  23    **Q**   Now, you and the district's expert, Dr. Alford, are

24    colleagues at Rice, correct?

08:49:00  25    **A**   Yes, we are.

*Mr. Abrams Direct of Robert Stein*

08:49:01  1   Q   And do the two of you regularly work together to design

2   election districts for various school districts and other

3   governmental entities?

08:49:08  4   A   We have.

08:49:09  5   Q   Now, you've authored five reports in this case, right?

08:49:12  6   A   That is correct.

08:49:13  7   Q   Again, just for your convenience, we'll put them up on the

8   screen.  I'm going to give you copies of Plaintiff's Exhibits 1,

9   2, 3, 4, and 136.

08:49:35 10       Get you 136.

08:49:53 11       Is Plaintiff's Exhibit 1 --

08:49:55 12           **MR. ABRAMS:**  And would you put that up, Richard,

13   please.

08:49:57 14   **BY MR. ABRAMS:**

08:49:57 15   Q   -- the first report you prepared?

08:49:59 16   A   Yes, it is.

08:49:59 17   Q   Is Plaintiff's Exhibit 2 the second report you prepared?

08:50:03 18   A   Yes, it is.

08:50:03 19   Q   Is Plaintiff's Exhibit 3 the third report you prepared?

08:50:06 20   A   Yes, it is.

08:50:07 21   Q   Is Plaintiff's Exhibit 4, the fourth report you prepared?

08:50:10 22   A   Yes, it is.

08:50:11 23   Q   And is Plaintiff's Exhibit 136 the fifth report you

24   prepared?

08:50:16 25   A   Yes, it is.

*Mr. Abrams Direct of Robert Stein*

08:50:17  1  **Q**   I want to direct your attention to the first numbered page

2  of Plaintiff's Exhibit 1, your first report.

08:50:23  3      Does it describe what you were hired to do in this case in

4  the inception?

08:50:27  5  **A**   Yes, it is.

08:50:33  6          **MR. ABRAMS:**  Page 2, please, first page of the report.

7  Thank you.

08:50:36  8  **BY MR. ABRAMS:**

08:50:36  9  **Q**   At the bottom, can you discuss what your initial assignment

10  was?  It starts on page 2 and carries over to page 3.

08:50:44  11  **A**   Whether voting in the Spring Branch ISD School Board

12  elections is racially polarized; whether Latinos or Hispanics

13  are politically cohesive in the Spring Branch ISD School Board

14  Trustee elections and vote as a bloc for Latino-preferred

15  candidates; and whether Latino or Hispanic voting age population

16  in the Spring Branch ISD is sufficiently large and

17  geographically compact to constitute a majority of voting age

18  population in one or more single-member districts under an

19  illustrative seven-district plan.

08:51:17  20          **MR. ABRAMS:**  And, Richard, if would you turn to the

21  next page.

08:51:19  22  **BY MR. ABRAMS:**

08:51:19  23  **Q**   At the top of the page, do the topics you were engaged to

24  address for us continue?

08:51:25  25  **A**   Whether white non-Hispanics vote is sufficient as a bloc --

*Mr. Abrams Direct of Robert Stein*

1    I'm sorry, I'm -- I'm going to move this over here -- to enable

2    them, in the absence of special circumstances, such as a

3    single-member district plan, to defeat the minority voters'

4    preferred candidate of choice; whether single-member district

5    elections or at-large elections enhance the proportional

6    representation of minority preferred candidates on elected

7    legislative bodies; whether taxing and spending practices differ

8    significantly between governments with single-member districts

9    and at-large elections; and whether legislative bodies are more

10   responsive to the preferences of minority and non-minority

11   voters in at-large or single-member district elections.

08:52:14  12   Q   Do you recognize the first four bulleted points as questions

13   that are relevant to what are known as the so-called *Gingles*

14   factors in a case brought under Section 2 of the Voting Rights

15   Act?

08:52:24  16   A   Yes, I do recognize those.

08:52:25  17   Q   And did you analyze the questions that have now been

18   identified in your report and reach conclusions about each?

08:52:32  19   A   Yes, I have.

08:52:33  20   Q   Does page 2 -- page numbered 3 -- of your report contain a

21   summary of your conclusions?

08:52:40  22   A   Yes, it does.

08:52:41  23   Q   Would you tell us what your conclusions were at the time of

24   your first report?

08:52:47  25   A   There is statistically significant evidence of racially

*Mr. Abrams Direct of Robert Stein*

1   polarized voting in the Spring Branch ISD district's board of

2   trustee elections for the period '215 to '221.

08:52:58  3   **Q**   Let me just stop you there.

08:52:59  4      Why did you end your first report with an analysis of

5   elections through 2021?

08:53:05  6   **A**   That was what was available to me at the time.

08:53:08  7   **Q**   And as we'll discuss in a moment, as later elections

8   occurred, you prepared additional reports that cover the later

9   elections?

08:53:15 10   **A**   Yes, I did.

08:53:16 11   **Q**   All right.  If you would, continue with what your summary

12   and conclusions are, please.

08:53:21 13   **A**   White non-Hispanic voters vote sufficiently as a bloc to

14   enable them, in the absence of special circumstances, such as a

15   single-member district, to defeat the minority voters' preferred

16   candidate of choice.

08:53:34 17      The geographic concentration of Hispanics in the

18   Spring Branch Independent School District is sufficient to

19   constitute a majority of voting age population in one or more

20   single-member districts under an illustrative seven-district

21   plan.

08:53:50 22      There is strong evidence in the scholarly literature to

23   conclude that:  Single-member district forms of representation

24   enhance proportional representation of minority candidates on

25   legislative bodies; single-member district representation

*Mr. Abrams Direct of Robert Stein*

1   increases the likelihood that minority candidates will contest

2   elections for positions on legislative bodies; single-member

3   district representation will produce policies more responsive to

4   the preference of minority -- excuse me, of minority voters.

08:54:24 5   **Q**   And then did you reach a conclusion about whether or not, in

6   your judgment, it would be advisable for the district to adopt a

7   single-member district plan?

08:54:33 8   **A**   Yes, I did.

08:54:34 9   **Q**   What was your conclusion?

08:54:35 10  **A**   Spring Branch ISD should adopt a single-member district plan

11  for the election of the district's seven trustees.

08:54:41 12  **Q**   How does your second report, Plaintiff's Exhibit 2, differ

13  from your first report?

08:54:47 14  **A**   The questions are the same; the analysis is different.  I

15  use a different methodology for estimating racially polarized

16  voting.

08:54:55 17  **Q**   And why did you do that?

08:54:57 18  **A**   It was suggested to me that there were other technologies or

19  other methodologies that might be thought to be superior and

20  could conceivably produce different results or different

21  conclusions regarding the creation of a single-member district

22  plan for the district.

08:55:11 23  **Q**   Did the results of your second analysis change your

24  opinions, or did the second analysis validate your initial

25  conclusions with respect to the 2015 to 2021 Spring Branch

*Mr. Abrams Direct of Robert Stein*

1  trustee elections?

08:55:24  2  **A**   They did not change my conclusions.  They validated my

3  original findings in the 2022 report.

08:55:31  4  **Q**   How does your third report, Plaintiff's Exhibit 3, differ

5  from the first two reports?

08:55:36  6  **A**   It applies yet another methodology, what I will call a newer

7  technology for estimating racially polarized voting, and, again,

8  it did not change my conclusions.  It largely substantiated the

9  analyses from both the first and second reports.

08:55:55  10  **Q**   And what period of time did the third report cover?

08:55:59  11  **A**   I'll have to check that, but it covers, I think, the 2022

12  and the -- my fifth report covers the 2023 -- no, 2022 and 2023

13  elections.

08:56:11  14  **Q**   Was voting in the 2022 election again polarized, and did

15  white non-Hispanic voters again vote sufficiently as a bloc to

16  enable them, in the absence of special circumstances, to defeat

17  the minority voters' preferred candidate of choice?

08:56:25  18  **A**   Yes, that was the finding in my report.

08:56:27  19  **Q**   Your fourth report, Plaintiff's Exhibit 4, took on the 2023

20  election, correct?

08:56:32  21  **A**   That's correct.

08:56:32  22  **Q**   And did the results of your 2023 election analysis change

23  your opinions, or did they further validate your initial

24  conclusions?

08:56:40  25  **A**   They did not change my opinion.  They -- they reenforced my

*Mr. Abrams Direct of Robert Stein*

1  conclusions that there was -- there is -- or was, I should say,

2  racially polarized voting in the 2023 elections.

08:56:52  3  **Q**   What did your fifth report covering the 2024 elections do

4  that was different from your first four reports?

08:56:58  5  **A**   Again, I found -- or it was -- informed of a new technology,

6  to be more specific, ecological inference --

08:57:09  7       **THE REPORTER:**  I'm sorry.  Repeat that please.

08:57:11  8       **THE WITNESS:**  I'm sorry.  I'm going too quick.  The --

9  a new methodology:  Ecological inference, Bayesian -- you want

10  me to spell that?

08:57:16  11      **THE REPORTER:**  Sure.

08:57:16  12      **THE WITNESS:**  B-A-Y-E-S-I-A-N.

08:57:24  13  **A**   Again, I replicated with a new methodology and concluded

14  that, again, there was racial -- racially polarized voting.

08:57:34  15  **BY MR. ABRAMS:**

08:57:34  16  **Q**   In the 2024 elections, were -- did your opinions change, or

17  did they validate your initial conclusions?

08:57:43  18  **A**   In my -- in the 2024 election, I did not -- I found what I

19  would call moderate evidence of racially polarized voting

20  diminished from my earlier reports; however, as in -- I wrote in

21  my first report, one might expect that a continued use of

22  at-large elections would lead to the findings I had in 2024.

08:58:05  23  **Q**   What does that mean?

08:58:06  24  **A**   Well, if you continue to use at-large elections, and the

25  findings of my earlier reports found that candidates preferred

*Mr. Abrams Direct of Robert Stein*

1   by Hispanic voters, the minority population, continued to fail

2   at contesting elections -- they were not elected -- that at some

3   point candidates who were preferred by Hispanic voters would

4   cease to contest elections -- they would not run -- and voters

5   who preferred those candidates would be denied the opportunity

6   to vote for their most preferred candidate.

08:58:40  7       And the evidence that I see in '24 supported, if -- if I

8   can use the word "prediction" or "expectation" that at some

9   point after a long period, 2025 -- 2015 through 2024, candidates

10   preferred by Hispanic voters did not run; voters did not have an

11   opportunity to vote for their preferred candidate; and as I

12   report in that fifth report, voter turnout among Hispanic voters

13   would decline.  I think it declined 18 percent between the 2023

14   and 2024 election.

08:59:18  15       The simplest way to put it is voters and candidates came to

16   conclude there was no likely positive outcome of contesting

17   elections.  So candidates preferred by Hispanic voters didn't

18   run for office.  Hispanic voters looking for candidates that

19   would support their preferred policies said, "There's no reason

20   to participate in this election."

08:59:42  21   Q   This may not be a political science term at all, but is it

22   the notion of futility?  If candidates and voters decide it's

23   futile to participate, they don't?

08:59:52  24   A   I think that's a fair description.

08:59:55  25   Q   I want to make sure we have a very clear record, so I want

*Mr. Abrams Direct of Robert Stein*

1    to go back to your first report and discuss the materials you --

2    you reviewed.

09:00:05  3    Let's look at page 3 of Plaintiff's Exhibit 1.  I believe

4    that's "Materials Reviewed," Roman III.

09:00:13  5    Just very generally tell the judge how you went about this,

6    because I certainly was unfamiliar before we started working on

7    this case about the methodology.  What information did you

8    gather and what process you employed to derive these

9    conclusions?

09:00:29 10  **A**    Well, in terms of my analysis on racially polarized voting,

11   I collected information on who voted in the Spring Branch ISD

12   Trustee elections.  I used a technique, which I can describe

13   later at greater length, to identify the racial and ethnic

14   identity of those voters.  I collected from the Spring Branch

15   ISD district voting histories of those individuals.  I grouped

16   those individuals by voting precincts.

09:01:01 17   I calculated the share of vote that was cast in those

18   precincts for each of the candidates, and then identified the

19   relationship between the proportion of voters in each precinct

20   that were Hispanic and by other racial groupings -- black,

21   Asian, non-Hispanic, whites -- and the share of vote each of

22   those groups in that district cast for different candidates for

23   trustee positions.

09:01:30 24  **Q**    When deciding how to evaluate racially polarized voting,

25   what definition or concept did you use of what constitutes

*Mr. Abrams Direct of Robert Stein*

1  racially polarized voting?

09:01:40 2  **A**  I followed what is known as the *Gingles* rule, and I looked

3  for whether or not there was a preferred candidate among

4  Hispanic candidate -- Hispanic voters such that they gave that

5  candidate a majority -- a significant majority, and that there

6  were preferred candidates of non-Hispanic white voters that did

7  not share the majority of the preferred Hispanic voter and of

8  sufficient majority and size to prevent the preferred majority

9  supported candidate of Hispanic voters from winning an election.

09:02:20 10  **Q**  After you accumulated the data for your first report and

11  evaluated what standard you were going to use, what did you then

12  do?

09:02:29 13  **A**  I then conducted a series, in the first report, of

14  regression analysis and simply asked the question whether or not

15  the share of vote among preferred Hispanic voters' candidates

16  were cohesive and sufficiently large to create a voting bloc,

17  and asked the same question of non-Hispanic whites to see

18  whether or not their share of vote for their preferred candidate

19  was sufficiently large to block the election of the Hispanic

20  voters' preferred candidate.

09:03:01 21  **Q**  Can you give those of us who are -- who do not have a

22  statistical background a layman's discussion of what a

23  regression analysis is?

09:03:10 24  **A**  Very simply, it's asked whether or not, on an X and Y axis,

25  there is a relationship between two things.  If the Y axis is

*Mr. Abrams Direct of Robert Stein*

1    your weight, and your X axis is height, one might expect that as

2    people get taller or are taller, their weight would increase.

3    That would be a positive slope running from left to right.

09:03:37  4        In this instance, what I was looking for are either

5    positive or negative slopes between the share of vote among

6    white non-Hispanic and Hispanic voters.

09:03:51  7  **Q**   I've heard the expression "ordinary least squares" or OLS

8    analysis.  What do those terms refer to?

09:04:01  9  **A**   OLS, or ordinary least squares analysis, is just a way to

10   estimate that slope, that change in, let's say, inches, height,

11   and pounds weighed.  In this case, all I wanted to know is

12   whether the slope between the share of vote for a candidate

13   among white non-Hispanic voters and Hispanic voters was positive

14   and similar or negative and dissimilar.

09:04:28 15  **Q**   Why did you select that methodology for your initial look at

16   this question?

09:04:33 17  **A**   It struck me that the Court would find this the simplest and

18   most direct means of assessing racially polarized voting.

09:04:43 19  **Q**   Did you graph the results of that analysis to reach your

20   determination?

09:04:48 21  **A**   Yes, I did.

09:04:49 22  **Q**   All right.

09:04:50 23        **MR. ABRAMS:**  Richard, if you would put up on the

24   screen, please, Plaintiff's Exhibit 19 and 20, taken from

25   pages 5 and 6 of Plaintiff's Exhibit 1.

*Mr. Abrams Direct of Robert Stein*

09:04:59  1          And if you can put them side by side, that would be

2   great.

09:05:09  3          THE COURT:  Now, it would be helpful if you can refer

4   to the proposed findings that use these same exhibits so I can

5   be sure I understand.

09:05:28  6          I think I know which one, but I don't want to make a

7   mistake.

09:05:31  8          MR. ABRAMS:  Yes, Your Honor.  This is going to be a

9   reference to proposed findings 48 --

09:05:40 10          THE COURT:  Just a minute.

09:05:40 11          Okay.  And then --

09:05:44 12          MR. ABRAMS:  Forty-nine --

09:05:46 13          THE COURT:  Is -- what I'm really looking for:  Is

14   this Figure 4 on page --

09:05:53 15          MR. ABRAMS:  Yes.  Figures 1 and 2 on the screen are

16   Exhibits 19 -- Plaintiff's 19 and 20.

09:05:59 17          THE COURT:  Okay.  Is one of these Figure 4 on

18   page 19?

09:06:05 19          MR. ABRAMS:  That will be up in just a moment.

09:06:07 20          THE COURT:  Okay.

09:06:07 21          MR. ABRAMS:  We have four figures, 1 and 2, and 3 and

22   4.  And 1 and 2 are mates, and 3 and 4 are mates, Judge.  So

23   we're going to first ask him to explain 1 and 2, and then we

24   will move to 3 and 4.

09:06:17 25          THE COURT:  Okay.  It will be helpful, since I'm not

*Mr. Abrams Direct of Robert Stein*

1    an expert on statistics, either, when you refer to these graphs

2    that are in your proposed findings, to point the Court to the

3    graph that's on the page.  You've got three other lawyers.

4    Maybe they can help you.

09:06:33  5         **MR. ABRAMS:**  Okay.  With regard to the findings,

6    Your Honor -- the proposed findings, on page 18, Figures 1 and 2

7    are the same Figures 1 and 2 shown by Plaintiff's Exhibits 19

8    and 20.  With regard to page 19 of the proposed findings,

9    Figures 3 and 4 in the proposed findings correspond to Figures 3

10   and 4 in what we will see as Plaintiff's Exhibit 21 and 22.

09:07:02  11        We extracted those figures from Dr. Stein's report so

12   that the Court would have separate exhibits if it chose to look

13   at those separately from the report.

09:07:13  14        **THE COURT:**  Thank you.

09:07:14  15        **MR. ABRAMS:**  Thank you, Your Honor.

09:07:15  16   **BY MR. ABRAMS:**

09:07:15  17   **Q**   Dr. Stein, realizing that at least I'm not a statistician,

18   can you interpret graphs Figures 1 and 2 for us and tell us why

19   they tell us something?

09:07:28  20   **A**   Yeah.  Reading from my report I think is the clearest way.

09:07:33  21       To measure the degree to which --

09:07:36  22   **Q**   First of all, tell us:  What is one?

09:07:38  23   **A**   One is the proportion of vote cast for white candidates and

24   the share of the white vote in each of the precincts in the

25   district.

*Mr. Abrams Direct of Robert Stein*

09:07:47  1    **Q**   And what are each of the data points reflected in that graph

2    in color?

09:07:53  3    **A**   They reflect the share of vote for candidates in each

4    precinct in the selected elections that I looked at in the 2015.

09:08:01  5    **Q**   And the horizontal axis -- axis is the percentage of white

6    vote cast; is that right?

09:08:09  7    **A**   Yeah.  It's -- it's the share of vote cast.  It's kind of

8    small, but it says, "White Candidate Vote Share."  It's a share

9    of vote cast for preferred candidates in precincts with

10   proportional white voters, and then it's a share of vote that is

11   white on the horizontal axis.

09:08:31 12    **Q**   Let me just see if I can take it a step at a time.

09:08:34 13     If you want to know how many white voters won a precinct,

14   that's what's on the horizontal or X axis?

09:08:42 15    **A**   That's correct.

09:08:42 16    **Q**   And if you want to know what share of their vote went to a

17   white can- -- the white candidate -- white preferred candidate,

18   is that what's on the vertical or Y axis?

09:08:53 19    **A**   That's correct.

09:08:54 20    **Q**   Okay.  And so what does that line trending upward tell us in

21   Figure 1?

09:08:59 22    **A**   It tells us that as the share of white vote increases in a

23   precinct, the share of vote for preferred candidates increases,

24   and these are the same candidates that you will see in Figure 2,

25   as well.

*Mr. Abrams Direct of Robert Stein*

09:09:12 1    **Q**    All right.  Now, let's go to Figure 2 on -- which is

2    Plaintiff's Exhibit 20.

09:09:18 3        This line slanted down -- first, let's start with the

4    horizontal or X axis that says, "Percent Hispanic."  What does

5    that represent?

09:09:27 6    **A**    It simply tells you the share of vote in each precinct that

7    is Hispanic voters.

09:09:33 8    **Q**    And then the Y -- the Y axis now says, "White Candidate Vote

9    Percentage."  What does that --

09:09:39 10    **A**    And that is the share of vote for the same candidates --

11    white candidates that you see in Figure 1.

09:09:46 12    **Q**    Figure 1 has the line going up, and we're talking about

13    white candidates and white vote; and Figure 2 has the line going

14    down when we talk about the share of white vote by Hispanic

15    voters.  What does that signify?

09:09:59 16    **A**    It tells me that racially polarized voting is established

17    when the direction of these relationships are signed in the

18    opposite direction.  Hispanic -- in precincts with more Hispanic

19    voters, the support for those candidates goes down.   In

20    precincts with more white voters, support for the same

21    candidates go up.

09:10:21 22        They're almost opposite or polar opposites, and that is the

23    basis by which I established the conclusion, in these elections,

24    there was racially polarized voting.  Hispanic candidates voted

25    in a majority for different candidates than white voters, and

*Mr. Abrams Direct of Robert Stein*

1    sufficient to clearly block the preferred Hispanic candidate.

09:10:44  2    Q   I think you used the term "Hispanic candidates voted."  You

3    meant Hispanic voters?

09:10:50  4    A   Yeah.  Hispanic voters and their preferred candidate.

09:10:52  5    Q   All right.  Now let's look at Figures 3 and 4, which are

6    Plaintiff's Exhibit 21 and 22.

09:10:59  7       These also come from your report from page 6 and 7 of your

8    report, Plaintiff's Exhibit 1.

09:11:15  9       What's different substantively about Figures 3 and 4 from 1

10    and 2?  What are you looking at here in opposition to what you

11    were looking at before?

09:11:25  12    A   Here I'm looking at the proportion of vote cast for the

13    Hispanic candidate and the share of white vote, and in 4 I'm

14    looking at the proportion of vote for the Hispanic candidate and

15    the share of vote.  Hispanic -- and, again, I get the same

16    divergence, that is to say what you're beginning to see here is

17    that the preferred candidate of Hispanic voters ends up being

18    the non-preferred -- overwhelmingly non-preferred candidate.

09:11:55  19       And, again, the slopes are in opposite directions, leading

20    me to conclude that there is racially polarized voting in these

21    elections.

09:12:04  22    Q   Next, on pages 7 and 8 of your first report, you analyze the

23    compactness of the Hispanic citizen voting age persons in the

24    district, correct?

09:12:14  25    A   Yes.  In the district's enrollment -- middle school

*Mr. Abrams Direct of Robert Stein*

1    enrollment zones.

09:12:24   2    **Q**    What did you do?

09:12:26   3    **A**    Here I simply took the enrollment zones and wanted to

4    identify citizen voting age population that was Hispanic.  I

5    used the American Community Survey produced by the census, which

6    is a conventional source of information, and I calculated the

7    share of citizen voting age population in each of the middle

8    school enrollment districts with the expectation that these

9    would be, of course, the potential or illustrative districts in

10   a single-member district plan.

09:13:05  11        And I found, as many of the witnesses have testified during

12   this trial, that District 11, which I believe is the northeast

13   quadrant or corner of the district, had a majority,

14   52.8 percent, citizen voting age population.  And from that I

15   concluded that it would be possible to draw at least one

16   majority Hispanic district in the Spring Branch ISD.

09:13:37  17   **Q**    On page 8 of your report, we have a map at the bottom.  Is

18   that the illustrative plan that you devised to reflect the

19   statistical data shown in Table 1 on the same page of your

20   report?

09:13:52  21   **A**    Yes, it is.

09:13:53  22             **MR. ABRAMS:**  Could you go back -- there we go.

09:13:55  23   **BY MR. ABRAMS:**

09:13:55  24   **Q**    At the top of page 8, Table 1 -- and just in the interest of

25   time, did you devise a map that has total population as

**Mr. Abrams Direct of Robert Stein**

1    reflected in the "Total Population" column in Table 1?

09:14:09  2    **A**   Yes, I did.

09:14:10  3    **Q**   And voting age population is depicted in the "Voting Age

4    Population" column of Table 1?

09:14:20  5    **A**   Yes.  Yes, I did.

09:14:21  6    **Q**   And citizen voting age population is depicted in the

7    "Citizen Voting Age Population" column on Table 1?

09:14:28  8    **A**   Yes, I did.

09:14:28  9    **Q**   And then did you calculate the citizen voting age population

10   that was Hispanic in each of the illustrative districts?

09:14:38 11   **A**   Yes, I did.

09:14:38 12   **Q**   And do the numbers in Table 1 then correspond to the

13   demonstrative map in the case?

09:14:46 14   **A**   Yes, they do.

09:14:47 15   **Q**   All right.  And for the record, the demonstrative map on

16   page 8 of your report has been marked as Plaintiff's Exhibit 24?

09:14:55 17   **A**   Yes.

09:14:56 18   **Q**   Okay.  Is it customary for experts in your profession to use

19   the American Community Survey data to compute and evaluate

20   population data necessary to figure out the percentage of a

21   minority group's citizen voting age population as you did here?

09:15:15 22   **A**   Yes, it is.

09:15:18 23   **Q**   The term "point estimate" is sometimes used in the context

24   of using this type of data.

09:15:25 25      What does the term "point estimate" mean in this situation?

*Mr. Abrams Direct of Robert Stein*

09:15:30  1  **A**   The census is just like any other survey, a big survey, and

2  it's not always precise.  The point estimate and the -- gives

3  you what the midpoint is, and around that point estimate is a

4  confidence band.  So the 52.8 percent Hispanic citizen voting

5  age population might actually have a variation around that --

6  two-thirds, to be exact, around that would be the estimate --

7  the error of that estimate.

09:16:01  8  **Q**   And when taking into account the potential statistical

9  margins of error when computing the American Community Survey

10  point estimate in this case, do nearly three-quarters of the

11  percentages you commuted -- computed fall above the 50 percent

12  mark?

09:16:16 13  **A**   Yes.

09:16:17 14  **Q**   Therefore, is it more likely than not that the Hispanic

15  citizens voting age population for proposed District 11 exceeds

16  50 percent?

09:16:26 17  **A**   Yes, it is.

09:16:28 18  **Q**   With respect to the total voting age population column in

19  your Table 1, at the time you prepared the map, did you

20  consciously calculate whether or not the proposed districts were

21  divided in a way that population totals were similar enough in

22  size to satisfy what is known as the one-person, one-vote

23  principle?

09:16:52 24  **A**   No, I didn't.  I assumed, or I took it as very likely that,

25  given I was looking at an enrollment district for middle

*Mr. Abrams Direct of Robert Stein*

1   schools, that the district themselves had drawn these seven

2   zones, if that's a proper word, that they would be relatively

3   homogenous regarding population and -- excuse me -- relatively

4   homogenous in terms of population size and composition of the

5   population.

09:17:21 6   Q   The district has stipulated that the population variance in

7   total population is less than two-and-a-half to 3 percent.  If

8   that is the case -- and mathematically it is -- does that comply

9   with what you understand to be the requirements of the so-called

10   one-person, one-vote principle?

09:17:39 11   A   Yes.  My understanding is that the deviation from the

12   largest to the smallest district can't be greater than

13   10 percent, and 2.5 is well within that range.

09:17:47 14   Q   And if we look at the total population figures, is it

15   mathematically the case that they are all well within the

16   10 percent margin that is required?

09:18:03 17   A   Yes, they are.

09:18:04 18   Q   I think you alluded to this earlier, but what did you use as

19   your baseline for beginning to draw these illustrative district

20   lines?

09:18:09 21   A   The enrollment districts for the middle school zones in

22   Spring Branch ISD.

09:18:14 23   Q   And I think you've already indicated what the rationale for

24   that was:  You relied on the district's conclusion that those

25   were meaningful zones?

*Mr. Abrams Direct of Robert Stein*

09:18:20  1    **A**    Yes.

09:18:22  2    **Q**    How does the term "citizen voting age population" differ

3    from the term "voting age population"?

09:18:33  4    **A**    Voting age population would be all those individuals who are

5    over the age of 18, which is the legal requirement to be a

6    registered voter in state and local elections; true for federal.

09:18:42  7        Citizen voting age population merely adds one other

8    constraint, and they must be U.S. citizens.

09:18:52  9    **Q**    And what data is used by people in your profession to

10    estimate the number of citizen voting age population numbers?

09:19:02 11    **A**    The American Community Survey, a -- a -- and their five-year

12    estimates.

09:19:09 13    **Q**    Your analysis indicated that 52.8 percent of the citizen

14    voting age population in proposed District 1 was Hispanic.  In

15    your opinion, is that sufficient to enable Hispanic voters to

16    elect a candidate of their choice?

09:19:25 17    **A**    It is my understanding that it is what is the -- the

18    threshold or level needed by *Gingles*.  No, I can't, you know,

19    say that -- for certainty that 52.8 will elect, but that's why

20    they have elections.  But 52.8 is my understanding, in the

21    *Gingles* rules, is a necessary condition for the election of a

22    preferred candidate in this case of Hispanic voters.

09:19:53 23    **Q**    With respect to proposed Illustrative District 1, the

24    Court's heard lay testimony that reflects the characteristics of

25    District 1.

*Mr. Abrams Direct of Robert Stein*

09:20:01  1      Are you relying upon and incorporating the testimony that's

2  now in the record with regard to the commonality of interests in

3  proposed District 1 in support of your proposed illustrative

4  District 1?

09:20:16  5  **A**  The testimony I have heard in the trial from Monday would

6  support that conclusion, yes.

09:20:22  7  **Q**  Now, in part four of your report, you summarized information

8  about the proportion of students in each school district middle

9  school zone based on race and ethnicity.

09:20:34  10      Let's look at page 10 of Exhibit 1, Table 2.

09:20:43  11      What data were you relying upon?

09:20:45  12  **A**  This data is on the race and ethnicity or enrollments from

13  the -- I'll have to double-check.  It's the National Association

14  of -- give me a second.  I apologize.

09:20:59  15  **Q**  That's all right.

09:21:01  16  **A**  National Center for Educational Statistics.

09:21:04  17  **Q**  Is it customary for experts in your field to rely upon data

18  from that source?

09:21:09  19  **A**  Yes.  The published research would cite these.

09:21:13  20      Could I make a request for a bottle of water?

09:21:22  21  **Q**  Absolutely.

09:21:23  22  **A**  I apologize.

09:21:23  23      Thank you.

09:21:25  24      Give me one moment.

09:21:29  25      Repeat -- yes, National Center for Educational Statistics

*Mr. Abrams Direct of Robert Stein*

1   is frequently cited as a source for reliable data.

09:21:38 2   Q   In Table 2 on page 10 of Plaintiff's Exhibit 1, your first

3   report, summarizes the percentages of white and Hispanic student

4   enrollment; is that correct?

09:21:50 5   A   That is correct.

09:21:50 6   Q   We have taken, and the Court has earlier, seen Plaintiff's

7   Exhibit 105.

09:21:56 8         MR. ABRAMS:   If we could look at that, please,

9   Richard.

09:21:58 10   BY MR. ABRAMS:

09:22:01 11   Q   Plaintiff's Exhibit 105 depicts graphically the results of

12   your racial and ethnic evaluation.  Do you see that?

09:22:09 13   A   Yes, I do.

09:22:11 14   Q   Although that pattern may appear obvious to the naked eye,

15   what did you do to evaluate whether or not the data that you

16   extracted evidences racially segregated schools from the

17   standpoint of a social scientist?

09:22:26 18   A   Well, I think the data from -- that I got from the National

19   Center for Educational Statistics confirms what the district

20   reports here, that in the northeast corner of the district and,

21   more specifically, in the Northbrook Middle School zone and the

22   Landrum school -- excuse me, Landrum Middle School zone and in

23   the Spring Woods Middle School zone, the proportion of Hispanic

24   students is, I would say, overwhelming.

09:22:53 25   Q   Your report used what I consider to be a fancy term, an

*Mr. Abrams Direct of Robert Stein*

1    index of dissimilarity.  What is that?

09:23:00  2    **A**   The simplest way to explain that is if you were to randomly

3    choose two people from the same geography and ask a simple

4    question, on some dimension -- in this case race and

5    ethnicity -- are they more or less likely to be similar?  And if

6    you did that random draw with replacement -- so you put them

7    back in -- you would invariably pick out the same people with

8    the same racial and ethnic characteristics.

09:23:28  9        And that seems to confirm, in the geography that I was

10   looking at, that no matter how many random draws of pairs, you

11   would almost invariably -- in this case 96, 88, or 78 percent of

12   the time -- find the same people.  This is a statistic that's

13   widely used not only in education research, but in other fields

14   of public policy.

09:23:48 15   **Q**   So in addition to just the eyeball test of looking at the

16   raw statistics, the index of dissimilarity confirmed your

17   conclusions about racial segregation in the district?

09:24:01 18   **A**   Yes.

09:24:02 19   **Q**   On page 10 of your report, Plaintiff's Exhibit 1, the first

20   report, you made a recommendation.  What was that

21   recommendation?

09:24:11 22   **A**   It is that the degree of racial and -- segregation and voter

23   polarization in the Spring Branch ISD supports the plaintiff's

24   request for -- request that future trustee elections be held

25   with a single-member district plan of representation.

*Mr. Abrams Direct of Robert Stein*

09:24:28  1       I can go on.  The district currently has seven board

2   members, and elections are conducted in seven precincts

3   corresponding to the district's enrollment districts.  Using a

4   single-district plan to elect trustees will most likely result

5   in at least the election -- excuse me, of at least one school

6   board trustee reflecting the preferences of Spring Branch ISD

7   Hispanic voters.

09:24:52  8   **Q**   In part eight of your first report, you discuss the social

9   science literature about the impact of an at-large and a

10   single-member election system on the representation of public

11   officials preferred by minority voters.

09:25:06 12       What's your bottom-line conclusion on page 12 of

13   Plaintiff's Exhibit 1?

09:25:11 14   **A**   I think the vast majority of research shows that the use of

15   single-member district representation increases the likelihood

16   that minority candidates will successfully contest elections for

17   positions on school boards or other legislative bodies;

18   single-member district form of representation enhances the

19   proportional representation.  By "proportional" I mean that if

20   there's 10 percent or N percent, that the proportion or the

21   number and share of representatives will equal that.

09:25:44 22       And if we think of representation, that's the way I think

23   we would like our legislative bodies to operate.

09:25:51 24       Single-member district representation will produce policies

25   more responsive to the preferences of that minority group.

*Mr. Abrams Direct of Robert Stein*

09:25:59  1   **Q**   What's the rationale for the conclusion that single-member

2   district representation will more likely produce policies

3   responsive to the preferences of the minority voters?

09:26:10  4   **A**   I believe the rationale has two pieces to it.  The most

5   important one is that one needs a seat at the table.  One needs

6   to be heard before a policy might be persuasive for other

7   members.  So if there is no member of the minority community on

8   a representative body, voice is not apparent.

09:26:31  9      The second rationale is persuasion.  Just being heard

10  doesn't guarantee that you will, in fact, have your way, and

11  having a member who articulates preferences of that

12  underrepresented minority might be more persuasive.  I would say

13  that the condition that I referred to in my report is necessary,

14  but not always sufficient.

09:26:54 15     Having a minority representative on the board is necessary

16  for the policies of the preferred minority voter to be heard and

17  is necessary for persuasion, but it is not sufficient.

09:27:07 18  **Q**   In this context, your use of the term "a minority

19  representative," does that necessarily entail the representative

20  being a minority?

09:27:16 21  **A**   Absolutely not.  When I use the word "minority

22  representative," I mean a representative who shares and

23  represents the preferences of those voters.  They can be a

24  member of that ethnic or racial group, but they don't have to

25  be.  An Anglo, African American, or Asian representative, a

*Mr. Abrams Direct of Robert Stein*

1  person of those ethnic backgrounds could easily, as we've seen

2  in these elections, prefer and represent the preferences of the

3  majority Hispanic voting population.

09:27:48  4  **Q**   In part nine of your first report, you discuss the social

5  science literature about the impact on taxing and spending

6  policies with at-large and single-member districts.  What's your

7  bottom line conclusion on page 13?

09:28:05  8  **A**   The finding is that single-member district forms of

9  representation tend to produce higher levels of spending.  It is

10  not altogether clear that these higher levels of spending are

11  always more or less sufficient, and -- and my conclusion is they

12  simply reflect probably a greater demand for spending on public

13  services than you would see in an at-large form of

14  representation.

09:28:31  15  **Q**   Is one logical inference that if all of the voices in a

16  government entity are heard, then the needs of the community

17  might be more articulately expressed and addressed in a spending

18  policy?

09:28:47  19  **A**   Yes.  I would -- I think that would be a very fair

20  conclusion.

09:28:51  21  **Q**   In part ten of your report you discuss the social science

22  literature about the representation of policy preferences among

23  jurisdictions with different modes of representation.

09:29:01  24      What are your bottom line conclusions on page 15?

09:29:05  25  **A**   The findings in the research would suggest that cities with

*Mr. Abrams Direct of Robert Stein*

1    at-large districts are more -- that -- let me go back a step.

2    That cities and jurisdictions with single-member district

3    representation seem to better match the preferences of the

4    majority of the population in those communities.

09:29:25 5    **Q**    And with regard to the impact -- potential impact of a

6    single-member plan on the Spring Branch Independent School

7    District, what was your conclusion based upon your research?

09:29:36 8    **A**    My conclusion is a single-member district plan for the

9    district would strongly improve bilingual and educational

10    outcomes critical for Hispanic students.  In addition, a

11    single-member district -- districting plan for the Spring Branch

12    ISD would increase responsiveness of the trustees to minority

13    and low-income students and their educators.

09:29:57 14    **Q**    We're now going to turn to your second report, Plaintiff's

15    Exhibit 2.

09:30:00 16        You earlier indicated that in your second report, you

17    reanalyzed the data for the 2015 to 2021 elections using a

18    different statistical technique than used in your first report;

19    is that correct?

09:30:14 20    **A**    That is correct.

09:30:15 21    **Q**    Let's look at the first textual page of Exhibit 2, please.

09:30:20 22        What is it that you did as stated on page 1 of Plaintiff's

23    Exhibit 2?

09:30:25 24    **A**    What I employed here was an ecological inference statistical

25    technique.

*Mr. Abrams Direct of Robert Stein*

09:30:31 1  **Q**   Can we take -- time out.

09:30:32 2  **A**   I'm sorry.

09:30:33 3  **Q**   What is -- what is an ecological inference statistical

4  technique in layman's terms?

09:30:39 5  **A**   In layman's terms, it -- it isn't altogether different than

6  what I did in my first report.  As I stipulated here, the

7  algorithm for estimating a report here on page 1, I do separate

8  analyses of each trustee election.

09:30:56 9       In the first report, I tended to -- I tended -- I did

10  aggregate those up for '215 through '221.  I look at

11  correlations between candidate vote and number of voters by race

12  and ethnicity.  I have an estimated mean proportion of vote for

13  each candidate by race and ethnicity, and I used statistical

14  tests for testing the degree to which racially polarized voting

15  existed in each of the trustee elections from '15 to '21.

09:31:25 16  **Q**   So is that a summary of how the analysis you employed in the

17  second report was different and supplementary of the analysis

18  you did in your first report?

09:31:34 19  **A**   That is correct.

09:31:36 20  **Q**   What were the results of the -- I'm going to call it EI for

21  ecological inference, if that's all right.

09:31:43 22      What were the results of the EI analysis described in your

23  second report, Plaintiff's Exhibit 2?

09:31:50 24  **A**   As I report -- in that report, I think it's on page 3.

25  There is statistically significant evidence of racially

                              *Mr. Abrams Direct of Robert Stein*

1   polarized voting in each of the individual trustee elections,

2   and in some cases even in the uncontested races where I would

3   compare the vote for the single candidate to the undervote,

4   which would refer to people who simply did not vote for a -- the

5   candidate in the uncontested race.

09:32:19  6   **Q**   Let's just use, as an example, the 2015 election in which

7   Dr. Elizondo -- Elizondo ran against Chris Vierra to illustrate

8   what sort of data this analysis generates.

09:32:34  9       This is found on -- in fact --

09:32:34  10       **MR. ABRAMS:**  What's our page number here, Richard?

11   You just zoomed in on us.

09:32:39  12   **BY MR. ABRAMS:**

09:32:39  13   **Q**   Page 3 of Plaintiff's Exhibit 2, can you interpret for us

14   what this table at the top shows us?

09:32:46  15   **A**   So if you look at the table there, what you get is a mean

16   share of vote for each candidate in the Eldizodo [sic] and

17   Vierra/Dawson/Adams trustee election.  The first table, Table 2,

18   tells you what the proportion of vote for each candidate among

19   white voters was.  Ms. Eldizodo received 13.46, on average,

20   share of vote from white voters.  There is a confidence band

21   there that ranges from 13.22 to 13.79, very tight.

09:33:23  22       If you go to the table below, 3, you'll see that it reports

23   the share of vote that Hispanic voters gave to each candidate,

24   and, again, Ms. Elzado's [sic] share was 92 percent with a range

25   of -- a low of 72.9 and a high of 99.0.

**Mr. Abrams Direct of Robert Stein**

09:33:42  1      The graph below for white and Hispanic voters clearly

2   illustrates what I showed in my first report with slopes:  Very

3   highly divergent support for Ms. Eldizodo [sic] and her opponent

4   or opponents in that trustee election.

09:33:59  5   **Q**   Let's look at Plaintiff's Exhibit 122 that takes the mean

6   data that you calculated for that race and puts it into a

7   different format, a pie chart that I will just tell you I

8   personally find easier to understand than your graphs.

09:34:15  9      Does Plaintiff's Exhibit 122 graphically depict the

10   proportions you just identified for us in your statistical

11   analysis of the 2015 race between Ms. Vierra and Dr. Elizondo?

09:34:30 12   **A**   Yes.  I think it probably -- yes.  Absolutely.  I would

13   have -- it -- EI analysis doesn't produce pie charts, but I

14   think you can see here Hispanic voters supported Ms. Eldizodo

15   [sic] by 92 percent and Ms. Vierra almost diametrically

16   opposite.

09:34:55 17   **Q**   Did the remainder of your second report do the same analysis

18   that we have just taken a snapshot of for each of the other

19   trustee elections between 2015 and 2021?

09:35:03 20   **A**   Yes, it did.

09:35:04 21   **Q**   And then did your third report, Plaintiff's Exhibit 3, do

22   the same analysis for the 2022 election?

09:35:11 23   **A**   Yes, it did.

09:35:12 24   **Q**   And then did your fourth report do the same analysis for the

25   election held in 2023?

*Mr. Abrams Direct of Robert Stein*

09:35:17  1   A   Yes, it did.

09:35:18  2   Q   All right.  Now let's look at the additional graphics that

3   are in evidence which illustrate the results of your EI analysis

4   for the remaining election, starting with Plaintiff's

5   Exhibit 123.

09:35:34  6       Plaintiff's Exhibit 123 takes us back to the 2015 election

7   between Ms. Dawson and Mr. Adams, both of whom were Anglo

8   candidates, right?

09:35:46  9   A   That is correct.

09:35:46  10  Q   Even though they were both Anglo candidates, does the

11  analysis you did of the Dawson/Adams race reflect racially

12  polarized voting?

09:35:56  13  A   Yes.  I think it's -- it's the extreme form.  98 percent of

14  Hispanic voters supported Mr. Adams, whereas 87.7 supported --

15  of white voters supported Ms. Dawson.  It also illustrates that

16  one doesn't have to be an Hispanic-ethnic candidate for Hispanic

17  voters.  The evidence here shows that, for whatever reasons,

18  Hispanic voters felt that Mr. Adams represented their

19  preferences for policy in the school district, and white voters

20  clearly supported Ms. Dawson, an almost identical and

21  diametrically different divergent result.

09:36:39  22  Q   Let's now look at Plaintiff's Exhibit 20- -- 124 with regard

23  to the 2017 race between Ms. Gonzales, and Ms. Mettenbrink.

09:36:52  24      Does this, likewise, reflect what you consider to be

25  racially polarized voting?

*Mr. Abrams Direct of Robert Stein*

09:36:57  1  **A**    Yes.  And, again, very much to the same degree that we see

2  in the Adams/Dawson election.

09:37:01  3  **Q**    The record reflects that although Ms. Gonzales does have a

4  Hispanic or Latino surname, she is not Hispanic or Latino; is

5  that correct?

09:37:09  6  **A**    Yes.  My understanding is that Ms. Gonzales is married to

7  Mr. Gonzalez and had taken his surname.

09:37:16  8  **Q**    Is this the only instance where you saw, basically, an

9  alignment or correlation between the preferences of the white

10  voters in Spring Branch and the Latino or Hispanic voters?

09:37:29 11  **A**    No.  There were other elections --

09:37:31 12  **Q**    Okay.

09:37:31 13  **A**    -- and other instances where this occurred.

09:37:33 14  **Q**    But in this instance, for example, Ms. Gonzales was the

15  preferred Hispanic candidate, and she was the preferred white

16  candidate, right?

09:37:40 17  **A**    That is correct.

09:37:41 18  **Q**    Now let's look at Plaintiff's Exhibit 125, the two -- 2018

19  election between Minda Caesar and Noel Lezama.  There's a note

20  on here about the totals not equaling 100.

09:37:55 21      Can you explain for us why your calculations don't always

22  come up with exactly 100 percent?

09:38:01 23  **A**    As we'll find out when I get to my last, fifth, report, the

24  EI program I use differentiated between all racial and ethnic

25  groups.  The EI Bayesian approaches that the plaintiff's [sic]

*Mr. Abrams Direct of Robert Stein*

1  expert used tends to group people either into Hispanic or

2  non-Hispanic.

09:38:18 3      I should say that my intellectual preference is to

4  recognize that there are different racial and ethnic groups:

5  African American, Asian, other, Native Americans.  I don't

6  believe that putting them into two baskets, Hispanic and

7  non-Hispanic, presumes that, in fact, black and Asian and

8  other -- and my analysis in my third report shows that there is

9  some divergence among African Americans, Asians and other ethnic

10 groups in the Spring Branch district.

09:38:49 11     Admittedly, they're very small.

09:38:51 12     Number two, the reason my numbers don't add to 100 percent

13 is my estimates -- my Bayesian estimates for the racial and

14 ethnic identification of voters doesn't always place a voter

15 clearly in one of those categories.

09:39:04 16 **Q**   How can that happen?

09:39:05 17 **A**   Well, you can imagine that the surname of an individual

18 might be clearly Hispanic, but the other piece of data that I

19 also relied on was census tract and bloc information.  So one

20 could imagine that a surname voter Gonzalez lives in a tract

21 that has virtually no Hispanics, and there my estimate might be

22 off, might be in error.

09:39:29 23     My subsequent analysis in -- in the fifth report adopted

24 the Bayesian technique and the state's surname-only

25 characterization of all voters.  The word "object" would not be

*Mr. Abrams Direct of Robert Stein*

1  fair; I simply raised criticism.  If I were doing a peer review

2  publication, I might say, "Gee, maybe we should see how those

3  racial groups break out."

09:39:52  4  But, again, as you'll see in my fifth report, that is a

5  quibble that the plaintiff's [sic] expert and I might have for

6  scholarly work, but it doesn't substantively change any of my

7  conclusions.

09:40:05  8  Q  With regard, then, to the 2018 election between Ms. Caesar

9  and Mr. Lezama, did that reflect and depict racially polarized

10  voting?

09:40:15  11  A  I believe so.  You can see here that 90 -- virtually all of

12  the voters in Hispanic districts were voting for Lez -- Lez --

13  Lezama, and the white preferred candidate was 54 percent, maybe

14  not as large as we've seen before.  But I'll note here, as we

15  get along in time, something's changing, and it's worth noting.

09:40:40  16  Q  Let's now look at 20- -- Plaintiff's Exhibit 126, the 2019

17  election between Mr. Breed and David Lopez.

09:40:50  18  Does this again extract from your supplemental report,

19  Plaintiff's Exhibit 2, the data and just depict it graphically?

09:40:58  20  A  Yes.  Same result.

09:41:00  21  Q  There's still racially polarized voting --

09:41:03  22  A  Yes.

09:41:03  23  Q  -- based upon your analysis?

09:41:05  24  A  Very much so.

09:41:07  25  Q  Let's look now at Plaintiff's Exhibit 128.

*Mr. Abrams Direct of Robert Stein*

09:41:08  1       I'm sorry, 127.  We've already, I think, covered the

2   earlier election of Dr. Elizondo.

09:41:18  3       Plaintiff's Exhibit 127 is the 2021 election between

4   Mr. Earnest and Dr. Elizondo.  This is, again, data extracted

5   from your report, Plaintiff's Exhibit 2, and depicted

6   graphically, correct?

09:41:32  7   A   That is correct.

09:41:34  8   Q   Do the -- your results confirm that the 2021 election

9   between Mr. Earnest and Dr. Elizondo reflected racially

10  polarized voting?

09:41:43 11   A   Yes, it does.

09:41:46 12   Q   Now let's look at Plaintiff's Exhibit 128.

09:41:50 13       This reflects the results of the 2022 race between Ms. Alpe

14  and Carter Breed, both of which were Anglos; both of which

15  self-identified as Republicans, correct?

09:42:04 16   A   That is my understanding from the news accounts, yes.

09:42:07 17   Q   Yet there was still racially polarized voting?

09:42:10 18   A   Yes.

09:42:11 19   Q   And does this graph again depict the pattern of racially

20  polarized voting you have been testifying about?

09:42:18 21   A   Yes, it does.

09:42:20 22   Q   Now let's turn to Plaintiff's Exhibit 129.  This is another

23  2022 election where there were multiple candidates:  Mr. Perez,

24  Mr. Kaczenski, Ms. Mafrige.

09:42:36 25       Does this chart and does your data again reflect there was

*Mr. Abrams Direct of Robert Stein*

1   racially polarized voting in the 2022 election between Perez,

2   Kaczenski, and Mafrige?

09:42:49  3   **A**   Yes, it does.

09:42:53  4   **Q**   Does this graph or chart illustrate whether or not Hispanic

5   voters necessarily always prefer a Hispanic-surnamed candidate

6   over a non-Hispanic candidate?

09:43:08  7   **A**   No, and I think it would be fair to say that Mr. Perez's

8   surname is readily recognized as Hispanic.  If one thought that

9   Hispanic voters would naturally gravitate to candidates with

10  surnames and assume that they supported their policy

11  preferences, I will note that this would -- would dispute that

12  conclusion.

09:43:30  13      Moreover, there were three candidates in this race.  I'm

14  not suggesting for the moment that that's a lot, but it allowed

15  the voters to have to choose among these three candidates, and

16  it's very clear that Mr. Kaczenski -- I hope I pronounced this

17  right, Kaczenski -- was the preferred Hispanic candidate in

18  spite of a Hispanic-surnamed candidate or, obviously, voters

19  were able to discern the differences between these candidates

20  beyond their race and ethnicity and choose them, presumably, on

21  some basis other than their surname and racial and ethnic group

22  membership.

09:44:03  23  **Q**   So this election and this graphic depicts that anybody that

24  offers the stereotype that someone with a Hispanic surname

25  necessarily is going to be the preferred candidate of the Latino

*Mr. Abrams Direct of Robert Stein*

1    or Hispanic community is wrong?

09:44:19  2    **A**   That is correct.

09:44:20  3    **Q**   Okay.

09:44:20  4         **THE COURT:**  We're going to take a recess until

5    10:00 o'clock.

09:44:25  6        *(Recess taken from 9:44 a.m. to 9:58 a.m.)*

09:58:58  7         **THE COURT:**  All right.  You may conclude with your

8    direct examination of Dr. Stein.

09:59:03  9         **MR. ABRAMS:**  Thank you, Your Honor.

09:59:03  10   **BY MR. ABRAMS:**

09:59:04  11   **Q**   Dr. Stein, we're going to pick up with Plaintiff's

12   Exhibit 130, which is another of the 2022 elections that you

13   analyzed in one of your supplemental reports.  Plaintiff's

14   Exhibit 130 reflects a race between Ms. Bennett, Mr. Slattery,

15   and a Ms. Morace.

09:59:28  16       Did you again follow the same methodology in your report

17   that's graphically depicted here with respect to whether or not

18   there was racially polarized voting?

09:59:36  19   **A**   Yes, I did.

09:59:37  20   **Q**   And was there racially polarized voting in this election?

09:59:41  21   **A**   Yes, there was.

09:59:42  22   **Q**   Let's turn to Plaintiff's Exhibit 131.  This was the 2023

23   race between Ms. Anderson and Mr. Lopez.

09:59:51  24       Again, did you follow the same methodology we've discussed,

25   and does this graphically depict the results of your racial

*Mr. Abrams Direct of Robert Stein*

1   polarization analysis?

10:00:00  2   **A**   Yes.  I followed the same methods, and this illustrates the

3   same degree of racially polarized voting.

10:00:11  4   **Q**   With respect to Plaintiff's Exhibit 132, that deals with the

5   2023 race between Ms. Mahan and Ms. Downs.

10:00:19  6   Same methodology; same graphic format, correct?

10:00:23  7   **A**   That is correct.

10:00:25  8   **Q**   And was your opinion the same, that it depicts racially

9   polarized voting?

10:00:30 10   **A**   Yes, it is.

10:00:31 11   **Q**   Now let's look at Plaintiff's Exhibit 135.

10:00:37 12   Plaintiff's Exhibit 135 is a composite which takes the pie

13   charts that we've just reviewed that are in evidence for every

14   race between 2015 and 2023; the second column depicts the

15   candidates in each race; the third column takes the graphic

16   depiction of the vote ratio shown in the underlying exhibits for

17   white voters; and the last column takes the same graphic

18   depiction we've just reviewed on a race-by-race basis and

19   includes it for the Hispanic vote percentage.

10:01:20 20   Do you believe that Exhibit 135 accurately reflects the

21   presence of racially polarized voting in various of the races

22   between 2015 and 2023?

10:01:31 23   **A**   Yes, it does.

10:01:44 24   **Q**   If you assume that before 2021, in the race between

25   Dr. Elizondo -- Elizondo and Mr. Earnest, political parties

*Mr. Abrams Direct of Robert Stein*

1    played no active role in Spring Branch elections, what

2    conclusion do you draw from the fact that this pattern of racial

3    polarization does not appear to have changed before or after

4    2021?

10:02:06 5    **A**    It does not appear to have changed.  If anything, it seems

6    to be -- continue at the same degree.

10:02:14 7    **Q**    And if you assume, as the evidence has reflected, that the

8    2022 races depicted on Exhibit 135 all involved candidates who

9    self-identified as Republicans, what does that -- what

10   conclusion do you draw from whether or not party affiliation is

11   a deterrent or the reason for racial polarization?

10:02:43 12   **A**    I find no evidence that there is a relationship here between

13   the partisanship, self-identified or otherwise.

10:02:49 14        I will also note, as I'm sure everyone knows, these are

15   nonpartisan elections.  So the identification of candidates on

16   the ballot does not include their party affiliation.

10:03:02 17   **Q**    The district's expert, Dr. Alford, who you know quite

18   well --

10:03:07 19   **A**    Yes.

10:03:07 20   **Q**    -- performed his own analysis of the 2023 election using

21   this newer version of the EI program that you described,

22   correct?

10:03:18 23   **A**    That is correct.

10:03:19 24   **Q**    Let's look at Plaintiff's Exhibit 123.

10:03:28 25        Plaintiff's Exhibit 123 -- I'm sorry, 133.

*Mr. Abrams Direct of Robert Stein*

10:03:32  1          MR. ABRAMS:  My apologies.

10:03:35  2   BY MR. ABRAMS:

10:03:35  3   Q   Plaintiff's Exhibit 133 takes the results of the same

       4   election you analyzed, but it uses Dr. Alford's results.

10:03:46  5       In your judgment, do Dr. Alford's results for the 2023

       6   election between Ms. Anderson and Mr. Lopez, again depict

       7   racially polarized voting?

10:03:59  8   A   Yes, it does.

10:04:00  9   Q   Let's look at Plaintiff's Exhibit 134.  This analyzes the

       10  Mahan/Downs race in 2023.

10:04:08 11       Again, using the results that the district's expert,

       12  Dr. Alford, derived when he ran his EI analysis just for the

       13  2023 election, does this result, in your opinion, again depict

       14  racially polarized voting?

10:04:26 15   A   Yes, it does.

10:04:27 16   Q   So although Dr. Alford's numbers vary slightly from yours,

       17  do they change or contradict your opinion about the existence of

       18  racially polarized voting in these elections?

10:04:38 19   A   No, it doesn't.  And I'll add that in Dr. Alford's report,

       20  he concludes that his results and my results are substantively

       21  similar, if not identical.

10:04:49 22   Q   Now, your last report, Plaintiff's Exhibit 136, looked at

       23  the 2024 race, correct?

10:04:56 24   A   That is correct.

10:04:58 25          MR. ABRAMS:  Let's turn to the first substantive page

*Mr. Abrams Direct of Robert Stein*

1    of the report, please, Richard.  Thank you.

10:05:03 2    **BY MR. ABRAMS:**

10:05:03 3    **Q**   What were your conclusions in your 2024 report about the

4    2024 race?

10:05:11 5    **A**   Here I found a moderate degree of racially polarized voting

6    still to justify, but a change -- a change that I had

7    anticipated from my first report.

10:05:25 8    **Q**   Were there preferences among the Hispanic voters that were

9    different from the patterns you saw in the earlier elections?

10:05:33 10   **A**   Not different, it's just that there was not a strong --

11   there was a plurality preferred candidate among Hispanics, but

12   not a majority preferred candidate.

10:05:43 13   **Q**   I want to just pause for a moment and talk about that

14   concept, plurality voting and majority voting.

10:05:49 15       The district put into evidence its policy with regard to

16   electing trustees, and it depicts the fact that to become a

17   trustee, you only need a plurality of the vote.

10:06:02 18       Can you explain to us the difference in voting procedures

19   between a plurality requirement and a majority requirement?

10:06:10 20   **A**   Yes.  A majority requirement requires 50 percent plus one

21   vote.  One must have over half of the votes cast in order to be

22   elected.  A plurality, sometimes also known as

23   first-past-the-post, simply means the elected candidate, the

24   winning candidate, is that candidate with the largest plurality

25   of votes.

*Mr. Abrams Direct of Robert Stein*

10:06:34 1   **Q**   So, for example, in some of the elections we looked at where

2   there were multiple candidates on the ballot, was it the case

3   that the winning candidate didn't have to have 50 percent of the

4   vote to be elected; they only needed to have the largest vote

5   among all of those running?

10:06:50 6   **A**   That is correct.

10:06:53 7        **MR. ABRAMS:**   If you would, Richard, go back to the

8   body of Dr. Stein's last report, and go to page 2 -- page 3.

9   It's the next page of the substance.

10:07:15 10        Keep going.

10:07:19 11        No, we're on the wrong report.  We need to be on

12   Plaintiff's Exhibit 136.

10:07:24 13        Oh, I'm sorry.  Is this it?  Okay.  Let's go to

14   page -- keep going through the document.

10:07:29 15        One more page.

10:07:32 16        One more page.

10:07:34 17        One more page.

10:07:37 18   **BY MR. ABRAMS:**

10:07:39 19   **Q**   All right.  Dr. Stein, did the 2024 election bring about a

20   condition that you forecast in your very first report?

10:07:50 21   **A**   It did.  Unlike the 2023 where we saw clear evidence of

22   racially polarized voting, in 2024 we saw something different.

23   And if I can, in my original -- first report, I suggested that a

24   long history of at-large elections might have an effect on both

25   candidates who are preferred by Hispanic voters, and Hispanic

*Mr. Abrams Direct of Robert Stein*

1  voters, and that effect would be the following:

10:08:20 2      That after running multiple times, as our plaintiff,

3  Ms. Eldizodo [sic] did, she would begin to realize that under an

4  at-large form of representation, there was no hope of winning.

5  Similarly, voters might begin to believe -- Hispanic voters --

6  that candidates who they preferred could not win in an at-large

7  election.  If this occurred, what we might observe is that

8  candidates who are preferred by Hispanic voters would choose not

9  to contest.  That, in turn, would signal Hispanic voters there

10  was really no reason to participate in an at-large election

11  where there are no candidates that they would majority prefer.

10:09:04 12      The '24 election, sadly, produced that result.  Though

13  there was a plurality preferred candidate among Hispanic voters,

14  and clearly the Hispanic voters voted against all other

15  candidates in an overwhelming number, it was also the case that

16  the turnout rate between the 2023 and 2024 election among

17  Hispanic voters dropped 18 percent.

10:09:34 18      This is sort of -- not "sort of."  This is what I would

19  have expected after, help me here, almost nine years of

20  elections under an at-large system, the consequences of which

21  are candidates preferred by Hispanic voters choose not to vote.

22  I think the old line is being stupid is doing the same thing,

23  the same time, over and over again with the expectation of the

24  same result.  And with respect to Ms. Elizondo, I'm not

25  suggesting that these candidates were stupid, but, rather, they

*Mr. Abrams Direct of Robert Stein*

1    were dealing with a difficult, if hopeless, task.

10:10:09  2    **Q**   I believe you indicated earlier that your scholarship has

3    involved impacts on voter turnout?

10:10:16  4    **A**   Yes.

10:10:17  5    **Q**   How, if at all, have you observed, in the facts of this

6    case, some significance of electoral processes that impact voter

7    turnout?

10:10:29  8    **A**   The research that I have conducted and the research I have

9    reviewed or read would suggest that single-member district forms

10    of representation will, in fact, increase voter turnout by

11    producing candidates in these single-member districts that are

12    much more likely to represent and -- represent the preferences

13    of voters in these geographic areas, giving rise to more

14    participation.

10:10:52 15        I'll go so far as to say that with the Spring Branch School

16    District, I can't recall a time series of this sort where you

17    see, in an eight to nine-year period, this kind of dropoff not

18    only in candidates who have been preferred by voters of Hispanic

19    persuasion, but also among Hispanic voters.

10:11:20 20    **Q**   Let's look at Plaintiff's Exhibit 137.

10:11:27 21        Plaintiff's Exhibit 137 runs from the beginning of your

22    period of analysis, 2015, through 2024.  In the middle column,

23    it shows the candidates that were running, and the asterisk by

24    the Hispanic preferred candidate, per your analysis, and the

25    result of the election, whether the Hispanic preferred candidate

*Mr. Abrams Direct of Robert Stein*

1    won or lost, does this accurately summarize the results of your

2    analysis of voter outcomes?

10:12:01  3    **A**   Yes, it does.

10:12:02  4    **Q**   And in that period of time, is it the case that only the

5    election involving Ms. Gonzales was an occasion where the

6    Hispanic preferred candidate actually won, and it was the same

7    as the white preferred candidate?

10:12:17  8    **A**   Yes.

10:12:18  9    **Q**   And so if we were trying to figure out what the odds were

10    that the Hispanic preferred candidate could win an election in

11    the last one, two, three, four, five, six, seven, eight -- nine

12    years, there would be about a 91.66 chance of losing?

10:12:33 13    **A**   That is correct.

10:12:34 14    **Q**   One out of ten chance of winning?

10:12:36 15    **A**   A little less.

10:12:42 16    **Q**   Would that result have changed if the turnout rate of

17    Hispanic voters had matched the turnout rate of non-Hispanic

18    voters?

10:12:48 19    **A**   No.

10:12:49 20    **Q**   Why not?

10:12:50 21    **A**   Simply because the share of vote that is Hispanic in the

22    entire district is simply too low to elect any of the preferred

23    Hispanic candidates.

10:13:03 24    **Q**   In your opinion, as a bottom-line question, are the three

25    so-called *Gingles* preconditions we talked about in this case

*Mr. Crawford Cross of Robert Stein*

1  satisfied based upon reasonable mathematical and statistical

2  probability?

10:13:16 3  **A**   Yes, they are.

10:13:17 4          **MR. ABRAMS:**  Pass the witness.

10:13:51 5          **MR. CRAWFORD:**  Thank you, Your Honor.

10:13:51 6                      **CROSS-EXAMINATION**

10:13:52 7  **BY MR. CRAWFORD:**

10:13:52 8  **Q**   Dr. Stein, good morning.

10:13:54 9  **A**   Good morning.

10:13:55 10  **Q**   Nice to talk to you again.

10:13:57 11  **A**   Nice to see you.

10:13:57 12  **Q**   You are opining on the three *Gingles* preconditions and the

13  totality of the circumstances, correct?

10:14:03 14  **A**   On the three principles; not offered any in my written

15  testimony on totality of circumstances.

10:14:12 16  **Q**   Okay.  And do you remember when I took your deposition in

17  February of 2022?

10:14:18 18  **A**   Yes.

10:14:19 19  **Q**   And at that time, you stated that there was nothing else you

20  needed to do or wanted to do at that time to render your

21  opinion, correct?

10:14:27 22  **A**   That is correct.

10:14:28 23  **Q**   And, now, we've had subsequent elections since your

24  deposition, and you've looked at those elections separately, but

25  at least at the time I took your deposition, you did not need to

*Mr. Crawford Cross of Robert Stein*

1    do any further research to form your opinion?

10:14:41 2    **A**    That is correct.

10:14:42 3    **Q**    Okay.  In rendering your opinion, you did not look at the

4    role of partisan politics in the outcome of Spring Branch ISD

5    elections, correct?

10:14:51 6    **A**    That is correct.

10:14:53 7    **Q**    You don't know if the population of Spring Branch ISD has a

8    Democratic or Republican voting majority, correct?

10:15:04 9    **A**    I didn't at the time I was -- at the time of my deposition.

10:15:10 10    **Q**    However, even though you did not look at partisan politics

11    as part of your opinion, you do acknowledge, don't you,

12    Dr. Stein, that partisan politics is playing an increased role

13    in school board elections, correct?

10:15:25 14    **A**    Yes.  I think I said that in my deposition, correct.

10:15:28 15    **Q**    I'd like you, if you would, please, to look at Defendants'

16    Exhibit 8.  Hopefully, it'll come up on the screen.

10:15:37 17    **A**    Oh.

10:15:37 18    **Q**    Yes, sir.

10:15:47 19            **MR. RIENSTRA:**  Your Honor, I think they're sticking

20    with me on -- I'm sorry.

10:15:58 21            **MR. CRAWFORD:**  I'm looking for Defendants' 8.

10:16:01 22            **MR. RIENSTRA:**  Defendants' 8.

10:16:25 23            **MR. CRAWFORD:**  Defendants' Exhibit 6.  I apologize.

10:16:31 24    **BY MR. CRAWFORD:**

10:16:31 25    **Q**    Dr. Stein, you've seen this press release from the

*Mr. Crawford Cross of Robert Stein*

1   Republican Party of Texas before, correct?

10:16:36  2   **A**   Yes.  You showed it to me at my deposition.

10:16:39  3   **Q**   And it's entitled "Republican Party of Texas Doubles Down on

4   Local Elections."

10:16:44  5      And according to the press release:  (As read) As part of a

6   growing commitment to advance conservative principles on a local

7   level, the Republican Party of Texas announced Monday an

8   initiative to play a greater role in non-partisan races and

9   ballot propositions.  As part of this initiative, the Republican

10   Party of Texas announced the creation of a local government

11   committee composed of Republican Party of Texas executive

12   committee members and local GOP leaders.  The committee will

13   assist county parties in electing conservative candidates in

14   often-overlooked school board and municipal elections.

10:17:19  15      Did I read that correctly?

10:17:20  16   **A**   Yes.

10:17:21  17   **Q**   And then on the second page of the press release, it quotes

18   Republican Party of Texas Chairman Matt Rinaldi as saying,

19   "Following a year of big wins in school board and mayoral

20   elections that drew national attention, the Republican Party of

21   Texas is announcing an even greater focus on influencing local

22   elections."

10:17:41  23      And the press release goes on to quote the Republican Party

24   of Texas Vice-Chair Cat Parks as saying, "Harnessing the full

25   potential of county parties and GOP activists to impact local

*Mr. Crawford Cross of Robert Stein*

1  elections is one of the most consequential initiatives our party

2  can undertake.  School districts and cities are the largest

3  items on Texans' property tax bills; they have a huge impact on

4  our everyday lives.  We expect voters to choose lower taxes and

5  common sense conservatism as opposed to the radical leftwing

6  policies, limitless spending, and cronyism that traditionally

7  accompany electing Democrats to those positions."

8      You acknowledge, Dr. Stein, that is accurate description of

9  the Texas Republican Party's new commitment and initiative

10  regarding school board elections?

11  **A**   Yes.

12  **Q**   You are unable to say, however, if partisanship expressed in

13  Defendants' Exhibit 6, this press release, played a role in

14  Chris Earnest or any other recent trustees, such as John Perez,

15  being elected, correct?

16  **A**   Yes.

17  **Q**   In other words, you can't discount the role that partisan

18  politics has played in recent Spring Branch ISD elections, can

19  you?

20  **A**   I can't opine on it either way.

21  **Q**   In rendering your original opinion, the only two people you

22  talked to about this case were the -- Ms. Elizondo's --

23  Dr. Elizondo's lawyers, Barry Abrams and Marty Golando, correct?

24  **A**   That is correct.

25  **Q**   You did not talk to Dr. Klussmann about communities of

*Mr. Crawford Cross of Robert Stein*

1    interest before you drew your illustrative district, did you?

10:19:26  2    A   No, I did not.

10:19:27  3    Q   And you did not talk to Ricardo Barnes before you drew your

4    district, did you?

10:19:30  5    A   No, I did not.

10:19:31  6    Q   And you did not talk to Neil [sic] Lezama or David Lopez

7    before you drew your district, did you?

10:19:36  8    A   No, I did not.

10:19:42  9    Q   You will agree that there are advantages to at-large

10   systems, correct?

10:19:55  11   A   Hmm.  I wouldn't disagree.  If you asked me to give you --

10:20:00  12   Q   Yeah.  For example --

10:20:01  13   A   -- those advantages right now, I'm hard-pressed to think of

14   them, but I wouldn't disagree with the statement.

10:20:06  15   Q   I mean, for example, many advocates of at-large systems

16   suggest that there's less pork barrel spending in such systems.

17   Would --

10:20:13  18   A   That --

10:20:13  19   Q   -- you agree with that?

10:20:15  20   A   Yes.

10:20:15  21   Q   And other advantages could be representing the common

22   interest, the greater good over the good of a particular segment

23   or geography, correct?

10:20:30  24   A   Not to be argumentative, those seem to be arguments in favor

25   of single member -- the first part, that is, one would imagine

*Mr. Crawford Cross of Robert Stein*

1    that an at-large election in a community that was extremely

2    homogenous, no variation, might produce a common collective

3    good.

10:20:46   4       As to segments of the community, that would seem to be an

5    argument in favor of single-member districts where those

6    segments were diverse and present and geographically

7    concentrated.

10:21:01   8   **Q**   You do agree with the statement that election systems

9    establish the rules of the game and incentives, but they do not

10   necessarily determine the winners?

10:21:10  11   **A**   That is correct.  I would agree with that.

10:21:14  12   **Q**   I would like to ask you about a few of the authorities you

13   cited in your original report, which is Plaintiff's Exhibit 1.

10:21:26  14       I'd like to turn to page 11 of your report.

10:21:30  15   **A**   Which -- which -- Exhibit 1?

10:21:33  16   **Q**   Yes, sir.  Your January 20, 2022, report, page 11.

10:21:39  17   **A**   Oh, okay.  You got it up.  Thank you.

10:21:41  18   **Q**   Thank you.

10:21:44  19       The top of the page, you cite several articles, and then

20   you say, "several studies, have reported null findings."  Do you

21   see that reference?

10:21:58  22   **A**   Help me here.  Give me a second.  "Two studies have reported

23   a negative relationship" -- "several studies, have reported null

24   findings," yes.

10:22:04  25   **Q**   And then you go on, after citing a couple of authorities for

*Mr. Crawford Cross of Robert Stein*

1   that, you state that, "Two studies have reported a negative

2   relationship between single member district elections and

3   minority representation."

10:22:18  4      You acknowledge that, correct?

10:22:19  5   A   Yes.

10:22:24  6   Q   When you discuss null findings in your report -- and I'm

7   using the word "null" as you used it -- null means, quote, there

8   was no significant effect between the form of representation and

9   the proportion of minority representatives on those

10   representative bodies; no relationship; no positive, no

11   negative; no significant relationship, correct?

10:22:51  12  A   Yes, that's correct.

10:22:53  13  Q   Okay.  If you would, one of the articles you refer to on

14   page 11 of your study is the Meier and Rutherford study?

10:23:10  15  A   Yes.

10:23:11  16  Q   And -- do you see that reference?

10:23:12  17  A   Yes.  I'm sorry.

10:23:14  18  Q   If you would turn to Defendants' Exhibit 4, is this a copy

19   of that study that you're referencing in your -- in your report?

10:23:28  20  A   Yes.

10:23:36  21  Q   If you would turn to page 266 of the report -- the Meier

22   report -- it's the second page of the exhibit, and there is a

23   heading that is entitled "The Political and Racial Context of

24   School Districts"?

10:23:49  25  A   Yes.

*Mr. Crawford Cross of Robert Stein*

10:23:50 1   **Q**   If you will go to the second paragraph under that heading,

2   the second sentence reads, "The low turnout of nonpartisan

3   school board elections held in the spring has meant an

4   electorate dominated by those with a direct interest in schools,

5   primarily parents and teachers."

10:24:10 6        Did I read that correctly?

10:24:12 7   **A**   Yes.

10:24:13 8   **Q**   And you agree with that statement, correct?

10:24:22 9   **A**   I believe that Meier and Rutherford found that result.  I

10   don't know if that's true as a general proposition, but it is a

11   finding in their study, yes.

10:24:34 12  **Q**   And assuming it is a -- a valid proposition, you have no

13   opinion on whether that's a good or a bad thing, do you?

10:24:43 14  **A**   A good or -- that is, with low turnout, it's better to have

15   teachers and parents of students turn -- turn out.

10:24:51 16  **Q**   You have no opinion whether it's good or bad that you have

17   an electorate dominated by those with a direct interest in

18   schools, primarily parents and teachers?

10:25:03 19  **A**   Again, I don't mean -- is it good to have more parents of

20   students and teachers voting in an election?  I think that would

21   be -- I would say that would be better to have everyone voting

22   in an election, but you -- I don't know if that's good or bad.

23   I -- I -- I don't want to -- my judgment is that's a factual

24   finding of the authors, but I don't have an opinion as to

25   whether that's good or bad.

*Mr. Crawford Cross of Robert Stein*

10:25:26  1      For representation, I think it would be good for

2    representation if people who had children in schools and

3    teachers voted, but I don't think it's necessarily bad.  But the

4    way I read that finding is it's a finding.  It's a truthful

5    finding that Ken and -- well, Rutherford and Meier found.

10:25:49  6      Maybe I don't understand your question.  I apologize.

10:25:52  7  Q   That's fair.

10:25:53  8      You found the study valid enough to include it as part of

9    your report, right?

10:25:57 10  A   Yes.  Yes.

10:25:58 11  Q   All right.  I'd like now to turn to your illustrative

12   district under the *Gingles* one standard, and as part of your

13   opinion, you have created an illustrative Hispanic majority

14   citizens voting -- CVAP district to satisfy the first *Gingles*

15   precondition, correct?

10:26:18 16  A   That is correct.

10:26:19 17  Q   And I believe that's shown on Plaintiff's Exhibit 24.

10:26:30 18      And is that a copy of your illustrative district from your

19   report?

10:26:35 20  A   Yes, it is.

10:26:36 21  Q   Very good.

10:26:36 22      First, I want to confirm that you do not know, because

23   you've not looked at the data, whether it would have been

24   possible to draw a Hispanic majority CVAP district prior to the

25   2020 census?

*Mr. Crawford Cross of Robert Stein*

10:26:52  1  **A**   No, I -- I don't know that it would -- I did not attempt to

        2  before the '20.  So the answer is, yes, I -- I don't know.

10:27:02  3  **Q**   Okay.

10:27:02  4  **A**   I'm trying to get your...

10:27:04  5  **Q**   And to satisfy the first *Gingles* precondition, you only

        6  looked at and created one proposed illustrative district,

        7  correct, and that's the one in your report?

10:27:16  8  **A**   That is correct.

10:27:18  9  **Q**   And regarding the map that you used, you didn't actually

        10  draw or create the map, you simply worked with what you were

        11  given by someone else; is that correct?

10:27:31 12  **A**   I -- I worked with the enrollment district for the middle

        13  schools, which was the most available pieces of information that

        14  I had, and it was given to me by the district and Mr. Abrams.

10:27:47 15       So, yes, I think that's a yes to your question.

10:27:49 16  **Q**   And as you told me at your deposition:  (As read) I didn't

        17  do much to create this illustrative district.

10:27:54 18       Correct?

10:27:55 19  **A**   That would be -- I believe that's what I said, yes.

10:27:59 20  **Q**   The Hispanic CVAP in your single illustrative district is

        21  52.8 percent with a margin of error of plus or minus

        22  5.9 percent, correct?

10:28:11 23  **A**   That is correct.

10:28:12 24  **Q**   And you got the CVAP data information from Mr. Golando that

        25  he shared with you, and you used no other data; is that right?

*Mr. Crawford Cross of Robert Stein*

10:28:22  1   **A**   I went back and looked at the ACS myself, yes.

10:28:26  2   **Q**   So he supplied it to you, and then you -- and then you

3   verified it?

10:28:29  4   **A**   Yeah.  I went back and downloaded the same data to make

5   certain.

10:28:34  6   **Q**   Now, this plus or minus 5.9 percent margin of error means

7   that the Hispanic CVAP in your single illustrative district

8   could be less than 50 percent, correct?

10:28:47  9   **A**   It could be.

10:28:48 10   **Q**   In creating your single illustrative district, you did not

11   respect neighborhoods and subdivisions, meaning that you did not

12   try to keep them in tact, correct?

10:28:58 13   **A**   Only to the extent that I knew these were, of course,

14   enrollment districts for middle schools and that that

15   represented the potential of communities of interest.  But as I

16   said in my deposition, I did not attempt to ask that question.

10:29:18 17   **Q**   In fact, are you aware that your proposed map breaks up the

18   Spring Forest Middle zone -- Middle School zone?

10:29:25 19   **A**   I was made aware of that in my deposition.

10:29:27 20   **Q**   And it breaks up the Spring Forest and Memorial school --

21   Middle School attendance zones?

10:29:32 22   **A**   I was made aware of that, yes.

10:29:34 23   **Q**   And it breaks up the Spring Branch Middle School attendance

24   zone?

10:29:37 25   **A**   Yes.

*Mr. Crawford Cross of Robert Stein*

10:29:40  1  **Q**   Also, you did not take into account or respect census blocks

2  when creating your illustrative district, correct?

10:29:46  3  **A**   That is correct.

10:29:47  4  **Q**   And at the time you created your district, you did not look

5  at one person, one vote, correct?

10:29:55  6  **A**   It was not my -- I didn't start that way.  When I finished

7  building -- Marty and I looked at the district, we then

8  calculated the share of population, but we didn't start with

9  that.

10:30:07  10  **Q**   Right.

10:30:07  11       Because you remember, when I asked you in your deposition

12  if you considered one person, one vote, you at that time said

13  no.

10:30:14  14  **A**   Right.  That's correct.

10:30:18  15  **Q**   I would like to, in addition to Plaintiff's Exhibit 24 on

16  the screen, pull up Plaintiff's Exhibit 9.

10:30:30  17       And Plaintiff's Exhibit 9 is a copy of the middle school

18  districts, and Plaintiff's Exhibit 24 is your illustrative

19  district based on that.

10:30:43  20       And so I first need to probably ask you:  Is your

21  illustrative district, Plaintiff's Exhibit 24, based on the

22  attendance zones reflected in Plaintiff's Exhibit 9?

10:30:57  23  **A**   I'm not -- it draws on it.  It -- but it's not a -- what's

24  the right word?  It is not coterminous to it.  It's not exactly

25  overlapping each of those enrollment districts.

*Mr. Crawford Cross of Robert Stein*

10:31:11  1   **Q**   And if you will look at your proposed district, District 1,

2   there is a little jut down where District 7 is right along

3   District 6.  Do you see that little jut carve-out?

10:31:32  4   **A**   Yes, I do.

10:31:33  5   **Q**   You cannot explain the reason why you have that jut

6   carve-out on your -- on your map as opposed to Plaintiff's

7   Exhibit 9, correct?

10:31:44  8   **A**   No, I cannot.

10:31:46  9   **Q**   And in addition, between your Districts 5 and 6, you see

10   there's another little carve-out or jut?  And you can't explain

11   the reason for that one either, can you?

10:32:00 12   **A**   No.

10:32:01 13   **Q**   And you cannot explain why your proposed District 6 is the

14   only proposed district that is both north and south of I-10,

15   correct?

10:32:14 16   **A**   No.

10:32:16 17          **THE COURT:**  Wait a minute.  I don't understand the

18   question.

10:32:19 19          **THE WITNESS:**  Okay.

10:32:19 20          **THE COURT:**  What do you mean by his "proposed

21   District 6"?

10:32:23 22          **MR. CRAWFORD:**  So --

10:32:24 23          **THE COURT:**  I thought we were focusing primarily on

24   District 1, which is the proposed single-member district the

25   plaintiff's asked the Court to create.  How is District 6 on

*Mr. Crawford Cross of Robert Stein*

1    this map relevant?

10:32:39  2         **MR. CRAWFORD:**  It goes to lack of methodology or

3    reliability, Your Honor.  He can't explain the reasons for these

4    anomalies on the map, and so we just think it goes to

5    reliability of the methodology used.  If you can't explain it --

10:32:51  6         **THE COURT:**  Did anybody ask him to -- to evaluate the

7    ethnicity or effect of the other districts shown on this

8    exhibit?  I thought the focus of the testimony by everybody was

9    on proposed District 1.

10:33:10 10         **MR. CRAWFORD:**  It is, but I'm trying, again, just to

11   get how he -- he has to draw a seven-member district, and so I'm

12   just asking him how did he come up with the other 6, but I'll

13   move on, Your Honor.

10:33:22 14         **THE COURT:**  Did you draw a seven-member district?

10:33:24 15         **THE WITNESS:**  Marty and I did, and what we were

16   looking for is to provide the Court with an illustrative

17   district that would have a majority citizen voting age

18   population.  So we concentrated on District 1, and then, as we

19   drew the other districts, we recognized that we had to meet the

20   one-person, one-vote rule, and I suspect that most of these -- I

21   guess you would call them cutouts or juts -- were to accommodate

22   population size.

10:33:48 23         **THE COURT:**  So let me just take -- so Table 1 -- put

24   Table 1 back up there.  Everybody's used it.  It's the one that

25   has 52.8 percent.

*Mr. Crawford Cross of Robert Stein*

10:34:01 1          **MR. ABRAMS:**  Plaintiff's Exhibit 23 for the -- for the

2     benefit of the Court.

10:34:05 3          **THE COURT:**  Somebody put that on the screen.

10:34:07 4          Okay.  Is Table 1 -- show Table 1 and Plaintiff's 9

5     and the other one on the same screen, please.

10:34:24 6          Show the one that has --

10:34:26 7          **MR. SCOTT:**  He can only show two, Your Honor.

10:34:28 8          **THE COURT:**  What?

10:34:28 9          **MR. SCOTT:**  He can only show two at a time.

10:34:30 10         **THE COURT:**  Okay.

10:34:38 11         Doctor, is -- is Table 1 based on the populations

12    shown in Plaintiff's Exhibit 9?

10:34:52 13         **THE WITNESS:**  I believe so.  I'd have to see that

14    Exhibit 9 again to make certain.

10:34:59 15         **THE COURT:**  It's the one right up on the screen.

10:35:04 16         **THE WITNESS:**  Oh, I'm sorry.  Yes, these are the

17    population figures as of 2020.

10:35:06 18         **THE COURT:**  Okay.  Well, put the other exhibit up.

10:35:09 19         **MR. ABRAMS:**  Yeah.  24 is the illustrative plan.

10:35:12 20         **THE COURT:**  Put 24 up.

10:35:14 21         Okay.  Move it over so we can see both of them.

10:35:19 22         Do the -- the population figures in Table 1 and the

23    voting age population figures represent the populations in

24    proposed District No. 1 on Plaintiff's Exhibit 24?

10:35:42 25         **THE WITNESS:**  Yes.

*Mr. Crawford Cross of Robert Stein*

10:35:44  1    **THE COURT:**  Well, I don't understand.  How can the

2    populations be the same when District 1 proposed is different

3    than the middle school attendance zone shown on Exhibit 9?  Am I

4    missing something?

10:36:02  5    **MR. ABRAMS:**  If I may participate, I will.  I don't

6    want to interject in counsel's --

10:36:05  7    **THE COURT:**  Okay.  Well, answer the question.

10:36:06  8    **MR. ABRAMS:**  The answer is I think he misspoke when he

9    was looking at the middle zone map.  His numbers, I think,

10   correspond, as he just testified to, 24, the proposed zones.

11   But -- I'm not going to speak for the witness, but when he was

12   shown the middle scone -- zone map.  He gave an answer that I

13   don't believe reflects what the stat- -- the facts are.

10:36:27 14    **THE COURT:**  Okay.  Let me just be sure because this is

15   important.

10:36:29 16    **MR. ABRAMS:**  Right.

10:36:29 17    **THE COURT:**  Did you understand what I'm asking?

10:36:32 18    **THE WITNESS:**  I'm not positive, but I'm trying to

19   follow you.

10:36:35 20    **THE COURT:**  Well, you all know a lot more about the

21   case than I do, but I'm going to have to make the decision.  So

22   I want to be sure I understand it.

10:36:43 23    **MR. ABRAMS:**  Understood.

10:36:43 24    **THE COURT:**  If you look at purple District 1 on

25   Plaintiff's Exhibit 24, do the figures shown on Table 1 in

*Mr. Crawford Cross of Robert Stein*

1    Plaintiff's 23 represent the population and voting age

2    population in proposed District 1 on Plaintiff's 24?

10:37:08  3    **MR. CRAWFORD:**  I believe that's correct, Your Honor.

10:37:09  4    **MR. ABRAMS:**  That is correct.

10:37:11  5    **THE WITNESS:**  That's --

10:37:11  6    **MR. ABRAMS:**  Where we're at odds is the question he

7    was asked when he wasn't looking at 24 about the enrollment

8    zones.  And I'm not going to interject into the substance of it,

9    but --

10:37:23 10    **THE COURT:**  Okay.  Everybody agree to put my -- the

11    answer to my question?

10:37:26 12    **MR. ABRAMS:**  Yes.

10:37:27 13    **MR. CRAWFORD:**  Yes, Your Honor.  My understanding is

14    that each one of those numbers on Table 1 correspond to the

15    district on proposed -- his proposed map.

10:37:38 16    **THE COURT:**  Okay.  Now put, please, the two maps on

17    the screen.

10:37:42 18    **MR. RIENSTRA:**  29 and 24?

10:37:49 19    **MR. ABRAMS:**  24 is what the judge would like, next to

20    9.

10:37:55 21    **MR. CRAWFORD:**  And my point, Your Honor, was that he

22    took that -- he took the attendance zone map and modified it for

23    his districts, and I was just asking, "What did you do" --

10:38:03 24    **THE COURT:**  I know that's what you're asking, but I

25    want -- did he take -- did you create new District 1?

*Mr. Crawford Cross of Robert Stein*

10:38:08  1          **THE WITNESS:**  Yes.

10:38:09  2          **THE COURT:**  Okay.

10:38:09  3          **THE WITNESS:**  And it, obviously, doesn't match --

10:38:13  4          **THE COURT:**  Well, I know, and that's why I have a

5      question.

10:38:16  6          **THE WITNESS:**  I'm sorry.

10:38:16  7          **THE COURT:**  If you look up here in the far northeast

8      portion, a portion of the Northbrook Middle School attendance

9      zone is added to the Landrum Middle School attendance zone to

10     create your proposed District 1; is that true?

10:38:36 11          **THE WITNESS:**  That is true.

10:38:37 12          **THE COURT:**  And why did you choose that proportion of

13     the Northbrook Middle School attendance zone and add it to

14     the -- I keep going long enough, I'll have these memorized --

15     the Landrum Middle School attendance zone?

10:38:54 16          **THE WITNESS:**  In order to achieve a majority-minority

17     District No. 1 and still conform to the one-person, one-vote

18     requirement.

10:39:00 19          **THE COURT:**  Okay.  And did it also help increase the

20     comparable percentages among the seven districts?

10:39:06 21          **THE WITNESS:**  That is correct, Your Honor.

10:39:07 22          **THE COURT:**  Okay.  Thank you.

10:39:08 23          You have anything else?

10:39:09 24          **MR. CRAWFORD:**  Yes, I do.

10:39:10 25          **THE COURT:**  Okay.  Go ahead.

*Mr. Crawford Cross of Robert Stein*

10:39:11  1    BY MR. CRAWFORD:

10:39:12  2    Q   And the judge actually asked my last -- my next question for

3    me, which is:  In creating your proposed illustrative

4    District 1, which is your majority Hispanic district, you

5    combined a portion of Northbrook, which is Precinct 47, with

6    Landrum, which is Precinct 41?

10:39:33  7    A   That is correct.

10:39:34  8    Q   Okay.  Great.

10:39:34  9        I would now like to talk to you about voter turnout in the

10   two precincts that you combined for your illustrative

11   District 1, and that would be Precinct 41 and Precinct 47.

10:39:49  12       So, first, I would like you to turn to Defendants' Exhibit

13   No. 2.

10:39:56  14              MR. CRAWFORD:  And may I approach, Your Honor?

10:39:57  15              THE COURT:  Sure.

10:39:58  16              MR. CRAWFORD:  Thank you.

10:39:59  17              THE COURT:  You don't need to ask to approach the

18   witness.

10:40:04  19              We're a lawyer-friendly court.  We try to be.

10:40:08  20   BY MR. CRAWFORD:

10:40:08  21   Q   It's going to be up on the screen, but I may --

10:40:11  22   A   I'll look at both.

10:40:12  23   Q   It may be helpful, because we're going to go -- continue,

24   continue, continue.  We're going to be starting here.  Just that

25   it might make it easier for you.

*Mr. Crawford Cross of Robert Stein*

10:40:24  1    **A**   All right.

10:40:29  2    **Q**   Dr. Stein, do you recognize Defendants' Exhibit 2 as the --

3    your backup materials for your report?

10:40:37  4    **A**   Yes, I do.

10:40:38  5    **Q**   Okay.  There -- it's a multi-page document, and the first

6    multiple pages are just the series of columns of numbers, and I

7    don't want to talk about those.

10:40:50  8        Towards the back, you have charts, and it's about

9    two-thirds of the way through.  I don't have page numbers.  I

10   apologize.

10:41:05  11           **MR. CRAWFORD:**  There you go.

10:41:09  12   **BY MR. CRAWFORD:**

10:41:09  13   **Q**   So I want to look at, first, the 2015 election according to

14   your data, and would you agree that in Precinct 41, in the 2015

15   election, that the Hispanic turnout percentage was 28.6 percent

16   of the voter turnout in that precinct?

10:41:39  17   **A**   That's correct.

10:41:40  18   **Q**   And the white voter turnout in the 2015 election in the 40-

19   -- Precinct 41 was 57.1 percent?

10:41:54  20   **A**   That is correct.

10:41:55  21   **Q**   In that same election, same year, in Precinct 47, which is

22   Northbrook, it was a 96.8 percent whiter -- white voter turnout

23   of the percentage of actual voters, correct?

10:42:06  24   **A**   That's correct.

10:42:07  25   **Q**   And the Hispanic percentage was 3.2 percent?

*Mr. Crawford Cross of Robert Stein*

10:42:09  1   A   That's correct.

10:42:13  2   Q   The second column that you have on your chart, it repeats

3   the same numbers, I believe.  So we won't go over those.

10:42:22  4       So let's now go to the third chart, which is the 2017

5   election, and in the 2017 election, in Precinct 41, the

6   percentage of white turnout vote was 80 percent?

10:42:36  7   A   That's correct.

10:42:37  8   Q   And the percentage of Hispanic turnout was 4 percent?

10:42:40  9   A   That's correct.

10:42:42 10   Q   In Precinct 47 for that election, the white voter turnout

11   percentage was 59.1 percent?

10:42:49 12   A   That's correct.

10:42:50 13   Q   And the Hispanic turnout percentage was 40.9 percent?

10:42:53 14   A   That's correct.

10:42:56 15   Q   Going to the next page, the 2018 election, in Precinct 41,

16   Landrum, the white voter turnout percentage was 75.2 percent?

10:43:07 17   A   That's correct.

10:43:07 18   Q   And the Hispanic turnout percentage was 21.8 percent?

10:43:11 19   A   That's correct.

10:43:13 20   Q   And for Northbrook, Precinct 47, for that election, the

21   white percentage of the turnout was 77.3 percent?

10:43:21 22   A   That's correct.

10:43:22 23   Q   And the Hispanic percentage was 21.7 percent?

10:43:26 24   A   That's correct.

10:43:29 25   Q   For the 2019 election in Precinct 41, the percentage of

*Mr. Crawford Cross of Robert Stein*

1   white voter turnout was 77.4 percent, correct?

10:43:38   2   **A**   That's correct.

10:43:38   3   **Q**   And the percentage of the Hispanic voter turnout was

4   17.1 percent?

10:43:45   5   **A**   That's correct.

10:43:45   6   **Q**   And in Precinct 47, the percentage of the white voter

7   turnout of the actual voters was 90.4 percent, correct?

10:43:53   8   **A**   That's correct.

10:43:53   9   **Q**   And the percentage of the Hispanic actual voter turnout was

10   10.5 percent, correct?

10:44:00   11   **A**   And that's correct.

10:44:02   12   **Q**   Continuing to 2019 again -- and this is a different trustee

13   position.

10:44:21   14       The white turnout percentage in Precinct 41, Landrum, was

15   77.4 percent, correct?

10:44:28   16   **A**   That's correct.

10:44:29   17   **Q**   And the percentage of the Hispanic voter turnout was

18   17.1 percent?

10:44:34   19   **A**   That's correct.

10:44:36   20   **Q**   And in Landrum, No. -- Precinct 47, the percentage of white

21   voter turnout was 77.8 percent?

10:44:44   22   **A**   In 47?

10:44:47   23   **Q**   In 2019 in Precinct No. 47?

10:44:53   24   **A**   It was -- the white turnout was 90 point --

10:44:55   25   **Q**   This is the second -- the second column on that page.  It

*Mr. Crawford Cross of Robert Stein*

1   looks like there were two elections that were --

10:45:00  2   **A**   Yeah.  I'm looking at -- 47, I have 77.8.  Am I correct?

10:45:07  3   **Q**   And then the Hispanic voter turnout in Precinct 47 in this

4   race was 8.4 percent?

10:45:14  5   **A**   That's correct.

10:45:17  6   **Q**   Turning to the next page, the 2021 election, in Precinct 41

7   the white percentage of turnout was 81.1 percent?

10:45:25  8   **A**   In 40- -- yes.  Yes.

10:45:28  9   **Q**   And the percentage of the Hispanic voter turnout was

10   14.6 percent, correct?

10:45:32  11  **A**   That is correct.

10:45:33  12  **Q**   And in Precinct 47, the numbers were not available?

10:45:38  13  **A**   That's correct.

10:45:53  14  **Q**   What I --

10:46:05  15      *(Sotto voce discussion between Mr. Crawford and*

10:46:07  16      *Mr. Abrams.)*

10:46:16  17          **MR. RIENSTRA:**  You're going to need to switch to the

18   ELMO.

10:46:30  19  **BY MR. CRAWFORD:**

10:46:32  20  **Q**   Dr. Stein, I've handed you a demonstrative exhibit, and

21   it -- I've attempted to summarize the percentages that we just

22   went over in each of those voting districts, and would you...

10:46:57  23      And would you agree that for the years 2015 to 2021, the

24   mean percentage of Hispanic turnout of actual voters in Landrum,

25   polling place No. 41, was 17.2 percent?

*Mr. Crawford Cross of Robert Stein*

10:47:25 1    **A**   Yes, I would.

10:47:26 2    **Q**   And that the mean Hispanic turnout of actual voters for

3    those years in Precinct No. 47 was 19.1 percent?

10:47:38 4    **A**   I believe -- if I did that number, I think you would -- yes.

5    Yes.

10:47:41 6    **Q**   And, conversely, the mean percentage of the actual voter

7    turnout in Precinct 41 by white voters was 74.2 percent?

10:47:51 8    **A**   Yes.

10:47:52 9    **Q**   And the mean average for voter turnout in Northbrook,

10    No. 47, for those years was 80.9 percent?

10:48:03 11   **A**   That is correct.

10:48:14 12   **Q**   Dr. Stein, you did not do anything to check, to confirm that

13    your proposed illustrative district will, in fact, have the

14    effect of allowing Hispanic voters to elect a trustee of their

15    choice, correct?

10:48:29 16   **A**   I would say that it would give them an opportunity to elect

17    a candidate of -- a preferred candidate.

10:48:37 18   **Q**   But you didn't do anything to check or confirm that,

19    correct?

10:48:40 20   **A**   I believe my analysis establishes that there are sufficient

21    numbers under *Gingles*, 52.8 percent, to provide Hispanic voters

22    an opportunity to elect a preferred candidate.

10:49:00 23            **THE COURT:**  Well, let me ask you something.

10:49:02 24            **MR. CRAWFORD:**  Yes, sir.

10:49:03 25            **THE COURT:**  This is your Perez argument?

91

*Mr. Crawford Cross of Robert Stein*

10:49:06  1          MR. CRAWFORD:  Yes, Your Honor.

10:49:10  2          THE COURT:  The opinion uses the word "real."  Would

3   it be a real opportunity, if you can determine -- real with a

4   common sense meaning, not a technical meaning.  I don't know if

5   there is a technical meaning in --

10:49:26  6          THE WITNESS:  I think the word "real" would be fair

7   here.  I didn't make a prediction, that is, my argument would be

8   the following, if you would indulge --

10:49:35  9          THE COURT:  I asked you a question.  I'm indulging.

10:49:37 10          THE WITNESS:  I'm sorry?

10:49:38 11          THE COURT:  I asked you a question.  I'm indulging.

12   Go ahead.

10:49:42 13          THE WITNESS:  Okay.  If you go to single member, you

14   create an environment -- a single-member district where there is

15   a majority of citizen voting age population, emphasis on the

16   word "citizen voting age."  Many of the citizen voting age

17   population are not registered and, as your numbers show, may not

18   vote.  Why?

10:50:05 19          It's my conclusion and the literature's conclusion

20   that if you don't give a person a reasonable opportunity to

21   elect their preferred candidate, they don't show up.  It's like

22   a game.  If the game doesn't look like you have a reasonable

23   opportunity to succeed, you don't play.

10:50:22 24          And I think, under *Gingles*, we have created a

25   single-member district, 1, where there is a real opportunity for

*Mr. Crawford Cross of Robert Stein*

1    citizen voting age population Hispanic voters, to register, to

2    vote, and for candidates who are preferred by those voters to

3    run for office.  Could I tell you that I did any analysis to

4    predict that would happen?  No.

10:50:48   5         As I said in my deposition to your question, I didn't

6    attempt to analyze whether or not, as a result of the adoption

7    of a single-member district plan and my one district that we

8    would not only get candidates like Ms. Eldizodo [sic] or others

9    who have run, running again; we'd get more registered voters of

10   Hispanic background; and we would get higher turnout, no.

10:51:11  11         I think we simply created, under *Gingles*, that

12   opportunity, and I believe it's a real opportunity.

10:51:19  13         **THE COURT:**  Go ahead.

10:51:20  14   **BY MR. CRAWFORD:**

10:51:21  15   **Q**   However, based on the actual voter turnout in the two

16   precincts you combined to form your illustrative district, for

17   the six years that we looked at, it's true that the Hispanics

18   would never have even been a majority of the voters in those

19   elections -- the actual elections?

10:51:41  20   **A**   The -- these numbers, I believe, are accurate.  So I

21   stipulated to that.  I might note that you stopped at 2021.

10:51:47  22         If we went to 2023 and 2024, as my report suggested --

23   particularly in '24 -- there was a diminution, a significant

24   dropoff in turnout which I attribute to the fact, as I said

25   before, that Hispanic -- candidates who are preferred by

*Mr. Crawford Cross of Robert Stein*

1    Hispanic voters realized there was no opportunity to be elected

2    in an at-large, and voters who supported those candidates who

3    didn't run, also believe there wasn't an opportunity to elect a

4    preferred candidate.  And the turnout, I suspect, for 2024, as I

5    reported in my fifth report, actually dropped below these --

6    these percentages.

10:52:28  7        So I don't disagree.  I attribute this effect or this --

8    these numbers to an at-large form of representation.

10:52:37  9    Q   Okay.  And just so the record's clear, I'd like to refer you

10   to page 58 of your deposition.

10:52:52 11    A   Got it.

10:52:52 12    Q   Okay.  Line 1, I asked the question:  (As read) Did you do

13   anything to check to confirm that your proposed District 1 will,

14   in fact, have the effect of allowing Hispanic voters to elect a

15   trustee of their choice?

10:53:05 16        And what was your answer?

10:53:07 17    A   (As read) Other than the majority voting age population that

18   is, of course, Hispanic, no.

10:53:12 19    Q   Did you run any simulated elections?

10:53:15 20    A   No.

10:53:20 21    Q   Now, in forming your opinion regarding the second and third

22   *Gingles* preconditions, you only analyzed Spring Branch ISD

23   elections since 2015, correct?

10:53:33 24    A   That is correct.

10:53:34 25    Q   And you did not analyze any exogenous elections, correct?

**Mr. Crawford Cross of Robert Stein**

10:53:40  1  **A**   Any elections before '215?

10:53:41  2  **Q**   Well, any elections outside Spring Branch ISD.

10:53:44  3  **A**   No, I did not.

10:53:52  4  **Q**   In making your *Gingles* two and three analysis, you do not

5  know who the Hispanic preferred candidates were in Spring Branch

6  elections prior to 2015, correct?

10:54:02  7  **A**   That is correct.

10:54:03  8  **Q**   And that's because you didn't analyze any of those

9  elections, correct?

10:54:07  10  **A**   I did not.

10:54:08  11  **Q**   However, you are aware, aren't you, that in the two

12  elections held in 2012, both Hispanic preferred candidates,

13  Gonzales and Dawson, won their elections?

10:54:23  14  **A**   I am aware of that, yes.

10:54:24  15  **Q**   So at least, in 2012, you will concede that Hispanic

16  candidates of choice won those elections?

10:54:29  17  **A**   Yes.

10:54:33  18  **Q**   In the elections since 2015 that you did look at, you did

19  not factor in the black vote as part of your analysis that the

20  Hispanic preferred candidates of choice in Spring Branch

21  elections were being defeated, correct?

10:54:50  22  **A**   In my -- if you -- I did report black vote shares for two --

23  I'd have to remember, one, two -- my third report.  My first EI,

24  ecological and -- ecological analysis, I did break out the

25  black, Asian, and other voter voting patterns, yes.

*Mr. Crawford Cross of Robert Stein*

10:55:18  1    Q    And is that part of your analysis?

10:55:20  2    A    Yes.

10:55:20  3    Q    Would you look at Plaintiff's Exhibit 125?

10:55:36  4         And, apparently, these numbers on this pie chart come from

5    your expert report dated March 28th, 2022?

10:55:43  6    A    That is correct.

10:55:44  7    Q    And you will -- you will agree with me that your numbers for

8    the Hispanic vote percentage equal almost 109 percent?

10:55:55  9    A    Yes, that is correct.

10:55:57  10   Q    And so you would agree that this pie chart is incorrect?

10:56:01  11   A    As the footnote says, the totals don't always add -- or can

12   exceed 100 percent because some racial groups can be listed in

13   multiple categories.  This was my original EI analysis that I --

14   as the totals say at the bottom, may not add to -- may exceed

15   100 percent because of misclassification.

10:56:21  16   Q    Right.

10:56:21  17        But it's factually impossible to have 109 percent, right?

10:56:25  18   A    That is correct, yes.

10:56:27  19   Q    Okay.

10:56:27  20        Now I want to look at the May 2022 election, and I would

21   like to show you Defendants' Exhibit 11.

10:56:54  22        If you'll look at the first page of Exhibit 11, would you

23   tell me whether Lisa Alpe or Carter Breed won Precinct 41,

24   Landrum, which you have used to comprise your illustrative

25   district?

*Mr. Crawford Cross of Robert Stein*

10:57:13 1   A   In Precinct 41, Ms. Alpe received 377 votes to 216 votes for

2   Mr. Breed.

10:57:21 3   Q   So Ms. Alpe won Precinct 41 in that election?

10:57:26 4   A   That is correct.

10:57:27 5   Q   And Precinct 47, the Northbrook precinct, who won, Alpe or

6   Breed?

10:57:32 7   A   Alpe.

10:57:34 8   Q   And, in fact, Ms. Alpe won every single precinct in

9   Spring Branch ISD in that election, correct?

10:57:42 10   A   Yeah.  Not in Spring Woods.

10:57:48 11           **THE COURT:**  It was a tie.

10:57:49 12   A   I believe that was 14- --- 417 in each.  It was a tie.

10:57:54 13   **BY MR. CRAWFORD:**

10:57:54 14   Q   Okay.  So in Spring Woods, they tied?

10:57:57 15   A   Yes.

10:57:57 16   Q   Okay.  Fair enough.

10:57:58 17       Let's look at the May 2023 election, Defendants'

18   Exhibit 12.

10:58:17 19       This looks at two different races for that year of May of

20   2023.  The first race was between David Lopez and Courtney

21   Anderson.

10:58:27 22       Who won Precinct 41, Landrum?

10:58:30 23   A   Courtney Anderson.

10:58:32 24   Q   And who won district 47, Northbrook?

10:58:34 25   A   Courtney Anderson.

*Mr. Crawford Cross of Robert Stein*

10:58:36 1    Q    If you turn to the second page of Exhibit 12, in the

2    Mahan/Downs race, who won Landrum, Precinct 41?

10:58:49 3    A    Mr. -- Shannon McMann [sic].

10:58:52 4    Q    And who won Precinct 47, Northbrook?

10:58:55 5    A    Shannon McMann [sic].

10:58:57 6    Q    I'm sorry?

10:58:58 7    A    Shannon McMann [sic].  I'm sorry.

10:59:06 8    Q    Let's look at the May 2024 election, Defendants' Exhibit 72.

10:59:22 9        In this election, David Slattery was the -- was the victor,

10    correct?

10:59:28 11    A    Yes.

10:59:28 12    Q    He won.

10:59:31 13        Who won -- of the one, two, three -- four candidates who

14    were running for that position in May of 2024, which candidate

15    won Landrum, Precinct 41?

10:59:45 16    A    David Slattery.

10:59:47 17    Q    And which candidate won Precinct 47, Northbrook?

10:59:52 18    A    David Slattery.

10:59:57 19    Q    Now, you're aware that in the 2022 election, David Slattery

20    was the Hispanic candidate of choice, correct?

11:00:12 21    A    That is my recollection, yes.

11:00:14 22    Q    And then he lost, correct, that election, 2022?

11:00:18 23    A    Yes, that's correct.

11:00:19 24    Q    And then he ran again in 2024, and he won?

11:00:23 25    A    That is correct.

*Mr. Crawford Cross of Robert Stein*

11:00:24  1   **Q**   So that's contrary to your testimony before that Hispanic

2   candidates who lose are not going to run again for fear of

3   losing.  Here's a candidate who was their preferred candidate of

4   choice who lost, ran again, and won, correct?

11:00:38  5   **A**   That is the exception, yes.

11:00:48  6   **Q**   Let's look at your last report in this -- in this case,

7   which is Plaintiff's Exhibit 136.  That's your report looking at

8   the May 2024 election, the one we were just talking about.

11:01:01  9       I would like you to turn to page 5 of your report, and

10   we're going to look at Table 1.

11:01:14 11       Now, according to your Table 1, Slattery did not receive

12   the highest percentage of the Hispanic vote; is that correct?

11:01:26 13   **A**   That's correct.

11:01:26 14   **Q**   He had 25.84 percent, but Drews had 29.34 percent.  So a

15   difference of three-and-a-half percent or so?

11:01:38 16   **A**   That's correct.

11:01:39 17   **Q**   The category next to the "Hispanic Support Evidence" --

18   "Estimate" says "95 percent Credible Interval."  Do you see

19   that?

11:01:50 20   **A**   Yes.

11:01:50 21   **Q**   Now, can you tell us what 95 percent credible interval

22   means?

11:01:57 23   **A**   It means that 95 percent of the votes are between the

24   10.7 share and the 51.14.  A wide distribution.

11:02:06 25   **Q**   Okay.  So in other words, with -- with Mr. Slattery, it

*Mr. Crawford Cross of Robert Stein*

1    means it's 95 percent possible that it's between his -- his vote

2    total's between 9.8 percent to 47.81 percent?

11:02:20  3    A    That is correct.

11:02:21  4    Q    So based on that confidence level, it's possible that

5    Mr. Slattery, who won this election, was the Hispanic candidate

6    of choice?

11:02:32  7    A    It's possible.

11:02:39  8    Q    Turn to page 6 of your report.

11:02:49  9       At the very top, you note that no candidate garnered more

10   than 30 percent of the Hispanic vote; is that correct?

11:02:58 11   A    Yes.

11:03:00 12   Q    It was Drews, 29 percent; Slattery, 26 percent; Cone,

13   24 percent; and Hanson, 14 percent.  Those were the percentages

14   of the Hispanic vote that each got, correct?

11:03:16 15      Is that correct?

11:03:17 16   A    I'm sorry.  Yes.

11:03:18 17   Q    Okay.

11:03:18 18   A    I'm shaking my head.  I apologize.

11:03:21 19   Q    And final question:  On page 6 of your report, your first

20   full paragraph, you -- you note that we do not see, in the 2024

21   Trustee Position 3 election, a candidate that garners support

22   from a majority of Hispanic voters, correct?

11:03:40 23   A    Yes.

11:03:40 24   Q    So you would -- you would admit that there was no cohesion

25   amongst the Spanish voters in this election, correct?

*Mr. Abrams Redirect of Robert Stein*

**A**   No.  As I've written, there was a plurality preference, but not a majority.

**Q**   Thank you very much, Dr. Stein.  I appreciate your time.

      **MR. CRAWFORD:**  No further questions.

      **MR. ABRAMS:**  Very view.

**REDIRECT EXAMINATION**

**BY MR. ABRAMS:**

**Q**   Picking up on the plurality comment, you and I visited about the fact that these are plurality elections.

    So using the example that counsel just did, if there were a vote, and a plurality vote for Mr. Drews, and, hypothetically, that was in a Hispanic majority district, Mr. Drews would have won the district, right?

**A**   That is correct.

**Q**   Let's look quickly at Plaintiff's Exhibit 137.

    We looked at this earlier.  You were asked a lot of questions about turnout.

    Does Exhibit 137 exhibit what you and I coined as the futility doctrine of Hispanic voters?  You run and your voter -- you're a voter, and your candidate never wins, or least one out of ten is the only odds?

**A**   Yes, it does.

**Q**   Now, when counsel for the district took you through the existing voting precincts and asked you about vote totals and turnout, those precincts don't correspond to the precinct you

*Mr. Abrams Redirect of Robert Stein*

1  have drawn as proposed District 1 on Plaintiff's Exhibit 24,

2  correct?

11:05:18  3  **A**   No, they do not.  That's correct.

11:05:20  4  **Q**   All right.  Let's go back to Plaintiff's Exhibit 24.

11:05:25  5     Is the very reason that Exhibit 1 has a Hispanic citizens

6  voting age population, because it is constructed with a majority

7  Hispanic voting age population, which is not found in the

8  totality of the existing Landrum and the existing Northbrook

9  districts?

11:05:48  10  **A**   Yes, that is correct.

11:05:49  11  **Q**   So if you look historically backwards at an at-large

12  election in the existing Landrum district, in the existing

13  Northbrook district, neither of which have been analyzed to show

14  that they have a Hispanic majority, what would you expect to see

15  the result?

11:06:06  16  **A**   I expect to see the result that the plaintiff's [sic]

17  attorney presented to us.

11:06:09  18  **Q**   Which is the white voter bloc overrides the Hispanic vote

19  and controls the candidacy?

11:06:15  20  **A**   That is correct.

11:06:18  21  **Q**   Does your analysis that we've reviewed in some detail, to be

22  very crude about it, show that in Spring Branch, in at-large

23  elections, white votes count as far as electing a candidate, and

24  Hispanic votes don't?

11:06:32  25  **A**   I think they're -- the word I would use is not just count,

*Mr. Abrams Redirect of Robert Stein*

1    but determinative.  They determine the outcome of elections.

11:06:40  2        **MR. ABRAMS:**  No further questions.

11:06:41  3        **THE COURT:**  Mr. Crawford?

11:06:41  4        Does the plaintiff rest?

11:06:48  5        **MR. ABRAMS:**  Your Honor, with the exception of our

6    desire to submit for -- and ask the Court to take judicial

7    notice of the land use regulations of the Memorial Villages,

8    yes.  And with the footnote that we are compiling the

9    comparative chart that the Court requested with respect to TEA

10   education results, which we will get to you as soon as we've

11   done it and had -- given the district an opportunity to review

12   it.

11:07:12 13        **THE COURT:**  Have you given the district the other

14   exhibits that you're talking about, the zoning --

11:07:19 15        **MR. ABRAMS:**  We will.  We're still compiling them, but

16   we will, and we will not file them before they've had a chance

17   to look at them.

11:07:25 18        **THE COURT:**  Okay.  Well, you can file those later.

19   Other than that, you rest?

11:07:28 20        **MR. ABRAMS:**  Yes, Your Honor.

11:07:28 21        **THE COURT:**  Okay.  We'll take a 10-minute recess.  I'm

22   trying to move along.  So we'll stand in recess till 10:20 --

23   11:20, excuse me.

11:07:39 24        *(Recess taken from 11:07 a.m. to 11:20 a.m.)*

11:20:12 25        **THE COURT:**  Be seated, please.

*Mr. Henry Direct of Chris Earnest*

11:20:13  1        The district may now call its witness.

11:20:16  2        **MR. HENRY:**  Spring Branch ISD calls Chris Earnest.

11:20:19  3        **THE COURT:**  Please come around and be sworn.

11:20:21  4    *(Witness sworn.)*

11:20:21  5        **THE COURT:**  Please be seated.

11:20:21  6        **CHRIS EARNEST, DULY SWORN, TESTIFIED:**

11:20:21  7                **DIRECT EXAMINATION**

11:20:38  8  BY MR. HENRY:

11:20:40  9  Q   Mr. Earnest, there's a microphone in front of you, if you

10  can adjust that, speak into it, it'll help us all hear you.

11:20:41 11  A   Is it on?  Yeah.

11:20:41 12  Q   Okay.  For the record, can you please state your name?

11:20:41 13  A   Christopher William Earnest.

11:20:47 14  Q   And you're a current member of the SBISD Board of Trustees,

15  correct?

11:20:50 16  A   That's correct.

11:20:51 17  Q   And you're the president; is that right?

11:20:53 18  A   No, sir.  I was.

11:20:54 19  Q   Okay.

11:20:54 20  A   The last two school years, I was.  This year I'm just a

21  member.

11:21:01 22  Q   All right.  And who's the president now?

11:21:03 23  A   Lisa Alpe.

11:21:04 24  Q   How long have you lived in Spring Branch ISD?

11:21:07 25  A   About 16 years.

*Mr. Henry Direct of Chris Earnest*

11:21:11 1  Q   Why did you choose to move into the school district?

11:21:13 2  A   We kind of grew up in this area, my wife and I, and she grew

3  up in a little neighborhood called Spring Valley.  And we bought

4  our first home in there right after we got married.

11:21:23 5  Q   Okay.  So you're married.

11:21:25 6      Do you have any children who've attended Spring Branch

7  schools?

11:21:28 8  A   Yes, sir, five of them.

11:21:30 9  Q   Five?

11:21:30 10      Can you tell me their ages and just generally whether they

11  attended Spring Branch schools or not?

11:21:36 12  A   Yes, sir.  I have a junior at Memorial High School; a

13  freshman at Memorial High School; I have a seventh grader at

14  Spring Branch Middle School; I have a fifth grader and third

15  grader at Hunters Creek Elementary.

11:21:46 16  Q   Have they all have good experiences in SBISD?

11:21:51 17  A   Excellent.

11:21:53 18  Q   Prior to running for trustee in 2021, were you involved in

19  Spring Branch ISD in any way?

11:22:00 20  A   Oh, sure.  I mean, my kids went there.  I was involved in

21  Hunters Creek Elementary mostly at the time; that's where most

22  of my kids were.  And then I spent a lot of time, before

23  becoming a trustee, coaching in the local youth sports leagues,

24  particularly Spring Branch Memorial Sports Association and

25  Post Oaks Little League, which is largely made up of many of our

**_Mr. Henry Direct of Chris Earnest_**

1    Spring Branch students from all over the district.

11:22:24  2    **Q**    What about the Dads Club?  Were you involved in that?

11:22:26  3    **A**    At Hunters Creek, yep.

11:22:27  4    **Q**    Prior to campaigning for trustee, had you voted in any SBISD

5    elections?

11:22:34  6    **A**    No, sir.

11:22:35  7    **Q**    Why not?

11:22:38  8    **A**    Disinterested; things were going well; not really paying

9    attention, I suppose.

11:22:42 10    **Q**    And I take it that when you started to run for trustee in

11    2021, you became interested.

11:22:48 12        What interested you in running for trustee in 2021?

11:22:52 13    **A**    Well, I've got five kids.  And so, you know, COVID hit in

14    2020, and everybody got sent home.  The school district made

15    it -- made a decision to go back the following school year after

16    sort of, you know, COVID kind of lifted a little bit, and then

17    the board voted, I believe in July of 2020, to close schools at

18    the start of that school year for another two weeks to reassess

19    and reevaluate.

11:23:22 20        And when they made that decision, I thought, Who in the

21    world are these people making these decisions?  And my kids need

22    to be back in school.  And so that's honestly what got me fired

23    up at the beginning was, you know, I have five kids.  The whole

24    at-home learning remotely wasn't working for particularly my

25    younger kids, and they had to get back into school, and it

*Mr. Henry Direct of Chris Earnest*

1    seemed like somebody needed to stand up and try to push back

2    against that.

11:23:47 3       And I'm on the outside looking in, so I don't know what was

4    going on, on the inside, what sort of dialogue -- but it just

5    looked like, Hey, you made a decision, you backed off, and

6    somebody needs to go in there and kind of push you the other

7    way.

11:23:57 8   **Q**   If we could, please, turn to Defendants' Exhibit 21, which

9    shows the election results from the 2021 election.

11:24:07 10      You ran against the plaintiff, Dr. Elizondo.  Was your

11   election particularly close?

11:24:16 12  **A**   No, sir.

11:24:18 13  **Q**   It looks like you won by almost 2,000 votes out of a total

14   of about 8700 votes; is that right?

11:24:26 15  **A**   Yes, sir.

11:24:28 16  **Q**   During your election campaign, did you focus on any

17   particular middle school zone?

11:24:35 18  **A**   Oh, no.

11:24:37 19  **Q**   Were you even aware, at the time, that the district was

20   divided into precincts?

11:24:43 21  **A**   No.  I mean, I guess I'll confess, I mean, I came into it

22   pretty naive, to be perfectly honest with you.  I felt like --

23   you know, there are a group of parents that were pretty fired up

24   about schools being closed and things, and nobody really stepped

25   up to run, so I finally did.  I think I was the only one that

*Mr. Henry Direct of Chris Earnest*

1    did because Minda Caesar also ran unopposed that year.

2        It was really to drive change, but, I mean, precincts,

3    middle school zoning, all that I would have been completely

4    naive to at the time.

5    **Q**   And looking at the Landrum precinct that comprises a good

6    chunk of the plaintiff's proposed single-member district, how

7    did you perform in that precinct?

8    **A**   We won.

9    **Q**   You talked a little bit about COVID and the school's

10    decisions when, in 2021, that was sort of the impetus for you to

11    run.

12        During your campaign, what other issues did you raise?

13    **A**   Well, that was first.  Masks were a big deal.  Again, you

14    got to understand I found a little bit of disconnect with the

15    current board because their -- none of them had kids in

16    elementary school.  I think Chris Gonzales maybe had one.

17    Everybody else, their kids were grown and out of school, and I

18    still had three in elementary.

19        And the things that we were doing in elementary at the

20    time, whether we knew better or not, was, you know, they're

21    wearing masks; they're sitting in circles; they're not

22    participating in recess, you know.  Meanwhile, they're playing

23    baseball at SBMSA and other -- you know, I mean, so there's

24    other things going on that's normal in the world, and yet we're

25    still having kids sitting in circles.  They're isolated.  They

*Mr. Henry Direct of Chris Earnest*

1    don't get to eat lunch normal.

2        So those were big issues to me:  We've got to get back to a

3    sense of normalcy in school, and that was one of the driving

4    factors -- the original factor in me deciding to run and how I

5    ran my campaign early on, and it was very different from the

6    positions of my opponent.  And then, you know, things evolved

7    from there.

8        You know, then it became -- you know, it's supposed to be

9    nonpartisan.  It became very partisan.  I got endorsed by the

10   Republican Party; my opponent endorsed by the Democratic Party.

11   She got endorsed by unions.  There were text messages flying

12   around that I'm sure have been produced where she was endorsed

13   by unions, unions encouraging people to go vote for, you know,

14   the Democratic liberal-friendly candidate.  Those were floating

15   around and became an issue.

16       So there were other issues, you know, that kind of popped

17   up as we started going along, but, originally, it was COVID

18   masks, and there was a stark difference.

19   Q   Okay.  If we could please turn to Defendants' Exhibit 46.

20       This is a Facebook post by you during your campaign that

21   says, "This is a nonpartisan race.  But those who do not want

22   union involvement in our school district need to vote today,

23   this last day of early voting.  The school board has been

24   allowed to operate without much dissension in the ranks..."

25       Okay.  Was this post an example of your advertisement of

*Mr. Henry Direct of Chris Earnest*

1  your opposition to union involvement in schools?

2  **A**   Yes, that's correct.

3  **Q**   What particularly about union involvement in schools had you

4  seen during the COVID times that made you concerned about its

5  involvement in schools?

6  **A**   Well, it was just -- it was anti the push that I wanted to

7  return.  It seemed like the unions were encouraging teachers to

8  push back and stay home, and, you know, that sort of cycle

9  needed to be broken.

10  **Q**   Okay.  If we could change to Defendants' Exhibit 47.

11     This is another post by you.  It says, "One of the pieces

12  of misinformation that my opponent's campaign is putting forth

13  is that the school board doesn't have the authority to impact

14  curriculum.  That is patently false and there are numerous

15  examples of the school board having had an impact on curriculum

16  in our district..."

17     And then below that there's a quote from the Texas

18  Association of School Boards that says, "The District shall

19  provide a wide range of instructional resources for students and

20  faculty that present varying levels of difficulty, diversity of

21  appeal, and a variety of points of view.  Although professional

22  staff members may select instructional resources for their use

23  in accordance with District policy and administrative

24  regulations, the ultimate authority for determining and

25  approving the curriculum and instructional program of the

*Mr. Henry Direct of Chris Earnest*

1    District lies with the Board."

11:29:05  2    Why did you feel the need to post this particular post

3    about curriculum?

11:29:08  4    **A**   Well, I mean, you see it in the remainder of that post.  A

5    critical race theory sort of popped up at that point in time,

6    too, as an issue late in the campaign, if you will, and, you

7    know, it was really just asserting the board's responsibility in

8    making sure that those types of things are not in the curriculum

9    that's taught to our kids.

11:29:27 10    **Q**   Was your opponent trying to assure voters that the board

11    didn't set the curriculum for the district?

11:29:32 12    **A**   Yeah.  I mean, I can't -- I wouldn't say that the plaintiff

13    particularly, but there was definitely a narrative out there

14    that we had nothing do with it, I think maybe even from some of

15    the current trustees that were sitting on the board at the time.

11:29:43 16    **Q**   And just to be clear:  From this time, you're the only

17    trustee who's still on the board?

11:29:48 18    **A**   That's correct.

11:29:50 19    **Q**   If we could look at Exhibit 49.

11:29:58 20    It says, "Great SBISD news today from Dr. Blaine - it is

21    promising to see progress related to the unmasking of our

22    children."

11:30:08 23    Were you campaigning on a platform that wanted to ensure

24    that kids had the option to not wear masks to school if they

25    wanted to?

*Mr. Henry Direct of Chris Earnest*

11:30:16  1    A    Yes.

11:30:17  2    Q    And how was this different from the opinion expressed by the

3    opposition in that election?

11:30:24  4    A    Well, I mean, she wanted -- I mean, Virginia wanted to keep

5    masks on kids.  I mean, that was very -- that came up -- you

6    know, we did a series of -- it was kind of right after COVID.

7    So most of the interaction that we had with the candidates was

8    not face to face.  We actually were able to attend a bunch of

9    PTA meetings via Zoom at the time.  We didn't actually attend

10    physically.

11:30:47  11    But the masks were an issue in those meetings, you know,

12    and came up, and, you know, her, obviously, more cautious

13    approach, if you will, and mine was, you know, it's time to get

14    back to normal.

11:30:57  15    And this -- this happened while we were campaigning,

16    actually.  I believe Dr. Blaine announced this a few hours

17    before the very first time that I actually sat down and met with

18    her as a candidate, and I actually took it as a small victory

19    that we were having a little bit of influence even before

20    getting elected, and that, you know, some of these things I just

21    think needed to be pointed out because, again, I don't think the

22    board -- I'm not criticizing the board for the decisions they

23    were making, but I don't think they had a really good pulse on

24    what was going on in the elementary schools.  And so, to me,

25    this was a great victory in that we got some freedom here for

*Mr. Henry Direct of Chris Earnest*

1    the kids back then.

11:31:32  2    **Q**   If we could turn to Exhibit 48.

11:31:37  3      This is a post about your appearance on something called

4    *The Michael Berry Show*.

11:31:41  5      Can you tell me what *The Michael Berry Show* is?

11:31:44  6    **A**   Michael Berry is a conservative radio talk show host here in

7    Houston.  I think he broadcasts a little bit outside of Houston,

8    but mostly a local radio personality.

11:31:55  9    **Q**   And did you appear on his program?

11:31:57 10    **A**   I did.

11:31:59 11    **Q**   Do you know if your opponent appeared on his program?

11:32:02 12    **A**   I don't think so.  He wouldn't, probably, be interested.

11:32:05 13    **Q**   Did he do this to appeal to conservative voters in your

14    district?

11:32:09 15    **A**   He did.  And, honestly, I think this is what swung the

16    election my way.

11:32:12 17    **Q**   Can you tell me what the PIPEline group is?

11:32:15 18    **A**   PIPEline was a group of parents that primarily, you know,

19    came together originally to get kids back into school.  I mean,

20    it was parents, you know, for in-person education.  I mean,

21    that's what the -- that's what it stood for.

11:32:31 22      My wife and I were aware of the group.  We knew many of the

23    people that sort of, quote, unquote, formed the group or put it

24    together and were following what they were doing, and I knew

25    that, you know, running for school board, being a nonpolitical

**_Mr. Henry Direct of Chris Earnest_**

1    person or not having been, you know, involved on committees and

2    other things that, you know, you would obviously have to have

3    more than your hundred closest friends get you elected.  And so,

4    you know, it was critical to get the support of a group like

5    that where we were aligned on most issues.

11:33:03  6    **Q**    During your campaign in 2021, did you hear any overt or

7    subtle racial remarks made about your opponent?

11:33:13  8    **A**    No.

11:33:14  9    **Q**    Nothing negative said by any of your supporters or people

10    out in the community about her race?

11:33:20  11    **A**    No, never.

11:33:23  12    **Q**    So you ran again in 2024 for election.  Were you opposed in

13    2024?

11:33:29  14    **A**    No, sir.

11:33:30  15    **Q**    So I take it you were elected again, then?

11:33:33  16    **A**    Barely.

11:33:34  17    **Q**    Okay.  In the 2021 election, there was very high voter

18    turnout compared to prior election --

11:33:41  19    **A**    I'm sorry, which year?

11:33:43  20    **Q**    2021.

11:33:43  21    **A**    Okay.

11:33:44  22    **Q**    It was very high voter turnout compared to prior years.

11:33:46  23    **A**    Right.

11:33:46  24    **Q**    Can you explain to the judge why you believe that voter

25    turnout skyrocketed?

*Mr. Henry Direct of Chris Earnest*

11:33:53 1  **A**    Gosh, I just think everybody was at home, you know, and so

2  parents started paying attention more to what was going on in

3  school.  And I think I'm Exhibit A of that list, you know, where

4  I hadn't necessarily served on district-wide committees or

5  anything, but was very interested in getting my children back

6  into school and making sure that happened.

11:34:09 7     And so you step up, and you get involved.

11:34:13 8  **Q**    In the 2022 election for SBISD trustee, John Perez ran

9  against Ed Kaczenski and Ms. Mafrige; Lisa Alpe ran against

10  Carter Breed; and Caroline Bennett ran against David Slattery.

11:34:30 11     Can you tell me which candidates in that election you

12  supported?

11:34:35 13  **A**    John Perez, Lisa Alpe, and Caroline Bennett.

11:34:39 14  **Q**    Can you tell me why you supported those three candidates?

11:34:41 15  **A**    They aligned with my conservative views, and I felt like

16  they would help me carry the torch forward in what I was trying

17  to do.

11:34:48 18  **Q**    And it's been -- although he's not here to testify, it's

19  been represented to the Court by the plaintiff that Carter Breed

20  identifies as a Republican.

11:34:57 21  **A**    Uh-huh.

11:34:57 22  **Q**    And I don't think we'll argue with that, but can you tell me

23  why you would then support Lisa Alpe, also a Republican, in an

24  election against Carter Breed?

11:35:05 25  **A**    You know -- yeah.  They're both Republicans, for sure, and

*Mr. Henry Direct of Chris Earnest*

1    there's a part of me that -- you know, I feel bad for Carter.

2    He got endorsed by the Democratic Party and never really

3    disavowed that.  And so while I think he's got a history of

4    voting for Republicans, the endorsement that he got was from the

5    opposite party, and so he got labeled, I think, during that race

6    as if he were a Democrat, and there's a lot -- I talked to him

7    recently, and he still is frustrated that some of his

8    acquaintances and things, you know, accuse him of turning to the

9    other side.

11:35:38 10    Q    Did you see Lisa Alpe as the more conservative candidate in

11    that race?

11:35:43 12    A    Yes.

11:35:45 13    Q    In 2023, there was an election for trustee again:  Courtney

14    Anderson against David Lopez, and then Shannon Mahan against

15    Becky Downs.

11:35:57 16        Can you tell me which candidates you voted for in that

17    election?

11:36:01 18    A    Shannon Mahan and Courtney Anderson.

11:36:03 19    Q    And can you tell me why?

11:36:05 20    A    Same reason.  Both conservative; both ready to come, you

21    know, and help what were then the four of us continue with the

22    agenda that we were pushing.

11:36:15 23    Q    And is it correct that in that election with Becky Downs and

24    David Lopez, Becky Lopez -- sorry, Becky Downs and David Lopez

25    are not self-identified Republicans?

*Mr. Henry Direct of Chris Earnest*

11:36:25  1    **A**    No.  They were the opposite.  They ran very liberal

2    campaigns.

11:36:30  3    **Q**    Can you tell me why you are in favor of the at-large system

4    instead of a single-member district system?

11:36:39  5    **A**    Because it forces you to take the entire district into mind.

6    If you're going to take this job -- and it's volunteer, and it's

7    a lot of hours, but it really forces you to consider what's best

8    for the entire district as opposed to what's best for my kids or

9    the high school that my kids are at, you know.

11:36:59  10       You have to back up and try to make the best decisions that

11    you can for the entire district, and, you know, the idea of

12    single-member districts, you know, and having done this for the

13    last four years or so, I firmly believe would lead to so much

14    infighting, and, you know, "I represent this district, and

15    everything that I'm going to do is going to be in the interest

16    of this small carved-out district."

11:37:28  17       And, you know, I don't how you escape that.  I mean, that's

18    who's voting for you.  That's who you've been placed to

19    represent.  And so this idea of taking the at-large view -- in a

20    small community -- I mean, you know, we're not HISD or Dallas

21    ISD.  We're small.  We have four high schools, you know.  It's a

22    small community.

11:37:46  23       So when you start to carve up something that's not that big

24    to begin with, like, you really just start to create little

25    factions, and everybody's going to just be interested in what

*Mr. Henry Direct of Chris Earnest*

1    they're doing.  And, you know, quite frankly, like, I think

2    there's been some issues that have come up where, you know, some

3    of that came out.  But, you know, again, the at-large system, it

4    forces you to sit here in the chair and try to make the best

5    decisions for everybody.

11:38:09 6    **Q**    As it stands right now, are you accountable to the voters

7    who live in --

11:38:12 8    **A**    Everywhere.

11:38:13 9    **Q**    -- Northbrook, Landrum, Spring Woods?

11:38:15 10   **A**    That's right.  And, you know, you also see it in the bonds.

11   I mean, I've been through putting together and -- and sort of

12   pushing out a bond package and seen another bond executed, and,

13   you know, that's another piece where you have to go sell it to

14   the entire community, you know.

11:38:32 15       We passed a bond in 2022 that focuses on our, you know,

16   technical education opportunities for our kids, and that's for

17   the entire district.  And so it just made it -- it's an easy

18   sell as opposed to a bond, say, Oh, we need to rebuild the other

19   half of Memorial High School.  Well, how are going to get the

20   rest of the district to vote for that if that's the only thing,

21   you know, that you're pushing for?

11:38:57 22       And if I were to be carved out and to only represent my

23   small little community, then that's all I'd fight for.

11:39:04 24   **Q**    When does the Spring Branch ISD Board of Trustees generally

25   meet?

*Mr. Henry Direct of Chris Earnest*

11:39:09  1   **A**   A lot.  Generally, every other week, but if you went back

2   and looked at the calendar, it's more frequent than that.

11:39:16  3   **Q**   And you said this is a volunteer position.

11:39:18  4       Is it correct that state law prohibits salaries for school

5   board members?

11:39:23  6   **A**   That's correct.

11:39:25  7   **Q**   During your board meetings, do you allow for public comment

8   periods?

11:39:30  9   **A**   We do.

11:39:30  10  **Q**   And during that public comment period, anyone from the

11  community can come in and take the mic and have their say about

12  an issue that's important to them, right?

11:39:39  13  **A**   Yeah.  I mean, there's some rules around it.  So if it's a

14  regular meeting, it has to be -- it can be any topic, and if

15  it's what we call a workshop meeting, which is mostly more

16  informational, less actual action and voting, it has to be on an

17  agenda item.

11:39:53  18  **Q**   As a trustee, have you had the opportunity to visit lots of

19  campuses across the district?

11:39:57  20  **A**   Oh, yeah.

11:39:59  21  **Q**   Can you speak -- well, my first question should be:  Is it

22  more than you could probably just list off to us right now?

11:40:06  23  **A**   Yeah, because -- well, every year I try to get around and

24  see most campuses in person, but -- you know, yeah, you try to

25  get out.  I try to go to a lot of sporting events.  That tends

*Mr. Henry Direct of Chris Earnest*

1   to be something that I gravitate to, and, you know, at one point

2   in time I was told I was the first trustee to attend a Spring

3   Woods High School football game in as long as anyone could

4   remember.

11:40:30 5   **Q**   How would you compare the district's facilities north versus

6   south?  Is there a disparity?

11:40:35 7   **A**   Well, building facilities?

11:40:37 8   **Q**   Yes.

11:40:38 9   **A**   I'd say they're generally the same.  I mean, you can -- you

10   can pull different things out.  Like, so part of Memorial High

11   School's been rebuilt; the other half is probably the worst

12   building in the entire district.  We've rebuilt -- just about

13   rebuilt -- we're on schedule to rebuild all of our elementary

14   schools across the entire district.

11:40:55 15   We have one middle school that's been rebuilt that is on

16   the north side of the district in Landrum.  It's the only middle

17   school that's been rebuilt.  We probably have two or three more

18   that need to be.

11:41:06 19   You know, but it's interesting.  I mean, recently I went

20   on, probably, a seven-hour tour of our district's athletic

21   facilities just to gauge, you know, the condition that they're

22   all in, and I would say that there are -- we have glaring need

23   for improvement over the entire district.

11:41:25 24   So I spent time at Stratford and Northbrook and Spring

25   Woods and Memorial just recently, and then also driving by the

*Mr. Abrams Cross of Chris Earnest*

1   middle schools just to check out the gyms, the tracks, the

2   football fields, the turf, just the stadium, you name it.  But

3   it was a district-wide tour, and I would say that we've got

4   issues that need improvement all over.  So, generally speaking,

5   they're all the same.

11:41:50  6   Q   That's the nature of a -- public school operations, right?

11:41:53  7   A   Yeah.

11:41:53  8   Q   And it's your mission, as a trustee, to make sure that all

9   kids in the district get served to the best of the district's

10   ability?

11:42:00 11   A   Yes, completely.

11:42:02 12           **MR. HENRY:**  I'll pass the witness.

11:42:03 13           **THE COURT:**  Mr. Abrams?

11:42:05 14           **MR. ABRAMS:**  Thank you.

11:42:05 15                         **CROSS-EXAMINATION**

11:42:06 16   BY MR. ABRAMS:

11:42:06 17   Q   Good afternoon, Mr. Earnest.

11:42:08 18   A   Hello.

11:42:09 19   Q   Thank you for your volunteer service.

11:42:11 20   A   Sure.

11:42:12 21   Q   I want to just focus on a couple of specific issues.

11:42:16 22       You indicated that you've lived in the district for quite a

23   while.

11:42:19 24   A   Yes, sir.

11:42:21 25   Q   We've seen a chart of the district and a chart of the

*Mr. Abrams Cross of Chris Earnest*

1   Memorial Villages.

11:42:25 2        You live in Hunters Creek Village, one of the Memorial

3   Villages, correct, sir?

11:42:29 4   **A**   Yes.

11:42:30 5   **Q**   And you've indicated already what schools your children go

6   to, and those are the south side schools and part of the south

7   side feeder pattern we've heard so much about, correct?

11:42:40 8   **A**   Yes, sir.

11:42:42 9   **Q**   As I understand it, when you first ran for election, there

10  were a number of issues that you felt distinguished you from

11  your opponent; is that correct?

11:42:52 12  **A**   Yes, sir.

11:42:54 13  **Q**   The issue of unions, correct?  Issue of masking; is that

14  correct?

11:43:00 15  **A**   Yes, sir.

11:43:01 16  **Q**   Positions on school opening in light of the COVID status; is

17  that correct?

11:43:06 18  **A**   (Inaudible.)

11:43:06 19          **THE REPORTER:**  I'm sorry?

11:43:06 20          **THE WITNESS:**  Yes, sir.

11:43:06 21  BY MR. ABRAMS:

11:43:09 22  **Q**   So the issue of critical race theory?

11:43:12 23  **A**   Yes, sir.

11:43:13 24  **Q**   And whether it did or didn't have any role in the schools.

11:43:16 25          The general philosophical perspective of conservative

*Mr. Abrams Cross of Chris Earnest*

1   versus liberal?

11:43:22  2   **A**   I thought that way, yes, sir.

11:43:23  3   **Q**   And so your campaign took one position on those issues, and

4   your perspective was that your opponent took another position?

11:43:31  5   **A**   Yes, sir.

11:43:33  6   **Q**   In your mind, did you run an issue orient- -- oriented

7   campaign as opposed to a partisan or racial or ethnic campaign?

11:43:45  8   **A**   We did not run anything on ethnics.  But, yeah, I mean, it

9   was get back to school; get rid of the masks, which, I mean -- I

10   think I know where you're trying to go, but those were very

11   partisan issues.  So Democrats were very much in favor of masks

12   and closing schools, and Republicans were very much in favor of

13   opening schools and getting rid of the masks.

11:44:05  14   **Q**   Well, I understand that you're trying to characterize those

15   as black-and-white divisions, but you'll agree with me, won't

16   you, that individual residents can have a variety of opinions

17   about every one of the topics that you concentrated on in your

18   campaign?

11:44:19  19   **A**   Sure.  But the divide from a partisan standpoint was also

20   very clear.

11:44:23  21   **Q**   All right.  Let's look at Plaintiff's Exhibit 82.

11:44:34  22       Plaintiff's Exhibit 82 is some of the literature that your

23   opponent, Dr. Elizondo, distributed during the campaign in which

24   she chose to emphasize, on the left-hand side, her level of

25   prior involvement in the district, and contrast it with what she

*Mr. Abrams Cross of Chris Earnest*

 1    characterized as the lack of similar involvement in the

 2    district.

11:44:58  3        Did you see this during the campaign, and if not, have you

 4    seen it thereafter in connection with the lawsuit?

11:45:02  5    A    No, but I just skimmed it.

11:45:04  6    Q    Okay.  Would you agree with me that the picture depicted by

 7    Plaintiff's Exhibit 82 would present a potential voter with a

 8    choice about whether or not the experiences of the two

 9    candidates were different?

11:45:19 10    A    Sure.

11:45:19 11    Q    And you would expect a voter to have an opinion about

12    whether those experiences or whether positions on the issues

13    you've outlined are what would ultimately determine their vote?

11:45:32 14    A    Yes.

11:45:35 15    Q    Because you expect every voter in the district, whether it's

16    white or Latino or Hispanic, to make a decision based upon the

17    matrix or constellation of issues that are involved in the

18    campaign:  Conservative, liberal, Republican, Democrat, masks,

19    COVID -- COVID opening schools, unions, CRT, participation in

20    the district, correct?

11:45:57 21    A    Those are all issues, yep.

11:45:59 22    Q    All right.  And those were all issues in your campaign?

11:46:01 23    A    Yeah.

11:46:05 24    Q    Let's look at Plaintiff's Exhibit 127, please.

11:46:13 25        Were you here for Dr. Stein's testimony this morning?

*Mr. Abrams Cross of Chris Earnest*

11:46:16  1  **A**    Parts of it.

11:46:17  2  **Q**    All right.  And in any event, given your role as president

3  of the school board, have you long been aware of the results of

4  Dr. Stein's analysis of the voting patterns of the white voters

5  in the district and the Hispanic or Latino voters?

11:46:32  6  **A**    I mean, vaguely.  I didn't study them.

11:46:34  7  **Q**    Well, Exhibit 127 reflects that, given the constellation of

8  issues before the voters, the Hispanic or Latino voters in the

9  district preferred your opponent 92 percent to, basically, 5 or

10  6 percent.  Does that surprise you?

11:46:53 11  **A**    I haven't -- I haven't seen this data before.  So I

12  wouldn't...

11:46:57 13  **Q**    Well, is it your position that, to the extent Dr. Stein's

14  analysis is accurate -- and I believe it to be, be for the judge

15  to decide -- that must reflect that the voters in the district

16  had different preferences for who the preferred candidate was?

11:47:18 17  **A**    Perhaps.  I mean, you know, we didn't run a campaign trying

18  to get votes of any particular race.  So if your numbers are

19  correct, then, you know, I don't know that the voters actually

20  took into all of -- account all the issues that you just rattled

21  off a few minutes ago.

11:47:34 22  **Q**    Neither of us knows what motivated either the white or the

23  Hispanic voters in your race, correct?

11:47:39 24  **A**    Right.

11:47:40 25  **Q**    But if the data shows that whatever that was, white voters

*Mr. Abrams Cross of Chris Earnest*

1  preferred you as a candidate, and Hispanic voters preferred

2  Dr. Elizondo, are you prepared to respect the differing

3  preferences of the Latino voters, that they didn't particularly

4  favor you?

11:47:58  5  **A**   Sure.

11:47:59  6  **Q**   I want to turn now to the issue of early voting.  Let's look

7  at Plaintiff's Exhibit 117, please.

11:48:16  8      Mr. Earnest, Exhibit 117 has a facsimile of the voter

9  turnout for your election and there's an analysis of the total

10  votes that you got from the three south-side boxes, Memorial,

11  Spring Branch, and Spring Woods -- and we discussed this without

12  the pictures in your deposition.  Do you remember that?

11:48:32  13  **A**   I do.

11:48:33  14  **Q**   All right.  And Exhibit 120 -- 1- -- let's see, 117 reflects

15  that you obtained a majority of the total vote in the election

16  from just three voting existing precincts, Memorial, Spring

17  Branch, and Spring Forest.  Does that square with your review of

18  the voting results in the election?

11:49:00  19  **A**   It appears that way, yes.

11:49:02  20  **Q**   The votes you got from just the south-side boxes represented

21  53.69 percent of the total votes cast.

11:49:11  22      You won the election simply by carrying the --I won't

23  "simply" -- by carrying those three precincts, correct?

11:49:20  24  **A**   That's who turned out to vote.

11:49:22  25  **Q**   Now, with respect to that, there was an early vote component

*Mr. Abrams Cross of Chris Earnest*

1    in your election which was a very significant percentage of the

2    total vote, correct?

11:49:31  3    **A**    Yes.

11:49:32  4    **Q**    And the math depicted on Plaintiff's Exhibit 117 shows that

5    64 percent of all of the votes cast in your election were cast

6    in early voting.  Does that square with your experience?

11:49:47  7    **A**    I don't recall the exact, but that's probably close, yes.

11:49:49  8    **Q**    And 89 percent of the early vote came from the three

9    south-side precincts where you did so well, the Memorial,

10    Spring Branch, and Spring Forest precincts.  Does that square

11    with your experience?

11:50:05  12    **A**    I'm going -- it looks to be correct, but I haven't run that

13    analysis.

11:50:09  14    **Q**    All right.  And you knew, during your campaign, how

15    important the early voting was because the -- the mantra was

16    these races are won in early voting, right?

11:50:21  17    **A**    Yeah.

11:50:21  18    **Q**    Let's look, for example, at Exhibit 80.

11:50:28  19        Trying to get oriented here.

11:50:35  20        Directing your attention to the bottom text -- I think

21    these are text messages.  I'm not real savvy here -- technically

22    savvy.

11:50:45  23        Chris Earnest for SBISD Board of Trustees posted by Amanda

24    Orr.  Who is Ms. Orr?

11:50:51  25    **A**    A friend that was helping with the campaign.

*Mr. Abrams Cross of Chris Earnest*

11:50:53  1   Q   One of your supporters?

11:50:55  2   A   Yes.

11:50:55  3   Q   And was Ms. Orr part of the PIPEline?

11:50:57  4   A   Yes.

11:50:58  5   Q   This is several days before the early voting is over.  "Real

6   quick, something the last several election cycles have shown us

7   is that local races are won in EARLY VOTING.  So if that's the

8   case... we've got April 26 and 27 to win this case [sic]."

11:51:15  9      That was the common knowledge during your election, right:

10   Early voting was where you won these races?

11:51:22 11   A   Well, that was the strategy.  And what I learned, having

12   never run for a race before, is that when you -- you actually

13   get to see the tally and the roster of who's voted in early

14   voting.  So you can have people that build out their networks

15   and say, "Here's my 25; here's my 50 people that I'm responsible

16   to encourage go get to the polls," and when you vote early, they

17   publish a list of everybody that actually showed up and voted

18   that day.

11:51:46 19      So you can actually keep track of and know who you need to

20   keep contacting during that period.

11:51:51 21   Q   And you don't have the benefit, on Election Day, of knowing

22   who showed up at the polls?

11:51:54 23   A   That's correct.

11:51:55 24   Q   So you can't roust them out on the basis of the list you

25   already have of who your potential supporters are and whether

*Mr. Abrams Cross of Chris Earnest*

1  they've voted, correct?

11:52:03  2  **A**   That's right.

11:52:03  3        **MR. ABRAMS:**  If you zoom back out to the top of the

4  text.

11:52:07  5  **BY MR. ABRAMS:**

11:52:07  6  **Q**   PIPEline Steering Committee, is this a distribution by the

7  PIPEline group that you earlier told us about, the parents

8  group?

11:52:15  9  **A**   Yeah.  There were a few, but yeah.  I mean, I think this was

10  the collection of 10, 12 people that were, you know, sort of

11  running PIPEline at the time, so to speak.

11:52:30  12  **Q**   Were you volunteered or were you sort of drafted by the

13  PIPEline to run in this race?

11:52:36  14  **A**   No.  I definitely volunteered.  You know, I actually filed

15  to run during COVID.  There was an election where Josef Klam

16  and -- I forget who else was running with him.  They ran the --

17  the election ended up being canceled, and so it appeared that

18  they were running unopposed, and the election got postponed --

19  forgive me on the date, but it got postponed because of COVID.

11:53:05  20        I actually filed to run in that election only to get a note

21  back from, I believe, Christine Porter or one of her assistants

22  the next day saying that the deadline to file did not change, so

23  I was ineligible to run.  So I had already thought about it, and

24  then, you know, fast-forward to that next election.

11:53:20  25        I waited; I thought about it; talked to my wife about it a

*Mr. Abrams Cross of Chris Earnest*

1  lot; didn't really make it public that I wanted do it.  And then

2  I called another friend, Emily Sperandio, who was also very

3  involved in the PIPEline Steering Committee, and I told her,

4  "I'm about to walk into the admin building and file the

5  paperwork on" -- I think it was the last day.  And I said, "I

6  just need to know that I'm going to have you guys' support in

7  doing this."

11:53:44  8  **Q**    So did you solicit the support of this PIPEline group --

11:53:48  9  **A**    Through a friend.

11:53:48  10  **Q**    -- at the time you were deciding to run for election?

11:53:51  11  **A**    Yes.

11:53:52  12  **Q**    Did you have the support of the PIPEline group?

11:53:55  13  **A**    Loosely.  I didn't necessarily going in, but nobody else

14  stepped up to do it.  So I was pretty confident.

11:54:01  15  **Q**    Okay.  So you were endorsed by the PIPEline group, and they

16  assisted in your campaign, right?

11:54:06  17  **A**    That's correct.

11:54:06  18  **Q**    All right.  Back to the issue of early voting.

11:54:10  19        **MR. ABRAMS:**  If you would, Richard, let's pull up

20  Plaintiff's Exhibit 80, please.

11:54:15  21        **MR. RIENSTRA:**  Did you say 80?

11:54:17  22        **MR. ABRAMS:**  I'm sorry.  Plaintiff's Exhibit 40.

11:54:33  23  **BY MR. ABRAMS:**

11:54:34  24  **Q**    Directing your attention to the middle of the text messages

25  under Emily Sperandio, the blue blurb she says, quote, Just a

*Mr. Abrams Cross of Chris Earnest*

1    reminder to go to vote for Chris Earnest today.  Today we are in

2    a tight race that could impact our kids more than any political

3    election.  SBISD building on Campbell is super easy, right

4    behind the kids' school.

5        Do you see that?

6    **A**  I do.

7    **Q**  You became familiar with the location of the early voting

8    sites during your campaign, and you were aware that all of the

9    early voting sites were either on the south side or in Hilshire

10   Village, correct?

11   **A**  I mean, I didn't appreciate it for that at the time, no.  I

12   mean, I knew where they were.

13   **Q**  Well, for example, this reference to early voting at the

14   SBISD building, the Court's heard testimony about the

15   administration building and the like.

16       The administration building is just a stone's throw from

17   Spring Branch Middle School, right?

18   **A**  Yep.

19   **Q**  And so every parent who has a child at Spring Branch Middle

20   School merely had to walk across the parking lot to early vote

21   at the ad building because of the proximity, correct?

22   **A**  You could have.

23   **Q**  Right.

24       And this is another indication that your campaign, like

25   most successful campaigns, is very attuned to the importance of

*Mr. Abrams Cross of Chris Earnest*

1    early voting, correct?

11:55:58  2    **A**    Yes.

11:55:59  3    **Q**    Now let's look at Plaintiff's Exhibit 39.

11:56:09  4         This is a text, I believe, from Brian.  Is that Brian

5    Mickey?

11:56:16  6    **A**    I would strongly assume so.

11:56:18  7    **Q**    And what public office had Mr. Mickey occupied?

11:56:22  8    **A**    He was the mayor of Hedwig Village for a time.

11:56:24  9    **Q**    And so this is the mayor of Hedwig Village to you again

10    talking about three days left under early voting.  "We must win

11    early voting."  Quote, I have never won Election Day.  It's won

12    in the EV.

11:56:38 13         Again, is this another indication of the common sentiment

14    that in Spring Branch, by the time of your race, early voting is

15    where you won the race?

11:56:46 16    **A**    That's what he asserted, yeah.

11:56:47 17    **Q**    Well, did you agree with him?  Do you agree?

11:56:50 18    **A**    I didn't know.  I was naive.  So he was, I guess, telling

19    me.

11:56:58 20    **Q**    With regard to the PIPEline, do you agree that the PIPEline

21    group was an incredibly powerful citizens group in your

22    election?

11:57:06 23    **A**    For sure.  I mean, it was a, you know, grassroots group of

24    parents that wanted to get involved in their kids' education,

25    and at the time -- at this time was primarily and almost solely

*Mr. Abrams Cross of Chris Earnest*

1  focused on getting kids back into school.

11:57:25  2  **Q**   Let's look at Plaintiff's Exhibit 139.

11:57:45  3     Plaintiff's Exhibit 139 is a exhibit that depicts the

4  campuses and program -- campus-wide program closures that the

5  board implemented during the past year.  Are you -- were you a

6  participant in the vote to close the Treasure Forest Elementary,

7  Panda Path Elementary, Spring Shadows Elementary, and to

8  terminate the SKY partnership program that had, before then,

9  been active on the Landrum Middle, Northbrook Middle, and

10  Northbrook High campuses?

11:58:18  11  **A**   Yes, sir.  And also part of the vote to add the RISE program

12  to Northbrook that added a program for early college credit

13  on -- in those areas as well.

11:58:26  14  **Q**   Right.

11:58:26  15     The district, when it terminated SKY, came up with another

16  program that it believes will be a substitute, correct?

11:58:34  17  **A**   They do, yes.

11:58:35  18  **Q**   All right.  Did any member of the SBISD Board of Trustees

19  vote against the school closures that were totally focused on

20  the north side?

11:58:48  21  **A**   I don't recall.

11:58:51  22  **Q**   Do you recall any trustee, in a public meeting, saying that

23  the impact of the school closures on the north side would have a

24  disproportionate effect on the economically disadvantaged and

25  Latino children that comprise the majority of the children in

*Mr. Abrams Cross of Chris Earnest*

1    the district?

11:59:09  2    **A**    No, but I think -- did Minda Caesar vote against it, now

3    that you're talking about it?

11:59:14  4    **Q**    You believe Minda Caesar voted against it?

11:59:17  5    **A**    Maybe she did.   Six-one.

11:59:18  6    **Q**    She's off the board now, though, right?

11:59:21  7    **A**    Right.

11:59:21  8    **Q**    Now, with regard to this issue of at-large versus

9    single-member districts, you were not on the board, but the

10   Court's already seen a presentation that was made by Lisa

11   McBride to the prior board of directors about the concept of

12   alternative governance structures.   You've seen that before,

13   haven't you?

11:59:38  14   **A**    I'm aware.

11:59:39  15   **Q**    Now, when you came on the board and this lawsuit was filed,

16   you took a very public position on single member versus at-large

17   correct?

11:59:50  18   **A**    I did.

11:59:50  19   **Q**    And it's the position you've expressed here today.   You are

20   opposed to any order changing the at-large system of the Spring

21   Branch district?

11:59:57  22   **A**    Yes, sir.

11:59:58  23   **Q**    And when you ran, that was one of your campaign issues,

24   right?

12:00:00  25   **A**    Was it?   I don't recall it being an issue during the

*Mr. Abrams Cross of Chris Earnest*

1   campaign.

12:00:04 2   **Q**   Well, all of your public comments about --

12:00:07 3   **A**   Because this lawsuit came after I won, and I didn't know

4   anything about single-member or at-large until the lawsuit was

5   filed a few weeks after I won.

12:00:15 6   **Q**   Right.

12:00:15 7        With reference to your second campaign --

12:00:18 8   **A**   I ran unopposed.

12:00:20 9   **Q**   Right.

12:00:20 10       Did you communicate, every time after this lawsuit was

11   filed, on this subject that you were a champion of maintaining

12   the at-large system?

12:00:30 13   **A**   Yes.

12:00:31 14   **Q**   And has every trustee that has been elected in

15   Spring Branch, since this lawsuit was filed, publicly taken the

16   position that they oppose any conversion of Spring Branch to a

17   single-member district plan that would afford a seat at the

18   table for others in the district who don't -- from a

19   single-member district?

12:00:53 20   **A**   I sort of object to your description of that, but, yes, I

21   believe every member of the board has publicly stated that

22   they're in favor of an at-large district.

12:01:07 23            **MR. ABRAMS:**  Pass the witness.

12:01:10 24            **MR. HENRY:**  Very briefly.

12:01:15 25                         **REDIRECT EXAMINATION**

*Mr. Henry Redirect of Chris Earnest*

BY MR. HENRY:

12:01:16  1

12:01:16  2  Q   Mr. Earnest, there were questions about early voting, and it

3  showed, from the graphic that the plaintiff presented, that

4  64 percent of the votes in your 2021 election were cast during

5  early voting.  Do you recall that?

12:01:29  6  A   Yes.

12:01:30  7  Q   Do you recall that early voting, if we take -- early voting,

8  has approximately eight days of early voting, right?

12:01:39  9  A   I think that's right, yes.

12:01:40 10  Q   And Election Day is one single day, correct?

12:01:44 11  A   Correct.

12:01:45 12  Q   So not a mathematician, but eight out of nine total days is

13  roughly 89 percent of the days.

12:01:53 14      So would you expect that if 89 percent of the days of --

15  that voting is available are early voting days, we might reach a

16  high percentage, like 64 percent, of the votes being cast during

17  early voting?

12:02:11 18  A   I think that's why they exist.

12:02:13 19  Q   There were some questions about schools being closed in the

20  north of the district.  First question:  Did that decision --

21  was that taken lightly by you and the board?

12:02:20 22  A   No.  Honestly, that's the worst -- worst thing, as a

23  volunteer, that you -- that we've had to go through.  I mean,

24  I've lost more friends doing this job than I have anything to

25  gain, which is relatively nothing.

*Mr. Henry Redirect of Chris Earnest*

12:02:35  1    But the decisions that we were forced to make, because we

2    haven't gotten funding -- adequate funding from the state, has

3    caused us and forced us to make some very, very difficult

4    decisions.  The school closures are definitely not a decision

5    that any one of us made lightly at all.

12:02:55  6    The capacity of the schools on the north side happened to

7    be low relative to the capacity that they were built for.  So we

8    are being forced by the state to become more efficient, and when

9    you have schools that are operating at 50 to 60 percent of the

10   capacity in which they were built, you have to look at

11   consolidating them.  And when you look at the south side

12   schools, they're at capacity, and so they're 700, 750, 650 kids

13   when they're -- the schools are built for that exact capacity.

14   So there is no consolidation that could have occurred on the

15   south side.

12:03:30 16    We did replace programming on the north side with the RISE

17   program.  I think we're -- you know, you -- you change

18   programming -- you know, the SKY partnership wanted out as badly

19   as we did, right?  We needed to get out to save money.  They

20   wanted to get out because it was no longer economical for them,

21   too.

12:03:45 22    So, you know, that's not said out loud very often, but we

23   immediately replaced it with the RISE program, which is a

24   partnership with HCC, that will allow the high school students

25   at Northbrook High School to graduate with an associate's

*Mr. Henry Redirect of Chris Earnest*

1    degree, two-year degree, while they're in Spring Branch, and it

2    won't cost them a dime. So remove one program and try to

3    replace it with something equally as good, if not better, you

4    know.

12:04:08   5    And, honestly, the other thing that hasn't come up is that

6    the most unpopular difficult decision that we've made is to

7    align all four of our high schools onto one single bell

8    schedule. That also came as a measure to reduce cost, to become

9    more efficient, to -- to, in theory, you know, share resources,

10   get everybody aligned on the same schedule, and that affected

11   everybody, and it affected south side schools more than it did

12   north side schools.

12:04:37   13   And, you know, the really sad part of this job, to me, is

14   that you actually try to make a decision that's good for the

15   entire district taking all corners of the district into mind and

16   talking about alignment and getting bus schedules aligned and

17   aligned for access to our new CTE building that we're building,

18   and I've got people at Stratford High School that can't stand me

19   because I did it, and I think it's one of the saddest things

20   that I've ever experienced in my entire life, honestly.

12:05:06   21   So that community that voted for me three-and-a-half years

22   ago, a lot of them won't even speak to me now because I feel

23   like I made a decision that was best for the district because I

24   took an at-large view. I didn't vote for the people that voted

25   for me. I didn't vote for my high school. I voted for

*Mr. Abrams Recross of Chris Earnest*

1    Northbrook and Spring Woods where both of those principals told

2    me and told the rest of us that they did not need to be on a

3    block schedule; they needed to maintain -- and so we made a

4    decision to align that really made some south-side people really

5    mad.

6        And so that is the best example that I can give you of a

7    vote that I've taken on an at-large basis, and it has cost me

8    dearly personally, and I can tell you it wasn't -- it wasn't

9    easy to do.  And if I was just representing Memorial or just

10   representing Stratford, I would have never taken the vote that I

11   did because that's not what the people that voted me in would

12   have wanted me to do.

13   Q    Thank you.

14           MR. HENRY:  I'll pass the witness.

15           MR. ABRAMS:  Just a follow-up question or two.

16                    RECROSS-EXAMINATION

17   BY MR. ABRAMS:

18   Q    With regard to this block scheduling thing, this is when

19   class schedules are, for the Court's benefit.  Some schools are

20   on a -- what, a seven- or eight-period day, and Stratford --

21   which was, I think, the only high school in the district with a

22   block schedule?

23   A    That's right.

24   Q    And you just gave us a testimonial about how you voted

25   against your interest.

**_Mr. Abrams Recross of Chris Earnest_**

12:06:21  1        Your kids go to Memorial High School, right?

12:06:23  2    **A**    They do.

12:06:23  3    **Q**    Memorial High School's not on a block schedule, right?

12:06:26  4    **A**    No, they're not, but I have a lot of friends at Stratford.

12:06:29  5    **Q**    I'm not quibbling with you about the fact --

12:06:32  6    **A**    I think you are.

12:06:33  7    **Q**    The Stratford parents didn't want to see the block schedule

        8    go away?

12:06:37  9    **A**    That's right.

12:06:38 10    **Q**    It didn't have any impact on Memorial kids, where your kids

        11   go to school?

12:06:43 12    **A**    Their schedule's different.  Everybody's schedule is a

        13   little bit different.

12:06:46 14    **Q**    The block schedule never existed?

12:06:48 15    **A**    It definitely impacted Stratford more than anybody else, for

        16   sure.

12:06:51 17    **Q**    Do you agree with me that if you review the tapes of the

        18   meetings of the school board with regard to the budgetary

        19   decisions, there was substantially more public discussion by the

        20   board about changing the class schedule at Stratford than about

        21   closing the north-side schools?  There was practically no public

        22   board discussion --

12:07:14 23    **A**    I completely disagree with that.

12:07:16 24    **Q**    All right.  Well -- and then with regard to the notion of

        25   underutilized schools, were you here when Ms. Porter was

*Mr. Abrams Recross of Chris Earnest*

1   discussing Memorial Drive Elementary?

12:07:26  2   **A**   No, sir.

12:07:32  3   **Q**   Memorial Drive Elementary, we established, gets more money

4   per kid than Hollibrook.  Did you know that?

12:07:37  5   **A**   I bet she would disagree with that or be able to explain

6   that a lot better than you can.

12:07:44  7   **Q**   The judge will remember the evidence.

12:07:45  8   **A**   Good.

12:07:45  9   **Q**   Do you know what the enrollment is at Memorial Drive

10   Elementary per the PTA?

12:07:50  11   **A**   400-something.

12:07:51  12   **Q**   It's about 391, I think.

12:07:52  13   **A**   Okay.

12:07:52  14   **Q**   That's a small campus in Spring Branch.

12:07:54  15   **A**   It is.

12:07:54  16   **Q**   Why didn't the board vote to consolidate Memorial Drive

17   Elementary with Hunters Creek or --

12:07:59  18   **A**   Because it's already at capacity.  It was just literally

19   rebuilt -- my kids go there -- and it's already busting at the

20   seams, and so is -- and so is Bunker Hill.  So where would they

21   go?

12:08:09  22   **Q**   So your kids' schools got totally rebuilt, and they weren't

23   closed?

12:08:13  24   **A**   Well, all of the schools -- all of the elementary schools in

25   our district are being rebuilt.

*Mr. Abrams Recross of Chris Earnest*

12:08:17  1  **Q**   Spring Shadows, which the voters in the district voted to

2  rebuild, not only didn't get rebuilt, it's one of the schools

3  your board closed, right?

12:08:24  4  **A**   That's right.  We're rebuilding it and moving those kids --

5  and if you actually spend some time and go talk to the

6  community, they're very excited about it.

12:08:32  7  **Q**   What did the district put in Spring Shadows after it closed

8  the school?

12:08:36  9  **A**   We've got it as a police training center now.

12:08:39  10  **Q**   So the board's decision was the provision of police services

11  was more valuable to that --

12:08:46  12  **A**   No, not at all.  It's actually just a convenient use of the

13  space so it doesn't sit there and get mothballed.  We actually

14  can have -- you know, we actually prioritize school safety.  So

15  our police chief came up with the brilliant idea of why don't we

16  actually do some police training in a physical school that's not

17  being used anymore.

12:09:04  18  **Q**   So the school Spring Shadows, which is on the north side

19  which was Hispanic -- heavily Hispanic, which was economically

20  disadvantaged was closed, and now the budgetary decision that

21  your board has made is it's better to use it as a police

22  training facility than --

12:09:19  23  **A**   Yeah, and those kids are being moved right down the street

24  into other schools, Buffalo Creek and others, and now those

25  schools that were lower in capacity now are full, which creates

*Mr. Abrams Recross of Chris Earnest*

 1   an entirely new experience for those kids being in a school

 2   that's 100 percent at capacity, not 50.

12:09:34  3      You don't have empty hallways.  You have more involvement

 4   in clubs.  You have different -- I mean, completely different

 5   opportunities for those kids now.

12:09:42  6   **Q**   Was there a single member on the board of directors --

 7   pardon me, the board of trustees of the school district, when

 8   these decisions were being made, that had children that go

 9   through the north-side schools that we're discussing?

12:09:55 10   **A**   Chris Gonzales was on early on in the topic.  She wasn't

11   there for the votes.

12:09:59 12   **Q**   So with respect to your motivation for getting on the school

13   board, you're seeing the experiences that your children were

14   having at their schools.  There was not a single trustee on the

15   school board, at the time the debate was occurring about closing

16   campuses in the district, who had children that were going to

17   the schools that were closed, correct?

12:10:20 18   **A**   No.

12:10:21 19   **Q**   Is that correct?

12:10:22 20   **A**   I think so.

12:10:23 21   **Q**   Nothing further.  Thank you.

12:10:25 22          **MR. HENRY:**  No other questions.

12:10:26 23          **THE COURT:**  Thank you.

12:10:27 24          I don't think we have time for another witness.  I've

25   got hearings starting at 2:00 o'clock.  I want to talk about

1    scheduling.

12:10:35  2            You can go back to wherever you're comfortable.

12:10:38  3            How many more witnesses do you have?

12:10:40  4        **MR. HENRY:**  I have two more board members, who -- I

5    will be just as quick with them as I was with Mr. Earnest, and

6    then we have our expert, Dr. Alford.

12:10:50  7        **THE COURT:**  Okay.  Can we get them done tomorrow

8    morning?

12:10:53  9        **MR. HENRY:**  I believe it is possible.  If we are

10   efficient and work hard, I believe it is possible.

12:10:58 11        **THE COURT:**  Okay.  I have moved the 11:30 matter.  We

12   can go till 12:30 tomorrow.  We can even start at 8:00 o'clock

13   if -- if y'all want to do that, but --

12:11:09 14        **MR. HENRY:**  Yes.  That would be fantastic.

15   8:00 o'clock is good.

12:11:11 16        **MR. ABRAMS:**  No objection.

12:11:12 17        **THE COURT:**  Okay.  Now, I want to talk about some

18   other scheduling matters.

12:11:28 19            You all have a better grasp of all the evidence and

20   the significance of the evidence as it relates to the *Gingles*,

21   the Senate, and other potential factors than the Court does

22   because you're much more familiar with the evidence.  So here's

23   what I propose as far as a post-trial briefing schedule to help

24   the Court enter findings of fact and conclusions of law as soon

25   as possible and as accurate as possible.

12:12:00  1          And what I propose is a version of something I've used

2    in the last two significantly complicated bench trials, each of

3    which were more complicated than this one, but, nevertheless,

4    they worked, and I was confirmed on appeal in each case.  So I

5    have a great deal of affection for them.

12:12:20  6          All right.  By a certain date, which the plaintiffs

7    will decide, the plaintiffs will present to the defendant, and

8    not to the Court, amended proposed findings of fact and

9    conclusions of law.  You will use yellow to designate any un- --

10   any opposed proposed findings.  And you can certainly add

11   additional yellow findings, delete present proposed findings,

12   and the yellow color will designate both proposed findings of

13   fact and conclusions of law.

12:13:03 14          Beneath each of your proposed findings and

15   conclusions, you will cite in a footnote or in the text,

16   whichever is more convenient for your programmer, the testimony

17   and exhibits that you contend support the finding.  And by the

18   same date, the defendants will submit -- and this is kind of a

19   work in process, so listen to this.

12:13:37 20          The defendants have at least two issues which are not

21   addressed in the plaintiff's proposed findings:  The 15 percent,

22   15,000 Texas Education Code issue, which you've raised; and

23   the -- the totality of circumstances to the extent it involves

24   issues other than the seven Senate factors, which may include

25   the *Abbott* decision.

1      So what I'd like, ultimately, to see at the end of

2  this process is a long document that has plaintiff's proposed

3  findings, and instead of defendant's creating their own

4  proposals -- and your proposed findings that you filed earlier

5  address the same issues, but in a different format.  It's like

6  two ships passing in the night, and I don't want to have to

7  harmonize and compare those two ships.

8      I want one ship, and -- using the plaintiff's

9  paradigm, and what I'd like you to do:  When you get their

10  proposal, I'd like you to include, beneath each of the

11  plaintiff's proposals, in a different color -- color other than

12  yellow, so I can discern it, your version of their findings in

13  the different color with your exhibits attached.

14      Do you understand what I'm talking about?

15      **MR. CRAWFORD:**  Yes.

16      **MR. HENRY:**  Yes.

17      **THE COURT:**  Now one of the cases I had, I had four

18  colors because there were four different parties.  So this is a

19  little easier than you may anticipate.

20      But on the -- on the designated day for plaintiff's

21  filings, if there's some, what I'm thinking of as affirmative

22  defense that you don't anticipate they will raise -- so you can

23  deliver to plaintiffs, but not to the Court, for example,

24  findings you think are necessary on the Texas Education Code

25  issue or *Abbott* or any other issues that you think they haven't

1    addressed, okay?

12:15:54  2         Then, at another date to be decided, you will file

3    the -- your version of plaintiff's proposed findings and

4    exhibits, and plaintiff's will file their version, taking his

5    color -- assuming it's light green, for example -- with your

6    color yellow and your exhibits.

12:16:17  7         Am I making any sense about what I want?

12:16:20  8         **MR. ABRAMS:**  Yes, Your Honor.

12:16:20  9         **THE COURT:**  Okay.  For example, if they submit Texas

10   Education Code Section 11052 findings and *Perez versus Abbott*

11   findings in light green by the first date, you will submit your

12   responsive findings in yellow with your proposed exhibits on

13   the -- on the ultimate date when everybody will deliver to the

14   Court consolidated findings using plaintiff's format with

15   defendants' alternative findings, using defendants' what I'm

16   calling affirmative defenses, with your responsive findings in

17   this case following defendants' format.

12:17:10 18         Does that make sense?

12:17:12 19         **MR. ABRAMS:**  Yes, Your Honor.

12:17:12 20         **THE COURT:**  Is that something you can agree on a

21   schedule about?

12:17:15 22         **MR. ABRAMS:**  I think we can.  And, really, the only

23   variable -- and I know your court reporter's been kind enough to

24   give us her schedule.  I think we both are going to likely want

25   to try to get the transcript so that we can use that to provide

```
 1   you what you want, and we'll talk with her about her --
```
12:17:29 ` 2 `            **THE COURT:**  She will sell those at an obscenely
```
 3   reasonable rate.
```
12:17:33 ` 4 `            **MR. ABRAMS:**  We have no quibble about her rates.  We
```
 5   just need to talk and look at the schedule.
```
12:17:37 ` 6 `            **THE COURT:**  Okay.  And then --
12:17:39 ` 7 `            **MR. CRAWFORD:**  Your Honor, I have a question real
```
 8   quick.
```
12:17:40 ` 9 `            **THE COURT:**  Stand up so I can hear you.
12:17:42 `10 `            **MR. CRAWFORD:**  I have one question real quick because
```
11   I was a little -- at the end of the day, are you looking for the
12   parties to submit one document, or their document as you
13   described, and our document as you described?
```
12:17:52 `14 `            **THE COURT:**  Well, it's going to have to be two
```
15   documents because they will have the last shot at your proposal;
16   you will have the last shot at their proposal.  You won't alter
17   their proposal; you'll just supplement it in a different color.
```
12:18:04 `18 `            **MR. CRAWFORD:**  And then they'll add what I've
```
19   supplemented to theirs, and I'll add what they've supplemented
20   to ours?
```
12:18:11 `21 `            **THE COURT:**  That's right.  You're following.
12:18:14 `22 `            Okay.  Now, two wrinkles.  If you think you need a
```
23   post-trial brief in addition to all that, you can file that.
24   I'd really like it to be short.  If you think there's something
25   I'm missing -- like we had the colloquy the other day about
```

1    causation.  If you think there's a preponderance standard on

2    some of these causation issues where the word "extent" is used,

3    you can talk about it.

4        I think we've probably distilled the Senate factors

5    down to one, two, and seven, but if you think there's -- maybe

6    three, but if you think there's some others -- but we don't need

7    to revisit, for the sake of personal -- for the sake of optional

8    completeness, every single issue that could be raised.  I'd like

9    you to use some judgment distilling the evidence into the most

10   likely findings that the Court is likely to adopt.

11       Final point, the -- the trial was delayed, and I take

12   responsibility for this, because I was waiting to see if the

13   Eighth Circuit opinion gained some traction.  I'd like not to

14   have three trials in this case.  We're going to have -- this is

15   going to be one.  We may have a trial on attorney's fees.

16       When I started this job 36 years ago, lawyers told me,

17   "Oh, Judge, you never have to have a hearing on attorney's fees.

18   The lawyers agree on that."  That is not a true statement.  They

19   rarely agree, especially -- you may seek more than $100,000,

20   probably, in attorney's fees.

21       **MR. ABRAMS:**  Very possible.

22       **THE COURT:**  So we're probably going to have to have a

23   hearing on that.  I don't want to have to have a hearing on

24   remedy.

25       So I want -- as I understand it -- assuming,

1    hypothetically, I find for the plaintiff, as I understand it --

2    and this is my first go-round on this, it's then the district's

3    responsibility to come up with a remedial plan to create that

4    district.  Is that correct?

12:20:17  5    **MR. CRAWFORD:**  That's my understanding, Your Honor,

6    and then we run it by the plaintiffs.  And if we can't agree,

7    then we bring it to the Court --

12:20:23  8    **THE COURT:**  Okay.

12:20:24  9    **MR. CRAWFORD:**  -- and if we can, then perhaps the

10    Court blesses it.

12:20:27 11    **THE COURT:**  Okay.  So we don't have to have three

12    trials.  When you submit your first submission to Mr. Abrams,

13    but not to the Court, I want you to submit your proposed plan.

14    How complicated is that?

12:20:43 15    **MR. CRAWFORD:**  Fairly complicated as far as

16    demographers and -- it is fairly complicated, Your Honor.

12:20:48 17    **THE COURT:**  So we can't do that the first go-round?

12:20:51 18    **MR. CRAWFORD:**  I think we're going to need some time.

19    If the Court were to decide that a remedial plan needs to be

20    devised, I think we need some time to get with the demographers

21    to devise that plan to then get to plaintiffs.  It's not -- it's

22    not a simple process, Your Honor.

12:21:04 23    **THE COURT:**  We just can't come up with their plan?

12:21:06 24    **MR. CRAWFORD:**  No, Your Honor.

12:21:06 25    **THE COURT:**  Even if I find it satisfies the *Gingles*

```
 1   factors?

 2           MR. CRAWFORD:  Not necessarily, Your Honor.

 3           THE COURT:  What am I missing here?

 4           MR. ABRAMS:  Well, we have to, respectfully, disagree.

 5   The unique situation we have here, Judge, is both the

 6   plaintiff's expert, Dr. Stein, and the defense expert,

 7   Dr. Alford, are basically office mates and regularly work

 8   together to do these plans.  I won't speak for them about how

 9   long it would take for them to make a proposal, but in any

10   event, I don't think it's going to be as complicated as counsel

11   suggests based on what I've been told.

12           THE COURT:  But you do agree we probably can't do it

13   in the first go-round?

14           MR. ABRAMS:  Well, it depends on when the first

15   go-round is.

16           THE COURT:  Well, this is -- the first go-round, if

17   you get your work done -- I assume it'll take each side about

18   two weeks for the initial part and maybe two weeks for the

19   second part, and so at the end of the -- four weeks from

20   tomorrow, which will work well with my schedule with other

21   trials and opinions, I could start working on it, you know, and

22   if I -- you know, I'm getting old, and -- but I'll devote enough

23   effort to it, I hope, to reach a reasonable and thorough

24   decision as soon as I can.  I'll put it at the top of the list.

25           But you're telling me we really can't deal with the
```

1    plan?

12:22:23  2         MR. ABRAMS:  No, I'm not saying that.  I guess I'm not

3    sure where in the process you will direct the part- -- the

4    district to do that, and --

12:22:30  5         THE COURT:  Well, I want -- what you -- what you seek

6    at this trial --

12:22:37  7         MR. ABRAMS:  I mean, if they're obliged to come up

8    with a plan as part of part one, I think it expedites it, but I

9    don't -- I'm not sure that's what the Court has indicated.

12:22:46 10         THE COURT:  Well, what you want in your proposal is

11   declaratory injunctive relief precluding defendants from

12   maintaining an at-large system for electing Spring Branch

13   Independent School District Board trustees.  All right.  Well,

14   that's fairly simple.  I just enjoin them not to do that, but

15   then we have to have a plan --

12:23:07 16         MR. ABRAMS:  I agree.

12:23:08 17         THE COURT:  -- and nobody's talked about the plan.

12:23:10 18         I guess I'm being too -- too optimistic about the

19   schedule.  We'll just delay the plan, then, till after I enter

20   an opinion.  I don't see any other way to do it unless you can

21   agree otherwise.

12:23:23 22         MR. ABRAMS:  Let counsel confer.  We may or may not be

23   able to expedite it, Judge.

12:23:28 24         THE COURT:  All right.  See everybody at 8:00 o'clock

25   tomorrow.

12:23:31   1            Is Dr. -- you tend to spend less time on direct than

           2   Mr. Abrams.  Is that going to bear out with Dr. Alford also?

12:23:39   3            **MR. CRAWFORD:**  That is the goal.

12:23:40   4            **THE COURT:**  Okay.  All right.  See y'all tomorrow at

           5   8:00 o'clock.

12:23:42   6        *(Discussion off the record.)*

           7        *(Evening recess taken at 2:28 p.m.)*

           8                        -o0o-

           9            I certify that the foregoing is a correct transcript

          10   from the record of proceedings in the above matter.

          11

          12   Date:   September 20, 2024

          13                            */s/Heather Alcaraz*
                                        Signature of Court Reporter

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

**MR. ABRAMS: [64]** 4/4
5/6 5/10 6/25 7/20 8/13 12/3
13/17 13/20 14/6 17/9 17/15
21/12 22/6 22/20 31/23 32/8
32/12 32/15 32/19 32/21
33/5 33/15 37/22 43/8 50/10
58/9 61/1 61/25 63/7 67/4
81/1 81/19 82/5 82/8 82/16
82/23 83/4 83/6 83/12 83/19
100/5 102/2 102/5 102/15
102/20 120/14 128/3 129/19
129/22 134/23 138/15
143/16 146/8 146/19 146/22
147/4 148/21 150/4 150/14
151/2 151/7 151/16 151/22
**MR. CRAWFORD: [31]**
8/15 12/6 13/15 17/7 67/5
68/21 68/23 79/22 80/2
80/10 83/3 83/13 83/21
84/24 85/14 85/16 86/11
90/24 91/1 100/4 145/15
147/7 147/10 147/18 149/5
149/9 149/15 149/18 149/24
150/2 152/3
**MR. HENRY: [9]** 103/2
120/12 134/24 138/14
142/22 143/4 143/9 143/14
145/16
**MR. RIENSTRA: [5]**
68/19 68/22 83/18 89/17
129/21
**MR. SCOTT: [2]** 81/7
81/9
**THE COURT: [91]** 4/2 5/9
8/14 13/18 14/5 17/6 17/8
17/11 17/14 17/25 18/4 32/3
32/10 32/13 32/17 32/20
32/25 33/14 58/4 58/7 79/17
79/20 79/23 80/6 80/14
80/23 81/3 81/8 81/10 81/15
81/18 81/20 82/1 82/7 82/14
82/17 82/20 82/24 83/10
83/16 83/24 84/2 84/4 84/7

84/13 84/19 84/22 84/25
85/15 85/17 90/23 90/25
91/2 91/9 91/11 92/13 96/11
102/3 102/13 102/18 102/21
102/25 103/3 103/5 120/13
142/23 143/7 143/11 143/17
145/17 146/9 146/20 147/2
147/6 147/9 147/14 147/21
148/22 149/8 149/11 149/17
149/23 149/25 150/3 150/12
150/16 151/5 151/10 151/17
151/24 152/4
**THE REPORTER: [3]**
27/7 27/11 121/19
**THE WITNESS: [20]** 18/3
27/8 27/12 79/19 80/15
81/13 81/16 81/25 82/18
83/5 84/1 84/3 84/6 84/11
84/16 84/21 91/6 91/10
91/13 121/20

**$**

**$100,000 [1]** 148/19

**'**

**'15 [1]** 49/15
**'20 [1]** 76/2
**'21 [1]** 49/15
**'215 [3]** 24/2 49/10 94/1
**'221 [2]** 24/2 49/10
**'24 [3]** 28/7 64/12 92/23

**-**

**-o0o [1]** 152/8

**/**

**/s/Heather [1]** 152/13

**1**

**10 [5]** 42/10 43/2 44/19
79/14 128/10
**10 percent [3]** 40/13 40/16
45/20
**10-minute [1]** 102/21
**10.29 percent [1]** 8/5
**10.5 percent [1]** 88/10

**100 [3]** 3/8 53/20 53/22
**100 percent [4]** 54/12 95/12
95/15 142/2
**103,338 [1]** 8/3
**105 [2]** 43/7 43/11
**109 percent [2]** 95/8 95/17
**10:00 o'clock [1]** 58/5
**10:20 [1]** 102/22
**11 [7]** 37/12 39/15 72/14
72/16 73/14 95/21 95/22
**11052 [1]** 146/10
**117 [4]** 125/7 125/8 125/14
126/4
**11:07 [1]** 102/24
**11:20 [2]** 102/23 102/24
**11:30 matter [1]** 143/11
**12 [6]** 1/11 3/3 45/12 96/18
97/1 128/10
**120 [1]** 125/14
**122 [2]** 51/5 51/9
**123 [4]** 52/5 52/6 60/24
60/25
**124 [1]** 52/22
**125 [2]** 53/18 95/3
**126 [1]** 55/16
**127 [4]** 56/1 56/3 123/24
124/7
**128 [2]** 55/25 56/12
**129 [1]** 56/22
**12:30 tomorrow [1]** 143/12
**13 [1]** 47/7
**13.046 [2]** 5/1 5/12
**13.22 [1]** 50/21
**13.46 [1]** 50/19
**13.79 [1]** 50/21
**130 [2]** 58/12 58/14
**131 [1]** 58/22
**132 [1]** 59/4
**133 [2]** 60/25 61/3
**134 [1]** 61/9
**135 [4]** 59/11 59/12 59/20
60/8
**136 [6]** 21/9 21/10 21/23

**136... [3]**  61/22 63/12 98/7
**137 [4]**  65/20 65/21 100/15 100/18
**139 [2]**  132/2 132/3
**14 [2]**  16/6 96/12
**14 percent [1]**  99/13
**14.6 percent [1]**  89/10
**1400 [1]**  1/16
**15 [2]**  7/8 47/24
**15 percent [2]**  6/19 144/21
**15,000 [2]**  7/10 144/22
**16 [3]**  12/5 12/6 103/25
**17 [3]**  4/16 15/18 15/19
**17.1 percent [2]**  88/4 88/18
**17.2 percent [1]**  89/25
**1700 [1]**  1/20
**18 [9]**  5/22 14/10 14/20 15/7 16/25 19/14 19/17 33/6 41/5
**18 percent [2]**  28/13 64/17
**19 [6]**  31/24 32/16 32/16 32/18 33/7 33/8
**19.1 percent [1]**  90/3
**1979 [1]**  18/9
**1988 [3]**  7/5 7/7 7/16
**1991 [1]**  7/11
**1997 [1]**  1/5

**2**

**2,000 [1]**  106/13
**2.5 [1]**  40/13
**20 [8]**  31/24 32/16 33/8 35/2 52/22 55/16 72/16 152/12
**2007 [1]**  7/12
**2012 [2]**  94/12 94/15
**2015 [19]**  9/9 25/25 28/9 34/4 48/17 50/6 51/11 51/19 52/6 59/14 59/22 65/22 86/13 86/14 86/18 89/23 93/23 94/6 94/18
**2017 [3]**  52/23 87/4 87/5
**2018 [3]**  53/18 55/8 87/15
**2019 [4]**  55/16 87/25 88/12 88/23

**2020 [4]**  75/25 81/6 105/14 105/17
**2021 [24]**  7/8 7/16 9/9 14/8 24/5 25/25 48/17 51/19 56/3 56/8 59/24 60/4 89/6 89/23 92/21 104/18 105/11 105/12 106/9 107/10 113/6 113/17 113/20 135/4
**2022 [18]**  26/3 26/11 26/12 26/14 51/22 56/13 56/23 57/1 58/12 60/8 67/17 72/16 95/5 95/20 97/19 97/22 114/8 117/15
**2023 [23]**  7/24 8/11 26/12 26/12 26/19 26/22 27/2 28/13 51/25 58/22 59/5 59/14 59/22 60/20 61/5 61/10 61/13 63/21 64/16 92/22 96/17 96/20 115/13
**2024 [25]**  1/11 3/3 27/3 27/16 27/18 27/22 28/9 28/14 61/23 62/3 62/4 63/19 63/22 64/16 65/22 92/22 93/4 97/8 97/14 97/24 98/8 99/20 113/12 113/13 152/12
**2025 [1]**  28/9
**21 [3]**  33/10 36/6 106/8
**21.7 percent [1]**  87/23
**21.8 percent [1]**  87/18
**2115 [1]**  17/23
**214 [1]**  1/21
**216 [1]**  96/1
**22 [2]**  33/10 36/6
**228-6601 [1]**  1/17
**23 [2]**  81/1 83/1
**24 [16]**  38/16 75/17 78/15 78/18 78/21 81/19 81/20 81/24 82/10 82/25 83/2 83/7 83/18 83/19 101/1 101/4
**24 percent [1]**  99/13
**25 [2]**  9/3 127/15
**25.84 percent [1]**  98/14
**250-5584 [1]**  2/4
**26 [1]**  127/8

**26 percent [1]**  99/12
**266 [1]**  73/21
**27 [1]**  127/8
**28.6 percent [1]**  86/15
**28th [1]**  95/5
**29 [2]**  14/8 83/18
**29 percent [1]**  99/12
**29.34 percent [1]**  98/14
**2:00 o'clock [1]**  142/25
**2:28 [1]**  152/7

**3**

**3 percent [1]**  40/7
**3.2 percent [1]**  86/25
**30 [1]**  9/3
**30 percent [1]**  99/10
**300 [1]**  1/20
**31 [1]**  8/22
**33 [1]**  8/22
**34 [1]**  12/4
**36 [1]**  148/16
**377 [1]**  96/1
**39 [1]**  131/3
**391 [1]**  140/12

**4**

**4 percent [1]**  87/8
**40 [4]**  14/10 86/18 89/8 129/22
**40.9 percent [1]**  87/13
**400-something [1]**  140/11
**4000 [1]**  1/21
**41 [17]**  85/6 85/11 86/14 86/19 87/5 87/15 87/25 88/14 89/6 89/25 90/7 95/23 96/1 96/3 96/22 97/2 97/15
**417 [1]**  96/12
**46 [1]**  108/19
**47 [19]**  85/5 85/11 86/21 87/10 87/20 88/6 88/20 88/22 88/23 89/2 89/3 89/12 90/3 90/10 96/5 96/24 97/4 97/17 109/10
**47.81 percent [1]**  99/2
**47th [1]**  18/9

**4** Case 4:21-cv-01997   Document 141   Filed on 09/20/24 in TXSD   Page 155 of 202
**48 [2]** 32/9 112/2
**49 [1]** 110/19
**4:21-CV-1997 [1]** 1/5

**5**
**5.9 percent [2]** 76/22 77/6
**50 [3]** 127/15 136/9 142/2
**50 percent [6]** 8/10 39/11
39/16 62/20 63/3 77/8
**51.14 [1]** 98/24
**515 [1]** 2/3
**52.8 [2]** 41/19 41/20
**52.8 percent [6]** 37/14 39/4
41/13 76/21 80/25 90/21
**53.69 percent [1]** 125/21
**54 [1]** 55/13
**544-4000 [1]** 1/21
**5584 [1]** 2/4
**57.1 percent [1]** 86/19
**58 [1]** 93/10
**59.1 percent [1]** 87/11

**6**
**6 percent [1]** 124/10
**60 percent [1]** 136/9
**64 [3]** 126/5 135/4
135/16
**650 [1]** 136/12
**6601 [1]** 1/17

**7**
**700 [1]** 136/12
**713 [2]** 1/17 2/4
**717 [1]** 1/16
**72 [3]** 6/25 7/3 97/8
**72.9 [1]** 50/25
**74.2 percent [1]** 90/7
**75.2 percent [1]** 87/16
**750 [1]** 136/12
**75069 [1]** 1/20
**77.3 percent [1]** 87/21
**77.4 percent [2]** 88/1 88/15
**77.8 [1]** 89/2
**77.8 percent [1]** 88/21

**77002 [2]** 1/16 2/4
**78 percent [1]** 44/11

**8**
**8.4 percent [1]** 89/4
**80 [3]** 126/18 129/20 129/21
**80 percent [1]** 87/6
**80.9 percent [1]** 90/10
**8004 [1]** 2/3
**81.1 percent [1]** 89/7
**82 [3]** 122/21 122/22 123/7
**87.7 [1]** 52/14
**8700 [1]** 106/14
**874 [1]** 15/20
**88 [3]** 7/20 7/23 44/11
**89 percent [3]** 126/8 135/13
135/14
**8:00 o'clock [4]** 143/12
143/15 151/24 152/5
**8:28 [1]** 1/7

**9**
**9.8 percent [1]** 99/2
**90 [2]** 55/11 88/24
**90.4 percent [1]** 88/7
**91.66 [1]** 66/12
**92 percent [3]** 50/24 51/15
124/9
**95 percent [4]** 98/18 98/21
98/23 99/1
**96 [1]** 44/11
**96.8 percent [1]** 86/22
**98 percent [1]** 52/13
**99.0 [1]** 50/25
**9:44 [1]** 58/6
**9:58 [1]** 58/6

**A**
**a.m [5]** 1/7 58/6 58/6
102/24 102/24
**Abbott [3]** 144/25 145/25
146/10
**Abernathy [1]** 1/19
**ability [1]** 120/10
**able [6]** 9/16 11/20 57/19

**above [2]** 39/11 152/10
**ABRAMS [13]** 1/14 3/8
8/20 9/1 12/23 13/5 15/15
70/23 76/14 89/16 120/13
149/12 152/2
**Abrams's [1]** 9/4
**absence [3]** 23/2 24/14
26/16
**Absolutely [3]** 42/21 46/21
51/12
**academic [1]** 19/18
**accepted [1]** 20/2
**access [2]** 19/7 137/17
**accommodate [1]** 80/21
**accompanied [2]** 6/1 14/24
**accompany [1]** 70/7
**accordance [1]** 109/23
**according [3]** 69/5 86/13
98/11
**account [3]** 39/8 78/1
124/20
**accountable [1]** 117/6
**accounts [1]** 56/16
**accumulated [1]** 30/10
**accurate [4]** 70/8 92/20
124/14 143/25
**accurately [3]** 19/17 59/20
66/1
**accuse [1]** 115/8
**achieve [1]** 84/16
**acknowledge [3]** 68/11 70/8
73/4
**acquaintances [1]** 115/8
**across [3]** 118/19 119/14
130/20
**ACS [1]** 77/1
**Act [1]** 23/15
**action [2]** 1/5 118/16
**active [2]** 60/1 132/9
**activists [1]** 69/25
**actual [11]** 10/2 10/4 86/23
88/7 88/9 89/24 90/2 90/6
92/15 92/19 118/16

Case 4:21-cv-01997    Document 74    Filed on 09/20/24 in TXSD    Page 156 of 202

**actually [22]** 39/5 66/6 76/9 85/2 93/5 111/8 111/9 111/16 111/17 111/18 124/19 127/12 127/17 127/19 128/14 128/20 137/14 141/5 141/12 141/13 141/14 141/16
**ad [1]** 130/21
**Adams [6]** 50/17 52/7 52/11 52/14 52/18 53/2
**Adams/Dawson [1]** 53/2
**add [9]** 54/12 61/19 84/13 95/11 95/14 132/11 144/10 147/18 147/19
**added [2]** 84/9 132/12
**addition [5]** 44/15 48/10 78/15 79/9 147/23
**additional [4]** 17/6 24/8 52/2 144/11
**address [3]** 6/16 22/24 145/5
**addressed [3]** 47/17 144/21 146/1
**addressing [1]** 17/16
**adds [1]** 41/7
**adequate [1]** 136/2
**adjust [1]** 103/10
**admin [1]** 129/4
**administration [5]** 18/12 19/6 20/8 130/15 130/16
**administrations [1]** 18/20
**administrative [1]** 109/23
**admit [1]** 99/24
**Admittedly [1]** 54/11
**adopt [3]** 25/6 25/10 148/10
**adopted [2]** 12/16 54/23
**adoption [1]** 92/6
**advance [1]** 69/6
**advantages [3]** 71/9 71/13 71/21
**advertisement [1]** 108/25
**advisable [1]** 25/6
**advocates [1]** 71/15

**affected [2]** 37/10 137/11
**affection [1]** 144/5
**affects [1]** 20/5
**affiliation [2]** 60/10 60/16
**affirmative [2]** 145/21 146/16
**afford [1]** 134/17
**African [3]** 46/25 54/5 54/9
**African American [2]** 46/25 54/5
**African Americans [1]** 54/9
**after [14]** 28/9 30/10 60/3 64/2 64/19 72/25 104/4 105/15 111/6 134/3 134/5 134/10 141/7 151/19
**afternoon [1]** 120/17
**again [40]** 10/3 21/7 26/7 26/14 26/15 27/5 27/13 27/14 36/15 36/19 50/24 53/1 55/4 55/18 56/4 56/19 56/25 58/16 58/24 61/6 61/11 61/13 64/23 67/10 74/19 80/10 81/14 88/12 92/9 97/24 98/2 98/4 107/13 111/21 113/12 113/15 115/13 117/3 131/9 131/13
**against [15]** 12/1 50/7 64/14 106/2 106/10 114/9 114/9 114/10 114/24 115/14 115/14 132/19 133/2 133/4 138/25
**age [39]** 5/22 12/14 12/25 13/3 13/8 13/13 22/15 22/17 24/19 36/23 37/4 37/7 37/14 38/3 38/3 38/6 38/7 38/9 38/21 39/5 39/15 39/18 41/2 41/3 41/4 41/5 41/7 41/10 41/14 80/17 81/23 83/1 91/15 91/16 91/16 92/1 93/17 101/6 101/7
**agencies [1]** 18/22
**agenda [2]** 115/22 118/17
**ages [1]** 104/10

**aggregate [1]** 49/19
**ago [3]** 124/21 137/22 148/16
**agree [29]** 9/6 11/14 11/21 12/12 15/4 16/21 71/9 71/19 72/8 72/11 74/8 83/10 86/14 89/23 95/7 95/10 122/15 123/6 131/17 131/17 131/20 139/17 146/20 148/18 148/19 149/6 150/12 151/16 151/21
**agreed [1]** 17/5
**agreement [1]** 13/20
**ahead [3]** 84/25 91/12 92/13
**AL [1]** 1/7
**Alcaraz [2]** 2/2 152/13
**Alford [6]** 20/23 60/17 61/12 143/6 150/7 152/2
**Alford's [4]** 61/4 61/5 61/16 61/19
**algorithm [1]** 49/7
**align [2]** 137/7 138/4
**aligned [5]** 113/5 114/15 137/10 137/16 137/17
**alignment [2]** 53/9 137/16
**allow [2]** 118/7 136/24
**allowed [2]** 57/14 108/24
**allowing [2]** 90/14 93/14
**allows [1]** 6/19
**alluded [1]** 40/18
**along [5]** 16/25 55/15 79/2 102/22 108/17
**Alpe [12]** 56/13 95/23 96/1 96/3 96/5 96/7 96/8 103/23 114/9 114/13 114/23 115/10
**already [8]** 40/23 56/1 121/5 127/25 128/23 133/10 140/18 140/19
**alter [1]** 147/16
**alternative [2]** 133/12 146/15
**although [5]** 43/14 53/3 61/16 109/21 114/18
**altogether [2]** 47/10 49/5

**A**

**always [7]** 39/2 46/14 47/11 53/21 54/14 57/5 95/11
**Amanda [1]** 126/23
**amended [1]** 144/8
**American [6]** 37/5 38/19 39/9 41/11 46/25 54/5
**Americans [2]** 54/5 54/9
**among [16]** 28/12 30/3 30/15 31/5 31/13 47/22 50/18 54/9 57/15 62/8 62/11 63/5 64/13 64/16 65/19 84/20
**amongst [1]** 99/25
**analyses [2]** 26/9 49/8
**analysis [44]** 24/4 25/14 25/23 25/24 26/22 29/10 30/14 30/23 31/8 31/9 31/19 41/13 49/16 49/17 49/22 50/8 51/11 51/13 51/17 51/22 51/24 52/3 52/11 54/8 54/23 55/23 59/1 60/20 61/12 65/22 65/24 66/2 90/20 92/3 94/4 94/19 94/24 95/1 95/13 101/21 124/4 124/14 125/9 126/13
**analyze [5]** 23/17 36/22 92/6 93/25 94/8
**analyzed [4]** 58/13 61/4 93/22 101/13
**analyzes [1]** 61/9
**Anderson [7]** 58/23 61/6 96/21 96/23 96/25 115/14 115/18
**Anglo [3]** 46/25 52/7 52/10
**Anglos [1]** 56/14
**announced [3]** 69/7 69/10 111/16
**announcing [1]** 69/21
**anomalies [1]** 80/4
**another [17]** 6/16 7/23 26/6 56/22 58/12 79/10 105/18 109/11 117/12 117/13 122/4 129/2 130/24 131/13 132/15

**answer [21]** 8/21 9/17 9/20 9/24 12/21 14/16 14/22 15/3 15/11 15/22 16/6 16/10 16/14 16/19 17/3 76/2 82/7 82/8 82/12 83/11 93/16
**answering [1]** 13/5
**answers [3]** 8/25 9/4 13/12
**anti [1]** 109/6
**anticipate [2]** 145/19 145/22
**anticipated [1]** 62/7
**anybody [3]** 57/23 80/6 139/15
**anymore [1]** 141/17
**anyone [2]** 118/10 119/3
**anything [12]** 7/8 7/10 10/25 60/5 84/23 90/12 90/18 93/13 114/5 122/8 134/4 135/24
**apart [1]** 7/14
**apologies [1]** 61/1
**apologize [6]** 42/14 42/22 68/23 75/6 86/10 99/18
**apparent [1]** 46/8
**apparently [1]** 95/4
**appeal [3]** 109/21 112/13 144/4
**appear [4]** 43/14 60/3 60/5 112/9
**appearance [1]** 112/3
**APPEARANCES [2]** 1/12 2/1
**appeared [2]** 112/11 128/17
**appears [1]** 125/19
**applicant [1]** 6/4
**application [8]** 5/21 5/25 6/2 14/20 14/24 15/1 15/8 17/2
**applies [1]** 26/6
**appreciate [2]** 100/3 130/11
**approach [6]** 5/6 5/7 5/8 85/14 85/17 111/13
**approaches [1]** 53/25

**approaching [2]** 7/8 7/10
**appropriate [1]** 13/9
**approving [1]** 109/25
**approximately [1]** 135/8
**April [1]** 127/8
**April 26 [1]** 127/8
**area [2]** 20/20 104/2
**areas [4]** 18/10 18/11 65/13 132/13
**aren't [1]** 94/11
**argue [1]** 114/22
**argument [3]** 72/5 90/25 91/7
**argumentative [1]** 71/24
**arguments [1]** 71/24
**Arnold [1]** 18/25
**around [9]** 17/11 39/3 39/5 39/6 103/3 108/12 108/15 118/13 118/23
**arrangement [1]** 18/1
**articles [3]** 19/7 72/19 73/13
**articulately [1]** 47/17
**articulates [1]** 46/11
**Asian [5]** 29/21 46/25 54/5 54/7 94/25
**Asians [1]** 54/9
**ask [12]** 12/24 13/2 19/13 32/23 44/3 72/12 77/16 78/20 80/6 85/17 90/23 102/6
**asked [16]** 8/20 13/6 15/23 30/14 30/17 30/24 71/11 78/11 79/25 83/7 85/2 91/9 91/11 93/12 100/16 100/24
**asking [7]** 5/9 13/5 15/16 80/12 82/17 83/23 83/24
**asserted [1]** 131/16
**asserting [1]** 110/7
**assessing [1]** 31/18
**assignment [1]** 22/9
**assist [1]** 69/13
**assistants [1]** 128/21
**assisted [1]** 129/16

# A

**associate's [1]** 136/25
**Association [3]** 42/13 104/24 109/18
**assume [5]** 57/10 59/24 60/7 131/6 150/17
**assumed [1]** 39/24
**assuming [3]** 74/12 146/5 148/25
**assure [1]** 110/10
**assured [1]** 15/5
**asterisk [1]** 65/23
**athletic [1]** 119/20
**attached [1]** 145/13
**attempt [3]** 76/1 77/16 92/6
**attempted [1]** 89/21
**attend [3]** 111/8 111/9 119/2
**attendance [9]** 77/21 77/23 78/22 82/3 83/22 84/8 84/9 84/13 84/15
**attended [2]** 104/6 104/11
**attention [8]** 7/11 8/1 22/1 69/20 105/9 114/2 126/20 129/24
**attorney [1]** 101/17
**attorney's [3]** 148/15 148/17 148/20
**attribute [2]** 92/24 93/7
**attuned [1]** 130/25
**authored [1]** 21/5
**authorities [2]** 72/12 72/25
**authority [2]** 109/13 109/24
**authors [1]** 74/24
**available [4]** 24/6 76/13 89/12 135/15
**Avenue [1]** 1/16
**average [2]** 50/19 90/9
**aware [14]** 10/17 10/18 13/8 77/17 77/19 77/22 94/11 94/14 97/19 106/19 112/22 124/3 130/8 133/14
**away [1]** 139/8
**awkward [1]** 18/1

**axis [1]** 30/24 30/25 31/1 34/5 34/5 34/11 34/14 34/18 35/4 35/8

# B

**back [30]** 7/5 29/1 37/22 44/7 48/1 52/6 63/7 77/1 77/4 80/24 86/8 101/4 105/15 105/22 105/25 106/1 108/2 109/8 111/14 112/1 112/19 114/5 116/10 118/1 122/9 128/3 128/21 129/18 132/1 143/2
**backed [1]** 106/5
**background [3]** 19/18 30/22 92/10
**backgrounds [1]** 47/1
**backup [1]** 86/3
**backwards [1]** 101/11
**bad [6]** 74/13 74/16 74/22 74/25 75/3 115/1
**badly [1]** 136/18
**ballot [7]** 6/21 7/15 7/17 8/9 60/16 63/2 69/9
**ballots [1]** 20/14
**band [2]** 39/4 50/20
**Barely [1]** 113/16
**Barnes [1]** 71/3
**barrel [1]** 71/16
**BARRY [2]** 1/14 70/23
**baseball [1]** 107/23
**based [12]** 17/3 42/9 48/7 55/23 67/1 78/19 78/21 81/11 92/15 99/4 123/16 150/11
**baseline [1]** 40/19
**basically [3]** 53/8 124/9 150/7
**basis [6]** 11/10 35/23 57/21 59/18 127/24 138/7
**baskets [1]** 54/6
**Bayesian [4]** 27/9 53/25 54/13 54/24
**bear [1]** 152/2
**bears [1]** 15/19

**became [5]** 105/11 108/8 108/9 108/15 130/7
**because -- well [1]** 118/23
**Becky [4]** 115/15 115/23 115/24 115/24
**become [3]** 62/16 136/8 137/8
**becoming [1]** 104/23
**been [34]** 6/23 10/25 13/21 15/4 15/17 16/4 18/8 18/25 20/2 20/16 23/17 38/16 56/20 65/18 75/23 92/18 101/13 107/3 108/12 108/23 113/1 114/18 114/19 116/18 117/2 117/11 119/11 119/15 119/17 124/3 132/9 134/14 146/23 150/11
**before [31]** 1/10 6/13 8/21 9/23 10/7 12/8 12/21 29/6 36/11 46/6 55/14 59/24 60/3 69/1 71/1 71/3 71/7 76/2 92/25 94/1 98/1 102/16 104/22 111/17 111/19 124/8 124/11 127/5 127/12 132/8 133/12
**begin [3]** 64/3 64/5 116/24
**beginning [5]** 14/10 36/16 40/19 65/21 105/23
**behalf [2]** 16/11 20/17
**behavior [3]** 18/14 18/14 18/21
**behind [1]** 130/4
**being [19]** 36/17 46/9 46/20 64/22 70/15 94/21 106/24 112/25 128/17 133/25 135/16 135/19 136/8 140/25 141/17 141/23 142/1 142/8 151/18
**believe [33]** 11/18 29/3 37/12 46/4 54/6 55/11 59/20 64/5 65/2 74/9 75/17 76/19 81/13 82/13 83/3 87/3 90/4 90/20 92/12 92/20 93/3 96/12 105/17 111/16 113/24

**believe... [8]** 116/13 124/14 128/21 131/4 133/4 134/21 143/9 143/10
**believes [1]** 132/16
**bell [1]** 137/7
**below [4]** 50/22 51/1 93/5 109/17
**bench [3]** 1/9 3/2 144/2
**beneath [2]** 144/14 145/10
**benefit [3]** 81/2 127/21 138/19
**Bennett [3]** 58/14 114/10 114/13
**Berry [3]** 112/4 112/5 112/6
**best [7]** 116/7 116/8 116/10 117/4 120/9 137/23 138/6
**bet [1]** 140/5
**better [10]** 6/21 18/3 48/3 74/14 74/21 107/20 137/3 140/6 141/21 143/19
**between [40]** 9/12 23/8 28/13 29/19 30/25 31/5 31/12 49/11 51/11 51/19 52/7 52/23 53/9 53/19 53/24 55/8 55/17 56/3 56/9 56/13 57/1 57/19 58/14 58/23 59/5 59/14 59/22 59/24 60/12 61/6 62/19 64/16 73/2 73/8 79/9 89/15 96/20 98/23 99/1 99/2
**beyond [1]** 57/20
**big [5]** 39/1 69/19 107/13 108/2 116/23
**bilingual [1]** 48/9
**bills [1]** 70/3
**bit [7]** 18/1 105/16 107/9 107/14 111/19 112/7 139/13
**black [6]** 29/20 54/7 94/19 94/22 94/25 122/15
**BLAINE [3]** 1/23 110/20 111/16
**Blank [1]** 1/15
**blesses [1]** 149/10

**bloc [9]** 1/15 11/23 22/14 22/25 24/13 26/15 30/16 54/19 101/18
**block [8]** 30/19 36/1 138/3 138/18 138/22 139/3 139/7 139/14
**blocks [1]** 78/1
**blue [1]** 129/25
**blurb [1]** 129/25
**board [52]** 9/8 9/25 10/9 22/11 22/13 24/1 45/1 45/6 46/15 68/13 69/14 69/19 70/10 74/3 103/14 105/17 107/15 108/23 109/13 109/15 110/1 110/10 110/15 110/17 111/22 111/22 112/25 117/24 118/5 118/7 124/3 126/23 132/5 132/18 133/6 133/9 133/11 133/15 134/21 135/21 139/18 139/20 139/22 140/16 141/3 141/21 142/6 142/7 142/13 142/15 143/4 151/13
**board's [2]** 110/7 141/10
**boards [2]** 45/17 109/18
**bodies [7]** 23/7 23/9 24/25 25/2 45/17 45/23 73/10
**body [2]** 46/8 63/8
**bond [7]** 7/9 7/12 7/14 117/12 117/12 117/15 117/18
**bonds [1]** 117/10
**both [19]** 7/9 19/11 26/9 52/7 52/10 56/14 56/14 63/24 79/14 81/21 85/22 94/12 114/25 115/20 115/20 138/1 144/12 146/24 150/5
**bottle [1]** 42/20
**bottom [8]** 22/9 37/17 45/12 47/7 47/24 66/24 95/14 126/20
**bottom-line [2]** 45/12 66/24
**bought [1]** 104/3
**Boulevard [1]** 1/20

**boxes [2]** 25/10 125/20
**Boyd [1]** 1/19
**BRANCH [56]** 1/6 6/24 8/21 12/20 13/24 14/7 22/11 22/13 22/16 24/1 24/18 25/10 25/25 29/11 29/14 37/16 40/22 44/23 45/6 48/6 48/11 53/10 54/10 60/1 65/15 68/4 68/7 70/18 77/23 93/22 94/2 94/5 94/20 96/9 101/22 103/2 103/24 104/6 104/11 104/14 104/19 104/24 105/1 117/24 125/11 125/17 126/10 130/17 130/19 131/14 133/21 134/15 134/16 137/1 140/14 151/12
**Branch's [1]** 12/21
**break [2]** 55/3 94/24
**breaks [3]** 77/17 77/20 77/23
**Breed [8]** 55/17 56/14 95/23 96/2 96/6 114/10 114/19 114/24
**Brian [3]** 15/23 131/4 131/4
**brief [2]** 13/22 147/23
**briefing [1]** 143/23
**briefly [2]** 6/18 134/24
**brilliant [1]** 141/15
**bring [2]** 63/19 149/7
**broadcasts [1]** 112/7
**broken [1]** 109/9
**brought [1]** 23/14
**budgetary [2]** 139/18 141/20
**Buffalo [1]** 141/24
**build [1]** 127/14
**building [11]** 78/7 119/7 119/12 129/4 130/3 130/14 130/15 130/16 130/21 137/17 137/17
**built [3]** 136/7 136/10 136/13
**bulleted [1]** 23/12

**B**

**bunch [1]** 111/8
**Bunker [2]** 10/22 140/20
**bus [1]** 137/16
**business [1]** 13/19
**busting [1]** 140/19

**C**

**Caesar [5]** 53/19 55/8 107/1
  133/2 133/4
**calculate [2]** 38/9 39/20
**calculated [4]** 29/17 37/6
  51/6 78/8
**calculations [1]** 53/21
**calendar [1]** 118/2
**California [1]** 20/12
**call [8]** 4/1 17/9 26/6 27/19
  49/20 80/21 103/1 118/15
**called [6]** 23/13 40/9 66/25
  104/3 112/3 129/2
**calling [1]** 146/16
**calls [1]** 103/2
**came [12]** 28/15 106/21
  111/5 111/12 112/19 117/3
  126/8 132/15 133/15 134/3
  137/8 141/15
**campaign [24]** 106/16
  107/12 108/5 108/20 109/12
  110/6 113/6 122/3 122/7
  122/7 122/18 122/23 123/3
  123/18 123/22 124/17
  126/14 126/25 129/16 130/8
  130/24 133/23 134/1 134/7
**campaigning [3]** 105/4
  110/23 111/15
**campaigns [3]** 20/1 116/2
  130/25
**Campbell [1]** 130/3
**campus [6]** 16/12 16/13
  16/15 16/23 132/4 140/14
**campus-wide [1]** 132/4
**campuses [5]** 118/19
  118/24 132/4 132/10 142/16
**can't [16]** 40/12 41/18

  80/3 80/5 110/12 127/24
  137/18 149/6 149/17 149/23
  150/12 150/25
**can't -- I [1]** 110/12
**canceled [1]** 128/17
**candidacy [1]** 101/19
**candidate [72]** 23/4 24/16
  26/17 28/6 28/11 30/3 30/4
  30/5 30/9 30/18 30/20 31/12
  34/8 34/17 34/17 35/8 36/1
  36/4 36/13 36/14 36/17
  36/18 41/16 41/22 49/11
  49/13 50/3 50/5 50/16 50/18
  50/23 52/16 53/15 53/16
  55/13 57/5 57/6 57/17 57/18
  57/25 62/11 62/12 62/23
  62/24 62/24 63/3 64/13
  65/24 65/25 66/6 66/7 66/10
  90/17 90/17 90/22 91/21
  93/4 97/14 97/17 97/20 98/3
  98/3 99/5 99/9 99/21 100/20
  101/23 108/14 111/18
  115/10 124/16 125/1
**candidates [70]** 11/16 11/24
  22/15 23/6 24/24 25/1 27/25
  28/3 28/5 28/9 28/15 28/17
  28/18 28/22 29/18 29/22
  30/6 30/15 33/23 34/3 34/9
  34/23 34/24 35/10 35/11
  35/13 35/19 35/21 35/24
  35/25 36/2 45/16 52/8 52/10
  56/23 57/9 57/13 57/15
  57/19 59/15 60/8 60/15 63/2
  63/25 64/6 64/8 64/11 64/15
  64/21 64/25 65/11 65/18
  65/23 66/23 69/13 92/2 92/8
  92/25 93/2 94/5 94/12 94/16
  94/20 97/13 98/2 111/7
  114/11 114/14 115/16 123/9
**cannot [3]** 79/5 79/8 79/13
**capacity [9]** 4/22 136/6
  136/7 136/10 136/12 136/13
  140/18 141/25 142/2

**Caroline [2]** 114/10 114/13
**carries [1]** 22/10
**carry [1]** 114/16
**carrying [2]** 125/22 125/23
**Carter [6]** 56/14 95/23
  114/10 114/19 114/24 115/1
**carve [4]** 79/3 79/6 79/10
  116/23
**carve-out [3]** 79/3 79/6
  79/10
**carved [2]** 116/16 117/22
**carved-out [1]** 116/16
**case [25]** 21/5 22/3 23/14
  29/7 31/11 38/13 39/10 40/8
  40/15 41/22 44/4 44/11 63/2
  64/15 65/6 66/4 66/25 70/22
  82/21 98/6 127/8 127/8
  144/4 146/17 148/14
**cases [2]** 50/2 145/17
**cast [15]** 7/4 7/10 29/17
  29/22 33/23 34/6 34/7 34/9
  36/12 62/21 125/21 126/5
  126/5 135/4 135/16
**Cat [1]** 69/24
**categories [2]** 54/15 95/13
**category [1]** 98/17
**causation [2]** 148/1 148/2
**caused [1]** 136/3
**cautious [1]** 111/12
**cease [1]** 28/4
**CED [1]** 7/11
**census [5]** 37/5 39/1 54/19
  75/25 78/1
**center [4]** 42/16 42/25
  43/19 141/9
**centers [1]** 19/11
**certain [4]** 5/2 77/5 81/14
  144/6
**certainly [2]** 29/6 144/10
**certainty [1]** 41/19
**certify [1]** 152/9
**chair [2]** 69/24 117/4
**Chairman [1]** 69/18

**C**

**champion [1]** 134/11
**chance [3]** 66/12 66/14
102/16
**change [15]** 25/23 26/2 26/8
26/22 26/25 27/16 31/10
55/6 61/17 62/6 62/6 107/2
109/10 128/22 136/17
**changed [3]** 60/3 60/5 66/16
**changing [3]** 55/15 133/20
139/20
**characteristics [2]** 41/24
44/8
**characterization [1]** 54/25
**characterize [1]** 122/14
**characterized [1]** 123/1
**Charitable [1]** 18/24
**CHARLES [1]** 1/18
**chart [10]** 51/7 56/25 57/4
87/2 87/4 95/4 95/10 102/9
120/25 120/25
**charts [3]** 51/13 59/13 86/8
**check [6]** 26/11 42/13 90/12
90/18 93/13 120/1
**chief [1]** 141/15
**child [1]** 130/19
**children [10]** 75/2 104/6
110/22 114/5 121/5 132/25
132/25 142/8 142/13 142/16
**choice [13]** 11/16 23/4
24/16 26/17 41/16 90/15
93/15 94/16 94/20 97/20
98/4 99/6 123/8
**choose [8]** 44/3 57/15 57/20
64/8 64/21 70/4 84/12 104/1
**chose [2]** 33/12 122/24
**Chris [8]** 50/7 70/14 103/2
103/6 107/16 126/23 130/1
142/10
**Christine [1]** 128/21
**CHRISTOPHER [2]** 1/19
103/13
**chunk [1]** 107/6
**circles [2]** 107/21 107/25

**Circuit [1]** 48/13
**circumstances [6]** 23/2
24/14 26/16 67/13 67/15
144/23
**cite [3]** 42/19 72/19 144/15
**cited [2]** 43/1 72/13
**cities [4]** 10/20 47/25 48/2
70/2
**citing [1]** 72/25
**citizen [22]** 12/24 13/3 13/8
13/13 36/23 37/4 37/7 37/14
38/6 38/7 38/9 38/21 39/4
41/2 41/7 41/10 41/13 80/17
91/15 91/16 91/16 92/1
**citizens [6]** 8/8 39/15 41/8
75/14 101/5 131/21
**city [1]** 10/23
**CIVIL [1]** 1/5
**class [3]** 18/19 138/19
139/20
**clear [7]** 28/25 47/10 57/16
63/21 93/9 110/16 122/20
**clearest [1]** 33/20
**clearly [6]** 36/1 51/1 52/20
54/15 54/18 64/14
**close [4]** 105/17 106/11
126/7 132/6
**closed [7]** 106/24 135/19
140/23 141/3 141/7 141/20
142/17
**closer [1]** 18/1
**closest [1]** 113/3
**closing [3]** 122/12 139/21
142/15
**closures [4]** 132/4 132/19
132/23 136/4
**Club [1]** 105/2
**clubs [1]** 142/4
**coaching [1]** 104/23
**code [7]** 5/1 5/13 13/25
15/12 144/22 145/24 146/10
**cohesion [1]** 99/24
**cohesive [2]** 22/13 30/16
**coined [1]** 100/18

**colleagues [1]** 120/2
**collected [3]** 16/15 29/11
29/14
**collection [1]** 128/10
**collective [1]** 72/2
**college [1]** 132/12
**colloquy [1]** 147/25
**color [8]** 34/2 144/12
145/11 145/11 145/13 146/5
146/6 147/17
**Colorado [1]** 20/13
**colors [1]** 145/18
**column [10]** 38/1 38/4 38/7
39/18 59/14 59/15 59/17
65/22 87/2 88/25
**columns [1]** 86/6
**combined [3]** 85/5 85/10
92/16
**come [15]** 10/5 17/11 36/7
53/22 68/16 80/12 95/4
103/3 115/20 117/2 118/11
137/5 149/3 149/23 151/7
**comfortable [1]** 143/2
**comment [3]** 100/8 118/7
118/10
**comments [1]** 134/2
**commit [1]** 6/9
**commitment [2]** 69/6 70/9
**committee [5]** 69/11 69/12
69/12 128/6 129/3
**committees [2]** 113/1 114/4
**common [6]** 70/5 71/21
72/2 91/4 127/9 131/13
**commonality [1]** 42/2
**communicate [1]** 134/10
**communities [3]** 48/4 70/25
77/15
**community [18]** 15/22 37/5
38/19 39/9 41/11 46/7 47/16
58/1 72/1 72/4 113/10
116/20 116/22 117/14
117/23 118/11 137/21 141/6
**commuted [1]** 39/11
**compact [1]** 22/17

**C**

**compactness [1]** 36/23
**comparable [1]** 84/20
**comparative [1]** 102/9
**compare [3]** 50/3 119/5 145/7
**compared [2]** 113/18 113/22
**compiling [2]** 102/8 102/15
**complete [1]** 19/19
**completely [4]** 107/3 120/11 139/23 142/4
**completeness [3]** 12/4 12/24 148/8
**completes [1]** 17/5
**compliance [1]** 13/25
**compliant [1]** 15/5
**complicated [6]** 144/2 144/3 149/14 149/15 149/16 150/10
**comply [2]** 6/10 40/8
**component [1]** 125/25
**composed [1]** 69/11
**composite [1]** 59/12
**composition [1]** 40/4
**comprise [2]** 95/24 132/25
**comprises [1]** 107/5
**compute [1]** 38/19
**computed [1]** 39/11
**computer [1]** 2/25
**computing [1]** 39/9
**concede [1]** 94/15
**conceivably [1]** 25/20
**concentrated [3]** 72/7 80/18 122/17
**concentration [2]** 12/13 24/17
**concept [3]** 29/25 62/14 133/11
**concerned [1]** 109/4
**conclude [4]** 24/23 28/16 36/20 58/7
**concluded [2]** 27/13 37/15
**concludes [1]** 61/20

**conclusion [17]** 26/25 27/9 35/23 40/24 42/6 45/12 46/1 47/7 47/11 47/20 48/7 48/8 57/12 60/2 60/10 91/19 91/19
**conclusions [20]** 23/18 23/21 23/23 24/12 25/21 25/25 26/2 26/8 26/24 27/1 27/17 29/9 44/17 47/24 55/7 62/3 143/24 144/9 144/13 144/15
**condition [4]** 41/21 46/13 63/20 119/21
**conducted [7]** 9/23 10/10 11/2 11/7 30/13 45/2 65/8
**Cone [1]** 99/12
**confer [1]** 151/22
**confess [1]** 106/21
**confidence [3]** 39/4 50/20 99/4
**confident [1]** 129/14
**confirm [7]** 7/7 44/9 56/8 75/22 90/12 90/18 93/13
**confirmed [2]** 44/16 144/4
**confirms [1]** 43/19
**conform [1]** 84/17
**connection [1]** 123/4
**consciously [1]** 39/20
**consent [1]** 14/3
**consequences [1]** 64/20
**consequential [1]** 70/1
**conservatism [1]** 70/5
**conservative [9]** 69/6 69/13 112/6 112/13 114/15 115/10 115/20 121/25 123/18
**consider [3]** 43/25 52/24 116/7
**considered [1]** 78/12
**consistent [1]** 9/12
**consolidate [1]** 140/16
**consolidated [1]** 146/14
**consolidating [1]** 136/11
**consolidation [1]** 136/14
**constellation [2]** 123/17

**constitute [3]** 12/14 22/17 24/19
**constitutes [1]** 29/25
**constraint [1]** 41/8
**constructed [1]** 101/6
**consultant [2]** 20/11 20/17
**consulted [1]** 20/6
**contacting [1]** 127/20
**contain [1]** 23/20
**contend [1]** 144/17
**contest [4]** 25/1 28/4 45/16 64/9
**contesting [2]** 28/2 28/16
**context [4]** 8/24 38/23 46/18 73/23
**continue [9]** 4/2 22/24 24/11 27/24 60/6 85/23 85/24 85/24 115/21
**continued [4]** 2/1 4/5 27/21 28/1
**Continuing [1]** 88/12
**contradict [1]** 61/17
**contrary [2]** 11/12 98/1
**contrast [1]** 122/25
**controls [1]** 101/19
**convenience [1]** 21/7
**convenient [2]** 141/12 144/16
**conventional [1]** 37/6
**conversely [1]** 90/6
**conversion [1]** 134/16
**copies [1]** 21/8
**copy [5]** 19/14 19/15 73/18 75/18 78/17
**corner [2]** 37/13 43/20
**corners [1]** 137/15
**corporate [3]** 6/13 13/23 14/7
**correct [190]**
**correctly [3]** 4/18 69/15 74/6
**correlation [1]** 53/9
**correlations [1]** 49/11

# C

**correspond [5]** 33/9 38/12 82/10 83/14 100/25
**corresponding [1]** 45/3
**corroborate [1]** 10/10
**cost [3]** 137/2 137/8 138/7
**coterminous [1]** 78/24
**could [26]** 6/25 7/20 25/20 37/22 42/20 43/8 47/1 54/20 64/6 66/10 71/21 77/8 77/9 92/3 106/8 108/19 109/10 110/19 112/2 118/22 119/3 130/2 130/22 136/14 148/8 150/21
**counsel [6]** 12/20 13/20 100/10 100/23 150/10 151/22
**counsel's [1]** 82/6
**count [2]** 101/23 101/25
**county [7]** 5/16 6/3 6/6 14/15 20/20 69/13 69/25
**couple [3]** 8/15 72/25 120/21
**course [4]** 18/20 37/9 77/13 93/18
**court [32]** 1/1 2/2 2/3 4/1 8/24 10/8 12/16 19/2 31/17 33/2 33/12 43/6 79/25 80/16 81/2 85/19 102/6 102/9 114/19 143/21 143/24 144/8 145/23 146/14 146/23 148/10 149/7 149/10 149/13 149/19 151/9 152/13
**Court's [4]** 41/24 130/14 133/10 138/19
**Courtney [5]** 96/20 96/23 96/25 115/13 115/18
**cover [2]** 24/8 26/10
**covered [1]** 56/1
**covering [1]** 27/3
**covers [2]** 26/11 26/12
**COVID [11]** 105/13 105/16 107/9 108/17 109/4 111/6 121/16 123/19 123/19

**CRAWFORD [9]** 1/18 4/10 4/15 6/18 8/14 14/4 15/10 89/15 102/3
**create [9]** 30/16 76/10 76/17 79/25 83/25 84/10 91/14 116/24 149/3
**created [5]** 75/13 76/6 78/4 91/24 92/11
**creates [1]** 141/25
**creating [4]** 77/10 78/2 85/3 145/3
**creation [2]** 25/21 69/10
**credible [2]** 98/18 98/21
**credit [1]** 132/12
**Creek [7]** 20/22 104/15 104/21 105/3 121/2 140/17 141/24
**critical [4]** 48/10 110/5 113/4 121/22
**criticism [2]** 15/15 55/1
**criticizing [1]** 111/22
**cronyism [1]** 70/6
**cross [4]** 4/5 8/19 67/6 120/15
**cross-examination [4]** 4/5 8/19 67/6 120/15
**CRT [1]** 123/19
**crude [1]** 101/22
**CSR [1]** 2/2
**CTE [1]** 137/17
**current [9]** 16/2 16/12 16/14 18/6 18/10 18/19 103/14 107/15 110/15
**currently [2]** 18/11 45/1
**curriculum [7]** 19/14 109/14 109/15 109/25 110/3 110/8 110/11
**customary [2]** 38/18 42/17
**cutouts [1]** 80/21
**CV [1]** 1/5
**CVAP [5]** 75/14 75/24 76/20 76/24 77/7
**cycle [1]** 109/8

**cycles [1]** 27/6

# D

**Dads [1]** 105/2
**Dallas [2]** 20/22 116/20
**data [32]** 9/15 9/16 10/4 10/25 11/19 30/10 34/1 37/19 38/19 38/20 38/24 41/9 42/11 42/12 42/17 43/1 43/15 43/18 48/17 50/8 51/6 54/18 55/19 56/4 56/25 75/23 76/24 76/25 77/4 86/14 124/11 124/25
**date [7]** 128/19 144/6 144/18 146/2 146/11 146/13 152/12
**dated [1]** 95/5
**David [11]** 55/17 71/6 96/20 97/9 97/16 97/18 97/19 114/10 115/14 115/24 115/24
**Dawson [7]** 50/17 52/7 52/11 52/15 52/20 53/2 94/13
**Dawson/Adams [1]** 52/11
**day [13]** 19/11 108/23 127/18 127/21 128/22 129/5 131/11 135/10 135/10 138/20 145/20 147/11 147/25
**days [7]** 127/5 131/10 135/8 135/12 135/13 135/14 135/15
**deadline [1]** 128/22
**deal [3]** 107/13 144/5 150/25
**dealing [4]** 4/12 16/4 19/9 65/1
**deals [1]** 59/4
**dearly [1]** 138/8
**debate [1]** 142/15
**December [1]** 14/8
**December 29 [1]** 14/8
**decide [4]** 28/22 124/15 144/7 149/19

**D**

**decided [1]** 146/2
**deciding [3]** 29/24 108/4
129/10
**decision [15]** 82/21 105/15
105/20 106/5 123/16 135/20
136/4 137/6 137/14 137/23
138/4 141/10 141/20 144/25
150/24
**decisions [9]** 105/21 107/10
111/22 116/10 117/5 136/1
136/4 139/19 142/8
**declaratory [1]** 151/11
**decline [1]** 28/13
**declined [1]** 28/13
**deduction [1]** 11/20
**defeat [5]** 11/16 11/24 23/3
24/15 26/16
**defeated [1]** 94/21
**defendant [1]** 144/7
**defendant's [1]** 145/3
**defendants [5]** 1/7 1/18
144/18 144/20 151/11
**defendants' [18]** 3/9 68/15
68/21 68/22 68/23 70/13
73/18 85/12 86/2 95/21
96/17 97/8 106/8 108/19
109/10 146/15 146/15
146/17
**defense [2]** 145/22 150/6
**defenses [1]** 146/16
**define [1]** 9/10
**definitely [4]** 110/13 128/14
136/4 139/15
**definition [1]** 29/25
**degree [9]** 33/21 44/22
49/14 53/1 59/3 60/6 62/5
137/1 137/1
**delay [1]** 151/19
**delayed [1]** 148/11
**delete [1]** 144/11
**deliver [2]** 145/23 146/13
**delivery [1]** 6/5
**demand [1]** 47/12

**Democrat [2]** 115/6 123/13
**Democratic [4]** 68/8 108/10
108/14 115/2
**Democrats [2]** 70/7 122/11
**demographers [2]** 149/16
149/20
**demonstrative [3]** 38/13
38/15 89/20
**denial [4]** 11/11 11/25 12/1
12/8
**denied [2]** 11/9 28/5
**denying [3]** 9/24 10/8 11/22
**depends [1]** 150/14
**depict [7]** 51/9 55/9 55/19
56/19 58/25 61/6 61/13
**depicted [7]** 38/3 38/6 56/5
58/17 60/8 123/6 126/4
**depiction [2]** 59/16 59/18
**depicts [6]** 43/11 57/23 59/8
59/14 62/16 132/3
**deposition [18]** 8/22 9/1
13/22 14/6 16/8 67/16 67/24
67/25 68/9 68/14 69/2 76/16
77/16 77/19 78/11 92/5
93/10 125/12
**deputy [7]** 5/16 5/20 6/4 6/5
6/8 14/14 14/18
**derive [1]** 29/8
**derived [1]** 61/12
**describe [2]** 22/3 29/12
**described [5]** 5/20 49/22
60/21 147/13 147/13
**description [3]** 28/24 70/8
134/20
**design [1]** 21/1
**designate [2]** 144/9 144/12
**designated [3]** 6/12 13/23
145/20
**designee [2]** 14/14 16/24
**desire [1]** 102/6
**detail [1]** 101/21
**determination [1]** 31/20
**determinative [1]** 102/1
**determine [7]** 10/19 11/3

123/13
**determining [1]** 109/24
**deterrent [1]** 60/11
**deviation [1]** 40/11
**devise [2]** 37/25 149/21
**devised [2]** 37/18 149/20
**devote [1]** 150/22
**dialogue [1]** 106/4
**diametrically [2]** 51/15
52/21
**didn't [31]** 10/2 28/17 39/24
63/3 68/9 76/9 76/16 78/6
78/8 90/18 91/7 92/5 93/3
94/8 110/11 111/9 121/24
124/6 124/17 125/3 129/1
129/13 130/11 131/18 134/3
137/24 137/25 139/7 139/10
140/16 141/2
**differ [4]** 23/7 25/12 26/4
41/2
**difference [3]** 62/18 98/15
108/18
**differences [1]** 57/19
**different [36]** 19/10 25/14
25/15 25/20 25/20 27/4
29/22 35/25 36/9 47/23
48/18 49/5 49/17 51/7 52/21
54/4 62/9 62/10 63/22 82/2
88/12 96/19 108/5 111/2
119/10 123/9 124/16 139/12
139/13 142/4 142/4 145/5
145/11 145/13 145/18
147/17
**differentiated [1]** 53/24
**differently [1]** 9/14
**differing [1]** 125/2
**difficult [3]** 65/1 136/3
137/6
**difficulty [1]** 109/20
**diligence [1]** 12/21
**dime [1]** 137/2
**dimension [1]** 44/4
**diminished [1]** 27/20

**diminution [1]** 92/23
**direct [10]** 4/3 17/19 22/1 31/18 58/8 74/4 74/17 103/7 151/3 152/1
**Directing [4]** 7/11 8/1 126/20 129/24
**direction [2]** 35/17 35/18
**directions [1]** 36/19
**directors [2]** 133/11 142/6
**disadvantaged [2]** 132/24 141/20
**disagree [6]** 71/11 71/14 93/7 139/23 140/5 150/4
**disavowed [1]** 115/3
**discern [2]** 57/19 145/12
**disconnect [1]** 107/14
**discount [1]** 70/17
**discuss [7]** 22/9 24/7 29/1 45/8 47/4 47/21 73/6
**discussed [5]** 4/10 4/15 6/18 58/24 125/11
**discussing [2]** 140/1 142/9
**discussion [6]** 10/5 30/22 89/15 139/19 139/22 152/6
**Disinterested [1]** 105/8
**disparity [1]** 119/6
**disproportionate [1]** 132/24
**dispute [1]** 57/11
**disputes [1]** 20/13
**dissension [1]** 108/24
**dissimilar [1]** 31/14
**dissimilarity [2]** 44/1 44/16
**distilled [1]** 148/4
**distilling [1]** 148/9
**distinguished [1]** 121/10
**distribute [2]** 5/20 14/19
**distributed [3]** 5/25 14/24 122/23
**distributing [1]** 16/24
**distribution [2]** 98/24 128/6
**district [223]**
**District 1 [15]** 41/14 41/25

42/1 79/1 79/24 80/9 80/18 82/2 82/24 83/2 84/10 85/4 85/11 93/13 101/1
**District 11 [2]** 37/12 39/15
**District No [1]** 84/17
**district's [14]** 9/8 9/25 20/23 24/1 25/11 36/25 40/24 45/3 60/17 61/11 119/5 119/20 120/9 149/2
**district-wide [2]** 114/4 120/3
**districting [1]** 48/11
**districts [37]** 4/24 12/15 12/18 20/16 20/18 20/19 20/21 21/2 21/2 22/18 23/8 24/20 37/8 37/9 38/10 39/20 40/21 45/3 47/6 48/1 55/12 65/11 70/2 72/5 73/24 77/14 78/18 78/25 79/9 80/7 80/19 83/23 84/20 89/22 101/9 116/12 133/9
**divergence [2]** 36/16 54/9
**divergent [2]** 51/3 52/21
**diverse [1]** 72/6
**diversity [1]** 109/20
**divide [1]** 122/19
**divided [2]** 39/21 106/20
**DIVISION [1]** 1/2
**divisions [1]** 122/15
**Doctor [1]** 81/11
**doctrine [1]** 100/19
**document [14]** 7/3 7/23 8/2 10/7 11/22 15/20 16/20 17/3 63/14 86/5 145/2 147/12 147/12 147/13
**documents [1]** 147/15
**does [54]** 9/6 10/13 11/14 11/21 12/12 19/17 22/3 23/20 23/22 25/12 26/4 27/23 34/20 35/4 35/9 35/15 38/25 40/8 41/2 46/19 51/9 52/10 52/24 53/3 55/18 56/11 56/19 56/21 56/25 56/25 57/3 57/4 58/25 59/23

60/3 60/25 60/9 60/1 61/8 61/13 61/15 66/1 66/3 100/18 100/22 101/21 102/4 117/24 124/10 125/17 126/6 126/10 143/21 146/18
**doesn't [10]** 46/10 51/13 52/16 54/14 55/6 61/19 84/3 91/22 109/13 141/13
**doing [7]** 55/1 64/22 107/19 112/24 117/1 129/7 135/24
**dominated [2]** 74/4 74/17
**DOMINGO [1]** 1/14
**done [7]** 18/13 19/8 20/19 102/11 116/12 143/7 150/17
**double [1]** 42/13
**double-check [1]** 42/13
**Doubles [1]** 69/3
**down [8]** 35/3 35/14 35/19 69/3 79/2 111/17 141/23 148/5
**downloaded [1]** 77/4
**Downs [6]** 59/5 61/10 97/2 115/15 115/23 115/24
**Dr [2]** 20/23 152/1
**Dr. [44]** 15/23 17/10 17/16 17/21 33/11 33/17 50/7 51/11 56/2 56/4 56/9 58/8 58/11 59/25 60/17 61/4 61/5 61/12 61/16 61/19 63/8 63/19 67/8 68/12 68/25 70/8 70/23 70/25 86/2 89/20 90/12 100/3 106/10 110/20 111/16 122/23 123/25 124/4 124/13 125/2 143/6 150/6 150/7 152/2
**Dr. Alford [5]** 60/17 61/12 143/6 150/7 152/2
**Dr. Alford's [4]** 61/4 61/5 61/16 61/19
**Dr. Blaine [2]** 110/20 111/16
**Dr. Brian [1]** 15/23
**Dr. Elizondo [9]** 50/7 51/11 56/2 56/4 56/9 59/25 106/10

## D

**Dr. Elizondo... [2]** 122/23 125/2
**Dr. Elizondo's [1]** 70/23
**Dr. Klussmann [1]** 70/25
**Dr. Robert [1]** 17/10
**Dr. Stein [15]** 17/16 17/21 33/17 58/8 58/11 63/19 67/8 68/12 68/25 70/8 86/2 89/20 90/12 100/3 150/6
**Dr. Stein's [5]** 33/11 63/8 123/25 124/4 124/13
**drafted [1]** 128/12
**draw [9]** 37/15 40/19 44/6 60/2 60/10 75/24 76/10 80/11 80/14
**drawn [3]** 13/10 40/1 101/1
**draws [2]** 44/10 78/23
**drew [5]** 69/20 71/1 71/3 71/7 80/19
**Drews [4]** 98/14 99/12 100/11 100/12
**drive [5]** 107/2 140/1 140/3 140/9 140/16
**driving [2]** 108/3 119/25
**dropoff [2]** 65/17 92/24
**dropped [2]** 64/17 93/5
**due [1]** 12/20
**DULY [2]** 17/18 103/6
**during [25]** 5/22 7/7 7/15 14/21 16/1 37/11 106/16 107/12 108/20 109/4 113/6 115/5 118/7 118/10 122/23 123/3 126/14 127/9 127/20 128/15 130/8 132/5 133/25 135/4 135/16

## E

**each [44]** 5/2 5/2 5/15 5/19 5/21 7/4 14/12 14/18 14/20 14/23 15/6 16/12 16/23 16/25 23/18 29/18 29/19 29/21 33/24 34/1 34/3 35/6 37/7 38/10 42/8 49/8 49/13

49/15 50/1 50/16 50/18 50/23 51/18 59/15 78/25 83/14 89/22 96/12 99/14 144/2 144/4 144/14 145/10 150/17
**earlier [11]** 27/20 27/25 40/18 43/6 48/16 56/2 62/9 65/2 100/16 128/7 145/4
**early [35]** 19/8 19/10 19/25 20/2 108/5 108/23 125/6 125/25 126/6 126/8 126/15 126/16 127/5 127/7 127/10 127/13 127/16 129/18 130/7 130/9 130/13 130/20 131/1 131/10 131/11 131/14 132/12 135/2 135/5 135/7 135/7 135/8 135/15 135/17 142/10
**Earnest [14]** 56/4 56/9 59/25 70/14 103/2 103/6 103/9 103/13 120/17 125/8 126/23 130/1 135/2 143/5
**easier [4]** 19/15 51/8 85/25 145/19
**easily [1]** 47/1
**easy [3]** 117/17 130/3 138/9
**eat [1]** 108/1
**ecological [7]** 27/6 27/9 48/24 49/3 49/21 94/24 94/24
**economical [1]** 136/20
**economically [2]** 132/24 141/19
**Ed [1]** 114/9
**education [9]** 13/25 44/13 102/10 112/20 117/16 131/24 144/22 145/24 146/10
**educational [4]** 42/16 42/25 43/19 48/9
**educators [1]** 48/13
**effect [9]** 19/7 63/24 64/1 73/8 80/7 90/14 93/7 93/14 132/24

**effects [2]** 19/4 19/25
**efficient [3]** 136/8 137/9 143/10
**effort [1]** 150/23
**EI [10]** 49/20 49/22 51/13 52/3 53/24 53/25 60/21 61/12 94/23 95/13
**eight [6]** 45/8 65/17 66/11 135/8 135/12 138/20
**eight-period [1]** 138/20
**Eighth [1]** 148/13
**either [7]** 31/4 33/1 54/1 70/20 79/11 124/22 130/9
**Eldizodo [6]** 50/16 50/19 51/3 51/14 64/3 92/8
**elect [10]** 41/16 41/19 45/4 66/22 90/14 90/16 90/22 91/21 93/3 93/14
**elected [11]** 23/6 28/2 62/22 62/23 63/4 70/15 93/1 111/20 113/3 113/15 134/14
**electing [5]** 62/16 69/13 70/7 101/23 151/12
**election [128]** 4/19 4/23 5/1 5/12 7/5 7/8 7/11 7/12 7/25 8/6 8/11 12/15 13/25 15/12 18/11 18/20 19/6 19/10 20/1 20/7 21/2 25/11 26/14 26/20 26/22 27/18 28/14 28/20 30/9 30/19 41/21 45/5 45/10 49/8 50/6 50/17 51/4 51/22 51/25 52/4 52/6 52/3 53/19 55/8 55/17 56/2 56/3 56/8 56/23 57/1 57/23 58/20 60/20 61/4 61/6 61/13 63/19 64/7 64/10 64/12 64/16 65/25 66/5 66/10 72/1 72/8 74/20 74/22 86/13 86/15 86/18 86/21 87/5 87/5 87/10 87/15 87/20 87/25 89/6 95/20 96/3 96/9 96/17 97/8 97/9 97/19 97/22 98/8 99/5 99/21 99/25 101/12 106/9 106/9 106/11 106/16 111/3

**election...** [31] 112/16 113/12 113/17 113/18 114/8 114/11 114/24 115/13 115/17 115/23 121/9 125/9 125/15 125/18 125/22 126/1 126/5 127/6 127/9 127/21 128/15 128/17 128/18 128/20 128/24 129/10 130/3 131/11 131/22 135/4 135/10

**elections** [86] 6/24 7/9 7/10 7/14 9/8 9/25 10/15 11/9 11/17 18/11 22/12 22/14 23/5 23/5 23/9 23/11 24/2 24/5 24/7 24/9 25/2 26/1 26/13 27/2 27/3 27/16 27/22 27/24 28/2 28/4 28/17 29/12 34/4 35/23 36/21 41/6 41/20 44/24 45/2 45/16 47/2 48/17 49/15 50/1 51/19 53/11 58/12 60/1 60/15 61/18 62/9 63/1 63/24 64/20 67/23 67/24 68/5 68/13 69/4 69/14 69/20 69/22 70/1 70/10 70/18 73/2 74/3 89/1 92/19 92/19 93/19 93/23 93/25 94/1 94/2 94/6 94/9 94/12 94/13 94/16 94/18 94/21 100/9 101/23 102/1 105/5

**electoral** [1] 65/6

**electorate** [2] 74/4 74/17

**elementary** [15] 104/15 104/21 107/16 107/18 107/19 111/24 119/13 132/6 132/7 132/7 140/1 140/3 140/10 140/17 140/24

**ELIZONDO** [14] 1/4 1/22 50/7 50/7 51/11 56/2 56/4 56/9 59/25 59/25 64/24 106/10 122/23 125/2

**Elizondo's** [2] 70/22 70/23

**ELMO** [1] 89/18

**else** [7] 67/19 76/11 84/23 107/17 128/16 129/13

**Elzado's** [1] 50/24

**Emily** [2] 129/2 129/25

**emphasis** [1] 91/15

**emphasize** [1] 122/24

**employed** [3] 29/8 48/24 49/16

**employee** [3] 6/2 14/25 17/1

**empty** [1] 142/3

**enable** [6] 11/15 11/23 23/1 24/14 26/16 41/15

**encourage** [1] 127/16

**encouraging** [2] 108/13 109/7

**end** [4] 24/4 145/1 147/11 150/19

**ended** [1] 128/17

**endorsed** [6] 108/9 108/10 108/11 108/12 115/2 129/15

**endorsement** [1] 115/4

**ends** [1] 36/17

**engaged** [2] 20/16 22/23

**enhance** [2] 23/5 24/24

**enhances** [1] 45/18

**enjoin** [1] 151/14

**enough** [7] 12/13 39/21 75/8 84/14 96/16 146/23 150/22

**enrollment** [13] 36/25 37/1 37/3 37/8 39/25 40/21 43/4 45/3 76/12 77/14 78/25 83/7 140/9

**enrollments** [1] 42/12

**ensure** [1] 110/23

**entail** [1] 46/19

**enter** [2] 143/24 151/19

**entire** [12] 7/16 66/22 116/5 116/8 116/11 117/14 117/17 119/12 119/14 119/23 137/15 137/20

**entirely** [1] 142/1

**entities** [1] 21/3

**entitled** [2] 69/3 73/23

**entity** [2] 20/15 47/16

**environment** [1] 91/14

**equal** [2] 45/21 95/8

**equaling** [1] 53/20

**equally** [1] 137/3

**error** [5] 39/7 39/9 54/22 76/21 77/6

**escape** [1] 116/17

**especially** [1] 148/19

**establish** [1] 72/9

**established** [3] 35/16 35/23 140/3

**establishes** [1] 90/20

**estimate** [11] 31/10 38/23 38/25 39/2 39/3 39/6 39/7 39/10 41/10 54/21 98/18

**estimated** [1] 49/12

**estimates** [3] 41/12 54/13 54/13

**estimating** [3] 25/15 26/7 49/7

**ET** [1] 1/7

**ethnic** [12] 29/13 43/12 44/8 46/24 47/1 52/16 53/24 54/4 54/9 54/14 57/21 122/7

**ethnically** [5] 9/7 10/8 10/14 11/4 11/9

**ethnicity** [9] 9/13 10/4 42/9 42/12 44/5 49/12 49/13 57/20 80/7

**ethnics** [1] 122/8

**EV** [1] 131/12

**evaluate** [4] 29/24 38/19 43/15 80/6

**evaluated** [1] 30/11

**evaluating** [1] 13/9

**evaluation** [1] 43/12

**even** [11] 50/2 52/10 68/10 69/21 92/18 106/19 110/14 111/19 137/22 143/12 149/25

**Evening** [1] 152/7

**event** [2] 124/2 150/10

**events** [1] 118/25

**ever [4]** 10/13 10/19 13/2 137/20
**every [13]** 5/25 15/7 59/13 96/8 118/1 118/23 122/17 123/15 130/19 134/10 134/14 134/21 148/8
**everybody [11]** 80/8 83/10 105/14 107/17 114/1 117/5 127/17 137/10 137/11 146/13 151/24
**everybody's [3]** 80/24 116/25 139/12
**everyday [1]** 70/4
**everyone [2]** 60/14 74/21
**everything [1]** 116/15
**Everywhere [1]** 117/8
**evidence [26]** 9/7 9/21 11/12 11/13 11/24 12/1 19/4 19/5 23/25 24/22 27/19 28/7 49/25 52/3 52/17 59/13 60/7 60/12 62/15 63/21 98/17 140/7 143/19 143/20 143/22 148/9
**evidences [1]** 43/16
**evolved [1]** 108/6
**exact [4]** 8/25 39/6 126/7 136/13
**exactly [2]** 53/22 78/24
**examination [13]** 3/8 4/3 4/5 8/17 8/19 17/19 58/8 67/6 100/6 103/7 120/15 134/25 138/16
**examined [1]** 19/10
**example [13]** 50/6 53/14 63/1 71/12 71/15 100/10 108/25 126/18 130/13 138/6 145/23 146/5 146/9
**examples [1]** 109/15
**exceed [2]** 95/12 95/14
**exceeds [1]** 39/15
**Excellent [1]** 104/17
**exception [2]** 98/5 102/5
**excerpt [2]** 13/22 14/6

**excited [1]** 14/6
**excuse [5]** 25/4 40/3 43/22 45/5 102/23
**executed [1]** 117/12
**executive [1]** 69/11
**exhibit [131]** 4/16 6/25 7/3 7/20 7/23 15/18 15/18 15/19 15/19 19/14 19/17 19/17 21/11 21/17 21/19 21/21 21/23 22/2 25/12 26/4 26/19 29/3 31/24 31/25 33/10 35/2 36/6 36/8 38/16 42/10 43/2 43/7 43/11 44/19 45/13 48/15 48/21 48/23 49/23 50/13 51/5 51/9 51/21 52/5 52/6 52/22 53/18 55/16 55/19 55/25 56/3 56/5 56/12 56/22 58/12 58/14 58/22 59/4 59/11 59/12 59/20 60/8 60/24 60/25 61/3 61/9 61/22 63/12 65/20 65/21 68/16 68/23 70/13 72/13 72/15 73/18 73/22 75/17 78/15 78/16 78/17 78/18 78/21 78/22 79/7 80/8 81/1 81/12 81/14 81/18 81/24 82/3 82/25 85/12 86/2 89/20 95/3 95/21 95/22 96/18 97/1 97/8 98/7 100/15 100/18 100/18 101/1 101/4 101/5 106/8 108/19 109/10 110/19 112/2 114/3 122/21 122/22 123/7 123/24 124/7 125/7 125/8 125/14 126/4 126/18 129/20 129/22 131/3 132/2 132/3 132/3
**Exhibit 1 [12]** 21/11 22/2 29/3 31/25 36/8 42/10 43/2 44/19 45/13 72/13 72/15 101/5
**Exhibit 105 [2]** 43/7 43/11
**Exhibit 11 [2]** 95/21 95/22
**Exhibit 117 [3]** 125/7 125/8 126/4

**Exhibit 12 [2]** 96/18 97/1
**Exhibit 120 [1]** 125/14
**Exhibit 122 [2]** 51/5 51/9
**Exhibit 123 [4]** 52/5 52/6 60/24 60/25
**Exhibit 125 [2]** 53/18 95/3
**Exhibit 126 [1]** 55/16
**Exhibit 127 [3]** 56/3 123/24 124/7
**Exhibit 128 [2]** 55/25 56/12
**Exhibit 129 [1]** 56/22
**Exhibit 130 [2]** 58/12 58/14
**Exhibit 131 [1]** 58/22
**Exhibit 132 [1]** 59/4
**Exhibit 133 [1]** 61/3
**Exhibit 134 [1]** 61/9
**Exhibit 135 [4]** 59/11 59/12 59/20 60/8
**Exhibit 136 [4]** 21/23 61/22 63/12 98/7
**Exhibit 137 [4]** 65/20 65/21 100/15 100/18
**Exhibit 139 [2]** 132/2 132/3
**Exhibit 17 [3]** 4/16 15/18 15/19
**Exhibit 18 [2]** 19/14 19/17
**Exhibit 19 [1]** 31/24
**Exhibit 2 [9]** 21/17 25/12 48/15 48/21 48/23 49/23 55/19 56/5 86/2
**Exhibit 20 [2]** 35/2 52/22
**Exhibit 21 [3]** 33/10 36/6 106/8
**Exhibit 23 [1]** 81/1
**Exhibit 24 [9]** 38/16 75/17 78/15 78/18 78/21 81/24 82/25 101/1 101/4
**Exhibit 3 [3]** 21/19 26/4 51/21
**Exhibit 39 [1]** 131/3
**Exhibit 4 [3]** 21/21 26/19 73/18
**Exhibit 40 [1]** 129/22
**Exhibit 46 [1]** 108/19

**Exhibit 47 [1]** 109/10
**Exhibit 48 [1]** 112/2
**Exhibit 49 [1]** 110/19
**Exhibit 6 [2]** 68/23 70/13
**Exhibit 72 [3]** 6/25 7/3 97/8
**Exhibit 8 [1]** 68/16
**Exhibit 80 [1]** 126/18
**Exhibit 82 [3]** 122/21
122/22 123/7
**Exhibit 88 [2]** 7/20 7/23
**Exhibit 9 [6]** 78/16 78/17
78/22 79/7 81/12 82/3
**exhibits [12]** 21/8 32/4
32/16 33/7 33/12 59/16
102/14 144/17 145/13 146/4
146/6 146/12
**Exhibits 19 [1]** 32/16
**exist [1]** 135/18
**existed [2]** 49/15 139/14
**existence [1]** 61/17
**existing [6]** 100/24 101/8
101/8 101/12 101/12 125/16
**exists [1]** 10/15
**exogenous [1]** 93/25
**expect [9]** 9/16 27/21 31/1
70/4 101/14 101/16 123/11
123/15 135/14
**expectation [3]** 28/8 37/8
64/23
**expected [1]** 64/19
**expedite [1]** 151/23
**expedites [1]** 151/8
**experience [3]** 126/6 126/11
142/1
**experienced [1]** 137/20
**experiences [4]** 104/16
123/8 123/12 142/13
**expert [15]** 9/16 11/18 20/7
20/11 20/17 20/23 33/1 54/1
55/5 60/17 61/11 95/5 143/6
150/6 150/6
**experts [3]** 10/6 38/18
42/17

**explain [11]** 32/23 44/2
53/21 62/18 79/5 79/10
79/13 80/3 80/5 113/24
140/5
**expressed [4]** 47/17 70/12
111/2 133/19
**expression [1]** 31/7
**extent [5]** 4/11 77/13
124/13 144/23 148/2
**extract [1]** 55/18
**extracted [3]** 33/11 43/16
56/4
**extreme [1]** 52/13
**extremely [1]** 72/1
**eye [1]** 43/14
**eyeball [1]** 44/15

**F**

**face [2]** 111/8 111/8
**Facebook [1]** 108/20
**facilities [3]** 119/5 119/7
119/21
**facility [1]** 141/22
**facsimile [1]** 125/8
**fact [19]** 9/21 11/10 14/11
46/10 50/9 54/7 60/2 62/16
65/10 77/17 90/13 92/24
93/14 96/8 100/9 139/5
143/24 144/8 144/13
**factions [1]** 116/25
**factor [2]** 94/19 108/4
**factors [8]** 17/16 17/17
23/14 108/4 143/21 144/24
148/4 150/1
**facts [2]** 65/5 82/13
**factual [1]** 74/23
**factually [1]** 95/17
**faculty [3]** 18/8 18/9 109/20
**fail [1]** 28/1
**fair [7]** 28/24 47/19 55/1
57/7 75/7 91/6 96/16
**fairly [3]** 149/15 149/16
151/14
**fall [1]** 39/11
**false [1]** 109/14

**familiar [9]** 5/1 14/21 14/17
14/23 15/20 16/17 16/19
130/7 143/22
**fancy [1]** 43/25
**fantastic [1]** 143/14
**far [5]** 65/15 84/7 101/23
143/23 149/15
**fast [1]** 128/24
**fast-forward [1]** 128/24
**favor [7]** 71/24 72/5 116/3
122/11 122/12 125/4 134/22
**FCRR [1]** 2/2
**fear [1]** 98/2
**February [1]** 67/17
**federal [5]** 10/8 11/10 11/22
12/8 41/6
**feeder [1]** 121/7
**feel [3]** 110/2 115/1 137/22
**fees [3]** 148/15 148/17
148/20
**felt [4]** 52/18 106/22 114/15
121/10
**few [6]** 19/21 72/12 111/16
124/21 128/9 134/5
**field [1]** 42/17
**fields [2]** 44/13 120/2
**fifth [9]** 21/23 26/12 27/3
28/12 53/23 54/23 55/4 93/5
104/14
**fight [1]** 117/23
**figure [10]** 32/14 32/17
34/21 34/24 35/1 35/11
35/12 35/13 38/20 66/9
**Figure 1 [3]** 34/21 35/11
35/12
**Figure 2 [3]** 34/24 35/1
35/13
**figures [15]** 32/15 32/21
33/6 33/7 33/9 33/9 33/11
33/18 36/5 36/9 40/14 81/17
81/22 81/23 82/25
**Figures 3 [1]** 36/9
**file [7]** 102/16 102/18
128/22 129/4 146/2 146/4

## F

file... [1]  147/23
filed [12]  8/21 9/17 10/7
11/21 12/21 128/14 128/20
133/15 134/5 134/11 134/15
145/4
filing [1]  9/23
filings [1]  145/21
final [2]  99/19 148/11
finally [1]  106/25
find [7]  31/17 44/12 51/8
53/23 60/12 149/1 149/25
finding [8]  26/18 47/8 74/11
74/24 75/4 75/4 75/5 144/17
findings [34]  26/3 27/22
27/25 32/4 32/9 33/2 33/5
33/6 33/8 33/9 47/25 72/20
72/24 73/6 143/24 144/8
144/10 144/11 144/11
144/12 144/14 144/21 145/3
145/4 145/12 145/24 146/3
146/10 146/11 146/12
146/14 146/15 146/16
148/10
finished [1]  78/6
fired [2]  105/22 106/23
firmly [1]  116/13
first [61]  21/15 22/1 22/2
22/6 23/12 23/24 24/4 25/13
26/5 26/9 27/4 27/21 29/1
30/10 30/13 32/23 33/22
35/3 36/22 43/2 44/19 45/8
47/4 48/18 48/21 49/6 49/9
49/18 50/17 51/2 61/25 62/7
62/23 63/20 63/23 71/25
75/14 75/22 76/5 78/20
85/12 86/5 86/13 94/23
95/22 96/20 99/19 104/4
107/13 111/17 118/21 119/2
121/9 135/20 146/11 149/2
149/12 149/17 150/13
150/14 150/16
five [7]  21/5 41/11 66/11
104/8 104/9 105/13 105/23
five-year [1]  41/11
floating [1]  108/14
flying [1]  108/11
focus [4]  69/21 80/8 106/16
120/21
focused [2]  132/1 132/19
focuses [1]  117/15
focusing [1]  79/23
follow [6]  8/15 13/2 58/16
58/24 82/19 138/15
follow-up [3]  8/15 13/2
138/15
followed [2]  30/2 59/2
following [8]  12/19 64/1
69/19 91/8 105/15 112/24
146/17 147/21
follows [1]  14/9
football [2]  119/3 120/2
footnote [3]  95/11 102/8
144/15
forced [3]  136/1 136/3
136/8
forces [3]  116/5 116/7 117/4
forecast [1]  63/20
foregoing [1]  152/9
Forest [5]  77/18 77/20
125/17 126/10 132/6
forget [1]  128/16
forgive [1]  128/19
form [15]  5/21 5/25 14/20
14/24 15/8 15/10 16/25
45/18 47/13 52/13 64/4 68/1
73/8 92/16 93/8
format [5]  51/7 59/6 145/5
146/14 146/17
formed [1]  112/23
forming [1]  93/21
forms [4]  20/21 24/23 47/8
65/9
forth [1]  109/12
forthcoming [1]  20/4
Forty [1]  32/12
Forty-nine [1]  32/12
forward [2]  114/16 128/24
found [12]  15/12 27/5 27/18
27/25 37/11 50/9 62/5 74/9
75/5 75/8 101/7 107/14
Foundation [2]  18/24 18/25
four [13]  23/12 27/4 32/21
42/7 66/11 97/13 115/21
116/13 116/21 137/7 145/17
145/18 150/19
fourth [3]  21/21 26/19
51/24
frame [1]  16/1
frankly [1]  117/1
freedom [1]  111/25
frequent [1]  118/2
frequently [1]  43/1
freshman [1]  104/13
friend [3]  126/25 129/2
129/9
friendly [2]  85/19 108/14
friends [3]  113/3 135/24
139/4
front [1]  103/9
frustrated [1]  115/7
full [4]  8/24 69/24 99/20
141/25
funding [2]  136/2 136/2
further [7]  13/15 13/17
26/23 68/1 100/4 102/2
142/21
futile [1]  28/23
futility [2]  28/22 100/19
future [1]  44/24

## G

gain [1]  135/25
gained [1]  148/13
game [4]  72/9 91/22 91/22
119/3
garnered [1]  99/9
garners [1]  99/21
gather [1]  29/8
gauge [1]  119/21
gave [4]  30/4 50/23 82/12
138/24
Gee [1]  55/2

# G

**general [3]** 19/23 74/10 121/25
**generally [6]** 29/5 104/10 117/24 118/1 119/9 120/4
**generates [1]** 50/8
**geographic [3]** 12/12 24/17 65/13
**geographically [2]** 22/17 72/6
**geography [3]** 44/3 44/9 71/23
**gets [1]** 140/3
**getting [7]** 111/20 114/5 122/13 132/1 137/16 142/12 150/22
**Gingles [17]** 17/16 23/13 30/2 41/18 41/21 66/25 67/12 75/12 75/14 76/5 90/21 91/24 92/11 93/22 94/4 143/20 149/25
**give [13]** 19/5 19/15 20/10 21/8 30/21 42/14 42/24 71/11 72/22 90/16 91/20 138/6 146/24
**given [10]** 11/7 13/21 15/13 39/25 76/11 76/14 102/11 102/13 124/2 124/7
**gives [1]** 39/2
**giving [1]** 65/13
**glaring [1]** 119/22
**go-round [5]** 149/2 149/17 150/13 150/15 150/16
**goal [1]** 152/3
**goes [5]** 16/13 35/19 69/23 80/2 80/4
**going [56]** 6/17 7/5 9/3 12/23 16/7 19/13 19/15 21/8 23/1 27/8 30/11 32/8 32/23 35/12 35/13 48/14 49/20 57/25 58/4 58/11 63/10 63/14 82/11 82/21 83/8 84/14 85/21 85/23 85/24 87/15 89/17 98/2 98/10

111/24 114/2 116/6 116/15 116/15 116/25 117/19 126/12 129/6 129/13 142/16 146/24 147/14 148/14 148/15 148/22 149/18 150/10 152/2
**Golando [2]** 70/23 76/24
**Gonzales [8]** 52/23 53/3 53/6 53/14 66/5 94/13 107/16 142/10
**Gonzalez [2]** 53/7 54/20
**good [25]** 4/2 4/7 4/8 17/11 67/8 67/9 71/22 71/22 72/3 74/13 74/14 74/16 74/19 74/22 74/25 75/1 75/21 104/16 107/5 111/23 120/17 137/3 137/14 140/8 143/15
**Goose [1]** 20/22
**GOP [2]** 69/12 69/25
**Gosh [1]** 114/1
**got [31]** 16/7 19/3 33/3 43/18 72/17 76/24 93/11 99/14 104/4 105/13 105/14 105/22 107/14 108/2 108/9 108/11 111/25 115/2 115/3 115/4 115/5 120/3 125/10 125/20 127/8 128/18 128/19 137/18 140/22 141/9 142/25
**gotten [1]** 136/2
**governance [1]** 133/12
**government [4]** 18/22 20/15 47/16 69/10
**governmental [1]** 21/3
**governments [3]** 10/16 19/1 23/8
**grader [3]** 104/13 104/14 104/15
**graduate [1]** 136/25
**graph [6]** 31/19 33/3 34/1 51/1 56/19 57/4
**graphic [5]** 57/23 59/6 59/15 59/17 135/3
**graphically [6]** 43/11 51/9

**graphics [1]** 52/2
**graphs [3]** 33/1 33/18 51/8
**grasp [1]** 143/19
**grassroots [1]** 131/23
**gravitate [2]** 57/9 119/1
**great [5]** 32/2 85/8 110/20 111/25 144/5
**greater [6]** 29/13 40/12 47/12 69/8 69/21 71/22
**green [2]** 146/5 146/11
**grew [2]** 104/2 104/2
**group [18]** 45/25 46/24 54/1 57/21 106/23 112/17 112/18 112/22 112/23 113/4 128/7 128/8 129/8 129/12 129/15 131/21 131/21 131/23
**group's [1]** 38/21
**grouped [1]** 29/15
**groupings [1]** 29/20
**groups [7]** 18/22 29/22 53/25 54/4 54/10 55/3 95/12
**growing [1]** 69/6
**grown [1]** 107/17
**guarantee [1]** 46/10
**guess [5]** 80/21 106/21 131/18 151/2 151/18
**guys' [1]** 129/6
**gyms [1]** 120/1

# H

**H-E-E-T-H [1]** 13/23
**hadn't [1]** 114/4
**half [6]** 40/7 62/21 98/15 117/19 119/11 137/21
**hallways [1]** 142/3
**hand [2]** 8/1 122/24
**handed [1]** 89/20
**handle [1]** 17/2
**Hanson [1]** 99/13
**happen [3]** 12/17 54/16 92/4
**happened [3]** 111/15 114/6 136/6
**happening [1]** 11/1

**hard [3]** 19/15 71/13 143/10
**hard-pressed [1]** 71/13
**harmonize [1]** 145/7
**Harnessing [1]** 69/24
**Harris [1]** 20/20
**Harris County [1]** 20/20
**hasn't [1]** 137/5
**have [176]**
**haven't [6]** 124/11 124/11
126/12 133/13 136/2 145/25
**haven't -- I [1]** 124/11
**having [9]** 46/11 46/15
107/25 109/15 111/19 113/1
116/12 127/11 142/14
**HCC [1]** 136/24
**he [43]** 8/20 12/4 12/24 13/1
13/2 15/25 61/12 61/20
76/25 77/2 80/3 80/11 80/11
80/12 81/7 81/9 82/8 82/8
82/10 82/11 82/12 83/6 83/7
83/21 83/22 83/25 97/12
97/22 97/24 97/24 98/14
112/7 112/12 112/13 112/15
115/2 115/4 115/5 115/6
115/7 131/8 131/16 131/18
**he's [2]** 114/18 115/3
**head [1]** 99/18
**heading [2]** 73/23 74/1
**hear [3]** 103/10 113/6 147/9
**heard [9]** 31/7 41/24 42/5
46/6 46/9 46/16 47/16 121/7
130/14
**hearing [3]** 148/17 148/23
148/23
**hearings [1]** 142/25
**Heather [2]** 2/2 152/13
**heavily [1]** 141/19
**Hedwig [2]** 131/8 131/9
**Heeth [3]** 13/22 14/8 14/9
**height [2]** 31/1 31/10
**held [4]** 44/24 51/25 74/3
94/12
**Hello [1]** 120/18

**help [8]** 33/4 64/19 72/22
84/19 103/10 114/16 115/21
143/23
**helpful [3]** 32/3 32/25 85/23
**helping [1]** 126/25
**HENRY [1]** 1/19
**her [11]** 51/3 111/12 111/18
113/10 122/24 128/21 129/3
146/24 147/1 147/1 147/4
**here [36]** 20/16 23/1 36/10
36/12 36/16 37/3 38/21
43/20 48/24 49/6 49/7 50/10
51/14 52/17 53/20 55/11
55/14 58/17 60/12 62/5
64/19 72/22 84/7 85/24 91/7
111/25 112/6 114/18 117/4
123/25 126/19 126/21
133/19 139/25 150/3 150/5
**here's [4]** 98/3 127/15
127/15 143/22
**Hey [1]** 106/5
**high [29]** 4/12 5/2 5/19 6/4
6/8 7/13 14/13 14/18 16/4
50/25 104/12 104/13 113/17
113/22 116/9 116/21 117/19
119/3 119/10 132/10 135/16
136/24 136/25 137/7 137/18
137/25 138/21 139/1 139/3
**higher [3]** 47/9 47/10 92/10
**highest [1]** 98/12
**highly [1]** 51/3
**Hill [2]** 10/22 140/20
**Hilshire [2]** 10/22 130/9
**him [8]** 17/22 32/23 80/6
80/12 115/6 115/8 128/16
131/17
**HINDMAN [1]** 1/23
**hired [1]** 22/3
**his [14]** 53/7 60/20 61/12
61/20 79/20 82/9 83/15
83/23 99/1 99/1 112/9
112/11 115/7 146/4
**HISD [1]** 116/20
**Hispanic [152]** 13/10 22/15

28/12 28/17 28/18 29/20
29/21 30/4 30/4 30/6 30/7
30/9 30/15 30/17 30/19 31/6
31/6 31/13 31/13 35/4 35/7
35/14 35/18 35/18 35/24
36/1 36/2 36/3 36/4 36/13
36/14 36/15 36/17 36/23
37/4 37/16 38/10 39/4 39/14
41/14 41/15 41/22 43/3
43/23 45/7 47/3 48/10 50/23
51/1 51/14 52/14 52/16
52/16 52/18 53/4 53/4 53/10
53/15 54/1 54/2 54/6 54/7
54/18 55/12 57/4 57/5 57/6
57/8 57/9 57/17 57/18 57/24
58/1 59/19 62/8 63/25 63/25
64/5 64/8 64/9 64/13 64/14
64/17 64/21 65/18 65/19
65/24 65/25 66/6 66/10
66/17 66/17 66/21 66/23
75/13 75/24 76/20 77/7 85/4
86/15 86/25 87/8 87/13
87/18 87/23 88/3 88/9 88/17
89/3 89/9 89/24 90/2 90/14
90/21 92/1 92/10 92/25 93/1
93/14 93/18 94/5 94/12
94/15 94/20 95/8 97/20 98/1
98/12 98/17 99/5 99/10
99/14 99/22 100/12 100/19
101/5 101/7 101/14 101/18
101/24 123/16 124/5 124/8
124/23 125/1 141/19 141/19
**Hispanic-ethnic [1]** 52/16
**Hispanic-surnamed [2]**
57/5 57/18
**Hispanics [9]** 11/14 11/22
12/13 22/12 22/25 24/17
54/21 62/11 92/17
**historically [1]** 101/11
**histories [1]** 29/15
**history [3]** 7/19 63/24 115/3
**hit [1]** 105/13
**Hmm [1]** 71/11

# H

**Hollibrook [1]** 140/4
**home [5]** 104/4 105/14 105/24 109/8 114/1
**homogenous [3]** 40/3 40/4 72/2
**honest [1]** 106/22
**honestly [5]** 105/22 112/15 135/22 137/5 137/20
**Honor [36]** 4/4 5/6 5/7 5/8 8/16 12/3 13/15 13/20 17/7 17/9 17/15 32/8 33/6 33/15 58/9 67/5 68/19 80/3 80/13 81/7 83/3 83/13 83/21 84/21 85/14 91/1 102/5 102/20 146/8 146/19 147/7 149/5 149/16 149/22 149/24 150/2
**HONORABLE [1]** 1/10
**hope [3]** 57/16 64/4 150/23
**Hopefully [1]** 68/16
**hopeless [1]** 65/1
**horizontal [4]** 34/5 34/11 34/14 35/4
**horseback [1]** 19/5
**host [1]** 112/6
**hour [1]** 119/20
**hours [2]** 111/16 116/7
**HOUSTON [7]** 1/2 1/16 2/4 10/23 17/24 112/7 112/7
**however [5]** 27/20 68/10 70/12 92/15 94/11
**huge [1]** 70/3
**huh [1]** 114/21
**Hullett [1]** 1/19
**hundred [1]** 113/3
**Hunter [1]** 10/21
**Hunters [5]** 104/15 104/21 105/3 121/2 140/17
**Hunters Creek [1]** 140/17
**hypothetically [3]** 8/8 100/11 149/1

# I

**I -- I [2]** 74/23 76/1
**I'd [1]** 8/26 2/4 04/24
[1] 68/15 72/14 75/11 81/13 93/9 94/23 117/23 119/9 145/1 145/9 145/10 147/24 148/8 148/13
**I'll [15]** 9/3 26/11 42/13 55/14 61/19 65/15 80/12 84/14 85/22 106/21 120/12 138/14 147/19 150/22 150/24
**I'm [80]** 6/17 7/9 9/3 15/11 15/16 16/19 18/20 19/13 19/15 21/8 23/1 23/1 23/1 27/7 27/8 27/8 32/13 32/25 33/17 36/12 36/13 49/2 49/20 56/1 57/13 60/14 60/25 63/13 64/24 68/20 68/21 71/13 73/6 73/17 76/4 78/23 80/10 80/11 81/16 82/11 82/17 82/18 82/18 82/21 83/8 84/6 89/2 91/9 91/10 91/11 97/6 97/7 99/16 99/18 102/21 103/20 106/3 108/12 111/22 113/19 114/3 116/15 121/19 126/12 126/21 127/15 129/4 129/6 129/22 133/14 139/5 145/14 145/21 146/15 147/25 150/22 151/2 151/2 151/9 151/18
**I've [19]** 16/6 19/6 19/8 19/8 19/10 31/7 89/20 89/21 100/1 105/13 117/11 135/24 137/18 137/20 138/7 142/24 144/1 147/18 150/11
**I-10 [1]** 79/14
**idea [4]** 20/10 116/11 116/19 141/15
**identical [2]** 52/20 61/21
**identification [2]** 54/14 60/15
**identified [8]** 14/2 23/18 29/18 51/10 56/15 60/9 60/13 115/25
**identifies [1]** 14/20
**identify [3]** 19/2 29/13 37/4
**identity [1]** 29/14
**III [1]** 29/4
**illustrate [3]** 50/7 52/3 57/4
**illustrates [3]** 51/2 52/15 59/2
**illustrative [27]** 22/19 24/20 37/9 37/18 38/10 40/19 41/23 42/3 71/1 75/11 75/13 75/18 76/6 76/17 76/20 77/7 77/10 78/2 78/18 78/21 80/16 81/19 85/3 85/10 90/13 92/16 95/24
**imagine [3]** 54/17 54/20 71/25
**immediately [1]** 136/23
**impact [12]** 45/9 47/5 48/5 48/5 65/6 69/25 70/3 109/13 109/15 130/2 132/23 139/10
**impacted [1]** 139/15
**impacts [1]** 65/3
**impetus [1]** 107/10
**implemented [1]** 132/5
**importance [1]** 130/25
**important [4]** 46/5 82/15 118/12 126/15
**impossible [1]** 95/17
**improve [1]** 48/9
**improvement [2]** 119/23 120/4
**Inaudible [1]** 121/18
**incentives [1]** 72/9
**inception [1]** 22/4
**inches [1]** 31/10
**include [4]** 60/16 75/8 144/24 145/10
**includes [1]** 59/19
**income [1]** 48/13
**incorporating [1]** 42/1
**incorrect [1]** 95/10
**increase [4]** 31/2 48/12 65/10 84/19
**increased [1]** 68/12

# I

**increases [4]** 25/1 34/22 34/23 45/15
**incredibly [1]** 131/21
**INDEPENDENT [6]** 1/6 13/24 14/7 24/18 48/6 151/13
**index [2]** 44/1 44/16
**indicated [7]** 40/23 41/13 48/16 65/2 120/22 121/5 151/9
**indication [2]** 130/24 131/13
**individual [3]** 50/1 54/17 122/16
**individuals [3]** 29/15 29/16 41/4
**indulge [1]** 91/8
**indulging [2]** 91/9 91/11
**ineligible [1]** 128/23
**inference [6]** 27/6 27/9 47/15 48/24 49/3 49/21
**infighting [1]** 116/14
**influence [1]** 111/19
**influencing [1]** 69/21
**inform [1]** 15/6
**information [15]** 10/5 15/25 16/3 16/6 16/12 16/15 17/3 17/15 29/7 29/11 37/6 42/7 54/19 76/13 76/24
**informational [1]** 118/16
**informed [1]** 27/5
**informing [3]** 6/1 14/25 17/1
**initial [6]** 22/9 25/24 26/23 27/17 31/15 150/18
**initiative [3]** 69/8 69/9 70/9
**initiatives [1]** 70/1
**injunctive [1]** 151/11
**inside [1]** 106/4
**instance [3]** 31/4 53/8 53/14
**instances [1]** 53/13
**instead [2]** 116/4 145/3
**instructional [3]** 109/19

109/23 109/25
**intellectual [1]** 54/3
**interaction [1]** 111/7
**interest [8]** 37/24 71/1 71/22 74/4 74/17 77/15 116/15 138/25
**interested [5]** 105/11 105/12 112/12 114/5 116/25
**interesting [1]** 119/19
**interests [1]** 42/2
**interject [2]** 82/6 83/8
**interpret [2]** 33/18 50/13
**interval [2]** 98/18 98/21
**Intervening [1]** 15/10
**introduce [1]** 17/21
**invariably [2]** 44/7 44/11
**investigated [2]** 10/13 11/13
**investigation [7]** 9/23 10/3 10/10 10/19 11/3 11/8 12/9
**investigations [2]** 8/21 10/9
**involve [1]** 10/23
**involved [10]** 60/8 65/3 104/18 104/20 105/2 113/1 114/7 123/17 129/3 131/24
**involvement [7]** 108/22 109/1 109/3 109/5 122/25 123/1 142/3
**involves [1]** 144/23
**involving [2]** 20/7 66/5
**ISD [23]** 22/11 22/13 22/16 24/1 25/10 29/11 29/15 37/16 40/22 44/23 45/6 48/12 68/4 68/7 70/18 93/22 94/2 96/9 103/2 103/24 104/19 116/21 117/24
**ISD's [1]** 12/20
**isn't [1]** 49/5
**isolated [1]** 107/25
**issue [17]** 6/13 6/16 108/15 110/6 111/11 118/12 121/13 121/13 121/22 122/6 125/6 129/18 133/8 133/25 144/22 145/25 148/8
**issues [23]** 19/9 107/12

108/2 108/16 113/5 117/2 120/4 120/21 121/10 122/3 122/11 123/12 123/17 123/21 123/22 124/8 124/20 133/23 144/20 144/24 145/5 145/25 148/2
**it'll [3]** 68/16 103/10 150/17
**item [1]** 118/17
**items [1]** 70/3
**its [11]** 4/11 6/13 8/21 10/9 11/8 13/24 15/6 16/24 62/15 103/1 109/4
**itself [1]** 10/2

# J

**January [1]** 72/16
**January 20 [1]** 72/16
**JENNIFER [1]** 1/23
**job [4]** 116/6 135/24 137/13 148/16
**John [3]** 70/14 114/8 114/13
**joined [1]** 18/9
**Josef [1]** 128/15
**JOSEPH [1]** 1/18
**judge [12]** 1/10 17/21 29/5 32/22 83/19 85/2 113/24 124/14 140/7 148/17 150/5 151/23
**judgment [4]** 25/6 61/5 74/23 148/9
**judicial [1]** 102/6
**July [1]** 105/17
**June [1]** 19/21
**junior [1]** 104/12
**jurisdictions [4]** 11/4 20/11 47/23 48/2
**just [83]** 5/5 7/5 7/17 8/15 14/1 15/12 19/2 19/5 19/25 20/2 21/7 24/3 29/5 31/9 32/10 32/19 34/12 37/24 39/1 44/15 46/9 50/6 50/11 51/7 51/10 51/18 55/19 59/13 59/18 61/12 62/10 62/13 80/4 80/10 80/12

# J

**just... [48]** 80/23 82/10
82/14 83/23 85/24 86/6
89/21 93/9 98/8 100/10
101/25 103/20 104/10 106/4
109/6 110/7 110/16 111/20
114/1 116/24 116/25 117/17
118/22 119/12 119/21
119/25 120/1 120/2 120/21
123/5 124/20 125/16 125/20
129/6 129/25 130/16 138/9
138/9 138/15 138/24 140/18
141/12 143/5 147/5 147/17
149/23 151/14 151/19
**justify [1]** 62/6
**jut [4]** 79/2 79/3 79/5 79/10
**juts [1]** 80/21

# K

**Kaczenski [5]** 56/24 57/2
57/16 57/17 114/9
**Karen [3]** 13/22 14/8 14/9
**keep [8]** 5/9 63/10 63/14
77/12 84/14 111/4 127/19
127/20
**Ken [1]** 75/5
**kid [1]** 140/4
**kids [29]** 104/20 104/22
105/13 105/21 105/23
105/25 107/15 107/17
107/25 110/9 110/24 111/5
112/1 112/19 116/8 116/9
117/16 120/9 130/2 132/1
136/12 139/1 139/10 139/10
140/19 141/4 141/23 142/1
142/5
**kids' [3]** 130/4 131/24
140/22
**kind [9]** 34/7 65/17 104/2
105/16 106/6 108/16 111/6
144/18 146/23
**Klam [1]** 128/15
**Klussmann [1]** 70/25
**knew [6]** 77/13 107/20

112/23 112/24 126/4
130/12
**know [97]** 4/23 10/25 12/19
16/8 31/11 32/6 34/13 34/16
41/18 60/17 68/7 74/10
74/22 75/22 76/1 76/2 82/20
83/24 84/4 91/4 94/5 105/13
105/16 105/23 106/3 106/23
107/20 107/22 107/23 108/6
108/8 108/8 108/13 108/16
109/8 110/7 111/6 111/11
111/12 111/13 111/20
112/11 112/18 112/20
112/25 113/1 113/2 113/4
114/1 114/3 114/25 115/1
115/8 115/21 116/9 116/11
116/12 116/14 116/17
116/20 116/21 117/1 117/2
117/3 117/10 117/13 117/14
117/15 117/21 118/24 119/1
119/19 119/21 122/10
124/17 124/19 124/19
127/19 128/10 128/14
128/24 129/6 131/18 131/23
134/3 136/17 136/18 136/22
137/4 137/9 137/13 140/4
140/9 141/14 146/23 150/21
150/22
**knowing [1]** 127/21
**knowledge [2]** 10/14 127/9
**known [4]** 23/13 30/2 39/22
62/22
**knows [2]** 60/14 124/22

# L

**labeled [1]** 115/5
**lack [3]** 6/20 80/2 123/1
**LAKE [2]** 1/10 17/21
**Lancaster [1]** 20/22
**land [1]** 102/7
**Landrum [19]** 43/22 43/22
84/9 84/15 85/6 87/16 88/14
88/20 89/24 95/24 96/22
97/2 97/15 101/8 101/12
107/5 117/9 119/16 132/9

**large [38]** 22/15 22/16 23/5
23/9 23/11 27/22 27/24
30/16 30/19 45/9 47/6 47/13
48/1 55/14 63/24 64/4 64/6
64/10 64/20 71/9 71/15 72/1
93/2 93/8 101/11 101/22
116/3 116/19 117/3 133/8
133/16 133/20 134/4 134/12
134/22 137/24 138/7 151/12
**largely [2]** 26/8 104/25
**largest [4]** 40/12 62/24 63/4
70/2
**last [17]** 6/17 9/25 53/23
59/17 61/22 63/8 66/11 85/2
98/6 103/20 108/23 116/13
127/6 129/5 144/2 147/15
147/16
**late [1]** 110/6
**later [4]** 24/7 24/8 29/13
102/18
**Latino [11]** 22/14 22/15
53/4 53/4 53/10 57/25
123/16 124/5 124/8 125/3
132/25
**Latino-preferred [1]** 22/14
**Latinos [1]** 22/12
**law [9]** 6/9 6/10 14/12 14/17
14/23 118/4 143/24 144/9
144/13
**laws [1]** 4/23
**lawsuit [11]** 9/17 9/24 11/10
11/22 12/9 123/4 133/15
134/3 134/4 134/10 134/15
**lawyer [1]** 85/19
**lawyer-friendly [1]** 85/19
**lawyers [4]** 33/3 70/23
148/16 148/18
**lay [1]** 41/24
**layman's [3]** 30/22 49/4
49/5
**lead [2]** 27/22 116/13
**leaders [1]** 69/12
**leading [1]** 36/19
**League [1]** 104/25

**L**

**leagues [1]** 104/23
**learned [1]** 127/11
**learning [1]** 105/24
**least [13]** 5/19 14/17 16/23 31/7 31/9 33/17 37/15 45/5 45/5 67/25 94/15 100/20 144/20
**leave [1]** 13/21
**left [3]** 31/3 122/24 131/10
**left-hand [1]** 122/24
**leftwing [1]** 70/5
**legal [2]** 20/13 41/5
**legislative [6]** 23/7 23/9 24/25 25/2 45/17 45/23
**length [1]** 29/13
**lengthy [1]** 19/4
**less [9]** 7/16 40/7 44/5 47/11 66/15 71/16 77/8 118/16 152/1
**let [8]** 5/5 24/3 34/12 48/1 80/23 82/14 90/23 151/22
**let's [38]** 7/19 29/3 31/10 35/1 35/3 36/5 42/10 48/21 50/6 51/5 52/2 52/22 53/18 55/16 55/25 56/12 56/22 58/22 59/11 60/24 61/9 61/25 63/13 65/20 87/4 96/17 97/8 98/6 100/15 101/4 122/21 123/24 125/6 125/14 126/18 129/19 131/3 132/2
**level [4]** 41/18 69/7 99/4 122/24
**levels [3]** 47/9 47/10 109/20
**Lez [2]** 55/12 55/12
**Lezama [4]** 53/19 55/9 55/13 71/6
**liberal [4]** 108/14 116/1 122/1 123/18
**liberal-friendly [1]** 108/14
**lies [1]** 110/1
**life [1]** 137/20
**lifted [1]** 105/16

146/11
**lightly [2]** 135/21 136/5
**like [43]** 8/25 14/4 16/7 20/1 39/1 45/23 68/15 72/12 72/14 75/11 78/15 83/19 85/9 85/12 89/1 91/21 91/22 92/8 93/9 95/21 98/9 106/1 106/5 106/13 106/22 109/7 113/4 114/15 116/24 117/1 119/10 130/15 130/24 135/16 137/23 145/1 145/5 145/9 145/10 147/24 147/25 148/8 148/13
**likelihood [2]** 25/1 45/15
**likely [10]** 28/16 39/14 39/24 44/5 45/4 46/2 65/12 146/24 148/10 148/10
**likewise [1]** 52/24
**limitless [1]** 70/6
**line [12]** 9/3 14/10 34/20 35/3 35/12 35/13 45/12 47/7 47/24 64/22 66/24 93/12
**Line 1 [1]** 93/12
**line 18 [1]** 14/10
**line 25 [1]** 9/3
**lines [3]** 12/4 19/8 40/20
**Lisa [7]** 95/23 103/23 114/9 114/13 114/23 115/10 133/10
**list [6]** 19/19 114/3 118/22 127/17 127/24 150/24
**listed [1]** 95/12
**listen [1]** 144/19
**literally [1]** 140/18
**literature [5]** 24/22 45/9 47/5 47/22 122/22
**literature's [1]** 91/19
**little [17]** 18/1 66/15 79/2 79/3 79/10 104/3 104/25 105/16 107/9 107/14 111/19 112/7 116/24 117/23 139/13 145/19 147/11
**live [4]** 17/22 17/23 117/7

**lived [2]** 103/24 120/22
**lives [2]** 54/20 70/4
**LLAGOSTERA [1]** 1/14
**LLP [1]** 1/15
**local [12]** 19/1 20/19 41/6 69/4 69/6 69/10 69/12 69/21 69/25 104/23 112/8 127/7
**located [1]** 5/16
**location [1]** 130/7
**locations [2]** 19/7 20/4
**logical [1]** 47/15
**long [9]** 18/8 28/9 63/24 84/14 103/24 119/3 124/3 145/2 150/9
**longer [1]** 136/20
**look [56]** 6/25 7/6 7/19 11/18 29/3 31/15 33/12 36/5 40/14 42/10 43/8 48/21 49/10 50/15 51/5 52/2 52/22 53/18 55/16 55/25 56/12 59/11 60/24 61/9 65/20 68/3 68/10 68/15 78/4 79/1 82/24 84/7 85/22 86/13 91/22 94/18 95/3 95/20 95/22 96/17 97/8 98/6 98/10 100/15 101/11 102/17 110/19 122/21 123/24 125/6 126/18 131/3 132/2 136/10 136/11 147/5
**looked [15]** 11/19 19/8 30/2 34/4 61/22 63/1 67/24 75/23 76/6 77/1 78/7 92/17 100/16 106/5 118/2
**looking [19]** 28/18 31/4 32/13 36/10 36/11 36/12 36/14 39/25 44/10 44/15 68/21 80/16 82/9 83/7 89/2 98/7 106/3 107/5 147/11
**looks [4]** 89/1 96/19 106/13 126/12
**Loosely [1]** 129/13
**Lopez [9]** 55/17 58/23 61/6 71/6 96/20 115/14 115/24

## L

**Lopez... [2]** 115/24 115/24
**lose [1]** 98/2
**losing [2]** 66/12 98/3
**lost [4]** 66/1 97/22 98/4
 135/24
**lot [13]** 57/14 82/20 100/16
 104/22 115/6 116/7 118/1
 118/25 129/1 130/20 137/22
 139/4 140/6
**lots [1]** 118/18
**loud [1]** 136/22
**low [6]** 48/13 50/25 66/22
 74/2 74/14 136/7
**low-income [1]** 48/13
**lower [2]** 70/4 141/25
**LUCAS [1]** 1/19
**lunch [1]** 108/1

## M

**M'LISS [1]** 1/23
**mad [1]** 138/5
**made [19]** 44/20 77/19
 77/22 104/25 105/14 105/15
 105/20 106/5 109/4 113/7
 117/17 133/10 136/5 137/6
 137/23 138/3 138/4 141/21
 142/8
**Mafrige [3]** 56/24 57/2
 114/9
**Mahan [5]** 59/5 61/10 97/2
 115/14 115/18
**Mahan/Downs [2]** 61/10
 97/2
**mail [4]** 6/3 15/1 19/11
 20/14
**mail-in [2]** 19/11 20/14
**maintain [1]** 138/3
**maintaining [2]** 134/11
 151/12
**majority [36]** 12/14 13/10
 22/17 24/19 30/5 30/5 30/7
 30/8 30/8 35/25 37/13 37/16
 45/14 47/3 48/4 62/12 62/14
 62/19 62/20 64/1 68/8
 75/13 75/24 80/17 84/16
 85/4 91/15 92/18 93/17
 99/22 100/2 100/12 101/6
 101/14 125/15 132/25
**majority-minority [2]**
 13/10 84/16
**make [23]** 10/16 10/20
 11/20 12/18 19/15 28/25
 32/6 42/20 77/4 81/14 82/21
 85/25 91/7 116/10 117/4
 120/8 123/16 129/1 136/1
 136/3 137/14 146/18 150/9
**making [8]** 11/10 12/8 94/4
 105/21 110/8 111/23 114/6
 146/7
**mantra [1]** 126/15
**MANUEL [1]** 1/14
**many [8]** 34/13 37/11 44/10
 71/15 91/16 104/25 112/22
 143/3
**map [15]** 37/17 37/25 38/13
 38/15 39/19 76/9 76/10
 77/17 79/6 80/1 80/4 82/9
 82/12 83/15 83/22
**maps [1]** 83/16
**March [1]** 95/5
**March 28th [1]** 95/5
**margin [3]** 40/16 76/21
 77/6
**margins [1]** 39/9
**mark [1]** 39/12
**marked [2]** 15/17 38/16
**married [3]** 53/6 104/4
 104/5
**Marty [3]** 70/23 78/7 80/15
**masking [1]** 121/13
**masks [10]** 107/13 107/21
 108/18 110/24 111/5 111/11
 122/9 122/11 122/13 123/18
**match [2]** 48/3 84/3
**matched [1]** 66/17
**materials [3]** 29/1 29/4 86/3
**mates [3]** 32/22 32/22 150/7
**math [1]** 126/4
**mathematical [1]** 67/1
**mathematically [2]** 40/8
 40/15
**mathematician [1]** 135/12
**matrix [1]** 123/17
**Matt [1]** 69/18
**matter [4]** 9/21 44/10
 143/11 152/10
**matters [2]** 20/7 143/18
**may [33]** 4/2 5/5 5/6 5/7 5/8
 6/2 13/19 15/1 17/25 28/21
 43/14 58/7 82/5 85/14 85/21
 85/23 91/17 95/14 95/14
 95/20 96/17 96/19 97/8
 97/14 98/8 103/1 109/22
 144/24 145/19 148/15
 148/19 151/22 151/22
**May 2022 [1]** 95/20
**May 2023 [1]** 96/17
**May 2024 [2]** 97/8 98/8
**maybe [9]** 33/4 55/2 55/13
 75/6 107/16 110/14 133/5
 148/5 150/18
**mayor [2]** 131/8 131/9
**mayoral [1]** 69/19
**McBride [1]** 133/11
**McKinney [1]** 1/20
**McMann [3]** 97/3 97/5 97/7
**mean [45]** 9/11 15/11 27/23
 38/25 45/19 46/22 49/12
 50/15 51/5 71/15 74/19
 79/20 89/24 90/2 90/6 90/9
 104/20 106/21 106/21 107/2
 107/23 110/4 110/12 111/4
 111/4 111/5 112/19 112/20
 116/17 116/20 117/11
 118/13 119/9 119/19 122/8
 122/9 124/6 124/17 128/9
 130/11 130/12 131/23
 135/23 142/4 151/7
**meaning [4]** 77/11 91/4
 91/4 91/5
**meaningful [1]** 40/25

**means [7]** 31/18 62/23 73/7
77/6 98/22 98/23 99/1
**meant [2]** 36/3 74/3
**Meanwhile [1]** 107/22
**measure [3]** 8/9 33/21
137/8
**mechanical [1]** 2/24
**meet [2]** 80/19 117/25
**meeting [3]** 118/14 118/15
132/22
**meetings [4]** 111/9 111/11
118/7 139/18
**Meier [4]** 73/14 73/21 74/9
75/5
**member [59]** 6/20 8/8 12/15
12/18 20/20 22/18 23/3 23/4
23/8 23/11 24/15 24/20
24/23 24/25 25/2 25/7 25/10
25/21 37/10 44/25 45/10
45/15 45/18 45/24 46/1 46/7
46/11 46/24 47/6 47/8 48/2
48/6 48/8 48/11 65/9 65/11
71/25 72/5 73/2 79/24 80/11
80/14 91/13 91/14 91/25
92/7 103/14 103/21 107/6
116/4 116/12 132/18 133/9
133/16 134/4 134/17 134/19
134/21 142/6
**members [6]** 45/2 46/7
69/12 109/22 118/5 143/4
**membership [1]** 57/22
**memo [1]** 4/9
**memorandum [1]** 15/17
**Memorial [21]** 77/20 102/7
104/12 104/13 104/24
117/19 119/10 119/25 121/1
121/2 125/10 125/16 126/9
138/9 139/1 139/3 139/10
140/1 140/3 140/9 140/16
**memorized [1]** 84/14
**merely [3]** 15/16 41/7
130/20
**messages [3]** 108/11 126/21

**met [1]** 111/17
**methodologies [1]** 25/19
**methodology [11]** 25/15
26/6 27/9 27/13 29/7 31/15
58/16 58/24 59/6 80/2 80/5
**methods [1]** 59/2
**Mettenbrink [1]** 52/23
**mic [1]** 118/11
**Michael [3]** 112/4 112/5
112/6
**Mickey [2]** 131/5 131/7
**microphone [2]** 17/25
103/9
**middle [34]** 36/25 37/7
39/25 40/21 42/8 43/21
43/22 43/23 65/22 76/12
77/14 77/18 77/18 77/21
77/23 78/17 82/3 82/9 82/12
84/8 84/9 84/13 84/15
104/14 106/17 107/3 119/15
119/16 120/1 129/24 130/17
130/19 132/9 132/9
**midpoint [1]** 39/3
**might [20]** 9/16 25/19 27/21
31/1 39/5 46/6 46/12 47/17
54/18 54/21 54/22 55/2 55/5
63/24 64/5 64/7 72/2 85/25
92/21 135/15
**mind [3]** 116/5 122/6
137/15
**Minda [4]** 53/19 107/1
133/2 133/4
**mine [1]** 111/13
**minority [31]** 9/14 11/16
11/24 13/10 23/3 23/6 23/10
23/10 24/15 24/24 25/1 25/4
25/4 26/17 28/1 38/21 45/11
45/16 45/25 46/3 46/7 46/12
46/15 46/16 46/18 46/20
46/21 48/12 73/3 73/9 84/16
**minus [2]** 76/21 77/6
**minute [3]** 32/10 79/17
102/21

**misclassification [1]** 95/15
**misdemeanor [1]** 6/9
**misinformation [1]** 109/12
**missing [3]** 82/4 147/25
150/3
**mission [1]** 120/8
**misspoke [1]** 82/8
**mistake [1]** 32/7
**moderate [2]** 27/19 62/5
**modes [3]** 19/10 20/1 47/23
**modified [1]** 83/22
**moment [6]** 7/5 24/7 32/19
42/24 57/14 62/13
**Monday [2]** 42/5 69/7
**money [2]** 136/19 140/3
**Morace [1]** 58/15
**more [56]** 7/19 8/10 12/15
19/18 19/19 19/21 19/23
22/18 23/9 24/19 25/3 27/6
35/18 35/20 39/14 43/21
44/5 45/25 46/2 46/12 47/11
47/17 48/1 63/15 63/16
63/17 65/12 65/13 74/19
82/20 92/9 99/9 111/12
113/3 114/2 115/10 118/2
118/15 118/22 119/17 130/2
135/24 136/8 137/9 137/11
139/15 139/19 140/3 141/1
142/3 143/3 143/4 143/22
144/3 144/16 148/19
**Moreover [1]** 57/13
**morning [8]** 4/2 4/7 4/8
17/11 67/8 67/9 123/25
143/8
**most [17]** 16/2 19/6 20/12
28/6 31/18 45/4 46/4 70/1
76/13 80/20 104/21 111/7
113/5 118/24 130/25 137/6
148/9
**mostly [3]** 104/21 112/8
118/15
**mothballed [1]** 141/13
**motivated [1]** 124/22

# M

**motivation [1]** 142/12
**move [7]** 6/17 23/1 32/24 80/13 81/21 102/22 104/1
**moved [2]** 141/23 143/11
**moving [1]** 141/4
**MR [8]** 1/14 1/14 1/15 1/18 1/19 1/24 3/8 97/3
**Mr. [47]** 4/10 4/15 6/18 8/14 8/20 9/1 9/4 12/23 13/5 14/4 15/10 15/15 52/7 52/14 52/18 53/7 55/9 55/17 56/4 56/9 56/23 56/24 57/7 57/16 58/14 58/23 59/25 61/6 76/14 76/24 89/15 89/16 96/2 98/25 99/5 100/11 100/12 102/3 103/9 120/13 120/17 125/8 131/7 135/2 143/5 149/12 152/2
**Mr. Abrams [10]** 8/20 9/1 12/23 13/5 15/15 76/14 89/16 120/13 149/12 152/2
**Mr. Abrams's [1]** 9/4
**Mr. Adams [3]** 52/7 52/14 52/18
**Mr. Breed [2]** 55/17 96/2
**Mr. Crawford [8]** 4/10 4/15 6/18 8/14 14/4 15/10 89/15 102/3
**Mr. Drews [2]** 100/11 100/12
**Mr. Earnest [8]** 56/4 56/9 59/25 103/9 120/17 125/8 135/2 143/5
**Mr. Golando [1]** 76/24
**Mr. Gonzalez [1]** 53/7
**Mr. Kaczenski [2]** 56/24 57/16
**Mr. Lezama [1]** 55/9
**Mr. Lopez [2]** 58/23 61/6
**Mr. Mickey [1]** 131/7
**Mr. Perez [1]** 56/23
**Mr. Perez's [1]** 57/7
**Mr. Slattery [3]** 58/14

**MS [6]** 1/22 1/23 1/23 58/15 126/24 127/3
**Ms. [36]** 4/7 5/12 8/19 14/1 50/19 50/24 51/3 51/11 51/14 51/15 52/7 52/15 52/20 52/23 52/23 53/3 53/6 53/14 55/8 56/13 56/24 58/14 58/23 59/5 59/5 61/6 64/3 64/24 66/5 70/22 92/8 96/1 96/3 96/8 114/9 139/25
**Ms. Alpe [4]** 56/13 96/1 96/3 96/8
**Ms. Anderson [2]** 58/23 61/6
**Ms. Bennett [1]** 58/14
**Ms. Caesar [1]** 55/8
**Ms. Dawson [3]** 52/7 52/15 52/20
**Ms. Downs [1]** 59/5
**Ms. Eldizodo [5]** 50/19 51/3 51/14 64/3 92/8
**Ms. Elizondo [1]** 64/24
**Ms. Elizondo's [1]** 70/22
**Ms. Elzado's [1]** 50/24
**Ms. Gonzales [5]** 52/23 53/3 53/6 53/14 66/5
**Ms. Mafrige [2]** 56/24 114/9
**Ms. Mahan [1]** 59/5
**Ms. Mettenbrink [1]** 52/23
**Ms. Porter [5]** 4/7 5/12 8/19 14/1 139/25
**Ms. Vierra [2]** 51/11 51/15
**much [11]** 53/1 55/24 65/12 76/17 100/3 108/24 116/13 121/7 122/11 122/12 143/22
**multi [1]** 86/5
**multi-page [1]** 86/5
**multiple [5]** 56/23 63/2 64/2 86/6 95/13
**municipal [2]** 10/15 69/14
**must [5]** 14/24 41/8 62/21 124/15 131/10

18/11 19/6 26/2 26/2 26/8 26/12 26/18 26/25 26/25 27/18 27/20 27/21 27/25 29/10 33/20 40/11 41/17 41/20 46/13 47/11 48/8 49/6 51/2 53/6 53/23 54/3 54/8 54/8 54/12 54/13 54/13 54/21 54/23 55/4 55/6 56/16 61/1 61/20 62/7 63/23 67/14 68/9 68/14 69/2 74/23 77/16 77/19 78/6 83/10 83/11 83/13 83/21 85/2 85/2 90/20 91/7 91/19 92/5 92/7 92/22 93/5 94/22 94/23 94/23 95/13 97/21 99/18 104/2 104/20 104/22 105/21 105/24 108/5 108/6 108/10 109/12 112/16 112/22 114/5 114/15 116/8 116/9 117/22 118/21 127/15 127/15 128/25 137/20 137/25 140/19 149/2 149/5 150/20
**myself [1]** 77/1

# N

**naive [3]** 106/22 107/4 131/18
**naked [1]** 43/14
**name [2]** 103/12 120/2
**narrative [1]** 110/13
**national [6]** 18/24 42/13 42/16 42/25 43/18 69/20
**Native [1]** 54/5
**naturally [1]** 57/9
**nature [1]** 120/6
**nearly [1]** 39/10
**necessarily [8]** 46/19 57/5 57/25 72/10 75/3 114/4 129/13 150/2
**necessary [6]** 38/20 41/21 46/13 46/15 46/17 145/24
**need [22]** 5/9 62/17 63/11 67/25 78/20 85/17 89/17 105/21 108/22 110/2 117/18

**need... [11]** 119/18 119/22 120/4 127/19 129/6 138/2 147/5 147/22 148/6 149/18 149/20

**needed [8]** 41/18 63/4 67/20 106/1 109/9 111/21 136/19 138/3

**needs [5]** 46/5 46/5 47/16 106/6 149/19

**negative [6]** 31/5 31/14 72/23 73/1 73/11 113/9

**neighborhood [1]** 104/3

**neighborhoods [1]** 77/11

**Neil [1]** 71/6

**neither [2]** 101/13 124/22

**networks [1]** 127/14

**never [10]** 11/19 92/18 100/20 113/11 115/2 127/12 131/11 138/10 139/14 148/17

**nevertheless [1]** 144/3

**new [8]** 15/11 27/5 27/9 27/13 70/9 83/25 137/17 142/1

**newer [2]** 26/6 60/21

**news [2]** 56/16 110/20

**next [10]** 22/21 36/22 63/9 83/19 85/2 87/15 89/6 98/17 128/22 128/24

**Nice [2]** 67/10 67/11

**night [1]** 145/6

**nine [6]** 32/12 47/4 64/19 65/17 66/11 135/12

**nine-year [1]** 65/17

**no [83]** 1/5 9/21 11/13 11/24 13/1 13/4 13/15 17/7 26/12 28/16 28/19 39/24 41/18 44/10 46/7 53/11 54/21 57/7 60/1 60/12 61/19 63/11 64/4 64/10 64/11 66/19 71/2 71/5 71/8 72/2 73/8 73/10 73/10 73/10 73/11 74/12 74/16 76/1 76/25 78/13 79/8 79/12

92/10 93/1 93/18 93/20 94/3 99/9 99/24 100/1 100/4 101/3 102/2 103/18 105/6 106/12 106/18 106/21 113/8 113/11 113/14 116/1 123/5 128/14 130/11 133/2 135/22 136/14 136/20 139/4 139/21 140/2 141/12 142/18 142/22 143/16 147/4 149/24 151/2

**No. [7]** 15/20 81/24 85/13 88/23 89/25 90/3 90/10

**No. 1 [1]** 81/24

**No. 2 [1]** 85/13

**No. 41 [1]** 89/25

**No. 47 [3]** 88/23 90/3 90/10

**No. 874 [1]** 15/20

**nobody [2]** 106/24 129/13

**nobody's [1]** 151/17

**Noel [1]** 53/19

**non [18]** 11/14 11/22 22/25 23/10 24/13 26/15 29/21 30/6 30/17 31/6 31/13 36/18 36/18 54/2 54/7 57/6 66/17 69/8

**non-Hispanic [11]** 24/13 26/15 29/21 30/6 30/17 31/6 31/13 54/2 54/7 57/6 66/17

**non-Hispanics [3]** 11/14 11/22 22/25

**non-minority [1]** 23/10

**non-partisan [1]** 69/8

**non-preferred [2]** 36/18 36/18

**none [2]** 10/12 107/15

**nonpartisan [4]** 60/15 74/2 108/9 108/21

**nonpolitical [1]** 112/25

**normal [3]** 107/24 108/1 111/14

**normalcy [1]** 108/3

**north [13]** 1/20 79/14 119/5 119/16 132/20 132/23 135/20 136/6 136/16 137/12

**north-side [2]** 139/21 142/9

**Northbrook [20]** 43/21 84/8 84/13 85/5 86/22 87/20 90/9 96/5 96/24 97/4 97/17 101/8 101/13 117/9 119/24 132/9 132/10 132/12 136/25 138/1

**northeast [3]** 37/12 43/20 84/7

**not [173]**

**not -- I [1]** 27/18

**note [8]** 53/19 55/14 57/11 60/14 92/21 99/9 99/20 128/20

**nothing [6]** 13/17 67/19 110/14 113/9 135/25 142/21

**notice [5]** 6/1 14/25 16/7 17/1 102/7

**noting [1]** 55/15

**notion [2]** 28/22 139/24

**November [1]** 7/12

**now [55]** 4/19 7/19 18/18 20/23 21/5 23/17 32/3 35/1 35/8 36/5 42/2 42/7 48/14 52/2 52/22 53/18 55/16 55/25 56/12 56/22 59/11 61/22 67/23 71/13 75/11 77/6 83/16 85/9 87/4 93/21 95/20 97/19 98/11 98/21 100/23 103/1 103/22 117/6 118/22 125/6 125/25 131/3 133/2 133/6 133/8 133/15 137/22 141/9 141/20 141/24 141/25 142/5 143/17 145/17 147/22

**null [5]** 72/20 72/23 73/6 73/7 73/7

**number [9]** 8/10 41/10 45/21 49/11 50/10 54/12 64/15 90/4 121/10

**numbered [2]** 22/1 23/20

**numbers [17]** 38/12 41/10 54/12 61/16 82/9 83/14 86/6

**N**

**numbers... [10]** 86/9 87/3 89/12 90/21 91/17 92/20 93/8 95/4 95/7 124/18
**numerous [1]** 109/14

**O**

**o'clock [6]** 58/5 142/25 143/12 143/15 151/24 152/5
**o0o [1]** 152/8
**Oaks [1]** 104/25
**object [2]** 54/25 134/20
**objection [2]** 15/10 143/16
**obliged [1]** 151/7
**obscenely [1]** 147/2
**observe [1]** 64/7
**observed [1]** 65/5
**obtain [2]** 9/15 10/4
**obtained [1]** 125/15
**obvious [1]** 43/14
**obviously [4]** 57/18 84/3 111/12 113/2
**occasion [1]** 66/5
**occupied [1]** 131/7
**occurred [4]** 24/8 53/13 64/7 136/14
**occurring [1]** 142/15
**odds [3]** 66/9 83/6 100/21
**off [6]** 54/22 106/5 118/22 124/21 133/6 152/6
**offense [2]** 6/9 6/9
**offered [1]** 67/14
**offers [1]** 57/24
**office [4]** 28/18 92/3 131/7 150/7
**Official [1]** 2/3
**officially [2]** 5/20 14/19
**officials [1]** 45/11
**often [2]** 69/14 136/22
**often-overlooked [1]** 69/14
**Oh [9]** 63/13 68/17 72/17 81/16 104/20 106/18 117/18 118/20 148/17
**old [2]** 64/22 150/22

**order [3]** 5/22 15/7 74/13
**OLS [2]** 31/7 31/9
**one [87]** 4/18 7/8 12/14 22/18 24/19 27/21 31/1 32/6 32/17 33/22 33/23 37/15 39/22 39/22 40/10 40/10 41/7 42/24 45/5 46/5 46/5 46/5 47/15 52/16 54/15 54/19 57/8 58/13 62/20 62/21 63/15 63/16 63/17 66/11 66/14 70/1 71/25 73/13 75/12 76/6 76/7 78/5 78/5 78/12 78/12 79/11 80/20 80/20 80/24 81/5 81/6 81/15 83/14 84/17 84/17 92/7 94/23 97/13 98/8 100/20 106/25 107/16 108/3 109/11 119/1 119/15 121/2 122/3 122/17 127/1 128/21 133/5 133/23 135/10 136/5 137/2 137/7 137/19 141/2 144/3 145/8 145/17 147/10 147/12 148/5 148/15 151/8
**one-person [4]** 39/22 40/10 80/20 84/17
**one-vote [4]** 39/22 40/10 80/20 84/17
**only [29]** 7/8 7/13 8/5 16/6 44/13 53/8 54/24 62/17 63/4 65/18 66/4 70/21 76/5 77/13 79/14 81/7 81/9 92/8 93/22 100/21 106/25 110/16 117/20 117/22 119/16 128/20 138/21 141/2 146/22
**opening [3]** 121/16 122/13 123/19
**operate [2]** 45/23 108/24
**operating [1]** 136/9
**operations [1]** 120/6
**opine [1]** 70/20
**opining [1]** 67/12
**opinion [21]** 26/25 41/15 59/8 61/13 61/17 66/24 67/21 68/1 68/3 68/11 70/21

**order [3]** 74/16 74/24 75/13
91/2 93/21 111/2 123/11 148/13 151/20
**opinions [5]** 25/24 26/23 27/16 122/16 150/21
**opponent [10]** 51/3 108/6 108/10 110/10 112/11 113/7 121/11 122/4 122/23 124/9
**opponent's [1]** 109/12
**opponents [1]** 51/4
**opportunities [2]** 117/16 142/5
**opportunity [14]** 28/5 28/11 90/16 90/22 91/3 91/20 91/23 91/25 92/12 92/12 93/1 93/3 102/11 118/18
**oppose [1]** 134/16
**opposed [8]** 70/5 79/6 113/12 116/8 117/18 122/7 133/20 144/10
**opposite [6]** 35/18 35/22 36/19 51/16 115/5 116/1
**opposites [1]** 35/22
**opposition [3]** 36/10 109/1 111/3
**optimistic [1]** 151/18
**option [1]** 110/24
**optional [3]** 12/3 12/24 148/7
**oral [1]** 13/22
**order [4]** 4/1 62/21 84/16 133/20
**ordered [1]** 12/16
**ordinary [2]** 31/7 31/9
**orient [1]** 122/6
**oriented [2]** 122/6 126/19
**original [6]** 26/3 63/23 70/21 72/13 95/13 108/4
**originally [2]** 108/17 112/19
**Orr [3]** 126/24 126/24 127/3
**other [56]** 18/22 20/7 21/2 25/18 25/19 29/20 33/3 39/1

**O**

**other... [48]** 41/7 44/13
45/17 46/6 51/18 53/11
53/13 54/5 54/8 54/9 54/18
57/21 64/14 70/14 70/17
71/21 76/25 80/7 80/12
80/19 81/5 81/18 93/17
94/25 98/25 102/13 102/19
106/6 107/12 107/23 107/24
108/16 113/2 115/9 117/18
118/1 119/11 137/5 141/24
142/22 143/18 143/21
144/24 145/11 145/25
147/25 150/20 151/20
**others [4]** 92/8 134/18
141/24 148/6
**otherwise [2]** 60/13 151/21
**our [29]** 9/15 12/17 15/22
15/23 16/15 18/11 45/23
50/10 64/2 70/1 70/4 102/5
104/4 104/25 108/22 109/16
110/9 110/21 117/15 117/16
119/13 119/20 130/2 137/7
137/17 140/25 141/15 143/6
147/13
**ours [1]** 147/20
**ourselves [1]** 11/20
**out [37]** 8/11 15/12 38/20
44/7 49/1 53/23 55/3 66/9
66/14 74/15 79/3 79/6 79/10
94/24 100/20 106/13 107/17
110/13 111/21 113/10
116/16 117/3 117/12 117/22
118/25 119/10 120/1 125/24
127/14 127/24 128/3 135/12
136/18 136/19 136/20
136/22 152/2
**outcome [3]** 28/16 68/4
102/1
**outcomes [2]** 48/10 66/2
**outlined [1]** 123/13
**outside [5]** 12/20 20/22 94/2
106/3 112/7
**over [16]** 20/13 22/10 23/1

71/22 81/21 87/3 89/22
105/1 119/23 120/4 127/5
**overlapping [1]** 78/25
**overlooked [1]** 69/14
**overrides [1]** 101/18
**overt [1]** 113/6
**overwhelming [2]** 43/24
64/15
**overwhelmingly [1]** 36/18
**own [2]** 60/20 145/3

**P**

**P.C [1]** 1/19
**p.m [1]** 152/7
**package [1]** 117/12
**page [62]** 3/3 9/3 12/4 14/10
22/1 22/6 22/6 22/10 22/10
22/21 22/23 23/20 23/20
29/3 32/14 32/18 33/3 33/6
33/8 36/7 37/17 37/19 37/24
38/16 42/10 43/2 44/19
45/12 47/7 47/24 48/21
48/22 49/7 49/24 50/10
50/13 61/25 63/8 63/8 63/9
63/14 63/15 63/16 63/17
69/17 72/14 72/16 72/19
73/14 73/21 73/22 86/5 86/9
87/15 88/25 89/6 93/10
95/22 97/1 98/9 99/8 99/19
**page 1 [2]** 48/22 49/7
**page 10 [3]** 42/10 43/2
44/19
**page 11 [3]** 72/14 72/16
73/14
**page 12 [1]** 45/12
**page 13 [1]** 47/7
**page 15 [1]** 47/24
**page 18 [1]** 33/6
**page 19 [2]** 32/18 33/8
**page 2 [4]** 22/6 22/10 23/20
63/8
**page 266 [1]** 73/21
**page 3 [5]** 22/10 29/3 49/24
50/13 63/8

**page 34 [1]** 12/4
**page 40 [1]** 14/10
**page 5 [1]** 98/9
**page 58 [1]** 93/10
**page 6 [3]** 36/7 99/8 99/19
**page 8 [3]** 37/17 37/24
38/16
**pages [4]** 8/22 31/25 36/22
86/6
**pages 31 [1]** 8/22
**pages 5 [1]** 31/25
**pages 7 [1]** 36/22
**pairs [1]** 44/10
**Panda [1]** 132/7
**paper [2]** 19/25 20/2
**papers [1]** 20/4
**paperwork [1]** 129/5
**paradigm [1]** 145/9
**paragraph [2]** 74/1 99/20
**pardon [1]** 142/7
**parent [1]** 130/19
**parents [11]** 74/5 74/15
74/18 74/19 106/23 112/18
112/20 114/2 128/7 131/24
139/7
**parking [1]** 130/20
**Parks [1]** 69/24
**part [25]** 9/18 13/11 42/7
45/8 47/4 47/21 68/11 69/5
69/9 71/25 75/8 75/12 94/19
95/1 115/1 119/10 121/6
127/3 132/11 137/13 150/18
150/19 151/3 151/8 151/8
**participant [1]** 132/6
**participate [4]** 28/20 28/23
64/10 82/5
**participated [1]** 8/5
**participating [1]** 107/22
**participation [2]** 65/14
123/19
**particular [4]** 71/22 106/17
110/2 124/18
**particularly [7]** 92/23

**particularly... [6]** 104/24
105/24 106/11 109/3 110/13
125/3
**parties [5]** 59/25 69/13
69/25 145/18 147/12
**partisan [9]** 68/4 68/10
68/12 69/8 70/17 108/9
122/7 122/11 122/19
**partisanship [2]** 60/13
70/12
**partnership [3]** 132/8
136/18 136/24
**Parts [1]** 124/1
**party [15]** 60/10 60/16 69/1
69/3 69/7 69/10 69/11 69/18
69/20 69/23 70/1 108/10
108/10 115/2 115/5
**Party's [1]** 70/9
**Pasadena [1]** 20/22
**pass [5]** 8/13 67/4 120/12
134/23 138/14
**passed [1]** 117/15
**passing [1]** 145/6
**past [6]** 18/23 19/3 20/6
20/17 62/23 132/5
**patently [1]** 109/14
**Path [1]** 132/7
**pattern [4]** 43/14 56/19
60/2 121/7
**patterns [3]** 62/9 94/25
124/4
**pause [1]** 62/13
**paying [2]** 105/8 114/2
**peer [1]** 55/1
**people [20]** 31/2 41/9 44/3
44/7 44/12 50/4 54/1 70/21
75/2 105/21 108/13 112/23
113/9 127/14 127/15 128/10
137/18 137/24 138/4 138/11
**per [3]** 65/24 140/4 140/10
**percent [87]** 6/19 8/5 8/10
28/13 35/4 37/14 39/4 39/11
39/16 40/7 40/13 40/16

41/13 44/17 45/20 45/20
50/24 51/15 52/13 53/22
54/12 55/13 62/20 63/3
64/17 76/21 76/22 77/6 77/8
80/25 86/15 86/19 86/22
86/25 87/6 87/8 87/11 87/13
87/16 87/18 87/21 87/23
88/1 88/4 88/7 88/10 88/15
88/18 88/21 89/4 89/7 89/10
89/25 90/3 90/7 90/10 90/21
95/8 95/12 95/15 95/17
98/14 98/14 98/15 98/18
98/21 98/23 99/1 99/2 99/2
99/10 99/12 99/12 99/13
99/13 124/9 124/10 125/21
126/5 126/8 135/4 135/13
135/14 135/16 136/9 142/2
144/21
**percentage [30]** 34/5 35/9
38/20 59/19 86/15 86/23
86/25 87/6 87/8 87/11 87/13
87/16 87/18 87/21 87/23
87/25 88/3 88/6 88/9 88/14
88/17 88/20 89/7 89/9 89/24
90/6 95/8 98/12 126/1
135/16
**percentages [6]** 39/11 43/3
84/20 89/21 93/6 99/13
**Perez [7]** 56/23 57/1 70/14
90/25 114/8 114/13 146/10
**Perez's [1]** 57/7
**perfectly [1]** 106/22
**perform [1]** 107/7
**performance [2]** 19/12 20/4
**performed [1]** 60/20
**perhaps [2]** 124/17 149/9
**period [12]** 7/7 7/16 9/9
24/2 26/10 28/9 65/17 65/22
66/4 118/10 127/20 138/20
**periods [1]** 118/8
**permission [1]** 14/3
**person [15]** 4/19 6/3 6/4
15/1 39/22 40/10 47/1 78/5
78/12 80/20 84/17 91/20

**personal [1]** 148/7
**personality [1]** 112/8
**personally [2]** 51/8 138/8
**persons [1]** 36/23
**perspective [2]** 121/25
122/4
**persuasion [3]** 46/9 46/17
65/19
**persuasive [2]** 46/6 46/12
**pertains [1]** 5/13
**petition [2]** 6/20 7/17
**petitions [1]** 8/10
**Pew [1]** 18/24
**philosophical [1]** 121/25
**physical [1]** 141/16
**physically [1]** 111/10
**pick [3]** 4/9 44/7 58/11
**Picking [1]** 100/8
**picture [1]** 123/6
**pictures [1]** 125/12
**pie [5]** 51/7 51/13 59/12
95/4 95/10
**piece [2]** 54/18 117/13
**pieces [3]** 46/4 76/13 109/11
**Piney [1]** 10/21
**Piney Point [1]** 10/21
**PIPEline [13]** 112/17
112/18 127/3 128/6 128/7
128/11 128/13 129/3 129/8
129/12 129/15 131/20
131/20
**place [2]** 54/14 89/25
**placed [1]** 116/18
**plaintiff [9]** 1/4 1/13 64/2
102/4 106/10 110/12 114/19
135/3 149/1
**plaintiff's [113]** 3/4 4/15
6/25 7/3 7/20 7/23 15/18
19/13 19/17 21/8 21/11
21/17 21/19 21/21 21/23
22/2 25/12 26/4 26/19 29/3
31/24 31/25 32/16 33/7
33/10 35/2 36/6 36/8 38/16

**P**

**plaintiff's... [84]** 43/2 43/6
43/11 44/19 44/23 45/13
48/14 48/22 49/23 50/13
51/5 51/9 51/21 52/4 52/6
52/22 53/18 53/25 55/5
55/16 55/19 55/25 56/3 56/5
56/12 56/22 58/11 58/13
58/22 59/4 59/11 59/12
60/24 60/25 61/3 61/9 61/22
63/12 65/20 65/21 72/13
75/17 78/15 78/16 78/17
78/18 78/21 78/22 79/6
79/25 81/1 81/4 81/12 81/24
82/25 83/1 83/2 95/3 98/7
100/15 101/1 101/4 101/16
107/6 122/21 122/22 123/7
123/24 125/7 126/4 129/20
129/22 131/3 132/2 132/3
144/21 145/2 145/8 145/11
145/20 146/3 146/4 146/14
150/6
**plaintiffs [5]** 144/6 144/7
145/23 149/6 149/21
**plan [27]** 12/15 22/19 23/3
24/21 25/7 25/10 25/22
37/10 37/18 44/25 45/4 48/6
48/8 48/11 81/19 92/7
134/17 149/3 149/13 149/19
149/21 149/23 151/1 151/8
151/15 151/17 151/19
**plans [1]** 150/8
**platform [1]** 110/23
**play [2]** 69/8 91/23
**played [3]** 60/1 70/13 70/18
**playing [2]** 68/12 107/22
**please [26]** 7/1 7/21 17/11
17/14 17/21 19/5 21/13 22/6
24/12 27/7 31/24 43/8 48/21
62/1 68/15 81/5 83/16
102/25 103/3 103/5 103/12
106/8 108/19 123/24 125/7
129/20
**plurality [11]** 62/11 62/14

62/17 62/19 62/22 62/24
64/13 100/1 100/8 100/9
100/11
**plus [3]** 62/20 76/21 77/6
**point [16]** 6/17 8/2 10/21
28/3 28/9 33/2 38/23 38/25
39/2 39/3 39/10 83/21 88/24
110/5 119/1 148/11
**pointed [1]** 111/21
**points [3]** 23/12 34/1
109/21
**polar [1]** 35/22
**polarization [5]** 9/10 44/23
59/1 60/3 60/11
**polarized [45]** 9/8 9/11 9/22
9/25 10/9 10/15 10/23 11/4
11/5 11/9 22/12 24/1 25/15
26/7 26/14 27/2 27/14 27/19
29/10 29/24 30/1 31/18
35/16 35/24 36/20 49/14
50/1 52/12 52/25 55/9 55/21
56/10 56/17 56/20 57/1
58/18 58/20 59/3 59/9 59/21
61/7 61/14 61/18 62/5 63/22
**police [5]** 141/9 141/10
141/15 141/16 141/21
**policies [7]** 25/3 28/19
45/24 46/2 46/16 47/6 70/6
**policy [10]** 18/12 18/14
44/14 46/6 47/18 47/22
52/19 57/10 62/15 109/23
**political [6]** 18/7 20/10
28/21 59/25 73/23 130/2
**politically [1]** 22/13
**politics [5]** 18/12 68/4 68/10
68/12 70/18
**poll [2]** 19/9 20/3
**polling [3]** 19/7 20/4 89/25
**polls [2]** 127/16 127/22
**popped [2]** 108/16 110/5
**population [55]** 11/20
12/14 12/25 13/3 13/8 13/13
22/15 22/18 24/19 28/1 37/4
37/7 37/14 37/25 38/1 38/3

38/21 39/5 39/15 39/18
39/21 40/3 40/4 40/5 40/6
40/7 40/14 41/2 41/3 41/4
41/7 41/10 41/14 47/3 48/4
68/7 78/8 80/18 80/22 81/17
81/22 81/23 83/1 83/2 91/15
91/17 92/1 93/17 101/6
101/7
**populations [3]** 81/11 81/23
82/2
**pork [1]** 71/16
**Porter [6]** 4/7 5/12 8/19
14/1 128/21 139/25
**portion [3]** 84/8 84/8 85/5
**position [13]** 9/20 10/11
18/6 88/13 97/14 99/21
118/3 122/3 122/4 124/13
133/16 133/19 134/16
**positions [7]** 25/2 29/23
45/17 70/7 108/6 121/16
123/12
**positive [6]** 28/16 31/3 31/5
31/13 73/10 82/18
**possible [10]** 37/15 75/24
99/1 99/4 99/7 143/9 143/10
143/25 143/25 148/21
**post [11]** 62/23 104/25
108/20 108/25 109/11 110/2
110/2 110/4 112/3 143/23
147/23
**post-trial [2]** 143/23 147/23
**posted [1]** 126/23
**postponed [2]** 128/18
128/19
**potential [8]** 37/9 39/8 48/5
69/25 77/15 123/7 127/25
143/21
**pounds [1]** 31/11
**powerful [1]** 131/21
**practically [1]** 139/21
**practices [1]** 23/7
**precinct [41]** 29/19 34/4
34/13 34/23 35/6 85/5 85/6

**P**

**precinct... [34]** 85/11 85/11 86/14 86/16 86/19 86/21 87/5 87/10 87/15 87/20 87/25 88/6 88/14 88/20 88/23 89/3 89/6 89/12 90/3 90/7 95/23 96/1 96/3 96/5 96/5 96/8 96/22 97/2 97/4 97/15 97/17 100/25 107/5 107/7

**precincts [17]** 29/16 29/18 33/24 34/9 35/18 35/20 45/2 85/10 92/16 100/24 100/25 106/20 107/2 125/16 125/23 126/9 126/10

**precise [1]** 39/2

**precluding [1]** 151/11

**precondition [2]** 75/15 76/5

**preconditions [3]** 66/25 67/12 93/22

**predict [1]** 92/4

**prediction [2]** 28/8 91/7

**prefer [3]** 47/2 57/5 64/11

**preference [3]** 25/4 54/3 100/1

**preferences [16]** 23/10 45/6 45/25 46/3 46/11 46/23 47/2 47/22 48/3 52/19 53/9 57/11 62/8 65/12 124/16 125/3

**preferred [66]** 11/16 11/24 22/14 23/4 23/6 24/15 26/17 27/25 28/3 28/5 28/6 28/10 28/11 28/17 28/19 30/3 30/6 30/7 30/8 30/15 30/18 30/20 34/9 34/17 34/23 36/1 36/4 36/17 36/18 36/18 41/22 45/11 46/16 53/15 53/15 55/13 57/17 57/25 62/11 62/12 63/25 64/6 64/8 64/13 64/21 65/18 65/24 65/25 66/6 66/7 66/10 66/22 90/17 90/22 91/21 92/2 92/25 93/4 94/5 94/12 94/20 98/3 124/9 124/16 125/1 125/1

**prepared [3]** 21/16 21/17 21/19 21/21 21/24 24/8 39/19 125/2

**preponderance [1]** 148/1

**prescribed [2]** 5/23 14/19

**presence [1]** 59/21

**present [6]** 1/22 72/6 109/20 123/7 144/7 144/11

**presentation [1]** 133/10

**presented [2]** 101/17 135/3

**president [3]** 103/17 103/22 124/2

**press [5]** 68/25 69/5 69/17 69/23 70/13

**pressed [1]** 71/13

**presumably [1]** 57/20

**presumes [1]** 54/7

**pretty [3]** 106/22 106/23 129/14

**prevent [1]** 30/8

**primarily [5]** 74/5 74/18 79/23 112/18 131/25

**principal [6]** 5/2 5/15 14/12 15/6 16/13 16/24

**principal's [1]** 14/13

**principals [5]** 4/11 15/6 15/23 16/16 138/1

**principals' [1]** 16/17

**principle [2]** 39/23 40/10

**principles [2]** 67/14 69/6

**prior [8]** 75/24 94/6 104/18 105/4 113/18 113/22 122/25 133/11

**prioritize [1]** 141/14

**private [1]** 14/13

**probability [1]** 67/2

**probably [13]** 47/12 51/12 78/20 112/12 118/22 119/11 119/17 119/20 126/7 148/4 148/20 148/22 150/12

**procedure [1]** 9/18

**procedures [4]** 15/16 18/13 20/14 62/18

**proceedings [3]** 2/24 13/21

**process [5]** 29/8 144/19 145/2 149/22 151/3

**processes [1]** 65/6

**produce [7]** 25/3 25/20 45/24 46/2 47/9 51/13 72/2

**produced [6]** 2/25 7/3 7/23 37/5 64/12 108/12

**producing [1]** 65/11

**profession [2]** 38/18 41/9

**professional [3]** 19/18 19/20 109/21

**professor [1]** 18/7

**program [14]** 53/24 60/21 109/25 112/9 112/11 132/4 132/4 132/8 132/11 132/12 132/16 136/17 136/23 137/2

**programmer [1]** 144/16

**programming [2]** 136/16 136/18

**progress [1]** 110/21

**prohibits [1]** 118/4

**promising [1]** 110/21

**pronounced [1]** 57/16

**proper [1]** 40/2

**property [1]** 70/3

**proportion [11]** 29/19 33/23 36/12 36/14 42/8 43/23 45/20 49/12 50/18 73/9 84/12

**proportional [5]** 23/5 24/24 34/10 45/19 45/19

**proportions [1]** 51/10

**proposal [6]** 145/10 147/15 147/16 147/17 150/9 151/10

**proposals [2]** 145/4 145/11

**propose [2]** 143/23 144/1

**proposed [43]** 32/4 32/9 33/2 33/6 33/8 33/9 39/15 39/20 41/14 41/23 42/3 42/3 76/6 77/17 79/1 79/13 79/14 79/20 79/24 80/9 81/24 82/2 82/10 83/2 83/15 83/15 84/10 85/3 90/13 93/13

# P

**proposed... [13]**  101/1
107/6 144/8 144/10 144/11
144/12 144/14 144/21 145/2
145/4 146/3 146/12 149/13
**proposition [4]**  6/20 7/14
74/10 74/12
**propositions [1]**  69/9
**provide [5]**  19/18 80/16
90/21 109/19 146/25
**provided [3]**  15/8 15/18
16/2
**provision [3]**  5/13 14/1
141/10
**provisions [1]**  4/23
**proximity [1]**  130/21
**PTA [2]**  111/9 140/10
**public [16]**  14/13 18/12
18/14 44/14 45/10 47/12
118/7 118/10 120/6 129/1
131/7 132/22 133/16 134/2
139/19 139/21
**publication [1]**  55/2
**publications [4]**  19/3 19/19
19/22 19/24
**publicly [2]**  134/15 134/21
**publish [1]**  127/17
**published [4]**  19/7 19/25
20/2 42/19
**pull [4]**  17/25 78/16 119/10
129/19
**pulse [1]**  111/23
**purple [1]**  82/24
**push [4]**  106/1 106/6 109/6
109/8
**pushing [3]**  115/22 117/12
117/21
**put [19]**  6/21 19/4 19/13
21/7 21/12 28/15 31/23 32/1
44/6 62/15 80/23 81/3 81/18
81/20 83/10 83/16 112/23
141/7 150/24
**puts [1]**  51/6
**putting [3]**  54/6 109/12

# Q

**Qs [2]**  12/19 13/12
**quadrant [1]**  37/13
**quarters [1]**  39/10
**question [33]**  12/23 14/11
15/13 15/15 16/1 16/9 16/11
16/17 16/21 30/14 30/17
31/16 44/4 66/24 75/6 76/15
77/16 79/18 82/7 83/6 83/11
84/5 85/2 91/9 91/11 92/5
93/12 99/19 118/21 135/20
138/15 147/7 147/10
**questions [17]**  8/16 8/20
8/25 9/4 13/2 13/5 13/12
13/16 23/12 23/17 25/14
100/4 100/17 102/2 135/2
135/19 142/22
**quibble [2]**  55/5 147/4
**quibbling [1]**  139/5
**quick [5]**  27/8 127/6 143/5
147/8 147/10
**quickly [1]**  100/15
**quite [3]**  60/17 117/1
120/22
**quote [6]**  69/23 73/7 109/17
112/23 129/25 131/11
**quotes [1]**  69/17

# R

**race [43]**  9/12 10/4 11/20
42/9 42/12 44/4 49/11 49/13
50/5 51/6 51/11 52/11 52/23
56/13 57/13 57/20 58/14
58/23 59/5 59/14 59/15
59/18 59/18 59/24 61/10
61/23 62/4 89/4 96/20 97/2
108/21 110/5 113/10 115/5
115/11 121/22 124/18
124/23 127/12 128/13 130/2
131/14 131/15
**races [8]**  50/2 59/21 60/8
69/8 96/19 126/16 127/7
127/10

**racial [21]**  9/10 27/24 29/13
29/20 43/12 44/8 44/17
44/22 46/24 53/24 54/4
54/13 55/3 57/21 58/25 60/2
60/11 73/23 95/12 113/7
122/7
**racially [44]**  9/7 9/11 9/21
9/24 10/8 10/14 10/23 11/4
11/9 22/12 23/25 25/15 26/7
27/2 27/14 27/19 29/10
29/24 30/1 31/18 35/16
35/24 36/20 43/16 49/14
49/25 52/11 52/25 55/9
55/21 56/9 56/17 56/19 57/1
58/18 58/20 59/3 59/8 59/21
61/7 61/14 61/18 62/5 63/22
**radical [1]**  70/5
**radio [2]**  112/6 112/8
**raise [2]**  107/12 145/22
**raised [3]**  55/1 144/22
148/8
**ran [16]**  50/7 61/12 97/24
98/4 106/10 107/1 108/5
113/12 114/8 114/9 114/10
116/1 121/9 128/16 133/23
134/8
**random [2]**  44/6 44/10
**randomly [1]**  44/2
**range [3]**  40/13 50/24
109/19
**ranges [1]**  50/21
**ranks [1]**  108/24
**rarely [1]**  148/19
**rate [4]**  64/16 66/16 66/17
147/3
**rates [1]**  147/4
**rather [1]**  64/25
**ratio [1]**  59/16
**rationale [4]**  40/23 46/1
46/4 46/9
**rattled [1]**  124/20
**raw [1]**  44/16
**reach [5]**  23/18 25/5 31/19
135/15 150/23

**read [42]** 8/25 9/3 9/4 9/6 9/10 9/11 9/15 9/17 9/19 9/20 10/2 10/7 10/12 10/13 10/17 10/18 10/25 11/2 11/6 11/7 11/12 11/14 11/18 11/21 12/1 12/4 12/8 12/11 12/12 12/17 12/23 13/21 14/9 16/22 65/9 69/5 69/15 74/6 75/4 76/16 93/12 93/17
**readily [1]** 57/8
**reading [2]** 17/5 33/20
**reads [1]** 74/2
**ready [1]** 115/20
**real [10]** 91/2 91/3 91/3 91/6 91/25 92/12 126/21 127/5 147/7 147/10
**realize [1]** 64/3
**realized [1]** 93/1
**realizing [1]** 33/17
**really [17]** 32/13 64/10 105/8 106/24 107/2 110/7 111/23 115/2 116/7 116/24 129/1 137/13 138/4 138/4 146/22 147/24 150/25
**reanalyzed [1]** 48/17
**reason [8]** 28/19 54/12 60/11 64/10 79/5 79/11 101/5 115/20
**reasonable [5]** 67/1 91/20 91/22 147/3 150/23
**reasons [2]** 52/17 80/3
**reassess [1]** 105/18
**rebuild [3]** 117/18 119/13 141/2
**rebuilding [1]** 141/4
**rebuilt [9]** 119/11 119/12 119/13 119/15 119/17 140/19 140/22 140/25 141/2
**recall [8]** 16/1 65/16 126/7 132/21 132/22 133/25 135/5 135/7
**receive [1]** 98/11
**received [3]** 15/25 50/19

**recent [5]** 7/19 19/6 19/23 70/14 70/18
**recently [4]** 20/12 115/7 119/19 119/25
**recess [7]** 58/4 58/6 102/21 102/22 102/24 107/22 152/7
**recognize [5]** 5/12 23/12 23/16 54/4 86/2
**recognized [2]** 57/8 80/19
**recollection [1]** 97/21
**recommendation [2]** 44/20 44/21
**record [7]** 28/25 38/15 42/2 53/3 103/12 152/6 152/10
**record's [1]** 93/9
**recorded [1]** 2/24
**RECROSS [1]** 138/16
**RECROSS-EXAMINATION [1]** 138/16
**recruitment [2]** 19/9 20/3
**Redbud [1]** 1/20
**Redirect [4]** 3/8 8/17 100/6 134/25
**redrawing [1]** 20/20
**reduce [1]** 137/8
**reenforced [1]** 26/25
**reevaluate [1]** 105/19
**refer [7]** 19/16 31/8 32/3 33/1 50/4 73/13 93/9
**reference [5]** 32/9 72/21 73/16 130/13 134/7
**referencing [1]** 73/19
**referred [2]** 8/22 46/13
**referring [1]** 9/1
**reflect [10]** 16/23 19/17 34/3 37/18 47/12 52/11 52/24 55/9 56/25 124/15
**reflected [5]** 34/1 38/1 56/9 60/7 78/22
**reflecting [1]** 45/6
**reflects [10]** 7/4 7/24 41/24 53/3 56/13 58/14 59/20 82/13 124/7 125/14

**regard [4]** 13/24 20/15 33/5 33/8 42/2 48/5 52/22 55/8 62/15 131/20 133/8 138/18 139/18 139/24
**regarding [7]** 14/1 18/13 25/21 40/3 70/10 76/9 93/21
**register [1]** 92/1
**registered [4]** 8/3 41/6 91/17 92/9
**registrar [9]** 5/16 5/20 6/3 6/5 6/5 6/6 14/14 14/18 15/2
**registrars [2]** 6/8 14/1
**registration [5]** 4/13 5/21 14/19 16/4 16/25
**regression [2]** 30/14 30/23
**regular [1]** 118/14
**regularly [2]** 21/1 150/7
**regulations [2]** 102/7 109/24
**relate [1]** 4/24
**related [1]** 110/21
**relates [1]** 143/20
**relationship [8]** 9/12 29/19 30/25 60/12 72/23 73/2 73/10 73/11
**relationships [1]** 35/17
**relative [1]** 136/7
**relatively [3]** 40/2 40/3 135/25
**release [5]** 68/25 69/5 69/17 69/23 70/13
**relevant [2]** 23/13 80/1
**reliability [2]** 80/3 80/5
**reliable [1]** 43/1
**relied [2]** 40/24 54/19
**relief [1]** 151/11
**rely [1]** 42/17
**relying [2]** 42/1 42/11
**remainder [2]** 51/17 110/4
**remaining [1]** 52/4
**remarks [1]** 113/7
**remedial [2]** 149/3 149/19
**remedy [1]** 148/24
**remember [7]** 8/19 67/16

**remember... [5]** 78/11 94/23 119/4 125/12 140/7
**reminder [1]** 130/1
**remotely [1]** 105/24
**remove [1]** 137/2
**render [1]** 67/20
**rendering [2]** 68/3 70/21
**Repeat [2]** 27/7 42/25
**repeats [1]** 87/2
**replace [2]** 136/16 137/3
**replaced [1]** 136/23
**replacement [1]** 44/6
**replicated [1]** 27/13
**report [96]** 21/15 21/17 21/19 21/21 21/23 22/2 22/6 23/18 23/20 23/24 24/4 25/12 25/13 26/3 26/4 26/10 26/12 26/18 26/19 27/3 27/21 28/12 28/12 29/1 30/10 30/13 33/11 33/13 33/20 36/7 36/8 36/22 37/17 37/20 38/16 42/7 43/3 43/25 44/19 44/20 45/8 46/13 47/4 47/21 48/14 48/16 48/18 49/6 49/7 49/9 49/17 49/18 49/23 49/24 49/24 51/2 51/17 51/21 51/24 53/23 54/8 54/23 55/4 55/18 56/5 58/16 61/19 61/22 62/1 62/3 62/7 63/8 63/11 63/20 63/23 72/13 72/14 72/16 73/6 73/19 73/21 73/22 75/9 75/19 76/7 86/3 92/22 93/5 94/22 94/23 95/5 98/6 98/7 98/9 99/8 99/19
**reported [6]** 16/13 72/20 72/22 72/23 73/1 93/5
**REPORTER [3]** 2/2 2/3 152/13
**reporter's [1]** 146/23
**reporting [1]** 8/2
**reports [10]** 21/5 24/8 26/5 26/9 27/4 27/20 27/25 43/20

**represent [9]** 35/5 47/2 65/12 65/12 81/23 83/1 116/14 116/19 117/22
**representation [26]** 20/21 23/6 24/23 24/24 24/25 25/3 44/25 45/10 45/15 45/18 45/19 45/22 45/24 46/2 47/9 47/14 47/22 47/23 48/3 64/4 65/10 73/3 73/8 75/1 75/2 93/8
**representative [11]** 6/13 13/23 14/8 46/8 46/15 46/19 46/19 46/22 46/22 46/25 73/10
**representatives [2]** 45/21 73/9
**represented [4]** 52/18 77/15 114/19 125/20
**representing [3]** 71/21 138/9 138/10
**represents [1]** 46/23
**Republican [14]** 68/8 69/1 69/3 69/7 69/9 69/11 69/18 69/20 69/23 70/9 108/10 114/20 114/23 123/18
**Republicans [6]** 56/15 60/9 114/25 115/4 115/25 122/12
**request [4]** 12/4 42/20 44/24 44/24
**requested [1]** 102/9
**required [3]** 6/8 15/9 40/16
**requirement [5]** 41/5 62/19 62/19 62/20 84/18
**requirements [2]** 5/2 40/9
**requires [4]** 5/15 5/19 5/25 62/20
**research [15]** 18/10 18/11 18/13 18/23 18/25 19/6 19/8 42/19 44/13 45/14 47/25 48/7 65/8 65/8 68/1
**residents [1]** 122/16
**resides [1]** 6/4
**resources [3]** 109/19 109/22

**respect [12]** 25/25 39/18 41/23 58/17 59/4 64/24 77/11 78/1 102/9 125/2 125/25 142/12
**respectfully [1]** 150/4
**response [1]** 16/2
**responses [3]** 15/21 16/18 16/22
**responsibilities [1]** 4/19
**responsibility [4]** 4/22 110/7 148/12 149/3
**responsible [1]** 127/15
**responsive [6]** 23/10 25/3 45/25 46/3 146/12 146/16
**responsiveness [1]** 48/12
**rest [4]** 102/4 102/19 117/20 138/2
**result [12]** 45/4 52/21 55/20 61/13 64/12 64/24 65/25 66/16 74/9 92/6 101/15 101/16
**results [22]** 25/20 25/23 26/22 31/19 43/11 49/20 49/22 52/3 56/8 56/13 58/25 61/3 61/4 61/5 61/11 61/20 61/20 66/1 102/10 106/9 124/3 125/18
**resume [1]** 19/14
**retention [2]** 19/9 20/3
**return [1]** 109/7
**review [4]** 55/1 102/11 125/17 139/17
**reviewed [6]** 29/2 29/4 59/13 59/18 65/9 101/21
**revisit [1]** 148/7
**Ricardo [1]** 71/3
**Rice [3]** 18/7 18/8 20/24
**RICHARD [10]** 1/24 19/13 21/12 22/20 31/23 43/9 50/10 62/1 63/7 129/19
**rid [2]** 122/9 122/13
**ride [1]** 19/5
**RIENSTRA [1]** 1/24

**right [91]** 5/10 5/17 6/10
6/21 7/17 8/1 13/18 14/5
15/7 16/9 16/20 17/8 21/5
24/11 31/3 31/22 34/6 35/1
36/5 38/15 42/15 49/21 52/2
52/8 53/16 57/17 58/7 63/19
71/13 75/9 75/11 76/25
78/10 78/14 78/24 79/2
81/15 82/16 86/1 95/16
95/17 100/13 101/4 103/17
103/22 104/4 106/14 111/6
113/23 117/6 117/10 118/12
118/22 120/6 122/21 123/22
124/2 124/24 125/14 126/14
126/16 127/9 128/2 129/16
129/18 130/3 130/17 130/23
132/14 132/18 133/6 133/7
133/24 134/6 134/9 135/8
135/9 136/19 138/23 139/1
139/3 139/9 139/24 141/3
141/4 141/23 144/6 147/21
151/13 151/24 152/4
**right-hand [1]** 8/1
**Rights [1]** 23/14
**Rinaldi [1]** 69/18
**rise [4]** 65/13 132/11 136/16
136/23
**RMR [1]** 2/2
**ROBERT [4]** 1/15 17/10
17/18 17/23
**Roeder [1]** 1/19
**role [9]** 15/11 60/1 68/4
68/12 69/8 70/13 70/17
121/24 124/2
**Roman [1]** 29/4
**Rome [1]** 1/15
**roster [1]** 127/13
**roughly [1]** 135/13
**round [5]** 149/2 149/17
150/13 150/15 150/16
**roust [1]** 127/24
**rule [3]** 12/3 30/2 80/20
**rules [4]** 5/22 41/21 72/9

**run [24]** 28/4 28/10 28/18
92/3 92/9 93/3 93/19 98/2
100/19 105/10 106/25
107/11 108/4 122/6 122/8
124/17 126/12 127/12
128/13 128/15 128/20
128/23 129/10 149/6
**running [12]** 31/3 63/5 64/2
65/23 92/9 97/14 104/18
105/12 112/25 128/11
128/16 128/18
**runs [1]** 65/21
**Rusk [1]** 2/3
**Rutherford [3]** 73/14 74/9
75/5
**Rutland [1]** 17/23

# S

**sad [1]** 137/13
**saddest [1]** 137/19
**sadly [1]** 64/12
**safety [1]** 141/14
**said [12]** 16/7 28/19 68/14
76/19 77/16 78/12 92/5
92/24 113/9 118/3 129/5
136/22
**sake [2]** 148/7 148/7
**salaries [1]** 118/4
**same [44]** 25/14 30/17 32/4
33/7 34/24 35/10 35/20
36/15 37/19 44/3 44/7 44/8
44/12 51/17 51/22 51/24
53/1 55/20 58/16 58/24 59/2
59/3 59/6 59/6 59/8 59/17
60/6 61/3 64/22 64/23 64/24
66/6 77/4 81/5 82/2 86/21
86/21 87/3 115/20 119/9
120/5 137/10 144/18 145/5
**sat [1]** 111/17
**satisfied [1]** 67/1
**satisfies [1]** 149/25
**satisfy [3]** 39/22 75/14 76/5
**save [1]** 136/19
**savvy [2]** 126/21 126/22

63/22
**say [23]** 27/1 31/10 36/16
41/19 43/24 46/12 54/3 55/2
57/7 65/15 70/12 72/20
74/21 90/16 95/14 110/12
117/18 118/11 119/9 119/22
120/3 127/15 129/21
**saying [5]** 69/18 69/24
128/22 132/22 151/2
**says [12]** 14/17 14/23 34/8
35/4 35/8 95/11 98/18
108/21 109/11 109/18
110/20 129/25
**SBISD [10]** 15/19 103/14
104/16 105/4 110/20 114/8
126/23 130/3 130/14 132/18
**SBMSA [1]** 107/23
**schedule [16]** 119/13 137/8
137/10 138/3 138/22 139/3
139/7 139/12 139/14 139/20
143/23 146/21 146/24 147/5
150/20 151/19
**schedule's [1]** 139/12
**schedules [2]** 137/16 138/19
**scheduling [3]** 138/18 143/1
143/18
**scholarly [2]** 24/22 55/6
**scholarship [2]** 19/3 65/2
**school [112]** 1/7 4/12 4/24
5/13 5/19 5/20 6/4 6/8 7/4
13/24 14/7 14/13 14/18
14/18 20/16 20/17 20/19
20/21 21/2 22/11 22/13
24/18 36/25 37/8 40/21 42/8
42/9 43/21 43/22 43/22
43/23 45/5 45/17 48/6 52/19
65/15 68/13 69/14 69/19
70/2 70/10 73/24 74/3 77/18
77/20 77/21 77/23 78/17
82/3 84/8 84/9 84/13 84/15
103/20 104/1 104/12 104/13
104/14 105/14 105/15
105/18 105/22 105/25

**school... [49]** 106/17 107/3 107/16 107/17 108/3 108/22 108/23 109/13 109/15 109/18 110/24 112/19 112/25 114/3 114/6 116/9 117/19 118/4 119/3 119/15 119/17 120/6 121/16 122/9 124/3 130/4 130/17 130/20 132/1 132/19 132/23 136/4 136/24 136/25 137/18 137/25 138/21 139/1 139/11 139/18 141/8 141/14 141/16 141/18 142/1 142/7 142/12 142/15 151/13

**school's [4]** 5/16 107/9 119/11 139/3

**schools [46]** 5/3 16/5 40/1 43/16 74/4 74/18 75/2 76/13 77/14 104/7 104/11 105/17 106/24 109/1 109/3 109/5 111/24 116/21 119/14 120/1 121/5 121/6 121/24 122/12 122/13 123/19 135/19 136/6 136/9 136/12 136/13 137/7 137/11 137/12 138/19 139/21 139/25 140/22 140/24 140/24 141/2 141/24 141/25 142/9 142/14 142/17

**science [6]** 18/7 18/24 28/21 45/9 47/5 47/21

**scientist [1]** 43/17

**scone [1]** 82/12

**SCOTT [1]** 1/15

**screen [11]** 19/13 21/8 31/24 32/15 68/16 78/16 81/3 81/5 81/15 83/17 85/21

**seams [1]** 140/20

**seat [2]** 46/5 134/17

**seated [3]** 17/14 102/25 103/5

**seating [1]** 18/1

**second [25]** 21/17 25/12 25/23 25/24 26/9 42/14 46/9

51/17 59/14 69/17 72/22 73/22 74/1 74/2 87/2 88/25 88/25 93/21 97/1 134/7 150/19

**secretary [1]** 5/23

**section [4]** 5/12 6/1 23/14 146/10

**Section 11052 [1]** 146/10

**Section 13.046 [1]** 5/12

**Section 2 [1]** 23/14

**secure [1]** 8/9

**see [44]** 4/11 7/20 28/7 30/17 33/10 34/12 34/24 35/11 36/16 43/12 47/13 50/22 51/14 53/1 55/2 55/4 55/11 65/17 67/11 72/21 73/16 79/3 79/9 81/13 81/21 98/18 99/20 101/14 101/16 110/4 110/21 115/10 117/10 118/24 123/3 125/14 127/13 130/5 139/7 145/1 148/12 151/20 151/24 152/4

**seeing [1]** 142/13

**seek [2]** 148/19 151/5

**seem [3]** 48/3 71/24 72/4

**seemed [2]** 106/1 109/7

**seems [2]** 44/9 60/5

**seen [12]** 16/6 43/6 47/1 55/14 68/25 109/4 117/12 120/25 123/4 124/11 133/10 133/12

**segment [1]** 71/22

**segments [2]** 72/4 72/6

**segregated [1]** 43/16

**segregation [2]** 44/17 44/22

**select [2]** 31/15 109/22

**selected [1]** 34/4

**self [4]** 56/15 60/9 60/13 115/25

**self-identified [4]** 56/15 60/9 60/13 115/25

**sell [3]** 117/13 117/18 147/2

**Senate [4]** 17/17 143/21

**sense [5]** 70/5 91/4 108/3 146/7 146/18

**sent [1]** 105/14

**sentence [1]** 74/2

**sentiment [1]** 131/13

**separate [2]** 33/12 49/7

**separately [2]** 33/13 67/24

**SEPTEMBER [3]** 1/11 3/3 152/12

**series [4]** 30/13 65/16 86/6 111/6

**serve [2]** 5/15 14/14

**served [4]** 20/6 20/11 114/4 120/9

**service [1]** 120/19

**services [2]** 47/13 141/10

**set [2]** 15/21 110/11

**seven [16]** 12/15 17/17 22/19 24/20 25/11 40/1 45/1 45/2 66/11 80/11 80/14 84/20 119/20 138/20 144/24 148/5

**seven-district [2]** 22/19 24/20

**seven-hour [1]** 119/20

**seven-member [3]** 12/15 80/11 80/14

**seventh [1]** 104/13

**several [6]** 18/25 72/19 72/20 72/23 127/5 127/6

**Shadows [4]** 132/7 141/1 141/7 141/18

**shaking [1]** 99/18

**shall [3]** 14/14 14/19 109/18

**Shannon [5]** 97/3 97/5 97/7 115/14 115/18

**share [32]** 15/23 29/17 29/21 30/7 30/15 30/18 31/5 31/12 33/24 34/3 34/7 34/8 34/8 34/10 34/16 34/22 34/23 35/6 35/10 35/14 36/13 36/15 37/7 45/21 50/16 50/20 50/23 50/24

**share...** [4]  66/21 78/8 98/24 137/9
**shared** [1]  76/25
**shares** [2]  46/22 94/22
**she** [14]  53/4 53/15 64/3 104/2 108/11 108/12 111/4 122/24 122/25 129/25 133/5 140/5 142/10 147/2
**She's** [1]  133/6
**ship** [1]  145/8
**ships** [2]  145/6 145/7
**short** [1]  147/24
**shot** [2]  147/15 147/16
**should** [5]  25/10 27/1 54/3 55/2 118/21
**show** [13]  5/5 81/4 81/6 81/7 81/9 91/17 91/21 95/21 101/13 101/22 112/4 112/5 112/6
**showed** [5]  51/2 69/2 127/17 127/22 135/3
**shown** [11]  16/19 33/7 37/19 59/16 75/17 80/7 81/12 82/3 82/12 82/25 127/6
**shows** [8]  45/14 50/14 52/17 54/8 65/23 106/9 124/25 126/4
**sic** [17]  4/3 10/9 10/21 50/16 50/24 51/3 51/15 53/25 55/5 64/3 71/6 92/8 97/3 97/5 97/7 101/16 127/8
**side** [25]  8/1 32/1 32/1 115/9 119/16 121/6 121/7 122/24 125/10 125/20 126/9 130/9 132/20 132/23 136/6 136/11 136/15 136/16 137/11 137/12 138/4 139/21 141/18 142/9 150/17
**signal** [1]  64/9
**signature** [2]  20/14 152/13
**signed** [1]  35/17
**significance** [2]  65/6 143/20

**significant** [8]  9/3 30/25 30/5 49/25 73/8 73/11 92/23 126/1
**significantly** [2]  23/8 144/2
**signify** [1]  35/15
**SIM** [1]  1/10
**similar** [5]  31/14 39/21 44/5 61/21 123/1
**Similarly** [1]  64/5
**simple** [3]  44/3 149/22 151/14
**simplest** [3]  28/15 31/17 44/2
**simplify** [1]  13/21
**simply** [14]  30/14 30/24 35/6 37/3 47/12 50/4 55/1 62/23 66/21 66/22 76/10 92/11 125/22 125/23
**simulated** [1]  93/19
**since** [5]  32/25 67/23 93/23 94/18 134/15
**single** [60]  6/20 8/8 12/15 12/18 20/20 22/18 23/3 23/4 23/8 23/11 24/15 24/20 24/23 24/25 25/2 25/7 25/10 25/21 37/10 44/25 45/4 45/10 45/15 45/18 45/24 46/1 47/6 47/8 48/2 48/6 48/8 48/11 50/3 65/9 65/11 71/25 72/5 73/2 76/20 77/7 77/10 79/24 91/13 91/14 91/25 92/7 96/8 107/6 116/4 116/12 133/9 133/16 134/4 134/17 134/19 135/10 137/7 142/6 142/14 148/8
**single-district** [1]  45/4
**single-member** [44]  6/20 8/8 12/18 20/20 22/18 23/3 23/4 23/8 23/11 24/15 24/20 24/23 24/25 25/2 25/7 25/10 25/21 37/10 44/25 45/10 45/15 45/18 45/24 46/1 47/6 47/8 48/2 48/6 48/8 48/11 65/9 65/11 72/5 79/24 91/14

**significant** [8]  9/3 30/25 116/12 133/9 134/4 134/17 134/19
**sir** [23]  4/21 68/18 72/16 90/24 103/18 104/8 104/12 105/6 106/12 106/15 113/14 120/24 121/3 121/8 121/12 121/15 121/20 121/23 122/2 122/5 132/11 133/22 140/2
**sit** [2]  117/4 141/13
**sites** [3]  11/1 130/8 130/9
**sitting** [3]  107/21 107/25 110/15
**situation** [2]  38/25 150/5
**six** [4]  10/1 66/11 92/17 133/5
**Six-one** [1]  133/5
**size** [4]  30/8 39/22 40/4 80/22
**skimmed** [1]  123/5
**SKY** [3]  132/8 132/15 136/18
**skyrocketed** [1]  113/25
**slanted** [1]  35/3
**Slattery** [10]  58/14 97/9 97/16 97/18 97/19 98/11 98/25 99/5 99/12 114/10
**slightly** [1]  61/16
**slope** [3]  31/3 31/10 31/12
**slopes** [3]  31/5 36/19 51/2
**small** [9]  34/8 54/11 111/18 116/16 116/20 116/21 116/22 117/23 140/14
**smallest** [1]  40/12
**snapshot** [1]  51/18
**so-called** [3]  23/13 40/9 66/25
**social** [4]  43/17 45/8 47/4 47/21
**solely** [1]  131/25
**solicit** [1]  129/8
**some** [37]  8/20 19/2 20/1 20/10 20/10 28/2 28/8 44/4 50/2 54/9 57/21 63/1 65/6

**some... [24]** 95/12 101/21 110/14 111/20 111/25 115/7 117/2 117/2 118/13 122/22 135/19 136/3 138/4 138/19 141/5 141/16 143/17 145/21 148/2 148/6 148/9 148/13 149/18 149/20

**somebody [3]** 81/3 106/1 106/6

**someone [2]** 57/24 76/11

**something [14]** 11/18 33/19 63/22 82/4 90/23 112/3 116/23 119/1 127/6 137/3 140/11 144/1 146/20 147/24

**something's [1]** 55/15

**sometimes [2]** 38/23 62/22

**soon [3]** 102/10 143/24 150/24

**sorry [20]** 7/9 23/1 27/7 27/8 49/2 56/1 60/25 63/13 68/20 73/17 81/16 84/6 91/10 97/6 97/7 99/16 113/19 115/24 121/19 129/22

**sort [14]** 50/8 64/18 64/18 65/16 105/16 106/4 107/10 109/8 110/5 112/23 117/11 128/10 128/12 134/20

**Sotto [1]** 89/15

**source [3]** 37/6 42/18 43/1

**south [12]** 79/14 119/6 121/6 121/6 125/10 125/20 126/9 130/9 136/11 136/15 137/11 138/4

**south-side [4]** 125/10 125/20 126/9 138/4

**SOUTHERN [1]** 1/1

**space [1]** 141/13

**Spanish [1]** 99/25

**speak [6]** 82/11 103/10 118/21 128/11 137/22 150/8

**speak -- well [1]** 118/21

**speaking [1]** 120/4

**special [3]** 23/2 24/4 26/16

**specific [2]** 27/6 120/21

**specifically [1]** 43/21

**spell [1]** 27/10

**spend [2]** 141/5 152/1

**spending [8]** 23/7 47/5 47/9 47/10 47/12 47/17 70/6 71/16

**spent [2]** 104/22 119/24

**Sperandio [2]** 129/2 129/25

**spite [1]** 57/18

**sporting [1]** 118/25

**sports [2]** 104/23 104/24

**spring [76]** 1/6 6/24 8/21 10/22 12/20 12/21 13/24 14/7 22/11 22/13 22/16 24/1 24/18 25/10 25/25 29/11 29/14 37/16 40/22 43/23 44/23 45/6 48/6 48/11 53/10 54/10 60/1 65/15 68/4 68/7 70/18 74/3 77/18 77/20 77/23 93/22 94/2 94/5 94/20 96/9 96/10 96/14 101/22 103/2 103/24 104/3 104/6 104/11 104/14 104/19 104/24 105/1 117/9 117/24 119/2 119/24 125/11 125/11 125/16 125/17 126/10 126/10 130/17 130/19 131/14 132/7 133/20 134/15 134/16 137/1 138/1 140/14 141/1 141/7 141/18 151/12

**Spring Branch [50]** 6/24 8/21 12/20 13/24 14/7 22/11 22/13 22/16 24/1 24/18 25/10 25/25 29/11 29/14 37/16 40/22 44/23 45/6 48/6 53/10 54/10 60/1 65/15 68/4 68/7 70/18 77/23 93/22 94/2 94/5 94/20 96/9 101/22 103/24 104/6 104/11 104/14 104/19 104/24 105/1 117/24 126/10 130/17 130/19 131/14 134/15 134/16 137/1

**Spring Branch's [1]** 12/21

**Spring Valley [1]** 104/3

**square [3]** 125/17 126/6 126/10

**squares [2]** 31/7 31/9

**stadium [1]** 120/2

**staff [1]** 109/22

**stand [4]** 102/22 106/1 137/18 147/9

**standard [5]** 13/9 13/11 30/11 75/12 148/1

**standpoint [2]** 43/17 122/19

**stands [1]** 117/6

**stark [1]** 108/18

**start [9]** 9/3 35/3 78/6 78/8 105/18 116/23 116/24 143/12 150/21

**started [5]** 29/6 105/10 108/17 114/2 148/16

**starting [3]** 52/4 85/24 142/25

**starts [1]** 22/10

**stat [1]** 82/13

**state [13]** 5/23 14/12 14/17 19/1 20/12 20/12 20/13 41/6 73/1 103/12 118/4 136/2 136/8

**state's [1]** 54/24

**stated [3]** 48/22 67/19 134/21

**statement [5]** 12/10 71/14 72/8 74/8 148/18

**states [4]** 1/1 1/10 14/12 18/15

**statistic [1]** 44/12

**statistical [9]** 30/22 37/19 39/8 48/18 48/24 49/3 49/13 51/10 67/1

**statistically [3]** 9/7 23/25 49/25

**statistician [1]** 33/17

**statistics [5]** 33/1 42/16 42/25 43/19 44/16

**status [1]** 121/16
**statute [4]** 5/15 6/19 15/5 15/9
**stay [2]** 13/19 109/8
**Steering [2]** 128/6 129/3
**Stein [18]** 17/10 17/16 17/18 17/21 17/23 33/17 58/8 58/11 63/19 67/8 68/12 68/25 70/8 86/2 89/20 90/12 100/3 150/6
**Stein's [5]** 33/11 63/8 123/25 124/4 124/13
**stenography [1]** 2/24
**step [3]** 34/12 48/1 114/7
**stepped [2]** 106/24 129/14
**stereotype [1]** 57/24
**sticking [1]** 68/19
**still [9]** 55/21 56/17 62/6 84/17 102/15 107/18 107/25 110/17 115/7
**stipulated [3]** 40/6 49/6 92/21
**stone's [1]** 130/16
**stood [1]** 112/21
**stop [1]** 24/3
**stopped [1]** 92/21
**strategy [1]** 127/11
**Stratford [8]** 119/24 137/18 138/10 138/20 139/4 139/7 139/15 139/20
**street [3]** 10/21 17/23 141/23
**strong [2]** 24/22 62/10
**strongly [2]** 48/9 131/6
**struck [1]** 31/17
**structures [1]** 133/12
**stuck [1]** 18/2
**student [8]** 5/21 6/2 14/20 14/25 15/7 16/25 17/1 43/3
**students [10]** 4/12 42/8 43/24 48/10 48/13 74/15 74/20 105/1 109/19 136/24
**studies [4]** 72/20 72/22

**study [6]** 73/14 73/14 73/19 74/11 75/8 124/6
**stupid [2]** 64/22 64/25
**subdivisions [1]** 77/11
**subject [3]** 4/9 5/22 134/11
**subjects [2]** 18/17 19/3
**submission [1]** 149/12
**submit [8]** 17/2 102/6 144/18 146/9 146/11 147/12 149/12 149/13
**submitted [2]** 6/2 15/1
**subsequent [3]** 20/5 54/23 67/23
**substance [2]** 63/9 83/8
**substantially [2]** 7/16 139/19
**substantiated [1]** 26/8
**substantive [1]** 61/25
**substantively [3]** 36/9 55/6 61/20
**substitute [1]** 132/16
**subtle [1]** 113/7
**succeed [1]** 91/23
**successful [1]** 130/25
**successfully [1]** 45/16
**such [7]** 9/21 11/11 23/2 24/14 30/4 70/14 71/16
**sufficient [9]** 22/25 24/18 30/8 36/1 41/15 46/14 46/17 47/11 90/20
**sufficiently [7]** 11/15 11/23 22/16 24/13 26/15 30/16 30/19
**suggest [3]** 47/25 65/9 71/16
**suggested [3]** 25/18 63/23 92/22
**suggesting [2]** 57/14 64/25
**suggests [1]** 150/11
**Suite [3]** 1/16 1/20 2/3
**summarize [2]** 66/1 89/21
**summarized [1]** 42/7
**summarizes [1]** 43/3

**summary [3]** 23/21 24/11 49/16
**super [1]** 130/3
**superintendent [1]** 15/22
**superior [1]** 25/19
**supplement [1]** 147/17
**supplemental [2]** 55/18 58/13
**supplementary [1]** 49/17
**supplemented [2]** 147/19 147/19
**supplied [1]** 77/2
**support [15]** 11/25 28/19 35/19 35/20 42/3 42/6 51/3 98/17 99/21 113/4 114/23 129/6 129/8 129/12 144/17
**supported [13]** 18/22 18/25 28/7 30/9 51/14 52/14 52/14 52/15 52/20 57/10 93/2 114/12 114/14
**supporters [3]** 113/9 127/1 127/25
**supports [1]** 44/23
**suppose [1]** 105/9
**supposed [1]** 108/8
**sure [22]** 12/6 27/11 28/25 32/5 60/14 82/14 82/22 85/15 104/20 108/12 110/8 114/6 114/25 120/8 120/20 122/19 123/10 125/5 131/23 139/16 151/3 151/9
**surname [8]** 53/4 53/7 54/17 54/20 54/24 57/8 57/21 57/24
**surname-only [1]** 54/24
**surnamed [2]** 57/5 57/18
**surnames [1]** 57/10
**surprise [1]** 124/10
**survey [8]** 15/21 15/21 37/5 38/19 39/1 39/1 39/9 41/11
**surveyed [1]** 4/11
**suspect [2]** 80/20 93/4
**switch [1]** 89/17
**sworn [6]** 17/12 17/13

**sworn...** [4] 17/18 103/3 103/4 103/6
**swung** [1] 112/15
**system** [8] 45/10 64/20 116/3 116/4 117/3 133/20 134/12 151/12
**systems** [4] 71/10 71/15 71/16 72/8

**T**

**table** [26] 37/19 37/24 38/1 38/4 38/7 38/12 39/19 42/10 43/2 46/5 50/14 50/15 50/17 50/17 50/22 80/23 80/24 81/4 81/4 81/11 81/22 82/25 83/14 98/10 98/11 134/18
**Table 1** [16] 37/24 38/1 38/4 38/7 38/12 39/19 80/23 80/24 81/4 81/4 81/11 81/22 82/25 83/14 98/10 98/11
**Table 2** [3] 42/10 43/2 50/17
**tact** [1] 77/12
**take** [19] 7/5 15/24 34/12 49/1 58/4 78/1 80/23 83/25 102/6 102/21 105/10 113/15 116/5 116/6 118/11 135/7 148/11 150/9 150/17
**taken** [12] 14/8 31/24 43/6 51/18 53/7 58/6 102/24 134/15 135/21 138/7 138/10 152/7
**takes** [6] 51/5 52/6 59/12 59/15 59/17 61/3
**taking** [4] 39/8 116/19 137/15 146/4
**talk** [17] 6/13 6/23 35/14 62/13 67/10 70/25 71/3 71/6 85/9 86/7 112/6 141/5 142/25 143/17 147/1 147/5 148/3
**talked** [6] 66/25 70/22 107/9 115/6 128/25 151/17

**talking** [9] 13/12 20/15 35/12 98/8 102/14 131/10 133/3 137/16 145/14
**taller** [2] 31/2 31/2
**tally** [1] 127/13
**tapes** [1] 139/17
**task** [1] 65/1
**taught** [2] 18/17 110/9
**tax** [1] 70/3
**taxes** [1] 70/4
**taxing** [2] 23/7 47/5
**TEA** [1] 102/9
**teachers** [6] 74/5 74/15 74/18 74/20 75/3 109/7
**teaching** [1] 18/20
**technical** [3] 91/4 91/5 117/16
**technically** [1] 126/21
**technique** [5] 29/12 48/18 48/25 49/4 54/24
**technologies** [1] 25/18
**technology** [2] 26/7 27/5
**tell** [22] 16/11 17/22 23/23 29/5 33/18 33/19 33/22 34/20 51/7 92/3 95/23 98/21 104/10 112/5 112/17 114/11 114/14 114/22 115/16 115/19 116/3 138/8
**telling** [3] 10/18 131/18 150/25
**tells** [4] 34/22 35/6 35/16 50/18
**ten** [3] 47/21 66/14 100/21
**tend** [2] 47/9 152/1
**tended** [2] 49/9 49/9
**tended to** [1] 49/9
**tends** [2] 54/1 118/25
**term** [9] 9/11 28/21 36/2 38/23 38/25 41/2 41/3 43/25 46/18
**terminate** [1] 132/8
**terminated** [1] 132/15
**terms** [6] 12/20 29/10 31/8 40/4 49/4 49/5

**test** [1] 44/15
**testified** [4] 17/18 37/11 82/10 103/6
**testify** [1] 114/18
**testifying** [1] 56/20
**testimonial** [1] 138/24
**testimony** [11] 8/24 14/9 41/24 42/1 42/5 67/15 80/8 98/1 123/25 130/14 144/16
**testing** [1] 49/14
**tests** [1] 49/14
**Texans'** [1] 70/3
**TEXAS** [24] 1/1 1/16 1/16 1/20 2/4 4/23 5/1 13/25 13/25 17/24 20/19 69/1 69/3 69/7 69/10 69/11 69/18 69/21 69/24 70/9 109/17 144/22 145/24 146/9
**text** [7] 108/11 126/20 126/21 128/4 129/24 131/4 144/15
**textual** [1] 48/21
**than** [35] 7/16 8/10 35/25 39/14 40/7 40/12 47/13 48/18 49/5 51/8 57/21 77/8 82/3 82/21 93/17 99/10 102/19 113/3 118/2 118/22 130/2 135/24 137/11 139/15 139/20 140/4 140/6 141/22 143/21 144/3 144/24 145/11 145/19 148/19 152/1
**thank** [24] 4/4 5/10 12/2 13/15 13/18 17/8 18/4 22/7 33/14 33/15 42/23 58/9 62/1 67/5 72/17 72/18 84/22 85/16 100/3 120/14 120/19 138/13 142/21 142/23
**that** [753]
**that's** [109] 9/18 10/25 11/18 13/11 15/17 18/1 26/21 28/24 29/4 33/3 34/14 34/15 34/19 40/2 41/19 42/1 42/15 44/12 45/22 49/21 57/14 58/17 73/12 74/10

**that's... [85]** 74/13 74/22 74/23 74/25 75/7 75/17 76/7 76/15 76/19 78/14 83/3 83/5 83/24 84/4 86/17 86/24 87/1 87/7 87/9 87/12 87/14 87/17 87/19 87/22 87/24 88/2 88/5 88/8 88/11 88/16 88/19 89/5 89/13 94/8 97/23 98/1 98/7 98/16 98/16 101/3 103/16 104/21 105/22 107/24 109/2 110/9 110/18 112/21 112/21 116/17 116/18 116/23 117/10 117/13 117/16 117/20 117/23 118/6 118/12 119/15 119/17 120/6 125/24 126/7 127/7 127/23 128/2 129/17 131/16 135/9 135/18 135/22 136/22 137/14 138/11 138/23 139/9 140/14 141/4 141/16 142/2 147/21 149/5 151/9 151/14

**their [44]** 15/7 16/13 17/2 19/11 28/6 28/11 28/19 30/18 30/18 31/2 34/16 36/4 41/11 41/16 48/13 52/18 57/10 57/20 57/21 60/16 74/11 90/14 91/21 93/15 94/13 98/3 104/10 107/15 107/17 109/22 118/11 123/13 127/14 131/24 139/12 142/14 145/3 145/9 145/12 146/4 147/12 147/16 147/17 149/23

**theirs [1]** 147/19

**them [36]** 8/5 11/15 11/23 13/6 15/8 21/7 23/2 24/14 26/16 32/1 44/6 54/6 57/20 71/14 77/12 80/21 81/21 90/16 102/15 102/16 102/17 104/8 107/15 118/12 124/6 127/24 136/11 136/20 137/2 137/22 143/5 143/7 144/5 150/8 150/9 151/14

**themselves [1]** 40/1

**then [55]** 6/16 12/20 15/17 25/5 29/18 30/11 30/13 32/11 32/23 34/10 35/8 38/9 38/12 47/16 51/21 51/24 55/8 69/17 72/19 72/25 77/2 77/2 78/7 80/18 89/3 97/22 97/24 104/22 105/16 108/6 108/8 109/17 112/1 113/15 114/23 115/14 115/21 117/23 119/25 124/19 128/24 129/1 132/8 139/24 143/6 146/2 147/6 147/18 149/2 149/6 149/7 149/9 149/21 151/15 151/19

**theory [3]** 110/5 121/22 137/9

**there's [21]** 7/8 14/11 28/19 45/20 53/19 55/21 71/14 79/10 103/9 107/23 109/17 115/1 115/6 117/2 118/13 125/9 145/21 147/24 148/1 148/5 148/6

**thereafter [1]** 123/4

**Therefore [1]** 39/14

**these [44]** 12/19 13/12 29/8 32/4 32/17 33/1 34/24 35/17 35/23 36/7 36/20 37/8 40/1 40/19 42/19 47/2 47/10 57/15 57/19 60/14 61/1 64/25 65/11 65/13 77/13 80/3 80/20 81/16 84/14 92/20 93/5 93/6 93/8 95/4 100/9 105/21 105/21 111/20 126/16 126/21 127/10 142/8 148/2 150/8

**they [83]** 4/12 6/9 8/9 12/17 12/21 15/24 15/24 16/22 26/2 26/2 26/23 26/25 26/25 26/25 27/17 28/2 28/4 28/23 30/4 33/4 33/19 34/3 38/14 40/2 40/15 40/17 41/8 41/20 44/5 46/23 46/24 47/11 52/10 57/10 61/17 63/4 64/6

64/11 64/25 67/3 70/3 72/9 91/21 96/14 101/3 101/14 102/1 104/10 104/16 105/20 105/25 107/25 110/24 111/22 111/23 112/24 114/15 114/16 116/1 116/1 125/3 127/16 128/16 128/18 129/15 130/12 132/17 134/16 135/18 136/7 136/10 136/19 138/2 138/3 139/2 140/20 140/22 144/4 145/22 145/25 146/9 147/15 148/18

**they'll [1]** 147/18

**they're [22]** 35/22 54/11 68/19 101/25 107/20 107/21 107/21 107/22 107/25 114/25 117/1 119/9 119/21 120/5 134/22 136/12 136/12 136/13 137/1 139/4 141/6 151/7

**they're -- the [1]** 101/25

**they've [3]** 102/16 128/1 147/19

**thing [6]** 64/22 74/13 117/20 135/22 137/5 138/18

**things [12]** 30/25 105/8 106/24 107/17 107/24 108/6 110/8 111/20 113/2 115/8 119/10 137/19

**think [78]** 26/11 28/13 28/24 32/6 33/20 36/2 40/18 40/23 43/18 45/14 45/22 45/22 47/19 49/24 51/12 51/14 52/13 56/1 57/7 64/22 68/14 68/19 71/13 74/20 75/1 75/3 76/15 80/4 82/8 82/9 90/4 91/6 91/24 92/11 101/25 106/25 107/16 110/14 111/21 111/21 111/23 112/7 112/12 112/15 114/1 114/3 114/22 115/3 115/5 117/1 122/10 126/20 128/9 129/5 133/2 135/9 135/18 136/17 137/19

**think...** [19] 138/21 139/6 140/12 142/20 142/24 145/24 145/25 146/22 146/24 147/22 147/24 148/1 148/4 148/5 148/6 149/18 149/20 150/10 151/8

**thinking** [1] 145/21

**third** [10] 21/19 26/4 26/10 51/21 54/8 59/15 87/4 93/21 94/23 104/14

**thirds** [2] 39/6 86/9

**this** [174]

**thorough** [1] 150/23

**those** [72] 7/13 11/1 11/4 12/18 18/17 23/16 28/5 29/14 29/15 29/16 29/17 29/22 30/21 31/8 33/11 33/13 35/19 40/24 41/4 46/23 47/1 48/4 49/10 54/15 55/2 63/5 67/24 70/7 71/13 71/24 72/5 73/9 74/4 74/17 78/25 83/14 86/7 87/3 89/22 90/3 90/10 92/2 92/18 93/2 94/8 94/16 99/13 100/25 102/18 108/2 108/14 108/21 110/8 111/11 114/14 121/6 122/3 122/10 122/14 123/12 123/21 123/22 125/23 132/13 138/1 141/4 141/23 141/24 142/1 142/5 145/7 147/2

**though** [4] 52/10 64/12 68/10 133/6

**thought** [8] 25/19 57/8 79/23 80/8 105/20 122/2 128/23 128/25

**three** [26] 12/6 17/16 17/17 33/3 39/10 57/13 57/15 66/11 66/24 67/12 67/14 94/4 97/13 98/15 107/18 114/14 119/17 125/10 125/16 125/23 126/8 131/10 137/21 148/6 148/14 149/11

**three-quarters** [1] 39/10

**threshold** [2] 7/17 41/18

**through** [17] 8/22 10/5 12/4 12/6 16/22 19/5 24/5 28/9 49/10 63/14 65/22 86/9 100/23 117/11 129/9 135/23 142/9

**throw** [1] 130/16

**tie** [2] 96/11 96/12

**tied** [1] 96/14

**tight** [2] 50/21 130/2

**till** [3] 102/22 143/12 151/19

**time** [52] 8/2 14/4 16/1 17/9 23/23 24/6 26/10 34/12 37/25 39/19 44/12 49/1 55/15 64/23 65/16 66/4 67/19 67/20 67/25 68/9 68/9 78/4 78/12 81/9 100/3 104/21 104/22 106/19 107/4 107/20 110/5 110/15 110/16 111/9 111/13 111/17 119/2 119/24 128/11 129/10 130/11 131/8 131/14 131/25 131/25 134/10 141/5 142/15 142/24 149/18 149/20 152/1

**times** [2] 64/2 109/4

**today** [7] 19/21 20/16 108/22 110/20 130/1 130/1 133/19

**together** [5] 21/1 112/19 112/24 117/11 150/8

**told** [8] 76/16 119/2 128/7 129/3 138/1 138/2 148/16 150/11

**tomorrow** [5] 143/7 143/12 150/20 151/25 152/4

**too** [6] 27/8 66/22 110/6 136/21 151/18 151/18

**took** [15] 9/20 26/19 37/3 39/24 67/16 67/25 83/22 83/22 100/23 111/18 122/3 122/4 124/20 133/16 137/24

**top** [7] 22/23 37/24 50/14

**topic** [2] 118/14 142/10

**topics** [3] 19/23 22/23 122/17

**torch** [1] 114/16

**total** [13] 7/4 8/10 37/25 38/1 39/18 40/7 40/14 106/13 125/9 125/15 125/21 126/2 135/12

**total's** [1] 99/2

**totality** [4] 67/13 67/15 101/8 144/23

**totally** [2] 132/19 140/22

**totals** [6] 7/24 39/21 53/20 95/11 95/14 100/24

**tour** [2] 119/20 120/3

**Towards** [1] 86/8

**track** [2] 10/3 127/19

**tracks** [1] 120/1

**tract** [2] 54/19 54/20

**traction** [1] 148/13

**traditionally** [1] 70/6

**training** [3] 141/9 141/16 141/22

**transcript** [3] 2/24 146/25 152/9

**Treasure** [1] 132/6

**trending** [1] 34/20

**trial** [12] 1/9 3/2 6/14 15/17 15/19 37/12 42/5 143/23 147/23 148/11 148/15 151/6

**trials** [4] 144/2 148/14 149/12 150/21

**true** [7] 12/10 41/6 74/10 84/10 84/11 92/17 148/18

**trustee** [34] 11/8 11/17 22/14 24/2 26/1 29/12 29/23 44/24 45/6 49/8 49/15 50/1 50/17 51/4 51/19 62/17 88/12 90/14 93/15 99/21 104/18 104/23 105/4 105/10 105/12 110/17 114/8 115/13 118/18 119/2 120/8 132/22 134/14 142/14

**T**

**trustees [12]** 25/11 45/4 48/12 62/16 70/14 103/14 110/15 117/24 126/23 132/18 142/7 151/13
**Trusts [1]** 18/24
**truthful [1]** 75/4
**try [11]** 77/12 85/19 106/1 116/10 117/4 118/23 118/24 118/25 137/2 137/14 146/25
**trying [11]** 66/9 76/4 80/10 82/18 102/22 110/10 114/16 122/10 122/14 124/17 126/19
**turf [1]** 120/2
**turn [20]** 22/20 48/14 56/22 58/22 61/25 64/9 72/14 73/18 73/21 74/15 74/15 75/11 85/12 97/1 98/9 99/8 106/8 108/19 112/2 125/6
**turned [2]** 8/11 125/24
**turning [2]** 89/6 115/8
**turnout [51]** 6/23 7/15 19/11 20/1 20/5 28/12 64/16 65/3 65/7 65/10 66/16 66/17 74/2 74/14 85/9 86/15 86/16 86/18 86/22 87/6 87/8 87/10 87/13 87/16 87/18 87/21 88/1 88/3 88/7 88/9 88/14 88/17 88/21 88/24 89/3 89/7 89/9 89/24 90/2 90/7 90/9 92/10 92/15 92/24 93/4 100/17 100/25 113/18 113/22 113/25 125/9
**twice [3]** 5/19 14/18 16/23
**two [47]** 7/9 7/13 17/17 20/3 21/1 26/5 30/25 39/6 40/7 44/3 46/4 53/18 54/6 54/12 66/11 70/21 72/22 73/1 81/7 81/9 83/16 85/10 86/9 89/1 92/15 94/4 94/11 94/22 94/23 96/19 97/13 103/20 105/18 119/17 123/8 137/1 138/15 143/4 144/2

147/22 148/5 150/18 150/18
**two-thirds [2]** 39/6 86/9
**two-year [1]** 137/1
**type [2]** 20/15 38/24
**types [1]** 110/8

**U**

**U.S [1]** 41/8
**Uh [1]** 114/21
**Uh-huh [1]** 114/21
**ultimate [2]** 109/24 146/13
**ultimately [2]** 123/13 145/1
**un [1]** 144/9
**unable [1]** 70/12
**unaware [1]** 15/13
**uncontested [2]** 50/2 50/5
**under [14]** 6/1 12/3 22/18 23/14 24/20 64/3 64/20 74/1 75/12 90/21 91/24 92/11 129/25 131/10
**underlying [1]** 59/16
**underrepresented [1]** 46/12
**understand [17]** 4/18 9/18 13/11 32/5 40/9 51/8 75/6 79/17 82/1 82/17 82/22 107/14 121/9 122/14 145/14 148/25 149/1
**understanding [9]** 12/17 16/14 40/11 41/17 41/20 53/6 56/16 83/13 149/5
**Understood [1]** 82/23
**undertake [2]** 12/9 70/2
**undertaken [1]** 10/19
**underutilized [1]** 139/25
**undervote [1]** 50/3
**unfamiliar [1]** 29/6
**union [3]** 108/22 109/1 109/3
**unions [6]** 108/11 108/13 108/13 109/7 121/13 123/19
**unique [1]** 150/5
**UNITED [3]** 1/1 1/10 18/15
**United States [1]** 18/15
**University [1]** 18/7

**unless [1]** 151/20
**Unlike [1]** 63/21
**unmasking [1]** 110/21
**unopposed [3]** 107/1 128/18 134/8
**unpopular [1]** 137/6
**unquote [1]** 112/23
**until [3]** 16/7 58/4 134/4
**up [60]** 4/9 8/15 10/16 10/20 12/19 13/2 19/13 21/7 21/12 31/23 32/19 35/12 35/21 36/17 49/10 53/22 58/11 68/16 72/17 77/17 77/20 77/23 78/16 80/12 80/24 81/15 81/18 81/20 84/7 85/21 91/21 100/8 104/2 104/3 104/25 105/23 106/1 106/23 106/25 108/17 110/5 111/5 111/12 114/7 116/10 116/23 117/2 127/17 127/22 128/17 129/14 129/19 132/15 137/5 138/15 141/15 147/9 149/3 149/23 151/7
**upon [8]** 17/5 42/1 42/11 42/17 48/7 55/23 67/1 123/16
**upward [1]** 34/20
**urban [1]** 18/12
**us [33]** 19/5 19/19 20/10 22/24 23/23 30/21 33/18 33/18 33/19 33/22 34/20 34/22 50/11 50/13 50/14 51/10 52/6 53/21 62/18 98/21 101/17 103/10 115/21 118/22 124/22 127/6 128/7 136/3 136/3 136/5 138/2 138/24 146/24
**use [23]** 20/1 25/15 27/21 27/24 28/8 29/25 30/11 32/4 38/18 40/18 45/14 46/18 46/21 50/6 53/24 101/25 102/7 109/22 141/12 141/21 144/9 146/25 148/9

**used [19]** 29/12 36/2 37/5 38/23 41/9 43/25 44/13 48/18 49/13 54/1 73/7 76/9 76/25 80/5 80/24 95/24 141/17 144/1 148/2
**uses [2]** 61/4 91/2
**using [10]** 38/24 45/3 48/17 60/20 61/11 73/7 100/10 145/8 146/14 146/15

# V

**vaguely [1]** 124/6
**valid [2]** 74/12 75/8
**validate [3]** 25/24 26/23 27/17
**validated [1]** 26/2
**Valley [2]** 10/22 104/3
**valuable [1]** 141/11
**variable [1]** 146/23
**variance [1]** 40/6
**variation [2]** 39/5 72/2
**variety [2]** 109/21 122/16
**various [3]** 11/17 21/2 59/21
**vary [1]** 61/16
**varying [1]** 109/20
**vast [1]** 45/14
**verification [1]** 20/14
**verified [1]** 77/3
**version [5]** 60/21 144/1 145/12 146/3 146/4
**versus [5]** 119/5 122/1 133/8 133/16 146/10
**vertical [1]** 34/18
**very [41]** 18/1 28/25 29/5 30/24 39/24 47/19 50/21 51/2 53/1 54/11 55/24 57/16 63/20 75/21 99/9 100/3 100/5 101/5 101/22 108/5 108/9 111/5 111/17 113/17 113/22 114/5 116/1 122/10 122/11 122/12 122/20 126/1 129/2 130/25 133/16 134/24

148/21
**via [1]** 111/9
**Vice [1]** 69/24
**Vice-Chair [1]** 69/24
**victor [1]** 97/9
**victory [2]** 111/18 111/25
**Vierra [4]** 50/7 50/17 51/11 51/15
**Vierra/Dawson/Adams [1]** 50/17
**view [4]** 100/5 109/21 116/19 137/24
**views [1]** 114/15
**Village [9]** 10/21 10/22 10/22 10/22 10/23 121/2 130/10 131/8 131/9
**Villages [3]** 102/7 121/1 121/3
**VIRGINIA [3]** 1/4 1/22 111/4
**virtually [2]** 54/21 55/11
**visit [1]** 118/18
**visited [1]** 100/8
**vitae [2]** 19/4 19/14
**voce [1]** 89/15
**voice [1]** 46/8
**voices [1]** 47/15
**VOLUME [2]** 1/11 3/2
**volunteer [5]** 6/5 116/6 118/3 120/19 135/23
**volunteered [2]** 128/12 128/14
**vote [95]** 7/24 9/14 11/15 11/23 15/8 19/11 22/14 22/25 24/13 26/15 28/6 28/11 29/17 29/21 30/15 30/18 31/5 31/12 33/23 33/24 34/3 34/6 34/7 34/8 34/9 34/10 34/16 34/22 34/23 35/6 35/8 35/10 35/13 35/14 36/12 36/13 36/14 36/15 39/22 40/10 49/11 49/12 50/3 50/4 50/16 50/18

62/17 62/21 63/4 63/4 64/21 66/21 78/5 78/12 80/20 84/17 87/6 91/18 92/2 94/19 94/22 95/8 98/12 99/1 99/10 99/14 100/11 100/11 100/24 101/18 108/13 108/22 117/20 123/13 125/15 125/24 125/25 126/2 126/8 127/16 130/1 130/20 132/6 132/11 132/19 133/2 137/24 137/25 138/7 138/10 140/16
**voted [18]** 29/11 35/24 36/2 64/14 75/3 105/4 105/17 115/16 127/13 127/17 128/1 133/4 137/21 137/24 137/25 138/11 138/24 141/1
**voter [49]** 4/12 6/3 6/6 7/15 9/13 9/13 15/2 16/4 20/1 20/5 28/12 30/7 41/6 44/22 46/16 54/14 54/20 65/3 65/6 65/10 66/2 85/9 86/16 86/18 86/22 87/10 87/16 88/1 88/3 88/6 88/9 88/17 88/21 89/3 89/9 90/6 90/9 92/15 94/25 100/19 100/20 101/18 113/17 113/22 113/24 123/7 123/11 123/15 125/8
**voters [114]** 6/19 8/3 8/10 9/14 9/15 10/4 20/5 23/11 24/13 25/4 26/15 28/1 28/3 28/4 28/10 28/10 28/12 28/15 28/17 28/18 28/22 29/14 29/19 30/4 30/6 30/9 31/6 31/13 31/13 34/10 34/13 35/7 35/15 35/19 35/20 35/25 36/3 36/4 36/17 41/15 41/22 45/7 45/11 46/3 46/23 49/11 50/19 50/20 50/23 51/1 51/14 52/14 52/15 52/17 52/18 52/19 53/10 53/10 54/14 54/25 55/12 57/5 57/9 57/15 57/18 59/17 62/8 63/25 64/1 64/5

**V**

**voters... [44]** 64/5 64/8 64/9
64/13 64/14 64/17 64/21
65/13 65/18 65/19 66/17
66/18 70/4 86/23 88/7 89/24
90/2 90/7 90/14 90/21 92/1
92/2 92/9 92/18 93/1 93/2
93/14 99/22 99/25 100/19
110/10 112/13 117/6 124/4
124/5 124/8 124/8 124/15
124/19 124/23 124/25 125/1
125/3 141/1

**voters' [7]** 11/16 11/24 23/3
24/15 26/17 30/15 30/20

**votes [20]** 7/4 7/10 9/13
62/21 62/25 96/1 96/1 98/23
101/23 101/24 106/13
106/14 124/18 125/10
125/20 125/21 126/5 135/4
135/16 142/11

**voting [140]** 9/8 9/22 9/25
10/9 10/15 10/20 10/24 11/3
11/8 11/19 12/14 12/25 13/3
13/8 13/13 18/13 18/14
18/14 18/20 19/8 19/10
19/10 19/11 19/25 20/2 20/7
22/11 22/15 22/17 23/14
24/1 24/19 25/16 26/7 26/14
27/2 27/14 27/19 29/10
29/15 29/16 29/24 30/1
30/16 31/18 35/16 35/24
36/20 36/23 37/4 37/7 37/14
38/3 38/3 38/6 38/7 38/9
38/21 39/4 39/15 39/18 41/2
41/3 41/4 41/7 41/10 41/14
47/3 49/14 50/1 52/12 52/25
55/10 55/12 55/21 56/10
56/17 56/20 57/1 58/18
58/20 59/3 59/9 59/21 61/7
61/14 61/18 62/5 62/14
62/14 62/18 63/22 68/8
74/20 74/21 75/14 80/17
81/23 83/1 89/22 91/15
91/16 91/16 92/1 93/17

94/25 100/24 101/6 101/7
108/23 115/4 116/18 118/10
124/4 125/6 125/16 125/18
126/6 126/15 126/16 127/5
127/7 127/10 127/14 129/18
130/7 130/9 130/13 131/1
131/10 131/11 131/14 135/2
135/5 135/7 135/7 135/8
135/15 135/15 135/17

**VS [1]** 1/5

**W**

**Wait [1]** 79/17
**waited [1]** 128/25
**waiting [1]** 148/12
**walk [2]** 129/4 130/20
**want [37]** 4/9 6/23 17/25
19/16 22/1 27/9 28/25 28/25
32/6 34/13 34/16 62/13
74/23 75/22 82/6 82/22
83/25 86/7 86/13 95/20
108/21 120/21 125/6 139/7
142/25 143/13 143/17 145/6
145/8 146/7 146/24 147/1
148/23 148/25 149/13 151/5
151/10

**wanted [14]** 8/8 31/11 37/3
67/20 109/6 110/23 110/25
111/4 111/4 129/1 131/24
136/18 136/20 138/12

**Washington [1]** 20/13
**wasn't [6]** 83/7 93/3 105/24
138/8 138/8 142/10

**watch [1]** 13/19
**water [1]** 42/20
**way [18]** 9/13 28/15 31/9
33/20 39/21 44/2 45/22
46/10 70/20 75/4 78/6 86/9
104/19 106/7 112/16 122/2
125/19 151/20

**we [146]** 6/25 7/20 9/15
10/3 10/3 10/17 10/25 11/12
11/12 11/13 16/7 17/9 20/25
21/4 28/25 29/6 32/21 32/23
33/10 33/11 35/14 37/17

45/23 49/1 51/18 53/1 55/2
55/14 63/1 63/11 63/21
63/22 64/7 66/9 66/25 70/4
78/7 78/8 79/23 80/4 80/15
80/18 80/18 80/19 80/19
81/21 85/19 87/3 89/21
91/24 92/7 92/10 92/11
92/17 92/22 98/8 99/20
100/16 102/8 102/10 102/15
102/16 102/16 104/2 104/3
104/4 106/8 107/8 107/19
107/20 108/17 108/19
109/10 110/14 110/19 111/6
111/7 111/8 111/9 111/15
111/19 111/25 112/2 112/22
113/5 115/22 116/21 117/15
117/18 118/9 118/15 119/15
119/17 119/22 122/8 124/17
125/11 130/1 131/10 135/7
135/15 136/1 136/1 136/7
136/16 136/19 136/19
136/22 138/3 140/3 141/13
141/14 141/15 142/24 143/6
143/7 143/9 143/11 143/12
146/22 146/24 146/25 147/4
147/4 147/25 148/6 148/15
149/6 149/6 149/7 149/9
149/11 149/17 149/20
149/23 150/4 150/5 150/12
150/25 151/15 151/22

**we'd [1]** 92/9
**we'll [10]** 6/16 19/4 21/7
24/7 53/23 102/21 102/22
114/22 147/1 151/19

**we're [25]** 18/2 20/15 32/23
35/12 48/14 58/4 58/11
63/11 83/6 85/19 85/23
85/24 98/10 102/15 107/24
116/20 116/21 119/13
136/17 137/17 141/4 142/9
148/14 148/22 149/18

**we've [20]** 13/21 47/1 55/14
56/1 58/24 59/13 59/18

**we've... [13]** 67/23 101/21 102/10 108/2 119/12 120/3 120/25 121/7 127/8 135/23 137/6 141/9 148/4

**wear [1]** 110/24

**wearing [1]** 107/21

**week [1]** 118/1

**weeks [5]** 105/18 134/5 150/18 150/18 150/19

**weighed [1]** 31/11

**weight [2]** 31/1 31/2

**well [47]** 18/14 27/24 29/10 34/25 40/13 40/15 43/18 54/17 60/18 75/5 81/18 82/1 82/7 82/20 84/4 90/23 94/2 102/18 105/8 105/13 107/13 109/6 110/4 111/4 117/19 118/21 118/23 119/7 122/14 124/7 124/13 126/9 127/11 130/13 131/17 132/13 134/2 139/24 140/24 147/14 150/4 150/14 150/16 150/20 151/5 151/10 151/13

**went [9]** 29/5 34/16 77/1 77/4 89/22 92/22 104/20 118/1 119/19

**were [130]** 4/12 6/12 7/9 7/10 13/5 13/12 16/7 22/3 22/23 23/23 25/18 27/16 28/2 28/3 29/20 30/6 30/11 30/16 36/11 39/20 39/21 40/25 42/11 44/2 49/20 49/22 52/7 52/10 53/11 55/1 55/12 56/14 56/23 57/13 57/19 62/3 62/8 62/8 63/2 64/25 65/1 65/23 66/9 66/9 70/22 72/6 76/10 77/13 79/23 80/15 80/21 89/1 89/1 89/12 94/5 94/21 97/14 98/8 99/13 100/10 100/16 104/18 104/22 105/2 105/8 106/19 106/23 107/13 107/17 107/19 108/2 108/11 108/14

108/16 109/7 110/15 110/23 111/8 111/11 111/15 111/19 111/23 112/22 112/24 112/24 113/5 113/12 113/15 115/6 115/21 115/22 116/1 117/22 121/10 122/10 122/11 122/12 123/9 123/22 123/25 126/5 128/9 128/10 128/12 128/12 128/18 129/10 129/15 130/8 130/9 130/12 132/5 132/19 133/9 134/11 135/2 135/4 135/19 136/1 136/7 136/10 139/25 141/25 142/8 142/13 142/16 142/17 144/3 145/18 149/19

**weren't [1]** 140/22

**what's [12]** 18/6 18/19 34/14 34/18 36/9 45/12 46/1 47/6 50/10 78/23 116/7 116/8

**whatever [2]** 52/17 124/25

**whereas [1]** 52/14

**wherever [1]** 143/2

**whether [40]** 10/14 10/20 11/3 11/8 12/10 13/8 13/9 22/11 22/12 22/15 22/25 23/4 23/7 23/9 25/5 30/3 30/14 30/18 30/24 31/12 39/20 43/15 57/4 58/17 60/10 65/25 74/13 74/16 74/25 75/23 92/6 95/23 104/10 107/20 121/24 123/8 123/12 123/12 123/15 127/25

**which [67]** 5/16 6/3 10/21 16/1 19/14 29/12 32/6 33/21 35/1 35/23 36/5 37/5 37/12 41/5 49/14 50/4 50/6 52/3 56/14 56/14 58/12 59/12 64/20 72/13 72/15 72/15 76/13 79/24 85/3 85/4 85/5 85/6 86/21 87/4 92/24 95/24 97/14 97/17 98/7 101/7 101/13 101/18 102/10

104/25 106/8 113/21 14/11 115/16 118/15 122/9 122/23 126/1 135/25 136/10 136/23 138/21 141/1 141/18 141/19 141/19 141/25 144/3 144/6 144/20 144/22 144/24 150/20

**whichever [1]** 144/16

**while [4]** 111/15 115/3 120/23 137/1

**white [59]** 9/14 11/14 11/22 22/25 24/13 26/15 30/6 31/6 31/13 33/23 33/24 34/5 34/8 34/10 34/11 34/13 34/17 34/17 34/17 34/22 35/8 35/11 35/13 35/13 35/14 35/20 35/25 36/13 43/3 50/19 50/20 51/1 52/15 52/19 53/9 53/15 55/13 59/17 66/7 86/18 86/22 87/6 87/10 87/16 87/21 88/1 88/6 88/14 88/20 88/24 89/7 90/7 101/18 101/23 122/15 123/16 124/4 124/22 124/25

**whiter [1]** 86/22

**whites [2]** 29/21 30/17

**who [54]** 5/21 8/10 13/23 14/20 15/7 28/3 28/5 29/11 30/21 30/21 41/4 46/11 46/22 50/4 60/8 60/17 63/25 64/6 64/8 65/18 75/2 92/2 92/9 92/25 93/2 93/2 94/5 96/5 96/22 96/24 97/2 97/4 97/13 97/13 98/2 98/3 98/4 99/5 105/20 108/21 116/18 117/7 124/16 125/24 126/24 127/19 127/22 127/25 128/16 129/2 130/19 134/18 142/16 143/4

**who's [4]** 103/22 110/17 116/18 127/13

**who've [1]** 104/6

**whole [1]** 105/23

**whom [2]** 20/11 52/7

**W**

**why [23]** 24/4 25/17 31/15 33/18 41/19 53/21 66/20 79/5 79/13 84/4 84/12 91/18 104/1 105/7 110/2 113/24 114/14 114/23 115/19 116/3 135/18 140/16 141/15

**wide [5]** 98/24 109/19 114/4 120/3 132/4

**widely [1]** 44/13

**wife [3]** 104/2 112/22 128/25

**will [58]** 5/21 14/20 17/16 25/1 25/3 26/6 32/19 32/24 32/25 33/10 34/24 41/19 45/4 45/16 45/21 45/24 46/2 46/10 51/7 57/11 60/14 65/10 69/12 71/9 74/1 79/1 82/5 90/13 93/13 94/15 95/7 95/7 102/10 102/15 102/16 102/16 110/6 111/13 132/16 136/24 140/7 143/5 144/7 144/7 144/9 144/12 144/15 144/18 145/22 146/2 146/4 146/11 146/13 147/2 147/15 147/16 150/20 151/3

**William [1]** 103/13

**Williams [1]** 15/23

**win [4]** 64/6 66/10 127/8 131/10

**winners [1]** 72/10

**winning [5]** 30/9 62/24 63/3 64/4 66/14

**wins [2]** 69/19 100/20

**within [2]** 40/13 40/15

**without [2]** 108/24 125/11

**witness [18]** 3/4 4/3 5/7 5/8 6/16 8/13 15/18 17/13 20/7 67/4 82/11 85/18 103/1 103/4 120/12 134/23 138/14 142/24

**witnesses [3]** 3/9 37/11 143/3

**won [32]** 34/13 66/1 66/6

94/13 94/16 95/23 96/3 96/5 96/8 96/22 96/24 97/2 97/4 97/12 97/13 97/15 97/17 97/24 98/4 99/5 100/13 106/13 107/8 125/22 126/16 127/7 127/10 131/11 131/11 131/15 134/3 134/5

**won't [7]** 87/3 122/15 125/22 137/2 137/22 147/16 150/8

**Woods [8]** 43/23 96/10 96/14 117/9 119/3 119/25 125/11 138/1

**word [12]** 6/21 28/8 40/2 46/21 54/25 73/7 78/24 91/2 91/6 91/16 101/25 148/2

**words [2]** 70/17 98/25

**work [9]** 19/20 20/19 21/1 55/6 143/10 144/19 150/7 150/17 150/20

**worked [3]** 76/10 76/12 144/4

**workers [2]** 19/9 20/3

**working [3]** 29/6 105/24 150/21

**workshop [1]** 118/15

**world [2]** 105/21 107/24

**worst [3]** 119/11 135/22 135/22

**worth [1]** 55/15

**would [133]** 7/5 7/7 8/9 9/16 10/5 17/21 19/2 21/12 22/20 23/23 24/11 25/6 27/19 27/22 28/3 28/4 28/5 28/13 28/19 31/2 31/3 31/17 31/23 32/1 32/3 33/12 37/9 37/15 39/6 40/2 41/4 42/5 42/19 43/24 44/7 44/11 45/23 46/12 47/13 47/19 47/19 47/25 48/9 48/12 50/2 50/4 51/12 54/25 57/7 57/9 57/11 57/11 63/7 64/1 64/3 64/8 64/9 64/11 64/18 65/9 66/12 66/16 68/15 71/17

73/13 73/18 73/21 74/20 74/21 74/21 75/1 75/23 76/1 76/19 78/15 80/17 80/21 83/19 85/9 85/11 85/12 86/14 89/22 89/23 90/1 90/4 90/16 90/16 91/2 91/6 91/7 91/8 92/4 92/8 92/10 92/18 95/3 95/10 95/20 95/22 98/9 99/24 99/24 100/12 101/14 101/25 107/3 113/2 114/16 114/23 116/13 119/5 119/22 120/3 123/6 123/7 123/11 123/13 129/19 131/6 132/23 134/17 135/14 138/10 138/11 140/5 140/20 143/14 150/9

**wouldn't [5]** 71/11 71/14 110/12 112/12 124/12

**wrinkles [1]** 147/22

**written [2]** 67/14 100/1

**wrong [2]** 58/1 63/11

**wrote [1]** 27/20

**Y**

**y'all [2]** 143/13 152/4

**yeah [24]** 15/11 33/20 34/7 36/4 71/12 77/4 81/19 89/2 96/10 103/11 110/12 114/25 118/13 118/20 118/23 118/24 120/7 122/8 123/23 126/17 128/9 128/9 131/16 141/23

**year [20]** 5/19 5/22 14/18 14/21 15/6 16/23 18/9 41/11 65/17 69/19 86/21 96/19 103/20 105/15 105/18 107/1 113/19 118/23 132/5 137/1

**years [14]** 5/22 10/1 64/19 66/12 89/23 90/3 90/10 92/17 103/20 103/25 113/22 116/13 137/21 148/16

**yellow [6]** 144/9 144/11 144/12 145/12 146/6 146/12

**yep [3]** 105/3 123/21 130/18

# Y

**yes [189]**

**yet [3]**  26/6 56/17 107/24

**you [678]**

**you -- were [1]**  132/5

**you'll [5]**  50/22 55/4 95/22
122/15 147/17

**you're [23]**  4/19 10/18
36/16 73/19 83/24 89/17
97/19 100/20 102/14 103/14
103/17 104/5 110/16 116/6
117/21 122/10 122/14 133/3
142/13 143/2 143/22 147/21
150/25

**you've [15]**  19/3 20/11 21/5
33/3 40/23 67/24 68/25
75/23 116/18 120/22 121/5
123/13 133/12 133/19
144/22

**younger [1]**  105/25

**your [313]**

**Your Honor [36]**  4/4 5/6
5/7 5/8 8/16 12/3 13/15
13/20 17/7 17/9 17/15 32/8
33/6 33/15 58/9 67/5 68/19
80/3 80/13 81/7 83/3 83/13
83/21 84/21 85/14 91/1
102/5 102/20 146/8 146/19
147/7 149/5 149/16 149/22
149/24 150/2

**yours [1]**  61/16

**yourself [1]**  17/21

**youth [1]**  104/23

# Z

**zone [16]**  42/9 43/21 43/22
43/23 77/18 77/18 77/24
82/3 82/9 82/12 83/22 84/9
84/9 84/13 84/15 106/17

**zones [9]**  37/1 37/3 40/2
40/21 40/25 77/21 78/22
82/10 83/8

**zoning [2]**  102/14 107/3

**zoom [2]**  111/9 128/3