```
 1                IN THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF TEXAS
 2                      HOUSTON DIVISION

 3   _____
                                     )
 4   VIRGINIA ELIZONDO,              )
               Plaintiff,            )
 5                                   ) CIVIL ACTION NO.
     VS.                             ) 4:21-CV-1997
 6                                   )
     SPRING BRANCH INDEPENDENT       )
 7   SCHOOL DISTRICT, ET AL.,        ) 7:59 A.M.
               Defendants.           )
 8   _____)

 9

10                        BENCH TRIAL
                BEFORE THE HONORABLE SIM LAKE
11               UNITED STATES DISTRICT JUDGE
                    SEPTEMBER 13, 2024
12                    VOLUME 5 OF 5

13   APPEARANCES:
```

**FOR PLAINTIFF:**
MR. BARRY ABRAMS
MR. DOMINGO MANUEL LLAGOSTERA
MR. ROBERT P. SCOTT
Blank Rome LLP
717 Texas Avenue, Suite 1400
Houston, Texas  77002
(713)228-6601

**FOR DEFENDANTS:**
MR. CHARLES JOSEPH CRAWFORD
MR. LUCAS CHRISTOPHER HENRY
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 North Redbud Boulevard, Suite 300
McKinney, Texas  75069
(214)544-4000

**ALSO PRESENT:**
MS. VIRGINIA ELIZONDO
MS. CHRISTINE PORTER
MS. M'LISS HINDMAN
MR. RICHARD RIENSTRA

1   APPEARANCES CONTINUED:

2   **COURT REPORTER:**
    Heather Alcaraz, CSR, FCRR, RMR
3   Official Court Reporter
    515 Rusk, Suite 8004
4   Houston, Texas  77002
    (713)250-5584

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Proceedings recorded by mechanical stenography, transcript
     produced by computer.

1                              **I N D E X**

2                        BENCH TRIAL – VOLUME 5

3     SEPTEMBER 13, 2024                                    PAGE

4     <u>DEFENDANTS' WITNESSES:</u>

5     **JOHN PEREZ**
      Direct Examination by Mr. Henry................        4
6     Cross-Examination by Mr. Abrams................       27

7     **COURTNEY ANDERSON**
      Direct Examination by Mr. Henry................       44
8     Cross-Examination by Mr. Abrams................       58
      Redirect Examination by Mr. Henry..............       71
9
      **JOHN ALFORD**
10    Direct Examination by Mr. Crawford.............       72
      Cross-Examination by Mr. Abrams................      118

11

12                       <u>**PLAINTIFF'S EXHIBITS**</u>

13    <u>NO.</u>                           OFFRD    ADMTD    W/DRAW

14    140                                  152      152

15

16

17

18

19

20

21

22

23

24

25

*Mr. Henry Direct of John Perez*

07:59:43  1          *(Call to Order of the Court.)*

07:59:43  2          **THE COURT:**  Good morning.  Please be seated.

07:59:45  3          Spring Branch Independent School District may call its

       4   next witness.

07:59:47  5          **MR. HENRY:**  Spring Branch calls John Perez.

07:59:53  6          **THE COURT:**  Mr. Perez, please come around and be

       7   sworn.  Oh, you're right there.  You were here earlier, weren't

       8   you?

08:00:00  9          **THE WITNESS:**  Yes, sir.

08:00:01 10          **THE COURT:**  Well, you're still under oath.  You don't

      11   need to be sworn.

08:00:01 12          **THE WITNESS:**  I haven't been sworn in yet, sir.

08:00:01 13          **THE COURT:**  I thought you -- okay.  You've been

      14   sitting in the audience.  That's right.

08:00:06 15          **THE WITNESS:**  Yes.

08:00:08 16      *(Witness sworn.)*

08:00:15 17          **THE COURT:**  Please be seated, thank you.

08:00:16 18              **JOHN PEREZ, DULY SWORN, TESTIFIED:**

08:00:16 19                    **DIRECT EXAMINATION**

08:00:17 20   **BY MR. HENRY:**

08:00:17 21   **Q**   Good morning, Mr. Perez.

08:00:19 22   **A**   Good morning.

08:00:20 23   **Q**   Can you please state your name for the Court?

08:00:22 24   **A**   John Travis Perez -- or Per-ez.  There's an accent on the

      25   first E, but I default to Per-ez now to make sure they spell it

*Mr. Henry Direct of John Perez*

1    correctly.

08:00:30  2    **Q**   Okay.  My Spanish isn't as good as yours.  So I'll stick

3    with Per-ez.  That's my best shot.

08:00:36  4        You're a current member of the SBISD Board of Trustees,

5    correct?

08:00:41  6    **A**   Yes, sir.

08:00:41  7    **Q**   Can you give the Court just a general overview of your

8    occupation and educational background?

08:00:49  9    **A**   Sure thing.  Occupational is I'm a chemical engineer.  I

10   currently run a process safety engineering company.  A lot of

11   what we deal with is risk.  A good way to simplify what we do is

12   we're the chemical and mechanical engineers that try to keep the

13   genie in the bottle because when the genie gets out, bad things

14   happen to the environment, people die, and companies --

08:01:09 15          **THE COURT:**  You're a little too close to the

16   microphone.  It's --

08:01:12 17          **THE WITNESS:**  Sure thing.

08:01:12 18          **THE COURT:**  It's an old microphone, but --

08:01:14 19          **THE WITNESS:**  Is that better?

08:01:15 20          **THE COURT:**  Yes, thank you.

08:01:16 21          **THE WITNESS:**  No problem.

08:01:17 22   **A**   When bad things happen, and the oil and gas get out of the

23   pipes and equipment, companies lose money as well.

08:01:23 24       Educational background, was born in Carrizo Springs; went

25   to school until fourth grade.  If y'all don't know, Carrizo

*Mr. Henry Direct of John Perez*

1    Springs is the sister city to Crystal City, and if you recall,

2    Andres Tijerina presented Crystal City as one of those Mexican

3    cities down in the southwest part of Texas about 60 miles from

4    the border.

08:01:48 5       So I grew up there till fourth grade.  Then my dad joined

6    the State Department, became a diplomat, and we moved to Amman,

7    Jordan, for a couple of years; then went to Guatemala for middle

8    school; and then I went to Costa Rica for all of my high

9    schooling before coming to Texas to go to Rice University where

10   I started as an English major, finished as a chemical engineer,

11   and then entered the workforce.

08:02:10 12          THE COURT:  That's interesting.  Most people give up

13   engineering and move to liberal arts.  How did you go the other

14   way?

08:02:15 15          THE WITNESS:  So I hate to say there may have been a

16   girl involved, but there may have been a girl involved.

08:02:22 17          THE COURT:  We won't need to proceed any further.

08:02:24 18          MR. HENRY:  The things you have to talk about under

19   oath sometimes.

08:02:27 20          THE WITNESS:  I'm under oath.

08:02:28 21   BY MR. HENRY:

08:02:29 22   Q   All right.  Are you of Hispanic heritage?

08:02:32 23   A   Yes, sir.  My parents, my grandparents were Mexican -- were

24   Mexican-American.  My mother passed away in January, but my

25   dad's still alive, so I should say he is Mexican-American.

*Mr. Henry Direct of John Perez*

08:02:44  1   **Q**   At the beginning of this trial, plaintiff's team referred to

2   you as a token Hispanic on the board.  I wonder:  How did you

3   feel about that?

08:02:58  4   **A**   So that occurred Monday morning.  The judge pressed

5   Mr. Abrams if he was going to represent me as a token Hispanic,

6   and Mr. Abrams gave a positive affirmation.  Frankly, I'll just

7   say that I think it's disdainful.  It was shocking.

08:03:18  8        Unfortunately, it demonstrates, I believe -- my perception,

9   so my reality is it demonstrates some of the very behavior that

10   I believe someone like Virginia Elizondo is claiming to be

11   afraid of or worries about, and yet she seems to tolerate that

12   behavior from her counsel, which begs the question of what is

13   she really fighting for, and perhaps who's really doing the

14   fighting.

08:03:43 15        Maybe it's more of partisan politics because that behavior,

16   which shouldn't occur from anyone to anyone -- that word should

17   not be used by anyone to describe anyone anywhere, and the fact

18   that it was used by counsel for someone with this claim I think

19   is just shameful.

08:04:01 20   **Q**   The -- there's been a lot of talk about the lived -- lived

21   Hispanic experience in SBISD.

08:04:08 22        Can you talk a little bit about your lived Hispanic

23   experience?

08:04:13 24   **A**   Sure.  So -- and I'll try to be brief because I understand

25   we're trying to get done today, but there's quite a bit here.  I

*Mr. Henry Direct of John Perez*

1    was born in Carrizo Springs.  My dad was a migrant worker.  He

2    and his family picked crops from Texas all the way up to

3    Wisconsin.  So when you look at our family tree, you can track a

4    line.  It's very interesting.

08:04:31  5    My dad was the first Hispanic mayor in Carrizo Springs;

6    first Hispanic principal in Carrizo Springs.  My mother was born

7    in Marfa, Texas; again, a very Hispanic part of Texas.  They

8    both earned their masters degrees in education.  Education is

9    very important to them.

08:04:47 10    I lived in Carrizo Springs until fourth grade.  After that,

11    I went to Amman, Jordan, but then I went to Guatemala.

12    Guatemala, in 1986, for those who may not know -- you know,

13    again, speaking to my lived Hispanic experience, Guatemala was

14    going through a civil war for many years.  So I was there to

15    live and experience the abductions of students from their bus

16    stops only to find out their ears were sent back to their

17    parents later on.

08:05:14 18    After Guatemala, I went to Costa Rica.  Again,

19    Costa Rica -- the school I went to, which is a country day-based

20    private school, many of my friends were from Nicaragua.  I still

21    had a friend just recently visit us from Nicaragua.

08:05:28 22    If you don't recall, one of the previous witnesses who

23    provided testimony was from Nicaragua.  He didn't speak to why

24    he left, but, again, there was -- actually, I [sic] did -- I

25    think he did speak, you know, briefly to the Sandanista, I

*Mr. Henry Direct of John Perez*

1    guess, civil war that was going on there.  My friends fled

2    Nicaragua, right?

08:05:47  3    So I very much am aware of their plight and, to a certain

4    extent, understand not just Nicaragua, but my Honduran friends.

5    The first time I shot a, you know, machine gun was in

6    El Salvador at an American-funded base.

08:06:00  7    After Guatemala, I went to Costa Rica.  For those folks who

8    don't know, at the time when I was in Costa Rica, Oscar Arias,

9    the president, won the Nobel Peace Prize for developing the

10    framework for trying to end the civil wars across Central

11    America.

08:06:15  12    What I find interesting is I keep hearing about my token

13    Hispanic candidacy as not being able to associate or appreciate

14    or understand lived experiences of non-token Hispanics on the

15    north side, but what I would offer to the judge is:  What I

16    think is getting lost here is there is no one single lived

17    experience from Hispanics or Latinos on the north side or on the

18    south side or anywhere, actually.  And when you look at,

19    perhaps, someone who may be well-equipped to understand the

20    tapestry of experiences, I offer myself as almost someone who's

21    very uniquely qualified not just from the Mexican-American

22    perspective, you know.

08:07:03  23    On top of that, my dad, when he ran for mayor of Carrizo

24    Springs, he was very much friends with Jose Angel Gutierrez.

25    For those of you who don't know who Jose Angel Gutierrez is,

*Mr. Henry Direct of John Perez*

1    he's the founder of La Raza Unida, right?  That was one of the,

2    you know, founding Chicano Hispanic political activist movements

3    on the Democratic side, and when my dad ran to be mayor, what is

4    interesting is Jose Angel came over and said, "Hey, listen,

5    we're going to bring our political machine to help you out."

08:07:33 6         But my dad said, "No.  I want to run on my merits.  I want

7    to work with my Anglo white community," because some of the fear

8    they're seeing is this voting base that is rising, and he wanted

9    to make sure that he worked with them and find the commonalities

10   to ensure that, as there's this transition, there's not fear,

11   and I think that was a good lesson that was important for me to

12   see because I think what you're seeing right now is the opposite

13   of that on their part.

08:08:04 14  Q    Can you tell me a little bit about when -- when did you move

15   to Spring Branch ISD?

08:08:09 16  A    So I moved to Spring Branch in 2001.  So I graduated in '96

17   with my engineering degree; met my wife, I believe, around '98;

18   and then we -- she finally agreed to marry me in 2000; and we

19   moved in our house in 2001.

08:08:22 20  Q    Do you have any kids who have attended Spring Branch

21   schools?

08:08:25 22  A    Yes.  We have two sets of twins.  So my older set -- well,

23   they all attended Wilchester Elementary on the western side of

24   the district, and they went to Memorial Middle School, and they

25   attended Stratford High School.  So I currently have two in

*Mr. Henry Direct of John Perez*

1    college, one at Rice University and one at Texas A&M, and then

2    I'm happy to say my seniors that are at Stratford right now just

3    got accepted to A&M last night.  So it's a good morning.

08:08:51  4    **Q**    Have they had good experiences at Spring Branch?

08:08:54  5    **A**    Yes.

08:08:55  6    **Q**    And I take it that, if you're Hispanic, are your four kids

7    also Hispanic?

08:08:59  8    **A**    Yes.

08:09:01  9    **Q**    Prior to running to -- for trustee, how were you involved in

10    Spring Branch ISD?

08:09:07  11   **A**    So aside from just being an engaged parent and all the

12    activities that go along with being a parent to four kids with

13    diverse interests and activities, you know, I was certainly

14    involved with anything going on with the PTAs that my wife was

15    happy to pull me into, and I was happy to engage in.

08:09:24  16        I was involved with Cub Scouting.  I led Adventure Guides,

17    or some folks might remember it as (indiscernible) --

08:09:31  18            **THE REPORTER:**  I'm sorry.  Might remember what?

08:09:31  19            **THE WITNESS:**  Might remember it as Indian Princesses

20    before the name had a change.

08:09:36  21   **A**    So I ran that group for daughters.  I was involved with Girl

22    Scouts.  As my son rolled into middle school, I assumed the

23    Scout Master role for Troop 598.

08:09:48  24        But once again, always supporting activities that, you

25    know, popped up.  I was a coach for Spring Branch MSA, so

*Mr. Henry Direct of John Perez*

1    soccer, basketball, baseball.  We won the gold championship one

2    year, so that was kind of the hallmark of my coaching year.

08:10:06  3       But then after scouting, the opportunity arose and I saw a

4    need for not just representation of, you know, perhaps someone

5    with my experience, but some of my -- I guess my talents.

08:10:21  6    BY MR. HENRY:

08:10:22  7    Q    Did you vote in the 2021 election between the plaintiff,

8    Dr. Elizondo, and Chris Earnest?

08:10:29  9    A    I did.

08:10:29 10    Q    For whom did you vote and why?

08:10:31 11    A    Chris Earnest.  We align on many issues; again, looking for

12    the commonalities, conservative backbone.  At the time I was

13    very much for trying to get students back into schools.  I

14    recognize the value of in-person education.  I was also against

15    mask mandates.

08:10:50 16       My company that I ran at the time that I still run today,

17    we stayed open.  I think it was important for not just our

18    employees, but for the marketplace.  So I'm a strong fan of free

19    markets, and, you know, we kind of had to keep things going.  I

20    took it upon myself to be one of those players.

08:11:08 21       But on top of that, you know, there's woke ideology that

22    had begun to become pervasive into our schools, and folks began

23    to wake up during COVID because we could see it more firsthand

24    than before.  We not only had the time, because all of us were

25    home, but we had the window, right?  Windows got opened.

*Mr. Henry Direct of John Perez*

08:11:26  1    And then, at this point, I kind of heard of what was going

       2    on with this lawsuit, and I've never been a fan of adopting a

       3    mindset of if you don't get what you want, then lawfare in

       4    gerrymandered districts to get a political win versus under the

       5    guise of what maybe some might consider a Voting Rights Act,

       6    but, really, it's --

08:11:48  7         THE COURT:  Let me ask you a question.  What would be

       8    wrong with creating a proposed single-member District No. 1?

       9    How would that negatively impact the quality of students and

      10    educational opportunities at the district?  That's the -- that's

      11    the issue I'm grappling with.  I can't see, based on the

      12    evidence thus far -- and I have to look at the law, but what

      13    would be wrong with creating a district which would create the

      14    possibility of Hispanics in that particular area having a better

      15    chance of electing a member of the board?

08:12:26 16         THE WITNESS:  Yes, sir.  So aside from the fact that

      17    there's the overarching philosophy of -- someone in an at-large

      18    seat has the mindset of, "I'm looking out for the entire

      19    district.  I'm not just looking out for my neck of the woods.

      20    I'm not just looking out for my school."  Students that, some

      21    survey might claim to say, feel and think the way my kids do or

      22    my community does because especially during the budget cuts,

      23    decisions had to be made that took the entire district into

      24    account, not just the hearts and minds of a single community.

08:13:08 25         It had to --

*Mr. Henry Direct of John Perez*

08:13:08  1          THE COURT:  I heard that yesterday in a very

2   persuasive manner, but put yourself as a hypothetical voter --

08:13:20  3          THE WITNESS:  Yes, sir.

08:13:20  4          THE COURT:  -- of Hispanic origin in proposed District

5   No. 1.  If the decisions are made, those difficult decisions, to

6   close schools, and even the decision -- each assuming, as the

7   evidence would indicate, that the decisions were made on an

8   objective basis, if one of the schools in your Hispanic district

9   is closed, and you have no representation on the board, wouldn't

10  you feel, perhaps, that your views had not been adequately

11  addressed by the board?

08:13:56 12          THE WITNESS:  So I can't agree with your painting that

13  a single Hispanic district can be created where you have a

14  unified set of hearts and minds, and what I try to paint with my

15  very Hispanic experience --

08:14:12 16          THE COURT:  Well, I agree, but would you agree with me

17  there are probably very few registered Republicans in proposed

18  District No. 1?

08:14:21 19          THE WITNESS:  So I don't know.  So --

08:14:22 20          THE COURT:  Well --

08:14:23 21          THE WITNESS:  -- it's hard for me to agree with

22  something I don't know --

08:14:27 23          THE COURT:  Assuming --

08:14:27 24          THE WITNESS:  -- but what I will -- what I will say,

25  Your Honor, is I canvassed Pitner Road.  I canvassed the north

*Mr. Henry Direct of John Perez*

1    side.  There are a lot more Republican Hispanics than a survey

2    will probably show, and that's part of the problem of what I see

3    with the analysis.

08:14:38  4         I spoke to thousands of people not just during my 2022

5    election, but I recently ran for HD133.  So I even went south of

6    the bayou.  So I expanded, you know, who I spoke to quite a bit,

7    and so I'm very careful, especially as an engineer that

8    understands statistical models, to paint broad brushstrokes on

9    things like what constitutes a Hispanic community, especially

10   when you're talking about Nicaraguans or Panamanians or

11   Costa Ricans or Hondurans or Venezuelans or Colombians or, when

12   we -- what I find interesting -- I learned a term from lawyers

13   this week is optional completeness.

08:15:15  14        No mention was made of the meeting we had on

15   November 17th when Courtney Anderson and I attended a meeting on

16   the north side.  And it was great to see the community

17   involvement, and it was actually great to hear from an

18   indigenous person from Guatemala who wasn't speaking Spanish.

19   They were speaking a dialect, I believe maybe a Guatemalan Mayan

20   dialect.

08:15:35  21        So when I -- when I hear the challenge of what's wrong

22   with -- I believe that's right.  When I hear what's wrong with a

23   group wanting the representation, well, I think we also have to

24   make sure, well, that representation, by default, is hard to

25   find because one person who might understand the plight of a

*Mr. Henry Direct of John Perez*

1    Nicaraguan may not really understand the plight of a Venezuelan.

08:16:00   2           So to sit there and say -- for anyone to sit there and

3    say, well, a single Hispanic is going to be able to walk in and

4    understand the tapestry of Hispanic-lived experiences and say

5    the illustrative District 1 -- you're asking me to say what's

6    wrong with that.  Well, aside from the reality that I think

7    people are trying to paint that may not be real, you're looking

8    at ideologies and political factions across the Hispanic

9    community that no one single person, I believe, is going to say,

10   "I carry the unified banner," and I believe that's what we're

11   trying to paint.

08:16:33   12          THE COURT:  Thank you.

08:16:35   13   BY MR. HENRY:

08:16:35   14   Q    And off that, if -- if the plaintiff were to prevail in this

15   case, would we have a plan that has just one single-member

16   district, and then the rest at-large?  Is that lawful under

17   Texas law?  Do you know that it's not lawful under Texas law to

18   have just one single-member district and six at-large?

08:16:54   19   A    That's correct.

08:16:56   20          THE COURT:  This is -- is this something that's been

21   raised before?  I keep asking about this.  That's why I asked

22   about why we're creating more than one proposed district with

23   Dr. Stein yesterday.  Are you saying that I have to create seven

24   single-member districts as a remedy?

08:17:12   25          MR. ABRAMS:  The district would need to propose a plan

*Mr. Henry Direct of John Perez*

1    with multiple districts.  The plaintiff's burden is only to show

2    that one of such seven districts could comprise the Hispanic

3    citizens voting age population, but it is not incumbent on the

4    Court to concern itself with the demographics of the other six

5    districts as long as they meet the one-person, one-vote and

6    community of interest issues.

08:17:36  7         **THE COURT:**  But is his statement correct that if I --

8    if I require a new District 1, a single-member district, I also

9    have to require single member districts for all the other

10   trustees?

08:17:49 11         **MR. ABRAMS:**  Yes.  The short answer is yes.  If you

12   order the district to come up with a single-member district plan

13   completely as opposed to some other plan, they would need to

14   come up with seven districts.  But the only district that the

15   law requires the plaintiff to establish as possible is a

16   Hispanic citizens voting age population majority district, and

17   that's why the evidence focuses on that.

08:18:11 18         **THE COURT:**  Well, that doesn't seem to make sense.

19   If -- if seven districts are created, do we then have to have a

20   hearing as to the demographic makeup of all the seven other

21   districts to decide whether they represent --

08:18:27 22         **MR. HENRY:**  You would have to have a hearing to make

23   sure --

08:18:29 24         **THE COURT:**  Just a minute.

08:18:30 25         **MR. HENRY:**  Sorry.

*Mr. Henry Direct of John Perez*

08:18:30  1           THE COURT:  -- one-person, one-vote criteria?

08:18:33  2           **MR. ABRAMS:**  If the plan presented and reviewed by the

3  plaintiffs before it's presented to the Court did not comply

4  with that, then, yes, that would be one of the criteria for the

5  Court to look at, but I honestly do not anticipate that's going

6  to be the issue.  I don't anticipate that being an issue.

08:18:47  7          And the district has the priority to present a

8  proposed plan that meets the one-person, one-vote criteria;

9  complies with whatever the Court should order with regard to a

10  Hispanic citizens voting age population majority district; and

11  then it has latitude with respect to how it draws -- proposes

12  the other six districts.

08:19:10 13          To show that it's possible, Dr. Stein has constructed

14  a plan to show that it is possible to construct such a plan

15  complying with the one-person, one-vote principle and providing

16  for a majority Hispanic citizens voting age population in the

17  district.  The ethnicity of the remaining districts is not

18  required for consideration.  If it were possible to draw more

19  districts, we may be debating with the school district that

20  issue, but the focus for the Court, the focus of --

08:19:42 21          **THE COURT:**  But you're saying that the plan would have

22  to draw other districts.

08:19:45 23          **MR. ABRAMS:**  Yes.  That -- that's absolutely clear.

24  There's no disagreement about that among counsel.

08:19:49 25          **THE COURT:**  Well, I'm not -- you seem to be

*Mr. Henry Direct of John Perez*

1    contradicting yourself.

08:19:51  2              I'll let you respond.

08:19:52  3              **MR. HENRY:**  Your Honor, there's three plans that are

4    lawful under Texas law.  One is the at-large system that the

5    district currently has.  The second is a seven single-member

6    district system where -- which is what the plaintiffs have asked

7    for in this case as their remedy, which would require the

8    district to draw the seven districts.  We get the first crack at

9    it, but to draw seven districts like what they've proposed.  And

10   then the other lawful plan is five single-member districts and

11   two at-large positions.

08:20:25 12              So there is no lawful plan --

08:20:27 13              **THE COURT:**  Is that the district's -- what the

14   district -- you're going to propose?

08:20:31 15              **MR. HENRY:**  No.  The --well, the district is proposing

16   that it maintain the at-large system.

08:20:35 17              **THE COURT:**  I know, but as your fallback, is it the

18   5-2?

08:20:38 19              **MR. HENRY:**  Yes, Your Honor.  And -- but there is no

20   lawful arrangement that allows for just one single-member

21   district --

08:20:45 22              **THE COURT:**  That's what I've been worried about the

23   whole case, and this is the first time I've gotten a straight

24   answer on why the -- Dr. Stein has proposed seven districts.

08:20:53 25              All right.  Finish up with him, I'm sorry.

*Mr. Henry Direct of John Perez*

08:20:56  1          MR. HENRY:  I will.

08:20:56  2  **BY MR. HENRY:**

08:20:57  3  **Q**   Okay.  Mr. Perez, you talked a little bit about your 2020

       4  campaign for trustee.  Your opponents were Ms. Mafrige and Ed

       5  Kaczenski.

08:21:07  6       Can you tell me what issues were important in that election

       7  and how you differentiated yourself from those candidates?

08:21:14  8  **A**   Yes.  So several issues.  Again, I spoke to the curriculum

       9  and content in our classrooms and libraries on the CRT side, but

      10  also just getting pornographic material out of our schools at

      11  this point not just in Texas, but across the nation.

08:21:30 12       Again, parents just had lenses into our classroom, library

      13  materials and our library materials themselves, and we were

      14  finding books that were not just age inappropriate, but

      15  educationally unsuitable, and those are the terms we tried to

      16  stick to because that's what we can really stick to with

      17  constructive policy.

08:21:49 18       On top of that, you know, I sit there and I go, Well, you

      19  know this single-member district at-large lawsuit, I'm Hispanic,

      20  I think I'm a qualified candidate.  You know, let me see.  I

      21  mean, firsthand knowledge.  Engineers love to test things.

08:22:02 22       But on top of that, we had money issues coming up.  We knew

      23  that we had the extra funds that were going to be dropping off

      24  like a cliff that had been already presented to the district,

      25  and we knew that we were going to have to go to the government

*Mr. Henry Direct of John Perez*

1    and fight for, perhaps, an increase in the basic allotment.

08:22:16  2        Something I also want to throw out there:  Again, optional

3    completeness has been thrown out quite a bit from the other

4    side.  One of my strong planks in my candidacy was looking out

5    for the performers [sic] of our English learners.  It's not just

6    before canvassing, but even as I talk to more and more folks not

7    just on the north side, but on the south side across the

8    district, we can do better.

08:22:39  9        And something I do appreciate about Dr. Elizondo is her

10   passion about trying to improve the performance of English

11   learners, but something I don't often hear from folks that claim

12   to be the non-token Hispanic is how they're actually going to do

13   that.  And for me, I -- I took it upon myself to have

14   conversations and understand how we're going to enact change.

08:23:02  15       It always can't be a wave.  So even as I'm running for

16   office to be a board trustee, I'm trying to understand what's

17   going to have to happen to improve the performance because I

18   think what some folks are trying to get to here in this fight is

19   who's really going to go onto the board and drive change looking

20   out for the students.

08:23:22  21       And something I'm very keen on doing -- and folks in the

22   audience can attest to me saying this all the time when I'm

23   sitting on the dais, is when I try to understand someone else's

24   shoes, you can go down to the basic level of looking out for the

25   innocent students who may not have an engaged parent or

*Mr. Henry Direct of John Perez*

1  guardian.  And when you adopt that mindset, it doesn't matter

2  what color skin they have or their origin story.

08:23:45  3    You simply sit there and adopt a decision-making construct

4  that says, Listen, I'm taking care of that student that may have

5  no one taking care of them.  I don't care what language they

6  speak.  I don't care, you know, where they come from.  I don't

7  care if their parents are rich or poor.  I'm just looking out

8  for that student.

08:24:01  9    When you adopt that mindset -- and that's the mindset I

10  adopted when I was running for office, and that's what I try to

11  use when I govern.  And I had the same mindset with English

12  learners.

08:24:11 13  **Q**  What kind of language program have you tried to shift the

14  district towards adopting?

08:24:16 15  **A**  So it's interesting and -- Your Honor, I guess, if you'll

16  indulge me a little here, part of the problem we have in the

17  state of Texas is we reward the wrong incentive when it comes to

18  English learners, and to see it shift, it can't just come at the

19  district level.  And right now we get more money if we keep a

20  kid in an English language program.

08:24:36 21    So you might -- you may have wondered, well, why do we keep

22  students in an English language program through fifth grade and,

23  if they're not proficient in English, all of a sudden they have

24  to take tests in sixth grade, and you'll see our scores drop.

25  I'll admit that.  I'm a trustee.  I understand.  I've seen the

**_Mr. Henry Direct of John Perez_**

1  data.

2      So when you start trying to tackle the problem, the problem

3  is you have to get English learners, especially Spanish

4  learners, to English proficiency as quickly as possible.

5  Everything else stems from the English language.  But yet our

6  incentives don't drive that.

7      So the change I'm trying to make -- and we're pecking away,

8  and, unfortunately -- there are positive unintended consequences

9  from budget fights.  In this case, we might actually be able to

10  test this a bit.

11      And I spoke to one of the leading bilingual educators in

12  Texas -- in Brownsville, Texas.  Her name is Dr. Elsa, I

13  believe, Hagan -- Cardenas-Hagan, and she said, "Hey, John, if

14  an English learner's not proficient in English by the end of

15  second grade, they may never be unless they go into an emergent

16  program -- full emergent."

17      And so what's interesting, if you go to Hollibrook, one of

18  our schools on the north side -- I attended Hollibrook

19  instruction.  They were being taught in Spanish, and by law

20  you're supposed to, in bilingual language education, have so

21  many minutes in English; so many minutes in Spanish.

22      Well, I asked the principal, "I'm just curious your

23  thoughts on this."  And she goes, "Well, it actually slows down

24  their proficiency to English by two to three years."  I go,

25  "Well, there's a fundamental change that we have to see."  But

*Mr. Henry Direct of John Perez*

1    do you hear that from anyone that's approached as a non-token

2    Hispanic with a different lived experience than myself saying,

3    "Here's the solution to that problem?"  No.  So by canvassing,

4    by talking to folks on the north side, south side, teachers,

5    principals, really diving into the issue, you know, I come to

6    the realization of trying to solve it, right?

08:26:28  7        I'm an engineer.  I try to solve problems, and this is one

8    of the problems that I feel we have a real potential to solve.

08:26:37  9    Q    Great.

08:26:37  10       So we have to move along, so I'm just going to cover two

11   topics pretty quickly with you.  The first is about

12   endorsements.

08:26:44  13            MR. HENRY:  Are we able to put Defendants' 31 on the

14   board?

08:26:53  15   BY MR. HENRY:

08:26:53  16   Q    This is a post from -- that occurred during your campaign.

17   It states the PACs and organizations that supported you during

18   your campaign, and we have the 1776 Project, Freedom Foundation

19   of Texas PAC, Harris County Republican Party, Hispanic

20   Republicans of Texas, Katy Christian Magazine, and Spring Branch

21   Families PAC.

08:27:13  22       Are these all conservative organizations that supported

23   your campaign?

08:27:18  24   A    Yes, they are.

08:27:19  25   Q    Can you talk just maybe about one or two of them, briefly,

*Mr. Henry Direct of John Perez*

1    and what they did to support your campaign and what their values

2    are?

08:27:26 3    **A**    Sure.  All these are, you know, PACs or organizations that

4    support conservative backbones.  For example, the 1776 Project

5    was really -- even today is trying to tackle the infiltration

6    of, you know, CRT antiracism curriculum and materials into our

7    schools.  Freedom Foundation of Texas is just a general

8    conservative PAC.  Harris County Republicans I think is

9    self-explanatory.

08:27:51 10    Spring Branch Families is the official PAC of what's been

11    referred to earlier as the PIPEline group.  So, again, a group

12    of strong conservative parents engaged that actually spans both

13    the north and south side looking to get some conservative

14    principals in the governance positions of our school.

08:28:08 15    **Q**    So that PIPEline group that also we heard about yesterday

16    supporting Chris Earnest, a white candidate, also supported you,

17    John Perez, a Hispanic candidate because of your shared values?

08:28:19 18    **A**    That's correct.  I think it's fair to say that when you're

19    looking at the elections, it's really more about ideology,

20    cultural commonalities, versus race.

08:28:30 21    **Q**    And you also earned the endorsement of Matt Rinaldi,

22    correct?

08:28:34 23    **A**    That's correct.  At the time, he was the Republican Party of

24    Texas chairman.

08:28:37 25    **Q**    Okay.  Last topic that I want to bring up with you is we've

*Mr. Henry Direct of John Perez*

1    heard testimony about closing schools and changing programs in

2    the north very recently.  Can you please talk about why that

3    decision was made, but more importantly the feedback that you've

4    gotten from community members in the north about that change?

08:28:59    5    **A**    Yes.  So again, Your Honor, one thing I would like to offer

6    up, to address this optional completeness, it's very hard for us

7    to speak to what occurred in executive session.  So when I hear

8    allegations of there was very little conversation in public

9    meetings about the closing of schools or changes made to folks

10   characterizing just north-side changes, there was a lot of

11   discussion.

08:29:26   12       Oftentimes, our meeting ran till 1:00, 2:00 o'clock in the

13   morning.  We were meeting every week.  So to say there was

14   little to no discussion I think is an unfair painting of the

15   landscape.

08:29:40   16       So decisions were made.  Hard decisions were made.  We had

17   a 35- to $40 million deficit we had to make up.

08:29:47   18       Our advocacy efforts at the capitol were unsuccessful.  I

19   spent a lot of time at the capitol not just for south-side

20   students, but the entire district trying to advocate for more

21   money, and it fell on deaf ears.  Hopefully, that doesn't happen

22   again this year.

08:30:01   23       But because of that deficit, we had to really take a look

24   at every part of our district, and the unfortunate, harsh

25   reality of the world sometimes is you look at efficiencies,

*Mr. Abrams Cross of John Perez*

1  because we have to do this fairly quickly -- we have timelines

2  of how this occurs -- and simply because of capacities and

3  transportation routes and where certain schools sat with respect

4  to the number of students, hard decisions were made.

08:30:25  5      And some of those have been brought up before.  I don't

6  want to waste the Court's time with --

08:30:28  7          **THE COURT:**  I've heard it from two other witnesses.

08:30:30  8  **A**  -- you know, repeating myself.

08:30:31  9      The only other thing I'll throw out there is the feedback

10  has been positive.  One of the pieces of feedback we got was

11  students from a school that was half capacity are now in a

12  full-capacity school, and it's very positive.  They have all the

13  programs.  They have the vibrancy, the energy of a full school.

08:30:49  14      It's very -- it's no different than when your kids leave

15  home.  You miss them, right?  You have everyone back over the

16  summer, you're excited.

08:30:59  17  **BY MR. HENRY:**

08:30:59  18  **Q**  Mr. Perez, that's all I have.

08:31:00  19          **MR. HENRY:**  I'll pass the witness.

08:31:02  20          **THE WITNESS:**  Thank you.

08:31:03  21          **THE COURT:**  Mr. Abrams?

08:31:04  22          **MR. ABRAMS:**  Thank you.

08:31:04  23                  **CROSS-EXAMINATION**

08:31:05  24  **BY MR. ABRAMS:**

08:31:05  25  **Q**  Good morning.

*Mr. Abrams Cross of John Perez*

08:31:06  1  **A**    Good morning.

08:31:06  2  **Q**    To the extent you've taken offense at the term I've used, I

3  apologize to you.

08:31:10  4  **A**    I hope you apologize to the entire district.

08:31:13  5  **Q**    It's a legal term in this context, and we'll move on.

08:31:17  6         You're a south side resident.  Your kids went to

7  Wilchester, Memorial Middle, and Stratford, right?

08:31:22  8  **A**    Yes, sir.

08:31:22  9  **Q**    They're all highly rated academically achieving schools,

10  correct.

08:31:27  11  **A**    Many of our schools are.

08:31:29  12  **Q**    The schools you chose to send your children to and the area

13  you chose to live contain schools that are all A or, at worst,

14  B-rated schools, correct?

08:31:39  15  **A**    Yes.

08:31:42  16  **Q**    In all -- I want to turn to the 2022 election.  Is that the

17  election where you were first elected?

08:31:48  18  **A**    Yes, sir.

08:31:48  19  **Q**    All the candidates in that election self-identified as

20  Republicans, correct?

08:31:53  21  **A**    All the candidates -- I'm sorry.  You're saying all the

22  candidates in the 2022 elections across all seats

23  self-identified as Republicans?  Is that what you're saying?

08:32:02  24  **Q**    Let's start with yours.

08:32:03  25         Did Mr. Kaczenski and Ms. Mafrige self-identify as

*Mr. Abrams Cross of John Perez*

1   Republicans?

08:32:07   2   **A**   I do not believe so.

08:32:09   3   **Q**   That's not your understanding?

08:32:10   4   **A**   Well, you lumped two candidates together.  Ms. Mafrige, I

5   believe, had conservative leanings, but Mr. Kaczenski never

6   owned up to it.  I can't say that he did.

08:32:22   7   **Q**   Well -- so your dividing line is conservative and not

8   conservative.  Is that one of the primary dividing lines you see

9   in the ideological differences among the candidates in your

10   race?

08:32:34   11   **A**   That's one.

08:32:35   12   **Q**   And you indicated other issues that were prevalent in your

13   race included specifically this lawsuit and whether or not

14   Spring Branch would move to some system which would provide

15   single-member districts for any of its residents.  That was

16   something you were violently opposed against, right?

08:32:54   17   **A**   You used the word "violently."

08:32:55   18   **Q**   Let me rephrase it.

08:32:56   19      That was something you were strongly opposed to?

08:32:59   20   **A**   That was something I was opposed to.

08:33:00   21   **Q**   And it was part of your campaign, that you would oppose any

22   change in the district's existing governance structure, correct?

08:33:08   23   **A**   That's correct.

08:33:08   24   **Q**   And another party platform for you -- or campaign platform,

25   pardon me, was your concern about CRT in the schools, critical

*Mr. Abrams Cross of John Perez*

1  race theory?

08:33:18  2  **A**   That's correct.

08:33:19  3  **Q**   And another concern as an issue was the propriety of what

4  was in the books in the libraries?

08:33:27  5  **A**   That's correct.

08:33:28  6  **Q**   And another issue for you, which you shared with some of the

7  other candidates, was your concern about improving the

8  performance of English learners in the district, correct?

08:33:38  9  **A**   Correct.

08:33:39 10  **Q**   Do you agree that your campaign platform emphasized

11  different issues and different positions than your opponent,

12  Mr. Kaczenski?

08:33:48 13  **A**   I do.

08:33:50 14  **Q**   And that would have been apparent to the voters in the

15  district who were deciding whether to cast their vote for you or

16  for your opponent, Mr. Kaczenski?

08:34:00 17  **A**   Especially since he was endorsed by the Democrat Party, yes.

08:34:06 18  **Q**   Well, you were endorsed by the Republican Party, but that

19  didn't change the fact that you had substantive issues that you

20  were running on, right?

08:34:13 21  **A**   Understood, but you asked was it visible, and oftentimes

22  it's the endorsements that make it visible, right?  Those are

23  the signals to the community.

08:34:21 24  **Q**   All right.  Well, for example, I'm interested about this

25  Republican/Democrat label.

*Mr. Abrams Cross of John Perez*

08:34:25  1      Not every Republican shares your views about any of the

2   issues you ran on, right?

08:34:30  3   **A**   I think that's fair.

08:34:31  4   **Q**   And not every Democrat shares Mr. Kaczenski's views on all

5   the issues he ran on, correct?

08:34:37  6   **A**   That's fair.

08:34:38  7   **Q**   There's a diversity or, to use your word, a -- sort of a

8   tapestry of experiences, and there's a diversity of positions

9   among most voters, right?

08:34:49 10   **A**   I think that's fair.

08:34:51 11   **Q**   Do you agree that not all the voters in the district agreed

12   with your positions, which is why you didn't get 100 percent of

13   the vote?

08:34:59 14   **A**   That's correct.

08:35:00 15   **Q**   All right.  You mentioned your counsel -- the district's

16   counsel showed some PAC support you had.

08:35:08 17       Did you receive contributions from political action

18   committees?

08:35:12 19   **A**   In both money and support, sure.

08:35:16 20   **Q**   Well, let's start with money.

08:35:17 21       How much political action committee support did your

22   campaign raise?

08:35:26 23   **A**   So how much money did we raise from PACs?

08:35:29 24   **Q**   Yes, sir.  I mean, I know that you have to file campaign

25   reports --

*Mr. Abrams Cross of John Perez*

```
08:35:32   1   A   Sure.

08:35:32   2   Q   -- and so my question is:  What did you report on your

           3   campaign reports as funding for your trustee election that came

           4   from political action committees?

08:35:40   5   A   So I can't remember the figures exactly.  So I --

08:35:43   6   Q   I'm not going to hold -- I'm not going to hold you to dollar

           7   and cents.  We're trying to get a sense of order of magnitude.

08:35:48   8   A   So I believe with what we officially raised, it was

           9   probably -- from PACs, it may have been in the range of 10- to

          10   15,000, perhaps.

08:35:57  11   Q   And what was your total campaign budget?

08:36:01  12   A   I felt that if I -- when I started, I felt that if I could

          13   do five to ten, I might have a shot, and that's from information

          14   received from Carter Breed, who had run before.  But, yes, that

          15   didn't prove to be the case.

08:36:14  16   Q   What was your total campaign expenditures?

08:36:17  17   A   Oh, well, budget versus expenses --

08:36:19  18   Q   Yeah.  I'm sorry, I was not specific enough.  I apologize.

08:36:22  19        How much funding did you raise for your campaign in total?

08:36:26  20   A   So I think what we raised in total for my campaign may have

          21   been 20 to 25, including my personal contributions that were, I

          22   think, entered in as a loan.  So...

08:36:34  23   Q   20- to $25,000?

08:36:36  24   A   I believe so.

08:36:37  25   Q   All right.
```

*Mr. Abrams Cross of John Perez*

08:36:38  1          **THE WITNESS:**  And, Judge, I -- I don't have the

2   information, but I'm going off my best recollection right now.

08:36:44  3   **BY MR. ABRAMS:**

08:36:44  4   **Q**   Okay.  Mr. Perez, I'm not trying to trip you up on the

5   dollars and cents.  I just want the Court to have some sense of

6   the order of magnitude of the expenditures in your campaign.  So

7   I appreciate you sharing what you recollect.

08:36:59  8          **MR. ABRAMS:**  Can we use the overhead?  Let's look at

9   Plaintiff's Exhibit 129, please.

08:37:09 10   **BY MR. ABRAMS:**

08:37:09 11   **Q**   Mr. Perez, during the course of the lawsuit, have you had

12   occasion to see this slide?

08:37:14 13   **A**   I have.

08:37:15 14   **Q**   And it's a slide that derives from information Dr. Stein

15   prepared analyzing the percentage of the white voters' vote that

16   you secured and Mr. Kaczenski and Ms. Mafrige secured, and the

17   percentage of the Hispanic vote that Mr. Kaczenski, Ms. Mafrige,

18   and you received.  You've seen it, right?

08:37:37 19   **A**   I have seen this, yes.

08:37:39 20   **Q**   You told the judge that, in your own personal estimation,

21   you were, quote, uniquely qualified, close quote, to serve on

22   the school board and represent the interests of everybody in the

23   district.

08:37:50 24       Do you agree that, based upon Dr. Stein's analysis, while

25   you did receive support from the Hispanic community of roughly

*Mr. Abrams Cross of John Perez*

1   5 percent of the vote, apparently the Hispanic voters, taking

2   into account the tapestry of their experiences and the issues

3   and ideology important to them, didn't think you were the most

4   qualified candidate for them?

08:38:13 5   **A**   So I think your words are very important because the

6   question you just asked does not align with the analysis of your

7   expert witness.

08:38:24 8   **Q**   Let me rephrase the question.

08:38:26 9   Based upon Dr. Stein's analysis, do you agree that the

10   Hispanic voters didn't find you to be their preferred candidate?

08:38:32 11   **A**   No.  I don't agree with Dr. Stein's analysis in general.

08:38:35 12   **Q**   Okay.  All right.  Let's turn now to the significance of

13   early voting in your election.

08:38:41 14   **MR. ABRAMS:**  Let's look at Plaintiff's Exhibit 119,

15   please.

08:38:49 16   **A**   And if I may further explain why I may not agree with

17   Dr. Stein's analysis for the judge's sake?

08:38:56 18   **BY MR. ABRAMS:**

08:38:56 19   **Q**   That'll be up to Judge Lake.  If he wants to hear your lay

20   interpretation of --

08:38:57 21   **THE COURT:**  Give me a short answer, not a speech.

08:39:00 22   **THE WITNESS:**  Understood.  So I've done a lot of

23   statistical analysis.  What they didn't speak to are the

24   inherent flaws of using statistical analysis to model human

25   behavior, especially when you get to partisan politics.  And as

*Mr. Abrams Cross of John Perez*

1   I described, the varied experiences simply within a subgroup

2   even with the Hispanic community were nowhere specified modeled,

3   and every assumption made, because you don't get to the

4   specifics, introduces an error band.  And I would imagine that

5   if you start looking at every single factor that drives, without

6   doing any kind of canvassing or questionnaires, which apparently

7   wasn't done, the error factor in this model, from my perspective

8   as a technical engineer, I don't put a lot of merit in it.

9   That's why.

08:39:41 10         I don't want to seem flippant in my response is why I

11   wanted to clarify.

08:39:45 12   **BY MR. ABRAMS:**

08:39:45 13   **Q**   Just so the record's clear, you're not familiar with and

14   have never applied the ecological inference analysis that's

15   regularly used by social scientists in Voting Rights Act cases;

16   is that correct?

08:39:56 17   **A**   Ecological inference, no, but you spoke to ordinary least

18   square regression models and statistical analysis, and I

19   actually did a statistical analysis for the chemical engineering

20   department at Rice when I was doing my MBA studies.  So I am

21   familiar with statistical models in trying to model outcomes.

08:40:14 22   **Q**   Let's go back, then, to the topic of the early voting

23   question I was going to address.

08:40:18 24      Plaintiff's Exhibit 119 you've seen before, haven't you?

08:40:27 25   **A**   Yes.

*Mr. Abrams Cross of John Perez*

08:40:28  1  **Q**   Plaintiff's 119 indicates that, like Mr. Earnest, 53.9 --

2  -94 percent of your votes came from three precincts, the

3  Memorial, Spring Branch, and Spring Forest precincts on the

4  south side of I-10, correct?

08:40:47  5  **A**   I believe that's correct.

08:40:48  6  **Q**   Just as a matter of math.  I'm not commenting on anything in

7  the world.

08:40:52  8  **A**   That's what the number says.

08:40:53  9  **Q**   And the early vote from those three precincts, the Memorial,

10  Spring Branch, and Spring Forest sites, was 80.8 percent of the

11  total early vote?

08:41:03 12  **A**   That's the number on the screen.

08:41:05 13  **Q**   And the early voting in Spring Branch, in your specific

14  election, comprised 61.35 percent of the total votes cast,

15  correct?

08:41:13 16  **A**   Again, that's what the slide shows.

08:41:15 17  **Q**   Now, the nearest early voting site relative to your home,

18  which is in the south side of the district on the west side, was

19  the Don Coleman Coliseum at the Dairy Ashford location, right?

08:41:29 20  **A**   That's correct.

08:41:30 21  **Q**   And that's about a mile and a half from your house, right?

08:41:33 22  **A**   And yours.

08:41:34 23  **Q**   It is.  We're neighbors.

08:41:38 24       With regard to the mention that you got the support of the

25  PIPEline group -- and I think you mentioned it was the

**_Mr. Abrams Cross of John Perez_**

1  Spring Branch Families PAC, which is associated with the

2  PIPEline, did you go through a candidate interview process, or

3  were you interviewed by the PIPEline before they decided to

4  endorse you along with two other candidates on a slate?

08:42:00 5  **A**    So, again, words were important.  I did not run on a slate.

6  I was not interviewed or recruited to be part of a PIPEline

7  slate is, I think, what you're trying to paint here.  So that's

8  an incorrect representation.

08:42:12 9  **Q**    Did you receive the endorsement, and did you have

10  advertising that involved you and the other candidates endorsed

11  by the PIPEline?

08:42:20 12  **A**    After I decided to run and they saw that what they were

13  trying to achieve aligned with my messaging, I received their

14  endorsement, I accepted their endorsement, and as the race

15  progressed and commonalities existed between candidates, I think

16  a loose informal, I would say maybe alliance, was formed.

08:42:41 17  **Q**    Are you aware of the process the PIPEline went through to

18  select its endorsements and agree on the slates it was going to

19  endorse?

08:42:51 20  **A**    I do not know what the PIPEline does.

08:42:53 21  **Q**    Let's look at Plaintiff's Exhibit 74, please.

08:43:01 22        Do you know Emily Sperandino -- -dio?

08:43:04 23  **A**    I know Emily Sperandio.

08:43:06 24  **Q**    Thank you for correcting me.

08:43:07 25        Sper-an-dio?

*Mr. Abrams Cross of John Perez*

08:43:09  1    **A**    Yes.

08:43:09  2    **Q**    All right.  This is a PIPEline text which talks about the

        3    process that the PSC candidate committee was going to go through

        4    to interview candidates, select candidates, and come up and

        5    formally endorse candidates.

08:43:26  6        Were you familiar with the process the PIPEline used before

        7    they endorsed you?

08:43:34  8    **A**    Again, Mr. Abrams, I'm not on the PIPEline steering

        9    committee.  I'm not on this thread.  So I'm not aware of how

       10    they work or talk behind the scenes.

08:43:44 11        Did I talk to some community members?  Sure.  Did I know

       12    all of them were even part of PIPEline?  No.  Many of them

       13    weren't.

08:43:50 14        I spoke to Pam Goodson in my candidacy, who is a sitting

       15    board trustee.  I spoke to Carter Breed in trying to decide to

       16    run.  So -- sorry.  Maybe I'm just missing what you're trying to

       17    get at here.

08:43:59 18    **Q**    All I can ask you is what you know.

08:44:01 19        Apparently, you didn't know that the PIPEline represents

       20    that it had a candidate screening process before making

       21    endorsements.  You didn't know that, correct?

08:44:07 22    **A**    So I know the PIPEline was interested in who was going to

       23    run.  I guess I can say that.  Is that fair?

08:44:15 24    **Q**    Let's look at Plaintiff's Exhibit 75, please.

08:44:22 25        Were you aware and are you aware that the PIPEline launched

*Mr. Abrams Cross of John Perez*

1  a website, created a political action committee -- which I think

2  you earlier identified as the Spring Branch Families PAC -- to

3  endorse various candidates, one of which turned out to be you,

4  right?

08:44:39  5  **A**   That is correct.

08:44:40  6  **Q**   What --

08:44:40  7  **A**   After they formed the PAC and endorsed me, I became aware

8  that this was, indeed, a formalization of, I think, the PIPEline

9  community.

08:44:47  10  **Q**   And the second of which -- or a second of which was

11  Ms. Anderson, who we'll hear from in a few minutes, right?

08:44:53  12  **A**   I believe you will hear from Ms. Anderson in a few minutes,

13  yes.

08:44:55  14  **Q**   And the third was Ms. Alpe, who is not testifying, but is

15  another person who was elected to the board at the same time you

16  and Ms. Anderson were, correct?

08:45:05  17  **A**   I'm sorry.  Can you repeat that question?

08:45:09  18  **Q**   Yes, sir.

08:45:10  19     The PIPEline and the Spring Branch Families PAC endorsed

20  you, Ms. Anderson, and Ms. Alpe in your respective races in

21  2022, correct?

08:45:19  22  **A**   That's incorrect.

08:45:20  23  **Q**   Oh, okay.

08:45:20  24     Let's look at the second page of Plaintiff's Exhibit 75.

08:45:24  25  **A**   I'm sorry, Mr. Abrams.  Ms. Anderson ran in 2023.

*Mr. Abrams Cross of John Perez*

08:45:27  1    **Q**   Oh, thank you.  You're right.  Thank you for correcting me.

08:45:31  2         In addition to creating the Spring Branch Families PAC to

3    support candidates, the PAC was formed to fund opposition to

4    this lawsuit, as well, right, as evidenced on page 2 of

5    Plaintiff's Exhibit 75?

08:45:46  6    **A**   Sorry.  What was the question again?

08:45:48  7    **Q**   In addition to being formed to fund candidates that the

8    PIPEline supported, the Spring Branch Families PAC was also

9    formed to support the fight against the claims made and the

10   demands levied in this lawsuit, correct?

08:46:06  11   **A**   So I'm not going to dispute anything on the screen.  I can

12   only say what's on the screen is the intent of who wrote that,

13   but I can't speak to -- again, I cannot speak to the inner

14   workings of a PAC I'm not a part of.

08:46:19  15           **THE COURT:**  I think we've covered the PIPEline enough.

08:46:21  16           **MR. ABRAMS:**  Very good.

08:46:26  17   **BY MR. ABRAMS:**

08:46:27  18   **Q**   With regard to the school closure vote, just very briefly, I

19   agree with you that you're not at liberty, under Texas law, to

20   talk about what was discussed in executive session, but do you

21   agree with the prior witnesses who've testified that with

22   respect to the school closure vote, most of that discussion

23   occurred out of the view of the public in executive session

24   rather than in the public session before the voters?

08:46:56  25   **A**   Per the policies and protocols, and even the laws of Texas,

*Mr. Abrams Cross of John Perez*

1  that was the case.

2  **Q**   That's your understanding, that you weren't permitted, in

3  public, to talk to the voters of the community about the

4  rationale for selecting only schools and programs on the north

5  side for closure.  Is that your understanding of the law?

6  **A**   Well, there are -- there are certain topics which we are

7  afforded to and really is, I think, the right approach to not

8  have those discussions in front of the public.  When you're

9  talking about letting many people go in a 44- to 5,000 person

10  entity prior to the end of the school year, I would -- I would

11  argue that even you would agree you wouldn't want to have those

12  conversations in public to the degree that you or others may

13  wish to have been done.

14  **Q**   Without regard to the rationale, do you then agree that the

15  bulk of the discussions that would shed light on who said what

16  and what the thinking was, was -- with regard to school closure

17  and program closure occurred in executive session and not before

18  the voters in public?

19        **MR. HENRY:**  Your Honor, I just object to the relevance

20  of this line of questioning.

21        **THE COURT:**  All right.  You may answer the question.

22  **A**   So I would agree that the bulk of those conversations,

23  including the parts that they're not aware of how often I

24  advocated and many others -- most people on the board advocated

25  for folks across the district, including north side students,

*Mr. Abrams Cross of John Perez*

1   folks that have lived experiences different than ours, yes, a

2   lot of that conversation and much of that content was simply

3   discussed during executive session.

4   **BY MR. ABRAMS:**

5   Q    You talked about the shared experiences and the tapestry of

6   experiences.  The fact of the matter is on the board that you

7   sit, there was a great controversy among the trustees who had

8   children going to Stratford and children that went to Memorial

9   High School about something that's been referred to earlier as

10  the school class scheduling issue or block scheduling issue,

11  right?

12  A    That's correct.

13  Q    The vote was split on that issue, right?

14  A    The vote was split, yes.

15  Q    And you're a Stratford parent, and you voted against the

16  elimination of block scheduling that would have affected your

17  children at Stratford and other children at Stratford, right?

18  A    So --

19  Q    Is that -- is that right or not?

20  A    Well, I think you're trying to -- again, it's that optional

21  completeness.  I don't know if I can address that in your

22  question because I think what you're trying to paint is you're

23  trying to paint a question of it was simply about --

24       **THE COURT:**  Wait a minute.  First, answer the

25  question.  How did you vote on the issue?

*Mr. Abrams Cross of John Perez*

08:49:24  1          **THE WITNESS:**  I voted against changing the schedules

2      for all high schools.

08:49:30  3   **BY MR. ABRAMS:**

08:49:31  4   **Q**   The change in the schedule involved eliminating block

5      schedules at Stratford, didn't it, sir?

08:49:35  6   **A**   No.  It involved changes in other high schools.

08:49:37  7   **Q**   Did any other school -- let me back up.

08:49:39  8       Did Memorial have a block schedule?

08:49:41  9   **A**   No.

08:49:42 10   **Q**   Did Spring Woods have a block schedule?

08:49:44 11   **A**   So Spring Woods did not.

08:49:45 12   **Q**   Okay.  And --

08:49:45 13   **A**   But Northbrook had a hybrid, and they've had to modify.

08:49:49 14       I just want to make sure that we understand because, again,

15      the optional completeness is a very interesting term to me;

16      otherwise known as a half truth.

08:49:57 17          **MR. ABRAMS:**  Judge, in the interest of time, I'll

18      refrain from any other questions.  Pass the witness.

08:50:00 19          **THE COURT:**  Okay.  You don't have anything else, do

20      you?

08:50:02 21          **MR. HENRY:**  Nothing else.

08:50:03 22          **THE COURT:**  Thank you.

08:50:03 23          **THE WITNESS:**  Thank you, Judge.

08:50:04 24          **THE COURT:**  You may call your next witness.

08:50:06 25          **MR. HENRY:**  Courtney Anderson.

*Mr. Henry Direct of Courtney Anderson*

08:50:23   1          THE COURT:  Good morning, ma'am.  Please come around

2    and be sworn.

08:50:27   3      (Witness sworn.)

08:50:32   4          THE COURT:  Please be seated.  When you're

5    comfortable, pull the microphone towards you so we can hear you.

08:50:39   6          COURTNEY ANDERSON, DULY SWORN, TESTIFIED:

08:50:39   7              DIRECT EXAMINATION

08:50:41   8    BY MR. HENRY:

08:50:42   9    Q   Ms. Anderson, can you state your name for the board -- for

10   the Court?

08:50:45  11    A   Yes.  Courtney Anderson.

08:50:48  12    Q   And you're a current member of the SBISD Board of Trustees,

13   correct?

08:50:52  14    A   Yes, sir.

08:50:53  15    Q   I understand that you have a background in teaching and

16   education.  Can you explain that?

08:50:57  17    A   Yes, sir.  I -- or my family moved to the district in 1984.

18   I attended Memorial Drive Elementary, Spring Branch Middle

19   School, and Memorial High School.  I graduated in 1994 from

20   Memorial.

08:51:15  21      I had such a great experience in SBISD that I went on to

22   the University of Texas, and I got my teaching degree with a

23   specialty in low-income schools.  I then went -- after

24   graduating, I taught in Alief ISD for nine years.  I worked at

25   Boone Elementary, which is a very, very low-income gang-ridden

*Mr. Henry Direct of Courtney Anderson*

1  community.

08:51:46  2      I taught third grade for three years, and the principal was

3  mainstreaming kids with emotional disturbances, bipolar conduct

4  disorder into my classroom.  So I loved working with them.  They

5  were great kids.  And so I then moved over into full-time

6  special ed, and I taught the behavior unit for seven years.

08:52:09  7      I spent one year, while my husband was finishing up his

8  grad degree, in Richardson ISD teaching that same type of

9  special ed behavior unit.

08:52:22 10      So, yes, ten years teaching.

08:52:25 11  Q   Do you have children that attend Spring Branch schools?

08:52:28 12  A   I do.  I have -- well, my oldest -- our oldest just

13  graduated last year from Memorial, and she's a freshman at the

14  University of Texas in Austin.  I have a current junior daughter

15  at Memorial, and I have a current eighth-grade son at Memorial

16  Middle.

08:52:48 17  Q   Prior to campaigning for trustee, did you participate in

18  SBISD elections?

08:52:54 19  A   I did.  I sure did, yes, sir.

08:52:56 20  Q   So in the 2018 campaign between Minda Caesar and Noel

21  Lezama, how were you involved in that campaign?

08:53:03 22  A   Oh, I supported Minda Caesar.  Her knowledge and background

23  on school finance, which at the time and still to this day is

24  our biggest challenge as educators, it -- her knowledge was

25  extensive.

*Mr. Henry Direct of Courtney Anderson*

08:53:19  1   **Q**   And how did you help with that campaign?

08:53:23  2   **A**   Well, so my years in Spring Branch as a parent -- this is

3   when I was not teaching.  Actually, I was working two days a

4   week with Katrina evacuees at my old school in Alief, but I was

5   a parent of little ones in the district, and I got people to --

6   I tried to get people excited about the election and excited

7   about Spring Branch ISD.

08:53:52  8      Historically, before COVID, the voter turnout was very,

9   very low in the district and, I do believe, across the nation.

10   But definitely in our district, and so I just tried to get

11   people excited and tuned in to the issues that we were facing as

12   a district.

08:54:11 13   **Q**   And you've attended every day of this trial, right?

08:54:14 14   **A**   Yes, sir.

08:54:15 15   **Q**   Did you hear plaintiff -- plaintiff's counsel ask

16   plaintiff's expert to assume that candidates pre-COVID

17   self-identified as Republicans?

08:54:25 18   **A**   Candidates --

08:54:28 19   **Q**   For SBISD.

08:54:29 20   **A**   Yes.

08:54:30 21   **Q**   To your knowledge, does Noel -- did, at the time of the

22   election, Noel Lezama self-identify as a Republican?

08:54:38 23   **A**   No, he did not.

08:54:42 24   **Q**   In 2019, in the election between David Lopez and Carter

25   Breed, my understanding is you supported Carter Breed.  Can you

*Mr. Henry Direct of Courtney Anderson*

1    explain why?

08:54:53  2    **A**   Carter embodied the values I wanted to see in the schools.

3    I wanted them -- the conservativeness, the -- I wanted to see

4    that reflected in our -- in our schools.

08:55:05  5    **Q**   And in the 2021 -- there was no election in 2020 because of

6    COVID?

08:55:09  7    **A**   Yes.

08:55:09  8    **Q**   So in the 2021 election between Chris Earnest and Virginia

9    Elizondo, can you tell me who you supported and why?

08:55:15 10    **A**   I supported Chris Earnest solely based on the fact of his

11    conservative values.  He and I identified -- let me back up.  As

12    a former teacher, during 2020 I knew how vitally important it

13    was to have children in schools not just for academic purposes,

14    but for social and emotional growth as well.  It was vitally

15    important to get children back in schools.

08:55:47 16       Ms. Elizon- -- excuse me, Dr. Elizondo did not agree.

17    Chris Earnest did agree.

08:55:55 18       I had also worked with Dr. Elizondo.  I was part of the

19    Lead SBISD committee that the school district did, you know, to

20    bring awareness to the district as to what's going on and the

21    issues that we're facing, and as Dr. Elizondo is a very bright

22    woman, I didn't agree with everything that she said during that

23    committee that I spent six months with her.

08:56:22 24       I just didn't think she had what it took to make decisions

25    for the entire district, and I didn't agree with her values that

*Mr. Henry Direct of Courtney Anderson*

1   she wanted to see reflected in our school district.

08:56:34  2   **Q**   We've heard some testimony about the PIPEline, so I won't

3   spend too much on it, but it's my understanding that you were

4   involved in the PIPEline in its earliest stages.  Is that right?

08:56:45  5   **A**   That is correct.  I was one of the founders of PIPEline.  It

6   started off as a group of probably five or six moms, a lot of us

7   former educators, that knew how vitally important it was to get

8   our children back in schools.

08:57:01  9   **Q**   Is the PIPEline a diverse group?

08:57:03 10   **A**   It is a diverse group.  It's north and south side moms and

11   dads.  We have Hispanics, non-Hispanics.  We have lots from our

12   Asian community that are involved.  We do have African American

13   members, and I think I said moms and dads.

08:57:25 14     Actually, we actually have teachers, as well, that have

15   kids in the district, and also teachers that do not have kids in

16   the district.

08:57:34 17   **Q**   And it's my understanding that the PIPE, P-I-P-E, stands for

18   Parents for In-Person Education; is that right?

08:57:41 19   **A**   Yes.  When we founded it, that is exactly what it stood for.

08:57:47 20         **MR. HENRY:**   If we could bring up Exhibit 41 --

21   Defendants' Exhibit 41.

08:57:54 22   **BY MR. HENRY:**

08:57:54 23   **Q**   This is a text message you received during the 2021 campaign

24   between Chris Earnest and Virginia Elizondo.  It looks like it's

25   a text from the Houston Federation of Teachers endorsing

*Mr. Henry Direct of Courtney Anderson*

1    Virginia Elizondo.

08:58:16  2       Can you explain this text and kind of your reaction to

3    receiving it?

08:58:23  4    **A**    This text was sent out to, I believe, a group of educators

5    within the district, and because I had subbed in the district

6    and was part of the PTA, that's why, I believe, I was on their

7    list to receive it.  And they, just like the text said: (As

8    read) We're with the Houston Federation of Teachers.  We are

9    proudly endorsing Virginia Elizondo for Spring Branch ISD School

10    Board Trustee.  Can educators and school staff count on you?

08:58:55 11       And I simply asked why they were supporting her.  That was

12    just my question.  So we did have -- and I'm not sure if you

13    have it in here.

08:59:04 14    **Q**    The rest is just back-and-forth --

08:59:05 15    **A**    Okay.

08:59:06 16    **Q**    -- but for the judge's sake, I'm mostly interested in --

08:59:08 17    **A**    Yes.

08:59:08 18    **Q**    -- what was your reaction to having this union group be

19    supportive of Dr. Elizondo?

08:59:13 20    **A**    Well, the -- my reaction was very -- I was very worried

21    because I had -- as a teacher in Alief ISD, I had dealt with the

22    Houston Federation of Teachers, and I had stood up to them

23    beforehand.  And they are a very liberal group of educators, and

24    they were very ugly and, quite frankly, bullies to any educators

25    that were conservative or held conservative values.

*Mr. Henry Direct of Courtney Anderson*

08:59:45 1    So when I saw this and that they were trying to -- as you

2    can see in the rest of the text strand, they kept saying -- they

3    kept using the words "seat at the table," that they wanted

4    Dr. Elizondo to have a seat at the table.  And we've heard that

5    from Mr. Abrams and his team of attorneys, and, frankly, I think

6    they're all missing the point.  It's not about having a seat at

7    the table, it's about partnering with parents from all over the

8    district in their children's education.

09:00:20 9  **Q**   And you wanted to avoid the union having a seat at the table

10   in this -- on the school board, right?

09:00:27 11 **A**   I did because I had, you know, had knowledge of how they

12   operated, and I did not want to see that in Spring Branch ISD.

09:00:35 13    Spring Branch ISD is a small district comparatively

14   speaking, and we're a family, and we have been.  The entire

15   district is a family.

09:00:46 16    I know that the plaintiff would like to paint that there's

17   this great divide between the north and south side, and in

18   reality there is so much more that unites us than divides us,

19   and I've thought that since I was a student in SBISD before I

20   could even probably say those words and put those thoughts

21   together.  But every -- I played on the basketball team, and

22   every time we went over to Spring Woods or Northbrook, those

23   were the best games.  And the parents all united, and the

24   parents all discussed and talked, and it -- frankly, it was --

25   it was really, and still is, a family.

*Mr. Henry Direct of Courtney Anderson*

09:01:34  1   **Q**   So at this time you're still a voter, not a candidate, and

2   in 2022 you were also a voter.

09:01:39  3       Did you support current trustees John Perez, Lisa Alpe, and

4   Caroline Bennett in their candidacies?

09:01:47  5   **A**   I did.

09:01:48  6   **Q**   Can you explain, just very briefly, why you voted for those

7   three candidates?

09:01:53  8   **A**   They aligned with the values that I wanted to see reflected

9   in Spring Branch ISD as an educator and as a mom.

09:02:02 10   **Q**   Why did you decide to run for trustee in 2023?

09:02:06 11   **A**   I decided to run because when I was teaching, I always -- I

12   learned and I found out that to do the most good and the most --

13   to truly help, you have to be intimately involved.  So I had

14   always wanted to run for school board, I just thought I would do

15   it when my children were older just -- as everyone knows, having

16   kids can be overwhelming.

09:02:34 17       I decided to run to try to get the district back on track.

18   I -- I -- Judge, you had asked Mr. Perez earlier why you thought

19   that having, you know, a Zone 1 -- or the illustrative district,

20   how would that hurt those voters, and I really wanted -- I

21   really would like to answer that.

09:02:57 22       In my campaign, I spent all of my time on the north side

23   getting to know the constituents, getting to know the voters,

24   getting to know the people who were not registered to vote.  I

25   spent all of my time trying to understand everything about them.

*Mr. Henry Direct of Courtney Anderson*

1    A lot of it I had knowledge from teaching in a Title I

2    low-income gang-ridden school for ten years.  I had lots of

3    knowledge.

09:03:28  4        I spent -- so did Shannon Mahan.  We spent all of our time

5    walking the district, talking to constituents, talking to

6    voters, and, honestly, this lawsuit came up often, and let me

7    tell you why creating an illustrative district or zone is not

8    good for our community.

09:03:50  9        Everybody knows that education changes quickly.  It changes

10    on a dime.  We saw that with COVID.  Education completely

11    changed in every aspect.

09:04:04 12        If you create single-member districts like the plaintiff

13    and team are asking for, those voters in that Zone 1 will only

14    get to vote for one candidate every third year.  So you have

15    three years with that candidate.  When we are at-large -- and

16    the reason I think at-large makes us the strongest is because

17    you get to vote for every trustee every year, and we see how

18    education changes so quickly that you should be able to have a

19    say in the way that the district is run every year, not just

20    every third year with one person only and one vote only.

09:04:46 21            **THE COURT:**  Well, that's a very good point that hadn't

22    been made.  I hope it will be made in the briefing, but let me

23    just -- I know we have a lot of interested parties here.  Let me

24    just make a point.

09:04:58 25            Many of the arguments raised by both sides are, at

*Mr. Henry Direct of Courtney Anderson*

1    their bases, policy arguments about what should be done.  I'm

2    not some roving chancellor in equity charged with doing what I

3    think is right.  I'm constrained by the Constitution and laws of

4    the United States.  I took an oath to follow them whether I like

5    the result or not, and the Supreme Court, in *Gingles versus*

6    *Thornburg*, has said that:  (As read) The essence of a Section 2

7    Voting Rights Act claim is when a certain electoral practice or

8    structure interacts with social or historical conditions to

9    cause an inequality in the opportunities enjoyed by minority and

10   white voters.

09:05:51 11           That's the question.

09:05:54 12           If the plaintiffs can satisfy the *Gingles* factors, and

13   they've made a strong case, then I address what are known as the

14   Senate factors, which are also laid out in *Gingles*.  That's a

15   much closer question.  Perhaps some of the policy concerns

16   overlap with some of those factors, but I'm not here to decide,

17   in the best of all worlds, what would be best for the district.

09:06:23 18           I'm narrowly constrained by the laws articulated by

19   the Supreme Court and the Fifth Circuit and how those laws

20   should be fairly applied to the facts of this case.  I want to

21   make that clear to everybody.

09:06:36 22           **MR. HENRY:**  Yes.  And if -- I'll explain exactly what

23   Senate factor that goes to.  One of the Senate factors is

24   whether the board -- the government entity's reasons for the

25   at-large system are tenuous, in other words, it's just a proxy

*Mr. Henry Direct of Courtney Anderson*

1    for discrimination, right?  If they had no good reason to have

2    an at-large system, then that Senate factor might weigh in favor

3    of the plaintiff.

09:06:59  4         THE COURT:  Well, I'm sure you're going to focus your

5    briefing on those factors.

09:07:03  6         MR. HENRY:  Right.  And so this is the factor I

7    think -- that factor, I think, weighs in favor of the defendants

8    here --

09:07:09  9         THE COURT:  Well, it's interesting.  I hadn't heard it

10    before.

09:07:12  11         THE WITNESS:  Your Honor, also, when the plaintiff

12    says that, you know, the Hispanic vote is disenfranchised or

13    it's muddied by -- by the white vote, speaking and spending

14    six months visiting with the constituents who live on Pitner,

15    who live in those apartment complexes, who send their children

16    to those schools, they -- they are, frankly -- this group that

17    we have here are community activists.  Some of them are

18    community agitators, but the mom and dad, the Hispanic voter on

19    the north side, most of them are conservative.  Most of them

20    asked me about my values.

09:07:58  21         To them, the most important thing was how I felt.  Was

22    I a conservative or a liberal?  And then all their questions

23    stemmed from that.  Their second biggest concern was taking

24    the -- when you give them a vote once every three years, you've

25    essentially taken two votes away from them in the following

*Mr. Henry Direct of Courtney Anderson*

1  years.

09:08:19  2        **THE COURT:**  I think we've got that.  Thank you.

09:08:21  3        **MR. HENRY:**  Okay.

09:08:22  4  **BY MR. HENRY:**

09:08:23  5  **Q**   And rather than -- well, let's look at Defendants'

6  Exhibit 12 just briefly.

09:08:28  7  **A**   Okay.

09:08:29  8        **MR. RIENSTRA:**  D12?

09:08:32  9        **MR. HENRY:**  Yes, please.

09:08:33 10  **BY MR. HENRY:**

09:08:34 11  **Q**   Who was your opponent in the 2023 election race?

09:08:36 12  **A**   Mr. David Lopez.

09:08:38 13  **Q**   Okay.  And if we'll look at the Landrum precinct, which is

14  No. 41, who carried that precinct?

09:08:46 15  **A**   I did.

09:08:47 16  **Q**   And if you look at the Northbrook precinct at the very

17  bottom, No. 47, did you win that precinct, or did David Lopez

18  win that precinct?

09:08:56 19  **A**   I won that precinct.

09:08:57 20  **Q**   And those are the two precincts that are combined,

21  essentially, to make plaintiff's illustrative district, right?

09:09:04 22  **A**   Yes, sir.

09:09:05 23  **Q**   Okay.  So when we're talking about do Hispanics have an

24  opportunity, in the single-member district, to elect the

25  candidate of their choice, who was the candidate of their choice

*Mr. Henry Direct of Courtney Anderson*

1    in -- or the candidate of choice at least for those precincts,

2    without breaking it down by race?  But who was the candidate of

3    choice for those precincts?

09:09:22  4    **A**    I believe I was the preferred candidate.

09:09:24  5              **THE COURT:**  Which exhibit is this?

09:09:25  6              **MR. HENRY:**  This is Defendants' 12.

09:09:27  7              **THE COURT:**  Thank you.

09:09:28  8    BY MR. HENRY:

09:09:28  9    **Q**    And voter turnout in school board races is very low,

10    correct?

09:09:33 11    **A**    Historically low.

09:09:35 12    **Q**    So if you -- let's say it's 10 percent, which I think would

13    be, probably, very generous.

09:09:41 14         You know, if you talk to nine people -- nine potential

15    voters -- or, sorry, ten potential voters, that means nine out

16    of the ten aren't voting at all, potentially, right?

09:09:52 17    **A**    Correct.

09:09:53 18    **Q**    And so when you hear these things, that doesn't necessarily

19    bear out in total votes.

09:09:59 20         In fact, a lot of people may not be registered to vote or

21    citizens and able to vote that you talked to, correct?

09:10:06 22    **A**    Correct.  A lot of them were not registered to vote, and I

23    don't know how to say this kindly, but, frankly, lots of the

24    voters on the north side are very scared by the bullying tactics

25    of the community activists that have brought forth this lawsuit.

*Mr. Henry Direct of Courtney Anderson*

09:10:28  1    Q    So without -- I don't think the judge wants us to go through

2    each one of these exhibits, but just for the purposes of the

3    record, I'll number -- we'll bring up one, and then I'll just

4    list the rest.

09:10:38  5        So if we could bring up Exhibit 35 -- Defendants' 35.

09:10:43  6        Did you attend a Constitutional Conservatives event for

7    Spring Branch ISD?

09:10:52  8    A    I did.

09:10:53  9    Q    Did you attend a lot of conservative events like this to get

10    your message out?

09:10:57 11    A    I did.

09:10:59 12    Q    And I'm not going to bring them up in the interest of time,

13    but Exhibits 36, Defendants' 37, Defendants' 45, Defendants' 38,

14    and Defendants' 43, do those exhibits show your attendance at

15    those events where you were able to speak and explain your

16    conservative platform?

09:11:21 17    A    Yes, sir.

09:11:24 18        THE COURT:  Since you mentioned exhibits, when you

19    turn in your homework assignment five weeks from now, I don't

20    want all the exhibits attached, but some of these voter

21    documents are hard to understand.  I've done the best during the

22    trial, but it would be helpful if you could attach not every one

23    or -- but the significant ones and highlight them to help me

24    focus on what you contend is the most relevant part of the

25    exhibit.

*Mr. Abrams Cross of Courtney Anderson*

09:11:52 1    BY MR. HENRY:

09:11:52 2    Q   Ms. Anderson, thank you for answering my questions.

09:11:55 3          **MR. HENRY:**   Pass the witness.

09:11:56 4                        **CROSS-EXAMINATION**

09:11:57 5    BY MR. ABRAMS:

09:11:58 6    Q   Good morning, Ms. Anderson.

09:12:01 7    A   Hi.  How are you?

09:12:02 8    Q   Good.

09:12:02 9       Some of these questioners are just for the record.

09:12:05 10      You're a south side resident, correct?

09:12:07 11   A   I am.

09:12:07 12   Q   You live on Taylorcrest -- 1265 Taylorcrest?

09:12:10 13   A   Yes, sir.  Actually, not very far from you and Mr. Shaddix.

09:12:14 14   Q   That's true.  We're south side residents as well.

09:12:18 15      Your children go through -- or have gone through south side

16   schools:  Frostwood, Memorial Middle, Memorial High School?

09:12:26 17   A   Yes.  They have until this year.  But if you ask my

18   eighth-grade son, who's at Memorial Middle right now, he would

19   like to go to Spring Woods or Northbrook High School.

09:12:35 20   Q   He's zoned Memorial High School?

09:12:37 21   A   He is zoned at Memorial High School, but the beauty of SBISD

22   is having our choice system.

09:12:46 23   Q   With respect to your campaign -- I believe you've used the

24   term "conservative values" a number of times.

09:12:54 25      With respect to your campaign and not the others, could you

*Mr. Abrams Cross of Courtney Anderson*

1   unpack that and tell me what issues went into your presentation

2   to the voters as conservative values that you were advancing in

3   opposition, for example, to the values of your opponent?

09:13:11 4   **A**   Sure.  The first one would be parental choice.  Having the

5   parents partner with the school district was very important and

6   a strong conservative value at the time.  There were lots of

7   discussions, I'm sure we could both agree, in the news about

8   parental choice.

09:13:32 9   I also -- having had kids in the district, I did see

10   unfortunately, evidence of critical race theory and things that

11   came home with my children.  We all know that critical race

12   theory is a -- it's a theory.  It's a way of thinking and

13   presenting items.

09:13:51 14   It's not -- it's actually pretty sneaky when you see it in

15   students' homework or students' assignments during the day.  I

16   had been watching that for a while.  That was another -- another

17   big reason.

09:14:08 18   The -- having been an educator and having taught in

19   elementary school, it was very important that we have

20   educationally suitable material for the kids to read.  In middle

21   school, it is extremely important to have educationally suitable

22   materials for them to read.

09:14:29 23   A lot of people like to use the term "book banning."  I

24   believe your side -- several people have come to speak at our

25   board meetings about book banning, and that is 100 percent not

*Mr. Abrams Cross of Courtney Anderson*

1  what is going on.  What is going on is we are making sure that

2  material is educationally suitable for the age.

09:14:51  3     You cannot have a book about sexual encounters with six-,

4  seven-, and eight-year-olds in an elementary school.  That is

5  meant for older students.  So the task of getting educationally

6  suitable material in front of each child was something that I

7  took to heart.  That is why I asked, pleaded, and begged to be

8  one of the academics liaisons with the district, so that I could

9  give not only my educational experience, but my experience as a

10  parent, and I also wanted to bring the constituents of the

11  district.

09:15:26  12     There is a -- during my campaign, when I was visiting with

13  the -- with the residents on the north side, I got to know many

14  of them, and we started a -- it's called a GroupMe, but it's

15  basically a text strand, and we still have it today, and it's

16  20 members -- 18 members of moms that live on the north side,

17  and then Lisa Alpe and myself -- and it's a direct line for them

18  to ask us questions for us to be able to discuss things, and

19  it's a group of conservative women that -- and conservative moms

20  that are truly concerned with educational suitability in front

21  of their students.

09:16:06  22  Q   I do not mean to cut you off, but I want to get back to the

23  question of:  What other issues were in your campaign under the

24  label of conservative values?  And I'm not trying to be rude to

25  you.

*Mr. Abrams Cross of Courtney Anderson*

09:16:17  1          You've mentioned parental choice; CRT; appropriate

2    educational student material.  Were there any other issues that

3    you identified and campaigned on under the rubric of

4    conservative values?

09:16:30  5    **A**    Yes.  Another one was keeping our at-large voting system,

6    which I think is what you want me to say.  I'm so happy to talk

7    about it.

09:16:38  8          To me, it's very important.  We need to continue the

9    at-large system because you -- as you've all seen in the news

10   lately, Houston Independent School District, HISD, they are

11   single-member districts before they were taken over by the

12   state, and every single board meeting was like a brawl.  People

13   were -- they couldn't agree on anything.  Everybody said, "Well,

14   my district needs a new football stadium.  My district -- I'm

15   not going to vote for your football stadium unless you vote for

16   my books."

09:17:13 17         It was a nightmare.  For example, it took them over

18   two years to hire a superintendent, and so, frankly, that scared

19   me to death.  Following educational news, it scared me to death

20   to see our district become a district where everybody is

21   fighting for only their little group of people instead of being

22   tasked with fighting for every student in the district.

09:17:40 23   **Q**   Were there any other issues in your campaign that fall under

24   conservative values or of that -- has that capsulized them?

09:17:47 25   **A**   I'm sure there are more, but I would say those are probably

*Mr. Abrams Cross of Courtney Anderson*

1    the most prevalent.

09:17:52   2    **Q**    Do you agree that not all the voters in the district agreed

3    with your position, which is why you did not get 100 percent of

4    the vote?

09:18:00   5    **A**    Yes, sir.  There are conservatives and nonconservatives, or

6    liberals, in our district.  I've lived here since 1984, and in

7    my experience, we are a very conservative district; have always

8    been just by nature of politics and by nature of the oil

9    business being -- which is what brought us to the United States,

10   my family -- being right next to Spring Branch ISD, lots of

11   conservative voters tend to land in our area.

09:18:34  12    **Q**    The topic of PAC support came up earlier in Mr. Perez's

13   testimony.  Did you, likewise, receive financial support from

14   PACs during your campaign?

09:18:44  15    **A**    I did not receive money from any outside Spring Branch PACs.

16   I took money from the Spring Branch PAC that PIPEline created to

17   support school dis- -- to support our school district.

09:18:59  18    **Q**    What was your total expenditure for your campaign?

09:19:04  19    **A**    I would say probably close to $30,000 -- 30,000 hard-earned

20   dollars of me asking, begging, and pleading with friends and

21   constituents to help me get elected.

09:19:18  22    **Q**    What proportion of that, if any, came from a PAC?

09:19:22  23    **A**    Oh, gosh.  Probably less than $4,000, and that actually -- I

24   don't even know if it's fair to say that it came straight to my

25   campaign.  It was used to pay for block walkers in the

*Mr. Abrams Cross of Courtney Anderson*

1    communities, and primarily south of I-10 block walkers because

2    I, like Shannon Mahan, was spending -- we were spending all of

3    our time on the north side.  And so the PAC paid for block

4    walkers on the south side just to remind people to go vote

5    because, as you know, voter turnout is so low.

09:19:53 6    **Q**   Let's look at Plaintiff's Exhibit 131, please.

09:20:04 7       Ms. Anderson, have you been present during the proceedings

8    when Plaintiff's Exhibit 131 was discussed?

09:20:09 9    **A**   Yes.

09:20:09 10    **Q**   Dr. Stein's analysis of voter behavior indicates that you

11    had the overwhelming support of the white community, and your

12    opponent, Mr. Lopez, had the overwhelming support of the

13    Hispanic community, correct?

09:20:21 14    **A**   Correct.

09:20:22 15    **Q**   You earlier were asked some questions about the exhibit

16    reflecting the election results, and there were pointed

17    questions about the fact that you got more votes in Northbrook

18    and Landrum than Mr. Lopez.  Do you recall that?

09:20:37 19    **A**   Yes, sir.

09:20:38 20    **Q**   You do understand that the proposed District 1, which uses

21    parts of those districts, will have a different composition

22    ethnically than the totality of the Landrum and Northbrook

23    districts as they currently exist.  You understand that, don't

24    you?

09:20:55 25    **A**   Well, actually, that's -- that's great.  I'm glad you asked

*Mr. Abrams Cross of Courtney Anderson*

1    that.  How do you know --

09:20:59 2    Q    I'd really like to know if you understand it first.  Do you

3    understand that?

09:21:03 4    A    No.

09:21:04 5    Q    Okay.

09:21:05 6    A    That's why I wanted to -- may I finish?

09:21:07 7    Q    Yes, ma'am.  I just wanted to get a clear answer out before

8    you gave --

09:21:11 9    A    What I don't understand is how you're going to pick voters

10    and put them together in a district in a very, very mobile part

11    of our community.  You could look at records, and you could see

12    that someone may live in Zone 1, or your illustrative district

13    that you're trying to create, and in a year or two they could

14    have moved to another school.

09:21:35 15        Lots of people in the community move depending on housing.

16    The one word that I've -- and I don't know if it's a bad word to

17    say, but it's -- nobody has talked about it in this whole room

18    is the gentrification of what's going on, on our north side.  I

19    don't understand.  The schools are low in enrollment because the

20    land is getting more and more expensive, and it's pushing out

21    affordable housing.

09:22:09 22        So, unfortunately, most of the schools on the north side

23    are at half -- were at half capacity.  During my campaign, I

24    spent a lot of time in Austin again begging and pleading our

25    legislators to fund public education, and I had a -- my -- our

*Mr. Abrams Cross of Courtney Anderson*

1  area state rep tell me, "You cannot come asking the Texas

2  Legislature for money when your schools are not run efficiently.

3  When they are at half capacity and you are wasting money, do not

4  come back here to Austin until you have made the district run as

5  efficiently as possible."

09:22:50  6      And I said to the representative, "Are you telling me that

7  that is why you're not funding us?"  And he said, "That is one

8  of the reasons."

09:23:00  9          **THE COURT:**  I'll state:  As the oldest person in the

10  courtroom, I'm not offended by the term gentrification.

09:23:06  11          You may go ahead.

09:23:08  12  **BY MR. ABRAMS:**

09:23:08  13  **Q**   Were you present for the testimony of Mr. Barnes, the

14  executive director of the Family Development Center, about the

15  7500 residents on Pitner Road?

09:23:17  16  **A**   Yes, I was, and I actually, at his invitation and Somos

17  Spring Branch -- last year, they -- they invited myself,

18  Mr. Perez -- they invited everybody.  Unfortunately, it was the

19  day before Thanksgiving break, but I was in town.  Mr. Perez was

20  in town.

09:23:34  21      So we got to go to Mr. Barnes's center -- I think that's

22  where I met you for the first time, too -- and we got to answer

23  questions to the constituents, to the community that was -- that

24  was right there, and that was a tough meeting, and those were

25  tough questions, but they were super important.

*Mr. Abrams Cross of Courtney Anderson*

09:23:54 1    So, yes, I -- I do know Mr. Barnes, and I was here for his

2    testimony.

09:23:58 3  **Q**   Where I was headed -- and I appreciate the fact that you

4    came out.

09:24:01 5    You know that there was a candidate forum at the center as

6    well, and neither Mr. Earnest, the successful unopposed

7    candidate the last time around, or Mr. Slattery, the successful

8    candidate, attended the candidates' forum at the center?

09:24:13 9  **A**   Yes.  And you know why?  I'd like to tell you since you

10    brought it up.  The reason they didn't --

09:24:17 11  **Q**   I'm really not interested in your estimation.  If

12    Mr. Slattery --

09:24:19 13  **A**   Oh, yeah.

09:24:20 14  **Q**   -- or Mr. Earnest had planned to explain it, first-hand

15    knowledge, I'd be happy to hear that.  I'm not interested in

16    your hearsay explanation.

09:24:27 17    Are you claiming there's gentrification along Pitner Road?

09:24:32 18  **A**   You know, I haven't studied it.  I don't -- I'm not -- I'm

19    an educator.  I'm not in the real estate community.  I -- I

20    don't understand, but that is what I'm being told, that the land

21    is getting so expensive, and it's pushing north, and so that's

22    what -- that's what is going on.  And I hate it because it

23    changes the composition of our strong community.

09:24:58 24  **Q**   With regard to the early voting in the district, let's look

25    at Plaintiff's Exhibit 120, please.

*Mr. Abrams Cross of Courtney Anderson*

09:25:10  1      Ms. Anderson, have you seen Exhibit 120, which contains

2  voting information using the same underlying exhibit that your

3  counsel -- the district's counsel questioned you about, and

4  indicates that in your election, when you won, 55.14 percent of

5  the votes for you came from the Memorial, Spring Branch, and

6  Spring Forest precincts?  Are you aware of that?

09:25:31  7  **A**   Yes, sir.

09:25:31  8  **Q**   And are you aware that the early vote from those three

9  precincts was 78 percent of the total early vote in the whole

10  election?

09:25:40 11  **A**   I am aware.  What I would like to know is -- and maybe you

12  have the data -- is -- I'd love to know how many voters on the

13  north side voted during early -- early voting.

09:25:52 14  **Q**   Well, it's in the district's statistics, and they,

15  obviously, are not among these three precincts.  So by

16  definition, we can know that the other four precincts

17  collectively only had 22ish percent of the early vote.

09:26:07 18      So 78 percent of the early vote came from the three south

19  side Memorial districts of Memorial, Spring Branch, and Spring

20  Forest, and just by using subtraction, we know that the Landrum,

21  Spring Woods, Spring Oaks, and Northbrook precincts only had

22  roughly 21.98 percent of the early vote.

09:26:29 23  **A**   Correct.  What -- what using common sense would explain is

24  that during early voting, you're allowed to vote anywhere.  So

25  lots of people vote where they -- near where they work.  You can

*Mr. Abrams Cross of Courtney Anderson*

1   go to any early voting site to vote.

09:26:43 2       So kind of like Dr. Stein's testimony, you can't -- you

3   can't break it down and say these people voted here and these

4   people voted here because you're allowed to vote anywhere at any

5   location during early voting.

09:26:56 6       I, personally, voted near my route to work.  So it's not

7   exactly right by my house.

09:27:03 8   Q   The nearest early voting location for you was out at the

9   Don Coleman Coliseum on Dairy Ashford, which is about three and

10   a half miles from your house?

09:27:12 11   A   I don't know if that is technically the closest.  The ad

12   building might have been closer.

09:27:17 13   Q   But they're both roughly three miles from your house?

09:27:20 14   A   Yes.  Yes, sir.

09:27:23 15   Q   We earlier talked on -- so we're not going to belabor it --

16   the fact you, like Mr. Perez and others in different races,

17   received the PIPEline endorsement?

09:27:34 18   A   Yes, sir.

09:27:35 19   Q   And are you aware that the PIPEline had a process for

20   screening candidates before they chose their slate to endorse?

09:27:43 21   A   I am aware that they visited with everybody who had decided

22   to run for school board.

09:27:50 23   Q   And you were interviewed, in effect, before they endorsed

24   you?

09:27:54 25   A   I was not interviewed before I was endorsed.

*Mr. Abrams Cross of Courtney Anderson*

09:27:56 1  **Q**   Oh, okay.  They already knew you because you were a

2  PIPEliner?

09:27:59 3  **A**   Correct.

09:27:59 4  **Q**   All right.  In any event, the PIPEline did have a group of

5  candidates that they endorsed and supported in the campaign,

6  correct?

09:28:07 7  **A**   Yes.  The PIPEline, which is made up of community members

8  from north and south side, endorsed conservative candidates.

09:28:15 9  **Q**   And the PIPEline PAC, the Spring Branch Families PAC, spent

10  their money endorsing the three candidates in -- that the

11  PIPEline selected as their chosen candidates?

09:28:28 12  **A**   I cannot speak to that because that was not my race, and I

13  have not seen any financial reports from the PAC.

09:28:34 14         **THE COURT:**  We're going to take a recess now.

09:28:36 15         How are we coming on the time?  Are we --

09:28:39 16         **MR. ABRAMS:**  I really only had one or two more

17  questions, Your Honor --

09:28:41 18         **THE COURT:**  Okay.  Then we'll wait.

09:28:42 19         **MR. ABRAMS:**  -- if I might.

09:28:43 20  **BY MR. ABRAMS:**

09:28:43 21  **Q**   Could we look at Plaintiff's Exhibit 137, please?

09:28:50 22    Ms. Anderson, were you in the courtroom when Plaintiff's

23  Exhibit 137 was discussed?  It reflected the results of every

24  election between 2015 and 2024 in the district and indicated

25  that the Hispanic preferred candidate lost every one of them

*Mr. Abrams Cross of Courtney Anderson*

1  except for the one involving Ms. Gonzales in 2017.  Were you

2  here when that was discussed?

09:29:12  3  A   Yes, I was here.

09:29:13  4  Q   All right.  The purpose of bringing that up is because

5  you've made a point to Judge Lake that the Hispanic community is

6  losing the opportunity to vote for a trustee every year when the

7  reality is, factually, the Hispanic preferred candidate never

8  has been elected.  So they have a chance every year to cast a

9  vote that does not elect their preferred candidate in most

10  instances, right, based upon the evidence in 137?

09:29:42 11  A   Wrong.

09:29:43 12  Q   Okay.

09:29:43 13  A   I believe I was the Hispanic preferred candidate in the

14  Zone 1 area, which is why they elected me.  And what

15  Dr. Stein -- this is a question I had during the testimony, was:

16  Because the district nor the county tracks race, I don't know

17  how you come up with this data.  This is all our best guess,

18  and, unfortunately, that shouldn't stand up in a court of law.

09:30:09 19  Q   Fortunately, we can rely on the social scientists and the

20  courts to resolve that, but you agree --

09:30:14 21  A   The social scientists that chose not to interview anyone who

22  lived on that side?  Those social scientists?

09:30:20 23  Q   Excuse me.  Fortunately, the courts will rely upon the

24  social science data it deems to be admissible and reliable.

09:30:27 25      You'll agree that Dr. Stein's analysis of your race shows

*Mr. Henry Redirect of Courtney Anderson*

1  you were not, in fact, the Hispanic preferred candidate.

2  Whether you agree with it or not, that's what it shows, right?

3  **A**   I will not agree with it, and that is not what it shows me.

4      **MR. ABRAMS:**  Nothing further, Judge.

5      **MR. HENRY:**  I will ask only one question.

6                  **REDIRECT EXAMINATION**

7  **BY MR. HENRY:**

8  **Q**   The issue of attendance at a candidate forum at the

9  Spring Branch Family Development Center came up, and the

10  question was:  Why did Chris Earnest, who was unopposed, and

11  David Slattery, who, according to the prior chart, was the

12  Hispanic candidate of choice according to Dr. Stein in 2022 --

13  why did those candidates not attend the forum?

14  **A**   Somos sent -- Somos Spring Branch sent an invitation out to

15  all of us the day before, and, unfortunately, with all of the

16  budget meetings and all of the -- we had -- you know, the school

17  board was meeting all the time.  It was impossible to -- to be

18  able to go to their -- their meeting the day before.

19  **Q**   And it was right -- was it right before Thanksgiving?  Is

20  that my understanding?

21  **A**   That's a different meeting.  That's the one that I attended,

22  and it was the Friday night before Thanksgiving break.

23  **Q**   Okay.  All right.

24      **MR. HENRY:**  That's my only question.

25      **THE COURT:**  Thank you very much.  We'll stand in

*Mr. Crawford Direct of John Alford*

1    recess until 9:45.

09:31:40  2        *(Recess taken from 9:31 a.m. to 9:45 a.m.)*

09:45:35  3            **THE COURT:**  Be seated, please.

09:45:36  4            All right.  Defendant may call its next witness.

09:45:41  5            **MR. CRAWFORD:**  Your Honor, the Spring Branch calls

6    Dr. John Alford.

09:46:05  7            **THE COURT:**  Please come around, sir, and be sworn.

09:46:05  8            Is he here?

09:46:05  9            Good morning.  Please raise your right hand to be

10    sworn.

09:46:08  11        *(Witness sworn.)*

09:46:19  12            **THE COURT:**  You may proceed.

09:46:20  13            **MR. CRAWFORD:**  Thank you, Your Honor.

09:46:20  14                **JOHN ALFORD, DULY SWORN, TESTIFIED:**

09:46:20  15                        **DIRECT EXAMINATION**

09:46:21  16    **BY MR. CRAWFORD:**

09:46:21  17    **Q**    Good morning.

09:46:22  18    **A**    Good morning.

09:46:22  19    **Q**    Please state your name for the record.

09:46:24  20    **A**    John Alford.

09:46:26  21    **Q**    Dr. Alford, are you testifying as Spring Branch ISD's expert

22    on the *Gingles* factors, as well as the totality of the

23    circumstances standard that are discussed in Dr. Stein's various

24    reports?

09:46:38  25    **A**    Yes, I am.

*Mr. Crawford Direct of John Alford*

09:46:40 1   Q   Have you been present in the courtroom and listened to the

2   witness testimony in this case?

09:46:44 3   A   I have.

09:46:46 4   Q   And does that help inform your opinion?

09:46:49 5   A   I have.

09:46:51 6   Q   You have issued -- written three reports in this case; is

7   that correct?

09:46:56 8   A   I believe that's correct, yes.

09:46:57 9   Q   And those would be your report dated February 21, 2022,

10   which is Defendants' Exhibit 7; your supplemental report dated

11   September 18th, 2023, which is Defendants' Exhibit 8; and your

12   supplemental report dated July 2024, which is Defendants'

13   Exhibit 73.

09:47:20 14       Are you familiar with those reports?

09:47:22 15   A   Yes, I am.

09:47:26 16   Q   Do you -- you attach a copy of your vitae to each one of

17   your reports, correct?

09:47:30 18   A   That's correct.

09:47:30 19   Q   And it's a 13-page-long vitae?

09:47:34 20   A   I don't know the page count.

09:47:36 21   Q   And rather than reading your vitae, the Court -- the Court

22   can do that.  Would you just briefly inform Judge Lake of your

23   qualifications and experience to testify as an expert?

09:47:48 24   A   I have bachelor's degree in -- a Bachelor of Science degree

25   in political science from the University of Houston; a master's

*Mr. Crawford Direct of John Alford*

1  degree in public administration from University of Houston.  In

2  both of those degrees, I trained both in political science and

3  in methodology.  I have a master's degree in political science

4  from the University of Iowa; a Ph.D. from the University of

5  Iowa, with a concentrat- -- in political science with a

6  concentration in American politics, voting behavior, and

7  methodology.

09:48:24  8      I have taught at -- taught at Oakland University in

9  Michigan; I taught at the University of Georgia; and then came

10  sort of back home to teach at Rice University 39 years ago; and

11  I am a tenured full professor at Rice University.

09:48:43 12  Q   What sort of classes do you teach?

09:48:46 13  A   I -- currently teaching a very large class called Election

14  2024 in which I try to help students understand something rather

15  complex, which is the current American political situation.  I

16  teach -- generally teach courses on elections and voting

17  behavior.  I teach courses on introductory American politics;

18  have taught classes on political psychology; have taught methods

19  courses; I've taught -- actually team taught a course on

20  redistricting with former Lieutenant Governor Bill Hobby, which

21  was a very interesting experience; and I teach a regular seminar

22  on the biology of politics.

09:49:32 23  Q   Have you authored scholarly articles and presented papers at

24  various conferences?

09:49:37 25  A   I have.

*Mr. Crawford Direct of John Alford*

09:49:38  1    **Q**   Are those listed in your vitae?

09:49:40  2    **A**   They are.

09:49:41  3    **Q**   And have you been previously qualified as an expert witness

4    in lawsuits to testify on the *Gingles* factors?

09:49:48  5    **A**   I have.

09:49:49  6    **Q**   And are those listed in your vitae?

09:49:52  7    **A**   I think the ones from the most recent five years, I think,

8    are listed there.  I've been -- I think the first time I was

9    qualified to testify in a Voting Rights Act case was 39 years

10    ago.  So -- and I've been doing this -- participating in these

11    kinds of trials, as well as doing redistricting directly for

12    entities throughout that 39 years.

09:50:18 13        So there are a lot of -- I've been involved in a lot of

14    both legal cases and in redistricting generally.

09:50:27 15    **Q**   Very good.

09:50:29 16        I'd like to first turn to the second *Gingles* factor, which

17    is cohesiveness.

09:50:38 18        What is your conclusion regarding cohesion among Hispanic

19    voters in Spring Branch ISD elections?

09:50:46 20    **A**   The cohesion -- evidence of cohesion among Hispanic voters

21    is insufficient to establish the second threshold factor of the

22    *Gingles* test.

09:50:58 23    **Q**   And I apologize.  You said is or is not?

09:51:01 24    **A**   Is insufficient, that I think the evidence --

09:51:03 25            **THE COURT:**  Can you pull the microphone a little

*Mr. Crawford Direct of John Alford*

1    closer, please?  Thank you.

09:51:07    2    **A**   The statistical evidence is insufficient to establish that

3    the *Gingles* two threshold test has been met here.  So it does

4    not -- the statistical analysis does not demonstrate sufficient

5    cohesion to establish that -- as a legal matter, to establish

6    that *Gingles* two has been met.

09:51:28    7    **Q**   Would you explain to the Court how you reached that

8    conclusion and why you reached that conclusion?

09:51:35    9    **A**   So the standard approach to this is to examining -- examine

10   voting behavior in the elections with information -- the best

11   information we can get about the -- in this case, the ethnicity

12   of voters and the way votes are cast within the voting

13   precincts.

09:51:54   14      That becomes the database for an ecological inference

15   analysis, and ecological inference is problematic.  It's not

16   ideal, but we have some very advanced techniques that help at

17   least minimize some of those problems.  And the current

18   technique that I use and that, to my knowledge, every other

19   expert working in this area uses is a form of Dr. King's EI

20   that's sometimes called Bayesian or, more correctly, EI RxC.

09:52:32   21      So that's a technical issue, but it is a technique that's

22   accepted by, to my knowledge, all plaintiffs' experts.  It's the

23   technique I use exclusively in these cases, and have for

24   20 years.  It is not a magic solution to the problem of trying

25   to understand voting behavior, but it -- it does the best we can

*Mr. Crawford Direct of John Alford*

1  do with that data, and, importantly, it provides mathematically

2  appropriate confidence intervals, and those are very important

3  because we are trying to make an estimation of something we're

4  not directly observing.

09:53:12  5  So we want to know sort of what our best estimate is, but

6  we also want to be very careful to know:  How certain are we

7  that we're right about that?  Do we think it falls within a few

8  percentage points of that, or do we really not know?

09:53:25  9  All of that done is appropriately, mathematically correctly

10  in the -- in the latest EI technique.  That's the technique

11  that, in his final report, Dr. Stein is using, as well, but

12  that's the technique I used from the beginning of my analysis.

09:53:43  13  **Q**   Is cohesion a binary term?

09:53:47  14  **A**   So cohesion itself is not.  Cohesion is a continuous measure

15  that varies from no cohesion at all to complete cohesion.  The

16  Court, unfortunately, is forced to make -- in the case of the

17  *Gingles* two decision is forced to make a binary decision:  Is

18  this sufficient to meet the *Gingles* standard for cohesion?

09:54:13  19  That's a legal question, but as an empirical matter,

20  cohesion varies from zero when a group, for example, splits its

21  vote 50/50.  So at 50 percent support for a candidate in a

22  two-party election, there is no cohesion because one candidate

23  has exactly as much vote as the other.  That's the complete

24  absence of cohesion.

09:54:37  25  So that is -- is a defined point on the scale of cohesion.

*Mr. Crawford Direct of John Alford*

09:54:42 1  **Q**   So let me stop you there.  Are you saying that if you have a

2  two-candidate race, and each candidate receives 50 percent of

3  the Hispanic vote, then that 50 percent Hispanic vote for a

4  candidate does not show cohesion?

09:54:57 5  **A**   It shows the complete absence of cohesion.

09:54:59 6  **Q**   And, again, explain that to the Court why.

09:55:02 7       **THE COURT:**  No, I think I get the reference.

09:55:05 8       **MR. CRAWFORD:**  Fair enough, then.

09:55:07 9  **A**   So at the opposite end:  If 100 percent of Hispanics vote

10  for a candidate, that's perfect cohesion.

09:55:13 11  **BY MR. CRAWFORD:**

09:55:13 12  **Q**   So on your scale of cohesion, with 50 percent being no

13  cohesion, 100 percent being complete cohesion, what, as a

14  political scientist, would you consider cohesion amongst

15  Hispanic voters in these elections?

09:55:31 16  **A**   I think there are a lot of ways you might think about that,

17  but I think one question is, is there -- is there a point along

18  that scale from no cohesion at 50/50 to perfect cohesion at 100

19  that is -- that represents a -- kind of a natural dividing point

20  on the -- on cohesion, a nonarbitrary point?

09:55:55 21       The only nonarbitrary point is 75 percent.  So when

22  75 percent of a group votes for a candidate, then 25 percent of

23  that group votes against that candidate, you're exactly balanced

24  between -- sort of exactly in the center point between no

25  cohesion at all and perfect cohesion.

*Mr. Crawford Direct of John Alford*

09:56:17  1   Anything below that, you're moving into a range where there

2   is less cohesion.  You're closer to no cohesion than you are to

3   complete cohesion.  Anything above that, you're in the range

4   where there's more cohesion than there is lack of cohesion.

09:56:31  5   It also, I think, falls in an area that to some degree, I

6   think, fits somewhat with our natural impression of -- of

7   cohesion.  So I know some plaintiffs' experts will say

8   51 percent is cohesion.  It's certainly some degree of

9   cohesion -- it's above 50 -- but it's really negligible, and I

10   think about that with regard to, say, something like -- some of

11   the other things social scientists or political scientists look

12   at.

09:56:57 13   When we talk about voting behavior, for example, we talk

14   about the fact that Democrats and Republicans today are very

15   cohesive in their preferences, and by that we mean that well

16   over 90 percent of Democrats will be voting for Kamala Harris,

17   if they vote, and well over 90 percent of Republicans will vote

18   for Donald Trump in this election, right?

09:57:19 19   So we -- and that -- that sort of notion of -- of cohesive

20   behavior would also apply in a legislative setting.  If -- you

21   know, if -- really, in the current context, virtually if any

22   Republican senator fails to vote -- well, certainly, if six

23   Republican House members fail to vote with the caucus, you know,

24   the speakership collapses.

09:57:42 25   So we -- we define cohesion as something that's really --

*Mr. Crawford Direct of John Alford*

1    typically, really well above that 75 percent line, something

2    much closer to complete cohesion, and you see that in an area

3    more directly related -- for example, in most of the cases I've

4    been involved in, black voter cohesion is dependably well above

5    90 percent in favor of Democratic candidates, and so that's --

6    again demonstrates that a group is -- is very much coherent in

7    its support for a particular set of candidates.

09:58:22  8    **Q**    Have you analyzed cohesion in the 2015 through 2024

9    Spring Branch ISD elections?

09:58:29 10   **A**    Yes, I have.

09:58:32 11   **Q**    If you would turn to your supplemental report, which is

12   Defendants' Exhibit 73, and turn to page 3.  And --

09:58:58 13          **MR. CRAWFORD:**  Oh, thank you.  Appreciate it.

09:59:03 14   **BY MR. CRAWFORD:**

09:59:03 15   **Q**    Are -- is Table 1 and Table 2 on page 3 of your supplemental

16   report, do they show whether or not there was sufficient

17   Hispanic cohesion in the 2024 election?

09:59:22 18   **A**    Yes.  They do show the -- the levels of cohesion in that

19   election as estimated by both Dr. Stein's analysis in the upper

20   table and my analysis in the lower table.

09:59:38 21   **Q**    And what -- can you explain to the Court the differences

22   between your estimates and Dr. Stein's estimates?

09:59:47 23          For example, I notice Dr. Stein has Slattery Hispanic

24   support at 25.84 percent, yet you have it at 30.4 percent.  Can

25   you explain the differences in those percentages?

*Mr. Crawford Direct of John Alford*

10:00:01 1    **A**    So even though we're using the same technique by this point,

2    there are some other choices about how to treat certain elements

3    of data, and there's something called a "random C" that goes

4    into EI analysis.  These are differences that are not

5    substantively different.  For example, in -- I show Drews to be

6    the most preferred candidate.  Dr. Stein shows Drews to be the

7    most preferred candidate.  I show Slattery to be the second most

8    preferred.  Dr. Stein shows the same thing.

10:00:35 9        So substantively these would be interpreted in roughly the

10    same way.  The estimates aren't precisely the same.  You'll also

11    notice that the credible intervals, what would be the equivalent

12    of sort of a confidence interval, show that both for Dr. Stein's

13    analysis and for my analysis, there's considerable uncertainty

14    about what the real number is.

10:00:59 15        So, again, Dr. Stein has 25.8 percent, but the credible

16    interval of that number could -- could fall somewhere between

17    9 percent and close to 48 percent.  My 30 percent number is --

18    is -- it would fall somewhere between 9 and 58 percent in terms

19    of what we're sure of in the -- out in the real world.

10:01:22 20        So one of the things we look for here is if these numbers

21    are meaningly different, you might -- you might ask the question

22    about whether it's possible that, given Dr. Stein's analysis,

23    that -- with a number at about 26 percent, could the real number

24    actually be 30 percent?  Easily.  So these are both small

25    substantive differences, and given the wide range in error here,

*Mr. Crawford Direct of John Alford*

1    they're not, in any sense, incompatible findings.

10:01:53 2    **Q**    Based on these numbers in these tables, can you tell me who

3    the Hispanic candidate of choice in this election was?

10:02:03 4    **A**    Again, you can, you know -- if you're -- if you're willing

5    to deal with very small percentage differences, I think you

6    can -- you could say that given -- given the split in the vote,

7    the -- certainly, the candidate who likely has the most Hispanic

8    vote would be Drews, but I -- but that -- Drews is not drawing

9    cohesive support from Hispanic voters.

10:02:30 10        I mean, based on Dr. Stein's analysis, over 70 percent of

11    Hispanic voters are voting for someone other than Drews.  Based

12    on my analysis, 65 percent of Hispanic voters are voting for

13    someone other than Drews.  So this is not cohesive voting.

10:02:55 14    **Q**    Based on Dr. Stein's 95 percent confidence level, is it

15    possible that Slattery could have been the Hispanic candidate of

16    choice in that election?

10:03:06 17    **A**    Yes.  Based both on that confidence interval, as well as the

18    confidence around the Drews estimate and the fact that the

19    confidence intervals are spanning something like a 40 percent

20    range, the difference between his two estimates are something

21    less than 5 percent.  It's easily possible that Slattery is the

22    candidate of choice.

10:03:29 23        But, again, even if Slattery's the candidate of choice, the

24    Hispanic voters are not cohesively supporting Slattery or anyone

25    else.

*Mr. Crawford Direct of John Alford*

10:03:37  1  **Q**   Let's turn to the 2023 election.  I'd like you to look at

2  your supplement- -- your first supplemental report, which is

3  Defendants' Exhibit 8.

10:03:50  4      And I'd like you to turn to page 6, Table 3.

10:04:04  5      Based on your definition of cohesion, was there sufficient

6  Hispanic cohesion in the 2023 election?

10:04:15  7  **A**   Hispanic voting is not cohesive in either the Place 1 or the

8  Place 2 election.

10:04:20  9  **Q**   And why is that?

10:04:24  10  **A**   So Lopez is getting an estimated 62 percent of the Hispanic

11  vote estimation.  Anderson is estimated to get 38 percent.  So

12  you're splitting -- you know, with 40 percent of Hispanic

13  voters, roughly, supporting Anderson, that's not cohesive

14  support for Lopez.  That's a substantially divided Hispanic

15  electorate.

10:04:54  16      You see the same thing with Downs and Mahan.  You have

17  six -- an estimated 64 percent of Hispanics supporting Downs;

18  36 percent supporting Mahan.  Again, you have a -- you know,

19  more than a third of Hispanic voters are supporting Mahan.  This

20  is not cohesive voting.

10:05:19  21      I think it's also important to -- to ask the question

22  about, for example, our estimate.  And, remember, this is based

23  on an ecological analysis not an appropriate level analysis.

24  Our estimate is that 62 percent of Hispanics are voting for

25  Lopez and 38 percent for Anderson, but with that analysis, if

*Mr. Crawford Direct of John Alford*

1  you ask me the question is it -- am I certain that Anderson was

2  not the preferred candidate, that is, the candidate voted for by

3  a majority of Hispanic voters, I could not say that because the

4  confidence interval around Anderson's vote percentage goes from

5  10 percent to almost 70 percent.

6      That is, you know, as a -- as a statistical matter, as a

7  social science matter, this is -- does not provide evidence

8  either that Lopez is definitely the candidate of choice of the

9  majority of Hispanic voters or that Anderson was not the

10 candidate of choice of a majority of Hispanic voters.

11     The truth is we actually don't know very much about the

12 behavior of Hispanic voters based on the voter analysis, and

13 it's important -- that's why the appropriate confidence

14 intervals are really important here because they tell us the --

15 they keep us from thinking we know something we don't know.

16 There is -- the voting analysis here is what we have to go on.

17 It's the basis we use in these cases.

18     Sometimes that analysis gives us some very precise

19 information, but when you have very low minority turnout, it --

20 it is -- and that turnout doesn't vary substantially across

21 precincts, and you have very few precincts -- which we have

22 here -- what those credible intervals or confidence intervals

23 tell you is that the actual election data here is not telling us

24 very much about how Hispanics are casting -- are casting their

25 votes.

*Mr. Crawford Direct of John Alford*

10:07:19  1    I mean, just to give an example of that, if you look over

2    at the estimate for what Anglo voters are doing, Anderson,

3    according to this estimate, is getting about 69 percent of the

4    Anglo vote, and our confidence interval runs between,

5    essentially, 67 percent and 71 percent.  So not only do we know

6    that -- from this analysis that we can say with some confidence

7    with an appropriate level of statistical certainty that Anderson

8    is the choice of Anglo voters, we can say with certainty that

9    Anderson is getting something around two-thirds of the support

10    of Anglo voters.

10:08:01  11    So the analysis can tell us that, and the reason it can

12    tell us that is because there are precincts -- voting precincts

13    inside Spring Branch where the overwhelming majority of the

14    voters are non-Hispanic, and -- and ecological inference, in its

15    modern form, is somewhat -- what's called a "method of bounds."

16    It's completely different in that regard from OLS, ordinary

17    least squares regression, or what's sometimes referred to just

18    simply as ecological regression.

10:08:37  19    Regression is not a method of bounds, and EI is a method of

20    bounds, and so it draws power from something that must be true.

21    So we typically think that, when we're doing ecological

22    analysis, because we're not at the right level of analysis, we

23    can't say much for certain about what's happening at the

24    individual level.  But if you think about a precinct, for

25    example, suppose you had a voting precinct that was 100 percent

*Mr. Crawford Direct of John Alford*

1    Anglo.  We can say with 100 percent certainty what happened in

2    that precinct because everyone in the precinct was an Anglo.

10:09:09  3        If the Hispanic -- if the Hispanic candidate, for example,

4    in the election -- if Lopez got 38 percent of the vote in that

5    precinct, we know that that 38 percent had to come from Anglos

6    because there aren't any Hispanic voters.  Similarly, when we

7    have a precinct that's overwhelmingly minority, it gives us

8    power to say something certain about what minority voters are

9    doing.

10:09:32 10        So in a typical analysis like this, say for a state case

11    where we're dealing with thousands of precincts or even hundreds

12    of precincts, we'll have precincts that are 90 to 100 percent

13    black or 90 to 100 percent Hispanic, as well as precincts that

14    are much more heavily Anglo.  That gives this method of bounds

15    real evidence to base these projections on.  Lacking that -- and

16    here we don't have precincts, typically, that are -- that are

17    anywhere above 20 percent Hispanic.

10:10:03 18        There is very little -- there's plenty of evidence for it

19    to make -- to figure out what Anglos are doing, but it's

20    actually not capable of telling us much, if anything, about what

21    Hispanic voters are doing.

10:10:18 22  Q    To shortcut this a bit, you've also looked at the 2022

23    through 2015 elections for cohesion.  And using your 75 percent

24    as the cohesive level, of all those elections during those

25    years, how many Hispanic candidates reached that 75 percent

*Mr. Crawford Direct of John Alford*

1    level?

10:10:43 2    **A**    I don't believe any of the candidates reached the 75 percent

3    level, and, again, all of those estimates are accompanied by

4    confidence intervals wide enough that we really are not even

5    sure who the preferred candidate is.

10:10:55 6        And I want to point out that it -- typically, in this kind

7    of a case, we do have, for -- particularly, for a case involving

8    black voters, you know, we would have confidence that we are

9    looking at cohesion in the 90 percent range.  And I think it's

10   notable that the pie charts we keep seeing from Dr. Stein's

11   analysis are not from Dr. Stein's correct analysis when he's

12   using EI RxC.  They're from his earlier analysis that's

13   incorrect.

10:11:28 14       So when they put these charts up and say isn't it the case

15   that 90 percent of Hispanics voted for this -- this candidate,

16   that simply is not factually true.  The analysis is not the

17   correct analysis.  It's the wrong technique using the wrong

18   data, and these estimates are the correct estimates using the

19   right technique.

10:11:51 20       It's not an accident that my estimates and Dr. Stein's

21   estimates match for the election where both of us use the

22   appropriate technique.  They don't match for those elections

23   that he did not use the appropriate technique.  He's endorsed

24   this technique, but he did not go back and apply this technique

25   to those earlier elections, and those earlier election estimates

**_Mr. Crawford Direct of John Alford_**

1   of Hispanic cohesion are not correct.

10:12:16  2   **Q**   So your opinion is that the pie charts we've been looking

3   at, based on the old analysis that Dr. Stein did not correct,

4   are not correct pie charts?

10:12:24  5   **A**   They are not.

10:12:26  6   **Q**   So let's take a look -- you gave the example of Mr. Lopez

7   being the 90 percent Hispanic candidate of choice.  Do you -- if

8   you would look at your first supplemental report, Defendants'

9   Exhibit 8, page 4, this is your summary of Dr. Stein's EI

10   results from his previous reports, correct?

10:12:59  11   **A**   Correct.

10:13:00  12   **Q**   And if you'll look down to the 2023 election, you have

13   Mr. Lopez listed, and Mr. -- Dr. Stein's EI percentage of the

14   Hispanic vote is 90 percent.  Do you see that?

10:13:13  15   **A**   Yes.

10:13:14  16   **Q**   And that's where that number came from in the pie chart that

17   we saw, correct?

10:13:18  18   **A**   As I understand it, yes.

10:13:19  19   **Q**   If you would turn to your same report, page 6, your Table 3,

20   Dr. Stein has 90 percent Hispanic support for Mr. Lopez.  What

21   do you have?

10:13:33  22   **A**   62 percent.  And, again, with a very large confidence

23   interval.

10:13:40  24       You'll notice, at the upper end of that confidence

25   interval, you might be getting close to that -- close to that

*Mr. Crawford Direct of John Alford*

1   range, although not quite there.  But the point is that, you

2   know, making the argument that there is evidence here --

3   statistically appropriate, accurate evidence that Mr. Lopez got

4   90 percent of the Hispanic vote is simply -- it's just simply

5   not true.  We don't have that evidence.

10:14:04  6   Q   And in looking at your Table 3 for Mr. Lopez, the percent of

7   non-Hispanic voters you have at 31.2 percent?

10:14:14  8   A   That's correct.  So substantial crossover vote.  Roughly a

9   third of non-Hispanic voters are crossing over to support

10   Mr. Lopez.

10:14:22  11   Q   And turning back to page 4 of your report, Dr. Stein has

12   Mr. Lopez's non-Hispanic support as 16 percent, correct?

10:14:30  13   A   Yes.  So, again, a substantively different level of

14   crossover, and that 16 percent crossover estimate is incorrect.

10:14:38  15   Q   And the same with the Downs/Mahan race.

10:14:42  16    Dr. Stein has, for Downs, on -- on page 4 of your report,

17   at 85 percent Hispanic support.  Do you see that?

10:14:54  18   A   Yes.

10:14:54  19   Q   And what support do you have for Downs from the Hispanics?

10:14:59  20   A   Basically, 64 percent.

10:15:02  21   Q   And Dr. Stein has Downs with 17 percent of the non-Hispanic

22   voters?

10:15:07  23   A   Correct.

10:15:08  24   Q   And you have that at 29.9 percent, correct?

10:15:12  25   A   Yes.  And, again, that roughly a third crossing over to

*Mr. Crawford Direct of John Alford*

1  support Lopez is the appropriate estimate, and the 17 percent is

2  not correct.

10:15:22  3  **Q**   So based on your review of Dr. Stein's methodology and

4  results, what have you concluded?

10:15:30  5  **A**   So I -- I stand by my analysis.  I -- his most recent

6  analysis that uses the appropriate techniques reaches

7  substantively the same -- numerically, virtually the same

8  conclusion I reach.  That's the correct methodology.

10:15:47  9      The earlier estimations, I mean, you know, the -- I mean, I

10  can talk about -- I don't want to belabor this.  I can talk

11  about why iterative EI is not appropriate, why it isn't used,

12  and why it's not endorsed even by Dr. King, who developed it,

13  but the problems go well beyond -- one of the things you noticed

14  is it produces percentages that add up -- don't add up to

15  100 percent.

10:16:12  16      Sometimes they're less than 100; sometimes they're more

17  than 100.  That is not a function of -- although it's --

18  probably reflects, to some degree, some of what Dr. Stein

19  discussed about racial misclassifications, but that is not, in

20  fact, what's driving it to be inaccurate or to sum up to numbers

21  that aren't possible.

10:16:33  22      It's doing that because it is not an appropriate technique

23  for analyzing this particular situation, and it specifically

24  cannot be used if you're going to use more than one racial

25  category, and all of Dr. Stein's analysis is based on multiple

*Mr. Crawford Direct of John Alford*

1   racial categories.  Although, quite frankly, I'm not sure why

2   because these multiple racial categories are not at issue here.

10:16:58  3       The issue here is how Hispanics vote and how non-Hispanics

4   vote.  Hispanics are not a racial category.  It's an ethnic or

5   language minority.  There are Hispanics that are white.  There

6   -- in fact, the majority of Hispanics classify themselves as

7   white.  There are Hispanics who are black.  There are Hispanics

8   who are Asian.  There are Hispanics who are other.

10:17:22  9       So this is -- this case is about Hispanic voters as an

10   ethnic or language minority as they're legally classified, and

11   then what the remainder of the electorate, the non-Hispanic

12   voters, are doing.  It's not about, as he seems to characterize

13   it, about what Hispanics are doing versus what he calls white

14   voters.  White is a racial category, and it includes Hispanics,

15   and so he's -- he, basically, has created a category more

16   appropriately to be called Anglos, whites who are not Hispanic.

10:17:56 17       But that is not the -- if the vote of Hispanics is being

18   subsumed here by non-Hispanics, it -- it would have to be

19   subsumed or aided by all non-Hispanics, not just non-Hispanics

20   who happen to be white or happen to be black, happen to be

21   Asian.

10:18:14 22   Q   Let's turn back to page 4 of your report, Defendants'

23   Exhibit 8, your Table 2, which is your summary table of

24   Dr. Stein's EI results.

10:18:24 25       And, for example, in the 2018 election involving Lezama and

*Mr. Crawford Direct of John Alford*

1  Caesar, what percentage of Hispanic votes does Dr. Stein come up

2  with?

10:18:37  3  **A**    Well, he has 99 percent of Hispanics voting for Lezama, and

4  then another 9 percent voting for Caesar, with a total of

5  108 percent.  And so, again, it's -- that can't be true, and --

6  and it tells you, then, that there must be something wrong.

10:18:55  7      You'll notice on the percent white -- the voting percentage

8  for whites adds up to 89 percent and, obviously, 100 percent of

9  white voters are casting their vote for one of the two

10  candidates in the two-candidate race.  This is just a kind of

11  leading indicator that this technique is -- is not appropriate,

12  and it's doing more than just creating totals that aren't

13  possible, it's creating estimates that aren't accurate.

10:19:20  14  **Q**    And let's -- similarly with the 2022 race, the Perez race,

15  what percentage of Hispanic voters voted in that -- supported in

16  that?

10:19:31  17  **A**    So you've got a total of 108 percent of Hispanic voters, and

18  you can see the white voters are trying to compete.  They're up

19  to 103 percent.  I mean, this is the kind of stuff that leads to

20  conspiracy theories about, you know, voting irregularities.

10:19:45  21      How is it possible that Hispanics are casting 118 percent

22  of the vote or 108 percent of the vote?  It's -- it's just not

23  correct, and it can't be corrected by just saying, well, let's

24  just normalize it back to 100 percent or something.

10:19:59  25      It is incorrect because the technique is -- cannot be used

*Mr. Crawford Direct of John Alford*

1    to do what Dr. Stein is trying to make the technique do without

2    creating these kinds of errors in both the totals and in all of

3    the constituent subtotals, like what proportion of Hispanics are

4    supporting Lezama.  Lezama got some Hispanic support, no doubt

5    about that, but I don't think he got 99 percent of Hispanics.

6    And, again, it's critical that those numbers be as -- be the

7    best numbers we can derive.  We do that by using the best

8    methodology, and that is the methodology that Dr. Stein adopted

9    in his final report, I think correctly.

10:20:42  10        But it's important, then, to go back and say, if that's the

11   right methodology, are there problems with the wrong

12   methodology?  Sometimes, when the data quality's extremely high

13   and when voter -- say, for example, like black voters.  When

14   black voters are actually voting 95 percent Democratic, ER, bad

15   forms of EI, the correct form of EI will all generate the same

16   answers because the data is so strong that there's not room for

17   anything to go awry.

10:21:14  18        Here, the data is especially weak.  When we're trying to

19   read a really weak signal, we need to have a very accurate

20   technology, a technology both that gives us the best possible

21   reading and that cautions us about how much confidence to place

22   in that reading, and that technique is the EI RxC method of

23   bounds.  It's not the iterative technique applied to multiple

24   racial groups.

10:21:39  25   Q    So based on Dr. Stein's methodology he used before he

*Mr. Crawford Direct of John Alford*

1   corrected it in his last report, did he exaggerate Hispanic

2   support?

10:21:49  3   **A**   I don't think he's exaggerating Hispanic support, but these

4   numbers clearly are exaggerating Hispanic support and

5   underreporting the appropriate non-Hispanic support.  And -- and

6   so, again, I think, you know, it -- the -- these should not be

7   relied on as appropriate indicators of what Hispanic voters did

8   or did not do or what Anglo voters did or did not do in any of

9   the elections prior to his utilization of the appropriate

10  technique.

10:22:22  11  **Q**   Have you looked at white crossover voting?

10:22:25  12  **A**   Yes.

10:22:25  13  **Q**   What -- what did you find?

10:22:28  14  **A**   Again, white crossover voting here is systematically

15  underreported by this technique.

10:22:37  16  **Q**   What do you believe the white crossover voting in the

17  typical Spring Branch election is based on your review of the

18  data?

10:22:44  19  **A**   White crossover is somewhere between 25 and 35 percent,

20  sometimes higher, but generally very substantial crossover

21  voting.

10:22:56  22  **Q**   And what does that tell you as a political scientist?

10:22:59  23  **A**   Well, it tells me several things.  First of all, there's no

24  evidence here that -- in any of this that Anglo voters are

25  voting as a bloc to block the -- to block Hispanic candidates,

*Mr. Crawford Direct of John Alford*

1    right?  There's no indication here that there's anything going

2    on that's related to Anglos' perception of Hispanic voters or

3    Hispanic candidates.

10:23:22   4    Second, the -- excuse me -- that level of crossover

5    suggests that the -- that the -- the -- that with

6    substantial cohes- -- I mean, if you're going to ask sort of

7    what -- what needs to be addressed here to give a greater

8    opportunity to Hispanic preferred candidates, the obvious issue

9    would be the *Gingles* two issue, which precedes the *Gingles* three

10    issue for a good reason, right?

10:23:52   11    Hispanics are a majority of the district.  Then the

12    question is:  Are they voting cohesively to achieve their voting

13    end?  And if they are, then you can say:  So then what's

14    happening?

10:24:02   15    Here Hispanics are not voting cohesively.  If the average

16    Hispanic cohesion's somewhere around 60 percent, Hispanics are

17    only 50 percent of the district they're drawing -- only

18    50 percent of the citizens.  They're not 50 percent of the

19    voters.  They're not 50 percent of the registered voters.

10:24:17   20    Even if they were 50 percent of the voters, if Hispanics

21    are 50 percent of the voters, and they're -- and they're casting

22    40 percent of their vote for the opposing candidate as if

23    they're not cohesive, then all you're going to get out of

24    50 percent of the vote -- say if you got 100 voters in a

25    district, 50 of them are Hispanic, and that Hispanic vote

*Mr. Crawford Direct of John Alford*

1    divides 20/30, with the Hispanic vote you've only got 30 votes

2    for that candidate.  That candidate's not going to reach 50

3    votes on the basis of that.

10:24:46  4        What -- what's the --what that candidate is going to need

5    is it's going to need to draw 20 voters -- at minimum of 20

6    voters away from Anglo vote.  That is, the district is not going

7    to be a Hispanic majority voter district.  It's going to be a

8    crossover district.

10:25:02  9        It's going to be a district that, if it works, will work

10    entirely on -- as a benefit of Anglo crossover voting, which

11    means Hispanics who can't achieve their preferred candidate in

12    the at-large system without crossover support won't be able to

13    achieve into the district without crossover support, and that's

14    really -- I think it's important because the -- the *Gingles*

15    factors tend to interact with each other.

10:25:28 16        And so if you can't draw -- just for example, in

17    legislative districts in Texas, the legislative districts in

18    Texas that elect Hispanic preferred candidates that are Hispanic

19    are all typically above 70 or 75 percent Hispanic.  Legislative

20    districts that -- in Texas that elect black-preferred black

21    candidates are typically about 40 to 45 percent black.

10:25:58 22        So black voters vote very, very cohesively.  They also

23    benefit from some crossover vote, but you can draw -- if you

24    draw a 50 percent black district, it will elect the preferred

25    candidate of black voters because black voters will support that

*Mr. Crawford Direct of John Alford*

1    candidate almost unanimously, as we know from the current debate

2    over the city council elections in Houston.  The single-member

3    districts in Houston have performed for black voters, and they

4    have not performed for Hispanic voters, and the reason is

5    because the Hispanic vote is simply not politically cohesive,

6    and absent that, single-member districts don't satisfy that

7    representation; they frustrate it.

10:26:38  8    Hispanics have sued to change the single-member districts

9    for the city of Houston because the majority of the Hispanic

10    majority districts have never elected an Hispanic candidate, and

11    they haven't elected an Hispanic candidate because, despite the

12    fact that they have a larger voter majority than the black

13    districts, the Hispanic vote is simply not that cohesive.  It's

14    not cohesive in a partisan sense, and really importantly, it is

15    even less cohesive in an ideological sense.

10:27:06  16    Hispanic voters are much more conservative than black

17    voters.  They're much closer, in terms of their liberal

18    conservative bent, to Anglo voters in Texas.  They are typically

19    antiabortion; they are pro small business; very much family

20    values voters, right?  So this -- first of all, the Hispanic

21    community is -- is, as has been mentioned here, extremely

22    diverse, and there are big ideological differences.

10:27:33  23    I've done a lot of work in Florida, and I can tell you, you

24    know, in Florida -- there is a Hispanic community in Florida

25    that votes overwhelmingly Democratic, and there's an Hispanic

*Mr. Crawford Direct of John Alford*

1  community in Miami that votes overwhelmingly Republican, and the

2  reason is because those Hispanic voters in Miami are very

3  conservative voters, and the Hispanic voters in Immokalee are

4  very liberal voters.  So to say -- when you talk about Florida,

5  nobody talks about the overall Hispanic vote in Florida.  You

6  talk about the Hispanic vote in parts of Miami versus the

7  Hispanic vote on the -- on the west coast of Florida.

8  So this is a very diverse group, and it is a group that --

9  that on the whole, and particularly for seminal American rather

10  than Mexican-American voters -- Central and South American

11  voters come to the United States or people who are sort of in

12  that -- broadly in that ethnic group are -- are more

13  conservative, typically, than Mexican-American voters.

14  **Q**  Dr. Stein's first report talks about some of the positive

15  reasons for single-member districts.

16  As a political scientist, can you discuss some of the

17  positives of at-large districts in systems?

18  **A**  This is a nuance point, and I -- and I -- I was particularly

19  impressed by Mr. Abrams's presentation about the -- sort of

20  people have these ideas about the horrors of single-member

21  districts, and, you know, I love the House of Representatives.

22  It's all single-member districts, right?

23  You know, this -- we're a single-member district kind of

24  country.  And I actually attended a school board meeting where a

25  decorated veteran stood up and said, you know, "I didn't fight

*Mr. Crawford Direct of John Alford*

1    in two wars for single-member districts," and I, out of respect

2    for that veteran, did not mention that, in fact, he did fight,

3    in both of those wars, for single-member districts because he

4    was fighting under an action that was authorized and funded by

5    the United States Congress.

10:29:26  6        So the -- I don't think there's any point in demonizing

7    single-member districts.  There's also no point in demonizing

8    at-large elections.  The majority of school boards use at-large

9    elections in Texas and elsewhere in the country.  The Urban

10    League still suggests that there -- the at-large election can be

11    a very useful form of government for urban areas.

10:29:49  12        You have to remember that single-member districting in

13    local elections was a very common practice until the turn of the

14    last century, and the progressive movement, the reform movement

15    that instituted things like civil service and a whole host of

16    other things to break the corruption and the cronyism of local

17    government, one of the major reforms they introduced was

18    at-large elections.

10:30:11  19        So cities, up to the -- up until the turn of the last

20    century were mostly single-member award systems.  And the

21    progressives, where they were able to get a toehold in those

22    cities, replaced those with at-large elections precisely for the

23    reasons we've talked about here, that, you know, rather than

24    having the cronyism of supporting a narrow area, you know, let's

25    have everybody responsible to the entire district.

*Mr. Crawford Direct of John Alford*

10:30:32  1      So at-large elections have advantages.  There are other

2  things they can't do.  The courts have never said that at-large

3  elections are either, on their face, illegal or that they're --

4  or that the use of them is somehow evidence of -- of a

5  discriminatory practice unless it can be demonstrated that that

6  system, relative to a single-member system, is actually

7  interacting with racial discrimination to provide an unequal

8  opportunity for minority voters.

10:31:02  9      Where that's happening -- that ill trumps the question

10  about the form of government.  I mean, the form of government,

11  rightly, is the choice of the district and of the district's

12  voters.  And one thing I don't think anybody disputes here:  The

13  district's governing body supports at-large elections.  The

14  district's voters overwhelmingly support at-large elections.

10:31:23  15      That became the actual issue in most of the recent

16  elections.  Candidates who had even momentarily wavered in their

17  support for pure at-large were taken out of office, in part, on

18  that basis.  So the -- it -- you know, then we talked about

19  having a referendum.  You can have a referendum.  I can tell

20  you, it's -- right.  The voters in Spring Branch don't support

21  the single-member system.  They prefer to keep the at-large

22  system.

10:31:51  23      Now, if that preference runs afoul of an interaction

24  between that process and discriminatory voting, then that

25  preference of those voters can be overridden.  We're a

*Mr. Crawford Direct of John Alford*

1    democracy, but we, by law -- because of the Voting Rights Act,

2    because of the Fourteenth and Fifteenth Amendment, the federal

3    government can come in and override the Democratic choice of the

4    voters of Spring Branch and give them a different form of

5    election in order to defend the ability of Hispanic voters to --

6    free of discriminatory voting, to elect candidates of their

7    choice.

10:32:22  8    Absent that very high bar, just -- something Your Honor

9    said earlier stuck with me.  I saw a recent opinion from a

10   federal judge, and he began with the statement Article III of

11   the Constitution, unfortunately, does not confer upon federal

12   judges the power to grant wishes, and I thought that was a very

13   powerful statement of exactly that point, that much of the

14   debate here -- I'd say the majority of the debate here has been

15   about the relative merits for policy reasons about single-member

16   versus at-large elections, and I think there are valid policy

17   arguments for both sides, but this is not about what the best

18   method or the most effective policy method.  It's not even about

19   what method is best for the students.

10:33:11  20   It's a question about whether the method being used by the

21   school board interacts with racial animus in a way that makes it

22   unconstitutional and illegal under the Voting Rights Act.

10:33:22  23  Q    And do you think Spring Branch's at-large system does that?

10:33:26  24  A    I've heard no testimony to suggest that that is the case

25   from -- either from -- from, you know, plaintiff's witnesses or

*Mr. Crawford Direct of John Alford*

1    from defense witnesses.  The people -- Mr. Lopez, for example,

2    who talks about this -- and it's very clear that he sees this as

3    a policy issue.

10:33:43  4        There are needs on the north side of -- of the district

5    that he doesn't think are adequately represented without a north

6    side representative there.  He's not saying that this is about

7    animus towards Hispanics or that this is about special needs

8    that aren't being met.  There are lots of discussions about

9    programs that are being undertaken.

10:34:04  10        The voting evidence doesn't suggest, at all, that this is

11    going on, right?  It's -- you know, we're -- we talk about

12    the -- the share of the vote for the Hispanic preferred

13    candidate.  It's important to note that in -- as we go across

14    these elections, more often than not the Hispanic preferred

15    candidate is not Hispanic.

10:34:22  16        Hispanic voters who are -- are -- voters in the north area

17    of the district are willing to support candidates who support

18    their policy positions irrespective of whether they're Hispanic

19    or non-Hispanic, right?  Mr. Perez testified, and Mr. Perez is

20    clearly of -- he is Hispanic.  He's of Hispanic origin.  He has

21    an Hispanic surname, and he's not -- he gets no more vote from

22    Hispanic voters than -- than the candidates in the other

23    contests who were not Hispanic, right?

10:34:52  24        He's not being supported by Anglo voters because he's an

25    Anglo.  He's not being opposed by Hispanic voters because he's

*Mr. Crawford Direct of John Alford*

1    Hispanic.  He's not being opposed by Anglo voters because he's

2    Hispanic.  They're actually voting for him, right?

10:35:06  3       Now, that may be problematic to have overrepresentation of

4    the interests of -- of the district south of I-10.  I

5    personally -- well, I won't say.  But I'll just say it --

6    whatever -- however that may be problematic, right, to discount

7    Mr. Perez's election I think is a serious mistake because if, in

8    fact, this was all about an animus to -- to having Hispanic

9    representation, I don't -- I think Mr. Perez would have had

10   difficulty getting Anglo votes.

10:35:39 11      He's successful in getting Anglo votes and successful in

12   getting very substantial Hispanic crossover vote.  His Hispanic

13   crossover vote doesn't come because he's Hispanic because it's

14   in the same order of magnitude as the crossover vote for Anglo

15   candidates.  He's getting crossover vote from Hispanic

16   candidates -- from voters, a substantial number of whom in this

17   district are very conservative.

10:36:03 18      They live in Spring Branch in part because of that, as well

19   as because, I think, as everybody in the Houston area

20   recognizes, one of the major draws for living in the

21   Spring Branch Independent School District is the quality of

22   education in Spring Branch Independent School District, and

23   that's just as true for Hispanic parents, for black parents, and

24   for Anglo parents.

10:36:22 25      People want to live in Spring Branch.  There's a -- you

*Mr. Crawford Direct of John Alford*

1  could live on either side of 290 or 610 you want, and the choice

2  is whether you want to live in HISD or Spring Branch, and I can

3  tell you most people, regardless of ethnicity or race, what --

4  if they have the option, all other things being equal, would

5  prefer to be in the Spring Branch Independent School District

6  because it's a model school district.  It does a terrific job of

7  educating students across the board.

10:36:50  8  **Q**   Did Dr. Stein's first report cite to an academic report by

9  Abbott and Magazinnik?

10:36:57  10  **A**   Yes.

10:36:58  11  **Q**   What is significant to you about this report cited by

12  Dr. Stein?

10:37:05  13  **A**   I think several things.  One is, is it -- it makes fairly

14  clear that the academic literature is not at all in agreement on

15  whether, as a policy matter, it's preferable for Hispanic voters

16  to have a single-member district system.  That is the --

17  obviously, in the sense of voters being represented, it's nice

18  to have, you know, somebody represent your area or -- or your

19  politics on the board, but it doesn't mean that shifting the

20  board to a single-member system and gaining that -- particularly

21  that single representative, which is one of the things they talk

22  about, a small Hispanic population, that that actually produces

23  policy outcomes that are more beneficial to -- to -- more in

24  line with preferences and more beneficial to the Hispanic

25  community, and I think we see that -- that -- that they're quite

*Mr. Crawford Direct of John Alford*

1    right.  I think they're -- that that -- that the results are

2    quite uneven on this.

10:38:06  3        They also point out that there's some evidence that, in a

4    situation where you have a -- sort of an ideologically split

5    district and a fairly small Hispanic population, it's possible

6    that drawing a single-member district on the basis of ethnicity

7    will actually exacerbate that.

10:38:29  8        I know -- I've done work with HISD, districting work --

9    including districting work, and there are real racial disputes

10   in HISD that are exacerbated by the single-member district

11   system.  I mean, that -- that very long dispute on -- on what

12   the race or ethnicity of the superintendent would be, whether it

13   was appropriate to have an Hispanic superintendent or a black

14   superintendent quite naturally pitted representatives from black

15   districts against representatives from Hispanic districts.

10:39:06 16        Representatives from Hispanic districts, their constituency

17   would prefer to have an Hispanic superintendent.  I think

18   that's -- you know, all other things being equal, that's

19   not -- you know, that's not necessarily a bad thing, but the

20   black districts and -- both the voters and the representatives

21   would prefer to have a black superintendent.

10:39:24 22        That puts black districts and Hispanic districts in

23   competition for the votes of the council -- or the school board

24   members from, you know, Anglo priority districts, and then,

25   basically, that becomes a coalition of black and Anglo members

*Mr. Crawford Direct of John Alford*

1    against Hispanic members or a coalition of Anglo and Hispanic

2    members against black members.

10:39:48  3      It's an unstable coalition, and it can create pretty

4    divisive politics as it has in -- in HISD.  And so there are --

5    again, I'm not trying to be critical of the single-member

6    district system.  I think it has -- can have lots of advantages

7    and work splendidly.  By the same token, I'm not a critic of the

8    at-large system.  It has advantages and can work splendidly.

10:40:12  9      Certainly, if single-member districts were a cure-all for

10   the problem of how do we do a good job of educating minority

11   students, we wouldn't repeatedly see districts like HISD

12   completely failing to meet the needs of those students.

10:40:26  13   Q    Thank you.

10:40:27  14        Have you reviewed Dr. Stein's proposed illustrative

15   district under *Gingles* one?

10:40:33  16   A    I have.

10:40:36  17   Q    Primarily what two voting precincts did he combine to create

18   his illustrative district?

10:40:42  19   A    It's primarily -- I think, Landrum and Northbrook, I

20   believe, are the two.

10:40:47  21   Q    And do you recall what percentage of the Hispanic CVAP his

22   district comprised of?

10:40:55  23   A    I think it was, if I'm remembering it correctly, something

24   around 53 percent.

10:40:59  25   Q    Would 52.8 percent seem about right?

*Mr. Crawford Direct of John Alford*

10:41:02  1    A    That seems about right.

10:41:04  2    Q    Do you recall what his margin of error for that 52.8 percent

3    was?

10:41:08  4    A    I think it was a little below 6 percent.

10:41:11  5    Q    And what does that suggest to you?

10:41:14  6    A    As is true with some of the voter information, we don't

7    know -- from a social science perspective, we would say we do

8    not know if that is a majority Hispanic district or not.  It may

9    be a majority Hispanic district; it may not be a majority

10   Hispanic district on -- on CVAP.

10:41:34 11         Whether it is or isn't, one thing we are sure of, it is a

12   barely majority district, and, again, that -- the fact that it

13   is barely a majority of the -- of the eligible population and is

14   clearly not a majority of either the voters or the registered

15   voters means it's going to be a district that, when combined

16   with low cohesion among Hispanic voters, is -- can only function

17   as a crossover district.

10:41:59 18         And, again, that -- if you have -- if you have a

19   single-member system in place, and the district wants to create

20   a district that functions as a crossover district, that may or

21   may not be within their legitimate power to do, but my

22   understanding, at least, is that the Court doesn't -- doesn't

23   command crossover districts in an area where it is not possible

24   to create a functioning remedy in a single-member district.

10:42:30 25    Q    So based on the slim margin of the Hispanic majority of the

*Mr. Crawford Direct of John Alford*

1    CVAP -- and that's citizen voting age population, correct?

10:42:38  2    A    Correct.

10:42:39  3    Q    Acronym for that?

10:42:40  4    A    Yes.

10:42:41  5    Q    Based on that slim majority, would voter turnout in the

6    actual precincts that combined to form that proposed

7    illustrative district, would that be a material analysis?

10:42:54  8    A    Yes.

10:42:55  9    Q    Have you looked at voter turnout in Dr. Stein's proposed

10    illustrative district?

10:43:01  11    A    Well, you can look at the turnout in the areas that the

12    district has drawn, that is, Northbrook and Landrum.  So, yes,

13    I've looked at that.

10:43:11  14    Q    Okay.  And so that we don't overly repeat ourselves, Dr. --

15    you were here when Dr. Stein testified, correct?

10:43:18  16    A    Yes.

10:43:19  17    Q    And he testified that the mean share of voter turnout by

18    Hispanics from 2015 to 2021 was 17.2 percent in Landrum and

19    19.1 percent in Northbrook.  Do you recall that testimony?

10:43:38  20    A    Yes.

10:43:40  21    Q    Have you calculated those same mean averages through the

22    year 2023?

10:43:47  23    A    Yes.

10:43:47  24    Q    Would you turn to Defendants' Exhibit 8, page 3?

10:44:05  25    A    Yes.

*Mr. Crawford Direct of John Alford*

10:44:06 1   **Q**   And what do you show is the mean percent of Hispanic -- of

2   actual voters from 2015 to 2023 in Landrum?

10:44:14 3   **A**   It is 16.3 percent.

10:44:17 4   **Q**   And for those same years, what was the mean percent of

5   Hispanic actual voters in Northbrook?

10:44:25 6   **A**   It is 18.5 percent.

10:44:39 7   **Q**   So the page prior to that -- your table showing those new

8   mean averages is page 2 of your report, and you discuss, in

9   Section III, Hispanic turnout in Spring Branch elections.

10:44:53 10      Would -- would you read what your conclusion was?

10:44:58 11   **A**   (As read) Dr. Stein has provided in his reports and the

12   associate disclosures the turnout estimates he calculated for

13   each polling place in each election year for 2015 through 2022.

14   Table 1 below summarizes that data, with the addition of my own

15   estimates for 2023.  Hispanic turnout is low overall, averaging

16   less than 20 percent in all seven polling places, and is also

17   not concentrated in any single polling place.

10:45:21 18      (As read) These levels of Hispanic voter participation are

19   well below the number of votes received by the Hispanic

20   preferred candidates, suggesting that in each of these

21   elections, the majority of the support for the Hispanic

22   preferred candidates came from non-Hispanic voters.  Moreover,

23   this pattern of low, scattered Hispanic voter participation

24   calls into question whether Dr. Stein's proposed single-member

25   district, constructed largely by combining most of the Landrum

*Mr. Crawford Direct of John Alford*

1    voting district with a large proportion of the Northbrook

2    district, will function to enhance the abilities of Hispanics to

3    elect candidates of choice in SBISD Board elections.

10:45:58  4    **Q**    And then I'd like you to turn to your second supplemental

5    report, Defendants' Exhibit 73, page 5.

10:46:15  6        And do you also discuss percentage of actual voters with

7    Spanish surnames in Table 3?

10:46:20  8    **A**    Yes.

10:46:23  9    **Q**    And would you read to the Court the conclusion you reached

10    underneath that table?

10:46:38  11            **MR. CRAWFORD:**  Go below that to the text, please.

10:46:40  12            There you go.  Thank you.

10:46:42  13    **A**    (As read) As we can see, the Hispanic share of voters in

14    2024 is down from its peak in 2023, but only slightly, and

15    turnout in 2023 remains relatively high compared to the past

16    decade.  In 2022, for example, the Hispanic share of the turnout

17    at 5.6 percent is lower than in 2024.  This even though there

18    were three contested elections in 2022, and Dr. Stein reported

19    previously that all three featured a preferred Hispanic

20    candidate supported by over 80 percent of Hispanic voters.

10:47:13  21        (As read) Dr. Stein states that the decline in Hispanic

22    voter participation in SBISD trustee elections between 2023 and

23    2024 coincided with the absence of a candidate preferred by a

24    majority of Hispanic voters in 2024 election (page 6), but given

25    that Hispanic participation was even lower in 2022 with multiple

*Mr. Crawford Direct of John Alford*

1  preferred Hispanic candidates, the implication that 2024 is

2  evidence that the lack of a preferred candidate depressed

3  turnout is not supported by the recent election history.

10:47:46  4  **BY MR. CRAWFORD:**

10:47:46  5  **Q**   Do you stand by that conclusion?

10:47:48  6  **A**   Yes.  And I think -- I mean, if you just look back at the --

7  at the table -- I mean, the idea that what's happened over time

8  is that Hispanic voters have become dissuaded from participating

9  because this repeated failure under the at-large system has --

10  has -- has resulted in them now feeling like they can't make a

11  difference.

10:48:14  12     The election that Dr. Stein is highlighting in 2024,

13  6.4 percent of the voters participating are Hispanic, and he

14  makes a lot of the fact that that is a drop from 7.8 percent.

15  But that 6.4 percent in 2024 was just supposed to represent this

16  disillusion with the at-large system is lower -- or, sorry, is

17  higher than the 5.6 in 2022; it's higher than the 4.8 in 2021;

18  the 3.2 in 2019; the 5.1 in 2017; the 2.9 in 2015.

10:48:50  19     If you just want to make a two-point comparison and call it

20  a trend, Hispanic voter participation was 3 percent in 2015.

21  It's now over doubled by 2024 to 6 percent.  I don't like making

22  single point-to-point trend comparisons.  I'd rather look at the

23  whole data, and I -- when I look at that whole data, I do not

24  see a trend in Hispanic voter participation.

10:49:14  25     You could argue there's maybe a slight upward trend, but

*Mr. Crawford Direct of John Alford*

1    overall I would say there is no trend, and this idea that

2    Hispanic voter participation is basically disappearing beginning

3    in 2024 as a consequence of at-large elections is simply not

4    supported by the data.

10:49:37  5    **Q**    Have you seen any analysis that shows that Dr. Stein's

6    district will work as hoped to elect Hispanic preferred

7    candidates?

10:49:46  8    **A**    No.  All that evidence suggests that, if it works, it could

9    only work as a crossover district.

10:49:53 10        Again, it isn't -- it isn't just about the low -- Dr. Stein

11    suggests that if it was a single-member district, you might

12    boost turnout.  So maybe you'd have more than 20 percent of the

13    voters in the district that would be Hispanic, and you might

14    well have more than that.  That might increase, but, remember,

15    we -- it doubled, and 40 percent of the voters in his district

16    turned out to be Hispanic.

10:50:17 17        There's still going to be just 40 percent of the voters,

18    and 60 percent of the voters are going to be Anglo, and if

19    Anglo -- no matter what Hispanic voters do, if Anglos are, in

20    fact, going to vote as a bloc to defeat the preferred candidate

21    of Hispanic voters, they will do that in that district as surely

22    as they would do it in at-large.

10:50:33 23        The district will only function as a crossover district,

24    and if it's functioning as a crossover district, then, at least

25    as I understand the reasoning, is that if the district functions

*Mr. Crawford Direct of John Alford*

1    as a crossover district, it's evidence in itself that the

2    conditions needed to establish liability under Section 2 of the

3    Voting Rights Act haven't been met because the district itself

4    disproves that.

10:50:58  5    Q   Given the narrow 52.8 percent Hispanic majority in

6    Dr. Stein's illustrative district, combined with the low

7    Hispanic voter turnout, which is less than 20 percent of actual

8    voters in the two precincts that make up his district, is it

9    likely that the majority of voters in Dr. Stein's proposed

10    district would be Hispanic?

10:51:21  11    A   Very unlikely.

10:51:25  12    Q   You're a political scientist in the Houston area.

10:51:28  13        Are you familiar, in general, with how Texas school

14    districts elect their trustees?

10:51:32  15    A   Yes.

10:51:33  16    Q   Are Texas school board elections historically nonpartisan

17    elections?

10:51:38  18    A   Yes.

10:51:39  19    Q   Are you familiar with the recent entry of partisan politics

20    into school board elections?  For example, are you familiar with

21    the Republican Party's formally announced strategy plan in

22    Texas, which is shown in Defendants' Exhibit 6 that we looked at

23    with Dr. Stein?

10:51:53  24    A   Yes.

10:51:55  25    Q   Would you explain the Republican initiated new strategy and

*Mr. Crawford Direct of John Alford*

1    when it started?

10:52:05  2    **A**    So the -- the Republican strategy is a -- sort of a

3    multi-pronged -- has a multi-prong purpose.  Part of the purpose

4    is recognition by Republican voters and Republican leaders that

5    school boards tended to be less conservative than the -- than

6    the population of the district might suggest, and part of that

7    reflects the fact that in every -- maybe candidates weren't

8    being encouraged to run at the school board level; were focused

9    on, you know, helping Ted Cruz get reelected and maybe not as

10    active as they should be in their own backyard.

10:52:46  11    So part of this has to do with recruitment.  Part of this

12    has to do with what some call a fish ladder.  If you're going to

13    get really good candidates, you need to get them into politics

14    at a local level, and then let them come up into politics.  So a

15    school board can be a really good launching pad for a candidate

16    that you later can run in a state rep district, and then a state

17    senate district, and next you know, they're Ted Cruz.

10:53:09  18    So it's partly recognizing that this is an important part

19    of that -- important part of that process.  It's also

20    recognizing that some of the issues that have become

21    particularly vibrant in the Republican Party, notably with the

22    advent of President Trump's campaign -- earlier campaigns, that

23    there were issues that were -- that resonated well with

24    Republican voters that also were connected to, fairly

25    intimately, school board politics.

*Mr. Crawford Direct of John Alford*

10:53:41  1          So there was a place -- a sounding board for those kinds of

2     issues that could be useful for advancing conservative agendas

3     in the school district.

10:53:53  4          And so the party is -- the Republican Party is -- as much

5     as I do not like to see open partisanship come into school board

6     elections, the Republican Party and the Democratic Party are

7     working to have their ideology expressed, and they're working

8     within the context of that ideology on the ground.  So when the

9     Republican Party says, "We're going to run and fund candidates

10    in Spring Branch Independent School District," they're not

11    creating conservative values in Spring Branch Independent School

12    District.  They're taking advantage of the fact that those

13    ideological values are already in place, and they're trying

14    to -- to -- to motivate them or to coalesce them within the

15    broad umbrella of something like a Republican endorsement.  On

16    the Democratic side, maybe it would be a union endorsement or a

17    Democratic action group endorsement.

10:54:52 18          The -- for good or ill, the American parties are now

19    exploiting ideological division in a way they have not done

20    through most of the previous century, and this is just another

21    example of how polarized politics works its way down through the

22    system.  And a barrier like not having a party label on the

23    election ballot is simply not a secure ballot -- or certainly

24    not a secure measure against this intrusion, and so you see this

25    in school boards.

*Mr. Crawford Direct of John Alford*

10:55:27  1      You actually saw it earlier than school boards in

2  nonpartisan judicial elections.  As it happens in Texas, we just

3  kind of went whole hog.  We don't have nonpartisan judicial

4  elections, but -- but other -- most other states that have

5  judicial elections have nonpartisan judicial elections, and

6  those elections have become openly partisan beginning 20 years

7  ago where candidates would, you know, appear with partisan

8  candidates, would openly accept the endorsement of -- there have

9  been lawsuits about whether judicial candidates can

10  appropriately accept an endorsement from a party in a

11  non-partisan election state.

10:56:12  12      So I'd say the earliest place we saw this emerge was in --

13  when nonpartisan judicial elections became openly partisan, and

14  I think you can see why, right?  The content of what judges were

15  deciding was something that mattered deeply to people based on

16  their ideological orientation, and so it's a natural place for

17  the parties to start talking about Democratic judges and

18  Republican judges even in states where the -- where, at least on

19  the ballot, there is not an R or a D.

10:56:46  20  **Q**   Did you address partisan politics in your first supplemental

21  report?

10:56:50  22  **A**   Yes.

10:56:51  23  **Q**   Would you turn to Defendants' Exhibit 8, page 7.

10:57:02  24      And would you read to the Court what your conclusion about

25  what partisan politics was?

*Mr. Crawford Direct of John Alford*

10:57:06  1   **A**   (As read) As was seen above for the earlier SBISD trustee

2   elections, nothing in this result suggests that either Hispanic

3   or Anglo voters are responding to the ethnicity of candidates.

4   This appears to be consistent, instead, with an ideological

5   division, and perhaps a partisan division as well.  This is

6   relevant to the third *Gingles* factor in that it strongly

7   suggests that a white bloc does not work to usually defeat a

8   minority group's preferred candidate.

10:57:35  9       (As read) This analysis is also relevant to the totality of

10   the circumstances inquiry because it strongly suggests that an

11   ideological division, and perhaps a partisan division, rather

12   than race explain the outcomes of SBISD elections.

10:57:50 13   **Q**   Dr. Alford, you've listened to the witness testimony in this

14   courtroom during the trial, right?

10:57:55 15   **A**   Yes.

10:57:56 16   **Q**   Based on the testimony that you heard from the witnesses, do

17   you still conclude that totality of the circumstances strongly

18   suggests that an ideological division, and perhaps a partisan

19   division, rather than race, explain the outcomes of the

20   Spring Branch ISD elections?

10:58:15 21   **A**   I do.  I think there was -- from -- again, from virtually

22   every fact witness there was lots of discussion about policy

23   differences, about ideological differences, and even about

24   partisan differences, strongly suggesting that there is a real

25   divide.  This idea of Spring Branch's -- or the tale of two

*Mr. Abrams Cross of John Alford*

1   cities, right?

2       There are two different worlds only roughly divided by

3   I-10, but approximately divided by I-10, but those two different

4   worlds are different worlds on the basis of a whole lot of

5   things that are reflected in policy, ideology, and sometimes

6   even in partisanship.  And there's been lots of testimony about

7   that, and -- and I don't hear a lot of testimony to suggest that

8   that -- that any of that is being either overridden or

9   supplanted by voting on the basis of racial or ethnic animus.

10  **Q**   Thank you very much.

11          **MR. CRAWFORD:**  I don't think I have any further

12  questions, Your Honor.

13          **THE COURT:**  We'll take a 10-minute recess.

14          Are we going to be able to conclude in about a hour?

15      **MR. ABRAMS:**  I really plan to.

16    *(Recess taken from 10:59 a.m. to 11:13 a.m.)*

17          **THE COURT:**  Please be seated, please.

18          Mr. Abrams, you may proceed.

19      **MR. ABRAMS:**  Thank you, Your Honor.

20                   **CROSS-EXAMINATION**

21  BY MR. ABRAMS:

22  **Q**   Good afternoon -- or I guess it's still morning, Dr. Alford.

23  **A**   Good morning.

24  **Q**   Would you agree with me that Judge Lake is really presented

25  with a tale of two experts?  You contradict the opinions -- or

*Mr. Abrams Cross of John Alford*

1    certain of the opinions that the Court has been provided by

2    Dr. Stein?

11:13:34 3    **A**   I think you could view it that way.  I think Dr. Stein and I

4    agree ultimately on something very important, which is the most

5    appropriate methodology.  Certainly, his earlier analysis, I

6    think, is incorrect, but having -- I've been doing this for

7    39 years.  So I know that the choice of what you do on an issue

8    like that is a choice largely made by the lawyers, not the

9    experts.

11:14:05 10    So I mean, you know, if -- if the lawyer says, "Someone's

11    pointed out that this is a better way of doing it.  I want you

12    to redo," I'd redo it.  Then, if a lawyer says, "We're going to

13    leave it at that," I'll leave it at that.  I mean, I'm not a

14    free agent here.

11:14:22 15    I -- I view myself primarily as responsible to the Court,

16    but I'm here on the behalf of one side and another --

11:14:30 17    **Q**   We have some time constraints, so I'd like to try to have

18    the shortest direct answer, if possible.

11:14:35 19    **THE COURT:**   Yeah.  If you don't want to come back

20    Monday morning, answer as briefly as you can.

11:14:40 21    **BY MR. ABRAMS:**

11:14:40 22    **Q**   I'm not ever going to try to cut you off, Dr. Alford, but we

23    are trying to move this along expeditiously.

11:14:47 24    **THE COURT:**   I've got people coming in at 2:00 o'clock

25    that I'm going to not delay.

*Mr. Abrams Cross of John Alford*

BY MR. ABRAMS:

11:14:51  1

11:14:51  2  **Q**   You and Dr. Stein disagree about, apparently, cohesion of

3  the Hispanic and Anglo communities, correct?

11:14:57  4  **A**   Correct.

11:14:57  5  **Q**   And you've expressed some general opinions about the

6  totality of the circumstances and the value or wisdom of having

7  a single-member district, correct?

11:15:05  8  **A**   Correct.

11:15:06  9  **Q**   All right.  With regard to your overarching opinions, I want

10  to see if I can understand the foundation.

11:15:14 11       You, a number of times in your reports, focus on the

12  ethnicity of the candidate as if that has some significance.

13  You agree with me that we're here discussing the Voting Rights

14  Act, that is, the right of the voters to select the candidate of

15  their preference irrespective of the candidate's ethnicity,

16  right?

11:15:34 17  **A**   No.

11:15:36 18  **Q**   So your testimony is based on the premise that the ethnicity

19  of the candidate is significant to your opinions.  Is that your

20  position?

11:15:46 21  **A**   I mean, it's explicit in the Senate or the *Zimmer* factors,

22  but your chart talks about preferred candidates.  The Senate

23  factors don't.  They talk about individuals who are members of

24  the minority community.  They explicitly talk about the race,

25  residency of candidates.

*Mr. Abrams Cross of John Alford*

11:16:05 1   **Q**   Okay.  We'll let Judge Lake decide what the cases say, but

2   your analysis that you presented to the Court presupposes that

3   the ethnicity of the candidate is what the Voting Rights Act

4   focuses on, correct?

11:16:17 5   **A**   No, it doesn't.  My analysis does not presuppose that.

11:16:21 6   **Q**   Does your -- what is the significance of the ethnicity of

7   the candidate, then, in your analysis?

11:16:26 8   **A**   So, first of all, most of my analysis has nothing to do with

9   the ethnicity of the candidates.  It has to do with the proper

10  analysis of the behavior of the voters.  In that sense,

11  Dr. Stein and I don't disagree.

11:16:39 12  **Q**   All right.  With regard to a comment you made, you

13  apparently have searched the record and the evidence with regard

14  to the presence or absence of animus, which I interpret to mean

15  your view of discriminatory intent.

11:16:52 16      As you sit here today, is your opinion based on the premise

17  that some showing of animus or discriminatory intent is relevant

18  to the *Gingles* factors?

11:17:04 19  **A**   So I think --

11:17:05 20  **Q**   Could I get a yes or no?  And then I'll be happy to let you

21  explain.

11:17:10 22  **A**   If you could repeat the question, please.

11:17:12 23  **Q**   Is it your position, underlying your opinions here today,

24  that a showing of discriminatory intent or animus underlies your

25  analysis of the *Gingles* factors?

*Mr. Abrams Cross of John Alford*

11:17:24  1   **A**   Phrased that way, I -- I would say no --

11:17:28  2   **Q**   Is it your position that discriminatory intent or animus

3   underlies an evaluation of what you've purported to testify

4   about as the Senate factors, or some of them, under the totality

5   of the circumstances test?

11:17:43  6   **A**   Not intent, but animus or discriminatory motivation, yes.

7   It is important to both *Gingles* three, that is, to whether the

8   white bloc voting rises to the level of being legally

9   significant or not, and it's important to the totality of the

10   circumstances because racially polarized voting, absent some

11   discriminatory animus on the part of voters, is simply not a

12   violation of the Voting Rights Act or the Constitution.

11:18:12  13   **Q**   And is that an element of your opinion underlying your

14   opinion?

11:18:17  15   **A**   Certainly, in no sense, does it in any way affect the

16   numbers I'm presenting here.  The data is the data.  My sense of

17   the importance of -- of some of that or -- or what we might draw

18   from it, certainly.  I mean, I -- I'm not a lawyer.  So I'm not

19   going to tell you what the law is, but my work has to be

20   informed by what it is the Court needs to know, and, you know --

11:18:44  21   **Q**   If --

11:18:45  22   **A**   -- 31 years ago in *LULAC v. Clements*, the Fifth Circuit made

23   it abundantly clear that they care deeply about precisely this

24   issue.  Is this about policy -- they didn't say party.  Is this

25   about policy, or is it about racial animus?

*Mr. Abrams Cross of John Alford*

11:18:59  1   **Q**   Dr. Alford, I'd love to take your course, but here I'd like

2   you to answer my question narrowly.

11:19:04  3       Your opinion does, based upon the assumption that animus,

4   using your description of it, is relevant to your opinions about

5   the *Gingles* factors, at least, as you say *Gingles* three; is that

6   correct?

11:19:17  7   **A**   It's relevant to my opinions.  It does not affect the

8   underlying -- the data speak for themselves.

11:19:22  9   **Q**   Now, your CV, or your résumé -- Defendants' Exhibit 73, I

10   think it is -- attached to your report has a listing of 21

11   different expert assignments on pages 12 to 13.

11:19:37 12       Can you tell me how many of those expert assignments have

13   been in cases where you have opined in favor of a plaintiff

14   making a Section 2 claim under the Voting Rights Act?

11:19:50 15   **A**   Plaintiff.

11:19:52 16       I doubt that any of them in that more recent period.  I've

17   worked almost exclusively for entities, and I doubt that any of

18   those are -- any of those cases -- I have worked for plaintiffs,

19   but I don't believe any of those cases are cases where I worked

20   for a plaintiff.

11:20:08 21   **Q**   We'll touch on this in a few minutes, but you've done work

22   over the years for Spring Branch with regard to racial

23   polarization issues, right?

11:20:15 24   **A**   Correct.

11:20:18 25   **Q**   Given the choice that the Court is going to have to make

*Mr. Abrams Cross of John Alford*

1    between the opinions you offered and the opinions Dr. Stein's

2    offered, I want to visit with you a little bit about the peer

3    review you did of Dr. Stein during your deposition.

11:20:30  4        Do you remember you performed a sort of peer review about

5    Dr. Stein during your deposition?

11:20:38  6    **A**    Not in the sense I think an academic -- a peer review for an

7    academic --

11:20:42  8    **Q**    Fair enough.

11:20:42  9    **A**    -- is blinded as to when you're reviewing.

11:20:45 10    **Q**    Do you agree -- do you agree that Dr. Stein is an expert

11    qualified by knowledge, skill, experience, training, and

12    education to render opinions about voting behavior, the *Gingles*

13    factors, and the totality of the circumstances?

11:20:57 14    **A**    Yes, I do.

11:20:57 15    **Q**    Do you agree that Dr. Stein has an excellent reputation;

16    he's very well respected in the areas he's done his work; and he

17    has always ended up being important -- doing important,

18    well-recognized work?

11:21:09 19    **A**    Absolutely.

11:21:10 20    **Q**    Do you acknowledge that Dr. Stein is an expert in the areas

21    of his studies?

11:21:16 22    **A**    In the areas of his studies?  Yes.

11:21:18 23    **Q**    Do you agree that in the areas Dr. Stein works, he always

24    ends up producing work this is among the best of the work that's

25    done?

*Mr. Abrams Cross of John Alford*

11:21:24  1   A   Yes.

11:21:27  2   Q   Do you agree that among -- well, let me back up and say:

3   What's a political methodologist?

11:21:32  4   A   So a political methodologist today is a person who develops

5   new methodologies for use in politics.  Dr. King developed EI,

6   political methodologist.  Dr. Stein and I are users of political

7   methodology.  We are both reasonably crafty at that, but we are

8   not political methodologists.

11:21:48  9   Q   And do you agree that, among the people who aren't these

10   technicians, political methodologists, Dr. Stein is as skilled

11   as anybody doing work in the social sciences today?

11:22:05  12   A   Among the people who aren't -- I mean, there's a little bit

13   of an age thing here.  So among people of our age, Dr. Stein and

14   I are methodologically qualified.

11:22:16  15   Q   Do you agree that Dr. Stein employs up-to-date methods, and

16   he does them accurately and skillfully for his research

17   questions?

11:22:24  18   A   Yes.

11:22:25  19   Q   For example, you may recall hearing that Dr. Stein's first

20   analysis was the ordinary least squares, or OLS, regression

21   analysis.  Do you remember that?

11:22:36  22   A   Yes.

11:22:37  23   Q   And do -- you agree that that method, which he initially

24   started with, is a scientifically verifiable way to evaluate

25   racially polarized voting, is generally accepted in the social

*Mr. Abrams Cross of John Alford*

1    science committee -- community, and has been subjected to peer

2    review and publication?

11:22:54  3    **A**    Correct.

11:22:55  4    **Q**    Do you agree that Dr. Stein applied the principles and

5    methods of the OLS statistical work reliably to the facts of

6    this case, meaning reliably within a statistical meaning of

7    reliability?

11:23:08  8    **A**    Within the statistical meaning, yes.

11:23:12  9    **Q**    And when you were first deposed -- and at that time, the

10    only report that was on the table was Dr. Stein's first report

11    where he had done the regression analysis, correct?

11:23:22  12    **A**    Correct.

11:23:22  13    **Q**    And when you were deposed, you did not disagree with the OLS

14    analysis Dr. Stein did, but stated that you preferred the EI

15    analysis, correct?

11:23:35  16    **A**    I believe I was deposed after my report.  I think my report

17    was quite clear that -- that while I -- while I wasn't

18    disagreeing with the broad substantive conclusion of Dr. Stein's

19    analysis, I certainly didn't endorse that as a -- I had never

20    seen the method used -- in 39 years, I've never seen this method

21    used by any expert in any Voting Rights Act case anywhere in the

22    world.

11:24:00  23        So it is a novel approach, and certainly I understand what

24    Dr. Stein was doing.  I think, as my report made clear, I'm not

25    saying he executed that analysis improperly, I'm just saying

*Mr. Abrams Cross of John Alford*

1   it's -- it's not the -- the correct or most sophisticated or

2   most reliable analysis to use.

11:24:24  3   Q   My question concerns the results of Dr. Stein's OLS report,

4   and do you recall telling me that you did not disagree with the

5   results of his OLS report regardless of your opinion about

6   whether he ought to do some other form of analysis?

11:24:37  7   A   I -- I would want to see that -- the context of that

8   statement.  I don't think I'm -- I made that wholesale

9   endorsement of that.

11:25:05  10  Q   Well, we'll go on.

11:25:07  11      Do you recall listening to Dr. Stein say that, during the

12  course of his work predicate to his testimony here in trial, he

13  performed three different methods of analysis:  First, the

14  statistical regression, correct?

11:25:20  15  A   Correct.

11:25:21  16  Q   Second, an EI analysis using a prior version of the EI

17  software?

11:25:28  18  A   Correct.

11:25:28  19  Q   And, finally, the EI version of the software which you

20  advocate should be used?

11:25:34  21  A   Correct.

11:25:35  22  Q   And Dr. Stein's testimony, you recall, is that every one of

23  those methodologies corroborated his initial opinion.  Do you

24  recall hearing that?

11:25:43  25  A   Yes.

*Mr. Abrams Cross of John Alford*

11:25:47   1    Q    I thank you for acknowledging a comment I made earlier about

2    the prevalence of single-member districts in American democracy.

11:25:55   3         Just so our record is clear, single-member districts are

4    found in school districts, right?

11:26:02   5    A    Yes, they are.

11:26:02   6    Q    They're found in city elections, correct?

11:26:07   7    A    Yes, they are.

11:26:08   8    Q    They're found in the Harris County elections and other

9    county elections?

11:26:11  10    A    Correct.

11:26:11  11    Q    They're found in community colleges?

11:26:13  12    A    Correct.

11:26:14  13    Q    They're found in the Texas Legislature?

11:26:16  14    A    Correct.

11:26:16  15    Q    And they're found in the United States Congress?

11:26:19  16    A    Correct.

11:26:19  17    Q    All right.  Now, you're personally familiar with

18    single-member districts in school districts because you have

19    been involved in drawing or redrawing single-member district

20    plans for a variety of those school districts, correct?

11:26:35  21    A    In partnership with Dr. Stein, yes.

11:26:37  22    Q    That's right.

11:26:37  23         The two of you actually have regularly worked together to

24    do voter analysis and redistricting or districting work for, for

25    example, Killeen ISD; is that right?

*Mr. Abrams Cross of John Alford*

11:26:52 1   A   I'm not sure if we worked together on Killeen.  It's

2   difficult for me to remember what was a redistricting case and

3   what was a redistricting.  It's possible we drew lines there.

4   It's possible.

11:27:04 5   Q   HISD?

11:27:05 6   A   Yes, HISD.

11:27:07 7   Q   Brazosport ISD?

11:27:08 8   A   Yes.

11:27:08 9   Q   Dallas ISD?

11:27:12 10  A   I -- I don't believe that Dr. Stein and I worked together on

11  Dallas.

11:27:16 12  Q   Did you?

11:27:16 13  A   I did.

11:27:17 14  Q   Okay.  I'm more interested in your work now.

11:27:19 15  A   Okay.

11:27:20 16  Q   Goose Creek ISD?

11:27:22 17  A   Goose Creek, yes.

11:27:23 18  Q   Houston Community College?

11:27:25 19  A   Yes.

11:27:25 20  Q   Lone Star Community College?

11:27:26 21  A   Yes.

11:27:27 22  Q   City of Baytown?

11:27:28 23  A   Yes.

11:27:29 24  Q   City of Clute, Texas, for me?

11:27:31 25  A   Yes.

**_Mr. Abrams Cross of John Alford_**

11:27:33  1   **Q**    Okay.  And many of those projects you and Dr. Stein

2   collaborated, right?

11:27:39  3   **A**    The majority of them, we collaborated, yes.

11:27:43  4   **Q**    I want to talk a little bit about your prior work for the

5   school district.

11:27:47  6        As far as back as 20- -- pardon me, the year 2000, more

7   than 20 years ago, you agree it was clear to you that, given the

8   direction of population trends, the day was going to come when

9   Spring Branch could draw a single -- when you could draw a

10   _Gingles_ one district and that, in your experience, any district

11   that could draw a _Gingles_ one district should be thinking

12   seriously about what they intended to do about it, right?

11:28:10 13   **A**    Yes.

11:28:11 14   **Q**    And even 20 years ago, when you did what you described as a

15   preliminary analysis of racially polarized voting in the

16   district, you came to the informal conclusion that the voting

17   data was, quote, certainly consistent with the possibility both

18   that Hispanic voters were voting above 50 percent for preferred

19   candidates, including Hispanic candidates, and that Anglo voters

20   were voting below 50 percent for those candidates, and those

21   candidates weren't being elected to the school board, close

22   quote.

11:28:42 23        Do you remember telling us that?

11:28:44 24   **A**    Yes.

11:28:44 25   **Q**    And when you were asked during your deposition about what

*Mr. Abrams Cross of John Alford*

1  racially polarized voting looks like, you said that if, in five

2  elections in a row, the Hispanic preferred candidate is being

3  defeated by the Anglo preferred candidate, then that's, quote, a

4  nice little set piece for what racially polarized voting looks

5  like.  Do you remember testifying to that?

11:29:06  6  **A**    That's certainly not all that's there, but that certainly

7  would be the -- a set piece for an analysis of racially

8  polarized voting, yes.

11:29:14  9  **Q**    All right.  Let's look at Plaintiff's Exhibit 135.

11:29:22  10      You saw and heard the background of Exhibit 135.  It

11  compiles the graphical depiction of the evaluations that you

12  disagree with Dr. Stein about.  I -- we're not going to debate

13  that.

11:29:35  14      You disagree with the graphical depiction here, but if the

15  Court were to conclude that Dr. Stein's analysis is reliable, do

16  you agree that the visual discrepancy between the preferences

17  and results for white and Hispanic voters reflects racially

18  polarized voting?

11:29:58  19  **A**    If -- yes, if the -- if the Court accepts Stein's -- again,

20  this applies to the -- to the earlier analysis where we were not

21  using the same technique.  If the Court believes his technique

22  is superior and relies on those results, then the Court would

23  see cohesive voting on the part of Hispanics, and still would

24  see substantial crossover voting, but I guess that would depend

25  on how the Court wanted to interpret it.

*Mr. Abrams Cross of John Alford*

11:30:28 1    It's certainly a better -- this would -- again, you can

2    still see that the race or ethnicity -- sorry, the ethnicity of

3    candidates doesn't seem to make any difference.  I don't know

4    how the Court's going to deal with that, but this is -- I can

5    see why you keep presenting this exhibit.  It's a much more --

6    suggests a much more divided voter population for SBISD than I

7    think is -- in fact exists.

11:30:57 8  Q   You and Dr. Stein disagree, and the judge will have to make

9    that evaluation.

11:31:01 10    Let's look at Plaintiff's Exhibit 137.

11:31:05 11    Plaintiff's 137 you saw earlier reflecting the results of

12    and the indication of who the Hispanic preferred candidates

13    were.

11:31:13 14    Do you agree that if the underlying assumptions are correct

15    in Plaintiff's Exhibit 137, that's evidence of racially

16    polarized voting in Spring Branch ISD?

11:31:29 17  A   I guess I'm not sure if you're just saying this is showing

18    that candidates lost, and if we accept that the voting was

19    racially polarized, then those candidates losing would

20    contribute to *Gingles* three, yes.

11:31:44 21  Q   It's a little simpler question.  In every election, even you

22    were able to figure out who the preferred Hispanic candidate

23    was, right?

11:31:53 24  A   As I said, within levels of scientific accuracy, no.  We can

25    say who had -- on -- based on the mean estimated vote, who the

*Mr. Abrams Cross of John Alford*

1  preferred candidate is, but that we don't actually know if

2  that's the preferred candidate or not.

11:32:06 3  Q   Well, do you recall that at the time of your deposition, you

4  were asked questions about some of the previous work you did for

5  the district, and you indicated that previously, unrelated to

6  this lawsuit, you had done some of your own EI analysis for the

7  district?

11:32:22 8  A   Correct.

11:32:23 9  Q   And the court, Judge Hoyt, earlier ordered you to produce

10  that earlier analysis that had been withheld at the time of your

11  deposition.  Do you recall that?

11:32:32 12  A   I believe that's correct, yes.

11:32:42 13  Q   So that it's not a memory quiz, I've handed you SBISD

14  007918.  Do you recognize that?

11:32:51 15  A   Yes.

11:32:52 16  Q   What is it?

11:32:55 17  A   I'm assuming, if you're saying this is what was produced, it

18  looks to me like what I recall.

11:32:59 19  Q   All right.  Exhibit -- pardon me.  It's SBISD 007918.

20  Has -- is a table from 2012 to 2021, correct?

11:33:09 21  A   Correct.

11:33:10 22  Q   And this is reflective of work you did, correct?

11:33:15 23  A   Correct.

11:33:15 24  Q   And you can tell, by looking at the work you previously did

25  unrelated to this lawsuit, that in every race you could

*Mr. Abrams Cross of John Alford*

1    determine one candidate had the primary Hispanic support,

2    correct?

11:33:30 3    **A**    Right.  That the -- that -- you couldn't -- you could go

4    through this and see which candidate has majority support,

5    and -- based on these estimates.  So that's the kind of thing

6    you would flag if you were looking at -- if you're trying to

7    evaluate, I think, the position that the -- so I'll say at this

8    stage I'm trying to understand what position the district is in,

9    and I think you mentioned my prediction from 20 years ago.

11:33:58 10    My prediction from 20 years ago was if you reach the point

11    that someone can draw a CVAP majority district, however

12    narrowly, you're likely to be sued and you should be thinking

13    about that, and I think I was exactly accurate.  When we reached

14    that level, Spring Branch ISD, you know, recognized that, took

15    that seriously, and got sued.

11:34:20 16    So I'm not a mind reader.  I don't mean that --

11:34:24 17    **Q**    In the interest of time and -- can we move on?  I'm not

18    trying to ask you to defend why you did the analysis.  I'm

19    trying to rely upon your analysis, all right, sir?

11:34:33 20    **A**    Well, I want to be careful because you're characterizing my

21    analysis, and I want to make sure that you're not characterizing

22    it in a way that's not compatible with my analysis or my

23    characterization.

11:34:42 24    **Q**    What was your analysis, so I don't characterize it at all?

11:34:45 25    **A**    At this stage, my analysis was the degree to which the

*Mr. Abrams Cross of John Alford*

1    school district might find itself subject to a lawsuit in which

2    it would not be able to get summary judgment and would have to

3    have a full trial.

11:34:54  4    **Q**   All right.  What I'm interested in is the fact that your

5    analysis allows one to determine, based upon your methodology,

6    the preferred Hispanic candidate, right?

11:35:06  7    **A**   It -- in the sense that the -- the candidate that is the --

8    estimated to have the majority vote, yes --

11:35:12  9    **Q**   All right.  That's what I need to know.

11:35:14  10       Let's go back to 137.

11:35:19  11       Do you agree with me that your analysis for 2015 showed

12    that Dr. Elizondo was the preferred Hispanic candidate?

11:35:28  13    **A**   Dr. Elizondo -- the estimate for Dr. Elizondo would suggest

14    that Dr. Elizondo was -- are we talking about 2015?

11:35:37  15    **Q**   Yes, sir.

11:35:37  16    **A**   Yeah.  The -- I mean -- yeah.  Dr. Elizondo was the

17    preferred -- in the narrow sense of an estimate of 54 percent

18    versus 46 percent --

11:35:46  19    **Q**   I --

11:35:47  20    **A**   -- could be narrowly considered the preferred candidate.

11:35:49  21    **Q**   Okay.  My question is going to be simply whether or not your

22    analysis shows the preferred candidate to be Elizondo, the same

23    one shown on 137.

11:35:56  24       With regard to the Mettenbrink/Gonzales race, does it show

25    that Gonzales was the preferred Hispanic preference [sic]?

*Mr. Abrams Cross of John Alford*

11:36:09  1   A    Yes.  Again, narrowly, yes.

11:36:11  2   Q    With regard to the Lezama race in 2018, does your analysis

3   show that Mr. Lezama was the preferred Hispanic candidate?

11:36:19  4   A    Yes, by -- by a much more substantial margin.

11:36:22  5   Q    With regard to 2019, does your analysis show that Mr. Lopez

6   was the preferred Hispanic candidate?

11:36:27  7   A    Yes.  Again, narrowly.

11:36:29  8   Q    And then, with regard to the 2021 election, the last one you

9   analyzed, does your analysis show that, again, Ms. Elizondo was

10   the preferred candidate?

11:36:39 11   A    Yes.

11:36:45 12   Q    Then simply using the rubric of if have five elections in a

13   row, with a Hispanic preferred candidate being defeated by the

14   Anglo preferred candidate, we've got a nice little set piece for

15   what racially polarized voting is, don't we, Dr. Alford?

11:37:01 16   A    Again, in the sense of -- of what's going to happen, like

17   would you get summary judgment or will you be in a full trial

18   where you have to actually examine what matters here as opposed

19   to what the surface appearance is, yes.  This is -- that's

20   exactly what a plaintiff's attorney is looking for, and that's

21   exactly what careful analysis can determine if, in fact, it is

22   legally significant polarized voting or not.

11:37:27 23        And, here, this -- this analysis, I think -- again, it

24   makes a persuasive presentation as long as you don't look under

25   the hood, and when you look under the hood, what you see is my

*Mr. Abrams Cross of John Alford*

1    analysis, going all the way back to when I was working for the

2    district, is completely -- completely compatible with my

3    analysis in court today.

11:37:48  4       That is not true of Dr. Stein's analysis, and the reason is

5    because from the beginning, I've used the right method, and so I

6    get the same results.  He does not use the same method, and he

7    does not get the same results.

11:37:59  8    Q    Dr. Stein used three different methods and has come up with

9    a consistent opinion, and do you agree that, if we go back to

10   the very first method Dr. Stein talked about with the graphs

11   coming out of the regression analysis, which I find harder to

12   understand than pie charts -- but, nevertheless, do you remember

13   the graphs with the upward slope and the downward slope?

11:38:19  14   A    They're burned forever in my memory.

11:38:20  15   Q    All right.  With respect to that initial analysis, you agree

16   that Dr. Stein's analysis was not inconsistent with the earlier

17   OLS and ecological inference analysis you had run for the -- run

18   for the district, right?

11:38:38  19   A    I -- Dr. Stein's analysis, from beginning to end, has been

20   consistent with his opinions because Dr. Stein's analysis --

11:38:45  21   Q    I'm sorry.  You didn't understand the question.

11:38:47  22   A    Maybe I didn't.

11:38:48  23   Q    The question is:  Do you agree that Dr. Stein's very first

24   OLS analysis is not inconsistent with your earlier OLS analysis

25   and your EI that you had run for the district, and was not

*Mr. Abrams Cross of John Alford*

1  inconsistent with the view of what you would likely see, and

2  nothing in his analysis surprised you?

11:39:10 3  **A**    His analysis is only, in the most narrow sense, at all

4  relevant to this kind of a case.  He has -- to my knowledge has

5  never done this kind of work before.  And, yes, it's not

6  inconsistent with it, but it's not evidence of it because it is

7  just the wrong method applied to the wrong data.  He's abandoned

8  that method, I think correctly.

11:39:32 9        And so, yeah, it's not that that finding is inconsistent.

10  You could toss three things up in the air and have them land in

11  a way that isn't inconsistent with his analysis.  The point is

12  it's -- whether it's consistent with his later conclusion or not

13  doesn't reflect the fact that it is simply wrong.

11:39:46 14  **Q**    At the time you were deposed, you had earlier done OLS

15  analyses and an EI analysis for the school district, and you

16  were asked about Dr. Stein's analysis.  And you said nothing in

17  his analysis surprised you; it was not inconsistent with yours,

18  right?

11:40:04 19  **A**    That is absolutely correct.  It is -- using that completely

20  erroneous method, nothing about it surprised me.  It's exactly

21  what you'd expect if you did the wrong thing to the same data

22  that I did the right thing to.

11:40:16 23  **Q**    Well, do you recall that at that time you agreed that

24  Dr. Stein's first report shows results that by, quote, social

25  science standards, indicate that his findings are, quote,

*Mr. Abrams Cross of John Alford*

1    statistically significant?

11:40:29    2    **A**    Yes.  By social science standards, the finding was

3    statistically significant.  It's a statistically significant

4    finding for a completely irrelevant analysis.  When you use the

5    wrong data and the wrong method, what your little significance

6    test tells you, whether it meets social standards or not doesn't

7    matter.

11:40:48    8        You notice now, where we actually have the right analysis,

9    Dr. Stein's not at all concerned with statistical significance

10    or anything else because the right results are not statistically

11    significant.  His results were, but so what?  They're wrong.

12    The statistical significance doesn't tell you if you've done

13    something right or if there's any meaning to it.  It's, in this

14    case, completely trivial.

11:41:08    15        The OLS statistical significance has been well established

16    to be of absolutely no value in doing this -- in doing

17    ecological inference.  It's the reason why Dr. King developed

18    EI, because, as everyone agrees, going back to Bernie Grofman,

19    the -- the -- the error bands around OLS estimates for

20    ecological inference are meaningless.  They have no mathematical

21    foundation.  They have no substantive foundation.  They are

22    simply wrong.

11:41:36    23        So having said, technically, that analysis was

24    statistically significant doesn't tell you anything given that

25    the test of statistical significance in that instance is

*Mr. Abrams Cross of John Alford*

1   completely invalid even on a mathematical basis.

11:41:50 2   **Q**   The fact of the matter is you, yourself, had already, for

3   the same purpose, run an OLS study and an EI study, right?

11:41:59 4   **A**   Correct.

11:41:59 5   **Q**   And you said that Dr. Stein's results from his very first

6   approach, OLS, were not inconsistent with the results of both

7   your OLS and your earlier EI studies, correct?

11:42:11 8   **A**   To be clear, my OLS study was an OLS study in the manner of

9   an appropriate EI analysis. Those -- my results are certainly

10   consistent with my results. EI is preferable to OLS.

11:42:25 11      I never ran an OLS even remotely like the one that

12   Dr. Stein ran, and the fact that his results are consistent with

13   my results in the sense that if you do the wrong thing, that's

14   what you would get, I'm not denying. I just want to make sure

15   the implication here is not that I'm now saying that result was

16   wrong, and I was -- before I was saying that result was right.

11:42:46 17      It was never the right technique. I never agreed with his

18   technique. I've never used it again. He never used it again.

11:42:51 19      The fact that it's consistent, again, could just be a

20   random fluctuation. It's never going to elevate that to a

21   meaningful analysis, and I'm not going to agree that that

22   analysis is correct or appropriate mathematically,

23   statistically, or substantively.

11:43:06 24   **Q**   It was corroborated by both the second and third approaches

25   that Dr. Stein took according to his testimony. Do you recall

*Mr. Abrams Cross of John Alford*

1    hearing that?

11:43:16   2    **A**    Again, I'll try to be as clear as I can.  Dr. Stein said

3    that it was consistent with the next three things he did.  One

4    thing we know is that in the last thing he did, which he did --

5    again, when I say I've used three different techniques and they

6    corroborate with each other, that means I took this technique, I

7    applied it to this set of elections with this set of data, and

8    it worked.  I took a new technique, this set of data, this set

9    elections, I get the same result.  Third technique, same data,

10   same elections.  That's not what happened here.

11:43:47  11        The proper technique, which Dr. Stein used, he only applied

12   to the most recent election, and the results there are not

13   compatible with his earlier results.  They are compatible with

14   mine.

11:43:56  15   **Q**    I understand --

11:43:56  16   **A**    For his results to be consistent with what he sees across

17   that -- that pattern, it would require that he actually apply

18   them to the same analysis.

11:44:04  19   **Q**    It's clear that you and Dr. Stein disagree in your

20   conclusions and your inferences from the data.  That's for the

21   judge.

11:44:11  22        Let's turn to the subject of the *Gingles* one condition, can

23   a reasonably compact district be drawn with a Hispanic citizens

24   voting age population majority, all right?

11:44:24  25        Okay, sir?

*Mr. Abrams Cross of John Alford*

11:44:25  1    A    Yes.

11:44:25  2    Q    As we've talked about, you've drawn a lot of school district

3    maps, right?

11:44:29  4    A    I've drawn a lot of school district maps.

11:44:31  5    Q    All right.  Let's look at Plaintiff's Exhibit 24, the

6    illustrative district map Dr. Stein's testified about.

11:44:38  7        Do you agree that the proposed illustrative district map is

8    compact?

11:44:43  9    A    It is reasonably compact.

11:44:45 10    Q    Do you agree that if the numbers which were shown in

11    Dr. Stein's table were calculated correctly, District 1 has a

12    majority Hispanic citizens voting age population?

11:44:56 13    A    Yes.

11:44:57 14    Q    Do you agree that if the illustrative map corresponds to the

15    population and CVAP, or citizens voting age population, numbers

16    shown, Dr. Stein's proposed map satisfies the *Gingles* one

17    requirement?

11:45:14 18    A    I think, yeah, the technical sense -- and, again, this is

19    exactly what I was talking about 20 years ago --

11:45:19 20    Q    I'm sorry.  That's a yes or no answer.

11:45:20 21        Do you agree it satisfies *Gingles* one if the data is

22    correct underlying Table 1?

11:45:26 23    A    Well, if the -- so, again, if the -- if the 52.8 percent is

24    correct, then I think it satisfies the strict standard of

25    *Gingles* one, yes.

*Mr. Abrams Cross of John Alford*

11:45:36 1   Q   And, frankly, from your 20-plus years of work in

2   Spring Branch, it does not surprise you that the Latino or

3   Hispanic community in the district is sufficiently large and

4   geographically compact to constitute a majority of the CVAP in a

5   single district, right?

11:45:53 6      That's not a surprise to you?

11:46:00 7   A   Yeah.  It would have been a surprise to me initially, but

8   I'd say today it's that -- that wouldn't surprise me.  I'm --

9   again, I haven't tried -- I haven't tried to draw a district

10  here, but that wouldn't surprise me.

11:46:13 11  Q   That brings me to another point I wanted to highlight.

11:46:16 12     Are you -- we're of an age where we're both probably old

13  enough to have read *Sherlock Holmes*?

11:46:21 14  A   Yes.

11:46:22 15  Q   Do you remember the dog that didn't bark?

11:46:24 16  A   Yes.

11:46:26 17  Q   It struck me, as I was preparing for your examination, that

18  we've got a dog that didn't bark.

11:46:31 19     Would you consider yourself on a par with Dr. Stein in

20  terms of your professional capacity to evaluate whether or not

21  polarized voting occurs in the district, whether or not the

22  *Gingles* factors are met, and the like?

11:46:53 23  A   Yes.

11:46:54 24  Q   The district never asked you to perform a *Gingles* one,

25  *Gingles* two, and *Gingles* three analysis, did they?  They asked

*Mr. Abrams Cross of John Alford*

1  you to critique whatever reports your colleague, Dr. Stein, came

2  up with; isn't that true?

11:47:09 3  A   Yes.  So the district has, for a long time, employed a

4  demographer, who I'm familiar with.  I've never drawn anything

5  for Spring Branch.  They have their own demographer --

11:47:18 6  Q   I'm sorry.  I must not have been clear.  My question was not

7  about demography or drawing maps.

11:47:24 8     The district never asked you to render a report to the

9  Court from 2015 to 2024 and analyze the election data that

10  Dr. Stein has analyzed and give the Court an opinion about

11  whether, professionally, you agree whether or not the *Gingles*

12  factors have or have not been satisfied.  You were not hired to

13  do that, correct?

11:47:48 14  A   I -- I think I'm pretty clear in my reports and in my

15  testimony about whether I think these factors are satisfied or

16  not --

11:47:54 17        THE COURT:  Okay.  Let's cut -- he critiqued him.  He

18  didn't prepare a report.  Next question.

11:47:58 19        MR. ABRAMS:  Thank you.  Thank you.

11:48:16 20  BY MR. ABRAMS:

11:48:16 21  Q   In your September 2023 report, which for our record is

22  Defendants' Exhibit 8, you were there analyzing just the 2023

23  election, weren't you?

11:48:32 24     Is that correct?

11:48:33 25  A   I believe that's correct.

*Mr. Abrams Cross of John Alford*

11:48:35  1   Q   And in your 2023 report, your analysis showed, quote,

2   Clearly Anglo and Hispanic voters have tended to favor different

3   candidates across these elections, but the voting patterns do

4   not indicate that this is any way connected to favoring or

5   opposing candidates based on their ethnicity, close quote.

11:48:57  6       That was your conclusion, right?

11:48:59  7   A   I believe that's correct, yes.

11:49:00  8   Q   And that goes back to your view that the ethnicity of the

9   candidate has some relevance as opposed to the ethnicity of the

10  voters being the primary focus, correct?

11:49:11 11   A   The ethnicity of the voters is the primary focus.

11:49:14 12   Q   It's the only focus, isn't it?

11:49:16 13   A   No, it is not the only focus.

11:49:18 14   Q   All right.

11:49:19 15   A   I can go through that again, but it's very --

11:49:21 16   Q   We don't have time to do it again.

11:49:23 17   A   Okay.

11:49:23 18   Q   Do you agree that your analysis of the 2023 election shows,

19  quote, an overall pattern very similar to the EI analysis of the

20  estimated support provided by Anglo and Hispanic voters by

21  Dr. Stein in his 2023 report?

11:49:39 22   A   Where we used the same techniques, yes, we get very similar

23  results.

11:49:43 24   Q   And your view was that your analysis suggests there's some

25  ideological division that explains voter behavior in

*Mr. Abrams Cross of John Alford*

1  Spring Branch, correct?

11:49:54  2  **A**   I believe that initially, and everything I've heard in trial

3  reinforces that.

11:49:58  4  **Q**   And if the Voting Rights Act is intended to give voice to

5  the voter preferences of a minority community, it is those

6  ideological differences that drive voter behavior, isn't it?

11:50:14  7  **A**   No.

11:50:14  8  **Q**   Well, setting aside your theory about chemical attraction or

9  chemicals in the human body defining it, we won't go off into

10  that -- well, tell the judge what your theory is about that.

11:50:26  11  **A**   I'm sorry.  I --

11:50:27  12  **Q**   Your biological theory of political activity.

11:50:31  13       **MR. CRAWFORD:**  Your Honor, at this point I'm going to

14  object to relevance.

11:50:34  15       **THE COURT:**  We're running out of time.

11:50:35  16       **MR. ABRAMS:**  All right.  Let me go back, then.

11:50:37  17  **BY MR. ABRAMS:**

11:50:37  18  **Q**   You understand that the Voting Rights Act is to give voice

19  to the preferences that a minority voting population that's

20  entitled to it based upon whatever the law is, right?

11:50:46  21  **A**   Correct.

11:50:47  22  **Q**   You understand that voters have a tapestry of options when

23  they are deciding what issues matter to them, right?

11:50:55  24  **A**   All voters, yes.

11:50:57  25  **Q**   And they're going to be ideologically diverse issues,

*Mr. Abrams Cross of John Alford*

1  correct?

2  **A**   They certainly can be.

3  **Q**   And the purpose of the act is to allow the voters to express

4  their preference irrespective of what their view may be on any

5  particular ideological issue, correct?

6  **A**   I think we have a fundamentally different view of the

7  purpose of the Voting Rights Act.

8  **Q**   Okay.  That's going to be between the lawyers and the judge.

9  So thank you.

10     Dr. Alford, I'm going to end where we began.

11     You and Dr. Stein come to different conclusions about the

12  voting behavior, polarization, and significance of implementing

13  single-member districts in Spring Branch, correct?

14  **A**   Correct.

15  **Q**   That's it.  Thank you.

16          **MR. CRAWFORD:**  No additional questions.

17          **THE COURT:**  Okay.  We're going to take a 10-minute --

18  does the defendant rest?

19          **MR. CRAWFORD:**  Defendant rests.

20          **THE COURT:**  You have anything else?

21          **MR. ABRAMS:**  Your Honor, one of the things we've done

22  is we've prepared for you this chart that used the 2019 and 2022

23  data.

24     *(Document handed to the Court.)*

25          **MR. ABRAMS:**  We looked and could not -- TEA has not

1    published earlier data.  So we have given you the same data you

2    saw earlier on the chart for 2022, and have added the 2019 data.

3    And if you look at the footnote, you'll see that that comes from

4    Plaintiff's Exhibits 28 and 79.

11:52:21  5         **THE COURT:**  Have you shown them?

11:52:22  6         **MR. HENRY:**  Yes.  We verified that this is correct as

7    to the student achievement indicator only.

11:52:29  8         **THE COURT:**  Thank you very much.

11:52:30  9         **MR. ABRAMS:**  And the only final thing -- and I just

10   don't know if -- I'm checking with our colleagues.

11:52:34  11        **MR. SCOTT:**  I wanted to be sure he didn't speak before

12   that.  Your Honor, we have a number of zoning ordinances for the

13   villages that we mentioned yesterday.  We're going to submit

14   those in writing.  Each one's about 50 pages long, and we don't

15   think the Court wants to read all the stuff that's irrelevant.

16   We're sort of weeding out the part that relates to the --

11:52:51  17        **THE COURT:**  Is that's going to be the crux of your

18   augment for the Fifth Circuit, those documents I didn't read?

11:52:58  19        **MR. SCOTT:**  I don't think so.

11:52:59  20        **MR. ABRAMS:**  We're going to ask --

11:53:00  21        **MR. SCOTT:**  Pretty sure it won't be.

11:53:01  22        **MR. ABRAMS:**  We're going to ask you to take judicial

23   notice of them, but we want to provide it to counsel and to the

24   Court.

11:53:06  25        **THE COURT:**  You've worked out very well together.  I'm

1    not going to -- you can work it out; file it; I'll take judicial

2    notice of it, unless there's an objection.

11:53:15  3          **MR. SCOTT:**  Thank you, Your Honor.

11:53:16  4          **MR. ABRAMS:**  Thank you, Your Honor.  That's it, I

5    believe.

11:53:17  6          **THE COURT:**  We're going to take a short 10-minute

7    recess.  Then I want to talk about where we go from here.

11:53:22  8          *(Recess taken from 11:53 a.m. to 12:00 p.m.)*

12:00:12  9          **THE COURT:**  Be seated.

12:00:19  10          Thank you very much for concluding the case so we

11   could not have to come back next week.  I'm sure defense counsel

12   appreciate that.

12:00:26  13          **MR. HENRY:**  Very much.

12:00:29  14          **THE COURT:**  We talked about my proposed homework

15   assignment yesterday.  Did -- and it's a work in progress.  Any

16   of you find suggested ways to improve it, make it more lawyer

17   friendly or more helpful to the Court?

12:00:45  18          Or, if not, have you agreed on a tentative schedule?

12:00:52  19          **MR. ABRAMS:**  I think, from the plaintiff's side, the

20   answer is, no, we haven't come up with anything better, and,

21   candidly, we haven't had time to confer with district's counsel,

22   but we will.

12:01:01  23          **MR. CRAWFORD:**  I would agree with that.  I would note

24   that both sides have already contacted the court reporter and --

25   and are making arrangements for the 7-day turnaround on the

1   trial transcript.  So we're -- I think we're making progress to

2   get it to you.

12:01:11  3            THE COURT:  Okay.  Well, I'm just asking.  This is

4   not -- you're not going to be given demerits because you

5   haven't.  These are open-ended questions.

12:01:18  6            Okay.  I'll assume, then, that roughly three weeks

7   from now the first assignment will be done, which I will not

8   see; you will share with one another.  And then about five weeks

9   from today I'll get the reported result.

12:01:41 10            One issue I would like the parties to address is,

11  assuming the *Gingles* factors are satisfied, it's -- it's not

12  entirely clear to me yet the relationship between the *Gingles*

13  factors and the totality of the circumstances, and in particular

14  whether -- assuming the totality of circumstances -- well, let

15  me just back up.

12:02:19 16            If you look at a Venn diagram, and the totality of the

17  circumstances is the larger set, are the Senate factors a

18  subset?  And if so, what factors beyond the subset fill out the

19  set of totality of circumstances factors, and what is the weight

20  to be given the subset of the eight Senate factors and the --

21  and the -- the additional factors concluded within the larger

22  set?  Does that make any sense?

12:02:56 23            And how -- let's assume, hypothetically, that the

24  evidence in support of the *Gingles* factors is stronger on one

25  factor than the other.  What is the relationship, in the Court's

1    analysis, in considering the strength of the various *Gingles*

2    factors and the -- the Senate factors?  And even though it

3    appears that I don't decide necessarily by preponderance of the

4    evidence the Senate factors or any causation issues thereunder,

5    do I have to weigh the strength or lack thereof of the Senate

6    factors?

12:03:43  7            I'm trying to grasp these issues, and y'all know more

8    about this than I do.  Hopefully, I'll reach the same threshold

9    of competence you have before I reach my opinion, but those are

10   the issues that are troubling me.

12:03:58  11           **MR. ABRAMS:**  May I ask one question which is relevant

12   to this and your structure for us?  We had earlier agreed to do

13   written closings, and I just wanted to see what the Court wanted

14   given that we're going to follow the procedure that you --

12:04:12  15           **THE COURT:**  I don't want a written closing.

12:04:14  16           **MR. ABRAMS:**  That's what I wanted to clarify so we

17   were not simultaneously --

12:04:17  18           **THE COURT:**  No.  That's going to cost your clients a

19   lot of money.  What I want is what I asked for --

12:04:22  20           **MR. ABRAMS:**  I understood that.  I just wanted to make

21   sure we were not going to disappoint you if we did not tender

22   the other.

12:04:28  23           **THE COURT:**  Quite the contrary.  You haven't

24   disappointed me at all in this case.  It's been a -- you know,

25   as a judge, what you really hope for is an interesting case

1  involving important issues with good, experienced lawyers, and

2  I've had that in spades in this case.

12:04:45  3        And I do want to make one finding.  Based on the

4  testimony of the representatives from the Spring Branch

5  Independent School District, I find that the district has done

6  an excellent job of hiring and retaining very well-qualified

7  administrators, and that's the Court's finding.

12:05:05  8        Anything else we need to address today before I move

9  to the afternoon's docket?

12:05:11 10        MR. ABRAMS:  Your Honor, one other housekeeping

11  measure.  We handed up to you the chart that you asked us --

12  it's been marked as Plaintiff's Exhibit 140.  So for our record,

13  we would like for Plaintiff's Exhibit 140, which the Court now

14  has, to be included in the record.

12:05:27 15        THE COURT:  Okay.  It is admitted.

12:05:29 16        MR. ABRAMS:  Thank you.

12:05:29 17        THE COURT:  You'll need to file -- you -- you filed

18  all your exhibits electronically?

12:05:34 19        MR. ABRAMS:  We have -- no.  We've given them

20  notebooks, but we can do it electronically.

12:05:38 21        THE COURT:  That's okay.  But I -- and I have a copy

22  of 140.

12:05:41 23        Okay.  When you submit the final five-week homework

24  assignment, it needs to be in -- I don't want to say Word

25  Perfect because every time I say that, Sheila tells me, "No,

1    we've got a new system."  So whenever you file it, be sure your

2    filing is compatible with the current system that we can use.

12:06:00  3         MR. ABRAMS:  We will check with her to make sure that

4    we know what that is.

12:06:03  5         THE COURT:  Anything else?

12:06:05  6         MR. ABRAMS:  No, Your Honor.

12:06:06  7         MR. CRAWFORD:  No, Your Honor.

12:06:06  8         THE COURT:  Have a safe trip back to North Texas, and

9    thank you very much for a well-tried case.

12:06:11  10         MR. ABRAMS:  Thank you, Your Honor.

12:06:11  11         MR. CRAWFORD:  Thank you, Your Honor.

12:06:12  12         THE COURT:  Counsel are excused.

12:06:13  13         (Proceedings concluded at 12:06 p.m.)

14                          -o0o-

15         I certify that the foregoing is a correct transcript

16    from the record of proceedings in the above matter.

17

18    Date:  September 20, 2024

19                     /s/Heather Alcaraz
                       Signature of Court Reporter

20

21

22

23

24

25

**MR. ABRAMS: [32]** 16/25 17/11 18/2 18/23 27/22 33/8 34/14 40/16 43/17 69/16 69/19 71/4 118/15 118/19 144/19 146/16 147/21 147/25 148/9 148/20 148/22 149/4 149/19 151/11 151/16 151/20 152/10 152/16 152/19 153/3 153/6 153/10

**MR. CRAWFORD: [12]** 72/5 72/13 78/8 80/13 110/11 118/11 146/13 147/16 147/19 149/23 153/7 153/11

**MR. HENRY: [24]** 4/5 6/18 17/22 17/25 19/3 19/15 19/19 20/1 24/13 27/19 41/19 43/21 43/25 48/20 53/22 54/6 55/3 55/9 56/6 58/3 71/5 71/24 148/6 149/13

**MR. RIENSTRA: [1]** 55/8

**MR. SCOTT: [4]** 148/11 148/19 148/21 149/3

**THE COURT: [79]** 4/2 4/6 4/10 4/13 4/17 5/15 5/18 5/20 6/12 6/17 13/7 14/1 14/4 14/16 14/20 14/23 16/12 16/20 17/7 17/18 17/24 18/1 18/21 18/25 19/13 19/17 19/22 27/7 27/21 34/21 40/15 41/21 42/24 43/19 43/22 43/24 44/1 44/4 52/21 54/4 54/9 55/2 56/5 56/7 57/18 65/9 69/14 69/18 71/25 72/3 72/7 72/12 75/25 78/7 118/13 118/17 119/19 119/24 144/17 146/15 147/17 147/20 148/5 148/8 148/17 148/25 149/6 149/9 149/14 150/3 151/15 151/18 151/23 152/15 152/17 152/21 153/5

**THE REPORTER: [1]** 11/18

**THE WITNESS: [21]** 4/9 4/12 4/15 5/17 5/19 5/21 6/15 6/20 11/19 13/16 14/3 14/12 14/19 14/21 14/24 27/20 33/1 34/22 43/1 43/23 54/11

**$**

**$25,000 [1]** 32/23
**$30,000 [1]** 62/19
**$4,000 [1]** 62/23
**$40 [1]** 26/17
**$40 million [1]** 26/17

**'**

**'96 [1]** 10/16
**'98 [1]** 10/17

**-**

**-- I [1]** 50/21
**-94 percent [1]** 36/2
**-dio [1]** 37/22
**-o0o [1]** 153/14

**/**

**/s/Heather [1]** 153/19

**0**

**007918 [2]** 133/14 133/19

**1**

**10 [6]** 32/9 36/4 63/1 103/4 118/3 118/3
**10 percent [2]** 56/12 84/5
**10-minute [3]** 118/13 147/17 149/6
**100 [6]** 78/18 85/25 90/16 90/17 92/8 95/24
**100 percent [10]** 31/12 59/25 62/3 78/9 78/13 86/1 86/12 86/13 90/15 92/24
**103 percent [1]** 92/19
**108 percent [3]** 92/5 92/17

**10:59 [1]** 118/16
**118 [1]** 92/21
**119 [3]** 34/14 35/24 36/1
**11:13 [1]** 118/16
**11:53 [1]** 149/8
**12 [3]** 55/6 56/6 123/11
**120 [2]** 66/25 67/1
**1265 [1]** 58/12
**129 [1]** 33/9
**12:00 [1]** 149/8
**12:06 [1]** 153/13
**13 [3]** 1/11 3/3 123/11
**13-page-long [1]** 73/19
**131 [2]** 63/6 63/8
**135 [2]** 131/9 131/10
**137 [8]** 69/21 69/23 70/10 132/10 132/11 132/15 135/10 135/23
**140 [3]** 152/12 152/13 152/22
**1400 [1]** 1/16
**15,000 [1]** 32/10
**16 percent [2]** 89/12 89/14
**16.3 percent [1]** 109/3
**17 percent [2]** 89/21 90/1
**17.2 percent [1]** 108/18
**1700 [1]** 1/20
**1776 [2]** 24/18 25/4
**17th [1]** 15/15
**18 [1]** 60/16
**18.5 percent [1]** 109/6
**18th [1]** 73/11
**19.1 percent [1]** 108/19
**1984 [2]** 44/17 62/6
**1986 [1]** 8/12
**1994 [1]** 44/19
**1997 [1]** 1/5
**1:00 [1]** 26/12

**2**

**2.9 [1]** 111/18
**20 [14]** 32/21 32/23 60/16 76/24 96/5 96/5 116/6 130/6 130/7 130/14 134/9 134/10

**20... [2]** 142/19 153/18
**20 percent [4]** 86/17 109/16
112/12 113/7
**20-plus [1]** 143/1
**20/30 [1]** 96/1
**2000 [2]** 10/18 130/6
**2001 [2]** 10/16 10/19
**2012 [1]** 133/20
**2015 [11]** 69/24 80/8 86/23
108/18 109/2 109/13 111/18
111/20 135/11 135/14 144/9
**2017 [2]** 70/1 111/18
**2018 [3]** 45/20 91/25 136/2
**2019 [5]** 46/24 111/18 136/5
147/22 148/2
**2020 [3]** 20/3 47/5 47/12
**2021 [8]** 12/7 47/5 47/8
48/23 108/18 111/17 133/20
136/8
**2022 [16]** 15/4 28/16 28/22
39/21 51/2 71/12 73/9 86/22
92/14 109/13 110/16 110/18
110/25 111/17 147/22 148/2
**2023 [18]** 39/25 51/10 55/11
73/11 83/1 83/6 88/12
108/22 109/2 109/15 110/14
110/15 110/22 144/21
144/22 145/1 145/18 145/21
**2024 [18]** 1/11 3/3 69/24
73/12 74/14 80/8 80/17
110/14 110/17 110/23
110/24 111/1 111/12 111/15
111/21 112/3 144/9 153/18
**21 [2]** 73/9 123/10
**21.98 percent [1]** 67/22
**214 [1]** 1/21
**228-6601 [1]** 1/17
**22ish [1]** 67/17
**24 [1]** 142/5
**25 [2]** 32/21 94/19
**25 percent [1]** 78/22
**25.8 percent [1]** 81/15
**25.84 percent [1]** 80/24

**250-5584 [1]** 2/4
**26 percent [1]** 81/23
**28 [1]** 148/4
**29.9 percent [1]** 89/24
**290 [1]** 104/1
**2:00 o'clock [2]** 26/12
119/24

## 3

**3 percent [1]** 111/20
**3.2 [1]** 111/18
**30 [3]** 81/17 96/1 96/1
**30 percent [1]** 81/24
**30,000 [1]** 62/19
**30.4 percent [1]** 80/24
**300 [1]** 1/20
**31 [2]** 24/13 122/22
**31.2 percent [1]** 89/7
**35 [3]** 26/17 57/5 57/5
**35 percent [1]** 94/19
**36 [1]** 57/13
**36 percent [1]** 83/18
**37 [1]** 57/13
**38 [1]** 57/13
**38 percent [4]** 83/11 83/25
86/4 86/5
**39 [5]** 74/10 75/9 75/12
119/7 126/20

## 4

**4.8 [1]** 111/17
**40 [1]** 96/21
**40 percent [5]** 82/19 83/12
95/22 112/15 112/17
**4000 [1]** 1/21
**41 [3]** 48/20 48/21 55/14
**43 [1]** 57/14
**44 [1]** 41/9
**45 [1]** 57/13
**45 percent [1]** 96/21
**46 percent [1]** 135/18
**47 [1]** 55/17
**48 percent [1]** 81/17
**4:21-CV-1997 [1]** 1/5

**5 percent [2]** 34/1 82/21
**5,000 [1]** 41/9
**5-2 [1]** 19/18
**5.1 [1]** 111/18
**5.6 [1]** 111/17
**5.6 percent [1]** 110/17
**50 [6]** 77/21 78/18 79/9
95/25 96/2 148/14
**50 percent [14]** 77/21 78/2
78/3 78/12 95/17 95/18
95/18 95/19 95/20 95/21
95/24 96/24 130/14 130/20
**50/50 [2]** 77/21 78/18
**51 percent [1]** 79/8
**515 [1]** 2/3
**52.8 percent [4]** 106/25
107/2 113/5 142/23
**53 percent [1]** 106/24
**53.9 [1]** 36/1
**54 percent [1]** 135/17
**544-4000 [1]** 1/21
**55.14 percent [1]** 67/4
**5584 [1]** 2/4
**58 percent [1]** 81/18
**598 [1]** 11/23

## 6

**6 percent [2]** 107/4 111/21
**6.4 percent [2]** 111/13
111/15
**60 miles [1]** 6/3
**60 percent [2]** 95/16 112/18
**61.35 percent [1]** 36/14
**610 [1]** 104/1
**62 percent [3]** 83/10 83/24
88/22
**64 percent [2]** 83/17 89/20
**65 percent [1]** 82/12
**6601 [1]** 1/17
**67 percent [1]** 85/5
**69 percent [1]** 85/3

**7.8 percent [1]** 111/14
**70 [1]** 96/19
**70 percent [2]** 82/10 84/5
**71 percent [1]** 85/5
**713 [2]** 1/17 2/4
**717 [1]** 1/16
**73 [4]** 73/13 80/12 110/5
123/9
**74 [1]** 37/21
**75 [3]** 38/24 39/24 40/5
**75 percent [7]** 78/21 78/22
80/1 86/23 86/25 87/2 96/19
**7500 [1]** 65/15
**75069 [1]** 1/20
**77002 [2]** 1/16 2/4
**78 percent [2]** 67/9 67/18
**79 [1]** 148/4
**7:59 [1]** 1/7

**8**

**80 percent [1]** 110/20
**80.8 percent [1]** 36/10
**8004 [1]** 2/3
**85 percent [1]** 89/17
**89 percent [1]** 92/8

**9**

**9 percent [2]** 81/17 92/4
**90 [2]** 86/12 86/13
**90 percent [9]** 79/16 79/17
80/5 87/9 87/15 88/7 88/14
88/20 89/4
**95 percent [2]** 82/14 93/14
**99 percent [2]** 92/3 93/5
**9:31 [1]** 72/2
**9:45 [2]** 72/1 72/2

**A**

**a.m [6]** 1/7 72/2 72/2
118/16 118/16 149/8
**abandoned [1]** 138/7
**Abbott [1]** 104/9
**abductions [1]** 8/15
**Abernathy [1]** 1/19

**abilities [1]** 10/2
**ability [1]** 101/5
**able [14]** 9/13 16/3 23/9
24/13 52/18 56/21 57/15
60/18 71/18 96/12 99/21
118/14 132/22 135/2
**above [9]** 79/3 79/9 80/1
80/4 86/17 96/19 117/1
130/18 153/16
**ABRAMS [8]** 1/14 7/5 7/6
27/21 38/8 39/25 50/5
118/18
**Abrams's [1]** 98/19
**absence [4]** 77/24 78/5
110/23 121/14
**absent [3]** 97/6 101/8
122/10
**absolutely [4]** 18/23 124/19
138/19 139/16
**abundantly [1]** 122/23
**academic [5]** 47/13 104/8
104/14 124/6 124/7
**academically [1]** 28/9
**academics [1]** 60/8
**accent [1]** 4/24
**accept [3]** 116/8 116/10
132/18
**accepted [4]** 11/3 37/14
76/22 125/25
**accepts [1]** 131/19
**accident [1]** 87/20
**accompanied [1]** 87/3
**according [4]** 71/11 71/12
85/3 140/25
**account [2]** 13/24 34/2
**accuracy [1]** 132/24
**accurate [4]** 89/3 92/13
93/19 134/13
**accurately [1]** 125/16
**achieve [4]** 37/13 95/12
96/11 96/13
**achievement [1]** 148/7
**achieving [1]** 28/9
**acknowledge [1]** 124/20

**acknowledging [1]** 128/1
**Acronym [1]** 108/3
**across [12]** 9/10 16/8 20/11
21/7 28/22 41/25 46/9 84/20
102/13 104/7 141/16 145/3
**act [16]** 13/5 35/15 53/7
75/9 101/1 101/22 113/3
120/14 121/3 122/12 123/14
126/21 146/4 146/18 147/3
147/7
**action [7]** 1/5 31/17 31/21
32/4 39/1 99/4 115/17
**active [1]** 114/10
**activist [1]** 10/2
**activists [2]** 54/17 56/25
**activities [3]** 11/12 11/13
11/24
**activity [1]** 146/12
**actual [7]** 84/23 100/15
108/6 109/2 109/5 110/6
113/7
**actually [32]** 8/24 9/18
15/17 21/12 23/9 23/23
25/12 35/19 46/3 48/14
48/14 58/13 59/14 62/23
63/25 65/16 74/19 81/24
84/11 86/20 93/14 98/24
100/6 103/2 104/22 105/7
116/1 128/23 133/1 136/18
139/8 141/17
**ad [1]** 68/11
**add [2]** 90/14 90/14
**added [1]** 148/2
**addition [3]** 40/2 40/7
109/14
**additional [2]** 147/16
150/21
**address [7]** 26/6 35/23
42/21 53/13 116/20 150/10
152/8
**addressed [2]** 14/11 95/7
**adds [1]** 92/8
**adequately [2]** 14/10 102/5
**administration [1]** 74/1

Case 4:21-cv-01997   Document 116   Filed on 09/20/24 in TXSD   Page 157 of 206

**administrators [1]**  152/7
**admissible [1]**  70/24
**admit [1]**  22/25
**admitted [1]**  152/15
**ADMTD [1]**  3/13
**adopt [3]**  22/1 22/3 22/9
**adopted [2]**  22/10 93/8
**adopting [2]**  13/2 22/14
**advanced [1]**  76/16
**advancing [2]**  59/2 115/2
**advantage [1]**  115/12
**advantages [3]**  100/1 106/6 106/8
**advent [1]**  114/22
**Adventure [1]**  11/16
**advertising [1]**  37/10
**advocacy [1]**  26/18
**advocate [2]**  26/20 127/20
**advocated [2]**  41/24 41/24
**affect [2]**  122/15 123/7
**affected [1]**  42/16
**affirmation [1]**  7/6
**affordable [1]**  64/21
**afforded [1]**  41/7
**afoul [1]**  100/23
**afraid [1]**  7/11
**African [1]**  48/12
**African American [1]** 48/12
**after [8]**  8/10 8/18 9/7 12/3 37/12 39/7 44/23 126/16
**afternoon [1]**  118/22
**afternoon's [1]**  152/9
**again [56]**  8/7 8/13 8/18 8/24 11/24 12/11 20/8 20/12 21/2 25/11 26/5 26/22 36/16 37/5 38/8 40/6 40/13 42/20 43/14 64/24 78/6 80/6 81/15 82/4 82/23 83/18 87/3 88/22 89/13 89/25 92/5 93/6 94/6 94/14 106/5 107/12 107/18 112/10 117/21 131/19 132/1 136/1 136/7 136/9 136/16

36/23 140/18 140/8
140/19 141/2 141/5 142/18
142/23 143/9 145/15 145/16
**against [10]**  12/14 29/16
40/9 42/15 43/1 78/23
105/15 106/1 106/2 115/24
**age [13]**  17/3 17/16 18/10
18/16 20/14 60/2 108/1
125/13 125/13 141/24
142/12 142/15 143/12
**agendas [1]**  115/2
**agent [1]**  119/14
**agitators [1]**  54/18
**ago [9]**  74/10 75/10 116/7
122/22 130/7 130/14 134/9
134/10 142/19
**agree [54]**  14/12 14/16
14/16 14/21 30/10 31/11
33/24 34/9 34/11 34/16
37/18 40/19 40/21 41/11
41/14 41/22 47/16 47/17
47/22 47/25 59/7 61/13 62/2
70/20 70/25 71/2 71/3
118/24 119/4 120/13 124/10
124/10 124/15 124/23 125/2
125/9 125/15 125/23 126/4
130/7 131/16 132/14 135/11
137/9 137/15 137/23 140/21
142/7 142/10 142/14 142/21
144/11 145/18 149/23
**agreed [7]**  10/18 31/11 62/2
138/23 140/17 149/18
151/12
**agreement [1]**  104/14
**agrees [1]**  139/18
**ahead [1]**  65/11
**aided [1]**  91/19
**air [1]**  138/10
**AL [1]**  1/7
**Alcaraz [2]**  2/2 153/19
**Alford [10]**  72/6 72/14
72/20 72/21 117/13 118/22
119/22 123/1 136/15 147/10
**Alief [3]**  44/24 46/4 49/21

**align [2]**  12/11 34/6
**aligned [2]**  37/13 51/8
**alive [1]**  6/25
**all -- I [1]**  28/16
**allegations [1]**  26/8
**alliance [1]**  37/16
**allotment [1]**  21/1
**allow [1]**  147/3
**allowed [2]**  67/24 68/4
**allows [2]**  19/20 135/5
**along [6]**  11/12 24/10 37/4
66/17 78/17 119/23
**Alpe [4]**  39/14 39/20 51/3
60/17
**already [5]**  20/24 69/1
115/13 140/2 149/24
**although [3]**  89/1 90/17
91/1
**always [7]**  11/24 21/15
51/11 51/14 62/7 124/17
124/23
**Amendment [1]**  101/2
**America [1]**  9/11
**American [14]**  6/24 6/25
9/6 9/21 48/12 74/6 74/15
74/17 98/9 98/10 98/10
98/13 115/18 128/2
**American-funded [1]**  9/6
**Amman [2]**  6/6 8/11
**among [13]**  18/24 29/9 31/9
42/7 67/15 75/18 75/20
107/16 124/24 125/2 125/9
125/12 125/13
**among -- well [1]**  125/2
**amongst [1]**  78/14
**analyses [1]**  138/15
**analysis [116]**  15/3 33/24
34/6 34/9 34/11 34/17 34/23
34/24 35/14 35/18 35/19
63/10 70/25 76/4 76/15
77/12 80/19 80/20 81/4
81/13 81/13 81/22 82/10
82/12 83/23 83/23 83/25
84/12 84/16 84/18 85/6

**A**

**analysis... [85]** 85/11 85/22 85/22 86/10 87/11 87/11 87/12 87/16 87/17 88/3 90/5 90/6 90/25 108/7 112/5 117/9 119/5 121/2 121/5 121/7 121/8 121/10 121/25 125/20 125/21 126/11 126/14 126/15 126/19 126/25 127/2 127/6 127/13 127/16 128/24 130/15 131/7 131/15 131/20 133/6 133/10 134/18 134/19 134/21 134/22 134/24 134/25 135/5 135/11 135/22 136/2 136/5 136/9 136/21 136/23 137/1 137/3 137/4 137/11 137/15 137/16 137/17 137/19 137/20 137/24 137/24 138/2 138/3 138/11 138/15 138/16 138/17 139/4 139/8 139/23 140/9 140/21 140/22 141/18 143/25 145/1 145/18 145/19 145/24 151/1

**analyze [1]** 144/9

**analyzed [3]** 80/8 136/9 144/10

**analyzing [3]** 33/15 90/23 144/22

**Anderson [23]** 15/15 39/11 39/12 39/16 39/20 39/25 43/25 44/6 44/9 44/11 58/2 58/6 63/7 67/1 69/22 83/11 83/13 83/25 84/1 84/9 85/2 85/7 85/9

**Anderson's [1]** 84/4

**Andres [1]** 6/2

**Angel [3]** 9/24 9/25 10/4

**Anglo [32]** 10/7 85/2 85/4 85/8 85/10 86/1 86/2 86/14 94/8 94/24 96/6 96/10 97/18 102/24 102/25 103/1 103/10 103/11 103/14 103/24 105/24 105/25 106/1 112/18

131/3 136/14 145/2 145/20

**Anglos [4]** 86/5 86/19 91/16 112/19

**Anglos' [1]** 95/2

**animus [12]** 101/21 102/7 103/8 118/9 121/14 121/17 121/24 122/2 122/6 122/11 122/25 123/3

**announced [1]** 113/21

**another [13]** 29/24 30/3 30/6 39/15 59/16 59/16 61/5 64/14 92/4 115/20 119/16 143/11 150/8

**answer [13]** 17/11 19/24 34/21 41/21 42/24 51/21 64/7 65/22 119/18 119/20 123/2 142/20 149/20

**answering [1]** 58/2

**answers [1]** 93/16

**antiabortion [1]** 97/19

**anticipate [2]** 18/5 18/6

**antiracism [1]** 25/6

**anybody [2]** 100/12 125/11

**anyone [8]** 7/16 7/16 7/17 7/17 16/2 24/1 70/21 82/24

**anything [17]** 11/14 36/6 40/11 43/19 61/13 79/1 79/3 86/20 93/17 95/1 139/10 139/24 144/4 147/20 149/20 152/8 153/5

**anywhere [6]** 7/17 9/18 67/24 68/4 86/17 126/21

**apartment [1]** 54/15

**apologize [4]** 28/3 28/4 32/18 75/23

**apparent [1]** 30/14

**apparently [5]** 34/1 35/6 38/19 120/2 121/13

**appear [1]** 116/7

**appearance [1]** 136/19

**APPEARANCES [2]** 1/12 2/1

**appears [2]** 117/4 151/3

**applied [7]** 35/14 52/20 93/23 126/4 138/7 141/7 141/11

**applies [1]** 131/20

**apply [3]** 79/20 87/24 141/17

**appreciate [6]** 9/13 21/9 33/7 66/3 80/13 149/12

**approach [4]** 41/7 76/9 126/23 140/6

**approached [1]** 24/1

**approaches [1]** 140/24

**appropriate [20]** 61/1 77/2 83/23 84/13 85/7 87/22 87/23 89/3 90/1 90/6 90/11 90/22 92/11 94/5 94/7 94/9 105/13 119/5 140/9 140/22

**appropriately [3]** 77/9 91/16 116/10

**approximately [1]** 118/3

**are -- there [1]** 41/6

**area [14]** 13/14 28/12 62/11 65/1 70/14 76/19 79/5 80/2 99/24 102/16 103/19 104/18 107/23 113/12

**areas [6]** 99/11 108/11 124/16 124/20 124/22 124/23

**aren't [9]** 56/16 81/10 86/6 90/21 92/12 92/13 102/8 125/9 125/12

**argue [2]** 41/11 111/25

**argument [1]** 89/2

**arguments [3]** 52/25 53/1 101/17

**Arias [1]** 9/8

**arose [1]** 12/3

**around [11]** 4/6 10/17 44/1 66/7 72/7 82/18 84/4 85/9 95/16 106/24 139/19

**arrangement [1]** 19/20

**arrangements [1]** 149/25

**Article [1]** 101/10

**articles [1]** 74/23

**A**

**articulated [1]** 53/18
**arts [1]** 6/13
**Ashford [2]** 36/19 68/9
**Asian [3]** 48/12 91/8 91/21
**aside [4]** 11/11 13/16 16/6
 146/8
**ask [14]** 13/7 38/18 46/15
 58/17 60/18 71/5 81/21
 83/21 84/1 95/6 134/18
 148/20 148/22 151/11
**asked [19]** 16/21 19/6 23/22
 30/21 34/6 49/11 51/18
 54/20 60/7 63/15 63/25
 130/25 133/4 138/16 143/24
 143/25 144/8 151/19 152/11
**asking [6]** 16/5 16/21 52/13
 62/20 65/1 150/3
**aspect [1]** 52/11
**assignment [4]** 57/19
 149/15 150/7 152/24
**assignments [3]** 59/15
 123/11 123/12
**associate [2]** 9/13 109/12
**associated [1]** 37/1
**assume [3]** 46/16 150/6
 150/23
**assumed [1]** 11/22
**assuming [5]** 14/6 14/23
 133/17 150/11 150/14
**assumption [2]** 35/3 123/3
**assumptions [1]** 132/14
**attach [2]** 57/22 73/16
**attached [2]** 57/20 123/10
**attend [4]** 45/11 57/6 57/9
 71/13
**attendance [2]** 57/14 71/8
**attended [10]** 10/20 10/23
 10/25 15/15 23/18 44/18
 46/13 66/8 71/21 98/24
**attest [1]** 21/22
**attorney [1]** 136/20
**attorneys [1]** 50/5
**attraction [1]** 146/8

**audience [2]** 4/10 42/22
**augment [1]** 148/18
**Austin [3]** 45/14 64/24 65/4
**authored [1]** 74/23
**authorized [1]** 99/4
**Avenue [1]** 1/16
**average [1]** 95/15
**averages [2]** 108/21 109/8
**averaging [1]** 109/15
**avoid [1]** 50/9
**award [1]** 99/20
**aware [12]** 9/3 37/17 38/9
 38/25 38/25 39/7 41/23 67/6
 67/8 67/11 68/19 68/21
**awareness [1]** 47/20
**away [4]** 6/24 23/7 54/25
 96/6
**awry [1]** 93/17

**B**

**B-rated [1]** 28/14
**Bachelor [1]** 73/24
**bachelor's [1]** 73/24
**back [31]** 8/16 12/13 27/15
 35/22 43/7 47/11 47/15 48/8
 49/14 51/17 60/22 65/4
 74/10 87/24 89/11 91/22
 92/24 93/10 111/6 119/19
 125/2 130/6 135/10 137/1
 137/9 139/18 145/8 146/16
 149/11 150/15 153/8
**backbone [1]** 12/12
**backbones [1]** 25/4
**background [5]** 5/8 5/24
 44/15 45/22 131/10
**backyard [1]** 114/10
**bad [5]** 5/13 5/22 64/16
 93/14 105/19
**balanced [1]** 78/23
**ballot [3]** 115/23 115/23
 116/19
**band [1]** 35/4
**bands [1]** 139/19
**banner [1]** 16/10
**banning [2]** 59/23 59/25

**bar [1]** 10/8
**barely [2]** 107/12 107/13
**bark [2]** 143/15 143/18
**Barnes [2]** 65/13 66/1
**Barnes's [1]** 65/21
**barrier [1]** 115/22
**BARRY [1]** 1/14
**base [3]** 9/6 10/8 86/15
**baseball [1]** 12/1
**based [32]** 8/19 13/11 33/24
 34/9 47/10 70/10 82/2 82/10
 82/11 82/14 82/17 83/5
 83/22 84/12 88/3 90/3 90/25
 93/25 94/17 107/25 108/5
 116/15 117/16 120/18
 121/16 123/3 132/25 134/5
 135/5 145/5 146/20 152/3
**bases [1]** 53/1
**basic [2]** 21/1 21/24
**basically [5]** 60/15 89/20
 91/15 105/25 112/2
**basis [8]** 14/8 84/17 96/3
 100/18 105/6 118/4 118/9
 140/1
**basketball [2]** 12/1 50/21
**Bayesian [1]** 76/20
**bayou [1]** 15/6
**Baytown [1]** 129/22
**bear [1]** 56/19
**beauty [1]** 58/21
**became [4]** 6/6 39/7 100/15
 116/13
**become [5]** 12/22 61/20
 111/8 114/20 116/6
**becomes [2]** 76/14 105/25
**been [55]** 4/12 4/13 6/15
 6/16 7/20 13/2 14/10 16/20
 19/22 20/24 21/3 25/10 27/5
 27/10 30/14 32/9 32/21
 41/13 42/9 50/14 52/22
 59/16 59/18 62/8 63/7 68/12
 70/8 73/1 75/3 75/8 75/10
 75/13 76/3 76/6 80/4 82/15
 88/2 97/21 101/14 113/3

**B**

**been... [15]** 116/9 118/6
119/1 119/6 123/13 126/1
128/19 133/10 137/19
139/15 143/7 144/6 144/12
151/24 152/12

**before [34]** 1/10 6/9 11/20
12/24 16/21 18/3 21/6 27/5
32/14 35/24 37/3 38/6 38/20
40/24 41/17 46/8 50/19
54/10 61/11 64/7 65/19
68/20 68/23 68/25 71/15
71/18 71/19 71/22 93/25
138/5 140/16 148/11 151/9
152/8

**beforehand [1]** 49/23

**began [3]** 12/22 101/10
147/10

**begged [1]** 60/7

**begging [2]** 62/20 64/24

**beginning [6]** 7/1 77/12
112/2 116/6 137/5 137/19

**begs [1]** 7/12

**begun [1]** 12/22

**behalf [1]** 119/16

**behavior [19]** 7/9 7/12 7/15
34/25 45/6 45/9 63/10 74/6
74/17 76/10 76/25 79/13
79/20 84/12 121/10 124/12
145/25 146/6 147/12

**behind [1]** 38/10

**being [31]** 9/13 11/11 11/12
18/6 23/19 40/7 61/21 62/9
62/10 66/20 78/12 78/13
88/7 91/17 101/20 102/8
102/9 102/24 102/25 103/1
104/4 104/17 105/18 114/8
118/8 122/8 124/17 130/21
131/2 136/13 145/10

**belabor [2]** 68/15 90/10

**believe [33]** 7/8 7/10 10/17
15/19 15/22 16/9 16/10
23/13 29/2 29/5 32/8 32/24
36/5 39/12 46/9 49/4 49/6

56/4 58/23 59/24 70/13 73/8
87/2 94/16 106/20 123/19
126/16 129/10 133/12
144/25 145/7 146/2 149/5

**believes [1]** 131/21

**below [6]** 79/1 107/4 109/14
109/19 110/11 130/20

**BENCH [2]** 1/9 3/2

**beneficial [2]** 104/23 104/24

**benefit [2]** 96/10 96/23

**Bennett [1]** 51/4

**bent [1]** 97/18

**Bernie [1]** 139/18

**best [16]** 5/3 33/2 50/23
53/17 53/17 57/21 70/17
76/10 76/25 77/5 93/7 93/7
93/20 101/17 101/19 124/24

**better [6]** 5/19 13/14 21/8
119/11 132/1 149/20

**between [22]** 12/7 37/15
45/20 46/24 47/8 48/24
50/17 69/24 78/24 78/24
80/22 81/16 81/18 82/20
85/4 94/19 100/24 110/22
124/1 131/16 147/8 150/12

**beyond [2]** 90/13 150/18

**big [2]** 59/17 97/22

**biggest [2]** 45/24 54/23

**bilingual [2]** 23/11 23/20

**Bill [1]** 74/20

**binary [2]** 77/13 77/17

**biological [1]** 146/12

**biology [1]** 74/22

**bipolar [1]** 45/3

**bit [11]** 7/22 7/25 10/14
15/6 20/3 21/3 23/10 86/22
124/2 125/12 130/4

**black [25]** 80/4 86/13 87/8
91/7 91/20 93/13 93/14
96/20 96/20 96/21 96/22
96/24 96/25 96/25 97/3
97/12 97/16 103/23 105/13
105/14 105/20 105/21
105/22 105/25 106/2

black-preferred [1] 96/20

**Blank [1]** 1/15

**blinded [1]** 124/9

**bloc [4]** 94/25 112/20 117/7
122/8

**block [10]** 42/10 42/16 43/4
43/8 43/10 62/25 63/1 63/3
94/25 94/25

**board [39]** 5/4 7/2 13/15
14/9 14/11 21/16 21/19
24/14 33/22 38/15 39/15
41/24 42/6 44/9 44/12 49/10
50/10 51/14 53/24 56/9
59/25 61/12 68/22 71/17
98/24 101/21 104/7 104/19
104/20 105/23 110/3 113/16
113/20 114/8 114/15 114/25
115/1 115/5 130/21

**boards [4]** 99/8 114/5
115/25 116/1

**body [2]** 100/13 146/9

**book [3]** 59/23 59/25 60/3

**books [3]** 20/14 30/4 61/16

**Boone [1]** 44/25

**boost [1]** 112/12

**border [1]** 6/4

**born [3]** 5/24 8/1 8/6

**both [26]** 8/8 25/12 31/19
52/25 59/7 68/13 74/2 74/2
75/14 80/19 81/12 81/24
82/17 87/21 93/2 93/20 99/3
101/17 105/20 122/7 125/7
130/17 140/6 140/24 143/12
149/24

**bottle [1]** 5/13

**bottom [1]** 55/17

**Boulevard [1]** 1/20

**bounds [5]** 85/15 85/19
85/20 86/14 93/23

**Boyd [1]** 1/19

**BRANCH [65]** 1/6 4/3 4/5
10/15 10/16 10/20 11/4
11/10 11/25 24/20 25/10
29/14 36/3 36/10 36/13 37/1

**B**

**BRANCH...** [49] 39/2 39/19 40/2 40/8 44/18 45/11 46/2 46/7 49/9 50/12 50/13 51/9 57/7 62/10 62/15 62/16 65/17 67/5 67/19 69/9 71/9 71/14 72/5 72/21 75/19 80/9 85/13 94/17 100/20 101/4 103/18 103/21 103/22 103/25 104/2 104/5 109/9 115/10 115/11 117/20 123/22 130/9 132/16 134/14 143/2 144/5 146/1 147/13 152/4
**Branch's** [2] 101/23 117/25
**brawl** [1] 61/12
**Brazosport** [1] 129/7
**break** [4] 65/19 68/3 71/22 99/16
**breaking** [1] 56/2
**Breed** [4] 32/14 38/15 46/25 46/25
**brief** [1] 7/24
**briefing** [2] 52/22 54/5
**briefly** [7] 8/25 24/25 40/18 51/6 55/6 73/22 119/20
**bright** [1] 47/21
**bring** [8] 10/5 25/25 47/20 48/20 57/3 57/5 57/12 60/10
**bringing** [1] 70/4
**brings** [1] 143/11
**broad** [3] 15/8 115/15 126/18
**broadly** [1] 98/12
**brought** [4] 27/5 56/25 62/9 66/10
**Brownsville** [1] 23/12
**brushstrokes** [1] 15/8
**budget** [5] 13/22 23/9 32/11 32/17 71/16
**building** [1] 68/12
**bulk** [2] 41/15 41/22
**bullies** [1] 49/24
**bullying** [1] 56/24

**burden** [1] 147/7
**burned** [1] 137/14
**bus** [1] 8/15
**business** [2] 62/9 97/19

**C**

**Caesar** [4] 45/20 45/22 92/1 92/4
**calculated** [3] 108/21 109/12 142/11
**call** [6] 4/1 4/3 43/24 72/4 111/19 114/12
**called** [6] 60/14 74/13 76/20 81/3 85/15 91/16
**calls** [4] 4/5 72/5 91/13 109/24
**came** [17] 10/4 32/3 36/2 52/6 59/11 62/12 62/22 62/24 66/4 67/5 67/18 71/9 74/9 88/16 109/22 130/16 144/1
**campaign** [32] 20/4 24/16 24/18 24/23 25/1 29/21 29/24 30/10 31/22 31/24 32/3 32/11 32/16 32/19 32/20 33/6 45/20 45/21 46/1 48/23 51/22 58/23 58/25 60/12 60/23 61/23 62/14 62/18 62/25 64/23 69/5 114/22
**campaigned** [1] 61/3
**campaigning** [1] 45/17
**campaigns** [1] 114/22
**can't** [16] 13/11 14/12 21/15 22/18 29/6 32/5 40/13 68/2 68/3 85/23 92/5 92/3 96/11 96/16 100/2 111/10
**candidacies** [1] 51/4
**candidacy** [3] 9/13 21/4 38/14
**candidate** [89] 20/20 25/16 25/17 34/4 34/10 37/2 38/3 38/20 51/1 52/14 52/15 55/25 55/25 56/1 56/2 56/4 66/5 66/7 66/8 69/25 70/7

70/9 70/13 71/1 71/8 71/12 77/21 77/22 78/2 78/2 78/4 78/10 78/22 78/23 81/6 81/7 82/3 82/7 82/15 82/22 82/23 84/2 84/2 84/8 84/10 86/3 87/5 87/15 88/7 92/10 95/22 96/2 96/4 96/11 96/25 97/1 97/10 97/11 102/13 102/15 110/20 110/23 111/2 112/20 114/15 117/8 120/12 120/14 120/19 121/3 121/7 131/2 131/3 132/22 133/1 133/2 134/1 134/4 135/6 135/7 135/12 135/20 135/22 136/3 136/6 136/10 136/13 136/14 145/9
**candidate's** [2] 96/2 120/15
**candidates** [66] 20/7 28/19 28/21 28/22 29/4 29/9 30/7 37/4 37/10 37/15 38/4 38/4 38/5 39/3 40/3 40/7 46/16 46/18 51/7 68/20 69/5 69/8 69/10 69/11 71/13 80/5 80/7 86/25 87/2 92/10 94/25 95/3 95/8 96/18 96/21 100/16 101/6 102/17 102/22 103/15 103/16 109/20 109/22 110/3 111/1 112/7 114/7 114/13 115/9 116/7 116/8 116/9 117/3 120/22 120/25 121/9 130/19 130/19 130/20 130/21 132/3 132/12 132/18 132/19 145/3 145/5
**candidates'** [1] 66/8
**candidly** [1] 149/21
**cannot** [6] 40/13 60/3 65/1 69/12 90/24 92/25
**canvassed** [2] 14/25 14/25
**canvassing** [3] 21/6 24/3 35/6
**capable** [1] 86/20
**capacities** [1] 27/2
**capacity** [5] 27/11 27/12 64/23 65/3 143/20

**C**

**capitol [2]** 26/18 26/19
**capsulized [1]** 61/24
**Cardenas [1]** 23/13
**Cardenas-Hagan [1]** 23/13
**care [6]** 22/4 22/5 22/5 22/6 22/7 122/23
**careful [4]** 15/7 77/6 134/20 136/21
**Caroline [1]** 51/4
**carried [1]** 55/14
**Carrizo [7]** 5/24 5/25 8/1 8/5 8/6 8/10 9/23
**carry [1]** 16/10
**Carter [5]** 32/14 38/15 46/24 46/25 47/2
**case [29]** 16/15 19/7 19/23 23/9 32/15 41/1 53/13 53/20 73/2 73/6 75/9 76/11 77/16 86/10 87/7 87/7 87/14 91/9 101/24 126/6 126/21 129/2 138/4 139/14 149/10 151/24 151/25 152/2 153/9
**cases [10]** 35/15 75/14 76/23 80/3 84/17 121/1 123/13 123/18 123/19 123/19
**cast [4]** 30/15 36/14 70/8 76/12
**casting [5]** 84/24 84/24 92/9 92/21 95/21
**categories [2]** 91/1 91/2
**category [4]** 90/25 91/4 91/14 91/15
**caucus [1]** 79/23
**causation [1]** 151/4
**cause [1]** 53/9
**cautions [1]** 93/21
**center [6]** 65/14 65/21 66/5 66/8 71/9 78/24
**Central [2]** 9/10 98/10
**cents [2]** 32/7 33/5
**century [3]** 99/14 99/20 115/20

**certain [10]** 9/3 27/24 41/6 53/7 77/6 81/2 84/1 85/23 86/8 119/1
**certainly [17]** 11/13 79/8 79/22 82/7 106/9 115/23 119/5 122/15 122/18 126/19 126/23 130/17 131/6 131/6 132/1 140/9 147/2
**certainty [3]** 85/7 85/8 86/1
**certify [1]** 153/15
**chairman [1]** 25/24
**challenge [2]** 15/21 45/24
**championship [1]** 12/1
**chance [2]** 13/15 70/8
**chancellor [1]** 53/2
**change [10]** 11/20 21/14 21/19 23/7 23/25 26/4 29/22 30/19 43/4 97/8
**changed [1]** 52/11
**changes [7]** 26/9 26/10 43/6 52/9 52/9 52/18 66/23
**changing [2]** 26/1 43/1
**characterization [1]** 134/23
**characterize [2]** 91/12 134/24
**characterizing [3]** 26/10 134/20 134/21
**charged [1]** 53/2
**CHARLES [1]** 1/18
**chart [6]** 71/11 88/16 120/22 147/22 148/2 152/11
**charts [5]** 87/10 87/14 88/2 88/4 137/12
**check [1]** 153/3
**checking [1]** 148/10
**chemical [5]** 5/9 5/12 6/10 35/19 146/8
**chemicals [1]** 146/9
**Chicano [1]** 10/2
**child [1]** 60/6
**children [13]** 28/12 42/8 42/8 42/17 42/17 45/11 47/13 47/15 48/8 51/15 54/15 58/15 59/11

**children's [1]** 50/8
**choice [25]** 55/25 55/25 56/1 56/3 58/22 59/4 59/8 61/1 71/12 82/3 82/16 82/22 82/23 84/8 84/10 85/8 88/7 100/11 101/3 101/7 104/1 110/3 119/7 119/8 123/25
**choices [1]** 81/2
**chose [4]** 28/12 28/13 68/20 70/21
**chosen [1]** 69/11
**Chris [8]** 12/8 12/11 25/16 47/8 47/10 47/17 48/24 71/10
**Christian [1]** 24/20
**CHRISTINE [1]** 1/23
**CHRISTOPHER [1]** 1/19
**Circuit [3]** 53/19 122/22 148/18
**circumstances [11]** 72/23 117/10 117/17 120/6 122/5 122/10 124/13 150/13 150/14 150/17 150/19
**circumstances -- well [1]** 150/14
**cite [1]** 104/8
**cited [1]** 104/11
**cities [4]** 6/3 99/19 99/22 118/1
**citizen [1]** 108/1
**citizens [9]** 17/3 17/16 18/10 18/16 56/21 95/18 141/23 142/12 142/15
**city [8]** 6/1 6/1 6/2 97/2 97/9 128/6 129/22 129/24
**civil [5]** 1/5 8/14 9/1 9/10 99/15
**claim [5]** 7/18 13/21 21/11 53/7 123/14
**claiming [2]** 7/10 66/17
**claims [1]** 40/9
**clarify [2]** 35/11 151/16
**class [2]** 42/10 74/13
**classes [2]** 74/12 74/18

**classified [1]** 91/10
**classify [1]** 91/6
**classroom [2]** 20/12 45/4
**classrooms [1]** 20/9
**clear [17]** 18/23 35/13
53/21 64/7 102/2 104/14
122/23 126/17 126/24 128/3
130/7 140/8 141/2 141/19
144/6 144/14 150/12
**clearly [4]** 94/4 102/20
107/14 145/2
**Clements [1]** 122/22
**clients [1]** 151/18
**cliff [1]** 20/24
**close [9]** 5/15 14/6 33/21
62/19 81/17 88/25 88/25
130/21 145/5
**closed [1]** 14/9
**closer [6]** 53/15 68/12 76/1
79/2 80/2 97/17
**closest [1]** 68/11
**closing [3]** 26/1 26/9 151/15
**closings [1]** 151/13
**closure [5]** 40/18 40/22 41/5
41/16 41/17
**Clute [1]** 129/24
**coach [1]** 11/25
**coaching [1]** 12/2
**coalesce [1]** 115/14
**coalition [3]** 105/25 106/1
106/3
**coast [1]** 98/7
**coherent [1]** 80/6
**cohes [1]** 95/6
**cohesion [47]** 75/18 75/20
75/20 76/5 77/13 77/14
77/14 77/15 77/15 77/18
77/20 77/22 77/24 77/25
78/4 78/5 78/10 78/12 78/13
78/13 78/14 78/18 78/18
78/20 78/25 78/25 79/2 79/2
79/3 79/4 79/4 79/7 79/8
79/9 79/25 80/2 80/4 80/8

80/17 80/18 83/6 83/6 86/23
87/9 88/1 107/16 120/2
**cohesion's [1]** 95/16
**cohesive [14]** 79/15 79/19
82/9 82/13 83/7 83/13 83/20
86/24 95/23 97/5 97/13
97/14 97/15 131/23
**cohesively [4]** 82/24 95/12
95/15 96/22
**cohesiveness [1]** 75/17
**coincided [1]** 110/23
**Coleman [2]** 36/19 68/9
**Coliseum [2]** 36/19 68/9
**collaborated [2]** 130/2
130/3
**collapses [1]** 79/24
**colleague [1]** 144/1
**colleagues [1]** 148/10
**collectively [1]** 67/17
**college [3]** 11/1 129/18
129/20
**colleges [1]** 128/11
**Colombians [1]** 15/11
**color [1]** 22/2
**combine [1]** 106/17
**combined [4]** 55/20 107/15
108/6 113/6
**combining [1]** 109/25
**come [26]** 4/6 17/12 17/14
22/6 22/18 24/5 38/4 44/1
59/24 65/1 65/4 70/17 72/7
86/5 92/1 98/11 101/3
103/13 114/14 115/5 119/19
130/8 137/8 147/11 149/11
149/20
**comes [2]** 22/17 148/3
**comfortable [1]** 44/5
**coming [5]** 6/9 20/22 69/15
119/24 137/11
**command [1]** 107/23
**comment [2]** 121/12 128/1
**commenting [1]** 36/6
**committee [7]** 31/21 38/3
38/9 39/1 47/19 47/23 126/1

**committees [2]** 31/18 32/4
**common [2]** 67/23 99/13
**commonalities [4]** 10/9
12/12 25/20 37/15
**communities [2]** 63/1 120/3
**community [40]** 10/7 13/22
13/24 15/9 15/16 16/9 17/6
26/4 30/23 33/25 35/2 38/11
39/9 41/3 45/1 48/12 52/8
54/17 54/18 56/25 63/11
63/13 64/11 64/15 65/23
66/19 66/23 69/7 70/5 97/21
97/24 98/1 104/25 120/24
126/1 128/11 129/18 129/20
143/3 146/5
**compact [4]** 141/23 142/8
142/9 143/4
**companies [2]** 5/14 5/23
**company [2]** 5/10 12/16
**comparatively [1]** 50/13
**compared [1]** 110/15
**comparison [1]** 111/19
**comparisons [1]** 111/22
**compatible [5]** 134/22
137/2 141/13 141/13 153/2
**compete [1]** 92/18
**competence [1]** 151/9
**competition [1]** 105/23
**compiles [1]** 131/11
**complete [6]** 77/15 77/23
78/5 78/13 79/3 80/2
**completely [10]** 17/13
52/10 85/16 106/12 137/2
137/2 138/19 139/4 139/14
140/1
**completeness [5]** 15/13
21/3 26/6 42/21 43/15
**complex [1]** 74/15
**complexes [1]** 54/15
**complies [1]** 18/9
**comply [1]** 18/3
**complying [1]** 18/15
**composition [2]** 63/21
66/23

**comprise [1]** 17/2
**comprised [2]** 36/14 106/22
**computer [1]** 2/25
**concentrat [1]** 74/5
**concentrated [1]** 109/17
**concentration [1]** 74/6
**concern [5]** 17/4 29/25 30/3 30/7 54/23
**concerned [2]** 60/20 139/9
**concerns [2]** 53/15 127/3
**conclude [3]** 117/17 118/14 131/15
**concluded [3]** 90/4 150/21 153/13
**concluding [1]** 149/10
**conclusion [12]** 75/18 76/8 76/8 90/8 109/10 110/9 111/5 116/24 126/18 130/16 138/12 145/6
**conclusions [2]** 141/20 147/11
**condition [1]** 141/22
**conditions [2]** 53/8 113/2
**conduct [1]** 45/3
**confer [2]** 101/11 149/21
**conferences [1]** 74/24
**confidence [16]** 77/2 81/12 82/14 82/17 82/18 82/19 84/4 84/13 84/22 85/4 85/6 87/4 87/8 88/22 88/24 93/21
**Congress [2]** 99/5 128/15
**connected [2]** 114/24 145/4
**consequence [1]** 112/3
**consequences [1]** 23/8
**conservative [35]** 12/12 24/22 25/4 25/8 25/12 25/13 29/5 29/7 29/8 47/11 49/25 49/25 54/19 54/22 57/9 57/16 58/24 59/2 59/6 60/19 60/19 60/24 61/4 61/24 62/7 62/11 69/8 97/16 97/18 98/3 98/13 103/17 114/5 115/2 115/11

**conservativeness [1]** 47/3
**conservatives [2]** 57/6 62/5
**consider [3]** 13/5 78/14 143/19
**considerable [1]** 81/13
**consideration [1]** 18/18
**considered [1]** 135/20
**considering [1]** 151/1
**consistent [10]** 117/4 130/17 137/9 137/20 138/12 140/10 140/12 140/19 141/3 141/16
**conspiracy [1]** 92/20
**constituency [1]** 105/16
**constituent [1]** 93/3
**constituents [6]** 51/23 52/5 54/14 60/10 62/21 65/23
**constitute [1]** 143/4
**constitutes [1]** 15/9
**Constitution [3]** 53/3 101/11 122/12
**Constitutional [1]** 57/6
**constrained [2]** 53/3 53/18
**constraints [1]** 119/17
**construct [2]** 18/14 22/3
**constructed [2]** 18/13 109/25
**constructive [1]** 20/17
**contacted [1]** 149/24
**contain [1]** 28/13
**contains [1]** 67/1
**contend [1]** 57/24
**content [3]** 20/9 42/2 116/14
**contested [1]** 110/18
**contests [1]** 102/23
**context [4]** 28/5 79/21 115/8 127/7
**continue [1]** 61/8
**CONTINUED [1]** 2/1
**continuous [1]** 77/14
**contradict [1]** 118/25
**contradicting [1]** 19/1
**contrary [1]** 151/23

**contribute [1]** 32/20
**contributions [2]** 31/17 32/21
**controversy [1]** 42/7
**conversation [2]** 26/8 42/2
**conversations [3]** 21/14 41/12 41/22
**copy [2]** 73/16 152/21
**correct [113]** 5/5 16/19 17/7 25/18 25/22 25/23 28/10 28/14 28/20 29/22 29/23 30/2 30/5 30/8 30/9 31/5 31/14 35/16 36/4 36/5 36/15 36/20 38/21 39/5 39/16 39/21 40/10 42/12 44/13 48/5 56/10 56/17 56/21 56/22 58/10 63/13 63/14 67/23 69/3 69/6 73/7 73/8 73/17 73/18 87/11 87/17 87/18 88/1 88/3 88/4 88/10 88/11 88/17 89/8 89/12 89/23 89/24 90/2 90/8 92/23 93/15 108/1 108/2 108/15 120/3 120/4 120/7 120/8 121/4 123/6 123/24 126/3 126/11 126/12 126/15 127/1 127/14 127/15 127/18 127/21 128/6 128/10 128/12 128/14 128/16 128/20 132/14 133/8 133/12 133/20 133/21 133/22 133/23 134/2 138/19 140/4 140/7 140/22 142/22 142/24 144/13 144/24 144/25 145/7 145/10 146/1 146/21 147/1 147/5 147/13 147/14 148/6 153/15
**corrected [2]** 92/23 94/1
**correcting [2]** 37/24 40/1
**correctly [7]** 5/1 76/20 77/9 93/9 106/23 138/8 142/11
**corresponds [1]** 142/14
**corroborate [1]** 141/6
**corroborated [2]** 127/23 140/24

**C**

corruption [1] 99/16
cost [1] 151/18
Costa [6] 6/8 8/18 8/19 9/7
9/8 15/11
Costa Rica [5] 6/8 8/18
8/19 9/7 9/8
could [37] 12/23 17/2 32/12
48/20 50/20 57/5 57/22
58/25 59/7 60/8 64/11 64/11
64/13 69/21 81/16 81/16
81/23 82/6 82/15 84/3 104/1
111/25 112/8 115/2 119/3
121/20 121/22 130/9 130/9
130/11 133/25 134/3 135/20
138/10 140/19 147/25
149/11
couldn't [2] 61/13 134/3
council [2] 97/2 105/23
counsel [12] 7/12 7/18
18/24 31/15 31/16 46/15
67/3 67/3 148/23 149/11
149/21 153/12
count [2] 49/10 73/20
country [3] 8/19 98/24 99/9
county [5] 24/19 25/8 70/16
128/8 128/9
couple [1] 6/7
course [4] 33/11 74/19
123/1 127/12
courses [3] 74/16 74/17
74/19
court [47] 1/1 2/2 2/3 4/1
4/23 5/7 17/4 18/3 18/5 18/9
18/20 33/5 44/10 53/5 53/19
70/18 73/21 73/21 76/7
77/16 78/6 80/21 107/22
110/9 116/24 119/1 119/15
121/2 122/20 123/25 131/15
131/19 131/21 131/22
131/25 133/9 137/3 144/9
144/10 147/24 148/15
148/24 149/17 149/24
151/13 152/13 153/19

**Courts [4]** 27/6 132/4
150/25 152/7
Courtney [4] 15/15 43/25
44/6 44/11
courtroom [4] 65/10 69/22
73/1 117/14
courts [3] 70/20 70/23
100/2
cover [1] 24/10
covered [1] 40/15
COVID [5] 12/23 46/8
46/16 47/6 52/10
crack [1] 19/8
crafty [1] 125/7
CRAWFORD [1] 1/18
create [8] 13/13 16/23
52/12 64/13 106/3 106/17
107/19 107/24
created [5] 14/13 17/19
39/1 62/16 91/15
creating [9] 13/8 13/13
16/22 40/2 52/7 92/12 92/13
93/2 115/11
credible [3] 81/11 81/15
84/22
Creek [2] 129/16 129/17
criteria [3] 18/1 18/4 18/8
critic [1] 106/7
critical [5] 29/25 59/10
59/11 93/6 106/5
critique [1] 144/1
critiqued [1] 144/17
cronyism [2] 99/16 99/24
crops [1] 8/2
CROSS [3] 27/23 58/4
118/20
CROSS-EXAMINATION
[3] 27/23 58/4 118/20
crossing [2] 89/9 89/25
crossover [26] 89/8 89/14
89/14 94/11 94/14 94/16
94/19 94/20 95/4 96/8 96/10
96/12 96/13 96/23 103/12
103/13 103/14 103/15

107/17 107/20 107/23 112/9
112/23 112/24 113/1 131/24
CRT [4] 20/9 25/6 29/25
61/1
crux [1] 148/17
Cruz [2] 114/9 114/17
Crystal [2] 6/1 6/2
CSR [1] 2/2
Cub [1] 11/16
cultural [1] 25/20
cure [1] 106/9
cure-all [1] 106/9
curious [1] 23/22
current [10] 5/4 44/12
45/14 45/15 51/3 74/15
76/17 79/21 97/1 153/2
currently [5] 5/10 10/25
19/5 63/23 74/13
curriculum [2] 20/8 25/6
cut [3] 60/22 119/22 144/17
cuts [1] 13/22
CV [2] 1/5 123/9
CVAP [6] 106/21 107/10
108/1 134/11 142/15 143/4

**D**

D12 [1] 55/8
dad [7] 6/5 8/1 8/5 9/23
10/3 10/6 54/18
dad's [1] 6/25
dads [2] 48/11 48/13
Dairy [2] 36/19 68/9
dais [1] 21/23
Dallas [2] 129/9 129/11
data [33] 23/1 67/12 70/17
70/24 77/1 81/3 84/23 87/18
93/12 93/16 93/18 94/18
109/14 111/23 111/23 112/4
122/16 122/16 123/8 130/17
138/7 138/21 139/5 141/7
141/8 141/9 141/20 142/21
144/9 147/23 148/1 148/1
148/2
database [1] 76/14
date [2] 125/15 153/18

Case 4:21-cv-01997    Document 116    Filed on 09/20/24 in TXSD    Page 166 of 206

# D

**dated [3]** 73/9 73/10 73/12
**daughter [1]** 45/14
**daughters [1]** 11/21
**David [4]** 46/24 55/12 55/17 71/11
**day [9]** 8/19 45/23 46/13 59/15 65/19 71/15 71/18 130/8 149/25
**day-based [1]** 8/19
**days [1]** 46/3
**deaf [1]** 26/21
**deal [3]** 5/11 82/5 132/4
**dealing [1]** 86/11
**dealt [1]** 49/21
**death [2]** 61/19 61/19
**debate [4]** 97/1 101/14 101/14 131/12
**debating [1]** 18/19
**decade [1]** 110/16
**decide [6]** 17/21 38/15 51/10 53/16 121/1 151/3
**decided [5]** 37/3 37/12 51/11 51/17 68/21
**deciding [3]** 30/15 116/15 146/23
**decision [5]** 14/6 22/3 26/3 77/17 77/17
**decision-making [1]** 22/3
**decisions [8]** 13/23 14/5 14/5 14/7 26/16 26/16 27/4 47/24
**decline [1]** 110/21
**decorated [1]** 98/25
**deems [1]** 70/24
**deeply [2]** 116/15 122/23
**default [2]** 4/25 15/24
**defeat [2]** 112/20 117/7
**defeated [2]** 131/3 136/13
**defend [2]** 101/5 134/18
**defendant [3]** 72/4 147/18 147/19
**defendants [3]** 1/7 1/18 54/7

**DEFENDANTS' [23]** 2/4 24/13 48/21 55/5 56/6 57/5 57/13 57/13 57/13 57/14 73/10 73/11 73/12 80/12 83/3 88/8 91/22 108/24 110/5 113/22 116/23 123/9 144/22
**defense [2]** 102/1 149/11
**deficit [2]** 26/17 26/23
**define [1]** 79/25
**defined [1]** 77/25
**defining [1]** 146/9
**definitely [2]** 46/10 84/8
**definition [2]** 67/16 83/5
**degree [12]** 10/17 41/12 44/22 45/8 73/24 73/24 74/1 74/3 79/5 79/8 90/18 134/25
**degrees [2]** 8/8 74/2
**delay [1]** 119/25
**demands [1]** 40/10
**demerits [1]** 150/4
**democracy [2]** 101/1 128/2
**Democrat [3]** 30/17 30/25 31/4
**Democratic [9]** 10/3 80/5 93/14 97/25 101/3 115/6 115/16 115/17 116/17
**Democrats [2]** 79/14 79/16
**demographer [2]** 144/4 144/5
**demographic [1]** 17/20
**demographics [1]** 17/4
**demography [1]** 144/7
**demonizing [2]** 99/6 99/7
**demonstrate [1]** 76/4
**demonstrated [1]** 100/5
**demonstrates [3]** 7/8 7/9 80/6
**denying [1]** 140/14
**department [2]** 6/6 35/20
**depend [1]** 131/24
**dependably [1]** 80/4
**depending [1]** 64/15
**depiction [2]** 131/11 131/14

**deposed [4]** 126/9 126/13 126/16 138/14
**deposition [5]** 124/3 124/5 130/25 133/3 133/11
**depressed [1]** 111/2
**derive [1]** 93/7
**derives [1]** 33/14
**describe [1]** 7/17
**described [2]** 35/1 130/14
**description [1]** 123/4
**despite [1]** 97/11
**determine [3]** 134/1 135/5 136/21
**developed [3]** 90/12 125/5 139/17
**developing [1]** 9/9
**Development [2]** 65/14 71/9
**develops [1]** 125/4
**diagram [1]** 150/16
**dialect [2]** 15/19 15/20
**didn't [24]** 8/23 30/19 31/12 32/15 34/3 34/10 34/23 38/19 38/21 43/5 47/22 47/24 47/25 66/10 98/25 122/24 126/19 137/21 137/22 143/15 143/18 144/18 148/11 148/18
**die [1]** 5/14
**difference [3]** 82/20 111/11 132/3
**differences [11]** 29/9 80/21 80/25 81/4 81/25 82/5 97/22 117/23 117/23 117/24 146/6
**different [23]** 24/2 27/14 30/11 30/11 42/1 63/21 68/16 71/21 81/5 81/21 85/16 89/13 101/4 118/2 118/3 118/4 123/11 127/13 137/8 141/5 145/2 147/6 147/11
**differentiated [1]** 20/7
**difficult [2]** 14/5 129/2
**difficulty [1]** 103/10

**D**

**dime [1]** 52/10
**dio [2]** 37/22 37/25
**diplomat [1]** 6/6
**direct [5]** 4/19 44/7 60/17 72/15 119/18
**direction [1]** 130/8
**directly [3]** 75/11 77/4 80/3
**director [1]** 65/14
**dis [1]** 62/17
**disagree [8]** 120/2 121/11 126/13 127/4 131/12 131/14 132/8 141/19
**disagreeing [1]** 126/18
**disagreement [1]** 18/24
**disappearing [1]** 112/2
**disappoint [1]** 151/21
**disappointed [1]** 151/24
**disclosures [1]** 109/12
**discount [1]** 103/6
**discrepancy [1]** 131/16
**discrimination [2]** 54/1 100/7
**discriminatory [9]** 100/5 100/24 101/6 121/15 121/17 121/24 122/2 122/6 122/11
**discuss [4]** 60/18 98/16 109/8 110/6
**discussed [8]** 40/20 42/3 50/24 63/8 69/23 70/2 72/23 90/19
**discussing [1]** 120/13
**discussion [4]** 26/11 26/14 40/22 117/22
**discussions [4]** 41/8 41/15 59/7 102/8
**disdainful [1]** 7/7
**disenfranchised [1]** 54/12
**disillusion [1]** 111/16
**disorder [1]** 45/4
**disproves [1]** 113/4
**dispute [2]** 40/11 105/11
**disputes [2]** 100/12 105/9
**dissuaded [1]** 111/8

**district ... [191]**
**District 1 [4]** 16/5 17/8 63/20 142/11
**district's [9]** 19/13 29/22 31/15 67/3 67/14 100/11 100/13 100/14 149/21
**districting [4]** 99/12 105/8 105/9 128/24
**districts [56]** 13/4 16/24 17/1 17/2 17/5 17/9 17/14 17/19 17/21 18/12 18/17 18/19 18/22 19/8 19/9 19/10 19/24 29/15 52/12 61/11 63/21 63/23 67/19 96/17 96/17 96/20 97/3 97/6 97/8 97/10 97/13 98/15 98/17 98/21 98/22 99/1 99/3 99/7 105/15 105/15 105/16 105/20 105/22 105/22 105/24 106/9 106/11 107/23 113/14 128/2 128/3 128/4 128/18 128/18 128/20 147/13
**disturbances [1]** 45/3
**diverse [6]** 11/13 48/9 48/10 97/22 98/8 146/25
**diversity [2]** 31/7 31/8
**divide [2]** 50/17 117/25
**divided [4]** 83/14 118/2 118/3 132/6
**divides [2]** 50/18 96/1
**dividing [3]** 29/7 29/8 78/19
**diving [1]** 24/5
**division [9]** 1/2 115/19 117/5 117/5 117/11 117/11 117/18 117/19 145/25
**divisive [1]** 106/4
**docket [1]** 152/9
**Document [1]** 147/24
**documents [2]** 57/21 148/18
**does [33]** 13/22 34/6 37/20 46/21 70/9 73/4 76/3 76/4 76/25 78/4 84/7 92/1 94/22

**does... [11]** 101/23 104/6 107/5 117/7 121/5 121/6 122/15 123/3 123/7 125/16 135/24 136/2 136/5 136/9 137/6 137/7 143/2 147/18 150/22
**doesn't [17]** 17/18 22/1 26/21 56/18 84/20 102/5 102/10 103/13 104/19 107/22 107/22 121/5 132/3 138/13 139/6 139/12 139/24
**dog [2]** 143/15 143/18
**doing [23]** 7/13 21/21 35/6 35/20 53/2 75/10 75/11 85/2 85/21 86/9 86/19 86/21 90/22 91/12 91/13 92/12 119/6 119/11 124/17 125/11 126/24 139/16 139/16
**dollar [1]** 32/6
**dollars [2]** 33/5 62/20
**DOMINGO [1]** 1/14
**Don [2]** 36/19 68/9
**Donald [1]** 79/18
**done [21]** 7/25 34/22 35/7 41/13 53/1 57/21 77/9 97/23 105/8 115/19 123/21 124/16 124/25 126/11 133/6 138/5 138/14 139/12 147/21 150/7 152/5
**doubled [2]** 111/21 112/15
**doubt [3]** 93/4 123/16 123/17
**down [8]** 6/3 21/24 23/23 56/2 68/3 88/12 110/14 115/21
**Downs [6]** 83/16 83/17 89/15 89/16 89/19 89/21
**Downs/Mahan [1]** 89/15
**downward [1]** 137/13
**Dr [3]** 108/14 118/22 123/1
**Dr. [136]** 12/8 16/23 18/13 19/24 21/9 23/12 33/14 33/24 34/9 34/11 34/17 47/16 47/18 47/21 49/19 50/4 63/10 68/2 70/15 70/25

## D

**Dr.... [116]** 71/12 72/6 72/21 72/23 76/19 77/11 80/19 80/22 80/23 81/6 81/8 81/12 81/15 81/22 82/10 82/14 87/10 87/11 87/20 88/3 88/9 88/13 88/20 89/11 89/16 89/21 90/3 90/12 90/18 90/25 91/24 92/1 93/1 93/8 93/25 98/14 104/8 104/12 106/14 108/9 108/15 109/11 109/24 110/18 110/21 111/12 112/5 112/10 113/6 113/9 113/23 117/13 119/2 119/3 119/22 120/2 121/11 124/1 124/3 124/5 124/10 124/15 124/20 124/23 125/5 125/6 125/10 125/13 125/15 125/19 126/4 126/10 126/14 126/18 126/24 127/3 127/11 127/22 128/21 129/10 130/1 131/12 131/15 132/8 135/12 135/13 135/13 135/14 135/16 136/15 137/4 137/8 137/10 137/16 137/19 137/20 137/23 138/16 138/24 139/9 139/17 140/5 140/12 140/25 141/2 141/11 141/19 142/6 142/11 142/16 143/19 144/1 144/10 145/21 147/10 147/11

**Dr. Alford [5]** 72/21 117/13 119/22 136/15 147/10

**Dr. Elizondo [12]** 12/8 21/9 47/16 47/18 47/21 49/19 50/4 135/12 135/13 135/13 135/14 135/16

**Dr. Elsa [1]** 23/12

**Dr. John [1]** 72/6

**Dr. King [3]** 90/12 125/5 139/17

**Dr. King's [1]** 76/19

**Dr. Stein [63]** 16/23 18/13 77/11 80/23 81/6 81/8 81/15 88/3 88/20 89/11 89/16 89/21 90/18 92/1 93/1 93/8 104/12 108/15 109/11 110/18 110/21 111/12 112/10 113/23 119/2 119/3 120/2 121/11 124/3 124/5 124/10 124/15 124/20 124/23 125/6 125/10 125/13 125/15 126/4 126/14 126/24 127/11 128/21 129/10 130/1 131/12 132/8 137/8 137/10 140/12 140/25 141/2 141/11 141/19 143/19 144/1 144/10 145/21 147/11

**Dr. Stein's [50]** 33/24 34/9 34/11 34/17 63/10 68/2 70/25 72/23 80/19 80/22 81/12 81/22 82/10 82/14 87/10 87/11 87/20 88/9 88/13 90/3 90/25 91/24 93/25 98/14 104/8 106/14 108/9 109/24 112/5 113/6 113/9 124/1 125/19 126/10 126/18 127/3 127/22 131/15 137/4 137/16 137/19 137/20 137/23 138/16 138/24 139/9 140/5 142/6 142/11 142/16

**draw [15]** 3/13 18/18 18/22 19/8 19/9 96/5 96/16 96/23 96/24 122/17 130/9 130/9 130/11 134/11 143/9

**drawing [5]** 82/8 95/17 105/6 128/19 144/7

**drawn [5]** 108/12 141/23 142/2 142/4 144/4

**draws [3]** 18/11 85/20 103/20

**drew [1]** 129/3

**Drews [7]** 81/5 81/6 82/8 82/8 82/11 82/13 82/18

**drive [4]** 21/19 23/6 44/18 146/6

**drives [1]** 25/15

**driving [1]** 90/20

**drop [2]** 22/24 111/14

**dropping [1]** 20/23

**DULY [3]** 4/18 44/6 72/14

**during [26]** 12/23 13/22 15/4 24/16 24/17 33/11 42/3 47/12 47/22 48/23 57/21 59/15 60/12 62/14 63/7 64/23 67/13 67/24 68/5 70/15 86/24 117/14 124/3 124/5 127/11 130/25

## E

**each [11]** 14/6 57/2 60/6 73/16 78/2 96/15 109/13 109/13 109/20 141/6 148/14

**earlier [30]** 4/7 25/11 39/2 42/9 51/18 62/12 63/15 68/15 87/12 87/25 87/25 90/9 101/9 114/22 116/1 117/1 119/5 128/1 131/20 132/11 133/9 133/10 137/16 137/24 138/14 140/7 141/13 148/1 148/2 151/12

**earliest [2]** 48/4 116/12

**early [18]** 34/13 35/22 36/9 36/11 36/13 36/17 66/24 67/8 67/9 67/13 67/13 67/17 67/18 67/22 67/24 68/1 68/5 68/8

**earned [3]** 8/8 25/21 62/19

**Earnest [11]** 12/8 12/11 25/16 36/1 47/8 47/10 47/17 48/24 66/6 66/14 71/10

**ears [2]** 8/16 26/21

**easily [2]** 81/24 82/21

**ecological [11]** 35/14 35/17 76/14 76/15 83/23 85/14 85/18 85/21 137/17 139/17 139/20

**ed [3]** 20/4 45/6 45/9

**educating [2]** 104/7 106/10

**education [13]** 8/8 8/8 12/14 23/20 44/16 48/18

**education...** [7]  50/8 52/9 52/10 52/18 64/25 103/22 124/12
**educational** [7]  5/8 5/24 13/10 60/9 60/20 61/2 61/19
**educationally** [5]  20/15 59/20 59/21 60/2 60/5
**educator** [3]  51/9 59/18 66/19
**educators** [7]  23/11 45/24 48/7 49/4 49/10 49/23 49/24
**effect** [1]  68/23
**effective** [1]  101/18
**efficiencies** [1]  26/25
**efficiently** [2]  65/2 65/5
**efforts** [1]  26/18
**EI** [27]  76/19 76/20 77/10 81/4 85/19 87/12 88/9 88/13 90/11 91/24 93/15 93/15 93/22 125/5 126/14 127/16 127/16 127/5 133/6 137/25 138/15 139/18 140/3 140/7 140/9 140/10 145/19
**eight** [2]  60/4 150/20
**eight-year-olds** [1]  60/4
**eighth** [2]  45/15 58/18
**eighth-grade** [2]  45/15 58/18
**either** [8]  83/7 84/8 100/3 101/25 104/1 107/14 117/2 118/8
**El** [1]  9/6
**elect** [9]  55/24 70/9 96/18 96/20 96/24 101/6 110/3 112/6 113/14
**elected** [8]  28/17 39/15 62/21 70/8 70/14 97/10 97/11 130/21
**electing** [1]  13/15
**election** [51]  12/7 15/5 20/6 28/16 28/17 28/19 32/3 34/13 36/14 46/6 46/22 46/24 47/5 47/8 55/11 63/16

67/4 67/10 69/24 74/13 77/22 79/18 80/17 80/19 82/3 82/16 83/1 83/6 83/8 84/23 86/4 87/21 87/25 88/12 91/25 94/17 99/10 101/5 103/7 109/13 110/24 111/3 111/12 115/23 116/11 132/21 136/8 141/12 144/9 144/23 145/18
**elections** [54]  25/19 28/22 45/18 74/16 75/19 76/10 78/15 80/9 86/23 86/24 87/22 87/25 94/9 97/2 99/8 99/9 99/13 99/18 99/22 100/1 100/3 100/13 100/14 100/16 101/16 102/14 109/9 109/21 110/3 110/18 110/22 112/3 113/16 113/17 113/20 115/6 116/2 116/4 116/5 116/5 116/6 116/13 117/2 117/12 117/20 128/6 128/8 128/9 131/2 136/12 141/7 141/9 141/10 145/3
**electoral** [1]  53/7
**electorate** [2]  83/15 91/11
**electronically** [2]  152/18 152/20
**element** [1]  122/13
**elementary** [5]  10/23 44/18 44/25 59/19 60/4
**elements** [1]  81/2
**elevate** [1]  140/20
**eligible** [1]  107/13
**eliminating** [1]  43/4
**elimination** [1]  42/16
**Elizon** [1]  47/16
**ELIZONDO** [21]  1/4 1/22 7/10 12/8 21/9 47/9 47/16 47/18 47/21 48/24 49/1 49/9 49/19 50/4 135/12 135/13 135/13 135/14 135/16 135/22 136/9
**Elsa** [1]  23/12
**else** [8]  23/5 43/19 43/21

82/25 139/10 147/20 52/8 153/5
**else's** [1]  21/23
**elsewhere** [1]  99/9
**embodied** [1]  47/2
**emerge** [1]  116/12
**emergent** [2]  23/15 23/16
**Emily** [2]  37/22 37/23
**emotional** [2]  45/3 47/14
**emphasized** [1]  30/10
**empirical** [1]  77/19
**employed** [1]  144/3
**employees** [1]  12/18
**employs** [1]  125/15
**enact** [1]  21/14
**encounters** [1]  60/3
**encouraged** [1]  114/8
**end** [8]  9/10 23/14 41/10 78/9 88/24 95/13 137/19 147/10
**ended** [2]  124/17 150/5
**endorse** [6]  37/4 37/19 38/5 39/3 68/20 126/19
**endorsed** [12]  30/17 30/18 37/10 38/7 39/7 39/19 68/23 68/25 69/5 69/8 87/23 90/12
**endorsement** [11]  25/21 37/9 37/14 37/14 68/17 115/15 115/16 115/17 116/8 116/10 127/9
**endorsements** [4]  24/12 30/22 37/18 38/21
**endorsing** [3]  48/25 49/9 69/10
**ends** [1]  124/24
**energy** [1]  27/13
**engage** [1]  11/15
**engaged** [3]  11/11 21/25 25/12
**engineer** [5]  5/9 6/10 15/7 24/7 35/8
**engineering** [4]  5/10 6/13 10/17 35/19
**engineers** [2]  5/12 20/21

**English [16]**  6/10 21/5
21/10 22/11 22/18 22/20
22/22 22/23 23/3 23/4 23/5
23/14 23/14 23/21 23/24
30/8
**enhance [1]**  110/2
**enjoyed [1]**  53/9
**enough [6]**  32/18 40/15
78/8 87/4 124/8 143/13
**enrollment [1]**  64/19
**ensure [1]**  10/10
**entered [2]**  6/11 32/22
**entire [7]**  13/18 13/23 26/20
28/4 47/25 50/14 99/25
**entirely [2]**  96/10 150/12
**entities [2]**  75/12 123/17
**entitled [1]**  146/20
**entity [1]**  41/10
**entity's [1]**  53/24
**entry [1]**  113/19
**environment [1]**  5/14
**equal [2]**  104/4 105/18
**equipment [1]**  5/23
**equipped [1]**  9/19
**equity [1]**  53/2
**equivalent [1]**  81/11
**ER [1]**  93/14
**erroneous [1]**  138/20
**error [5]**  35/4 35/7 81/25
107/2 139/19
**errors [1]**  93/2
**especially [7]**  13/22 15/7
15/9 23/3 30/17 34/25 93/18
**essence [1]**  53/6
**essentially [3]**  54/25 55/21
85/5
**establish [6]**  17/15 75/21
76/2 76/5 76/5 113/2
**established [1]**  139/15
**estate [1]**  66/19
**estimate [10]**  77/5 82/18
83/22 83/24 85/2 85/3 89/14
90/1 135/13 135/17
**estimated [7]**  80/19 83/10
83/11 83/17 132/25 135/8
145/20
**estimates [15]**  80/22 80/22
81/10 82/20 87/3 87/18
87/18 87/20 87/21 87/25
92/13 109/12 109/15 134/5
139/19
**estimation [4]**  33/20 66/11
77/3 83/11
**estimations [1]**  90/9
**ET [1]**  1/7
**ethnic [4]**  91/4 91/10 98/12
118/9
**ethnically [1]**  63/22
**ethnicity [18]**  18/17 76/11
104/3 105/6 105/12 117/3
120/12 120/15 120/18 121/3
121/6 121/9 132/2 132/2
145/5 145/8 145/9 145/11
**evacuees [1]**  46/4
**evaluate [3]**  125/24 134/7
143/20
**evaluation [2]**  122/3 132/9
**evaluations [1]**  131/11
**even [30]**  14/6 15/5 21/6
21/15 25/5 35/2 38/12 40/25
41/11 50/20 62/24 81/1
82/23 86/11 87/4 90/12
95/20 97/15 100/16 101/18
110/17 110/25 116/18
117/23 118/6 130/14 132/21
140/1 140/11 151/2
**event [2]**  57/6 69/4
**events [2]**  57/9 57/15
**ever [1]**  119/22
**every [30]**  26/13 26/24 31/1
31/4 35/3 35/5 46/13 50/21
50/22 52/11 52/14 52/17
52/17 52/19 52/20 54/24
57/22 61/12 61/22 69/23
69/25 70/6 70/8 76/18 114/7
117/22 127/22 132/21
133/25 152/25
**everybody [9]**  33/22 52/9
53/21 61/13 61/20 65/18
68/21 99/25 103/19
**everyone [4]**  27/15 51/15
86/2 139/18
**everything [4]**  23/5 47/22
51/25 146/2
**evidence [26]**  13/12 14/7
17/17 59/10 70/10 75/20
75/24 76/2 84/7 86/15 86/18
89/2 89/3 89/5 94/24 100/4
102/10 105/3 111/2 112/8
113/1 121/13 132/15 138/6
150/24 151/4
**evidenced [1]**  40/4
**exacerbate [1]**  105/7
**exacerbated [1]**  105/10
**exactly [13]**  32/5 48/19
53/22 68/7 77/23 78/23
78/24 101/13 134/13 136/20
136/21 138/20 142/19
**exaggerate [1]**  94/1
**exaggerating [2]**  94/3 94/4
**examination [8]**  4/19 27/23
44/7 58/4 71/6 72/15 118/20
143/17
**examine [2]**  76/9 136/18
**examining [1]**  76/9
**example [23]**  25/4 30/24
59/3 61/17 77/20 79/13 80/3
80/23 81/5 83/22 85/1 85/25
86/3 88/6 91/25 93/13 96/16
102/1 110/16 113/20 115/21
125/19 128/25
**excellent [2]**  124/15 152/6
**except [1]**  70/1
**excited [4]**  27/16 46/6 46/6
46/11
**exclusively [2]**  76/23 123/17
**excuse [3]**  47/16 70/23 95/4
**excused [1]**  153/12
**executed [1]**  126/25
**executive [6]**  26/7 40/20
40/23 41/17 42/3 65/14

**exhibit [43]** 33/9 34/14
35/24 37/21 38/24 39/24
40/5 48/20 48/21 55/6 56/5
57/5 57/25 63/6 63/8 63/15
66/25 67/1 67/2 69/21 69/23
73/10 73/11 73/13 80/12
83/3 88/9 91/23 108/24
110/5 113/22 116/23 123/9
131/9 131/10 132/5 132/10
132/15 133/19 142/5 144/22
152/12 152/13
**Exhibit 119 [2]** 34/14 35/24
**Exhibit 12 [1]** 55/6
**Exhibit 120 [2]** 66/25 67/1
**Exhibit 129 [1]** 33/9
**Exhibit 131 [2]** 63/6 63/8
**Exhibit 135 [2]** 131/9
131/10
**Exhibit 137 [4]** 69/21 69/23
132/10 132/15
**Exhibit 140 [2]** 152/12
152/13
**Exhibit 24 [1]** 142/5
**Exhibit 35 [1]** 57/5
**Exhibit 41 [2]** 48/20 48/21
**Exhibit 6 [1]** 113/22
**Exhibit 7 [1]** 73/10
**Exhibit 73 [4]** 73/13 80/12
110/5 123/9
**Exhibit 74 [1]** 37/21
**Exhibit 75 [3]** 38/24 39/24
40/5
**Exhibit 8 [7]** 73/11 83/3
88/9 91/23 108/24 116/23
144/22
**exhibits [8]** 3/12 57/2 57/13
57/14 57/18 57/20 148/4
152/18
**Exhibits 36 [1]** 57/13
**exist [1]** 63/23
**existed [1]** 37/15
**existing [1]** 29/22
**exists [1]** 132/7

**expanded [1]** 5/6
**expect [1]** 138/21
**expeditiously [1]** 119/23
**expenditure [1]** 62/18
**expenditures [2]** 32/16 33/6
**expenses [1]** 32/17
**expensive [2]** 64/20 66/21
**experience [16]** 7/21 7/23
8/13 8/15 9/17 12/5 14/15
24/2 44/21 60/9 60/9 62/7
73/23 74/21 124/11 130/10
**experienced [1]** 152/1
**experiences [10]** 9/14 9/20
11/4 16/4 31/8 34/2 35/1
42/1 42/5 42/6
**expert [11]** 34/7 46/16
72/21 73/23 75/3 76/19
123/11 123/12 124/10
124/20 126/21
**experts [4]** 76/22 79/7
118/25 119/9
**explain [17]** 34/16 44/16
47/1 49/2 51/6 53/22 57/15
66/14 67/23 76/7 78/6 80/21
80/25 113/25 117/12 117/19
121/21
**explains [1]** 145/25
**explanation [1]** 66/16
**explanatory [1]** 25/9
**explicit [1]** 120/21
**explicitly [1]** 120/24
**exploiting [1]** 115/19
**express [1]** 147/3
**expressed [2]** 115/7 120/5
**extensive [1]** 45/25
**extent [2]** 9/4 28/2
**extra [1]** 20/23
**extremely [3]** 59/21 93/12
97/21
**ez [3]** 4/24 4/25 5/3

**F**

**face [1]** 100/3
**facing [2]** 46/11 47/21
**fact [30]** 7/17 13/16 30/19

42/6 47/10 56/20 63/17 66/3
68/16 71/1 79/14 82/18
90/20 91/6 97/12 99/2 103/8
107/12 111/14 112/20 114/7
115/12 117/22 132/7 135/4
136/21 138/13 140/2 140/12
140/19
**factions [1]** 16/8
**factor [10]** 35/5 35/7 53/23
54/2 54/6 54/7 75/16 75/21
117/6 150/25
**factors [30]** 53/12 53/14
53/16 53/23 54/5 72/22 75/4
96/15 120/21 120/23 121/18
121/25 122/4 123/5 124/13
143/22 144/12 144/15
150/11 150/13 150/17
150/18 150/19 150/20
150/21 150/24 151/2 151/2
151/4 151/6
**facts [2]** 53/20 126/5
**factually [2]** 70/7 87/16
**fail [1]** 79/23
**failing [1]** 106/12
**fails [1]** 79/22
**failure [1]** 111/9
**fair [8]** 25/18 31/3 31/6
31/10 38/23 62/24 78/8
124/8
**fairly [5]** 27/1 53/20 104/13
105/5 114/24
**fall [3]** 61/23 81/16 81/18
**fallback [1]** 19/17
**falls [2]** 77/7 79/5
**familiar [9]** 35/13 35/21
38/6 73/14 113/13 113/19
113/20 128/17 144/4
**Families [8]** 24/21 25/10
37/1 39/2 39/19 40/2 40/8
69/9
**family [10]** 8/2 8/3 44/17
50/14 50/15 50/25 62/10
65/14 71/9 97/19
**fan [2]** 12/18 13/2

**F**

**far [3]** 13/12 58/13 130/6
**favor [5]** 54/2 54/7 80/5 123/13 145/2
**favoring [1]** 145/4
**FCRR [1]** 2/2
**fear [2]** 10/7 10/10
**featured [1]** 110/19
**February [1]** 73/9
**February 21 [1]** 73/9
**federal [3]** 101/2 101/10 101/11
**Federation [3]** 48/25 49/8 49/22
**feedback [3]** 26/3 27/9 27/10
**feel [4]** 7/3 13/21 14/10 24/8
**feeling [1]** 111/10
**fell [1]** 26/21
**felt [3]** 32/12 32/12 54/21
**few [6]** 14/17 39/11 39/12 77/7 84/21 123/21
**Fifteenth [1]** 101/2
**fifth [4]** 22/22 53/19 122/22 148/18
**Fifth Circuit [2]** 53/19 122/22
**fight [5]** 21/1 21/18 40/9 98/25 99/2
**fighting [5]** 7/13 7/14 61/21 61/22 99/4
**fights [1]** 23/9
**figure [2]** 86/19 132/22
**figures [1]** 32/5
**file [4]** 31/24 149/1 152/17 153/1
**filed [1]** 152/17
**filing [1]** 153/2
**fill [1]** 150/18
**final [4]** 77/11 93/9 148/9 152/23
**finally [2]** 10/18 127/19
**finance [1]** 45/23
**financial [2]** 62/13 69/13

**find [16]** 8/16 9/13 9/22 15/12 15/25 34/10 94/13 135/1 137/11 149/16 152/5
**finding [6]** 20/14 138/9 139/2 139/4 152/3 152/7
**findings [2]** 82/1 138/25
**finish [2]** 19/25 64/6
**finished [1]** 6/10
**finishing [1]** 45/7
**first [32]** 4/25 8/5 8/6 9/5 19/8 19/23 24/11 28/17 42/24 59/4 64/2 65/22 66/14 75/8 75/16 83/2 88/8 94/23 97/20 98/14 104/8 116/20 121/8 125/19 126/9 126/10 127/13 137/10 137/23 138/24 140/5 150/7
**first-hand [1]** 66/14
**firsthand [2]** 12/23 20/21
**fish [1]** 114/12
**fits [1]** 79/6
**five [9]** 19/10 32/13 48/6 57/19 75/7 131/1 136/12 150/8 152/23
**five-week [1]** 152/23
**flag [1]** 134/6
**flaws [1]** 34/24
**fled [1]** 9/1
**flippant [1]** 35/10
**Florida [6]** 97/23 97/24 97/24 98/4 98/5 98/7
**fluctuation [1]** 140/20
**focus [9]** 18/20 18/20 54/4 57/24 120/11 145/10 145/11 145/12 145/13
**focused [1]** 114/8
**focuses [2]** 17/17 121/4
**folks [11]** 9/7 11/17 12/22 21/6 21/11 21/18 21/21 24/4 26/9 41/25 42/1
**follow [2]** 53/4 151/14
**following [2]** 54/25 61/19
**football [2]** 61/14 61/15
**footnote [1]** 148/3

**forced [2]** 71/16 77/17
**foregoing [1]** 153/15
**Forest [4]** 36/3 36/10 67/6 67/20
**forever [1]** 137/14
**form [9]** 76/19 85/15 93/15 99/11 100/10 100/10 101/4 108/6 127/6
**formalization [1]** 39/8
**formally [2]** 38/5 113/21
**formed [5]** 37/16 39/7 40/3 40/7 40/9
**former [3]** 47/12 48/7 74/20
**forms [1]** 93/15
**forth [2]** 49/14 56/25
**Fortunately [2]** 70/19 70/23
**forum [4]** 66/5 66/8 71/8 71/13
**found [7]** 51/12 128/4 128/6 128/8 128/11 128/13 128/15
**foundation [5]** 24/18 25/7 120/10 139/21 139/21
**founded [1]** 48/19
**founder [1]** 10/1
**founders [1]** 48/5
**founding [1]** 10/2
**four [3]** 11/6 11/12 67/16
**Fourteenth [1]** 101/2
**fourth [3]** 5/25 6/5 8/10
**framework [1]** 9/10
**frankly [9]** 7/6 49/24 50/5 50/24 54/16 56/23 61/18 91/1 143/1
**free [3]** 12/18 101/6 119/14
**Freedom [2]** 24/18 25/7
**freshman [1]** 45/13
**Friday [1]** 71/22
**friend [1]** 8/21
**friendly [1]** 149/17
**friends [5]** 8/20 9/1 9/4 9/24 62/20
**front [3]** 41/8 60/6 60/20
**Frostwood [1]** 58/16
**frustrate [1]** 97/7

# F

**full [7]**  23/16 27/12 27/13 45/5 74/11 135/3 136/17
**full-capacity [1]**  27/12
**full-time [1]**  45/5
**function [4]**  90/17 107/16 110/2 112/23
**functioning [2]**  107/24 112/24
**functions [2]**  107/20 112/25
**fund [4]**  40/3 40/7 64/25 115/9
**fundamental [1]**  23/25
**fundamentally [1]**  147/6
**funded [2]**  9/6 99/4
**funding [3]**  32/3 32/19 65/7
**funds [1]**  20/23
**further [4]**  6/17 34/16 71/4 118/11

# G

**gaining [1]**  104/20
**games [1]**  50/23
**gang [2]**  44/25 52/2
**gang-ridden [2]**  44/25 52/2
**gas [1]**  5/22
**gave [3]**  7/6 64/8 88/6
**general [5]**  5/7 25/7 34/11 113/13 120/5
**generally [4]**  74/16 75/14 94/20 125/25
**generate [1]**  93/15
**generous [1]**  56/13
**genie [2]**  5/13 5/13
**gentrification [3]**  64/18 65/10 66/17
**geographically [1]**  143/4
**Georgia [1]**  74/9
**gerrymandered [1]**  13/4
**gets [2]**  5/13 102/21
**getting [16]**  9/16 20/10 51/23 51/23 51/24 60/5 64/20 66/21 83/10 85/3 85/9 88/25 103/10 103/11 103/12

**Gingles [38]**  53/5 53/12 53/14 72/22 75/4 75/16 75/22 76/3 76/6 77/17 77/18 95/9 95/9 96/14 106/15 117/6 121/18 121/25 122/7 123/5 123/5 124/12 130/10 130/11 132/20 141/22 142/16 142/21 142/25 143/22 143/24 143/25 143/25 144/11 150/11 150/12 150/24 151/1
**girl [3]**  6/16 6/16 11/21
**give [11]**  5/7 6/12 34/21 54/24 60/9 85/1 95/7 101/4 144/10 146/4 146/18
**given [14]**  81/22 81/25 82/6 82/6 110/24 113/5 123/25 130/7 139/24 148/1 150/4 150/20 151/14 152/19
**gives [4]**  84/18 86/7 86/14 93/20
**glad [1]**  63/25
**goes [5]**  23/23 53/23 81/3 84/4 145/8
**going [85]**  7/5 8/14 9/1 10/5 11/14 12/19 13/1 16/3 16/9 18/5 19/14 20/23 20/25 21/12 21/14 21/17 21/19 24/10 32/6 32/6 33/2 35/23 37/18 38/3 38/22 40/11 42/8 47/20 54/4 57/12 60/1 60/1 61/15 64/9 64/18 66/22 68/15 69/14 90/24 95/1 95/6 95/23 96/2 96/4 96/5 96/6 96/7 96/9 102/11 107/15 112/17 112/18 112/20 114/12 115/9 118/14 119/12 119/22 119/25 122/19 123/25 130/8 131/12 132/4 135/21 136/16 137/1 139/18 140/20 140/21 146/13 146/25 147/8 147/10 147/17 148/13 148/17 148/20

**gold [1]**  12/1
**gone [1]**  58/15
**Gonzales [3]**  70/1 135/24 135/25
**good [30]**  4/2 4/21 4/22 5/2 5/11 10/11 11/3 11/4 27/25 28/1 40/16 44/1 51/12 52/8 52/21 54/1 58/6 58/8 72/9 72/17 72/18 75/15 95/10 106/10 114/13 114/15 115/18 118/22 118/23 152/1
**Goodson [1]**  38/14
**Goose [2]**  129/16 129/17
**gosh [1]**  62/23
**got [23]**  11/3 12/25 27/10 36/24 44/22 46/5 55/2 60/13 63/17 65/21 65/22 86/4 89/3 92/17 93/4 93/5 95/24 96/1 119/24 134/15 136/14 143/18 153/1
**gotten [2]**  19/23 26/4
**govern [1]**  22/11
**governance [2]**  25/14 29/22
**governing [1]**  100/13
**government [7]**  20/25 53/24 99/11 99/17 100/10 100/10 101/3
**Governor [1]**  74/20
**grad [1]**  45/8
**grade [9]**  5/25 6/5 8/10 22/22 22/24 23/15 45/2 45/15 58/18
**graduated [3]**  10/16 44/19 45/13
**graduating [1]**  44/24
**grandparents [1]**  6/23
**grant [1]**  101/12
**graphical [2]**  131/11 131/14
**graphs [2]**  137/10 137/13
**grappling [1]**  13/11
**grasp [1]**  151/7
**great [8]**  15/16 15/17 24/9

**great... [5]** 42/7 44/21 45/5 50/17 63/25
**greater [1]** 95/7
**grew [1]** 6/5
**Grofman [1]** 139/18
**ground [1]** 115/8
**group [24]** 11/21 15/23 25/11 25/11 25/15 36/25 48/6 48/9 48/10 49/4 49/18 49/23 54/16 60/19 61/21 69/4 77/20 78/22 78/23 80/6 98/8 98/8 98/12 115/17
**group's [1]** 117/8
**GroupMe [1]** 60/14
**groups [1]** 93/24
**growth [1]** 47/14
**guardian [1]** 22/1
**Guatemala [7]** 6/7 8/11 8/12 8/13 8/18 9/7 15/18
**Guatemalan [1]** 15/19
**guess [8]** 9/1 12/5 22/15 38/23 70/17 118/22 131/24 132/17
**Guides [1]** 11/16
**guise [1]** 13/5
**gun [1]** 9/5
**Gutierrez [2]** 9/24 9/25

**H**

**hadn't [2]** 52/21 54/9
**Hagan [2]** 23/13 23/13
**half [7]** 27/11 36/21 43/16 64/23 64/23 65/3 68/10
**hallmark [1]** 12/2
**hand [2]** 66/14 72/9
**handed [3]** 133/13 147/24 152/11
**happen [8]** 5/14 5/22 21/17 26/21 91/20 91/20 91/20 136/16
**happened [3]** 86/1 111/7 141/10
**happening [3]** 85/23 95/14

**happens [1]** 116/2
**happy [6]** 11/2 11/15 11/15 61/6 66/15 121/20
**hard [7]** 14/21 15/24 26/6 26/16 27/4 57/21 62/19
**hard-earned [1]** 62/19
**harder [1]** 137/11
**Harris [4]** 24/19 25/8 79/16 128/8
**Harris County [3]** 24/19 25/8 128/8
**harsh [1]** 26/24
**hate [2]** 6/15 66/22
**have [230]**
**have -- well [1]** 45/12
**haven't [11]** 4/12 35/24 66/18 97/11 113/3 143/9 143/9 149/20 149/21 150/5 151/23
**having [18]** 13/14 49/18 50/6 50/9 51/15 51/19 58/22 59/4 59/9 59/18 59/18 99/24 100/19 103/8 115/22 119/6 120/6 139/23
**HD133 [1]** 15/5
**he [64]** 6/25 7/5 8/1 8/23 8/24 8/25 9/23 9/24 10/8 10/9 25/23 29/6 30/17 31/5 34/19 46/23 47/11 58/18 58/21 65/7 72/8 87/23 87/24 91/12 91/13 91/15 92/3 93/5 93/25 93/25 94/1 99/2 99/3 101/10 102/2 102/5 102/20 102/20 102/21 106/17 108/17 109/12 111/13 124/16 124/23 125/16 125/23 126/11 126/25 127/6 127/12 137/6 137/6 138/4 140/18 141/3 141/4 141/4 141/11 141/16 141/17 144/17 144/17 148/11
**he's [21]** 10/1 58/20 87/11 87/23 91/15 94/3 102/6

**headed [1]** 66/3
**hear [14]** 15/17 15/21 15/22 21/11 24/1 26/7 34/19 39/11 39/12 44/5 46/15 56/18 66/15 118/7
**heard [12]** 13/1 14/1 25/15 26/1 27/7 48/2 50/4 54/9 101/24 117/16 131/10 146/2
**hearing [6]** 9/12 17/20 17/22 125/19 127/24 141/1
**hearsay [1]** 66/16
**heart [1]** 60/7
**hearts [2]** 13/24 14/14
**Heather [2]** 2/2 153/19
**heavily [1]** 86/14
**held [1]** 49/25
**help [8]** 10/5 46/1 51/13 57/23 62/21 73/4 74/14 76/16
**helpful [2]** 57/22 149/17
**helping [1]** 114/9
**HENRY [1]** 1/19
**her [9]** 7/12 21/9 23/12 45/22 45/24 47/23 47/25 49/11 153/3
**here [60]** 4/7 7/25 9/16 21/18 22/16 37/7 38/17 49/13 52/23 53/16 54/8 54/17 62/6 65/4 66/1 68/3 68/4 70/2 70/3 72/8 76/3 81/20 81/25 84/14 84/16 84/22 84/23 86/16 89/2 91/2 91/3 91/18 93/18 94/14 94/24 95/1 95/7 95/15 97/21 99/23 100/12 101/14 101/14 108/15 119/14 119/16 120/13 121/16 121/23 122/16 123/1 125/13 127/12 131/14 136/18 136/23 140/15 141/10 143/10 149/7

**H**

**Here's [1]** 24/3
**heritage [1]** 6/22
**Hey [2]** 10/4 23/13
**Hi [1]** 58/7
**high [13]** 6/8 10/25 42/9
 43/2 43/6 44/19 58/16 58/19
 58/20 58/21 93/12 101/8
 110/15
**higher [3]** 94/20 111/17
 111/17
**highlight [2]** 57/23 143/11
**highlighting [1]** 111/12
**highly [1]** 28/9
**him [3]** 19/25 103/2 144/17
**HINDMAN [1]** 1/23
**hire [1]** 61/18
**hired [1]** 144/12
**hiring [1]** 152/6
**his [47]** 8/2 17/7 45/7 47/10
 50/5 65/16 66/1 77/11 82/20
 87/12 88/10 90/5 93/9 94/1
 94/9 103/12 106/18 106/21
 107/2 109/11 112/15 113/8
 119/5 124/16 124/21 124/22
 125/16 127/5 127/12 127/12
 127/23 131/21 137/20 138/2
 138/3 138/11 138/12 138/17
 138/25 139/11 140/5 140/12
 140/17 140/25 141/13
 141/16 145/21
**HISD [8]** 61/10 104/2 105/8
 105/10 106/4 106/11 129/5
 129/6
**Hispanic [213]**
**Hispanic-lived [1]** 16/4
**Hispanics [41]** 9/14 9/17
 13/14 15/1 48/11 48/11
 55/23 78/9 83/17 83/24
 84/24 87/15 89/19 91/3 91/3
 91/4 91/5 91/6 91/7 91/7
 91/8 91/13 91/14 91/17
 91/18 91/19 91/19 92/3
 92/21 93/3 93/5 95/11 95/15

102/7 108/18 110/2 131/23
**historical [1]** 53/8
**historically [3]** 46/8 56/11
 113/16
**history [1]** 111/3
**Hobby [1]** 74/20
**hog [1]** 116/3
**hold [2]** 32/6 32/6
**Hollibrook [2]** 23/17 23/18
**Holmes [1]** 143/13
**home [5]** 12/25 27/15 36/17
 59/11 74/10
**homework [4]** 57/19 59/15
 149/14 152/23
**Honduran [1]** 9/4
**Hondurans [1]** 15/11
**honestly [2]** 18/5 52/6
**Honor [23]** 14/25 19/3
 19/19 22/15 26/5 41/19
 54/11 69/17 72/5 72/13
 101/8 118/12 118/19 146/13
 147/21 148/12 149/3 149/4
 152/10 153/6 153/7 153/10
 153/11
**HONORABLE [1]** 1/10
**hood [2]** 136/25 136/25
**hope [3]** 28/4 52/22 151/25
**hoped [1]** 112/6
**Hopefully [2]** 26/21 151/8
**horrors [1]** 98/20
**host [1]** 99/15
**hour [1]** 118/14
**house [7]** 10/19 36/21 68/7
 68/10 68/13 79/23 98/21
**housekeeping [1]** 152/10
**housing [2]** 64/15 64/21
**HOUSTON [15]** 1/2 1/16
 2/4 48/25 49/8 49/22 61/10
 73/25 74/1 97/2 97/3 97/9
 103/19 113/12 129/18
**however [2]** 103/6 134/11
**Hoyt [1]** 133/9
**Hullett [1]** 1/19

human [2] 34/24 146/9
**hundreds [1]** 86/11
**hurt [1]** 51/20
**husband [1]** 45/7
**hybrid [1]** 43/13
**hypothetical [1]** 14/2
**hypothetically [1]** 150/23

**I**

**I -- and [1]** 152/21
**I -- but [1]** 82/8
**I -- when [2]** 32/12 111/23
**I'd [16]** 64/2 66/9 66/15
 67/12 75/16 83/1 83/4
 101/14 110/4 111/22 116/12
 119/12 119/17 123/1 123/1
 143/8
**I'll [21]** 5/2 7/6 7/24 19/2
 22/25 27/9 27/19 43/17
 53/22 57/3 57/3 65/9 103/5
 119/13 121/20 134/7 141/2
 149/1 150/6 150/9 151/8
**I'm [102]** 5/9 6/20 11/2
 11/18 12/18 13/11 13/18
 13/19 13/20 15/7 18/5 18/25
 19/25 20/19 20/20 21/15
 21/16 21/21 21/22 22/4 22/7
 22/25 23/7 23/22 24/7 24/10
 28/21 30/24 32/6 32/6 32/18
 33/2 33/4 36/6 38/8 38/9
 38/9 38/16 39/17 39/25
 40/11 40/14 49/12 49/16
 53/1 53/3 53/16 53/18 54/4
 57/12 59/7 60/24 61/6 61/14
 61/25 63/25 65/10 66/11
 66/15 66/18 66/18 66/19
 66/20 91/1 106/5 106/7
 106/23 119/13 119/16
 119/22 119/25 122/16
 122/18 122/18 126/24
 126/25 127/8 129/1 129/14
 132/17 133/17 134/8 134/16
 134/17 134/18 135/4 137/21
 140/14 140/15 140/21
 142/20 143/8 144/4 144/6

**I'm... [9]** 144/14 146/11 146/13 147/10 148/10 148/25 149/11 150/3 151/7
**I've [32]** 13/2 19/22 19/23 22/25 27/7 28/2 34/22 50/19 57/21 62/6 64/16 74/19 75/8 75/10 75/13 80/3 97/23 101/24 105/8 108/13 119/6 119/24 123/16 126/20 133/13 137/5 140/18 141/5 142/4 144/4 146/2 152/2
**I-10 [5]** 36/4 63/1 103/4 118/3 118/3
**idea [3]** 111/7 112/1 117/25
**ideal [1]** 76/16
**ideas [1]** 98/20
**identified [6]** 28/19 28/23 39/2 46/17 47/11 61/3
**identify [2]** 28/25 46/22
**ideological [13]** 29/9 97/15 97/22 115/13 115/19 116/16 117/4 117/11 117/18 117/23 145/25 146/6 147/5
**ideologically [2]** 105/4 146/25
**ideologies [1]** 16/8
**ideology [6]** 12/21 25/19 34/3 115/7 115/8 118/5
**III [2]** 101/10 109/9
**ill [2]** 100/9 115/18
**illegal [2]** 100/3 101/22
**illustrative [13]** 16/5 51/19 52/7 55/21 64/12 106/14 106/18 108/7 108/10 113/6 142/6 142/7 142/14
**imagine [1]** 35/4
**Immokalee [1]** 98/3
**impact [1]** 13/9
**implementing [1]** 147/12
**implication [2]** 111/1 140/15
**importance [1]** 122/17
**important [31]** 8/9 10/11

12/17 20/16 34/3 34/5 37/5 47/12 47/15 48/7 54/21 59/5 59/19 59/21 61/8 65/25 77/2 83/21 84/13 84/14 93/10 96/14 102/13 114/18 114/19 119/4 122/7 122/9 124/17 124/17 152/1
**importantly [3]** 26/3 77/1 97/14
**impossible [1]** 71/17
**impressed [1]** 98/19
**impression [1]** 79/6
**improperly [1]** 126/25
**improve [3]** 21/10 21/17 149/16
**improving [1]** 30/7
**inaccurate [1]** 90/20
**inappropriate [1]** 20/14
**incentive [1]** 22/17
**incentives [1]** 23/6
**included [2]** 29/13 152/14
**includes [1]** 91/14
**including [5]** 32/21 41/23 41/25 105/9 130/19
**income [3]** 44/23 44/25 52/2
**incompatible [1]** 82/1
**inconsistent [8]** 137/16 137/24 138/1 138/6 138/9 138/11 138/17 140/6
**incorrect [6]** 37/8 39/22 87/13 89/14 92/25 119/6
**increase [2]** 21/1 112/14
**incumbent [1]** 17/3
**indeed [1]** 39/8
**INDEPENDENT [9]** 1/6 4/3 61/10 103/21 103/22 104/5 115/10 115/11 152/5
**Indian [1]** 11/19
**indicate [3]** 14/7 138/25 145/4
**indicated [3]** 29/12 69/24 133/5
**indicates [3]** 36/1 63/10 67/4

**indication [2]** 95/1 132/12
**indicator [2]** 92/11 148/7
**indicators [1]** 94/7
**indigenous [1]** 15/18
**indiscernible [1]** 11/17
**individual [1]** 85/24
**individuals [1]** 120/23
**indulge [1]** 22/16
**inequality [1]** 53/9
**inference [8]** 35/14 35/17 76/14 76/15 85/14 137/17 139/17 139/20
**inferences [1]** 141/20
**infiltration [1]** 25/5
**inform [2]** 73/4 73/22
**informal [2]** 37/16 130/16
**information [8]** 32/13 33/2 33/14 67/2 76/10 76/11 84/19 107/6
**informed [1]** 122/20
**inherent [1]** 34/24
**initial [2]** 127/23 137/15
**initially [3]** 125/23 143/7 146/2
**initiated [1]** 113/25
**inner [1]** 40/13
**innocent [1]** 21/25
**inquiry [1]** 117/10
**inside [1]** 85/13
**instance [1]** 139/25
**instances [1]** 70/10
**instead [2]** 61/21 117/4
**instituted [1]** 99/15
**instruction [1]** 23/19
**insufficient [3]** 75/21 75/24 76/2
**intended [2]** 130/12 146/4
**intent [6]** 40/12 121/15 121/17 121/24 122/2 122/6
**interact [1]** 96/15
**interacting [1]** 100/7
**interaction [1]** 100/23
**interacts [2]** 53/8 101/21
**interest [4]** 17/6 43/17

**I**

**interest...** [2] 57/12 134/17
**interested** [8] 30/24 38/22
49/16 52/23 66/11 66/15
129/14 135/4
**interesting** [11] 6/12 8/4
9/12 10/4 15/12 22/15 23/17
43/15 54/9 74/21 151/25
**interests** [3] 11/13 33/22
103/4
**interpret** [2] 121/14 131/25
**interpretation** [1] 34/20
**interpreted** [1] 81/9
**interval** [7] 81/12 81/16
82/17 84/4 85/4 88/23 88/25
**intervals** [7] 77/2 81/11
82/19 84/14 84/22 84/22
87/4
**interview** [3] 37/2 38/4
70/3
**interviewed** [4] 37/3 37/6
68/23 68/25
**intimately** [2] 51/13 114/25
**introduced** [1] 99/17
**introduces** [1] 35/4
**introductory** [1] 74/17
**intrusion** [1] 115/24
**invalid** [1] 140/1
**invitation** [2] 65/16 71/14
**invited** [2] 65/17 65/18
**involved** [16] 6/16 6/16
11/9 11/14 11/16 11/21
37/10 43/4 43/6 45/21 48/4
48/12 51/13 75/13 80/4
128/19
**involvement** [1] 15/17
**involving** [4] 70/1 87/7
91/25 152/1
**Iowa** [2] 74/4 74/5
**irregularities** [1] 92/20
**irrelevant** [2] 139/4 148/15
**irrespective** [3] 102/18
120/15 147/4
**is -- the** [1] 115/4

**ISD** [12] 10/15 44/24
45/8 46/7 49/9 49/21 50/12
50/13 51/9 57/7 62/10 75/19
80/9 117/20 128/25 129/7
129/9 129/16 132/16 134/14
**ISD's** [1] 72/21
**isn't** [10] 5/2 87/14 90/11
107/11 112/10 112/10
138/11 144/2 145/12 146/6
**issue** [24] 13/11 18/6 18/6
18/20 24/5 30/3 30/6 42/10
42/10 42/13 42/25 71/8
76/21 91/2 91/3 95/8 95/9
95/10 100/15 102/3 119/7
122/24 147/5 150/10
**issued** [1] 73/6
**issues** [27] 12/11 17/6 20/6
20/8 20/22 29/12 30/11
30/19 31/2 31/5 34/2 46/11
47/21 59/1 60/23 61/2 61/23
114/20 114/23 115/2 123/23
146/23 146/25 151/4 151/7
151/10 152/1
**items** [1] 59/13
**iterative** [2] 90/11 93/23
**its** [10] 4/3 29/15 37/18 48/4
72/4 77/20 80/7 85/14
110/14 115/21
**itself** [5] 17/4 77/14 113/1
113/3 135/1

**J**

**January** [1] 6/24
**job** [3] 104/6 106/10 152/6
**John** [9] 4/5 4/18 4/24
23/13 25/17 51/3 72/6 72/14
72/20
**joined** [1] 6/5
**Jordan** [2] 6/7 8/11
**Jose** [3] 9/24 9/25 10/4
**JOSEPH** [1] 1/18
**judge** [22] 1/10 7/4 9/15
33/1 33/20 34/19 43/17
43/23 51/18 57/1 70/5 71/4
73/22 101/10 118/24 121/1

147/8 151/25
**Judge Lake** [3] 70/5 73/22
121/1
**judge's** [2] 34/17 49/16
**judges** [4] 101/12 116/14
116/17 116/18
**judgment** [2] 135/2 136/17
**judicial** [8] 116/2 116/3
116/5 116/5 116/9 116/13
148/22 149/1
**July** [1] 73/12
**July 2024** [1] 73/12
**junior** [1] 45/14
**just** [95] 5/7 7/6 7/19 8/21
9/4 9/21 11/2 11/11 12/4
12/17 13/19 13/20 13/24
15/4 16/15 16/18 17/24
19/20 20/10 20/11 20/12
20/14 21/5 21/7 22/7 22/18
23/22 24/10 24/25 25/7
26/10 26/19 33/5 34/6 35/13
36/6 38/16 40/18 41/19
43/14 45/12 46/10 47/13
47/24 49/7 49/12 49/14 51/6
51/14 51/15 52/19 52/23
52/24 53/25 55/6 57/2 57/3
58/9 62/8 63/4 64/7 67/20
73/22 85/1 85/17 89/4 91/19
92/10 92/12 92/22 92/23
92/24 96/16 101/8 103/5
103/23 111/6 111/15 111/19
112/10 112/17 115/20 116/2
126/25 128/3 132/17 138/7
140/14 140/19 144/22 148/9
150/3 150/15 151/13 151/20
**just -- I** [1] 52/23

**K**

**Kaczenski** [7] 20/5 28/25
29/5 30/12 30/16 33/16
33/17
**Kaczenski's** [1] 31/4
**Kamala** [1] 79/16
**Katrina** [1] 46/4

## K

**Katy [1]** 24/20
**keen [1]** 21/21
**keep [10]** 5/12 9/12 12/19
16/21 22/19 22/21 84/15
87/10 100/21 132/5
**keeping [1]** 61/5
**kept [2]** 50/2 50/3
**kid [1]** 22/20
**kids [13]** 10/20 11/6 11/12
13/21 27/14 28/6 45/3 45/5
48/15 48/15 51/16 59/9
59/20
**Killeen [2]** 128/25 129/1
**kind [16]** 12/2 12/19 13/1
22/13 35/6 49/2 68/2 78/19
87/6 92/10 92/19 98/23
116/3 134/5 138/4 138/5
**kindly [1]** 56/23
**kinds [3]** 75/11 93/2 115/1
**King [3]** 90/12 125/5
139/17
**King's [1]** 76/19
**knew [5]** 20/22 20/25 47/12
48/7 69/1
**know [120]** 5/25 8/12 8/12
8/25 9/5 9/8 9/22 9/25 10/2
11/13 11/25 12/4 12/19
12/21 14/19 14/22 15/6
16/17 19/17 20/18 20/19
20/20 22/6 24/5 25/3 25/6
27/8 31/24 37/20 37/22
37/23 38/11 38/18 38/19
38/21 38/22 42/21 47/19
50/11 50/16 51/19 51/23
51/23 51/24 52/23 54/12
56/14 56/23 59/11 60/13
62/24 63/5 64/1 64/2 64/16
66/1 66/5 66/9 66/18 67/11
67/12 67/16 67/20 68/11
70/16 71/16 73/20 77/5 77/6
77/8 79/7 79/21 79/23 82/4
83/12 83/18 84/6 84/11
84/15 84/15 85/5 86/5 87/8

89/3 90/9 92/20 94/6 97/1
97/24 98/21 98/23 98/25
99/23 99/24 100/18 101/25
102/11 104/18 105/8 105/18
105/19 105/24 107/7 107/8
114/9 114/17 116/7 119/7
119/10 122/20 122/20 132/3
133/1 134/14 135/9 141/4
148/10 151/7 151/24 153/4
**knowledge [12]** 20/21 45/22
45/24 46/21 50/11 52/1 52/3
66/15 76/18 76/22 124/11
138/4
**known [2]** 43/16 53/13
**knows [2]** 51/15 52/9

## L

**La [1]** 10/1
**label [3]** 30/25 60/24 115/22
**lack [3]** 79/4 111/2 151/5
**Lacking [1]** 86/15
**ladder [1]** 114/12
**laid [1]** 53/14
**LAKE [6]** 1/10 34/19 70/5
73/22 118/24 121/1
**land [4]** 62/11 64/20 66/20
138/10
**Landrum [9]** 55/13 63/18
63/22 67/20 106/19 108/12
108/18 109/2 109/25
**landscape [1]** 26/15
**language [8]** 22/5 22/13
22/20 22/22 23/5 23/20 91/5
91/10
**large [37]** 13/17 16/16
16/18 19/4 19/11 19/16
20/19 52/15 52/16 53/25
54/2 61/5 61/9 74/13 88/22
96/12 98/17 99/8 99/8 99/10
99/18 99/22 100/1 100/2
100/13 100/14 100/17
100/21 101/16 101/23 106/8
110/1 111/9 111/16 112/3
112/22 143/3
**largely [2]** 109/25 119/8

**larger [3]** 97/12 150/7
150/21
**last [10]** 11/3 25/25 45/13
65/17 66/7 94/1 99/14 99/19
136/8 141/4
**lately [1]** 61/10
**later [3]** 8/17 114/16 138/12
**latest [1]** 77/10
**Latino [1]** 143/2
**Latinos [1]** 9/17
**latitude [1]** 18/11
**launched [1]** 38/25
**launching [1]** 114/15
**law [12]** 13/12 16/17 16/17
17/15 19/4 23/19 40/19 41/5
70/18 101/1 122/19 146/20
**lawfare [1]** 13/3
**lawful [6]** 16/16 16/17 19/4
19/10 19/12 19/20
**laws [4]** 40/25 53/3 53/18
53/19
**lawsuit [11]** 13/2 20/19
29/13 33/11 40/4 40/10 52/6
56/25 133/6 133/25 135/1
**lawsuits [2]** 75/4 116/9
**lawyer [4]** 119/10 119/12
122/18 149/16
**lawyers [4]** 15/12 119/8
147/8 152/1
**lay [1]** 34/19
**Lead [1]** 47/19
**leaders [1]** 114/4
**leading [2]** 23/11 92/11
**leads [1]** 92/19
**League [1]** 99/10
**leanings [1]** 29/5
**learned [2]** 15/12 51/12
**learner's [1]** 23/14
**learners [7]** 21/5 21/11
22/12 22/18 23/3 23/4 30/8
**least [9]** 35/17 56/1 76/17
85/17 107/22 112/24 116/18
123/5 125/20
**leave [3]** 27/14 119/13

**leave...** [1] 119/13
**led** [1] 11/16
**left** [1] 8/24
**legal** [4] 28/5 75/14 76/5 77/19
**legally** [3] 91/10 122/8 136/22
**legislative** [4] 79/20 96/17 96/17 96/19
**legislators** [1] 64/25
**Legislature** [2] 65/2 128/13
**legitimate** [1] 107/21
**lenses** [1] 20/12
**less** [8] 62/23 79/2 82/21 90/16 97/15 109/16 113/7 114/5
**lesson** [1] 10/11
**let** [17] 13/7 19/2 20/20 29/18 34/8 43/7 47/11 52/6 52/22 52/23 78/1 114/14 121/1 121/20 125/2 146/16 150/14
**let's** [26] 28/24 31/20 33/8 34/12 34/14 35/22 37/21 38/24 39/24 55/5 56/12 63/6 66/24 83/1 88/6 91/22 92/14 92/23 99/24 131/9 132/10 135/10 141/22 142/5 144/17 150/23
**letting** [1] 41/9
**level** [16] 21/24 22/19 82/14 83/23 85/7 85/22 85/24 86/24 87/1 87/3 89/13 95/4 114/8 114/14 122/8 134/14
**levels** [3] 80/18 109/18 132/24
**levied** [1] 40/10
**Lezama** [8] 45/21 46/22 91/25 92/3 93/4 93/4 136/2 136/3
**liability** [1] 113/2
**liaisons** [1] 60/8
**liberal** [5] 6/13 49/23 54/22

**liberals** [1] 62/6
**liberty** [1] 40/19
**libraries** [2] 20/9 30/4
**library** [2] 20/12 20/13
**Lieutenant** [1] 74/20
**light** [1] 41/15
**like** [49] 7/10 15/9 19/9 20/24 26/5 36/1 48/24 49/7 50/16 51/21 52/12 53/4 57/9 58/19 59/23 61/12 63/2 64/2 66/9 67/11 68/2 68/16 75/16 79/10 82/19 83/1 83/4 86/10 93/3 93/13 99/15 106/11 110/4 111/10 111/21 115/5 115/15 115/22 119/8 119/17 123/1 131/1 131/5 133/18 136/16 140/11 143/22 150/10 152/13
**likely** [4] 82/7 113/9 134/12 138/1
**likewise** [1] 62/13
**line** [6] 8/4 29/7 41/20 60/17 80/1 104/24
**lines** [2] 29/8 129/3
**Lisa** [2] 51/3 60/17
**list** [2] 49/7 57/4
**listed** [4] 75/1 75/6 75/8 88/13
**listen** [2] 10/4 22/4
**listened** [2] 73/1 117/13
**listening** [1] 127/11
**listing** [1] 123/10
**literature** [1] 104/14
**little** [19] 5/15 7/22 10/14 20/3 22/16 26/8 26/14 46/5 61/21 75/25 86/18 107/4 124/2 125/12 130/4 131/4 132/21 136/14 139/5
**live** [11] 8/15 28/13 54/14 54/15 58/12 60/16 64/12 103/18 103/25 104/1 104/2
**lived** [12] 7/20 7/20 7/22 8/10 8/13 9/14 9/16 16/4

**living** [1] 103/20
**LLAGOSTERA** [1] 1/14
**LLP** [1] 1/15
**loan** [1] 32/22
**local** [3] 99/13 99/16 114/14
**location** [3] 36/19 68/5 68/8
**Lone** [1] 129/20
**long** [6] 17/5 73/19 105/11 136/24 144/3 148/14
**look** [36] 8/3 9/18 13/12 18/5 26/23 26/25 33/8 34/14 37/21 38/24 39/24 55/5 55/13 55/16 63/6 64/11 66/24 69/21 79/11 81/20 83/1 85/1 88/6 88/8 88/12 108/11 111/6 111/22 111/23 131/9 132/10 136/24 136/25 142/5 148/3 150/16
**looked** [6] 86/22 94/11 108/9 108/13 113/22 147/25
**looking** [18] 12/11 13/18 13/19 13/20 16/7 21/4 21/19 21/24 22/7 25/13 25/19 35/5 87/9 88/2 89/6 133/24 134/6 136/20
**looks** [4] 48/24 131/1 131/4 133/18
**loose** [1] 37/16
**Lopez** [19] 46/24 55/12 55/17 63/12 63/18 83/10 83/14 83/25 84/8 86/4 88/6 88/13 88/20 89/3 89/6 89/10 90/1 102/1 136/5
**Lopez's** [1] 89/12
**lose** [1] 5/23
**losing** [2] 70/6 132/19
**lost** [3] 9/16 69/25 132/18
**lot** [26] 5/10 7/20 15/1 26/10 26/19 34/22 35/8 42/2 48/6 52/1 52/23 56/20 56/22 57/9 59/23 64/24 75/13 75/13 78/16 97/23 111/14 118/4 118/7 142/2 142/4

**L**

**lot... [1]** 151/19
**lots [11]** 48/11 52/2 56/23 59/6 62/10 64/15 67/25 102/8 106/6 117/22 118/6
**love [4]** 20/21 67/12 98/21 123/1
**loved [1]** 45/4
**low [14]** 44/23 44/25 46/9 52/2 56/9 56/11 63/5 64/19 84/19 107/16 109/15 109/23 112/10 113/6
**low-income [3]** 44/23 44/25 52/2
**lower [4]** 80/20 110/17 110/25 111/16
**LUCAS [1]** 1/19
**LULAC [1]** 122/22
**lumped [1]** 29/4

**M**

**M'LISS [1]** 1/23
**ma'am [2]** 44/1 64/7
**machine [2]** 9/5 10/5
**made [23]** 13/23 14/5 14/7 15/14 26/3 26/9 26/16 26/16 27/4 35/3 40/9 52/22 52/22 53/13 65/4 69/7 70/5 119/8 121/12 122/22 126/24 127/8 128/1
**Mafrige [5]** 20/4 28/25 29/4 33/16 33/17
**Magazine [1]** 24/20
**Magazinnik [1]** 104/9
**magic [1]** 76/24
**magnitude [3]** 32/7 33/6 103/14
**Mahan [6]** 52/4 63/2 83/16 83/18 83/19 89/15
**mainstreaming [1]** 45/3
**maintain [1]** 19/16
**major [3]** 6/10 99/17 103/20
**majority [34]** 17/16 18/10

18/16 84/3 84/9 84/9 85/13 91/6 95/11 96/7 97/9 97/10 97/12 99/8 101/14 107/8 107/9 107/9 107/12 107/13 107/14 107/25 108/5 109/21 110/24 113/5 113/9 130/3 134/4 134/11 135/8 141/24 142/12 143/4
**make [31]** 4/25 10/9 15/24 17/18 17/22 23/7 26/17 30/22 43/14 47/24 52/24 53/21 55/21 77/3 77/16 77/17 86/19 93/1 111/10 111/19 113/8 123/25 132/3 132/8 134/21 140/14 149/16 150/22 151/20 152/3 153/3
**makes [5]** 52/16 101/21 104/13 111/14 136/21
**makeup [1]** 17/20
**making [8]** 22/3 38/20 60/1 89/2 111/21 123/14 149/25 150/1
**mandates [1]** 12/15
**manner [2]** 14/2 140/8
**MANUEL [1]** 1/14
**many [15]** 8/14 8/20 12/11 23/21 23/21 28/11 38/12 41/9 41/24 52/25 60/13 67/12 86/25 123/12 130/1
**map [4]** 142/6 142/7 142/14 142/16
**maps [3]** 142/3 142/4 144/7
**Marfa [1]** 8/7
**margin [3]** 107/2 107/25 136/4
**marked [1]** 152/12
**marketplace [1]** 12/18
**markets [1]** 12/19
**marry [1]** 10/18
**mask [1]** 12/15
**Master [1]** 11/23
**master's [2]** 73/25 74/3
**masters [1]** 8/8
**match [2]** 87/21 87/22

**material [6]** 20/10 59/20 60/2 60/6 61/2 108/7
**materials [4]** 20/13 20/13 25/6 59/22
**math [1]** 36/6
**mathematical [2]** 139/20 140/1
**mathematically [3]** 77/1 77/9 140/22
**Matt [1]** 25/21
**matter [13]** 22/1 36/6 42/6 76/5 77/19 84/6 84/7 104/15 112/19 139/7 140/2 146/23 153/16
**mattered [1]** 116/15
**matters [1]** 136/18
**may [35]** 4/3 6/15 6/16 8/12 9/19 16/1 16/7 18/19 21/25 22/4 22/21 23/15 32/9 32/20 34/16 34/16 41/12 41/21 43/24 56/20 64/6 64/12 65/11 72/4 72/12 103/3 103/6 107/8 107/9 107/20 107/21 118/18 125/19 147/4 151/11
**Mayan [1]** 15/19
**maybe [13]** 7/15 13/5 15/19 24/25 37/16 38/16 67/11 111/25 112/12 114/7 114/9 115/16 137/22
**mayor [3]** 8/5 9/23 10/3
**MBA [1]** 35/20
**McKinney [1]** 1/20
**mean [29]** 20/21 31/24 60/22 79/15 82/10 85/1 90/9 90/9 92/19 95/6 100/10 104/19 105/11 108/17 108/21 109/1 109/4 109/8 111/6 111/7 119/10 119/13 120/21 121/14 122/18 125/12 132/25 134/16 135/16
**meaning [4]** 126/6 126/6 126/8 139/13

**M**

**meaningful [1]** 140/21
**meaningless [1]** 139/20
**meaningly [1]** 81/21
**means [4]** 56/15 96/11
107/15 141/6
**meant [1]** 60/5
**measure [3]** 77/14 115/24
152/11
**mechanical [2]** 2/24 5/12
**meet [3]** 17/5 77/18 106/12
**meeting [10]** 15/14 15/15
26/12 26/13 61/12 65/24
71/17 71/18 71/21 98/24
**meetings [3]** 26/9 59/25
71/16
**meets [2]** 18/8 139/6
**member [49]** 5/4 13/8 13/15
16/15 16/18 16/24 17/8 17/9
17/12 19/5 19/10 19/20
20/19 29/15 44/12 52/12
55/24 61/11 97/2 97/6 97/8
98/15 98/20 98/22 98/23
99/1 99/3 99/7 99/12 99/20
100/6 100/21 101/15 104/16
104/20 105/6 105/10 106/5
106/9 107/19 107/24 109/24
112/11 120/7 128/2 128/3
128/18 128/19 147/13
**members [13]** 26/4 38/11
48/13 60/16 60/16 69/7
79/23 105/24 105/25 106/1
106/2 106/2 120/23
**Memorial [20]** 10/24 28/7
36/3 36/9 42/8 43/8 44/18
44/19 44/20 45/13 45/15
45/15 58/16 58/16 58/18
58/20 58/21 67/5 67/19
67/19
**memory [2]** 133/13 137/14
**mention [3]** 15/14 36/24
99/2
**mentioned [7]** 31/15 36/25
57/18 61/1 97/21 134/9

**merit [1]** 35/8
**merits [2]** 10/6 101/15
**message [2]** 48/23 57/10
**messaging [1]** 37/13
**met [7]** 10/17 65/22 76/3
76/6 102/8 113/3 143/22
**method [19]** 85/15 85/19
85/19 86/14 93/22 101/18
101/18 101/19 101/20
125/23 126/20 126/20 137/5
137/6 137/10 138/7 138/8
138/20 139/5
**methodologically [1]**
125/14
**methodologies [2]** 125/5
127/23
**methodologist [3]** 125/3
125/4 125/6
**methodologists [2]** 125/8
125/10
**methodology [12]** 74/3 74/7
90/3 90/8 93/8 93/8 93/11
93/12 93/25 119/5 125/7
135/5
**methods [5]** 74/18 125/15
126/5 127/13 137/8
**Mettenbrink [1]** 135/24
**Mettenbrink/Gonzales [1]**
135/24
**Mexican [7]** 6/2 6/23 6/24
6/25 9/21 98/10 98/13
**Mexican-American [5]**
6/24 6/25 9/21 98/10 98/13
**Miami [3]** 98/1 98/2 98/6
**Michigan [1]** 74/9
**microphone [4]** 5/16 5/18
44/5 75/25
**middle [9]** 6/7 10/24 11/22
28/7 44/18 45/16 58/16
58/18 59/20
**might [22]** 11/17 11/18
11/19 13/5 13/21 15/25
22/21 23/9 32/13 54/2 68/12

88/25 112/11 112/13 112/14
114/6 122/17 135/1
**migrant [1]** 8/1
**mile [1]** 36/21
**miles [3]** 6/3 68/10 68/13
**million [1]** 26/17
**mind [1]** 134/16
**Minda [2]** 45/20 45/22
**minds [2]** 13/24 14/14
**mindset [6]** 13/3 13/18 22/1
22/9 22/9 22/11
**mine [1]** 141/14
**minimize [1]** 76/17
**minimum [1]** 96/5
**minority [12]** 53/9 84/19
86/7 86/8 91/5 91/10 100/8
106/10 117/8 120/24 146/5
146/19
**minute [5]** 17/24 42/24
118/13 147/17 149/6
**minutes [5]** 23/21 23/21
39/11 39/12 123/21
**misclassifications [1]** 90/19
**miss [1]** 27/15
**missing [2]** 38/16 50/6
**mistake [1]** 103/7
**mobile [1]** 64/10
**model [4]** 34/24 35/7 35/21
104/6
**modeled [1]** 35/2
**models [3]** 15/8 35/18 35/21
**modern [1]** 85/15
**modify [1]** 43/13
**mom [2]** 51/9 54/18
**momentarily [1]** 100/16
**moms [5]** 48/6 48/10 48/13
60/16 60/19
**Monday [2]** 7/4 119/20
**money [13]** 5/23 20/22
22/19 26/21 31/19 31/20
31/23 62/15 62/16 65/2 65/3
69/10 151/19
**months [2]** 47/23 54/14

**more [44]** 7/15 12/23 15/1 16/22 18/18 21/6 21/6 22/19 25/19 26/3 26/20 50/18 61/25 63/17 64/20 64/20 69/16 76/20 79/4 80/3 83/19 86/14 90/16 90/24 91/15 92/12 97/16 98/12 102/14 102/21 104/23 104/23 104/24 112/12 112/14 123/16 129/14 130/6 132/5 132/6 136/4 149/16 149/17 151/7

**Moreover [1]** 109/22

**morning [16]** 4/2 4/21 4/22 7/4 11/3 26/13 27/25 28/1 44/1 58/6 72/9 72/17 72/18 118/22 118/23 119/20

**most [33]** 6/12 31/9 34/3 40/22 41/24 51/12 51/12 54/19 54/19 54/21 57/24 62/1 64/22 70/9 75/7 80/3 81/6 81/7 81/7 82/7 90/5 100/15 101/18 104/3 109/25 115/20 116/4 119/4 121/8 127/1 127/2 138/3 141/12

**mostly [2]** 49/16 99/20

**mother [2]** 6/24 8/6

**motivate [1]** 115/14

**motivation [1]** 122/6

**move [9]** 6/13 10/14 24/10 28/5 29/14 64/15 119/23 134/17 152/8

**moved [6]** 6/6 10/16 10/19 44/17 45/5 64/14

**movement [2]** 99/14 99/14

**movements [1]** 10/2

**moving [1]** 79/1

**MR [8]** 1/14 1/14 1/15 1/18 1/19 1/24 28/25 88/13

**Mr. [51]** 4/6 4/21 7/5 7/6 20/3 27/18 27/21 29/5 30/12 30/16 31/4 33/4 33/11 33/16 33/17 36/1 38/8 39/25 50/5

63/12 63/18 65/13 65/18 65/19 65/21 66/1 66/6 66/7 66/12 66/14 68/16 88/6 88/13 88/20 89/3 89/6 89/10 89/12 98/19 102/1 102/19 102/19 103/7 103/9 118/18 136/3 136/5

**Mr. Abrams [7]** 7/5 7/6 27/21 38/8 39/25 50/5 118/18

**Mr. Abrams's [1]** 98/19

**Mr. Barnes [2]** 65/13 66/1

**Mr. Barnes's [1]** 65/21

**Mr. David [1]** 55/12

**Mr. Earnest [3]** 36/1 66/6 66/14

**Mr. Kaczenski [5]** 29/5 30/12 30/16 33/16 33/17

**Mr. Kaczenski's [1]** 31/4

**Mr. Lezama [1]** 136/3

**Mr. Lopez [10]** 63/12 63/18 88/6 88/13 88/20 89/3 89/6 89/10 102/1 136/5

**Mr. Lopez's [1]** 89/12

**Mr. Perez [13]** 4/6 4/21 20/3 27/18 33/4 33/11 51/18 65/18 65/19 68/16 102/19 102/19 103/9

**Mr. Perez's [2]** 62/12 103/7

**Mr. Shaddix [1]** 58/13

**Mr. Slattery [2]** 66/7 66/12

**MS [3]** 1/22 1/23 1/23

**Ms. [21]** 20/4 28/25 29/4 33/16 33/17 39/11 39/12 39/14 39/16 39/20 39/20 39/25 44/9 47/16 58/2 58/6 63/7 67/1 69/22 70/1 136/9

**Ms. Alpe [2]** 39/14 39/20

**Ms. Anderson [11]** 39/11 39/12 39/16 39/20 39/25 44/9 58/2 58/6 63/7 67/1 69/22

**Ms. Elizon [1]** 47/16

**Ms. Gonzales [1]** 70/1

**Ms. Mafrige [5]** 20/4 28/25 29/4 33/16 33/17

**MSA [1]** 11/25

**much [33]** 9/3 9/24 12/13 31/21 31/23 32/19 42/2 48/3 50/18 53/15 71/25 77/23 80/2 80/6 84/11 84/24 85/23 86/14 86/20 93/21 97/16 97/17 97/19 101/13 115/4 118/10 132/5 132/6 136/4 148/8 149/10 149/13 153/9

**muddied [1]** 54/13

**multi [2]** 114/3 114/3

**multi-prong [1]** 114/3

**multi-pronged [1]** 114/3

**multiple [5]** 17/1 90/25 91/2 93/23 110/25

**must [3]** 85/20 92/6 144/6

**my [128]** 5/2 5/3 6/5 6/8 6/23 6/23 6/24 6/24 7/8 7/9 8/1 8/5 8/6 8/13 8/20 9/1 9/4 9/12 9/23 10/3 10/6 10/6 10/7 10/17 10/17 10/22 11/2 11/14 11/22 12/2 12/5 12/5 12/5 12/16 13/19 13/20 13/21 13/22 14/14 15/4 21/4 21/4 32/2 32/20 32/21 33/2 35/7 35/10 35/20 37/13 38/14 44/17 44/22 45/4 45/7 45/12 46/2 46/4 46/25 48/3 48/17 49/12 49/20 51/15 51/22 51/22 51/25 54/20 58/2 58/17 59/11 60/9 60/9 60/12 61/14 61/14 61/16 62/7 62/10 62/24 64/23 64/25 68/6 68/7 69/12 71/20 71/24 76/18 76/22 77/12 80/20 81/13 81/17 82/12 87/20 90/5 107/21 109/14 121/5 121/8 122/16 122/19 123/2 123/7 126/16 126/16 126/24 127/3 134/9 134/10

**M**

**my... [18]** 134/20 134/22 134/22 134/25 135/21 136/25 137/2 137/14 138/4 140/8 140/9 140/10 140/13 144/6 144/14 144/14 149/14 151/9

**myself [8]** 9/20 12/20 21/13 24/2 27/8 60/17 65/17 119/15

**N**

**name [5]** 4/23 11/20 23/12 44/9 72/19

**narrow [4]** 99/24 113/5 135/17 138/3

**narrowly [6]** 53/18 123/2 134/12 135/20 136/1 136/7

**nation [2]** 20/11 46/9

**natural [3]** 78/19 79/6 116/16

**naturally [1]** 105/14

**nature [2]** 62/8 62/8

**near [2]** 67/25 68/6

**nearest [2]** 36/17 68/8

**necessarily [3]** 56/18 105/19 151/3

**neck [1]** 13/19

**need [13]** 4/11 6/17 12/4 16/25 17/13 61/8 93/19 96/4 96/5 114/13 135/9 152/8 152/17

**needed [1]** 113/2

**needs [7]** 61/14 95/7 102/4 102/7 106/12 122/20 152/24

**negatively [1]** 13/9

**negligible [1]** 79/9

**neighbors [1]** 36/23

**neither [1]** 66/6

**never [19]** 13/2 23/15 29/5 35/14 70/7 97/10 100/2 126/19 126/20 138/5 140/11 140/17 140/17 140/18 140/18 140/20 143/24 144/4

**nevertheless [1]** 137/12

**new [7]** 17/8 61/14 109/7 113/25 125/5 141/8 153/1

**news [3]** 59/7 61/9 61/19

**next [8]** 4/4 43/24 62/10 72/4 114/17 141/3 144/18 149/11

**Nicaragua [5]** 8/20 8/21 8/23 9/2 9/4

**Nicaraguan [1]** 16/1

**Nicaraguans [1]** 15/10

**nice [3]** 104/17 131/4 136/14

**night [2]** 11/3 71/22

**nightmare [1]** 61/17

**nine [4]** 44/24 56/14 56/14 56/15

**no [61]** 1/5 3/13 5/21 9/16 10/6 13/14 14/9 15/14 16/9 18/24 19/12 19/15 19/19 22/5 24/3 26/14 27/14 34/11 35/17 38/12 43/6 43/9 46/23 47/5 54/1 64/4 77/15 77/22 78/7 78/12 78/18 78/24 79/2 93/4 94/23 95/1 99/7 101/24 102/21 112/1 112/8 112/19 120/17 121/5 121/20 122/1 122/15 132/24 139/16 139/20 139/21 142/20 145/13 146/7 147/16 149/20 151/18 152/19 152/25 153/6 153/7

**No. [4]** 14/5 14/18 55/14 55/17

**No. 1 [2]** 14/5 14/18

**No. 41 [1]** 55/14

**No. 47 [1]** 55/17

**Nobel [1]** 9/9

**nobody [2]** 64/17 98/5

**Noel [3]** 45/20 46/21 46/22

**non [18]** 9/14 21/12 24/1 48/11 85/14 89/7 89/9 89/12 89/21 91/3 91/11 91/18

**non-Hispanic [9]** 85/14 89/7 89/9 89/12 89/21 91/11 94/5 102/19 109/22

**non-Hispanics [5]** 48/11 91/3 91/18 91/19 91/19

**non-partisan [1]** 116/11

**non-token [3]** 9/14 21/12 24/1

**nonarbitrary [2]** 78/20 78/21

**nonconservatives [1]** 62/5

**nonpartisan [5]** 113/16 116/2 116/3 116/5 116/13

**normalize [1]** 92/24

**north [31]** 1/20 9/15 9/17 14/25 15/16 21/17 23/18 24/4 25/13 26/2 26/4 26/10 41/4 41/25 48/10 50/17 51/22 54/19 56/24 60/13 60/16 63/3 64/18 64/22 66/21 67/13 69/8 102/4 102/5 102/16 153/8

**north-side [1]** 26/10

**Northbrook [12]** 43/13 50/22 55/16 58/19 63/17 63/22 67/21 106/19 108/12 108/19 109/5 110/1

**not [294]**

**not -- you [1]** 105/19

**notable [1]** 87/10

**notably [1]** 114/21

**note [2]** 102/13 149/23

**notebooks [1]** 152/20

**nothing [7]** 43/21 71/4 117/2 121/8 138/2 138/16 138/20

**notice [7]** 80/23 81/11 88/24 92/7 139/8 148/23 149/2

**noticed [1]** 90/13

**notion [1]** 79/19

**novel [1]** 126/23

**November [1]** 15/15

Case 4:21-cv-01997   Document 116   Filed on 09/20/24 in TXSD   Page 184 of 206

**November 17th [1]**  15/15
**now [23]**  4/25 10/12 11/2
22/19 27/11 33/2 34/12
36/17 57/19 58/18 69/14
100/23 103/3 111/10 111/21
115/18 123/9 128/17 129/14
139/8 140/15 150/7 152/13
**nowhere [1]**  35/2
**nuance [1]**  98/18
**number [15]**  27/4 36/8
36/12 57/3 58/24 81/14
81/16 81/17 81/23 81/23
88/16 103/16 109/19 120/11
148/12
**numbers [9]**  81/20 82/2
90/20 93/6 93/7 94/4 122/16
142/10 142/15
**numerically [1]**  90/7

**O**

**o'clock [2]**  26/12 119/24
**o0o [1]**  153/14
**Oakland [1]**  74/8
**Oaks [1]**  67/21
**oath [4]**  4/10 6/19 6/20 53/4
**object [2]**  41/19 146/14
**objection [1]**  149/2
**objective [1]**  14/8
**observing [1]**  77/4
**obvious [1]**  95/8
**obviously [3]**  67/15 92/8
104/17
**occasion [1]**  33/12
**occupation [1]**  5/8
**Occupational [1]**  5/9
**occur [1]**  7/16
**occurred [5]**  7/4 24/16 26/7
40/23 41/17
**occurs [2]**  27/2 143/21
**off [7]**  16/14 20/23 33/2
48/6 60/22 119/22 146/9
**offended [1]**  65/10
**offense [1]**  28/2

**offer [3]**  9/15 9/20 26/5
**offered [2]**  124/1 124/2
**office [3]**  21/16 22/10
100/17
**official [2]**  2/3 25/10
**officially [1]**  32/8
**OFFRD [1]**  3/13
**often [4]**  21/11 41/23 52/6
102/14
**oftentimes [2]**  26/12 30/21
**Oh [9]**  4/7 32/17 39/23 40/1
45/22 62/23 66/13 69/1
80/13
**oil [2]**  5/22 62/8
**old [4]**  5/18 46/4 88/3
143/12
**older [3]**  10/22 51/15 60/5
**oldest [3]**  45/12 45/12 65/9
**olds [1]**  60/4
**OLS [19]**  85/16 125/20
126/5 126/13 127/3 127/5
137/17 137/24 137/24
138/14 139/15 139/19 140/3
140/6 140/7 140/8 140/8
140/10 140/11
**once [2]**  11/24 54/24
**one [92]**  6/2 8/22 9/16 10/1
11/1 11/11 12/1 12/20 14/8
15/25 16/9 16/15 16/18
16/22 17/2 17/5 17/5 18/1
18/1 18/4 18/8 18/8 18/15
18/15 19/4 19/20 21/4 22/5
23/11 23/17 24/7 24/25 26/5
27/10 29/8 29/11 39/3 45/7
48/5 52/14 52/20 52/20
53/23 57/2 57/3 57/22 59/4
60/8 61/5 64/16 65/7 69/16
69/25 70/1 71/5 71/21 73/16
77/22 78/17 81/20 90/13
90/24 92/9 99/17 100/12
103/20 104/13 104/21
106/15 107/11 119/16
127/22 130/10 130/11 134/1
135/5 135/23 136/8 140/11

[41]/3  141/22 142/1 142/21
142/25 143/24 147/21 150/8
150/10 150/24 151/11 152/3
152/10
**one's [1]**  148/14
**one-person [4]**  17/5 18/1
18/8 18/15
**one-vote [4]**  17/5 18/1 18/8
18/15
**ones [3]**  46/5 57/23 75/7
**only [34]**  8/16 12/24 17/1
17/14 27/9 40/12 41/4 52/13
52/20 52/20 60/9 61/21
67/17 67/21 69/16 71/5
71/24 78/21 85/5 95/17
95/17 96/1 107/16 110/14
112/9 112/23 118/2 126/10
138/3 141/11 145/12 145/13
148/7 148/9
**open [3]**  12/17 115/5 150/5
**open-ended [1]**  150/5
**opened [1]**  12/25
**openly [3]**  116/6 116/8
116/13
**operated [1]**  50/12
**opined [1]**  123/13
**opinion [12]**  73/4 88/2
101/9 121/16 122/13 122/14
123/3 127/5 127/23 137/9
144/10 151/9
**opinions [12]**  118/25 119/1
120/5 120/9 120/19 121/23
123/4 123/7 124/1 124/1
124/12 137/20
**opponent [5]**  30/11 30/16
55/11 59/3 63/12
**opponents [1]**  20/4
**opportunities [2]**  13/10
53/9
**opportunity [5]**  12/3 55/24
70/6 95/8 100/8
**oppose [1]**  29/21
**opposed [8]**  17/13 29/16
29/19 29/20 102/25 103/1

opposed... **[2]** 136/18 145/9
opposing **[2]** 95/22 145/5
opposite **[2]** 10/12 78/9
opposition **[2]** 40/3 59/3
option **[1]** 104/4
optional **[5]** 15/13 21/2 26/6
42/20 43/15
options **[1]** 146/22
order **[7]** 4/1 17/12 18/9
32/7 33/6 101/5 103/14
ordered **[1]** 133/9
ordinances **[1]** 148/12
ordinary **[3]** 35/17 85/16
125/20
organizations **[3]** 24/17
24/22 25/3
orientation **[1]** 116/16
origin **[3]** 14/4 22/2 102/20
Oscar **[1]** 9/8
other **[45]** 6/13 17/4 17/9
17/13 17/20 18/12 18/22
19/10 21/3 27/7 27/9 29/12
30/7 37/4 37/10 42/17 43/6
43/7 43/18 53/25 60/23 61/2
61/23 67/16 76/18 77/23
79/11 81/2 82/11 82/13 91/8
96/15 99/16 100/1 102/22
104/4 105/18 116/4 116/4
127/6 128/8 141/6 150/25
151/22 152/10
others **[4]** 41/12 41/24
58/25 68/16
otherwise **[1]** 43/16
ought **[1]** 127/6
our **[53]** 8/3 10/5 10/19
12/17 12/22 20/9 20/10
20/12 20/13 21/5 22/24 23/5
23/18 25/6 25/14 26/12
26/18 26/24 28/11 45/12
45/24 46/10 47/4 47/4 48/1
48/8 48/11 52/4 52/8 58/22
59/24 61/5 61/20 62/6 62/1
62/17 63/3 64/11 64/18

77/5 79/6 83/22 83/24 85/4
125/13 128/3 144/21 148/10
152/12
ours **[1]** 42/1
ourselves **[1]** 108/14
out **[44]** 5/13 5/22 8/16 10/5
13/18 13/19 13/20 20/10
21/2 21/3 21/4 21/20 21/24
22/7 27/9 39/3 40/23 49/4
51/12 53/14 56/15 56/19
57/10 64/7 64/20 66/4 68/8
71/14 81/19 86/19 87/6
95/23 99/1 100/17 105/3
112/16 119/11 132/22
137/11 146/15 148/16
148/25 149/1 150/18
outcomes **[4]** 35/21 104/23
117/12 117/19
outside **[1]** 62/15
over **[18]** 10/4 27/15 45/5
50/7 50/22 61/11 61/17
79/16 79/17 82/10 85/1 89/9
89/25 97/2 110/20 111/7
111/21 123/22
overall **[4]** 98/5 109/15
112/1 145/19
overarching **[2]** 13/17
120/9
overhead **[1]** 33/8
overlap **[1]** 53/16
overly **[1]** 108/14
overrepresentation **[1]**
103/3
overridden **[2]** 100/25
118/8
override **[1]** 101/3
overview **[1]** 5/7
overwhelming **[4]** 51/16
63/11 63/12 85/13
overwhelmingly **[4]** 86/7
97/25 98/1 100/14
own **[5]** 33/20 109/14
114/10 133/6 144/5

**P**

P-I-P-E **[1]** 48/17
P.C **[1]** 1/19
p.m **[2]** 149/8 153/13
PAC **[20]** 24/19 24/21 25/8
25/10 31/16 37/1 39/2 39/7
39/19 40/2 40/3 40/8 40/14
62/12 62/16 62/22 63/3 69/9
69/9 69/13
PACs **[6]** 24/17 25/3 31/23
32/9 62/14 62/15
pad **[1]** 114/15
page **[19]** 3/3 39/24 40/4
73/19 73/20 80/12 80/15
83/4 88/9 88/19 89/11 89/16
91/22 108/24 109/7 109/8
110/5 110/24 116/23
page 2 **[2]** 40/4 109/8
page 3 **[3]** 80/12 80/15
108/24
page 4 **[4]** 88/9 89/11 89/16
91/22
page 5 **[1]** 110/5
page 6 **[3]** 83/4 88/19
110/24
page 7 **[1]** 116/23
pages **[2]** 123/11 148/14
pages 12 **[1]** 123/11
paid **[1]** 63/3
paint **[8]** 14/14 15/8 16/7
16/11 37/7 42/22 42/23
50/16
painting **[2]** 14/12 26/14
Pam **[1]** 38/14
Panamanians **[1]** 15/10
papers **[1]** 74/23
par **[1]** 143/19
pardon **[3]** 29/25 130/6
133/19
parent **[7]** 11/11 11/12
21/25 42/15 46/2 46/5 60/10
parental **[3]** 59/4 59/8 61/1
parents **[13]** 6/23 8/17

Case 4:21-cv-01997    Document 109    Filed on 09/20/24 in TXSD    Page 186 of 206

**parents... [11]** 20/12 22/7 25/12 48/18 50/7 50/23 50/24 59/5 103/23 103/23 103/24

**part [25]** 6/3 8/7 10/13 15/2 22/16 26/24 29/21 37/6 38/12 40/14 47/18 49/6 57/24 64/10 100/17 103/18 114/3 114/6 114/11 114/11 114/18 114/19 122/11 131/23 148/16

**participate [1]** 45/17

**participating [3]** 75/10 111/8 111/13

**participation [7]** 109/18 109/23 110/22 110/25 111/20 111/24 112/2

**particular [5]** 13/14 80/7 90/23 147/5 150/13

**particularly [5]** 87/7 98/9 98/18 104/20 114/21

**parties [4]** 52/23 115/18 116/17 150/10

**partisan [14]** 7/15 34/25 97/14 113/19 116/6 116/7 116/11 116/13 116/20 116/25 117/5 117/11 117/18 117/24

**partisanship [2]** 115/5 118/6

**partly [1]** 114/18

**partner [1]** 59/5

**partnering [1]** 50/7

**partnership [1]** 128/21

**parts [3]** 41/23 63/21 98/6

**party [15]** 24/19 25/23 29/24 30/17 30/18 77/22 114/21 115/4 115/4 115/6 115/6 115/9 115/22 116/10 122/24

**Party's [1]** 113/21

**pass [3]** 27/19 43/18 58/3

**passed [1]** 6/24

**passion [1]** 11/21

**past [1]** 110/15

**pattern [3]** 109/23 141/17 145/19

**patterns [1]** 145/3

**pay [1]** 62/25

**Peace [1]** 9/9

**peak [1]** 110/14

**pecking [1]** 23/7

**peer [4]** 124/2 124/4 124/6 126/1

**people [31]** 5/14 6/12 15/4 16/7 41/9 41/24 46/5 46/6 46/11 51/24 56/14 56/20 59/23 59/24 61/12 61/21 63/4 64/15 67/25 68/3 68/4 98/11 98/20 102/1 103/25 104/3 116/15 119/24 125/9 125/12 125/13

**Per [4]** 4/24 4/25 5/3 40/25

**Per-ez [3]** 4/24 4/25 5/3

**percent [135]** 31/12 34/1 36/2 36/10 36/14 56/12 59/25 62/3 67/4 67/9 67/17 67/18 67/22 77/21 78/2 78/3 78/9 78/12 78/13 78/21 78/22 78/22 79/8 79/16 79/17 80/1 80/5 80/24 80/24 81/15 81/17 81/17 81/17 81/18 81/23 81/24 82/10 82/12 82/14 82/19 82/21 83/10 83/11 83/12 83/17 83/18 83/24 83/25 84/5 84/5 85/3 85/5 85/5 85/25 86/1 86/4 86/5 86/12 86/13 86/17 86/23 86/25 87/2 87/9 87/15 88/7 88/14 88/20 88/22 89/4 89/6 89/7 89/12 89/14 89/17 89/20 89/21 89/24 90/1 90/15 92/3 92/4 92/5 92/7 92/8 92/8 92/17 92/19 92/21 92/22 92/24 93/5 93/14 94/19 95/16 95/17 95/18 95/18 95/19 95/20 95/21 95/22 95/24 96/10 96/21 96/24 106/24 106/25 107/2 107/4 108/18 108/19 109/1 109/3 109/4 109/6 109/16 110/17 110/20 111/13 111/14 111/15 111/20 111/21 112/12 112/15 112/17 112/18 113/5 113/7 130/18 130/20 135/17 135/18 142/23

**percentage [11]** 33/15 33/17 77/8 82/5 84/4 88/13 92/1 92/7 92/15 106/21 110/6

**percentages [2]** 80/25 90/14

**perception [2]** 7/8 95/2

**Perez [19]** 4/5 4/6 4/18 4/21 4/24 20/3 25/17 27/18 33/4 33/11 51/3 51/18 65/18 65/19 68/16 92/14 102/19 102/19 103/9

**Perez's [2]** 62/12 103/7

**perfect [4]** 78/10 78/18 78/25 152/25

**perform [1]** 143/24

**performance [3]** 21/10 21/17 30/8

**performed [4]** 97/3 97/4 124/4 127/13

**performers [1]** 21/5

**perhaps [10]** 7/13 9/19 12/4 14/10 21/1 32/10 53/15 117/5 117/11 117/18

**period [1]** 123/16

**permitted [1]** 41/2

**person [14]** 12/14 15/18 15/25 16/9 17/5 18/1 18/8 18/15 39/15 41/9 48/18 52/20 65/9 125/4

**personal [2]** 32/21 33/20

**personally [3]** 68/6 103/5 128/17

**personally -- well [1]** 103/5

**perspective [3]** 9/22 35/7

**perspective... [1]** 107/7
**persuasive [2]** 14/2 136/24
**pervasive [1]** 12/22
**Ph.D [1]** 74/4
**philosophy [1]** 13/17
**Phrased [1]** 122/1
**pick [1]** 64/9
**picked [1]** 8/2
**pie [5]** 87/10 88/2 88/4
88/16 137/12
**piece [3]** 131/4 131/7
136/14
**pieces [1]** 27/10
**PIPE [1]** 48/17
**PIPEline [31]** 25/11 25/15
36/25 37/2 37/3 37/6 37/11
37/17 37/20 38/2 38/6 38/8
38/12 38/19 38/22 38/25
39/8 39/19 40/8 40/15 48/2
48/4 48/5 48/9 62/16 68/17
68/19 69/4 69/7 69/9 69/11
**PIPEliner [1]** 69/2
**pipes [1]** 5/23
**Pitner [4]** 14/25 54/14
65/15 66/17
**pitted [1]** 105/14
**place [10]** 83/7 83/8 93/21
107/19 109/13 109/17 115/1
115/13 116/12 116/16
**places [1]** 109/16
**plaintiff [13]** 1/4 1/13 12/7
16/14 17/15 46/15 50/16
52/12 54/3 54/11 123/13
123/15 123/20
**plaintiff's [30]** 3/12 7/1
17/1 33/9 34/14 35/24 36/1
37/21 38/24 39/24 40/5
46/15 46/16 55/21 63/6 63/8
66/25 69/21 69/22 101/25
131/9 132/10 132/11 132/15
136/20 142/5 148/4 149/19
152/12 152/13
**Plaintiff's 119 [1]** 36/1

**plaintiffs [4]** 1/8 3/19 6/6
53/12 123/18
**plaintiffs' [2]** 76/22 79/7
**plan [13]** 16/15 16/25 17/12
17/13 18/2 18/8 18/14 18/14
18/21 19/10 19/12 113/21
118/15
**planks [1]** 21/4
**planned [1]** 66/14
**plans [2]** 19/3 128/20
**platform [4]** 29/24 29/24
30/10 57/16
**played [1]** 50/21
**players [1]** 12/20
**pleaded [1]** 60/7
**pleading [2]** 62/20 64/24
**please [24]** 4/2 4/6 4/17
4/23 26/2 33/9 34/15 37/21
38/24 44/1 44/4 55/9 63/6
66/25 69/21 72/3 72/7 72/9
72/19 76/1 110/11 118/17
118/17 121/22
**plenty [1]** 86/18
**plight [3]** 9/3 15/25 16/1
**plus [1]** 143/1
**point [27]** 13/1 20/11 50/6
52/21 52/24 70/5 77/25
78/17 78/19 78/20 78/21
78/24 81/1 87/6 89/1 98/18
99/6 99/7 101/13 105/3
111/19 111/22 111/22
134/10 138/11 143/11
146/13
**pointed [2]** 63/16 119/11
**points [1]** 77/8
**polarization [2]** 123/23
147/12
**polarized [13]** 115/21
122/10 125/25 130/15 131/1
131/4 131/8 131/18 132/16
132/19 136/15 136/22
143/21
**policies [1]** 40/25
**policy [14]** 20/17 53/1 53/15

**101/15 101/16 101/18 102/3**
102/18 104/15 104/23
117/22 118/5 122/24 122/25
**political [26]** 10/2 10/5 13/4
16/8 31/17 31/21 32/4 39/1
73/25 74/2 74/3 74/5 74/15
74/18 78/14 79/11 94/22
98/16 113/12 125/3 125/4
125/6 125/6 125/8 125/10
146/12
**politically [1]** 97/5
**politics [16]** 7/15 34/25 62/8
74/6 74/17 74/22 104/19
106/4 113/19 114/13 114/14
114/25 115/21 116/20
116/25 125/5
**polling [3]** 109/13 109/16
109/17
**poor [1]** 22/7
**popped [1]** 11/25
**population [16]** 17/3 17/16
18/10 18/16 104/22 105/5
107/13 108/1 114/6 130/8
132/6 141/24 142/12 142/15
142/15 146/19
**pornographic [1]** 20/10
**PORTER [1]** 1/23
**position [6]** 62/3 120/20
121/23 122/2 134/7 134/8
**positions [6]** 19/11 25/14
30/11 31/8 31/12 102/18
**positive [5]** 7/6 23/8 27/10
27/12 98/14
**positives [1]** 98/17
**possibility [2]** 13/14 130/17
**possible [18]** 17/15 18/13
18/14 18/18 23/4 65/5 81/22
82/15 82/21 90/21 92/13
92/21 93/20 105/5 107/23
119/18 129/3 129/4
**post [1]** 24/16
**potential [3]** 24/8 56/14
56/15
**potentially [1]** 56/16

**power [4]** 85/20 86/8 101/12 107/21
**powerful [1]** 101/13
**practice [3]** 53/7 99/13 100/5
**pre [1]** 46/16
**pre-COVID [1]** 46/16
**precedes [1]** 95/9
**precinct [12]** 55/13 55/14 55/16 55/17 55/18 55/19 85/24 85/25 86/2 86/2 86/5 86/7
**precincts [24]** 36/2 36/3 36/9 55/20 56/1 56/3 67/6 67/9 67/15 67/16 67/21 76/13 84/21 84/21 85/12 85/12 86/11 86/12 86/12 86/13 86/16 106/17 108/6 113/8
**precise [1]** 84/18
**precisely [3]** 81/10 99/22 122/23
**predicate [1]** 127/12
**prediction [2]** 134/9 134/10
**prefer [4]** 100/21 104/5 105/17 105/21
**preferable [2]** 104/15 140/10
**preference [5]** 100/23 100/25 120/15 135/25 147/4
**preferences [5]** 79/15 104/24 131/16 146/5 146/19
**preferred [48]** 34/10 56/4 69/25 70/7 70/9 70/13 71/1 81/6 81/7 81/8 84/2 87/5 95/8 96/11 96/18 96/20 96/24 102/12 102/14 109/20 109/22 110/19 110/23 111/1 111/2 112/6 112/20 117/8 120/22 126/14 130/18 131/2 131/3 132/12 132/22 133/1 133/2 135/6 135/12 135/17 135/20 135/22 135/25 136/3

**preliminary [1]** 130/15
**premise [2]** 120/18 121/16
**prepare [1]** 144/18
**prepared [2]** 33/15 147/22
**preparing [1]** 143/17
**preponderance [1]** 151/3
**presence [1]** 121/14
**present [5]** 1/22 18/7 63/7 65/13 73/1
**presentation [3]** 59/1 98/19 136/24
**presented [7]** 6/2 18/2 18/3 20/24 74/23 118/24 121/2
**presenting [3]** 59/13 122/16 132/5
**president [2]** 9/9 114/22
**pressed [1]** 7/4
**presuppose [1]** 121/5
**presupposes [1]** 121/2
**pretty [5]** 24/11 59/14 106/3 144/14 148/21
**prevail [1]** 16/14
**prevalence [1]** 128/2
**prevalent [2]** 29/12 62/1
**previous [4]** 8/22 88/10 115/20 133/4
**previously [4]** 75/3 110/19 133/5 133/24
**primarily [4]** 63/1 106/17 106/19 119/15
**primary [4]** 29/8 134/1 145/10 145/11
**Princesses [1]** 11/19
**principal [3]** 8/6 23/22 45/2
**principals [2]** 24/5 25/14
**principle [1]** 18/15
**principles [1]** 126/4
**prior [9]** 11/9 40/21 41/10 45/17 71/11 94/9 109/7 127/16 130/4
**priority [2]** 18/7 105/24
**private [1]** 8/20
**Prize [1]** 9/9

**probably [11]** 14/17 15/2 32/9 48/6 50/20 56/13 61/25 62/19 62/23 90/18 143/12
**problem [8]** 5/21 15/2 22/16 23/2 23/2 24/3 76/24 106/10
**problematic [3]** 76/15 103/3 103/6
**problems [5]** 24/7 24/8 76/17 90/13 93/11
**procedure [1]** 151/14
**proceed [3]** 6/17 72/12 118/18
**proceedings [4]** 2/24 63/7 153/13 153/16
**process [9]** 5/10 37/2 37/17 38/3 38/6 38/20 68/19 100/24 114/19
**produce [1]** 133/9
**produced [2]** 2/25 133/17
**produces [2]** 90/14 104/22
**producing [1]** 124/24
**professional [1]** 143/20
**professionally [1]** 144/11
**professor [1]** 74/11
**proficiency [2]** 23/4 23/24
**proficient [2]** 22/23 23/14
**program [5]** 22/13 22/20 22/22 23/16 41/17
**programs [4]** 26/1 27/13 41/4 102/9
**progress [2]** 149/15 150/1
**progressed [1]** 37/15
**progressive [1]** 99/14
**progressives [1]** 99/21
**Project [2]** 24/18 25/4
**projections [1]** 86/15
**projects [1]** 130/1
**prong [1]** 114/3
**pronged [1]** 114/3
**proper [2]** 121/9 141/11
**proportion [3]** 62/22 93/3 110/1

# P

**propose [2]** 16/25 19/14
**proposed [16]** 13/8 14/4
14/17 16/22 18/8 19/9 19/24
63/20 106/14 108/6 108/9
109/24 113/9 142/7 142/16
149/14
**proposes [1]** 18/11
**proposing [1]** 19/15
**propriety [1]** 30/3
**protocols [1]** 40/25
**proudly [1]** 49/9
**prove [1]** 32/15
**provide [4]** 29/14 84/7
100/7 148/23
**provided [4]** 8/23 109/11
119/1 145/20
**provides [1]** 77/1
**providing [1]** 18/15
**proxy [1]** 53/25
**PSC [1]** 38/3
**psychology [1]** 74/18
**PTA [1]** 49/6
**PTAs [1]** 11/14
**public [9]** 26/8 40/23 40/24
41/3 41/8 41/12 41/18 64/25
74/1
**publication [1]** 126/2
**published [1]** 148/1
**pull [3]** 11/15 44/5 75/25
**pure [1]** 100/17
**purported [1]** 122/3
**purpose [6]** 70/4 114/3
114/3 140/3 147/3 147/7
**purposes [2]** 47/13 57/2
**pushing [2]** 64/20 66/21
**put [6]** 14/2 24/13 35/8
50/20 64/10 87/14
**puts [1]** 105/22

# Q

**qualifications [1]** 73/23
**qualified [9]** 9/21 20/20
33/21 34/4 75/3 75/9 124/11

**quality [2]** 13/9 103/21
**quality's [1]** 93/12
**question [39]** 7/12 13/7
32/2 34/6 34/8 35/23 39/17
40/6 41/21 42/22 42/23
42/25 49/12 53/11 53/15
60/23 70/15 71/5 71/10
71/24 77/19 78/17 81/21
83/21 84/1 95/12 100/9
101/20 109/24 121/22 123/2
127/3 132/21 135/21 137/21
137/23 144/6 144/18 151/11
**questioned [1]** 67/3
**questioners [1]** 58/9
**questioning [1]** 41/20
**questionnaires [1]** 35/6
**questions [14]** 43/18 54/22
58/2 60/18 63/15 63/17
65/23 65/25 69/17 118/12
125/17 133/4 147/16 150/5
**quickly [5]** 23/4 24/11 27/1
52/9 52/18
**quite [11]** 7/25 15/6 21/3
49/24 89/1 91/1 104/25
105/2 105/14 126/17 151/23
**quiz [1]** 133/13
**quote [10]** 33/21 33/21
130/17 130/22 131/3 138/24
138/25 145/1 145/5 145/19

# R

**race [26]** 25/20 29/10 29/13
30/1 37/14 55/11 56/2 59/10
59/11 69/12 70/16 70/25
78/2 89/15 92/10 92/14
92/14 104/3 105/12 117/12
117/19 120/24 132/2 133/25
135/24 136/2
**races [3]** 39/20 56/9 68/16
**racial [13]** 90/19 90/24 91/1
91/2 91/4 91/14 93/24 100/7
101/21 105/9 118/9 122/25
123/22
**racially [10]** 122/10 125/25

**quality [2]** 13/9 103/21
131/17 132/15 132/19
136/15
**raise [4]** 31/22 31/23 32/19
72/9
**raised [4]** 16/21 32/8 32/20
52/25
**ran [11]** 9/23 10/3 11/21
12/16 15/5 26/12 31/2 31/5
39/25 140/11 140/12
**random [2]** 81/3 140/20
**range [7]** 32/9 79/1 79/3
81/25 82/20 87/9 89/1
**rated [2]** 28/9 28/14
**rather [9]** 40/24 55/5 73/21
74/14 98/9 99/23 111/22
117/11 117/19
**rationale [2]** 41/4 41/14
**Raza [1]** 10/1
**reach [5]** 90/8 96/2 134/10
151/8 151/9
**reached [6]** 76/7 76/8 86/25
87/2 110/9 134/13
**reaches [1]** 90/6
**reaction [3]** 49/2 49/18
49/20
**read [17]** 49/8 53/6 59/20
59/22 93/19 109/10 109/11
109/18 110/9 110/13 110/21
116/24 117/1 117/9 143/13
148/15 148/18
**reader [1]** 134/16
**reading [3]** 73/21 93/21
93/22
**real [9]** 16/7 24/8 66/19
81/14 81/19 81/23 86/15
105/9 117/24
**reality [5]** 7/9 16/6 26/25
50/18 70/7
**realization [1]** 24/6
**really [32]** 7/13 7/13 13/6
16/1 20/16 21/19 24/5 25/5
25/19 26/23 41/7 50/25
51/20 51/21 64/2 66/11

**really... [16]** 69/16 77/8
79/9 79/21 79/25 80/1 84/14
87/4 93/19 96/14 97/14
114/13 114/15 118/15
118/24 151/25
**reason [10]** 52/16 54/1
59/17 66/10 85/11 95/10
97/4 98/2 137/4 139/17
**reasonably [3]** 125/7
141/23 142/9
**reasoning [1]** 112/25
**reasons [5]** 53/24 65/8
98/15 99/23 101/15
**recall [16]** 6/1 8/22 63/18
106/21 107/2 108/19 125/19
127/4 127/11 127/22 127/24
133/3 133/11 133/18 138/23
140/25
**receive [6]** 31/17 33/25 37/9
49/7 62/13 62/15
**received [6]** 32/14 33/18
37/13 48/23 68/17 109/19
**receives [1]** 78/2
**receiving [1]** 49/3
**recent [8]** 75/7 90/5 100/15
101/9 111/3 113/19 123/16
141/12
**recently [3]** 8/21 15/5 26/2
**recess [7]** 69/14 72/1 72/2
118/13 118/16 149/7 149/8
**recognition [1]** 114/4
**recognize [2]** 12/14 133/14
**recognized [2]** 124/18
134/14
**recognizes [1]** 103/20
**recognizing [2]** 114/18
114/20
**recollect [1]** 33/7
**recollection [1]** 33/2
**record [9]** 57/3 58/9 72/19
121/13 128/3 144/21 152/12
152/14 153/16
**record's [1]** 35/13

**recorded [1]** 2/24
**records [1]** 64/11
**recruited [1]** 37/6
**recruitment [1]** 114/11
**Redbud [1]** 1/20
**REDIRECT [1]** 71/6
**redistricting [6]** 74/20
75/11 75/14 128/24 129/2
129/3
**redo [2]** 119/12 119/12
**redrawing [1]** 128/19
**reelected [1]** 114/9
**reference [1]** 78/7
**referendum [2]** 100/19
100/19
**referred [4]** 7/1 25/11 42/9
85/17
**reflect [1]** 138/13
**reflected [5]** 47/4 48/1 51/8
69/23 118/5
**reflecting [2]** 63/16 132/11
**reflective [1]** 133/22
**reflects [3]** 90/18 114/7
131/17
**reform [1]** 99/14
**reforms [1]** 99/17
**refrain [1]** 43/18
**regard [16]** 18/9 36/24
40/18 41/14 41/16 66/24
79/10 85/16 120/9 121/12
121/13 123/22 135/24 136/2
136/5 136/8
**regarding [1]** 75/18
**regardless [2]** 104/3 127/5
**registered [6]** 14/17 51/24
56/20 56/22 95/19 107/14
**regression [8]** 35/18 85/17
85/18 85/19 125/20 126/11
127/14 137/11
**regular [1]** 74/21
**regularly [2]** 35/15 128/23
**reinforces [1]** 146/3
**related [2]** 80/3 95/2
**relates [1]** 148/16

**relationship [2]** 150/12
150/25
**relative [3]** 36/17 100/6
101/15
**relatively [1]** 110/15
**relevance [3]** 41/19 145/9
146/14
**relevant [8]** 57/24 117/6
117/9 121/17 123/4 123/7
138/4 151/11
**reliability [1]** 126/7
**reliable [3]** 70/24 127/2
131/15
**reliably [2]** 126/5 126/6
**relied [1]** 94/7
**relies [1]** 131/22
**rely [3]** 70/19 70/23 134/19
**remainder [1]** 91/11
**remaining [1]** 18/17
**remains [1]** 110/15
**remedy [3]** 16/24 19/7
107/24
**remember [14]** 11/17 11/18
11/19 32/5 83/22 99/12
112/14 124/4 125/21 129/2
130/23 131/5 137/12 143/15
**remembering [1]** 106/23
**remind [1]** 63/4
**remotely [1]** 140/11
**render [2]** 124/12 144/8
**rep [2]** 65/1 114/16
**rep district [1]** 114/16
**rep tell [1]** 65/1
**repeat [3]** 39/17 108/14
121/22
**repeated [1]** 111/9
**repeatedly [1]** 106/11
**repeating [1]** 27/8
**rephrase [2]** 29/18 34/8
**replaced [1]** 99/22
**report [36]** 32/2 73/9 73/10
73/12 77/11 80/11 80/16
83/2 88/8 88/19 89/11 89/16
91/22 93/9 94/1 98/14 104/8

**report... [19]** 104/8 104/11
109/8 110/5 116/21 123/10
126/10 126/10 126/16
126/16 126/24 127/3 127/5
138/24 144/8 144/18 144/21
145/1 145/21
**reported [2]** 110/18 150/9
**reporter [4]** 2/2 2/3 149/24
153/19
**reports [12]** 31/25 32/3
69/13 72/24 73/6 73/14
73/17 88/10 109/11 120/11
144/1 144/14
**represent [5]** 7/5 17/21
33/22 104/18 111/15
**representation [7]** 12/4
14/9 15/23 15/24 37/8 97/7
103/9
**representative [3]** 65/6
102/6 104/21
**representatives [6]** 98/21
105/14 105/15 105/16
105/20 152/4
**represented [2]** 102/5
104/17
**represents [2]** 38/19 78/19
**Republican [22]** 15/1 24/19
25/23 30/18 30/25 31/1
46/22 79/22 79/23 98/1
113/21 113/25 114/2 114/4
114/4 114/21 114/24 115/4
115/6 115/9 115/15 116/18
**Republican/Democrat [1]**
30/25
**Republicans [9]** 14/17
24/20 25/8 28/20 28/23 29/1
46/17 79/14 79/17
**reputation [1]** 124/15
**require [4]** 17/8 17/9 19/7
141/17
**required [1]** 18/18
**requirement [1]** 142/17
**requires [1]** 17/15

**research [1]** 25/16
**residency [1]** 120/25
**resident [2]** 28/6 58/10
**residents [4]** 29/15 58/14
60/13 65/15
**resolve [1]** 70/20
**resonated [1]** 114/23
**respect [7]** 18/11 27/3 40/22
58/23 58/25 99/1 137/15
**respected [1]** 124/16
**respective [1]** 39/20
**respond [1]** 19/2
**responding [1]** 117/3
**response [1]** 35/10
**responsible [2]** 99/25
119/15
**rest [5]** 16/16 49/14 50/2
57/4 147/18
**rests [1]** 147/19
**result [6]** 53/5 117/2 140/15
140/16 141/9 150/9
**resulted [1]** 111/10
**results [26]** 63/16 69/23
88/10 90/4 91/24 105/1
127/3 127/5 131/17 131/22
132/11 137/6 137/7 138/24
139/10 139/11 140/5 140/6
140/9 140/10 140/12 140/13
141/12 141/13 141/16
145/23
**retaining [1]** 152/6
**review [6]** 90/3 94/17 124/3
124/4 124/6 126/2
**reviewed [2]** 18/2 106/14
**reviewing [1]** 124/9
**reward [1]** 22/17
**Rica [5]** 6/8 8/18 8/19 9/7
9/8
**Ricans [1]** 15/11
**Rice [5]** 6/9 11/1 35/20
74/10 74/11
**rich [1]** 22/7
**RICHARD [1]** 1/24
**Richardson [1]** 45/8

**ridden [2]** 44/25 52/2
**RIENSTRA [1]** 1/24
**right [120]** 4/7 4/14 6/22
9/2 10/1 10/12 11/2 12/25
15/22 19/25 22/19 24/6
27/15 28/7 29/16 30/20
30/22 30/24 31/2 31/9 31/15
32/25 33/2 33/18 34/12
36/19 36/21 38/2 39/4 39/11
40/1 40/4 41/7 41/21 42/11
42/13 42/17 42/19 46/13
48/4 48/18 50/10 53/3 54/1
54/6 55/21 56/16 58/18
62/10 65/24 68/7 69/4 70/4
70/10 71/2 71/19 71/19
71/23 72/4 72/9 77/7 79/18
85/22 87/19 93/11 95/1
95/10 97/20 98/22 100/20
102/11 102/19 102/23 103/2
103/6 105/1 106/25 107/1
116/14 117/14 118/1 120/9
120/14 120/16 121/12
123/23 128/4 128/17 128/22
128/25 130/2 130/12 131/9
132/23 133/19 134/3 134/19
135/4 135/6 135/9 137/5
137/15 137/18 138/18
138/22 139/8 139/10 139/13
140/3 140/16 140/17 141/24
142/3 142/5 143/5 145/6
145/14 146/16 146/20
146/23
**rightly [1]** 100/11
**Rights [15]** 13/5 35/15 53/7
75/9 101/1 101/22 113/3
120/13 121/3 122/12 123/14
126/21 146/4 146/18 147/7
**Rinaldi [1]** 25/21
**rises [1]** 122/8
**rising [1]** 10/8
**risk [1]** 5/11
**RMR [1]** 2/2
**Road [3]** 14/25 65/15 66/17
**ROBERT [1]** 1/15

## R

**Roeder [1]** 1/19
**role [1]** 11/23
**rolled [1]** 11/22
**Rome [1]** 1/15
**room [2]** 64/17 93/16
**roughly [9]** 33/25 67/22
68/13 81/9 83/13 89/8 89/25
118/2 150/6
**route [1]** 68/6
**routes [1]** 27/3
**roving [1]** 53/2
**row [2]** 131/2 136/13
**rubric [2]** 61/3 136/12
**rude [1]** 60/24
**run [23]** 5/10 10/6 12/16
32/14 37/5 37/12 38/16
38/23 51/10 51/11 51/14
51/17 52/19 65/2 65/4 68/22
114/8 114/16 115/9 137/17
137/17 137/25 140/3
**running [5]** 11/9 21/15
22/10 30/20 146/15
**runs [2]** 85/4 100/23
**Rusk [1]** 2/3
**RxC [3]** 76/20 87/12 93/22
**résumé [1]** 123/9

## S

**safe [1]** 153/8
**safety [1]** 5/10
**said [21]** 10/4 10/6 23/13
41/15 47/22 48/13 49/7 53/6
61/13 65/6 65/7 75/23 98/25
100/2 101/9 131/1 132/24
138/16 139/23 140/5 141/2
**sake [2]** 34/17 49/16
**Salvador [1]** 9/6
**same [32]** 22/11 39/15 45/8
67/2 81/1 81/8 81/10 81/10
83/16 88/19 89/15 90/7 90/7
93/15 103/14 106/7 108/21
109/4 131/21 135/22 137/6
137/6 137/7 138/21 140/3

**Sandanista [1]** 8/25
**sat [1]** 27/3
**satisfied [3]** 144/12 144/15
150/11
**satisfies [3]** 142/16 142/21
142/24
**satisfy [2]** 53/12 97/6
**saw [11]** 12/3 37/12 50/1
52/10 88/17 101/9 116/1
116/12 131/10 132/11 148/2
**say [61]** 6/15 6/25 7/7 11/2
13/21 14/24 16/2 16/3 16/4
16/5 16/9 25/18 26/13 29/6
37/16 38/23 40/12 50/20
52/19 56/12 56/23 61/6
61/25 62/19 62/24 64/17
68/3 79/7 79/10 82/6 84/3
85/6 85/8 85/23 86/1 86/8
86/10 87/14 93/10 93/13
95/13 95/24 98/4 101/14
103/5 103/5 107/7 112/1
116/12 121/1 122/1 122/24
123/5 125/2 127/11 132/25
134/7 141/5 143/8 152/24
152/25
**saying [16]** 16/23 18/21
21/22 24/2 28/21 28/23 50/2
78/1 92/23 102/6 126/25
126/25 132/17 133/17
140/15 140/16
**says [6]** 22/4 36/8 54/12
115/9 119/10 119/12
**SBISD [16]** 5/4 7/21 44/12
44/21 45/18 46/19 47/19
50/19 58/21 110/3 110/22
117/1 117/12 132/6 133/13
133/19
**scale [3]** 77/25 78/12 78/18
**scared [3]** 56/24 61/18
61/19
**scattered [1]** 109/23
**scenes [1]** 38/10

**schedule [4]** 43/4 43/8
43/10 149/18
**schedules [2]** 43/1 43/5
**scheduling [3]** 42/10 42/10
42/16
**scholarly [1]** 74/23
**school [80]** 1/7 4/3 5/25 6/8
8/19 8/20 10/24 10/25 11/22
13/20 18/19 25/14 27/11
27/12 27/13 33/22 40/18
40/22 41/10 41/16 42/9
42/10 43/7 44/19 44/19
45/23 46/4 47/19 48/1 49/9
49/10 50/10 51/14 52/2 56/9
58/16 58/19 58/20 58/21
59/5 59/19 59/21 60/4 61/10
62/17 62/17 64/14 68/22
71/16 98/24 99/8 101/21
103/21 103/22 104/5 104/6
105/23 113/13 113/16
113/20 114/5 114/8 114/15
114/25 115/3 115/5 115/10
115/11 115/25 116/1 128/4
128/18 128/20 130/5 130/21
135/1 138/15 142/2 142/4
152/5
**schooling [1]** 6/9
**schools [32]** 10/21 12/13
12/22 14/6 14/8 20/10 23/18
25/7 26/1 26/9 27/3 28/9
28/11 28/12 28/13 28/14
29/25 41/4 43/2 43/6 44/23
45/11 47/2 47/4 47/13 47/15
48/8 54/16 58/16 64/19
64/22 65/2
**science [11]** 70/24 73/24
73/25 74/2 74/3 74/5 84/7
107/7 126/1 138/25 139/2
**sciences [1]** 125/11
**scientific [1]** 132/24
**scientifically [1]** 125/24
**scientist [4]** 78/14 94/22
98/16 113/12
**scientists [6]** 35/15 70/19

**scientists... [4]** 70/21 70/22
 79/11 79/11
**scores [1]** 22/24
**SCOTT [1]** 1/15
**Scout [1]** 11/23
**scouting [2]** 11/16 12/3
**Scouts [1]** 11/22
**screen [3]** 36/12 40/11
 40/12
**screening [2]** 38/20 68/20
**searched [1]** 121/13
**seat [5]** 13/18 50/3 50/4
 50/6 50/9
**seated [6]** 4/2 4/17 44/4
 72/3 118/17 149/9
**seats [1]** 28/22
**second [13]** 19/5 23/15
 39/10 39/10 39/24 54/23
 75/16 75/21 81/7 95/4 110/4
 127/16 140/24
**Section [4]** 53/6 109/9
 113/2 123/14
**Section 2 [3]** 53/6 113/2
 123/14
**Section III [1]** 109/9
**secure [2]** 115/23 115/24
**secured [2]** 33/16 33/16
**see [46]** 10/12 12/23 13/11
 15/2 15/16 20/20 22/18
 22/24 23/25 29/8 33/12 47/2
 47/3 48/1 50/2 50/12 51/8
 52/17 59/9 59/14 61/20
 64/11 80/2 83/16 88/14
 89/17 92/18 104/25 106/11
 110/13 111/24 115/5 115/24
 116/14 120/10 127/7 131/23
 131/24 132/2 132/5 134/4
 136/25 138/1 148/3 150/8
 151/13
**seeing [3]** 10/8 10/12 87/10
**seem [5]** 17/18 18/25 35/10
 106/25 132/3
**seems [3]** 7/11 91/12 107/1

**seem [5]** 22/25 33/8 33/14
 35/24 61/9 67/1 69/13 112/5
 117/1 126/20 126/20
**sees [2]** 102/2 141/16
**select [3]** 37/18 38/4 120/14
**selected [1]** 69/11
**selecting [1]** 41/4
**self [6]** 25/9 28/19 28/23
 28/25 46/17 46/22
**self-explanatory [1]** 25/9
**self-identified [3]** 28/19
 28/23 46/17
**self-identify [2]** 28/25 46/22
**seminal [1]** 98/9
**seminar [1]** 74/21
**senate [13]** 53/14 53/23
 53/23 54/2 114/17 120/21
 120/22 122/4 150/17 150/20
 151/2 151/4 151/5
**senator [1]** 79/22
**send [2]** 28/12 54/15
**seniors [1]** 11/2
**sense [19]** 17/18 32/7 33/5
 67/23 82/1 97/14 97/15
 104/17 121/10 122/15
 122/16 124/6 135/7 135/17
 136/16 138/3 140/13 142/18
 150/22
**sent [4]** 8/16 49/4 71/14
 71/14
**SEPTEMBER [5]** 1/11 3/3
 73/11 144/21 153/18
**September 18th [1]** 73/11
**September 2023 [1]** 144/21
**serious [1]** 103/7
**seriously [2]** 130/12 134/15
**serve [1]** 33/21
**service [1]** 99/15
**session [6]** 26/7 40/20 40/23
 40/24 41/17 42/3
**set [13]** 10/22 14/14 80/7
 131/4 131/7 136/14 141/7
 141/7 141/8 141/8 150/17
 150/19 150/22

**seem [1]** 22/25 33/8 33/14
**sets [1]** 10/22
**setting [2]** 79/20 146/8
**seven [12]** 16/23 17/2 17/14
 17/19 17/20 19/5 19/8 19/9
 19/24 45/6 60/4 109/16
**several [4]** 20/8 59/24 94/23
 104/13
**sexual [1]** 60/3
**Shaddix [1]** 58/13
**shameful [1]** 7/19
**Shannon [2]** 52/4 63/2
**share [5]** 102/12 108/17
 110/13 110/16 150/8
**shared [3]** 25/17 30/6 42/5
**shares [2]** 31/1 31/4
**sharing [1]** 33/7
**she [8]** 7/11 7/13 10/18
 23/13 23/23 47/22 47/24
 48/1
**she's [1]** 45/13
**shed [1]** 41/15
**Sheila [1]** 152/25
**Sherlock [1]** 143/13
**shift [2]** 22/13 22/18
**shifting [1]** 104/19
**shocking [1]** 7/7
**shoes [1]** 21/24
**short [3]** 17/11 34/21 149/6
**shortcut [1]** 86/22
**shortest [1]** 119/18
**shot [3]** 5/3 9/5 32/13
**should [11]** 6/25 7/16 18/9
 52/18 53/1 53/20 94/6
 114/10 127/20 130/11
 134/12
**shouldn't [2]** 7/16 70/18
**show [16]** 15/2 17/1 18/13
 18/14 57/14 78/4 80/16
 80/18 81/5 81/7 81/12 109/1
 135/24 136/3 136/5 136/9
**showed [3]** 31/16 135/11
 145/1
**showing [4]** 109/7 121/17

**showing... [2]** 121/24 132/17

**shown [5]** 113/22 135/23 142/10 142/16 148/5

**shows [11]** 36/16 70/25 71/2 71/3 78/5 81/6 81/8 112/5 135/22 138/24 145/18

**sic [3]** 8/24 21/5 135/25

**side [48]** 9/15 9/17 9/18 10/3 10/23 15/1 15/16 20/9 21/4 21/7 21/7 23/18 24/4 24/4 25/13 26/10 26/19 28/6 36/4 36/18 36/18 41/5 41/25 48/10 50/17 51/22 54/19 56/24 58/10 58/14 58/15 59/24 60/13 60/16 63/3 63/4 64/18 64/22 67/13 67/19 69/8 70/22 102/4 102/6 104/1 115/16 119/16 149/19

**sides [3]** 52/25 101/17 149/24

**signal [1]** 93/19

**signals [1]** 30/23

**Signature [1]** 153/19

**significance [9]** 34/12 120/12 121/6 139/5 139/9 139/12 139/15 139/25 147/12

**significant [10]** 57/23 104/11 120/19 122/9 136/22 139/1 139/3 139/3 139/11 139/24

**SIM [1]** 1/10

**similar [2]** 145/19 145/22

**similarly [2]** 86/6 92/14

**simpler [1]** 132/21

**simplify [1]** 5/11

**simply [19]** 22/3 27/2 35/1 42/2 42/23 49/11 85/18 87/16 89/4 89/4 97/5 97/13 112/3 115/23 122/11 135/21 136/12 138/13 139/22

**simultaneously [1]** 151/17

**since [5]** 30/17 50/19 57/18 62/6 66/9

**single [58]** 9/16 13/8 13/24 14/13 16/3 16/9 16/15 16/18 16/24 17/8 17/9 17/12 19/5 19/10 19/20 20/19 29/15 35/5 52/12 55/24 61/11 61/12 97/2 97/6 97/8 98/15 98/20 98/22 98/23 99/1 99/3 99/7 99/12 99/20 100/6 100/21 101/15 104/16 104/20 104/21 105/6 105/10 106/5 106/9 107/19 107/24 109/17 109/24 111/22 112/11 120/7 128/2 128/3 128/18 128/19 130/9 143/5 147/13

**single-member [45]** 13/8 16/15 16/18 16/24 17/8 17/12 19/5 19/10 19/20 20/19 29/15 52/12 55/24 61/11 97/2 97/6 97/8 98/15 98/20 98/22 98/23 99/1 99/3 99/7 99/12 99/20 100/6 100/21 101/15 104/16 104/20 105/6 105/10 106/5 106/9 107/19 107/24 109/24 112/11 120/7 128/2 128/3 128/18 128/19 147/13

**sir [27]** 4/9 4/12 5/6 6/23 13/16 14/3 28/8 28/18 31/24 39/18 43/5 44/14 44/17 45/19 46/14 55/22 57/17 58/13 62/5 63/19 67/7 68/14 68/18 72/7 134/19 135/15 141/25

**sister [1]** 6/1

**sit [6]** 16/2 16/2 20/18 22/3 42/7 121/16

**site [2]** 36/17 68/1

**sites [1]** 36/10

**sitting [3]** 4/14 21/23 38/14

**situation [3]** 74/15 90/23 105/4

**six [9]** 16/18 17/4 18/12 47/23 48/6 54/14 60/3 79/22 83/17

**sixth [1]** 22/24

**skill [1]** 124/11

**skilled [1]** 125/10

**skillfully [1]** 125/16

**skin [1]** 22/2

**slate [4]** 37/4 37/5 37/7 68/20

**slates [1]** 37/18

**Slattery [8]** 66/7 66/12 71/11 80/23 81/7 82/15 82/21 82/24

**Slattery's [1]** 82/23

**slide [3]** 33/12 33/14 36/16

**slight [1]** 111/25

**slightly [1]** 110/14

**slim [2]** 107/25 108/5

**slope [2]** 137/13 137/13

**slows [1]** 23/23

**small [6]** 50/13 81/24 82/5 97/19 104/22 105/5

**sneaky [1]** 59/14

**soccer [1]** 12/1

**social [15]** 35/15 47/14 53/8 70/19 70/21 70/22 70/24 79/11 84/7 107/17 125/11 125/25 138/24 139/2 139/6

**software [2]** 127/17 127/19

**solely [1]** 47/10

**solution [2]** 24/3 76/24

**solve [3]** 24/6 24/7 24/8

**some [54]** 7/9 10/7 11/17 12/5 13/5 13/20 17/13 21/18 25/13 27/5 29/14 30/6 31/16 33/5 38/11 48/2 53/2 53/15 53/16 54/17 57/20 58/9 63/15 76/16 76/17 79/5 79/7 79/8 79/10 81/2 84/18 85/6 90/18 90/18 93/4 96/23 98/14 98/16 105/3 107/6 114/12 114/20 119/17 120/5 120/12 121/17 122/4 122/10

**some...** [6] 122/17 127/6
133/4 133/6 145/9 145/24
**somebody** [1] 104/18
**somehow** [1] 100/4
**someone** [11] 7/10 7/18
9/19 9/20 12/4 13/17 21/23
64/12 82/11 82/13 134/11
**Someone's** [1] 119/10
**something** [31] 14/22 16/20
21/2 21/9 21/11 21/21 29/16
29/19 29/20 42/9 60/6 74/14
77/3 79/10 79/25 80/1 81/3
82/19 82/20 84/15 85/9
85/20 86/8 92/6 92/24 101/8
106/23 115/15 116/15 119/4
139/13
**sometimes** [10] 6/19 26/25
76/20 84/18 85/17 90/16
90/16 93/12 94/20 118/5
**somewhat** [2] 79/6 85/15
**somewhere** [4] 81/16 81/18
94/19 95/16
**Somos** [3] 65/16 71/14
71/14
**son** [3] 11/22 45/15 58/18
**sophisticated** [1] 127/1
**sorry** [16] 11/18 17/25
19/25 28/21 32/18 38/16
39/17 39/25 40/6 56/15
111/16 132/2 137/21 142/20
144/6 146/11
**sort** [14] 31/7 74/10 74/12
77/5 78/24 79/19 81/12 95/6
98/11 98/19 105/4 114/2
124/4 148/16
**sounding** [1] 115/1
**south** [20] 9/18 15/5 21/7
24/4 25/13 26/19 28/6 36/4
36/18 48/10 50/17 58/10
58/14 58/15 63/1 63/4 67/18
69/8 98/10 103/4
**south-side** [1] 26/19
**SOUTHERN** [1] 1/1

**southwest** [1] 6/3
**spades** [1] 152/2
**Spanish** [6] 5/2 15/18 23/3
23/19 23/21 110/7
**spanning** [1] 82/19
**spans** [1] 25/12
**speak** [12] 8/23 8/25 22/6
26/7 34/23 40/13 40/13
57/15 59/24 69/12 123/8
148/11
**speakership** [1] 79/24
**speaking** [5] 8/13 15/18
15/19 50/14 54/13
**special** [3] 45/6 45/9 102/7
**specialty** [1] 44/23
**specific** [2] 32/18 36/13
**specifically** [2] 29/13 90/23
**specifics** [1] 35/4
**specified** [1] 35/2
**speech** [1] 34/21
**spell** [1] 4/25
**spend** [1] 48/3
**spending** [3] 54/13 63/2
63/2
**spent** [9] 26/19 45/7 47/23
51/22 51/25 52/4 52/4 64/24
69/9
**Sper** [1] 37/25
**Sperandino** [1] 37/22
**Sperandio** [1] 37/23
**splendidly** [2] 106/7 106/8
**split** [4] 42/13 42/14 82/6
105/4
**splits** [1] 77/20
**splitting** [1] 83/12
**spoke** [7] 15/4 15/6 20/8
23/11 35/17 38/14 38/15
**SPRING** [77] 1/6 4/3 4/5
10/15 10/16 10/20 11/4
11/10 11/25 24/20 25/10
29/14 36/3 36/3 36/10 36/10
36/13 37/1 39/2 39/19 40/2
40/8 43/10 43/11 44/18
45/11 46/2 46/7 49/9 50/12

50/13 50/22 51/9 57/7 58/19
62/10 62/15 62/16 65/17
67/5 67/6 67/19 67/19 67/21
67/21 69/9 71/9 71/14 72/5
72/21 75/19 80/9 85/13
94/17 100/20 101/4 101/23
103/18 103/21 103/22
103/25 104/2 104/5 109/9
115/10 115/11 117/20
117/25 123/22 130/9 132/16
134/14 143/2 144/5 146/1
147/13 152/4
**Spring Branch** [63] 4/3 4/5
10/15 10/16 10/20 11/4
11/10 11/25 24/20 25/10
29/14 36/3 36/10 36/13 37/1
39/2 39/19 40/2 40/8 44/18
45/11 46/2 46/7 49/9 50/12
50/13 51/9 57/7 62/10 62/15
62/16 65/17 67/5 67/19 69/9
71/9 71/14 72/21 75/19 80/9
85/13 94/17 100/20 101/4
103/18 103/21 103/22
103/25 104/2 104/5 109/9
115/10 115/11 117/20
123/22 130/9 132/16 134/14
143/2 144/5 146/1 147/13
152/4
**Spring Branch's** [2] 101/23
117/25
**Springs** [7] 5/24 6/1 8/1 8/5
8/6 8/10 9/24
**square** [1] 35/18
**squares** [2] 85/17 125/20
**stadium** [2] 61/14 61/15
**staff** [1] 49/10
**stage** [2] 134/8 134/25
**stages** [1] 48/4
**stand** [4] 70/18 71/25 90/5
111/5
**standard** [4] 72/23 76/9
77/18 142/24
**standards** [3] 138/25 139/2
139/6

**Stein's [5]** 33/24 34/9
34/11 34/17 63/10 68/2

**stock [1]** 101/9

**stands [1]** 48/17
**Star [1]** 129/20
**start [5]** 23/2 28/24 31/20
35/5 116/17
**started [6]** 6/10 32/12 48/6
60/14 114/1 125/24
**state [12]** 4/23 6/6 22/17
44/9 61/12 65/1 65/9 72/19
86/10 114/16 114/16 116/11
**stated [1]** 126/14
**statement [4]** 17/7 101/10
101/13 127/8
**states [11]** 1/1 1/10 24/17
53/4 62/9 98/11 99/5 110/21
116/4 116/18 128/15
**statistical [18]** 15/8 34/23
34/24 35/18 35/19 35/21
76/2 76/4 84/6 85/7 126/5
126/6 126/8 127/14 139/9
139/12 139/15 139/25
**statistically [7]** 89/3 139/1
139/3 139/3 139/10 139/24
140/23
**statistics [1]** 67/14
**stayed [1]** 12/17
**steering [1]** 38/8
**Stein [63]** 16/23 18/13
19/24 33/14 70/15 71/12
77/11 80/23 81/6 81/8 81/15
88/3 88/20 89/11 89/16
89/21 90/18 92/1 93/1 93/8
104/12 108/15 109/11
110/18 110/21 111/12
112/10 113/23 119/2 119/3
120/2 121/11 124/3 124/5
124/10 124/15 124/20
124/23 125/6 125/10 125/13
125/15 126/4 126/14 126/24
127/11 128/21 129/10 130/1
131/12 132/8 137/8 137/10
140/12 140/25 141/2 141/11
141/19 143/19 144/1 144/10
145/21 147/11

70/25 72/23 80/19 80/22
81/12 81/22 82/10 82/14
87/10 87/11 87/20 88/9
88/13 90/3 90/25 91/24
93/25 98/14 104/8 106/14
108/9 109/24 112/5 113/6
113/9 124/1 125/19 126/10
126/18 127/3 127/22 131/15
131/19 137/4 137/16 137/19
137/20 137/23 138/16
138/24 139/9 140/5 142/6
142/11 142/16
**stemmed [1]** 54/23
**stems [1]** 23/5
**stenography [1]** 2/24
**stick [3]** 5/2 20/16 20/16
**still [14]** 4/10 6/25 8/20
12/16 45/23 50/25 51/1
60/15 99/10 112/17 117/17
118/22 131/23 132/2
**stood [3]** 48/19 49/22 98/25
**stop [1]** 78/1
**stops [1]** 8/16
**story [1]** 22/2
**straight [2]** 19/23 62/24
**strand [2]** 50/2 60/15
**strategy [3]** 113/21 113/25
114/2
**Stratford [8]** 10/25 11/2
28/7 42/8 42/15 42/17 42/17
43/5
**strength [2]** 151/1 151/5
**strict [1]** 142/24
**strong [7]** 12/18 21/4 25/12
53/13 59/6 66/23 93/16
**stronger [1]** 150/24
**strongest [1]** 52/16
**strongly [5]** 29/19 117/6
117/10 117/17 117/24
**struck [1]** 143/17
**structure [3]** 29/22 53/8
151/12

**student [6]** 22/4 22/8 50/19
61/2 61/22 148/7
**students [18]** 8/15 12/13
13/9 13/20 21/20 21/25
22/22 26/20 27/4 27/11
41/25 60/5 60/21 74/14
101/19 104/7 106/11 106/12
**students' [2]** 59/15 59/15
**studied [1]** 66/18
**studies [4]** 35/20 124/21
124/22 140/7
**study [4]** 140/3 140/3 140/8
140/8
**stuff [2]** 92/19 148/15
**subbed [1]** 49/5
**subgroup [1]** 35/1
**subject [2]** 135/1 141/22
**subjected [1]** 126/1
**submit [2]** 148/13 152/23
**subset [3]** 150/18 150/18
150/20
**substantial [7]** 89/8 94/20
95/6 103/12 103/16 131/24
136/4
**substantial cohes [1]** 95/6
**substantially [2]** 83/14
84/20
**substantive [4]** 30/19 81/25
126/18 139/21
**substantively [5]** 81/5 81/9
89/13 90/7 140/23
**subsumed [2]** 91/18 91/19
**subtotals [1]** 93/3
**subtraction [1]** 67/20
**successful [4]** 66/6 66/7
103/11 103/11
**such [3]** 17/2 18/14 44/21
**sudden [1]** 22/23
**sued [3]** 97/8 134/12 134/15
**sufficient [4]** 76/4 77/18
80/16 83/5
**sufficiently [1]** 143/3
**suggest [6]** 101/24 102/10

**S**

**suggest... [4]** 107/5 114/6 118/7 135/13
**suggested [1]** 149/16
**suggesting [2]** 109/20 117/24
**suggests [10]** 95/5 99/10 112/8 112/11 117/2 117/7 117/10 117/18 132/6 145/24
**suitability [1]** 60/20
**suitable [4]** 59/20 59/21 60/2 60/6
**Suite [3]** 1/16 1/20 2/3
**sum [1]** 90/20
**summarizes [1]** 109/14
**summary [4]** 88/9 91/23 135/2 136/17
**summer [1]** 27/16
**super [1]** 65/25
**superintendent [6]** 61/18 105/12 105/13 105/14 105/17 105/21
**superior [1]** 131/22
**supplanted [1]** 118/9
**supplement [1]** 83/2
**supplemental [8]** 73/10 73/12 80/11 80/15 83/2 88/8 110/4 116/20
**support [46]** 25/1 25/4 31/16 31/19 31/21 33/25 36/24 40/3 40/9 51/3 62/12 62/13 62/17 62/17 63/11 63/12 77/21 80/7 80/24 82/9 83/14 85/9 88/20 89/9 89/12 89/17 89/19 90/1 93/4 94/2 94/3 94/4 94/5 96/12 96/13 96/25 100/14 100/17 100/20 102/17 102/17 109/21 134/1 134/4 145/20 150/24
**supported [14]** 24/17 24/22 25/16 40/8 45/22 46/25 47/9 47/10 69/5 92/15 102/24 110/20 111/3 112/4
**supporting [10]** 11/24

83/17 83/18 83/19 93/4 99/24
**supportive [1]** 49/19
**supports [1]** 100/13
**suppose [1]** 85/25
**supposed [2]** 23/20 111/15
**Supreme [2]** 53/5 53/19
**sure [33]** 4/25 5/9 5/17 7/24 10/9 15/24 17/23 25/3 31/19 32/1 38/11 43/14 45/19 49/12 54/4 59/4 59/7 60/1 61/25 81/19 87/5 91/1 107/11 129/1 132/17 134/21 140/14 148/11 148/21 149/11 151/21 153/1 153/3
**surely [1]** 112/21
**surface [1]** 136/19
**surname [1]** 102/21
**surnames [1]** 110/7
**surprise [5]** 143/2 143/6 143/7 143/8 143/10
**surprised [3]** 138/2 138/17 138/20
**survey [2]** 13/21 15/1
**sworn [12]** 4/7 4/11 4/12 4/16 4/18 44/2 44/3 44/6 72/7 72/10 72/11 72/14
**system [26]** 19/4 19/6 19/16 29/14 53/25 54/2 58/22 61/5 61/9 96/12 100/6 100/6 100/21 100/22 101/23 104/16 104/20 105/11 106/6 106/8 107/19 111/9 111/16 115/22 153/1 153/2
**systematically [1]** 94/14
**systems [2]** 98/17 99/20

**T**

**table [22]** 50/3 50/4 50/7 50/9 80/15 80/15 80/20 80/20 83/4 88/19 89/6 91/23 91/23 109/7 109/14 110/7 110/10 111/7 126/10 133/20 142/11 142/22

**Table 1 [3]** 80/15 109/14 142/22
**Table 2 [2]** 80/15 91/23
**Table 3 [2]** 89/6 110/7
**tables [1]** 82/2
**tackle [2]** 23/2 25/5
**tactics [1]** 56/24
**take [11]** 11/6 22/24 26/23 69/14 88/6 118/13 123/1 147/17 148/22 149/1 149/6
**taken [7]** 28/2 54/25 61/11 72/2 100/17 118/16 149/8
**taking [5]** 22/4 22/5 34/1 54/23 115/12
**tale [2]** 117/25 118/25
**talents [1]** 12/5
**talk [24]** 6/18 7/20 7/22 21/6 24/25 26/2 38/10 38/11 40/20 41/3 56/14 61/6 79/13 79/13 90/10 90/10 98/4 98/6 102/11 104/21 120/23 120/24 130/4 149/7
**talked [11]** 20/3 42/5 50/24 56/21 64/17 68/15 99/23 100/18 137/10 142/2 149/14
**talking [9]** 15/10 24/4 41/9 52/5 52/5 55/23 116/17 135/14 142/19
**talks [5]** 38/2 98/5 98/14 102/2 120/22
**tapestry [6]** 9/20 16/4 31/8 34/2 42/5 146/22
**task [1]** 60/5
**tasked [1]** 61/22
**taught [12]** 23/19 44/24 45/2 45/6 59/18 74/8 74/8 74/9 74/18 74/18 74/19 74/19
**Taylorcrest [2]** 58/12 58/12
**TEA [1]** 147/25
**teach [6]** 74/10 74/12 74/16 74/16 74/17 74/21
**teacher [2]** 47/12 49/21
**teachers [6]** 24/4 48/14

**teachers... [4]** 48/15 48/25 49/8 49/22

**teaching [8]** 44/15 44/22 45/8 45/10 46/3 51/11 52/1 74/13

**team [5]** 7/1 50/5 50/21 52/13 74/19

**technical [3]** 35/8 76/21 142/18

**technically [2]** 68/11 139/23

**technicians [1]** 125/10

**technique [29]** 76/18 76/21 76/23 77/10 77/10 77/12 81/1 87/17 87/19 87/22 87/23 87/24 87/24 90/22 92/11 92/25 93/1 93/22 93/23 94/10 94/15 131/21 131/21 140/17 140/18 141/6 141/8 141/9 141/11

**techniques [4]** 76/16 90/6 141/5 145/22

**technology [2]** 93/20 93/20

**Ted [2]** 114/9 114/17

**tell [22]** 10/14 20/6 47/9 52/7 59/1 65/1 66/9 82/2 84/14 84/23 85/11 85/12 94/22 97/23 100/19 104/3 122/19 123/12 133/24 139/12 139/24 146/10

**telling [5]** 65/6 84/23 86/20 127/4 130/23

**tells [4]** 92/6 94/23 139/6 152/25

**ten [5]** 32/13 45/10 52/2 56/15 56/16

**tend [2]** 62/11 96/15

**tended [2]** 114/5 145/2

**tender [1]** 151/21

**tentative [1]** 149/18

**tenuous [1]** 53/25

**tenured [1]** 74/11

**term [8]** 15/12 28/2 28/5 43/15 58/24 59/23 65/10

**terms [4]** 20/15 81/18 97/17 143/20

**terrific [1]** 104/6

**test [7]** 20/21 23/10 75/22 76/3 122/5 139/6 139/25

**testified [8]** 4/18 40/21 44/6 72/14 102/19 108/15 108/17 142/6

**testify [4]** 73/23 75/4 75/9 122/3

**testifying [3]** 39/14 72/21 131/5

**testimony [21]** 8/23 26/1 48/2 62/13 65/13 66/2 68/2 70/15 73/2 101/24 108/19 117/13 117/16 118/6 118/7 120/18 127/12 127/22 140/25 144/15 152/4

**tests [1]** 22/24

**TEXAS [39]** 1/1 1/16 1/16 1/20 2/4 6/3 6/9 8/2 8/7 8/7 11/1 16/17 16/17 19/4 20/11 22/17 23/12 23/12 24/19 24/20 25/7 25/24 40/19 40/25 44/22 45/14 65/1 96/17 96/18 96/20 97/18 99/9 113/13 113/16 113/22 116/2 128/13 129/24 153/8

**text [9]** 38/2 48/23 48/25 49/2 49/4 49/7 50/2 60/15 110/11

**than [49]** 12/24 15/1 16/22 24/2 27/14 30/11 40/24 42/1 50/18 55/5 62/23 63/18 63/22 73/21 79/2 79/4 82/11 82/13 82/21 83/19 90/16 90/17 90/24 92/12 97/12 97/16 98/10 98/13 99/23 102/14 102/22 102/22 109/16 110/17 111/17 111/17 112/12 112/14 113/7 114/5 114/5 116/1 117/12 117/19 130/7 132/6 137/12

**than -- well [1]** 55/5

**thank [34]** 4/17 5/20 16/12 27/20 27/22 37/24 40/1 40/1 43/22 43/23 55/2 56/7 58/2 71/25 72/13 76/1 80/13 106/13 110/12 118/10 118/19 128/1 144/19 144/19 147/9 147/15 148/8 149/3 149/4 149/10 152/16 153/9 153/10 153/11

**Thanksgiving [3]** 65/19 71/19 71/22

**that [855]**

**that -- well [1]** 146/10

**That'll [1]** 34/19

**that's [119]** 4/14 5/3 6/12 13/10 13/10 15/2 15/22 16/10 16/19 16/20 16/21 17/17 18/5 18/23 19/22 20/16 22/9 22/10 24/1 25/18 25/23 27/18 29/3 29/11 29/23 30/2 30/5 31/3 31/6 31/10 31/14 32/13 35/9 35/14 36/5 36/8 36/12 36/16 36/20 36/21 37/7 39/22 41/2 42/9 42/12 49/6 52/21 53/11 53/14 58/14 63/25 63/25 64/6 65/21 66/21 66/22 71/2 71/21 71/21 71/24 73/8 73/18 76/20 76/21 76/21 77/10 77/12 77/19 77/23 78/10 79/25 80/5 83/13 83/14 84/13 86/7 87/12 88/16 89/8 90/8 93/10 95/2 96/13 100/9 103/23 105/18 105/18 105/19 108/1 124/24 128/22 131/3 131/6 131/6 132/15 132/2 133/12 134/5 134/22 135/9 136/19 136/20 140/13 141/10 141/20 142/20 143/6 144/25 145/7 146/19 147/8 147/15 148/15 148/17 149/4 151/16 151/18

**that's... [2]** 152/7 152/21

**their [55]** 8/8 8/15 8/16 8/16
9/3 10/13 19/7 22/2 22/7
23/24 25/1 30/15 34/2 34/10
37/13 37/14 49/6 50/8 51/4
53/1 54/15 54/22 54/23
55/25 55/25 60/21 61/21
68/20 69/10 69/11 70/9
71/18 71/18 79/15 84/24
92/9 95/12 95/22 96/11
97/17 100/3 100/16 101/6
102/18 105/16 107/21
113/14 114/10 115/7 116/16
120/15 144/5 145/5 147/4
147/4

**them [48]** 8/9 10/9 22/5
24/25 27/15 34/3 34/4 38/12
38/12 45/4 47/3 49/22 51/25
53/4 54/17 54/19 54/19
54/21 54/24 54/25 56/22
57/12 57/23 59/22 60/14
60/17 61/17 61/24 64/10
69/25 95/25 100/4 101/4
111/10 114/13 114/14
115/14 115/14 122/4 123/16
125/16 130/3 138/10 141/18
146/23 148/5 148/23 152/19

**themselves [3]** 20/13 91/6
123/8

**then [57]** 6/5 6/7 6/8 6/11
8/11 10/18 11/1 12/3 13/1
13/3 16/16 17/19 18/4 18/11
19/10 35/22 41/14 44/23
45/5 53/13 54/2 54/22 57/3
60/17 69/18 74/9 78/3 78/8
78/22 91/11 92/4 92/6 93/10
95/11 95/13 95/13 95/23
100/18 100/24 105/24 110/4
112/24 114/14 114/16
119/12 121/7 121/20 131/3
131/22 132/19 136/8 136/12
142/24 146/16 149/7 150/6
150/8

**theories [1]** 92/20

**theory [7]** 30/1 59/10 59/12
59/12 146/8 146/10 146/12

**there's [34]** 4/24 7/20 7/25
10/10 10/10 12/21 13/17
18/24 19/3 23/25 31/7 31/8
50/16 66/17 79/4 81/3 81/13
86/18 93/16 94/23 95/1 95/1
97/25 99/6 99/7 103/25
105/3 111/25 112/17 118/6
125/12 139/13 145/24 149/2

**thereof [1]** 151/5

**thereunder [1]** 151/4

**these [36]** 24/22 25/3 56/18
57/2 57/20 58/9 67/15 68/3
68/3 75/10 76/23 78/15 81/4
81/9 81/20 81/24 82/2 82/2
84/17 86/15 87/14 87/18
91/2 93/2 94/3 94/6 98/20
102/14 109/18 109/20 125/9
134/5 144/15 145/3 150/5
151/7

**they [113]** 4/25 8/7 10/23
10/24 10/24 11/4 15/19 17/5
17/13 17/21 22/2 22/5 22/6
22/23 23/15 23/15 23/19
24/24 25/1 27/12 27/13
34/23 37/3 37/12 37/12 38/7
38/10 39/7 45/4 49/7 49/11
49/23 49/24 50/1 50/2 50/2
50/3 50/11 51/8 54/1 54/16
54/16 58/17 61/10 61/11
61/13 63/23 64/13 65/3
65/17 65/17 65/18 65/25
66/10 67/14 67/25 67/25
68/20 68/21 68/23 69/1 69/5
70/8 70/14 75/2 79/17 80/16
80/18 84/14 84/15 87/14
87/22 88/5 95/12 95/13
95/20 96/22 97/3 97/7 97/11
97/12 97/18 97/19 99/17
99/21 100/2 100/21 103/18
104/4 104/21 105/3 111/10
112/21 112/22 114/10

**theories [1]** 92/20

**there'll [1]** 120/23

**there's [34]** 122/23 122/24 128/5 128/7
130/12 139/20 139/21
139/21 141/5 141/13 143/25
143/25 144/5 146/23 147/2

**they're [38]** 10/8 21/12
22/23 28/9 41/23 50/6 68/13
82/1 87/12 90/16 90/16
91/10 92/18 95/17 95/18
95/19 95/21 95/21 95/23
97/17 100/3 102/18 103/2
104/25 105/1 114/17 115/7
115/10 115/12 115/13 128/6
128/8 128/11 128/13 128/15
137/14 139/11 146/25

**they've [3]** 19/9 43/13 53/13

**thing [18]** 5/9 5/17 26/5
27/9 54/21 81/8 83/16
100/12 105/19 107/11
125/13 134/5 138/21 138/22
140/13 141/4 141/4 148/9

**things [24]** 5/13 5/22 6/18
12/19 15/9 20/21 56/18
59/10 60/18 79/11 81/20
90/13 94/23 99/15 99/16
100/2 104/4 104/13 104/21
105/18 118/5 138/10 141/3
147/21

**think [108]** 7/7 7/18 8/25
9/16 10/11 10/12 12/17
13/21 15/23 16/6 20/20
21/18 25/8 25/18 26/14 31/3
31/10 32/20 32/22 34/3 34/5
36/25 37/7 37/15 39/1 39/8
40/15 41/7 42/20 42/22
47/24 48/13 50/5 52/16 53/3
54/7 54/7 55/2 56/12 57/1
61/6 65/21 75/7 75/7 75/8
75/24 77/7 78/7 78/16 78/16
78/17 79/5 79/6 79/10 82/5
83/21 85/21 85/24 87/9 93/5
93/9 94/3 94/6 96/14 99/6
100/12 101/16 101/23 102/5
103/7 103/9 103/19 104/13

**think...** **[35]** 104/25 105/1
105/17 106/6 106/19 106/23
107/4 111/6 116/14 117/21
118/11 119/3 119/3 119/6
121/19 123/10 124/6 126/16
126/24 127/8 132/7 134/7
134/9 134/13 136/23 138/8
142/18 142/24 144/14
144/15 147/6 148/15 148/19
149/19 150/1
**thinking** **[5]** 41/16 59/12
84/15 130/11 134/12
**third** **[10]** 39/14 45/2 52/14
52/20 83/19 89/9 89/25
117/6 140/24 141/9
**thirds** **[1]** 85/9
**this** **[173]**
**Thornburg** **[1]** 53/6
**those** **[81]** 6/2 8/12 9/7 9/25
12/20 14/5 20/7 20/15 27/5
30/22 36/9 41/8 41/11 41/22
50/20 50/20 50/22 51/6
51/20 52/13 53/16 53/19
54/5 54/15 54/16 55/20 56/1
56/3 57/14 57/15 61/25
63/21 65/24 67/8 70/22
71/13 73/9 73/14 74/2 75/1
75/6 76/17 77/2 80/25 84/22
86/24 86/24 87/3 87/22
87/25 87/25 93/6 98/2 99/3
99/21 99/22 100/25 106/12
108/21 109/4 109/7 115/1
115/12 116/6 118/3 123/12
123/18 123/18 123/19
127/23 128/20 130/1 130/20
130/20 131/22 132/19 140/9
146/5 148/14 148/18 151/9
**though** **[3]** 81/1 110/17
151/2
**thought** **[5]** 4/13 50/19
51/14 51/18 101/12
**thoughts** **[2]** 23/23 50/20
**thousands** **[2]** 15/4 86/11

**thread** **[1]** 38/9
**three** **[28]** 19/3 23/24 36/2
36/9 45/2 51/7 52/15 54/24
67/8 67/15 67/18 68/9 68/13
69/10 73/6 95/9 110/18
110/19 122/7 123/5 127/13
132/20 137/8 138/10 141/3
141/5 143/25 150/6
**three miles** **[1]** 68/13
**threshold** **[3]** 75/21 76/3
151/8
**through** **[16]** 8/14 22/22
37/2 37/17 38/3 57/1 58/15
58/15 80/8 86/23 108/21
109/13 115/20 115/21 134/4
145/15
**throughout** **[1]** 75/12
**throw** **[2]** 21/2 27/9
**thrown** **[1]** 21/3
**thus** **[1]** 13/12
**Tijerina** **[1]** 6/2
**till** **[2]** 6/5 26/12
**time** **[42]** 9/5 9/8 12/12
12/16 12/24 19/23 21/22
25/23 26/19 27/6 39/15
43/17 45/5 45/23 46/21
50/22 51/1 51/22 51/25 52/4
57/12 59/6 63/3 64/24 65/22
66/7 69/15 71/17 75/8 111/7
119/17 126/9 133/3 133/10
134/17 138/14 138/23 144/3
145/16 146/15 149/21
152/25
**timelines** **[1]** 27/1
**times** **[2]** 58/24 120/11
**Title** **[1]** 52/1
**Title I** **[1]** 52/1
**today** **[13]** 7/25 12/16 25/5
60/15 79/14 121/16 121/23
125/4 125/11 137/3 143/8
150/9 152/8
**toehold** **[1]** 99/21
**together** **[7]** 29/4 50/21
64/10 128/23 129/1 129/10

**token** **[7]** 7/2 7/5 9/12 9/14
21/12 24/1 106/7
**told** **[2]** 33/20 66/20
**tolerate** **[1]** 7/11
**too** **[3]** 5/15 48/3 65/22
**took** **[12]** 12/20 13/23 21/13
47/24 53/4 60/7 61/17 62/16
134/14 140/25 141/6 141/8
**top** **[4]** 9/23 12/21 20/18
20/22
**topic** **[3]** 25/25 35/22 62/12
**topics** **[2]** 24/11 41/6
**toss** **[1]** 138/10
**total** **[11]** 32/11 32/16 32/19
32/20 36/11 36/14 56/19
62/18 67/9 92/4 92/17
**totality** **[12]** 63/22 72/22
117/9 117/17 120/6 122/4
122/9 124/13 150/13 150/14
150/16 150/19
**totals** **[2]** 92/12 93/2
**touch** **[1]** 123/21
**tough** **[2]** 65/24 65/25
**towards** **[3]** 22/14 44/5
102/7
**town** **[2]** 65/19 65/20
**track** **[2]** 8/3 51/17
**tracks** **[1]** 70/16
**trained** **[1]** 74/2
**training** **[1]** 124/11
**transcript** **[3]** 2/24 150/1
153/15
**transition** **[1]** 10/10
**transportation** **[1]** 27/3
**Travis** **[1]** 4/24
**treat** **[1]** 81/2
**tree** **[1]** 8/3
**trend** **[5]** 111/20 111/22
111/24 111/25 112/1
**trends** **[1]** 130/8
**trial** **[11]** 1/9 3/2 7/1 46/13
57/22 117/14 127/12 135/3
136/17 146/2 150/1

**T**

trials [1] 75/11
tried [7] 20/15 22/13 46/6
 46/10 143/9 143/9 153/9
trip [2] 33/4 153/8
trivial [1] 139/14
Troop [1] 11/23
troubling [1] 151/10
true [9] 58/14 85/20 87/16
 89/5 92/5 103/23 107/6
 137/4 144/2
truly [2] 51/13 60/20
Trump [1] 79/18
Trump's [1] 114/22
trumps [1] 100/9
trustee [13] 11/9 20/4 21/16
 22/25 32/3 38/15 45/17
 49/10 51/10 52/17 70/6
 110/22 117/1
trustees [6] 5/4 17/10 42/7
 44/12 51/3 113/14
truth [2] 43/16 84/11
try [11] 5/12 7/24 14/14
 21/23 22/10 24/7 51/17
 74/14 119/17 119/22 141/2
trying [40] 7/25 9/10 12/13
 16/7 16/11 21/10 21/16
 21/18 23/2 23/7 24/6 25/5
 26/20 32/7 33/4 35/21 37/7
 37/13 38/15 38/16 42/20
 42/22 42/23 50/1 51/25
 60/24 64/13 76/24 77/3
 92/18 93/1 93/18 106/5
 115/13 119/23 134/6 134/8
 134/18 134/19 151/7
tuned [1] 46/11
turn [16] 28/16 34/12 57/19
 75/16 80/11 80/12 83/1 83/4
 88/19 91/22 99/13 99/19
 108/24 110/4 116/23 141/22
turnaround [1] 149/25
turned [2] 39/3 112/16
turning [1] 89/11
turnout [17] 46/8 56/9 63/5

108/11 108/17 109/9 109/12
109/15 110/15 110/16 111/3
112/12 113/7
twins [1] 10/22
two [36] 10/22 10/25 19/11
 23/24 24/10 24/25 27/7 29/4
 37/4 46/3 54/25 55/20 61/18
 64/13 69/16 76/3 76/6 77/17
 77/22 78/2 82/20 85/9 92/9
 92/10 95/9 99/1 106/17
 106/20 111/19 113/8 117/25
 118/2 118/3 118/25 128/23
 143/25
two-candidate [2] 78/2
 92/10
two-party [1] 77/22
two-point [1] 111/19
two-thirds [1] 85/9
type [1] 45/8
typical [2] 86/10 94/17
typically [8] 80/1 85/21
 86/16 87/6 96/19 96/21
 97/18 98/13

**U**

ugly [1] 49/24
ultimately [1] 119/4
umbrella [1] 115/15
unanimously [1] 97/1
uncertainty [1] 81/13
unconstitutional [1] 101/22
under [20] 4/10 6/18 6/20
 13/4 16/16 16/17 19/4 40/19
 60/23 61/3 61/23 99/4
 101/22 106/15 111/9 113/2
 122/4 123/14 136/24 136/25
underlies [2] 121/24 122/3
underlying [6] 67/2 121/23
 122/13 123/8 132/14 142/22
underneath [1] 110/10
underreported [1] 94/15
underreporting [1] 94/5
understand [34] 7/24 9/4
 9/14 9/19 15/25 16/1 16/4

43/14 44/15 51/25 57/21
63/20 63/23 64/2 64/3 64/9
64/19 66/20 74/14 76/25
88/18 112/25 120/10 126/23
134/8 137/12 137/21 141/15
146/18 146/22
understanding [8] 29/3
41/2 41/5 46/25 48/3 48/17
71/20 107/22
understands [1] 15/8
understood [3] 30/21 34/22
151/20
undertaken [1] 102/9
unequal [1] 100/7
uneven [1] 105/2
unfair [1] 26/14
unfortunate [1] 26/24
unfortunately [9] 7/8 23/8
59/10 64/22 65/18 70/18
71/15 77/16 101/11
Unida [1] 10/1
unified [2] 14/14 16/10
unintended [1] 23/8
union [3] 49/18 50/9 115/16
uniquely [2] 9/21 33/21
unit [2] 45/6 45/9
united [8] 1/1 1/10 50/23
53/4 62/9 98/11 99/5 128/15
United States [5] 53/4 62/9
98/11 99/5 128/15
unites [1] 50/18
University [12] 6/9 11/1
44/22 45/14 73/25 74/1 74/4
74/4 74/8 74/9 74/10 74/11
unless [4] 23/15 61/15
100/5 149/2
unlikely [1] 113/11
unopposed [2] 66/6 71/10
unpack [1] 59/1
unrelated [2] 133/5 133/25
unstable [1] 106/3
unsuccessful [1] 26/18
unsuitable [1] 20/15

**until [7]** 5/25 8/10 58/17
65/4 72/1 99/13 99/19
**up [55]** 6/5 6/12 8/2 11/25
12/23 17/12 17/14 19/25
20/22 25/25 26/6 26/17 27/5
29/6 33/4 34/19 38/4 43/7
45/7 47/11 48/20 49/22 52/6
57/3 57/5 57/12 62/12 66/10
69/7 70/4 70/17 70/18 71/9
87/14 90/14 90/14 90/20
92/1 92/8 92/18 98/25 99/19
99/19 113/8 114/14 124/17
124/24 125/2 125/15 137/8
138/10 144/2 149/20 150/15
152/11
**upon [11]** 12/20 21/13
33/24 34/9 70/10 70/23
101/11 123/3 134/19 135/5
146/20
**upper [2]** 80/19 88/24
**upward [2]** 111/25 137/13
**urban [2]** 99/9 99/11
**us [27]** 8/21 12/24 26/6 48/6
50/18 50/18 52/16 57/1
60/18 60/18 62/9 65/7 71/15
84/14 84/15 84/18 84/23
85/11 85/12 86/7 86/20
87/21 93/20 93/21 130/23
151/12 152/11
**use [17]** 22/11 31/7 33/8
59/23 76/18 76/23 84/17
87/21 87/23 90/24 99/8
100/4 125/5 127/2 137/6
139/4 153/2
**used [25]** 7/17 7/18 28/2
29/17 35/15 38/6 58/23
62/25 77/12 90/11 90/24
92/25 93/25 101/20 126/20
126/21 127/20 137/5 137/8
140/18 140/18 141/5 141/11
145/22 147/22
**useful [2]** 99/11 115/2
**users [1]** 125/6

**uses [3]** 63/20 76/19 84/21
**using [17]** 34/24 50/3 67/2
67/20 67/23 77/11 81/1
86/23 87/12 87/17 87/18
93/7 123/4 127/16 131/21
136/12 138/19
**usually [1]** 117/7
**utilization [1]** 94/9

**V**

**valid [1]** 101/16
**value [4]** 12/14 59/6 120/6
139/16
**values [17]** 25/1 25/17 47/2
47/11 47/25 49/25 51/8
54/20 58/24 59/2 59/3 60/24
61/4 61/24 97/20 115/11
115/13
**varied [1]** 35/1
**varies [2]** 77/15 77/20
**variety [1]** 128/20
**various [4]** 39/3 72/23
74/24 151/1
**vary [1]** 84/20
**Venezuelan [1]** 16/1
**Venezuelans [1]** 15/11
**Venn [1]** 150/16
**verifiable [1]** 125/24
**verified [1]** 148/6
**version [2]** 127/16 127/19
**versus [8]** 13/4 25/20 32/17
53/5 91/13 98/6 101/16
135/18
**very [93]** 7/9 8/4 8/7 8/9 9/3
9/21 9/24 12/13 14/1 14/15
14/17 15/7 21/21 26/2 26/6
26/8 27/12 27/14 34/5 40/16
40/18 43/15 44/25 44/25
46/8 46/9 47/21 49/20 49/20
49/23 49/24 51/6 52/21
55/16 56/9 56/13 56/24
58/13 59/5 59/19 61/8 62/7
64/10 64/10 71/25 74/13
74/21 75/15 76/16 77/2 77/6
79/14 80/6 82/5 84/11 84/18

84/19 84/21 84/24 86/18
88/22 93/19 94/20 96/22
96/22 97/19 98/2 98/4 98/8
99/11 99/13 101/8 101/12
102/2 103/12 103/17 105/11
113/11 118/10 119/4 124/16
137/10 137/23 140/5 145/15
145/19 145/22 148/8 148/25
149/10 149/13 152/6 153/9
**veteran [2]** 98/25 99/2
**vibrancy [1]** 27/13
**vibrant [1]** 114/21
**view [9]** 40/23 119/3 119/15
121/15 138/1 145/8 145/24
147/4 147/6
**views [3]** 14/10 31/1 31/4
**villages [1]** 148/13
**violation [1]** 122/12
**violently [2]** 29/16 29/17
**VIRGINIA [7]** 1/4 1/22
7/10 47/8 48/24 49/1 49/9
**virtually [3]** 79/21 90/7
117/21
**visible [2]** 30/21 30/22
**visit [2]** 8/21 124/2
**visited [1]** 68/21
**visiting [2]** 54/14 60/12
**visual [1]** 131/16
**vitae [5]** 73/16 73/19 73/21
75/1 75/6
**vitally [3]** 47/12 47/14 48/7
**voice [2]** 146/4 146/18
**VOLUME [2]** 1/11 3/2
**vote [88]** 12/7 12/10 17/5
18/1 18/8 18/15 30/15 31/13
33/15 33/17 34/1 36/9 36/11
40/18 40/22 42/13 42/14
42/25 51/24 52/14 52/17
52/20 54/12 54/13 54/24
56/20 56/21 56/22 61/15
61/15 62/4 63/4 67/8 67/9
67/17 67/18 67/22 67/24
67/25 68/1 68/4 70/6 70/9
77/21 77/23 78/3 78/3 78/9

**V**

**vote... [40]** 79/17 79/17 79/22 79/23 82/6 82/8 83/11 84/4 85/4 86/4 88/14 89/4 89/8 91/3 91/4 91/17 92/9 92/22 92/22 95/22 95/24 95/25 96/1 96/6 96/22 96/23 97/5 97/13 98/5 98/6 98/7 102/12 102/21 103/12 103/13 103/14 103/15 112/20 132/25 135/8

**voted [10]** 42/15 43/1 51/6 67/13 68/3 68/4 68/6 84/2 87/15 92/15

**voter [30]** 14/2 46/8 51/1 51/2 54/18 56/9 57/20 63/5 63/10 80/4 84/12 93/13 96/7 97/12 107/6 108/5 108/9 108/17 109/18 109/23 110/22 111/20 111/24 112/2 113/7 128/24 132/6 145/25 146/5 146/6

**voters [135]** 30/14 31/9 31/11 34/1 34/10 40/24 41/3 41/18 51/20 51/23 52/6 52/13 53/10 56/15 56/15 56/24 59/2 62/2 62/11 64/9 67/12 75/19 75/20 76/12 78/15 82/9 82/11 82/12 82/24 83/13 83/19 84/3 84/9 84/10 84/12 85/2 85/8 85/10 85/14 86/6 86/8 86/21 87/8 89/7 89/9 89/22 91/9 91/12 91/14 92/9 92/15 92/17 92/18 93/13 93/14 94/7 94/8 94/24 95/2 95/19 95/19 95/20 95/21 95/24 96/5 96/6 96/22 96/25 96/25 97/3 97/4 97/16 97/17 97/18 97/20 98/2 98/3 98/3 98/4 98/10 98/11 98/13 100/8 100/12 100/14 100/20 100/25 101/4 101/5 102/16 102/16 102/22 102/24 102/25 103/1 103/16

107/14 107/15 107/16 109/2 109/5 109/22 110/6 110/13 110/20 110/24 111/8 111/13 112/13 112/15 112/17 112/18 112/19 112/21 113/8 113/9 114/4 114/24 117/3 120/14 121/10 122/11 130/18 130/19 131/17 145/2 145/10 145/11 145/20 146/22 146/24 147/3

**voters' [1]** 33/15

**votes [19]** 36/2 36/14 54/25 56/19 63/17 67/5 76/12 78/22 78/23 84/25 92/1 96/1 96/3 97/25 98/1 103/10 103/11 105/23 109/19

**voting [96]** 10/8 13/5 17/3 17/16 18/10 18/16 34/13 35/15 35/22 36/13 36/17 53/7 56/16 61/5 66/24 67/2 67/13 67/24 68/1 68/5 68/8 74/6 74/16 75/9 76/10 76/12 76/25 79/13 79/16 82/11 82/12 82/13 83/7 83/20 83/24 84/16 85/12 85/25 92/3 92/4 92/7 92/20 93/14 94/11 94/14 94/16 94/21 94/25 95/12 95/12 95/15 96/10 100/24 101/1 101/6 101/22 102/10 103/2 106/17 108/1 110/1 113/3 118/9 120/13 121/3 122/8 122/10 122/12 123/14 124/12 125/25 126/21 130/15 130/16 130/18 130/20 131/1 131/4 131/8 131/18 131/23 131/24 132/16 132/18 136/15 136/22 141/24 142/12 142/15 143/21 145/3 146/4 146/18 146/19 147/7 147/12

**VS [1]** 1/5

**W**

**W/DRAW [1]** 3/13

**wait [2]** 42/24 69/18

**wake [1]** 12/23

**walk [1]** 16/3

**walkers [3]** 62/25 63/1 63/4

**walking [1]** 52/5

**want [39]** 10/6 10/6 13/3 21/2 25/25 27/6 28/16 33/5 35/10 41/11 43/14 50/12 53/20 57/20 60/22 61/6 77/5 77/6 87/6 90/10 103/25 104/1 104/2 111/19 119/11 119/19 120/9 124/2 127/7 130/4 134/20 134/21 140/14 148/23 149/7 151/15 151/19 152/3 152/24

**wanted [21]** 10/8 35/11 47/2 47/3 47/3 48/1 50/3 50/9 51/8 51/14 51/20 60/10 64/6 64/7 131/25 143/11 148/11 151/13 151/13 151/16 151/20

**wanting [1]** 15/23

**wants [4]** 34/19 57/1 107/19 148/15

**war [2]** 8/14 9/1

**wars [3]** 9/10 99/1 99/3

**wasn't [3]** 15/18 35/7 126/17

**waste [1]** 27/6

**wasting [1]** 65/3

**watching [1]** 59/16

**wave [1]** 21/15

**wavered [1]** 100/16

**way [20]** 5/11 6/14 8/2 13/21 52/19 59/12 76/12 81/10 101/21 115/19 115/21 119/3 119/11 122/1 122/15 125/24 134/22 137/1 138/11 145/4

**ways [2]** 78/16 149/16

**we [204]**

**we'll [11]** 28/5 39/11 55/13

**we'll... [8]** 57/3 69/18 71/25 86/12 118/13 121/1 123/21 127/10

**we're [43]** 5/12 7/25 10/5 16/10 16/22 21/14 23/7 32/7 36/23 47/21 49/8 50/14 55/23 58/14 68/15 69/14 77/3 77/7 81/1 81/19 85/21 85/22 86/11 93/18 98/23 100/25 102/11 115/9 119/12 120/13 131/12 143/12 143/12 146/15 147/17 148/13 148/16 148/20 148/22 149/6 150/1 150/1 151/14

**we've [14]** 25/25 40/15 48/2 50/4 55/2 88/2 99/23 136/14 142/2 143/18 147/21 147/22 152/19 153/1

**weak [2]** 93/18 93/19

**website [1]** 39/1

**weeding [1]** 148/16

**week [5]** 15/13 26/13 46/4 149/11 152/23

**weeks [3]** 57/19 150/6 150/8

**weigh [2]** 54/2 151/5

**weighs [1]** 54/7

**weight [1]** 150/19

**well [78]** 4/10 5/23 9/19 10/22 14/16 14/20 15/23 15/24 16/3 16/6 17/18 18/25 19/15 20/18 22/21 23/22 23/23 23/25 29/4 29/7 30/18 30/24 31/20 32/17 40/4 41/6 42/20 45/12 46/2 47/14 48/14 49/20 52/21 54/4 54/9 55/5 58/14 61/13 63/25 66/6 67/14 72/22 75/11 77/11 79/15 79/17 79/22 80/1 80/4 82/17 86/13 90/13 92/3 92/23 94/23 103/5 103/18 108/11 109/19 112/14 114/23 117/5 124/16 124/18 138/23 139/15 142/23 146/8 146/10 148/25 150/3 150/14 152/6 153/9

**well-equipped [1]** 9/19

**well-qualified [1]** 152/6

**well-recognized [1]** 124/18

**well-tried [1]** 153/9

**went [18]** 5/24 6/7 6/8 8/11 8/11 8/18 8/19 9/7 10/24 15/5 28/6 37/17 42/8 44/21 44/23 50/22 59/1 116/3

**were [108]** 4/7 6/23 6/23 8/16 8/20 11/9 12/24 14/7 15/19 16/14 18/18 20/4 20/6 20/13 20/14 20/23 20/25 23/19 26/13 26/16 26/16 26/18 27/4 28/17 29/12 29/16 29/19 30/15 30/18 30/20 32/21 33/21 34/3 35/2 37/3 37/5 37/12 38/6 38/12 38/25 39/16 45/5 45/21 46/11 48/3 49/11 49/24 49/25 50/1 50/23 51/2 51/15 51/24 56/22 57/15 59/2 59/6 60/23 61/2 61/11 61/13 61/23 63/2 63/15 63/16 64/23 65/13 65/24 65/25 68/23 69/1 69/22 70/1 71/1 95/20 99/20 99/21 100/17 102/23 106/9 108/15 110/18 114/8 114/23 114/23 114/24 116/14 126/9 126/13 130/18 130/20 130/25 131/15 131/20 132/13 132/22 133/4 134/6 138/14 138/16 139/11 140/6 142/10 142/11 144/12 144/22 151/17 151/21

**weren't [6]** 4/7 38/13 41/2 114/7 130/21 144/23

**west [2]** 36/18 98/7

**western [1]** 10/23

**what's [18]** 15/21 15/22 16/5 21/16 23/17 25/10 25/12 27/10 33/3 34/20 40/12 47/20 64/18 85/15 85/17 85/23 90/20 95/13 96/4 111/7 125/3 136/16

**whatever [4]** 18/9 103/6 144/1 146/20

**whenever [1]** 153/1

**whether [27]** 17/21 29/13 30/15 53/4 53/24 71/2 80/16 81/22 101/20 102/18 104/2 104/15 105/12 107/11 109/24 116/9 122/7 127/6 135/21 138/12 139/6 143/20 143/21 144/11 144/11 144/15 150/14

**which [63]** 7/12 7/16 8/19 13/13 19/6 19/7 29/14 30/6 31/12 35/6 36/18 37/1 38/2 39/1 39/3 39/10 39/10 41/6 44/25 45/23 53/14 55/13 56/5 56/12 61/6 62/3 62/9 63/20 67/1 68/9 69/7 70/14 73/10 73/11 73/12 74/14 74/15 74/20 75/16 80/11 83/2 84/21 91/23 95/9 96/10 104/21 113/7 113/22 119/4 121/14 125/23 127/19 134/4 134/25 135/1 137/11 141/4 141/11 142/10 144/21 150/7 151/11 152/13

**while [5]** 33/24 45/7 59/16 126/17 126/17

**white [21]** 10/7 25/16 33/15 53/10 54/13 63/11 91/5 91/7 91/13 91/14 91/20 92/7 92/9 92/18 94/11 94/14 94/16 94/19 117/7 122/8 131/17

**whites [2]** 91/16 92/8

**who [59]** 8/12 8/22 9/7 9/19 9/25 9/25 10/20 15/6 15/18 15/25 21/25 30/15 32/14 38/14 38/22 39/11 39/14 39/15 40/12 41/15 42/7 47/9 51/24 54/14 54/15 54/15 55/11 55/14 55/25 56/2

**who... [29]** 68/21 70/21 71/10 71/11 82/2 82/7 87/5 90/12 91/7 91/8 91/8 91/16 91/20 96/11 98/11 100/16 102/2 102/16 102/17 102/23 120/23 125/4 125/9 125/12 132/12 132/22 132/25 132/25 144/4

**who's [4]** 7/13 9/20 21/19 58/18

**who've [1]** 40/21

**whole [9]** 19/23 64/17 67/9 98/9 99/15 111/23 111/23 116/3 118/4

**wholesale [1]** 127/8

**whom [2]** 12/10 103/16

**why [40]** 8/23 12/10 16/21 16/22 17/17 19/24 22/21 26/2 31/12 34/16 35/9 35/10 47/1 47/9 49/6 49/11 51/6 51/10 51/18 52/7 60/7 62/3 64/6 65/7 66/9 70/14 71/10 71/13 76/8 78/6 83/9 84/13 90/11 90/11 90/12 91/1 116/14 132/5 134/18 139/17

**wide [2]** 81/25 87/4

**wife [2]** 10/17 11/14

**Wilchester [2]** 10/23 28/7

**will [30]** 14/24 14/24 15/2 20/1 39/12 52/13 52/22 63/21 70/23 71/3 71/5 79/7 79/16 79/17 93/15 96/9 96/24 96/25 105/7 110/2 112/6 112/21 112/23 132/8 136/17 149/22 150/7 150/7 150/8 153/3

**willing [2]** 82/4 102/17

**win [3]** 13/4 55/17 55/18

**window [1]** 12/25

**Windows [1]** 12/25

**Wisconsin [1]** 8/3

**wisdom [1]** 120/6

**wish [1]** 41/13

**wishes [1]** 101/12

**withheld [1]** 133/10

**within [11]** 35/1 49/5 76/12 77/7 107/21 115/8 115/14 126/6 126/8 132/24 150/21

**without [8]** 35/5 41/14 56/2 57/1 93/1 96/12 96/13 102/5

**witness [14]** 4/4 4/16 27/19 34/7 43/18 43/24 44/3 58/3 72/4 72/11 73/2 75/3 117/13 117/22

**witnesses [7]** 3/4 8/22 27/7 40/21 101/25 102/1 117/16

**woke [1]** 12/21

**woman [1]** 47/22

**women [1]** 60/19

**won [4]** 9/9 12/1 55/19 67/4

**won't [6]** 6/17 48/2 96/12 103/5 146/9 148/21

**wonder [1]** 7/2

**wondered [1]** 22/21

**woods [6]** 13/19 43/10 43/11 50/22 58/19 67/21

**word [6]** 7/16 29/17 31/7 64/16 64/16 152/24

**words [5]** 34/5 37/5 50/3 50/20 53/25

**work [33]** 10/7 38/10 67/25 68/6 96/9 97/23 105/8 105/8 105/9 106/7 106/8 112/6 112/9 117/7 122/19 123/21 124/16 124/18 124/24 124/24 125/11 126/5 127/12 128/24 129/14 130/4 133/4 133/22 133/24 138/5 143/1 149/1 149/15

**worked [11]** 10/9 44/24 47/18 123/17 123/18 123/19 128/23 129/1 129/10 141/8 148/25

**worker [1]** 8/1

**workforce [1]** 6/11

**working [6]** 45/4 46/3 76/19 115/7 115/7 137/1

**workings [1]** 40/14

**works [4]** 96/9 112/8 115/21 124/23

**world [4]** 26/25 36/7 81/19 126/22

**worlds [4]** 53/17 118/2 118/4 118/4

**worried [2]** 19/22 49/20

**worries [1]** 7/11

**worst [1]** 28/13

**would [101]** 9/15 13/7 13/9 13/13 13/13 14/7 14/16 16/15 16/25 17/13 17/22 18/4 18/21 19/7 26/5 29/14 29/14 29/21 30/14 35/4 37/16 41/10 41/10 41/11 41/15 41/22 42/16 50/16 51/14 51/20 51/21 53/17 56/12 57/22 58/18 59/4 61/25 62/19 67/11 67/23 73/9 73/22 76/7 78/14 79/20 80/11 81/9 81/11 81/18 82/8 87/8 88/8 88/19 91/18 95/9 103/9 104/4 105/12 105/17 105/21 106/25 107/7 108/5 108/7 108/24 109/10 109/10 110/9 112/1 112/13 112/22 113/10 113/25 115/16 116/7 116/8 116/23 116/24 118/24 122/1 127/7 131/7 131/22 131/23 131/24 132/1 132/19 134/6 135/2 135/2 135/13 136/17 138/1 140/14 141/17 143/7 143/19 149/23 149/23 150/10 152/13

**wouldn't [5]** 14/9 41/11 106/11 143/8 143/10

**writing [1]** 148/14

**written [3]** 73/6 151/13 151/15

**wrong [21]** 13/8 13/13 15/21 15/22 16/6 22/17 70/11 87/17 87/17 92/6 93/11 138/7 138/7 138/13

**wrong... [7]** 138/21 139/5
139/5 139/11 139/22 140/13
140/16
**wrote [1]** 40/12

## Y

**y'all [2]** 5/25 151/7
**yeah [8]** 32/18 66/13 119/19
135/16 135/16 138/9 142/18
143/7
**year [19]** 12/2 12/2 26/22
41/10 45/7 45/13 52/14
52/17 52/19 52/20 58/17
60/4 64/13 65/17 70/6 70/8
108/22 109/13 130/6
**years [31]** 6/7 8/14 23/24
44/24 45/2 45/6 45/10 46/2
52/2 52/15 54/24 55/1 61/18
74/10 75/7 75/9 75/12 76/24
86/25 109/4 116/6 119/7
122/22 123/22 126/20 130/7
130/14 134/9 134/10 142/19
143/1
**yes [137]** 4/9 4/15 5/6 5/20
6/23 10/22 11/5 11/8 13/16
14/3 17/11 17/11 18/4 18/23
19/19 20/8 24/24 26/5 28/8
28/15 28/18 30/17 31/24
32/14 33/19 35/25 38/1
39/13 39/18 42/1 42/14
44/11 44/14 44/17 45/10
45/19 46/14 46/20 47/7
48/19 49/17 53/22 55/9
55/22 57/17 58/13 58/17
61/5 62/5 63/9 63/19 64/7
65/16 66/1 66/9 67/7 68/14
68/14 68/18 69/7 70/3 72/25
73/8 73/15 80/10 80/18
82/17 88/15 88/18 89/13
89/18 89/25 94/12 104/10
108/4 108/8 108/12 108/16
108/20 108/23 108/25 110/8
111/6 113/15 113/18 113/24

124/14 124/22 125/1 125/18
125/22 126/8 127/25 128/5
128/7 128/21 129/6 129/8
129/17 129/19 129/21
129/23 129/25 130/3 130/13
130/24 131/8 131/19 132/20
133/12 133/15 135/8 135/15
136/1 136/1 136/4 136/7
136/11 136/19 138/5 139/2
142/1 142/13 142/20 142/25
143/14 143/16 143/23 144/3
145/7 145/22 146/24 148/6
**yesterday [5]** 14/1 16/23
25/15 148/13 149/15
**yet [5]** 4/12 7/11 23/5 80/24
150/12
**you [663]**
**you -- you [1]** 73/16
**you'd [2]** 112/12 138/21
**you'll [9]** 22/15 22/24 70/25
81/10 88/12 88/24 92/7
148/3 152/17
**you're [58]** 4/7 4/10 5/4
5/15 10/12 11/6 15/10 16/5
16/7 18/21 19/14 23/20
25/18 27/16 28/6 28/21
28/23 35/13 37/7 38/16 40/1
40/19 41/8 42/15 42/20
42/22 42/22 44/4 44/12 51/1
54/4 58/10 64/9 64/13 65/7
67/24 68/4 78/23 79/1 79/2
79/3 82/4 82/4 83/12 90/24
95/6 95/23 113/12 114/12
124/9 128/17 132/17 133/17
134/6 134/12 134/20 134/21
150/4
**you've [21]** 4/13 26/3 28/2
33/18 35/24 46/13 54/24
58/23 61/1 61/9 70/5 86/22
92/17 96/1 117/13 120/5
122/3 123/21 139/12 142/2
148/25
**your [223]**

19/19 22/15 26/5 41/19
54/11 72/5 72/13 101/8
118/12 118/19 146/13
147/21 148/12 149/3 152/10
153/6 153/7 153/10 153/11
**yours [4]** 5/2 28/24 36/22
138/17
**yourself [5]** 14/2 19/1 20/7
140/2 143/19

## Z

**zero [1]** 77/20
**Zimmer [1]** 120/21
**zone [5]** 51/19 52/7 52/13
64/12 70/14
**Zone 1 [4]** 51/19 52/13
64/12 70/14
**zoned [2]** 58/20 58/21
**zoning [1]** 148/12