UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-01997 |
| | § | |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, et al., | § § § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S REQUEST THAT COURT TAKE JUDICIAL NOTICE OF ADJUDICATIVE FACTS

Plaintiff Virginia Elizondo files this Request that the Court Take Judicial Notice of the contents of the Ordinances described below pursuant to FED.R.EVID. 201.

The fact and contents of the Ordinances described below are not subject to reasonable dispute because each of the Ordinances can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

Plaintiff has attached pertinent portions of each of the Ordinances to this request to supply the Court with the necessary information to take judicial notice of each Ordinance and of the fact that Hunters Creek Village, Bunker Hill Village, Piney Point Village, Hedwig Village and Spring Valley Village in the Spring Branch Independent School District each have zoning ordinances which restrict residential land use to single-family residences.

Plaintiff requests that the Court take judicial notice of the attached pertinent portions of the following municipal Ordinances:

1. Bunker Hill Village, Texas Code of Ordinances Sec. 1.01 through 15.02 (Pertinent portions attached as Exhibit A). Mini TOC: APPENDIX A - ZONING | Code of Ordinances | Bunker Hill Village, TX | Municode Library

2. Piney Point Village, Texas Code of Ordinances Sec. 74-1 through 74-282. (Pertinent portions attached as Exhibit B). Chapter 74 - ZONING | Code of Ordinances | Piney Point Village, TX | Municode Library

3. Hunters Creek Village, Texas Code of Ordinances Sec. 44-1 through 44-260. (Pertinent portions attached as Exhibit C). Chapter 44 - ZONING | Code of Ordinances | Hunters Creek Village, TX | Municode Library

4. Spring Valley Village, Texas Code of Ordinances Sec. 12.101 through 12.103, 01:01 through 01:05.11, 02:01 through 02:03.02, 03:A-01 through 03:W-01, 04:01 through 04:06, 05:01 through 05:02.11. (Pertinent portions attached as Exhibit D). Mini TOC: CHAPTER 12 - PLANNING & ZONING | Code of Ordinances | Spring Valley Village, TX | Municode Library

5. Hedwig Village, Texas Code of Ordinances Sec. 101 through 816. (Pertinent portions attached as Exhibit E). APPENDIX A - PLANNING AND ZONING CODE | Code of Ordinances | Hedwig Village, TX | Municode Library

Date: September 23, 2024         Respectfully submitted,

/s/ Barry Abrams
Barry Abrams
State Bar No. 00822700
SD Tex. Bar No. 2138
Robert Scott
State Bar No. 17911800
SD Tex. Bar No. 3085
Domingo LLagostera
State Bar No. 24070157
SD Tex. Bar No. 1120040
**BLANK ROME LLP**
17 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 228-6606
(713) 228-6605 (fax)
barry.abrams@blankrome.com
bob.scott@blankrome.com
domingo.llagostera@blankrome.com

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

Pursuant to the provisions of the Texas Rules of Civil Procedure, I certify that a copy of the foregoing document was served on all known counsel of record electronically on September 23, 2024.

/s/ Barry Abrams
Barry Abrams