# EXHIBIT A



## *Bunker Hill Village, Texas Code of Ordinances Sec. 1.01*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes > Texas > Bunker Hill Village Code of Ordinances > - CODE OF ORDINANCES > APPENDIX A - ZONING > ARTICLE I. ENACTMENT*

## § Sec. 1.01  Recitals.

The facts and recitations set forth in the preamble of this ordinance are hereby adopted, ratified, and confirmed.

Texas Municipal Codes

Copyright 2024 Municipal Code Corporation All Rights Reserved

**End of Document**



## *Bunker Hill Village, Texas Code of Ordinances Sec. 1.02*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes  >  Texas  >  Bunker Hill Village Code of Ordinances  >  - CODE OF ORDINANCES  > APPENDIX A - ZONING  >  ARTICLE I. ENACTMENT*

## § Sec. 1.02  Short title.

This ordinance shall be known and may be cited as "The City of Bunker Hill Village Zoning Ordinance."

Texas Municipal Codes

Copyright 2024 Municipal Code Corporation All Rights Reserved

**End of Document**



## *Bunker Hill Village, Texas Code of Ordinances Sec. 1.03*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes  >  Texas  >  Bunker Hill Village Code of Ordinances  >  - CODE OF ORDINANCES  > APPENDIX A - ZONING  >  ARTICLE I. ENACTMENT*

# § Sec. 1.03  Purpose.

The comprehensive zoning ordinance contained in this appendix "A" shall serve as the city's comprehensive plan. The zoning regulations and districts herein established have been made accordingly, for the purpose of promoting the health, safety, and general welfare of the City of Bunker Hill Village, Texas, and its inhabitants. Such regulations and districts have been designed to lessen congestion of the streets, to secure safety from fire, panic, and other dangers; to facilitate adequate provisions for transportation, particularly in times of natural disaster when timely evacuation of the city is critical for the protection of lives; to provide adequate light and air; to prevent the overcrowding of land; to avoid undue concentration of population; and to facilitate adequate provisions of water, sewage, drainage, schools, parks, and other public requirements. They have been made with reasonable consideration of the character of the districts and their suitability for a particular use, and with a view of conserving the value of buildings and encouraging the most appropriate use of land throughout the City of Bunker Hill Village.

**HISTORY NOTE:**

(Ord. No. 14-447,  2, 10-21-14)

Texas Municipal Codes
Copyright 2024 Municipal Code Corporation All Rights Reserved

**End of Document**



*Bunker Hill Village, Texas Code of Ordinances Sec. 2.01*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes  >  Texas  >  Bunker Hill Village Code of Ordinances  >  - CODE OF ORDINANCES  > APPENDIX A - ZONING  >  ARTICLE II. DEFINITIONS*

## § Sec. 2.01  General.

The following definitions shall apply in the interpretation and enforcement of this ordinance. Words and terms not defined herein shall be construed in accordance with the ordinances of the city or their customary usage and meaning. When necessary for a reasonable construction of this ordinance, words in the singular shall include the plural, words in the plural shall include the singular, and words used or defined in one tense or form shall include other tenses or derivative forms. The word "building" shall include the meaning of the word "structure." The words "shall," "will," and "must" are mandatory, and the word "may" is directory.

*Accessory building and accessory use.* A building or use which is clearly subordinate and customarily incidental to and serves the principal or main building or use; is subordinate in area, extent, and purpose to the principal or main building or use served: contributes to the comfort, convenience or necessity of the occupant of the principal or main building or use; and is located on the same lot as the principal or main building or use. Notwithstanding the foregoing or any other provision contained in this appendix "A" to the contrary, no building, or any part thereof, constructed, altered, improved or used for the purpose of human habitation shall be deemed an accessory building hereunder. For the purposes hereof, a building or part thereof shall be deemed habitable if it is constructed, altered or improved so as to be suitable for, or used for, sleeping purposes. An accessory structure consisting of a space with direct access to both a bathroom and a closet shall be deemed habitable for sleeping purposes. Manufactured appliances, as defined in the city's adopted building code, shall not be considered accessory structures; therefore, appliances are not subject to any setback restrictions with the exception of the required green space. No appliance shall be located in the required green space.

