UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **VIRGINIA ELIZONDO,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:21-cv-01997 |
| **SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, et al.,** | § § § § | |
| *Defendants.* | § § | |

## ORDER

On this Day, the Court heard Defendants' Motion for Leave to Extend Time for Response to Dkt. 122. After full consideration of the Motion, the Court is of the opinion that it should be and is GRANTED.

It is therefore OREDERED that Defendants' time for compliance with the obligations set forth on p. 113 of Dkt. 122 is extended to on or before June 6, 2025.

Signed this _____ day of May, 2025.

_____
Hon. Sim Lake