United States District Court
Southern District of Texas
**ENTERED**
May 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Virginia Elizondo, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-21-1997 |
| Spring Branch Independent School District, et al., | § § § § | |
| Defendants. | § | |

### ORDER

Pending before the Court is Defendants' Motion for Leave to Extend Time for Response (docket no. 122). After full consideration of the Motion and Plaintiff's Response to Defendants' Motion for Leave to Extend Time for Response to Dkt. 122 (docket no. 124), the Court is of the opinion that Defendants' Motion is hereby **GRANTED**.

It is **ORDERED** that Defendants' time for compliance with the obligations set forth on page 113 of Dkt. 122 is extended to **June 6, 2025**.

**SIGNED** at Houston, Texas, on this 2nd day of May, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE