IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRGINIA ELIZONDO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-21-1997 |
| § | |
| SPRING BRANCH INDEPENDENT § | |
| SCHOOL DISTRICT, et al., § | |
| § | |
| Defendants. § | |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order denying Defendant's request that the court order them to adopt the proposed hybrid remedial plan advanced in Defendant's Notice of Compliance with Court's Order (Docket Entry No. 126), and granting Plaintiff's request to order Defendants to implement the seven single member district plan developed by Dr. Stein, Defendants are **ORDERED** to implement the seven single member district plan proposed in Plaintiff's Objections to Defendants' Proposed Remedial Plan and Plaintiff's Alternative Remedial Plan (Docket Entry No. 127) in time for SBISD's next regularly scheduled election in May of 2026.

Costs shall be taxed against the Defendants.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 6th day of August, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE