IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA ELIZONDO, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-01997 |
| | § | |
| SPRING BRANCH INDEPENDENT | § | |
| SCHOOL DISTRICT, et al., | § | |
| *Defendants.* | § | |

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER [DKT. 144]
AND FILING OF ADMITTED TRIAL EXHIBITS AND OFFER OF PROOF**

Plaintiff Virginia Elizondo ("Plaintiff") files the following notice of compliance

with the Court's Order entered on September 23, 2025 [Dkt. 144].

The Court's Order ordered that "the Parties **SHALL**, within seven (7) business

days, file electronic copies of their admitted exhibits and offers of proof on the CM-

ECF/PACER system of this Court." Dkt. 144.

In compliance with the Court's Order, Plaintiff attaches to this notice the

following materials:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Expert Report of Robert M. Stein, Ph.D. |
| 2 | Supplement to Expert Report of Robert M. Stein, Ph.D., March 28, 2022 |
| 3 | Supplement to Expert Report Re: 2022 SBISD Trustee Elections of Robert M. Stein, Ph.D., October 10, 2022 |
| 4 | Supplement to Expert Report Re: 2023 SBISD Trustee Elections of Robert M. Stein, Ph.D., August 21, 2023 |
| 5 | Expert Report of Andres Tijerina, Ph.D. |
| 6 | SBISD Our District, Our Students, Demographics |

| 7 | 2010 – 2021 List/Names of All Candidates |
|---|---|
| 8 | Map of Memorial Villages |
| 9 | SBISD Election Precincts/Middle School Enrollment Zones |
| 10 | SBISD High School Enrollment Zones |
| 11 | SBISD Elementary School Enrollment Zones |
| 12 | SBISD Notice of School Trustee Election |
| 13 | SBISD Fall Eco Dis Percent in Membership for 2021 for Spring Branch ISD for All Campuses for All Grades |
| 14 | email from R. Rodney to SBISD Board Members and administrators re: Charts you can appreciate, with attachments: "Racial Disparity in Harris County Independent School District," Texas Southern Center for Justice Research and "A Call for Restorative Education Initiatives in the Administration of Discipline in Spring Branch ISD – Report on Discipline and the Disciplinary Alternative Education Program in the Spring Branch ISD," The Coalition of Advocates for Restorative Education |
| 15 | SBISD Staff – Fall/Summer by Campus by Ethnicity Race Report Category |
| 16 | SBISD Police Department Position/EEOC Race/Fiscal Year |
| 17 | SBISD Voter Registration Information by High School |
| 18 | Robert M. Stein Curriculum Vitae |
| 19 | Figure 1, The proportion of vote cast for white candidate and Share of vote White |
| 20 | Figure 2, The proportion of vote cast for white candidate and Share of vote Hispanic |
| 21 | Figure 3, The proportion of vote cast for Hispanic candidate and Share of vote White |
| 22 | Figure 4, The proportion of vote cast for Hispanic candidate and Share of vote Hispanic |
| 23 | Table 1 – Citizen Voting Age Population by SBISD Voting District |
| 24 | Demonstrative Spring Branch ISD Single-Member District |
| 25 | Table 2 – Percent Enrollment by Race/Ethnicity |

| 26 | Spring Branch Ecological Inference Report, Descriptive Analyses and Tables, 2015, 2017, 2018, 2019, 2021SBISD Trustee Elections |
|----|----|
| 27 | Andres Tijerina Curriculum Vitae |
| 28 | TEA 2022 Accountability Listing - SBISD |
| 29 | City of Hunters Creek Demographics |
| 30 | University of South Carolina University History – Wade Hampton College |
| 31 | SBISD Trustee Election Canvas Results Report |
| 32 | SBISD Board Graphic with Demographic Info |
| 33 | SBISD Trustee Election Precinct Results Report |
| 34 | Save SBISD – Trustee Chris Earnest opposes SMD conversion |
| 35 | Text message exchange with C. Earnest announcing Pipeline Committee endorsement |
| 36 | "Don't HISD MY SBISD At-Large for Every Child" Photo |
| 37 | Photo with SBISD and HISD Board Members |
| 38 | C. Earnest tweet with Earnest children and "Don't HISD My SBISD" sign |
| 39 | Text message exchange between C. Earnest and B.Muecke re Early Voting |
| 40 | Pipeline Steering Committee text message re proximity of SBISD building early voting location and childrens' school |
| 41 | Pipeline Steering Committee text message re influence |
| 42 | CV of Dr. Duncan Klussman |
| 43 | Photo of sign on tree in yard of Spring Branch neighborhood home "Traffic Warning: SLOW CHILDREN If you HISD my SBISD" |
| 44 | Table Memorial Villages Anglo Percentage |
| 45 | Noel Lezama Resume |
| 46 | email from N. Marino to N. Lezama re Northbrook softball field vandalism |
| 47 | About Noel Lezama |