*Basement.* One or more floors of a building that are either completely or partially below the ground floor and are allowed only if the design is signed and sealed by a professional engineer.

*Building.* Any structure designed or built for the support, shelter, protection, housing, or enclosure of persons, animals, or property of any kind.

*Building area.* The maximum portion of a lot over which buildings and structures may be constructed.

*Building height.* The vertical distance from the average finished grade of the lot at the edge of the slab to the highest point of the building, excluding the chimney or chimneys.

*Building line.* A line parallel or approximately parallel to and is equal distance from the property line of which no building or structure shall be erected or constructed within. On a radial lot, the building line may be the arc created by the connection of parallel points or lines. The purpose of the building line is to establish the building area of the lot to provide for quality of life features and create consistency within subdivisions.

*City.* The City of Bunker Hill Village, Texas.

*City council.* The governing body of the City of Bunker Hill Village, Texas.

Sec. 2.01 General.

*Dwelling, single-family.* A detached residential dwelling unit, other than a mobile home or trailer or any structure converted from a mobile home or trailer, designed for and occupied by one family only.

*Dwelling unit.* A residential unit providing complete, independent, living facilities for one family including provisions for living, sleeping, cooking, eating, and sanitation.

*Family.* One or more persons, of which not more than two (2) are unrelated by blood, marriage, or adoption, living together as a single housekeeping unit as distinguished from a group occupying a boarding house, lodging house, hotel, motel, club, fraternity or sorority house, apartment house, or duplex.

*Garage or carport.* An accessory building or part of a main building used or designed for private storage only of motor vehicles used by the occupants of the building to which it is an accessory or of which it is a part.

*Green space.* An area of land reserved strictly for landscaping purposes only on which no structure can be built.

*Impermeable.* A surface structure which does not allow liquids to pass through.

*Lot.* A parcel of land occupied or intended for occupancy by a use permitted by this ordinance and being of sufficient size to meet the minimum applicable requirements for use, coverage, area, width, depth, and parking and to provide such yards and other open spaces as are required herein. A lot shall have the minimum required frontage on a public street or on an existing private street.

*Lot measurements:*

1. *Lot area.* The net area of the lot, expressed in square feet. Lot area shall not include any portion of a public street or alley.

2. *Lot depth.* The distance measured from the mid-point of the front lot line to the midpoint of the rear lot line or, in the event of a radial lot, the lot depth shall be measured taking the average of the side lot lines and maximum radial depth.

3. *Lot width.* The average horizontal distance between the side lot lines.

   *Lot types:*

1. *Corner lot.* A lot abutting two (2) or more streets at their intersection. A corner lot shall be deemed to front on that street on which it has the least dimension, unless otherwise specified by the zoning official.

2. *Interior lot.* A lot other than a corner lot with only one street frontage and which does not have a side lot line or lines which abut a street.

3. *Double frontage lot.* A lot other than a corner lot which abuts more than one street.

   *Nonconforming use.* A lot, building, structure, yard, or use existing legally at the time of passage of this ordinance, or any amendment thereto, which, by reason of design or use, does not conform to the regulations of the district in which it is situated. A nonconforming use may relate to land, building, structure, or use, or any part thereof.

   *Permeable.* A surface structure which allows liquids to pass through. For the purposes hereof, permeable surfaces, such as pavers, shall be constructed in accordance with the city's specifications for permeable surfaces. Notwithstanding the foregoing, the actual water surface area of swimming pools shall be calculated as permeable area.

   *Recreational and utility vehicles.* Any motor vehicle, as that term is defined in Vernon's Ann. Civ. St. art. 6701a, 2(b), as amended, which is designed for or used as a camper, motor home, travel trailer, or other similar purpose; any trailer, as that term is defined in Vernon's Ann. Civ. St. art. 6701d, 5(a), as amended, which is designated for or used as a tent trailer, utility trailer, house trailer, vacation or camping trailer, or other similar purpose; any boat or boat trailer; or any livestock trailer.