| 48 | screen shot of anonymous election communication |
|---|---|
| 49 | screen shot of anonymous election communication |
| 50 | N. Lezama email regarding election activities |
| 51 | Text message re: "Why I'm voting for David Lopez for Spring Branch ISD School Board" |
| 52 | David Lopez campaign literature |
| 53 | D. Lopez email to news@publicmedia.org regarding Spring Branch Election |
| 54 | D. Tang to D. Lopez email regarding SBISD Single Member Districts |
| 55 | N. Lezama email re ACTION: Come out to SBISD School Board August 2nd @ 5:00 pm |
| 56 | David Lopez Vote Early and Election Day Countdown Cards |
| 57 | David Lopez post-election letter |
| 58 | David Lopez Opening Statement for Spring Branch Council of PTAs candidates' forum |
| 59 | David Lopez Talking Points |
| 60 | David Lopez statement re school rankings and college readiness at SBISD high schools |
| 61 | Resume of Dr. Virginia Elizondo |
| 62 | Virginia Elizondo campaign materials |
| 63 | Virginia Elizondo post-election materials |
| 64 | 2019-20 Texas Academic Performance Report |
| 65 | Early Voting Daily Totals SBISD |
| 66 | Electoral Systems in Texas 1/13/20 Presentation by Thompson & Horton, LLP to SBISD |
| 67 | Racial and ethnic composition of teachers, administrative staff and employees of SBISD campuses 2011-2021 |
| 68 | Racial and ethnic composition of SBISD employees who are neither teachers nor administrator 2011-2021 |
| 69 | Racial and ethnic composition of SBISD employees working at Wayne F. Schaper, Sr. Leadership Center (Administration Bldg) 2011-2021 |

| 70 | Racial and ethnic composition of district-wide administrative staff 2011- 2021 |
| 71 | Racial and ethnic composition of certified peace officers in SBISD police department 2011-2021 |
| 72 | Votes Cast in Each Election 1988 – 2021 |
| 73 | 2020-21 Texas Academic Performance Report (TAPR) |
| 74 | Text message regarding PIPEline candidate endorsement |
| 75 | Text message regarding PIPEline political action committee and endorsements |
| 76 | email and photos re vandalism of Northbrook softball field |
| 77 | email from Somos Spring Branch re Somos Spring Branch: Requests |
| 78 | email exchange with SBISD regarding early voting locations |
| 79 | TEA 2019 SBISD Accountability Rating Table |
| 80 | Pipeline text re role of early voting |
| 81 | text message re "How did a pair of Aggies become Communists???" |
| 82 | Comparing the Candidates – Position 4 Who's most prepared & committed to SBISD |
| 83 | 1026 Districts, Vastly Different Demographics |
| 84 | 2022 Accountability System Overview |
| 85 | Noel Lezama Letter - Diversity, History, Success |
| 86 | Demographics - October 2022 |
| 87 | SBISD 2022 General and Special Election Results |
| 88 | SBISD 2023 General and Special Election Results |
| 89 | WITHDRAWN BY PLAINTIFF ON 9.9.24 |
| 90 | Resume of Ricardo Barnes |
| 102 | Spring Branch ISD |
| 103 | SBISD Diversity |
| 104 | SBISD Election Precincts |