   *Setback.* The distance between the wall of a building, excluding steps, walkways, driveways, and those porches which are both unroofed and unenclosed, and the pertinent lot line or street line, whichever is closer. Setbacks and/or required yards on property abutting a private street shall be measured from the line demarking the edge of the easement of ingress and egress shown on the survey which is nearest the applicable lot.

Sec. 2.01 General.

*Sign.* Any structure, device, or inscription which is located upon, attached to, or printed or represented on any land or on the outside of any building or structure, or on any awning, canopy, marquee, or similar appendage, or permanently affixed to the glass of a window or door so that it can be seen from the outside of the building or structure, and which displays or includes any numeral, letter, work, model, banner, emblem, insignia, symbol, device, monogram, heraldry, trademark, light, or other representation used as or in the nature of an announcement, advertisement, attention arrester, direction, warning, or designation of any person, firm, group, organization, corporation, association, place, commodity, product, service, business, profession, enterprise, industry, activity, or any combination thereof. Where the word "sign" is used herein without modification, the same shall be understood to embrace all regulated signs and replicas.

*Street.* A public thoroughfare, or a private thoroughfare lawfully existing on the effective date of this ordinance, which affords the principal means of access to abutting property.

*Street frontage.* The length of a lot line which is adjacent to a street.

*Street line.* A right-of-way line of a street.

*Structure.* Anything constructed or erected which requires location on the ground or is attached to something having a location on the ground including, but not limited to signs, fences, walls, poles, and buildings, whether of a temporary or permanent nature.

*Yard.* An open space at grade between a building and the adjoining lot lines, or street lines, whichever are closer, unoccupied and unobstructed by a portion of a building or structure from the ground upward, other than as specifically permitted by this ordinance. In measuring a yard for the purpose of determining the depth of a front yard, the depth of a side yard, and the depth of a rear yard, the minimum horizontal distance between the pertinent lot line or street line, whichever is closer, and the edge of the main building, inclusive of all roof overhangs, eaves, or any other protrusions beyond the walls thereof, shall be used.

*Yard, front.* A yard extending across the front of a lot between the side lot lines and being the horizontal distance between the front lot line or front street line, whichever is closer, and the front of the main building. The front lot line shall be the lot line abutting the street which provides access to the lot or, in the case of a corner lot, the lot line abutting the street toward which the front of the main building faces.

*Yard, rear.* A yard extending across the rear of a lot between the side lot lines the minimum horizontal distance between the rear lot line or lines and the rear of the main building. On all lots the rear yard shall be to the rear of the front yard.

*Yard, side.* A yard extending from the required front yard to the required rear yard and being the horizontal distance between each side lot line or side street line, whichever is closer, and the nearest side of the main building.

*Zoning official.* The administrative official designated by city council and charged with enforcement of this Zoning Ordinance.

**HISTORY NOTE:**

 (Ord. No. 01-256,  1, 2-20-01; Ord. No. 01-260,  1, 8-21-01; Ord. No. 14-447,  3, 10-21-14;  ,  2, 9-21-21)

Texas Municipal Codes
Copyright 2024 Municipal Code Corporation All Rights Reserved

End of Document



## *Bunker Hill Village, Texas Code of Ordinances Sec. 3.01*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes  >  Texas  >  Bunker Hill Village Code of Ordinances  >  - CODE OF ORDINANCES  >  APPENDIX A - ZONING  >  ARTICLE III. ESTABLISHMENT OF DISTRICTS AND BOUNDARIES*

## § Sec. 3.01  Zoning districts.

For the purposes of this ordinance, the City of Bunker Hill Village, Texas, is hereby divided into two (2) single-family residential districts, which shall be known and described, respectively, as district A and district B.