| 105 | Racial/Ethnic Percentages by Middle School Enrollment Zones |
| 106 | Memorial Villages Anglo Percentages |
| 107 | Percentage of Economically Disadvantaged Students |
| 108 | 2022 TEA Accountability Ratings - Student Achievement |
| 110 | Early Voting Locations Pre-May 22nd 2022 Election |
| 112 | Pattern of Disparate Disciplinary Practices based on Ethnicity/Race |
| 113 | Race/Ethnicity of SBISD Staff 2021 (by Middle School Campus) |
| 114 | Race/Ethnicity of SBISD Staff 2021 (District-Wide) |
| 115 | Race/Ethnicity of SBISD Police Dept 2021 |
| 117 | Chris Earnest Obtained Majority of Total Vote from 3 Precincts - Memorial, Spring Branch, Spring Forest - Early Voting Larger than Election Day Voting |
| 118 | Lisa Alpe Obtained Majority of Total Vote from 3 Precincts - Memorial, Spring Branch, Spring Forest - Early Voting Larger than Election Day Voting |
| 119 | John Perez Obtained Majority of Total Vote from 3 Precincts - Memorial, Spring Branch, Spring Forest - Early Voting Larger than Election Day Voting |
| 120 | Courtney Anderson Obtained Majority of Total Vote from 3 Precincts - Memorial, Spring Branch, Spring Forest - Early Voting Larger than Election Day Voting |
| 122 | 2015 - Comparison of White Voter and Hispanic Voter Preferences (Elizondo vs Vierra) |
| 123 | 2015 - Comparison of White Voter and Hispanic Voter Preferences (Adams vs Dawson) |
| 124 | 2017 - Comparison of White Voter and Hispanic Voter Preferences (Gonzales vs Mettenbrink) |
| 125 | 2018 - Comparison of White Voter and Hispanic Voter Preferences (Caesar vs Lezama) |
| 126 | 2019 - Comparison of White Voter and Hispanic Voter Preferences (Breed vs Lopez) |
| 127 | 2021 - Comparison of White Voter and Hispanic Voter Preferences (Elizondo vs Earnest) |
| 128 | 2022 - Comparison of White Voter and Hispanic Voter Preferences (Alpe vs Breed) |

| 129 | 2022 - Comparison of White Voter and Hispanic Voter Preferences (Perez vs Kaczenski vs Mafrige) |
| 130 | 2022 - Comparison of White Voter and Hispanic Voter Preferences (Bennett vs Slattery vs Morace) |
| 131 | 2023 - Comparison of White Voter and Hispanic Voter Preferences (Lopez vs Anderson) |
| 132 | 2023 - Comparison of White Voter and Hispanic Voter Preferences (Downs vs Mahan) |
| 133 | 2023 - Comparison of White Voter and Hispanic Voter Preferences (Lopez vs Anderson) |
| 134 | 2023 - Comparison of White Voter and Hispanic Voter Preferences (Mahan vs Downs) |
| 135 | Comparison of White Voter and Hispanic Voter Preferences |
| 136 | Supplement to Expert Report Re: 2024 SBISD Trustee Elections of Robert M. Stein, Ph.D., June 28, 2024 |
| 137 | 2015-2024 Table of SBISD Trustee Elections and Hispanic-Preferred Candidate Results |
| 138 | ABA Commission on Hispanic Legal Rights and Responsibilities, "Latinos in the United States: Overcoming Legal Obstacles, Engaging in Civic Life" (2024) |
| 139 | SBISD School and SKY Partnership Program Closures |
| 140 | 2019 & 2022 TEA Accountability Ratings – Student Achievement |

Plaintiff's Offer of Proof, "Plaintiff's Request that Court Take Judicial Notice of Adjudicative Facts" and referenced attachments (Dkt. 118).

Respectfully submitted,

By: */s/ Barry Abrams*
    Barry Abrams
    State Bar No. 00822700
    SD Tex. Bar No. 2138
    barry.abrams@blankrome.com
    Robert Scott
    State Bar No. 17911800
    SD Tex. Bar No. 3085
    bob.scott@blankrome.com
    Domingo Llagostera
    State Bar No. 24070157
    SD Tex. Bar No. 1120040
    Domingo.llagostera@blankrome.com
    BLANK ROME LLP
    717 Texas Avenue, Suite 1400
    Houston, Texas 77002-2727
    (713) 228-6601
    (713) 228-6605 (Fax)

    Martin Golando
    State Bar No. 24059153
    Admitted Pro Hac Vice
    THE LAW OFFICE OF MARTIN
    GOLANDO, PLLC
    2326 W. Magnolia
    San Antonio, Texas 78201
    (210) 471-1185
    (210) 405-6772 (fax)
    martin.golando@gmail.com

    COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on September 26, 2025, a true and correct copy of the foregoing pleading was served upon Defendants' counsel by the Court's ECF system.

    */s/ Barry Abrams*
    Barry Abrams