Texas Municipal Codes

Copyright 2024 Municipal Code Corporation All Rights Reserved

**End of Document**



## *Bunker Hill Village, Texas Code of Ordinances Sec. 3.02*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes  >  Texas  >  Bunker Hill Village Code of Ordinances  >  - CODE OF ORDINANCES  >  APPENDIX A - ZONING  >  ARTICLE III. ESTABLISHMENT OF DISTRICTS AND BOUNDARIES*

# § Sec. 3.02  Zoning district map.

  The location and the boundaries of the two (2) districts of the city are shown on the map attached hereto, which map is designated as the "Official Zoning District Map of the City of Bunker Hill Village, Texas." Said map and all notations, references, and other information shown thereon and all amendments thereto are made a part of this ordinance as if fully set forth and described herein.

Texas Municipal Codes
Copyright 2024 Municipal Code Corporation All Rights Reserved

**End of Document**



## *Bunker Hill Village, Texas Code of Ordinances Sec. 4.01*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes > Texas > Bunker Hill Village Code of Ordinances > - CODE OF ORDINANCES > APPENDIX A - ZONING > ARTICLE IV. COMPLIANCE WITH REGULATIONS*

## § Sec. 4.01  Applicability.

Except as specifically authorized to the contrary in this ordinance, the following regulations shall apply in all districts:

A. *Use of land.* No land shall be used except for a purpose permitted in the district in which such land is located.

B. *Use of buildings.* No building or structure, or any part thereof, shall be used or erected, constructed, reconstructed, converted, enlarged, moved, or structurally altered except for a use permitted in the district in which such building or structure is located.

C. *Height of buildings.* No building or structure, or any part thereof, shall be used or erected, constructed, reconstructed, converted, enlarged, moved, or structurally altered to exceed the height limits herein established for the district in which such building or structure is located.

D. *Building construction.* No building or structure, or any part thereof, shall be erected, constructed, reconstructed, converted, enlarged, moved, or structurally altered except in conformity with the area regulations of the district in which such building or structure is located.

E. *No encroachment on yard area.* No part of a lot area, yard, open space, or off-street parking or loading space required by this ordinance for each and every building or structure heretofore or hereafter erected or constructed shall be encroached upon or be considered as part of the lot area, yard, open space, or off-street parking or loading space required for any other building or structure; or shall any lot area be reduced below the minimum requirements of this ordinance for the district in which such lot is located.

F. *One building per lot.* Every building or structure hereafter erected, constructed, reconstructed, converted, enlarged, moved, or structurally altered shall be located on a lot as herein defined and, unless specifically authorized herein, there shall not be more than one (1) main building on a lot.

G. *No reduction in lot or yard area.* No lot or yard existing at the time of passage of this ordinance shall be reduced in dimension or area below the minimum requirements set forth herein for lots and yards in the district in which such lot or yard is located. Any lot or yard created after the effective date of this ordinance shall equal or exceed the minimum dimension and area requirements of this ordinance for lots and yards in the district in which such lot or yard is located.

Texas Municipal Codes
Copyright 2024 Municipal Code Corporation All Rights Reserved



## *Bunker Hill Village, Texas Code of Ordinances Sec. 5.01*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes  >  Texas  >  Bunker Hill Village Code of Ordinances  >  - CODE OF ORDINANCES  > APPENDIX A - ZONING  >  ARTICLE V. DISTRICT A REGULATIONS*

## § Sec. 5.01  Purpose.

District A is the most restrictive of the two (2) residential districts of the city and consists mainly of large lots, medium and large single-family dwellings, and open spaces designed and desirable for large lot single-family dwellings.

Texas Municipal Codes

Copyright 2024 Municipal Code Corporation All Rights Reserved

End of Document



# *Bunker Hill Village, Texas Code of Ordinances Sec. 5.02*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes  >  Texas  >  Bunker Hill Village Code of Ordinances  >  - CODE OF ORDINANCES  > APPENDIX A - ZONING  >  ARTICLE V. DISTRICT A REGULATIONS*

## § Sec. 5.02  Permitted uses.

No building, structure, or land shall be used and no building or structure shall be erected, constructed, reconstructed, converted, enlarged, or structurally altered except for one (1) or more of the following purposes:

A. Single-family dwellings.

B. Public schools, public libraries, and municipal buildings and structures and public parks and public playgrounds owned in whole or in part by the city.

C. Accessory buildings and uses.

D. Specific uses as permitted by article VIII hereof.

Texas Municipal Codes

Copyright 2024 Municipal Code Corporation All Rights Reserved

**End of Document**



# *Bunker Hill Village, Texas Code of Ordinances Sec. 5.03*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes  >  Texas  >  Bunker Hill Village Code of Ordinances  >  - CODE OF ORDINANCES  >  APPENDIX A - ZONING  >  ARTICLE V. DISTRICT A REGULATIONS*

## § Sec. 5.03  Height regulations.

The following height regulations shall apply to all main buildings and accessory buildings, structures, and uses:

A. *Height, one-story main building.* A one-story main building shall not exceed twenty-five (25) feet in height; however, chimneys may extend a maximum of five (5) feet above the roofline of such a building.

B. *Height, all other main buildings.* A multiple story main building shall not exceed thirty-five (35) feet in height; however, chimneys may extend a maximum of five (5) feet above the roofline of such a building. Windows above the second story must face toward the front street. (Ord. No. 92-130,  5, 12-15-92)

C. *Height, accessory building or structure*. An accessory building or structure shall not exceed eighteen (18) feet in height.

**HISTORY NOTE:**

 ( ,  2, 9-21-21)

Texas Municipal Codes
Copyright 2024 Municipal Code Corporation All Rights Reserved

**End of Document**



*Bunker Hill Village, Texas Code of Ordinances Sec. 5.04*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes  >  Texas  >  Bunker Hill Village Code of Ordinances  >  - CODE OF ORDINANCES  > APPENDIX A - ZONING  >  ARTICLE V. DISTRICT A REGULATIONS*

## § Sec. 5.04  Area regulations, size of lot.

The following area regulations shall apply to all lots and building areas.

A. *Lot area.* No building shall be erected, constructed, or placed on a lot having less than twenty thousand (20,000) square feet in area.

B. *Impermeable building area calculation.* The impermeable building area shall not exceed forty-five (45) percent of the area of the lot. For the purposes hereof, impermeable building area shall include portions of a lot which are covered with buildings or structures including, but not limited to, building foundations, driveways, sidewalks, walkways, sundecks, patios, or tennis courts, and other impervious surfaces. Notwithstanding the foregoing, the actual water surface area of swimming pools shall be considered a permeable surface.

C. *Maximum lot coverage calculation.* The maximum lot coverage calculation shall not exceed fifty-five percent (55) of the area of the lot. This shall include both impermeable and permeable surfaces.

D. *Lot depth.* The average depth of a lot shall be at least one hundred forty (140) feet.

E. *Lot width, standard lot.* The width of a standard lot at the front property line, the width of that portion of the front property which must abut the front street line, and the average width of the lot shall be at least one hundred ten (110) feet each.

F. *Lot width, cul-de-sac lot.* A cul-de-sac lot shall abut a portion of the front street line which forms the bulb or arc of the cul-de-sac. The lot frontage along the front property line shall be at least forty (40) feet measured along the property line; and the width of the lot at the front setback line shall be at least one hundred ten (110) feet measured on a straight line tangent to the front setback line."

G. In the event of a reconstruction of an existing structure (50% or more) as an "In Kind/Same Kind" as defined in the City's subdivision ordinance, meaning that there is no modification to the existing footprint or exterior structural components, the foregoing regulations relating to lot coverage shall not prohibit the reconstruction of a single-family dwelling, provided that the construction is in compliance with all other provisions of the City's zoning ordinance.

**HISTORY NOTE:**

 (Ord. No. 92-130,  2, 12-15-92; Ord. No. 03-289,  1, 8-19-03; Ord. No. 14-447,  4, 10-21-14; Ord. No. 17-486,  2, 11-14-17)

Texas Municipal Codes
Copyright 2024 Municipal Code Corporation All Rights Reserved



## *Bunker Hill Village, Texas Code of Ordinances Sec. 5.05*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes  >  Texas  >  Bunker Hill Village Code of Ordinances  >  - CODE OF ORDINANCES  > APPENDIX A - ZONING  >  ARTICLE V. DISTRICT A REGULATIONS*

## § Sec. 5.05  Exceptions to area regulations.

Where a lot having less area, depth, or width than herein required existed in separate ownership on the effective date of this ordinance, the foregoing regulations relating to the size of a lot shall not prohibit the erection of a single-family dwelling thereon if one (1) or more of the following circumstances exist and all other provisions of this ordinance are complied with:

A. *Lots existing before April 29, 1955.* When a lot or tract existed as a separate lot or tract at its present size prior to April 29, 1955, as shown by deed duly recorded in the deed records of Harris County, Texas, before April 29, 1955, or on a plat duly approved and recorded in the map or deed records of Harris County, Texas, before April 29, 1955; or

B. *Lots established on or after April 29, 1955.* When a lot or tract was established by legal subdivision of land on or after April 29, 1955, and prior to the effective date of this ordinance, and is reflected on a plat duly approved by the city and recorded in the map records of Harris County, Texas, pursuant to law.

Texas Municipal Codes

Copyright 2024 Municipal Code Corporation All Rights Reserved

End of Document



## *Bunker Hill Village, Texas Code of Ordinances Sec. 5.06*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes  >  Texas  >  Bunker Hill Village Code of Ordinances  >  - CODE OF ORDINANCES  >  APPENDIX A - ZONING  >  ARTICLE V. DISTRICT A REGULATIONS*

## § Sec. 5.06  Area regulations, size of yards.

The following regulations shall apply to all yards:

A. *Front yard, standard lot.* On a standard lot there shall be a front yard with a depth of at least fifty (50) feet. Alongside lot lines within a required front yard, a five-foot-wide green space shall be maintained.

B. *Front yard, cul-de-sac lot.* A cul-de-sac lot shall abut a portion of the front street line which forms the bulb or arc of the cul-de-sac. Such lot shall have a front yard depth of at least forty feet (40), and shall complement adjacent homes creating a consistent neighborhood look as approved by the zoning official. Alongside lot lines within a required front yard, a five-foot-wide green space shall be maintained.

C. *Side yards.* There shall be two (2) side yards on each lot. Each side yard shall have a depth of at least twenty (20) feet. Alongside lot lines within a required front yard a five-foot wide green space shall be maintained.

D. *Rear yard.* Each lot shall have a rear yard with a depth of at least twenty-five (25) feet. In addition to this requirement, if a two-story main building is hereafter erected, constructed, or placed on a lot or if a second story is hereafter added to an existing one-story main building, the second story of such building shall be set back from the rear lot line of the lot on which it is situated a distance of at least forty (40) feet. As used herein, the term "second story" shall be deemed to include all portions of the building above the point where the top of the floor of the second story intersects or, if extended on a horizontal plane, would intersect the wall or roof of such building. Along rear lot lines a five-foot-wide green space shall be maintained.

E. *Overhang and encroachments into yard space prohibited, with exceptions.* No balcony, cornice, eave, roof overhang, or protrusion of any kind or character from the walls or roof of a building or structure, other than uncovered and unenclosed driveways, walkways, steps, and porches, shall extend into or beyond any required yard or building line a distance of more than thirty (30) inches.

F. In the event of a reconstruction of an existing structure (50% or more) as an "In Kind/Same Kind" as defined by the City's subdivision ordinance, meaning there is no modification to the existing footprint or exterior structural components of the structure, the foregoing regulations relating to the size of yards shall not prohibit the reconstruction of a single-family residence provided that the reconstruction is in compliance with all other provisions of the City's zoning ordinance.

**HISTORY NOTE:**

(Ord. No. 14-447,  5, 10-21-14; Ord. No. 17-486,  3, 11-14-17)

Texas Municipal Codes
Copyright 2024 Municipal Code Corporation All Rights Reserved



## *Bunker Hill Village, Texas Code of Ordinances Sec. 6.01*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes  >  Texas  >  Bunker Hill Village Code of Ordinances  >  - CODE OF ORDINANCES  > APPENDIX A - ZONING  >  ARTICLE VI. DISTRICT B REGULATIONS*

# § Sec. 6.01  Purpose.

District B is the less restrictive of the two (2) residential districts of the city and consists mainly of smaller lots, small, medium, and large single-family dwellings, and open spaces designed and desirable for single-family dwellings.

Texas Municipal Codes

Copyright 2024 Municipal Code Corporation All Rights Reserved

**End of Document**



# *Bunker Hill Village, Texas Code of Ordinances Sec. 6.02*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes  >  Texas  >  Bunker Hill Village Code of Ordinances  >  - CODE OF ORDINANCES  >  APPENDIX A - ZONING  >  ARTICLE VI. DISTRICT B REGULATIONS*

## § Sec. 6.02  Permitted uses.

No building or land shall be used and no building or structure shall be erected, constructed, reconstructed, converted, enlarged, or structurally altered except for one (1) or more of the following purposes:

A. Single-family dwelling.

B. Public school, public library, and municipal buildings and structures, and public parks and public playgrounds owned in whole or in part by the city.

C. Accessory buildings and uses.

D. Specific uses as permitted by article VIII hereof.

Texas Municipal Codes
Copyright 2024 Municipal Code Corporation All Rights Reserved

**End of Document**



## *Bunker Hill Village, Texas Code of Ordinances Sec. 6.04*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes  >  Texas  >  Bunker Hill Village Code of Ordinances  >  - CODE OF ORDINANCES  >  APPENDIX A - ZONING  >  ARTICLE VI. DISTRICT B REGULATIONS*

## § Sec. 6.04  Area regulations, size of lot.

The following area regulations shall apply to all lots and building areas.

A. *Lot area.* No building shall be erected, constructed, or placed on a lot having less than ten thousand (10,000) square feet in area.

B. *Impermeable building area calculation.* The impermeable building area shall not exceed forty-five (45) percent of the area of the lot. For the purposes hereof, impermeable building area shall include portions of a lot which are covered with buildings or structures including, but not limited to, building foundations, driveways, sidewalks, walkways, sundecks, patios, or tennis courts, and other impervious surfaces. Notwithstanding the foregoing, the actual water surface area of swimming pools shall be considered a permeable surface.

C. *Maximum lot coverage calculation.* The maximum lot coverage calculation shall not exceed fifty-five (55) percent of the area of the lot. This shall include both impermeable and permeable surfaces.

D. *Lot depth.* The average depth of a lot shall be at least one hundred ten (110) feet.

E. *Lot width, standard lot.* The width of a standard lot at the front property line, the width of that portion of the front property which must abut the front street line, and the average width of the lot shall be at least eighty (80) feet each.

F. *Lot width, cul-de-sac lot.* A cul-de-sac lot shall abut a portion of the front street line which forms the bulb or arc of the cul-de-sac. The lot frontage along the front property line shall be at least forty (40) feet measured along the property line; and the width of the lot at the front setback line shall be at least eighty (80) feet measured on a straight line tangent to the front setback line.

G. In the event of a reconstruction of an existing structure (50% or more) as an "In Kind/Same Kind" as defined in the City's subdivision ordinance, meaning that there is no modification to the existing footprint or exterior structural components, the foregoing regulations relating to lot coverage shall not prohibit the reconstruction of a single-family dwelling, provided that the construction is in compliance with all other provisions of the City's zoning ordinance.

**HISTORY NOTE:**

 (Ord. No. 14-447,  8, 10-21-14; Ord. No. 17-486,  4, 11-14-17)

Texas Municipal Codes
Copyright 2024 Municipal Code Corporation All Rights Reserved



## *Bunker Hill Village, Texas Code of Ordinances Sec. 6.05*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes  >  Texas  >  Bunker Hill Village Code of Ordinances  >  - CODE OF ORDINANCES  > APPENDIX A - ZONING  >  ARTICLE VI. DISTRICT B REGULATIONS*

## § Sec. 6.05  Exceptions to area regulations.

 Where a lot having less area, depth, or width than herein required existed in separate ownership on the effective date of this ordinance, the foregoing regulations relating to the size of a lot shall not prohibit the erection of a single-family dwelling thereon if one (1) or more of the following circumstances exist:

A. *Lots existing before April 29, 1955.* When a lot or tract existed as a separate lot or tract at its present size prior to April 29, 1955, as shown by deed duly recorded in the deed records of Harris County, Texas, before April 29, 1955, or on a plat duly approved and recorded in the map or deed records of Harris County, Texas, before April 29, 1955; or

B. *Lots established on or after April 29, 1955.* When a lot or tract was established by legal subdivision of land on or after April 29, 1955, and prior to the effective date of this ordinance, and is reflected on a plat duly approved by the city and recorded in the map records of Harris County, Texas, pursuant to law.

Texas Municipal Codes

Copyright 2024 Municipal Code Corporation All Rights Reserved

End of Document



## *Bunker Hill Village, Texas Code of Ordinances Sec. 8.02*

CODE OF ORDINANCES City of BUNKER HILL VILLAGE, TEXAS Codified through Ordinance No. 21-558 adopted September 21, 2021. (Supp. No. 29)

*Texas Municipal Codes  >  Texas  >  Bunker Hill Village Code of Ordinances  >  - CODE OF ORDINANCES  >  APPENDIX A - ZONING  >  ARTICLE VIII. SPECIFIC USE PERMITS*

## § Sec. 8.02  Uses requiring permits.

In addition to the certificate of zoning compliance called for in this ordinance, a specific use permit shall be required before any of the following specific uses will be permitted within either of the two (2) zoning districts of the city:

A. *Churches.* Churches or other places of religious worship.

B. *Subdivision or homeowner association recreation centers.* Subdivision or homeowners association swimming pools and recreation centers.

C. *Utility regulator stations.* Gas, electric, or public utility regulator stations.

D. *Telecommunications facilities.* Buildings, equipment, transmission/receiving towers, and other necessary ancillary structures of telecommunications providers. Provided, however, no specific use permit for a telecommunications facility shall be approved if:

1. The proposed facility would adversely affect the residential integrity of adjacent or area neighborhoods;

2. The proposed facility would create visual blight;

3. The proposed facility would create noise or light pollution; or

4. The proposed facility would create a nuisance to adjacent or area properties; and

5. The applicant is unable to establish that it cannot provide service to the city from other available locations or existing facilities;

6. The proposed facility would fail to utilize state of the art technology to achieve the above objectives; or

7. The proposed facility would fail to comply with all safety standards promulgated by the Federal Communications Commission, or other agency having jurisdiction thereover.

Provided further, each applicant for a specific use permit shall demonstrate that in designing the proposed telecommunications facility it has utilized state of the art technology to minimize adverse effects to the residential integrity of surrounding or area residential properties. In addition, each facility authorized hereby shall comply fully with all applicable safety standards established or hereafter promulgated by any state or federal law, or agency rule or regulation, applicable thereto.

E. *Educational facilities.* Public or private, primary or secondary institutions of learning.

**HISTORY NOTE:**

(Ord. No. 97-200,  1, 8-19-97; Ord. No. 11-404,  2, 9-20-11)

Texas Municipal Codes
Copyright 2024 Municipal Code Corporation All Rights Reserved